```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR019069
Cashier ID: gberger
Transaction Date: 05/26/2021
Payer Name: AMERICAN CIVIL LIBERTIES UNI
ON

CIVIL FILING FEE- NON-PRISONER
 For: AMERICAN CIVIL LIBERTIES UNION
 Case/Party: D-WVS-2-21-CV-000316-001
 Amount:         $402.00

CREDIT CARD
 Amt Tendered:   $402.00

Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

ATTN: LOREE STARK


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.
```