IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER
JACKSON,

*Plaintiff*,

v.

WEST VIRGINIA STATE BOARD OF
EDUCATION, HARRISON COUNTY BOARD
OF EDUCATION, WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION, W. CLAYTON BURCH in his
official capacity as State Superintendent, and
DORA STUTLER in her official capacity as
Harrison County Superintendent,

*Defendants*.

Civil Action No.  2:21-cv-00316

Hon.

**MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF THE
PAGE LIMITATION OF LOCAL RULE OF CIVIL PROCEDURE 7.1(a)(2)**

Plaintiff, by and through her counsel, pursuant to Local Rule of Civil Procedure 7.1(a)(2),

respectfully requests leave to file a Memorandum in Support of her Motion for Preliminary

Injunction in excess of the 20-page limit established in Rule 7.1(a)(2).  The Memorandum Plaintiff

proposes to file is attached as Exhibit A.

Local Rule of Civil Procedure 7.1(a)(2) provides that upon a showing of good cause, the

Court may allow a party to exceed the 20-page limit.  Good cause exists to allow leave because

Plaintiff requires sufficient space to present the relevant details and history of House Bill 3293,

the state law being challenged in this litigation, which prohibits girls who are transgender from

participating on school-sponsored athletic teams consistent with their gender identity, and which

is newly enacted and has not previously been addressed by any court.  The additional requested

pages also will provide sufficient space for Plaintiff to present to the Court other factual matters

relevant to the resolution of Plaintiff's preliminary injunction motion, including those addressed

in the six declarations accompanying Plaintiff's motion.  Good cause also exists because the legal issues before the Court—namely, whether Plaintiff is likely to succeed on her claims that H.B. 3293 violates Title IX and the Equal Protection Clause, whether Plaintiff will be irreparably harmed absent an injunction, whether the balance of equities favors Plaintiff, and whether a preliminary injunction is in the public interest—involve multiple elements implicating issues of both fact and law. Plaintiff believes the additional pages will assist the Court in adjudicating these matters and respectfully submits that good cause exists to permit filing a brief in excess of Rule 7.1(a)(2)'s 20-page limit.  A proposed Order granting this Motion is submitted for the Court's convenience.

Respectfully submitted this 26th day of May, 2021,

*/s/ Loree Stark*

Joshua Block*
Taylor Brown*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org

Avatara Smith-Carrington*
LAMBDA LEGAL
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: (214) 219-8585
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
730 Peachtree Street NE, Suite 640
Atlanta, GA  30308-1210
Phone: (404) 897-1880
ccharles@lambdalegal.org

Loree Stark (Bar No. 12936)
AMERICAN CIVIL LIBERTIES UNION OF WEST
VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
lstark@acluwv.org

Kathleen Hartnett*
Julie Veroff*
COOLEY LLP
101 California Street 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
khartnett@cooley.com

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com

2

Andrew Barr*
COOLEY LLP
1144 15th St., Suite 2300
Denver, CO  80202-5686
Phone: (720) 566-4000
abarr@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736 Phone:
(617) 937-2305
ereinhardt@cooley.com

*Statements of Visiting Attorneys
Forthcoming

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br><br>　　　　　　　　　*Defendants*. | Civil Action No.  2:21-cv-00316<br><br>Hon. |

### CERTIFICATE OF SERVICE

I, Loree Stark, do hereby certify that on this 26th day of May, 2021, I electronically filed a true and exact copy of ***Motion for Leave to File Brief in Excess of the Page Limitation of Local Rule 7.1(a)(2)*** with the Clerk of Court and all parties using the CM/ECF System. A copy of this motion will also be served to the Defendants with the Complaint.

*/s/ Loree Stark*
West Virginia Bar No. 12936