IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon.<br><br>[Proposed] Order Granting Motion to Exceed Page Limit for Plaintiff's Memorandum in Support of her Motion for Preliminary Injunction |

## [PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR PRELIMINARY INJUNCTION

Pursuant to L.R. Civ. P 7.1(a)(2), Plaintiff B.P.J., by and through her next friend and mother, Heather Jackson, filed a Motion to Exceed Page Limit for Plaintiff's Memorandum in Support of her Motion for Preliminary Injunction on May 26, 2021 ("Motion"), in the above-captioned matter. After considering the moving papers, the Court concludes Plaintiff has shown good cause. Accordingly, it is **ORDERED** that Plaintiff's motion to exceed the page limitation for her memorandum in support of her motion for preliminary injunction be, and hereby is **GRANTED**. Plaintiff is permitted to file a Memorandum in Support of her Motion for Preliminary Injunction in the length and form as that set forth in Exhibit A to her Motion.

IT IS SO ORDERED.

Date: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge