L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| B.P.J., by her next friend and mother HEATHER JACKSON, | STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL |
| V. | |
| WEST VIRGINIA STATE BOARD OF EDUCATION, et al. | CIVIL ACTION NUMBER 2:21-cv-00316 |

Avatara Smith-Carrington, Lambda Legal Defense and Education Fund, Inc.
_____
*Name of Visiting Attorney and firm name*

Not applicable in MD
_____
*State Bar ID number*

B.P.J., by her next friend and mother HEATHER JACKSON
_____
*Name of party represented*

Maryland Bar, Court of Appeals of Maryland, Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, MD  21401
_____
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

3500 Oak Lawn Avenue, Suite 500
Dallas, TX  75219-6722


_____
*Visiting Attorney's office address*

214-219-8585
_____
*Visiting Attorney's office telephone number*

214-219-4455
_____
*Office fax number*

asmithcarrington@lambdalegal.org
_____
*Email address*

Loree Stark
American Civil Liberties Union of West Virginia Foundation
_____
*Name of Sponsoring Attorney and firm name*

WV  12936
_____
*WV Bar ID number*

405 Capitol St., Ste. 507
Charleston, WV 25301


_____
*Sponsoring Attorney's office address*

(914) 393-4614
_____
*Sponsoring Attorney's office telephone number*

(304) 345-0207
_____
*Office fax number*

lstark@acluwv.org
_____
*Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| May 27, 2021 | /s/ Avatara Smith-Carrington |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| May 27, 2021 | /s/ Loree Stark |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.