L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6  Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

B.P.J., by her next friend and mother HEATHER JACKSON,

V.

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

CIVIL ACTION NUMBER 2:21-cv-00316

Tara L. Borelli, Lambda Legal Defense and Education Fund, Inc.
*Name of Visiting Attorney and firm name*

265084
*State Bar ID number*

B.P.J., by her next friend and mother HEATHER JACKSON
*Name of party represented*

State Bar of Georgia, 104 Marietta Street NW, Suite 100, Atlanta, GA
Washington State Bar Association, 1325 4th Avenue, Suite 600, Seattle, WA 98101
State Bar of California, 180 Howard Street, San Francisco, CA 94105
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

730 Peachtree Street NE, Suite 640
Atlanta, GA  30308-1210

*Visiting Attorney's office address*

470-225-5341
*Visiting Attorney's office telephone number*

404-897-1884
*Office fax number*

tborelli@lambdalegal.org
*Email address*

Loree Stark
American Civil Liberties Union of West Virginia Foundation
*Name of Sponsoring Attorney and firm name*

WV 12936
*WV Bar ID number*

405 Capitol St., Ste. 507
Charleston, WV 25301

*Sponsoring Attorney's office address*

(914) 393-4614
*Sponsoring Attorney's office telephone number*

(304) 345-0207
*Office fax number*

lstark@acluwv.org
*Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| May 27, 2021 | /s/ Tara L. Borelli |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| May 27, 2021 | /s/ Loree Stark |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.