# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin, District Judge |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Loree Stark, do hereby certify that on the 26th day of May, 2021, I sent via email a true and

exact copy of the *Complaint* to the following:

West Virginia State Board of Education
c/o Superintendent W. Clayton Burch
wburch@k12.wv.us; dvermill@k12.wv.us

W. Clayton Burch, State Superintendent of Schools
West Virginia State Board of Education
wburch@k12.wv.us; dvermill@k12.wv.us

West Virginia Secondary School Activities Commission
c/o Executive Director Bernie Dolan
bernie.dolan@wvssac.org

Harrison County Board of Education
c/o  Gary M. Hamrick, President
ghamrickwv@gmail.com

2

Dora Stutler, Superintendent
Harrison County Schools
dstutler@k12.wv.us


                                                      /s/   Loree Stark
                                                     West Virginia Bar No. 12936