IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON, *Plaintiff*, v. WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent, *Defendants*. | Civil Action No. 2:21-cv-00316 Hon. Joseph R. Goodwin, District Judge |

**PLAINTIFF'S PROOF OF SERVICE OF SUMMONS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE FRCP 5(b)(2)(E)**

Marlene Price, executive secretary in the Office of Legal Services for the West Virginia State Board of Education, accepted on May 28, 2021 via email the summons issued to the West Virginia State Board of Education in the above-referenced matter. Ms. Price is designated by law to accept service of process on behalf of the West Virginia State Board of Education.

The summons was e-mailed by undersigned to:

mprice@k12.wv.us

/s/   Loree Stark
West Virginia Bar No. 12936