# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON, | |
| *Plaintiff*, | Civil Action No. 2:21-cv-00316 |
| v. | Hon. Joseph R. Goodwin, District Judge |
| WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent, | |
| *Defendants*. | |

**PLAINTIFF'S PROOF OF SERVICE OF SUMMONS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE FRCP 5(b)(2)(E)**

Marlene Price, executive secretary in the Office of Legal Services for the West Virginia State Board of Education, accepted on May 28, 2021 via email the summons issued to W. Clayton Burch in his official capacity as state superintendent in the above-referenced matter. Ms. Price is designated by law to accept service of process on behalf of Mr. Burch.

The summons was e-mailed by undersigned to:

mprice@k12.wv.us

/s/   Loree Stark
West Virginia Bar No. 12936