# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin, District Judge |

## PLAINTIFF'S PROOF OF SERVICE OF SUMMONS
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE FRCP 5(b)(2)(E)

Dora Stutler, Superintendent for Harrison County Schools, accepted on May 28, 2021 via email the summons issued to her in her official capacity in the above-referenced matter. The summons was e-mailed by undersigned to:

dstutler@k12.wv.us

/s/ __Loree Stark_____
West Virginia Bar No. 12936