**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON, | |
| *Plaintiff*, | Civil Action No. 2:21-cv-00316 |
| v. | Hon. Joseph R. Goodwin, District Judge |
| WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent, | |
| *Defendants*. | |

**PLAINTIFF'S PROOF OF SERVICE OF SUMMONS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE FRCP 5(b)(2)(E)**

Bernie Dolan, executive director of the West Virginia Secondary School Activities Commission, accepted on June 1, 2021 via email the summons issued to the West Virginia Secondary School Activities Commission in the above-referenced matter. Mr. Dolan is designated by law to accept service of process on behalf of the West Virginia Secondary School Activities Commission.

The summons was e-mailed by undersigned to:

bernie.dolan@wvssac.org

/s/ __Loree Stark_____
West Virginia Bar No. 12936