# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON, | |
| *Plaintiff*, | Civil Action No. 2:21-cv-00316 |
| v. | Hon. Joseph R. Goodwin, District Judge |
| WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent, | |
| *Defendants*. | |

**PLAINTIFF'S PROOF OF SERVICE OF SUMMONS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE FRCP 5(b)(2)(E)**

Gary Hamrick, president of the Harrison County Board of Education, accepted on June 1, 2021 via email the summons issued to the Harrison County Board of Education in the above-referenced matter. Mr. Hamrick is designated by law to accept service of process on behalf of the Harrison County Board of Education.

The summons was e-mailed by undersigned to:

ghamrickwv@gmail.com

/s/ Loree Stark
West Virginia Bar No. 12936