IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.                  CIVIL ACTION NO.  2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

# ORDER

Pending before the court is Plaintiffs' Motion for Leave to File a Brief in Excess of the Page Limitation. [ECF No. 3]. For reasons before the court, this Motion is **GRANTED.** The Clerk will docket the proposed document [ECF No. 3-1] as Plaintiffs' Memorandum in Support of Plaintiff's Motion for Preliminary Injunction.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:　　June 2, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE