USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

B.P.J., by her next friend and mother, HEATHER JACKSON,

V.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent.

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

CIVIL ACTION NUMBER   2:21-cv-00316

---

Julie Veroff/ Cooley LLP                                                      CA 310161

*Name of Visiting Attorney and firm name*                        *Bar ID number*

B.P.J., by her next friend and mother, HEATHER JACKSON

*Name of party represented*

Supreme Court of California, 350 McAllister St., Room 1295, San Francisco, CA 94102
U.S. District Court of California, Northern District, 450 Golden Gate Ave., San Francisco, CA 94102
(CONTINUED on last page)

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

101 California Street, 5th Floor
San Francisco, CA 94111

*Visiting Attorney's office address*

(415) 693-2179                         (415) 693-2222                  jveroff@cooley.com

*Visiting Attorney's office telephone number*   *Office fax number*   *Email address*

Loree Stark / American Civil Liberties Union of West Virginia        WV   12936

*Name of Sponsoring Attorney and firm name*                      *WV Bar ID number*

405 Capitol St., Ste. 507
Charleston, WV 25301

*Sponsoring Attorney's office address*

(914) 393-4614                         (304) 345-0207                  lstark@acluwv.org

*Sponsoring Attorney's office telephone number*   *Office fax number*   *Email address*

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_5/27/2021_
Date

_Julie Veroff_
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_5/27/21_
Date

_Loree Stark_
Signature of Sponsoring Attorney

** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration**.

| Bar | Address |
|---|---|
| U.S. District Court of California, Central District | 255 East Temple Street, Suite 180<br>Los Angeles, CA 90012 |
| DC Circuit Court of Appeals | 333 Constitution Ave., N.W.<br>Washington, DC 20001 |
| U.S. Court of Appeals for the Federal Circuit | 717 Madison Place, N.W.<br>Washington D.C. 20439 |
| Seventh Circuit Court of Appeals | Everett McKinley Dirksen<br>United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 |
| Ninth Circuit Court of Appeals | U.S. Courts for the Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 |
| Tenth Circuit Court of Appeals | 1823 Stout Street<br>Denver, CO 80257 |