IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>        *Plaintiff*,<br> v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br>        *Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>[Proposed] Order Granting Plaintiff's Expedited Motion for a Scheduling Order |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION FOR A SCHEDULING ORDER

Pursuant to Local Rule of Civil Procedure 16.1(g), Plaintiff filed an Expedited Motion for a Scheduling Order in the above-captioned matter. It is **ORDERED** that Plaintiff's Motion be and hereby is **GRANTED.** The following briefing schedule shall govern:

 June 18: Defendants' Response to Plaintiff's Motion for Preliminary Injunction; Defendants' Answer or other responsive pleading to Plaintiff's Complaint

 June 28: Plaintiff's Reply in Support of Her Motion for Preliminary Injunction; (If applicable) Plaintiff's Response to Defendants' responsive pleading(s)

 July 2: (If applicable) Defendants' Replies to Plaintiff's Response to Defendants' responsive pleading(s)

IT IS SO ORDERED.

Date: _____   _____
                      Judge Joseph R. Goodwin