IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.　　　　　　　　　　　　　　　CIVIL ACTION NO.　2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

ORDER

Pending before the court is Plaintiffs' Expedited Motion for a Scheduling Order. [ECF No. 27]. The Federal Rules of Civil Procedure in conjunction with the Local Rules of Civil Procedure already provide a briefing schedule for the matters before the court and address all of Plaintiffs' concerns. Accordingly, Plaintiffs' Motion is **DENIED**.

Per Local Rule 7.1(a)(7) Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction is due on June 16, 2021. Plaintiffs' Reply to that Response is due June 23, 2021. Any answer or other responsive pleading to Plaintiffs' Complaint is due in accordance with the time provided in the Federal and Local Rules.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

          ENTER:　June 14, 2021

          JOSEPH R. GOODWIN
          UNITED STATES DISTRICT JUDGE