AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| B.P.J., et al., *Plaintiff* | ) ) ) |
| v. | ) Case No. 2:21-CV-00316 |
| WEST VIRGINIA STATE BOARD OF EDUC, ET AL. *Defendant* | ) ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION

Date: 06/14/2021

*Attorney's signature*

Roberta F. Green (WVSB 6598)
*Printed name and bar number*
Shuman McCuskey Slicer PLLC
Post Office Box 3953 (25339)
1411 Virginia Street East, Ste 200 (25301)
Charleston, West Virginia

*Address*

rgreen@shumanlaw.com
*E-mail address*

(304) 345-1400
*Telephone number*

(304) 343-1826
*FAX number*