# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| B.P.J., by her next frined and mother, H. JACKSON ) <br> *Plaintiff* ) <br> v. ) <br> WV STATE BOARD OF EDUCTION, ET AL. ) <br> *Defendant* ) | Case No. 2:21-CV-00316 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS HARRISON COUNTY BOARD OF EDUCATION AND DORA STUTLER      .

Date:    06/15/2021

/S/ SUSAN L. DENIKER
*Attorney's signature*

SUSAN L. DENIKER (WV 7992)
*Printed name and bar number*
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330

*Address*

susan.deniker@steptoe-johnson.com
*E-mail address*

(304) 933-8154
*Telephone number*

(304) 933-8183
*FAX number*