USDC/ATTY-010 | F R Civ P 7.1 (12/06)  Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

B.P.J. et al.

V.

WEST VIRGINIA STATE BOARD OF EDUCATION ET AL.

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

CASE NUMBER: 2:21-cv-00316

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1) identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2) must state that there is no such corporation.

Name of party: West Virginia Secondary School Activities Commission

Check all that apply:

[✔] I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

[ ] The following corporate affiliations exist with the above named party:

Parent corporation/affiliate name: _____
Relationship with named party: _____

[ ] The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Parent corporation/affiliate name: _____
Nature of financial interest: _____

Parent corporation/affiliate name: _____
Nature of financial interest: _____

Date: June 15, 2021

/S/ Roberta F. Green

Roberta F. Green (WVSB 6598)
Shuman McCuskey Slicer PLLC
Post Office Box 3953 (25339)
1411 Virginia Street East, Ste 200 (25301)
Charleston, West Virginia