USDC/ATTY-010 | F R Civ P 7.1 (12/06)  Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT SELECT ONE:

B.P.J., by her next friend and mother, H. JACKSON

**V.**

WV STATE BOARD OF EDUCATION, ET AL.

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

CASE NUMBER 2:21-CV-00316

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1) identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2) must state that there is no such corporation.

Name of party: HARRISON COUNTY BOARD OF EDUCATION

Check all that apply:

[✔] I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

[ ] The following corporate affiliations exist with the above named party:

Parent corporation/affiliate name: _____
Relationship with named party: _____

[ ] The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Parent corporation/affiliate name: _____
Nature of financial interest: _____

Parent corporation/affiliate name: _____
Nature of financial interest: _____

Date: June 15, 2021

/s/ Susan L. Deniker

Susan L. Deniker (WVSB 7992)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330

susan.deniker@steptoe-johnson.com

(304) 933-8154