USDC/ATTY-010 | F R Civ P 7.1 (12/06)  Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| B.P.J., by her next friend and mother, H. Jackson | **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST** |
| V. | |
| WEST VIRGINIA STATE BOARD OF EDUCATION, ET AL. | **CASE NUMBER** 2:21-cv-00316 |

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1) identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2) must state that there is no such corporation.

Name of party: West Virginia State Board of Education and W. Clayton Burch

Check all that apply:

[✓]  I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

[ ]  The following corporate affiliations exist with the above named party :

Parent corporation/affiliate name: _____
Relationship with named party: _____

[ ]  The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Parent corporation/affiliate name: _____
Nature of financial interest: _____

Parent corporation/affiliate name: _____
Nature of financial interest: _____

Date: June 15, 2021

/s/ Kelly C. Morgan

Bailey & Wyant, PLLC
600 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, WV 25337-3710
kmorgan@baileywyant.com
304-345-4222