# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

B.P.J., by her next friend and mother,
HEATHER JACKSON,

    *Plaintiff*,

vs.

WEST VIRGINIA STATE BOARD OF
EDUCATION; HARRISON COUNTY BOARD
OF EDUCATION; WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION; W. CLAYTON BURCH in his
official capacity as State Superintendent; and,
DORA STUTLER in her official capacity as
Harrison County Superintendent,

    *Defendants*.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin

## STATE OF WEST VIRGINIA'S UNOPPOSED MOTION TO INTERVENE AND FOR PROPOSED RESPONSE DEADLINE

The State of West Virginia, by its Attorney General, (the "State") respectfully moves to intervene to defend the constitutionality of the state statute challenged in this case and for the Court to set June 25, 2021, as the deadline for the State to respond to Plaintiff's Motion for Preliminary Injunction, with a reply deadline for Plaintiff of July 2, 2021.  The reasons for granting the motion are set forth in the State's accompanying memorandum of law, which is incorporated by reference. *See* Fed. R. Civ. P. 24.  The State seeks to intervene for sole and limited purpose of defending the challenge statute and does not waive its right to sovereign immunity.

    Respectfully submitted,

    **THE STATE OF WEST VIRGINIA,**

**PATRICK MORRISEY**
**ATTORNEY GENERAL OF WEST VIRGINIA**

*/s/ Curtis R. A. Capehart*
Douglas P. Buffington, II (WV Bar # 8157)
 *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
 *Deputy Attorney General*
Jessica A. Lee (WV Bar # 13751)
 *Assistant Solicitor General*
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220
Email:  Curtis.R.A.Capehart@wvago.gov
Telephone:  (304) 558-2021
Facsimile:  (304) 558-0140