IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

B.P.J., by her next friend and mother,
HEATHER JACKSON,

   Plaintiff,

v().

WEST VIRGINIA STATE BOARD OF
EDUCATION; HARRISON COUNTY
BOARD OF EDUCATION; WEST
VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISSION; W.
CLAYTON BURCH, in his official
capacity as State Superintendent; and
DORA STUTLER, in her official capacity
as Harrison County Superintendent,

   Defendants.

Civil Action No. 2:21-cv-00316
Honorable Joseph R. Goodwin

## AGREED STIPULATION TO EXTEND
## TIME TO FILE RESPONSIVE PLEADING

**COME NOW** the parties, by their respective counsel, and stipulate and agree that Defendants shall have to and including the 2nd day of July, 2021 to file a responsive pleading in this matter.

Dated this 17th day of June, 2021.

**Agreed to by:**

/s/ Kelly C. Morgan
Kelly C. Morgan (WV Bar #9519)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia  25337-3710
*Counsel for West Virginia State Board of Education
and W. Clayton Burch*

/s/ Roberta F. Green (with permission)
Roberta F. Green (WV Bar #6598)
Shuman McCuskey Slicer PLLC
P.O. Box 3953 (25339)
1411 Virginia Street East, Ste 200
Charleston, West Virginia 25301
*Counsel for West Virginia Secondary School Activities Commission*


/s/ Susan L. Deniker   (with permission)
Susan L. Deniker (WV Bar #7992)
Steptoe & Johnson, PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
*Counsel for Harrison County Board of Education and Dora Stutler*

/s/ Loree Stark
Loree Stark (WV ID 12936)
American Civil Liberties Union of WestVirginia Foundation
P.O. Box 3952
Charleston, W 25339-3952
*Counsel for Plaintiff*

/s/ Kathleen Hartnett
Kathleen Hartnett
Julie Veroff
Cooley LLP
101 California Street 5th Floor
San Francisco, CA 94111-5800
*Counsel for Plaintiff*

/s/ Katelyn King
Katelyn Kang
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
*Counsel for Plaintiff*

/s/ Elizabeth Reinhardt
Elizabeth Reinhardt
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
*Counsel for Plaintiff*

/s/ Andrew Barr (with permission)
Andrew Barr
Cooley LLP
1144 15th St., Suite 2300
Denver, CO 80202-5686
*Counsel for Plaintiff*

/s/ Avatara Smith-Carrington
Avatara Smith-Carrington
Lambda Legal
3500 0ak Lawn Avenue, Suite 500
Dallas, TX 75219
*Counsel for Plaintiff*

/s/ Joshua Block
Joshua Block
Taylor Brown
Chase Strangio
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
*Counsel for Plaintiff*

/s/ Carl Charles
Carl Charles
Tara Borelli
Lambda Legal
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
*Counsel for Plaintiff*

/s/ Sruti Swaminathan
Sruti Swaminathan
Lambda Legal
120 Wall Street, 19th Floor
New York, NY 10005
*Counsel for Plaintiff*