IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.                              CIVIL ACTION NO.  2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

ORDER

Pending before the court is an unopposed motion by the State of West Virginia to intervene to defend the constitutionality of the challenged statute. [ECF No. 40]. The court **FINDS** that the requirements for intervention have been met and accordingly **GRANTS** the motion to intervene. In its motion, the State also requests an additional two days to respond to Plaintiffs' Motion for a Preliminary Injunction. That request is **DENIED.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:     June 18, 2021

                              JOSEPH R. GOODWIN
                              UNITED STATES DISTRICT JUDGE