IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER JACKSON,

                *Plaintiff*,

v.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,

                *Defendants*.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin, District Judge

### DEFENDANT HARRISON COUNTY BOARD OF EDUCATION AND DEFENDANT DORA STUTLER IN HER OFFICIAL CAPACITY'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT RESPONDING TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

        Defendant the Harrison County Board of Education (both by the agency and by Dora Stutler in her official capacity as Harrison County Superintendent, collectively, "the County Board"), hereby moves pursuant to S.D.W. VA. L.R. CIV. P. 7.1(a)(2) for leave to file a thirty-page long response in opposition to DE #2, Plaintiff's motion for preliminary injunction.

        Good cause exists to grant the County Board's motion because the propriety of a preliminary injunction and the likelihood of Plaintiff succeeding on Count I (a 20 U.S.C. § 1681 ("Title IX") claim) and Count II (a 42 U.S.C. § 1983 Equal Protection claim) are all complex questions with many parts and subparts. Furthermore, this case, including the propriety of the sought-after preliminary injunction, has tremendous local, statewide, and national importance. Finally, the County Board seeks only a couple of pages more than the motion that the County

12871431v1

2

Board is opposing (which also contained voluminous pages of attached exhibits). Accordingly, the County Board respectfully requests the Court to **GRANT** this motion.

        Respectfully submitted this 21st day of June, 2021.

|  |  |
|---|---|
| STEPTOE & JOHNSON PLLC<br>  OF COUNSEL | /s/ Susan L. Deniker<br>Susan L. Deniker  (WV ID #7992)<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330-4500<br>(304) 933-8000<br><br>*Counsel for Defendants Harrison County Board of Education and Dora Stutler* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER JACKSON,

    *Plaintiff*,

v.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin, District Judge

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,

    *Defendants*.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2021, I electronically filed a true and exact copy of "***Defendant Harrison County Board of Education and Defendant Dora Stutler in her Official Capacity's Motion for Leave to Exceed the Page Limit Responding to Plaintiff's Motion for Preliminary Injunction***" with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| **Andrew D. Barr**<br>COOLEY<br>Suite 2300<br>1144 15th Street<br>Denver, CO 80202<br>    *Counsel for Plaintiff* | **Joshua A. Block**<br>AMERICAN CIVIL LIBERTIES UNION<br>Floor 18<br>125 Broad Street<br>New York, NY 10004<br>    *Counsel for Plaintiff* |

**Tara L. Borelli**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
Suite 640
730 Peachtree Street NE
Atlanta, GA 30308-1210
*Counsel for Plaintiff*

**Kathleen R Hartnett**
COOLEY
5th Floor
101 California Street
San Francisco, CA 94111
*Counsel for Plaintiff*

**Elizabeth Reinhardt**
COOLEY
500 Boylston Street
Boston, MA 02116
*Counsel for Plaintiff*

**Loree Beth Stark**
AMERICAN CIVIL LIBERTIES UNION OF
WEST VIRGINIA
Suite 507
405 Capitol Street
Charleston, WV 25301
914-393-4614
*Counsel for Plaintiff*

**Sruti J. Swaminathan**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
19th Floor
120 Wall Street
New York, NY 10005
*Counsel for Plaintiff*

**Douglas P. Buffington, II**
WV ATTORNEY GENERAL'S OFFICE
Building 1, Room 26e
1900 Kanawha Boulevard, East
Charleston, WV 25305
*Counsel for Intervenor State of W. Va.*

**Carl Solomon Charles**
LAMBDA LEGAL
Suite 640
730 Peachtree Street, NE
Atlanta, GA 30308
*Counsel for Plaintiff*

**Katelyn Kang**
COOLEY
55 Hudson Yards
New York, NY 10001
*Counsel for Plaintiff*

**Avatara Antoinette Smith-Carrington**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
Suite 500
3500 Oak Lawn Avenue
Dallas, TX 75219
*Counsel for Plaintiff*

**Julie Veroff**
COOLEY
5th Floor
101 California Street
San Francisco, CA 94111
*Counsel for Plaintiff*

**Aria Vaughan**
DEPARTMENT OF JUSTICE
4CON, 10th Floor
950 Pennsylvania Avenue NW
Washington, DC 20530
*Counsel for Interest Party USA*

**Curtis R. Capehart**
WV ATTORNEY GENERAL'S OFFICE
Building 1, Room 26e
1900 Kanawha Boulevard, East
Charleston, WV 25305
*Counsel for Intervenor State of W. Va.*

**Jessica Anne Lee**
WEST VIRGINIA ATTORNEY GENERAL'S OFFICE
Building 1, Room E-26
1900 Kanawha Boulevard, East
Charleston, WV 25305
*Counsel for Intervenor State of W. Va.*

**Fred B. Westfall , Jr.**
UNITED STATES ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
*Counsel for Interest Party USA*

**Jennifer M. Mankins**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 26326-1713
*Counsel for Interest Party USA*

**Kelly C. Morgan**
BAILEY & WYANT
P. O. Box 3710
Charleston, WV 25337-3710
*Counsel for Defendant WVSBE*

**Roberta F. Green**
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339
*Counsel for Defendant WVSSAC*

STEPTOE & JOHNSON PLLC
   OF COUNSEL

/s/ Susan L. Deniker
Susan L. Deniker           (WV ID #7992)
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000

*Counsel for Defendants Harrison County Board of Education and Dora Stutler*