IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.             CIVIL ACTION NO. 2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

ORDER

Pending before the court is a request by Defendant Harrison County Board of Education and Defendant Dora Stutler to exceed the page limit set by the Local Rules of Civil Procedure. [ECF No. 45]. For reasons before the court, this Motion is **GRANTED.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

          ENTER: June 22, 2021

          JOSEPH R. GOODWIN
          UNITED STATES DISTRICT JUDGE