

# 2020 - 2021

# TRACK

# COACHES

# PACKET

EXHIBIT

A

# TABLE OF CONTENTS

*The Interscholastic* Track Program February  (Online)

Track Bulletin ................................................................................................................................... 3

Rule Clinic Schedule ......................................................................................................................... 5

Rule 127-3-29-Track .......................................................................................................................... 6

Pole Vaulter's Weight Verification Form ........................................................................................... 7

Sanctioning and Travel/WVSSAC Rule 127-3-16 ............................................................................. 8

Submitting Regional Entry Forms (High School Only) ..................................................................... 9

State Tournament Program Information (High School Only) ............................................................. 11

WVSSAC State Tournament Rooming List Information (High School Only) ...................................... 13

WVSSAC Rooming List-Track (High School Only) ............................................................................ 14

Coaching Reminders ......................................................................................................................... 15

Practice Rule/WVSSAC Rule 127-2-13 .............................................................................................. 16

Ejection Rule/Bench Clearing Policy ................................................................................................. 17

For additional information related to sports medicine issues concerning athletic participation, please click the "Sports Medicine" tab on the opening page of our website.

# WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION

**2875 Staunton Turnpike, Parkersburg, WV 26104-7219**

Telephone: 304-485-5494
Fax Number: 304-428-5431

E-Mail: wvssac@wvssac.org
Web Site: www.wvssac.org



# B U L L E T I N

**TO:** Track Coaches
**FROM:** Wayne Ryan, CAA, Assistant Executive Director
**DATE:** January 2021
**SUBJECT:** 2020-2021 Track

## Points of Emphasis:

1. Pole Vaulting – If your team has pole vaulting, be sure to review Rule 6-5 in the National Federation Rules Book.  Your careful review of this information will help to insure the safety of your athletes.

2. Sanctioning & Travel – Please review Rule 127-3-16.  All sanctioning requests must be done using the sanction forms found on the WVSSAC website.  Failure to have an event sanctioned may result in forfeiture and returning awards won by athletes.

3. Uniform Information – Coaches, it is your responsibility to enforce these items for all participants, including field event participation:

   ➢ Rule 4-3: Violators of these items will not be allowed to participate until such is corrected. Events will not be delayed because of these violations.

4. Please check the WVSSAC Track Program from the February issue of ***The Interscholastic*** concerning the track and field program.

5. Items for Regional and State meets. (Refer to ***The Interscholastic***)

6. Eligibility sheets are due **online** by the date of the first contest according to the standardized calendar.  Hard copies are no longer accepted.  <u>Schools will be assessed a $25 (twenty-five dollar) fine if eligibility certificates are not completed before date of first contest.</u>

7. WVSSAC Rules Clinics
   ➢ The WVSSAC will not conduct in person Track Rules Clinics for the 2020-2021 season. Schools and officials will be notified when the clinics are available for viewing online.

8.  The Board of Directors has ruled that players, coaches, or officials shall not use tobacco during an athletic contest. The penalty requires the official to eject the offender from the confines of the field.

9.  **Head Trauma Guidelines** – Refer to the approved Return to Play/Concussion Protocol. RTP refers to return to play and return to practice. The appropriate health care professional will determine when a concussed athlete may return to participation.

10. **Use of Performance Enhancing Substances by Athletes** – It is the philosophy of the National Federation and the WVSSAC that students be encouraged and supported in their efforts to develop and maintain a healthy lifestyle. In promotion of safety and healthy lifestyles, the WVSSAC Sports Medicine Committee requests that coaches assume the responsibility of informing athletes that the uses of such substances should be discontinued especially during the times when dehydration may occur due to potential life threatening consequences. The committee further encourages all athletic trainers to support coaches in promoting healthy lifestyles.

11. **Injury/Participation Procedure at WVSSAC Championship Events** – Medical personnel (athletic trainers) will have the jurisdiction concerning the return of a player to competition after an injury. If a parent refuses to follow the determination of the authorized person, a release form must be signed. Athletic trainers will receive additional information at Rules Clinics.

12. The WVSSAC is actively involved in promoting good sportsmanship in all of our sport programs. I encourage you to promote good sportsmanship by informing parents and athletes of the importance of supporting this concept. Please review the sportsmanship section of the ***Rules & Regulations Handbook*** with your team. I ask that you lead by example.

