IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>       *Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br><br>       *Defendants*,<br><br>and<br><br>THE STATE OF WEST VIRGINIA,<br>       *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**MOTION PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1(a)(2) FOR LEAVE TO FILE CONSOLIDATED 30-PAGE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

  Plaintiff, by and through her counsel, pursuant to Local Rule of Civil Procedure 7.1(a)(2), respectfully requests leave to file a Consolidated Reply in Support of Plaintiff's Motion for Preliminary Injunction of up to 30 pages.  This Reply brief would respond to the four separate briefs, totaling 68 pages, filed by Defendants (including Defendant-Intervenor) in response and opposition to Plaintiff's Motion for Preliminary Injunction.  *See* Dkt. Nos. 47, 48, 49, 50.

  Local Rule of Civil Procedure 7.1(a)(2) provides that upon a showing of good cause, the Court may allow a party to exceed the 20-page limit applicable to briefs.  Here, Defendants (including Defendant-Intervenor) filed a total of four separate briefs (totaling 68 pages) in response and opposition to Plaintiff's opening brief in support of her motion for a preliminary injunction

(which was 27 pages in length, with leave of Court).  Plaintiff respectfully submits that one consolidated Reply brief of 30 pages will be the most efficient and streamlined means for her to present her reply arguments to the Court, rather than filing four separate reply briefs.  Good cause also exists for a 30-page consolidated Reply because Plaintiff requires sufficient space to address each of the four opposition briefs. Plaintiff will make every effort to address identical or similar arguments made by multiple Defendants simultaneously, but the four Response briefs each include some separate and discrete arguments that will require their own specific replies.

Plaintiff files this motion out of an abundance of caution and will make every effort to use as few pages as possible.  However, in light of the need to reply to four separate Response briefs fully, Plaintiff respectfully submits that good cause exists under Rule 7.1(a)(2) and that authorization for one 30-page consolidated Reply brief should be granted.  A proposed Order granting this Motion is submitted for the Court's convenience.

Respectfully submitted this 25th day of June, 2021,

/s/ Loree Stark

| | |
|---|---|
| Joshua Block* | Loree Stark (Bar No. 12936) |
| Taylor Brown* | AMERICAN CIVIL LIBERTIES UNION OF WEST |
| Chase Strangio* | VIRGINIA FOUNDATION |
| AMERICAN CIVIL LIBERTIES UNION | P.O. Box 3952 |
| FOUNDATION | Charleston, WV 25339-3952 |
| 125 Broad St. | Phone: (914) 393-4614 |
| New York, NY 10004 | lstark@acluwv.org |
| Phone: (212) 549-2569 | |
| jblock@aclu.org | Kathleen Hartnett* |
| | Julie Veroff* |
| Avatara Smith-Carrington* | COOLEY LLP |
| LAMBDA LEGAL | 101 California Street 5th Floor |
| 3500 Oak Lawn Avenue, Suite 500 | San Francisco, CA 94111-5800 |
| Dallas, TX 75219 | Phone: (415) 693-2000 |
| Phone: (214) 219-8585 | khartnett@cooley.com |
| asmithcarrington@lambdalegal.org | |

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
Phone: (404) 897-1880
ccharles@lambdalegal.org

Sruti Swaminathan*
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Andrew Barr*
COOLEY LLP
1144 15th St., Suite 2300
Denver, CO 80202-5686
Phone: (720) 566-4000
abarr@cooley.com

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2305
ereinhardt@cooley.com

*Statements of Visiting Attorneys Forthcoming*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br>       *Plaintiff*,<br>  v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br>       *Defendants*,<br>  and<br><br>THE STATE OF WEST VIRGINIA,<br>       *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**CERTIFICATE OF SERVICE**

I, Loree Stark, do hereby certify that on this 25th day of June, 2021, I electronically filed a true and exact copy of Motion Pursuant to Local Rule of Civil Procedure 7.1(a)(2) for Leave to File Consolidated 30-Page Reply Brief in Support of Plaintiff's Motion for Preliminary Injunction with the Clerk of Court and all parties using the CM/ECF System. A copy of this motion will also be served to the Defendants with the Complaint.

                */s/ Loree Stark*
                West Virginia Bar No. 12936