IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br>       *Plaintiff*,<br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br>       *Defendants*,<br>and<br><br>THE STATE OF WEST VIRGINIA,<br>       *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>[Proposed] Order Granting Motion Pursuant to Local Rule of Civil Procedure 7.1(a)(2) for Leave to File Consolidated 30-Page Reply Brief in Support of Plaintiff's Motion for Preliminary Injunction |

**ORDER GRANTING MOTION PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1(a)(2) FOR LEAVE TO FILE CONSOLIDATED 30-PAGE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

  Pursuant to L.R. Civ. P 7.1(a)(2), Plaintiff B.P.J., by and through her next friend and mother, Heather Jackson, filed a Motion Pursuant to Local Rule of Civil Procedure 7.1(a)(2) for Leave to File Consolidated 30-Page Reply Brief in Support of Plaintiff's Motion for Preliminary Injunction on June 25, 2021 ("Motion"), in the above-captioned matter. After considering the moving papers, the Court concludes Plaintiff has shown good cause. Accordingly, it is ORDERED that Plaintiff's motion to file a consolidated Reply brief of no more than 30 pages in support of her motion for preliminary injunction be, and hereby is GRANTED. Plaintiff is permitted to file up to a 30-page Consolidated Reply in Support of her Motion for Preliminary Injunction.

             Enter: June 28, 2021

                       _____
                       JOSEPH R. GOODWIN
                       UNITED STATES DISTRICT JUDGE