## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**B.P.J., by her next friend and mother,**
**HEATHER JACKSON,**

   **Plaintiff,**

**v.**                                    **Civil Action No. 2:21-cv-00316**
                                          **Honorable Joseph R. Goodwin**

**WEST VIRGINIA STATE BOARD OF**
**EDUCATION; HARRISON COUNTY**
**BOARD OF EDUCATION; WEST**
**VIRGINIA SECONDARY SCHOOL**
**ACTIVITIES COMMISSION; W.**
**CLAYTON BURCH, in his official**
**capacity as State Superintendent; and**
**DORA STUTLER, in her official capacity**
**as Harrison County Superintendent,**

   **Defendants.**

### DEFENDANTS WEST VIRGINIA STATE BOARD OF EDUCATION AND
### SUPERINTENDENT W. CLAYTON BURCH'S MOTION TO DISMISS

   **NOW COME** Defendants West Virginia State Board of Education and Superintendent W.

Clayton Burch (collectively hereinafter "WVBOE"), by and through counsel, Kelly C. Morgan,

Michael W. Taylor, Kristen V. Hammond, and the law firm of Bailey & Wyant, P.L.L.C., pursuant

to Rule 12(b)(1) and (6) of the *Federal Rules of Civil Procedure*, and hereby move to dismiss these

parties from this matter with prejudice because this Court lacks subject-matter jurisdiction over these

parties on the basis of standing, ripeness and that the parties are duplicative.  Said reasons are more

fully presented in the contemporaneously filed Memorandum of Law in Support.

   **WHEREFORE**, based upon the foregoing and the reasons asserted in the

contemporaneously filed Memorandum of Law in Support, these Defendants pray this Court will

enter an Order dismissing them from this case with prejudice, as well as all other relief deemed just

and proper.

Respectfully Submitted,

**DEFNDANTS WEST VIRGINIA**
**STATE BOARD OF EDUCATION**
**and W. CLAYTON BURCH**

**By Counsel,**

 **/s/ Kelly C. Morgan**
**Kelly C. Morgan (WV Bar #9519)**
**Michael W. Taylor (WV Bar #11715)**
**Kristen V. Hammond (WV Bar #9727)**
**Bailey & Wyant, PLLC**
**500 Virginia Street, East, Suite 600**
**P.O. Box 3710**
**Charleston, WV 25337-3710**
**Telephone: 304.345.4222**
**Facsimile: 304.343.3133**
**kmorgan@baileywyant.com**
**mtaylor@baileywyant.com**
**khammond@baileywyant.com**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**B.P.J., by her next friend and mother,
HEATHER JACKSON,**

    **Plaintiff,**

**v.**

                                                     **Civil Action No. 2:21-cv-00316**
                                                     **Honorable Joseph R. Goodwin**

**WEST VIRGINIA STATE BOARD OF
EDUCATION; HARRISON COUNTY
BOARD OF EDUCATION; WEST
VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISSION; W.
CLAYTON BURCH, in his official
capacity as State Superintendent; and
DORA STUTLER, in her official capacity
as Harrison County Superintendent,**

    **Defendants.**

<u>**CERTIFICATE OF SERVICE**</u>

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"Defendant West Virginia State Board of Education and Superintendent W. Clayton Burch's Motion to Dismiss"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Thursday, July 1, 2021:

Loree Stark
American Civil Liberties Union of West Virginia Foundation
P.O. Box 3952
Charleston, WV 25339-3952
lstark@acluwv.org
*Counsel for Plaintiff*

Avatara Smith-Carrington
Lambda Legal
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
asmithcarrington@lambdalegal.org
*Counsel for Plaintiff*

Carl Charles
Tara Borelli
Lambda Legal
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
ccharles@lambdalegal.org
*Counsel for Plaintiff*

Sruti Swaminathan
Lambda Legal
120 Wall Street, 19th Floor
New York, NY 10005
sswaminathan@lambdalegal.org
*Counsel for Plaintiff*

Joshua Block
Taylor Brown
Chase Strangio
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
jblock@aclu.org
*Counsel for Plaintiff*

Kathleen Hartnett
Julie Veroff
Cooley LLP
101 California Street 5th Floor
San Francisco, CA 94111-5800
khartnett@cooley.com
*Counsel for Plaintiff*

Elizabeth Reinhardt
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
ereinhardt@cooley.com
*Counsel for Plaintiff*

Andrew Barr
Cooley LLP
1144 15th St., Suite 2300
Denver, CO 80202-5686
abarr@cooley.com
*Counsel for Plaintiff*

Katelyn Kang
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
kkang@cooley.com
*Counsel for Plaintiff*

Roberta F. Green
Shuman McCuskey & Slicer PLLC
P.O. Box 3953
Charleston, WV 25339-3953
rgreen@Shumanlaw.com
*Counsel for Defendant West Virginia Secondary School Activities Commission*

Susan L. Deniker
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
susan.deniker@steptoe-johnson.com
*Counsel for Defendants Harrison County Board of Education and Dora Stutler*

Douglas P. Buffington, II
Curtis R. A. Capehart
Jessica A. Lee
Office of the Attorney General, State of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220
Curtis.R.A.Capehart@wvago.gov
*West Virginia Attorney General's Office*

Whitney M. Pellegrino
Aria S. Vaughan
Michelle L. Tucker
Amanda K. Dallo
United States Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., NW
4CON, 10th Floor
Washington, DC 20530
Aria.Vaughan@usdoj.gov
*United States Department of Justice*

Lisa G. Johnston
Fred B. Westfall, Jr.
Jennifer M. Mankins
300 Virginia Street East, Room 4000
Charleston, WV 25301
Fred.Westfall@usdoj.gov
*United States Attorney's Office*

 /s/ Kelly C. Morgan
**Kelly C. Morgan (WV Bar #9519)**
**Michael W. Taylor (WV Bar #11715)**
**Kristen V. Hammond (WV Bar #9727)**
**Bailey & Wyant, PLLC**
**500 Virginia Street, East, Suite 600**
**P.O. Box 3710**
**Charleston, WV 25337-3710**
**Telephone: 304.345.4222**
**Facsimile: 304.343.3133**
**kmorgan@baileywyant.com**
**mtaylor@baileywyant.com**
**khammond@baileywyant.com**