L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON ▼

B.P.J., by her next friend and mother,
HEATHER JACKSON,

    Plaintiff,

V.

West Virginia State Board of Education, et al.

    Defendants.

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

CIVIL ACTION NUMBER 2:21-cv-00316

---

DAVID C. TRYON
West Virginia Attorney General's Office      28954

*Name of Visiting Attorney and firm name*      *State Bar ID number*

Intervening Defendant, West Virginia Attorney General

*Name of party represented*

Ohio Supreme Court, 65 South Front Street, Columbus, OH 43204
The Supreme Court of the United States, One First Street NE, Washington, DC 20543

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*
West Virginia Attorney General
1900 Kanawha Blvd. E Bldg. 1 Rm 26E
Charleston, WV 25305

*Visiting Attorney's office address*

    304-558-2021      304-558-0140      David.C.Tryon@wvago.gov

*Visiting Attorney's office telephone number*      *Office fax number*      *Email address*

Curtis R. A. Capehart      WV   9876

*Name of Sponsoring Attorney and firm name*      *WV Bar ID number*
West Virginia Attorney General
1900 Kanawha Blvd. E Bldg. 1 Rm 26E
Charleston, WV 25305

*Sponsoring Attorney's office address*

    304-558-2021      304-558-0140      Curtis.R.A.Capehart@wvago.gov

*Sponsoring Attorney's office telephone number*      *Office fax number*      *Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

06/23/2021
Date

*Signature of Visiting Attorney*

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

06/23/2021
Date

*Signature of Sponsoring Attorney*

** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.