AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. No. 2:21-cv-00316

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick Morrisey, W.V. Attorney General
was received by me on *(date)* 07/20/2021.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Curtis R.A. Capehart, Deputy Attorney General, who is designated by law to accept service of process on behalf of *(name of organization)* Patrick Morrisey, WV Attorney General, State Capitol Complex, BLD 1, Room E-26, Charleston WV on *(date)* July 20th, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/21/2021

Server's signature

Darren Brown, Legal Investigator
Printed name and title

Brown Investigative Services, Inc.
P.O. Box 7673
Charleston, WV 25356

Server's address

Additional information regarding attempted service, etc: