L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON<br><br>**V.**<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his... | **STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**<br><br>CIVIL ACTION NUMBER 2:21-cv-00316 |

Taylor Brown / American Civil Liberties Union     2:21-cv-00316
_____  _____
*Name of Visiting Attorney and firm name*           *State Bar ID number*

B.P.J., by her next friend and mother, HEATHER JACKSON
_____
*Name of party represented*

S.D.N.Y / 500 Pearl Street, New York, NY 10007; 11th Cir. / 56 Forsyth Street, N.W., Atlanta, GA 30303; NY Court of Appeals / 20 Eagle Street Albany, New York 12207
_____
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

125 Broad St., 18th Fl., New York, NY 10004
_____
*Visiting Attorney's office address*

212-519-7887           (212) 549-2649           tbrown@aclu.org
_____  _____  _____
*Visiting Attorney's office telephone number*   *Office fax number*   *Email address*

Loree Starrk / American Civil Liberties Union of West Virginia     WV  12936
_____  _____
*Name of Sponsoring Attorney and firm name*                         *WV Bar ID number*

405 Capitol St., Ste. 507 Charleston, WV 25301
_____
*Sponsoring Attorney's office address*

914-393-4614           304-345-0207           lstark@acluwv.org
_____  _____  _____
*Sponsoring Attorney's office telephone number*   *Office fax number*   *Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 06/14/2021 | /s/ Meredith Taylor Brown |
|---|---|
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.



| 06/14/2021 | /s/ Loree Stark |
|---|---|
| Date | Signature of Sponsoring Attorney |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.