IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>[Proposed] Order Granting Plaintiff's Motion to Strike Jury Demand |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 39(a)(2), Plaintiff filed a Motion to Strike the State of West Virginia's jury demand in the above-captioned matter. After reviewing the pleadings and for good cause shown, it is **ORDERED** that Plaintiff's Motion be and hereby is **GRANTED.**

IT IS SO ORDERED.

Date: _____   _____
                                                                Judge Joseph R. Goodwin