IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>        *Plaintiff*,<br><br>  v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br><br>        *Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## JOINT MOTION TO DISMISS EQUAL PROTECTION CLAIM AGAINST DEFENDANT PATRICK MORRISEY IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF WEST VIRGINIA

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff B.P.J. and Defendants, State of West Virginia (the "State") and Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia (the "Attorney General"), jointly move this Court to dismiss B.P.J.'s Equal Protection Clause claim against the Attorney General.

As relevant to this motion, the State, by its Attorney General, moved to intervene in this matter to defend H.B. 3293. (Dkt. 41.) This Court granted the motion. (Dkt. 44.) B.P.J.'s amended complaint then added the State as a defendant relative to the Title IX claim but also added the Attorney General as a defendant relative to the Equal Protection Clause claim. (Dkt. 64 ¶¶ 88, 100.) The State answered B.P.J.'s First Amended Complaint and did not move to dismiss. (Dkt. 78.) The Attorney General sought dismissal as a party. (Dkt. 77.)

1

B.P.J. does not oppose dismissing without prejudice the Equal Protection claim against the Attorney General in the interest of streamlining the issues in this case. Accordingly, B.P.J., the State, and the Attorney General jointly move the Court to dismiss without prejudice B.P.J.'s claim in Count II (Equal Protection) against the Attorney General, thereby dismissing the Attorney General as a party. The parties agree that this motion does not affect any other claim or issue in the case, and that each side will bear its costs and fees as to this claim against the Attorney General as well as this motion and the Attorney General's previously-filed motion to dismiss (Dkt. 77).

The parties jointly request that the Court grant this motion by entering the concurrently submitted proposed order.

Dated: August 13, 2021

Joshua Block*
Taylor Brown*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org

Avatara Smith-Carrington*
LAMBDA LEGAL
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: (214) 219-8585
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
Phone: (404) 897-1880
ccharles@lambdalegal.org

Sruti Swaminathan*
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Andrew Barr*
COOLEY LLP
1144 15th St., Suite 2300
Denver, CO  80202-5686
Phone: (720) 566-4000
abarr@cooley.com

Respectfully submitted,

 /s/ Loree Stark

Loree Stark (Bar No. 12936)
AMERICAN CIVIL LIBERTIES UNION OF WEST
VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
lstark@acluwv.org

Kathleen Hartnett*
Julie Veroff*
COOLEY LLP
101 California Street 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
khartnett@cooley.com

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2305
ereinhardt@cooley.com

*Visiting Attorneys

Attorneys for Plaintiff

STATE OF WEST VIRGINIA, and
PATRICK MORRISEY, in his official capacity as
Attorney General for the State of West Virginia,

By counsel,
PATRICK MORRISEY,
ATTORNEY GENERAL

<u>/s/ Curtis R. A. Capehart (by permission)</u>
Douglas P. Buffington, II (WV Bar # 8157)
   *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
   *Deputy Attorney General*
David C. Tryon (visiting attorney)
   *Special Assistant to the Attorney General*
Jessica A. Lee (WV Bar # 13751)
   *Assistant Solicitor General*
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220
Email: Curtis.R.A.Capehart@wvago.gov
Telephone: (304) 558-2021
Facsimile: (304) 558-0140

*Counsel for Defendants STATE OF WEST VIRGINIA and PATRICK MORRISEY, in his official capacity as Attorney General for the State of West Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>       *Plaintiff*,<br>  v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br><br>       *Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**CERTIFICATE OF SERVICE**

  I, Loree Stark, do hereby certify that on this 13th day of August 2021, I electronically filed a true and exact copy of ***Joint Motion to Dismiss Equal Protection Claim Against Defendant Attorney General Patrick Morrisey*** with the Clerk of Court and all parties using the CM/ECF System.

                    */s/ Loree Stark*
                    West Virginia Bar No. 12936