IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## [PROPOSED] ORDER DISMISSING EQUAL PROTECTION CLAIM AGAINST DEFENDANT PATRICK MORRISEY IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF WEST VIRGINIA

This matter comes before the Court on the joint motion by Plaintiff B.P.J. and Defendants State of West Virginia and Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia (the "Attorney General"), to dismiss without prejudice B.P.J.'s Equal Protection claim in Count II of the First Amended Complaint against Defendant Morrisey.

IT IS HEREBY ORDERED THAT:

1.　The claim by Plaintiff B.P.J. against the Attorney General in Count II of the First Amended Complaint, under the Equal Protection Clause, is dismissed without prejudice, and the Attorney General is dismissed as a party. This order does not affect any other claim or issue in the case.

2.　Each side will bear its costs and fees as to this claim against the Attorney General as well as this motion and the Attorney General's previously-filed motion to dismiss (Dkt. 77).

The Clerk is directed to send copies of this Order to counsel of record.

IT IS SO ORDERED.

Dated: _____                    _____

                                                                                                            Honorable Joseph R. Goodwin

                                                                                                            United States District Court Judge

AGREED TO BY:

                          */s/ Loree Stark*

Joshua Block*  
Taylor Brown*  
Chase Strangio*  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
125 Broad St.  
New York, NY 10004  
Phone: (212) 549-2569  
jblock@aclu.org  

Avatara Smith-Carrington*  
LAMBDA LEGAL  
3500 Oak Lawn Avenue, Suite 500  
Dallas, TX 75219  
Phone: (214) 219-8585  
asmithcarrington@lambdalegal.org  

Carl Charles*  
Tara Borelli*  
LAMBDA LEGAL  
730 Peachtree Street NE, Suite 640  
Atlanta, GA 30308-1210  
Phone: (404) 897-1880  
ccharles@lambdalegal.org  

Sruti Swaminathan*  
LAMBDA LEGAL  
120 Wall Street, 19th Floor  
New York, NY 10005  
Phone: (212) 809-8585  
sswaminathan@lambdalegal.org  

Andrew Barr*  
COOLEY LLP  
1144 15th St., Suite 2300  
Denver, CO  80202-5686  
Phone: (720) 566-4000  
abarr@cooley.com  

Loree Stark (Bar No. 12936)  
AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA FOUNDATION  
P.O. Box 3952  
Charleston, WV 25339-3952  
Phone: (914) 393-4614  
lstark@acluwv.org  

Kathleen Hartnett*  
Julie Veroff*  
COOLEY LLP  
101 California Street 5th Floor  
San Francisco, CA 94111-5800  
Phone: (415) 693-2000  
khartnett@cooley.com  

Katelyn Kang*  
COOLEY LLP  
55 Hudson Yards  
New York, NY 10001-2157  
Phone: (212) 479-6000  
kkang@cooley.com  

Elizabeth Reinhardt*  
COOLEY LLP  
500 Boylston Street, 14th Floor  
Boston, MA 02116-3736  
Phone: (617) 937-2305  
ereinhardt@cooley.com  

**Visiting Attorneys*  

*Attorneys for Plaintiff*

STATE OF WEST VIRGINIA, and
PATRICK MORRISEY, in his official capacity as
Attorney General for the State of West Virginia,

By counsel,
PATRICK MORRISEY,
ATTORNEY GENERAL

<u>/s/ Curtis R. A. Capehart (by permission)</u>
Douglas P. Buffington, II (WV Bar # 8157)
   *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
   *Deputy Attorney General*
David C. Tryon (visiting attorney)
   *Special Assistant to the Attorney General*
Jessica A. Lee (WV Bar # 13751)
   *Assistant Solicitor General*
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220
Email: Curtis.R.A.Capehart@wvago.gov
Telephone: (304) 558-2021
Facsimile: (304) 558-0140

*Counsel for Defendants STATE OF WEST VIRGINIA and PATRICK MORRISEY, in his official capacity as Attorney General for the State of West Virginia*