A – Board Action Required
I – For Your Information
I/A – Information and/or Action
(*) – Support Information Included
(¡) – Distribute at Meeting



**AGENDA**
**Board of Directors #717**
**WVSSAC**
**Parkersburg, WV**
**Wednesday, May 19, 2021 – 8:30 am**

1. Call to Order                                    (A)

2. Approval of Minutes
   a. April Meeting                                 (A*)

3. Approval of Agenda                               (A*)

4. Financial Reports
   a. April Monthly                                 (A*)

5. Coaches Committee Reports
   a. Football                                      (A*)
   b. Sports Medicine                               (A*)

6. Legal Updates

7. Administrative Update
   a. NFHS Summer Meeting
   b. Review Winter Sports
   c. Preview Spring Sports
   d. Items Member Schools will not have to Pay during the 2020-21 School Year
      i. Catastrophic Insurance
      ii. Dues
      iii. Trophies
      iv. Big Teams/Schedule Star

8. Appeals
   a. ███████████████████      127-2-5 Semester and Season    9:30
   b. ███████████████████      127-2-7 Residence Transfer     9:55

9. Items for the Good of the Order
   a.

10. Adjourn


*Note: Once meeting is adjourned, the Board will choose the WVSSAC Scholarship Award Winners

A - Board Action Required  
I - For Your Information  
I/A - Information and/or Action  
\* - Support Information Included  
¹ - Distribute at Meeting

# AGENDA

## Board of Directors #677
## WVSSAC
## Parkersburg, WV
## Tuesday, June 13, 2017 – 8:30 AM

1. Call to Order (A)

2. Approval of Minutes
   A. May Meeting (A\*)

3. Approval of Agenda (A\*)

4. Financial Reports (A\*)
   A. May Monthly
   B. Tennis State Tournament

5. Coaching Committee Meeting Reports (A\*)
   A. Track Committee Minutes

6. Discipline Log (A\*)
   A. Midland Trail HS

7. Legal Updates – None

8. Program Report (I/A¹)

9. Items Member Schools will not have to pay during the 2017-2018 School Year (A)
   A. Catastrophic Insurance
   B. Dues
   C. Trophies

10. Trophy and Awards Contract (A)

11. Salary Committee Report / Recommendation (A¹)

12. Administrative Update (I/A)
    A. NFHS Summer Meeting
    B. Technology
    C. Review Spring Tournaments
    D. Arbiter – Online Officials Registration
    E. WVDE – Rules on Public Comment

13. Appeal

    9:20 AM  
    9:50 AM  
    10:20 AM  
    10:40 AM  
    11:00 AM  
    11:20 AM

13. Items for the Good of the Order
    A. Creation of Investment Com.
    B.

14. Adjourn

1

A - Board Action Required  
I - For Your Information  
I/A - Information and/or Action  
\* - Support Information Included  
¹ - Distribute at Meeting

**AGENDA**  
**Board of Directors #687**  
**WVSSAC**  
**Parkersburg, WV**  
**Tuesday, June 12, 2018 – 8:30 AM**

1. Call to Order (A)

2. Approval of Minutes
   A. May 16 Meeting    (A\*)

3. Approval of Agenda    (A\*)

4. Financial Reports
   A. May Monthly    (A\*)
   B. Tennis State Tournament
   C. Wrestling State Tournament
   D. Swim State Tournament
   E. Boys' State Basketball Tournament
   F. Girls' State Basketball Tournament
   G. Softball State Tournament

5. Coaching Committee Reports
   A. Volleyball Committee Minutes    (A\*)
   B. Softball Committee Minutes    (A¹)
   C. Track Committee Minutes    (A\*)
   D. Baseball Committee Minutes    (A\*)

6. Discipline Log    (A\*)
   A. Mr. McCarty, Morgantown HS (Baseball) – Probation for 365 days

7. Appeal of Discipline –                    11:00 AM

8. Legal Updates – Track Incident

9. Board of Review Representative –  
   WV State Committee of the North Central Association of Colleges and Secondary Schools.

10. Items Member Schools Will Not Have to Pay During the 2018-19 School Year (A)
    A. Catastrophic Insurance
    B. Dues
    C. Trophies

11. Salary Committee Report / Recommendations (A¹)

12. Administrative Update    (I/A)
    A. NFHS Summer Meeting
    B. Review Spring Tournaments
    C. Arbiter – Online Officials Registration
    D. Program Report
    E. Analytics    (I¹)

13. Appeals
    A.                    127-2-7 (Residence Transfer)    9:30 AM
    B.                    127-2-4 (Age)    9:55 AM
    C.                    127-2-7 (Residence Transfer)    10:20 AM

13. Items for the Good of the Order
    A. Personnel
    B. WV SAC Proposals
    C. Baseball & Softball (bats)
    D. Thank you from Cottrell

14. Adjourn

1

A - Board Action Required
I - For Your Information
I/A - Information and/or Action
* - Support Information Included
¹ - Distribute at Meeting

## AGENDA
### Board of Directors #696
### WVSSAC
### Parkersburg, WV
### Monday, June 10, 6:00 Tuesday, June 11, 2019 8:30 AM

1. Call to Order (A)

2. Approval of Minutes
   A. May Meeting (A*)

3. Approval of Agenda (A*)

4. Financial Reports
   A. May Monthly (A*)
   B. Baseball Financial (A*)
   C. Softball Financial (A*)
   D. Tennis Financial (A*)
   E. Track Financial (A*)

5. Coaching Committee Reports (A*)
   A. Softball
      B. Turf fields available for post season play

6. Appeal Discipline Log – Shaun Smith, Parkersburg South HS – 9:30 AM (A)

7. Discipline Log (A*)
   A. [redacted]
   B. [redacted]

8. Legal Updates (I)

9. Emergency Rule

10. Administrative Update (I/A)
    A. Opioid Prevention Summit
    B. NFHS Summer Meeting
    C. Review Spring Sports
    D. Items Member Schools Will Not Have to Pay During the 2019-20 School Year (A)
       i. Catastrophic Insurance
       ii. Dues
       iii. Trophies

12. Salary Committee Reports

13. Kenny DeMoss – Resignation from Board of Trustees

14. Appeals
    A. [redacted] 127-2-7 (Residence Transfer) 9:50 AM
    B. [redacted] 127-2-7 (Residence Transfer) 10:15 AM
    C. [redacted] 127-2-7 (Residence Transfer) 10:40 AM
    D. [redacted] 127-2-7 (Residence Transfer) 11:05 AM
    E. [redacted] 127-2-7 (Residence Transfer) 11:30 AM
    F. [redacted] (127-2-4 (Age)) 11:50 AM

15. Items for the Good of the Order
    A.
    B.

16. Adjourn