IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

B.P.J., by her next friend and mother,
HEATHER JACKSON,

    *Plaintiff*,

    vs.

WEST VIRGINIA STATE BOARD OF
EDUCATION; HARRISON COUNTY BOARD
OF EDUCATION; WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION; W. CLAYTON BURCH in his
official capacity as State Superintendent;
DORA STUTLER in her official capacity as
Harrison County Superintendent;
PATRICK MORRISEY in his official
capacity as Attorney General; and THE
STATE OF WEST VIRGINIA,

    *Defendants*.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin

-------------------------------------------------

### NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF COURT:

    Pursuant to Local Rule of Civil Procedure 83.4(a), kindly withdraw my appearance as counsel for the State of West Virginia. Curtis R. Capehart, David C. Tryon, and Douglas P. Buffington, II have entered appearances in this case and will continue representing the State of West Virginia.

DATED: August 26, 2021

    Respectfully submitted,

    /s/ Jessica A. Lee
    Jessica A. Lee (WV Bar # 13751)

 *Assistant Solicitor General*
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220
Email: Jessica.A.Lee@wvago.gov
Telephone: (304) 558-2021
Facsimile: (304) 558-0140