IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br>     *Plaintiff*,<br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br>     *Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, through counsel, moves the Court for an order granting Plaintiff permission to file a surreply on the two issues described below in the replies filed by Defendants Harrison County Board of Education and Dora Stutler ("County Defendants") and Defendant West Virginia Secondary School Activities Commission ("School Activities Commission") (collectively, "Defendants") to Defendants' motions to dismiss. (*See* Dkt. Nos. 83, 85). In support, Plaintiff states the following:

1. There is good cause to grant Plaintiff leave to file a five-page surreply addressing two new arguments that Defendants did not raise in their motions to dismiss, but raised for the first time in their replies.

2. Specifically, Defendants raised the following new arguments for the first time in their reply briefs:

1

    a. The County Defendants argued for the first time on reply that they are not liable under Title IX because they are unable to take "corrective action." (Dkt. 85, at 3–4).

    b. The School Activities Commission argued for the first time on reply that it is not liable under the Equal Protection Clause because it is not a state actor. (Dkt. 83, at 9–13).

3. Because these arguments were not raised in Defendants' motions, Plaintiff did not have an opportunity to respond to these arguments in her opposition. Plaintiff therefore seeks leave to file a short surreply to briefly address Defendants' new arguments.

4. The five-page proposed surreply, which is attached as Exhibit A, makes the points that Defendants' new arguments should not be considered because they were not raised in Defendants' Motions to Dismiss, and additionally that each argument lacks merit.

5. Courts in this district find good cause to file a surreply when a party raises arguments for the first time on reply. *See, e.g.*, *Vandelinde v. Priority Auto. Roanoke, Inc.*, No. 7:20-CV-00330, 2021 WL 1113635, at *5 (W.D. Va. Mar. 23, 2021) (collecting cases).

6. Permitting Plaintiff to file a surreply will allow her to address all arguments raised by Defendants that should have been included in their opening motions and will be helpful to the Court in ensuring that all arguments raised by Defendants are fully addressed.

Accordingly, for the reasons stated above, Plaintiff respectfully requests that the Court grant her permission to file her surreply, attached hereto as Exhibit A. Plaintiff conferred with Defendants on August 27, 2021. Defendants oppose Plaintiff's motion for leave to file a surreply.

Dated: August 27, 2021                                   Respectfully submitted,

<div style="display: flex;">

<div>

Joshua Block*
Taylor Brown*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org

Avatara Smith-Carrington*
LAMBDA LEGAL
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: (214) 219-8585
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
158 West Ponce De Leon Ave., Ste. 105
Decatur, GA 30
Phone: (404) 897-1880
ccharles@lambdalegal.org

Sruti Swaminathan*
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Andrew Barr*
COOLEY LLP
1144 15th St. Suite 2300
Denver, CO  80202-5686
Phone: (720) 566-4000
abarr@cooley.com

</div>

<div>

/s/ Loree Stark
Loree Stark (Bar No. 12936)
AMERICAN CIVIL LIBERTIES UNION OF WEST
VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
lstark@acluwv.org

Kathleen Hartnett*
Julie Veroff*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2305
ereinhardt@cooley.com

*Visiting Attorneys

Attorneys for Plaintiff

</div>

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br>    *Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## CERTIFICATE OF SERVICE

I, Loree Stark, do hereby certify that on this 27th day of August, 2021, I electronically filed a true and exact copy of ***Plaintiff's Motion for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss*** with the Clerk of Court and all parties using the CM/ECF System.

                 */s/ Loree Stark*
                 West Virginia Bar No. 12936