IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>[Proposed] Order Granting Motion for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff B.P.J., through counsel, filed a Motion for Leave to File Surreply in Opposition to Defendants' Motions to Dismiss on August 27, 2021 ("Motion"), in the above-captioned matter. After considering the moving papers, the Court concludes Plaintiff has shown good cause and GRANTS Plaintiff's motion. Accordingly, it is ORDERED that Plaintiff is permitted to file Exhibit A to Plaintiff's motion as a surreply in opposition to Defendants' motions to dismiss.

ORDERED: _____, 2021

/s/ _____
United States District Judge