IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.           CIVIL ACTION NO. 2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

## ORDER

Pending before the Court is Plaintiff's Motion for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss [ECF No. 87]. There has already been voluminous briefing on all previously filed motions. The Court therefore **FINDS** that good cause has not been demonstrated to file a surreply. The Motion [ECF No. 87] is **DENIED.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 30, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE