IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother,
HEATHER JACKSON,

    Plaintiff,

v.

**WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH** in his official capacity as State Superintendent, and **DORA STUTLER** in her official capacity as Harrison County Superintendent, **PATRICK MORRISEY** in his official capacity as Attorney General, and **THE STATE OF WEST VIRGINIA,**

    Defendants.

Civil Action No. 2:21-cv-00316
Honorable Joseph R. Goodwin, Judge

### REPORT OF THE PARTIES' RULE 26 PLANNING MEETING

1. The following persons participated in Rule 26(f) conference meetings on August 20, 2021, and on August 27, 2021, where they considered all matters required by Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b):

    Loree Stark, Esq., Julie Veroff, Esq., Taylor Brown, Esq., Andrew Barr, Esq., Avatara Smith-Carrington, Esq. representing the Plaintiff, B.P.J., by her next friend and mother, Heather Jackson.

    Roberta F. Green, Esq. and Anthony E. Nortz, Esq. representing the Defendant, West Virginia Secondary School Activities Commission.

    Susan Llewellyn Deniker, Esq. representing the Harrison County Board of Education and Dora Stutler in her official capacity as Harrison County Superintendent.

    Kelly C. Morgan representing the West Virginia State Board of Education and W. Clayton Burch in his official capacity as West Virginia State Board of Education Superintendent.

        Curtis R. A. Capehart representing the State of West Virginia and Patrick Morrisey in his official capacity as Attorney General for the State of West Virginia.

2. Jury Trial: This issue has been fully briefed and is currently pending before the Court.

3. The Court scheduled a Scheduling Conference for September 20, 2021.

4. Discovery Plan. The parties jointly propose this discovery plan:

   (a) Discovery will be needed on all claims and defenses as asserted in the Complaint and Defendants' responsive pleadings.

   (b) Discovery shall be completed on or before March 25, 2022.

   (c) All written discovery requests shall be filed on or before February 11, 2022.

   (d) The parties have discussed the preservation, discovery, and disclosure of electronically stored information (ESI) and have determined that one or more parties will likely seek discovery of ESI such as emails, files, or documents stored on a server or computer.

       Plaintiff B.P.J.'s and Defendants Harrison County and Dora Stutler's Position: ESI productions should comply with the protocol set forth in <u>Exhibit A</u> attached to this document.

       Defendant School Activities Commission's Position: ESI productions should comply with the protocol set forth in <u>Exhibit B</u> attached to this document.

       Defendants State of West Virginia and Patrick Morrisey's Position: Expect to be able to agree with Exhibit A or B.

       Defendants West Virginia State Board of Education and W. Clayton Burch's Position: Expect to be able to agree with Exhibit A or B.

   (e) The parties agree that the number of interrogatories, requests for production, and requests for admission shall be regulated by the Federal Rules of Civil Procedure.

   (f) The parties do not believe that, at this time, it is prudent to limit the number of depositions in this matter. However, all discovery depositions must be conducted by March 25, 2022. All depositions shall be governed by the Federal Rules of Civil Procedure.

5. The parties agree to have a United States Magistrate Judge resolve any discovery disputes in this matter. However, the parties do not consent to a United States Magistrate Judge presiding over the trial of this matter.

6. The parties agree that Plaintiff shall disclose all experts retained under Rule 26(a)(2)

and expert reports shall be due on or before December 3, 2021. The parties agree that Defendants shall disclose all experts retained under Rule 26(a)(2) and expert reports shall be due on or before January 21, 2022. The parties agree that rebuttal experts and reports shall be disclosed on or before February 18, 2022.

7. Plaintiff and Defendants should be allowed until October 20, 2021, to join additional parties and amend the pleadings.

8. The Parties agree and request that dispositive motions be filed on or before April 11, 2022, responses to dispositive motions be filed on or before May 2, 2022, and replies be due on or before May 23, 2022.

9. The Parties agree and request a mediation deadline of May 25, 2022.

10. The Parties agree and request a date of settlement meeting and Rule 26(a)(3) disclosure deadline of June 20, 2022.

11. The Parties agree and request that Plaintiff's portion of Pretrial Order be due to Defendants on June 27, 2022.

12. The Parties agree and request that the Integrated Pretrial Order be due on June 30, 2022.

13. The Parties agree and request a Pretrial conference on July 11, 2022.

14. The Parties agree and request that proposed findings of fact and conclusion of law be due on July 11, 2022.

15. The Parties agree and request that the final settlement conference date be July 22, 2022.

16. This matter should be ready for trial by July 25, 2022, and the parties request four (4) days for trial.

Dated: September 7, 2021

/s/ Loree Stark
Loree Stark (WVSB #12936)
ACLU of WV FOUNDATION
P.O. Box 3952
Charleston, WV  25339-3952
lstark@acluwv.org
*Counsel for Plaintiff*

Roberta F. Green (WVSB #6598)
Anthony E. Nortz (WVSB #12944)
Kimberly M. Bandy (WVSB #10081)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street East, Suite 200
Charleston, WV 25339
rgreen@shumanlaw.com
anortz@shumanlaw.com
kbandy@shumanlaw.com
*Counsel for WVSSAC*

Douglas P. Buffington, II (WVSB #8157)
Curtis R. A. Capehart (WVSB #9876)
David C. Tryon (visiting attorney)
West Virginia Attorney General's Office
State Capitol Complex
Building 1, Room E-26
Charleston, WV  25305-0220
Curtis.R.A.Capehart@wvago.gov
*Counsel for State of West Virginia and Patrick Morrisey in his official capacity as Attorney General for the State of West Virginia*

Kelly C. Morgan (WVSB #9519)
Michael Taylor (WVSB #11715)
Kristen Hammond (WVSB #9727)
BAILEY & WYANT, PLLC
500 Virginia St., East, Suite 600
Charleston, WV  25301
kmorgan@baileywyant.com
mtaylor@baileywyant.com
khammond@baileywyant.com
*Counsel for West Virginia State Board of Education and W. Clayton Burch in his official capacity as State Superintendent*

Susan Llewellyn Deniker (WVSB #7992)
STEPTOE and JOHNSON, LLC
400 White Oaks Boulevard
Bridgeport, WV  26330
susan.deniker@steptoe-johnson.com
*Counsel for Harrison County Board of Education and Dora Stutler in her official capacity as Harrison County Superintendent.*