L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

B. P. J., et al.,
Plaintiffs

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

V.
WEST VIRGINIA STATE BOARD OF
EDUCATION, et al.,

CIVIL ACTION NUMBER 2:21-cv-00316

---

| | |
|---|---|
| Jonathan Scruggs/Alliance Defending Freedom | AZ 030505 |
| *Name of Visiting Attorney and firm name* | *State Bar ID number* |

Lainey Armistead

*Name of party represented*

Arizona State Bar, 4201 N 24th St. #100, Phoenix, AZ 85016
Tennessee State Bar, 221 Fourth Ave. North, Ste 400, Nashville, TN 37219

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

15100 N. 90th St.
Scottsdale, AZ 85260

*Visiting Attorney's office address*

| 480-444-0020 | 480-444-0028 | jscruggs@adflegal.org |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

Brandon Steele
Law Offices of Brandon S. Steele                                    WV 12423

*Name of Sponsoring Attorney and firm name*                         *WV Bar ID number*

3049 Robert C. Byrd Drive, Ste 100
Beckley, WV 25801

*Sponsoring Attorney's office address*

| 304-253-1230 | 304-255-1520 | bsteelelawoffice@gmail.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

9/9/21
Date

Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

9/9/21
Date

Signature of Sponsoring Attorney

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration.**