**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**B.P.J., by her next friend and mother,
HEATHER JACKSON,**
    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Civil Action No. 2:21-cv-00316
Honorable Joseph R. Goodwin, Judge**

**WEST VIRGINIA STATE BOARD OF EDUCATION,
HARRISON COUNTY BOARD OF EDUCATION,
WEST VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISION, W. CLAYTON BURCH
in his official capacity as State Superintendent, and
DORA STUTLER in her official capacity as
Harrison County Superintendent, PATRICK MORRISEY
In his official capacity as Attorney General, and THE
STATE OF WEST VIRGINIA,**
    **Defendants.**

## **CERTIFICATE OF SERVICE**

I hereby certify that I, Roberta F. Green, have this day, the 4th day of October, 2021, served a true and exact copy of this Certificate of Service for ***"Defendant West Virginia Secondary School Activities Commission's Initial Disclosures"*** with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following counsel of record, with a copy of the ***Initial Disclosures*** by U.S. Mail, addressed as follows:

Loree Stark
ACLU of WV FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
lstark@acluwv.org

Kathleen R. Hartnett
Julie Veroff
COOLEY LLP
101 California St., 5th Floor
San Francisco, CA 94111-5800
khartnett@cooley.com

Katelyn Kang
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
kkang@cooley.com

Elizabeth Reinhardt
COOLEY LLP
500 Boylston St., 14th Floor
Boston, MA 02116-3736
ereinhardt@cooley.com

| | |
|---|---|
| Andrew Barr<br>COOLEY LLP<br>1144 15th St., Suite 2300<br>Denver, CO  80202-5686<br>abarr@cooley.com | Avatara Smith-Carrington<br>LAMBDA LEGAL<br>3500 Oak Lawn Ave., Suite 500<br>Dallas, TX 75219<br>asmithcarrington@lambdalegal.org |
| Joshua Block<br>Chase Strangio<br>ACLU FOUNDATION<br>125 Broad Street<br>New York, NY  10004<br>jblock@aclu.org | Carl Charles<br>LAMBDA LEGAL<br>730 Peachtree Steet NE., Suite 640<br>Atlanta, GA  30308-1210<br>ccharles@lambdalegal.org |
| Sruti Swaminathan<br>LAMBDA LEGAL<br>120 Wall St., 19th Floor<br>New York, NY 10005<br>sswaminathan@lambdalegal.org | Susan Llewellyn Deniker<br>STEPTOE and JOHNSON, LLC<br>400 White Oaks Boulevard<br>Bridgeport, WV  26330<br>susan.deniker@steptoe-johnson.com |
| Kelly C. Morgan<br>BAILEY & WYANT, PLLC<br>500 Virginia St., East, Suite 600<br>Charleston, WV  25301<br>kmorgan@baileywyant.com | Tara Borelli<br>LAMBDA LEGAL<br>158 West Ponce De Leon Avenue,<br>Suite 105<br>Decatur, GA  30030 |
| Douglas P. Buffington, II<br>Curtis R.A. Capehart<br>Jessica A. Lee<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV  25305-0220<br>Curtis.R.A.Capehart@wvago.gov | David C. Tryon<br>West Virginia Atty. General's Office<br>1900 Kanawha Blvd., E.<br>Bldg. 1, Rm 26E<br>Charleston, WV  25305<br>David.C.Tryon@wvago.gov |
| Taylor Brown<br>American Civil Liberties Union<br>125 Broad St., 18th Fl.<br>New York, NY  10004<br>tbrown@aclu.org | */S/ Roberta F. Green*<br>_____<br>Roberta F. Green, Esquire (WVSB #6598)<br>SHUMAN MCCUSKEY SLICER PLLC<br>Post Office Box 3953 (25339)<br>1411 Virginia Street E., Suite 200 (25301)<br>Charleston, West Virginia<br>Phone: (304) 345-1400; Fax: (304) 343-1826 |