IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER
JACKSON,

*Plaintiff*,

v.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin, District Judge

WEST VIRGINIA STATE BOARD OF
EDUCATION, HARRISON COUNTY BOARD
OF EDUCATION, WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION, W. CLAYTON BURCH in his
official capacity as State Superintendent,
DORA STUTLER in her official capacity as
Harrison County Superintendent, PATRICK
MORRISEY in his official capacity as Attorney
General, and THE STATE OF WEST VIRGINIA,

*Defendants*.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I electronically filed the foregoing

Certificate of Service of "***Defendants Harrison County Board of Education and Dora Stutler's***

***Initial Disclosure***" with the Clerk of the Court using the CM/ECF system, and a true and exact

copy of such filing was sent via email and by United States Mail, first class, postage prepaid,

addressed to the following counsel of record:

| | |
|---|---|
| **Andrew D. Barr, Esquire** | **Joshua A. Block, Esquire** |
| COOLEY | AMERICAN CIVIL LIBERTIES UNION |
| Suite 2300 | Floor 18 |
| 1144 15th Street | 125 Broad Street |
| Denver, CO 80202 | New York, NY 10004 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

13396688

**Tara L. Borelli, Esquire**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
158 West Ponce De Leon Avenue, Suite 105
Decatur, GA 30030
*Counsel for Plaintiff*

**Carl Solomon Charles, Esquire**
LAMBDA LEGAL
Suite 640
730 Peachtree Street, NE
Atlanta, GA 30308
*Counsel for Plaintiff*

**Kathleen R Hartnett, Esquire**
COOLEY
5th Floor
101 California Street
San Francisco, CA 94111
*Counsel for Plaintiff*

**Katelyn Kang, Esquire**
COOLEY
55 Hudson Yards
New York, NY 10001
*Counsel for Plaintiff*

**Elizabeth Reinhardt, Esquire**
COOLEY
500 Boylston Street
Boston, MA 02116
*Counsel for Plaintiff*

**Avatara Antoinette Smith-Carrington,
Esquire**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
Suite 500
3500 Oak Lawn Avenue
Dallas, TX 75219
*Counsel for Plaintiff*

**Loree Beth Stark, Esquire**
AMERICAN CIVIL LIBERTIES UNION OF
WEST VIRGINIA
Suite 507
405 Capitol Street
Charleston, WV 25301
*Counsel for Plaintiff*

**Julie Veroff, Esquire**
COOLEY
5th Floor
101 California Street
San Francisco, CA 94111
*Counsel for Plaintiff*

**Sruti J. Swaminathan, Esquire**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
19th Floor
120 Wall Street
New York, NY 10005
*Counsel for Plaintiff*

**Aria Vaughan, Esquire**
DEPARTMENT OF JUSTICE
4CON, 10th Floor
950 Pennsylvania Avenue NW
Washington, DC 20530
*Counsel for Interest Party USA*

**Douglas P. Buffington, II, Esquire**
WV ATTORNEY GENERAL'S OFFICE
Building 1, Room 26e
1900 Kanawha Boulevard, East
Charleston, WV 25305
*Counsel for Intervenor State of W. Va.*

**Curtis R. Capehart, Esquire**
WV ATTORNEY GENERAL'S OFFICE
Building 1, Room 26e
1900 Kanawha Boulevard, East
Charleston, WV 25305
*Counsel for Intervenor State of W. Va.*

13396688

**Taylor Brown, Esquire**
American Civil Liberties Union
125 Broad Street., 18th Floor
New York, NY 10004
　　　*Counsel for Plaintiff*

**Jennifer M. Mankins, Esquire**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 26326-1713
　　　*Counsel for Interest Party USA*

**Roberta F. Green, Esquire**
**Anthony E. Nortz, Esquire**
**Kimberly M. Bandy, Esquire**
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339
　　　*Counsel for Defendant WVSSAC*

**Brandon S. Steele, Esquire**
The Law Offices of Brandon S. Steele
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801

**Jonathan Scruggs, Esquire**
Alliance Defendant Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

**Christiana Holcomb, Esquire**
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001

**Timothy D. Ducar, Esquire**
Law Offices of Timothy D. Ducar, PLC
7430 E. Butherus Drive, Suite E
Scottsdale, AZ 85260
　　　*Counsel for Proposed Intervenor*
　　　*Lainey Armistead*

**Fred B. Westfall , Jr., Esquire**
UNITED STATES ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
*Counsel for Interest Party USA*

**Kelly C. Morgan, Esquire**
**Kristen Vickers Hammond, Esquire**
**Michael W. Taylor, Esquire**
BAILEY & WYANT
P. O. Box 3710
Charleston, WV 25337-3710
　　　*Counsel for Defendant WVSBE*

**David C. Tryon, Esquire**
West Virginia Attorney General's Office
1900 Kanawha Blvd., E.
Bldg. 1, Room 26E
Charleston, WV 25305
　　　*Counsel for Intervenor State of W. Va.*

13396688

STEPTOE & JOHNSON PLLC
OF COUNSEL

*/s/ Susan L. Deniker*

Susan L. Deniker          (WV ID #7992)
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000

*Counsel for Defendants Harrison County Board*
*of Education and Dora Stutler*

13396688