# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>**CERTIFICATE OF SERVICE** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Loree Stark, do hereby certify that on the 4th day of October, 2021, I sent via email a true and exact copy of the ***Plaintiff's Initial Disclosures*** to the following:

West Virginia State Board of Education and Superintendent W. Clayton Burch
kmorgan@baileywyant.com; khammond@baileywyant.com; mtaylor@baileywyant.com

West Virginia Secondary School Activities Commission
anortz@shumanlaw.com; kbandy@shumanlaw.com; rgreen@shumanlaw.com

Harrison County Board of Education and Dora Stutler, Superintendent
susan.deniker@steptoe-johnson.com

Patrick Morrisey and the State of West Virginia
curtis.r.a.capehart@wvago.gov

/s/ __Loree Stark_____
West Virginia Bar No. 12936