IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J, by her next friend and mother, HEATHER JACKSON<br><br>*Plaintiff,*<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA<br><br>*Defendants.* | Case No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**CERTIFICATE OF SERVICE**

**I HERBY CERTIFY** that a true and correct copy of "Proposed Intervenor Lainey Armistead's Initial Disclosure Pursuant to Rule 26(A)(1)" via e-mail to the following:

>   Andrew D. Barr
>   Cooley
>   Suite 2300
>   1144 15th Street
>   Denver, CO 80202
>   (720) 566-4121
>   (720) 566-4099 Fax
>   abarr@cooley.com
>   Counsel for B.P.J., Heather Jackson
>
>   Avatara Antoinette Smith-Carrington
>   Lambda Legal Defense and Education Fund
>   Suite 500
>   3500 Oak Lawn Avenue
>   Dallas, TX 75219
>   (214) 219-8585
>   asmithcarrington@lambdalegal.org

1

Counsel for B.P.J., Heather Jackson

Carl Solomon Charles
Lambda Legal
Suite 640
730 Peachtree Street, NE
Atlanta, GA 30308
(720) 369-1366
ccharles@lambdalegal.org
Counsel for B.P.J., Heather Jackson

Elizabeth Reinhardt
Cooley
500 Boylston Street
Boston, MA 02116
(617) 937-2305
(617) 937-2400 Fax
ereinhardt@cooley.com
Counsel for B.P.J., Heather Jackson

Joshua A. Block
American Civil Liberties Union
Floor 18
125 Broad Street
New York, NY 10004
(212) 549-2593
jblock@aclu.org
Counsel for B.P.J., Heather Jackson

Julie Veroff
Cooley
5th Floor
101 California Street
San Francisco, CA 94111
(415) 693-2179
(415) 693-2222 Fax
jveroff@cooley.com
Counsel for B.P.J., Heather Jackson

Katelyn Kang
Cooley
55 Hudson Yards
New York, NY 10001
(212) 479-6849
(212) 479-6275 Fax
kkang@cooley.com
Counsel for B.P.J., Heather Jackson

Kathleen R Hartnett
Cooley
5th Floor
101 California Street
San Francisco, CA 94111
(415) 693-2071

(415) 693-2222 Fax
khartnett@cooley.com
Counsel for B.P.J., Heather Jackson

Loree Stark
American Civil Liberties Union of West Virginia Foundation
405 Capitol Street
Suite 507
Charleston, WV 25301
(914) 393-4614
lstark@acluwv.org
Counsel for B.P.J., Heather Jackson

Meredith Taylor Brown
American Civil Liberties Union
18th Floor
125 Broad Street
New York, NY 10004
(212) 519-7887
(212) 549-2649 Fax
tbrown@aclu.org
Counsel for B.P.J., Heather Jackson

Sruti J. Swaminathan
Lambda Legal Defense and Education Fund
19th Floor
120 Wall Street
New York, NY 10005
(212) 809-8585
(212) 809-0055 Fax
sswaminathan@lambdalegal.org
Counsel for B.P.J., Heather Jackson

Tara L. Borelli
Lamda Legal
Suite 105
158 West Ponce De Leon Avenue
Decatur, GA 30030
(470) 255-5341
(404) 506-9320 Fax
tborelli@lambdalegal.org
Counsel for B.P.J., Heather Jackson

Kelly C. Morgan
Bailey & Wyant
P.O. Box 3710
Charleston, WV 25337-3710
(304) 345-4222
(304) 343-3133 Fax
kmorgan@baileywyant.com
Counsel for West Virginia State Board of Education, W. Clayton Burch

Kristen Vickers Hammond
Bailey & Wyant

P.O. Box 3710
Charleston, WV 25337-3710
(304) 345-4222
(304) 343-3133 Fax
khammond@baileywyant.com
Counsel for West Virginia State Board of Education, W. Clayton Burch

Michael W. Taylor
Bailey & Wyant
P.O. Box 3710
Charleston, WV 25337-3710
(304) 345-4222
(304) 343-3133 Fax
mtaylor@baileywyant.com
Counsel for West Virginia State Board of Education, W. Clayton Burch

Susah L. Deniker
Steptoe & Johnson
400 White Oaks Blvd.
Bridgeport, WV 26330
susan.deniker@staptoe-johnson.com
Counsel for Harrison County Board of Education, Dora Stutler

Anthony E. Nortz
Shuman MCCusky & Slicer
P.O. Box 3952
Charleston, WV 25339
anortz@shumanlaw.com
Counsel for West Virginia Secondary School Activities Commission

Kimberly M. Brandy
Shuman MCCusky & Slicer
P.O. Box 3952
Charleston, WV 25339
kbandy@shumanlaw.com
Counsel for West Virginia Secondary School Activities Commission

Roberta F. Green
Shuman MCCusky & Slicer
P.O. Box 3952
Charleston, WV 25339
rgreen@shumanlaw.com
Counsel for West Virginia Secondary School Activities Commission

Curtis R. Capehart
WV Attorney General's Office
Building 1, Room 26e
1900 Kanawa Boulevard, East
Charleston, WV 25305
curtis.r.a.capehart@wvago.gov
Counsel for Patrick Morrissey, in his official capacity as Attorney General, The State of West Virginia

David C. Tryon

WV Attorney General's Office
Building 1, Room 26e
1900 Kanawa Boulevard, East
Charleston, WV  25305
david.c.tryon@wvago.gov
Counsel for Patrick Morrissey, in his official capacity as Attorney General, The State of West Virginia

Douglaw P. Buffington, II
WV Attorney General's Office
Building 1, Room 26e
1900 Kanawa Boulevard, East
Charleston, WV  25305
doug.p.buffington@wvago.gov
Counsel for Patrick Morrissey, in his official capacity as Attorney General, The State of West Virginia

Jessica Anne Lee
WV Attorney General's Office
Building 1, Room 26e
1900 Kanawa Boulevard, East
Charleston, WV  25305
jessica.a.lee@wvago.gov
Counsel for Patrick Morrissey, in his official capacity as Attorney General, The State of West Virginia

Brandon S. Steele
c/o The Law Offices of Brandon S. Steele
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV  25801
bsteelelawoffice@gmail.com
Counsel for Proposed Intervenor Lainey Armistead

Jonathan Scruggs*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ  85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@adflegal.org
Counsel for Proposed Intervenor Lainey Armistead

Christiana Holcomb*
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC  20001
(202) 393-8690
(202) 347-3622 Fax
cholcomb@adflegal.org
Counsel for Proposed Intervenor Lainey Armistead


*Visiting Attorneys

Dated this 4th day of October, 2021.

        By /s/ Timothy D. Ducar
        Timothy D. Ducar, AZ Bar No. 015307*
        Law Offices of Timothy D. Ducar, PLC
        7430 E. Butherus Drive, Suite E
        Scottsdale, AZ  85260
        (480) 502-2119
        (480) 452-0900 Fax
        orders@azlawyers.com
        *Visiting Attorneys*
        *Attorneys for Proposed Intervenor*