IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>         *Plaintiff*,<br>  v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br>         *Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**CERTIFICATE OF SERVICE**

  I, Loree Stark, do hereby certify that on Friday, the 22nd day of October, 2021, I electronically filed a true and exact copy of the Certificate of Service for ***Plaintiff's First Set of Discovery Requests*** with the Clerk of Court and all parties using the CM/ECF System. A copy of all requests has been sent via first-class mail on this day to the following addresses:

Roberta F. Green
Anthony E. Nortz
Kimberly M. Bandy
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street East, Suite 200
Charleston, WV 25339
*Counsel for WVSSAC*

Douglas P. Buffington, II
Curtis R. A. Capehart
Jessica Anne Lee
David C. Tryon
West Virginia Attorney General's Office
State Capitol Complex
Building 1, Room E-26

Charleston, WV  25305-0220
*Counsel for State of West Virginia and Patrick Morrisey in his official capacity as Attorney General for the State of West Virginia*

Kelly C. Morgan
Michael Taylor
Kristen Hammond
BAILEY & WYANT, PLLC
500 Virginia St., East, Suite 600
Charleston, WV  25301
*Counsel for West Virginia State Board of Education and W. Clayton Burch in his official capacity as State Superintendent*

Susan Llewellyn Deniker
STEPTOE and JOHNSON, LLC
400 White Oaks Boulevard
Bridgeport, WV  26330
*Counsel for Harrison County Board of Education and Dora Stutler in her official capacity as Harrison County Superintendent*


                                              */s/ Loree Stark*
                                              West Virginia Bar No. 12936