IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B.P.J., et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO. 2:21-cv-00316

WEST VIRGINIA STATE BOARD OF
EDUCATION, et al.,

        Defendants.

**ORDER**

This matter is before the Court on the parties' "*Stipulated Protective Order*," filed on November 5, 2021, which the Court will construe as a joint motion for the entry of a protective order. (ECF No. 111.) Therein, the parties substantially modify several provisions of the Court's online Protective Order. *See id*.

The Court's Local Rules of Civil Procedure govern the entry of protective orders. *See* L.R. Civ. P. 26.4(b). Pursuant to this Rule, parties who jointly seek the entry of a protective order must (1) complete and submit a joint motion for entry of protective order, and (2) attach the proposed protective order to the motion. *Id*. Because "the Court's online Protective Order is the preferred protective order in this district[,] motions requesting modifications to the provisions of the Court's Protective Order should be made sparingly and only for good cause." *Id*.

Here, the parties failed to show good cause pursuant to Local Rule 26.4(c) because they did not provide any explanation for the proposed modifications. Thus, the parties' construed joint motion for entry of a protective order is denied without prejudice as to

refiling, and the Court instructs the parties that future proposed protective orders requesting modifications of the Court's preferred online form must be accompanied by a motion setting forth good cause for those modifications.

Accordingly, as the parties have failed to demonstrate their compliance with Local Rule 26.4(c) of the Local Rules of Civil Procedure, the parties' construed joint motion for the entry of a protective order (ECF No. 111) is **DENIED**, without prejudice as to refiling.

**IT IS SO ORDERED**.

The Clerk of Court is **DIRECTED** to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:   November 10, 2021

_____
Dwane L. Tinsley
United States Magistrate Judge