# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

B.P.J., by her next friend and mother,
HEATHER JACKSON,

    *Plaintiff*,

vs.

                                                   Civil Action No. 2:21-cv-00316
                                                   Hon. Joseph R. Goodwin

WEST VIRGINIA STATE BOARD OF
EDUCATION; HARRISON COUNTY BOARD
OF EDUCATION; WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION; W. CLAYTON BURCH in his
official capacity as State Superintendent; and,
DORA STUTLER in her official capacity as
Harrison County Superintendent, PATRICK
MORRISEY in his official capacity as Attorney
General, and THE STATE OF WEST VIRGINIA,

    *Defendants*.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, the *Response to Plaintiff's First Set of Interrogatories and Requests for Production* was served on all counsel of record via email, addressed as follows:

| | |
|---|---|
| Katelyn Kang | Roberta F. Green |
| Cooley LLP | Shuman McCuskey & Slicer PLLC |
| 55 Hudson Yards | P.O. Box 3953 |
| New York, NY 10001-2157 | Charleston, WV 25339-3953 |
| kkang@cooley.com | rgreen@shumanlaw.com |
|    *Counsel for Plaintiff* |    *Counsel for Defendant, West Virginia Secondary School Activities Commission* |

| | |
|---|---|
| Susan L. Deniker<br>Steptoe & Johnson PLLC<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>susan.deniker@steptoe-johnson.com<br>   *Counsel for Defendants, Harrison County*<br>   *Board of Education and Dora Stutler* | Kelly C. Morgan<br>Michael W. Taylor<br>Kristen V. Hammond<br>Bailey & Wyant, PLLC<br>500 Virginia Street East, Suite 600<br>P.O. Box 3710<br>Charleston, WV 25337-3710<br>kmorgan@baileywyant.com<br>mtaylor@baileywyant.com<br>khammond@baileywyant.com<br>   *Counsel for Defendants, West Virginia*<br>   *State Board of Education and W. Clayton*<br>   *Burch* |
| Joshua Block*<br>Taylor Brown*<br>Chase Strangio*<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>jblock@aclu.org<br>   *Counsel for Plaintiff* | Loree Stark<br>American Civil Liberties Union Of West<br>Virginia Foundation<br>P.O. Box 3952<br>Charleston, WV 25339-3952<br>Phone: (914) 393-4614<br>lstark@acluwv.org<br>   *Counsel for Plaintiff* |
| Avatara Smith-Carrington*<br>Lambda Legal<br>3500 Oak Lawn Avenue, Suite 500<br>Dallas, TX 75219<br>asmithcarrington@lambdalegal.org<br>   *Counsel for Plaintiff* | Kathleen Hartnett*<br>Julie Veroff*<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>khartnett@cooley.com<br>   *Counsel for Plaintiff* |
| Carl Charles*<br>Tara Borelli*<br>Lambda Legal<br>158 West Ponce De Leon Ave., Ste. 105<br>Decatur, GA 30<br>ccharles@lambdalegal.org<br>   *Counsel for Plaintiff* | Elizabeth Reinhardt*<br>Cooley LLP<br>500 Boylston Street, 14th Floor<br>Boston, MA 02116-3736<br>ereinhardt@cooley.com<br>   *Counsel for Plaintiff* |
| Sruti Swaminathan*<br>Lambda Legal<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>sswaminathan@lambdalegal.org<br>   *Counsel for Plaintiff* | Andrew Barr*<br>Cooley LLP<br>1144 15th St. Suite 2300<br>Denver, CO 80202-5686<br>abarr@cooley.com<br>   *Counsel for Plaintiff* |
| * Visiting Attorneys | */s/ Curtis R. A. Capehart*<br>Curtis R. A. Capehart |