# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br><br>*Defendants*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin, District Judge |

## CERTIFICATE OF SERVICE

I, Loree Stark, do hereby certify that on the 5th day of November, 2021, Plaintiffs' counsel sent a true and exact copy of ***Plaintiffs' Responses and Objections to Defendant State of West Virginia's First Set of Interrogatories*** via email to the following:

David C. Tryon, Esq.
Office of the West Virginia Attorney General
David.C.Tryon@wvago.gov

Curtis Capehart, Esq.
Office of the West Virginia Attorney General
Curtis.R.A.Capehart@wvago.gov

/s/ __Loree Stark_____
West Virginia Bar No. 12936