IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**B.P.J., by her next friend and mother,
HEATHER JACKSON,**

    Plaintiff,

v.                      Civil Action No. 2:21-cv-00316

**WEST VIRGINIA STATE BOARD OF
EDUCATION; HARRISON COUNTY BOARD
OF EDUCATION; WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION; W. CLAYTON BURCH in his
official capacity as State Superintendent; and,
DORA STUTLER in her official capacity as
Harrison County Superintendent, PATRICK
MORRISEY in his official capacity as Attorney
General, and THE STATE OF WEST VIRGINIA,**

    Defendants.

## ORDER

Pending before the Court is a Joint Motion for Entry of a Particularized Protective Order (ECF No. 113).

After a review of the motion and for good cause shown, it is hereby **ORDERED** that the Joint Motion for Entry of a Particularized Protective Order (ECF No. 113) is **GRANTED**.

The Clerk is directed to transmit a copy of this Order to counsel of record and any unrepresented party.

Enter:  November 23, 2021

_Dwane L. Tinsley_
United States Magistrate Judge