IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER JACKSON,

                *Plaintiff*,

v.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,

                *Defendants*.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin, District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on 24th day of November, 2021, I electronically filed the foregoing Certificate of Service of "Defendants Harrison County Board Of Education and Dora Stutler's Supplemental Responses to Plaintiff's First Set of Requests for Production to Defendants Harrison County Board of Education and Dora Stutler" with the Clerk of the Court using the CM/ECF system, and a true and exact copy of such filing was sent by email and by United States Mail, first class, postage prepaid, addressed to the following counsel of record:

| | |
|---|---|
| **Andrew D. Barr, Esquire**<br>COOLEY<br>Suite 2300<br>1144 15th Street<br>Denver, CO 80202<br>*Counsel for Plaintiff* | **Joshua A. Block, Esquire**<br>AMERICAN CIVIL LIBERTIES UNION<br>Floor 18<br>125 Broad Street<br>New York, NY 10004<br>*Counsel for Plaintiff* |

13770047.1

**Tara L. Borelli, Esquire**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
158 West Ponce De Leon Avenue, Suite 105
Decatur, GA 30030
*Counsel for Plaintiff*

**Carl Solomon Charles, Esquire**
LAMBDA LEGAL
Suite 640
730 Peachtree Street, NE
Atlanta, GA 30308
*Counsel for Plaintiff*

**Kathleen R Hartnett, Esquire**
COOLEY
5th Floor
101 California Street
San Francisco, CA 94111
*Counsel for Plaintiff*

**Katelyn Kang, Esquire**
COOLEY
55 Hudson Yards
New York, NY 10001
*Counsel for Plaintiff*

**Elizabeth Reinhardt, Esquire**
COOLEY
500 Boylston Street
Boston, MA 02116
*Counsel for Plaintiff*

**Avatara Antoinette Smith-Carrington, Esquire**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
Suite 500
3500 Oak Lawn Avenue
Dallas, TX 75219
*Counsel for Plaintiff*

**Loree Beth Stark, Esquire**
AMERICAN CIVIL LIBERTIES UNION OF
WEST VIRGINIA
Suite 507
405 Capitol Street
Charleston, WV 25301
*Counsel for Plaintiff*

**Julie Veroff, Esquire**
COOLEY
5th Floor
101 California Street
San Francisco, CA 94111
*Counsel for Plaintiff*

**Sruti J. Swaminathan, Esquire**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND
19th Floor
120 Wall Street
New York, NY 10005
*Counsel for Plaintiff*

**Taylor Brown, Esquire**
American Civil Liberties Union
125 Broad Street., 18th Floor
New York, NY 10004
*Counsel for Plaintiff*

**Douglas P. Buffington, II, Esquire**
WV ATTORNEY GENERAL'S OFFICE
Building 1, Room 26E
1900 Kanawha Boulevard, East
Charleston, WV 25305
*Counsel for Intervenor State of W. Va.*

**Curtis R. Capehart, Esquire**
WV ATTORNEY GENERAL'S OFFICE
Building 1, Room 26E
1900 Kanawha Boulevard, East
Charleston, WV 25305
*Counsel for Intervenor State of W. Va.*

13770047.1

**David C. Tryon, Esquire**
WV ATTORNEY GENERAL'S OFFICE
Building 1, Room 26E
1900 Kanawha Boulevard, East
Charleston, WV 25305
*Counsel for Intervenor State of W. Va.*

**Roberta F. Green, Esquire**
**Anthony E. Nortz, Esquire**
**Kimberly M. Bandy, Esquire**
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339
*Counsel for Defendant WVSSAC*

**Kelly C. Morgan, Esquire**
**Kristen Vickers Hammond, Esquire**
**Michael W. Taylor, Esquire**
BAILEY & WYANT
P. O. Box 3710
Charleston, WV 25337-3710
*Counsel for Defendant WVSBE and W. Clayton Burch*

STEPTOE & JOHNSON PLLC
  OF COUNSEL

*/s/ Susan L. Deniker*
Susan L. Deniker          (WV ID #7992)
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000

*Counsel for Defendants Harrison County Board of Education and Dora Stutler*

13770047.1