# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

B. P. J., et al.,

                    Plaintiffs,

v.                                        CIVIL ACTION NO.   2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

                    Defendants.

### ORDER

Pending before the Court is Defendant Patrick Morrisey's Motion to Dismiss Defendant Patrick Morrisey, in His Official Capacity as Attorney General of the State of West Virginia. [ECF No. 76]. Because the Court has granted a Joint Motion to Dismiss Patrick Morrisey in his official capacity and dismissed Patrick Morrisey as a party [ECF No. 127], his individual Motion to Dismiss [ECF No. 76] is **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:        December 1, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE