IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother,
HEATHER JACKSON,

    Plaintiff,

v.	Civil Action No. 2:21-cv-00316

WEST VIRGINIA STATE BOARD OF
EDUCATION, et al.,

    Defendants.

## ORDER

Pending before the Court is a Joint Motion for Entry of an Updated Protective Order (ECF No. 145).

After a review of the motion and for good cause shown, it is hereby **ORDERED** that the Joint Motion for Entry of an Updated Particularized Protective Order (ECF No. 145) is **GRANTED**.

The Clerk is directed to transmit a copy of this Order to counsel of record and any unrepresented party.

Enter: December 9, 2021

Dwane L. Tinsley
United States Magistrate Judge