**(06/2017)**

# United States District Court
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON ⌄

B.P.J., by her next friend and mother,
HEATHER JACKSON,

v.

**CASE NUMBER** 2:21-CV-00316

WV STATE BOARD OF EDUCATION,
HARRISON COUNTY BOARD OF
EDUCATION, et al.

---

**This form applies to the above-entitled action only.**

**Select and complete the appropriate section of this form to update:**
    (1)   your name and/or firm information;
    (2)   to add your name as counsel of record;
    (3)   to change representation within your firm; or
    (4)   to remove your name from the court's service list.

**Withdrawal and/or Termination of Representation should be made in accordance with:**
L R Civ P 83.4        Withdrawal and/or Termination of Representation
        An attorney may withdraw from a case in which he or she has appeared only as follows:
    (a)   By Notice of Withdrawal. A party's attorney may withdraw from a case by filing and serving a notice of withdrawal, effective
        upon filing, if:
        (1)   multiple attorneys have appeared on behalf of the party; and
        (2)   at least one of those attorneys will still be the party's counsel of record after the attorney seeking to withdraw does so.
    (b)   By Notice of Withdrawal and Substitution. A party's attorney may withdraw from a case by filing and serving a notice of
        withdrawal and substitution, effective upon filing, if the notice includes:
        (1)   the withdrawal and substitution will not delay the trial or other progress of the case; and
        (2)   the notice is filed and served at least 90 days before trial.
    (c)   By Motion. An attorney who seeks to withdraw other than under LR 83.4(a) or (b) must move to withdraw and must show good
        cause. The attorney must notify his or her client of the motion.

---

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

I,      Jeffrey M. Cropp  (WV Bar ID #8030)      hereby provide this *Notice of*
              *Name of Attorney and Bar Number*

***Change of Attorney Information*** to the Court and request the Clerk's Office to:

**☑    Please add my name as counsel of record _in the above-entitled action only_ as follows:**

My firm/government agency, _____Steptoe & Johnson PLLC_____ has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the following party(ies) on whose behalf my firm/government agency has already made an appearance.

Name of Party(ies) Represented:

DEFENDANTS HARRISON COUNTY BOARD OF EDUCATION and DORA STUTLER

---

**☐    Please change within-firm representation _in the above-entitled action only_ as follows:**

My firm/government agency, _____ by _____ has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the following party(ies) on whose behalf _____ has appeared and further request the court to terminate and remove _____ from the court's service list for this case only.

Name of Party(ies) Represented:

---

**☐    Please remove me from the Court's services list _in the above-entitled action only_.**

I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

I am to remain counsel of record for the following party(ies):

---

**☐    Please update my name and/or firm information _in the above-entitled action only_ as follows:**

| | |
|---|---|
| Former name: | _____ |
| New name: | _____ |
| New firm/government agency name: | _____ |
| New mailing address: | _____ |
| City/State/Zip Code: | _____ |
| New telephone number: | _____ |
| New fax number: | _____ |
| New e-mail address: | _____ |

*(provide only if a registered CM/ECF e-filer)*

---

Page 2 of 3

Date:  _____12/13/2021_____   s/ Jeffrey M. Cropp
_____
                                          *s/ Electronic Signature*

State Bar number:          8030
_____
Firm/Government Agency:    Steptoe & Johnson PLLC
_____
Mailing Address:           400 White Oaks Boulevard
_____
City/State/Zip Code:       Bridgeport WV  26330-4500
_____
Telephone number:          304-933-8145
_____
Fax number:                304-933-8183
_____
E-mail:                    jeffrey.cropp@steptoe-johnson.com
_____

*An attorney who seeks to withdraw other than under L R Civ P 83.4(a) or (b) must file a motion to withdraw and show good cause. The attorney must notify his or her client of the motion.*