**UNITED STATES DISTRICT COURT**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST**
**VIRGINIA**
**CHARLESTON DIVISION**

B. P. J., et al.
  Plaintiff,

v.

               CIVIL ACTION NO. 2:21-cv-00316
               Judge Joseph R. Goodwin

WEST VIRGINIA STATE
BOARD OF EDUCATION, et al.

Defendants.

## NOTICE OF DEPOSITIONS

  Please be advised that Defendant State of West Virginia, through counsel and pursuant to Federal Rule of Civil Procedure 30(a)(1), will take the deposition of the following individuals at approximately the stated times and will be continued from day-to-day as may be necessary until they are completed:

  Heather Jackson on Wednesday, January 19, 2021 at 10:00 AM.

  Plaintiff B.P.J. on Wednesday, January 19, 2021 at 3:30 PM.

  Wesley Pepper on Thursday, January 20, 2021 at 10:00 AM.

  The depositions will be taken as upon cross-examination. The depositions will take place at the offices of Steptoe & Johnson PLLC, 400 White Oaks Boulevard, Bridgeport, WV 26330. The depositions will be recorded by stenographic means and it is anticipated that the stenographer may also record the deposition via audio recording.  Counsel may attend via remote connection

such as Zoom which will be set up to facilitate said attendance.  Documents produced by the parties in this action which are marked "confidential" may be shown to the persons listed above.

        Respectfully submitted,

        STATE OF WEST VIRGINIA,

        By counsel,
        PATRICK MORRISEY,
        ATTORNEY GENERAL

        */s/ Curtis R. A. Capehart*
        Douglas P. Buffington, II (WV Bar # 8157)
        *Chief Deputy Attorney General*
        Curtis R. A. Capehart (WV Bar # 9876)
        *Deputy Attorney General*
        David C. Tryon (visiting attorney)
        *Special Assistant to the Attorney General*
        State Capitol Complex
        Building 1, Room E-26
        Charleston, WV 25305-0220
        Email: Curtis.R.A.Capehart@wvago.gov
        Telephone: (304) 558-2021
        Facsimile: (304) 558-0140
        *Counsel for Defendant,*
        STATE OF WEST VIRGINIA

        Date:  December 20, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2021, the foregoing has been served electronically on all parties represented by counsel using the Court's CM/ECF system.

>Respectfully submitted,
>
>STATE OF WEST VIRGINIA,
>
>By counsel,
>PATRICK MORRISEY,
>ATTORNEY GENERAL
>
>*/s/ Curtis R. A. Capehart*
>Douglas P. Buffington, II (WV Bar # 8157)
>*Chief Deputy Attorney General*
>Curtis R. A. Capehart (WV Bar # 9876)
>*Deputy Attorney General*
>David C. Tryon (visiting attorney)
>*Special Assistant to the Attorney General*
>State Capitol Complex
>Building 1, Room E-26
>Charleston, WV 25305-0220
>Email: Curtis.R.A.Capehart@wvago.gov
>Telephone: (304) 558-2021
>Facsimile: (304) 558-0140
>*Counsel for Defendant,*
>*STATE OF WEST VIRGINIA*