IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>       *Plaintiff*,<br>   v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>       *Defendants*,<br><br>   and<br><br>LAINEY ARMISTEAD,<br><br>       *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>**PLAINTIFF'S MOTION TO EXPEDITE DETERMINATION OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING VIRTUAL DEPOSITIONS IN LIGHT OF COVID-19 PANDEMIC** |

  Plaintiff B.P.J. by her next friend and mother, Heather Jackson, respectfully moves this Court to expedite briefing and consideration of Plaintiff's Motion for Protective Order Regarding Virtual Depositions in Light of COVID-19 Pandemic. Plaintiff requests that this Court decide the motion no later than Friday, January 14, 2022. In support of this request, Plaintiff states as follows:

  1. On January 6, 2022, immediately prior to the instant filing, Plaintiff moved this Court for a protective order requiring the depositions of Plaintiff, Plaintiff's mother, and Plaintiff's father noticed by Defendants for January 19, 20, and 21, 2022, to proceed virtually (*i.e.*, via videoconference and a remote court reporting service, such as Veritext Virtual), in order to avoid the undue risk of COVID-19 transmission.

1

2.	Because these three depositions are scheduled to occur approximately two weeks from today, Plaintiff respectfully requests that the Court set an expedited briefing schedule on the Motion for Protective Order and issue a decision on the Motion no later than January 14, 2022.

3.	A decision by January 14, 2022 is necessary to enable the parties to make appropriate arrangements in response to the Court's determination. Specifically, should the Court grant the Motion, a decision by January 14 will afford the parties adequate time to meet and confer to confirm the technology and protocols for a virtual deposition. And should the Court deny the Motion, it will afford Plaintiff's counsel, all but one of whom is located out of state, time to either make arrangements to travel to the depositions, as they normally would, endangering both themselves and all individuals involved in the proceeding, or to reconfigure their defense strategy to account for the prejudice that will accrue to Plaintiff from having nearly all her attorneys participating remotely, including the attorneys who have been working most closely with Plaintiff and her parents in preparation and who are planning to defend the depositions.

4.	The parties have been actively discussing the underlying substance of Plaintiff's Motion for Protective Order via multiple email and phone exchanges since mid-December, so no Defendant will be prejudiced by having to respond to Plaintiff's Motion on an expedited basis.

Accordingly, Plaintiff respectfully requests that the Court issue an expedited briefing schedule on Plaintiff's Motion for Protective Order Regarding Virtual Depositions in Light of COVID-19 Pandemic.

<div style="column-count:2">

Dated: January 6, 2022

Joshua Block*
Taylor Brown*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org
tbrown@aclu.org
cstrangio@aclu.org

Avatara Smith-Carrington*
LAMBDA LEGAL
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: (214) 219-8585
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
158 West Ponce De Leon Ave., Ste. 105
Decatur, GA 30
Phone: (404) 897-1880
ccharles@lambdalegal.org
tborelli@lambdalegal.org

Sruti Swaminathan*
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Andrew Barr*
COOLEY LLP
1144 15th St. Suite 2300
Denver, CO  80202-5686
Phone: (720) 566-4000
abarr@cooley.com

Respectfully submitted,
/s/ Loree Stark

Loree Stark (Bar No. 12936)
AMERICAN CIVIL LIBERTIES UNION OF WEST
VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
lstark@acluwv.org

Kathleen Hartnett*
Julie Veroff*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com
jveroff@cooley.com

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2305
ereinhardt@cooley.com

*Visiting Attorneys

Attorneys for Plaintiff

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON, <br><br> *Plaintiff*, <br><br> v. <br><br> WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA, <br><br> *Defendants*, <br><br> and <br><br> LAINEY ARMISTEAD, <br><br> *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316 <br><br> Hon. Joseph R. Goodwin <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Loree Stark, do hereby certify that on this 6th day of January, 2022, I electronically filed a true and exact copy of the ***Plaintiff's Motion to Expedite Determination of Plaintiff's Motion for Protective Order Regarding Virtual Depositions in Light of COVID-19 Pandemic*** with the Clerk of Court and all parties using the CM/ECF System.

*/s/ Loree Stark*
West Virginia Bar No. 12936

5