IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>[Proposed] Order Granting Plaintiff's Motion to Expedite Determination of Plaintiff's Motion for Protective Order |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE DETERMINATION OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Plaintiff B.P.J. by her next friend and mother, Heather Jackson, through counsel, filed a Motion to Expedite Determination of Plaintiff's Motion for Protective Order Regarding Virtual Depositions in Light of COVID-19 Pandemic on January 6, 2022 ("Motion") in the above-captioned matter. After reviewing the pleadings and for good cause shown, it is ORDERED that Plaintiff's Motion be and hereby is GRANTED.

IT IS SO ORDERED.

ORDERED: _____, 2022

/s/ _____
United States District Judge