# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**B.P.J., by her next friend and mother,**
**HEATHER JACKSON,**

        **Plaintiff,**

v.                                       **Civil Action No. 2:21-cv-00316**

**WEST VIRGINIA STATE BOARD OF**
**EDUCATION, et al.,**

        **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's "*Motion to Expedite Determination of Plaintiff's Motion for Protective Order*." Therein, Plaintiff requests that the Court expedite resolution of Plaintiff's contemporaneously-filed "*Motion for Protective Order Regarding Virtual Depositions in Light of Covid-19 Pandemic*" in light of the upcoming date of the depositions at issue. (ECF No. 169; ECF No. 170.) The Court finds that Plaintiff's request for an expedited determination is appropriate under the circumstances.

Accordingly, **IT IS ORDERED** as follows:

1. Plaintiff's "*Motion to Expedite Determination of Plaintiff's Motion for Protective Order*" (ECF No. 170) is **GRANTED**;

2. Defendants shall file any response to Plaintiff's "*Motion for Protective Order Regarding Virtual Depositions in Light of Covid-19 Pandemic*" (ECF No. 169) on or before **Tuesday, January 11, 2022**; and

3. Plaintiff shall file any reply in support of her motion for protective order on or before **Thursday, January 13, 2022**, at which time the undersigned will take up the motion on an expedited basis.

**IT IS SO ORDERED.**

The Clerk of Court is **DIRECTED** to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: January 7, 2021

Dwane L. Tinsley
United States Magistrate Judge