# EXHIBIT A

x

**To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).**



 Accepting New Patients

# Joshua D Safer, MD  (mailto:joshua.safer@mssm.edu)

Endocrine, Diabetes and Bone Diseases (Endocrinology)

 Mount Sinai Doctors   ?

---

**Position:**  PROFESSOR | Medicine, Endocrinology, Diabetes and Bone Disease

**Specialty:**  Endocrine, Diabetes and Bone Diseases (Endocrinology)

**Language:**  English

**Hospital Affiliations:**  New York Eye and Ear Infirmary of Mount Sinai,  The Mount Sinai Hospital,  Mount Sinai Beth Israel

**Phone:**
Center for Transgender Medicine and Surgery 212-604-1790 (tel:212-604-1790)

## Patient Experience Rating

No Patient Experience Ratings   Why not?

To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).

x

## Biography

Joshua D. Safer, MD, FACP, FACE is the Executive Director of the Mount Sinai Center for Transgender Medicine and Surgery (CTMS) and Professor of Medicine at the Icahn School of Medicine at Mount Sinai.

Dr. Safer was previously the founding Medical Director of the Center for Transgender Medicine and Surgery at Boston Medical Center and Boston University School of Medicine. Dr. Safer earned his medical degree from the University of Wisconsin. He completed his internal medicine residency at Mount Sinai Beth Israel and his endocrinology fellowship at Beth Israel Deaconess Medical Center in Boston.

Dr. Safer was the inaugural president of the United States Professional Association for Transgender Health (USPATH). He also serves on the Global Education Initiative committee for the World Professional Association for Transgender Health (WPATH) and on the Standards of Care revision committee for WPATH. Dr. Safer was a co-author of the Endocrine Society guidelines for the medical care of transgender patients and has been a scientific co-chair for WPATH's international meetings. In addition, he is a past president of the Association of Specialty Professors, the umbrella organization for leaders in internal medicine subspecialty education, and a former secretary-treasurer of the national endocrinology program director organization, the Association of Program Directors in Endocrinology and Metabolism, (APDEM).

Dr. Safer's research focus is on demonstrating the health and quality of life benefits for transgender patients from increased access to care. His current and past sources of funding support include the NIH and a number of private foundations.

**In the News:**

- Dr. Safer shares his thoughts on transient surgery and how him and his team are trying to share the new knowledge they obtain. (https://www.bbc.com/serbian/cyr/srbija-48288713)
- Dr. Safer joins Katie Couric to discuss (https://medium.com/wake-up-call/this-is-a-major-arena-in-the-fight-for-lgbtq-rights-576ddf98c8c8) the biggest barriers that transgender face to obtain medical care.
- The Daily News shares (https://www.nydailynews.com/life-style/health/ny-trans-woman-breast-cancer-awareness-20191014-xs5fwawytzdepkwujowkdge32u-story.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+NydnRss+%28Top+Stories+-+NY+Daily+News%29) the story of a transgender woman's journey of beating breast cancer, with Dr. Safer weighing in on the carcinogenic dangers that implants bring.
- Dr. Safer weighs in on the court case (https://www.healio.com/endocrinology/hormone-therapy/news/online/%7B2b459e86-05af-4b9a-88ed-dba630ed9d42%7D/court-case-highlights-misconceptions-surrounding-pediatric-transgender-care) that highlights misconceptions surrounding pediatric transgender care.

x

**To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).**

- Dr. Safer shares his opinion (https://www.reuters.com/article/us-health-transgender/sex-change-operations-yield-long-term-mental-health-benefits-for-transgender-people-idUSKBN1XI2GN) on the matter of sex-change operations yielding long-term mental health benefits for transgender people.

- Dr. Safer discusses the barriers that transgender adults face (https://www.healio.com/endocrinology/obesity/news/online/%7Bafb2ec45-049b-4d4e-978d-efe0255a5037%7D/obesity-persists-as-surgery-barrier-among-transgender-adults) when seeking gender-confirmation surgery, specifically overweight and obesity issues.

