# EXHIBIT B

 **Duke**Health

Find a Doctor    Treatments ⌄    Locations ⌄    Patients & Visitors ⌄    Duke MyChart

Search 🔍

⚠ **COVID-19 Update**    ✕

English: Schedule a Vaccine | Walk-In Vaccine Clinics | Vaccine Update | Testing | Visitor Restrictions
Español: Programe su vacuna | Vacunación sin cita previa | Actualización sobre la vacuna | Pruebas | Restricciones para los visitantes



*"I enjoy taking care of patients with a full range of endocrine disorders."*

*– Deanna W. Adkins, MD*


**4.77 out of 5**
152 ratings, 20 reviews

**Are You a Physician?**
Refer a Patient ↗

# Deanna W. Adkins, MD

*Pediatric Endocrinologist*

Duke Health Provider

🏅 **Board Certified**
American Board of Pediatrics,
Pediatric Endocrinology

🏢 **Where I See Patients**

Duke Child and Adolescent Gender Care Clinic -
*Durham, NC*

Duke Children's Endocrinology Creekstone -
*Durham, NC*

Duke Children's Health Center Endocrinology
Clinic - *Durham, NC*

Duke Children's Hospital & Health Center -
*Durham, NC*

Duke Children's of Apex - *Apex, NC*

Location Details

**Call for an Appointment**

📞 919-684-3772

My Locations

About Me

Ratings and Reviews

Training and Education

Clinical Focus and Research

Insurance

External Relationships

## My Locations

 

**Duke Child and Adolescent Gender Care Clinic**
2301 Erwin Rd
Durham, NC 27710-4699

📞 Office: **919-684-8361**

➤ Get Directions

⌖ Use My Current Location to calculate the distance to this
facility.

 

**Duke Children's Endocrinology Creekstone**
4709 Creekstone Dr
Durham, NC 27703-0016

📞 Office: **919-668-4000**
📠 Fax: **919-576-8806**

➤ Get Directions

⌖ Use My Current Location to calculate the distance to this
facility.

*facility.*



### Duke Children's Health Center Endocrinology Clinic
2301 Erwin Rd
Durham, NC 27710-4699

☎ Office: **919-684-3772**

🖨 Fax: **919-684-8613**

◈ Get Directions

⬈ *Use My Current Location* to calculate the distance to this facility.

---

### Duke Children's Hospital & Health Center
2301 Erwin Rd
Durham, NC 27710

☎ Office: **919-684-2410**

◈ Get Directions

⬈ *Use My Current Location* to calculate the distance to this facility.



---

### Duke Children's of Apex
1545 Orchard Villas Ave
Apex, NC 27502-4321

☎ Office: **919-385-2840**

🖨 Fax: **919-385-2836**

◈ Get Directions

⬈ *Use My Current Location* to calculate the distance to this facility.



## About Me

I am a mother of three who enjoys taking care of patients with a full range of endocrine disorders. I am board-certified in Pediatric Endocrinology and have been a resident of Wake County since 1997. I have clinical and research interests in diabetes mellitus and related treatment technologies, including sensor-augmented pumps. I also enjoy caring for children with bone diseases including osteoporosis, rickets, avascular necrosis, skeletal dysplasias, and calcium/phosphorus disorders. In addition, I manage complex patients with hypothalamic/pituitary disorders and including late effects of cancer treatments. Sexual development, pubertal disorders, and gender disorders are a special interest of mine. Thyroid disorders (including cancer), adrenal disorders (including congenital adrenal hyperplasia) and tumors are also part of my clinical repertoire. I enjoy running, biking, gardening, and traveling with my family.

 LGBTQ+ Identified or Ally

**Languages I Speak**
English

---



## Call for an Appointment

## 919-684-3772

---

# Ratings and Reviews

The Patient Rating score is an average of all responses to care provider related questions on our nationally-recognized Press Ganey Patient Satisfaction Survey. Learn more about our survey process. Responses are measured on a scale of 1 to 5 with 5 being the best score.

**Overall Provider Rating**

★★★★★

**4.77 out of 5**
*152 ratings, 20 reviews*

---

**Duke Health Patient** - *October 2021*
Always a great place & people who care for my son. We love being a part of Duke.

**Duke Health Patient** - *September 2021*
Outstanding staff! We love y'all!

**Duke Health Patient** - *July 2021*

The staff is wonderful. We are so lucky to have such An awesome healthcare team

**Duke Health Patient** - *July 2021*

Dr Adkins is a wonderful endocrinologist I love working with all team members are very friendly

**Duke Health Patient** - *June 2021*

We are so grateful for the care and compassion we received through the Duke Gender Clinic!

**Duke Health Patient** - *April 2021*

My visit was great. Dr. explained everything really well, and gave info for me to better understand.

