# EXHIBIT C

- myKU (https://portal.ku.edu/)
- Email (https://mail.ku.edu/)
- Blackboard (https://courseware.ku.edu/)
- (http://www/ (https://sa.ku.edu/)
- KU Directory (http://technology.ku.edu/navigator)

# Office of the University Registrar (https://registrar.ku.edu/)

*An office in Enrollment Management*

## Schedule of Classes

- KU Registrar (https://registrar.ku.edu/)
- Core Courses (https://kucore.ku.edu/courses)
- Exam Information (https://registrar.ku.edu/exams)
- Short Course Dates (https://registrar.ku.edu/short-courses)
- Online Winter Courses (https://college.ku.edu/winter)
- Class Delivery Methods (https://sis.ku.edu/room-and-class-delivery-method-information)
- Affordable Course Info (https://marking.ku.edu)
- Scheduler Staff Login (/Classes/SchedulerLogin.action)

## Schedule of Classes



1/11/22, 9:05 AM
Case 2:21-cv-00316   Document 173-3   Filed 01/11/22   Page 3 of 5 PageID #: 2420
Schedule of Classes | Office of the University Registrar | KU



## HSES 236

Health, Sport, & Exercise Sci - Practicum in: ( 1-3 ) Spring 2022
A description of the activities offered will be provided in the Timetable. Prerequisite: Consent of instructor.

| Type | Time/Place and Instructor | Credit Hours | Class # | Seats Available |
|---|---|---|---|---|
| FLD | Topic: Sport Psychology   Fry, Mary (https://directory.ku.edu/details/J6l_qlp6DU2n-KINDOJObA) | 1-3 | **44746** (Save) | 20 |
| Notes | APPT<br>KULC APPT - LAWRENCE | | | |

## HSES 440

Health, Sport, & Exercise Sci - Applied Sport&Performance Psyc ( 3 ) Spring 2022
This course will examine the psychological principles and techniques that are applied to improve sport performance and other fields of achievement (e.g., exercise and wellness, music, and academics). Special attention will be given to psychological aspects of injury and rehabilitation, psychological conditioning, psychological training methods, coaching philosophy, the social psychology of team members, and components of peak performances.

| Type | Time/Place and Instructor | Credit Hours | Class # | Seats Available |
|---|---|---|---|---|
| LEC | Fry, Mary (https://directory.ku.edu/details/J6l_qlp6DU2n-KINDOJObA) | 3 | **48969** (Save) | 1 |
| Notes | TuTh 11:00 - 12:15 PM<br>ROB 202 (http://maps.google.com/maps?q=38.954877%2C-95.249885%28ROBINSON+CENTER%29&z=17) - LAWRENCE | | | |

## HSES 475

Health, Sport, & Exercise Sci - Undergraduate Research in HSES ( 1-3 ) Spring 2022

The course is designed to allow students to collaborate on an active research project under the supervision of a faculty member in HSES. Only one enrollment permitted each semester. A maximum of six hours will apply towards the bachelor's degree. Prerequisite: Enrollment by Instructor permission only. Successful completion of IRB training via the CITI training program in the KU eCompliance system.

| Type | Time/Place and Instructor | Credit Hours | Class # | Seats Available |
|---|---|---|---|---|
| RSH | Fry, Andrew (https://directory.ku.edu/details/46T9MbHhYj1_QW06zDxiyg) | 1-3 | **50254** (Save) | 30 |
| Notes | APPT KULC APPT - LAWRENCE | | Inst Req | |
| RSH | Fry, Mary (https://directory.ku.edu/details/J6I_qlp6DU2n-KINDOJObA) | 1-3 | **50255** (Save) | 28 |
| Notes | APPT KULC APPT - LAWRENCE | | Inst Req | |

# HSES 497

Health, Sport, & Exercise Sci - Independent Study ( 1-3 ) Spring 2022

Only one enrollment permitted each semester; a maximum of six hours will apply toward the bachelor's degree. This course cannot be taken as a substitute for a required course. Prerequisite: Recommendation of advisor and consent of instructor and department chairperson.

| Type | Time/Place and Instructor | Credit Hours | Class # | Seats Available |
|---|---|---|---|---|
| IND | Fry, Andrew (https://directory.ku.edu/details/46T9MbHhYj1_QW06zDxiyg) | 1-3 | **41486** (Save) | 5 |
| Notes | APPT KULC APPT - LAWRENCE | | Inst Req | |
| IND | Fry, Mary (https://directory.ku.edu/details/J6I_qlp6DU2n-KINDOJObA) | 1-3 | **44521** (Save) | 5 |
| Notes | APPT KULC APPT - LAWRENCE | | Inst Req | |

# HSES 598

Health, Sport, & Exercise Sci - Special Course: ( 1-5 ) Spring 2022

A special course of study to explore current trends and issues in health and physical eduction - primarily for undergraduates.

| Type | Time/Place and Instructor | Credit Hours | Class # | Seats Available |
|---|---|---|---|---|
| LEC | Topic: Essentials of Sport Science   Fry, Andrew (https://directory.ku.edu/details/46T9MbHhYj1_QW06zDxiyg) M 04:30 - 07:00 PM | 3 | **59029** (Save) | 21 |
| Notes | ROB 252 (http://maps.google.com/maps?q=38.954877%2C-95.249885%28ROBINSON+CENTER%29&z=17) - LAWRENCE | | | |

Office of the University Registrar (https://registrar.ku.edu/)

registrar@ku.edu (mailto:registrar@ku.edu)   1502 Iowa Street
785-864-4423                                  Lawrence, Kansas 66045
Fax: 785-864-3900

Academics (http://ku.edu/academics/)    Admissions (http://admissions.ku.edu/)
Alumni (http://www.kualumni.org/)    Athletics (http://www.kuathletics.com/)
Campuses (http://www.ku.edu/about/campuses/)    Giving (http://www.kuendowment.org/)
Jobs (http://jobs.ku.edu)

