## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**B.P.J., by her next friend and mother,**
**HEATHER JACKSON,**

    **Plaintiff,**

**v.**

**WEST VIRGINIA STATE BOARD OF**
**EDUCATION; HARRISON COUNTY**
**BOARD OF EDUCATION; WEST**
**VIRGINIA SECONDARY SCHOOL**
**ACTIVITIES COMMISSION; W.**
**CLAYTON BURCH, in his official**
**capacity as State Superintendent; and**
**DORA STUTLER, in her official capacity**
**as Harrison County Superintendent,**

    **Defendants.**

**Civil Action No. 2:21-cv-00316**
**Honorable Joseph R. Goodwin**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"Defendant West Virginia State Board of Education and Superintendent W. Clayton Burch's Responses to Plaintiff's Second Set of Requests for Production to Defendants State Board of West Virginia and W. Clayton Burch"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Wednesday, February 2, 2022:

Loree Beth Stark
American Civil Liberties Union of West Virginia Foundation
P.O. Box 3952
Charleston, WV 25339-3952
lstark@acluwv.org
*Counsel for Plaintiff*

Avatara Smith-Carrington
Lambda Legal
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
asmithcarrington@lambdalegal.org
*Counsel for Plaintiff*

Carl Charles
Lambda Legal
730 Peachtree Street NE, Suite 640
Atlanta, GA 30308-1210
ccharles@lambdalegal.org
*Counsel for Plaintiff*

Sruti Swaminathan
Lambda Legal
120 Wall Street, 19th Floor
New York, NY 10005
sswaminathan@lambdalegal.org
*Counsel for Plaintiff*

Joshua A. Block
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
jblock@aclu.org
*Counsel for Plaintiff*

Kathleen Hartnett
Julie Veroff
Cooley LLP
101 California Street 5th Floor
San Francisco, CA 94111-5800
khartnett@cooley.com
*Counsel for Plaintiff*

Elizabeth Reinhardt
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
ereinhardt@cooley.com
*Counsel for Plaintiff*

Andrew D. Barr
Cooley LLP
1144 15th St., Suite 2300
Denver, CO 80202-5686
abarr@cooley.com
*Counsel for Plaintiff*

Katelyn Kang
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
kkang@cooley.com
*Counsel for Plaintiff*

Julie Veroff
Cooley, LLP
101 California Street, 5th Floor
San Francisco, CA 94111
jveroff@cooley.com
*Counsel for Plaintiff*

Meredith Taylor Brown
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
tbrown@aclu.og
*Counsel for Plaintiff*

Tara L. Borelli
Lamda Legal Defense and Education Fund
1 West Court Square, Suite 105
Decatur, GA 30030
tborelli@lambdalegal.org
*Counsel for Plaintiff*

Roberta F. Green
Kimberly M. Bandy
Shuman McCuskey & Slicer PLLC
P.O. Box 3953
Charleston, WV 25339-3953
rgreen@Shumanlaw.com
*Counsel for Defendant West Virginia Secondary School Activities Commission*

Susan L. Deniker
Jeffrey M. Cropp
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
susan.deniker@steptoe-johnson.com
*Counsel for Defendants Harrison County Board of Education and Dora Stutler*

Douglas P. Buffington, II
Curtis R. A. Capehart
David C. Tryon
Jessica A. Lee
West Virginia Attorney General's Office
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220
Curtis.R.A.Capehart@wvago.gov
*Counsel for Intervenor State of West Virginia*

Aria S. Vaughan
United States Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., NW
4CON, 10th Floor
Washington, DC 20530
Aria.Vaughan@usdoj.gov
*Interested Party United States of America*

Fred B. Westfall, Jr.
Jennifer M. Mankins
United States Attorney's Office
300 Virginia Street East, Room 4000
Charleston, WV 25301
Fred.Westfall@usdoj.gov
*Interested Party United States of America*

Brandon S. Steele
Joshua D. Brown
The Law Office of Brandon S. Steele
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801
bsteelelawoffice@gmail.com
joshua_brown05@hotmail.com
*Counsel for Movant Lainey Armistead*

Christiana M. Holcomb

Alliance Defending Freedom

440 First Street, NW

Washington, DC 2001

cholcomb@adflegal.org

*Counsel for Movant Lainey Armistead*


Jonathan Scruggs

Alliance Defending Freedom

15100 North 90th Street

Scottsdale, AZ 85260

jscruggs@alliancedefendingfreedom.org

*Counsel for Movant Lainey Armistead*


Timothy D. Ducar

Law Office of Timothy D. Ducar

7430 East Butherus Drive, Suite E

Scottsdale, AZ 85260

orders@azlawyers.com

*Counsel for Movant Lainey Armistead*


  **/s/ Kelly C. Morgan**

**Kelly C. Morgan (WV Bar #9519)**

**Michael W. Taylor (WV Bar #11715)**

**Kristen V. Hammond (WV Bar #9727)**

**Bailey & Wyant, PLLC**

**500 Virginia Street, East, Suite 600**

**P.O. Box 3710**

**Charleston, WV 25337-3710**

**Telephone: 304.345.4222**

**Facsimile: 304.343.3133**

**kmorgan@baileywyant.com**

**mtaylor@baileywyant.com**

**khammond@baileywyant.com**