**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

B. P. J., by her next friend and mother,
HEATHER JACKSON,

      **Plaintiff,**

v.                                                                                   **CIVIL ACTION NO. 2:21-cv-00316
Judge Joseph R. Goodwin**

WEST VIRGINIA STATE BOARD OF
EDUCATION, HARRISON COUNTY
BOARD OF EDUCATION, WEST
VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISSION,
W. CLAYTON BURCH, in his official
Capacity as State Superintendent, DORA
STUTLER, in her official capacity as
Harrison County Superintendent, and
THE STATE OF WEST VIRGINIA,

      **Defendants.**

and LAINEY ARMISTEAD,

      **Intervenor Defendant.**

## <u>CORRECTED CERTIFICATE OF SERVICE</u>

      I caused a true copy of this Certificate of Service for "*Second Set of Discovery Requests to Plaintiff from Defendant, State of West Virginia*" to be served on all parties via the CM/ECF System this 2nd day of February, 2022, with a copy of said requests to all parties by electronic means on February 1, 2022, as follows:

| | |
|---|---|
| Loree Stark | Kathleen R. Hartnett* |
| American Civil Liberties Union of West | Julie Veroff* |
| Virginia Foundation | Cooley LLP |
| PO Box 3952 | 101 California St., 5th Floor |
| Charleston, WV 25339-3952 | San Francisco, CA 94111-5800 |
| lstark@acluwv.org | khartnett@cooley.com |
| | |
| Katelyn Kang | Elizabeth Reinhardt* |
| Cooley LLP | Cooley LLP |
| 55 Hudson Yards | 500 Boylston St., 14th Floor |
| New York, NY 10001-2157 | Boston, MA 02116-3736 |
| kkang@cooley.com | ereinhardt@cooley.com |

Andrew Barr
Cooley LLP
1144 15th St., Suite 2300
Denver, CO 80202-5686
abarr@cooley.com

Joshua Block*
Taylor Brown*
Chase Strangio*
ACLU Foundation
125 Broad Street
New York, NY 10004
jblock@aclu.org

Sruti Swaminathan*
Lambda Legal
120 Wall St., 19th Floor
New York, NY 10005
sswaminathan@lambdalegal.org

Kelly C. Morgan
Michael W. Taylor
Kristen V. Hammond
Bailey & Wyant, PLLC
500 Virginia St., East, Suite 600
Charleston, WV 25301
kmorgan@baileywyant.com
mtaylor@baileywyant.com
khammond@baileywyant.com

Brandon Steele
The Law Offices of Brandon S. Steele
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801
bsteelelawoffice@gmail.com

Christiana Holcomb
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
cholcomb@adflegal.org

Roberta F. Green
Shuman McCuskey & Slicer PLLC
PO Box 3953
Charleston, WV 25339
rgreen@shumanlaw.com
kbandy@shumanlaw.com

Avatara Smith-Carrington*
Lambda Legal
3500 Oak Lawn Ave., Suite 500
Dallas, TX 75219
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
Lambda Legal
1 West Court Square, Suite 105
Decatur, GA 30030
ccharles@lambdalegal.org
tborelli@lambdalegal.org

Susan Llewellyn Deniker
Jeffrey M. Cropp
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
susan.deniker@steptoe-johnson.com
jeffrey.cropp@steptoe-johnson.com

Taylor Brown
American Civil Liberties Union
125 Broad St., 18th Floor
New York, NY 10004
tbrown@aclu.org

Jonathan Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
jscruggs@adflegal.org

Timothy D. Ducar
Law Offices of Timothy D. Ducar, PLC
7430 E. Butherus Drive, Suite E
Scottsdale, AZ 85260
tducar@azlawyers.com

_/s/ Curtis R. A. Capehart_____
Curtis R. A. Capehart