L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6  Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

B.P.J., by her next friend and mother, HEATHER JACKSON

V.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

**CIVIL ACTION NUMBER** 2:21-cv-00316

---

Zoë Helstrom, Cooley LLP | 339093
*Name of Visiting Attorney and firm name* | *State Bar ID number*

B.P.J., by her next friend and mother, HEATHER JACKSON
*Name of party represented*

Supreme Court of California        USDC Central District Court of California
350 McAllister Street, Room 1295   255 East Temple Street
San Francisco, CA 94102            Los Angeles, CA 90012

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111

*Visiting Attorney's office address*

(415) 693-2000 | (415) 693-2222 | zhelstrom@cooley.com
*Visiting Attorney's office telephone number* | *Office fax number* | *Email address*

Loree Stark
American Civil Liberties Union of West Virginia | WV 12936
*Name of Sponsoring Attorney and firm name* | *WV Bar ID number*

405 Capitol Street, Suite 507
Charleston, WV 25301

*Sponsoring Attorney's office address*

(914) 393-4614 | (304) 345-0207 | lstark@acluwv.org
*Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 01/25/2022 | [signature] |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| 01/25/2022 | /s/ Loree Stark |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.