IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER JACKSON

        Plaintiff,

v.   Civil Action No. 2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION,
HARRISON COUNTY BOARD OF EDUCATION,
WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W.
CLAYTON BURCH in his official capacity as State Superintendent,
and DORA STUTLER in her official capacity as Harrison County Superintendent,

        Defendants.

## NOTICE OF APPEARANCE

    NOW COMES Plaintiff and notices the appearance of Nicholas Ward, of the American Civil Liberties Union of West Virginia Foundation, P.O. Box 3952 Charleston, WV 25339 as her attorney in this matter.

        **Respectfully Submitted,**
        **B.P.J., by her next friend and mother, HEATHER JACKSON**
        By Counsel:

/s/ Nicholas Ward
Nicholas Ward (State Bar ID No. 13703)
American Civil Liberties Union of West Virginia Foundation
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (304) 282-6806
nward@acluwv.org