IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER JACKSON,

          *Plaintiff*,

v.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,

          *Defendants*

and

LAINEY ARMISTEAD,

          *Defendant-Intervenor*.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin, District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February, 2022, I electronically filed the foregoing Certificate of Service of "Defendants Harrison County Board of Education and Dora Stutler's First Set of Requests for Production of Documents to Plaintiff" with the Clerk of the Court using the CM/ECF system, and a true and exact copy of such filing was sent by email to the following counsel of record:

14056255.1

| | |
|---|---|
| **Joshua A. Block, Esquire**<br>**Taylor Brown, Esquire**<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street 18th Floor<br>New York, NY 10004<br>*Counsel for Plaintiff* | **Kathleen R. Hartnett, Esquire**<br>**Julie Veroff, Esquire**<br>**Zoë Helstrom, Esquire**<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>*Counsel for Plaintiff* |
| **Loree Beth Stark, Esquire**<br>**Nicholas Ward, Esquire**<br>AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA FOUNDATION<br>405 Capitol Street Suite 507<br>P.O. Box 3952<br>Charleston, WV 25301<br>*Counsel for Plaintiff* | **Katelyn Kang, Esquire**<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>*Counsel for Plaintiff* |
| **Avatara A. Smith-Carrington, Esquire**<br>LAMBDA LEGAL<br>3500 Oak Lawn Avenue Suite 500<br>Dallas, TX 75219<br>*Counsel for Plaintiff* | **Elizabeth Reinhardt, Esquire**<br>COOLEY LLP<br>500 Boylston Street, 14th Floor<br>Boston, MA 02116-3736<br>*Counsel for Plaintiff* |
| **Carl Solomon Charles, Esquire**<br>**Tara L. Borelli, Esquire**<br>LAMBDA LEGAL<br>158 West Ponce De Leon Avenue, Suite 105<br>Decatur, GA 30030<br>*Counsel for Plaintiff* | **Andrew D. Barr, Esquire**<br>COOLEY LLP<br>1144 15th Street Suite 2300<br>Denver, CO 80202<br>*Counsel for Plaintiff* |
| **Sruti J. Swaminathan, Esquire**<br>LAMBDA LEGAL<br>120 Wall Street 19th Floor<br>New York, NY 10005<br>*Counsel for Plaintiff* | **Kelly C. Morgan, Esquire**<br>**Kristen Vickers Hammond, Esquire**<br>**Michael W. Taylor, Esquire**<br>BAILEY & WYANT<br>PO Box 3710<br>Charleston, WV 25337-3710<br>*Counsel for Defendants WV State Board of Education and W. Clayton Burch* |

| | |
|---|---|
| **Roberta F. Green, Esquire**<br>**Kimberly M. Bandy, Esquire**<br>SHUMAN McCUSKEY & SLICER<br>PO Box 3953<br>Charleston, WV 25339<br>*Counsel for Defendant WV Secondary School Activities Commission* | **Douglas P. Buffington, II, Esquire**<br>**Curtis R. Capehart, Esquire**<br>**David C. Tryon, Esquire**<br>WV ATTORNEY GENERAL'S OFFICE<br>State Capitol Complex<br>Building 1, Room 26E<br>1900 Kanawha Boulevard East<br>Charleston, WV 25305-0220<br>*Counsel for Defendant The State of West Virginia* |
| **Brandon Steele, Esquire**<br>**Joshua D. Brown, Esquire**<br>THE LAW OFFICES OF BRANDON S. STEELE<br>3049 Robert C. Byrd Drive, Suite 100<br>Beckley, WV 25801<br>*Counsel for Defendant-Intervenor Lainey Armistead* | **Jonathan Scruggs, Esquire**<br>**Roger G. Brooks, Esquire**<br>**Henry W. Frampton, IV, Esquire**<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>*Counsel for Defendant-Intervenor Lainey Armistead* |
| **Christina Holcomb, Esquire**<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>*Counsel for Defendant-Intervenor Lainey Armistead* | **Rachel Csutoros, Esquire**<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>*Counsel for Defendant-Intervenor Lainey Armistead* |
| **Timothy D. Ducar, Esquire**<br>Law Offices of Timothy D. Ducar, PLC<br>7430 E. Butherus Drive, Suite E<br>Scottsdale, AZ 85260<br>*Counsel for Defendant-Intervenor Lainey Armistead* | |

| | |
|---|---|
| STEPTOE & JOHNSON PLLC<br>   Of Counsel | */s/ Susan L. Deniker*<br>Susan L. Deniker    (WV ID #7992)<br>Jeffrey M. Cropp    (WV ID #8030)<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330-4500<br>(304) 933-8000<br><br>*Counsel for Defendants Harrison County Board of Education and Dora Stutler* |

14056255.1