IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON, <br><br> *Plaintiff*, <br><br> v. <br><br> WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA, <br><br> *Defendants*, <br><br> and <br><br> LAINEY ARMISTEAD, <br><br> *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316 <br><br> Hon. Joseph R. Goodwin |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF COURT:

Pursuant to Local Rule of Civil Procedure 83.4(a), Meredith Taylor Brown submits this notice of withdrawal of counsel on behalf of Plaintiff B.P.J, by her next friend and mother, Heather Jackson. Andrew D. Barr, Avatara A. Smith-Carrington, Carl S. Charles, Elizabeth Reinhardt, Joshua A. Block, Julie Veroff, Katelyn Kang, Kathleen R. Hartnett, Loree Beth Stark, Sruti J. Swaminathan, and Tara L. Borelli have entered appearances in this case and will continue representing Plaintiff B.P.J.

Dated: February 10, 2022                                              Respectfully submitted,

                                                                     /s/ Loree Stark
                                                                     Loree Stark (Bar No. 12936)