**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| B.P.J, by her next friend and mother, HEATHER JACKSON<br><br>     *Plaintiff,*<br><br> v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA<br><br>     *Defendants,*<br><br> and<br><br>LAINEY ARMISTEAD,<br><br>     *Defendant-Intervenor.* | Case No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

  I, Brandon Steele, hereby certify that on the 11th day of February, 2022, I provided all parties with true and exact copies of *Defendant-Intervenor's First Supplemental Disclosures* via email.

**Counsel for B.P.J. and Heather Jackson**
Loree Stark
ACLU of West Virginia
405 Capitol Street, Suite 507
Charleston, WV 25301
lstark@acluwv.org

Andrew D. Barr
COOLEY LLP
1144 15th Street
Denver, CO 80202
abarr@cooley.com

Avatara Antoinette Smith-Carrington
LAMBDA LEGAL

1

3500 Oak Lawn Avenue
Dallas, TX 75219
asmithcarrington@lambdalegal.org

Carl Solomon Charles
Tara L. Borelli
LAMBDA LEGAL
1 West Court Square, Suite 105
Decatur, GA 30030
ccharles@lambdalegal.org; tborelli@lambdalegal.org

Elizabeth Reinhardt
COOLEY LLP
500 Boylston Street
Boston, MA 02116
ereinhardt@cooley.com

Joshua A. Block
Meredith Taylor Brown
ACLU
125 Broad Street, Floor 18
New York, NY 10004
jblock@aclu.org; tbrown@aclu.org

Julie Veroff
Kathleen R. Hartnett
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
jveroff@cooley.com; khartnett@cooley.com

Katelyn Kang
COOLEY LLP
55 Hudson Yards
New York, NY 10001
kkang@cooley.com

Sruti J. Swaminathan
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY10005
sswaminathan@lambdalegal.org

**Counsel for West Virginia State Board of Education and Superintendent W. Clayton Burch**
Kelly C. Morgan
Kristen Vickers Hammond
Michael W. Taylor
BAILEY & WYANT, PLLC
500 Virginia St., East, Suite 600
Charleston, WV 25301
kmorgan@baileywyant.com; khammond@baileywyant.com; mtaylor@baileywyant.com

**Counsel for West Virginia Secondary School Activities Commission**

Roberta F. Green
Anthony E. Nortz
Kimberly M. Bandy
Shuman McCuskey & Slicer PLLC
P.O. Box 3953
Charleston, WV 25339-3953
rgreen@Shumanlaw.com; anortz@shumanlaw.com; kbandy@shumanlaw.com

**Counsel for Harrison County Board of Education and Superintendent Dora Stutler**
Susan L. Deniker
Jeffrey Mark Cropp
STEPTOE and JOHNSON, LLC
400 White Oaks Boulevard
Bridgeport, WV 26330
susan.deniker@steptoe-johnson.com; Jeffrey.Cropp@steptoe-johnson.com

**Counsel for the State of West Virginia**
Curtis R.A. Capehart
David C. Tryon
Douglass P. Buffington, II
1900 Kanawha Boulevard, East
Building 1, Room E-26
Charleston, WV 25305-0220
Curtis.R.A.Capehart@wvago.gov; david.c.tryon@wvago.gov; Doug.P.Buffington@wvago.gov

                                           /s/ *Brandon S. Steele*
                                           Brandon S. Steele, WV Bar No. 12423