# Exhibit A

## DEFINITIONS

1. "Action" means the above-captioned litigation instituted by B.P.J. on May 26, 2021.

2. B.P.J. means B.P.J. and her mother, Heather Jackson.

3. "County Board" means the Harrison County Board of Education, as well as its officers, directors, employees, partners, corporate parent, subsidiaries, affiliates, attorneys, accountants, consultants, representatives, and agents.

4. "County Superintendent" means Dora Stutler in her official capacity as Superintendent of the "County Board," as includes each of the officers, directors, employees, partners, corporate parent, subsidiaries, affiliates, attorneys, accountants, consultants, representatives, and agents that report to her in her official capacity. It also means any "Person" who assumes any of Ms. Stutler's official positions or responsibilities in part, whether temporarily or permanently.

5. "Document" means any written, printed, typed, recorded, magnetic, punched, copied, graphic or tangible thing in, upon, or from which information may be embodied, translated, conveyed, or stored (including, but not limited to, correspondence, memoranda, notes, records, books, papers, telegrams, telexes, dictation or other audio tapes, video tapes, computer tapes, computer discs, computer printouts, microfilm, microfiche, worksheets, diaries, calendars, photographs, charts, drawings, sketches, and all other writings or drafts thereof) as defined in Federal Rule of Civil Procedure 34(a), Federal Rule of Civil Procedure 45, and Federal Rule of Evidence 1001, whether

or not labeled "confidential." A draft or non-identical copy is a separate "Document" within the meaning of this term.

6. "Person" means any natural person or any business, legal, or governmental entity or association or any other cognizable entity, including, without limitation, corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies, and orders.

## TOPICS OF EXAMINATION

**TOPIC 1:**

The organization and structure of the Harrison County Board, including current employees and former employees of the Harrison County Board who were employed January 1, 2019 onward but since departed, their positions, and the scope of their responsibilities, including the role and responsibilities of the County Superintendent.

**TOPIC 2:**

The Policies, Documents, and Communications Concerning the Harrison County Board and the County Superintendent's control, supervision, or authority over school-sponsored athletics in Harrison County.

**TOPIC 3:**

The funding of the Harrison County Board, including any federal funding.

**TOPIC 4:**

The Policies, Documents, and Communications of the Harrison County Board and the County Superintendent Concerning Plaintiff B.P.J. and her family from January 1, 2019 to the present.

**TOPIC 5:**

The Policies, Documents, and Communications of the Harrison County Board and the County Superintendent Concerning Plaintiff B.P.J.'s Gender Support Plans from Bridgeport Middle School and Norwood Elementary School.

**TOPIC 6:**

The Policies, Documents, and Communications of the Harrison County Board and the County Superintendent Concerning any accommodations made for Plaintiff B.P.J. while at Bridgeport Middle School and Norwood Elementary School.

**TOPIC 7:**

The Policies, Documents, and Communications of the Harrison County Board and the County Superintendent Concerning the participation of transgender students in school-sponsored sports in Harrison County.

**TOPIC 8:**

The Harrison County Board and the County Superintendent's current and/or expected role in implementing, monitoring, supervising, regulating, and enforcing H.B. 3293, including any delegation of authority to or supervision over the West Virginia Secondary School Activities Commission.

**TOPIC 9:**

The Harrison County Board and County Superintendent's current and/ or expected role in enforcing H.B. 3293 in the event that there is no longer an injunction barring the enforcement of H.B. 3293.

**TOPIC 10:**

The relationship between the Harrison County Board and West Virginia Secondary School Activities Commission.

**TOPIC 11:**

The Policies, Documents, and Communications of the Harrison County Board and the County Superintendent Concerning the separation of boys and girls in school-sponsored sports and extracurricular activities in Harrison County.

**TOPIC 12:**

The Policies, Documents, and Communications of the Harrison County Board Concerning B.P.J.'s participation on the Bridgeport Youth Football League Cheerleading Team, including its operation and membership from 2019-20 and 2020-21.

**TOPIC 13:**

The Harrison County Board and the County Superintendent's understanding Concerning the purpose, scope, and implications of H.B. 3293. This expressly includes the Harrison County Board and County Superintendent's understanding of what, if any, governmental interests are furthered by H.B. 3293.

**TOPIC 14**:

The Harrison County Board and County Superintendent's discovery responses provided to date in this Action.

**TOPIC 15:**

The Policies, Documents, and Communications of the Harrison County Board Concerning B.P.J.'s participation on Bridgeport Middle School's girls' cross-country team, including the operation of the team and its and membership during Fall 2021.