IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**B. P. J., by her next friend and mother, HEATHER JACKSON,**

    **Plaintiff,**

v.

**WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH, in his official Capacity as State Superintendent, DORA STUTLER, in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,**

    **Defendants.**

**and LAINEY ARMISTEAD,**

    **Intervenor Defendant.**

**CIVIL ACTION NO. 2:21-cv-00316**
**Judge Joseph R. Goodwin**

## CERTIFICATE OF SERVICE

    I caused a true copy of this Certificate of Service for "***Responses to Plaintiff's Second Set of Requests for Admission to Defendant, State of West Virginia***" to be served on all parties via the CM/ECF System this 11th day of March, 2022, with a copy of said requests to all parties by electronic means on March 10, 2022, as follows:

Loree Stark
Nicholas Ward
American Civil Liberties Union of West Virginia Foundation
1614 Kanawha Boulevard, East
Charleston, WV 25311
lstark@acluwv.org
nward@acluwv.org

Kathleen R. Hartnett*
Julie Veroff*
Zoe Helstrom
Cooley LLP
101 California St., 5th Floor
San Francisco, CA 94111-5800
khartnett@cooley.com
jveroff@cooley.com
zhelstrom@cooley.com

<div style="columns:2">

Katelyn Kang
Valeria M. Pelet del Toro
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
kkang@cooley.com

Andrew Barr
Cooley LLP
1144 15th St., Suite 2300
Denver, CO 80202-5686
abarr@cooley.com

Joshua Block*
ACLU Foundation
125 Broad Street
New York, NY 10004
jblock@aclu.org

Sruti Swaminathan*
Lambda Legal
120 Wall St., 19th Floor
New York, NY 10005
sswaminathan@lambdalegal.org

Kelly C. Morgan
Michael W. Taylor
Kristen V. Hammond
Bailey & Wyant, PLLC
PO Box 3710
Charleston, WV 25337-3710
kmorgan@baileywyant.com
mtaylor@baileywyant.com
khammond@baileywyant.com

Brandon Steele
The Law Offices of Brandon S. Steele
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801
bsteelelawoffice@gmail.com

Elizabeth Reinhardt*
Cooley LLP
500 Boylston St., 14th Floor
Boston, MA 02116-3736
ereinhardt@cooley.com

Avatara Smith-Carrington*
Lambda Legal
3500 Oak Lawn Ave., Suite 500
Dallas, TX 75219
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
Lambda Legal
1 West Court Square, Suite 105
Decatur, GA 30030
ccharles@lambdalegal.org
tborelli@lambdalegal.org

Susan Llewellyn Deniker
Jeffrey M. Cropp
Steptoe & Johnson
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
susan.deniker@steptoe-johnson.com
jeffrey.cropp@steptoe-johnson.com

Henry W. Frampton, IV
Roger Greenwood Brooks
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260
hframpton@adflegal.org
rbrooks@adflegal.org

Jonathan Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
jscruggs@adflegal.org

</div>

| | |
|---|---|
| Christiana Holcomb<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>cholcomb@adflegal.org | Timothy D. Ducar<br>Law Offices of Timothy D. Ducar, PLC<br>7430 E. Butherus Drive, Suite E<br>Scottsdale, AZ 85260<br>tducar@azlawyers.com |
| Roberta F. Green<br>Kimberly M. Bandy<br>Anthony E. Nortz<br>Shuman McCuskey & Slicer PLLC<br>PO Box 3953<br>Charleston, WV 25339<br>rgreen@shumanlaw.com<br>kbandy@shumanlaw.com<br>anortz@kesnerlaw.com | Rachel Csutoros<br>Alliance Defending Freedom<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>rcsutoros@adflegal.org |
| Travis C. Barham<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE, Ste. D-1100<br>Lawrenceville, GA 30043<br>tbarham@adflegal.org | Joshua D. Brown<br>Brown & Steele<br>3049 Robert C. Byrd Dr., Ste. 100<br>Beckley, WV 25801<br>joshua_brown05@hotmail.com |
| Tyson C. Langhofer<br>Alliance Defending Freedom<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>tlanghofer@adflegal.org | Shannon M. Rogers<br>Miller & Amos<br>2 Hale St., Ste. 300<br>Charleston, WV 25301<br>srogers@shumanlaw.com |

*/s/ Curtis R. A. Capehart*
Curtis R. A. Capehart