IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants,*<br><br>and<br><br>LAINEY ARMISTEAD<br><br>*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Loree Stark, do hereby certify that on this 9th day of March, 2022, I provided all parties with a true and exact copy of *Plaintiff's Responses and Objections to Intervenor Lainey Armistead's Third Set of Interrogatories and Second and Third Sets of Requests for Admission* via email.

**Counsel for West Virginia State Board of Education and Superintendent W. Clayton Burch**
Kelly C. Morgan
Kristen Vickers Hammond
Michael W. Taylor
BAILEY & WYANT, PLLC

1

500 Virginia St., East, Suite 600
Charleston, WV 25301
kmorgan@baileywyant.com; khammond@baileywyant.com; mtaylor@baileywyant.com

**Counsel for West Virginia Secondary School Activities Commission**
Roberta F. Green
Anthony E. Nortz
Kimberly M. Bandy
Shuman McCuskey & Slicer PLLC
P.O. Box 3953
Charleston, WV 25339-3953
rgreen@Shumanlaw.com; anortz@shumanlaw.com; kbandy@shumanlaw.com

**Counsel for Harrison County Board of Education and Superintendent Dora Stutler**
Susan Llewellyn Deniker
Jeffrey Cropp
STEPTOE and JOHNSON, LLC
400 White Oaks Boulevard
Bridgeport, WV 26330
susan.deniker@steptoe-johnson.com

**Counsel for the State of West Virginia**
Curtis R.A. Capehart
David Tryon
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220
Curtis.R.A.Capehart@wvago.gov

**Counsel for Lainey Armistead**
Timothy D. Ducar
Law Offices of Timothy D. Ducar, PLC
7430 E. Butherus Drive, Suite E
Scottsdale, AZ 85260
tducar@azlawyers.com
Brandon Steele
Joshua D. Brown
The Law Offices of Brandon S. Steele
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801
bsteelelawoffice@gmail.com; joshua_brown05@hotmail.com
Jonathan Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
jscruggs@adflegal.org

Christina Holcomb
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
cholcomb@adflegal.org
Henry W. Frampton, IV
15100 N. 90th Street
Scottsdale, AZ 85260
hframpton@adflegal.org
Tyson Langhofer
44180 Riverside Parkway
Lansdowne, VA 20176
tlanghofer@adflegal.org
Travis Barham
1000 Hurricane Shoals Rd., NE
Suit D-1100
Lawrencewille, GA 30043
tbarham@adflegal.org

*/s/ Loree Stark*
West Virginia Bar No. 12936