IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER JACKSON,

*Plaintiff*,

v.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin, District Judge

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,

*Defendants,*

and

LAINEY ARMISTEAD,

*Defendant-Intervenor*.

## CERTIFICATE OF SERVICE

I hereby certify that on 21st day of March, 2022, I electronically filed the foregoing Certificate of Service of "Defendants Harrison County Board of Education and Dora Stutler's Third Supplemental Responses to Plaintiff's First Set of Requests for Production to Defendants Harrison County Board of Education and Dora Stutler" with the Clerk of the Court using the CM/ECF system, and a true and exact copy of such filing was sent via email to the following counsel of record:

14382450.1

| | |
|---|---|
| **Joshua A. Block, Esquire**<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>125 Broad Street 18th Floor<br>New York, NY 10004<br>*Counsel for Plaintiff* | **Kathleen R. Hartnett, Esquire**<br>**Julie Veroff, Esquire**<br>**Zoë Helstrom, Esquire**<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>*Counsel for Plaintiff* |
| **Loree Stark, Esquire**<br>**Nicholas P. Ward, Esquire**<br>AMERICAN CIVIL LIBERTIES UNION<br>OF WEST VIRGINIA<br>1614 Kanawha Boulevard East<br>Charleston, WV 25311<br>*Counsel for Plaintiff* | **Katelyn Kang, Esquire**<br>**Valeria M. Pelet del Toro, Esquire**<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>*Counsel for Plaintiff* |
| **Avatara A. Smith-Carrington, Esquire**<br>LAMBDA LEGAL<br>3500 Oak Lawn Avenue Suite 500<br>Dallas, TX 75219<br>*Counsel for Plaintiff* | **Elizabeth Reinhardt, Esquire**<br>COOLEY LLP<br>500 Boylston Street, 14th Floor<br>Boston, MA 02116-3736<br>*Counsel for Plaintiff* |
| **Carl Solomon Charles, Esquire**<br>**Tara L. Borelli, Esquire**<br>LAMBDA LEGAL<br>158 West Ponce De Leon Avenue, Suite 105<br>Decatur, GA 30030<br>*Counsel for Plaintiff* | **Andrew D. Barr, Esquire**<br>COOLEY LLP<br>1144 15th Street Suite 2300<br>Denver, CO 80202<br>*Counsel for Plaintiff* |
| **Sruti J. Swaminathan, Esquire**<br>LAMBDA LEGAL<br>120 Wall Street 19th Floor<br>New York, NY 10005<br>*Counsel for Plaintiff* | **Roberta F. Green, Esquire**<br>**Kimberly M. Bandy, Esquire**<br>**Shannon M. Rogers, Esquire**<br>SHUMAN McCUSKEY & SLICER<br>PO Box 3953<br>Charleston, WV 25339-3953<br>*Counsel for Defendant WV Secondary School Activities Commission* |

14382450.1

**Kelly C. Morgan, Esquire**
**Kristen Vickers Hammond, Esquire**
**Michael W. Taylor, Esquire**
BAILEY & WYANT
PO Box 3710
Charleston, WV 25337-3710
*Counsel for Defendants WV State Board of Education and W. Clayton Burch*

**Douglas P. Buffington, II, Esquire**
**Curtis R. Capehart, Esquire**
**David C. Tryon, Esquire**
WV ATTORNEY GENERAL'S OFFICE
State Capitol Complex
Building 1, Room 26E
1900 Kanawha Boulevard East
Charleston, WV 25305-0220
*Counsel for Defendant The State of West Virginia*

**Brandon Steele, Esquire**
**Joshua D. Brown, Esquire**
THE LAW OFFICES OF BRANDON S. STEELE
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801
*Counsel for Defendant-Intervenor Lainey Armistead*

**Jonathan Scruggs, Esquire**
**Roger G. Brooks, Esquire**
**Henry W. Frampton, IV, Esquire**
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
*Counsel for Defendant-Intervenor Lainey Armistead*

**Christina Holcomb, Esquire**
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
*Counsel for Defendant-Intervenor Lainey Armistead*

**Rachel Csutoros, Esquire**
**Tyson Langhofer, Esquire**
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
*Counsel for Defendant-Intervenor Lainey Armistead*

**Travis Barham, Esquire**
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd NE
STE D-1100
Lawrenceville GA 30043
*Counsel for Defendant-Intervenor Lainey Armistead*

**Timothy D. Ducar, Esquire**
Law Offices of Timothy D. Ducar, PLC
7430 E. Butherus Drive, Suite E
Scottsdale, AZ 85260
*Counsel for Defendant-Intervenor Lainey Armistead*

STEPTOE & JOHNSON PLLC
  OF COUNSEL

*/s/ Susan L. Deniker*
Susan L. Deniker          (WV ID #7992)
Jeffrey M. Cropp          (WV ID #8030)
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000

*Counsel for Defendants Harrison County Board of Education and Dora Stutler*

14382450.1