# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| B.P.J, by her next friend and mother, HEATHER JACKSON, <br><br> *Plaintiff,* <br><br> v. <br><br> WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA, <br><br> *Defendants*, <br><br> and <br><br> LAINEY ARMISTEAD, <br><br> *Defendant-Intervenor.* | Case No. 2:21-cv-00316 <br><br> Hon. Joseph R. Goodwin |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that counsel for Defendant State of West Virginia will take the deposition upon oral examination of **Mary Fry, Ph.D.**, pursuant to Fed. R. Civ. P. 30. This deposition will be taken pursuant to the Rules of Civil Procedure on **March 29, 2022**, starting at **9:00 am (CT) (10:00 am ET)** and continuing day to day until complete. The deposition will be taken virtually before an official court reporter by stenographic means at an address to be determined. Pursuant to Fed. R. Civ. P. 32, Defendant State of West Virginia may use all or part of this deposition for trial, hearing, or any other purpose allowed by the Rules of Civil Procedure.

Respectfully submitted this 22nd day of March, 2022.

**THE STATE OF WEST VIRGINIA,**

By Counsel,
**PATRICK MORRISEY**

**ATTORNEY GENERAL OF WEST VIRGINIA**

*/s/ Curtis R. A. Capehart*
Curtis R. A. Capehart (WV Bar # 9876)
*Deputy Attorney General*
Douglas P. Buffington, II (WV Bar # 8157)
*Chief Deputy Attorney General*
David C. Tryon (WV Bar #14145)
*Deputy Solicitor General*
State Capitol Complex
1900 Kanawha Blvd. E
Building 1, Room E-26
Charleston, WV 25305-0220
Email: Curtis.R.A.Capehart@wvago.gov
Telephone: (304) 558-2021
Facsimile: (304) 558-0140

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| B.P.J, by her next friend and mother, HEATHER JACKSON,<br><br>　　*Plaintiff,*<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>　　*Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>　　*Defendant-Intervenor.* | Case No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, the foregoing Notice of Deposition of Mary Fry, Ph.D. was served in compliance with the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　*/s/ Curtis R. A. Capehart*
　　　　　　　　　　　　　　　　　　　　Curtis R. A. Capehart

3