IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother, HEATHER JACKSON,

*Plaintiff*,

v.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, PATRICK MORRISEY in his official capacity as Attorney General, and THE STATE OF WEST VIRGINIA,

*Defendants*,

and

LAINEY ARMISTEAD,

*Defendant-Intervenor*.

Civil Action No. 2:21-cv-00316
Hon. Joseph R. Goodwin, District Judge

**STIPULATION OF UNCONTESTED FACTS**

IT IS HEREBY AGREED AND STIPULATED, by and between the undersigned counsel, that:

1. The West Virginia State Board of Education and State Superintendent W. Clayton Burch acknowledge that Plaintiff has produced documentation that attests that B.P.J. is transgender and identifies as a girl.

2. Absent an injunction by a court, House Bill ("H.B.") 3293, codified at West Virginia Code § 18-2-25d, prevents B.P.J. from participating on sports teams that are designated for girls

and are sponsored by Bridgeport Middle School because it applies to public secondary schools and states that "[a]thletic teams or sports designated for females, women, or girls shall not be open to students of the male sex where selection for such teams is based upon competitive skill or the activity involved is a contact sport" and because of the definitions set forth in H.B. 3293.

3. Absent an injunction by a court, the West Virginia State Board of Education and Superintendent Burch would be compelled and required to follow H.B. 3293, codified at West Virginia Code § 18-2-25d, because it is a mandatory State law that applies to the West Virginia State Board of Education and the Superintendent of the West Virginia Department of Education that affords them no discretion.

4. Absent an injunction by a court, the West Virginia State Board of Education would be compelled and required to promulgate rules implementing H.B. 3293, codified at West Virginia Code § 18-2-25d, because it is a mandatory State law that affords it no discretion which states that "The State Board of Education shall promulgate rules, including emergency rules, pursuant to § 29A-3B-1 et seq. of this code to implement the provisions of this section."

5. The State Superintendent, as a representative of the West Virginia Department of Education, does not support H.B. 3293, codified at West Virginia Code § 18-2-25d.

Dated this the 30th day of March, 2022.

COUNSEL FOR STATE BOARD

BY: /Kelly C. Morgan/

Kelly C. Morgan (WV Bar No. 9519)
Michael W. Taylor (WV Bar No. 11715)
Kristen V. Hammond (WV Bar No. 9727)
Bailey & Wyant, LLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, WV 25337-3710

*Attorneys for Defendant West Virginia State Board of Education and W. Clayton Burch*

COUNSEL FOR PLAINTIFF

BY: /Kathleen Hartnett/

Loree Stark (Bar No. 12936)
Nick Ward (Bar No. 13703)
AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
lstark@acluwv.org

Joshua Block*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org

Avatara Smith-Carrington*
LAMBDA LEGAL
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: (214) 219-8585
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
158 West Ponce De Leon Ave., Ste. 105
Decatur, GA 30
Phone: (404) 897-1880
ccharles@lambdalegal.org

Sruti Swaminathan*
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Kathleen Hartnett*
Julie Veroff*
Zoe Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com

Andrew Barr*
COOLEY LLP
1144 15th St. Suite 2300
Denver, CO  80202-5686
Phone: (720) 566-4000
abarr@cooley.com

Katelyn Kang*
Valeria Pelet del Toro*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2305
ereinhardt@cooley.com

*Visiting Attorneys*

*Attorneys for Plaintiff*