IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,
Plaintiffs,

v.     CIVIL ACTION NO.   2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

Defendants.

**ORDER**

Pending before the court is the Parties' Joint Motion to Extend Deadlines for Deadlines for Dispositive Motions and Briefing, to Establish a Schedule for Filing *Daubert* Motions, and for Leave to File Briefs in Excess of the Page Limitation of Local Rule of Civil Procedure 7.1(a)(2). [ECF No. 274]. The motion is **GRANTED**.

Each party may file summary judgment memoranda, responses, and replies, of up to 30 pages. Should Plaintiff choose to file an omnibus summary judgment motion, response, or reply, she shall have up to 60 pages for any such omnibus filing. Each party is allowed up to 25 pages for an opening memorandum in support of a *Daubert* motion and 25 pages for a response memorandum.

The deadlines in this case are as follows:

- April 21, 2022: Filing of dispositive motions.

- May 12, 2022: Responses to dispositive motions; filing of Daubert motions.

- May 26, 2022: Replies to responses to dispositive motions; responses to Daubert motions.

- June 2, 2022: Replies to responses to Daubert motions.

All remaining deadlines in this case stay the same.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   April 6, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE