```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                      CHARLESTON DIVISION
 4
 5   B.P.J. by her next friend and      )
     mother, HEATHER JACKSON,           )
 6                                      )
              Plaintiff,                )
 7                                      )
              vs.                       ) Civil Action No.
 8                                      ) 2:21-cv-00316
     WEST VIRGINIA STATE BOARD OF       )
 9   EDUCATION, HARRISON COUNTY BOARD   )
     OF EDUCATION, WEST VIRGINIA        )
10   SECONDARY SCHOOL ACTIVITIES        )
     COMMISSION, W. CLAYTON BURCH in    )
11   his official capacity as State     )
     Superintendent, DORA STUTLER in    )
12   her official capacity as           )
     Harrison County Superintendent,    )
13   and THE STATE OF WEST VIRGINIA,    )
                                        )
14            Defendants.               )
                                        )
15            and                       )
                                        )
16   LAINEY ARMISTEAD,                  )
                                        )
17            Defendant-Intervenor.     )
                                        )
18   _____)
19         VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
20               DEPOSITION OF MICHELE BLATT
21                Monday, February 14, 2022
22   Remotely Testifying from Charleston, West Virginia
23
24    Reported By:  Hanna Kim, CLR, CSR No. 13083
25    Job No. 5079505
```

Page 1

Veritext Legal Solutions
866 299-5127



```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                      CHARLESTON DIVISION
 4
 5    B.P.J. by her next friend and     )
      mother, HEATHER JACKSON,          )
 6                                      )
              Plaintiff,                )
 7                                      )
              vs.                       ) Civil Action No.
 8                                      ) 2:21-cv-00316
      WEST VIRGINIA STATE BOARD OF      )
 9    EDUCATION, HARRISON COUNTY BOARD  )
      OF EDUCATION, WEST VIRGINIA       )
10    SECONDARY SCHOOL ACTIVITIES       )
      COMMISSION, W. CLAYTON BURCH in   )
11    his official capacity as State    )
      Superintendent, DORA STUTLER in   )
12    her official capacity as          )
      Harrison County Superintendent,   )
13    and THE STATE OF WEST VIRGINIA,   )
                                        )
14            Defendants.               )
                                        )
15            and                       )
                                        )
16    LAINEY ARMISTEAD,                 )
                                        )
17            Defendant-Intervenor.     )
                                        )
18    _____
19            Virtual videoconference video-recorded
20      deposition of MICHELE BLATT, taken pursuant to the
21      stipulations of counsel thereof, taken on behalf
22      of the Plaintiff, on Monday, February 14, 2022,
23      remotely testifying from Charleston, West
24      Virginia, before Hanna Kim, CLR, Certified
25      Shorthand Reporter, No. 13083.
```

Page 2

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3   For Plaintiff B.P.J.:
 4          COOLEY LLP
 5             BY:  JULIE VEROFF, ESQ.
 6             BY:  KATHLEEN HARTNETT, ESQ.
 7             BY:  ANDREW BARR, ESQ.
 8             BY:  KATELYN KANG, ESQ.
 9             BY:  ELIZABETH REINHARDT, ESQ.
10             BY:  ZOE HELSTROM, ESQ.
11          3 Embarcadero Center, 20th Floor
12          San Francisco, California 94111
13          415.693.2000
14          khartnett@cooley.com
15          -and-
16          AMERICAN CIVIL LIBERTIES UNION OF WEST
17          VIRGINIA FOUNDATION
18             BY:  LOREE STARK, ESQ.
19             BY:  NICHOLAS WARD, ESQ.
20             BY:  JOSH BLOCK, ESQ.
21          P.O. Box 3952
22          Charleston, West Virginia 25339-3952
23          914.393.4614
24          lstark@acluwv.org
25
```

Page 3

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2                        (CONTINUED)
 3   For Plaintiff, B.P.J.:  (Continued)
 4           LAMBDA LEGAL
 5           BY:  SRUTI SWAMINATHAN, ESQ.
 6           BY:  AVATARA SMITH-CARRINGTON, ESQ.
 7           120 Wall Street, 19th Floor
 8           New York, New York 10005
 9           212.809.8585
10           sswaminathan@lambdalegal.org
11
12    For Defendant West Virginia Board of Education and
13   Superintendent Clayton Burch;
14           BAILEY & WYANT P.L.L.C.
15           BY:  KELLY C. MORGAN, ESQ.
16           BY:  KRISTEN V. HAMMOND, ESQ.
17           500 Virginia Street, East
18            Suite 600
19            Charleston, West Virginia 25301
20            304.720.0711
21            kmorgan@baileywyant.com
22
23
24
25
                                                  Page 4
```

