```
1              IN THE UNITED STATES DISTRICT COURT
2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
3                     CHARLESTON DIVISION

    _____
4   B.P.J. by her next friend and)
5   mother, HEATHER JACKSON,      )
6             Plaintiff,          )
       vs.                        )  Case No.
7   WEST VIRGINIA STATE BOARD OF  )  2:21-cv-00316
8   EDUCATION, HARRISON COUNTY    )
    BOARD OF EDUCATION, WEST      )
9   VIRGINIA SECONDARY SCHOOL     )
10  ACTIVITIES COMMISSION, W.     )
    CLAYTON BURCH in his official )
11  capacity as State             )
12  Superintendent, DORA STUTLER, )
    in her official capacity as   )
13  Harrison County               )
14  Superintendent, and THE STATE )
15  OF WEST VIRGINIA,             )
16             Defendants.        )
               And                )
17  LAINEY ARMISTEAD,             )
18        Defendant-Intervenor.   )
    _____)
19              REMOTE VIDEOTAPED DEPOSITION OF
20                      DORA STUTLER
                          AND
21                     DAVE MAZZA
                 Tuesday, March 8, 2022
22                    Volume I
    Reported by:
23  ALEXIS KAGAY, CSR No. 13795
24  Job No. 5079542
25  PAGES 1 - 240
```

                                        Page 1



EXHIBIT

C

```
 1            IN THE UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION

 4   B.P.J. by her next friend and)
 5   mother, HEATHER JACKSON,      )
 6            Plaintiff,           )
         vs.                       ) Case No.
 7   WEST VIRGINIA STATE BOARD OF  ) 2:21-cv-00316
 8   EDUCATION, HARRISON COUNTY    )
 9   BOARD OF EDUCATION, WEST      )
     VIRGINIA SECONDARY SCHOOL     )
10   ACTIVITIES COMMISSION, W.     )
11   CLAYTON BURCH in his official )
12   capacity as State            )
     Superintendent, DORA STUTLER, )
13   in her official capacity as   )
14   Harrison County               )
     Superintendent, and THE STATE )
15   OF WEST VIRGINIA,             )
16            Defendants.          )
         And                       )
17   LAINEY ARMISTEAD,             )
18        Defendant-Intervenor.    )
                                   )

19
20        Videotaped deposition of DORA STUTLER and DAVE
21   MAZZA, Volume I, taken on behalf of the Plaintiff,
22   B.P.J., with all participants appearing remotely
23   beginning at 12:32 p.m. and ending at 7:18 p.m. on
24   Tuesday, March 8, 2022, before ALEXIS KAGAY, Certified
25   Shorthand Reporter No. 13795.
```

Page 2

```
 1    APPEARANCES (via Zoom Videoconference):

 2

 3    For West Virginia Secondary School Activities

 4    Commission:

 5        SHUMAN MCCUSKEY & SLICER

 6        BY:  ROBERTA GREEN

 7        Attorney at Law

 8        1411 Virginia Street E

 9        Suite 200

10        Charleston, West Virginia 25301-3088

11        RGreen@Shumanlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                          Page 3
```

```
 1   APPEARANCES (Continued):

 2

 3   For The Plaintiff, B.P.J.:

 4      COOLEY

 5      BY:  ELIZABETH REINHARDT

 6      BY:  VALERIA M. PELET DEL TORO

 7      BY:  KATHLEEN HARTNETT

 8      BY:  ZOE HELSTROM

 9      BY:  ANDREW BARR

10      Attorneys at Law

11      500 Boylston Street

12      14th Floor

13      Boston, Massachusetts 02116-3740

14      617.937.2305

15      EReinhardt@cooley.com

16      VPeletdeltoro@cooley.com

17      Khartnett@cooley.com

18      ZHelstrom@cooley.com

19

20

21

22

23

24

25
```

Page 4

```
 1    APPEARANCES (Continued):

 2

 3    For West Virginia Board of Education and Superintendent

 4    Burch, Heather Hutchens as general counsel for the

 5    State Department of Education:

 6        BAILEY & WYANT, PLLC

 7        BY:  KRISTEN HAMMOND

 8        BY:  KELLY MORGAN

 9        Attorneys at Law

10        500 Virginia Street

11        Suite 600

12        Charleston, West Virginia 25301

13        KHammon@Baileywyant.com

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 5
```

```
 1    APPEARANCES (Continued):

 2

 3    For the Intervenor:

 4       ALLIANCE DEFENDING FREEDOM

 5       BY:  HAL FRAMPTON

 6       BY:  RACHEL CSUTOROS

 7       BY:  TIMOTHY DUCAR

 8       BY:  CHRISTIANA HOLCOMB

 9       Attorneys at Law

10       20116 Ashbrook Place

11       Suite 250

12       Ashburn, Virginia 20147

13       HFrampton@adflegal.org

14       RCsutoros@adflegal.org

15       TDucar@adflegal.org

16

17

18    For the State of West Virginia:

19       WEST VIRGINIA ATTORNEY GENERAL

20       BY:  DAVID TRYON

21       Attorney at Law

22       112 California Avenue

23       Charleston West Virginia 25305-0220

24       681.313.4570

25       David.C.Tryon@wvago.gov
```

