```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                     CHARLESTON DIVISION

 4                   *  *  *  *  *  *  *  *

 5   B.P.J., by her next friend and     *

 6   Mother, HEATHER JACKSON,           *

 7        Plaintiff                     *   Case No.

 8        vs.                           *   2:21-CV-00316

 9   WEST VIRGINIA STATE BOARD OF       *

10   EDUCATION, HARRISON COUNTY         *

11   BOARD OF EDUCATION, WEST           *

12   VIRGINIA SECONDARY SCHOOL          *

13   ACTIVITIES COMMISSION, W.          *

14   CLAYTON BURCH in his official      *

15   Capacity as State Superintendent,* VIDEOTAPED

16   DORA STUTLER in her official       * VIDEOCONFERENCE

17   Capacity as Harrison County        * DEPOSITION

18   Superintendent, PATRICK MORRISEY * OF

19   In his official capacity as        * BPJ

20   Attorney General, and THE STATE    * January 21, 2022

21   OF WEST VIRGINIA,                  *

22        Defendants                    *

23            Any reproduction of this transcript
              is prohibited without authorization
24                  by the certifying agency.
```

SARGENT'S COURT REPORTING SERVICE, INC.
(814) 536-8908

EXHIBIT

D

2

```
1              VIDEOTAPED VIDEOCONFERENCE DEPOSITION

2                                OF

3    BPJ, taken on behalf of the Defendant, State of West

4    Virginia herein, pursuant to the Rules of Civil

5    Procedure, taken before me, the undersigned, Nicole

6    Montagano, a Court Reporter and Notary Public in and for

7    the State of West Virginia, on Friday, January 21, 2022,

8    beginning at 10:09 a.m.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                A P P E A R A N C E S

 2

 3   JOSHUA BLOCK, ESQUIRE

 4   American Civil Liberties Union Foundation

 5   125 Broad Street

 6   New York, NY  10004

 7   COUNSEL FOR PLAINTIFF

 8

 9   LOREE STARK, ESQUIRE

10   ACLU of West Virginia

11   P.O. Box 3952

12   Charleston, WV  25339

13       COUNSEL FOR PLAINTIFF

14

15   KATHLEEN R. HARTNETT, ESQUIRE

16   ANDREW BARR, ESQUIRE

17   JULIE VEROFF, ESQUIRE

18   ZOE HELSTROM, ESQUIRE

19   Cooley, LLP

20   3 Embarcadero Center

21   20th Floor

22   San Francisco, CA  94111-4004

23       COUNSELS FOR PLAINTIFF

24
```

```
 1                 A P P E A R A N C E S  (cont'd)

 2

 3    SRUTI SWAMINATHAN, ESQUIRE

 4    Lambda Legal

 5    120 Wall Street

 6    19th Floor

 7    New York, NY  10005-3919

 8         COUNSEL FOR PLAINTIFF

 9

10    DAVID TRYON, ESQUIRE

11    CURTIS R.A. CAPEHART, ESQUIRE

12    State Capitol Complex

13    Building 1, Room E-26

14    Charleston, WV  25305

15         COUNSEL FOR STATE OF WEST VIRGINIA

16

17    ROBERTA F. GREEN, ESQUIRE

18    KIMBERLY M. BANDY, ESQUIRE

19    SHANNON ROGERS, ESQUIRE

20    Shuman McCuskey Slicer, PLLC

21    1411 Virginia Street East, Suite 200

22    Charleston, WV  25301

23         COUNSEL FOR WEST VIRGINIA SECONDARY SCHOOL

24         ACTIVITIES COMMISSION
```

```
 1                 A P P E A R A N C E S  (cont'd)

 2

 3   SUSAN DENIKER, ESQUIRE

 4   Steptoe & Johnson

 5   400 White Oaks Boulevard

 6   Bridgeport, WV  26330

 7       COUNSEL FOR HARRISON COUNTY BOARD OF EDUCATION and

 8       HARRISON COUNTY SUPERINTENDENT DORA STUTLER

 9

10   KELLY C. MORGAN, ESQUIRE

11   KRISTEN V. HAMMOND, ESQUIRE

12   Bailey Wyant

13   500 Virginia Street East

14   Suite 600

15   Charleston, WV  25301

16       COUNSEL FOR WEST VIRGINIA BOARD OF EDUCATION and

17       SUPERINTENDANT W. CLAYTON BURCH

18

19   TIMOTHY D. DUCAR, ESQUIRE

20   Law Office of Timothy D. Ducar

21   7430 East Butherus Drive

22   Suite E

23   Scottsdale, AZ  85260

24       COUNSEL FOR INTERVENOR, LAINEY ARMISTEAD
```

