```
                IN THE UNITED STATES DISTRICT COURT

             FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                         CHARLESTON DIVISION

                         * * * * * * * *

B.P.J., by her next friend and      *

Mother, HEATHER JACKSON,            *

     Plaintiff                      *   Case No.

     vs.                            *   2:21-CV-00316

WEST VIRGINIA STATE BOARD OF        *

EDUCATION, HARRISON COUNTY          *

BOARD OF EDUCATION, WEST            *

VIRGINIA SECONDARY SCHOOL           *

ACTIVITIES COMMISSION, W.           *

CLAYTON BURCH in his official       *

Capacity as State Superintendent,   *

DORA STUTLER in her official        *

Capacity as Harrison County         *  VIDEOTAPED DEPOSITION

Superintendent, PATRICK MORRISEY    *         OF

In his official capacity as         *  WESLEY SCOTT PEPPER

Attorney General, and THE STATE     *  January 19, 2022

OF WEST VIRGINIA,                   *

     Defendants                     *
```

Any reproduction of this transcript
is prohibited without authorization
by the certifying agency.

SARGENT'S COURT REPORTING SERVICE, INC.
(814) 536-8908

EXHIBIT E

```
 1                VIDEOTAPED DEPOSITION

 2                         OF

 3   WESLEY SCOTT PEPPER, taken on behalf of the Defendant,

 4   State of West Virginia, herein, pursuant to the Rules of

 5   Civil Procedure, taken before me, the undersigned,

 6   Nicole Montagano, a Court Reporter and Notary Public in

 7   and for the State of West Virginia, on Wednesday,

 8   January 19, 2022, beginning at 10:07 a.m.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    A P P E A R A N C E S

 2

 3   JOSHUA BLOCK, ESQUIRE

 4   American Civil Liberties Union Foundation

 5   125 Broad Street

 6   New York, NY   10004

 7   COUNSEL FOR PLAINTIFF

 8

 9   KATHLEEN R. HARTNETT, ESQUIRE

10   ANDREW BARR, ESQUIRE

11   JULIE VEROFF, ESQUIRE

12   ZOE HELSTROM, ESQUIRE

13   Cooley, LLP

14   3 Embarcadero Center

15   20th Floor

16   San Francisco, CA   94111-4004

17       COUNSELS FOR PLAINTIFF

18

19   SRUTI SWAMINATHAN, ESQUIRE

20   Lambda Legal

21   120 Wall Street

22   19th Floor

23   New York, NY   10005-3919

24       COUNSEL FOR PLAINTIFF
```

```
 1              A P P E A R A N C E S (cont'd)
 2   DAVID TRYON, ESQUIRE
 3   CURTIS R.A. CAPEHART, ESQUIRE
 4   State Capitol Complex
 5   Building 1, Room E-26
 6   Charleston, WV   25305
 7       COUNSEL FOR STATE OF WEST VIRGINIA
 8
 9   ROBERTA F. GREEN, ESQUIRE
10   Shuman McCuskey Slicer, PLLC
11   1411 Virginia Street East
12   Suite 200
13   Charleston, WV   25301
14       COUNSEL FOR WEST VIRGINIA SECONDARY SCHOOL
15       ACTIVITIES COMMISSION
16
17   SUSAN DENIKER, ESQUIRE
18   Steptoe & Johnson
19   400 White Oaks Boulevard
20   Bridgeport, WV   26330
21       COUNSEL FOR HARRISON COUNTY BOARD OF EDUCATION and
22       HARRISON COUNTY SUPERINTENDENT DORA STUTLER
23
24
```

```
 1                A P P E A R A N C E S (cont'd)
 2
 3    KELLY C. MORGAN, ESQUIRE
 4    KRISTEN V. HAMMOND, ESQUIRE
 5    Bailey Wyant
 6    500 Virginia Street East
 7    Suite 600
 8    Charleston, WV  25301
 9        COUNSEL FOR WEST VIRGINIA BOARD OF EDUCATION and
10        SUPERINTENDANT W. CLAYTON BURCH
11
12    TIMOTHY D. DUCAR, ESQUIRE
13    Law Office of Timothy D. Ducar
14    7430 East Butherus Drive, Suite E
15    Scottsdale, AZ  85260
16        COUNSEL FOR INTERVENOR, LAINEY ARMISTEAD
17
18    JOSHUA BROWN, ESQUIRE
19    CHRISTIANA HOLCOMB, ESQUIRE
20    RACHEL CSUTOROS, ESQUIRE
21    Alliance Defending Freedom
22    15100 North 90th Street
23    Scottsdale, AZ  85260
24        COUNSEL FOR INTERVENOR, LAINEY ARMISTEAD
```

