Case 2:21-cv-00316   Document 276-6   Filed 04/21/22   Page 1 of 12 PageID #: 3179

77

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                       CHARLESTON DIVISION

 4                       * * * * * * * *

 5   B.P.J., by her next friend and      *

 6   Mother, HEATHER JACKSON,            *

 7       Plaintiff                       *  Case No.

 8       vs.                             *  2:21-CV-00316

 9   WEST VIRGINIA STATE BOARD OF        *

10   EDUCATION, HARRISON COUNTY          *

11   BOARD OF EDUCATION, WEST            *

12   VIRGINIA SECONDARY SCHOOL           *

13   ACTIVITIES COMMISSION, W.           *

14   CLAYTON BURCH in his official       *

15   Capacity as State Superintendent,*  VIDEOTAPED

16   DORA STUTLER in her official        *  VIDEOCONFERENCE

17   Capacity as Harrison County         *  DEPOSITION

18   Superintendent, PATRICK MORRISEY *        OF

19   In his official capacity as         *  HEATHER JACKSON

20   Attorney General, and THE STATE  *  January 20, 2022

21   OF WEST VIRGINIA,                   *

22       Defendants                      *

23           Any reproduction of this transcript
             is prohibited without authorization
24              by the certifying agency.
```

SARGENT'S COURT REPORTING SERVICE, INC.
(814) 536-8908

EXHIBIT F

```
 1              VIDEOTAPED VIDEOCONFERENCE DEPOSITION
 2                              OF
 3   HEATHER JACKSON, taken on behalf of the Defendant, State
 4   of West Virginia herein, pursuant to the Rules of Civil
 5   Procedure, taken before me, the undersigned, Nicole
 6   Montagano, a Court Reporter and Notary Public in and for
 7   the State of West Virginia, on Wednesday, January 20,
 8   2022, beginning at 11:13 a.m.
```

```
 1              A P P E A R A N C E S
 2
 3   JOSHUA BLOCK, ESQUIRE
 4   American Civil Liberties Union Foundation
 5   125 Broad Street
 6   New York, NY  10004
 7   COUNSEL FOR PLAINTIFF
 8
 9   LOREE STARK, ESQUIRE
10   ACLU of West Virginia
11   P.O. Box 3952
12   Charleston, WV  25339
13        COUNSEL FOR PLAINTIFF
14
15   KATHLEEN R. HARTNETT, ESQUIRE
16   ANDREW BARR, ESQUIRE
17   JULIE VEROFF, ESQUIRE
18   ZOE HELSTROM, ESQUIRE
19   Cooley, LLP
20   3 Embarcadero Center
21   20th Floor
22   San Francisco, CA  94111-4004
23        COUNSELS FOR PLAINTIFF
24
```

```
 1              A P P E A R A N C E S (cont'd)
 2
 3   SRUTI SWAMINATHAN, ESQUIRE
 4   Lambda Legal
 5   120 Wall Street
 6   19th Floor
 7   New York, NY   10005-3919
 8        COUNSEL FOR PLAINTIFF
 9
10   DAVID TRYON, ESQUIRE
11   CURTIS R.A. CAPEHART, ESQUIRE
12   State Capitol Complex
13   Building 1, Room E-26
14   Charleston, WV   25305
15        COUNSEL FOR STATE OF WEST VIRGINIA
16
17   ROBERTA F. GREEN, ESQUIRE
18   Shuman McCuskey Slicer, PLLC
19   1411 Virginia Street East
20   Suite 200
21   Charleston, WV   25301
22        COUNSEL FOR WEST VIRGINIA SECONDARY SCHOOL
23        ACTIVITIES COMMISSION
24
```

```
 1            A P P E A R A N C E S (cont'd)
 2
 3   SUSAN DENIKER, ESQUIRE
 4   Steptoe & Johnson
 5   400 White Oaks Boulevard
 6   Bridgeport, WV  26330
 7       COUNSEL FOR HARRISON COUNTY BOARD OF EDUCATION and
 8       HARRISON COUNTY SUPERINTENDENT DORA STUTLER
 9
10   KELLY C. MORGAN, ESQUIRE
11   KRISTEN V. HAMMOND, ESQUIRE
12   Bailey Wyant
13   500 Virginia Street East
14   Suite 600
15   Charleston, WV  25301
16       COUNSEL FOR WEST VIRGINIA BOARD OF EDUCATION and
17       SUPERINTENDANT W. CLAYTON BURCH
18
19   TIMOTHY D. DUCAR, ESQUIRE
20   Law Office of Timothy D. Ducar
21   7430 East Butherus Drive
22   Suite E
23   Scottsdale, AZ  85260
24       COUNSEL FOR INTERVENOR, LAINEY ARMISTEAD
```

```
 1              A P P E A R A N C E S  (cont'd)

