# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                      CHARLESTON DIVISION

 4                    * * * * * * * *

 5   B.P.J., by her next friend and    *

 6   Mother, HEATHER JACKSON,          *

 7       Plaintiff                     *   Case No.

 8       vs.                           *   2:21-CV-00316

 9   WEST VIRGINIA STATE BOARD OF      *

10   EDUCATION, HARRISON COUNTY        *

11   BOARD OF EDUCATION, WEST          *

12   VIRGINIA SECONDARY SCHOOL         *

13   ACTIVITIES COMMISSION, W.         *

14   CLAYTON BURCH in his official     *

15   Capacity as State Superintendent,* VIDEOTAPED

16   DORA STUTLER in her official      * VIDEOCONFERENCE

17   Capacity as Harrison County       * DEPOSITION

18   Superintendent, PATRICK MORRISEY  *      OF

19   In his official capacity as       * HEATHER JACKSON

20   Attorney General, and THE STATE   * January 20, 2022

21   OF WEST VIRGINIA,                 *

22       Defendants                    *

23              Any reproduction of this transcript
                is prohibited without authorization
24                  by the certifying agency.
```

1    please tell me and I'll be glad to rephrase the

2    question.  If you don't do that I will assume that you

3    have understood the question.

4              Is that fair?

5        A.    Okay.

6        Q.    Thank you.

7              Ms. Jackson, tell me about BPJ's education.

8    Did she start her education in Harrison County schools?

9        A.    Yes, she started her education in Harrison

10   County schools.

11       Q.    And did she start in pre-K or in kindergarten?

12       A.    Kindergarten.

13       Q.    Did she have any formal education before going

14   to kindergarten?  In other words, was she in a

15   pre-school program or a pre-K program anywhere before

16   starting kindergarten?

17       A.    No.

18       Q.    And did she do her entire elementary schooling

19   at Norwood Elementary?

20       A.    Yes, she did.

21       Q.    Tell me the first --- well, in general, how was

22   your experience for --- how was the experience for BPJ

23   at the Norwood Elementary School did she have a positive

24   experience at that elementary school?

 1    as well?

 2        A.    Yes.

 3        Q.    And did you have any issues or concerns when

 4    they went through Norwood Elementary School?

 5        A.    Correct that.  My oldest one transferred from

 6    St. Mary's to Bridgeport Middle.  My second one was all

 7    in Norwood.

 8        Q.    Okay.

 9        A.    I think his kindergarten year, there was no room

10    at Norwood and he had to go to Johnson.

11        Q.    Very good.

12              So you transferred your oldest child to St.

13    Mary's?

14        A.    From St. Mary's directly to Bridgeport Middle,

15    so I correct that.

16        Q.    So your middle --- your middle child, that child

17    did go through Norwood Elementary School?

18        A.    Yes, yes.

19        Q.    Any issues or concerns during his time at

20    Norwood Elementary School?

21        A.    No.

22        Q.    When did you first make any employees of Norwood

23    Elementary School or anybody in Harrison County schools

24    aware that BPJ identified as a female and was a

1    transgender student?

2        A.    I contacted Mr. James Thornton, who was the

3    school counselor, but I don't know the date.

4        Q.    Do you recall what grade BPJ was in at the time?

5        A.    Third.

6        Q.    And Mr. Thornton was the guidance counselor at

7    Norwood Elementary School at that time?

8        A.    Yes.

9        Q.    And can you tell me at about that communication?

10   What was discussed when you contacted Mr. Thornton?

11       A.    That B███ is a transgender female and wishes to

12   be --- conduct her life as such and her pronouns were

13   she/her.

14       Q.    What was Mr. Thornton's response to that?

15       A.    He understood and was going to take it to a

16   higher power.  I'm guessing it was the principal at the

17   time.

18       Q.    Was there anything else that you can recall that

19   was part of that initial communication with Mr. Thornton

20   about BPJ's transgender status?

21       A.    That she was going to start presenting as a

22   female at school.

23       Q.    And then what was Mr. Thornton's response to

24   that?

