# EXHIBIT 3

```
 1            IN THE UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                   CHARLESTON DIVISION
   _____
 4  B.P.J. by her next friend and)
 5  mother, HEATHER JACKSON,      )
 6            Plaintiff,          )
       vs.                       ) Case No.
 7  WEST VIRGINIA STATE BOARD OF ) 2:21-cv-00316
 8  EDUCATION, HARRISON COUNTY    )
    BOARD OF EDUCATION, WEST      )
 9  VIRGINIA SECONDARY SCHOOL     )
10  ACTIVITIES COMMISSION, W.     )
    CLAYTON BURCH in his official )
11  capacity as State            )
12  Superintendent, DORA STUTLER,)
    in her official capacity as  )
13  Harrison County              )
14  Superintendent, and THE STATE)
15  OF WEST VIRGINIA,            )
16           Defendants.         )
            And                  )
17  LAINEY ARMISTEAD,            )
18        Defendant-Intervenor.) 
   _____)
19          REMOTE VIDEOTAPED DEPOSITION OF
20                    DORA STUTLER
                         AND
21                    DAVE MAZZA
                 Tuesday, March 8, 2022
22                    Volume I
    Reported by:
23  ALEXIS KAGAY, CSR No. 13795
24  Job No. 5079542
25  PAGES 1 - 240
```

1      Q    Did you or anyone at the county board present

2    the county board members with the -- with the bill

3    H.B. 3293?

4      A    No.

5      Q    Has the board voted in any way relating to       01:05:04

6    policies around H.B. 3293?

7      A    No.

8      Q    What is the county board's relationship with

9    the Department of Education?

10     A    I believe, as the superintendent, I am the       01:05:21

11   conduit from the County Board of Education to my

12   board.  So information that comes from the state

13   board is usually a conduit through me to the board,

14   although my board has -- our state boards have their

15   own association that also has a relationship with     01:05:50

16   the state board, and they do have a fall meeting and

17   a winter meeting to update board members.  So

18   they -- they have a relationship outside of my

19   relationship with the state board through that

20   organization.                                          01:06:08

21     Q    When you say "they," who are you referring

22   to?

23     A    My board members.  My five board members are

24   part of a state -- it's just an association.  Like I

25   have an association for superintendents, there's an   01:06:23

                                                            Page 38

```
 1        Q   Just so I understand, you've said "adopt a
 2     policy."  What I'm asking is, are there instances
 3     where the policy comes directly from the county
 4     board?
 5        A   No.  As far as creating the policy, like      01:08:07
 6     writing it, the actual making of the policy, I
 7     don't --
 8        Q   No problem.  Thank you.
 9            If the county board disagrees with a policy
10     that's been presented by the state board, will it    01:08:40
11     still adopt that policy?
12        A   We have no choice but to follow state board
13     policy.
14        Q   So what is the purpose of having votes as it
15     relates to policies?                                 01:08:56
16        A   They're -- I guess it's -- we adopt state
17     policy.  We use the language for state policy.  And
18     that is our guidance.
19            If we have a local policy, and it would be
20     something like our local discipline policy, we have  01:09:08
21     an overarching state policy for safe and supportive
22     schools, policy 4373, and it gives you examples of
23     how you would discipline, if this occurs.
24            A local policy would take that policy, adopt
25     all the same language as the state policy, but we    01:09:31
```

Page 40

```
 1        A    That's been approved by my board, by my

 2    five-member board.

 3        Q    Understood.  Is the county board

 4    superintendent responsible for monitoring H.B. 3293?

 5             MS. DENIKER:  Objection to the form.        01:14:04

 6             THE WITNESS:  That -- there is a current

 7    injunction with that rule, so we're...

 8    BY MS. REINHARDT:

 9        Q    Is the county board superintendent

10    responsible for monitoring state policies that are   01:14:30

11    adopted by the county board?

12             MS. DENIKER:  Objection to form.

13             THE WITNESS:  Would you repeat that question.

14    BY MS. REINHARDT:

15        Q    Is the county board superintendent           01:14:41

16    responsible for monitoring policies, let's say state

17    policies, that are adopted by the county board?

18             MS. DENIKER:  Same objection.

19             THE WITNESS:  Our -- our county board

20    policies are following state board policy.           01:15:01

21    BY MS. REINHARDT:

22        Q    And is the county board superintendent

23    responsible for monitoring those?

24             MS. DENIKER:  Same objection.

25             THE WITNESS:  We enforce the policy as it    01:15:13
```

