# EXHIBIT 6



# 2020 RULES BOOK
## TRACK AND FIELD AND CROSS COUNTRY
NATIONAL FEDERATION OF STATE HIGH SCHOOL ASSOCIATIONS

TFRB20

**STAGGERS IN METERS**
**FOR 30-INCH LANES (INDOOR ONLY)**

| Staggers for: | 1 Turn* | 2 Turns | 3 Turns | 4 Turns |
|---|---|---|---|---|
| All lanes | 2.39 m | 4.79 m | 7.18 m | 9.57 m |

**FOR 36-INCH LANES**

| | | | | |
|---|---|---|---|---|
| All lanes | 2.87 m | 5.74 m | 8.62 m | 11.49 m |

**FOR 42-INCH LANES**

| | | | | |
|---|---|---|---|---|
| All lanes | 3.35 m | 6.70 m | 10.06 m | 13.40 m |

\* A turn is the curved portion of the track. A standard 400-meter track has two turns (curves) in one lap.

**ART. 6** . . . For races around one or more curves that are not run in lanes, a curved starting line may be used so that each competitor will run the same distance going into the first curve. The curved starting line may be established by driving a row of pins 10 feet (3 meters) apart, 12 inches (30 centimeters) from the curb. The first pin is to be 12 inches (30 centimeters) from the curb at the start. Usually seven or eight pins are sufficient.

**NOTES:**
1. If a painted line is used to mark the inside lane boundary for Lane 1, the first pin is to be 8 inches (20 centimeters) from the curb at the start. Using a steel tape 100 feet (30 meters) long or longer with the pin farthest from the start as a center, scribe an arc from the pole to the outer curb of the track. This will not be an arc of a circle as the radius will change as the tape loses contact with each successive pin.
2. It is recommended that a dashed line of the same color and curvature as the starting line(s) be painted on the track three meters behind the curved starting line(s) in order to aid in the step-up start.

The 3-meter (10-foot) distance for spacing of the pins is an arbitrary and sufficiently accurate interval. The accompanying diagram will help in properly constructing the starting line.

When using the curved starting line on the straightaway, scribe an arc with the center at the pole and with a radius of 100 feet. In this case, the curved line will be an arc of a circle since the radius is constant. For races around one or more curves where alleys are used, a curved starting line within each alley should be utilized. To accurately equate the starting line, each alley shall be measured separately using this procedure.



**Figure 2**

AB – Curved starting line
AC – Finish line
A – Juncture of straightaway and curved

*8" (20 cm) if a 2" raised curb is not used
*12" (30cm)

**ART. 7** . . . Hurdle Spacing:

**Boys Competition**

| Distance of Race | No. of Hurdles | Hurdle Height | Starting Line to First Hurdle | Between Hurdles | Last Hurdle to Finish Line |
|---|---|---|---|---|---|
| 55 m | 5 | 39 in. | 13.72 m (45 ft.) | 9.14 m (30 ft.) | 4.72 m (15 ft., 5⅜ in.) |
| 110 m | 10 | 39 in. | 13.72 m (45 ft.) | 9.14 m (30 ft.) | 14.02 m (45 ft., 10⅝ in.) |
| 300 m | 8 | 36 in. | 45 m (147 ft., 7½ in.) | 35 m (114 ft., 10 in.) | 10 m (32 ft., 9¾ in.) |

**Girls Competition**

| Distance of Race | No. of Hurdles | Hurdle Height | Starting Line to First Hurdle | Between Hurdles | Last Hurdle to Finish Line |
|---|---|---|---|---|---|
| 55 m | 5 | 33 in. | 13 m (42 ft., 8 in.) | 8.5 m (27 ft., 10¾ in.) | 8 m (26 ft., 3 in.) |
| 100 m | 10 | 33 in.* | 13 m (42 ft., 8 in.) | 8.5 m (27 ft., 10¾ in.) | 10.5 m (34 ft., 5½ in.) |
| 300 m | 8 | 30 in. | 45 m (147 ft., 7½ in.) | 35 m (114 ft., 10 in.) | 10 m (32 ft., 9¾ in.) |

**NOTE:** *State associations may adopt either the low (30-inch) or high (33-inch) height in the 100-meter hurdle race for girls, but national records are recognized only at the 33-inch height.

### SECTION 4 TRACK EQUIPMENT

The NFHS does not perform scientific tests on any specific items of equipment to determine if the equipment poses undue risks to student-athletes, coaches, officials or spectators. Such determinations are the responsibility of equipment manufacturers.

