# Exhibit 7

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     CHARLESTON DIVISION
    _____
 4  B.P.J. by her next friend and)
 5  mother, HEATHER JACKSON,      )
 6            Plaintiff,          )
       vs.                       ) Case No.
 7  WEST VIRGINIA STATE BOARD OF ) 2:21-cv-00316
 8  EDUCATION, HARRISON COUNTY    )
    BOARD OF EDUCATION, WEST      )
 9  VIRGINIA SECONDARY SCHOOL     )
10  ACTIVITIES COMMISSION, W.     )
    CLAYTON BURCH in his official)
11  capacity as State            )
12  Superintendent, DORA STUTLER,)
    in her official capacity as  )
13  Harrison County              )
14  Superintendent, and THE STATE)
15  OF WEST VIRGINIA,            )
16            Defendants.         )
            And                  )
17  LAINEY ARMISTEAD,            )
18        Defendant-Intervenor.)
    _____)
19            REMOTE VIDEOTAPED DEPOSITION OF
20                    DORA STUTLER
                         AND
21                    DAVE MAZZA
               Tuesday, March 8, 2022
22                    Volume I
    Reported by:
23  ALEXIS KAGAY, CSR No. 13795
24  Job No. 5079542
25  PAGES 1 - 240

                                        Page 1
```

```
1              IN THE UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
3                     CHARLESTON DIVISION
   _____
4  B.P.J. by her next friend and)
5  mother, HEATHER JACKSON,      )
6           Plaintiff,           )
      vs.                        ) Case No.
7  WEST VIRGINIA STATE BOARD OF ) 2:21-cv-00316
8  EDUCATION, HARRISON COUNTY    )
9  BOARD OF EDUCATION, WEST      )
   VIRGINIA SECONDARY SCHOOL     )
10 ACTIVITIES COMMISSION, W.     )
11 CLAYTON BURCH in his official )
12 capacity as State             )
   Superintendent, DORA STUTLER,)
13 in her official capacity as   )
14 Harrison County               )
   Superintendent, and THE STATE)
15 OF WEST VIRGINIA,             )
16           Defendants.         )
          And                    )
17 LAINEY ARMISTEAD,             )
18        Defendant-Intervenor.  )
   _____)
19
20       Videotaped deposition of DORA STUTLER and DAVE
21 MAZZA, Volume I, taken on behalf of the Plaintiff,
22 B.P.J., with all participants appearing remotely
23 beginning at 12:32 p.m. and ending at 7:18 p.m. on
24 Tuesday, March 8, 2022, before ALEXIS KAGAY, Certified
25 Shorthand Reporter No. 13795.
```

Page 2

```
1    APPEARANCES (via Zoom Videoconference):

2

3   For West Virginia Secondary School Activities

4   Commission:

5       SHUMAN MCCUSKEY & SLICER

6       BY:  ROBERTA GREEN

7       Attorney at Law

8       1411 Virginia Street E

9       Suite 200

10      Charleston, West Virginia 25301-3088

11      RGreen@Shumanlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                      Page 3
```

```
 1   APPEARANCES (Continued):

 2

 3   For The Plaintiff, B.P.J.:

 4      COOLEY

 5      BY:  ELIZABETH REINHARDT

 6      BY:  VALERIA M. PELET DEL TORO

 7      BY:  KATHLEEN HARTNETT

 8      BY:  ZOE HELSTROM

 9      BY:  ANDREW BARR

10      Attorneys at Law

11      500 Boylston Street

12      14th Floor

13      Boston, Massachusetts 02116-3740

14      617.937.2305

15      EReinhardt@cooley.com

16      VPeletdeltoro@cooley.com

17      Khartnett@cooley.com

18      ZHelstrom@cooley.com

19

20

21

22

23

24

25
```

Page  4

```
 1   APPEARANCES (Continued):

 2

 3   For West Virginia Board of Education and Superintendent

 4   Burch, Heather Hutchens as general counsel for the

 5   State Department of Education:

 6       BAILEY & WYANT, PLLC

 7       BY:  KRISTEN HAMMOND

 8       BY:  KELLY MORGAN

 9       Attorneys at Law

10       500 Virginia Street

11       Suite 600

12       Charleston, West Virginia 25301

13       KHammon@Baileywyant.com

14

15

16

17

18

19

20

21

22

23

24

25
```

<div align="right">Page 5</div>

```
 1    APPEARANCES (Continued):

 2

 3    For the Intervenor:

 4       ALLIANCE DEFENDING FREEDOM

 5       BY:  HAL FRAMPTON

 6       BY:  RACHEL CSUTOROS

 7       BY:  TIMOTHY DUCAR

 8       BY:  CHRISTIANA HOLCOMB

 9       Attorneys at Law

10       20116 Ashbrook Place

11       Suite 250

12       Ashburn, Virginia 20147

13       HFrampton@adflegal.org

14       RCsutoros@adflegal.org

15       TDucar@adflegal.org

16

17

18    For the State of West Virginia:

19       WEST VIRGINIA ATTORNEY GENERAL

20       BY:  DAVID TRYON

21       Attorney at Law

22       112 California Avenue

23       Charleston West Virginia 25305-0220

24       681.313.4570

25       David.C.Tryon@wvago.gov
```

Page 6

```
 1    APPEARANCES (Continued):

 2

 3    For defendants Harrison County Board of Education and

 4    Superintendent Dora Stutler:

 5        STEPTOE & JOHNSON PLLC

 6        BY:  SUSAN L. DENIKER

 7        BY:  JEFFREY CROPP

 8        Attorney at Law

 9        400 White Oaks Boulevard

10        Bridgeport, West Virginia 26330

11        304.933.8154

12        Susan.Deniker@Steptoe-Johnson.com

13

14    For Plaintiff:

15        LAMBDA LEGAL

16        BY:  SRUTI SWAMINATHAN

17        Attorney at Law

18        120 Wall Street

19        Floor 19

20        New York, New York 10005-3919

21        SSwaminathan@lambdalegal.org

22

23    Also Present:

24        MITCH REISBORD - CONCIERGE

25        HEATHER HUTCHENS
```

                                                    Page  7

1   APPEARANCES (Continued):

2   Videographer:

3       DAVE HALVORSON

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

```
 1                         INDEX

 2    WITNESS                              EXAMINATION

 3    DORA STUTLER                              15

 4    DAVE MAZZA                               197

 5    Volume I

 6

 7                   BY MS. REINHARDT            15

 8                   BY MS. GREEN              150

 9                   BY MS. MORGAN             153

10                   BY MR. TRYON             155

11                   BY MR. FRAMPTON          166

12                   BY MS. REINHARDT         187

13                   BY MS. DENIKER           189

14                   BY MR. FRAMPTON          193

15                   BY MS. REINHARDT         197

16                   BY MS. GREEN             223

17                   BY MR. TRYON             225

18                   BY MS. DENIKER           235

19

20

21                       EXHIBITS

22    NUMBER             DESCRIPTION          PAGE

23    Exhibit 24   Plaintiff's Amended Notice of     21

24                 30(b)(6) Deposition

25
```

Page 9

1                          Plaintiff's Amended Notice of       203
2                          30(b)(6) Deposition
3
4      Exhibit 25    E-mail Chain                              63
5
6      Exhibit 26    E-mail Chain                              84
7
8      Exhibit 27    E-mail Chain                              97
9
10     Exhibit 28    Defendants Harrison County Board         101
11                   of Education and Dora Stutler's
12                   Answers to Plaintiff's Second Set
13                   of Interrogatories to Defendant's
14                   Harrison County Board of
15                   Education and Dora Stutler
16
17     Exhibit 29    Handwritten Copy                         130
18
19     Exhibit 30    E-mail Chain                             135
20
21     Exhibit 31    E-mail Chain                             137
22
23     Exhibit 32    E-mail Chain                             139
24
25     Exhibit 33    E-mail Chain                             169

Veritext Legal Solutions
866 299-5127

1

2    Exhibit 34    Excel Spreadsheet                         171

3

4    Exhibit 35    Intervenor Exhibit                        172

5

6    Exhibit 36    Intervenor Exhibit, E-mail Chain   174

7

8    Exhibit 37    Excel Spreadsheet                         177

9

10   Exhibit 38    Intervenor Exhibit, WVSAC                 179

11                 Eligibility Certificate

12

13   Exhibit 39    E-mail Chain                              180

14

15   Exhibit 40    Intervenor Exhibit                        183

16

17   Exhibit 41    Stipulation of Uncontested Facts   188

18

19   Exhibit 42    Regional Principals' Meeting              207

20

21

22

23

24

25

1                    PREVIOUSLY MARKED EXHIBITS

2       NUMBER                                      PAGE

3       Exhibit WV-17                                110

4       Exhibit WV-18                                134

5       Exhibit WV-19                                118

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1                    Tuesday, March 8, 2022

 2                         12:33 p.m.

 3

 4          THE VIDEOGRAPHER:  Okay.  Good afternoon.

 5          We are on the record at 12:33 p.m. on            12:32:54

 6   March 8th, 2022.  This is media unit 1 in the

 7   video-recorded deposition of Dora Stutler in the

 8   matter of B.P.J. by Heather Jackson versus the West

 9   Virginia State Board of Education, et al.  It's

10   filed in the U.S. District Court for the Southern     12:33:16

11   District of West Virginia, in the Charleston

12   Division.  The case number is 2:21-cv-00316.

13          This deposition is being held virtually.

14          My name is Dave Halvorson.  I'm the

15   videographer here from Veritext.  And I'm here with   12:33:37

16   the court reporter, Alexis Kagay, also from

17   Veritext.

18          Counsel, can you please all identify

19   yourselves so the witness can be sworn in.

20          MS. REINHARDT:  Good afternoon.  This is       12:33:47

21   Elizabeth Reinhardt.  I'm in the room with

22   Andrew Barr from Cooley, LLP, and we're here on

23   behalf of the plaintiff, B.P.J.

24          MS. HARTNETT:  Hi.  This is Kathleen Hartnett

25   from Cooley, also on behalf of Plaintiff, B.P.J.      12:34:02
```

Page 13

```
 1          MS. PELET DEL TORO:  Hi.  This is Valeria
 2     Pelet del Toro, also on behalf of Plaintiff, for
 3     Cooley, LLP.
 4          MS. HELSTROM:  Hi.  This is Zoe Helstrom from
 5     Cooley, LLP, on behalf of Plaintiff.              12:34:11
 6          MR. TRYON:  This is David Tryon.  I'm -- I'm
 7     with the Attorney General's Office of West Virginia
 8     on behalf of the State of West Virginia.
 9          MS. MORGAN:  This is Kelly Morgan on behalf
10     of the West Virginia Board of Education and       12:34:39
11     Superintendent Burch, along with Heather Hutchens as
12     general counsel for the State Department of
13     Education.
14          MS. DENIKER:  Good afternoon.  This is Susan
15     Deniker, and with me is Jeff Cropp.  We are counsel 12:34:51
16     for defendants Harrison County Board of Education
17     and Superintendent Dora Stutler.
18          MS. GREEN:  This is Roberta Green, Shuman,
19     McCuskey Slicer, here on behalf of West Virginia
20     Secondary School Activities Commission.          12:34:57
21          MS. MORGAN:  This is Kelly Morgan again.  I
22     also have Kristen Hammond from my office as well.
23          MR. FRAMPTON:  This is Hal Frampton at
24     Alliance Defending Freedom on behalf of the
25     Intervenor.  And we also have on the call, for the 12:35:19
```

Page 14

1   Intervenor, Timothy Ducar, Christiana Holcomb and

2   Rachel Csutoros.

3        THE VIDEOGRAPHER:  And I believe somebody

4   just logged in.

5        MS. SWAMINATHAN:  Hi there.  This is     12:35:35

6   Sruti Swaminathan from Lambda Legal on behalf of

7   Plaintiff.

8        THE VIDEOGRAPHER:  Okay.  I believe that's

9   everyone, so can we please swear in the witness.

10       (Witness sworn.)             12:35:50

11        THE VIDEOGRAPHER:  Please begin.

12        MS. REINHARDT:  For the sake of the record,

13   we were just off record, and we agreed that

14   objections to form would -- would reserve all

15   rights, except as to privilege.          12:36:22

16

17                 DORA STUTLER,

18   having been administered an oath, was examined and

19   testified as follows:

20

21                EXAMINATION

22   BY MS. REINHARDT:

23     Q   How are you this afternoon, Mrs. Stutler?

24     A   I'm just fine.  How are you?

25     Q   I'm doing well.               12:36:32

Page 15

```
 1            And can you please let me know your current

 2    title?

 3       A    I'm currently the superintendent of Harrison

 4    County schools.

 5       Q    Great.  Is it okay if I refer to you as        12:36:42

 6    Superintendent Stutler for the remaining of the

 7    deposition?

 8       A    Sure.

 9       Q    Wonderful.  And have you ever been deposed

10    before?                                              12:36:51

11       A    I have not.

12       Q    Have you ever testified in a court before?

13       A    I have not.

14       Q    And I just want to go over a couple of ground

15    rules so that you aren't surprised by anything today  12:37:05

16    and to establish a clean record for the court

17    reporter.

18            I'll be asking you questions, and you must

19    answer, unless your attorney tells you otherwise.

20            Do you understand?                            12:37:19

21       A    Yes.

22       Q    So even if your attorney objects, if they do

23    not tell you not to answer, you should still answer

24    my question.

25            Understood?                                   12:37:30
```

Page 16

```
 1        A    Yes.

 2        Q    And, unfortunately, the court reporter will

 3    not be able to transcribe any gestures, such as

 4    nodding, so we'll need to speak verbally.

 5             Is that okay with you?                        12:37:41

 6        A    Yes.

 7        Q    Wonderful.  Thank you.

 8             And I will try to take a break every hour,

 9    and we'll take a somewhat longer break, around

10    12:00, Mountain Time, or -- but if I'm in the middle  12:37:52

11    of a question and you need to take a break, please

12    let me finish my question or a series of questions

13    in order to get your answer before we take the

14    break, if that's okay with you.

15        A    Sure.                                         12:38:06

16        Q    Wonderful.  And do you understand that you're

17    testifying under oath today just as if you were

18    testifying in a court of law?

19        A    I do.

20        Q    And without disclosing any communications you 12:38:18

21    had with your counsel, what did you do to prepare

22    for today's deposition?

23        A    Met with counsel.

24        Q    How long ago did you meet with your counsel?

25        A    Yesterday.  We spent a day.                   12:38:34
```

Page 17

1          MS. DENIKER:  You don't need to -- I'm just

2     going to -- just to clarify for the witness, the

3     substance of our communications is protected here,

4     so you don't need to talk about what we talked

5     about.                                        12:38:48

6          To the extent that you talked to other people

7     to prepare for your deposition today, you can also

8     disclose that.

9          THE WITNESS:  When we spoke -- we spoke with

10    witnesses yesterday.                          12:39:02

11    BY MS. REINHARDT:

12        Q    Which witnesses did you speak with?

13        A    We spoke with -- I spoke with Tarra Shields,

14    principal at Norwood Elementary; Jasmine Lowther.

15    She's a fourth grade teacher at Norwood Elementary.  12:39:12

16    Dave Mazza was in the room during the preparation.

17    He's a principal at Bridgeport Middle School.  And

18    spoke with Natalie McBrayer, an assistant -- she's a

19    volunteer coach for the cross-country team at

20    Bridgeport Middle School.                     12:39:37

21        Q    Did you review any documents during that

22    meeting?

23        A    I did.

24         I also am remembering Amber Davis.  She's the

25    current counselor at Norwood Elementary School.  I   12:39:52

                                                   Page 18

```
 1    had a conversation with her as well.

 2        Q    And which documents did you review?

 3        A    We looked at the transgender support plans

 4    that were created at Norwood and at Bridgeport

 5    Middle.  We looked at rostering information from      12:40:10

 6    cross-country that was submitted to the SSAC.  We

 7    looked at the statute in question.  We looked at

 8    some articles that were on West Virginia News and

 9    other news organizations.

10        It was a lot of material.                         12:40:36

11        Q    I understand.  I understand.  I appreciate

12    you listing those.

13        Were all of those documents provided to you

14    by your attorney?

15        A    Yes.                                         12:40:47

16        Q    And did you bring any document to that

17    meeting that were not provided by your attorney?

18        A    I did not.

19        Q    And do you have any documents with you today?

20        A    I do not.                                    12:41:03

21        Q    Is there anything that would prevent you from

22    answering my questions truthfully today?

23        A    No.

24        Q    Did you discuss the case with anyone other

25    than the folks you listed at the meeting yesterday    12:41:14
```

Veritext Legal Solutions
866 299-5127

```
 1    and your attorneys?

 2       A   No.

 3       Q   Were you asked to provide any documents to

 4    anyone in preparation for this deposition?

 5       A   No.                                        12:41:29

 6       Q   B.P.J. filed a lawsuit against the County

 7    Board of Education; correct?

 8       A   Yes.

 9       Q   You're here today in connection to that

10    lawsuit; correct?                                 12:41:42

11       A   Yes.

12       Q   Wonderful.  And now I'm just going to ask a

13    few foundational questions, just in order to get my

14    bearings and so that you can see kind of where I'm

15    planning on going today.                          12:41:54

16          So do you understand that you're here in

17    response to a 30(b)(6) Deposition Notice?

18       A   Yes.

19       Q   Do you know what a 30(b)(6) Deposition Notice

20    is?                                               12:42:06

21       A   Yes.

22       Q   Did you review the 30(b)(6) Deposition

23    Notice?

24       A   I did.

25       Q   If you could go into the "Marked Exhibits"   12:42:16
```

Page 20

1    folder, I'm going to introduce to you a document

2    that's been marked as Exhibit 24.  Please let me

3    know when you have it.

4           (Exhibit 24 was marked for identification

5        by the court reporter and is attached hereto.)  12:42:27

6           THE WITNESS:  It's there.  I have that.

7    BY MS. REINHARDT:

8      Q   Is this -- I'll let you flip through it for a

9    moment, if you would like to, but my question is, is

10   this the document that you reviewed yesterday?        12:42:43

11     A   Yes.

12     Q   Have you prepared to testify regarding the

13   topics listed on the 30(b)(6) notice?

14     A   Yes.

15     Q   Do you understand --                            12:42:59

16          MS. DENIKER:  Excuse me, Ms. Reinhardt, just

17   to -- just to clarify, we had a discussion off the

18   record, Ms. Stutler will be testifying with regard

19   to topics except those topics the plaintiff has

20   agreed to withdraw, which were topics 3, 6, 9, 12     12:43:16

21   and 15.  And she also will not be testifying with

22   regard to topics 10 and 11, as another witness will

23   be testifying on those topics.

24          MS. REINHARDT:  Understood.  Thank you for

25   putting that on the record.                           12:43:36

                                                    Page 21

```
 1    BY MS. REINHARDT:

 2        Q    I'll only be asking you about the topics your

 3    attorney has just confirmed, but I'd like to go

 4    through them now to make sure that you understand

 5    each of these topics, if that's okay with you, Mrs.    12:43:46

 6    Stutler.

 7        A    Yes.

 8        Q    Wonderful.  So let's look at topic 1.

 9             Do you understand this topic?

10        A    I do.                                          12:44:03

11        Q    Did you review any documents related to this

12    topic?

13        A    We had a discussion about --

14             MS. DENIKER:  I'm going to -- so, again, I'm

15    going to instruct you not to answer and provide any    12:44:11

16    information about communications you had with

17    counsel about --

18             THE WITNESS:  Okay.

19             MS. DENIKER:  -- this matter.

20    BY MS. REINHARDT:                                       12:44:24

21        Q    As I understand it, you reviewed several

22    documents yesterday with your counsel, as well as a

23    few other folks related to this case.

24             Were there any documents or conversations not

25    with your counsel that helped you prepare for this     12:44:34
```

Page 22

```
 1    topic?

 2        A    No.

 3        Q    And do you understand topic 2?

 4        A    I do.

 5        Q    Without disclosing any conversations you had    12:44:49

 6    with your attorney, did you review any documents

 7    pertaining to topic 2?

 8        A    I did.

 9        Q    And do -- which documents were those?

10        A    It was any policies that we would have had    12:45:03

11    regarding the authority of school-sponsored

12    athletics.  We looked at that.  We also looked at

13    SSAC rules.

14        Q    How about topic 4, do you understand that

15    topic?                                                  12:45:26

16        A    Yes.

17        Q    And did you review any documents pertaining

18    to that topic?

19        A    I did.  I reviewed documents pertaining to

20    gender support plans dating back to 2019.              12:45:46

21        Q    And topic 5, do you understand that topic?

22        A    I do.  It was the same -- the same documents

23    for the gender support plans.

24        Q    And for topics 7 and 8, did you review those

25    topics?                                                12:46:11
```

Page 23

```
 1      A    Yes.

 2      Q    Do you understand them?

 3      A    I do.

 4      Q    And did you review any documents you have not

 5   already listed relating to those topics?              12:46:27

 6      A    We have no documents specific to that topic.

 7      Q    Both topic 7 and topic 8; is that correct?

 8      A    Yeah, at Harrison County schools, we have no

 9   documents specific to that topic.

10      Q    Thank you.  And we're almost done.  I'm going   12:46:56

11   to ask you about topics 13 and 14.

12           Do you understand what those topics say?

13      A    Yes.

14      Q    And did you review any documents pertaining

15   to those topics?                                        12:47:11

16      A    The statute, the House Bill 3293.

17      Q    Did you review your discovery responses

18   listed under topic 14?

19      A    I did.

20      Q    Thank you.  Throughout the deposition, if I     12:47:34

21   use a term that you're unfamiliar with, please let

22   me know.  Just so you're aware, there may be a few

23   terms that I'd like to define now, and there may

24   also be a few terms as we go that I will ask if it's

25   okay if I use the abbreviated version.                  12:47:50
```

Page 24

```
 1           If it's okay with you, do you mind if I go
 2      over two terms now?
 3        A   No, please do.  Thank you.
 4        Q   No, thank you.
 5           So I'm going to use the word "transgender."    12:48:00
 6      When I use the term "transgender," I'm referring to
 7      someone whose gender identity does not match the sex
 8      they were assigned at birth.
 9           So, for example, if someone was assigned male
10      at birth, but they identify as female, that person    12:48:14
11      would be a transgender girl or woman.
12           Do you understand my reference of
13      transgender?
14           MR. TRYON:  Objection to form.
15           David Tryon.                                      12:48:28
16           THE WITNESS:  Yes.
17      BY MS. REINHARDT:
18        Q   I'll also be using the word "cisgender."
19      When I use the word "cisgender," I am referring to
20      someone whose gender identity matches the sex they    12:48:44
21      were assigned at birth.
22           So as an example, if someone was assigned
23      male at birth and they also identify as male, that
24      person is a cisgender boy or male.
25           Do you understand my reference to cisgender?    12:48:54
```

Page 25

```
 1              MR. TRYON:  Same objection.

 2              This is David Tryon.

 3              THE WITNESS:  Yes.

 4    BY MS. REINHARDT:

 5       Q   Thank you.  And when I refer to the County    12:49:06

 6    Board of Education, is it okay with you if I just

 7    say "county board"?

 8       A   Yeah, that's fine.

 9       Q   Wonderful.  And unless I state otherwise,

10    when I use the word "you," I'm referring to the     12:49:21

11    county board, not you as an individual.

12              Understood?

13       A   Yes.

14       Q   Are you aware of any issues under the -- are

15    you aware of any issues underlining this lawsuit?    12:49:31

16              MS. DENIKER:  Objection to the form.

17              If you do not understand, you can -- you can

18    advise her that you do not understand.

19              THE WITNESS:  I am -- I do not understand

20    that, those terms.                                   12:49:50

21    BY MS. REINHARDT:

22       Q   Thank you.  And as I said, as I continue to

23    go along, if there's something that you don't

24    understand, please let me know.  Otherwise, if you

25    answer, I'll assume that you do understand.          12:49:58
```

Page 26

```
1              So I'll put it slightly differently.

2              Does the county board have a position

3    regarding the validity of the underlying lawsuit?

4              MS. DENIKER:  Objection to the form of the

5    question.                                          12:50:13

6              It also calls for a legal conclusion.

7              THE WITNESS:  I can't comment.  I have no

8    comment on that.

9    BY MS. REINHARDT:

10     Q   No problem.  I am now going to ask you a      12:50:28

11   series of questions as you, Superintendent Dora

12   Stutler.  So for the purpose of the next following

13   questions, when I use the term "you," I do mean you,

14   Superintendent Stutler, and this is just for

15   background purposes.                               12:50:43

16             Do you understand?

17     A   Yes.

18     Q   Can you please let me know what your

19   education level is?

20     A   I have a Master's in educational leadership.  12:50:50

21     Q   And did you receive that Master's after

22   obtaining your Bachelor's degree?

23     A   I did.

24     Q   And what was your Bachelor's degree in?

25     A   Elementary education.                         12:51:02
```

                                                    Page 27

```
 1        Q    Was that a four-year program?

 2        A    It was.

 3        Q    And how long was your Master's program?

 4        A    I did it quickly.  It was a

 5   two-and-a-half-year program.                        12:51:19

 6             I also have a Master's in special education.

 7        Q    And how long did it take for you to obtain

 8   your Master's in special education?

 9        A    I worked on them concurrently, so -- it's

10   been a long time ago.  Two and a half -- two and a    12:51:38

11   half years.

12        Q    Understood.  And did you obtain those

13   Master's degree immediately after obtaining your

14   Bachelor's?

15        A    I did not.                                  12:51:50

16        Q    What did you do in between your Bachelor's

17   and your Master's?

18        A    Substitute taught.  And then I actually

19   stayed home with my children for six years, worked

20   on my Master's at that time and then immediately     12:52:06

21   went back into the field.

22        Q    When you were teaching during this time, was

23   it in Harrison County?

24        A    I was a substitute in Harrison and Taylor

25   County, which is an adjoining county.                12:52:23
```

Page 28

```
 1        Q    Thank you.  Where do you currently work?

 2        A    Harrison County schools.

 3        Q    How long have you worked for the Harrison

 4   County schools?

 5        A    24 years as a regular employee.  I had seven    12:52:36

 6   years as a substitute employee.

 7        Q    And when you say "regular employee," what do

 8   you mean by that?

 9        A    It means regular employee with full benefits,

10   hired, not in a substitute capacity, regular             12:52:52

11   schedule.

12        Q    Understood.  And when you say "Harrison

13   County schools," is that the County Board of

14   Education, or are you referring to a broader

15   umbrella term?                                           12:53:06

16        A    No.  It's Harrison county schools.

17        Q    Wonderful.  And what's your current role?

18        A    Superintendent.

19        Q    Do you report to anyone?

20        A    I do.  I have four -- five elected board       12:53:18

21   members.

22        Q    Who are those elected board members?

23        A    Frank Devono, Junior.  He's my -- he's a

24   vice president.  Gary Hamrick is the president of

25   the board.  Michael Daugherty, member.                  12:53:38
```

Page 29

```
 1    Kristin Messenger, member.  And Doug Hogue, member.

 2        Q    How are these members selected?

 3        A    They are elected for four-year terms.

 4        Q    What do the county board members do?

 5        A    They oversee the -- I oversee day-to-day      12:54:00

 6    operations.  They're there overseeing what I do and

 7    the County.

 8        Q    And what are your day-to-day

 9    responsibilities?

10        A    Operations of the schools every day, my       12:54:17

11    county office, everything from personnel -- I have

12    several divisions that report to me.  We're a large

13    organization.  We have 1500 employees, close to

14    10,000 students.  And ultimately, they report to me.

15        Q    And the -- Bridgeport Middle School falls     12:54:49

16    under your jurisdiction?

17        A    Yes.

18        Q    What is your role as it relates to Bridgeport

19    Middle School?

20        A    I'm their supervisor.  I have 26              12:54:58

21    administrators, full-time administrators, that

22    report to an administrative assistant over the

23    schools, and that administrative assistant reports

24    to me.  But ultimately, the schools are my

25    responsibility.                                        12:55:19
```

<div align="right">Page 30</div>

```
 1        Q    How often does the administrative assistant

 2   report to you?

 3        A    Daily.

 4        Q    And how is it reported to you?

 5        A    We do an official Monday meeting.  We meet as    12:55:30

 6   a group every -- at least once a week.  And

 7   throughout the day, my supervisors are reporting to

 8   me or contacting me.

 9        Q    You said you meet as a group on Mondays.

10             Who attends that meeting?  Who is this group?   12:55:52

11        A    My department heads.

12        Q    How many department heads are there?

13        A    I have ten.

14        Q    And if you wouldn't mind, can you please list

15   those departments.                                        12:56:05

16        A    Sure.  I have an administrative assistant

17   over secondary education.  I have an administrative

18   assistant over elementary education.  I have a -- an

19   assistant superintendent over facilities and

20   transportation.  I have a supervisor over special        12:56:21

21   education, a supervisor over federal programs, a

22   chief financial officer, a supervisor over

23   technology.

24             And then we kind of drop down.  They still

25   come to these meetings.  They -- I go down to a          12:56:42
```

Page 31

```
 1    director of student support and safety and a

 2    director of school attendance.

 3       Q   Is your role similar as it pertains to

 4    Norwood Elementary School?

 5       A   I -- yes.  I mean, I would oversee          12:56:57

 6    Norwood Elementary School.

 7       Q   And those --

 8       A   I was -- I was the principal there for a lot

 9    of years, so...

10       Q   Understood.  And do those same ten department   12:57:20

11    heads also report to you as it pertains to

12    Norwood Elementary School?

13       A   Yes.

14       Q   And you mentioned you were the principal of

15    Norwood Elementary School.                         12:57:32

16           When were you principal?

17       A   2009 till 2018.

18       Q   And what did you do starting in 2018?

19           MS. MORGAN:  Can I stop you guys for a

20    second?                                            12:57:55

21           I just got a message from Dave Tryon that his

22    computer crashed.

23           Can you hold a moment so he can get back on?

24           MS. REINHARDT:  No problem.  Let's go off the

25    record while we wait.                              12:58:01
```

Page 32

```
 1              THE VIDEOGRAPHER:  All right.

 2              MR. TRYON:  Yeah, I -- I just got back.

 3              THE VIDEOGRAPHER:  Oh.

 4              MR. TRYON:  It crashed right as you were

 5     talking about education and the Master's degree and    12:58:07

 6     Bachelor's degrees (sic), so that's -- just for the

 7     record, that's when my computer crashed, and I got

 8     back on as fast as I could.

 9              So we can go on.  Thank you.

10              This is David Tryon speaking, by the way.    12:58:23

11              MS. REINHARDT:  Thank you.

12     BY MS. REINHARDT:

13         Q    Superintendent Stutler, what did you do

14     starting in 2018?

15         A    I moved to the central office as the          12:58:33

16     personnel director.

17         Q    And what does that role -- what -- what do

18     you do in that role?

19         A    Well, it was technically supervisor, but --

20     you just oversee all personnel in the county, as far   12:58:44

21     as hiring, processing information for the

22     superintendent to make recommendations to the board,

23     dealing with employee attendance.  Any matter as it

24     related to school personnel.

25         Q    And did you do that role until you became     12:59:01
```