17. All coaches for each sport are required to complete an Emergency Action Plan (Senate Bill 40). This must be completed online - See your Athletic Director for further information.

## Coaches are asked to carefully review the
## Spectator Support Information with players, fans, and parents.

**National Federation Part I Rules Examination - No longer required for coaches.**

**4**

# 2020-2021
# Spring Sports Clinics

Spring Clinics for 2020-21 will be online.

Schools and Officials will be emailed the link when the clinics are available.

**§127-3-29.  Track and Field (Boys and Girls).**

29.1.  Rules:  Track and Field rules published by the National Federation of State High School Associations are the official rules for all interscholastic competition unless otherwise provided by Commission modification.

29.2.  Organized Team Practice:  Organized team practice may begin on Monday, March 15 for High Schools and Monday, March 22 for Middle Schools.

29.3.  Length of Season:  The track and field season will end for each team or individual by WVSSAC tournament elimination.

29.4.  Maximum Team Contests: A track and field team will be permitted 16 meets exclusive of sectional, regional, and state contests.

29.5.  Participation Limitations:  Maximum of 4 events per participant per meet.

29.6.  Scrimmages:  Not permitted.

29.7.   Individual students of a team must have practiced on 14 SEPARATE days, exclusive of the day of a contest, before participating in an interscholastic contest.

29.8.  A student may accept awards in WVSSAC sanctioned events and non-sanctioned events during the entire year.  These awards must be consistent with the items specified in the Awards Rule.

29.9.  *Middle School* - The above will apply for Middle School with the following adaptations:

29.9.1.  Middle school  teams will be permitted 14 meets and only 2 meets per week.

29.9.2.  Middle school season will be completed by June 9.

29.9.3.  Participation limitation:  Middle school students, regardless of grade levels (6, 7,  or 8), may compete in a maximum of four events, of which only three may be running events including relays.

6

# WVSSAC
## POLE VAULTER'S WEIGHT VERIFICATION FORM

**TO ALL MEMBER SCHOOLS** - Member schools will be required to process the <u>POLE VAULTER'S WEIGHT VERIFICATION FORM</u> listing each student participating in the pole vault event.  This form is to be on file in the Athletic Director's office prior to a pole vaulter's first interscholastic competition.  A copy must be given to the event judge at each meet in which they will vault.

School _____

|    | Name of Vaulter | Weight* | Pole Rating |
|----|-----------------|---------|-------------|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ |
| 5. | _____ | _____ | _____ |
| 6. | _____ | _____ | _____ |
| 7. | _____ | _____ | _____ |
| 8. | _____ | _____ | _____ |

\* INCLUDES FULL COMPETITION UNIFORM AND FOOTWEAR

Date _____     Signature of Principal _____

Date _____     Signature of Athletic Director _____

Date _____     Signature of Coach _____

## NOTE TO SCHOOL OFFICIALS

Please review the following National Federation rules regarding the pole vault event:

6-5-2; 6-5-3; 6-5-4; and 6-5-5.  Page 47 & 48

rk/Pole Vaulters Wt Verification Form

**§127-3-16.  Sanctioning and Travel.**

16.1.  A member school shall not enter a contest/competition which requires sanctioning until it is approved.

16.2.  All applications for sanctioning must be submitted to the WVSSAC 30 days prior to the event with the exception of international events.

16.3.  Events requiring National Federation approval are:

16.3.1.  Co-sponsorship Sanction Requirement:  Any interstate event involving two (2) or more schools which is co-sponsored by or titled in the name of an organization outside the high school community (e.g., a university, a theme park, a shoe company), in addition to being sponsored by a member school, an approved school or a state association, shall require sanction of the NFHS office.

16.3.2.  Non-bordering State Sanction Requirement:  Each state association shall sanction through the NFHS office interstate competition by a member school involving either:

a.  More than eight (8) schools, at least one (1) of which is from a state that does not border the host state; or

b.  Five (5) or more states, at least one (1) of which does not border the host state.