- Dr. Safer stresses the necessity of education in order to provide long-lasting meaningful change in the care for transgender individuals, with Medical Xpress (https://medicalxpress.com/news/2019-12-transgender-persons-clinicians.html) and MedPage Today (https://www.medpagetoday.com/endocrinology/generalendocrinology/84033).

- Dr. Safer provides his experience (https://www.webmd.com/sex-relationships/news/20200115/for-trans-youth-a-tough-path-to-gender-harmony) with trans youth and the assistance of gender-affirming hormones.

- Dr. Safer shares his thoughts (https://www.medpagetoday.com/endocrinology/generalendocrinology/84486?trw=no) on how exceptional and knowledgeable transgender care access is tied to less suicidality.

- Hear Dr. Safer's opinion (https://consumer.healthday.com/sexual-health-information-32/transgender-1001/is-suppressing-puberty-the-right-course-when-a-child-questions-their-gender-754197.html) on whether suppressing puberty is the right course when a child questions their gender.

- Dr. Safer comments on the study (https://www.medscape.com/viewarticle/924373#vp_1) showing transgender men yielding eggs, babies, even after testosterone.

- Dr. Safer weighs in on and debunks (https://www.bustle.com/p/7-myths-about-trans-health-care-debunked-by-trans-people-doctors-21749708) the seven myths about trans health care.

- Dr. Safer discusses the controversial pubertal blocker legislation (https://www.healio.com/endocrinology/reproduction-androgen-disorders/news/online/%7B425a065b-91e4-42f6-bdae-df8c299ba0eb%7D/controversial-pubertal-blocker-legislation-may-bring-unintended-consequences-for-children) that may bring unintended consequences for children.

- Dr. Safer comments on (https://www.reuters.com/article/us-health-youth-transgender/many-trans-youth-avoid-revealing-gender-identity-to-doctors-idUSKBN20E2X9) the fact that many trans youth avoid revealing gender identity to doctors.

- Dr. Safer spoke to the New York Post (https://nypost.com/2020/06/28/patients-relieved-to-undergo-elective-surgeries-banned-amid-pandemic/) about the re-opening of elective surgeries at the Center for Transgender Medicine.

- Dr. Safer weighs in on the Trump administration's new ruling (https://www.crainsnewyork.com/health-pulse/anthem-quest-say-new-agreement-will-focus-cost-savings-better-outcomes) that would roll back antidiscrimination protections for transgender individuals set forth under the Affordable Care Act.

- Dr. Safer discusses the benefit of having supportive parents (https://nypost.com/2020/09/21/for-transgender-people-wanting-a-family-specialist-advice-and-support-is-key/) when it comes to transgender healthcare.
- Dr. Safer comments on (https://news.yahoo.com/trans-woman-urges-proactive-rare-132059814.html?guccounter=1) the necessity of respectful treatment when it comes to transgender patients.

**To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).** x

## Certification

American Board of Endocrinology

## Clinical Focus

- Transgender Medicine

## Education

MD, University of Wisconsin

Residency, Internal Medicine
Mount Sinai Beth Israel

Fellowship, Endocrinology
Beth Israel Deaconess Medical Center- Harvard Medical School

## Language

English

x

To better protect our patients and staff, we are **currently limiting visitors (https://www.mountsinai.org/about/covid19/policies)**. Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our **COVID-19 Hub (https://www.mountsinai.org/about/covid19)**.