**Duke Health Patient** - *March 2021*

we had an excellent experience during our visit, thanks to the doctors professionalism

**Duke Health Patient** - *March 2021*

we recently moved to North Carolina and we felt very lucky to get this appointment for our daughter who has CAH. the doctor provided good comprehensive care.

Load More Reviews

# Training and Education

**Board Certification**
American Board of Pediatrics, Pediatric Endocrinology

**Fellowship**
Pediatric Endocrinology, UNC Hospitals, 2004

**Residency**
Pediatrics, UNC Hospitals, 2000

**Education**
MD, Medical College of Georgia School of Medicine, 1997



PATIENT STORY

*Care and Support for Transgender Youth and Gender Issues*



# Clinical Focus and Research

**Publications**

View my publications on PubMed ⧉

---



BLOG ARTICLE

**Clinic for Transgender Children and Teens and Children with Differences in Sex Development**

---

# Insurance Accepted

Duke Health contracts with most major health insurance carriers and transplant networks, including the ones listed below.

| | |
|---|---|
| Aetna ⌄ | Healthgram |
| Ambetter ⌄ | Humana ⌄ |
| Blue Cross Blue Shield of NC ⌄ | MedCost |
| Bright HealthCare | Medicare ⌄ |
| Cigna ⌄ | MultiPlan / Private Healthcare Systems |
| Duke Group Plans ⌄ | NC Medicaid ⌄ |
| Experience Health ⌄ | OneNet PPO |
| First Health | Optima Health ⌄ |
| Gateway Health Alliance | TRICARE ⌄ |
| Halifax Physician-Hospital Organization ⌄ | United Healthcare ⌄ |

Before scheduling your appointment, we **strongly recommend you contact your insurance company** to verify that the Duke Health location or provider you plan to visit is included in your network. Your insurance company will also be able to inform you of any co-payments, co-insurances, or deductibles that will be your responsibility. If you proceed in scheduling an appointment and your health insurance benefits do not participate with Duke, your out of pocket liability may be higher. We will contact you regarding your coverage and patient liability. If you are uninsured, learn more about our financial assistance policy.

# External Relationships

Duke requires faculty members to report certain relationships outside of their employment in order to ensure potential conflicts can be addressed. This faculty member has reported no outside activities that relate to their Duke responsibilities.



DukeHealth

Find a Doctor    Treatments ⌄    Locations ⌄    Patients & Visitors ⌄    Duke MyChart    Search 🔍

⚠ **COVID-19 Update**                                                                           ✕

English: Schedule a Vaccine | Walk-In Vaccine Clinics | Vaccine Update | Testing | Visitor Restrictions
Español: Programe su vacuna | Vacunación sin cita previa | Actualización sobre la vacuna | Pruebas | Restricciones para los visitantes

## Duke Child and Adolescent Gender Care Clinic

**Call for an Appointment**
📞 **919-684-8361**

Services

Our Providers

Insurance

Preparing For Your Visit

### Announcements

**Face masks are required at this location.**

If you have or suspect you have been exposed to COVID-19, take these precautions before you seek care. If you have an appointment, learn about the safety measures in place at all Duke Health locations.

## Duke Child and Adolescent Gender Care Clinic

**Type:** Duke University Hospital Outpatient Department

*Hospital-based clinics are an extension of Duke Health hospitals and have additional facility charges. Some insurance companies process bills with a deductible and coinsurance rather than as a co-pay as for an office visit. This may impact the amount of the bill you are responsible for after payment from your insurance plan. Check with your insurance company before your visit to determine what responsibility will be.*

Our team of specialists uses an integrative, holistic approach to provide quality, comprehensive and compassionate family-centered care to transgender youth, gender-expansive youth, and children with differences of sex development.

Our clinic is staffed by experts in pediatric endocrinology, pediatric urology, clinical social workers, and counselors in psychology/psychiatry and spiritual care. We also partner with doctors, surgeons and counselors in neonatology, genetics, family and community medicine, adolescent medicine, voice disorder services, fertility, and nutrition.

We offer the multiple services your child and family needs in one convenient location. Our clinic is open two days per month.

**Please note:** Due to increasing demand, we are currently booking new patient appointments several months out. We are working on strategies to accommodate this increased demand. Thank you for your patience.

### Clinic Hours

📍 Duke Children's Health Center
2301 Erwin Rd
Durham, NC 27710-4699

🔷 Get Directions

📞 Appointments

**919-684-8361**
Office

**919-684-8361**

Please call for details.

## Services

We provide treatment, support, education and counseling to transgender youth who are exploring their gender identity and gender expression, as well as their families. We also treat people with gender dysphoria, which occurs when sex and gender assigned at birth do not align with a person's gender identity.