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2                       (CONTINUED)
 3    For Defendant State of West Virginia:
 4           SPECIAL ASSISTANT TO THE ATTORNEY
 5           BY:  DAVID C. TRYON, ESQ.
 6           BY:  CURTIS CAPEHART, ESQ.
 7           State Capitol Complex
 8           112 California Avenue, Bldg. 6, Room 430
 9           Charleston, West Virginia 25305-0220
10           304.558.2021
11           david.c.tryon@WVAGO.gov
12
13    For Defendant Harrison County Board of Education
14    and Superintendent Dora Stutler:
15           STEPTOE & JOHNSON PLLC
16           BY:  SUSAN DENIKER, ESQ.
17           400 White Oaks Blvd.
18           Bridgeport, West Virginia 26330
19           304.933.8154
20           susan.deniker@steptoe-johnson.com
21
22
23
24
25
                                                Page 5
```

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2                        (CONTINUED)
 3   For Defendant West Virginia Secondary School
 4   Activities Commission:
 5            SHUMAN McCUSKEY SLICER PLLC
 6            BY:  ROBERTA GREEN, ESQ.
 7            1411 Virginia Street, E., Suite 200
 8            Charleston, West Virginia 25301
 9            304.345.1400
10            rgreen@shumanlaw.com
11
12   For the Defendant-Intervenor Lainey Armistead:
13            ALLIANCE DEFENDING FREEDOM
14            BY:  HAL FRAMPTON, ESQ.
15            BY:  KATIE KELLY, ESQ.
16            BY:  TIMOTHY DUCAR, ESQ.
17            15100 N. 90th Street
18            Scottsdale, Arizona 85260
19            480.444.0020
20
21   Also Present:
22            MITCH REISBORD, Concierge
23            DAVE HALVORSON, Videographer
24
25
```

```
```

```
 1                    INDEX OF EXAMINATION
 2
 3      WITNESS:  MICHELE BLATT
 4      EXAMINATION                                      PAGE
 5            BY MS. VEROFF:                               13
 6            BY MS. GREEN:                               129
 7            BY MS. MORGAN:                              134
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
1    the rules.
2         Q.   Okay.  Very good.
3              And in terms of the 2.0 rule, I recollect
4    you spoke to the 2.0 rule.
5              Do you recollect that testimony?              15:06:54
6         A.   Yes, that that was the only reference to
7    sports participation that's in a State Board
8    policy.
9         Q.   All right.
10             And in terms of who actually has a --          15:07:05
11             (Interruption in audio/video.)
12             THE COURT REPORTER:  Excuse me.  If you
13   would please start over.  There was an interruption
14   in audio.
15   BY MS. GREEN:                                            15:07:17
16        Q.   So in terms of who actually has authority
17   to enforce or waive the 2.0 rule, that would be
18   the State Board; wouldn't it?
19        A.   No.  That would be the authority of the --
20   enforcement of the 2.0 rule lies with the schools       15:07:35
21   and with the counties, mainly with the schools who
22   are reviewing the -- the records of the students.
23        Q.   Okay.  And very good point.  Thank you for
24   clarifying, not SSAC.
25             SSAC doesn't enforce the State Board's        15:07:49
```

Page 132

```
 1      rules; correct?
 2              MS. VEROFF:  Objection as to counsel
 3      testifying.
 4      BY MS. GREEN:
 5          Q.   State -- State Board rule, your one rule;        15:07:59
 6      is that true?
 7          A.   Elig- -- eligibility is determined at the
 8      school level.
 9          Q.   All right.
10               And in terms of -- I think during the            15:08:07
11      pandemic, the State Board had waived or changed
12      compliance with the 2.0 rule, and that was done by
13      the State Board; wasn't it?
14          A.   Yes.
15          Q.   That's not SSAC doing that with your rule,       15:08:20
16      was it?
17          A.   No.
18          Q.   And I'm not sure whether I asked you or
19      not -- and maybe counsel will all object and tell
20      me I did.                                                 15:08:38
21               But in terms of any sorts of
22      communications Bernie Dolan had with the
23      legislature or didn't have, any sort of e-mails
24      Bernie Dolan sent, any sort of communication, you
25      would defer to Mr. Dolan to speak for himself,            15:08:50
```

Page 133

```
 1    would you not?
 2       A.   Yes.
 3       Q.   Thank you.  Appreciate it.
 4       A.   Thank you.
 5            MS. GREEN:  No further questions at this      15:08:58
 6    time.  Thank you, all.
 7            MR. TRYON:  Ms. Blatt, my name the David
 8    Tryon.  I don't see my video coming up yet.
 9    But anyways, my name is David Tryon, on behalf of
10    the State of West Virginia.  Thank you very much      15:09:12
11    for your time today.  We have no questions.  Thank
12    you.
13            THE WITNESS:  Thank you.
14            MS. GREEN:  Good afternoon, Ms. Blatt.  My
15    name is Susan Deniker.  I represent the Harrison      15:09:27
16    County Board of Education and Superintendent
17    Stutler.  Thank you for your time today.  I do not
18    have any questions.
19            THE WITNESS:  Thank you.
20            MS. MORGAN:  So I have a few clarifying       15:09:37
21    questions that I would like to ask Ms. Blatt.
22                        EXAMINATION
23    BY MS. MORGAN:
24       Q.   You were asked about the 2.0 rule, both by
25    plaintiff's counsel as well as counsel for SSAC.      15:09:48
```

Page 134

```
 1    And just want to clarify.
 2          That is a -- a rule that was promulgated
 3    by the West Virginia Board of Education; correct?
 4       A.   Yes.
 5       Q.   And it was -- it is to be implemented,       15:10:01
 6    enforced by who?
 7       A.   By this -- membership schools.
 8       Q.   Is that similar to what will happen in the
 9    future if a rule is promulgated by the Board of
10    Education?                                           15:10:19
11       A.   Yes.
12            MS. VEROFF:  Objection as to form.
13    BY MS. MORGAN:
14       Q.   Has the State Board of Education ever
15    discussed 3293 at a meeting -- discussed House       15:10:38
16    Bill, that it was codified, 3293, at a board
17    meeting?
18       A.   No, they have not.
19            MS. VEROFF:  Objection.  Asked and
20    answered.                                            15:10:51
21    BY MS. MORGAN:
22       Q.   Have they taken any vote or action?
23       A.   No, they have not.
24       Q.   Has the department received any complaints
25    about --                                             15:11:07
```

Page 135