Page 6

```
 1   APPEARANCES (Continued):

 2

 3   For defendants Harrison County Board of Education and

 4   Superintendent Dora Stutler:

 5       STEPTOE & JOHNSON PLLC

 6       BY:  SUSAN L. DENIKER

 7       BY:  JEFFREY CROPP

 8       Attorney at Law

 9       400 White Oaks Boulevard

10       Bridgeport, West Virginia 26330

11       304.933.8154

12       Susan.Deniker@Steptoe-Johnson.com

13

14   For Plaintiff:

15       LAMBDA LEGAL

16       BY:  SRUTI SWAMINATHAN

17       Attorney at Law

18       120 Wall Street

19       Floor 19

20       New York, New York 10005-3919

21       SSwaminathan@lambdalegal.org

22

23   Also Present:

24       MITCH REISBORD - CONCIERGE

25       HEATHER HUTCHENS
```

Page 7

```
 1    APPEARANCES (Continued):
 2    Videographer:
 3       DAVE HALVORSON
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
1                          INDEX
2    WITNESS                              EXAMINATION
3    DORA STUTLER                              15
4    DAVE MAZZA                               197
5    Volume I
6
7                   BY MS. REINHARDT            15
8                   BY MS. GREEN              150
9                   BY MS. MORGAN            153
10                  BY MR. TRYON             155
11                  BY MR. FRAMPTON          166
12                  BY MS. REINHARDT         187
13                  BY MS. DENIKER           189
14                  BY MR. FRAMPTON          193
15                  BY MS. REINHARDT         197
16                  BY MS. GREEN             223
17                  BY MR. TRYON             225
18                  BY MS. DENIKER           235
19
20
21                      EXHIBITS
22   NUMBER              DESCRIPTION           PAGE
23   Exhibit 24   Plaintiff's Amended Notice of    21
24                30(b)(6) Deposition
25
```

Page 9

```
 1                    Plaintiff's Amended Notice of      203

 2                    30(b)(6) Deposition

 3

 4    Exhibit 25   E-mail Chain                           63

 5

 6    Exhibit 26   E-mail Chain                           84

 7

 8    Exhibit 27   E-mail Chain                           97

 9

10    Exhibit 28   Defendants Harrison County Board      101

11                  of Education and Dora Stutler's

12                  Answers to Plaintiff's Second Set

13                  of Interrogatories to Defendant's

14                  Harrison County Board of

15                  Education and Dora Stutler

16

17    Exhibit 29   Handwritten Copy                      130

18

19    Exhibit 30   E-mail Chain                          135

20

21    Exhibit 31   E-mail Chain                          137

22

23    Exhibit 32   E-mail Chain                          139

24

25    Exhibit 33   E-mail Chain                          169

                                            Page 10
```

```
 1
 2      Exhibit 34    Excel Spreadsheet                    171
 3
 4      Exhibit 35    Intervenor Exhibit                   172
 5
 6      Exhibit 36    Intervenor Exhibit, E-mail Chain     174
 7
 8      Exhibit 37    Excel Spreadsheet                    177
 9
10      Exhibit 38    Intervenor Exhibit, WVSAC            179
11                    Eligibility Certificate
12
13      Exhibit 39    E-mail Chain                         180
14
15      Exhibit 40    Intervenor Exhibit                   183
16
17      Exhibit 41    Stipulation of Uncontested Facts     188
18
19      Exhibit 42    Regional Principals' Meeting         207
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

1           PREVIOUSLY MARKED EXHIBITS

2    NUMBER                                          PAGE

3    Exhibit WV-17                                   110

4    Exhibit WV-18                                   134

5    Exhibit WV-19                                   118

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
1    follow any other policies related to gender

2    separation in sports?

3         MS. GREEN:  Object to the form.

4         MS. DENIKER:  I also object to the form.

5         THE WITNESS:  Bridgeport Middle follows the       06:42:53

6    guidelines set by the WVSSAC.

7    BY MS. REINHARDT:

8       Q   And what are those guidelines as it relates

9    to gender separation in sports?

10        MS. GREEN:  Object to the form.                    06:43:06

11        MS. DENIKER:  Object to the form.

12        THE WITNESS:  Those guidelines come in the

13   form of rostering, where -- for example, my athletic

14   director receives from the track coach, who is the

15   boys track coach, he would roster them on the WVEIS     06:43:23

16   system as a B, goes into the B portal.  And if my

17   athletic director receives the information from the

18   girls' coach, it would go on the G side, which is --

19   would be the girl.

20   BY MS. REINHARDT:                                       06:43:44

21      Q   So the athletic director implements a

22   student's gender into WVEIS; is that correct?

23        MS. DENIKER:  Objection to the form and also

24   asked and answered.

25        MS. GREEN:  I'll object to the form as well.       06:43:56
```