1                           I N D E X

2

3    DISCUSSION AMONG PARTIES                    11 -   15

4    WITNESS: BPJ

5    EXAMINATION

6        By Attorney Capehart                    15 - 122

7    EXAMINATION

8        By Attorney Rogers                     122 - 123

9    EXAMINATION

10       By Attorney Deniker                    123 - 142

11   EXAMINATION

12       By Attorney Hammond                    143 - 144

13   EXAMINATION

14       By Attorney Ducar                      144 - 155

15   DISCUSSION AMONG PARTIES                   155 - 157

16   CERTIFICATE                                      158

17

18

19

20

21

22

23

24

```
 1                    EXHIBIT PAGE

 2

 3                                              PAGE

 4   NUMBER    DESCRIPTION                    IDENTIFIED

 5   Exhibit 1    Davis Medical Records         --*

 6   Exhibit 1R   Davis Medical Records         --*

 7   Exhibit 2    Davis Medical Records         --*

 8   Exhibit 3    WVU Medical Records           --*

 9   Exhibit 4    UPMC Children's Medical

10                Records                       --*

11   Exhibit 5    UPMC Children's Medical

12                Records                       --*

13   Exhibit 6    UPMC Children's Medical

14                Records                       --*

15   Exhibit 7    UPMC Children's Medical

16                Records

17   Exhibit 8    UPMC Children's Medical

18                Records                       --*

19   Exhibit 9    UPMC Children's Medical

20                Records                       --*

21   Exhibit 11A  Progress Notes               --*

22   Exhibit 11B  Progress Notes               --*

23   Exhibit 11C  Progress Notes               --*

24   Exhibit 11D  Progress Notes               --*
```

```
1                           EXHIBIT PAGE

2

3                                                   PAGE

4    NUMBER          DESCRIPTION                IDENTIFIED

5    Exhibit 12  UPMC Children's Medical

6                Records                           --*

7    Exhibit 13  UMPC Children's Medical

8                Records                           --*

9    Exhibit 14  WVU Medical Records              --*

10   Exhibit 15  WVU Medical Records              --*

11   Exhibit 16  WVU Medical Records              --*

12   Exhibit 17  Gender Support Plan              --*

13   Exhibit 18  Preferred Name Request Form      --*

14   Exhibit 19  Gender Support Plan              --*

15   Exhibit 20  Student Information              --*

16   Exhibit 20R Student Information              --*

17   Exhibit 21  Screening Results                --*

18   Exhibit 21R Screening Results                --*

19   Exhibit 22  Birth Certificate                --*

20   Exhibit 22R Birth Certificate                --*

21   Exhibit 23  Heart Walk Article               --

22   Exhibit 23R Heart Walk Article               --

23   Exhibit 24  Photo                            --

24   Exhibit 24R Photo                            --
```

```
 1                          EXHIBIT PAGE

 2

 3                                                    PAGE

 4    NUMBER         DESCRIPTION               IDENTIFIED

 5    Exhibit 25  WV Record                        --

 6    Exhibit 26  Photo of Mom and BPJ             --

 7    Exhibit 27  Article                          --

 8    Exhibit 28  Article                          --

 9    Exhibit 29  Lambda Legal Article             --

10    Exhibit 30  Declaration of Heather

11                Jackson                          --

12    Exhibit 31  Declaration of BJP               --

13    Exhibit 32  First Amended Complaint          --

14    Exhibit 33  Standards of Care                --

15    Exhibit 34  House Bill 3293                  --

16

17

18

19

20

21

22

23    * CONFIDENTIAL EXHIBITS

24
```

123

1    Q.    Hi, ▮▮▮▮.   My name is Shannon Rogers.   I am one

2    of the attorneys that represents the West Virginia

3    Secondary School Activities Commission, which is

4    sometimes referred to as the WVSSAC.   And so when I'm

5    saying WVSSAC that's what I'm referring to.

6          Does that make sense?

7    A.    Yes.

8    Q.    Okay.

9          Had you ever had heard of the WVSSAC before?

10   A.    I don't think so.

11   Q.    Okay.

12         Do you know if you have ever spoken to anybody

13   who is with the WVSSAC?

14   A.    I don't know.

15   Q.    You don't know?   Okay.

16         Do you know if anybody --- well, strike that.

17         So you don't think you've ever communicated or

18   you just don't remember?

19   A.    I don't think I've ever communicated.

20              ATTORNEY ROGERS:   Okay.

21              I don't have any other questions.   Thank

22   you, ▮▮▮▮.

23                   ---

24              EXAMINATION