INDEX

| | | |
|---|---|---|
| DISCUSSION AMONG PARTIES | 11 | 13 |
| WITNESS: WESLEY SCOTT PEPPER | | |
| EXAMINATION | | |
|     By Attorney Tryon | 13 | 124 |
| DISCUSSION AMONG PARTIES | 124 | 126 |
| EXAMINATION | | |
|     By Attorney Green | 126 | 128 |
| EXAMINATION | | |
|     By Attorney Deniker | 128 | 143 |
| EXAMINATION | | |
|     By Attorney Morgan | 143 | 149 |
| EXAMINATION | | |
|     By Attorney Ducar | 149 | 179 |
| DISCUSSION AMONG PARTIES | 180 | 182 |
| RE-EXAMINATION | | |
|     By Attorney Tryon | 182 | 186 |
| RE-EXAMINATION | | |
|     By Attorney Deniker | 186 | 189 |
| DISCUSSION AMONG PARTIES | 189 | 190 |
| CERTIFICATE | | 191 |

```
1                     EXHIBIT PAGE
2
3                                                    PAGE
4   NUMBER        DESCRIPTION                    IDENTIFIED
5   Exhibit 1     Davis Medical Records              --*
6   Exhibit 1R    Davis Medical Records              --*
7   Exhibit 2     Davis Medical Records              --*
8   Exhibit 3     WVU Medical Records               119*
9   Exhibit 4     UPMC Children's Medical
10                Records                            --*
11  Exhibit 5     UPMC Children's Medical
12                Records                            --*
13  Exhibit 6     UPMC Children's Medical
14                Records                            --*
15  Exhibit 7     UPMC Children's Medical
16                Records
17  Exhibit 8     UPMC Children's Medical
18                Records                            --*
19  Exhibit 9     UPMC Children's Medical
20                Records                            --*
21  Exhibit 11A   Progress Notes                     --*
22  Exhibit 11B   Progress Notes                     --*
23  Exhibit 11C   Progress Notes                     --*
24  Exhibit 11D   Progress Notes                     69*
```

```
                    EXHIBIT PAGE


                                                  PAGE
     NUMBER      DESCRIPTION                    IDENTIFIED
     Exhibit 12  UPMC Children's Medical
                 Records                           --*
     Exhibit 13  UMPC Children's Medical
                 Records                           --*
     Exhibit 14  WVU Medical Records               73*
     Exhibit 15  WVU Medical Records               --*
     Exhibit 16  WVU Medical Records               --*
     Exhibit 17  Gender Support Plan               63*
     Exhibit 18  Preferred Name Request Form       --*
     Exhibit 19  Gender Support Plan              132*
     Exhibit 20  Student Information               --*
     Exhibit 20R Student Information               --*
     Exhibit 21  Screening Results                 --*
     Exhibit 21R Screening Results                 --*
     Exhibit 22  Birth Certificate                 52*
     Exhibit 22R Birth Certificate                 52*
     Exhibit 23  Heart Walk Article                --
     Exhibit 23R Heart Walk Article                --
     Exhibit 24  Photo                             --
     Exhibit 24R Photo                             --
```

EXHIBIT PAGE

| NUMBER | DESCRIPTION | PAGE IDENTIFIED |
|---|---|---|
| Exhibit 25 | WV Record | -- |
| Exhibit 26 | Photo of Mom and BPJ | -- |
| Exhibit 27 | Article | -- |
| Exhibit 28 | Article | -- |
| Exhibit 29 | Lambda Legal Article | -- |
| Exhibit 30 | Declaration of Heather Jackson | -- |
| Exhibit 31 | Declaration of BJP | -- |
| Exhibit 32 | First Amended Complaint | -- |
| Exhibit 33 | Standards of Care | -- |
| Exhibit 34 | House Bill 3293 | 25 |

* CONFIDENTIAL EXHIBITS

1  A. A couple of years back my wife was talking about
2  it. Like I said, I can't give you the exact date.
3  Q. And do you recall whether at any time prior to
4  hearing about the House bill from your wife, any time
5  prior to that, you notified WVSSAC of BPJ's interest in
6  cross-country?
7  A. I didn't personally, no.
8  Q. Do you recall whether at any time prior to
9  filing the lawsuit or your family filed the lawsuit you
10 notified WVSSAC of BPJ's interest in running
11 cross-country?
12 A. I did not.
13 Q. All right.
14    And do you recall whether any time prior to
15 today, this moment, you notified WVSSAC of BPJ's
16 interest in cross-country?
17          ATTORNEY HARTNETT: Objection to
18 foundation.
19          THE WITNESS: My wife would have that
20 information. I don't --- I don't know that information.
21 I don't have that information.
22 BY ATTORNEY GREEN:
23 Q. All right.
24    And I was asking whether you personally had it.

```
 1   Have you personally had any communications with WVSSAC?
 2      A.    No.
 3                  ATTORNEY GREEN:  I don't have any other
 4   questions.  I appreciate your time.
 5                  THE WITNESS:  Thank you.
 6                  ATTORNEY GREEN:  Thank you.
 7                              ---
 8                           EXAMINATION
 9                              ---
10   BY ATTORNEY DENIKER:
11      Q.    Mr. Pepper, my name is Susan Deniker.  I am
12   counsel for the Harrison County Board of Education and
13   the Harrison County Board of Education's Superintendant
14   Dora Stutler.  Thank you for your time today.  We
15   appreciate it.  I have a few questions for you.  Have
16   you been involved in any meetings with any officials,
17   any employees of Harrison County Board of Education
18   relating to BPJ's gender identity and any accommodation
19   of her gender identity in the school system?
20      A.    I have not.
21      Q.    Okay.
22            Have you had a conversation with any employee
23   of the Harrison County Board of Education at anytime
24   with regard to your daughter's gender identity?
```