 2

 3   JOSHUA BROWN, ESQUIRE

 4   CHRISTIANA HOLCOMB, ESQUIRE

 5   RACHEL CSUTOROS, ESQUIRE

 6   Alliance Defending Freedom

 7   15100 North 90th Street

 8   Scottsdale, AZ   85260

 9        COUNSEL FOR INTERVENOR, LAINEY ARMISTEAD
```

```
 1                        I N D E X

 2

 3   DISCUSSION AMONG PARTIES                      88 -   92

 4   WITNESS: HEATHER JACKSON

 5   EXAMINATION

 6       By Attorney Tryon                         92 -  226

 7   EXAMINATION

 8       By Attorney Green                        227 -  229

 9   EXAMINATION

10       By Attorney Deniker                      229 -  267

11   EXAMINATION

12       By Attorney Morgan                       267 -  272

13   EXAMINATION

14       By Attorney Ducar                        273 -  285

15   RE-EXAMINATION

16       By Attorney Tryon                        285 -  287

17   DISCUSSION AMONG PARTIES                     287 -  288

18   CERTIFICATE                                         289
```

84

```
                        EXHIBIT PAGE



                                                       PAGE
   NUMBER      DESCRIPTION                          IDENTIFIED
   Exhibit 1    Davis Medical Records                  --*
   Exhibit 1R   Davis Medical Records                  --*
   Exhibit 2    Davis Medical Records                  --*
   Exhibit 3    WVU Medical Records                    --*
   Exhibit 4    UPMC Children's Medical
                Records                                --*
   Exhibit 5    UPMC Children's Medical
                Records                                --*
   Exhibit 6    UPMC Children's Medical
                Records                                --*
   Exhibit 7    UPMC Children's Medical
                Records
   Exhibit 8    UPMC Children's Medical
                Records                                --*
   Exhibit 9    UPMC Children's Medical
                Records                                --*
   Exhibit 11A  Progress Notes                         --*
   Exhibit 11B  Progress Notes                         --*
   Exhibit 11C  Progress Notes                         --*
   Exhibit 11D  Progress Notes                         --*
```

SARGENT'S COURT REPORTING SERVICE, INC.
(814) 536-8908

SARGENT'S COURT REPORTING SERVICE, INC.
(814) 536-8908

```
                    EXHIBIT PAGE



                                                        PAGE

   NUMBER         DESCRIPTION                        IDENTIFIED

   Exhibit 12    UPMC Children's Medical

                 Records                                --*

   Exhibit 13    UMPC Children's Medical

                 Records                                --*

   Exhibit 14    WVU Medical Records                    --*

   Exhibit 15    WVU Medical Records                    --*

   Exhibit 16    WVU Medical Records                    --*

   Exhibit 17    Gender Support Plan                    --*

   Exhibit 18    Preferred Name Request Form            --*

   Exhibit 19    Gender Support Plan                    --*

   Exhibit 20    Student Information                    --*

   Exhibit 20R   Student Information                    --*

   Exhibit 21    Screening Results                      --*

   Exhibit 21R   Screening Results                      --*

   Exhibit 22    Birth Certificate                      --*

   Exhibit 22R   Birth Certificate                      --*

   Exhibit 23    Heart Walk Article                     --

   Exhibit 23R   Heart Walk Article                     --

   Exhibit 24    Photo                                  --

   Exhibit 24R   Photo                                  --
```

```
 1                      EXHIBIT PAGE
 2
 3                                              PAGE
 4   NUMBER        DESCRIPTION                  IDENTIFIED
 5   Exhibit 25   WV Record                      --
 6   Exhibit 26   Photo of Mom and BPJ           --
 7   Exhibit 27   Article                        --
 8   Exhibit 28   Article                        --
 9   Exhibit 29   Lambda Legal Article           --
10   Exhibit 30   Declaration of Heather
11                Jackson                        --
12   Exhibit 31   Declaration of BJP             --
13   Exhibit 32   First Amended Complaint        --
14   Exhibit 33   Standards of Care              --
15   Exhibit 34   House Bill 3293                --
16
17
18
19
20
21
22
23   * CONFIDENTIAL EXHIBITS
24
```

1   just --- the State has signed off officially, and so ---
2   oh, there you are.  You just popped her into the screen.
3   It took me a minute to find her.
4           Ms. Jackson, my name is Roberta Green.  I'm an
5   attorney here on behalf of West Virginia Secondary
6   School Activities Commission, also known as WVSSAC.
7           Do you know the those initials, WVSSAC?
8       A.  Yes, I know the WVSSAC initials.  Yes.
9       Q.  Okay. Great.  So if I refer to it then --- it
10  as WVSSAC, you'll know who I mean?
11      A.  Yes, yes.
12      Q.  That will save us ten words every time I --- so
13  I just have a few questions for you today.  If I
14  understood your testimony correctly, you learned of
15  House Bill 3293 when you heard about it on the news.
16          Is that accurate?
17      A.  Yes, that's accurate.
18      Q.  Do you recollect whether at any time prior to
19  learning of House Bill 3293 you had notified WVSSAC of
20  BPJ's interest in running on the girls cross-country
21  team?
22      A.  I did not notify them of her desire.
23      Q.  All right.
24          And at any time prior to filing the lawsuit do

1   you recall whether you ever notified WVSSAC of BPJ's
2   interest in running on the girls cross-country team?
3       A.   I did not contact the WVSSAC in advance.
4       Q.   All right.
5            And do you know whether at any time, like up
6   until today, you have contacted WVSSAC to notify them of
7   BPJ's interest in running on the girls cross-country
8   team?
9       A.   I have not.
10              ATTORNEY GREEN:  Okay.
11              I don't think I have any other questions.
12  So thank you very much.  I appreciate it.
13                         ---
14                      EXAMINATION
15                         ---
16  BY ATTORNEY DENIKER:
17      Q.   Good afternoon, Ms. Jackson.  My name is Susan
18  Deniker.  I introduced myself earlier today, but I
19  represent the Harrison County Board of Education and
20  superintendant Dora Stutler in this litigation.  Thank
21  you for your time today.  I know it's been a long day
22  and I appreciate you hanging in there with us.
23              I do have some additional questions for you.
24  If I ask you anything that you don't understand today