```
 1      A.    The same, that he would go ahead and handle what
 2  had to be handled on his end.
 3      Q.    Did you find him to be supportive of ---?
 4      A.    Yes.
 5      Q.    Did you say extremely?
 6      A.    Extremely supportive of B    's transition.
 7      Q.    Very good.  Did Mr. Thornton, in fact, get back
 8  to you after he spoke with the principal?
 9      A.    I don't recall.
10      Q.    What was --- what was the next communication
11  that you recall having with the school officials with
12  regard to B    's transition?
13      A.    I would have had contact with her teacher at
14  that time.  I can't remember her name at that time.  And
15  realizing that she was going to have questions or that
16  the students would have questions, but I can't remember
17  that teacher's name.  I apologize.
18      Q.    That's no problem.
19            Tell me about the nature of your communications
20  with --- this would have been the third grade teacher.
21            Is that correct?
22      A.    Right, right.  That she was going to start
23  presenting as a female at school.
24      Q.    And was the teacher supportive of that?
```

```
1        A.    Yes.
2        Q.    And then BPJ did start presenting as a female at
3   school I think I heard you testify earlier.
4              Is that correct?
5        A.    That is correct.
6        Q.    Were there any problems or issues with that?
7        A.    The only thing that I know of is that the
8   teacher did get questions as to why B    was dressing
9   the way she was dressing, and her answer was she's B
10  and that's what makes her happy.
11       Q.    Were you comfortable with that response from the
12  teacher?
13       A.    Yes.
14       Q.    And so in the third grade did you have any
15  concerns with regard to how the school handled B    's
16  transition?
17       A.    No, I did not.
18       Q.    And then BPJ also would have been enrolled at
19  Norwood Elementary School in the fourth and fifth
20  grades.
21             Is that true?
22       A.    That is correct.
23       Q.    And at that point she was --- in those grades
24  she was fully transitioned ---
```

1      A.     Correct.

2      Q.     --- to being a female student.

3             Is that correct?

4      A.     Correct.

5      Q.     And did you have any issues or concerns with the

6    way school officials handled that?

7      A.     School officials handled it quite well.

8      Q.     So during BPJ's tenure as a student at Norwood

9    Elementary School did you have any concerns or issues

10   with regard to how school officials handled --- how your

11   daughter wanted to handle her transgender status and how

12   she wanted to present at school?

13     A.     They respected her transition and her

14   transgender status.  They used her correct pronouns,

15   which was she/her.

16     Q.     That was something that was important to you and

17   BPJ.

18            Is that correct?

19     A.     Correct.

20     Q.     So part of that --- my understanding is that

21   part of the communications that you would have had with

22   school officials at Norwood Elementary School included

23   completing a Gender Support Plan for BPJ.

24            Is that correct?

1    A.    That is correct.

2    Q.    And I'll ask you --- I'm going to ask you about

3  both Gender Support Plans because I know you're having

4  to grab things.  I'm going to ask you about Exhibits 17

5  and 19, if you want to pull them out.  We'll look at

6  Exhibit 17 first.

7    A.    I've got 17 in front of me.

8    Q.    Okay.  Very good.  We'll start there.  We can

9  get to 19 when we get there.

10        And you can take as much time as you want to

11  review this, but my initial question is going to be is

12  this the Gender Support Plan that was in place when BPJ

13  was at Norwood Elementary School?

14    A.    Yes, it is.

15    Q.    And you would agree with me that this document

16  is dated August 23rd, 2019?

17    A.    Correct.

18    Q.    And this was a document that the Harrison County

19  Board of Education had in place, so that there was a

20  process to discuss a combination of a student who's

21  transgender like BPJ.

22        Is that correct?

23            ATTORNEY BLOCK:  Objection to form.

24            THE WITNESS:  That's my understanding.

1    BY ATTORNEY DENIKER:

2       Q.    And in fact, did you meet with school officials

3    from the Harrison County Board of Education to develop

4    this Gender Support Plan to support BPJ?

5       A.    I met with the people that are listed on the

6    last page of the Gender Peer Support Plan.

7       Q.    Was there anybody present in the meeting on

8    August 23rd, 2019, whose name doesn't appear on the

9    signature page on page five, which is Bates number BPJ

10   011?

11      A.    I don't know.  I know that we were all supposed

12   to sign it to say that we were there in attendance.  So

13   I presume everyone signed it.

14      Q.    In looking at this signature page, do you recall

15   anybody being there whose name you don't see there?

16      A.    I don't off the top of my head, no.

17      Q.    Is your signature on this document?

18      A.    Yes, ma'am, it is.

19      Q.    And it looks like BPJ's signature is on this

20   document as well.

21            Is that correct?

22      A.    Correct, because she was in attendance.  She had

23   to sign it.

24      Q.    So she was part of this meeting.

1        Is that right?

2    A.    That's correct.

3    Q.    Did you find the school officials that

4  participated in this process to be respectful of you and

5  of BPJ?

6    A.    Yes, I did.

7    Q.    And did you find that the purpose of this was to

8  help accommodate any needs that BPJ might have as a

9  transgender student?

10            ATTORNEY BLOCK:  Objection to form.

11            THE WITNESS: That's my understanding that

12  that was the purpose of the document.

13  BY ATTORNEY DENIKER:

14    Q.    Did you --- were you in agreement with the

15  Gender Support Plan that was put into place through this

16  August 23rd, 2019 document?

17    A.    Yes, I was in agreement with it.

18    Q.    Was BPJ in agreement with it?

19    A.    Yes, as much as she understood.  Yes.

20    Q.    And did you believe that the school followed

21  through and accommodated her in accordance with this

22  Gender Support Plan while she was at the Norwood

23  Elementary School?

24    A.    They followed the Gender Support Peer Plan, yes.

1    Q.    So is it fair to say that you didn't have any

2    issues or concerns of BPJ's treatment as a transgender

3    student during the time that she was a student at

4    Norwood Elementary School?

5    A.    I would say correct.

6             COURT REPORTER:  I'm sorry.  I'm sorry.

7    Can you state that question one more time?  It was a

8    little fast.

9             ATTORNEY DENIKER:  I will try to do that.

10   BY ATTORNEY DENIKER:

11   Q.    Is it fair to say that you did not have any

12   issues or concerns with BPJ's treatment as a transgender

13   student during the time that she was enrolled as a

14   student at Norwood Elementary School?

15   A.    We had no issues.

16   Q.    Ms. Jackson, to confirm, it is my understanding

17   that Harrison County Schools does not offer

18   school-sponsored athletics for students who are in

19   elementary school.  Is that consistent with your

20   understanding?

21   A.    That's my understanding.

22   Q.    And I heard you testify earlier that BPJ

23   participated in cheerleading, which was not a

24   school-related activity, while we was in elementary