Page 44

```
 1    comes down from the State and our local board

 2    because we're required to enforce state policy.

 3    BY MS. REINHARDT:

 4        Q    And how do you enforce it, state policy?

 5        A    We follow what the rule says.              01:15:40

 6        Q    Does the rule describe how it should be

 7    enforced?

 8             MS. DENIKER:  Objection to the form.

 9             THE WITNESS:  Generally, we know how to

10    enforce the rule.  And if we had questions about a   01:16:02

11    state board policy, we would contact the state board

12    to make clarification.

13    BY MS. REINHARDT:

14        Q    Understood.  And what is your relationship

15    with the county board superintendent -- I'm sorry,   01:16:14

16    let -- let me rephrase that.

17             What is your relationship with the state

18    board superintendent?

19        A    I contact him when I need to.  He's -- he is

20    available, and our state board is available, our     01:16:32

21    state department.

22        Q    In what instances would you need to -- in

23    what instances would you need to discuss things with

24    the state board superintendent?

25        A    I've had contact with our state board        01:16:49
```

Page 45

```
 1        Q    Understood.  Does the county board have any

 2    policies pertaining to sports?

 3        A    We have minimal.  We have two.

 4        Q    And what are those two policies?

 5        A    We have a policy on extracurricular          01:44:45

 6    activities for 6 to 12, just defining what

 7    extracurricular would be for 6 to 12th grade.  And

 8    the other policy that we have is on how you obtain a

 9    letter, how are you a lettermen, as far as sports is

10    concerned.                                            01:45:07

11        Q    When were those policies developed?

12        A    I believe 2008 was one.  I don't remember the

13    date on the other.  They were early.  They're --

14    they're older policies.

15        Q    So as it relates to the lettermen policy,    01:45:20

16    I'll use that as an example, who is responsible for

17    enforcing it?

18        A    That would be the school AD and the athletic

19    program at the school.  That would be really

20    pertaining to the high school athletic directors.    01:45:40

21        Q    And does the county board ever need to step

22    in, as far as enforcing those policies?

23        A    Only if there would be a disagreement.  I

24    would assume that if a child thought they were

25    supposed to get a letter, and they didn't, then I    01:46:00
```

Page 56

```
 1     would probably be -- it would be brought to my
 2     attention.
 3         Q    Understood.  And just for clarity, does the
 4     county board have any policies related to sex
 5     separation in sports?                                01:46:12
 6         A    No, we do not have an adopted policy for
 7     that.  We follow SSAC guidelines on what teams are
 8     coed.
 9         Q    Does the County have any policies pertaining
10     to transgender students?                             01:46:40
11         A    No.
12         Q    What do you know about H.B. 3293?
13             MS. DENIKER:  Objection to the form.
14             THE WITNESS:  It -- it was a state law passed
15     in July of '21.                                      01:47:05
16     BY MS. REINHARDT:
17         Q    What does H.B. 3293 do?
18             MS. DENIKER:  Objection to the form.
19             THE WITNESS:  I can really only tell you what
20     I know when I read the statute.  It's a -- it makes  01:47:24
21     a distinction between -- it begins by saying that
22     there is an inherent difference between a male and a
23     female.  It talks about safety during sporting
24     activities or doing -- during athletics.  And it
25     also addresses the equity or displacement of female  01:47:46
```

Page 57

1       Q    And once the association made you aware of

2    H.B. 3293, did you report -- did you report anything

3    related to H.B. 3293 to someone you report to?

4           And I can rephrase that if that was not

5    clear.                                                  01:59:29

6       A    No.

7       Q    Did you discuss H.B. 3293 with anyone who

8    reports to you?

9       A    No.

10      Q    Was the County Board of Education -- did the    01:59:45

11   County Board of Education have a role in drafting

12   H.B. 3293?

13      A    No.

14      Q    Did the county board provide any comments or

15   thoughts to the legislature regarding H.B. 3293 that    02:00:01

16   you are aware of as Superintendent Stutler?