**ART. 1** . . . Starting blocks are blocks or pedals mounted on a frame to ensure a rigid surface against which the feet may be braced to start a race. Springs, hand or body supports shall not be permitted.

**ART. 2** . . . An adapter on the blocks may be used by competitors, provided it is not necessary to modify the track.

**ART. 3** . . . The relay baton shall not exceed 11.81 inches (30 centimeters) in length. Its circumference shall be at least 4 inches and no more than 5 inches (102-127 millimeters). It shall be a smooth, hollow tube, made in one piece of wood, metal or other rigid material. It shall weigh at least 1.766 ounces (50 grams). Tape shall not be used to wrap the baton.

**ART. 4** . . . The hurdle shall be constructed to fit within the track lanes, and the top bar shall have a dimension of about 2¾ inches (7 centimeters) in height. It shall be painted white or white with two or more vertical or diagonal stripes.

**ART. 5** . . . The pullover force is that force which, when applied to the top of a hurdle, will cause it to overturn.

**ART. 6** . . . The hurdle shall be of such weight and balance that it requires a steady pullover force of not less than the following weights at the specified heights as follows:

| 30 in. = 8 lb. | (3.629 kg) | 36 in. = 6 lb. | (2.722 kg) |
|---|---|---|---|
| 33 in. = 7 lb. | (3.175 kg) | 39 in. = 6 lb. | (2.722 kg) |

**ART. 22 . . .** The planting box shall not contain any foreign materials except planting box padding, which shall meet the ASTM Standards. Such padding can be incorporated into the design of the planting box or can be a padding addition to an existing planting box.

**ART. 23 . . .** No person shall be allowed to touch the vaulting pole except the pole may be caught by an assigned official, assigned pole catcher or the competitor, when circumstances warrant, but never to prevent the pole from dislodging the bar. If there is a tailwind that might cause a properly released pole to fall forward, the referee should appoint an official and authorize him/her to catch the pole after it has been properly released.

**ART. 24 . . .** After competition has started, the bar shall not be lowered, except to determine a first-place winner when a tie for that place is involved.

**ART. 25 . . .** An accurate measurement of the height of the crossbar will be taken before each record attempt. Any displaced crossbar should be placed on the standards in exactly the same position as before its displacement. To ensure this, one face should be marked for identification.

**ART. 26 . . .** Measurements shall be recorded to the nearest lesser ¼ inch or centimeter. Measurements shall be made with non-stretchable tape such as fiberglass, nylon, steel or certified scientific measurement device (laser). Measurement of the official height shall be from a point on the same level as the takeoff to the lowest point on the upper side of the crossbar.

**ART. 27 . . .** It is a foul if the competitor:
a. Displaces the crossbar from the pins on which it originally rested, with the body or the pole.
   **NOTE:** If the crossbar and/or uprights are placed incorrectly by the contest official, the trial is not recorded as a foul and the vaulter has an additional trial.
b. Leaves the ground in an attempt and fails to clear the crossbar.
   **EXCEPTION:** The competitor aborts the approach and in stopping plants the pole and momentum causes his/her feet to leave the ground.
c. During the vault, raises the hand which is uppermost when he/she leaves the ground to a higher point on the pole, or if the hand which was underneath is raised to any point on the pole above the other hand.
d. Allows any part of his/her body or the pole to touch the ground or the landing system beyond the vertical plane of the top of the stopboard, without first clearing the bar.
e. Fails to initiate a purposeful action of completing the requirements of the athletic challenge (trial) within the prescribed time period after the competitor's name is called and after the crossbar and standards have been set.
f. After clearing the crossbar, contacts an upright and displaces the crossbar.
g. Steadies the crossbar with a hand(s) or arm(s).
h. Grips the pole above the top hand-hold band.
i. Touches or catches the pole preventing it from dislodging the crossbar.

**PENALTY: An unsuccessful trial is charged.**

### SECTION 6  DISCUS THROW

**ART. 1 . . .** The discus shall be constructed so that its body is of wood or other suitable material attached to a circumscribing smooth metal or plastic rim. Metal plates shall be set flush with the sides of the wood, plastic or composition material body and in the exact center as a means of acquiring the correct weight. These metal plates shall be circular with a diameter of 2 inches (5 centimeters). Each side of the discus shall be a counterpart of the other side and there shall be no indentations, projecting points or sharp edges. Each side shall taper in a straight line from the beginning of the curve of the rim to the edge of the centrally placed metal plate. A discus constructed entirely of rubber, plastic or metal alloys is legal if it conforms with the specifications for weight, size and shape. The rim of the discus shall not be sandblasted and shall remain smooth.