Page 33

```
 1    superintendent in 2020?

 2        A    Yes.

 3        Q    Thank you.  Do you understand what

 4    interscholastic sports are?

 5        A    No.                                    12:59:19

 6        Q    So it refers to sports where students compete

 7    against students at other schools.

 8             Does that make sense?

 9        A    Yes.

10        Q    So for the purposes of today, I might refer   12:59:29

11    to it as sports or athletics, but I'm really only

12    referring to interscholastic sports and athletics

13    when I say that.

14        A    Okay.  Thank you.

15        Q    Do you know if there are any sports in        12:59:46

16    Harrison County?

17        A    Yes.  Many.

18        Q    What is your role as it relates to sports in

19    Harrison County?

20        A    It would fall under the same role as any      12:59:58

21    of -- any of my other responsibilities.  I do have

22    supervisors that are the immediate contact for that.

23    But if this is an issue or problem, generally it

24    gets to me.

25        Q    And --                                        01:00:19
```

Page 34

```
 1        A    And it would be handled as any other -- yeah.

 2        Q    I apologize for interrupting you.  Please go

 3   ahead.

 4        A    I said it would be handled as any other piece

 5   of my role.                                          01:00:30

 6        Q    So these supervisors would report to you if

 7   there was anything they felt you needed to know?

 8        A    Yes.

 9        Q    And what is your role as it relates to

10   policies in Bridgeport Middle School?               01:00:45

11        A    Policies in our county are -- really come

12   from our board, and we only have a policy if the

13   board agrees and enacts that policy.

14        Q    What does it take for the board to agree to a

15   policy?                                              01:01:11

16        A    I would never know what it would take.  I

17   offer a policy or we -- if a policy is generated --

18   and I will tell you, generally our policies are

19   generated from things coming from state statute or

20   things that we need to cover, and the stakeholders   01:01:32

21   in my organization would get -- would get together

22   and we create a policy, work, generally, with

23   counsel on a policy.  That goes to a -- goes to the

24   board, and the five board members will look at that

25   policy, make changes to that policy, discuss that   01:01:47
```

Page 35

```
 1    policy.  It could be put out on a 30-day comment,
 2    for public comment and policy.
 3         And then it would come back to the board and
 4    that does not become policy unless the board acts on
 5    that, takes action, and then it becomes a policy.      01:02:03
 6    Q   So am I understanding correctly that you
 7    would present a policy to the board?
 8    A   Sometimes it would occur that way.
 9    Q   In cases where it does not occur that way,
10    how are policies presented to the board?               01:02:28
11    A   Generally, it's a policy that -- it's already
12    in state statute, and we've just added some local
13    language that would be specific to Harrison County,
14    adopting what's already in state language.  That's a
15    lot of times how policies get there.                   01:02:49
16         We're just either -- we're adapting our local
17    policy to match state policy.  And that has to be
18    board acted on as well because sometimes there's
19    something, maybe, in our county that might be
20    county-specific or, you know, we need to address.      01:03:04
21    Q   And does the board vote on those -- in order
22    to implement those policies?
23    A   All policies are voted and acted on by the
24    five board members.
25    Q   Does it take a majority vote consensus, do       01:03:22
```

Page 36

```
 1    you know?

 2       A    It's a majority vote, yes.  We have a

 3    five-member board.

 4       Q    You mentioned that -- and please correct me

 5    if I'm misrepresenting your statement.              01:03:43

 6            As I understand it, you would revise policies

 7    from the State in order to make them applicable to

 8    the County; is that correct?

 9            MS. DENIKER:  Objection to the form.

10            THE WITNESS:  I can't state what's in state    01:04:02

11    policy.  I can only -- I can do what's in state

12    policy, and I -- I'm trying to think of a good

13    example.

14            But I can't change what's in state policy.

15    I -- and a lot of times we just adopt its straight     01:04:16

16    language.  We use the language directly from the

17    state policy.

18            And occasionally there's something at the

19    State that we find out that we do not have a local

20    policy on, and we will adopt the State language and    01:04:30

21    create a policy that mirrors the State.

22    BY MS. REINHARDT:

23       Q    I can give you a real example.

24            Is this what happened for H.B. 3293?

25       A    No.                                            01:04:47
```

Page 37

```
 1       Q    Did you or anyone at the county board present

 2    the county board members with the -- with the bill

 3    H.B. 3293?

 4       A    No.

 5       Q    Has the board voted in any way relating to      01:05:04

 6    policies around H.B. 3293?

 7       A    No.

 8       Q    What is the county board's relationship with

 9    the Department of Education?

10       A    I believe, as the superintendent, I am the      01:05:21

11    conduit from the County Board of Education to my

12    board.  So information that comes from the state

13    board is usually a conduit through me to the board,

14    although my board has -- our state boards have their

15    own association that also has a relationship with      01:05:50

16    the state board, and they do have a fall meeting and

17    a winter meeting to update board members.  So

18    they -- they have a relationship outside of my

19    relationship with the state board through that

20    organization.                                          01:06:08

21       Q    When you say "they," who are you referring

22    to?

23       A    My board members.  My five board members are

24    part of a state -- it's just an association.  Like I

25    have an association for superintendents, there's an    01:06:23
```

Page 38

1    association for state board members, and they meet a

2    couple of times of the -- a year, and they are given

3    information that's coming down from our State Board

4    of Education and the Department of Ed.

5       Q   And does the county superintendent attend          01:06:41

6    those meetings?

7       A   I am allowed to attend those meetings with my

8    board members.

9       Q   Do you regularly attend those meetings as

10   they're held?                                             01:06:57

11      A   I attend if my board members are attending.

12   They're optional meetings.  If -- a board member in

13   our county or in our state has to have so many hours

14   to remain on a board.  It's kind of like a

15   professional development-type thing, they have to        01:07:13

16   have so many hours.  And so I'm not going to say

17   that my board attends every meeting.  If they have

18   their hours, they don't always attend.

19      Q   Does the county board have any rulemaking

20   power?                                                    01:07:27

21      A   We can adopt a policy, and then it becomes a

22   rule for our county.

23      Q   Do you -- do you make those policies?  Does

24   the county board make those policies?

25      A   We can adopt the policy.                           01:07:53

                                                  Page 39

```
 1      Q   Just so I understand, you've said "adopt a

 2   policy."  What I'm asking is, are there instances

 3   where the policy comes directly from the county

 4   board?

 5      A   No.  As far as creating the policy, like      01:08:07

 6   writing it, the actual making of the policy, I

 7   don't --

 8      Q   No problem.  Thank you.

 9          If the county board disagrees with a policy

10   that's been presented by the state board, will it     01:08:40

11   still adopt that policy?

12      A   We have no choice but to follow state board

13   policy.

14      Q   So what is the purpose of having votes as it

15   relates to policies?                                  01:08:56

16      A   They're -- I guess it's -- we adopt state

17   policy.  We use the language for state policy.  And

18   that is our guidance.

19          If we have a local policy, and it would be

20   something like our local discipline policy, we have   01:09:08

21   an overarching state policy for safe and supportive

22   schools, policy 4373, and it gives you examples of

23   how you would discipline, if this occurs.

24          A local policy would take that policy, adopt

25   all the same language as the state policy, but we     01:09:31
```

Page 40

```
 1    may add in a third progressive discipline.

 2         Like, if -- we may not want to go strictly

 3    to -- now, there are things in that behavior policy

 4    that we have to do, if there's a weapon, if

 5    there's -- there are things that you have to do, but   01:09:50

 6    when it is a -- something where two children are

 7    arguing and we want to say, you know what, we want

 8    to do ISS, put them in an in-school suspension,

 9    instead of an out-of-school suspension.

10         That's what I mean by adding things that are    01:10:05

11    specific to a county that we feel that would be good

12    for our students, and I think that's -- anytime we

13    make a policy change, it's based on, you know, our

14    students and what our administrators are seeing in

15    the schools.                                          01:10:18

16    Q    I really --

17    A    The overarching policy would be state policy.

18    We would just add things like that.  That's just an

19    example.

20    Q    I really appreciate that example, as I          01:10:31

21    haven't had the privilege of being a part of this

22    process.  So thank you.

23         I'll move on and ask you, how many schools

24    are in the county board's jurisdiction?

25    A    We have five high schools, five middle          01:10:43
```

Page 41

```
 1    schools and 13 elementary schools and one
 2    alternative education high school/middle school.
 3    It's a combination.  It's one building.
 4        Q   And of those schools, is Bridgeport Middle
 5    School part of the County Board of Education's        01:11:05
 6    jurisdiction?
 7        A   Yes.
 8        Q   Norwood Elementary School as well?
 9        A   Yes.
10        Q   Do rules and regulations between schools ever  01:11:18
11    vary?
12        A   Schools follow our policies, our county
13    policies.  It's their guidance.
14        Q   And schools are allowed to implement their
15    own policies on top of those; is that correct?       01:11:34
16        A   Not -- not a policy.  But a school could
17    have -- if you wanted to have different rules for
18    the kids, like, you know, raise your hand and -- I
19    mean, they do things like that.
20            You know, as a school administrator, we give  01:11:51
21    them some autonomy to run their schools with
22    scheduling.  You know, how they're going to run
23    their lunches, we don't have that in policy.  But
24    our policy is what -- that governs all of our
25    schools.                                              01:12:10
```

Page 42

1      Q   So these rules that a school may choose to

2  implement, does the county board review them?

3      A   Not always.  If there -- if it's a rule --

4  if -- if a -- a principal has had something

5  happening in their building and they want to change     01:12:34

6  a lunch schedule or a master schedule or -- we would

7  not review that.  But our policy would say, you need

8  to have 350 minutes of instruction.  That's what our

9  policy would say.

10         Now, within that school, they could have the     01:12:50

11  autonomy to -- to make that 350-minute schedule,

12  what works for their building and their staffing.

13     Q   Understood.  I'm going to ask you a few

14  questions about superintendents.

15         I first want to know, who employs the county     01:13:08

16  board superintendent?

17     A   I am hired by the five elected board members.

18     Q   And are you a state official?

19         MS. DENIKER:  Objection to the form.

20         THE WITNESS:  I believe I'm considered a         01:13:26

21  state employee.  I have all the rights and benefits

22  of a state employee.

23  BY MS. REINHARDT:

24     Q   Are you responsible for executing educational

25  policies?                                               01:13:38

Page 43

```
 1        A    That's been approved by my board, by my

 2    five-member board.

 3        Q    Understood.  Is the county board

 4    superintendent responsible for monitoring H.B. 3293?

 5            MS. DENIKER:  Objection to the form.        01:14:04

 6            THE WITNESS:  That -- there is a current

 7    injunction with that rule, so we're...

 8    BY MS. REINHARDT:

 9        Q    Is the county board superintendent

10    responsible for monitoring state policies that are    01:14:30

11    adopted by the county board?

12            MS. DENIKER:  Objection to form.

13            THE WITNESS:  Would you repeat that question.

14    BY MS. REINHARDT:

15        Q    Is the county board superintendent          01:14:41

16    responsible for monitoring policies, let's say state

17    policies, that are adopted by the county board?

18            MS. DENIKER:  Same objection.

19            THE WITNESS:  Our -- our county board

20    policies are following state board policy.           01:15:01

21    BY MS. REINHARDT:

22        Q    And is the county board superintendent

23    responsible for monitoring those?

24            MS. DENIKER:  Same objection.

25            THE WITNESS:  We enforce the policy as it     01:15:13
```

Page 44

```
1     comes down from the State and our local board

2     because we're required to enforce state policy.

3     BY MS. REINHARDT:

4        Q   And how do you enforce it, state policy?

5        A   We follow what the rule says.              01:15:40

6        Q   Does the rule describe how it should be

7     enforced?

8            MS. DENIKER:  Objection to the form.

9            THE WITNESS:  Generally, we know how to

10    enforce the rule.  And if we had questions about a   01:16:02

11    state board policy, we would contact the state board

12    to make clarification.

13    BY MS. REINHARDT:

14       Q   Understood.  And what is your relationship

15    with the county board superintendent -- I'm sorry,   01:16:14

16    let -- let me rephrase that.

17           What is your relationship with the state

18    board superintendent?

19       A   I contact him when I need to.  He's -- he is

20    available, and our state board is available, our    01:16:32

21    state department.

22       Q   In what instances would you need to -- in

23    what instances would you need to discuss things with

24    the state board superintendent?

25       A   I've had contact with our state board        01:16:49
```

Page 45

```
1    superintendent when I wanted to have something

2    clarified that was said, possibly, at a meeting with

3    us.  They do meet with us regularly.  They are great

4    to give us -- great to keep us informed in

5    information.  So we -- we see them often.            01:17:19

6        So it's -- it's not like I call him every day

7    , but if I needed something, I -- I have called to

8    verify something that one of his departments maybe

9    have said to us and I wanted to talk with him.  It's

10   not often, but he is available and there when we     01:17:42

11   have questions.

12       Q   Who is the state board superintendent?

13       A   Clayton Burch.

14       Q   And did you discuss H.B. 3293 with

15   Clayton Burch?                                       01:18:00

16       A   No.

17       Q   Does the county board superintendent defer to

18   the state board superintendent?

19           MS. DENIKER:  Objection to the form.

20           THE WITNESS:  No.                            01:18:14

21   BY MS. REINHARDT:

22       Q   Have you heard of the West Virginia Education

23   Information System?

24       A   I believe we call that WVEIS, West Virginia

25   EIS.  We -- we refer to it as WVEIS, so I'm sure     01:18:32
```

Page 46

1    that -- I haven't heard it called that for a long

2    time.

3        Q    Wonderful.  So it's an acronym --

4        A    Thanks for the memory.

5        Q    Is it okay with you if I also call it WVEIS?    01:18:40

6        A    Yes.  You can also call it an antiquated

7    system, but that's okay.

8        Q    And why do you call it an antiquated system?

9        A    It's been around as long as I have, so...

10       Q    What is WVEIS, if you could please explain it    01:18:57

11   to me?

12       A    WVEIS is just the state database that we use.

13   All counties are connected to WVEIS.  And it's a --

14   just a student information database.  It also holds

15   financial -- our county financial menus as well.    01:19:12

16   It's a large -- it's a large database.

17       Q    So the county board superintendent has access

18   to WVEIS?

19       A    I do.

20       Q    Do the county board members have access to    01:19:30

21   WVEIS?

22       A    No.

23       Q    Who controls WVEIS?

24            MS. DENIKER:  Objection to the form.

25            THE WITNESS:  I believe it would be the state    01:19:47

                                                        Page 47

1    department.  It's just a database.  So there's a lot

2    of people involved with WVEIS in different

3    departments.  There's a lot of sides to it.  There's

4    a student information side.  There's, like I said,

5    the finance side.  That's where we keep our student          01:19:59

6    attendance.  It's just a recordkeeping large

7    database.

8    BY MS. REINHARDT:

9        Q   Does the county board -- I'll rephrase.

10           Is the county board able to enter information     01:20:12

11   into WVEIS?

12       A   Are you referring to county board members, in

13   that sense, or are you speaking about just --

14       Q   I'll take it from a high level first.

15           So can you, as county superintendent, enter      01:20:30

16   information into WVEIS?

17       A   I can.

18       Q   And are the various departments -- and when I

19   say "departments," I'm referring to the ten

20   departments that report to you.  Are they able to          01:20:47

21   enter information into WVEIS?

22       A   For their specific department.  My attendance

23   director has access to attendance menus.  My school

24   supervisors have access to menus that involve their

25   schools.                                                   01:21:04

                                                     Page  48

```
 1            So it depends on what their need is.  We
 2    don't just allow anybody WVEIS access.
 3        Q   Understood.  And I am -- I have just a few
 4    more questions for you, and then we can take a
 5    break, if you would like.                          01:21:19
 6            My first question is if you've ever heard of
 7    the county board superintendent's advisory council?
 8        A   Repeat that.
 9        Q   The county board superintendent's advisory
10    council.                                           01:21:43
11        A   I am not familiar with that.  And I could
12    be -- I just maybe have not -- maybe it's like the
13    WVEIS thing.  I'm just not --
14        Q   As I --
15        A   Is it --                                   01:22:07
16        Q   Sorry, I did not mean to interrupt you.
17            Go ahead.
18        A   I was going to ask, as it relates to just our
19    county superintendents?
20        Q   As I understand it -- and again, I don't know  01:22:17
21    if it exists, but as I understand it, it's a council
22    to promote collaboration among the county districts
23    and to provide input to the State Board of
24    Education.
25            Is there a council similar to that that     01:22:35
```

Page 49

```
 1    you're aware of?

 2        A   I am not a member of that council.

 3        Q   Do you know if there's an annual report that

 4    goes to the state superintendents regarding concerns

 5    the county board may have?                        01:22:56

 6        A   I am not aware.

 7        Q   Thank you.  And similarly, have you heard of

 8    the West Virginia education advisory team?

 9        A   I'm not sure that's what it's titled.  I know

10    we have some superintendents that are involved in   01:23:27

11    different things from the state superintendent.  I

12    am not on that team.

13        Q   Understood.  And those are all the questions

14    I have pertaining to this topic, if you would like

15    to take a break at this time.                     01:23:44

16        MS. DENIKER:  Is that topic 1 that we have

17    concluded, Ms. Reinhardt?

18        MS. REINHARDT:  It is the conclusion of

19    topic 1.  I may have some questions later that kind

20    of inter- -- that cross with topic 1, but for now,  01:23:58

21    that's the conclusion of topic 1.

22        THE WITNESS:  Do we need a break?

23        MS. DENIKER:  We do not need a break, if you

24    want to continue, but if you would like to take a

25    break, that is fine.                              01:24:15
```

Page 50

```
 1          MS. REINHARDT:  One second.

 2          Let's take a five-minute break for now.  If

 3     folks are able to return at 11:30, we'll go off the

 4     record.

 5          THE VIDEOGRAPHER:  We are going off the          01:24:33

 6     record at 1:24 p.m., and this is the end of Media

 7     Unit No. 1.

 8          (Recess.)

 9          THE VIDEOGRAPHER:  All right.  We are back on

10     the record at 1:36 p.m., and this is the beginning    01:35:51

11     of Media Unit No. 2.

12          Go ahead.

13     BY MS. REINHARDT:

14       Q   Does the county board have a role as it

15     relates to sports in Harrison County?                 01:35:59

16       A   The same as they would with any policy, as it

17     relates to sports or any other topic.

18       Q   Can you speak a little bit more to that?

19     What role would they have?

20       A   Are you asking specific to sports?             01:36:36

21       Q   I am.

22       A   The understanding is, is that our board, when

23     they have policies in place -- like I said, I am

24     there for the day-to-day operations.  So I think the

25     questions are, is the board, everyday, in the         01:36:59
```

Page 51

```
 1    day-to-day operations.  They are not, until we have

 2    a board meeting and they're in as a group.  They --

 3    they take no action.  They -- they really have no

 4    authority as single board members.

 5         So I guess my -- my thing is, is they --        01:37:17

 6    they've got me for day-to-day operations, and I --

 7    they adopt policy to support that as a group.

 8         But as far -- are you speaking of day-to-day

 9    operations of athletics in the county?

10    Q    I am not.  But let me ask you another           01:37:38

11    question first.

12         Is the county -- when I'm referring to the

13    county board, are you answering only as it relates

14    to the county board members?

15    A    Well, I believe my role here is in the -- I     01:37:52

16    am in that capacity as representing the -- the

17    board, but they -- they are my supervisors or they

18    are over my --

19         MS. DENIKER:  Ms. Reinhardt, this is Susan

20    Deniker.  Could we go off the record for a minute    01:38:21

21    and I think that we can maybe make some

22    clarifications that would be helpful moving forward?

23         MS. REINHARDT:  Thank you.  Yes, let's go off

24    the record, please.

25         THE VIDEOGRAPHER:  All right.  We're going       01:38:31
```

Page 52

```
 1    off the record.  The time is 1:38 p.m.

 2          (Recess.)

 3          THE VIDEOGRAPHER:  All right.  We are back on

 4    the record at 1:41 p.m.

 5          Go ahead.                                    01:40:46

 6          MS. REINHARDT:  While off the record, we

 7    discussed the definition of county board, as I refer

 8    to it here.

 9    BY MS. REINHARDT:

10      Q   So Superintendent Stutler, when I refer to    01:40:54

11    "county board," I'm talking about the entire County

12    Board of Education, not just the elected members.

13    I'll clarify, going forward, when I'm talking about

14    the county board's elected members.  Is that clear?

15      A   Yes.  Thank you.                              01:41:14

16      Q   Wonderful.  And as I go through this line of

17    questioning, if there's anything that you don't

18    believe you reviewed while reviewing the topics in

19    the 30(b)(6) notice, just let me know, but I will

20    try to stick to only topics that you've noted as     01:41:30

21    reviewed.

22      A   Thank you.

23      Q   I'm going to ask my previous question again.

24          Does the county board have a role as it

25    relates to athletics or sports?                      01:41:44
```

Page 53

```
 1        A    Yes.

 2        Q    And what is that role?

 3        A    We -- well, it's under my jurisdiction.

 4   Each -- each school has an athletic director that

 5   would be under the administrator in that building.    01:42:01

 6   So each athletic program has its own athletic

 7   director that oversees the programs in that

 8   building.  And that athletic director reports to the

 9   school principal, and, of course, the school

10   principal reports to the county board.               01:42:19

11        Q    Are the coaches at Bridgeport Middle School

12   employees of the county board?

13        A    Not all.  We have volunteer coaches that are

14   vetted by the school board, but they are not

15   employees; they are unpaid volunteer coaches.        01:42:51

16        Q    Are they required to sign a contract as

17   volunteer coaches?

18        A    No.  We are -- we do vet them.  They have

19   background checks, and we vet them, but they're not

20   under contract.                                      01:43:06

21        Q    And when you say "we," do you mean the county

22   board?

23        A    Yes.

24        Q    Thank you.

25        A    Thank you.                                 01:43:13
```

Page 54

```
 1        Q    Does the county board have a role -- and I
 2    know we discussed this briefly -- as it pertains to
 3    policies regarding sports in Harrison County?
 4        A    Yes.
 5        Q    What is that role?                    01:43:32
 6        A    It would be the same role as other policies
 7    that we would have -- that we -- that my board would
 8    adopt.
 9        Q    Does the county --
10        A    It would follow --                    01:43:47
11        Q    Oh, I -- I apologize.  Go ahead.
12        A    It would follow that same process.
13        Q    Would you bother reminding me what the
14    process is?
15        A    If -- if there's a state policy and we want  01:43:59
16    to adopt the processes for our county, we would
17    adopt the local policy, with those processes, and it
18    would go to the board, and they would adopt an
19    official policy, and it would be enacted.
20        Q    And when you say it would go to the board, do  01:44:18
21    you mean the elected board members?
22        A    The elected board.  I'm sorry, I will say
23    elected board as well.
24        Q    No problem.  I know --
25        A    They're such a big part of our world.   01:44:28
```

Page 55

```
1        Q    Understood.   Does the county board have any

2    policies pertaining to sports?

3        A    We have minimal.   We have two.

4        Q    And what are those two policies?

5        A    We have a policy on extracurricular          01:44:45

6    activities for 6 to 12, just defining what

7    extracurricular would be for 6 to 12th grade.   And

8    the other policy that we have is on how you obtain a

9    letter, how are you a lettermen, as far as sports is

10   concerned.                                            01:45:07

11       Q    When were those policies developed?

12       A    I believe 2008 was one.   I don't remember the

13   date on the other.   They were early.   They're --

14   they're older policies.

15       Q    So as it relates to the lettermen policy,     01:45:20

16   I'll use that as an example, who is responsible for

17   enforcing it?

18       A    That would be the school AD and the athletic

19   program at the school.   That would be really

20   pertaining to the high school athletic directors.     01:45:40

21       Q    And does the county board ever need to step

22   in, as far as enforcing those policies?

23       A    Only if there would be a disagreement.   I

24   would assume that if a child thought they were

25   supposed to get a letter, and they didn't, then I     01:46:00
```

Page 56

```
 1    would probably be -- it would be brought to my

 2    attention.

 3        Q   Understood.  And just for clarity, does the

 4    county board have any policies related to sex

 5    separation in sports?                             01:46:12

 6        A   No, we do not have an adopted policy for

 7    that.  We follow SSAC guidelines on what teams are

 8    coed.

 9        Q   Does the County have any policies pertaining

10    to transgender students?                          01:46:40

11        A   No.

12        Q   What do you know about H.B. 3293?

13            MS. DENIKER:  Objection to the form.

14            THE WITNESS:  It -- it was a state law passed

15    in July of '21.                                   01:47:05

16    BY MS. REINHARDT:

17        Q   What does H.B. 3293 do?

18            MS. DENIKER:  Objection to the form.

19            THE WITNESS:  I can really only tell you what

20    I know when I read the statute.  It's a -- it makes   01:47:24

21    a distinction between -- it begins by saying that

22    there is an inherent difference between a male and a

23    female.  It talks about safety during sporting

24    activities or doing -- during athletics.  And it

25    also addresses the equity or displacement of female   01:47:46
```

Page 57

```
 1    athletes.

 2         I can only speak to the statute and what it

 3    says.

 4    BY MS. REINHARDT:

 5      Q    How did you come to know about H.B. 3293?        01:48:03

 6         MS. DENIKER:  I'm going to object to the form

 7    and ask if you're asking her -- are you asking her

 8    this as the superintendent?

 9         I mean, this is a little bit of a

10    complicating factor as it relates to a 30(b)(6)        01:48:19

11    deposition.

12         Are you asking Superintendent Stutler how she

13    became aware of that as the superintendent?

14         MS. REINHARDT:  I'm asking

15    Superintendent Stutler to speak to it as the county    01:48:30

16    board designee.

17         When I'm referring to Superintendent Stutler,

18    I'll be sure to reference you and make it clear when

19    I'm asking.  I apologize if that wasn't clear.

20         MS. DENIKER:  Well, I'm not sure how she can      01:48:47

21    answer how an entity became aware of something.

22         MS. REINHARDT:  Can we go off the record for

23    just one moment, please?

24         MS. DENIKER:  Sure.

25         THE VIDEOGRAPHER:  Okay.  We are going off        01:48:55
```

Page 58

```
 1    the record.  The time is 1:49 p.m.

 2          (Recess.)

 3          THE VIDEOGRAPHER:  All right.  We are back on

 4    the record at 1:55 p.m.

 5          Go ahead.                                    01:55:19

 6    BY MS. REINHARDT:

 7      Q    Superintendent Stutler, when did you, in your

 8    individual capacity, become aware of H.B. 3293?

 9      A    I cannot give a specific date or time.  I can

10    tell you the process with any legislative updates    01:55:36

11    that I received, and it involves all of them.

12          Generally, when our legislative group in

13    Charleston convene, they are always, you know,

14    putting forth new bills.  You never know where

15    they're at and what process.                         01:55:54

16          And we have multiple organizations, one being

17    my superintendent's organization, that gives us

18    usually a weekly update on where the bills are.

19    There's not commentary on those.  It's just a

20    snippet of what the bill is and kind of an overview  01:56:07

21    of what the bill is, and I get those -- a list of

22    all of them that's been introduced, and then they'll

23    update us occasionally.  And those come from

24    different directions.

25          We have a superintendent's organization.  Our  01:56:25
```

Page 59

```
 1    school board, I'm talking about the elected members,
 2    and their association will send out legislative
 3    updates on everything coming out of the legislation
 4    for the legislative body in -- in our Charleston
 5    legislature.                                    01:56:42
 6         So I can't give you a specific time, but I
 7    did receive updates in general from -- from those
 8    sources.
 9    Q    And how often are those updates provided?
10    A    It depends on how busy Charleston is.  If   01:56:56
11    there's a lot going on, we get them frequently.  No
12    more than once a week during the session.
13    Q    And if the superintendent of the county board
14    has questions related to legislation, who does the
15    county superintendent go to?                    01:57:15
16         MS. DENIKER:  Objection to the form.
17         Are you speaking about Dora Stutler as county
18    superintendent?
19         MS. REINHARDT:  I'm generally speaking to a
20    superintendent in this role.                    01:57:29
21    BY MS. REINHARDT:
22    Q    Is there a specific person who has been
23    designated or is in a position to answer questions
24    about legislation?
25    A    When there is a legislative update, I -- I   01:57:42
```

Page 60

```
 1    guess I'm in a different role.  In my role as

 2    superintendent here, I -- I am not one that's making

 3    decisions on legislation.  I'm watching it.  I'm

 4    being updated on it.  I am not in that role.

 5         Now, whether other superintendents are, I am     01:58:00

 6    unaware.  But I am not in that role.  But I am

 7    paying attention and reading the updates that are

 8    coming to me.

 9    Q    Do you recall who updated you about H.B.

10    3293?                                                  01:58:13

11    A    It came specifically from our superintendent

12    organization.  They do -- like I said, it's that

13    same -- it's the same group.  We -- we have an

14    association of all the superintendents, 55 counties.

15    Q    Who is the superintendent -- and I            01:58:35

16    apologize -- superintendent of organizations, is

17    that what you've said?

18    A    Yeah, it's an association of superintendents.

19    It's just our -- all -- all 55 counties.  There's an

20    executive director of that group, and they inform us   01:58:51

21    of anything that's -- of anything that's going to

22    affect school systems or legislation or rules,

23    anything.

24    Q    Are you a member of this association?

25    A    I am.                                             01:59:09
```

                                                    Page 61

```
 1        Q    And once the association made you aware of

 2   H.B. 3293, did you report -- did you report anything

 3   related to H.B. 3293 to someone you report to?

 4             And I can rephrase that if that was not

 5   clear.                                              01:59:29

 6        A    No.

 7        Q    Did you discuss H.B. 3293 with anyone who

 8   reports to you?

 9        A    No.

10        Q    Was the County Board of Education -- did the   01:59:45

11   County Board of Education have a role in drafting

12   H.B. 3293?

13        A    No.

14        Q    Did the county board provide any comments or

15   thoughts to the legislature regarding H.B. 3293 that  02:00:01

16   you are aware of as Superintendent Stutler?

17        A    Are you speaking about my county-elected

18   board or --

19        Q    The County Board of Education, generally.

20        A    No.                                       02:00:22

21        Q    How was H.B. 3293 described to you as

22   Superintendent Stutler?

23             MS. DENIKER:   Objection to the form.

24             THE WITNESS:   I truly just read the

25   administrative updates, and I will tell you that we   02:00:42
```

Page 62

1    had someone that presented to my board, but he did

2    all the legislative updates, like we would with any

3    legislative session, to inform my board.

4            (Exhibit 25 was marked for identification

5        by the court reporter and is attached hereto.)   02:01:04

6    BY MS. REINHARDT:

7        Q    Understood.  If you could go into the "Marked

8    Exhibits" folder, I'm going to introduce a document

9    that's been marked as Exhibit 25.

10           Please let me know when you have that up.      02:01:18

11       A    I see that.

12       Q    And for now, we're just going to be looking

13   at that first page.

14           Have you seen this e-mail before?

15       A    I had not seen that e-mail until counsel       02:01:58

16   shared that.

17       Q    What is WVASA?

18       A    That is the West Virginia association of

19   superintendents.

20       Q    And are you a member of that Listserv?         02:02:12

21       A    I am.

22       Q    Thank you.  Now, if you wouldn't mind, I

23   would also like to ask you who Sarah Starkey is.