16.3.3. International Event:  Each member state association shall approve and receive NFHS approval for competition by a member school against a school from a foreign country, except for two (2) school and three (3) school competition with a school or schools from Canada or Mexico which necessitates a round trip of less than 600 miles.

16.3.4.  International Event:  Games against Canadian or Mexican schools involving travel of greater than 600 miles, or an event involving more than three (3) schools, one or more of which are from Canada or Mexico, requires a request to the NFHS for international sanction and notice to and sanction by the appropriate National Governing Body.

16.4.  Bordering state events requiring approval are:

16.4.1.  Any interstate event in which four or more schools participate.  (All schools from neighboring states.)

16.4.2.  Any interstate event which involves schools from three or more state high school associations.

16.5.  Intrastate events requiring approval are:

16.5.1.  An event with more than four schools participating or awards given.

16.5.2.  Any event where awards are given.

16.6.  The WVSSAC may assess a fine and/or other penalties against the participating school for violations of the sanction provisions.

16.7.  A member school shall not enter an event that involves travel of more than 600 miles round trip unless it occurs on days when school is not in session.  Sanctioning from the WVSSAC must be granted.

- - - - - - - **HIGH SCHOOL ONLY** - - - - - - -

### Submitting Regional Track Entries

All entries for the WVSSAC Regional Track Meets will utilize the Hy-Tek Team Manager Lite and all entries will be provided to the meet director or his/her designee electronically. Team Manager Lite is a software program that eliminates a lot of problems for meet managers. It ensures that coaches have entered athletes into the correct events and it eliminates the mistakes that are made when information is hand entered. **The items in this bulletin that are in bold print are exactly the format that we want used for the Regional Track Meets.** It is our suggestion that you use this same format throughout the regular season.

**You may download the program from the Hy-Tek website:**
www.hy-tekltd.com/track/wintm/index.html

**Or from the following schools track websites**
Bridgeport – www.bridgeporttrack.com
Cabell Midland – www.midlandrunning.com/hy-tek

Once the software is loaded on your computer, you will: Create the team database. Name the database. Select where to store the database. We refer to the athletes as male/female.

Next you will need to identify your team. Click on "Teams" from the TFWin-TM Menu Bar and then click on 'Add' from the Team Browser or click on the "Add New Team" icon. Enter the basic Team information.

**TEAM CODE:  Use your WVSSAC numeric code – 0065**
**TEAM NAME:  Use your full School Name – Lewis County HS**
**SHORT NAME:  Use shortened School Name – Lewis County**
**ALT ABBR:  Use Mascot or other Shortened Name – LC or Minutemen**

You can now add your athletes. Click on "Athletes" from the Main Menu Bar and then click on "Add" from the Athlete Browser or click on "Add New Athlete" icon. You need to provide the following information about the athlete: name, gender, team and school year. **Please use the athletes' given name, no nicknames. For the school year, please use 9, 10, 11 and 12.** Click on the "OK" button to save the information that you have entered about this athlete. Repeat this process to add all the members of your team. Click on the "Cancel" button when you are finished.

You will then need the event files for the meet that you a entering. The meet director will provide you with a file that you can import into the Team Manager that will list all of the events and entry rules for their meet. Assign your athletes to their respective events. Then enter a "Custom Entry" mark for their best time, distance or height in that event. For the field events enter distances and heights in the following format: feet – inches. For example, a long jumper whose best jump is 18' 7 ½ " would be entered as 18-7.5 or a pole vaulter with the best height 12' 6" would be 12-6. Relay Events – Enter a "Custom Entry"

**9**

mark for your relays best time.  You may pick from 4 to 8 athletes (4 primary and 4 alternate) from the list of eligible athletes for your Relay.  You can click and drag them over to Relay positions 1-8 or double-click on the name and TFWin-TM will automatically move them for you.

Exporting Your Meet Entries – From the T & F TEAM MANAGER Main Menu Bar, click on "File" then "Export" then "Meet Entries".  Since you want to email them, specify a directory on your hard drive (one you can find later) as the "Export Drive/Directory". Now select the meet for which you want to export entries. You should check the option to "Include Relays with your Entry." When you click "OK", TFWIN-TM will create one zip file that has the following naming convention: TTTTTTT-Entriesxxx.ZIP where "TTTTTTT" is the Team Abbreviation and the "xxx" is a sequential number beginning with "001". For example, if the Meet Entries are for the Team "LC" the exported meet entry file name would be "LC-Entries001.ZIP". This zipped file contains a meet entry file – a TCL file.