⌄   Publications

⌄   Industry Relationships

⌄   Insurance Information

# Contact Information

## Patient Office:
1 location

⌃   Center for Transgender Medicine and Surgery

275 7th Avenue Ste 1505
New York, NY 10001

**Phone:** 212-604-1790 (tel:212-604-1790)

Insurance Plans

Get Directions  ›

Patient Information

MyMountSinai® App (/about/mymountsinai)

Pay My Bill (/about/pay-my-bill)

International Services (/care/international)

Mount Sinai Access (/about/access)

Find a Doctor (/find-a-doctor)

Patient Representatives Offices (/about/contact)

x

**To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).**

Language and Accessibility (/about/language-accessibility)

Health Library (/health-library)

Clinical Trials (/clinical-trials)

Newsroom (/about/newsroom)

## Research & Education

Icahn School of Medicine at Mount Sinai (https://icahn.mssm.edu/)

Medical Education (https://icahn.mssm.edu/education/medical)

Graduate Education (https://icahn.mssm.edu/education/graduate)

Research (https://icahn.mssm.edu/research)

Find Faculty (https://icahn.mssm.edu/find-a-faculty)

Phillips School of Nursing (/locations/beth-israel/pson)

## For Health Professionals

Transfer a Patient (/about/access/patient-transfer)

Mount Sinai Connect (https://www.mountsinai.org/ms-connect)

Refer a Patient (/about/access)

Nursing (/care/nursing-at-mount-sinai)

Hospital Sponsored Programs (/about/hospital-sponsored-programs-office)

Medical Staff Services (/about/medical-staff)

● **Hospitals**      ○ **Urgent Care/Walk-In**

Choose a location                                                                                    ⌄

©2022 Icahn School of Medicine at Mount Sinai

x

To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).

Center for Transgender Medicine and Surgery (/locations/center-transgender-medicine-surgery)



## Transgender Health Care Services

Share      f      🐦      in      ✉

The Mount Sinai Center for Transgender Medicine and Surgery (CTMS) takes a team approach to health care for transgender and non-binary people. All our patients have access to many health care professionals. Services include the following:

- Primary care, hormone therapy, and specialty care (such as endocrinology, gynecology, and urology) (/locations/center-transgender-medicine-surgery/care/medical)

x

To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).

- Surgical procedures (/locations/center-transgender-medicine-surgery/care/surgery)
- Social work, spiritual care support, and complimentary legal assistance, if needed (/locations/center-transgender-medicine-surgery/care/support)
- Behavioral health support (/locations/center-transgender-medicine-surgery/care/behavioral)

## Pediatric/Adolescent Care

We work with the Adolescent Health Center (https://www.teenhealthcare.org/?utm_medium=sameday&utm_source=link&utm_campaign=msorgsp) to provide care for transgender and non-binary youth. We treat people ages eight and older at 275 7th Avenue in Chelsea. Parents of younger children please reach out to CTMSInfo@mountsinai.org (mailto:CTMSInfo@mountsinai.org) for special assistance. The Adolescent Health Center treats young people (between ages 10 and 24) at 312 East 94th Street on the Upper East Side. Our adolescent program includes primary care, endocrine therapy, counseling, and family support."

## Ensuring Your Safety

At Mount Sinai, our doctors, nurses, and staff members are working diligently to ensure the health and safety of each patient who depends on us for care. Throughout our health system, we're protecting our patients with rigorous protocols—from continuous cleaning and disinfection to screening for COVID-19. Your health and safety are our top priority.

## Insurance and Access

Everyone should have access to medically necessary care. This is not always the case for transgender and non-binary individuals. At Mount Sinai, we can help you access health insurance and obtain any approvals you may need. This can include both hormone treatment and surgical intervention. CTMS accepts most major commercial and New York State Medicaid plans. We are happy to help you get authorizations for out-of-state plans.

Make a Gift ⓘ

CTMS Handbook ⓘ

x

To better protect our patients and staff, we are <u>currently limiting visitors (https://www.mountsinai.org/about/covid19/policies)</u>. Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our <u>COVID-19 Hub (https://www.mountsinai.org/about/covid19)</u>.