## Our Providers

*Showing 3 of 3 providers*

Filter by:    [ Patient Age ▾ ]    [ Provider's Gender ▾ ]    [ Languages ▾ ]



### Deanna W. Adkins, MD
Pediatric Endocrinologist
**Duke** Health Provider  ❓
⭐⭐⭐⭐⭐ **4.77 out of 5**
📞 **919-684-3772**

[ View Profile ❯ ]



### Jonathan C. Routh, MD, MPH
Pediatric Urologist
**Duke** Health Provider  ❓
⭐⭐⭐⭐⭐ **4.81 out of 5**
📞 **919-684-6994**

[ View Profile ❯ ]

### Dane R. Whicker, PhD
Clinical Psychologist, Eating Disorders Specialist
**Duke** Health Provider  ❓
📞 **919-684-0100**

[ View Profile ❯ ]

*Showing 3 of 3 providers*

## Accepted Insurance

Duke Health contracts with most major health insurance carriers and transplant networks, including the ones listed below. Before scheduling your appointment, we **strongly recommend you contact your insurance company** to verify that the Duke Health location or provider you plan to visit is included in your network. Your insurance company will also be able to inform you of any co-payments, co-insurances, or deductibles that will be your responsibility. If you proceed in scheduling an appointment and your health insurance

benefits do not participate with Duke, your out of pocket liability may be higher. We will contact you regarding your coverage and patient liability. If you are uninsured, learn more about our financial assistance policy.

| | |
|---|---|
| Aetna ⌄ | Healthgram |
| Ambetter ⌄ | Humana ⌄ |
| Blue Cross Blue Shield of NC ⌄ | MedCost |
| Bright HealthCare | Medicare ⌄ |
| Cigna ⌄ | MultiPlan / Private Healthcare Systems |
| Duke Group Plans ⌄ | |
| Experience Health ⌄ | NC Medicaid ⌄ |
| First Health | OneNet PPO |
| Gateway Health Alliance | Optima Health ⌄ |
| Halifax Physician-Hospital Organization ⌄ | TRICARE ⌄ |
| | United Healthcare ⌄ |

## Preparing For Your Visit

### Accessibility Services

We provide equal access for all people and offer a range of free accessibility services to patients and visitors who need them.

### Interpreter Services

Free interpreter services can be provided for patients who prefer to communicate in a language other than English.

### Address

Duke Children's Health Center
2301 Erwin Rd
Durham, NC 27710-4699

 Get Directions

### Parking

Duke Hospital Garage:

> Duke Hospital parking garage is located across Erwin Road from the hospital. Vehicles enter one block north, at 2223 Elba Street. The garage is walking distance from the hospital entrance.
> Visitors may take a secure, well-lighted and climate-controlled walkway under Erwin Road. To reach the walkway, take a parking garage elevator down to Level RT (for "tunnel") and follow the signs to Duke Children's Hospital & Health Center. This parking garage is most convenient for patients and visitors who intend to use the Erwin Road hospital entrance, or visit Duke Children's Hospital & Health Center.
> Cost: $2 per hour or a maximum $8 day.

Duke Medicine Circle Parking Garage:

> Located at 302 Trent Drive and features climate-controlled, enclosed walkway to Duke Clinic. A free shuttle is located just outside the garage to escort you to the Duke Medicine Pavilion entrance. This parking garage is most convenient for patients and visitors going to the Duke Medicine Pavilion, Duke Cancer Center, and Duke Clinic.
> Cost: $2 per hour or a maximum $8 per day.

Additional Parking Information:

> Parking for oversized vehicles is located adjacent to the Duke University Hospital parking deck. To obtain a pass for an oversized vehicle, call 919-684-7275.
> Discount parking tickets are available for $5.00 and are good for free parking on one calendar day. They can be purchased at all medical center gift shops or Duke Parking, which is located on the ground floor of Duke clinics on Trent Drive. The tickets are good at either garage. Contact Duke Parking Services at 919-684-7275.
> Valet parking is also available at the entrance to Duke Children's Hospital & Health Center, Monday - Friday from 5:00 am - 10:00 pm and Saturday and Sunday from 9:00 am - 9:00 pm for $9 per day.
> Duke Parking Services can be contacted at: 919-684-7275.
> Watch a video on how to use the parking stations.

## 🚌 Public Transportation

Plan your trip to Duke Child and Adolescent Gender Care Clinic through GoDurham bus routes 6, 11, 11B, and 20 or GoTriangle bus routes 400 and 405. The closest bus stops are **Duke Hospital**, **Erwin Rd at Research Dr**, and **Erwin Rd at Emergency Dr**. If you have trouble accessing these bus routes, visit GoDurham Access and GoTriangle Access to check if you meet the ADA eligibility for accessible transit programs.