Page 215

```
1    Thank you.
2          MS. DENIKER:  Do you need to have -- if
3    you'll give me a standing objection on that.  Maybe
4    we should have the court reporter read back the
5    question so that the witness could hear it, if        06:44:09
6    that's okay, Ms. Reinhardt.
7          MS. REINHARDT:  That would be great.  I'll
8    give you a standing objection.
9          If the court reporter could please read my
10   question back.                                        06:44:18
11         (Record read.)
12         MS. DENIKER:  If you need to hear it again,
13   you can ask for it to be repeated.
14         THE WITNESS:  Repeat that again, please, I'm
15   sorry.                                                06:44:46
16         MS. REINHARDT:  If the court reporter could
17   please read that again.
18         And I believe it should be "input."  I
19   apologize if I wasn't clear.
20         (Record read.)                                  06:45:08
21         THE WITNESS:  The athletic director puts the
22   information on the boy roster or the girl roster.
23   BY MS. REINHARDT:
24      Q   And where -- okay.  I think I understand.
25         And are B and G the only options for the --     06:45:33
```

Page 216

| | |
|---|---|
| 1 | A    It's part of the WVSSAC website where you |
| 2 | see -- I'm not sure if you've visited that website, |
| 3 | but there's an admin login. |
| 4 | Q    And is -- is the information the athletic |
| 5 | director provides not a part of WVEIS?    06:41:28 |
| 6 | A    It is not part of WVEIS. |
| 7 | Q    And is that information used to create a |
| 8 | roster? |
| 9 | A    That information is used to create a roster. |
| 10 | Q    So WVEIS is not used to create a roster; is    06:41:43 |
| 11 | that correct? |
| 12 | MS. DENIKER:  Object -- |
| 13 | THE WITNESS:  That is correct. |
| 14 | MS. DENIKER:  -- to the form. |
| 15 | BY MS. REINHARDT:    06:41:51 |
| 16 | Q    And if I'm understanding correctly, the |
| 17 | administrative director would list whichever gender |
| 18 | is completed by a parent or the athlete in the form |
| 19 | you noted earlier; is that correct? |
| 20 | A    That would be correct.    06:42:10 |
| 21 | Q    And does Bridgeport Middle School have any |
| 22 | policies as it relates to gender separation in |
| 23 | sports? |
| 24 | A    We don't have any policies. |
| 25 | Q    Is Bridgeport Middle School required to    06:42:32 |

Page 214

```
 1    BY MS. REINHARDT:

 2        Q    And if a -- if a student is gender

 3    nonconforming, does the school have a policy on what

 4    would be put as their gender for school sports?

 5        A    Can you repeat that again, please?          06:47:27

 6        Q    If a student is gender nonconforming -- and

 7    what I mean by that is they neither identify as just

 8    a boy or a girl -- does the school have a policy for

 9    how they're listed on a sports team's roster?

10        A    We do not.                                  06:47:43

11        Q    Does the school have a policy related to what

12    transgender students are listed as for the purposes

13    of sports teams' rosters?

14        A    We do not.

15        Q    I'm just going to make sure I have -- I've   06:47:59

16    asked all my questions on this topic.  One second.

17             Other than school policies, does WVSSAC have

18    any policies that you would follow related to

19    students' genders listed on school sports?

20             MS. GREEN:  Object to the form.             06:48:33

21             MS. DENIKER:  Object to the form.

22             THE WITNESS:  I have never seen any

23    information like that from the SSAC.

24    BY MS. REINHARDT:

25        Q    Thank you.  And I want to ask if you've ever 06:48:42
```

Page 218

```
 1    sports team.

 2              Do you recall that testimony?

 3        A   I do.

 4        Q   Does the athletic director input any

 5    information into WVEIS relating to a student's          07:16:04

 6    athletic participation?

 7        A   It does not.  It goes into the WVSSAC portal

 8    to put that information in for eligibility.

 9        Q   And I think you also testified about whether

10    the athletic -- about the information the athletic      07:16:20

11    director uses as a source of information to input

12    information into the WVSSAC portal.

13              Does the athletic director pull information

14    from WVEIS to put into that WVSSAC portal?

15        A   It does not.  It uses an informational sheet.   07:16:41

16    I want to say I believe it's an WVSSAC sheet that's

17    standard to all the schools.  The information is

18    filled out on that sheet.  He uploads it into the

19    portal.  And if -- for example, if that child is a

20    sixth-grader, that information will stay in there       07:16:59

21    and each year it -- it transfers over.

22        MS. DENIKER:  Okay.  Thank you, Mr. Mazza.  I

23    do not have any further questions.

24        MS. REINHARDT:  Mr. Mazza, we don't have any

25    redirect questions.                                     07:17:10
```

Page 236