```
 1    school.
 2              Is that correct?
 3        A.    That was through the Bridgeport Youth Football.
 4        Q.    And that's not affiliated with the Harrison
 5    County Board of Education.
 6              Is that correct?
 7        A.    That is --- that is correct.
 8        Q.    So the first time that BPJ was eligible to
 9    participate in school-sponsored sports was when she went
10    to middle school for this coming academic year.
11              Is that correct?
12        A.    That is correct.
13        Q.    And BPJ, is she currently in the 6th grade?
14        A.    That is correct.
15        Q.    And is she still 11 years old?
16        A.    Yes.
17        Q.    And prior to her --- so she would have
18    transferred from Norwood Elementary School to Bridgeport
19    Middle School for the beginning of this academic year.
20              Is that correct?
21        A.    Correct.
22        Q.    And it's my understanding that Bridgeport Middle
23    School is a three-year middle school that has grades
24    six, seven and eight.
```

1    A.    Correct.

2    Q.    And was this a meeting that you would have had

3    with school officials to create another Gender Support

4    Plan for BPJ?

5    A.    Correct.

6    Q.    May 18th of 2021, at that time am I correct that

7    BPJ would have been finishing her 5th-grade year at

8    Norwood at that time?

9    A.    Yes.

10   Q.    So this meeting was done in preparation for

11   BPJ's transition to Bridgeport Middle School.

12          Is that correct?

13   A.    Correct, and the meeting was held at Norwood.

14   Q.    And as before, the folks that were in

15   attendance, are their signatures on page five of this

16   document, which is Bates number BPJ 006?

17   A.    Yes, I presume that is everyone that was there.

18   We were all asked to sign in if we attended.

19   Q.    And again, as I asked you before, is there

20   anybody who you recall being present for this meeting

21   whose name or signature doesn't appear on page five of

22   this document?

23   A.    I don't think so.

24   Q.    Is your signature on this document?

1      A.    Yes, it is.

2      Q.    And I also see BPJ's signature on this document.

3            Is that correct?

4      A.    Yes.

5      Q.    This included --- even though it was held at

6   Norwood Elementary School, this did include school

7   officials from Bridgeport Middle School.

8            Is that correct?

9      A.    Correct.

10     Q.    And this included a discussion about

11  accommodation for BPJ once she got to the middle school

12  for this current academic year.

13           Is that correct?

14     A.    Correct.

15     Q.    Was this meeting conducted professionally in

16  your opinion?

17     A.    Yes.

18     Q.    And were you able to discuss wishes, ideas, and

19  concerns you had about accommodations for BPJ as she was

20  starting into the middle school?

21     A.    Yes.

22     Q.    And did you feel like this was a positive

23  meeting?

24     A.    Yes.

1    with regard to BPJ's ability to participate in school

2    sports?

3       A.    No.

4       Q.    Was BPJ permitted to participate in summer

5    conditioning with the Bridgeport Middle School

6    cross-country team in the summer of 2021?

7       A.    Yes.

8              ATTORNEY BLOCK:   Objection to form.

9    BY ATTORNEY DENIKER:

10      Q.    And it's my understanding that the Middle School

11   cross-country team at Bridgeport Middle School does the

12   summer conditioning where they run together.

13             Is that correct?

14      A.    They --- they all condition together, but they

15   separate out into groups, if that makes sense.

16      Q.    How were those groups separated?  Do you know?

17      A.    Normally by speed in the conditioning

18   environment.

19      Q.    Are they separated by sex or gender in any way?

20      A.    Only by boys team and girls team.

21      Q.    And was BPJ permitted to run then with the girls

22   teams in the girls groups?

23      A.    Correct.

24             ATTORNEY BLOCK:   Objection to form.

1    BY ATTORNEY DENIKER:

2       Q.    Did you have any issues or concerns with how BPJ

3    was treated concerning conditioning?

4       A.    No.  The coaches were very respectful of her

5    pronouns and her transgender identity.

6       Q.    And was that true for the entire cross-country

7    season?

8       A.    The coaches --- yes, the coaches were very much

9    so, yes.

10      Q.    So you had --- did BPJ have a positive

11   experience participating on the girls cross-country

12   team?

13      A.    Yes.

14      Q.    And so I got a little bit ahead of myself

15   because we were talking about summer conditioning and

16   then there were tryouts for cross-country.

17            Is that correct?

18      A.    That's correct.

19      Q.    And did that take place in August of 2021?

20      A.    Yes.

21      Q.    And BPJ tried out for the girls cross-country

22   team.

23            Is that correct?

24      A.    That is correct.