17      A    Are you speaking about my county-elected

18   board or --

19      Q    The County Board of Education, generally.

20      A    No.                                             02:00:22

21      Q    How was H.B. 3293 described to you as

22   Superintendent Stutler?

23          MS. DENIKER:  Objection to the form.

24          THE WITNESS:  I truly just read the

25   administrative updates, and I will tell you that we     02:00:42

                                                         Page 62

1           Do you see that?

2       A    Yes.

3       Q    Then on the following page, which is

4   HCBOE 00345, it says, "WV House Bill 3293."

5           Do you see that?                            02:04:54

6       A    Yes.

7       Q    And is it correct that you, as Dora Stutler,

8   were not present for this presentation?

9       A    I do not attend all of those association

10  meetings.  So I do not recall that particular       02:05:12

11  presentation.  These attorneys do present often at

12  these organization meetings.

13      Q    After this presentation, did any of the --

14  other superintendents that are members of this

15  associations speak with you about a presentation?   02:05:33

16      A    No.

17      Q    Has the county board had any conversations

18  with the State Board of Education, prior to the

19  enactment of H.B. 3293, about students who are

20  transgender participating in sports?                02:05:54

21      A    No.

22      Q    Now, looking at this page, which I believe is

23  345, is that the same page you're currently on?

24      A    Yes.

25      Q    Can you just review it and let me know if    02:06:07

                                                        Page 65

```
 1    students participating in sports?
 2        A    There was a gender support plan being created
 3    at Norwood Elementary for B.P.J.  She was going to
 4    attend Bridgeport Middle School.
 5        Q    So --                                    02:10:49
 6        A    And there's a section -- there's a section on
 7    that plan, Are you an athlete?
 8        Q    Other than the gender support plan that
 9    you're speaking of, were there any other
10    conversations with Bridgeport Middle School    02:11:04
11    employees about transgender students
12    participations -- participation in sports?
13        A    No.
14        Q    Did the county board have any conversations
15    with employees at Norwood Elementary School prior to  02:11:18
16    the enactment of H.B. 3293 about students who are
17    transgender participating in sports?
18        A    No.
19        Q    What is the county board's rule as it relates
20    to H.B. 3293?                                    02:11:45
21            MS. DENIKER:  Objection to the form.
22            THE WITNESS:  It's like any other state law.
23    But there's an injunction, so that was never
24    enacted.
25    BY MS. REINHARDT:                               02:11:58
```

Page 69

```
 1
 2       Q    Has H.B. 3293 been enforced against any other
 3   student other than B.P.J.?  I apologize.
 4       A    There's an injunction against it.  We take --
 5   we've taken no action.                            02:12:17
 6            MS. REINHARDT:  Susan, I believe the rest of
 7   my questions relate to topic 10, so if it suits the
 8   parties, we'll take a break now for about
 9   20 minutes, and then I would ask the county board to
10   have David Mazza present.                          02:12:39
11            MS. DENIKER:  And then are done with all
12   other topics upon which Ms. Stutler will be
13   testifying on?
14            MS. REINHARDT:  I am not.
15            MS. DENIKER:  Okay.                       02:12:51
16            THE VIDEOGRAPHER:  So -- okay.
17            MS. REINHARDT:  We can also go off the
18   record.
19            THE VIDEOGRAPHER:  Yeah, let's discuss --
20   okay.  We're -- we're going off the record.  The   02:13:00
21   time is 2:13 p.m., and this is the end of Media Unit
22   No. 2.
23            One moment.
24            (Recess.)
25            THE VIDEOGRAPHER:  All right.  We are back on  02:53:32
```

```
 1              THE WITNESS:  No.  Because we are not

 2     operating under House B. -- House Bill 3293.

 3     BY MS. REINHARDT:

 4        Q   Despite the injunction, if one was not put in

 5     place, would the process that you've described be    03:09:05

 6     the same for H.B. 3293?

 7              MS. DENIKER:  Object to the form.

 8              THE WITNESS:  If a student -- if a student

 9     athlete is objecting to something, according to SSAC

10     rules, they could follow that process.              03:09:20

11     BY MS. REINHARDT:

12        Q   Thank you.  Did the county board have any

13     conversations with WVSSAC prior to the enactment of

14     H.B. 3293 about students who are transgender

15     participating in sports?                            03:09:40

16        A   No.

17        Q   Do you know who Bernie Dolan is?

18        A   Yes.

19        Q   Who is Bernie Dolan?

20        A   He's the executive director of the SSAC.     03:09:52

21        Q   Did the county board have any conversations

22     with Mr. Dolan, prior to the enactment of H.B. 3293,

23     about students who are transgender participating in

24     sports?

25        A   No.                                          03:10:11
```