**ART. 2 . . .** The discus shall meet the following specifications:

|  | Boys Competition | Girls Competition |
|---|---|---|
| Weight (minimum) | 1.6 kg. (3.527 lb.) | 1.0 kg. (2.205 lb.) |
| Diameter (minimum) | 209 mm (8.228 in.) | 180 mm (7.087 in.) |
| (maximum) | 211 mm (8.307 in.) | 182 mm (7.165 in.) |
| Diameter of Core (minimum) | 50 mm (1.968 in.) | 50 mm (1.968 in.) |
| (maximum) | 57 mm (2.244 in.) | 57 mm (2.244 in.) |
| Thickness of Center (minimum) | 40 mm (1.575 in.) | 37 mm (1.457 in.) |
| (maximum) | 42 mm (1.654 in.) | 39 mm (1.535 in.) |
| Rim thickness ¼ inch From Edge: | | |
| (minimum) | 12 mm (0.472 in.) | 12 mm (0.472 in.) |
| (maximum) | 13 mm (0.512 in.) | 13 mm (0.512 in.) |
| Radius of Edge | 6 mm (0.236 in.) | 6 mm (0.236 in.) |

**ART. 3 . . .** The throwing circle shall be level and 8 feet, 2½ inches (2.50 meters) in diameter. The circumference shall be marked with a metal, wood or plastic band which shall not rise more than ¾ inch (1.9 centimeters) above the level of the circle or, if the circle has a surface of asphalt, concrete, wood or other hard material, a painted line 2 inches (5 centimeters) wide may be substituted for the band. The inside edge of the line or band is the limit of the throwing circle.

**ART. 4 . . .** Projecting lines, 2 inches (5 centimeters) wide and 8 inches (20 centimeters) long, lying on the diameter extended and outside the circumference, shall be used to designate the back half of the throwing circle. (Figure 7)

**ART. 5 . . .** A 34.92-degree sector shall be marked on the ground and drawn from the center of the throwing circle. The inside edges of these lines shall mark the sector. **Refer to Appendix B regarding setting up the sector.**

**ART. 6 . . .** The use of a protective cage is required. For portable or permanent installation, there shall be a rear to the cage as well as sides that extend forward at least to the front of the ring. It is recommended that the cage be constructed of

heavy nylon netting or other material that will absorb the energy of the discus to prevent bounce back. **See Appendix A for options regarding dimensions of the cage.**

NOTES:
1. The ends of the cage (wing/gate pole) should be placed within 4 to 5 feet of the sector lines.
2. The discus throwing cage is designed to provide limited protection for competitors, officials and spectators in the immediate throwing area. Due to the nature of the event, it does not assure the safety of the aforementioned personnel.
3. It is recommended that all throwing areas be cordoned off, roped, fenced or flagged well outside the sector lines to minimize the risk of injury for spectators and athletes.



Figure 7



Figure 8



DISCUS/HAMMER PAD SECTION A-A

Figure 9

**ART. 7** . . . Taping of any part of the throwing hand or fingers shall not be permitted unless there is an open wound that must be protected by tape. Taping of the wrist is permissible. Gloves are not permitted; however, a support belt may be worn. No harness or mechanical device attached to the hand or arm shall be used.

**ART. 8** . . . The lines which mark the throwing sector are outside the limits of the sector. A throw shall be made from inside the circle.

**ART. 9** . . . It is a foul if the competitor:
a. Fails to initiate a purposeful action of completing the requirements of the athletic challenge of the event within one minute after the competitor's name is called.
b. After stepping into the circle, fails to pause before starting the throw.
c. After starting the attempt, touches any surface outside the circle during a throw.
d. Throws the discus so it does not fall within the sector lines.
e. Throws a discus which hits the cage and/or an object outside the sector before landing within the sector.
f. Leaves the circle before the implement has landed.
g. Does not exit the back half of the circle.

**PENALTY: The throw is not measured, but counts as a trial.**

**ART. 10** . . . The measurement shall be from the nearest edge of the first mark made by the discus to the inside edge of the throwing circle nearest such mark, measured along an extended radius of the circle.

**ART. 11** . . . Measurements shall be recorded to the nearest lesser inch or centimeter. Measurements shall be made with nonstretchable tape such as fiberglass, nylon, steel or certified scientific measurement device (laser). The judges shall hold the tape in such a way that the readings will be at the circle.