24       A    She's our county Title IX investigator.

25       Q    And who is Kenneth Winkie?                     02:02:36

Page 63

```
 1      A   He's our safety and support director.

 2      Q   And, finally, who is Donna Hage, if I'm

 3   pronouncing that correctly?

 4      A   Donna Hage, at that time, in 2021, the date

 5   of that, she was an assistant superintendent for      02:02:56

 6   Harrison County schools.

 7      Q   Thank you.  Now, attached to this e-mail is a

 8   Title IX presentation.

 9          Have you seen this before?

10      A   I -- yesterday, I saw that.  I don't recall    02:03:10

11   seeing that previous, prior to yesterday, when I

12   did -- met with counsel.

13      Q   Understood.  I will give you an opportunity,

14   if you would like it, to flip through the PowerPoint

15   presentation, or I can just direct you to the pages   02:03:41

16   that I'll be asking about.  What do you prefer?

17      A   Just direct me to the pages.

18      Q   Wonderful.  I'm going to direct you to the

19   page that's Bate-numbered HCBOE 00343.

20          Are you there?  Let me -- please let me know   02:04:20

21   when you're there.

22      A   Yes.

23      Q   So on this page, at the top, it says,

24   "Title IX and Current Issues."  And on the following

25   page, it says, "Recent Cases of Note."              02:04:38
```

Page 64

```
1              Do you see that?

2       A   Yes.

3       Q   Then on the following page, which is

4   HCBOE 00345, it says, "WV House Bill 3293."

5              Do you see that?                          02:04:54

6       A   Yes.

7       Q   And is it correct that you, as Dora Stutler,

8   were not present for this presentation?

9       A   I do not attend all of those association

10  meetings.  So I do not recall that particular         02:05:12

11  presentation.  These attorneys do present often at

12  these organization meetings.

13      Q   After this presentation, did any of the --

14  other superintendents that are members of this

15  associations speak with you about a presentation?     02:05:33

16      A   No.

17      Q   Has the county board had any conversations

18  with the State Board of Education, prior to the

19  enactment of H.B. 3293, about students who are

20  transgender participating in sports?                  02:05:54

21      A   No.

22      Q   Now, looking at this page, which I believe is

23  345, is that the same page you're currently on?

24      A   Yes.

25      Q   Can you just review it and let me know if     02:06:07
```

Page 65

```
1     this is how you recall H.B. 3293 being summarized to

2     you?

3            MS. DENIKER:  Objection to the form of the

4     question.

5            I'm unclear about -- summarized by who?      02:06:24

6     BY MS. REINHARDT:

7       Q   As I understand it, Superintendent Stutler,

8     you received various e-mails about upcoming

9     legislation.

10           Did any of those e-mails categorize H.B. 3293  02:06:32

11    similarly to the page before you Bates-Stamped

12    numbered HCBOE 00345?

13      A   I could not speak to that.

14           MS. DENIKER:  Objection to the form.

15    BY MS. REINHARDT:                                  02:06:52

16      Q   Can you please go to the page Bates-Stamped

17    HCBOE 00347?

18      A   Yes, I see that.

19      Q   And it says (as read):

20           "Cause of Action.  Any student             02:07:18

21           aggrieved by a violation of this

22           section may bring an action against

23           a county board of education or state

24           institution of higher education

25           alleged to be responsible for the         02:07:29
```

Page 66

```
 1              alleged violation."

 2         Have you seen this cause of action prior to

 3    now?

 4              MS. DENIKER:  Objection to the form.

 5              THE WITNESS:  This document, during prep, was    02:07:41

 6    shown to me.

 7    BY MS. REINHARDT:

 8       Q   Okay.  And has any student brought an action

 9    against the county board under H.B. 3293?

10              MR. TRYON:  Objection.                          02:08:03

11              THE WITNESS:  We have been named, with

12    several other entities.

13    BY MS. REINHARDT:

14       Q   In what action?

15       A   It's a lawsuit against multiple entities, and    02:08:14

16    we are included in that for B.P.J.

17       Q   Have there been any actions related to

18    H.B. 3293 other than this case?

19       A   No.

20       Q   Has the county board taken any steps in          02:08:41

21    addressing this Cause of Action section?

22              MS. DENIKER:  Objection to the form.

23              THE WITNESS:  No.  I mean...

24    BY MS. REINHARDT:

25       Q   Has the county board taken any steps in          02:09:04
```

Page 67

1   preparation for actions brought under this section?

2      A   We have retained counsel for the current

3   lawsuit that we've been named in.

4      Q   Other than this action, has there been any

5   other preparation as to this Cause of Action section   02:09:30

6   from House Bill 3293?

7      A   No.

8      Q   Did the county board have any conversations

9   with employees at Bridgeport Middle School prior to

10  the enactment of H.B. 3293?                             02:09:47

11         MS. DENIKER:  Objection to the form.

12         Are you asking about --

13         MR. TRYON:  Objection.

14         MS. DENIKER:  -- 3293?

15         MS. REINHARDT:  Can you please repeat that,    02:10:01

16  Ms. Deniker?

17         MS. DENIKER:  Yes, I'm sorry, I objected to

18  the form.  And then I was asking for clarification.

19         Why don't I just let you re-ask the question.

20  I apologize.                                            02:10:11

21         MS. REINHARDT:  No problem.

22  BY MS. REINHARDT:

23     Q   Did the county board have any conversations

24  with employees at Bridgeport Middle School prior to

25  the enactment of H.B. 3293 related to transgender       02:10:18

                                                        Page 68

```
 1    students participating in sports?
 2       A   There was a gender support plan being created
 3    at Norwood Elementary for B.P.J.  She was going to
 4    attend Bridgeport Middle School.
 5       Q   So --                                          02:10:49
 6       A   And there's a section -- there's a section on
 7    that plan, Are you an athlete?
 8       Q   Other than the gender support plan that
 9    you're speaking of, were there any other
10    conversations with Bridgeport Middle School          02:11:04
11    employees about transgender students
12    participations -- participation in sports?
13       A   No.
14       Q   Did the county board have any conversations
15    with employees at Norwood Elementary School prior to  02:11:18
16    the enactment of H.B. 3293 about students who are
17    transgender participating in sports?
18       A   No.
19       Q   What is the county board's rule as it relates
20    to H.B. 3293?                                         02:11:45
21           MS. DENIKER:  Objection to the form.
22           THE WITNESS:  It's like any other state law.
23    But there's an injunction, so that was never
24    enacted.
25    BY MS. REINHARDT:                                     02:11:58
```

Page 69

1

2      Q   Has H.B. 3293 been enforced against any other

3   student other than B.P.J.?  I apologize.

4      A   There's an injunction against it.  We take --

5   we've taken no action.                              02:12:17

6          MS. REINHARDT:  Susan, I believe the rest of

7   my questions relate to topic 10, so if it suits the

8   parties, we'll take a break now for about

9   20 minutes, and then I would ask the county board to

10  have David Mazza present.                           02:12:39

11         MS. DENIKER:  And then are done with all

12  other topics upon which Ms. Stutler will be

13  testifying on?

14         MS. REINHARDT:  I am not.

15         MS. DENIKER:  Okay.                          02:12:51

16         THE VIDEOGRAPHER:  So -- okay.

17         MS. REINHARDT:  We can also go off the

18  record.

19         THE VIDEOGRAPHER:  Yeah, let's discuss --

20  okay.  We're -- we're going off the record.  The     02:13:00

21  time is 2:13 p.m., and this is the end of Media Unit

22  No. 2.

23         One moment.

24         (Recess.)

25         THE VIDEOGRAPHER:  All right.  We are back on  02:53:32

Page 70

```
 1    the record at 2:54 p.m., and this is the beginning

 2    of Media Unit No. 3.

 3          Go ahead.

 4    BY MS. REINHARDT:

 5      Q   Have you heard -- I'll rephrase.              02:53:57

 6          Have you, as Dora Stutler, heard of

 7    West Virginia Secondary School Activities

 8    Commission?

 9      A   Yes.

10      Q   Can you tell me what it is?                   02:54:06

11          MS. GREEN:  Object to the form.

12          This is Roberta Green on behalf of WVSSAC.

13          THE WITNESS:  It's -- it's a governing body,

14    but it's made up of member -- members of the -- of

15    the schools.  It's a principals organization with   02:54:26

16    the governing body of the SSAC.

17    BY MS. REINHARDT:

18      Q   Is it okay if I refer to it as "WVSSAC" going

19    forward?

20      A   Yes.                                          02:54:42

21      Q   Is the county board able to delegate powers

22    to another body?

23      A   Can you rephrase that or ask that in another

24    way?

25      Q   Of course.  I can ask a more direct question. 02:54:55
```

Page 71

```
 1            Has the county board delegated any of its

 2     powers, as it relates to sports, to WVSSAC?

 3            MS. DENIKER:  Object to the form.

 4            MS. GREEN:  Also object to the form.

 5            THE WITNESS:  No.                    02:55:13

 6     BY MS. REINHARDT:

 7       Q   Has the county board delegated any of its

 8     powers, as it relates to sports, to any other entity

 9     other than the County itself?

10            MS. DENIKER:  Objection to the form.      02:55:31

11            MS. GREEN:   Object to the form.

12            THE WITNESS:  Can we talk about what the

13     SSAC -- I mean, how it -- the oversight of the SSAC

14     for counties in general?  Because the confusion is,

15     is we don't -- my board, delegating authority -- I    02:55:53

16     mean, my board, we're following state policy and

17     guideline.  That's what we do.

18            The West Virginia SSAC is an oversight board

19     and provides guidance for our schools and our

20     athletic programs.  It's a guiding body.         02:56:11

21            So I don't know that my board, if you're --

22     well, see, I'm thinking elected members.  You're --

23     you're thinking of the board in general.

24            I'm trying to just explain the relationship.

25     I mean, we -- we have members of the SSAC.         02:56:28
```

Page 72

```
 1    They're -- it's a member body.  It's our principals.

 2         MS. DENIKER:  This is Susan Deniker.  I just

 3    want to also state that to the extent we're talking

 4    about the relationship between the Harrison County

 5    board and the WVSSAC, I believe that that is topic     02:56:43

 6    10, and we've designated a different witness for

 7    that.

 8         MS. REINHARDT:  Understood.  I am asking

 9    Superintendent Stutler questions as it relates to

10    topic 8 at this moment.                                02:56:54

11    BY MS. REINHARDT:

12       Q   Does WVSSAC have any powers as it relates to

13    sports?

14         MS. GREEN:  Object to the form.

15         MS. DENIKER:  Same objection.                     02:57:09

16         THE WITNESS:  Yes.  They set guidelines for

17    us to follow.

18    BY MS. REINHARDT:

19       Q   When you say "us," they set guidelines for

20    the County Board of Education to follow?               02:57:18

21         MS. GREEN:  Object to the form.

22         THE WITNESS:  There are athletic -- yes, for

23    our athletics, in each -- our programs need to

24    follow.  There's certain examples.  Transfer of a --

25    of a student from one school to another.  There's      02:57:34
```

Page 73

```
 1    guidelines.  They have to follow that.  There's
 2    eligibility requirements.  Those are all -- but
 3    those are all rules that were voted on as the -- the
 4    principals vote on that as members of the West
 5    Virginia SSAC.  But there is a governing body that      02:57:53
 6    govern all of our sport programs.
 7    BY MS. REINHARDT:
 8       Q   I apologize if I'm not quite understanding.
 9    So if I can just have a little bit of clarity, I'm
10    wondering -- so I'll ask several questions and maybe   02:58:06
11    that will help get me to the point of understanding.
12          WVSSAC provides guidelines, and those are
13    presented to the county board, and the county board
14    must follow those guidelines.
15          Is that a correct summary of what you've        02:58:26
16    said?
17          MS. DENIKER:  Object to the form.
18          MS. GREEN:  Objection to the form.
19          THE WITNESS:  I guess my frustration is I'm
20    not sure what you're asking me.  I know how the       02:58:40
21    West Virginia SSAC works.  I know how it governs our
22    sporting events.  And they work with our
23    administrators and our ADs to put programs together
24    for our kids and their athletics.  It's -- it's a --
25    it's a guide.  They provide guidelines for them.      02:58:59
```

Page 74

```
 1          And there are -- if we do not follow certain

 2     things, and there is a -- someone says, hey, I don't

 3     agree with that, yes, there are ways to appeal that,

 4     and there could be hearings for athletes.

 5     BY MS. REINHARDT:                              02:59:17

 6        Q    So --

 7        A    But there are rules that we have to follow

 8     for our athletic programs.

 9        Q    And those rules are provided by WVSSAC?

10          MS. GREEN:  Object to the form.           02:59:31

11          MS. DENIKER:  Objection to the form.

12          THE WITNESS:  Yes.

13     BY MS. REINHARDT:

14        Q    And can you please describe the process to me

15     if the county board doesn't agree with a guideline   02:59:40

16     or a rule set by WVSSAC?

17          MS. GREEN:  Object to the form.

18          THE WITNESS:  Well, I -- I think you have to

19     go back to what the -- how their -- their rules come

20     to us.  You have your administrators all as a        02:59:56

21     part -- they're members of this.  So they're the

22     ones creating these rules, voting on these rules.

23          So we -- once those rules are passed by a

24     majority of those members, we follow the rules.

25     ///
```

Page 75

```
 1    BY MS. REINHARDT:

 2       Q   And what happens if there's a dispute about

 3    implementing a certain rule?

 4          MS. GREEN:  Object to the form.

 5          MS. DENIKER:  Objection to the form.          03:00:25

 6          I also believe that this is a topic 10 issue.

 7          MS. REINHARDT:  I'm going to ask the witness

 8    to continue to answer, as I believe this falls under

 9    topic 8.

10          MS. DENIKER:  And I will permit her to answer  03:00:37

11    with the understanding that I will not permit

12    multiple witnesses to be asked the same questions

13    with regards to the same issues.

14          MS. REINHARDT:  Understood.  Thank you.

15    BY MS. REINHARDT:                                    03:00:53

16       Q   Would you like me to repeat my question?

17       A   Yes, please.

18          MS. REINHARDT:  Could the court reporter

19    please read back my last question?

20          THE REPORTER:  Yes.                            03:01:11

21          (Record read.)

22          MS. GREEN:  Object to the form.

23          MS. DENIKER:  Same objections I've already

24    raised.

25          THE WITNESS:  I can tell you, in Harrison      03:01:23
```

Page 76

```
 1     County, our ADs and our administrators are following

 2     those rules.

 3     BY MS. REINHARDT:

 4        Q   So all of the rules set by WVSSAC are

 5     currently being followed by the County Board of        03:01:38

 6     Education?

 7            MS. GREEN:  Object to the form.

 8            MS. REINHARDT:  I can also --

 9            THE WITNESS:  That I'm aware of.

10            MS. REINHARDT:  Oh, I apologize.               03:01:51

11            Would Mrs. Deniker and Mrs. Green make a

12     standing objection to these topics?

13            MS. GREEN:  I'm perfectly fine to keep

14     objecting.  It's possible some of them would be,

15     yeah.  But my -- my objections go to foundation and    03:02:05

16     scope, and I'm not sure what else, so...

17            MS. DENIKER:  At this point, I don't see a

18     need for a continuing objection, but if we get to a

19     place where I think that that is appropriate, I will

20     -- we can discuss that.  Thank you for that offer.     03:02:25

21            MS. REINHARDT:  No problem.

22     BY MS. REINHARDT:

23        Q   You may answer, Superintendent Stutler.

24        A   Are you asking if a -- an administrator has

25     an objection to the rule or the athlete has an         03:02:36
```

Page 77

1    objection to the rule?

2        Q   I'm asking about the County Board of

3    Education.  So if -- if it makes more sense, an

4    administrator.

5            MS. DENIKER:  Objection to the form.          03:02:54

6            THE WITNESS:  I am unaware of any objections

7    to the SSAC rules in Harrison County from our

8    administrators.

9    BY MS. REINHARDT:

10       Q   Thank you.  Does the County determine player   03:03:05

11   eligibility?

12           MS. GREEN:  Object to the form.

13           MS. DENIKER:  Also object to the form.

14           And again, I'm going to object that this is

15   beyond the scope of topic 9, and I believe that it     03:03:27

16   clearly falls within -- within topic 10.

17   BY MS. REINHARDT:

18       Q   I'm going to ask you to go into the "Marked

19   Exhibit" folder and please pull up Exhibit 24.

20           Please let me know once you have it up.         03:03:56

21       A   Yes, it's there.

22       Q   So if you look at topic 8, which I believe,

23   at the bottom, is page 7, it states (as read):

24           "The Harrison County Board and the

25           County Superintendent's current                03:04:15

                                                            Page 78

```
 1           and/or expected role in

 2           implementing, monitoring,

 3           supervising, regulating, and

 4           enforcing H.B. 3293, including any

 5           delegation of authority to or          03:04:24

 6           supervision over the West Virginia

 7           Secondary School Activities

 8           Commission."

 9           Did you prepare for this topic?

10      A    I did.                                  03:04:34

11      Q    And can you please remind us what you did in

12   preparation of topic 8?

13           MS. DENIKER:  And again, I will instruct you

14   not to answer about any communications you had with

15   counsel.                                        03:04:49

16           THE WITNESS:  Reading over documents in -- in

17   prep for this meeting today.

18   BY MS. REINHARDT:

19      Q    And --

20      A    And House Bill 3293.                     03:05:00

21      Q    And which documents were those?

22      A    I read the house bill, 3293.

23      Q    That was the only document you read related

24   to this topic?

25           MS. DENIKER:  Objection to the extent that  03:05:16
```

Page 79

```
 1    this has been asked and answered.

 2            MR. TRYON:  Objection.

 3            David Tryon.

 4    BY MS. REINHARDT:

 5      Q   Were there any additional documents that you    03:05:25

 6    reviewed?

 7            MS. DENIKER:  Same objection.

 8            THE WITNESS:  Information on the secondary

 9    school activities commission.

10    BY MS. REINHARDT:                                     03:05:37

11      Q   What information on the West Virginia

12    Secondary School Activities Commission?

13      A   When they're governing body and how they

14    interact with counsels in their role.

15            MS. REINHARDT:  So, Susan, I believe these    03:05:54

16    fall directly under the questions that I'm asking,

17    and it sounds like Superintendent Stutler is

18    prepared to answer these questions.

19            MS. DENIKER:  Well, I object to that because

20    I believe that topic 8 is in the context of House    03:06:06

21    Bill 3293.  You're asking general questions with

22    regard to the relationship between Harrison County

23    Board of Education and the WVSSAC, which I believe

24    are within the scope of topic 10.  I -- I understand

25    topic 8 to be in the context solely of House Bill    03:06:23
```

                                                    Page 80

```
 1    3293.

 2          MS. REINHARDT:  I will continue to set a

 3    foundation, and I will allow you to have a standing

 4    objection, if you would like, or you can continue to

 5    object.                                          03:06:36

 6    BY MS. REINHARDT:

 7       Q    But I would ask you, Superintendent Stutler,

 8    if the county board determines player eligibility.

 9          MS. GREEN:  Object to the form.

10          MS. DENIKER:  I object to the form, too.    03:06:48

11          And I just want to say one more time that I

12    will object to you asking these general questions of

13    a different witness if you get -- if you have these

14    questions asked and answered of this witness.

15          MS. REINHARDT:  Understood.                03:07:01

16          MS. DENIKER:  And to the extent you do not

17    know the answers to the question --

18          THE WITNESS:  Just say "I don't know"?

19          MS. DENIKER:  -- you may answer accordingly.

20          THE WITNESS:  Eligibility is -- there's a   03:07:13

21    guideline for what eligibility -- the requirements

22    for eligibility for a student athlete.

23    BY MS. REINHARDT:

24       Q    And is that guideline through the County

25    Board of Education?                              03:07:23
```

Page 81

```
 1              MS. DENIKER:  Objection to form.

 2              THE WITNESS:  No.  It's SSAC rules.

 3      BY MS. REINHARDT:

 4         Q    What happens if there's a dispute between the

 5      county board and WVSSAC as it pertains to player        03:07:32

 6      eligibility?

 7              MS. GREEN:  Object to the form.

 8              MS. DENIKER:  Objection to the form.

 9              THE WITNESS:  I am unaware of any objections

10      with my ADs, my school administrators, with SSAC        03:07:49

11      rules.

12      BY MS. REINHARDT:

13         Q    Is there a process in place for a dispute

14      between the county board and WVSSAC regarding their

15      guidelines?                                              03:08:06

16              MS. GREEN:  Object to the form.

17         A    There is a process for a student

18      athlete or -- yeah, an athlete.  If they disagree

19      with something that the AD or the coach or the

20      administrator has said, they can ask for a hearing.     03:08:28

21      BY MS. REINHARDT:

22         Q    And would this also be true for H.B. 3293?

23              MS. GREEN:  Object to the form.

24              MS. DENIKER:  Objection to the form.

25              MR. TRYON:  I'm going to join the objection.     03:08:48
```

Page 82

```
 1            THE WITNESS:  No.  Because we are not

 2     operating under House B. -- House Bill 3293.

 3     BY MS. REINHARDT:

 4        Q    Despite the injunction, if one was not put in

 5     place, would the process that you've described be    03:09:05

 6     the same for H.B. 3293?

 7            MS. DENIKER:  Object to the form.

 8            THE WITNESS:  If a student -- if a student

 9     athlete is objecting to something, according to SSAC

10     rules, they could follow that process.             03:09:20

11     BY MS. REINHARDT:

12        Q    Thank you.  Did the county board have any

13     conversations with WVSSAC prior to the enactment of

14     H.B. 3293 about students who are transgender

15     participating in sports?                           03:09:40

16        A    No.

17        Q    Do you know who Bernie Dolan is?

18        A    Yes.

19        Q    Who is Bernie Dolan?

20        A    He's the executive director of the SSAC.    03:09:52

21        Q    Did the county board have any conversations

22     with Mr. Dolan, prior to the enactment of H.B. 3293,

23     about students who are transgender participating in

24     sports?

25        A    No.                                         03:10:11
```

Page 83

1      Q    Did you, Superintendent Stutler, have any

2   conversations with Mr. Dolan regarding transgender

3   students participation in sports?

4      A    No.

5          MS. REINHARDT:  I am now going to move tab 7     03:10:27

6   into the exhibit folder, if you could please just

7   give me one second.  That will be marked as

8   Exhibit 26.

9          I'll let you know once I've placed it in the

10  folder.                                                 03:10:47

11         Okay.  You may refresh.  And please let me

12  know once you see Exhibit 26.

13         (Exhibit 26 was marked for identification

14     by the court reporter and is attached hereto.)

15         THE WITNESS:  I see that.                        03:11:16

16  BY MS. REINHARDT:

17     Q    Have you, Superintendent Stutler, seen this

18  document before?

19     A    I don't recall seeing that.

20     Q    Now, I know there are quite a few people       03:11:23

21  listed on this e-mail.  I'm wondering if these are

22  all employees of the county board?

23         MS. DENIKER:  Objection to the form.

24         And, also, I don't believe that there's a

25  question.                                               03:11:41

                                                        Page 84

```
 1    BY MS. REINHARDT:

 2       Q   Are any of these e-mails in the "To" column

 3    employees of the county board?

 4       A   I'm looking at the names.  I do not --

 5    there's a -- it looks like David that's under the      03:12:11

 6    exhibit, Exhibit 26.  What's that?  I don't know

 7    that name.

 8           There is one AD on there for Harrison County,

 9    high school principal, high school assistant.  It

10    looks like this may have went to high school          03:12:21

11    principals, ADs.

12       Q   So there are -- great.

13       A   Okay.

14       Q   You're seeing several employees of the County

15    Board of Education in the "To" column; correct?       03:12:39

16       A   Yes.

17       Q   And so in this e-mail, it reads "Dear

18    Principals and ADs."

19           Does ADs stand for administrators?

20       A   No.  That's athletic director.               03:12:51

21       Q   Thank you for clarifying.

22           It goes on to say (as read):

23           "Below are a couple of bills that

24           will impact your school."

25           Am I reading that correctly?                  03:13:09
```

Page 85

```
 1       A    Yes.

 2       Q    On the next page, it says (as read):

 3            "HB 3293 - Transgender bill.  Please

 4            read."

 5            Am I reading that correctly?              03:13:16

 6       A    Yes.

 7       Q    Do you, Superintendent Stutler, agree that

 8    H.B. 3293 is properly characterized as a transgender

 9    bill?

10            MS. DENIKER:  Objection --                03:13:34

11            MS. GREEN:  Object to the --

12            MS. DENIKER:  -- to the form.

13            MS. GREEN:  Object to the form.

14            MR. TRYON:  Objection.

15            THE WITNESS:  I'm reading that.  I think that  03:13:53

16    was sent as just a small piece of information.  I --

17    I take nothing from that, really.

18    BY MS. REINHARDT:

19       Q    Do you know --

20       A    I think that was sent to AEs (sic) -- ADs and  03:14:03

21    the -- and the administrators.

22       Q    I apologize.  Can you please just repeat the

23    last portion?

24       A    I said that was sent to some ADs and

25    administrators.  I don't know what the intent of     03:14:16
```

Page 86

1    that was.

2       Q   Do you know why Mr. Dolan would characterize

3    H.B. 3293 as a transgender bill?

4          MS. GREEN:  Object to the form.

5          MS. DENIKER:  Objection to the form.          03:14:28

6          MR. TRYON:  Speculation.

7          THE WITNESS:  No.

8    BY MS. REINHARDT:

9       Q   Do you agree with the characterization that

10   H.B. 3293 is a transgender bill?                   03:14:37

11         MS. DENIKER:  Objection to the form.

12         MS. GREEN:  And I'll object to the form.

13         MR. TRYON:  Objection.  Asked and answered.

14         (Simultaneous speaking.)

15         THE REPORTER:  I can't get all of your

16   objections at the same time.  I know it's hard being

17   on Zoom.  If you don't mind going off the record --

18   it's hard, with the cameras off, to see who is

19   speaking and objecting, so maybe to make it easier,

20   we either turn them on or try and take our time and

21   answer one at a time.  Thank you.

22         MR. TRYON:  This is Dave Tryon.  My objection

23   is asked and answered.

24         THE REPORTER:  Thank you.

25         MS. DENIKER:  This is Susan Deniker.  I       03:15:13

Page 87

```
 1    objected to form and then also objected that it had

 2    been asked and answered.

 3         MS. GREEN:  This is Roberta Green on behalf

 4    of SSAC.  I objected to the form.

 5    BY MS. REINHARDT:                                  03:15:33

 6      Q   Unless your counsel directs you otherwise,

 7    you may answer.

 8      A   I don't know what the intent is with that.

 9      Q   I'm asking if you agree with the

10    characterization.                                  03:15:47

11         MS. GREEN:  Same objection.

12         MS. DENIKER:  Same objection.

13         MR. TRYON:  Objection.

14         THE WITNESS:  I would not be able to speak

15    whether I agree or disagree for the board.         03:15:59

16    BY MS. REINHARDT:

17      Q   Do you know why Mr. Dolan would send this

18    e-mail to the principals and -- and athletic

19    directors?

20         MS. GREEN:  I'm going to object to the form,  03:16:13

21    foundation, scope and speculative.

22         MS. DENIKER:  Object to form.

23         THE WITNESS:  I would have no idea.

24    BY MS. REINHARDT:

25      Q   Thank you.  And just to expedite my next few 03:16:23
```

Page 88

```
 1    questions, I want to see if I can confirm what you

 2    previously stated.

 3           Can you confirm whether or not the county

 4    board had any conversations with anyone outside of

 5    the County Board of Education about H.B. 3293 as it    03:16:44

 6    relates to students who are transgender

 7    participating in school sports?

 8           MS. DENIKER:  Objection on the basis it's

 9    been asked and answered.

10           You can answer.                                 03:16:59

11           THE WITNESS:  I am unaware of any

12    conversations.

13    BY MS. REINHARDT:

14      Q   If the preliminary injunction was not in

15    place, what would be required of the county board as   03:17:07

16    it relates to H.B. 3293?

17           MS. DENIKER:  Objection to the form.

18           THE WITNESS:  We -- we have not acted or

19    changed the way that we would continue with sports

20    in our athletic programs and --                        03:17:39

21    BY MS. REINHARDT:

22      Q   And that -- and that's true even if the

23    injunction was not in place?

24           MS. DENIKER:  Objection to the form.

25           THE WITNESS:  The board has taken no action     03:17:52
```

Page 89

```
 1    as it relates to this house bill.

 2    BY MS. REINHARDT:

 3       Q   I'm asking what that'd be required to do.

 4           MS. DENIKER:  Objection to the form.

 5           THE WITNESS:  We receive the house bill.      03:18:14

 6    It's not enacted.  We've made no action on that.

 7    And I could not speak on what actions would be

 8    taken.  We have not had to address that.

 9    BY MS. REINHARDT:

10       Q   Who will be responsible for promulgating       03:18:36

11    rules to implement H.B. 3293?

12           MS. GREEN:  Object to the form.

13           MS. DENIKER:  Objection to the form.

14           THE WITNESS:  It would be the same process we

15    would with any new house bill or rule that we have.   03:18:49

16    BY MS. REINHARDT:

17       Q   And that's in line with how you characterized

18    the process earlier in this deposition; is that

19    correct?

20           MS. DENIKER:  Objection to the form.           03:19:04

21           THE WITNESS:  I believe so.

22    BY MS. REINHARDT:

23       Q   I am just trying to not make you reiterate

24    the -- your process for implementing policies, but

25    if you prefer, I am happy to hear that.               03:19:20
```

Page 90

```
1        A    I think I have been asked that.  It's a --

2   it's a complicated question.  When you're talking

3   about board policies, our board can only enact

4   policies that they vote on and it becomes the

5   policy.  We have adopted state board policy, and we    03:19:43

6   will mirror the language of the state board policy.

7        Can the County adopt their own policy?  We

8   can.  If it's presented to the board, it's acted on,

9   they vote on it.

10        I don't -- I guess I'm not sure what you're    03:20:03

11   asking me.

12        Q    That answers my question.  Thank you.

13        Could the county board issue any rules in

14   conflict with H.B. 3293?

15        A    No.                                        03:20:26

16        Q    To your knowledge, has the county board ever

17   violated any rules promulgated by the State Board of

18   Education?

19        MS. DENIKER:  Objection to the form.

20        THE WITNESS:  Not that I'm aware of.            03:20:43

21   BY MS. REINHARDT:

22        Q    Thank you.  I'm going to move on to topics as

23   they relate to topic 4.

24        I want to talk a little bit about

25   Plaintiff B.P.J. in this case and her experience in    03:20:59
```

Page 91

```
 1     Harrison County schools.  Is that okay?

 2         A   Yes.

 3         Q   Do you, Superintendent Stutler, know who

 4     B.P.J. is?

 5         A   Yes.                                    03:21:11

 6         Q   Have you ever met B.P.J.?

 7         A   I have.

 8         Q   How would you describe her?

 9         A   Energetic, pleasant, athletic.

10         Q   Have you ever seen her be distressed?    03:21:37

11             MS. DENIKER:  Objection to the form.

12             THE WITNESS:  I believe the questions were

13     prior to 2019, so are you speaking about --

14             I think she's going back into possibly

15     when -- I can't speak to that.                   03:22:07

16     BY MS. REINHARDT:

17         Q   I can clarify.

18         A   In this case -- in this case.

19         Q   I can clarify.

20         A   I was a -- I was a principal in the building  03:22:16

21     with her when she was younger.

22         Q   I can clarify.  I'm only asking about your

23     interactions since January 1st, 2019, to present.

24             So in that time, have you ever seen B.P.J. be

25     stressed -- distressed?                          03:22:31
```