Check What You Have Exported – After you have built your meet entry export file, click on "Reports" and then "Export/Import File Report" and follow the menu prompts to review EXACTLY what information you exported to the file.  This is a great way to check and verify the meet entries you are sending to the meet host.  This report should match the standard "Meet Entry Report" you have built, but it is a good idea to check it.

Submitting Your Meet Entries – Just use your standard e-mail software and attach the ZIP file (saved on your hard drive or flash drive where you could find it from before) to an e-mail and send it before the entry deadline.  When the meet director receives that file they will import it and your team will be entered in their meet just as you entered them with no mistakes.

For more instructions, you may go to:  www.hy-tekltd.com/track/wintm/index.html  and at the bottom of the page click on "Team Manager" and you can download three pages (3 pages) of instructions.  You may also visit Bridgeport High Schools' Track website:  www.bridgeporttrack.com then click on "Meet Information" and then click on "Manager Lite Instructions".  Also there is a very good tutorial on the Cabell Midland High School Track website:  www.midlandrunning.com/hy-tek

- - - - - - - **HIGH SCHOOL ONLY** - - - - - - -

## State Tournament Program Information

**Goal:**   *To provide a quality program for all championship events*

**What:**   *Track State Championship Program*

**Deadline:** *Monday, June 7, 2021 - Noon - (No extensions past the noon deadline)*

### Required Online Submission Only - (School Information-Roster-Schedule)

- ✓ Go to www.wvssac.org click on Admin Login in the upper left corner of homepage
- ✓ Type in your Username and Password as the school Administrator in the appropriate sections and click on Login
- ✓ Click on Submit Rosters.  Under Program select Senior and select **Track**
- ✓ Complete the School Information and head coaches information.  Click Update/Continue
- ✓ Click the Sync button and enter the information requested, then save by clicking the Update/ Save Roster button.  Always view your roster for accuracy.
- ✓ If you don't find a student, go to the Eligibility Certificate Form and add the name and return to the Roster and click Sync button.  **Note:** The Sync button feature has been added to update all names on the active Eligibility Certificate Form.  Check for accuracy.  Save all changes to your eligibility certificate and roster.

### Required Items for a Team Page:

*School Information, Head Coach Information, Roster Information.  Update/Complete Online - Printer will use this for the Program Page.*

*Team Picture*

*Individual Head Coaches' Picture*

*Page Sponsor - Please contact a business or the boosters club concerning sponsoring this page.  Ad is about the size of a business card which often times is used.*

*Team Page Cost - $125 - Make checks payable to WVSSAC.  Indicate sport & school in memo section of check.*

> **When emailing the team/coach pictures and page sponsor,  please enter the school name (*No Abbreviations, please*) and sport in the subject line of the email.**

### Questions Contact:   *Katelyn Enoch*
*WVSSAC*
*2875 Staunton Turnpike*
*Parkersburg, WV 26104*
*Phone (304) 485-5494        Fax (304) 428-5431*
*Email: katelyn.enoch@wvssac.org*

- - - - - - - HIGH SCHOOL ONLY - - - - - - -



# Refer to the previous page for instructions on filling out coaching and team information online.



- - - - - - - **HIGH SCHOOL ONLY** - - - - - - -

> **Regional Tournament Directors are to give a copy of this Rooming List Information Sheet and the Rooming List to the coach of each state qualifier.**

# WVSSAC
# STATE TOURNAMENT
# ROOMING LIST INFORMATION

Please complete the rooming list for this year's State Track Meet.  The form is **online** under Track listed as State Track Meet Rooming List.   Area hotels usually provide rooms at a special rate to those teams  attending the State Tournament.  Payments for teams must be made in full by a **school check** (not personal) for all expenses.

Reservations must be made as early as possible.  When speaking with the hotel/motel contact, please be sure to identify your school name and indicate that the reservations are for the state track meet.

Please check the website for the approved list of hotels/motels who will provide rooms for your sport state tournament.