## Contact Info

Center for Transgender Medicine and Surgery

**Address:**
275 Seventh Avenue, 12th Floor
New York, NY 10001

**Phone:** 212-604-1730 (tel:212-604-1730)
**Email:** CTMSinfo@mountsinai.org (mailto:CTMSinfo@mountsinai.org)

## Letter of Support Templates

- Trans-masculine Procedures: Medical Letter (/files/MSHealth/Assets/HS/Locations/CTMS/MedicalLetterofSupportTemplate-Trans-masculineProcedures.pdf)

- Trans-masculine Procedures: Mental Health Letter (/files/MSHealth/Assets/HS/Locations/CTMS/MentalHealthLetterofSupportTemplate-Trans-masculineProcedures.pdf)

- Trans-feminine Procedures: Medical Letter (/files/MSHealth/Assets/HS/Locations/CTMS/MedicalLetterofSupportTemplate-Trans-feminineProcedures.pdf)

- Trans-feminine Procedures: Mental Health Letter (/files/MSHealth/Assets/HS/Locations/CTMS/MentalHealthLetterofSupportTemplate-Trans-feminineProcedures.pdf)

## Related Links

- Transgender Week of Awareness (https://issuu.com/johndavey/docs/mpjspcontent-transweekofawareness?utm_medium=sameday&utm_source=link&utm_campaign=msorgsp)

- The Institute for Advanced Medicine (/patient-care/iam)

- LGBT Services at Mount Sinai (/about/lgbt-health)

- Mount Sinai Adolescent Health Center (https://www.teenhealthcare.org/?utm_medium=sameday&utm_source=link&utm_campaign=msorgsp)

- Transgender Voice Therapy and Surgeries (/locations/grabscheid-voice-swallowing-center/our-services/transgender-voice-feminization)

◆ A Guide To Community Resources (/files/MSHealth/Assets/HS/Locations/CTMS/TGNCResourceGuide.pdf)

**To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).**

x

## Patient Information

MyMountSinai® App (/about/mymountsinai)

Pay My Bill (/about/pay-my-bill)

International Services (/care/international)

Mount Sinai Access (/about/access)

Find a Doctor (/find-a-doctor)

Patient Representatives Offices (/about/contact)

Language and Accessibility (/about/language-accessibility)

Health Library (/health-library)

Clinical Trials (/clinical-trials)

Newsroom (/about/newsroom)

## Research & Education

Icahn School of Medicine at Mount Sinai (https://icahn.mssm.edu/?utm_medium=sameday&utm_source=link&utm_campaign=msorgsp)

Medical Education (https://icahn.mssm.edu/education/medical?utm_medium=sameday&utm_source=link&utm_campaign=msorgsp)

Graduate Education (https://icahn.mssm.edu/education/graduate?utm_medium=sameday&utm_source=link&utm_campaign=msorgsp)

Research (https://icahn.mssm.edu/research?utm_medium=sameday&utm_source=link&utm_campaign=msorgsp)

Find Faculty (https://icahn.mssm.edu/find-a-faculty?utm_medium=sameday&utm_source=link&utm_campaign=msorgsp)

Phillips School of Nursing (/locations/beth-israel/pson)

## For Health Professionals

Transfer a Patient (/about/access/patient-transfer)

Mount Sinai Connect (https://www.mountsinai.org/ms-connect)

Refer a Patient (/about/access)

Nursing (/care/nursing-at-mount-sinai)

Hospital Sponsored Programs (/about/hospital-sponsored-programs-office)

Medical Staff Services (/about/medical-staff)

● Hospitals   ○ Urgent Care/Walk-In

Choose a location ⌄

**To better protect our patients and staff, we are currently limiting visitors (https://www.mountsinai.org/about/covid19/policies). Visitors must show proof of full vaccination or a negative COVID-19 test. For more general info, visit our COVID-19 Hub (https://www.mountsinai.org/about/covid19).**

x

©2022 Icahn School of Medicine at Mount Sinai