Duke Transit provides free bus service to the Duke University Medical Center campus for students, employees, patients, and visitors. See maps of bus routes.

## Related Locations

📍 Duke Children's Hospital & Health Center

2301 Erwin Rd
Durham, NC 27710

 Get Directions     919-684-2410

📍 Duke Family Medicine Center

Marshall I. Pickens Building
2100 Erwin Rd
Durham, NC 27705-3941

 Get Directions     919-944-4618

📍 Duke Endocrinology Clinic - Clinic 1A

📍 Duke Endocrinology South Durham

Duke Clinic
30 Duke Medicine Cir
Clinic 1A
Durham, NC 27710-3000

Get Directions    919-668-5360

Duke Health Center South Durham
234 Crooked Creek Pkwy
Suite 400
Durham, NC 27713-8507

Get Directions    919-620-5300



Find a Doctor     Treatments ⌄     Locations ⌄     Patients & Visitors ⌄     Duke MyChart          Search 🔍

⚠️ **COVID-19 Update**                                                                                      ✕

English: Schedule a Vaccine | Walk-In Vaccine Clinics | Vaccine Update | Testing | Visitor Restrictions
Español: Programe su vacuna | Vacunación sin cita previa | Actualización sobre la vacuna | Pruebas | Restricciones para los visitantes



## Duke Children's Endocrinology Creekstone

Call for an Appointment
📞 **919-668-4000**

Pediatric Endocrinology Services

Our Providers

Insurance

About Us

Preparing For Your Visit

### Announcements

Duke Children's Endocrinology Creekstone is closed on Monday, January 17. This is due to Martin Luther King Jr. Day.

**Face masks are required at this location.**

If you have or suspect you have been exposed to COVID-19, take these precautions before you seek care. If you have an appointment, learn about the safety measures in place at all Duke Health locations.

# Duke Children's Endocrinology Creekstone

**Type:** Specialty Clinic

The providers at the Duke Children's Endocrinology Creekstone treat a wide range of hormonal and metabolic disorders in children. Our team includes pediatricians who specialize in thyroid and lipid disorders and endocrinologists who focus on care for transgender children and children with various differences of sexual development.

📍 Duke Health Center Creekstone
4709 Creekstone Dr
Suite 300
Durham, NC 27703-0016

Get Directions

 Appointments
**919-668-4000**

 Fax
**919-576-8806**

## Clinic Hours

| Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | Closed | Closed |

## Pediatric Endocrinology Services

We treat children with the following conditions:

- Adrenal disorders
- Bone disorders, including osteoporosis
- Diabetes (Type 1, Type 2, and pre-diabetes)
- Differences of sex development (DSD)
- Gender care for children and adolescents
- Genetic endocrine disorders for children with Down syndrome, DiGeorge syndrome, Turner syndrome, and Klinefelter's syndrome

> Growth disorders
- Hypoglycemia
> Pediatric lipid disorders
- Pituitary disorders
> Puberty disorders, including polycystic ovary syndrome (PCOS)
> Thyroid disorders, including thyroid cancer in children
> Weight management for children and teens

Our team of pediatric endocrinologists provides evaluations and medical treatments for your child, including:

> Bone age study to look for advanced or delayed skeletal aging
> Medication to regulate or replace hormone production
> Weight, height, and body fat measurements

## Our Providers

*Showing 5 of 5 providers*

Filter by:  [ Patient Age ▼ ]   [ Provider's Gender ▼ ]   [ Languages ▼ ]



**Deanna W. Adkins, MD**
Pediatric Endocrinologist
**Duke** Health Provider ⓘ
⭐⭐⭐⭐⭐ 4.77 out of 5
📞 919-684-3772

[ View Profile › ]



**Michael S. Freemark, MD**
Adolescent Medicine Specialist, Diabetes and Metabolism Specialist, Pediatric Endocrinologist
**Duke** Health Provider ⓘ
⭐⭐⭐⭐⭐ 4.96 out of 5
📞 919-684-8163

[ Schedule Online ⌄ ]
[ View Profile › ]



**Pinar Gumus Balikcioglu, MD**
Pediatric Endocrinologist
**Duke** Health Provider ⓘ
⭐⭐⭐⭐⭐ 4.89 out of 5
📞 919-684-3772

[ View Profile › ]



**Laura C. Page, MD**
Pediatric Endocrinologist
**Duke** Health Provider ⓘ
⭐⭐⭐⭐⭐ 4.84 out of 5
📞 919-684-3772

[ View Profile › ]