```
 1     Q.    And she was permitted to do so by the middle

 2   school.

 3          Is that right?

 4     A.    That is correct.

 5     Q.    And was she selected for membership on the girls

 6   cross-country team?

 7     A.    That is correct.

 8     Q.    And I think I heard you testify earlier that she

 9   did compete through the whole season on the girls

10   cross-country team.

11          Is that right?

12     A.    That is correct.

13     Q.    And she had a good experience doing that?

14     A.    Yes, she did.

15     Q.    Good.  I'm glad to hear that.  And I had to

16   laugh when Mr. Tryon was asking you questions about

17   where she placed because it's clear to me that he has

18   never been to a middle school cross-country meet because

19   they're just --- even in high school, there are just

20   tons of kids and lots of runners, aren't there?

21     A.    There's tons of them, yes.

22     Q.    And just for the record, my kids never came in

23   first or second either, so I understand that.

24          Who were the coaches for the cross-country team
```

```
1    this spring?

2        A.    We have not.

3        Q.    Is it your understanding that she will be

4    permitted to try out for the girls track team?

5        A.    I don't have an understanding whether she'll be

6    permitted or not.

7        Q.    Because you have not had any discussions.

8              Is that correct?

9        A.    Correct.

10       Q.    Let me talk more candidly about BPJ's school

11   year.  And I'm sorry if I already asked you this, but at

12   the middle school she's I guess almost halfway through

13   her sixth grade year.

14             Is that correct?

15       A.    That is correct.

16       Q.    And is she having a good school year?

17       A.    She's having an excellent school year.  After

18   she learned her locker combination, everything went

19   well.

20       Q.    Right now all of us are having a flashback to

21   middle school and the trauma that was remembering your

22   locker code.  I understand that, Ms. Jackson.  And do

23   you feel that the school has appropriately implemented

24   the Gender Support Plan that you agreed upon?
```

1    A.    Yes.

2    Q.    And you don't have any issues or concerns with

3  how school officials have treated BPJ this school

4  year-to-date?

5    A.    No.

6    Q.    I want to follow up on a question that Mr. Tryon

7  asked about cross-country meets this fall.  You

8  mentioned that some meets --- I think you called them

9  one and done meets?

10   A.    Yes.

11   Q.    And I think you described that everybody ---

12 they have the girls teams and the boys teams all run at

13 one time.

14        Is that correct?

15   A.    Correct, correct.

16   Q.    And in those situations the boys teams are still

17 competing against the boys teams and the girls teams are

18 still competing against the girls teams.

19        Is that correct?

20   A.    Yes.  The statistics go towards the appropriate

21 team.

22   Q.    That was what I assumed was the case in those

23 meets, but I just wanted to ask you.  I haven't seen one

24 of those, but I figured they still separated the results