Page 83

```
 1    questions, I want to see if I can confirm what you

 2    previously stated.

 3          Can you confirm whether or not the county

 4    board had any conversations with anyone outside of

 5    the County Board of Education about H.B. 3293 as it   03:16:44

 6    relates to students who are transgender

 7    participating in school sports?

 8          MS. DENIKER:  Objection on the basis it's

 9    been asked and answered.

10          You can answer.                                 03:16:59

11          THE WITNESS:  I am unaware of any

12    conversations.

13    BY MS. REINHARDT:

14       Q    If the preliminary injunction was not in

15    place, what would be required of the county board as  03:17:07

16    it relates to H.B. 3293?

17          MS. DENIKER:  Objection to the form.

18          THE WITNESS:  We -- we have not acted or

19    changed the way that we would continue with sports

20    in our athletic programs and --                       03:17:39

21    BY MS. REINHARDT:

22       Q    And that -- and that's true even if the

23    injunction was not in place?

24          MS. DENIKER:  Objection to the form.

25          THE WITNESS:  The board has taken no action     03:17:52
```

Page 89

```
 1    as it relates to this house bill.

 2    BY MS. REINHARDT:

 3        Q    I'm asking what that'd be required to do.

 4             MS. DENIKER:  Objection to the form.

 5             THE WITNESS:  We receive the house bill.      03:18:14

 6    It's not enacted.  We've made no action on that.

 7    And I could not speak on what actions would be

 8    taken.  We have not had to address that.

 9    BY MS. REINHARDT:

10        Q    Who will be responsible for promulgating     03:18:36

11    rules to implement H.B. 3293?

12             MS. GREEN:  Object to the form.

13             MS. DENIKER:  Objection to the form.

14             THE WITNESS:  It would be the same process we

15    would with any new house bill or rule that we have.   03:18:49

16    BY MS. REINHARDT:

17        Q    And that's in line with how you characterized

18    the process earlier in this deposition; is that

19    correct?

20             MS. DENIKER:  Objection to the form.          03:19:04

21             THE WITNESS:  I believe so.

22    BY MS. REINHARDT:

23        Q    I am just trying to not make you reiterate

24    the -- your process for implementing policies, but

25    if you prefer, I am happy to hear that.               03:19:20
```

Page 90

```
 1        A    I think I have been asked that.  It's a --

 2     it's a complicated question.  When you're talking

 3     about board policies, our board can only enact

 4     policies that they vote on and it becomes the

 5     policy.  We have adopted state board policy, and we    03:19:43

 6     will mirror the language of the state board policy.

 7            Can the County adopt their own policy?  We

 8     can.  If it's presented to the board, it's acted on,

 9     they vote on it.

10            I don't -- I guess I'm not sure what you're    03:20:03

11     asking me.

12        Q    That answers my question.  Thank you.

13            Could the county board issue any rules in

14     conflict with H.B. 3293?

15        A    No.                                           03:20:26

16        Q    To your knowledge, has the county board ever

17     violated any rules promulgated by the State Board of

18     Education?

19            MS. DENIKER:  Objection to the form.

20            THE WITNESS:  Not that I'm aware of.           03:20:43

21     BY MS. REINHARDT:

22        Q    Thank you.  I'm going to move on to topics as

23     they relate to topic 4.

24            I want to talk a little bit about

25     Plaintiff B.P.J. in this case and her experience in   03:20:59
```

```
 1    for the fifth-grade year?
 2        A    Tarra Shields -- in conversation with
 3    Tarra Shields, they put this plan into place, her
 4    going into fourth grade.  And, now, this is from
 5    Tarra Shields.  There were -- they -- she had a --    04:08:05
 6    I'm talking from Tarra, that she had a good
 7    fourth-grade year.  They were going -- she was going
 8    into the fifth grade, and they felt there was really
 9    no need to change anything.
10        At any time, a parent can request that the    04:08:20
11    plan be reviewed.  So I would take that if there's
12    not another plan dated, that they felt that, you
13    know, she was having a good two years.
14        Q    And who are you referring to when you say
15    "they"?                                               04:08:35
16        A    I -- I would say Tarra Shields, this team
17    that was with her at Norwood.  And you've also got
18    to understand the parent is involved in this.
19    And -- and B    .
20        Q    Did the county board implement any policies    04:08:46
21    related to transgender students after implementing
22    B    's gender support plan?
23        A    No.
24        Q    Now I'm going to ask you to go back to what
25    was previously marked as WV-19.                      04:09:05
```