### SECTION 7 SHOT PUT

**ART. 1** . . . The shot shall be constructed so its body is a solid sphere made of any metal or suitable material not softer than brass, or a shell of such metal filled with lead or other material. The shot shall not have indentations other than a weight marking which must be manufactured in such a manner that no advantage is gained by the grip. For indoor meets only, a shot consisting of a shell of rubber or plastic with a center filled with lead pellets may be used.

**ART. 2** . . . The shot shall meet the following specifications:

|  | Boys Competition | Girls Competition |
| --- | --- | --- |
| Weight (minimum) | 5.443 kg (12 lb.) | 4.0 kg (8.818 lb.) |
| Diameter (minimum) | 98.4 mm (3.875 in.) | 95 mm (3.740 in.) |
| (maximum) | 117.5 mm (4.625 in.) | 110mm (4.331 in.) |
| Circumference (minimum) | $12\frac{1}{8}$ in. (30.91 cm) | $11\frac{3}{4}$ in. (29.84 cm) |
| (maximum) | $14\frac{1}{2}$ in. (36.91 cm) | $13\frac{3}{8}$ in. (34.56 cm) |

Wrapping the whipcord binding with tape is prohibited.

**Specifications for the alternate rubber tip used in lieu of the metal point:**

| | |
|---|---|
| Overall length of rubber tip | 35-77 millimeters |
| Diameter of front of rubber tip | 14-35 millimeters |
| Thickness at front of rubber tip | 5 millimeter minimum |

**NOTE:** When a rubber tip is used, the metal point shall end in a slightly rounded button-shape or other feature onto which the rubber tip shall be attached. The tip should be made of rubber or an equivalent soft plastic.

**ART. 2 . . .** The javelin shall meet all IAAF specifications. The most important specifications are outlined below:

| | Boys Competition | Girls Competition |
|---|---|---|
| Weight (minimum) | 800 g (1.764 lb.) | 600 g (1.323 lb.) |
| Overall Length | | |
| (minimum) | 260 cm (8 ft. $6^{3}/_{8}$ in.) | 220 cm (7 ft. $2^{5}/_{8}$ in.) |
| (maximum) | 270 cm (8 ft. $10^{5}/_{16}$ in.) | 230 cm (7 ft. $6^{9}/_{16}$ in.) |
| Length of metal head | | |
| (minimum) | 25 cm (9.842 in.) | 25 cm (9.842 in.) |
| (maximum) | 33 cm (12.992 in.) | 33 cm (12.992 in.) |
| Distance from tip of metal head to center of gravity | | |
| (minimum) | 90 cm (2 ft. $11^{7}/_{16}$ in.) | 80 cm (2 ft. $7^{1}/_{2}$ in.) |
| (maximum) | 106 cm (3 ft. 5 $^{3}/_{4}$ in.) | 92 cm (3 ft. $^{1}/_{4}$ in.) |
| Diameter of shaft at thickest point, front of grip | | |
| (minimum) | 25 mm (0.984 in.) | 20 mm (0.787 in.) |
| (maximum) | 30 mm (1.181 in.) | 25 mm (0.984 in.) |
| | Boys Competition | Girls Competition |
| Diameter of tail midpoint | | |
| (minimum) | No less than 90% of diameter of front of grip | No less than 90% of diameter of front of grip |
| Diameter of front midpoint | | |
| (maximum) | No greater than 90% of diameter of front of grip | No greater than 90% of diameter of front of grip |
| Width of cord grip | | |
| (minimum) | 15 cm (5.906 in.) | 14 cm (5.512 in.) |
| (maximum) | 16 cm (6.299 in.) | 15 cm (5.906 in.) |

**ART. 3 . . .** The runway for the throw should have a minimum length of 120 feet (36.5 meters) and shall be marked by two parallel lines, 13 feet, 1½ inches (4 meters) apart and terminated by a foul-line arc with a radius of 26 feet, 3 inches (8 meters) as shown on Figures 13 and 14. The foul-line arc shall be marked with white marking material or a white metal, plastic or wood band 2¾ inches (7 cm) in width. If using a band, the top surface shall be level with the throwing surface.