Page 92

```
 1      A   No.

 2          MS. DENIKER:  Objection.

 3          THE WITNESS:  No.

 4   BY MS. REINHARDT:

 5      Q   Have you -- have you, Superintendent Stutler,   03:22:38

 6   interacted with any of B.P.J.'s family members?

 7      A   I have not.

 8      Q   When was the county board informed that

 9   B.P.J. is a girl who is transgender?

10          MR. TRYON:  Objection.                          03:22:58

11          David Tryon.

12          THE WITNESS:  Our county board gets

13   involved -- or my Title IX investigator gets

14   involved when a school reaches out to her to provide

15   assistance for a gender support plan.               03:23:12

16   BY MS. REINHARDT:

17      Q   Great.  And I'll have some questions about

18   the gender support plan in a moment.

19          I'm wondering, was the county board informed

20   that B.P.J. is a girl who is transgender only at the  03:23:24

21   time of the gender support plan?

22          MR. TRYON:  Objection.

23          THE WITNESS:  I am unaware of any time prior

24   to that.

25   ///
```

Page 93

```
 1    BY MS. REINHARDT:

 2        Q    Thank you.  Was Norwood Elementary School

 3    informed that B.P.J. is a girl?

 4            MS. DENIKER:  Objection to the form.

 5            MR. TRYON:  Objection.                      03:23:52

 6            THE WITNESS:  Speaking with Tarra Shields,

 7    the administrator of Norwood Elementary, she was

 8    informed by her mother prior to going into her

 9    fourth-grade year.

10    BY MS. REINHARDT:                                   03:24:13

11        Q    Was anyone else informed that B.P.J. is a

12    girl, at Norwood Elementary School?

13            MR. TRYON:  Objection.

14            THE WITNESS:  I believe when the mother

15    reached out to the administrator, that is what set  03:24:25

16    in motion the gender support plan, and that's when

17    our Title IX director was brought into the process.

18    BY MS. REINHARDT:

19        Q    Are you familiar with the counselors at

20    Norwood Elementary School during B.P.J.'s time there 03:24:44

21    as a student?

22        A    Yes.  Amber Davis.

23        Q    Do you know who James Thorton is?

24        A    No.  There was a previous counselor there,

25    Josh Thorton.                                       03:25:07
```

Page 94

```
 1      Q    Thank you.  And Josh Thorton, you said, was a

 2   counselor.

 3           Are the counselors at Norwood Elementary

 4   School employed by the county board?

 5      A    Yes.                                      03:25:20

 6      Q    What qualifications are required to become a

 7   counselor in the county boar- -- in the county?

 8      A    They -- they have to be certified counselors

 9   through the national school counseling association

10   and through our state.                            03:25:39

11      Q    Was Mr. Thorton made aware of B.P.J.'s status

12   as a girl who is transgender?

13           MS. DENIKER:  Objection to form.

14           MR. TRYON:  Objection.

15           THE WITNESS:  I am unaware of that.        03:25:49

16   BY MS. REINHARDT:

17      Q    Was Principal Mazza informed that B.P.J. is a

18   girl?

19           MS. DENIKER:  Objection to the form.

20           THE WITNESS:  I believe he was contacted when  03:26:05

21   she was going to go there as a sixth grader and

22   there was an update to the gender support plan.

23   That would be when Mr. Mazza was informed.

24   BY MS. REINHARDT:

25      Q    Are you aware of any conversation between   03:26:19
```

Page 95

```
 1    Principal Mazza and Heather Jackson regarding

 2    B.P.J. playing on girls' sports teams?

 3        A   I am only aware of the gender support plan

 4    that took place between Heather Jackson, the mother;

 5    and Mr. Mazza, and there were a few in that meeting,   03:26:39

 6    at that gender support plan meeting.

 7        Q   Were you in attendance at that meeting?

 8        A   I was not.

 9        Q   So how did you become aware that

10    Principal Mazza and Heather Jackson had a meeting     03:26:58

11    regarding the gender support plan?

12            And please do not inform us of -- of any

13    conversations you may have had with counsel.

14        A   I reviewed the gender support plan as it

15    related to this case.                                 03:27:10

16        Q   And in preparation for this case, did you

17    speak with Principal Mazza?

18        A   I did.

19        Q   And did you -- did he inform you of any

20    conversation between him and Heather Jackson          03:27:26

21    regarding B.P.J.'s ability to play on girls' sports

22    teams?

23            MS. DENIKER:  I'm going to object to the

24    extent that it -- that the question calls for

25    information that she learned as part of               03:27:38
```

Page 96

```
 1    attorney-client privileged communications.

 2         To the extent that you have had

 3    communications with Mr. Mazza that were not part of

 4    the attorney-client privilege, you may answer, but

 5    I'm going to instruct you not to answer with regard    03:27:51

 6    to any attorney-client privileged communications.

 7         THE WITNESS:  The gender support plan

 8    involved multiple people, and all the items on that

 9    gender support plan were discussed, and she checked

10    that she would be an athlete at Bridgeport Middle.     03:28:05

11         (Exhibit 27 was marked for identification

12          by the court reporter and is attached hereto.)

13    BY MS. REINHARDT:

14    Q    Thank you.  I am now going to move tab 9 into

15    the "Marked Exhibits" folder.  I'll let you know       03:28:20

16    once it's there.  It will be marked as Exhibit 27.

17         You may refresh.  And please let me know once

18    you see Exhibit 27.

19    A    I see that.

20    Q    Are you familiar with this e-mail?                03:29:05

21         And please take your time to review it, if

22    necessary.

23    A    I am.

24    Q    And are how are you familiar with this

25    e-mail?                                                03:29:16
```

Page 97

```
 1        A    It was between the -- my board president and
 2    myself.
 3        Q    Is Gary Hamrick the board president you're
 4    referring to?
 5        A    Yes.                                        03:29:26
 6        Q    And what is his role?
 7        A    He's the -- I guess you want to say the
 8    president of my board.  He leads the meetings and...
 9        Q    Thank you.  And if you look at the e-mail, he
10    writes (as read):                                    03:29:49
11            "Even though it is a new state law,
12            Mazza should have informed you that
13            he denied a transgender student."
14            Am I reading that correctly?
15        A    You are.                                    03:30:01
16        Q    And you respond (as read):
17            "Agree.  First I heard."
18            Am I reading that correctly?
19        A    I was agreeing that it was a new state law.
20        Q    And were you saying -- and what did you mean  03:30:12
21    by "first I heard"?
22        A    It's the first I heard that we had a -- a
23    lawsuit.  I believe he's referring to the MetroNews
24    article.  And I think that's where he got his
25    information, possibly.                               03:30:36
```

                                                          Page 98

```
 1      Q   Did you speak with Principal Mazza upon

 2   learning about the incidents alleged in the

 3   complaint, which I believe was attached to this

 4   e-mail?

 5          MS. DENIKER:  And again, I will just instruct   03:30:47

 6   you that to the extent that -- you're not to answer

 7   with regard to any attorney-client privileged

 8   communications, but if you had other communications,

 9   you can answer with regard to those.

10          THE WITNESS:  Would you ask me that again.   03:31:06

11   BY MS. REINHARDT:

12      Q   Did you speak with --

13          MS. DENIKER:  If you just give me a

14   continuing -- I'll just continue that same

15   instruction, but I won't interrupt you, if that's   03:31:16

16   okay, so the witness can hear the question.

17          MS. REINHARDT:  Thank you, Mrs. Deniker.

18   BY MS. REINHARDT:

19      Q   I'm wondering if you spoke with Mr. Mazza

20   upon learning about the allegations in the   03:31:28

21   complaint.

22      A   I did not.

23      Q   Did any employees of the county board raise

24   concerns about B.P.J. being a girl who is

25   transgender?   03:31:48
```

Page 99

```
 1        A    No.

 2        Q    Under H.B. 3293, can cisgender girls play on

 3     girls' sports teams?

 4             MS. DENIKER:  Objection to the form.

 5             MR. TRYON:  Objection.                    03:32:07

 6             THE WITNESS:  Yes.

 7     BY MS. REINHARDT:

 8        Q    Under H.B. 3293, can girls who are

 9     transgender play on the girls' sports teams?

10             MS. DENIKER:  Object to the form.         03:32:20

11             MR. TRYON:  Same objection.

12             (Simultaneous speaking.)

13             MS. DENIKER:  And I'm so sorry to interrupt

14     here, but I heard the same question you just asked,

15     which makes me believe that I didn't hear it         03:32:31

16     correctly.

17             So if you would preserve all of our

18     objections, could you ask that again, please?

19             MS. REINHARDT:  Yes.

20     BY MS. REINHARDT:                                  03:32:41

21        Q    Under H.B. 3293, can girls who are

22     transgender play on girls' sports teams?

23        A    If it's a -- no, but they can on coed teams.

24        Q    And what -- what's your --

25             (Simultaneous speaking.)                   03:33:00
```

Page 100

1    BY MS. REINHARDT:

2        Q   Oh, I apologize.  Please go ahead.

3        A   I -- I was going to say, it says no.  That's

4    what -- that's what the house bill is.

5        Q   And you mentioned coed.  Are you referring to    03:33:12

6    coed sports?

7        A   Yes.

8            MS. GREEN:  Object to the form.

9    BY MS. REINHARDT:

10       Q   Can you please tell me what your                  03:33:25

11   understanding of -- what your understanding is of

12   coed sports?

13           MS. GREEN:  Object to the form.

14           THE WITNESS:  That the team is available to

15   either male or female athletes.                           03:33:37

16           (Exhibit 28 was marked for identification

17        by the court reporter and is attached hereto.)

18   BY MS. REINHARDT:

19       Q   I'm going to move tab 20 into the "Marked

20   Exhibits" folder.  It will be Exhibit 28.  I'll let       03:33:55

21   you know when you can refresh.

22           You may refresh.  Please let me know once you

23   have reviewed Exhibit 28.

24       A   I see it.

25       Q   It says on page 2, under "Bridgeport High         03:34:34

Page 101

1    School," where it lists "Football," it says,

2    "Co-Ed."

3         Can you explain to me why football is -- why

4    it says football is coed?

5         MS. GREEN:  Object to the form.                    03:34:53

6         THE WITNESS:  I believe there's not a -- a

7    football -- female football team, so they created a

8    coed team because there's not a counterpart for a

9    female athlete to participate.

10   BY MS. REINHARDT:                                       03:35:10

11      Q   Can you please explain that to me a little

12   bit further?

13        So it's marked as coed because there's not a

14   girls team; is that correct?

15      A   Correct.                                         03:35:19

16        MS. DENIKER:  Object to the form.

17   BY MS. REINHARDT:

18      Q   So why would it be marked co- -- I'll

19   rephrase.

20        Generally, if I'm understanding correctly,         03:35:29

21   the football team would be a boys' team, and it is

22   marked "Co-Ed" because there is no girls' team; is

23   that correct?

24        MS. GREEN:  Object to the form.

25      A   I have no idea.  We've -- we've had girls         03:35:55

                                             Page 102

```
 1    play on football teams for a long time.  They could

 2    be kickers.  They've -- they've been on football

 3    teams for quite a while.

 4    BY MS. REINHARDT:

 5        Q   And is that true of the wrestling team as      03:36:06

 6    well?

 7            MS. GREEN:  Object to the form.

 8        A   Yes, we do have -- yes, we have female

 9    wrestlers.

10    BY MS. REINHARDT:                                      03:36:19

11        Q   Okay.  Great.  You can take down that exhibit

12    for now.

13            Prior to H.B. 3293, what team would B.P.J. be

14    required to play on?

15            MS. DENIKER:  Objection to the form.           03:36:32

16            THE WITNESS:  She chose to run cross-country.

17    It's a coed sport.

18    BY MS. REINHARDT:

19        Q   Sorry, I'm going to ask you to please re-pull

20    up Exhibit 28.                                         03:36:50

21            And if you look at page 4, under "Bridgeport

22    Middle School," it says (as read):

23            "Boys Cross-Country, Boys.

24            "Girls Cross-Country, Girls."

25            So what do you mean by it is a coed sport?     03:37:13
```

Page 103

1        A    I -- they -- they run together.  They

2    practice together.  They run together.  They go to

3    meets together.  It's treated more as a coed sport.

4        Q    So do girls run during the boys' meets?

5        A    Can I just say I'm not familiar with          03:37:38

6    cross-country, other than I know how it works there,

7    because I've never coached that, I've never been

8    responsible for that in my current -- or in my

9    previous duties.

10       Q    Understood.  And to the extent that you -- to  03:38:02

11   the extent that you do know, are there -- one

12   second.

13           Do the girls' team have different winners

14   than the boys' team?

15           MS. GREEN:  Object to the form.                 03:38:27

16           MS. DENIKER:  Object to the form.

17           THE WITNESS:  I will say that middle school

18   sports is a competitive sport, so there are winners

19   and losers.

20   BY MS. REINHARDT:                                       03:38:35

21       Q    As it's listed here in Exhibit 20 (sic), it

22   says, girls' sport -- or "Girls Cross-Country" and

23   then "Girls" in the next column -- oh, I'm sorry.

24   Exhibit 28.  I apologize.

25           It says, "Girls Cross-Country" in the first    03:38:51

                                              Page 104

```
 1    column and "Girls" in the second column.

 2         So would that mean that girls would be the

 3    winners on the girls' cross-country team?

 4    A   I would assume so.

 5    Q   Prior to H.B. 3293, what team would          03:39:11

 6    B.P.J. play on?

 7         MS. DENIKER:  Objection to the form.

 8         MS. GREEN:  Object to the form.

 9         THE WITNESS:  Prior to that rule, she would

10    have been rostered as what her birth certificate   03:39:34

11    said.

12    BY MS. REINHARDT:

13    Q   Are you aware of what her birth certificate

14    says?

15    A   It's whatever is in WVEIS.                   03:39:48

16    Q   Are you aware of what is in WVEIS?

17    A   I'm not aware of that.  I'm not sure what --

18    where she's at.

19    Q   Prior to H.B. 3293, what team would

20    transgender boys play on?                        03:40:09

21         MS. DENIKER:  Objection to the form.

22         MR. TRYON:  Objection.

23         MS. GREEN:  Objection.

24         THE WITNESS:  You said transgender boys prior

25    to?                                              03:40:31
```

Page 105

```
 1    BY MS. REINHARDT:

 2        Q   Correct.

 3        A   They would be rostered the same as their --

 4    whatever they are on WVEIS.  We would be required to

 5    roster them male or female.                      03:40:49

 6        Q   Why are you required?

 7            MS. GREEN:  Object to the form.

 8            THE WITNESS:  That's the rules we have from

 9    the WVSSAC say.

10    BY MS. REINHARDT:                                03:41:15

11        Q   You said the rules from WSSAC (sic)?  Did I

12    hear that properly?

13            MS. GREEN:  Object to the form.

14        A   Yes.  And we do go by what is in WVEIS.

15    BY MS. REINHARDT:                                03:41:33

16        Q   Is there a benefit to playing on sports

17    teams?

18            MS. DENIKER:  Objection to the form.

19            THE WITNESS:  Absolutely.

20    BY MS. REINHARDT:                                03:41:45

21        Q   What are those benefits?

22        A   Cooperation, teamwork, watching out for your

23    fellow players.  There's a lot of benefit to having

24    a team sport.

25        Q   Would you say B.P.J. benefited from        03:41:59
```

Page 106

1    participating in sports?

2           MS. DENIKER:  Objection to the form.

3           MR. TRYON:  Objection.

4           THE WITNESS:  I can't speak for her, but I

5    hope she did.  I hope she had a great experience.      03:42:09

6    BY MS. REINHARDT:

7       Q    And I'm just trying to further understand how

8    WVEIS works.

9           What rule requires you to follow the gender

10   listed in WVEIS?                                       03:42:24

11          MS. GREEN:  Objection to the form.

12          THE WITNESS:  WVEIS allows us to put -- when

13   we have -- when we have a student ask for a certain

14   name, we're allowed to put that in there so that

15   during the course of the day, they can use their       03:42:42

16   name that they choose to be called by, but because

17   WVEIS is a database that generates legal documents,

18   graduation transcripts, is -- is the big thing.  I

19   mean, it is -- it's a legal -- it's what generates

20   the legal documents later.  It's a record of their     03:43:09

21   school.  It's a -- it's a legal record.

22          So we only make changes in WVEIS if we have a

23   court order or a birth certificate that tells us

24   gender, their sex, male or female.

25   BY MS. REINHARDT:                                      03:43:29

Veritext Legal Solutions
866 299-5127

```
 1        Q    For sports specifically, what rule requires

 2    you to follow the gender/sex listed in WVEIS?

 3            MS. GREEN:  Object to the form.

 4            MS. DENIKER:  Same objection.

 5            THE WITNESS:  It's the -- it's the same.      03:43:45

 6    It's -- it's a guideline for us.  We -- we do not

 7    have -- I do not have the legal authority and I sure

 8    wouldn't want my AD or my administrator to have that

 9    legal authority to make that change.  We ask for

10    either a judge or someone above us to tell us that.   03:44:03

11    BY MS. REINHARDT:

12        Q    Do you know where this rule comes from?

13            MS. DENIKER:  Object to the form.

14            THE WITNESS:  I do not.

15    BY MS. REINHARDT:                                     03:44:30

16        Q    Are you aware of whether the County has

17    followed this rule across the board for all

18    students?

19        A    I can speak to cases.  We've -- we have

20    previous cases.  When we get a court order or a       03:44:46

21    document with a new birth certificate and a name

22    change, we take care of that at the county level in

23    WVEIS, and we change that.

24        Q    Thank you.  Do you know where we might be

25    able to find the rule you are referring to?           03:45:08
```

                                                  Page 108

```
 1              MS. GREEN:  Object to the form.

 2              MS. DENIKER:  Object to the form.

 3              THE WITNESS:  We -- we clarified that, there

 4       was a call to our West Virginia Department of Ed --

 5       I can't even recall when it was.  It was under --      03:45:22

 6       when I was working for the previous

 7       superintendent -- that we cannot change the legal

 8       record in WVEIS without a court order or a new birth

 9       certificate.

10              MS. REINHARDT:  Court reporter, would you       03:45:46

11       please mind rereading my last question.

12              (Record read.)

13       BY MS. REINHARDT:

14          Q   I just want clarity.  If you could please

15       answer that question directly.                         03:46:06

16          A   I would direct you to the State Department of

17       Education.

18          Q   Thank you.  Did you ever receive any

19       complaints about any transgender students

20       participating in sports at Bridgeport Middle School?   03:46:25

21          A   I did not.

22          Q   Are you aware of any complaints about a

23       transgender student participating in sports at

24       Bridgeport Middle School?

25          A   I am unaware of any complaints.                 03:46:47
```

                                              Page 109

```
 1        Q    Are you aware if any transgender students,

 2    other than B.P.J., have played sports in West

 3    Virginia?

 4             MR. TRYON:  Objection.

 5             THE WITNESS:  I would -- I would not have      03:47:02

 6    that knowledge.

 7             MS. REINHARDT:  So before I move on to the

 8    next set of topics, we've been going for about an

 9    hour, I'm happy to continue, but I wanted to see if

10    anyone needed a break.                                 03:47:18

11             THE WITNESS:  I'm fine.

12             MS. REINHARDT:  Great.

13    BY MS. REINHARDT:

14        Q    So my next line of questioning pertains to

15    topics 4 and 5.  I'm going to move tab 12 into the     03:47:27

16    "Marked Exhibits" folder.  It's been previously

17    marked as Exhibit WV-17.

18             You may refresh.  It should be there.

19        A    We have it.

20        Q    Have you seen this document before?           03:48:31

21        A    I have.

22        Q    And without disclosing any information you

23    may have had with counsel, when did you see this

24    document?

25        A    In prep for this deposition.                  03:48:45
```

Veritext Legal Solutions
866 299-5127

1      Q   And on the first page, do you see where it

2   says "Today's Date"?

3      A   Yes.

4      Q   And it says "8-23-19"; is that correct.

5      A   Yes.                                    03:49:06

6      Q   Do you know what the purpose of the gender

7   support plan is?

8      A   Yes.  It's the -- to bring everybody together

9   that's working with the -- the student and come up

10  with a plan.                                   03:49:21

11     Q   Has the gender support plan ever been

12  requested other than for B.P.J.?

13     A   Yes.

14     Q   When was it requested?

15         MS. DENIKER:  Objection to the form.     03:49:38

16         THE WITNESS:  I could not give you specifics

17  on that.  I know it has been requested throughout

18  Harrison County.

19  BY MS. REINHARDT:

20     Q   Who created this document?              03:49:48

21     A   This document was initially created with

22  support from Dr. Cris Mayo at WVU and with our

23  Title IX investigator.  She was kind of given the

24  role to develop a plan.  And we have an adolescent

25  coordinator that works for seven counties that had   03:50:15

                                        Page 111

1    been involved in some of this.

2         But it was with -- with Dr. Cris Mayo and my

3    Title IX director and just -- information, and they

4    put this together.

5    Q    Do you recall when that was?                    03:50:33

6         And I apologize if you said it and I did not

7    hear you.

8    A    I'm trying to think of the year.  '18 -- I'm

9    trying to think of the year.  It would have been --

10   we had -- we had an issue a -- a few years ago, and   03:50:55

11   it generated this -- a need for it.  As we

12   discovered, we had a need for this.  So that's where

13   it came from.

14        I'm thinking 2018, the prior year.  Might

15   have been '19.                                        03:51:13

16   Q    And when you say there was a need for this,

17   can you -- can you explain what you mean by there

18   was a need for this?

19        MS. DENIKER:  I'm going to object to the

20   form.  I'm also going to object to any discussion    03:51:27

21   that is student-specific so we can avoid any HIPAA

22   issues.

23        THE WITNESS:  Well, we have -- when our

24   administrators reach out and ask questions and we

25   had more students requesting to be called by other   03:51:46

                                              Page 112

1    names and -- you know, of course, it was new for us.

2    We're trying to understand it.  So it generated a

3    need to have a -- a protocol in place or guidelines

4    for our schools to follows so we're all working in

5    the same direction and focused.                         03:52:03

6    BY MS. REINHARDT:

7        Q    Does the county board -- and again, when I

8    refer to the county board, I mean the entire County

9    Board of Education.

10        Does the county board provide the gender          03:52:15

11    support plan to the schools?

12        A    The gender support plan was generated in our

13    county office and provided to the schools, yes.

14        Q    Thank you.  And does the county board receive

15    a copy of completed gender support plans?             03:52:37

16        A    We do not.  They're kept at the school level,

17    in the student file.

18        Q    Are they kept in WVEIS at all?

19        A    No.  The only thing in WVEIS is a name that

20    the student uses, in parentheses, that they would     03:52:55

21    prefer to be called.

22        Q    Do you know why it isn't stored in WVEIS?

23        A    That's not the role of WVEIS.  We have other

24    documents that we prepare at the school level that

25    take care of our kids.  We have multiple plans that   03:53:11

                                                    Page 113

 1    we use, and -- and they're kept in the school file.

 2          You have to understand that the kids that are

 3    interacting -- or the people and -- and faculty that

 4    are interacting with those children at the school

 5    are the frontline people that need to know and -- so    03:53:30

 6    it's kept there so the school has access to it and

 7    input into it.  They know the people involved.

 8      Q   Does sex change in WVEIS as a result of the

 9    gender support plan?

10      A   No.                                               03:53:55

11      Q   I want to look at this first page where it

12    says "Meeting Participants."

13          Who is Sarah -- oh, I apologize, you've

14    already explained.

15          Sarah Starkey is the Title IX director; is       03:54:09

16    that correct?

17      A   Yes, she is.

18      Q   And why was she in attendance?

19      A   When we began doing the gender support plans,

20    we put that under her purview, in her department.      03:54:24

21    So she is the one that's been with this from the

22    ground up.  She's a great support for our -- our

23    administrators and our families.  She also is a

24    social worker.  She has an excellent background, a

25    Title IX investigator.  She's the right person to be   03:54:40

                                                    Page 114

```
 1    involved in this.

 2        Q   Does she attend all gender support plan

 3    meetings?

 4        A   She is invited to all of them, and she tries

 5    to.  But we're a large county.  Sometimes she is        03:54:53

 6    not.

 7        Q   And again, I apologize if you've already

 8    said, but who is Tarra Shields?

 9        A   Tarra Shields is the principal at

10    Norwood Elementary.                                     03:55:08

11        Q   And who is Jasmine Lowther?

12        A   Jasmine Lowther is the fourth-grade teacher

13    at Norwood Elementary.

14        Q   And why was she at the gender support plan

15    meeting?                                                03:55:24

16        A   Jasmine Lowther was the fourth-grade teacher.

17    This would have been done in August when school was

18    starting, and B███ would have been going into the

19    fourth grade.  So that would have been her classroom

20    teacher.                                                03:55:36

21        Q   And, finally, why was Nurse Tina at the

22    gender support plan meeting?

23        A   When we do a comprehensive plan at the

24    school, we generally bring in any health support

25    people.  They're just usually part of the school       03:55:54
```

Page 115

1    planning team.  We have, you know, of course,

2    anybody related to counseling, and nursing is a big

3    part of that school, and so she was part of the

4    plan.

5        Q    Thank you.  I'm going to ask you to turn to        03:56:06

6    the next page.  It's Bates-Stamped number, at the

7    bottom, BPJ 008.

8            And at the top, it states (as read):

9            How will teach --

10           "How will a teacher/staff member                    03:56:21

11           respond to any questions about the

12           student's gender from:"

13           And then it lists three different incidents.

14           Do you see that?

15       A    Yes, I see that.                                   03:56:39

16       Q    And it lists "Other students?  Staff members?

17   Parents/community?"

18           Is that correct?

19       A    Yes.

20       Q    For each group, it states (as read):              03:56:46

21           "Be open and honest — she is B████ ."

22           Do you see that?

23       A    Yes.

24       Q    What does it mean by "be open and honest"?

25           MS. DENIKER:  Objection to the form.               03:57:00

                                                  Page 116

```
 1            THE WITNESS:  I think with any student, we --

 2     we want to be open and honest and just -- we want

 3     them to be -- be in a happy place.

 4     BY MS. REINHARDT:

 5        Q   So is your understanding that when it states   03:57:18

 6     "be open and honest," that they're directing the --

 7     they're directing the teachers or staff members to

 8     be open and honest?

 9            MR. TRYON:  Objection.

10            MS. DENIKER:  Objection to form.                03:57:29

11            THE WITNESS:  Well, it's talking about other

12     students, staff members.  You've got to look at this

13     plan in -- in its entirety.  You're looking at a

14     school and a group of individuals that's dealing

15     with B▮▮▮ every day, and they're trying to make       03:57:44

16     this plan, and I want to say as open and honest and

17     as real as possible for her so that when she comes

18     to school every day, she feels safe and secure and

19     she belongs there.

20            So if you go back to the front page, every      03:58:00

21     person that's involved with B▮▮▮ at that school is

22     listed.  And including B▮▮▮.  B▮▮▮ was there.

23            So the language on here was developed as a

24     group so they could make it a great environment for

25     her.  They wanted her to be successful.               03:58:12
```

Veritext Legal Solutions
866 299-5127

1    BY MS. REINHARDT:

2        Q    I'm simply trying to understand what "open

3    and honest" means.

4            MS. DENIKER:   Same objection.

5    BY MS. REINHARDT:                                03:58:27

6        Q    So in this context, what does "open and

7    honest" mean?

8        A    I --

9            MR. TRYON:   Objection.

10            THE WITNESS:   I was not in that meeting.    03:58:32

11            I was not in that meeting.   It means what it

12    means, that you're open and honest.   I -- I don't

13    know.   I would not be able to speak to what that

14    meaning is --

15    BY MS. REINHARDT:                                03:58:42

16        Q    I'm going to --

17        A    -- other than they -- they wanted her to be

18    in a safe, secure environment.

19        Q    I'm going to move tab 13 into the "Marked

20    Exhibits" folder.   And it was previously marked as    03:58:53

21    Exhibit WV-19.

22            Do you see that?

23        A    I do.

24        Q    And were you in attendance for this gender

25    support plan meeting?                            03:59:15

                                            Page 118

```
 1      A   I was not.  The participants are listed.

 2      Q   And if you go to that second page, where it

 3   says "BPJ 003," similarly, under "How will a

 4   teacher/staff member respond to any questions about

 5   a student's gender from:" and lists those three          03:59:34

 6   categories, it says (as read):

 7          "Be open and honest — she is B███,

 8          and that makes her happy."

 9          Did you speak to anyone about either of these

10   gender support plans?                                    03:59:49

11      A   When we were preparing for today's

12   deposition.

13      Q   And not including your attorney, did anyone

14   provide clarity on what it means to be "open and

15   honest — she is B███"?                                   04:00:09

16      A   No, not specifically.

17      Q   Thank you.  If you could please go back to

18   that previously marked exhibit, WV-17.

19      A   Yes.

20      Q   And on that second page, BPJ 008, closer to      04:00:33

21   the bottom of the page, it says (as read):

22          "Gender will be male, but B███ will

23          be in () next to birth name."

24          Do you see that?

25      A   I do.                                             04:00:50
```

                                                    Page 119

```
1        Q    What does the -- what does the double

2   parentheses mean?

3        A    That means in WVEIS, in the -- in the WVEIS

4   system, outside of her official given name, it will

5   be in parentheses what her preferred name is.          04:01:05

6        Q    So this -- what's written here is pertaining

7   to B.P.J.'s name; correct?

8        A    Yes.

9        Q    So the --

10       A    How she would have identified in WVEIS.        04:01:23

11       Q    So are the double brackets in WVEIS empty, or

12   is there somebody in -- I'll just ask that first.

13   Is the -- are the double brackets in WVEIS empty?

14       A    No.  It has "B████."

15       Q    So if I'm understanding correctly, it says     04:01:38

16   gender will be male, but in WVEIS, next to "male,"

17   it will say "B████"; is that correct?

18            MS. DENIKER:  Objection to the form.

19            THE WITNESS:  It's by her name.  It's her --

20   her -- her official name is there, and "B████" is in   04:02:00

21   parentheses on that line.

22   BY MS. REINHARDT:

23       Q    Thank you for clarifying.

24            I'm going to ask you to turn to what's page 4

25   that says BPJ 010, and near the bottom, it says (as     04:02:09
```

Page 120

```
 1   read):

 2           "What training(s) will the school

 3            engage in to build capacity for

 4            working with gender-expansive

 5            students?  How will the school work          04:02:26

 6            to create more gender inclusive

 7            conditions for all students?"

 8            Did I read that correct?

 9     A    Yes.

10     Q    And the answer says (as read):               04:02:34

11            Norwood staff receives (sic)

12            training on tolerance and cultural

13            diversity and LGBTQ + AI (sic) on

14            8/23 -- sorry -- 8/21 and -- and

15            provided protocol and multiple               04:02:52

16            resource -- resources (sic) sources.

17            Did I read that correctly?

18     A    Yes.

19     Q    The date of the gender support plan, as we

20   noted earlier, is 8/23/19.                          04:03:07

21            Are you aware if the training did in fact

22   occur two days prior to the gender support plan?

23     A    I would not be able to speak specifically.  I

24   know countywide we did multiple trainings.  I do not

25   have those dates.                                   04:03:30
```

Page 121

1     Q   Did you, Superintendent Stutler, attend any

2   of these trainings?