## Hotel Policy

Effective with the 2010-2011 school year, member schools that are eligible to receive reimbursement for lodging at state championship sites **MUST** be housed at hotel sites that participate in a cooperative agreement with the WVSSAC. *(Member schools will be notified by information posted on the WVSSAC website and material included in the sport specific coaches packets as to which lodging sites have entered into an agreement with the WVSSAC.)*

*Schools that choose to use unapproved lodging sites will not receive any reimbursement.*

rk/H/Hotel Motel/St. Tourn Rooming List

· · · · · · · HIGH SCHOOL ONLY · · · · · · ·



Find the
State Track Meet Rooming List
online at www.wvssac.org
Go to "Sports" "Track" and then click on
"2020-21 Track Fill In Room List Form".
Fill out the form.
Then, email to wayne.ryan@wvssac.org
or print and fax to 304-428-5431



 **COACHING REMINDERS** 

**Practice:**  Team members must have 14 practices on 14 separate days - 5 days sports specific if participating in another sport during the same sports season.  A student must have 5 days of practice if coming from one sports season into the next sports season without interruption of school days. Only students enrolled in the specific member school and a member of team is allowed to practice. Rule 127-2-13.

**Sunday Contests:**  Contests or practice on Sunday is prohibited.  Practice refers to any group or individual meeting to view films or activity associated with the activity of that sports season.  Rule 127-3-14.

**Physical Exam:**  Team members must have Athletic Participation/Parental Consent/Physician's Certificate form completed and on file before beginning practice.  Rule 127-3-3.  (Must be on or after May 1st)

**All-Star Competition:**  Any student completing athletic eligibility at the end of current school year because of age or competition of semesters of eligibility may play in one (1) all-star game upon conclusion of the season without loss of eligibility for balance of year.  Rule 127-3-4.

**Awards:**  Team members can accept awards from school sponsoring a sanctioned event or the school. Wearing apparel, championship rings, equipment, athletic goods that exceeds $100.00 are prohibited from any source.  Rule 127-3-5.

**Out of Season Coaching:**  Coaches may not promote, initiate, organize, supervise or participate in out-of-season events involving students of the same sport as the grade level coaching assignment and preceding grade level except as specified in Rules 127-3-7.2 and 127-3-7.3.  Rule 127-3-7.7.

**Amateur:**  Any team member competing for money, receiving any award or prize of monetary value that has not been approved by the WVSSAC, capitalizing on athletic fame or signing a professional playing contract in that sport is prohibited.  Rule 127-2-11.

**Participation as Ineligible:**  Any student who participates as ineligible may forfeit eligibility for up to 365 days. Rule 127-2-12.

**Non-School Participation:**  Participation is limited to school teams only with a few exceptions in individual sports provided the school principal approves and no school contests/activities are missed.  Participation includes but is not limited to, practice, fund raising, team pictures, tryouts, etc.  Rule 127-2-10.

**Sanctioning and Travel:**  A member school shall not enter a contest, tournament, or competition which requires sanctioning until it is approved 30 days prior to the event.  Rule 127-3-16.

---

For complete details reg*arding the above regulations and those governing team memberships, scholarship, undue influence, age, semester, etc. refer to the **Rules & Regulations Handbook** or at www.wvssac.org. This is not a comprehensive listing.*

**§127-2-13. Practice.**

13.1.   Only students enrolled and eligible to be listed on the eligibility certificate for that sport in the specific member school are allowed to participate in that school's practices.  Exceptions - Rules 127-2-3.2, 127-2-3.5 and 127-2-13.6.

13.2.   The frequency and length of practice is at the discretion of each member school.

13.3.   Member schools of the WVSSAC may practice on any day of the year with the exception of Sunday practice.  Rule 127-3-14.2 further clarifies Sunday practice.

13.4.   Individual players of a team must have practiced

13.4.a.  on 7 SEPARATE days before participating in an interscholastic scrimmage.

13.4.b.  on 14 SEPARATE days, exclusive of the day of a contest, before participating in an interscholastic contest.  The following sport(s) is exempted from the provisions of this rule: golf.