### Lisa Rasbach, PhD, CPNP

Nurse Practitioner - Endocrinology

**Duke** Health Provider ⓘ

⭐⭐⭐⭐⭐ **4.9 out of 5**

📞 **919-668-4000**

View Profile ›

*Showing 5 of 5 providers*

## Accepted Insurance

Duke Health contracts with most major health insurance carriers and transplant networks, including the ones listed below. Before scheduling your appointment, we **strongly recommend you contact your insurance company** to verify that the Duke Health location or provider you plan to visit is included in your network. Your insurance company will also be able to inform you of any co-payments, co–insurances, or deductibles that will be your responsibility. If you proceed in scheduling an appointment and your health insurance benefits do not participate with Duke, your out of pocket liability may be higher. We will contact you regarding your coverage and patient liability. If you are uninsured, learn more about our financial assistance policy.

| | |
|---|---|
| Aetna ⌄ | Healthgram |
| Ambetter ⌄ | Humana ⌄ |
| Blue Cross Blue Shield of NC ⌄ | MedCost |
| Bright HealthCare | Medicare ⌄ |
| Cigna ⌄ | MultiPlan / Private Healthcare Systems |
| Duke Group Plans ⌄ | |
| Experience Health ⌄ | NC Medicaid ⌄ |
| First Health | OneNet PPO |
| Gateway Health Alliance | Optima Health ⌄ |
| Halifax Physician-Hospital Organization ⌄ | TRICARE ⌄ |
| | United Healthcare ⌄ |

## About Us

Duke Children's Endocrinology Creekstone is located inside of Duke Health Center Creekstone.

## Preparing For Your Visit

 Accessibility Services

We provide equal access for all people and offer a range of free accessibility services to patients and visitors who need them.

A文 Interpreter Services

Free interpreter services can be provided for patients who prefer to communicate in a language other than English.

📍 **Address**

Duke Health Center Creekstone
4709 Creekstone Dr
Suite 300
Durham, NC 27703-0016

➙ Get Directions

�car **Parking**

Free, convenient parking available.

🚌 **Public Transportation**

Plan your trip to Duke Children's Endocrinology Creekstone through GoDurham bus route 12B and GoTriangle bus route 805. The closest bus stop is **Slater Rd at Creekstone Dr**. If you have trouble accessing these routes, visit GoDurham Access and GoTriangle Access to check if you meet the ADA eligibility for accessible transit programs.

## Related Locations

📍 **Duke Children's Hospital & Health Center**

2301 Erwin Rd
Durham, NC 27710

➙ Get Directions    919-684-2410

📍 **Duke Children's Health Center Endocrinology Clinic**

Duke Children's Health Center
2301 Erwin Rd
Second floor
Durham, NC 27710-4699

➙ Get Directions    919-684-3772

📍 **Lenox Baker Children's Hospital**

3000 Erwin Rd
Durham, NC 27705-4599

➙ Get Directions    919-551-3488

📍 **Duke Children's of Apex**

Duke Health Apex
1545 Orchard Villas Ave
Suite 110
Apex, NC 27502-4321

➙ Get Directions    919-385-2840



## DukeHealth

Find a Doctor   Treatments ⌄   Locations ⌄   Patients & Visitors ⌄   Duke MyChart

Search 🔍

⚠ **COVID-19 Update**   ✕

English: [Schedule a Vaccine](#) | [Walk-In Vaccine Clinics](#) | [Vaccine Update](#) | [Testing](#) | [Visitor Restrictions](#)

Español: [Programe su vacuna](#) | [Vacunación sin cita previa](#) | [Actualización sobre la vacuna](#) | [Pruebas](#) | [Restricciones para los visitantes](#)

# Duke Children's Health Center Endocrinology Clinic

**Call for an Appointment**

📞 **919-668-4000**

[Services](#)

[Our Doctors](#)

[Insurance](#)

[Preparing For Your Visit](#)

### Announcements

**Face masks are required at this location.**

If you have or suspect you have been exposed to COVID-19, [take these precautions](#) before you seek care. If you have an appointment, learn about the [safety measures in place](#) at all Duke Health locations.

## Duke Children's Health Center Endocrinology Clinic

**Type:** Duke University Hospital Outpatient Department

*Hospital-based clinics are an extension of Duke Health hospitals and have additional facility charges. Some insurance companies process bills with a deductible and coinsurance rather than as a co-pay as for an office visit. This may impact the amount of the bill you are responsible for after payment from your insurance plan. Check with your insurance company before your visit to determine what your responsibility will be.*

The providers at the Duke Children's Health Center Endocrinology Clinic offer help for families with children dealing with a range of hormonal and metabolic endocrine disorders. This includes pediatric thyroid and lipid specialists and endocrinologists who focus on [care for transgender children](#) and children with various [differences of sexual development](#).