Page 125

```
 1            THE WITNESS:  I think I've said this.  When

 2    the county board gets a new law, we -- we have to

 3    abide by that rule.  It was not our rule.  And the

 4    county board is given those rules; we have to abide

 5    by those, period.                                    04:50:27

 6    BY MS. REINHARDT:

 7       Q    I'm wondering if the county board supported

 8    H.B. 3293 when it was being considered by the

 9    legislation.

10            MS. DENIKER:  Same objection to the form.    04:50:43

11            THE WITNESS:  I'm not going to -- I don't

12    know how to really answer that other than we support

13    all of our students in the sense that we need to

14    make them comfortable and aware and -- and support

15    them in their surroundings.                          04:50:58

16    BY MS. REINHARDT:

17       Q    So you are not aware of any rule prior to

18    H.B. 3293 in West -- where a school in West Virginia

19    had to follow the gender in WVEIS in order for a

20    student to participate on a sports team?             04:51:14

21            MR. TRYON:  Objection.

22            MS. GREEN:  Object to the form.

23            THE WITNESS:  I'm not aware of any other

24    school in West Virginia.

25    ///
```

Page 145

```
 1            MS. DENIKER:  And I'm going to ask for --
 2      this is Susan Deniker again.
 3            What is the scope of timing on your question,
 4      Ms. Reinhardt?
 5            MS. REINHARDT:  It will be from January 1st,   04:57:03
 6      2019, to present.
 7            THE WITNESS:  No.
 8      BY MS. REINHARDT:
 9        Q    Thank you.  And just as one last final
10      follow-up question, has the county board implemented   04:57:12
11      any Title IX policies pertaining to transgender
12      students' participation in sports?
13        A    No.
14            MS. REINHARDT:  Thank you very much,
15      Superintendent Stutler.  I believe that opposing    04:57:26
16      counsel may have a few questions for you.
17            THE WITNESS:  Thank you.
18
19                       EXAMINATION
20      BY MS. GREEN:                                      04:57:34
21        Q    Hello, Superintendent Stutler.  This is
22      Roberta Green with WVSSAC --
23            MS. GREEN:  Kelly, did -- were you guys
24      hopping on to go first?  Okay.  I'll just leap to
25      the front of the line, then.                       04:58:02
```

Page 150

```
 1        Q    Do you know how that process is done?

 2        A    Not from beginning to end.  I know parts.

 3        Q    Is it fair to say that you will defer

 4   testimony on behalf of the Harrison County Board of

 5   Education about rostering for school sports in          05:54:29

 6   Harrison County to the other designee for today's

 7   30(b)(6) deposition?

 8        A    Yes.

 9        Q    You were also asked questions today about

10   House Bill 3293.                                        05:54:44

11        Superintendent Stutler, are you familiar with

12   that house bill that was passed by the West Virginia

13   legislature?

14        A    Yes.

15        Q    And you would have reviewed that bill; is     05:54:55

16   that correct?

17        A    Yes.

18        Q    You were asked some questions about whether

19   the Harrison County Board of Education supported

20   that bill, and I want to ask you more specific          05:55:03

21   questions about that.

22        Did the Harrison County Board of Education as

23   an entity do anything officially to advocate or

24   support that bill?

25        MS. REINHARDT:  Objection to form.                 05:55:15
```