The line or band shall be in the throwing sector with the edge toward the runway coinciding with the foul-line arc. A line 2¾ inches (7 cm) in width and 2 feet, 5½ inches (75 cm) in length shall be placed or painted on each side of the runway perpendicular to the side boundaries at the intersection of the foul-line arc and the inside of the side boundary lines. The athlete must exit behind the intersection of the arc and the foul line. (Figures 13 and 14)

**ART. 4 . . .** The throwing sector into which the javelin must fall is that area defined by extending radii through the two intersections of the arc with the runway lines and a point midway between the runway lines and 26 feet, 3 inches (8 meters) from the foul line. (Figure 13)

**ART. 5 . . .** The foul line is the hairline which is used to mark the limit of a competitor's run during a trial. (Figure 13)



**Figure 13**
Javelin Run-up Lane



**Figure 14**
Javelin Runway

**ART. 6 . . .** Taping of any part of the throwing hand or fingers shall not be permitted unless there is an open wound that must be protected by tape. Taping of the wrist is permissible. Gloves are not permitted; however, a support belt may be worn.

e. In the process of landing or leaving the pit, touches the ground outside the landing area nearer the foul line than the nearest mark made in the landing pit.
f. Fails to initiate the purposeful action of completing the requirements of the athletic challenge (jump/trial) of the event within one minute (or prescribed time limit) after the competitor's name is called. (6-2-2 Table)

**PENALTY:** An unsuccessful trial is charged but not measured.

**ART. 9 . . .** Each legal jump shall be measured perpendicularly to the foul line or its extension and from that point in the pit touched by the person or apparel of the jumper which is nearest the foul line or its extension.

**ART. 10 . . .** The judges shall hold the tape in such a way that the readings will be at the takeoff board.

**ART. 11 . . .** Measurements shall be recorded to the nearest lesser ¼ inch or centimeter. Measurements may be made with non-stretchable tape such as fiberglass, nylon, steel or certified scientific measurement device (laser). Other scientific measuring devices may be used if approved by the games committee.

# Rule 7  Special Events

## SECTION 1  DECATHLON, PENTATHLON, HEPTATHLON

**NOTE:** The standard scoring for special events should be a point scale established by IAAF unless state association determines otherwise.

**ART. 1 . . .** The boys decathlon shall consist of 10 events which shall be held on two consecutive days in the following order, unless state association rules apply:

| First day | Second day |
|---|---|
| 100-meter Dash | 110-meter HH |
| Long Jump | Discus Throw |
| Shot Put | Pole Vault |
| High Jump | Triple Jump or Javelin Throw |
| 400-meter Dash | 1600- or 1500-meter Run |

**NOTE:** Scoring table for the 1600-meter run is located at www.nfhs.org, Track and Field.

**ART. 2 . . .** The pentathlon shall consist of five events which shall be held in the following order, unless state association rules apply:

| Boys | Girls |
|---|---|
| Long Jump | 100-meter HH |
| High Jump | High Jump |
| 200-meter Dash | Shot Put |
| Discus Throw | Long Jump |
| 1600- or 1500-meter Run | 800-meter Run |

**NOTE:** Scoring table for the 1600-meter run is located at www.nfhs.org, Track and Field.

**ART. 3 . . .** The girls heptathlon shall consist of seven events which will be held on two consecutive days in the following order, unless state association rules apply:

| First Day | Second Day |
|---|---|
| 100-meter HH | Long Jump |
| High Jump | Javelin Throw* |
| Shot Put | 800-meter Run |
| 200-meter Dash | |

*Some state associations substitute the discus throw for the javelin throw.

## SECTION 2  SPECIAL EVENTS

**ART. 1 . . .** The following may be included in the order of events and shall be conducted under USATF youth event rules unless state association policy determines otherwise (www.usatf.org/about/competition-rules.aspx):
a. Shuttle relays
b. Specialty relays
c. Steeplechase
d. Hammer throw
e. Race walking
f. Indoor weight throw (using legal weight throw cage)

# Rule 8  Cross Country

**NOTE:** All uniform rules are now in Rule 4-3.

## SECTION 1  COURSE

**ART. 1 . . .** The cross country course shall be 2,500 to 5,000 meters (1.5 to 3.1 miles) in length as determined by the meet director or games committee. Measurement shall be along the shortest possible route a runner may take on the prescribed course. The course shall be clearly marked using one or more of the following methods:
a. A single wide line or boundary lines, both inside and outside, marked with a material which is not injurious to the eyes or skin;
b. The use of natural or artificial boundary markers; or
c. Signposts with large directional arrows wherever the course turns, or flags about 1 foot square and mounted on stakes which hold them 6 feet or more above the ground.

**NOTE:** If a single wide line is used, it may or may not mark the shortest possible route that a runner may take.