3     A   I did.

4     Q   And what did the trainings entail?

5     A   The trainings were provided by Dr. Cris Mayo.   04:03:41

6   We originally brought her in to meet with several

7   school staff, and then she did a training with all

8   of our school administrators and county office

9   administrators, and it was about how to make our

10   school environments inviting for -- and it really   04:04:03

11   was all-encompassing.  The children -- children are

12   children.  Students are students.  Athletes are

13   athletes.

14        It really was -- it was a great training

15   because it made you focus on, you know, you're there   04:04:22

16   for kids and we need to make them comfortable and

17   out of the line of fooling or intimidation in any

18   manner.  She -- she framed it in the sense this is

19   for all of our kids.

20     Q   And did Dr. Cris Mayo provide any guidance on   04:04:37

21   how to make students more comfortable?

22     A   She gave specifics, and I cannot recall

23   those.  She gave us a lot of information.

24     Q   Did staff receive resources?

25     A   They did, provided by her and the department   04:04:58

                                              Page 122

1    at WVU, the diversity department.

2        Q   Do you have a copy of those resources?

3        A   I do in my office.

4        Q   And did these trainings occur prior to 2019?

5        A   We've had diversity trainings prior, not --    04:05:21

6    not involving Cris Mayo.  But that's been part of

7    the county for quite a while.

8        Q   And did those trainings always include LGBTQ

9    plus IA?

10       A   All --                                          04:05:42

11           MS. DENIKER:  Objection to the form.

12           THE WITNESS:  Specifically, I don't know that

13   it said that, but we did provide diversity training.

14   That's all-encompassing.  So I would say yes, it

15   addressed that.                                         04:06:06

16           We tried to identify -- everybody -- our

17   children aren't all the same.  It's difficult to put

18   them in categories.  Their needs are different, and

19   we meet those needs as they come to us.

20   BY MS. REINHARDT:                                       04:06:16

21       Q   On the same page, it says (as read):

22           "Plan will be reviewed at least

23           yearly."

24           Do you see that?

25       A   Yes.                                            04:06:25

                                                    Page 123

```
 1        Q    What does it mean by "plan"?

 2        A    This plan, this written plan that's developed

 3    by -- in this case, B███ was there.  Her mother was

 4    there.  School staff was there.  So we look at it

 5    annually and sooner, if it needs to be.              04:06:44

 6        Q    Do you know if the plan was reviewed the

 7    following year?

 8        A    Are you speaking about the plan I'm looking

 9    at now?

10             What's the date on this one?               04:07:00

11             It will be on the second -- wait.  I'm moving

12    it.

13             She -- this was from fourth grade -- when she

14    was going into fourth grade.

15             They could have reviewed it and not made    04:07:18

16    changes to it.  I don't know that.

17        Q    Thank you.

18        A    I don't know that.

19        Q    And on the last page, page 5, where it says

20    "BPJ 001 (sic) at the bottom, it says (as read):      04:07:34

21             "Will schedule at end of school year

22             for next school year."

23             And I reading that correctly?

24        A    Yes.

25        Q    Was that stating the plan would be reviewed  04:07:41
```

                                              Page 124

```
 1    for the fifth-grade year?

 2       A   Tarra Shields -- in conversation with

 3    Tarra Shields, they put this plan into place, her

 4    going into fourth grade.  And, now, this is from

 5    Tarra Shields.  There were -- they -- she had a --    04:08:05

 6    I'm talking from Tarra, that she had a good

 7    fourth-grade year.  They were going -- she was going

 8    into the fifth grade, and they felt there was really

 9    no need to change anything.

10       At any time, a parent can request that the       04:08:20

11    plan be reviewed.  So I would take that if there's

12    not another plan dated, that they felt that, you

13    know, she was having a good two years.

14       Q   And who are you referring to when you say

15    "they"?                                               04:08:35

16       A   I -- I would say Tarra Shields, this team

17    that was with her at Norwood.  And you've also got

18    to understand the parent is involved in this.

19    And -- and B████.

20       Q   Did the county board implement any policies   04:08:46

21    related to transgender students after implementing

22    B████'s gender support plan?

23       A   No.

24       Q   Now I'm going to ask you to go back to what

25    was previously marked as WV-19.                       04:09:05
```

                                              Page 125

1      A    Okay.

2      Q    Did you see -- have you seen this document

3   before?

4      A    In preparing for this deposition.

5      Q    In looking at this first page, we've already    04:09:27

6   been over a few of these meeting participants, but

7   I'm hoping you can tell me who Amber Davis is.

8      A    Amber Davis is the counselor at Norwood.

9      Q    And who is David Mazza?

10      A    The principal at Bridgeport Middle School.     04:09:46

11      Q    And who is Lauren Muro, if I'm pronouncing

12   her name right?

13      A    Laura -- Lauren is the counselor at

14   Bridgeport Middle.

15      Q    Thank you.  And on the same first page, it     04:09:59

16   says (as read):

17           "How public or private will

18           information about this student's

19           gender be?"

20           And there's an X next to "Teachers and/or     04:10:16

21   other school staff will know."

22           And then it says "Specify the adult staff

23   members," and it states "All teachers."

24           Am I reading that correctly?

25      A    Yes.                                           04:10:29

                                                     Page 126

```
 1       Q    Who did -- were all teachers, in fact,
 2    informed about B██████'s gender?
 3       A    Mr. Mazza informed her teachers, yes.
 4       Q    Are you aware of what the teachers were
 5    informed?                                          04:10:50
 6       A    No, I do not know exactly what they were
 7    told.
 8       Q    Thank you.  And now I'd like to turn to
 9    page 4, which is listed as BPJ 005.  And at the top,
10    it indicates that B.P.J. would be participating in   04:11:11
11    cross-country and track.
12            Do you see that?
13       A    I do.
14       Q    And underneath, it says (as read):
15            "Coaches would need to be aware of          04:11:22
16            B██████'s transition.  If teammates
17            have questions, they could approach
18            the coaches or administration."
19            Do you see that?
20       A    Yes.                                        04:11:31
21       Q    Were the coaches informed of B.P.J.'s gender?
22            MS. DENIKER:  Objection to the form.
23            THE WITNESS:  I don't know.  I really --
24    that, I don't know.
25    ///
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MS. REINHARDT:

 2        Q   Do you know if the teachers were informed

 3    about B.P.J.'s transition?

 4            MS. DENIKER:  Objection to the form.

 5            And are you asking about coaches --            04:12:00

 6            MS. REINHARDT:  Yes.

 7            MS. DENIKER:  -- or teachers?

 8            MS. REINHARDT:  I'm asking about coaches, as

 9    it states on that second question on page BPJ 005.

10            MS. DENIKER:  Thank you.  Same objection.     04:12:13

11            THE WITNESS:  I'm not aware of that.

12    BY MS. REINHARDT:

13        Q   And near the bottom, it says (as read):

14            "What training(s) will the school

15            engage in to build capacity for            04:12:29

16            working with gender-expansive

17            students?  How will the school work

18            to create more gender inclusive

19            conditions for all students?"

20            Did I read that correctly?                  04:12:36

21        A   Yes.

22        Q   It states further (as read):

23            "BMS will receive training on

24            tolerance and culture diversity and

25            LGBTQ as arranged by Mr. Mazza              04:12:51
```

Page 128

1           during upcoming school year."

2           Is that -- am I reading that correctly?

3      A   Yes.

4      Q   What is BMS?

5      A   Bridgeport Middle School.                    04:13:01

6      Q   So who would that training be for?

7      A   His staff, his teachers.

8      Q   Are you aware if that training occurred?

9      A   It did.  I don't know the date.  I spoke with

10     him, and he did do that training.               04:13:22

11     Q   Did you attend that training?

12     A   I did not.

13     Q   Are -- are sports team coaches in attendance

14     for those trainings?

15     A   When it talks about being -- you have to      04:13:36

16     understand, our sports coaches are not always

17     employees in the buildings where they are coaching.

18     So they could have been in training maybe in the

19     building where they were at.  It would not have been

20     specific to any -- it would have just been general   04:13:54

21     diversity training.

22          Our coaches come from all over.  We have -- a

23     coach might live on one side of the county and work

24     in one side of the county but coach at another high

25     school.  So they would not always be there during    04:14:11

                                              Page 129

```
 1    that school day when that training would be taking

 2    place.

 3         MS. REINHARDT:  Thank you.  I'm now going to

 4    put tab 14 into the "Marked Exhibits" folder.  I

 5    believe we are at Exhibit 28.  Oh, sorry, let me      04:14:26

 6    see.  29.  It will be marked as Exhibit 29.  I'll

 7    let you know once the page is refreshed.

 8            And it should be in the folder now.

 9            (Exhibit 29 was marked for identification

10          by the court reporter and is attached hereto.)  04:14:58

11    BY MS. REINHARDT:

12       Q   Do you see it?

13       A   I do.

14       Q   And Amber Davis attended the gender support

15    plan meeting at Bridgeport Middle School; correct?   04:15:15

16       A   Yes.

17       Q   Are you aware if Davis and B.P.J. interacted

18    often?

19            MS. DENIKER:  Objection to the form.

20            THE WITNESS:  I don't know how often.  She's  04:15:36

21    a school counselor there.  I know that that

22    counselor goes into every classroom at least once a

23    week for 40 minutes, so I know they interact in that

24    general sense, and then as individual counseling is

25    required.                                            04:15:52
```

Veritext Legal Solutions
866 299-5127

1    BY MS. REINHARDT:

2        Q    Did Davis ever report any problems regarding

3    B.P.J. to the county board?

4        A    No.

5        Q    Are you aware of any problems Davis may have    04:16:06

6    reported to Bridgeport Middle School?

7            MS. DENIKER:  Objection to the form.

8            THE WITNESS:  No.

9    BY MS. REINHARDT:

10       Q    Have you seen this exhibit before?             04:16:26

11       A    When I was preparing for the deposition.

12       Q    Let's review the top portion of this

13   document, which appears to not be dated.

14           Do you know if these are Amber Davis's

15   personal opinions of B.P.J.?                            04:16:39

16           MS. DENIKER:  Objection to the form.

17           THE WITNESS:  I spoke with Amber about these

18   notes.

19   BY MS. REINHARDT:

20       Q    Did Amber indicate whether these were her      04:16:53

21   personal opinions?

22       A    They were not her personal opinions.

23       Q    Did Amber state to you whose opinions they

24   were?

25       A    She could not recall.  She had had a           04:17:08

                                                    Page 131

1    conversation with someone she could not recall.  I

2    asked her that specifically.  She said she was an --

3    you have to understand, she was a brand-new

4    counselor in that school, had only just been there,

5    and she was trying to learn names of people.  And          04:17:24

6    she said, I just do not recall.

7        Q    Let's look at the notes that appear to be

8    dated 3/22.

9             Did Davis state whether these were her

10   personal opinions?                                          04:17:43

11       A    They are not her personal opinions.

12       Q    Whose opinions are they?

13       A    These were --

14            MS. DENIKER:  Objection to form.

15            THE WITNESS:  It was just a note that she           04:17:53

16   made.  ███████████████████████████████████

██   ██████     ███████████████████████████████

██   ████████████████████████████████████████████

██   ████████████████████████████████████████████████

██   ███████████████████████████████████        ███████████

██   ████████████████████████████████████████████████

██   ███████████████████████████

23   BY MS. REINHARDT:

24       Q    And now let's look at the note that appears

25   to be dated 3/23.                                           04:18:26

1        Whose opinion is this note from?

2        MS. DENIKER:  Objection to the form.

3        THE WITNESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮



17       That's the way Amber described those notes.

18   BY MS. REINHARDT:

19       Q   Do you know if there was any follow-up after

20   3/23?                                            04:19:24

21       A   I do not know.

22       Q   Thank you.  I'm now going to put tab 15 in

23   the "Marked Exhibits" folder.  It will be marked as

24   Exhibit 30 (sic).

25   ///

Page 133

```
 1              You should be able to refresh.

 2              I apologize.  This was previously marked as

 3       WV-18.

 4          A   I have that.

 5          Q   Have you seen this form before?              04:20:26

 6          A   I have.

 7          Q   And when did you see it?

 8          A   It was developed in -- with our protocol.

 9          Q   Which protocol are you referring to?

10          A   When we did the gender support plan, this was  04:20:39

11       part of that process.

12          Q   How long has the county board been using the

13       gender support -- I apologize -- the preferred name

14       request form?

15          A   I believe when we started using the protocol.  04:20:54

16          Q   To your knowledge, when would students fill

17       this form out?

18          A   If a -- if a child in -- in any school

19       chooses to have a different preferred name, they

20       would -- most of the time, kids go to the teacher.   04:21:25

21       They go to their teacher.  If that's not a safe

22       place for them to go, they would hopefully go to the

23       counselor, and they are provided this form, and then

24       the process begins.

25          Q   How are students made aware of the preferred  04:21:41
```

Page 134

1    name request form?

2        A    That's done within the schools.

3        Q    Do you know how the schools introduce

4    students to the preferred name request form?

5        A    It would be available through the school    04:22:02

6    counselors.  And, fortunately, in Harrison County,

7    we do have a counselor in every building.

8        Q    Do you know if any students other than B█████

9    have used the preferred name request form?

10       A    We -- we have others.                       04:22:21

11       Q    Did you discuss this form with anyone at

12   Bridgeport Middle School?

13       A    No.

14       Q    Have you, Superintendent Stutler, spoken with

15   B.P.J. about her name?                               04:22:42

16       A    No.

17            (Exhibit 30 was marked for identification

18         by the court reporter and is attached hereto.)

19   BY MS. REINHARDT:

20       Q    Thank you.  I'm now going to move tab 16 into  04:22:52

21   the "Marked Exhibits" folder.  And now I will

22   correct that this will be Exhibit 30?

23            Feel free to refresh.

24       A    Okay.

25       Q    If you could please review this e-mail, and,   04:23:32

                                              Page 135

```
 1    once it's been reviewed, if you could please let me

 2    know if you've seen it before.

 3        A   Yes.

 4        Q   Who is Barbara Tucker?

 5        A   Barbara Tucker is a region 7 athletic health    04:24:01

 6    initiative coordinator.  She works under grant

 7    funding and provides services to seven counties.

 8        Q   And at the bottom of the first page, it says

 9    (as read):

10            "After reviewing your in-house              04:24:19

11            training options for our staff, I

12            think that Mr. Mazza would like to

13            do your half day (preferably 2 hours

14            if possible) session on strategies

15            and resources for diversity and           04:24:30

16            inclusion (sic) classrooms with you

17            and Selina Vickers on the morning of

18            October 29th."

19            Do you see that?

20        A   Yes.                                        04:24:43

21        Q   Do you know why Laura (sic) Merrill and

22    Barbara Tucker would be e-mailing?

23        A   Lauren Merrill was the counselor at

24    Bridgeport Middle, and they were looking for

25    additional training and resources for their staff.  04:24:58
```

                                                Page 136

```
 1    This would not be unusual --

 2        Q    Do you know --

 3        A    -- for any topic.

 4        Q    Do you know if this training occurred?

 5        A    I do not.  I could not tell you for sure.    04:25:09

 6             MS. REINHARDT:   I'm going to now put in tab

 7    17 into the exhibit folder.  It will be marked as

 8    Exhibit 31.

 9             (Exhibit 31 was marked for identification

10          by the court reporter and is attached hereto.)    04:25:27

11    BY MS. REINHARDT:

12        Q    It should be in the folder now.

13        A    I see that.

14        Q    At the top, it says (as read):

15             "I have linked a few resources that    04:26:01

16             could be helpful for our session

17             tomorrow."

18             Do you see that?

19        A    Yes.

20        Q    I'm going to ask you to now turn to the page    04:26:09

21    with HCBOE 01178 Bates-Stamped on the bottom.

22        A    I have that up.

23        Q    If you could just take a look at these

24    materials.

25        A    Okay.    04:26:54
```

                                           Page 137

```
 1        Q   Do you recognize these materials?

 2        A   Not these specifically.  She provides us with

 3    a lot of different resources, but not -- I can't say

 4    that I've looked at these specifically.

 5            "Welcoming Schools," I have.                    04:27:16

 6        Q   In what context does Barbara Tucker provide

 7    resources?

 8        A   Like I said, she is -- works with -- with

 9    seven counties.  She provides resources on all types

10    of adolescent health, any kind of health             04:27:39

11    initiatives.  She does smoking cessation, not -- not

12    just this.  I mean, diversity training.  And she

13    provides that to seven counties.  And we

14    occasionally reach out to her for resources.

15        Q   And when you say "we," who are you referring   04:27:58

16    to?

17        A   The County, our county administrators, if

18    they find something that they need specifically for

19    their building.  It's not unusual for them to look

20    for resources for their staff, and she is one         04:28:10

21    resource.

22        Q   Are you aware if Barbara Tucker provides

23    resources to students?

24        A   I'm sure she has student handouts, but I -- I

25    don't have them specifically.                         04:28:30
```

Page 138

```
 1            MS. REINHARDT:  Okay.  No problem.

 2            If you could go into the "Marked Exhibits"

 3    folder, I'm going to introduce you to a document

 4    that's been marked as Exhibit 31 -- no -- 32.

 5            If you could please review this document.    04:29:09

 6            (Exhibit 32 was marked for identification

 7         by the court reporter and is attached hereto.)

 8            THE WITNESS:  I have that.

 9    BY MS. REINHARDT:

10       Q    Have you seen this e-mail before?            04:29:18

11       A    I have.

12       Q    And are you familiar with this e-mail because

13    you are cc'd on it?

14       A    Yes.

15       Q    And it says (as read):                       04:29:37

16            "Please see attached forms for the

17            2020-2021 school year."

18            Do you see that?

19       A    Yes.

20       Q    Did Sarah Starkey provide new forms for every  04:29:50

21    school year?

22       A    She generally -- that's like an August thing.

23    She will update forms and send them out.

24       Q    Wonderful.  And if you turn to the first

25    attachment, which is marked HCBOE 01132 at the      04:30:11
```

Page 139

1    bottom, it says "Teacher/Staff Protocol for

2    Transgender and Gender Non-conforming Students."

3         Do you see that?

4    A    Yes.

5    Q    Was this form approved by the county board?    04:30:27

6    A    No.  This was a -- just a protocol developed

7    from our office to support our administrators and

8    our teachers.

9    Q    So the county board has documents that are

10   not officially approved; is that correct?          04:30:50

11        MS. DENIKER:  Object to the form.

12        THE WITNESS:  The county board generates a

13   lot of documents that do not go to a board meeting

14   for action.

15   BY MS. REINHARDT:                                   04:31:09

16   Q    So when you referred to "our office," who

17   were you referring to?

18   A    That would be myself and my department heads.

19   Q    Before the teacher/staff protocol for

20   transgender and gender non-conforming students is   04:31:22

21   provided, does the county board review it?

22   A    That would have -- that would fall under the

23   purview of day-to-day operations for my building,

24   and they would allow me to make that decision.

25   Q    And on the page marked HCBOE 01133, it lists   04:31:43

Page 140

```
 1     Sarah Starkey, Cris Mayo, Barbara Tucker,
 2     Trans Lifeline.
 3          Does Cris Mayo work for the county board?
 4     A   No.
 5     Q   Who created this document?              04:32:11
 6     A   Sarah Starkey.
 7     Q   Why was the document created?
 8     A   It was part of our gender support plan and
 9     the processes we would use when we had a child that
10     wanted to identify as transgender.             04:32:29
11     Q   Thank you.
12          MS. REINHARDT:  Before I move on to the next
13     topic, I just want to see if anybody needs a break.
14          THE WITNESS:  I'm good.
15          THE VIDEOGRAPHER:  This is --             04:32:46
16          MS. REINHARDT:  I believe our --
17          THE VIDEOGRAPHER:  Sorry, this --
18          MS. REINHARDT:  -- co-counsel --
19          THE VIDEOGRAPHER:  This is the videographer.
20     I would like to switch the tape, the volume, so --   04:32:51
21     we've been going about an hour and 40, so if we
22     could do five minutes, that would be great.
23          MS. REINHARDT:  No problem.  Let's actually
24     just take a ten-minute break so folks can get some
25     water.                                      04:33:02
```

                                                   Page 141

1          If we can go off the record for a ten-minute

2      break.

3          THE VIDEOGRAPHER:  Sure.  We're going off the

4      record.  The time is 1:39 p.m., and this is the end

5      of Media Unit No. 2 (sic).                    04:33:10

6          (Recess.)

7          THE VIDEOGRAPHER:  All right.  We are back on

8      the record at 4:46 p.m., and this is the beginning

9      of Media Unit No. 4.

10         Go ahead.                                 04:46:38

11     BY MS. REINHARDT:

12       Q   I just wanted to circle back and get a little

13     bit of clarity on WVEIS.  As you can understand, I'm

14     still trying to wrap my head around it.

15         Earlier, it seemed like you stated that there 04:46:47

16     might be a rule that requires a person to check

17     WVEIS in order to see what sports team a student

18     should be on; is that correct?

19         MS. DENIKER:  Object to the form.

20         THE WITNESS:  I don't -- I ask for guidance  04:47:13

21     from our state department.  I don't know that that's

22     an official rule, so I probably misspoke.

23     BY MS. REINHARDT:

24       Q   When did you ask for guidance?

25       A   I said that earlier in testimony, when we   04:47:24

                                              Page 142

```
 1    were asking when can we change a permanent record in

 2    WVEIS, and we reached out to our state department.

 3        Q    And can you remind me what the state

 4    department's answer was, if you recall?

 5        A    That we -- that we could not make an official   04:47:39

 6    name change or change in WVEIS unless we had

 7    something from a court or we had a -- a new birth

 8    certificate.

 9        Q    And when did you speak to the State

10    Department of Education?                                 04:47:57

11        A    It would have been when I was a personnel

12    director, reaching out on behalf of the

13    superintendent at that time.  It would have been a

14    few years ago.

15        Q    And why do you think WVEIS's gender controls   04:48:07

16    which sports students can play on?

17             MS. DENIKER:  Object to the form.

18             THE WITNESS:  My -- my understanding is, is

19    that there -- there's an automatic pull from WVEIS

20    into a roster, and I am not as familiar with it as      04:48:26

21    another witness may be on that, as far as rostering

22    for sports in SSAC.  And I have my understanding

23    that there's an automatic pull and all of that goes

24    over into that roster.

25        Q    And does the roster, if you know, go to the    04:48:43
```

Veritext Legal Solutions
866 299-5127

1    coaches?

2          MS. DENIKER:  Object to the form.

3          THE WITNESS:  I believe the ADs help roster

4    those students.

5    BY MS. REINHARDT:                                    04:48:58

6      Q    And are you aware of any instance where the

7    roster has been reviewed in order to determine which

8    sports team a student is required to play on?

9          MS. DENIKER:  Object to the form.

10         THE WITNESS:  I -- I'm not aware, until this    04:49:13

11   deposition, of a case.  It's the first time I've

12   seen, actually, rosters.

13   BY MS. REINHARDT:

14     Q    Understood.  Did the county board support

15   H.B. 3293 when it was being considered?              04:49:26

16         MS. DENIKER:  Objection to the form.

17         THE WITNESS:  I really could not comment on

18   that.  I would have no way of knowing that.

19         MS. DENIKER:  I'm going to -- can you reread

20   that -- can you repeat the question or have it read   04:49:46

21   back, please?

22         MS. REINHARDT:  Yes.

23         If the court reporter could please read back

24   my question.

25         (Record read.)                                 04:50:10

                                              Page 144

1          THE WITNESS:  I think I've said this.  When

2     the county board gets a new law, we -- we have to

3     abide by that rule.  It was not our rule.  And the

4     county board is given those rules; we have to abide

5     by those, period.                              04:50:27

6     BY MS. REINHARDT:

7        Q    I'm wondering if the county board supported

8     H.B. 3293 when it was being considered by the

9     legislation.

10         MS. DENIKER:  Same objection to the form.     04:50:43

11         THE WITNESS:  I'm not going to -- I don't

12    know how to really answer that other than we support

13    all of our students in the sense that we need to

14    make them comfortable and aware and -- and support

15    them in their surroundings.                    04:50:58

16    BY MS. REINHARDT:

17       Q    So you are not aware of any rule prior to

18    H.B. 3293 in West -- where a school in West Virginia

19    had to follow the gender in WVEIS in order for a

20    student to participate on a sports team?        04:51:14

21         MR. TRYON:  Objection.

22         MS. GREEN:  Object to the form.

23         THE WITNESS:  I'm not aware of any other

24    school in West Virginia.

25    ///

Veritext Legal Solutions
866 299-5127

```
 1    BY MS. REINHARDT:

 2        Q    Is there a school in West Virginia that you

 3    know had to review WVEIS in order to determine which

 4    sports team a student would play on?

 5            MS. DENIKER:  Objection to form.            04:51:39

 6            THE WITNESS:  I -- I believe you're asking

 7    if -- and I'm -- tell me if I'm wrong -- if all

 8    schools follow the same rules when they're

 9    rostering.  I'm -- I'm unaware of anything that

10    would be different.  We're -- we're given guidelines  04:51:55

11    when we roster students.

12    BY MS. REINHARDT:

13        Q    And --

14        A    And I would believe that ADs and

15    administrators would be following those rules.       04:52:05

16        Q    And so in accordance with those rules,

17    rosters are reviewed before students are designated

18    to a specific sports team?

19            MS. GREEN:  Object to the form.

20            THE WITNESS:  I -- I just -- I -- I think I   04:52:19

21    just want to say, I -- the only thing I know about

22    rostering is that there's a bulk of information

23    that's pulled over to that roster from that student,

24    for student information.  I am not an expert on

25    rostering and sports by no means.                    04:52:32
```

Page 146

```
 1          MS. DENIKER:  I'll object to the form

 2    belatedly because I didn't get it in in time and

 3    also state that to the extent that this relates to a

 4    topic to be covered by another witness, that it's

 5    more appropriate to be asked of that witness.        04:52:51

 6          MS. REINHARDT:  Understood.  I'll save that

 7    line of questioning for another witness.  Thank you.

 8          MS. DENIKER:  Thank you.

 9    BY MS. REINHARDT:

10      Q   Are you familiar with Title IX?                04:53:02

11      A   I am.

12      Q   Does the county board have a Title IX policy?

13      A   It's included in our -- we have a -- a policy

14    that's a safe and supportive schools policy, and

15    it's all included in there.                          04:53:22

16      Q   And without disclosing any identities of any

17    students, has the county board received any Title IX

18    complaints from a transgender student?

19          MS. DENIKER:  I'm going to object to the

20    extent that I believe that this is beyond the scope  04:53:43

21    of the topics set forth for the 30(b)(6) deposition.

22          If you know, I'm going to allow you to answer

23    this question, but I may object to any further

24    questioning on those.

25          MS. REINHARDT:  Understood.                    04:53:58
```

Page 147

```
 1            THE WITNESS:  Yes.
 2     BY MS. REINHARDT:
 3        Q   Does -- did any of those complaints relate to
 4     student sports?
 5            MS. DENIKER:  Same objection.  I'll --        04:54:20
 6            (Simultaneous speaking.)
 7            MS. GREEN:  Object to the form.
 8            THE WITNESS:  No.
 9     BY MS. REINHARDT:
10        Q   Has the county board ever been investigated   04:54:29
11     by the Department of Education for Title IX
12     violations?
13            MS. DENIKER:  Objection to the form.  And I
14     do believe that you are now well beyond the scope of
15     the topic.  So if you can show me where this would    04:54:37
16     fall under a topic, I will reconsider my objection.
17            MS. REINHARDT:  Yes, I believe it falls under
18     two topics.  One second.
19            So I'm asking in connection, for background
20     information, as we discussed under topic 1,           04:55:04
21     Sarah Starkey was discussed, and I'm trying to get
22     more background information on the Title IX office,
23     their role and her role and what would be involved
24     of Sarah Starkey and her roles.
25            I'm also asking as it relates to topic 7,      04:55:23
```

1    "participation of transgender students in

2    school-sponsored sports in Harrison County."

3         MS. DENIKER:  Well, I believe that that

4    question is beyond the scope of both of those

5    topics; and, therefore, I object to the line of          04:55:35

6    questioning about other Title IX complaints that may

7    have been received.

8         MS. REINHARDT:  I'm going to --

9         MS. DENIKER:  For this witness to answer a

10   question related to Title IX complaints about --        04:55:48

11   from transgender students involving school sports,

12   the witness has answered that there are not any.

13        I do not believe that further questioning on

14   other Title IX complaints is appropriate or within

15   the topics presented.                                    04:56:01

16        MS. REINHARDT:  That is my final question, if

17   the witness could please answer.

18        MS. DENIKER:  Is the question just that has

19   the County ever --

20        Please read the back the question.  I need to     04:56:17

21   hear what it is again.

22        MS. REINHARDT:  If the court reporter

23   wouldn't mind, please.

24        THE REPORTER:  Yes.  Give me one second.

25        (Record read.)                                     04:56:55

Page 149

1          MS. DENIKER:  And I'm going to ask for --

2     this is Susan Deniker again.

3          What is the scope of timing on your question,

4     Ms. Reinhardt?

5          MS. REINHARDT:  It will be from January 1st,     04:57:03

6     2019, to present.

7          THE WITNESS:  No.

8     BY MS. REINHARDT:

9     Q    Thank you.  And just as one last final

10    follow-up question, has the county board implemented     04:57:12

11    any Title IX policies pertaining to transgender

12    students' participation in sports?

13    A    No.

14         MS. REINHARDT:  Thank you very much,

15    Superintendent Stutler.  I believe that opposing     04:57:26

16    counsel may have a few questions for you.