13.4.c  A student athlete who is absent from practice with their team for non-medical reasons, not under a doctor care, for more than fourteen (14) consecutive days must have the required full fourteen (14) practice days before resuming participation in a contest.  Students participating in football must follow the practice progression as set forth in Rule 127-3-23.

13.5.   A student shall not be permitted to engage in interscholastic practice until that student has filed with the principal a completed Athletic Participation/Parental Consent/Physician's Certificate Form.  Rule 127-3-3 further explains this required form.

13.6.   A student academically ineligible may begin practicing 15 school days immediately prior to the date of regaining full eligibility.  (All other ineligible students may not practice.)

13.7.   If a student has established eligibility in a sport requiring 14 separate days of practice and is continuing to participate in that sport or no school days have lapsed from one sport to another sport in a same season, the student may participate in another sport of the season after completing seven separate days of sport specific practice in the second sport.

13.8.   Students participating in a sport(s) in one season must have practiced 14 separate days, exclusive of the day of a contest, to be eligible to participate in a sport in the next season with the following exception:  the student has continued to practice or participate in tournament play without an interruption of school days.  The student must complete seven separate days of sport specific practice in the second sport.

(Ejection Rule / Bench Clearing)

127-4-3 Code for Interscholastic Athletics

3.7. *Statement of Policy.* Insofar as unsportsmanlike actions by students, school administrators, officials, coaches, faculty members, and spectators are concerned, the identical items under the Sportsmanship Rule along with the following guides will be referred to by the WVSSAC:

3.7.a. The school whose coach behaves in a manner likely to have adverse influence on the attitudes of students or spectators may be provided with the choice of taking disciplinary action against that coach or having the entire school disciplined by the WVSSAC.

3.7.b. Any student who in protest lays hands or attempts to lay hands upon an official may be declared ineligible by the principal or by the WVSSAC for up to one year. Any student who strikes an opponent, coach, or a spectator during or following an athletic event may be declared ineligible by the principal or the WVSSAC for a specified period of time up to one year, depending on the seriousness of the act.

3.7.c. Any coach, student, or bench personnel ejected by an official will be suspended for the remainder of the game, match, meet or contest. The coach, student, or bench personnel ejected by an official will also be suspended in additional contest(s): the suspension will be assessed based upon ten (10) percent of the allowed regular season contests or post season progression in a playoff tournament for each sport. Any tenth of a percentage from .1 to .4 will be a suspension equal to the whole number of the percent. Any tenth from .5 to .9 will be an additional contest added to the whole number. The suspension will include the number of indicated contests in that sport and at that level and all other sport contests in the interim at any level. A second ejection will result in the doubling of the suspension assessed for the first ejection. If an individual is ejected for a third time during the same sport season, the individual will be suspended from participating or coaching for 365 calendar days from the date of ejection. In accordance with rule 127-3-15.3, an individual ejected by an official may not appeal that ejection, or any subsequent suspension that is a consequence of the ejection by an official..

3.7.c.1. Any coach, player or bench personnel who has been ejected shall not be permitted to attend any contest(s) during said suspension. He/she shall not be affiliated with the team in any capacity. This would include but not be limited to transportation to or from the contest, meeting with the team before, during or after said contest. He/she is not permitted to be in sight or sound of said contest venue. Regular practice or team meetings not affiliated with a contest are permitted.

3.7.c.2. If suspensions are imposed to a student or bench personnel at the end of the sport season and no contest remains, the suspension is carried over to that particular sport until the next school year. In the case of a senior student, the penalty will continue to the next WVSSAC sponsored sport.

3.7.c.3. Any coach suspension that cannot be enforced during the sport season in which the ejection occurs will be enforced at the beginning of the next season of that same sport.

3.7.d. In case of spectators physically molesting an official, administrator, coach, or student, the school may be given one of two options:  1) file charges against the offender (s) or 2) accept discipline from the WVSSAC. Any person found guilty of W.Va. Code §61-2-15(a) Assault, Battery on Athletic Officials, while these individuals are working or as a result of working an athletic contest, shall be banned from all WVSSAC athletic events for a minimum of 365 days from the date of being found guilty. The school filing charges shall notify the WVSSAC of the incident and outcome of any legal action.

3.7.e. The school that does not lend complete cooperation in the host school's effort to promote the spirit of good sportsmanship may be disciplined by the WVSSAC.