📍 Duke Children's Health Center
2301 Erwin Rd
Second floor
Durham, NC 27710-4699

 [Get Directions](#)

📞 Appointments
**919-668-4000**
Office
**919-684-3772**

🖨 Fax
**919-684-8613**

## Clinic Hours

| | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | Closed | Closed |

## Services

We treat children with the following conditions:

› Adrenal disorders
› Bone disorders
› [Differences of sex development (DSD)](#)
› [Gender care for children and adolescents](#)

> Genetic endocrine disorders for children with [Down syndrome](#), DiGeorge syndrome, Turner syndrome, Klinefelter's syndrome, and multiple endocrine neoplasia
> [Growth disorders](#)
> [Pediatric lipid disorders](#)
> Pituitary disorders
> [Puberty disorders](#), including polycystic ovary syndrome (PCOS)
> [Thyroid disorders](#), including [thyroid cancer in children](#)
> [Weight management for children and teens](#)

## ⊞ Treatments

Our team of pediatric endocrinologists provides evaluations and medical treatments for your child, including:

> Bone age study to look for advanced or delayed skeletal aging
> Medication to regulate or replace hormone production
> Weight, height, and body fat measurements

---



**RELATED BLOG ARTICLE**

### [When Is Puberty too Early?](#)

---

## Our Providers

*Showing 5 of 5 providers*

Filter by:  [ Patient Age ▾ ]  [ Provider's Gender ▾ ]  [ Languages ▾ ]



[Deanna W. Adkins, MD](#)

Pediatric Endocrinologist

**Duke** Health Provider ❓

⭐⭐⭐⭐⭐ 4.77 out of 5

📞 **919-684-3772**

[ View Profile › ]



[Robert W. Benjamin, MD](#)

Pediatric Endocrinologist

**Duke** Health Provider ❓

⭐⭐⭐⭐⭐ 4.84 out of 5

📞 **919-684-3772**

[ View Profile › ]



[Michael S. Freemark, MD](#)

Adolescent Medicine Specialist, Diabetes and Metabolism Specialist, Pediatric Endocrinologist

**Duke** Health Provider ❓

⭐⭐⭐⭐⭐ 4.96 out of 5

📞 **919-684-8163**

[ Schedule Online ⌄ ]

[ View Profile › ]



### Pinar Gumus Balikcioglu, MD

Pediatric Endocrinologist

**Duke** Health Provider ❓

⭐⭐⭐⭐⭐ 4.89 out of 5

📞 **919-684-3772**

[ View Profile › ]



### Laura C. Page, MD

Pediatric Endocrinologist

**Duke** Health Provider ❓

⭐⭐⭐⭐⭐ 4.84 out of 5

📞 **919-684-3772**

[ View Profile › ]

*Showing 5 of 5 providers*

## Accepted Insurance

Duke Health contracts with most major health insurance carriers and transplant networks, including the ones listed below. Before scheduling your appointment, we **strongly recommend you contact your insurance company** to verify that the Duke Health location or provider you plan to visit is included in your network. Your insurance company will also be able to inform you of any co-payments, co–insurances, or deductibles that will be your responsibility. If you proceed in scheduling an appointment and your health insurance benefits do not participate with Duke, your out of pocket liability may be higher. We will contact you regarding your coverage and patient liability. If you are uninsured, learn more about our financial assistance policy.

Aetna ⌄

Ambetter ⌄

Blue Cross Blue Shield of NC ⌄

Bright HealthCare

Cigna ⌄

Duke Group Plans ⌄

Experience Health ⌄

First Health

Gateway Health Alliance

Halifax Physician-Hospital Organization ⌄

Healthgram

Humana ⌄

MedCost

Medicare ⌄

MultiPlan / Private Healthcare Systems

NC Medicaid ⌄

OneNet PPO

Optima Health ⌄

TRICARE ⌄

United Healthcare ⌄

## Preparing For Your Visit

♿ Accessibility Services

We provide equal access for all people and offer a range of free accessibility services to patients and visitors who need them.

 Interpreter Services

Free interpreter services can be provided for patients who prefer to communicate in a language other than English.

 Address

Duke Children's Health Center
2301 Erwin Rd
Second floor
Durham, NC 27710-4699

Get Directions

Parking

Duke Hospital Garage:

> Duke Hospital parking garage is located across Erwin Road from the hospital. Vehicles enter one block north, at 2223 Elba Street. The garage is walking distance from the hospital entrance.
> Visitors may take a secure, well-lighted and climate-controlled walkway under Erwin Road. To reach the walkway, take a parking garage elevator down to Level RT (for "tunnel") and follow the signs to Duke Children's Hospital & Health Center. This parking garage is most convenient for patients and visitors who intend to use the Erwin Road hospital entrance, or visit Duke Children's Hospital & Health Center.
> Cost: $2 per hour or a maximum $8 day.