Page 191

```
 1              THE WITNESS:  No.

 2     BY MS. DENIKER:

 3        Q    Did any employee or agent of Harrison County,

 4     in their official capacities, take any action to

 5     advocate for the passage of that bill?          05:55:25

 6              MS. REINHARDT:  Objection.

 7              THE WITNESS:  No.

 8     BY MS. DENIKER:

 9        Q    Did any employee or agent of the

10     Harrison County Board of Education in any way     05:55:34

11     contribute to the passage of that bill by providing

12     testimony or information to support passage of

13     House Bill 3293?

14              MS. REINHARDT:  Objection to form.

15              THE WITNESS:  No.                        05:55:48

16     BY MS. DENIKER:

17        Q    Did the Harrison County Board of Education,

18     through the elected board, pass any policy

19     proclamation or other statement that related to

20     House Bill 3293 in any way?                      05:56:00

21        A    No.

22        Q    Has the Harrison County Board of Education

23     taken any action to implement the provisions of

24     House Bill 3293 as you sit here today?

25        A    No.                                       05:56:13
```

Page 192

```
 1    items that only go to certain people.

 2            The secretaries have, usually, residency

 3    information, scheduling, the schedules, things like

 4    that, but some of the stuff that is put in the

 5    WVEIS, it's mostly my counselor, myself and my        06:40:03

 6    assistant.

 7        Q    In WVEIS, are students' names listed and

 8    other -- so I'm asking, are student names listed,

 9    including their ID number?

10        A    That is correct.                             06:40:16

11        Q    And are students' genders listed in WVEIS?

12        A    Yes, they are.

13        Q    And if a student were to participate in a

14    school athletic program, would the athletic director

15    need to check WVEIS to know which team the student    06:40:39

16    needed to be on?

17        A    No.

18        Q    How is it -- how are students designated

19    between teams?

20        A    They are given an information sheet that is  06:40:48

21    filled out by them or the -- the student or the

22    parent.  That information goes back to the athletic

23    director who then puts it in a portal that would be

24    seen by the WVSSAC.

25        Q    Does that portal have a name?                06:41:03
```

Page 213

```
 1        A    It's part of the WVSSAC website where you

 2    see -- I'm not sure if you've visited that website,

 3    but there's an admin login.

 4        Q    And is -- is the information the athletic

 5    director provides not a part of WVEIS?              06:41:28

 6        A    It is not part of WVEIS.

 7        Q    And is that information used to create a

 8    roster?

 9        A    That information is used to create a roster.

10        Q    So WVEIS is not used to create a roster; is  06:41:43

11    that correct?

12             MS. DENIKER:   Object --

13             THE WITNESS:   That is correct.

14             MS. DENIKER:   -- to the form.

15    BY MS. REINHARDT:                                    06:41:51

16        Q    And if I'm understanding correctly, the

17    administrative director would list whichever gender

18    is completed by a parent or the athlete in the form

19    you noted earlier; is that correct?

20        A    That would be correct.                      06:42:10

21        Q    And does Bridgeport Middle School have any

22    policies as it relates to gender separation in

23    sports?

24        A    We don't have any policies.

25        Q    Is Bridgeport Middle School required to     06:42:32
```

Page 214

```
 1    BY MS. REINHARDT:
 2       Q   And if a -- if a student is gender
 3    nonconforming, does the school have a policy on what
 4    would be put as their gender for school sports?
 5       A   Can you repeat that again, please?          06:47:27
 6       Q   If a student is gender nonconforming -- and
 7    what I mean by that is they neither identify as just
 8    a boy or a girl -- does the school have a policy for
 9    how they're listed on a sports team's roster?
10       A   We do not.                                  06:47:43
11       Q   Does the school have a policy related to what
12    transgender students are listed as for the purposes
13    of sports teams' rosters?
14       A   We do not.
15       Q   I'm just going to make sure I have -- I've   06:47:59
16    asked all my questions on this topic.  One second.
17           Other than school policies, does WVSSAC have
18    any policies that you would follow related to
19    students' genders listed on school sports?
20           MS. GREEN:  Object to the form.             06:48:33
21           MS. DENIKER:  Object to the form.
22           THE WITNESS:  I have never seen any
23    information like that from the SSAC.
24    BY MS. REINHARDT:
25       Q   Thank you.  And I want to ask if you've ever 06:48:42
```

Page 218