17         THE WITNESS:  Thank you.

18

19                    EXAMINATION

20    BY MS. GREEN:                                         04:57:34

21    Q    Hello, Superintendent Stutler.  This is

22    Roberta Green with WVSSAC --

23         MS. GREEN:  Kelly, did -- were you guys

24    hopping on to go first?  Okay.  I'll just leap to

25    the front of the line, then.                          04:58:02

                                              Page 150

```
 1    BY MS. GREEN:
 2        Q    -- and I'm here on behalf of WVSSAC, and I
 3    recollect that you had testified to some issues
 4    relative to their eligibility rules, their processes
 5    and any processes they have in place relative to      04:58:15
 6    3293.
 7             Do you recollect that testimony?
 8        A    Yes.
 9        Q    And as you sit here, do you actually defer to
10    WVSSAC as probably more informed and knowledgeable    04:58:31
11    as to their processes?
12        A    Repeat that question.
13        Q    Would you defer to WVSSAC as being more
14    knowledgeable about WVSSAC policies --
15             MS. REINHARDT:  Objection.                    04:58:48
16             MS. DENIKER:  Objection to the form.
17    BY MS. GREEN:
18        Q    -- than you would be?
19        A    Yes.
20        Q    Okay.  I -- I was like uh-oh.  Okay.          04:58:56
21             In terms of eligibility rules and the scope
22    of those rules, if there are some -- or even one
23    state rule embedded in WVSSAC's policies -- it's a
24    state rule, not an SSAC or other policy -- is that
25    information that you know as you sit here today?       04:59:17
```

<div align="right">Page 151</div>

```
 1            MS. REINHARDT:  Objection to form.

 2            MR. TRYON:  Roberta, I'm going to object

 3      because I didn't understand it, to be honest.

 4            THE WITNESS:  Yeah.

 5      BY MS. GREEN:                                04:59:38

 6         Q   All right.  Well, you know, would you

 7      defer -- Superintendent, would you defer to WVSSAC

 8      as being potentially more knowledgeable about their

 9      rules, how their rules work and --

10            MS. REINHARDT:  Same objection.        04:59:48

11      BY MS. GREEN:

12         Q   -- the preparations are pursuant to 3293, if

13      any?

14            MS. REINHARDT:  Same objection.

15            MS. DENIKER:  Objection to the form.    05:00:00

16            THE WITNESS:  If you're saying they're more

17      knowledgeable, yes.

18      BY MS. GREEN:

19         Q   Well --

20         A   If you're --                          05:00:04

21         Q   -- I don't know if I am, but hopefully --

22         A   Yes.

23         Q   -- WVSSAC is.

24         A   Well, and they're in the room, yes.

25         Q   There --                              05:00:08
```

Page 152

```
 1      A    Yes.

 2      Q    All right.  And -- and in -- in preparing for

 3   your testimony today, you did not speak to Bernie

 4   Dolan relative to WVSSAC's policies or its

 5   preparations, did you?                              05:00:31

 6           MS. REINHARDT:  Objection to form.

 7           THE WITNESS:  I did not.

 8           MS. GREEN:  Okay.  I don't think I have any

 9   other questions.  Thank you very much,

10   Superintendent.  I appreciate it.                   05:00:44

11           THE WITNESS:  Thank you.

12

13

14

15                      EXAMINATION

16   BY MS. MORGAN:

17      Q    Hi, Superintendent Stutler.  My name is

18   Kelly Morgan, and I represent the West Virginia

19   Board of Education and superintendent Burch.

20           Can you hear me okay?                       05:00:50

21      A    I can.

22      Q    I just want to ask you a couple of clarifying

23   questions about some testimony earlier about, as I

24   understand it, someone called the West Virginia

25   Board of Education for some guidance as to a -- a    05:01:11
```

                                                Page 153

1    request to change a student's name.

2          Did I understand that correctly?

3      A   Yes.  And I can't tell you -- it was a few

4    years ago.  We reached out on what we could do in

5    WVEIS when it came to name changes.                    05:01:30

6      Q   You said "we."  Was it -- did you make the

7    phone call?

8      A   It was actually -- I was in the room with

9    the -- with Dr. Hage.  She was the assistant

10   superintendent at the time.  And the superintendent   05:01:41

11   at that time had requested that we find that

12   information, so we reached out to the Department of

13   Ed.

14     Q   Do you remember who it was you spoke to?

15     A   I do not.  I -- I do not.                         05:01:55

16     Q   And then you were asked whether that was

17   based on some sort of policy.

18          Are you aware of any specific policy by those

19   State Department of Education or Board of Education

20   as to when a student can change their name?           05:02:09

21     A   We --

22          (Simultaneous speaking.)

23     A   We were not -- we were not aware of any

24   policy.  We needed guidance, so we -- we reached

25   out.                                                   05:02:21

                                                Page 154

```
 1      Q    Okay.  So then would you also defer to the

 2   West Virginia Department of Education and/or the

 3   West Virginia Board of Education as to their

 4   specific policies that would be applicable?

 5          MS. REINHARDT:  Objection.              05:02:35

 6          THE WITNESS:  Yes.

 7          MS. MORGAN:  Very good.  Thank you.  I don't

 8   have any other questions.

 9          THE WITNESS:  Thank you.

10                                                  05:02:45

11

12                     EXAMINATION

13   BY MR. TRYON:

14      Q    Hello, Superintendent.  It's been a --

15      A    Hi.                                    05:02:53

16      Q    -- a long day.  I'm David Tryon.  I represent

17   the State of West Virginia, and I'm an attorney with

18   the attorney -- in the attorney's general office.

19          So I have a few questions, and hopefully I

20   won't be duplicative of what has already been     05:03:05

21   discussed, but I would like to follow up on the

22   gender support plan, which I believe is Exhibit 17.

23   So if you could pull that up, that would be helpful.

24   I'm going to try and do the same here.

25      A    I see that.                            05:03:39
```

Page 155

1       Q   Okay.  So as I understand it, Sarah Starkey

2   and Cris Mayo were the primary drafters or preparers

3   of this document; is that right?

4           MS. REINHARDT:  Objection to form.

5           THE WITNESS:  Well, with help from the          05:03:52

6   adolescent coordinator, Barbara Tucker.

7   BY MR. TRYON:

8       Q   Was this form created from scratch, or do you

9   know if it was taken from a form that someone else

10  had already come up with and just adopted by the       05:04:26

11  Harrison County Board of Education?

12      A   I believe that Barbara Tucker and

13  Sarah Starkey were working -- I believe Barbara had

14  a form, and then it was created for Harrison County

15  schools and -- and what we felt we needed, and then    05:04:45

16  it was sent to Cris Mayo for review and changes were

17  made.  And it went through that process several

18  times before we had the final document.

19      Q   So this just wasn't a form taken from

20  someplace else, it may have started that way, but it   05:05:02

21  was customized; is that --

22      A   I would not know the original -- yeah, I do

23  not know the original origins.  I'm sure they looked

24  at something, and I believe that it was Barbara

25  Tucker that had some background, and that's where it   05:05:14

                                                    Page 156

```
 1     originated or the -- the beginnings of it.

 2        Q    And who made the final approval of this form?

 3        A    This form was actually brought back to the --

 4     kind of the heads of the departments, and at the

 5     time, it was Dr. Manchin, and we reviewed that        05:05:32

 6     collectively together with Sarah before it was

 7     rolled out to the principals and the schools.

 8        Q    So this was before you were the

 9     superintendent?

10        A    The initial gender support plan, yes.         05:05:46

11        Q    Just to be clear, as I understand it, the

12     Board of Education never approved this; is that

13     right?

14        A    No.  It is just an internal, like, protocol.

15     It's guidelines for our schools.                      05:06:03

16        Q    And it applies to all schools within

17     Harrison County?

18        A    Yes, we use this document in all of our

19     schools.

20        Q    Was there a formal approval process?          05:06:14

21        A    No.

22        Q    Is -- at that time, was the Board of

23     Education made aware of this form?

24             MS. DENIKER:  Objection to the form.

25             Are you speaking as to the elected board,     05:06:36
```

Page 157

1    Mr. Tryon?

2    BY MR. TRYON:

3        Q    Yeah, let me go back to that.  Tell me -- I

4    guess I missed that.  Maybe when I was cut off on

5    the phone call -- what's the difference between the      05:06:48

6    elected board and the nonelected board?

7        A    Well, I think we made the distinction that

8    when we were talking about the elected board, it

9    would be, like, my five people, my -- my actual

10   board members, and then the board in general would      05:06:59

11   just be myself and my office.

12       Q    Ah.

13       A    So you're --

14       Q    Yes.

15       A    -- speaking of five elected board members.       05:07:10

16       Q    Yes.  Did the five elected board members ever

17   become aware of this form?

18       A    It was never brought to a meeting for

19   official action, no.

20       Q    Do you know if they are aware of it as of        05:07:26

21   today?

22       A    I really could not say.

23       Q    Fair enough.  Do you know if this form has

24   been adopted with any other -- by any other counties

25   or by the state school board?                            05:07:47

Page 158

```
 1        A    I am not aware of that.  I do know that

 2   Sarah Starkey has had another county reach out for

 3   examples.  We tend to do that in education.

 4        Q    Have you looked through this form, and do you

 5   feel like you understand it?                        05:08:26

 6        A    I do.

 7        Q    Okay.  When it -- in the very first part,

 8   where it talks about the purpose of this document,

 9   it says (as read):

10            "...is to create shared                    05:08:38

11            understandings about the ways in

12            which the student's authentic gender

13            will be accounted for..."

14            What's your understanding of what that means,

15   specifically to student's authentic gender?         05:08:47

16        A    Just an understanding of what the -- the

17   child's desire and the parents' desire is.  It's

18   really a document to, I believe, collectively get

19   people all on the same page with where a child is

20   at, regardless of where they're at in the process   05:09:08

21   or -- I -- I -- I believe it is just a focus.  It's

22   just a focus, the building and to provide support

23   for the child.

24        Q    Did any lawyers take a look at this form?

25            MS. DENIKER:  I'm going to object to the    05:09:30
```

Page 159

```
 1    extent it calls for any attorney-client

 2    communications.

 3         I'm instructing you to not testify about the

 4    substance of any communications you had with counsel

 5    about this form.                                    05:09:40

 6         THE WITNESS:  I am not aware of that.

 7    BY MR. TRYON:

 8      Q   If you go to page 4.

 9      A   Okay.

10      Q   And the first part of that is "Extra          05:10:13

11    Curricular Activities," and specifically it's asking

12    about, among other things, sports.

13         Do you see that?

14      A   Yes.

15      Q   So you -- or whoever prepared this, at the    05:10:24

16    time, understood that sports would be an issue that

17    would be impacted by biological males who wanted to

18    participate in -- in -- on girls' teams; right?

19         MS. REINHARDT:  Objection.

20         MS. DENIKER:  Objection to the form.           05:10:44

21         THE WITNESS:  I -- I feel that this is just a

22    reflection of where the student is and what their

23    interests are.  If you look, it's asking them lots

24    of other questions as well, just finding out what

25    they are interested in so that they could feel like  05:11:01
```

Page 160

1    they are part of a school.

2    BY MR. TRYON:

3        Q    And part of it was to find out about

4    children's interest in sports and what sports they

5    would participate in; right?                        05:11:16

6            MS. REINHARDT:  Objection to form.

7            MS. DENIKER:  Objection to form.

8            THE WITNESS:  Yes, I think that's all part of

9    knowing the child.

10   BY MR. TRYON:                                        05:11:32

11       Q    And once you know the child, then you would

12   need to address issues that are -- that arise;

13   right?

14           MS. REINHARDT:  Objection to form.

15           THE WITNESS:  We -- we would do that with any  05:11:42

16   child.

17   BY MR. TRYON:

18       Q    Correct.

19       A    At least I would hope we would do that.

20       Q    When you learned that B.P.J. was going to    05:11:58

21   participate in -- well, strike that.

22           We've talked a little bit about who sets

23   policies for sports, and as I understand it, the

24   County -- the County's policies for sports follow

25   what the state policies are, the state board's       05:13:19

Veritext Legal Solutions
866 299-5127

1    policies; is that right?

2           MS. DENIKER:  Objection to the form.

3    BY MR. TRYON:

4       Q   Yeah, I -- I didn't really say that right.

5    Let me just ask you an open-ended question.          05:13:29

6           What policies -- where -- who sets the

7    policies for sports for the County?

8       A   I testified earlier, we just have two,

9    really, policies that are written or acted and board

10   acted on, and it deals with extracurriculars.        05:13:43

11          As far as the sports programs in our middle

12   and high schools, which that's really what we're

13   talking about, competitive sports, there is

14   oversight by the West Virginia SSAC, which are

15   board -- the members are our principals, so there    05:13:58

16   are a set of guidelines that they follow for the

17   sports programs in those buildings.

18      Q   You were asked about -- if there are benefits

19   to sports, and I might -- I'd like to follow up on

20   that just a little bit, but if you believe that Mr.  05:14:19

21   Mazza would be better suited to answer these

22   questions, just tell me, as long as your counsel is

23   okay with that.

24      A   I'm okay talking about the general --

25          MS. DENIKER:  Let him ask a -- let him ask a  05:14:36

                                              Page 162

```
 1    question.

 2    BY MR. TRYON:

 3       Q   Yeah, let me ask you a question first.

 4           THE WITNESS:  I thought he was asking if I

 5    was okay with the question.                    05:14:40

 6           That was you?

 7    BY MR. TRYON:

 8       Q   Would you agree -- sorry.

 9           Would you agree that the most important thing

10    for kids in your school system is their safety --   05:14:47

11           MS. REINHARDT:  Objection --

12    BY MR. TRYON:

13       Q   -- as far --

14           MS. REINHARDT:  -- to the form.

15    BY MR. TRYON:                                  05:14:54

16       Q   -- as far as sports is concerned?

17           MS. REINHARDT:  Objection to form.

18           MS. DENIKER:  Susan Deniker.  I also object

19    to form.

20           THE WITNESS:  Safety in all areas is     05:15:03

21    important in our school system, and it is at the top

22    of the list.

23    BY MR. TRYON:

24       Q   Yeah, and I'm asking in particular with

25    respect to athletics.  Is safety the most important   05:15:10
```

Page 163

```
 1    thing for consideration for kids in sports?
 2        A    Safety is important in sports.
 3        Q    Are you of any rules -- aware of any rules
 4    that are set up for safety to prevent injuries in
 5    sports?                                          05:15:27
 6            MS. REINHARDT:  Objection to form.
 7            THE WITNESS:  There's a lot of rules,
 8    probably rules that I don't know since I'm not
 9    involved in that on a daily basis, but a lot of
10    training for our coaches, proper equipment for the    05:15:42
11    children or the students and the athletes, from --
12    really everything, having an athletic trainer at the
13    games and available for the students, if there is an
14    injury, that would properly handle that.
15    BY MR. TRYON:                                     05:16:01
16        Q    Do you know if that's one of the reasons
17    that -- that sports are separated by sex?
18            MS. REINHARDT:  Objection.
19            MS. DENIKER:  Objection to the form.
20            THE WITNESS:  Going back to the house bill   05:16:13
21    that was passed, that is stated in there, that it is
22    a safety concern.
23    BY MR. TRYON:
24        Q    Aside from the house bill, would you agree
25    that, from your perspective, that we separate sports   05:16:21
```

                                                    Page 164

```
 1    in schools by sex in order -- for -- for safety

 2    purposes, especially with respect to contact sports?

 3          MS. REINHARDT:  Objection to form.

 4          And I would also remind Mr. Tryon that

 5    Superintendent Stutler is a 30(b)(6) witness.          05:16:42

 6          MR. TRYON:  Thank you for the reminder.

 7    BY MR. TRYON:

 8       Q   Can you answer the question, please?

 9          MS. DENIKER:  I'm also going to put an

10    objection on the record as to form.                    05:16:52

11          And to the extent that you can answer as a

12    representative of the Harrison County Board of

13    Education, you may do so.

14          THE WITNESS:  I would agree that there are --

15    that there could be physical differences that could    05:17:03

16    produce a safety risk in a contact sport.

17    BY MR. TRYON:

18       Q   Let me look at one other exhibit I may want

19    to ask you a question about.  Yeah, let me ask

20    you on Exhibit 19.  Let me know when you have that.     05:18:37

21       A   Okay.  I see that.

22       Q   At the top of page 4, on that one, can you

23    turn there?

24       A   Okay.  I am there.

25       Q   Sure.  The -- so the very first thing says      05:18:57
```

```
 1    (as read):
 2           "In what extra-curricular programs
 3           or activities" -- excuse me -- "will
 4           the student be -- student be
 5           participating (sports, theater,          05:19:04
 6           clubs, etc)?"
 7      A   Yes.
 8      Q   And then it's filled in "cross country and
 9    track."  And this was filled in on May 18, 2021.
10           At that time, was there any concern about   05:19:19
11    whether B.P.J. would be permitted to participate on
12    the girls' cross -- cross-country team or the boys'
13    cross-country team?
14           MS. REINHARDT:  Objection to form.
15           MS. DENIKER:  Objection to the form.       05:19:36
16           THE WITNESS:  I was not aware of any concern.
17    BY MR. TRYON:
18      Q   Do you know if anybody -- okay.  Fine.
19           MR. TRYON:  That's all -- that's all the
20    questions I have.  Thank you.                     05:19:47
21
22                     EXAMINATION
23    BY MR. FRAMPTON:
24      Q   And, Superintendent Stutler, this is
25    Hal Frampton for the intervenor.  I've got just a   05:20:00
```

Page 166

```
 1    few questions for you.  I know it's been a -- a long
 2    afternoon so far.
 3        A   Thank you.
 4        Q   If you would -- no worries.
 5            If you would, please, pull up Exhibit 28, and   05:20:11
 6    when you've got it up, go ahead and scroll down to
 7    page 4, the listings for Bridgeport Middle School.
 8        A   I have that.
 9        Q   Thank you, Superintendent.  And I just want
10    to make sure -- I know you testified a little bit     05:20:33
11    about this earlier, but I -- I wasn't totally clear
12    on what you were saying.
13            So it is your understanding that there is a
14    separate boys' cross-country team and girls'
15    cross-country team at Bridgeport Middle School;       05:20:46
16    correct?
17        A   Yes.
18        Q   And so the winners of their meets, there
19    would be a boys' winner and a girls' winner; is that
20    correct?                                              05:20:58
21        A   Yes.
22        Q   Okay.  And they're further separated into
23    varsity and junior varsity; is that right?
24        A   Correct.
25        Q   And who decides whether a student is         05:21:07
```

Page 167

```
 1    competing at the varsity level or junior varsity
 2    level?
 3        A   I believe that would be the coach.
 4        Q   Okay.  The -- the coach at the individual
 5    middle school?                                   05:21:25
 6        A   Yes.
 7        Q   Do you know how that decision is made?
 8        A   No.  I would assume it would be by their
 9    time.
10        Q   A competitive decision?                  05:21:38
11        A   Yeah, their -- yes.
12        Q   Are there limits as to how many people can be
13    designated varsity or junior varsity?
14        A   I would not know that.
15        Q   Who -- who would make the decision as to   05:21:52
16    whether there are limits on that?
17        A   That would be the AD at that school and the
18    coach.  And I would say that -- how many would be
19    out for the team.  There's a lot of factors in that.
20        Q   Okay.  Would those same people decide the --  05:22:11
21    the number of students who can be on the team,
22    period?
23        A   I believe so, with the administrator, the
24    school administrator.  It would become a staffing --
25    just staffing and what they can do.              05:22:36
```

<div align="right">Page 168</div>

```
 1        Q    Right.  And are there in fact limits on the

 2   number of students who can be on a given athletic

 3   team?

 4             MS. REINHARDT:  Objection to form.

 5             THE WITNESS:  I do not know that.  That is      05:22:46

 6   not my wheelhouse.

 7   BY MR. FRAMPTON:

 8        Q    And -- and who would know that?

 9        A    The AD at the school, the coach and the

10   school administrator.                                    05:23:01

11             MR. FRAMPTON:  All right.  Give me one second

12   while I mark an exhibit.

13             (Exhibit 33 was marked for identification

14          by the court reporter and is attached hereto.)

15   BY MR. FRAMPTON:                                         05:23:12

16        Q    All right.  Superintendent, what I've marked

17   as Exhibit 33 ought to be available to you now.

18   Could you check?

19        A    I have that.

20        Q    Have you seen this e-mail before?             05:23:49

21        A    During prep for this deposition.

22        Q    Yes, ma'am.  Can you tell me who

23   Danyelle Schoonmaker is?

24        A    She is the cross-country coach at

25   Bridgeport Middle School.                                05:24:07
```

                                                      Page 169

```
1        Q    Is she the head coach?

2        A    Yes.

3        Q    And who is Meghan Flesher?

4        A    She is a volunteer assistant.

5        Q    For the cross-country team?                05:24:22

6        A    Yes.

7        Q    And did you say earlier Natalie McBrayer is

8    also a volunteer assistant?

9        A    Natalie McBrayer is an assistant coach that

10   is -- yes, she is also a volunteer assistant coach,   05:24:41

11   sorry.

12       Q    Does she have any other role with the -- with

13   the Board of Education, the county board?

14       A    Natalie does not.

15       Q    Okay.  She's not a teacher as well?          05:24:55

16       A    No, she's not.

17       Q    And of these, the three people on these

18   messages, is Natalie the only one that you spoke to

19   in preparation for this deposition?

20       A    Yes.                                          05:25:10

21       Q    Do you agree this e-mail says "Attached is

22   the excel spreadsheet with our athletes' times and

23   attendance (could be off a bit-I haven't updated

24   from our sheet yet)"?  Did I read that correctly?

25       A    Yes.                                          05:25:32
```

Page 170

```
 1              MR. FRAMPTON:  All right.  And hang on.  I'm

 2       going to try to mark separately, unfortunately,

 3       because they're different file types, the

 4       spreadsheet that was attached to this.  Give me one

 5       second.                                           05:25:46

 6              All right.  What I've marked as Exhibit 34

 7       ought to be available to you now.

 8              (Exhibit 34 was marked for identification

 9          by the court reporter and is attached hereto.)

10              THE WITNESS:  I have that.               05:26:21

11       BY MR. FRAMPTON:

12          Q   Okay.  Do you agree this is a spreadsheet

13       with three tabs at the bottom?

14          A   Yes.

15          Q   And was this also something you reviewed in  05:26:38

16       preparation for this deposition?

17          A   Yes.

18          Q   And tell me what you understand this document

19       to be.

20          A   This was the Excel sheet on -- it had the    05:26:48

21       attendance on the -- I think the first two

22       practices.  It had the -- the student names and

23       their grade levels.

24          Q   Got it.  And --

25          A   And then their lap times, yeah.             05:27:02
```

                                                      Page 171

1      Q    Thank you.  The -- on the Athlete Info tab,

2   are -- are all of the -- obviously, everyone is

3   blacked out except for B.P.J., which I -- I

4   certainly understand.

5          My question is, are all of the blacked-out      05:27:16

6   folks Bridgeport Middle School students?

7      A    Yes, they would be.

8      Q    Okay.  And these are all students who are

9   interested in running cross-country in the fall of

10   2021?                                                 05:27:32

11      A    Yes.

12      Q    And there are 41 students on this list; is

13   that right?

14      A    Yes.

15      Q    What do you understand the purpose of this     05:27:52

16   document being, tracking their attendance and lap

17   times?

18          MS. REINHARDT:   Objection to form.

19          THE WITNESS:   I believe that that would be

20   for the coach's information.                          05:28:12

21          (Exhibit 35 was marked for identification

22       by the court reporter and is attached hereto.)

23   BY MR. FRAMPTON:

24      Q    Thank you.  All right.  Hang on.  I'll mark

25   another one.                                          05:28:22

                                        Page 172

```
 1            All right.  You should have available now

 2    what I've marked as Exhibit 35.

 3       A   I have that.

 4       Q   And is this also a document you reviewed in

 5    your preparation?                                05:29:15

 6       A   Yes.

 7       Q   And tell me what you understand this document

 8    to be.

 9       A   These were the students that were -- that

10    participated, I believe, in a week -- that early    05:29:25

11    summer conditioning week with the coaches.

12       Q   In -- in preparation for running

13    cross-country in the fall?

14       A   For the season, yes.

15       Q   If you could go to that second page, do you   05:29:42

16    agree that it's got 18 people listed under the

17    cross-country girls' team?

18       A   Yes, I see that.

19       Q   And then 18 listed under the boys' team?

20       A   Yes.                                          05:30:08

21       Q   And 18 plus 18 is 36, would you agree?

22       A   Yes, uh-huh.

23       Q   How did we get from 41 people on that last

24    spreadsheet to 36 on this spreadsheet?

25       A   It could be that --                           05:30:21
```

Page 173

```
 1              MS. DENIKER:  Object to the form.

 2              THE WITNESS:  Was that a question?

 3              MS. DENIKER:  He's asking that question, and

 4     I'm objecting to the --

 5              THE WITNESS:  Okay.                     05:30:42

 6              MS. DENIKER:  -- form of the question.

 7              THE WITNESS:  It could be that less students

 8     came out.  It could be.  I don't know.  I don't

 9     know.

10     BY MR. FRAMPTON:                                 05:30:59

11        Q   Okay.  You're not -- it sounds like you're

12     not sure how those, essentially, fiveish people

13     were -- were on one spreadsheet and not on the next

14     one; is that right?

15        A   I would not -- yeah, I would not know that.  05:31:13

16              MR. FRAMPTON:  All right.  Give me one second

17     to get my next one.

18              (Exhibit 36 was marked for identification

19          by the court reporter and is attached hereto.)

20     BY MR. FRAMPTON:                                 05:31:54

21        Q   All right.  You should now have available to

22     you what I have marked as Exhibit 36.

23        A   I have that.

24        Q   Okay.  And was this also a document you

25     reviewed in your preparation?                    05:32:14
```

Page 174

```
 1      A   Yes.

 2      Q   And it is an e-mail from Natalie McBrayer to

 3  Danyelle Schoonmaker and Meghan Flesher dated

 4  August 9th, 2021; is that correct?

 5      A   Yes.                                    05:32:39

 6      Q   Do you see in that first sentence the -- a

 7  reference to lap counts?

 8      A   I do.

 9      Q   What's your understanding of what lap counts

10  are?                                            05:32:48

11      A   How many -- I'm assuming it's how many laps

12  they went.

13      Q   Okay.  So the next sentence says (as read):

14          "I highlighted the ones Meghan and I

15          talked about taking for at least 1      05:33:04

16          loop to see how they do."

17          Did I read that correctly?

18      A   Yes.

19      Q   Can you tell me what that means, "taking for

20  at least 1 loop to see how they do"?            05:33:15

21      A   My thoughts are they're going to run them one

22  lap and check their time.

23      Q   And then it says (as read):

24          "We might want to drop some after

25          the first loop."                        05:33:32
```

Page 175

```
 1              Did I read that correctly?
 2       A   I see that.
 3       Q   What does it mean -- what do they mean by
 4   "drop some"?  Do you know what that means?
 5           MS. DENIKER:  Objection to the form.        05:33:44
 6           And I would just like to have an objection as
 7   to form on all of these, about what it means.
 8           But you can answer, to the extent that you
 9   can.
10           THE WITNESS:  I'm guessing -- I -- I don't   05:33:55
11   want to guess.  I'm not allowed to guess.
12           It's -- it's hard to know what the coach was
13   thinking.  They're trying to use times to accurately
14   judge who would make the varsity team compared to
15   the junior varsity.                                  05:34:12
16   BY MR. FRAMPTON:
17       Q   Okay.  So there's some -- your understanding
18   is that "drop some" would have some competitive
19   meaning; correct?
20           MS. DENIKER:  Objection to the form.        05:34:24
21           THE WITNESS:  Based on times.
22   BY MR. FRAMPTON:
23       Q   And then if you look at that next page in
24   this, you would agree that we've got B.P.J. listed
25   with a -- the number 5 beside the name; is that      05:34:46
```

Page 176

```
 1    right?

 2        A    Yes.

 3        Q    But no yellow highlight; is that correct?

 4        A    Correct.

 5        Q    Any understanding of why B.P.J. did not        05:35:03

 6    receive a yellow highlight?

 7             MS. DENIKER:  Objection to the form.

 8             MS. REINHARDT:  I'll join that objection.

 9             THE WITNESS:  I do not know.

10    BY MR. FRAMPTON:                                        05:35:20

11        Q    You would agree that, at least the way that

12    this spreadsheet is presented, B.P.J. is the first

13    person not to receive a yellow highlight; is that

14    correct?

15             MS. REINHARDT:  Objection.                     05:35:29

16             THE WITNESS:  Looking at the form, as it is,

17    she does not have a yellow highlight.

18    BY MR. FRAMPTON:

19        Q    And in terms of the order in which the

20    students are presented, B.P.J. is the first person      05:35:44

21    presented without a yellow highlight; is that right?

22             MS. REINHARDT:  Objection to form and also

23    outside the scope of the deposition.

24             THE WITNESS:  Would you repeat that question?

25             (Exhibit 37 was marked for identification      05:36:01
```

Page 177

```
 1           by the court reporter and is attached hereto.)

 2    BY MR. FRAMPTON:

 3       Q   I'll just strike it.

 4           Let's see.

 5           All right.  What I've marked as Exhibit 37     05:36:40

 6    should now be available to you.

 7       A   I have that.

 8       Q   All right.  Was this also a document that you

 9    reviewed in preparation for your deposition?

10       A   Yes.                                           05:37:06

11       Q   Go to the Meet Info tab.

12       A   Okay.

13       Q   What's your understanding of this -- what

14    this tab is presenting?

15           MS. DENIKER:  Objection to the form.          05:37:32

16           THE WITNESS:  This is a schedule of the

17    upcoming meets and where they'll be held.

18    BY MR. FRAMPTON:

19       Q   These are the meets that the cross-country

20    teams at Bridgeport Middle School were going to       05:37:43

21    participate in in the fall of 2021?

22           MS. REINHARDT:  Objection to form and also

23    outside the scope of the deposition.

24           MS. DENIKER:  Objection to the form.

25           THE WITNESS:  Yes, I believe that's the       05:37:56
```

Page 178

```
 1    schedule of the dates and where Bridgeport Middle

 2    would be participating in events.

 3         MR. FRAMPTON:  Hold on for a second.  I've

 4    just got two or three more.  I'll be very quick.

 5         (Exhibit 38 was marked for identification    05:38:26

 6         by the court reporter and is attached hereto.)

 7    BY MR. FRAMPTON:

 8    Q    All right.  What I've marked as Exhibit 38

 9    should now be available to you.

10    A    I have that.                                  05:38:58

11    Q    All right.  Was this also a document that you

12    reviewed in preparation for your deposition?

13    A    Yes.

14    Q    What do you understand it to be?

15         MS. DENIKER:  Objection to form.             05:39:12

16         THE WITNESS:  It's looking at the

17    participants of the team and whether they meet

18    eligibility requirements.

19    BY MR. FRAMPTON:

20    Q    Who prepares this document?                  05:39:22

21    A    The AD at the school.

22    Q    And is this a listing of everyone who is

23    going to be on the team for that year?

24         MS. REINHARDT:  Objection.  And outside the

25    scope of the deposition.                          05:39:44
```

Page 179

```
 1          MS. DENIKER:  Objection to form of the

 2    question.

 3          THE WITNESS:  I really don't know that.

 4          And when I said with the AD, I'm sure the

 5    coach had something to do with this as well.        05:39:55

 6          (Exhibit 39 was marked for identification

 7          by the court reporter and is attached hereto.)

 8    BY MR. FRAMPTON:

 9      Q   All right.  What I've marked as Exhibit 39

10    should be available to you.                          05:40:24

11      A   I have that.

12      Q   All right.  Is this also a document that you

13    reviewed in preparation for your deposition today?

14      A   Yes.

15      Q   Is it a listing of how the Bridgeport Middle  05:40:51

16    school's cross-country players did at the

17    Doddridge Invitational?

18          MS. REINHARDT:  Objection.

19          And I also want to note that this line of

20    questioning pertains to a topic that's been removed  05:41:11

21    from the Deposition Notice.

22          MR. FRAMPTON:  It pertains to topic 14, which

23    has not been removed.  It is a document produced by

24    the deponent, and this particular witness has

25    already testified that she reviewed it in           05:41:25
```

1     preparation.

2          MS. REINHARDT:  It's -- I'm going to hold my

3     objection that it's still outside the scope of the

4     deposition.

5          MR. FRAMPTON:  Your objection is noted.          05:41:38

6          If the witness would please answer the

7     question.

8          MS. DENIKER:  Susan Deniker.  Object to the

9     form.

10         THE WITNESS:  Would you please repeat the        05:41:46

11    question?