3.7.f. A coach may be considered as committing unsportsmanlike conduct if they make degrading remarks about officials during or after a game either on the field of play, from the bench, or through any public news media, argues with officials, or goes through motions indicating dislike for a decision, protests the decision and actions of officials pertaining to the game during and after the contest, or detains the official on the field of play following a game to request a ruling or explanation of some phase of the game. If a coach feels he/she has a legitimate criticism of a penalty call or a request for a rule interpretation, such criticism or request should be made in the privacy of the coach's office or the official's quarters and should be made in a courteous manner.

3.7.g. A student or team attendant shall not leave the bench area, team box area, or their designated off-field area during a game or contest other than during that time permitted by game or contest rules. A coach shall not leave the bench area, team box area, or the designated off-field area during a game or contest other than during that time permitted by game or contest rules unless a student altercation is taking place and the official requests assistance. Violation of this rule shall cause the coach, student, or team attendant to be immediately ejected from the contest, team penalized according to game or contest rules and that coach, student, or team attendant will not be eligible to participate in the next contest as outlined in §127-4-2.3.

3.8. Procedure. Unsportsmanship action must be reported in detail to the WVSSAC. A copy of the complaint must also be filed with the principal of the school involved. Each principal involved shall report such information or answers to the report as they deem appropriate. Upon receipt of all reports, the Executive Director and/or the Board of Directors of the WVSSAC shall investigate and adjudicate such reports in accordance with the powers afforded in §127-1-8.6 and 8.7 and §127-1-12.2 and 12.3 of the Constitution. Penalties up to and including suspension of member schools may be made in accordance with §127-4.

3.9. The following defines the different types of disciplinary action which may be assessed for violation of any WVSSAC rule by a member school, administrator, coach, athlete or contest official:

3.9.a. *Warning.* A warning may be given by the Executive Director or Assistant Executive Director.  It is official notice that an inexcusable, unethical, or unsportsmanship action has occurred, is a matter of record, and that such an occurrence must not be repeated.

3.9.b. *Probation.* Probation is a much more severe type of warning and may be expressed two ways:  1) a school, coach, student, or team attendant on probation is told that further violations will lead to a fine or suspension; and/or 2) a school on probation is on conditional WVSSAC membership but may engage in its regular schedule, sanctioned events, and all WVSSAC tournament play, providing a program is filed with the Executive Director of the WVSSAC indicating measures to be taken to alleviate this problem which caused the school to be placed on probation.

3.9.c. *Suspension.* A school/coach suspended from the WVSSAC may not meet in interscholastic competition of any kind with a WVSSAC member school or a school that is a member of another state associated with the National Federation of State High School Associations.

3.9.d. *Fine.* A fine may be levied by the Executive Director.

3.9.e. Each of these sanctions (Warning, Probation, suspension and Fine) may be imposed or levied separately, or in a combination of one or more sanctions.

3.10 *Appeals.* All cases involving disciplinary action against member schools, coaches, students, team attendants, or officials may be protested in accordance with §127-6. However, disciplinary action imposed by an official, including disciplinary action that is a consequence of a decision by an official, such as a suspension for an additional game or games as a consequence of an ejection, is governed by rule 127-3-15.3 and is not subject to appeal.

3.11. *Review of Ejections.* Disciplinary action imposed by a contest official, including disciplinary action that results in a suspension for an additional game or games as a consequence of an ejection, is not subject to appeal pursuant to Rule §127-6. However, if the individual ejected believes the ejection was improper, he/she may request a review of the ejection by his/her principal. If the principal believes there is merit in the requested review, the principal shall complete and submit the WVSSAC Ejection Review Form within 24 hours or the next business day of the ejection to the Executive Director of the WVSSAC. If a review is properly requested, the WVSSAC will review the officials' special report, the WVSSAC Ejection Review Form, and such other information as the WVSSAC deems appropriate.  Upon review, the WVSSAC Executive Director or the designated Assistant Director will either sustain the ejection and any consequent suspension(s), or will determine the ejection was improper and void any consequent suspension(s). A decision by the WVSSAC upon reviewing an ejection is not subject to appeal pursuant to Rule §127-6.