Duke Medicine Circle Parking Garage:

> Located at 302 Trent Drive and features climate-controlled, enclosed walkway to Duke Clinic. A free shuttle is located just outside the garage to escort you to the Duke Medicine Pavilion entrance. This parking garage is most convenient for patients and visitors going to the Duke Medicine Pavilion, Duke Cancer Center, and Duke Clinic.
> Cost: $2 per hour or a maximum $8 per day.

Additional Parking Information:

> Parking for oversized vehicles is located adjacent to the Duke University Hospital parking deck. To obtain a pass for an oversized vehicle, call 919-684-7275.
> Discount parking tickets are available for $5.00 and are good for free parking on one calendar day. They can be purchased at all medical center gift shops or Duke Parking, which is located on the ground floor of Duke clinics on Trent Drive. The tickets are good at either garage. Contact Duke Parking Services at 919-684-7275.
> Valet parking is also available at the entrance to Duke Children's Hospital & Health Center, Monday - Friday from 5:00 am - 10:00 pm and Saturday and Sunday from 9:00 am - 9:00 pm for $9 per day.
> Duke Parking Services can be contacted at: 919-684-7275.
> Watch a video on how to use the parking stations.

## 🚌 Public Transportation

Plan your trip to Duke Children's Health Center Endocrinology Clinic through GoDurham bus routes 6, 11, 11B, and 20 or GoTriangle bus routes 400 and 405. The closest bus stops are **Duke Hospital**, **Erwin Rd at Research Dr**, and **Erwin Rd at Emergency Dr**. If you have trouble accessing these bus routes, visit GoDurham Access and GoTriangle Access to check if you meet the ADA eligibility for accessible transit programs.

Duke Transit provides free bus service to the Duke University Medical Center campus for students, employees, patients, and visitors. See maps of bus routes.

## Related Locations

 **Duke Children's Hospital & Health Center**

2301 Erwin Rd
Durham, NC 27710

 Get Directions    919-684-2410

 **Duke Child and Adolescent Gender Care Clinic**

Duke Children's Health Center
2301 Erwin Rd
Durham, NC 27710-4699

 Get Directions    919-684-8361

**Lenox Baker Children's Hospital**

 **Duke Endocrinology Clinic - Clinic**

3000 Erwin Rd
Durham, NC 27705-4599

Get Directions          919-551-3488

1A

Duke Clinic
30 Duke Medicine Cir
Clinic 1A
Durham, NC 27710-3000

Get Directions          919-668-5360



Duke Children's of Apex

**Call for an Appointment**

☎ **919-668-4000**

Services

Our Providers

Insurance

About Us

Preparing For Your Visit

## Announcements

Duke Children's of Apex is closed on Monday, January 17. This is due to Martin Luther King Jr. Day.

**Face masks are required at this location.**

If you have or suspect you have been exposed to COVID-19, take these precautions before you seek care. If you have an appointment, learn about the safety measures in place at all Duke Health locations.

# Duke Children's of Apex

**Type:** Specialty Clinic

Duke Children's of Apex provides comprehensive endocrinology and cardiology care for children in Apex, Cary, and the surrounding areas. Our goal is to provide high-quality care in a comfortable setting.

📍 Duke Health Apex
1545 Orchard Villas Ave
Suite 110
Apex, NC 27502-4321

 Get Directions

📞 Appointments
**919-668-4000**
Office
**919-385-2840**

🖶 Fax
Referrals
**919-385-2844**
Office
**919-385-2836**

## Clinic Hours

| | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | 8:00 am - 5:00 pm | Closed | Closed |

## Services

Endocrinology and Diabetes Services:

> General endocrinology care and hormonal disorders
> Type 1 and Type 2 diabetes
> Prevention and management of conditions that lead to obesity in children and teens

Cardiology Services:

We provide comprehensive consultation and treatment for:

> Congenital heart defects
> Heart disease
> Lipid disorders
> Pregnant women whose fetuses have or may have heart problems

✚ **Treatments**

Diagnostic testing includes:

› Electrocardiogram (EKG)
› Echocardiogram
› Heart monitor follow-up (Holter, loop, and BodyGuardian Mini)

## Our Providers                                    *Showing 9 of 9 providers*

Filter by:    [ Patient Age ▾ ]    [ Provider's Gender ▾ ]    [ Languages ▾ ]



### Deanna W. Adkins, MD
Pediatric Endocrinologist
**Duke** Health Provider  ⓘ
⭐⭐⭐⭐⭐ 4.77 out of 5
📞 **919-684-3772**

[ View Profile › ]



### Piers C.A. Barker, MD
Pediatric Cardiologist
**Duke** Health Provider  ⓘ
⭐⭐⭐⭐⭐ 4.87 out of 5
📞 **919-668-4000**

[ View Profile › ]