12         MR. FRAMPTON:  Absolutely.

13         Madame Court Reporter, could you please

14    repeat my question?

15         MS. DENIKER:  Mr. Frampton, if you're            05:41:54

16    agreeable, I will not restate my objection if you'll

17    agree to continue to note my objection.

18         MR. FRAMPTON:  Absolutely.  That's -- that's

19    totally fine with me.

20         (Record read.)                                   05:42:03

21         MS. REINHARDT:  Same objections.

22         THE WITNESS:  Yes.

23    BY MR. FRAMPTON:

24      Q   Okay.  Looking at page 2 of the document,

25    would all of the blacked-out students on this page    05:42:25

                                                  Page 181

```
 1    be Bridgeport Middle School students?

 2        A   Yes.

 3        Q   Okay.  So this document is not telling us how

 4    the Bridgeport Middle School students did as against

 5    the -- the participants from other schools in that      05:42:41

 6    meet; is that correct?

 7            MS. REINHARDT:  Objection to form.

 8            MS. DENIKER:  Objection to the form.

 9            THE WITNESS:  Yes.

10    BY MR. FRAMPTON:                                         05:42:54

11        Q   Okay.  And you would agree that B.P.J. had a

12    time that was faster than three of the girls listed

13    on the spreadsheet; is that right?

14            MS. REINHARDT:  Objection to form.

15            MS. DENIKER:  Objection to form.                 05:43:09

16            THE WITNESS:  There were three names listed

17    below her.

18    BY MR. FRAMPTON:

19        Q   Okay.  The two names at the bottom that, of

20    course, I can't see, the N/As, would those have been    05:43:24

21    people who were permitted to participate in the meet

22    and just didn't?

23            MS. REINHARDT:  Objection to form.

24            MS. DENIKER:  Objection to form.

25            THE WITNESS:  I would not know that.             05:43:35
```

1              (Exhibit 40 was marked for identification

2          by the court reporter and is attached hereto.)

3      BY MR. FRAMPTON:

4          Q   All right.  What I have listed as -- marked

5      as Exhibit 40 should be -- should be available to       05:44:22

6      you now.

7              And this is my last exhibit, so you're almost

8      done with me.

9          A   I have it.

10         Q   All right.  Is this document also something     05:45:03

11     that you reviewed in preparation for your

12     deposition?

13         A   Yes.

14         Q   Okay.  The first page, is this a listing of

15     how the Bridgeport Middle School cross-country           05:45:16

16     athletes did in the Ritchie County meet on Saturday,

17     October 1st?

18             MS. REINHARDT:  Objection to form.

19             And I'll put a standing objection that these

20     questions are outside of the scope.                      05:45:29

21             MR. FRAMPTON:  Yes, happy to grant you a

22     standing objection.

23             THE WITNESS:  Yes.

24     BY MR. FRAMPTON:

25         Q   And so as with the last one we looked at, all    05:45:35

Page 183

1    of the students on this page would be

2    Bridgeport Middle School students; right?

3        A    Yes.

4        Q    And you would agree that B.P.J. has a time

5    that is faster than three of the girls listed on          05:45:49

6    this spreadsheet; correct?

7            MS. REINHARDT:   Objection to form.

8            THE WITNESS:   Yes, there are three names

9    below hers.

10   BY MR. FRAMPTON:                                           05:46:02

11       Q    Do you have any idea what the yellow

12   highlighting means?

13       A    I do not.

14       Q    It was worth a try.

15       A    I do not.                                          05:46:18

16       Q    The next two pages, are these just a -- a --

17   sort of compilation of how the Bridgeport Middle

18   School cross-country athletes did across a number of

19   meets in the fall 2021 season?

20           MS. REINHARDT:   Objection to form.                05:46:38

21           MS. DENIKER:   This is Susan Deniker.

22   Objection to form.

23           THE WITNESS:   It looks like it is a

24   compilation of meets and times.

25   BY MR. FRAMPTON:                                           05:46:58

                                                    Page 184

```
 1        Q    Look at the third page.

 2        A    Okay.

 3        Q    You would agree that there are no names

 4   listed next to these various times; right?

 5        A    Yes.                                      05:47:25

 6        Q    Okay.  Is this just a -- a sort of horizontal

 7   continuation of the previous page?

 8             MS. REINHARDT:  Objection to form.

 9             MS. DENIKER:  Objection to form.

10             THE WITNESS:  I do not know.              05:47:41

11   BY MR. FRAMPTON:

12        Q    And then the last page of the exhibit, would

13   you agree this is a compilation of how the various

14   Bridgeport Middle School cross-country athletes did

15   in two time trial competitions?                    05:47:59

16             MS. REINHARDT:  Objection to form.

17             MS. DENIKER:  This is Susan Deniker.

18   Objection to form.

19             THE WITNESS:  Yes, it says "Time

20   Trial-Bridgeport City Park" and the time trial for   05:48:17

21   the Bridgeport city park course on two different

22   dates.

23        Q    And you would agree, with respect to the

24   October 7, 2021, date, it's got B.P.J. listed in

25   24th place; is that right?                         05:48:33
```

Page 185

```
 1              MS. REINHARDT:  Objection to form.

 2              MS. DENIKER:  Objection to form.

 3              THE WITNESS:  She is by the number 24.

 4     BY MR. FRAMPTON:

 5        Q    Okay.  And the heading for that column is    05:48:46

 6     TT Place; correct?

 7        A    Yes.

 8        Q    And it's got B.P.J. in 30th place in the

 9     August 24th time trial; is that right?

10              MS. REINHARDT:  Objection to form.         05:49:08

11              MS. DENIKER:  Objection to form.

12              THE WITNESS:  Yes, she is by number 30.

13     BY MR. FRAMPTON:

14        Q    And the heading for that column is "Place"?

15        A    The heading for that column is "Place," yes.  05:49:21

16              MR. FRAMPTON:  All right.  Those were my

17     questions for you, Superintendent Stutler.  Thank

18     you so much.

19              MS. REINHARDT:  Superintendent Stutler, I

20     apologize, I have a few redirect questions, but I'll  05:49:37

21     be very brief.

22              If you could please turn to Exhibit 28.

23              MS. DENIKER:  Ms. Reinhardt, while we do

24     that, this is Susan Deniker, I will have a couple of

25     questions for this witness.  It's fine with me if    05:49:59
```

```
 1    you want to proceed, but I did want to let you know

 2    that.

 3            MS. REINHARDT:  Thank you.

 4

 5                    FURTHER EXAMINATION                    05:50:05

 6    BY MS. REINHARDT:

 7        Q    Please let me know when you're at Exhibit 28.

 8        A    Okay.

 9        Q    If you could please turn to page 4, under

10    Bridgeport Middle School.                              05:50:20

11            Do you, Superintendent Stutler, know if

12    football is a contact sport?

13        A    Yes.

14        Q    And on this sheet here, it says football is

15    coed; is that correct?                                 05:50:51

16        A    Yes.

17        Q    And do you understand that to mean that girls

18    can play on the football team?

19        A    Yes.

20        Q    And would you also say that wrestling is a    05:51:03

21    contact sport?

22        A    Yes.

23        Q    And is it also listed here as coed?

24        A    Yes.

25        Q    And does that mean that girls are able to     05:51:18
```

```
 1    participate?

 2      A   Yes, in wrestling.

 3          MS. REINHARDT:  Thank you.  And I am going to

 4    put what will be marked as Exhibit 41 into the

 5    "Marked Exhibit" folder.  I'll let you know once      05:51:28

 6    it's -- once you can refresh.

 7          MR. REISBORD:  Counsel, what's -- what's the

 8    exhibit number?

 9          MS. REINHARDT:  It will be Exhibit 41.

10          And you should be able to refresh now.          05:51:47

11          (Exhibit 41 was marked for identification

12       by the court reporter and is attached hereto.)

13    BY MS. REINHARDT:

14      Q   Have you seen this form?

15      A   I have.                                          05:52:00

16      Q   Could you please read paragraph 6.

17      A   (As read):

18          "No other Bridgeport Middle School

19           student was displaced by B.P.J.'s

20           participation on the girls'                    05:52:13

21           cross-country team."

22          MS. REINHARDT:  Thank you.  I have no further

23    questions.

24          MS. DENIKER:  This is Susan Deniker.

25    Superintendent Stutler, I have a few questions for    05:52:25
```

Page 188

```
 1    you.

 2

 3                        EXAMINATION

 4    BY MS. DENIKER:

 5       Q    You testified earlier today about policies      05:52:29

 6    that are passed by the Harrison County Board of

 7    Education, which is made up of elected board

 8    members.

 9           Do you recall that testimony?

10       A    I do.                                           05:52:44

11       Q    And it's my recollection of your testimony

12    that you testified that some of the policies passed

13    by the Harrison County Board of Education are to

14    implement state board policies but on a local board

15    level, with local county board processes in place;    05:52:58

16    is that correct?

17       A    Yes.

18       Q    Does the Harrison County Board of Education

19    ever pass other policies that are not -- that do not

20    originate from state board policy?                     05:53:10

21       A    Yes.

22       Q    And does the county board adopt and pass as a

23    policy every West Virginia State Board of Education

24    policy?

25       A    No.                                            05:53:25
```

                                                        Page 189

```
 1       Q   Does it only pass policies for the County

 2   where there's some type of local process or

 3   implementation that is necessary for Harrison County

 4   schools?

 5           MS. REINHARDT:  Objection to form.          05:53:36

 6           THE WITNESS:  That would be correct.

 7   BY MS. DENIKER:

 8       Q   I'm sorry, I didn't hear your answer.

 9       A   That would be correct.

10       Q   You were also asked some questions today    05:53:40

11   about rostering for school sports for Harrison

12   County schools; is that correct?

13       A   Yes.

14       Q   Have you ever held the position of being a

15   middle school or high school administrator?         05:53:54

16       A   No.

17       Q   Have you ever been an athletic director in

18   any -- in any school, in any county, in West

19   Virginia?

20       A   No.                                         05:54:04

21       Q   Have you ever personally been responsible for

22   either directly or overseeing the rostering that

23   goes on at either middle schools or high schools in

24   Harrison County?

25       A   No.                                         05:54:14
```

Page 190

```
 1        Q    Do you know how that process is done?

 2        A    Not from beginning to end.  I know parts.

 3        Q    Is it fair to say that you will defer

 4   testimony on behalf of the Harrison County Board of

 5   Education about rostering for school sports in        05:54:29

 6   Harrison County to the other designee for today's

 7   30(b)(6) deposition?

 8        A    Yes.

 9        Q    You were also asked questions today about

10   House Bill 3293.                                       05:54:44

11        Superintendent Stutler, are you familiar with

12   that house bill that was passed by the West Virginia

13   legislature?

14        A    Yes.

15        Q    And you would have reviewed that bill; is    05:54:55

16   that correct?

17        A    Yes.

18        Q    You were asked some questions about whether

19   the Harrison County Board of Education supported

20   that bill, and I want to ask you more specific         05:55:03

21   questions about that.

22        Did the Harrison County Board of Education as

23   an entity do anything officially to advocate or

24   support that bill?

25        MS. REINHARDT:  Objection to form.                05:55:15
```

Page 191

```
 1                THE WITNESS:  No.

 2    BY MS. DENIKER:

 3        Q   Did any employee or agent of Harrison County,

 4    in their official capacities, take any action to

 5    advocate for the passage of that bill?              05:55:25

 6                MS. REINHARDT:  Objection.

 7                THE WITNESS:  No.

 8    BY MS. DENIKER:

 9        Q   Did any employee or agent of the

10    Harrison County Board of Education in any way       05:55:34

11    contribute to the passage of that bill by providing

12    testimony or information to support passage of

13    House Bill 3293?

14                MS. REINHARDT:  Objection to form.

15                THE WITNESS:  No.                        05:55:48

16    BY MS. DENIKER:

17        Q   Did the Harrison County Board of Education,

18    through the elected board, pass any policy

19    proclamation or other statement that related to

20    House Bill 3293 in any way?                         05:56:00

21        A   No.

22        Q   Has the Harrison County Board of Education

23    taken any action to implement the provisions of

24    House Bill 3293 as you sit here today?

25        A   No.                                          05:56:13
```

Page 192

1        MS. DENIKER:  Give me one minute and let me

2    just see if I have any other questions.

3        Superintendent Stutler, I have no further

4    questions.  Thank you.

5        THE WITNESS:  Thank you.                    05:56:36

6        MR. FRAMPTON:  I have some additional

7    questions based on plaintiff's redirect.

8

9                   FURTHER EXAMINATION

10   BY MR. FRAMPTON:                                05:56:42

11       Q    All right.  Superintendent Stutler, do you --

12   do you still have Exhibit 41 up?

13       MS. DENIKER:  We are pulling it up for the

14   witness.

15       MR. FRAMPTON:  Thank you.                    05:56:59

16       THE WITNESS:  I have it.

17   BY MR. FRAMPTON:

18       Q    All right.  And scroll down to paragraph 6

19   which plaintiff's counsel had you read into the

20   record.                                          05:57:11

21       A    Okay.

22       Q    What does this statement mean by "displaced"?

23       MS. DENIKER:  Objection to the form.

24       MS. REINHARDT:  Join the objection.

25       THE WITNESS:  That someone did not get to     05:57:31

                                         Page 193

1    participate because of B.P.J.

2    BY MR. FRAMPTON:

3        Q    Participate as in join the team?

4        A    Yes, as part of the cross-country team.

5        Q    Does "participate" have any -- any other          05:57:45

6    meaning other than just join the team?

7            MS. REINHARDT:  Objection to form.

8            MS. DENIKER:  This is Susan Deniker.  I also

9    object to the form of the question.

10           THE WITNESS:  Participation.  If you're on          05:58:01

11   the team, you're participating.

12   BY MR. FRAMPTON:

13       Q    Okay.  You would agree B.P.J. did beat some

14   girls in cross-country meets; correct?

15           MS. REINHARDT:  Objection to form.               05:58:11

16           MS. DENIKER:  I also object to the form.  And

17   I believe that that is also beyond the scope of the

18   notice.

19           MR. FRAMPTON:  Well, so is the stipulation.

20           And -- and it -- and it actually does relate       05:58:26

21   to the documents we looked at earlier that are part

22   of the -- the -- the board's document production.

23           THE WITNESS:  Looking at the documents that

24   were -- that I reviewed yesterday for -- in prep for

25   this, there were students below her on the time         05:58:39

                                                    Page 194

```
 1    trials.

 2    BY MR. FRAMPTON:

 3       Q   And students below her at cross-country

 4    meets; correct?

 5       A   Yes.                                      05:58:49

 6          MS. REINHARDT:  Objection.

 7    BY MR. FRAMPTON:

 8       Q   And -- and not just students, but girls below

 9    her at the cross-country meets; correct?

10          MS. REINHARDT:  Objection to form.         05:58:59

11          THE WITNESS:  Yes.

12          MS. REINHARDT:  And also outside the scope.

13          MR. FRAMPTON:  Just so we are clear, the

14    court reporter got it, you answered that question

15    "yes"; correct?                                  05:59:08

16          THE WITNESS:  Yes.

17          MS. DENIKER:  And I would also like to place

18    a belated objection to form on the record.

19    BY MR. FRAMPTON:

20       Q   Do you know whether B.P.J.'s participation  05:59:14

21    prevented any girls at -- on the cross-country team

22    from going to any meets?

23          MS. REINHARDT:  Outside the scope of the

24    redirect and objection to form.

25          MS. DENIKER:  Objection to form.           05:59:32
```

Page 195

```
 1              THE WITNESS:  I am not aware of any student

 2     that was displaced due to her participating on the

 3     team.

 4     BY MR. FRAMPTON:

 5        Q   And again, by "displaced," you simply mean      05:59:43

 6     allowed to participate on the team; correct?

 7        A   Yes, yes.

 8              MR. FRAMPTON:  Okay.  That's all I've got.

 9              MS. MORGAN:  This is Kelly Morgan.  So are we

10     concluded with Superintendent Stutler and moving       06:00:11

11     straight on to Mr. Mazza?

12              MS. REINHARDT:  We can continue with Mr.

13     Mazza at this time, yes.

14              MS. MORGAN:  Do we have any anticipation as

15     to how much longer this is going to go?  We started    06:00:26

16     here at noon for us, and it's 6 o'clock.  Some of us

17     have, you know, family obligations here.

18              Are we talking two, three, four more hours?

19              MS. REINHARDT:  I --

20              THE VIDEOGRAPHER:  Off the record?            06:00:38

21              MS. REINHARDT:  I don't believe that -- oh,

22     yes, can we please go off the record.

23              THE VIDEOGRAPHER:  Yeah.  Okay.  Thanks.

24     I -- we're going off the record.  The time is

25     6:00 p.m., and this is the end of Media Unit No. 4.    06:00:44
```

                                                    Page 196

```
 1              (Recess.)

 2         THE VIDEOGRAPHER:  All right.  We are back on

 3    the record at 6:19 p.m., and this is the beginning

 4    of Media Unit No. 5.

 5         Can we please swear in the witness.              06:19:02

 6         (Witness sworn.)

 7         THE VIDEOGRAPHER:  And I'll just mention,

 8    this is the beginning of David Mazza's testimony.

 9         Go ahead.  Thank you.

10

11                   DAVE MAZZA,

12    having been administered an oath, was examined and

13    testified as follows:

14                   EXAMINATION

15    BY MS. REINHARDT:

16    Q   Hi, Mr. Mazza.  How are you doing today?

17    A   Good.  How are you doing?

18    Q   I'm doing well.

19         Is it okay if I call you "Principal Mazza"

20    for the point of this deposition?                    06:19:39

21    A   Yes, you can call me "Principal Mazza," yes.

22    Q   Great.  And have you ever been deposed

23    before?

24    A   I have not.

25    Q   Have you ever testified in a court of law       06:19:46
```

Page 197

1    before?

2        A    I have.

3        Q    What is your current title?

4        A    I am principal at Bridgeport Middle School,

5    Harrison County schools.                          06:20:02

6        Q    And how long have you been the principal?

7        A    I'm in my fifth year.

8        Q    Wonderful.  And what did you do before that?

9        A    I was the assistant at Bridgeport Middle for

10   eight years.  Prior to that, I was a teacher for    06:20:11

11   20 years.  I'm in my 33rd year in education.

12       Q    That's wonderful.  And I'm sorry, I want to

13   make sure that I didn't mishear you.  Did you say

14   you have or have not testified in court before?

15       A    I have testified in court before.          06:20:29

16       Q    Thank you for clarifying.

17            And what was the nature of that case?

18       A    It's when I was -- I had just turned 18, and

19   I witnessed a fight.  One of the participants in the

20   fight used brass knuckles.  I'm going way back to    06:20:45

21   the '70s here, so -- and I just had to be a witness

22   of what I did see and how the fight went down.

23       Q    I appreciate that.  So you have never

24   testified in court as it relates to your current

25   role; is that correct?                              06:21:01

                                          Page 198

```
 1      A    That is true.

 2      Q    Thank you.  So going back, you have been in

 3   this field for quite some time.

 4           Did you study education in college?

 5      A    I did.  I went to Fairmont State College from    06:21:13

 6   1985 to 1989.  I went on to West Virginia University

 7   and received my Master's degree in special

 8   education.  Then I went to Salem International

 9   University and -- and got my administration

10   certificate.                                            06:21:31

11      Q    You're extremely credentialed.  I appreciate

12   you walking me through that.

13           And is there a reason you're aware of today

14   that you won't be able to answer my questions

15   truthfully and accurately?                              06:21:47

16      A    Can you repeat that?  I'm sorry.

17      Q    Is there a reason that you're aware of that

18   would prevent you from answering my questions

19   truthfully and accurately today?

20      A    No.                                             06:21:59

21      Q    Thank you.  And I would like to set a couple

22   of ground rules so there aren't any surprises for

23   you today.

24      A    Okay.

25      Q    If I ask you a question, please answer it       06:22:07
```

Page 199

unless your attorney states otherwise. Is that understood?
A That is understood.
Q And so that the court reporter can get everything we're saying, please use only verbal responses. Unfortunately, we cannot transcribe nodding or hand gestures. Is that understood? 06:22:20
A That is understood.
Q And if I ask a question that you don't understand, please let me know. If you answer my question, I'll assume that you understand what I'm asking. Is that okay? 06:22:36
A Yes. Thank you for that.
Q No problem. And my last just housekeeping rule is if you'd like to take a break at any point, please let us know. I'll need to finish my line of questioning, but we'd be happy to accommodate any breaks. 06:22:48
A Thank you very much.
Q Did you review any documents in preparation of today's deposition? 06:22:59
A Yes, I did.
Q And without disclosing any communications you may have had with your attorney, can you please let me know which documents you reviewed. 06:23:13

```
 1        A    We reviewed what the litigation is about

 2    today.

 3        Q    And were there any other documents in

 4    connection to this litigation you reviewed?

 5        A    Just what was over in the litigation.  I      06:23:26

 6    mean, we looked at several different things.  We did

 7    a review of the gender support plan that was -- that

 8    had taken place last May, just the basic documents

 9    that go on with this litigation.

10        Q    And if you know, were all of the documents    06:23:44

11    provided by counsel?

12        A    Yes.

13        Q    And did you bring any documents with you

14    today?

15        A    I did not.                                     06:24:01

16        Q    Great.  And did you provide your counsel with

17    any documentation?

18        A    I did.

19        Q    And what was it?

20             MS. DENIKER:  This is Susan Deniker.  I would  06:24:12

21    like to clarify something here.  Are you asking in

22    preparation for the deposition, or do you mean with

23    regard to this litigation, generally, in terms of

24    discovery?

25             MS. REINHARDT:  Thank you for that clarifying  06:24:26
```

Page 201

```
 1    question.  I mean in preparation for today.

 2          THE WITNESS:  No.

 3    BY MS. REINHARDT:

 4      Q   Thank you.  And did you speak with anyone in

 5    preparation for today's deposition?              06:24:38

 6      A   Just counsel.

 7      Q   Did you --

 8          MS. DENIKER:  Let me -- Ms. Reinhardt, excuse

 9    me, this is Susan Deniker again.

10          Mr. Mazza, to the extent that you had         06:24:49

11    conversations with other Harrison County Board of

12    Education employees --

13          THE WITNESS:  Right.

14          MS. DENIKER:  -- to prepare for your

15    deposition, you may disclose the names of those    06:24:59

16    persons that you spoke with.

17          THE WITNESS:  Okay.  Other than counsel here,

18    we did -- of course, Dora Stutler, superintendent;

19    Amber Davis; Tarra Shields, principal of Norwood

20    Elementary -- Amber Davis was -- is the counselor --  06:25:17

21    and fifth-grade teacher -- I can't remember her

22    name, I'm sorry.  I can cannot remember the

23    fifth-grade teacher's name, I'm sorry.  I apologize.

24    BY MS. REINHARDT:

25      Q   By any chance, was it a fourth-grade teacher   06:25:30
```

Page 202

```
 1    by the first name of Jasmine?

 2        A   Yes, it was a fourth-grade teacher.  I

 3    apologize for that.  I thought it was the

 4    fifth-grade teacher.

 5        Q   No problem at all.                        06:25:41

 6            And do you understand that B.P.J. filed a

 7    lawsuit against the County Board of Education?

 8        A   Yes.

 9        Q   And do you understand that that is why you're

10    here testifying today?                            06:25:56

11        A   Correct, yes.

12            MS. REINHARDT:  Wonderful.  And I just want

13    to review, briefly, with you Exhibit 24.  It should

14    be in the "Marked Exhibit" folder.

15            (Exhibit 24 was marked for identification   06:26:09

16         by the court reporter and is attached hereto.)

17    BY MS. REINHARDT:

18        Q   Please let me know once you've reviewed it.

19        A   I have reviewed it.

20        Q   Have you seen this document before?         06:26:47

21        A   I have.

22        Q   And I'll ask you to turn to what's numbered

23    page 8.  Did you review topics 10 and 11 for today's

24    deposition?

25        A   I did.                                      06:26:59
```

Page  203

```
 1        Q    And did you review any documentation related

 2    to topics 10 and 11 in preparation for today's

 3    deposition?

 4        A    I did.

 5        Q    And were those the same documents that you've    06:27:15

 6    already -- you've already disclosed?

 7        A    I believe so, yes.

 8        Q    Wonderful.  And looking at this exhibit, can

 9    you please review topics 1 through 15 and let me

10    know if you've already viewed these -- reviewed          06:27:35

11    these topics with counsel.

12            MS. DENIKER:  I'm going to object to -- that

13    question calls for attorney-client privileged

14    communications.  You can ask him if he -- if he's

15    reviewed the Notice of Deposition, but I'm going to      06:28:00

16    instruct him not to answer as to whether or not he

17    reviewed topics with counsel.

18            MS. REINHARDT:  Understood.

19    BY MS. REINHARDT:

20        Q    Did you review these topics in preparation      06:28:07

21    for today's deposition?

22        A    I've looked them over.

23        Q    Thank you.  And for purposes of the record,

24    we have previously spoken with

25    Superintendent Stutler and asked her a number of         06:28:22
```

<div align="right">Page 204</div>

```
 1    questions related to these topics.  Today, we'll

 2    only be asking you about topics 10 and 11.  Is that

 3    understood?

 4        A    That is understood.

 5        Q    And I'm just briefly going to go over two      06:28:34

 6    terms with you.  So the first one is the word

 7    "transgender."  When I use the word "transgender,"

 8    I'm referring to someone whose gender identity does

 9    not match the sex they were assigned at birth.

10           So, for example, if someone was assigned male   06:28:51

11    at birth, but they identify as female, that person

12    would be a transgender girl or woman.

13           Do you understand how I am referring to that

14    term?

15           MR. TRYON:  Objection.                            06:29:04

16           THE WITNESS:  I do.

17    BY MS. REINHARDT:

18        Q    Thank you.  And, likewise, I'll be asking the

19    term "cisgender."  When I use the term "cisgender,"

20    I am referring to someone whose gender identity        06:29:14

21    matches the sex they were assigned at birth.

22           So as an example, if someone was assigned

23    male at birth and they identify as male, that person

24    would be a cisgender boy or man.

25           Do you understand how I'm referring to that     06:29:28
```

Page 205

```
1    term?

2           MR. TRYON:  Objection.

3           THE WITNESS:  I do -- I do understand.

4           MR. TRYON:  Elizabeth, can I just have a

5    standing objection to terminology?                  06:29:38

6           MS. REINHARDT:  Yes, I will see that standing

7    objection.  Thank you.

8           MR. TRYON:  Thank you.

9    BY MS. REINHARDT:

10      Q   And when I say the word "you," unless I      06:29:43

11   specifically say "Principal Mazza as an individual"

12   or something similar, I'm asking for you to answer

13   my question as a representative of the County Board

14   of Education.  Is that understood?

15      A   That is understood.                          06:30:00

16      Q   And when I -- if it's okay with you, I'd like

17   to use the term "county board" rather than "County

18   Board of Education."  Is that okay?

19      A   That is okay.

20      Q   Wonderful.  And also, when I'm referring to  06:30:14

21   the county board, I am talking about the entire

22   entity of the county board, not just its elected

23   members.  Is that understood?

24      A   That is understood.

25      Q   Thank you.  So I am going to -- I am going to  06:30:27
```

Page 206

1    put tab 5 into the "Marked Exhibit" folder.  I

2    believe --

3           MS. REINHARDT:  And please correct me if I'm

4    wrong, Mrs. Court Reporter.  I believe we're at

5    Exhibit 41 -- 42.  Apologies.                      06:30:50

6           I'll let you know once you can refresh.

7           You may refresh.  And please let me know once

8    you have that document open.

9           (Exhibit 42 was marked for identification

10          by the court reporter and is attached hereto.)  06:31:13

11   BY MS. REINHARDT:

12      Q   Do you have that document open?

13      A   Yes.

14      Q   Great.  Are you familiar with WVSSAC, or the

15   West Virginia Secondary School Activities             06:31:58

16   Commission?

17      A   I am familiar with the WVSSAC, correct.

18      Q   And are you okay with me using the acronym

19   WVSSAC in reference to the West Virginia School --

20   Secondary School Activities Commission?              06:32:16

21      A   Yes.

22      Q   Wonderful.  And if you look at the front page

23   here, it says "Regional Principals' Meeting."

24          Are you familiar with the regional

25   principals' meeting?                                 06:32:24

```
 1        A    I am.

 2        Q    Can you please tell me what that is?

 3             MS. DENIKER:  Object to the form.

 4             THE WITNESS:  Yes.  We attend -- member

 5   school principals attend a regional principals'      06:32:41

 6   meeting every fall before school starts.  This

 7   year -- it typically takes place the first week in

 8   August.  We meet at East Fairmont High School in

 9   Marion County.  That's where the region is set up

10   for Harrison, and surrounding counties.  We meet     06:33:01

11   from noon to 3:00.  And they go over information of

12   previous proposals that pass at the board of

13   controls meeting in April.

14   BY MS. REINHARDT:

15        Q    Thank you.  It sounds like you are used to  06:33:20

16   sitting in long meetings, so I appreciate you being

17   here today.

18             Did -- were you in attendance for the 2021 to

19   2022 regional principals' meeting?

20        A    I was not.                                  06:33:32

21        Q    Have you seen this PowerPoint before?

22        A    I have.

23        Q    And when did you first see this PowerPoint?

24        A    I believe from my athletic director.

25        Q    And when did your athletic director show you  06:33:49
```

                                                    Page 208

1    this document?

2        A    I would say shortly after.  He is part of the

3    SSAC.  He's actually a director.  And he gets this

4    information sent to him via e-mail, I believe.

5        Q    And what is the name of this individual?          06:34:09

6        A    Mr. Arthur Petitto.

7        Q    Thank you.  And do you know why WVSSAC holds

8    the principals' meeting?

9             MS. GREEN:  Object to the form.

10            MS. DENIKER:  Objection to the form as well.       06:34:40

11            You can answer.

12            THE WITNESS:  In the spring, we have controls

13   where there are proposals that are passed by the

14   member schools.  Once these proposals pass, they go

15   to the State Board of Education who then approve        06:34:49

16   them.  And this regional principals' meeting is an

17   update, typically, of what passed and what has

18   changed with anything athletic in the state of West

19   Virginia.

20   BY MS. REINHARDT:                                        06:35:03

21       Q    Thank you.  And other than your conversation

22   with Mr. Petitto -- is that correct? -- have you

23   seen --

24       A    That is correct.

25       Q    Wonderful.                                        06:35:12

                                                     Page 209

```
 1              -- have you seen this PowerPoint?

 2      A    Have I seen it, is that -- was that your

 3   question?

 4      Q    Yes.  Other than with Mr. Petitto -- or from

 5   Mr. Petitto.                                        06:35:23

 6      A    I have not.  I have not.

 7      Q    And you should feel free to review this

 8   document in its entirety, but I'll only be asking

 9   you questions as it relates to what is

10   Bates-numbered WVSSAC 000346.  So you should feel   06:35:35

11   free to go to that page, if it's convenient for you,

12   or you may look through the entire PowerPoint.

13           Please let me know once you're at

14   WVSSAC 00346.  It's slide 60.

15      A    We are there.                               06:36:29

16      Q    Great.  And did you -- do you know what this

17   slide is in reference to?

18           MS. GREEN:  Object to the form.

19           MS. DENIKER:  You can answer, if you know.

20           THE WITNESS:  I believe it's for the current 06:36:47

21   law -- the bill and law that was passed in the state

22   of West Virginia that went into effect in July.

23   BY MS. REINHARDT:

24      Q    And is what you're referring to H.B. 3293?

25      A    Correct.                                    06:37:02
```

Page 210

1      Q    Thank you.  And did you discuss this slide in

2    particular with Mr. Petitto?