### Christine Hiller, MSN, CPNP
Nurse Practitioner - Cardiology
**Duke** Health Provider  ⓘ
⭐⭐⭐⭐⭐ 4.94 out of 5
📞 **919-668-4000**

[ Schedule Online ˅ ]

[ View Profile › ]



### Amanda Lewis, MSN, CPNP-PC, RN
Nurse Practitioner - Endocrinology, Nurse Practitioner - General Pediatrics
**Duke** Health Provider  ⓘ
⭐⭐⭐⭐⭐ 4.93 out of 5
📞 **919-684-3772**

[ Schedule Online ˅ ]

[ View Profile › ]



### Angelo S. Milazzo Jr., MD, MBA
Pediatric Cardiologist
**Duke** Health Provider  ⓘ
⭐⭐⭐⭐⭐ 4.96 out of 5



**919-668-4000**

Schedule Online ⌄

View Profile ›

### Stephen G. Miller, MD

Pediatric Cardiologist

**Duke** Health Provider ❓

⭐⭐⭐⭐⭐  4.96 out of 5

📞 **919-668-4000**

Schedule Online ⌄

View Profile ›

### Patsy W. Park, MD

Pediatric Cardiologist

**Duke** Health Provider ❓

⭐⭐⭐⭐⭐  4.88 out of 5

📞 **919-668-4000**

Schedule Online ⌄

View Profile ›

### Lisa Rasbach, PhD, CPNP

Nurse Practitioner - Endocrinology

**Duke** Health Provider ❓

⭐⭐⭐⭐⭐  4.9 out of 5

📞 **919-668-4000**

View Profile ›

### Neeta J. Sethi, MD

Pediatric Cardiologist

**Duke** Health Provider ❓

📞 **919-668-4000**

Schedule Online ⌄

View Profile ›

*Showing 9 of 9 providers*

## Accepted Insurance

Duke Health contracts with most major health insurance carriers and transplant networks, including the ones listed below. Before scheduling your appointment, we **strongly recommend you contact your insurance company** to verify that the Duke Health location or provider you plan to visit is included in your network. Your insurance company will also be able to inform you of any co-payments, co–insurances, or deductibles that will be your responsibility. If you proceed in scheduling an appointment and your health insurance

benefits do not participate with Duke, your out of pocket liability may be higher. We will contact you regarding your coverage and patient liability. If you are uninsured, learn more about our financial assistance policy.

| | |
|---|---|
| Aetna ⌄ | Healthgram |
| Ambetter ⌄ | Humana ⌄ |
| Blue Cross Blue Shield of NC ⌄ | MedCost |
| Bright HealthCare | Medicare ⌄ |
| Cigna ⌄ | MultiPlan / Private Healthcare Systems |
| Duke Group Plans ⌄ | |
| Experience Health ⌄ | NC Medicaid ⌄ |
| First Health | OneNet PPO |
| Gateway Health Alliance | Optima Health ⌄ |
| Halifax Physician-Hospital Organization ⌄ | TRICARE ⌄ |
| | United Healthcare ⌄ |

## About Us

Duke Children's of Apex is conveniently located in the new building next door to Duke Primary Care Apex off Highway 64 in Apex, NC.

## Preparing For Your Visit

### Accessibility Services

We provide equal access for all people and offer a range of free accessibility services to patients and visitors who need them.



### Interpreter Services

Free interpreter services can be provided for patients who prefer to communicate in a language other than English.

📍 Address

Duke Health Apex
1545 Orchard Villas Ave
Suite 110
Apex, NC 27502-4321

◈ Get Directions

🚗 Parking

Free parking is available adjacent to our building.

🚌 Public Transportation

Plan your trip to Duke Children's of Apex through GoTriangle. There is no bus stop within 0.5 miles. Visit GoTriangle Access to check if you meet the ADA eligibility for the Triangle's accessible transit program.

## Related Locations

📍 Duke Children's Endocrinology Creekstone

Duke Health Center Creekstone
4709 Creekstone Dr
Suite 300
Durham, NC 27703-0016

◈ Get Directions        919-668-4000

📍 Duke Children's Cardiology Creekstone

Duke Health Center Creekstone
4709 Creekstone Dr
Suite 300
Durham, NC 27703-0016

◈ Get Directions        919-668-4000

📍 Duke Urology of Raleigh

Duke Medicine Plaza
3480 Wake Forest Rd
Suite 506
Raleigh, NC 27609-7376

◈ Get Directions        919-862-5600

📍 Duke Cardiovascular Magnetic Resonance (MRI) Center

Duke Medicine Pavilion
10 Duke Medicine Cir
Durham, NC 27710-1000

◈ Get Directions        919-668-6960