3      A    I did not.

4      Q    Have you reviewed this slide before today?

5      A    I have not.                                    06:37:18

6      Q    So on the slide, it says -- the heading is

7    "Transgender," and the first bullet point is

8    "Current law being challenged in court."  The second

9    bullet says "WVSSAC's current position in that

10   gender is identified in WVEIS for athletic           06:37:33

11   participation purposes."

12        Did I read that correctly?

13     A    You did.

14     Q    So for WVEIS, is it okay if I refer to that

15   as "WVEIS"?                                           06:37:53

16     A    Yes, you can.

17     Q    And do you know what WVEIS is?

18     A    Yes, I do.

19     Q    What is it?

20     A    It's our identification system for every       06:38:01

21   student that is in the state of West Virginia.  That

22   number stays with them.  They're assigned a number.

23   Each county is different, as far as assigning the

24   number.  But if the student transfers to a different

25   county, that same number stays with them.            06:38:18

                                              Page 211

1       Q    Thank you.  And do you have access to WVEIS

2   as the principal of Bridgeport Middle School?

3       A    Yes, I do.

4       Q    Does the athletic director have access to

5   WVEIS?                                              06:38:34

6       A    No, he doesn't.

7       Q    Does anyone at Bridgeport Middle School have

8   the ability to change information in WVEIS?

9       A    The -- the people that can change information

10  are myself, my assistant and my counselor.          06:38:52

11      Q    And do --

12      A    Also, both of my secretaries.

13      Q    And does anyone you've just listed need

14  permission to change information in WVEIS?

15      A    No.                                         06:39:06

16      Q    Thank you.

17      A    Can I add something to that?

18      Q    Of course.

19      A    WVEIS, the way it's set up, only certain

20  things that are part of WVEIS, like, for example,   06:39:25

21  discipline, my secretaries do not access to that,

22  nor my counselor.  Just the assistant principal and

23  myself.  There's -- there's just certain items, like

24  health, if a student has a health issue, I would

25  have to put that in.  There are -- there are certain  06:39:44

                                            Page 212

1    items that only go to certain people.

2         The secretaries have, usually, residency

3    information, scheduling, the schedules, things like

4    that, but some of the stuff that is put in the

5    WVEIS, it's mostly my counselor, myself and my          06:40:03

6    assistant.

7        Q    In WVEIS, are students' names listed and

8    other -- so I'm asking, are student names listed,

9    including their ID number?

10       A    That is correct.                                06:40:16

11       Q    And are students' genders listed in WVEIS?

12       A    Yes, they are.

13       Q    And if a student were to participate in a

14   school athletic program, would the athletic director

15   need to check WVEIS to know which team the student      06:40:39

16   needed to be on?

17       A    No.

18       Q    How is it -- how are students designated

19   between teams?

20       A    They are given an information sheet that is     06:40:48

21   filled out by them or the -- the student or the

22   parent.  That information goes back to the athletic

23   director who then puts it in a portal that would be

24   seen by the WVSSAC.

25       Q    Does that portal have a name?                   06:41:03

                                             Page 213

1       A    It's part of the WVSSAC website where you

2    see -- I'm not sure if you've visited that website,

3    but there's an admin login.

4       Q    And is -- is the information the athletic

5    director provides not a part of WVEIS?              06:41:28

6       A    It is not part of WVEIS.

7       Q    And is that information used to create a

8    roster?

9       A    That information is used to create a roster.

10      Q    So WVEIS is not used to create a roster; is   06:41:43

11   that correct?

12           MS. DENIKER:   Object --

13           THE WITNESS:   That is correct.

14           MS. DENIKER:   -- to the form.

15   BY MS. REINHARDT:                                    06:41:51

16      Q    And if I'm understanding correctly, the

17   administrative director would list whichever gender

18   is completed by a parent or the athlete in the form

19   you noted earlier; is that correct?

20      A    That would be correct.                        06:42:10

21      Q    And does Bridgeport Middle School have any

22   policies as it relates to gender separation in

23   sports?

24      A    We don't have any policies.

25      Q    Is Bridgeport Middle School required to       06:42:32

                                             Page 214

```
 1    follow any other policies related to gender

 2    separation in sports?

 3            MS. GREEN:  Object to the form.

 4            MS. DENIKER:  I also object to the form.

 5            THE WITNESS:  Bridgeport Middle follows the    06:42:53

 6    guidelines set by the WVSSAC.

 7    BY MS. REINHARDT:

 8       Q   And what are those guidelines as it relates

 9    to gender separation in sports?

10            MS. GREEN:  Object to the form.               06:43:06

11            MS. DENIKER:  Object to the form.

12            THE WITNESS:  Those guidelines come in the

13    form of rostering, where -- for example, my athletic

14    director receives from the track coach, who is the

15    boys track coach, he would roster them on the WVEIS    06:43:23

16    system as a B, goes into the B portal.  And if my

17    athletic director receives the information from the

18    girls' coach, it would go on the G side, which is --

19    would be the girl.

20    BY MS. REINHARDT:                                      06:43:44

21       Q   So the athletic director implements a

22    student's gender into WVEIS; is that correct?

23            MS. DENIKER:  Objection to the form and also

24    asked and answered.

25            MS. GREEN:  I'll object to the form as well.   06:43:56
```

Page 215

1    Thank you.

2         MS. DENIKER:  Do you need to have -- if

3    you'll give me a standing objection on that.  Maybe

4    we should have the court reporter read back the

5    question so that the witness could hear it, if        06:44:09

6    that's okay, Ms. Reinhardt.

7         MS. REINHARDT:  That would be great.  I'll

8    give you a standing objection.

9         If the court reporter could please read my

10   question back.                                        06:44:18

11        (Record read.)

12        MS. DENIKER:  If you need to hear it again,

13   you can ask for it to be repeated.

14        THE WITNESS:  Repeat that again, please, I'm

15   sorry.                                                06:44:46

16        MS. REINHARDT:  If the court reporter could

17   please read that again.

18        And I believe it should be "input."  I

19   apologize if I wasn't clear.

20        (Record read.)                                   06:45:08

21        THE WITNESS:  The athletic director puts the

22   information on the boy roster or the girl roster.

23   BY MS. REINHARDT:

24      Q    And where -- okay.  I think I understand.

25           And are B and G the only options for the --   06:45:33

                                                  Page 216

```
 1    putting a student's gender on the roster?

 2       A   I believe so.

 3       Q   And does Bridgeport Middle School have any

 4    coed sports?

 5       A   We do.                                    06:45:48

 6       Q   And for those rosters, for the rosters for

 7    coed sports, do they still list B or G?

 8       A   I believe so.

 9       Q   Thank you.  And are you familiar with the

10    roster that's used for football?                 06:46:13

11       A   I am.

12       Q   Can you please describe to me what that

13    roster would include?

14          MS. GREEN:  Object to the form.

15          THE WITNESS:  It's -- the roster would     06:46:31

16    include a student's name, the place of birth.  I

17    believe, residence.

18    BY MS. REINHARDT:

19       Q   And does it say they're a B or a G as well?

20       A   I'm honestly not sure.                    06:46:57

21       Q   Understood.  And -- but it's your

22    understanding that generally these rosters contain a

23    B or a G?

24          MS. GREEN:  I'm going to object to the form.

25          THE WITNESS:  That is correct.             06:47:12
```

<div align="right">Page 217</div>

```
 1    BY MS. REINHARDT:
 2       Q   And if a -- if a student is gender
 3    nonconforming, does the school have a policy on what
 4    would be put as their gender for school sports?
 5       A   Can you repeat that again, please?          06:47:27
 6       Q   If a student is gender nonconforming -- and
 7    what I mean by that is they neither identify as just
 8    a boy or a girl -- does the school have a policy for
 9    how they're listed on a sports team's roster?
10       A   We do not.                                  06:47:43
11       Q   Does the school have a policy related to what
12    transgender students are listed as for the purposes
13    of sports teams' rosters?
14       A   We do not.
15       Q   I'm just going to make sure I have -- I've   06:47:59
16    asked all my questions on this topic.  One second.
17           Other than school policies, does WVSSAC have
18    any policies that you would follow related to
19    students' genders listed on school sports?
20           MS. GREEN:  Object to the form.             06:48:33
21           MS. DENIKER:  Object to the form.
22           THE WITNESS:  I have never seen any
23    information like that from the SSAC.
24    BY MS. REINHARDT:
25       Q   Thank you.  And I want to ask if you've ever 06:48:42
```

Page 218

```
 1    discussed gender separation in school sports with

 2    Heather Jackson.

 3         MS. DENIKER:  I'm going to ask you identify

 4    where -- which topic that falls under.

 5         MS. REINHARDT:  I'm referring to topic 11      06:49:03

 6    where it says policies, documents, communications of

 7    the Harrison County board and the county board

 8    superintendent concerning the separation of boys and

 9    girls in school-sponsored sports.

10         MS. DENIKER:  Thank you.                        06:49:19

11         Do you need to have the question repeated

12    Mr. Mazza?

13         THE WITNESS:  Just the name again.

14    BY MS. REINHARDT:

15      Q   Are you familiar with B.P.J.'s mother?         06:49:28

16      A   Oh, I'm -- yes, absolutely.

17      Q   No problem.  It's been a long day, I'm sure.

18          Have you --

19      A   It has.  ███████████████████████████

    ████████████████████████████████████     ████████

    ███   █████████████

22      Q   Makes sense.  Have you had any conversation

23    with B.P.J.'s mother related to the separation of

24    boys and girls in school-sponsored sports?

25      A   The only conversation was at the gender       06:49:53
```

Page 219

```
 1    support meeting back in May of '21.
 2        Q    And what was the conversation about?
 3        A    As we were going through the gender support
 4    plan, and we were finishing up, she was -- Heather
 5    was asking specific questions about band.  I said      06:50:15
 6    that would not be a problem.  You know, we do offer
 7    related art classes other than our five core
 8    classes, which is reading, English, science, math,
 9    social studies.  So we were pretty much asking B█████
10    what other related art classes she would be           06:50:33
11    interested in other than band.  She -- B████ said,
12    art.  And we do offer STEAM, etcetera.
13            And then Heather asked me, B████ wants to
14    participate in cross-country.  I said, No problem.
15    And then Heather asked me, B████ wants to run with     06:50:48
16    the girls.  And I -- I know -- I've known Heather --
17    I've had both of her -- I had her oldest son go
18    through, and she has another son that is an
19    eighth-grader in our building.  And I looked at
20    Heather, and I said, You did hear about the bill      06:51:07
21    that was signed into law, that's going into effect
22    in July.
23            And she said, We know all about that.
24            And that was the only discussion we had with
25    this law that went into effect in the state of        06:51:17
```

Page 220

```
 1    West Virginia.

 2       Q   And if you know, did Mrs. Jackson take that

 3    to mean that B▮▮▮ would have to participate on the

 4    boys' sports team?

 5           MS. DENIKER:  Objection to the form of the        06:51:30

 6    question, calls for speculation.

 7           THE WITNESS:  I honestly don't know.

 8    BY MS. REINHARDT:

 9       Q   And what was the purpose in raising H.B. 3293

10    with Mrs. Jackson?                                       06:51:48

11       A   Her question was pretty forward, and I just

12    wondered if she knew that that bill was going to

13    turn into a law in July.

14       Q   Understood.  I'm just checking my notes.  One

15    moment.                                                  06:52:13

16           And just for background information, do

17    you -- have you ever coached any sports?

18       A   I have.

19       Q   Which sports have you coached?

20       A   I've coached football and track.               06:52:26

21       Q   And were those in Harrison County?

22       A   Football was in Monongalia County, 1989, and

23    track was in Harrison County, 1991, Lincoln High

24    School.  Football was the -- what was then

25    Westover Junior High, which is now Westwood Middle.   06:52:51
```

Page 221

```
 1        Q    Thank you.  And do you see a benefit in

 2    participating in school sports?

 3        A    Absolutely.

 4        Q    And what are those benefits as you know them

 5    as Principal Mazza?                                06:53:01

 6            MR. TRYON:  Objection.

 7            THE WITNESS:  I --

 8            MS. DENIKER:  Objection to the form.

 9            THE WITNESS:  My benefits of having two

10    children of my own, I believe it develops          06:53:11

11    discipline, teamwork.  There's nothing better than

12    teamwork.  I truly believe once you do graduate

13    college and go into the workforce, you will always

14    be working as a team with someone.  Trust.  I see a

15    lot of trust with sports.  And it's just great      06:53:31

16    conditioning just to be part of something, just to

17    be part of a team.

18    BY MS. REINHARDT:

19        Q    I understand that.  I played basketball and

20    volleyball, so I can appreciate those.             06:53:42

21            Do you think B.P.J. gained any benefits from

22    participating on a sports team?

23            MS. DENIKER:  Objection to the form.

24            MR. TRYON:  Objection.

25            THE WITNESS:  I believe so.  I believe so.   06:54:03
```

                                              Page 222

```
 1          MS. REINHARDT:  Could we please go off the

 2     record for one moment?

 3          THE VIDEOGRAPHER:  Sorry.  Oop, I was on

 4     mute.

 5          Yep.  We're going off the record.  The time    06:54:23

 6     is 6:54 p.m.

 7          (Recess.)

 8          THE VIDEOGRAPHER:  All right.  We are back on

 9     the record.  It's 7:00 p.m.

10          Go ahead.                                       07:00:30

11          MS. REINHARDT:  Principal Mazza, we have no

12     further questions for you, unless there will be

13     questions on redirect.

14

15                                                          07:00:36

16                    EXAMINATION

17     BY MS. GREEN:

18       Q   Principal Mazza, my name is Roberta Green,

19     and I'm an attorney here on behalf of WVSSAC.  I

20     appreciate your patience today.  I know it's been a  07:00:47

21     long day.

22          In terms of your knowledge of WVSSAC's rules

23     and policies, their rationale with the slideshow,

24     would you defer to WVSSAC as to the interpretation

25     of all of that?                                      07:01:08
```

Page 223

```
 1            MS. REINHARDT:  Objection.

 2            MS. DENIKER:  Objection to form.

 3            THE WITNESS:  Can you repeat that question,

 4    please?

 5            MS. GREEN:  Sure.                     07:01:17

 6            MS. DENIKER:  And, Ms. Green, if you'll just

 7    give me a standing objection, I won't repeat my

 8    objection to form.

 9            MS. GREEN:  Thank you.  Absolutely.

10    BY MS. GREEN:                                07:01:24

11        Q   Mr. Mazza, in terms of WVSSAC's policies,

12    you've commented on a couple this evening, I

13    wondered if -- I'm asking you on behalf of WVSSAC --

14    would you defer to WVSSAC to speak to its own

15    policies?                                    07:01:40

16            MS. REINHARDT:  Same objection.

17            THE WITNESS:  Yes, I would.

18    BY MS. GREEN:

19        Q   Okay.  And in terms of WVSSAC's thinking in

20    assembling the principals' slideshow or whoever    07:01:49

21    assembled the slideshow, would you defer to WVSSAC

22    to explain the slides in that slideshow?

23            MS. REINHARDT:  Object to form.

24            MS. DENIKER:  This is Susan Deniker.  I also

25    object to the form.                          07:02:05
```

                                              Page 224

```
 1              THE WITNESS:  Yes, I would.

 2      BY MS. GREEN:

 3        Q    And in terms of the rules and regulations

 4      that WVSSAC has in place, would you defer to WVSSAC

 5      to take a position on their rules and how they're      07:02:18

 6      interpreted and applied?

 7              MS. REINHARDT:  Objection to form.

 8              MS. DENIKER:  Same objection.

 9              THE WITNESS:  Yes, I would.

10              MS. GREEN:  Thank you.  No further questions,   07:02:33

11      Principal Mazza.  Thank you very much.

12              THE WITNESS:  Thank you.

13              MR. TRYON:  Kelly, do you have any questions?

14              MS. MORGAN:  This is Kelly Morgan.  I don't

15      have any questions.  Thank you.                        07:02:51

16

17

18

19                       EXAMINATION

20      BY MR. TRYON:                                          07:02:53

21        Q    Mr. Mazza, I do have a few questions.  My

22      name is David Tryon, and I'm an attorney

23      representing the State of West Virginia, and I'm

24      with the attorney general's office.

25              I would like to -- let me start off with       07:03:08
```

Page 225

1    Exhibit 28.  Let me know when you see it, when you

2    have that.

3        A    Yes.

4        Q    Have you seen this document before?

5        A    I've seen so many documents, sir, I'm not        07:04:00

6    sure.

7        Q    Right.  Well, take a look at page 4.  I want

8    to ask you some questions about information on

9    page 4.

10       A    I am on page 4.                                 07:04:13

11       Q    Under "Bridgeport Middle School," do you see

12   those various teams listed?

13       A    I do.

14       Q    And as far as the -- the -- the list of

15   teams, just the list itself, does that seem to be      07:04:29

16   accurate?

17       A    Let me look through that real quick, sir.

18            It does look correct.

19       Q    On the football team, to your knowledge, are

20   there any biological girls on the football team?       07:04:53

21            MS. REINHARDT:  Objection to terminology.

22   BY MR. TRYON:

23       Q    Go ahead, you may answer.

24       A    We do not have any biological girls on our

25   football team.                                         07:05:10

                                                    Page 226

1      Q   So it's my understanding that football is

2    generally considered to be a boy's sport, and so I'm

3    interested to see that that is characterized as a

4    coed sport.

5          Can you explain why it's characterized as a        07:05:21

6    coed sport?

7          MS. REINHARDT:   Objection to form and also

8    outside the scope of the deposition.

9    BY MR. TRYON:

10     Q   You may answer.                                     07:05:31

11     A   Sir, I'm assuming because girls can play

12   football.

13     Q   Okay.  And -- and why can girls play

14   football?

15         MS. GREEN:   I'll object to the form.               07:05:42

16         MS. REINHARDT:   Same objection.

17         THE WITNESS:   I believe there's not an equal

18   sport for females in the fall.

19   BY MR. TRYON:

20     Q   And so is there some reason that you then           07:05:55

21   have to characterize this as coed?

22     A   I believe if we had a female on the team, it

23   would be coed.

24     Q   And if it -- it does not have a female on the

25   team, is it still considered coed?                        07:06:12

                                                     Page 227

```
 1              MS. REINHARDT:  Objection to form.

 2              MS. DENIKER:  Objection to form.

 3              THE WITNESS:  I believe --

 4              MS. GREEN:  And I'll object to form.

 5              THE WITNESS:  I believe that if it leaves the    07:06:26

 6     door open, that a female can go out for

 7     Bridgeport Middle School football.

 8     BY MR. TRYON:

 9        Q   Is it the same rationale for wrestling?

10              MS. REINHARDT:  Objection to form.              07:06:38

11              THE WITNESS:  Yes, sir, it is the same

12     rationale.

13     BY MR. TRYON:

14        Q   Are there any safety concerns involved for

15     girls joining the football team?                        07:06:47

16              MS. GREEN:  Object to the form.

17              MS. REINHARDT:  Same objection.

18              MS. DENIKER:  This is Susan Deniker.

19     Objection to the form.

20              THE WITNESS:  We would all -- the female        07:06:55

21     students would be suited up just as equally as the

22     male student, helmet, shoulder pads, etcetera.

23     BY MR. TRYON:

24        Q   So -- strike that.

25              Is there a reason that girls' soccer and        07:07:23
```

<div align="right">Page 228</div>

1    boys' soccer are separated by sex?

2         MS. REINHARDT:  Objection.

3         MS. DENIKER:  Objection to the form.

4         MS. GREEN:  I'll object to the form.

5         THE WITNESS:  We have -- we have enough          07:07:37

6    students to support both boys and girls' soccer.

7    BY MR. TRYON:

8       Q   Well, why not just have them both be coed?

9         MS. REINHARDT:  Objection --

10        MS. DENIKER:  Objection to the form.           07:07:51

11        MS. REINHARDT:  -- to the form.

12        Oh, I apologize, also objection to the form.

13        MS. GREEN:  And I'll join.

14        THE WITNESS:  Once again -- once again, sir,

15   we have a number of students that can do both, and     07:07:57

16   our understanding is if we just did coed, it would

17   be playing just boys' teams.

18   BY MR. TRYON:

19      Q   Why is that?

20        MS. DENIKER:  Objection to the form.           07:08:09

21        MS. REINHARDT:  Same objection.

22        THE WITNESS:  My -- my belief is at -- at

23   middle school or high school, if you support a coed

24   team, that coed team must play a boys' team.

25   BY MR. TRYON:                                        07:08:25

                                          Page 229

```
 1        Q    Okay.  What's the problem with doing that?

 2             MS. REINHARDT:  Object to --

 3             MS. GREEN:  Object to the form.

 4             MS. REINHARDT:  I'll join that objection.

 5             THE WITNESS:  We have the -- we have the        07:08:33

 6        numbers for both a boys and a girls' soccer team.

 7        BY MR. TRYON:

 8        Q    Well, why not just let the girls play against

 9        the boys, then?

10             MS. REINHARDT:  Objection to the form.         07:08:42

11             MS. DENIKER:  This is Susan Deniker.

12        Objection to the form.

13             THE WITNESS:  Because we have a girls' team

14        and we have a boys' team, sir.

15             MR. TRYON:  And I'll just stipulate to a        07:08:54

16        standing objection on this.

17        BY MR. TRYON:

18        Q    But I still don't understand why you separate

19        the boys from the girls.

20             MS. REINHARDT:  Same objection.                07:09:02

21        BY MR. TRYON:

22        Q    Can you please explain that?  You haven't

23        really explained that, I don't think.

24        A    The SSAC allows us to have a girls' team and

25        a boys' team, if we can support both numbers for     07:09:11
```

Page 230

```
 1    each.
 2        Q   Does it require it?
 3            MS. GREEN:  Object to the form.
 4            MS. REINHARDT:  I'll join that objection.
 5            MS. DENIKER:  And this is Susan Deniker.      07:09:25
 6    Mr. Tryon, if you'll give me a standing objection to
 7    this line of questioning, I will not continue to
 8    object to form.
 9            MR. TRYON:  Right.  And that's what I just
10    said a minute ago, that I would give all three of      07:09:34
11    you --
12            MS. DENIKER:  Yes.
13            MR. TRYON:  -- a standing objection on that.
14            MS. GREEN:  Okay.
15            THE WITNESS:  I'm not sure, sir, about that    07:09:42
16    question, if it requires that.
17    BY MR. TRYON:
18        Q   When you mix boys and girls on soccer teams,
19    is that creating a safety issue, as far as you're
20    concerned?                                             07:09:59
21            MS. REINHARDT:  Objection to form.
22    BY MR. TRYON:
23        Q   As far as you're concerned as the
24    representative of the -- of the -- of the board?
25        A   I believe in every sport there are safety      07:10:08
```

Page 231

```
 1    issues.  I think in this particular case, since it

 2    is allowed, I -- I don't think the safety factor is

 3    an issue.

 4        Q   Wait, I'm sorry, since what is allowed?

 5        A   To have a coed team.                        07:10:29

 6        Q   Having a coed -- I was talking about -- about

 7    soccer.

 8        A   Yeah, if you said you mixed the -- didn't you

 9    say if you mix the boys and the girls together, does

10    it create a safety issue?  That was your question,   07:10:40

11    sir?

12        Q   Yes.  So if in soccer, if you mixed all the

13    boys and girls together, does that create any safety

14    issues for the girls, competing against -- against

15    the boys?                                            07:10:51

16            MS. REINHARDT:  Objection to form.

17            THE WITNESS:  I believe there's always safety

18    issues with any sport, sir.

19    BY MR. TRYON:

20        Q   Are biological boys allowed on girls' teams,  07:11:32

21    other than B.P.J.?

22            MS. REINHARDT:  Objection to form and also

23    objection to terminology.

24            THE WITNESS:  Can you repeat the question,

25    sir?                                                 07:11:44
```

Page 232

```
 1     BY MR. TRYON:

 2         Q    Other than B.P.J., are any biological boys

 3     allowed on the girls' teams?

 4              MS. REINHARDT:  Same objections.

 5              MS. DENIKER:  This is Susan Deniker.        07:11:56

 6     Objection to the form.

 7              THE WITNESS:  The particular B███ situation,

 8     because we are in an injunction, B███ was allowed

 9     to run on the girls' cross-country team.

10     BY MR. TRYON:                                        07:12:15

11         Q    Understood.  Other than B.P.J., are any

12     biological boys allowed on girls' team?

13              MS. REINHARDT:  Same objection.

14              THE WITNESS:  We have -- we have never came

15     to that situation, sir, up until this year.         07:12:24

16     BY MR. TRYON:

17         Q    Is fairness an important value in sports?

18              MS. REINHARDT:  Objection.

19              MS. DENIKER:  Objection to form.

20              THE WITNESS:  I have two children that played  07:13:17

21     sports, and I always just believe that, you know,

22     fairness is part of it.  You know, you just go out

23     and do your best.

24     BY MR. TRYON:

25         Q    I understand that on a personal level.  I was  07:13:28
```

Page 233

```
 1    asking, I guess, more on behalf of the board, does

 2    the board consider fairness to be important in

 3    sports?

 4         MS. REINHARDT:  Objection to form.

 5         MS. DENIKER:  I'm going to raise an objection   07:13:42

 6    to form here and also state that to the extent that

 7    you're seeking an opinion, that the -- the entity

 8    here cannot have an opinion about something that's

 9    not reflected in some official policy or other

10    determination by the board.                         07:14:00

11  BY MR. TRYON:

12       Q   Well --

13       A   I will say this --

14       Q   -- can you answer --

15       A   The --                                       07:14:16

16       Q   Can you answer the question?

17       A   I -- I would just say that, like you said,

18    like I just believe as representing the board, that

19    that question just cannot be answered.

20       Q   Okay.  So the -- the board has no position on   07:14:26

21    fairness?

22         MS. DENIKER:  Objection to the form of the

23    question.

24         To the extent that you can answer about

25    fairness and sports, you can answer that.           07:14:37
```

Page  234

```
 1            THE WITNESS:  I believe -- I believe any

 2    board would want fairness in sports, any Board of

 3    Education that has athletic programs would want

 4    fairness.

 5            MS. REINHARDT:  And I wasn't able to        07:14:51

 6    interject with an objection.  I'm going to say also

 7    outside the scope of the deposition.

 8            MR. TRYON:  I don't have any other questions.

 9    Thank you.

10            Hal --                                      07:15:33

11            MS. REINHARDT:  Does anyone else --

12            MR. TRYON:  -- are you there?

13            MS. REINHARDT:  -- have any --

14            MR. FRAMPTON:  Yeah, I don't have any

15    questions.                                          07:15:39

16            MS. DENIKER:  This is Susan Deniker.

17    Mr. Mazza, I do have a couple of questions for you

18    to clarify your earlier testimony.

19

20

21

22                      EXAMINATION

23    BY MS. DENIKER:

24       Q   You talked earlier about the athletic

25    director putting information onto a roster for a    07:15:53
```

                                              Page 235

```
 1    sports team.

 2          Do you recall that testimony?

 3      A   I do.

 4      Q   Does the athletic director input any

 5    information into WVEIS relating to a student's        07:16:04

 6    athletic participation?

 7      A   It does not.  It goes into the WVSSAC portal

 8    to put that information in for eligibility.

 9      Q   And I think you also testified about whether

10    the athletic -- about the information the athletic     07:16:20

11    director uses as a source of information to input

12    information into the WVSSAC portal.

13          Does the athletic director pull information

14    from WVEIS to put into that WVSSAC portal?

15      A   It does not.  It uses an informational sheet.   07:16:41

16    I want to say I believe it's an WVSSAC sheet that's

17    standard to all the schools.  The information is

18    filled out on that sheet.  He uploads it into the

19    portal.  And if -- for example, if that child is a

20    sixth-grader, that information will stay in there      07:16:59

21    and each year it -- it transfers over.

22          MS. DENIKER:  Okay.  Thank you, Mr. Mazza.  I

23    do not have any further questions.

24          MS. REINHARDT:  Mr. Mazza, we don't have any

25    redirect questions.                                    07:17:10
```

Page 236

```
 1            We would ask that this deposition stay open.

 2     We previously discussed offline that we're waiting

 3     for documents from another custodian.  We don't

 4     anticipate having to reopen the deposition, but we'd

 5     like to hold that position.                        07:17:24

 6            MS. DENIKER:  Thank you, Ms. Reinhardt.

 7            On behalf of the Harrison County Board of

 8     Education and Superintendent Stutler, I am not

 9     agreeable to leaving the deposition open based upon

10     the information that is -- is remaining out there,   07:17:36

11     and so I'm placing an objection to that request on

12     the record.

13            THE VIDEOGRAPHER:  Should we go off the

14     record for the day?  Are we done?

15            MS. REINHARDT:  We're finished.  Thank you.   07:17:59

16            THE VIDEOGRAPHER:  Okay.  All right.  We are

17     off the record at 7:18 p.m.  This ends today's

18     testimony given by Ms. Stutler and Mr. Mazza.

19            The total number of media was used was five

20     and will be retained by Veritext Legal Solutions.   07:18:12

21            (TIME NOTED:  7:18 P.M.)

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

1          I, DORA STUTLER, do hereby declare under

2     penalty of perjury that I have read the foregoing

3     transcript; that I have made any corrections as

4     appear noted, in ink, initialed by me, or attached

5     hereto; that my testimony as contained herein, as

6     corrected, is true and correct.

7          EXECUTED this _____ day of _____,

8     20_____, at _____, _____.

9                    (City)                    (State)

10

11

12

13

14     _____

15                    DORA STUTLER

16                    VOLUME I

17

18

19

20

21

22

23

24

25

                                        Page  238

1          I, DAVE MAZZA, do hereby declare under

2     penalty of perjury that I have read the foregoing

3     transcript; that I have made any corrections as

4     appear noted, in ink, initialed by me, or attached

5     hereto; that my testimony as contained herein, as

6     corrected, is true and correct.

7          EXECUTED this _____ day of _____,

8     20_____, at _____, _____.

9                    (City)                 (State)

10

11

12

13          _____

14                    DAVE MAZZA

15                    VOLUME I

16

17

18

19

20

21

22

23

24

25

                                        Page  239

1

2

3          I, the undersigned, a Certified Shorthand

4     Reporter of the State of California, do hereby

5     certify:

6              That the foregoing proceedings were taken

7     before me at the time and place herein set forth;

8     that any witnesses in the foregoing proceedings,

9     prior to testifying, were placed under oath; that a

10    record of the proceedings was made by me using

11    machine shorthand which was thereafter transcribed

12    under my direction; further, that the foregoing is

13    an accurate transcription thereof.

14             I further certify that I am neither

15    financially interested in the action nor a relative

16    or employee of any attorney of any of the parties.

17             IN WITNESS WHEREOF, I have this date

18    subscribed my name.

19             Dated: March 22, 2022

20

21

22

23    _____

24         ALEXIS KAGAY

25         CSR NO. 13795

Page 240