```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION
 4
 5   B.P.J. by her next friend and     )
     mother, HEATHER JACKSON,          )
 6                                      )
             Plaintiff,                )
 7                                      )
             vs.                       ) Civil Action No.
 8                                      ) 2:21-cv-00316
     WEST VIRGINIA STATE BOARD OF      )
 9   EDUCATION, HARRISON COUNTY BOARD  )
     OF EDUCATION, WEST VIRGINIA       )
10   SECONDARY SCHOOL ACTIVITIES       )
     COMMISSION, W. CLAYTON BURCH in   )
11   his official capacity as State    )
     Superintendent, DORA STUTLER in   )
12   her official capacity as          )
     Harrison County Superintendent,   )
13   and THE STATE OF WEST VIRGINIA,   )
                                        )
14           Defendants.               )
                                        )
15           and                       )
                                        )
16   LAINEY ARMISTEAD,                 )
                                        )
17           Defendant-Intervenor.     )
     _____ )
18
19         VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
20              DEPOSITION OF MICHELE BLATT
21                Monday, February 14, 2022
22   Remotely Testifying from Charleston, West Virginia
23
24    Reported By:  Hanna Kim, CLR, CSR No. 13083
25     Job No. 5079505
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     CHARLESTON DIVISION
 4
 5   B.P.J. by her next friend and      )
     mother, HEATHER JACKSON,           )
 6                                       )
              Plaintiff,                )
 7                                       )
              vs.                        )  Civil Action No.
 8                                       )  2:21-cv-00316
     WEST VIRGINIA STATE BOARD OF        )
 9   EDUCATION, HARRISON COUNTY BOARD    )
     OF EDUCATION, WEST VIRGINIA         )
10   SECONDARY SCHOOL ACTIVITIES         )
     COMMISSION, W. CLAYTON BURCH in     )
11   his official capacity as State      )
     Superintendent, DORA STUTLER in     )
12   her official capacity as            )
     Harrison County Superintendent,     )
13   and THE STATE OF WEST VIRGINIA,     )
                                         )
14            Defendants.                )
                                         )
15            and                        )
                                         )
16   LAINEY ARMISTEAD,                   )
                                         )
17            Defendant-Intervenor.      )
     _____     )
18
19            Virtual videoconference video-recorded
20   deposition of MICHELE BLATT, taken pursuant to the
21   stipulations of counsel thereof, taken on behalf
22   of the Plaintiff, on Monday, February 14, 2022,
23   remotely testifying from Charleston, West
24   Virginia, before Hanna Kim, CLR, Certified
25   Shorthand Reporter, No. 13083.
```

Page 2

```
 1        REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:

 2

 3     For Plaintiff B.P.J.:

 4            COOLEY LLP

 5               BY:  JULIE VEROFF, ESQ.

 6               BY:  KATHLEEN HARTNETT, ESQ.

 7               BY:  ANDREW BARR, ESQ.

 8               BY:  KATELYN KANG, ESQ.

 9               BY:  ELIZABETH REINHARDT, ESQ.

10               BY:  ZOE HELSTROM, ESQ.

11               3 Embarcadero Center, 20th Floor

12               San Francisco, California 94111

13               415.693.2000

14               khartnett@cooley.com

15               -and-

16               AMERICAN CIVIL LIBERTIES UNION OF WEST

17               VIRGINIA FOUNDATION

18               BY:  LOREE STARK, ESQ.

19               BY:  NICHOLAS WARD, ESQ.

20               BY:  JOSH BLOCK, ESQ.

21               P.O. Box 3952

22            Charleston, West Virginia 25339-3952

23               914.393.4614

24               lstark@acluwv.org

25
```

Page  3

```
 1        REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2                        (CONTINUED)
 3     For Plaintiff, B.P.J.:  (Continued)
 4             LAMBDA LEGAL
 5             BY:  SRUTI SWAMINATHAN, ESQ.
 6             BY:  AVATARA SMITH-CARRINGTON, ESQ.
 7             120 Wall Street, 19th Floor
 8             New York, New York 10005
 9             212.809.8585
10             sswaminathan@lambdalegal.org
11
12      For Defendant West Virginia Board of Education and
13     Superintendent Clayton Burch;
14             BAILEY & WYANT P.L.L.C.
15             BY:  KELLY C. MORGAN, ESQ.
16             BY:  KRISTEN V. HAMMOND, ESQ.
17             500 Virginia Street, East
18             Suite 600
19             Charleston, West Virginia 25301
20             304.720.0711
21             kmorgan@baileywyant.com
22
23
24
25
                                            Page  4
```

```
 1        REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2                        (CONTINUED)
 3     For Defendant State of West Virginia:
 4              SPECIAL ASSISTANT TO THE ATTORNEY
 5              BY:  DAVID C. TRYON, ESQ.
 6              BY:  CURTIS CAPEHART, ESQ.
 7              State Capitol Complex
 8              112 California Avenue, Bldg. 6, Room 430
 9              Charleston, West Virginia 25305-0220
10              304.558.2021
11              david.c.tryon@WVAGO.gov
12
13      For Defendant Harrison County Board of Education
14     and Superintendent Dora Stutler:
15              STEPTOE & JOHNSON PLLC
16              BY:  SUSAN DENIKER, ESQ.
17              400 White Oaks Blvd.
18              Bridgeport, West Virginia 26330
19              304.933.8154
20              susan.deniker@steptoe-johnson.com
21
22
23
24
25
                                              Page 5
```

```
 1        REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2                      (CONTINUED)
 3    For Defendant West Virginia Secondary School
 4    Activities Commission:
 5              SHUMAN McCUSKEY SLICER PLLC
 6              BY:  ROBERTA GREEN, ESQ.
 7              1411 Virginia Street, E., Suite 200
 8              Charleston, West Virginia 25301
 9              304.345.1400
10              rgreen@shumanlaw.com
11
12     For the Defendant-Intervenor Lainey Armistead:
13              ALLIANCE DEFENDING FREEDOM
14              BY:  HAL FRAMPTON, ESQ.
15              BY:  KATIE KELLY, ESQ.
16              BY:  TIMOTHY DUCAR, ESQ.
17              15100 N. 90th Street
18              Scottsdale, Arizona 85260
19              480.444.0020
20
21     Also Present:
22              MITCH REISBORD, Concierge
23              DAVE HALVORSON, Videographer
24
25
```

Page 6

```
 1                    INDEX OF EXAMINATION

 2

 3     WITNESS:  MICHELE BLATT

 4     EXAMINATION                               PAGE

 5            BY MS. VEROFF:                       13

 6            BY MS. GREEN:                       129

 7            BY MS. MORGAN:                      134

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1                        INDEX OF EXHIBITS

 2

 3    BLATT DEPOSITION EXHIBITS                          PAGE

 4    Exhibit 15      "Plaintiff's Notice of 30(b)(6)     17

 5                    Deposition"; 9 pages

 6    Exhibit 16      Printout from web page from West    46

 7                    Virginia Department of

 8                    Education's website titled "State

 9                    Board of Education"; 3 pages

10    Exhibit 17      "Defendants West Virginia State     50

11                    Board of Education and

12                    Superintendent W. Clayton Burch's

13                    Responses to Plaintiff's First

14                    Set of Requests for Production to

15                    Defendant State Board of West

16                    Virginia and W. Clayton Burch";

17                    57 pages

18    Exhibit 18      "Defendants West Virginia State     68

19                    Board of Education and

20                    Superintendent W. Clayton Burch's

21                    Responses to Plaintiff's First

22                    Set of Interrogatories to

23                    Defendants State Board of West

24                    Virginia and W. Clayton Burch";

25                    12 pages
```

Veritext Legal Solutions
866 299-5127

```
 1              INDEX OF EXHIBITS (CONTINUED)

 2

 3     BLATT DEPOSITION EXHIBITS                    PAGE

 4   Exhibit 19    E-mail set, with top e-mail from    75

 5                 Heather Hutchens, March 15, 2021;

 6                 Bates nos.  WVSBOE 000006 through

 7                 '000009

 8   Exhibit 20    E-mail from Melissa White, dated    102

 9                 March 17, 2021, and attachment;

10                 Bates nos. WVSBOE 000002 through

11                 '000005

12   Exhibit 21    "2021 Green Book Summary of         105

13                 Public Education Bills Enacted

14                 During the 2021 Regular Session";

15                 24 pages

16   Exhibit 22    "Enrolled Bill Review Form 2021     110

17                 Regular Session"; 2 pages

18   Exhibit 23    E-mail from Sarah Stewart to        120

19                 Heather Hutchens, subject:

20                 "Fyi," dated July 1, 2021; Bates

21                 nos. WVSBOE 000001

22                        --o0o--

23

24

25

                                          Page  9
```

1    Remotely Testifying from Charleston, West Virginia

2        Monday, February 14, 2022; 12:09 p.m., EST

3                    --o0o--

4        THE VIDEOGRAPHER:  Okay.  Good afternoon.

5    We are on the record at 12:09 p.m. on              12:09:56

6    February 14th, 2022.

7        This is Media Unit 1 in the video-recorded

8    deposition of Michele Blatt, in the matter of

9    B.P.J. and Heather Jackson versus West Virginia

10   State Board of Education, et al.                    12:10:15

11       It's filed in the Southern District of

12   West Virginia in -- in the Charleston Division.

13   The case number is 2:21-cv-00316.

14       This deposition is being held virtually.

15       My name is Dave Halvorson.  I'm the          12:10:31

16   videographer here from Veritext.  And I'm here with

17   the court reporter, Hanna Kim, also from Veritext.

18       Counsel, can you please all identify

19   yourselves so the witness can be sworn in.

20       MS. VEROFF:  Good morning.  This is Julie   12:10:44

21   Veroff from Cooley LLP.  I'm an attorney

22   representing Plaintiff B.P.J.

23       MS. HARTNETT:  This is Kathleen Hartnett

24   from Cooley, also for Plaintiff.

25       MR. BARR:  Andrew Barr, also from Cooley    12:11:02

Page 10

```
 1      and also for Plaintiff.

 2              MS. KANG:  Katelyn Kang, also from Cooley,

 3      also for Plaintiff.

 4              MS. REINHARDT:  Elizabeth Reinhardt, also

 5      from Cooley, also for Plaintiff.              12:11:19

 6              MS. HELSTROM:  Zoe Helstrom from Cooley

 7      for Plaintiff.

 8              MS. STARK:  Loree Stark with the ACLU of

 9      West Virginia for Plaintiff.

10              MR. WARD:  Nicholas Ward with the ACLU of   12:11:29

11      West Virginia on behalf of Plaintiff.

12              MR. BLOCK:  Josh Block from the ACLU on

13      behalf of Plaintiff.

14              MS. SWAMINATHAN:  Sruti Swaminathan from

15      Lambda Legal on behalf of Plaintiff.         12:11:40

16              MS. SMITH-CARRINGTON:  Avatara

17      Smith-Carrington from Lambda Legal on behalf of

18      Plaintiff.

19              MS. MORGAN:  This is Kelly Morgan on

20      behalf of the West Virginia Board of Education and   12:12:01

21      Superintendent Clayton Burch, as well as Heather

22      Hutchens, as general counsel for the West Virginia

23      State Board.

24              And on Zoom as well is Kristen Hammond.

25              MR. TRYON:  This is David Tryon on behalf   12:12:19
```

Page 11

```
 1    of the State of West Virginia.

 2            Curtis Capehart is also on the line on

 3    behalf of the State.

 4            MS. DENIKER:  Susan Deniker on behalf of

 5    Harrison County Board of Education and              12:12:36

 6    Superintendent Dora Stutler.

 7            MS. GREEN:  Roberta Green here on behalf

 8    of West Virginia Secondary School Activities

 9    Commission.

10            MS. FRAMPTON:  Hal Frampton from Alliance    12:12:48

11    Defending Freedom for the Defendant-Intervenor

12    Lainey Armistead.

13            Also on Zoom for the intervenor are Katie

14    Kelly and Timothy Ducar.

15            THE COURT REPORTER:  I'm going to            12:13:02

16    administer the oath to the witness.

17

18                 MICHELE BLATT,

19       having been duly administered an oath over

20    videoconference as stipulated by all counsel, was

21            examined and testified as follows:

22

23       THE VIDEOGRAPHER:  Okay.  You may proceed.

24    ///

25     ///
```

                                              Page 12

```
 1                        EXAMINATION

 2    BY MS. VEROFF:

 3         Q.   Good morning, Ms. Blatt.  Thank you so

 4    much for being here.

 5              Good afternoon in West Virginia.        12:13:39

 6              How are you doing today?

 7         A.   Good.  Thank you.

 8         Q.   Yep.

 9              Would you mind stating and spelling your

10    name for the record, please.                     12:13:46

11         A.   Michele Blatt.  It's M-I-C-H-E-L-E,

12    B-L-A-T-T.

13         Q.   Thank you.  And is it okay to refer to you

14    as "Ms. Blatt," or would you prefer a different

15    salutation?                                       12:14:00

16         A.   Michele's fine.

17         Q.   Michele.  Okay.  Thank you.

18              And so before we dive into questions, I

19    have just a few keeping housekeeping items to go

20    through with you.                                 12:14:10

21              So the oath you've just taken today is the

22    same oath as if you were testifying in a

23    courtroom.  You must testify truthfully and not

24    leave out any important fact.

25              Is there any reason you cannot testify    12:14:19
```

Page 13

1     truthfully today?

2          A.    No.

3          Q.    Please give verbal answers to my

4     questions.  Nonverbal answers, like nodding or

5     shaking your head, can't be taken down by the        12:14:28

6     court reporter.

7                If you don't understand a question, please

8     just let me know, and I'd be happy to repeat it or

9     to rephrase.

10               If you answer, I'll assume you understood.   12:14:38

11               And just to be clear, when I ask

12    questions, I'm not seeking confidential

13    communications that you had with your attorney.

14               And, lastly, to enable the court reporter

15    to take down a clean record, we should do our best    12:14:51

16    to avoid speaking at the same time.

17               So please allow me to try and finish a --

18    a question before you answer, and I'll do my very

19    best not to speak over you.

20               Does all that sound okay?                   12:15:04

21         A.    Yes.

22         Q.    Okay.  Great.

23               And just a few shorthands that I'm

24    planning to use through today's deposition.  I'm

25    going to use the shorthand "State Board" when         12:15:14

Page 14

1    referring to the West Virginia State Board of

2    Education.

3            Is that okay with you?

4        A.   Yes.

5        Q.   I'm also going to use "H.B. 3293" when          12:15:23

6    referring to House Bill 3293, which is codified at

7    West Virginia Code Section 18-2-25d.

8            Is that okay with you?

9        A.   Yes.

10       Q.   Great.                                           12:15:36

11           And during this deposition, I'm going to

12   have a few questions that use the terms

13   "cisgender" and "transgender."

14           And so for purposes of this deposition,

15   when I say the term "cisgender," what I mean is      12:15:47

16   someone's whose gender identity matches the sex

17   they were assigned at birth.

18           Does that make sense?

19       A.   Yes.

20       Q.   Great.                                           12:15:56

21           And for purposes of this deposition, when

22   I say "transgender," I mean someone whose gender

23   identity does not match the sex they were assigned

24   at birth.

25           Does that make sense?                            12:16:07

                                                       Page 15

```
 1        A.   Yes.

 2        Q.   Great.

 3             And, lastly, when I say "B.P.J.," I'm

 4   referring to the Plaintiff in this case.

 5             Does that make sense?              12:16:14

 6        A.   Yes.

 7        Q.   Great.

 8             So with all that out of the way, I want to

 9   chat a little bit about your experience with

10   depositions and preparation for today's        12:16:23

11   deposition.

12             Have you ever had your deposition taken

13   before?

14        A.   I have not.

15        Q.   And have you ever testified at trial?  12:16:31

16        A.   I have not.

17        Q.   Well, hopefully this will be an easy and

18   pain-free first deposition experience.

19             Did you bring anything to today's

20   deposition?                                    12:16:44

21        A.   I just have a copy of the House Bill 3293

22   that was codified.

23        Q.   Great.

24             And do you have any notes or annotations

25   on that copy of House Bill 3293?              12:16:53
```

                                              Page 16

```
 1        A.    No.

 2        Q.    And do you understand that you're here in

 3    response to a 30(b)(6) deposition notice?

 4        A.    Yes.

 5        Q.    Do you know what a 30(b)(6) deposition is?   12:17:07

 6        A.    Yes.  I just learned that Friday.

 7        Q.    Excellent.

 8              And have you had a chance to review the

 9    deposition notice?

10        A.    Yes.                                          12:17:17

11        Q.    Great.

12              And so you're familiar with a 12 topics

13    described in the notice?

14        A.    Yes.

15        Q.    Wonderful.                                    12:17:25

16              So if you'll please go into your "Marked

17    Exhibits" folder on Exhibit Share, you should see

18    Exhibit 15.

19              Please go ahead and open that exhibit, and

20    let me know when you have it open.                     12:17:37

21              MS. MORGAN:  We have it open.

22              MS. VEROFF:  Wonderful.

23              (Blatt Deposition Exhibit 15 was marked

24              electronically.)

25    BY MS. VEROFF:                                         12:17:45
```

Page 17

```
 1        Q.   So if you'll please scroll to page, I
 2   believe it's 6 -- or maybe -- I'm sorry, page 4 of
 3   the PDF, you'll see "Definitions."  And if you
 4   scroll to page 6, you'll see "Topics of
 5   Examination."                                    12:17:58
 6            Do you see that?
 7        A.   Yes.
 8            THE COURT REPORTER:  Counsel?
 9            MS. VEROFF:  Yes.
10            THE COURT REPORTER:  I need to go off the  12:18:08
11   record for an audio issue, please.
12            THE VIDEOGRAPHER:  All right.
13            We are going off the record.  The time is
14   12:18 p.m.
15            (Off the record.)                       12:18:32
16            THE VIDEOGRAPHER:  All right.
17            We are back on the record at 12:28 p.m.
18            Go ahead.
19            MS. VEROFF:  Great.
20   BY MS. VEROFF:                                   12:28:13
21        Q.   Thank you, Ms. Blatt.
22            So we were talking about the -- the 12
23   topics in the notice of deposition.  And I'd like
24   to start with Topic 1, which is "The organization
25   and structure of the State Board, including its   12:28:24
```

Page 18

```
 1    employees, their positions, and the scope of their
 2    responsibilities, including the role and
 3    responsibilities of the State Superintendent."
 4         Did I read that correctly?
 5    A.   Yes.                                    12:28:37
 6    Q.   What did you do to prepare for Topic 1?
 7    A.   I've just generally thought through the
 8    process that we use and how our department and
 9    State Board is organized.
10    Q.   Did you review any documents?            12:28:53
11    A.   No.
12    Q.   And did you consult with anyone other than
13    your attorney?
14    A.   No.
15    Q.   Turning to Topic 2, "Your Policies,       12:29:04
16    Documents, and Communications concerning
17    rulemaking," did I read that correctly?
18    A.   Yes.
19    Q.   What did you do to prepare for Topic 2?
20    A.   Again, just thought through the process   12:29:18
21    that we use here at the Department of Education.
22    Q.   Did you consult any documents?
23    A.   No.
24    Q.   And did you consult any person other than
25    your attorney?                                12:29:29
```

Page 19

```
 1        A.    No.

 2        Q.    Looking at Topic 3, "Your Policies,

 3   Documents, and Communications Concerning Your

 4   control, supervision, or authority over school

 5   athletics in West Virginia," did I read that        12:29:41

 6   correctly?

 7        A.    Yes.

 8        Q.    What did you do to prepare for Topic 3?

 9        A.    Just reviewed the State Code regarding the

10   SSAC.                                                12:29:54

11        Q.    And did you review any documents?

12        A.    No.

13        Q.    I'm sorry, I couldn't hear you.  Did you

14   say "no"?

15        A.    No, just the -- the State Code that        12:30:07

16   relates to the SSAC.

17        Q.    Just the State Code.  Great.

18              And did you consult with anyone other than

19   your attorney?

20        A.    No.                                        12:30:16

21              MS. MORGAN:  Let me just state that there

22   are more than just one attorney, so attorneys for

23   the State Board and Superintendent Burch.

24   BY MS. VEROFF:

25        Q.    Did -- did you consult with any of your    12:30:30
```

Page 20

```
 1    attorneys -- or, I'm sorry, anyone other than your

 2    attorneys?

 3         A.   No.

 4         Q.   Turning to Topic 4, "Your current and/or

 5    expected role in implementing and enforcing H.B.        12:30:42

 6    3293, including any delegation of authority to or

 7    supervision over the West Virginia Secondary

 8    School Activities Commission, West Virginia county

 9    boards of education, and/or county

10    superintendents," did I read that correctly?          12:30:59

11         A.   Yes.

12         Q.   What did you do to prepare for Topic 4?

13         A.   Just reviewed House Bill 3293.

14         Q.   Did you review any other documents?

15         A.   No.                                          12:31:12

16         Q.   And did you consult with anyone other than

17    your attorneys?

18         A.   No.

19         Q.   Topic 5 is "The relationship between the

20    State Board and the West Virginia Secondary School     12:31:24

21    Activities Commission."

22              Did I read that correctly?

23         A.   Yes.

24         Q.   Did you review any -- what did you -- I'm

25    sorry.                                                 12:31:34
```

Page 21

```
 1              What did you do to prepare for Topic 5?

 2        A.   Again, just reviewed the State Code that

 3   spells out that relationship.

 4        Q.   And did you review any other documents?

 5        A.   No.                                    12:31:44

 6        Q.   And did you consult with anyone other than

 7   your attorneys?

 8        A.   No.

 9        Q.   Topic 6, "Your relationship and

10   Communication with the West Virginia Legislature,    12:31:55

11   including individual legislators, legislative

12   staff, Committees, and/or Committee staff, in

13   developing legislation, including Your

14   Communication regarding and involvement in the

15   drafting, passage, and implementation of H.B.         12:32:09

16   3293.  This expressly includes all Communications

17   with the House Education Committee, including its

18   counsel Melissa White."

19              Did I read that correctly?

20        A.   Yes.                                    12:32:22

21        Q.   What did you do to prepare for Topic 6?

22        A.   Just reviewed the exhibits that had been

23   submitted.

24        Q.   And did you review any other documents?

25        A.   No.                                    12:32:32
```

Page 22

1      Q.   And did you consult with anyone other than

2   your attorneys?

3      A.   No.

4      Q.   Topic 7, "Your Policies, Documents, and

5   Communications Concerning the participation of        12:32:44

6   transgender students in athletics in West Virginia

7   from January 1st, 2019 to the present."

8           Did I read that correctly?

9      A.   Yes.

10      Q.   What did you do to prepare for Topic 7?      12:32:55

11      A.   There is nothing to review.  We had no

12   documents for this one.

13      Q.   And did you consult with anyone other than

14   your attorneys?

15      A.   No.                                          12:33:06

16      Q.   Topic 8, "Your Policies, Documents and

17   Communications Concerning the separation of boys

18   and girls in school-sponsored sports in West

19   Virginia prior to and following the passage of

20   H.B. 3293."                                          12:33:22

21           Did I read that correctly?

22      A.   Yes.

23      Q.   What did you do to prepare for Topic 8?

24      A.   Nothing.

25      Q.   Did you review any documents?               12:33:32

Page 23

```
 1        A.    No.

 2        Q.    And did you consult with anyone other than

 3    your attorneys?

 4        A.    No.

 5        Q.    Topic 9, "Your understanding Concerning      12:33:39

 6    the purpose, scope, and implications of 3293.

 7    This expressly includes Your understanding of

 8    what, if any, governmental interests are furthered

 9    by H.B. 3293." [As read]

10              Did I read that correctly?                   12:33:57

11        A.    Yes.

12        Q.    What did you do prepare for Topic 9?

13        A.    Just read the House Bill 3293 statute.

14        Q.    Did you review any other documents?

15        A.    No.                                          12:34:09

16        Q.    And did you consult with anyone other than

17    your attorneys?

18        A.    No.

19        Q.    Topic 10, "Your Policies, Documents, and

20    Communications Concerning B.P.J. and her family       12:34:24

21    from January 1st, 2019, to the present." [As read]

22              Did I read that correctly?

23        A.    Yes.

24        Q.    What did you do to prepare for Topic 10?

25        A.    We had nothing to -- to review or consider   12:34:34
```

Page 24

1   in that.

2          Q.   So you didn't review any documents?

3          A.   No, other than the court case --

4          Q.   And did you consult -- and did you consult

5   with anyone other than your attorneys?                    12:34:47

6          A.   No.

7          Q.   Topic 11, "Your Policies, Documents, and

8   Communications Concerning H.B. 3293."

9               (Interruption in audio/video.)

10              THE COURT REPORTER:  Excuse me.  There was    12:35:01

11  an interruption.  There was a cough.

12              If you could please start over.

13              MS. VEROFF:  Sure.

14  BY MS. VEROFF:

15         Q.   Topic 11, "Your Policies, Documents, and      12:35:06

16  Communications Concerning H.B. 3293.  This

17  expressly includes Your Green Book Summary of H.B.

18  3293 published in 2021, Bates stamped W -- WVSBOE

19  000035, as well as the Enrolled Bill Review Form

20  submitted in relation to H.B. 3293 Bates stamped       12:35:27

21  WVSBOE 000038."

22              Did I read that correctly?

23         A.   Yes.

24         Q.   What did you do to prepare for Topic 11?

25         A.   Just reviewed those documents.               12:35:41

                                              Page 25

1          Q.    And did you review any other documents

2     besides the Green Book Summary and the Enrolled

3     Bill Review Form?

4          A.    No.

5          Q.    And did you consult with anyone other than    12:35:51

6     your attorneys?

7          A.    No.

8          Q.    Topic 12, the last one, "All Your

9     discovery responses provided to date in this

10    action."                                                  12:36:03

11          Did I read that correctly?

12          A.    Yes.

13          Q.    What did you do to prepare for Topic 12?

14          A.    Just reviewed the discovery responses.

15          Q.    Did you review any other documents?         12:36:13

16          A.    No.

17          Q.    And did you consult with anyone other than

18    your attorneys?

19          A.    No.

20          Q.    Besides what we've just discussed, did you   12:36:22

21    do any other preparation for today's deposition?

22          A.    No.

23          Q.    Do you understand that you are testifying

24    today about these topics on behalf of the State

25    Board?                                                   12:36:37

Page 26

```
1          A.   Yes.

2          Q.   So, accordingly, when I ask for your

3     position on something, I'll be asking for the

4     position of the State Board, unless I specify

5     otherwise.                                    12:36:48

6               Does that make sense?

7          A.   Yes.

8          Q.   Great.

9               So even though we're largely going to be

10    discussing the -- the State Board, I do want to    12:36:57

11    talk a little bit about your personal background.

12    So for these questions, I'm asking you to speak on

13    your own behalf rather than that of the State

14    Board.

15              What is your current position?          12:37:08

16         A.   Deputy State Superintendent.

17         Q.   And what are your responsibilities as

18    Deputy State Superintendent?

19         A.   Basically to oversee the management of the

20    Department of Education and the various offices.   12:37:22

21         Q.   And can you tell me a little bit more

22    about what that involves?

23         A.   We have six main divisions here that serve

24    the different areas that are controlled by the

25    Department of Education, and so each of these      12:37:40
```

Page 27

```
 1    offices I'll work with reviewing any policies that
 2    they are -- are producing, work with the State
 3    Board of Education to get those policies out on
 4    comment, and then come back for approval,
 5    oversight of the various budgets from -- in the        12:37:55
 6    different offices, and the personnel issues or
 7    hirings that may come up.
 8        Q.   And how long have you been in this role?
 9        A.   I've been in this role about a year and a
10    half.                                                  12:38:11
11        Q.   And who do you report to?
12        A.   I report to the superintendent, Clayton
13    Burch.
14        Q.   And does anyone report to you?
15        A.   Yes, the -- the six officers report to me     12:38:24
16    directly.
17        Q.   And who are the six officers?
18        A.    We have our division of CTE, and that's
19    Clinton Burch; teaching and learning, Sonia White;
20    support and accountability, Charlene Coburn;           12:38:42
21    federal programs, Melanie Parkey; our data
22    management and information systems, Tim Conzett;
23    and then our chief financial officer, Phil Uwey.
24        Q.   And did you go to college, Ms. Blatt?
25        A.   I did.                                         12:39:06
```

Page 28

1          Q.    Where did you go?

2          A.    Marshall University in Huntington.

3          Q.    And did you obtain a degree there?

4          A.    Yes.

5          Q.    What degree did you earn?            12:39:15

6          A.    I have a bachelor's in K-8 multisubject

7    teaching.  And I have a master's in educational

8    leadership.  And I have a master's as a reading

9    specialist, K to adult.

10         Q.    And after you finished at Marshall       12:39:31

11   University, what was the first job that you had?

12         A.    I was a classroom teacher.

13         Q.    What school did you teach at?

14         A.    First job was Eastland Middle.

15         Q.    Got it.                                12:39:44

16               And what county is that in?

17         A.    Wayne County.  The school no longer

18   exists, though.

19         Q.    And what --

20               MS. MORGAN:  Julie, just -- just so the    12:39:51

21   record's clear, this is beyond the scope of the --

22   the 12 topics that you have filed that you were

23   going to ask her questions about.

24               You know, I want to go ahead and allow it

25   just to, you know, try to move forward on this, but    12:40:05

                                               Page 29

1    I just want to preserve that objection.

2          MS. VEROFF:  Thank you.

3    BY MS. VEROFF:

4       Q.   And after that teaching position, what was

5    the next job that you had?                          12:40:15

6       A.   I was a teacher for six years in Wayne

7    County.

8       Q.   And what grade did you teach?

9       A.   Sixth, seventh, and eighth.

10      Q.   And after you finished those six years of    12:40:28

11   teaching, what did you do next?

12      A.   I went into administration.  I was an

13   assistant principal for three years.

14      Q.   And what school were you the assistant

15   principal at?                                        12:40:40

16      A.   Buffalo Middle School in Wayne County.

17      Q.   And after that job, what did you do next?

18      A.   I became the principal of Buffalo Middle

19   School for one year and then transferred to

20   Buffalo Elementary School for four years as the     12:40:56

21   principal.

22      Q.   And when you finished with that role as

23   the principal of the elementary school, what did

24   you do after that?

25      A.   That was at the time that I came to the      12:41:09

Page 30

```
 1      State Department of Education.

 2          Q.   And have you held the position of deputy

 3      superintendent the entire time you've been at the

 4      State Board of Education [verbatim]?

 5          A.   No.  I was hired as the leadership          12:41:18

 6      development coordinator, moved into an assistant

 7      director role, then a director role, then became

 8      an assistant state superintendent over one of our

 9      divisions prior to becoming the deputy

10      superintendent.                                      12:41:34

11          Q.   That's great.

12               And are there any jobs that you've held

13      that we haven't talked about just now?

14          A.   I don't think so, other than part-time

15      college jobs.                                        12:41:48

16          Q.   Excellent.  Thank you.

17               And do you play any sports?

18          A.   I did.

19          Q.   What sports did you play?

20               MS. MORGAN:  Same objection.  Object to     12:41:58

21      the form and exceeds the scope of the topics.

22               THE WITNESS:  Basketball, track, and cross

23      country.

24      BY MS. VEROFF:

25          Q.   And do you coach any sports?                12:42:10
```

Page 31

```
 1          A.    No.

 2          Q.    Do you have any kids?

 3          A.    I do.

 4                MS. MORGAN:  I'm -- I'm going to con- --

 5     give me a continuing objection.  I don't understand   12:42:21

 6     why this would be relevant to her 30(b)(6)

 7     deposition here.

 8                MS. VEROFF:  Very happy to give you a

 9     continuing deposition [sic], and -- and we'll wrap

10     up shortly.                                           12:42:36

11     BY MS. VEROFF:

12          Q.    Do any of your kids play school sports?

13          A.    Yes.

14          Q.    What sports do they play?

15          A.    My son ran cross country and track.  My    12:42:43

16     daughter played basketball, volleyball, and ran

17     cross country and track.

18          Q.    Great.

19                And before today, did you know who B.P.J.

20     was?                                                  12:43:02

21          A.    Just in preparing for this case.

22          Q.    But outside of preparing for this case,

23     did you know who she was?

24          A.    Just from news articles.

25          Q.    And has anyone at the State Board ever had 12:43:15
```

```
 1    direct communications with B.P.J.?

 2         A.    No.

 3         Q.    Has anyone at the State Board ever had

 4    direct communications with B.P.J.'s mother?

 5         A.    No.                                12:43:30

 6         Q.    Has anyone at the State Board ever had

 7    direct communications with B.P.J.'s father?

 8         A.    No.

 9         Q.    And has anyone at the State Board ever had

10    direct communications with one of B.P.J.'s    12:43:43

11    siblings?

12         A.    No.

13         Q.    I want to shift to talking a little bit

14    about the state superintendent.

15              Have you ever met Superintendent Burch?   12:43:55

16         A.    Yes.

17         Q.    I would imagine so, given your role.

18              How long has Superintendent Burch been in

19    his position?

20         A.    Approximately two years.           12:44:06

21         Q.    And how is someone selected to be the

22    state superintendent?

23         A.    The state superintendent is selected by

24    the State Board of Education.

25         Q.    And is there a term limit for the   12:44:23
```

Page 33

1   superintendent?

2       A.   No.  They serve at the will and pleasure

3   of the State Board of Education.

4       Q.   And who is the superintendent employed by?

5       A.   They're employed by the State Board of        12:44:35

6   Education.

7       Q.   And is the superintendent considered a

8   State official?

9       A.   Yes.

10      Q.   What are the superintendent's               12:44:46

11  responsibilities?

12      A.   His responsibility is the general

13  oversight of the public education system,

14  including the -- the county school systems, the

15  county superintendents, and the various schools     12:45:02

16  across the state.

17      Q.   And what is the relationship between the

18  superintendent and the West Virginia Department of

19  Education?

20      A.   The -- the state superintendent hires the   12:45:15

21  staff of the Department of Education and oversees

22  their work.

23      Q.   And as far as the relationship between the

24  superintendent and the State Board, is the

25  superintendent a member of the State Board?         12:45:30

Page 34

1        A.    Yes.   An ex-officio member.

2        Q.    Does ex officio mean the superintendent

3    doesn't have a vote?

4        A.    Correct.

5        Q.    Does the superintendent have any kind of          12:45:46

6    supervision over the State Board?

7        A.    No, the superintendent serves the State

8    Board.

9        Q.    So, for example, the superintendent

10   couldn't veto a decision of the State Board?              12:45:56

11       A.    Correct.

12            MS. MORGAN:  Julie, I'm just going to

13   object on the basis, again, this exceeds the topics

14   set forth in the notice of deposition, the 12

15   topics.                                                   12:46:09

16            MS. VEROFF:  Thank you.  I -- I believe

17   that these questions are responsive to Topic 1,

18   which include the role and responsibilities of

19   the -- the superintendent.  But just to -- to keep

20   going forward.                                            12:46:22

21   BY MS. VEROFF:

22       Q.    Does the superintendent oversee public

23   schools in West Virginia?

24       A.    Yes.  He has the general oversight.

25       Q.    And what does that general oversight            12:46:30

Page 35

1   involve?

2       A.   The superintendent ensures that the -- the

3   public school system is implementing, like, the

4   policies that are set forth by the State Board of

5   Education and over- -- and oversees the general        12:46:47

6   operations of the -- of the school systems.

7       Q.   And does that oversight of the school

8   system include Bridgeport Middle School?

9       A.   The -- the superintendent would, you know,

10  oversee all the county systems and schools, but        12:47:04

11  works more directly with our county boards of

12  education.

13      Q.   And can you tell me a little bit more

14  about how the superintendent works with the county

15  boards of education?                                    12:47:16

16      A.   Basically, through the staff that he

17  hires, the various programs -- or federal programs

18  that we have, our school improvement leadership,

19  the various services that we provide, and the

20  supports to the school systems.                         12:47:33

21      Q.   And does the superintendent have any

22  relationship with the county superintendents?

23      A.   He has a working relationship with all 55

24  of our county superintendents.

25      Q.   And what is the nature of that working         12:47:49

Page 36

```
 1    relationship?
 2         A.   Just a matter of they -- you know, we put
 3    out information here regularly to our
 4    superintendents to provide guidance and -- and
 5    support.  They will reach out to the              12:48:03
 6    superintendent or to staff here for technical
 7    assistance.
 8         Q.   And does the superintendent oversee the
 9    West Virginia Secondary School Activities
10    Commission?                                       12:48:20
11         A.   No.
12         Q.   Is there any relationship between the
13    superintendent and the West Virginia Secondary
14    Schools [verbatim] Activities Commission?
15         A.   Not really a relationship.  I mean, you  12:48:27
16    know, the paths cross with the State Board, but...
17         Q.   Is the superintendent required to follow
18    State law?
19         A.   Yes.
20         Q.   Is the superintendent required to follow 12:48:44
21    H.B. 3293?
22         A.   Once it was codified, then yes.
23         Q.   Are you familiar with the West Virginia
24    Education Information System?
25         A.   Yes.                                     12:48:58
```

Page 37

```
 1          Q.    We've heard it abbreviated as WVEIS.

 2                Is that a -- a term you're familiar with?

 3          A.    Yes.

 4          Q.    And can you tell me, what is WVEIS?

 5          A.    WVEIS is a statewide edu -- student        12:49:12

 6    information system that we maintain here at the

 7    State level and the counties input their data

 8    into.

 9          Q.    And so, does the superintendent have any

10    control over WVEIS?                                    12:49:26

11          A.    The superintendent probably does not even

12    have access to individual records in WVEIS.

13          Q.    Does the superintendent have any

14    involvement with deciding what kinds of records

15    are collected in WVEIS?                                12:49:40

16          A.    Only if something comes forth in a policy

17    would he be aware of any changes or things that

18    are made.

19          Q.    Got it.

20                And can you tell me about the relationship 12:49:52

21    between the State Board and the West Virginia

22    Department of Education?

23          A.    Well, the State Board hires the

24    superintendent who oversees the staff at the

25    Department of Education.                               12:50:08
```

Page 38

```
 1              And so, we all have a working relationship

 2      as we work to implement and -- revise and

 3      implement policies.

 4          Q.   So would it be correct to think of the

 5      State Board as part of the Department of          12:50:21

 6      Education, or how -- how would you describe kind

 7      of how the two entities are situated together?

 8          A.   No, the -- the -- the State Board is a

 9      separate entity that supervises the state

10      superintendent and so, then ultimately, the       12:50:36

11      Department of Education.

12          Q.   I see.

13              And is the Department of Education a

14      government entity?

15          A.   Yes.                                      12:50:47

16          Q.   And is the State Board also a government

17      entity?

18          A.   Yes.

19          Q.   Does the State Board receive any federal

20      funding?                                           12:50:57

21          A.   The -- the Department of Education

22      receives funding.

23          Q.   Do you know what kind of federal funding

24      the Department of Education receives?

25          A.   We receive all of the Elementary and      12:51:09
```

Page 39

```
 1      Secondary Education Act Title programs, the IDEA

 2      funding for special education, and -- and Perkins

 3      funding, which goes with our CTE programs.

 4          Q.   Do you know how many people are employed

 5      at the Department of Education?                    12:51:30

 6          A.   Approximately 234.

 7          Q.   And so, the State Board has members; is

 8      that right?

 9          A.   Yes.

10          Q.   How many members are there on the State   12:51:41

11      Board?

12          A.   There are nine members.

13          Q.   And how many of those nine members are

14      ex-officio members?

15          A.   Two.                                      12:51:54

16          Q.   Two.

17          A.   Including nine members --

18          Q.   And how are --

19          A.   -- plus two ex-officio members.

20          Q.   So just to confirm, there are 11 members  12:52:06

21      of the State Board in total?

22          A.   Yes.

23          Q.   And how are the members selected?

24          A.   The members are appointed by the governor.

25          Q.   And is that the case for all 11 members?  12:52:17
```

Page 40

1        A.    No, just the -- the nine State Board

2   members.

3        Q.    And besides the superintendent, who is the

4   other ex-officio member?

5        A.    Chancellor Sarah Tucker that's over our        12:52:32

6   Higher Education Policy Commission and our career

7   and technical council.

8        Q.    And how often do the members of the State

9   Board meet?

10       A.    They meet monthly.                             12:52:45

11       Q.    And how does the State Board make

12   decisions?

13       A.    The State Board makes decisions based on

14   policies that have been -- that are presented to

15   them, that have been placed on comment and -- and    12:52:59

16   reviewed.

17       Q.    And, for example do they use a -- a

18   majority-vote system to make a decision?

19       A.    Yes.

20       Q.    They do.                                       12:53:12

21             And does anyone have veto authority over a

22   decision made by the State Board?

23       A.    No.

24       Q.    And is the State Board's decision subject

25   to approval of any other body?                           12:53:23

Page 41

```
 1        A.   No.

 2        Q.   And what would you say are the

 3   responsibilities of the State Board?

 4        A.   I'm sorry.  Could you repeat.

 5        Q.   Of course.                            12:53:37

 6             What are the responsibilities of the State

 7   Board?

 8        A.   The -- the State Board is charged with the

 9   general oversight of our system of free schools in

10   the state of West Virginia.                      12:53:50

11        Q.   And what does the board try to accomplish

12   when it has its monthly meetings?

13        A.   Mon- -- monthly, they will either be

14   reviewing a policy that may have been on comment

15   or they may be hearing about a policy on that is  12:54:02

16   going out on comment or has come back in order to

17   be approved.

18             They start each of their meetings with the

19   focus on the strategic plan that they have in

20   place, and usually a presentation from department 12:54:17

21   staff on a certain topic.  And that, along with --

22   as well as having delegations from the community.

23        Q.   And so, to talk a little bit more about

24   the educational policies piece, what does it mean

25   in practice for the State Board to try to         12:54:33
```

Page 42

1      determine educational policies?

2          A.   I mean, basically, the State Board

3      oversees the various pieces of -- of the

4      department.  Many of our policies are tied to

5      either federal requirements or state legislation,      12:54:51

6      and that's how many of our policies come into play

7      so that the board will review and consider.

8          Q.   And does the State Board have any

9      involvement in establishing rules?

10         A.   Yes.  The State Board will establish the       12:55:09

11     rules for West Virginia Board of Education rules.

12         Q.   And does the State Board have any other

13     responsibilities besides the ones that you just

14     talked about --

15              (Interruption in audio/video.)               12:55:26

16              THE COURT REPORTER:  Excuse me.  I didn't

17     hear the rest of the -- part of the question.  If

18     you can please repeat.

19              MS. VEROFF:  Of course.

20     BY MS. VEROFF:                                        12:55:32

21         Q.   I was asking, does the State Board have

22     any other responsibilities beside the ones we just

23     talked about?

24         A.   No.  Just to enact and implement policy

25     and oversight of the -- our supervision of           12:55:42

Page 43

```
 1    the State -- in the --

 2              (Interruption in audio/video.)

 3              THE COURT REPORTER:  "Our supervision of

 4    the"?

 5              Could you please repeat.  There was an      12:55:54

 6    audio interruption.

 7              THE WITNESS:  They enact and implement

 8    policy and have oversight of the -- or supervision

 9    rights of the -- over the state superintendent

10    [verbatim].                                           12:56:06

11    BY MS. VEROFF:

12         Q.   And does the State Board have to comply

13    with federal law?

14         A.   Yes.

15         Q.   Does the State Board have to comply with   12:56:11

16    Title IX?

17         A.   Yes.

18         Q.   And does the Department of Education have

19    to comply with Title IX?

20         A.   Yes.                                        12:56:23

21         Q.   Does the State Board have to comply with

22    state law?

23         A.   Yes.

24         Q.   Does the State Board have to comply with

25    H.B. 3293?                                            12:56:32
```

Page 44

1          MS. MORGAN:  Julie, this -- I'm going to

2     object to form.  It -- this also calls for a legal

3     conclusion as well as these other questions.

4          But you can go ahead and answer.

5          THE WITNESS:  Yes, once it was codified      12:56:45

6     and became state law.

7     BY MS. VEROFF:

8     Q.   Does the State Board discuss state laws

9     regarding education at its meetings?

10    A.   As they relate to policies, they do.         12:56:56

11    Q.   Has the State Board ever discussed H.B.

12    3293 at one of its meetings?

13    A.   No.

14    Q.   And is that unusual for the State Board

15    not to discuss a law concerning education that's    12:57:15

16    now been codified?

17    A.   No.

18    Q.   Do you know whether the State Board has a

19    missions statement?

20    A.   They do.                                      12:57:28

21    Q.   And do you know what it is?

22    A.   I should.

23         Something to the effect of becoming

24    lifelong learners with education and community

25    and the -- and the workforce.                      12:57:45

                                              Page 45

```
 1        Q.   I'm going to go ahead and introduce

 2   another exhibit.  I'll let you know when it's

 3   available in your marked folder [verbatim].

 4           (Blatt Deposition Exhibit 16 was marked

 5           electronically.)                        12:58:15

 6   BY MS. VEROFF:

 7        Q.   Okay.  If you refresh your Marked Exhibits

 8   folder, you should be able to see Exhibit 16.

 9   Just let me know when you can see it.

10        A.   Yes.  I can see it.                    12:58:24

11        Q.   Great.

12           And do you recognize this document?

13        A.   Yes, that's our website.

14        Q.   Great.

15           Well, I'll represent that Exhibit 16 is a   12:58:35

16   web page from the West Virginia Department of

17   Education's website titled "State Board of

18   Education."  You see the URL in the bottom left

19   corner.  And if you scroll to the second page

20   under "Mission," it says, "The West Virginia Board  12:58:49

21   of Education and State Superintendent --

22           THE COURT REPORTER:  Excuse me.  Counsel,

23   if you could if you're reading, please.  Thank you.

24           MS. VEROFF:  Yes, of course.

25   BY MS. VEROFF:                                    12:59:02
```

Page 46

```
 1        Q.   "The West Virginia Board of Education and

 2   State Superintendent of Schools work in concert to

 3   establish policies and procedures to assure

 4   implementation of West Virginia's Public Education

 5   goals and to ensure the general supervision,          12:59:13

 6   oversight and monitoring of a thorough, efficient

 7   and effective system of free public schools."

 8        Did I read that correctly?

 9        A.   Yes.

10        Q.   Is that an accurate statement of the State  12:59:25

11   Board's mission?

12        A.   Yes.

13        Q.   I'd like to talk a little bit more about

14   how the State Board generally supervises public

15   schools in West Virginia.                             12:59:40

16        Can you tell me a little about what that

17   general supervision involves?

18        A.   Well, the State Board of Education has

19   a -- of course, as we -- we've said before,

20   directly supervises the superintendent.  The         12:59:52

21   superintendent then has an office of

22   accountability.  And that -- that group is charged

23   with ensuring that our county school systems are

24   implementing the policies or procedures, adhering

25   to the financial audits, the various federal         13:00:07
```

Page 47

```
 1    requirements.  And so they receive a report
 2    annually on the county school systems.
 3         Q.   And are there any other ways in which the
 4    State Board monitors public schools in West
 5    Virginia?                                        13:00:23
 6         A.   No.
 7         Q.   And are there any other forms of oversight
 8    that the State Board engages in with regards to
 9    public schools in West Virginia?
10         A.   No.                                    13:00:35
11         Q.   We talked a little bit previously about
12    the West Virginia Secondary School Activities
13    Commission.
14              Are you familiar with the West Virginia
15    Secondary School Activities Commission?          13:00:53
16         A.   Yes.
17         Q.   Can you tell me what it is?
18         A.   It is the -- a -- association charged with
19    oversight of all of the secondary schools'
20    athletic events.                                 13:01:05
21         Q.   And does the Department of Education have
22    any relationship with the West Virginia Secondary
23    School Activities Commission?
24         A.   Our only involvement with them is when
25    they submit a rule to be approved or submitted to 13:01:17
```

Page 48

```
 1    the State Board.

 2         Q.   And when the Secondary School Activities

 3    Commission submits a rule, can you talk me through

 4    what that approval process involves?

 5         A.   They will present to the State Board of      13:01:33

 6    Education.  The State Board then has the authority

 7    to accept the rule and put it out on a public

 8    30-day comment.  And then after the comment

 9    period, then they can either approve or reject the

10    rule.                                                  13:01:50

11         Q.   And what criteria does the State Board use

12    in deciding whether to approve or reject a rule?

13         A.   I think the State Board relies on the

14    staff of the Department of Education to provide

15    them with -- with guidance as to the legality of      13:02:03

16    the rule, if it's based on federal, if it based on

17    state statute, and then will also review the

18    comments from the -- that come in on the policy.

19         Q.   Has the State Board ever not approved a

20    rule submitted by the commission?                     13:02:23

21         A.   Not to my knowledge, but I've not been

22    here forever.

23         Q.   And can the West Virginia Secondary School

24    Activities Commission issue a rule that conflicts

25    with a rule issued by the State Board?                 13:02:39
```

Page 49

1          A.   I'm aware that they do have their -- their

2     rules and regulations guidance document that they

3     use, but I don't think there's anything in

4     conflict with the State Board of Education.

5          Q.   And does the commission have to comply        13:02:54

6     with the rules issued by the State Board?

7          A.   Yes.

8          Q.   So I'm going to introduce a new exhibit

9     now.  I'll let you know when it's available in the

10    marked folder [verbatim].                               13:03:10

11              (Blatt Deposition Exhibit 17 was marked

12              electronically.)

13    BY MS. VEROFF:

14         Q.   So if you refresh your Marked Exhibits

15    folder, you should now be able to see Exhibit 17.       13:03:42

16    Just let me know when you can see that.

17         A.   Yes, we can see that.

18         Q.   So I'll represent that this is a discovery

19    response produced by your counsel to plaintiff's

20    counsel.                                                13:03:55

21              Do you recognize this document?

22         A.   Yes.

23         Q.   So please scroll to page 5 of the PDF, and

24    just let me know when you're there.

25         A.   Okay.  We are there.                          13:04:08

                                                        Page 50

1          Q.    Great.

2                So I want to direct your attention to

3     "REQUEST NO. 5," which is towards the bottom of

4     the page.

5                And it reads, "REQUEST NO. 5:  All        13:04:19

6     DOCUMENTS and POLICIES CONCERNING YOUR delegation

7     of authority over secondary school athletics to

8     the West Virginia Secondary School Activities

9     Commission."

10               The response states, "These Defendants do  13:04:30

11    not have any non-privileged documents which are

12    responsive to this request other than those which

13    are publicly available, including W.Va. Code

14    Section 18-2-25 which was approved by WVBE, and

15    WVSSAC rules including but not limited to 127CSR2   13:04:48

16    which states, "'4.1.  The WVSSAC shall be

17    composed' --

18               THE COURT REPORTER:  Please slow down.

19    BY MS. VEROFF:

20          Q.    -- 'of principals or designee' --       13:04:57

21               MS. VEROFF:  I'm sorry.

22    BY MS. VEROFF:

23          Q.    -- 'of those public or private secondary

24    schools which have certified in writing to the

25    State Superintendent of Schools of West Virginia   13:05:07

                                                Page 51

1    (State Superintendent) that they have elected to

2    delegate the control, supervision, and regulation

3    of their interscholastic athletic and band

4    activities.'"

5          That was a lot.                          13:05:20

6          Did I read that correctly?

7    A.    Yes.

8    Q.    Excellent.

9          Are you familiar with 127CSR2?

10   A.    Yes.                                      13:05:29

11   Q.    And is what I read a correct statement of

12   127CSR2?

13         MS. MORGAN:  Objection as to form.

14         THE WITNESS:  I do believe so, as that was

15   one of the documents, part of the re- -- when I   13:05:43

16   reviewed this, that the counsels provided.

17   BY MS. VEROFF:

18   Q.    And so, to confirm I understand the

19   meaning, is it correct that principals are

20   required to submit a written certification to the  13:05:54

21   superintendent for their school to be able to be a

22   member of the West Virginia Secondary School

23   Activities Commission?

24         MS. MORGAN:  Object to form.

25         THE WITNESS:  Yes, according to 4.1.      13:06:07

Page 52

```
 1    BY MS. VEROFF:

 2         Q.   And why does that requirement exist?

 3         A.   I do not have that --

 4              MS. MORGAN:  Object -- object to the form

 5    of the question.  Calls for speculation, legal        13:06:16

 6    conclusion.

 7    BY MS. VEROFF:

 8         Q.   If a secondary school doesn't submit a

 9    certification to the state superintendent, are

10    they not allowed to be part of the West Virginia      13:06:31

11    Secondary School Activities Commission?

12              MS. MORGAN:  Objection.

13              THE WITNESS:  According to 4.1 that's

14    listed there, yes.

15    BY MS. VEROFF:                                         13:06:40

16         Q.   And do you know whether the principal of

17    Bridgeport Middle School has submitted this

18    certification to the state superintendent?

19         A.   I do not.

20         Q.   Does the State Board have any involvement    13:06:51

21    with the West Virginia Education Information

22    System, WVEIS?

23         A.   Just in the -- the fact that it's in one

24    of the policies and they're aware of that and at

25    times are given reports.                               13:07:08
```

Page 53

1          Q.   And does the State Board have any control

2     over the kind of data that's collected in WVEIS?

3               MS. MORGAN:  Asked and answered.

4               THE WITNESS:  Yes, as they would say, we

5     have a -- there is a policy that oversees the type      13:07:25

6     of data that is collected.

7     BY MS. VEROFF:

8          Q.   And so just to make sure I understand, for

9     example, the State Board could enact a policy that

10    required a particular piece of data to be               13:07:36

11    collected, and then that data collection process

12    would be implemented in WVEIS?

13         A.   After it went through a 60-day comment

14    period, because we also have State Code that

15    references our WVEIS system and the data that is        13:07:51

16    allowed to be collected.

17         Q.   Great.

18              MS. VEROFF:  So before I move on, I know

19    that we said regarding breaks at the beginning that

20    we would go at -- up to about an hour and a half,       13:08:03

21    but I just wanted to -- to check in and see how

22    everyone was doing and see if anyone needed a break

23    sooner.

24              THE WITNESS:  We are fine.

25              THE COURT REPORTER:  I would love one.        13:08:16

                                             Page 54

```
 1              MS. VEROFF:  Okay.  Well, let's -- I'm
 2     sorry, Hanna, was that you?
 3              THE COURT REPORTER:  Yes, please.  I would
 4     appreciate one, please, just a short break.
 5              MS. VEROFF:  Okay.  Great.  So why don't    13:08:28
 6     we go ahead -- does a -- a five-minute break work
 7     for folks?
 8              MS. MORGAN:  Yes, that's fine.
 9              MS. VEROFF:  Okay.  That would be great.
10              And, Mitch, could you send us into the      13:08:37
11     break-out rooms during the -- break?
12              THE VIDEOGRAPHER:  Yeah.  Your rooms are
13     still open, so you can join any time.  Okay --
14              MS. VEROFF:  Okay.  Great.
15              So why don't we plan to come back at --
16              THE COURT REPORTER:  Would you like to go
17     off the record?
18              THE VIDEOGRAPHER:  Should we go off the
19     record?
20              MS. VEROFF:  -- 1:15?                        13:08:56
21              THE VIDEOGRAPHER:  Anyways, we're going
22     off the record.  The time is 1:08 p.m., and this is
23     the end of Media Unit Number 1.
24              (Short recess taken.)
25              THE VIDEOGRAPHER:  Okay.  We are back on     13:18:51
```

                                                    Page 55

```
 1    the record at 1:18 p.m., and this is beginning of

 2    Media Unit Number 2.

 3              Go ahead.

 4              MS. VEROFF:  Thank you.

 5    BY MS. VEROFF:                                    13:19:01

 6        Q.   So I'd like to jump back into talking

 7    about the State Board's rule-making and

 8    policy-making authority and process.

 9              First, can you tell me what the difference

10    is between a State Board rule and a State Board      13:19:13

11    policy?

12        A.   There's no difference between the State

13    Board policy and the State Board rule when we --

14    we actually call them policies through the Board

15    of Education; but then when they are filed with      13:19:25

16    our Secretary of State, then they're assigned a --

17    a rule number.

18        Q.   I see.

19              So just to make sure I understand, so

20    everything starts out as a policy, but it becomes    13:19:37

21    a rule when it gets filed?

22        A.   It's just referenced that way.

23    They're the -- they're the same, one and the same.

24        Q.   I see.

25              And so are there -- so there -- there are    13:19:49
```

                                                    Page 56

```
 1    no policies of the State Board that didn't go

 2    through the rule-making process?

 3        A.   Correct.

 4        Q.   Got it.

 5             And do you know how many rules and          13:20:02

 6    policies the State Board has issued?

 7        A.   I believe we're at 82, 83.

 8        Q.   And is the State Board ever required by

 9    state law to promulgate a rule?

10        A.   Yes.                                        13:20:21

11        Q.   And is the State Board allowed to

12    promulgate a rule that conflicts with a state law?

13        A.   No.

14             MS. MORGAN:  Ob- -- object to form.

15    BY MS. VEROFF:                                       13:20:36

16        Q.   So I'd like to know a little bit more

17    about the rule-making process.  What happens first

18    when the State Board is considering a rule?

19        A.   Well, depending on the -- kind of the

20    nexus for beginning a rule, if it's based on          13:21:37

21    something that's been told to be promulgated from

22    legislation, then it requires a look at that

23    language to begin with.

24             We usually have an internal team here that

25    will draft some language.  Any policy making          13:21:02
```

                                                    Page 57

```
 1    always requires external stakeholders that will be
 2    part of the committee as well to review.  And then
 3    we will work to get a final draft of the policy
 4    that then will be presented to the State Board of
 5    Education for review.                          13:21:21
 6            And then if -- if they are pleased with
 7    that, it will go out on a 30-day comment period to
 8    the entire state and then may or may not have
 9    changes based on comment and then be approved the
10    following month.                               13:21:36
11       Q.   And who ultimately approves the rule?
12       A.   The State Board of Education.
13       Q.   And are there any internal policies that
14    govern the rule-drafting process?
15       A.   Not really any internal process -- or    13:21:51
16    policies, but just some procedures that -- to --
17    to make it aligned and consistent formatting and
18    things like that.  They're mostly technical.
19       Q.   Are those procedures written down
20    anywhere?                                      13:22:08
21       A.   On the -- our policy website.  On the
22    State Board of Education -- or the State
23    Department of Education website under policies
24    there will be some forms that are used to --
25    checklists and things to verify the process.   13:22:19
```

Page 58

```
 1          Q.   And so from start to finish, how long does

 2     the whole rule-making process typically take?

 3          A.   It really depends on the content and the

 4     length of the policy.  I mean, we have some

 5     policies that are two or three pages, and we have      13:22:37

 6     some that are a hundred and 50 pages, so it really

 7     just depends.

 8          Q.   Do you ever issue interim rules without

 9     going through the public comment period?

10          A.   At times there may be like an emergency      13:22:53

11     rule that will be enacted and it -- while -- while

12     it's on comment.

13          Q.   And what would be the reason to have an

14     emergency rule?

15          A.   It's normally something that is required     13:23:08

16     by the State Legislature.

17          Q.   And are there any examples of emergency

18     rules that you can think of?

19          A.   I can't think of any.

20          Q.   Is there a specific person at the State      13:23:22

21     Board who has responsibilities for drafting a

22     rule?

23          A.   No.  The drafting would come from whoever

24     the content experts were in the -- the area of the

25     policy.                                                13:23:38
```

Page 59

1          Q.   And does the State Board ever monitor

2     compliance with its rules?

3               MS. MORGAN:  Object to form.

4               THE WITNESS:  They would monitor through

5     the process that I described earlier with our          13:23:51

6     accountability office.

7     BY MS. VEROFF:

8          Q.   And does the State Board ever enforce

9     compliance with its rules?

10              MS. MORGAN:  Are you talking a specific       13:24:03

11    rule?

12    BY MS. VEROFF:

13         Q.   Let -- let me rephrase.

14              As a -- as a general matter, does the

15    State Board have any enforcement mechanisms that        13:24:11

16    it puts into its rules?

17              MS. MORGAN:  Object to form.

18              THE WITNESS:  Our accountability office

19    has a policy that dictates the -- the oversight and

20    the way that various policies and things have to be     13:24:22

21    enforced.

22    BY MS. VEROFF:

23         Q.   And so -- so how -- kind of using that --

24    that background, how does the State Board decide

25    what the enforcement means should be for a given        13:24:35

Page 60

1    rule?

2              MS. MORGAN:  Object to form.

3              THE WITNESS:  I don't think there's

4    specific things to a given rule.  We just -- we

5    have a policy in place that -- with the oversight      13:24:45

6    and our accountability policy to -- with -- just to

7    generalize how we do all of them.

8    BY MS. VEROFF:

9        Q.   And is there a particular person or

10   particular office of the State Board that's           13:24:59

11   responsible for enforcing compliance when a rule

12   requires -- well, sorry, when a rule contemplates

13   enforcement?

14       A.   Again, our accountability and support

15   office oversees all of that work.                     13:25:11

16       Q.   Has the County Board of Education ever

17   violated a State Board rule?

18              MS. MORGAN:  Object to form.

19              THE WITNESS:  I'm sure there's been at

20   some time.                                            13:25:29

21   BY MS. VEROFF:

22       Q.   And what happens if a rule is violated?

23       A.   Basically -- I mean, it depends on -- you

24   know, we have -- we have rules or policies that --

25   oversight of financial things, as well as our         13:25:41

                                                       Page 61

1    curriculum and instruction policies.  And so it

2    would really -- it really varies depending on

3    what -- which policy might have been, you know,

4    not followed.

5         Q.   And is there any kind of appeals process        13:25:58

6    if there's thought to be a violation?

7         A.   Are you referencing for the county?

8         Q.   Yes.

9         A.   Yeah.  Yeah, as part of the -- our

10   accountability policies and that office, part of        13:26:17

11   the work that they do is to provide -- you know,

12   provide information and reviews and then meet with

13   the counties and allow them to explain or correct

14   findings.  We'll do noncompliances and findings,

15   and then they have the opportunity to correct        13:26:34

16   those and respond.

17        Q.   Okay.  And has the West Virginia Secondary

18   School Activities Commission ever violated a State

19   Board rule?

20        A.   Not to my knowledge, but...        13:26:45

21        Q.   Has an individual school ever violated a

22   State Board rule?

23        A.   I mean, I'm sure when you look at the

24   breadth and the depth of our rules, that there's

25   something in there that has occurred.        13:27:02

Page 62

```
1        Q.   Has a student ever violated a State Board

2    rule?

3        A.   Yes.

4        Q.   And has a -- a coach for a school sports

5    team ever violated a State Board rule?            13:27:12

6        A.   I mean, again, just when you look at the

7    80-some policies, I'm sure there is something in

8    one of those that at some point has occurred.

9        Q.   And is the oversight practice that you

10   described for the county the same process that    13:27:26

11   would apply to any entity, or are the processes

12   different?

13       A.   I'm not sure which other entity you would

14   be referring to.

15       Q.   Oh, I'm sorry.  For example, a school or   13:27:38

16   an individual student.

17       A.   You know, our oversight is mainly at

18   the -- at the county level.  And then the counties

19   have oversight of their schools and are to enforce

20   the -- the rules and policies with their schools   13:27:53

21   and then the school of course with the student.

22       Q.   I see.  So --

23            (Interruption in audio/video.)

24            THE COURT REPORTER:  I'm sorry.  "With the

25   student"?  Excuse me, there was a little cough, and  13:28:08
```

Page 63

```
 1    I didn't hear the end.

 2            "And then the school of course with the

 3    student"?

 4            THE WITNESS:  Yes.

 5    BY MS. VEROFF:                                  13:28:10

 6       Q.   So if, for example, a -- a student

 7    violated a State Board rule, can you walk me

 8    through what the process then would be?

 9       A.   If a student violated a rule, then it

10    would be addressed at the -- at the school level.   13:28:23

11       Q.   You mentioned earlier that there are

12    content experts for different state laws; is that

13    correct?

14       A.   Yes.

15       Q.   Is there a content expert for H.B. 3293?   13:28:39

16       A.   No.  We have -- no.

17       Q.   And why hasn't there been a content expert

18    chosen for H.B. 3293?

19            MS. MORGAN:  Object to form.

20            THE WITNESS:  Well, when I reference       13:29:01

21    "content expert" in reference to who writes the

22    policies, mainly I'm referring to like our

23    curriculum instruction policy.  So we have a

24    math -- someone with a math background that will

25    work on that.                                    13:29:13
```

Page 64

```
 1              And then we have other -- we have

 2    leadership, people that have been in administration

 3    that have been principals and assistant principals,

 4    so they may oversee some of the ones that are of

 5    the broader spectrum.                          13:29:26

 6    BY MS. VEROFF:

 7        Q.   Does the State Board ever promulgate a

 8    rule in conjunction with another entity?

 9        A.   Not to my knowledge.

10        Q.   So, for example, has the State Board ever   13:29:37

11    promulgated a rule in conjunction with a West

12    Virginia Secondary School Activities Commission?

13        A.   Not in conjunction with.  They -- they

14    submit their rules from their organization, and

15    then they're reviewed by the State Board.      13:29:52

16        Q.   Got it.

17              So I want to ask now a couple questions

18    about the State Board and school sports.  And when

19    I refer to "state sports," [verbatim] what I mean

20    is athletics offered by public secondary schools   13:30:07

21    in West Virginia; so, for example, the

22    cross-country team at Bridgeport Middle School.

23              Does the Department of Education have any

24    role with respect to school sports in West

25    Virginia?                                       13:30:22
```

Page 65

1          A.    The Department of Education or the -- the

2      Board of Education?

3          Q.    I'll ask about them separately.  So,

4      first, the Department of Education.

5          A.    Okay.  The -- no.                          13:30:29

6          Q.    And does the State Board have any role

7      with respect to school sports in West Virginia?

8          A.    Just in the approval of the rules that the

9      secondary school's association -- the SSAC

10     presents to them.                                    13:30:45

11         Q.    Does the State Board currently have any

12     roles pertaining to school sports?

13         A.    Only one.  It's in relation to the 2.0 GPA

14     for eligibility.

15         Q.    So can you tell me a little bit more about  13:30:58

16     what that rule involves?

17         A.    Just that students are required to

18     maintain a 2.0 in order to participate in a sport.

19         Q.    And are there any other rules that the

20     State Board has regarding school sports?            13:31:12

21         A.    No.

22         Q.    Does the State Board monitor participation

23     in school sports?

24         A.    No.

25         Q.    Does the State Board have any rules        13:31:24

Page 66

```
 1     regarding students who are transgender?

 2         A.    No.

 3         Q.    Has the State Board ever received any

 4     complaints regarding students who are transgender

 5     participating in school sports?              13:31:41

 6         A.    No.

 7         Q.    Has the superintendent ever received any

 8     complaints regarding students who are transgender

 9     participating in school sports?

10         A.    No.                                13:31:56

11         Q.    So I want to shift back to talking more

12     specifically about H.B. 3293.  Are you familiar

13     with H.B. 3293?

14         A.    Yes.

15         Q.    Does H.B. 3293 require the State Board to  13:32:09

16     promulgate rules to implement H.B. 3293?

17         A.    Yes.

18         Q.    And has the State Board chosen an employee

19     to be the person responsible for promulgating the

20     rules to implement H.B. 3293?                13:32:26

21         A.    No.

22         Q.    I'd like to introduce a new exhibit now.

23     I'll let you know when it's available in your

24     "Marked Exhibits" folder.

25                 (Blatt Deposition Exhibit 18 was marked  13:32:43
```

Page 67

```
 1              electronically.)

 2              MS. VEROFF:  I just introduced Exhibit 18.

 3    BY MS. VEROFF:

 4       Q.   If you refresh your "Marked Exhibits"

 5    folder, you should be able to see it.  Please just    13:33:17

 6    let me know when you have it up.

 7       A.   It's up.

 8       Q.   Do you recognize this document?

 9       A.   Yes.

10       Q.   Great.                                        13:33:21

11              I'll represent that this is a discovery

12    response produced by your counsel to Plaintiff's

13    counsel and ask you to turn to page 6.

14              Just let me know when you're there.

15       A.   Okay.  We are there.                          13:33:42

16       Q.   If you look in the middle of the page,

17    you'll see Interrogatory Number 6, which says,

18    "Identify all PERSONS responsible for promulgating

19    rules to implement H.B. 3293."

20              And the answer states, "Heather Hutchens,    13:33:58

21    General Counsel for WVBE is responsible for

22    promulgating rules to implement H.B. 3293."

23              Did I read that correctly?

24       A.   Yes.

25       Q.   And can you tell me, what does WVBE stand      13:34:13
```

Page 68

```
 1    for?

 2         A.    The West Virginia Board of Education.

 3         Q.    And is it accurate that Heather Hutchens

 4    is responsible for promulgating rules to implement

 5    H.B. 3293?                                          13:34:30

 6         A.    Heather Hutchens is -- does promulgate --

 7    or works with all of the rules and policies that

 8    are presented to the board.  So accord- -- because

 9    she --

10         Q.    Got it.                                  13:34:40

11         A.    -- you know, she would -- she would lead

12    that along with some other people within the

13    department, too, to craft a policy.

14         Q.    And so just to confirm I understand, so

15    Heather Hutchens works on all rules that are        13:34:49

16    issued by the State Board?

17         A.    Yes.

18         Q.    And has anyone else who will be working on

19    implementing H.B. 3293 rules been chosen?

20         A.    Not to my knowledge.  The statute actually 13:35:02

21    came into effect after a lawsuit was filed.  So,

22    therefore, we chose to wait and see the outcome

23    as -- as opposed to spending the time developing a

24    rule that may or may not be changed based on court

25    action.                                             13:35:22
```

Page 69

```
 1        Q.   And so have there been any discussions at

 2   the State Board about what rules implementing H.B.

 3   3293 will be?

 4            MS. MORGAN:   Object to form and also to

 5   the extent that this requests communications with     13:35:38

 6   counsel.

 7            THE WITNESS:   Could you repeat the

 8   question?

 9   BY MS. VEROFF:

10        Q.   Sure.                                        13:35:49

11            And so I'm not asking you to disclose any

12   privileged communications you've had with your

13   attorneys.

14            Have there been any discussions at the

15   State Board about what the rules implementing H.B.    13:35:59

16   3293 will be?

17        A.   No, other than just the simple what we

18   read in State Code.

19        Q.   I'm sorry, I couldn't understand the last

20   sentence.  Would you mind repeating it?               13:36:12

21        A.   I said just looking at what is required in

22   State Code.

23        Q.   So there have been discussions at the

24   State Board about what H.B. 3293 requires?  Did I

25   understand correctly?                                 13:36:26
```

Page 70

```
 1        A.    No, not -- not with the State Board.

 2        Q.    And -- and so who has had those

 3   discussions?

 4        A.    And I may have misspoke when you said

 5   "discussions."  But just stating that we would        13:36:36

 6   look at the language and the policy would

 7   replicate what is in State Code.

 8        Q.    I see.

 9              So there have been any discussions at the

10   State Board regarding H.B. 3293?                       13:36:45

11        A.    No.

12        Q.    And have there been any actions taken at

13   the State Board to prepare to promulgate rules

14   implementing H.B. 3293?

15        A.    No.  Again, we had not got to that prior    13:37:01

16   to the lawsuit.

17        Q.    Okay.  And so just to confirm, is it your

18   testimony that the State Board hasn't taken any

19   action to promulgate rules implementing H.B. 3293

20   because this lawsuit was filed?                        13:37:17

21        A.    Well, it's just the time frames and

22   because of the lawsuit, there -- we had not

23   had time --

24        Q.    And --

25              (Simultaneous speaking.)                    13:37:26
```

Page 71

```
 1                    (Interruption in audio/video.)

 2        A.    There was not the -- there was not time

 3   prior to the lawsuit to start working on the rules

 4   when the session ended and the rule became

 5   effective.                                        13:37:34

 6        Q.    So if this lawsuit had not been filed,

 7   would the State Board have begun preparing to

 8   implement rules to implement H.B. 3293?

 9              MS. MORGAN:  Objection as to form.  It

10   also calls for speculation.                       13:37:46

11              You can answer the best that you can.

12              THE WITNESS:  Most likely, yes, we -- we

13   would have.

14   BY MS. VEROFF:

15        Q.    And would any rules the State Board issues  13:37:55

16   pursuant to H.B. 3293 have to be consistent with

17   H.B. 3293?

18        A.    Yes.

19        Q.    And so put another way, just to make sure

20   I understand, could the State Board issue rules in   13:38:10

21   conflict with H.B. 3293?

22        A.    No.

23        Q.    Under any rules that the State Board

24   issues to implement H.B. 3293, will cisgender

25   girls be able to participate girls sports team?      13:38:29
```

                                                    Page 72

1        A.   Yes, according to my understanding of

2    the -- the statute.

3        Q.   And under any rules that the State Board

4    issues to implement H.B. 3293, will transgender

5    girls be able to participate on girls sports        13:38:47

6    teams?

7        A.   Not from my understanding of the statute.

8            MS. MORGAN:  And let me just place my

9    objection as to form.  I didn't want to interrupt

10   her answer, but object to form.                      13:38:58

11   BY MS. VEROFF:

12       Q.   Must the West Virginia Secondary School

13   Activities Commission comply with any rule that

14   the State Board issues to implement H.B. 3293?

15           MS. GREEN:  Object to the form.              13:39:10

16           MS. MORGAN:  Same objection.

17           THE COURT REPORTER:  Excuse me.  One

18   second.

19           Who objected to form?  I did not get the

20   speaker, please.                                     13:39:20

21           MS. GREEN:  This is Roberta Green here on

22   behalf of WVSSAC, and I object to the form.

23           MS. MORGAN:  And Kelly Morgan, I also

24   objected to form as well.

25   BY MS. VEROFF:                                       13:39:42

                                              Page 73

```
 1        Q.   You can answer the question.  Please let

 2   me know if you need me to repeat it.

 3        A.   Yes, please.  Yes, please repeat I mean.

 4        Q.   Does the West Virginia Secondary School

 5   Activities Commission have to comply with any rule    13:39:54

 6   that the State Board promulgates to implement H.B.

 7   3293?

 8        A.   Yes.

 9        Q.   And does the Harrison County Board of

10   Education have to comply with any rule that the       13:40:05

11   State Board issues to implement H.B. 3293?

12        A.   Yes.

13             MS. DENIKER:  This is Susan Deniker.

14   Objection to the form.

15   BY MS. VEROFF:                                         13:40:18

16        Q.   You can go ahead and answer.

17        A.   Yes.

18        Q.   And does the Harrison County

19   Superintendent have to comply with any rule that

20   the State Board promulgates to implement H.B.         13:40:31

21   3293?

22             MS. DENIKER:  This is Susan Deniker.

23   Objection to the form.

24             THE WITNESS:  Yes.

25   BY MS. VEROFF:                                         13:40:41
```

Page 74

```
 1        Q.   And does Bridgeport Middle School have to

 2    comply with any rule that the State Board

 3    promulgates to implement H.B. 3293?

 4             MS. DENIKER:   This is Susan Deniker.   Same

 5    objection.                                    13:40:57

 6             THE WITNESS:   Yes.

 7    BY MS. VEROFF:

 8        Q.   I'm going to introduce a new exhibit now.

 9    I'll let you know when it's available in your

10    "Marked Exhibits" folder.                     13:41:05

11             (Blatt Deposition Exhibit 19 was marked

12             electronically.)

13    BY MS. VEROFF:

14        Q.   I've now introduced Exhibit 19.   If you

15    refresh your "Marked Exhibits" folder, you should   13:41:26

16    be able to view it.   Please just let me know when

17    you have it up.

18        A.   Yes, it's up.

19        Q.   And do you recognize this document?

20        A.   Yes.                                 13:41:40

21        Q.   I'll represent that these are documents

22    produced to plaintiff's counsel by your counsel as

23    part of your discovery production.

24             And I'm going to ask you to scroll to page

25    3 of this document.   In the bottom left corner,   13:41:51
```

                                                    Page 75

```
 1    you should see that it's Bates stamped WVSBOE
 2    '00008.
 3            Do you see that?
 4       A.   Yes.
 5       Q.   And at the bottom of the -- the -- sorry.   13:42:05
 6            At the bottom of page 3, you'll see an
 7    e-mail from Melissa White sent on Thursday,
 8    March 11, 2021, to Bernie Dolan with the subject
 9    line "Transgender participation in secondary
10    schools bill."                                      13:42:22
11            Do you see that?
12       A.   Yes.
13       Q.   And do you recognize this e-mail?
14       A.   Yes, from my review of the documents.
15       Q.   Who is Melissa White?                       13:42:31
16       A.   Melissa White is the counsel for house
17    education.
18       Q.   And who is Bernie Dolan?
19       A.   Bernie Dolan is the executive director of
20    the SSAC.                                            13:42:50
21       Q.   So The e-mail reads, "Bernie, Attached is
22    a draft of an originating bill regarding
23    transgender participation in sports.  I kept it
24    short.  There are obviously certain things that
25    would need to be handled in a rule, unless you      13:42:59
```

Page 76

```
 1    have language that you would like to see in the

 2    bill.  Please let me know your thoughts and if

 3    there are unintended consequences.  The Chairman

 4    does not want to keep girls from participating in

 5    boys sports when there are not girls teams.          13:43:13

 6    Thanks, Melissa."

 7           Did I read that correctly?

 8      A.   Yes.

 9      Q.   Do you know if Bernie Dolan responded to

10    this e-mail?                                          13:43:35

11           (Simultaneous speaking.)

12           (Interruption in audio/video.)

13           MS. MORGAN:  I'll just object to form.

14           MS. GREEN:  Same objection.

15           THE COURT REPORTER:  Excuse me.  Could

16    please repeat the --

17    BY MS. VEROFF:

18      A.   Did Bernie Dolan --

19           THE COURT REPORTER:  Excuse me.  Could you

20    please repeat your objections.

21           MS. MORGAN:  Object to form.

22           MS. GREEN:  This is Roberta Green on

23    behalf of SS- -- deputy SSAC.  I object to form.

24    BY MS. VEROFF:

25      Q.   Did Bernie Dolan otherwise discuss H.B.        13:43:49
```

Page 77

```
 1    3293 with Melissa White?

 2            MS. GREEN:  Object to the -- this is

 3    Roberta Green on behalf of SSAC.  I object to the

 4    form.

 5            MS. MORGAN:  Object to form as well.        13:44:04

 6            MS. VEROFF:  And moving forward, we can

 7    assume that an objection for one is an objection

 8    for all.

 9            MS. MORGAN:  Well, I have --

10            MS. GREEN:  Well, I appreciate that,        13:44:10

11    actually.  But I represent a different defendant,

12    and I would like to enter my objections myself.

13    Thank you.

14            MS. MORGAN:  Yeah, I be- -- I agree with

15    Roberta.  I do not believe that is appropriate     13:44:19

16    protocol.  Objections should be placed by each

17    defendant.

18    BY MS. VEROFF:

19        Q.   You can go ahead and answer.  Please let

20    me know if you need me to repeat the question.     13:44:35

21        A.   Yes, please repeat.

22        Q.   Did Bernie Dolan otherwise discuss H.B.

23    3293 with MW?

24            MS. MORGAN:  Object to form and also calls

25    for speculation.                                   13:44:45
```

                                                   Page 78

```
 1              MS. GREEN:  I'll object to the form --

 2              MS. VEROFF:  I'm just re- --

 3              MS. GREEN:  -- foundation.  Scope and --

 4      way outside the scope for this witness.

 5              But, you know, not my witness.          13:44:54

 6              MS. VEROFF:  Thank you.  This is the same

 7      question that I asked previously that you already

 8      objected to, and I was just repeating it for the

 9      witness's convenience.

10              THE WITNESS:  I have no idea.           13:45:08

11      BY MS. VEROFF:

12         Q.   And do you know -- and I'm asking you on

13      behalf of the State Board -- know what things

14      Melissa White thought needed to be handled in a

15      rule?                                           13:45:19

16              MS. MORGAN:  Object to form.  Also calls

17      for speculation.  Outside of the scope of these

18      topics.

19              THE WITNESS:  I do not --

20              MS. GREEN:  And this is Roberta Green on   13:45:24

21      behalf of SSAC.  I object to the form.

22              THE WITNESS:  I do not.

23      BY MS. VEROFF:

24         Q.   Does the State Board agree that certain

25      aspects of H.B. 3293 need to be handled in a rule?   13:45:35
```

                                                        Page 79

```
 1              MS. MORGAN:  Object to form.
 2              THE WITNESS:  I mean, the -- the State
 3      Board has not had that discussion, as they have not
 4      started to promulgate a rule.
 5      BY MS. VEROFF:                              13:45:54
 6         Q.   And just to confirm, aside from
 7      rule-making, has the State Board taken any other
 8      action to contemplate the implementation of H.B.
 9      3293?
10              MS. MORGAN:  Object to form.         13:46:10
11              THE WITNESS:  No, not to my knowledge.
12      BY MS. VEROFF:
13         Q.   I'd like now to ask you about some of the
14      people who are listed on the State Board's initial
15      disclosures.                                13:46:21
16              Let's start with Sarah Stewart.
17              Do you know who Sarah Stewart?
18         A.   Sarah Stewart was our previous legislative
19      liaison attorney that worked with -- at the
20      Department of Education.                    13:46:34
21         Q.   And do you say "previous" because she no
22      longer works at the Department of Education?
23         A.   Correct.
24         Q.   And when did she leave that role?
25              MS. MORGAN:  Object to form.         13:46:43
```

Page 80

```
 1              Julie, this is beyond the -- the 12 topics

 2     set forth in this -- on this notice.

 3              THE WITNESS:  I don't remember the exact

 4     date.  It's been within the last year.

 5     BY MS. VEROFF:                                13:46:58

 6        Q.   And did Sarah Stewart have any involvement

 7     with H.B. 3293 when it was pending before the

 8     legislature?

 9              MS. MORGAN:  Same objection.

10              THE WITNESS:  Other than just her -- her  13:47:08

11     role as the legislative liaison working with the --

12     with the different committees.

13     BY MS. VEROFF:

14        Q.   And did Sarah Stewart have any involvement

15     with H.B. 3293 after it was passed?           13:47:21

16              MS. MORGAN:  Object to form.  Beyond the

17     scope.  Calls for speculation.

18              She's a 30(b)(6) witness.  You're not --

19     she -- she's not going to know personal factual

20     information held by Sarah Stewart.            13:47:36

21              THE WITNESS:  I don't know.

22     BY MS. VEROFF:

23        Q.   I'm going to ask now about Heather

24     Hutchens, who's listed in the initial disclosures.

25              Do you know who Heather Hutchens is?    13:47:50
```

Page 81

 1          A.    I do.

 2          Q.    And what is her position?

 3          A.    She's general counsel for the Department

 4      of Education --

 5          Q.    And what --                              13:47:57

 6                (Simultaneous speaking.)

 7                (Interruption in audio/video.)

 8          A.    Sorry.

 9          Q.    I'm sorry to interrupt.  No, no, that was

10      my fault.                                          13:48:02

11                What does the general counsel role entail?

12                MS. MORGAN:  Object to form.

13                THE WITNESS:  General counsel oversees all

14      the policies, regulations, the management of the --

15      the personnel for the State Board and for the      13:48:17

16      Department of Education.

17      BY MS. VEROFF:

18          Q.    And did Heather Hutchens have any

19      involvement with H.B. 3293 when it was pending

20      before the legislature?                            13:48:31

21                MS. MORGAN:  Object to form.

22                THE WITNESS:  Only what I've seen in

23      the -- the documents that were submitted.

24      BY MS. VEROFF:

25          Q.    And has Heather Hutchens have any         13:48:40

                                                           Page 82

```
 1     involvement with H.B. 3293 since it was passed?

 2             MS. MORGAN:  Same objection.

 3             THE WITNESS:  Not to my knowledge.

 4     BY MS. VEROFF:

 5        Q.   I'd like to next ask about Mary Catherine     13:48:51

 6     Tuckwiller.

 7             Do you know who Mary Catherine Tuckwiller

 8     is?

 9        A.   I do.

10        Q.   And what is her position?                      13:49:01

11             MS. MORGAN:  I'm going to go ahead and

12     place a standing objection.

13             Again, these are beyond the scope of these

14     12 topics.  So object to form, and I will just

15     continue my objections here.                           13:49:11

16             Go ahead.

17             THE WITNESS:  Mary Catherine Tuckwiller

18     was a staff attorney that formerly worked at the

19     Department of Education.

20     BY MS. VEROFF:                                         13:49:24

21        Q.   And what did her job as a staff attorney

22     entail?

23        A.   She worked directly for the general

24     counsel.

25        Q.   And did she have any involvement with H.B.     13:49:30
```

Page 83

1    3293 when it was pending before the legislature?

2         A.   I don't know other than what I've seen

3    in -- in the documents that were submitted.

4         Q.   And I'd like next ask about Stephanie

5    Abraham.                                        13:49:43

6              Do you know who Stephanie Abraham is?

7         A.   I do.

8         Q.   And what is her job?

9         A.   She's also a staff attorney that works

10   under our general counsel.                      13:50:01

11        Q.   And what does that job entail?

12        A.   Just -- she's assigned topics and -- and

13   cases and things from the general counsel.

14        Q.   And did she have any involvement with H.B.

15   3293 when it was pending before the legislature?  13:50:17

16        A.   Not to my knowledge.

17        Q.   And I'd like to also ask about Jonah

18   Adkins.

19             Do you know who Jonah Adkins is?

20        A.   I do.                                 13:50:29

21        Q.   And what is his position?

22        A.   His current position is a coordinator in

23   our accountability office.

24        Q.   And did he have any involvement with H.B.

25   3293 when it was pending before the legislature?  13:50:41

Page 84

```
 1        A.   Not that I'm aware of.

 2        Q.   Great.  Thank you.

 3             MS. VEROFF:  And just to respond to the

 4    objections, I just want to alert and point --

 5    direct counsel to Topic 12, which is all discovery    13:50:53

 6    responses in this action, which the witness has

 7    said that she reviewed and those, of course,

 8    include the initial disclosures listing all the

 9    people that I just asked about.

10             MS. MORGAN:  Yes, Julie.  Yes, but          13:51:04

11    discovery are not all-encompassing as all pleadings

12    filed in a case.  You're talking about initial

13    disclosures.

14             Discovery responses, and as you've gone

15    through, have already been responses to            13:51:18

16    interrogatories request for production of

17    documents, request for admissions.  Again, my

18    objection stands.

19             MS. VEROFF:  Thank you.

20             I think it's probably a good time to take   13:51:28

21    a quick break.  So maybe we can go off the record.

22             MS. MORGAN:  We haven't quite been an hour

23    yet.  Can we not continue through?

24             MS. VEROFF:  I've heard a request from

25    co-counsel to take a -- a quick break.  So if we     13:51:42
```

Page 85

```
 1    would just take five minutes as a courtesy to
 2    co-counsel, I think that would be great.
 3              THE VIDEOGRAPHER:  Okay.  We're going off
 4    the record.  The time is 1:51 p.m., and this is the
 5    end of Media Unit Number 2.                    13:51:53
 6              (Short recess taken.)
 7              THE VIDEOGRAPHER:  We are back on the
 8    record at 2:03 p.m., and this is the beginning of
 9    Media Unit Number 3.
10              Go ahead.                             14:04:10
11              MS. VEROFF:  Thank you so much.
12              I just want to preserve a -- a few things
13    for the record.  Just to note that plaintiff's
14    counsel had offered earlier in the deposition that
15    an objection for one could be an objection for all   14:04:20
16    to expedite things, and the defendants' counsel
17    prefers not to proceed that way.
18              There also have been certain objections
19    about questions beyond the scope.  And I wanted to
20    note for the record that the questions regarding   14:04:34
21    Superintendent Burch are encompassed within Topic
22    1.  And questions regarding the contents of initial
23    disclosures are encompassed in Topic 12.  And
24    questions regarding communications and discussions
25    concerning H.B. 3293 are encompassed in various   14:04:49
```

Page 86

1    topics in the deposition notice.

2    BY MS. VEROFF:

3        Q.   So picking back up where we left off,

4    Ms. Blatt -- -

5             MS. MORGAN:  Oh, I would like to respond      14:04:57

6    here, Julie, before you proceed.  I'm not going to

7    actually respond to each of your summarizations, as

8    they are not appropriate.

9             All my objections are -- were accurately

10   stated on the record and will stand.  And those can    14:05:09

11   be addressed with the Court at a future date.

12            MR. TRYON:  This is David Tryon.  I must

13   comment.

14            Julie, you indicated that there was a

15   stipulation that an objection by one is an             14:05:24

16   objection for all.  I do not recall hearing that.

17   I will not -- I'm not sure if that's an accurate

18   statement of the law or not.  But I do not remember

19   hearing that.  The record will show whatever it

20   was.  Thank you.                                       14:05:37

21            MS. GREEN:  This is Roberta Green on

22   behalf of SSAC, and I also would like to make my

23   own objections.  I may have said that already on

24   the record.  But also my objections made up to this

25   point and those going forward will stand as well.      14:05:54

                                              Page 87

```
 1     Thank you.
 2            MS. VEROFF:  Thank you so much.
 3     BY MS. VEROFF:
 4        Q.   So, let's dive back in, Ms. Blatt.
 5            Prior to H.B. 3293's passage, did anyone    14:06:04
 6     at the State Board have any communications about
 7     H.B. 3293 with legislators?
 8        A.   On what I've seen in the documents that
 9     were submitted with our legislative liaison.
10        Q.   And do you know about any communications    14:06:22
11     beyond what's captured in the discovery production
12     that you've seen?
13        A.   No.
14        Q.   And prior to H.B. 3293's passage, did
15     anyone at the State Board have any communications    14:06:35
16     about H.B. 3293 with legislative staff?
17        A.   The communication with Melissa White would
18     be one of their staff.
19        Q.   And was there any communications with
20     legislative staff over than Melissa White?    14:06:53
21        A.   Not that I'm aware of.
22        Q.   And prior to H.B. 3293's passage, did
23     anyone at the State Board have any communications
24     about H.B. 3293 with Governor Justice?
25        A.   Not that I'm aware of.    14:07:12
```

Page 88

```
 1          Q.   And prior to H.B. 3293's passage, did
 2     anyone at the State Board have communication about
 3     H.B. 3293 with any staff for Governor Justice?
 4          A.   Not that I'm aware of.
 5          Q.   Prior to H.B. 3293's passage, did anyone      14:07:26
 6     at the State Board have any communications about
 7     H.B. 3293 with Alliance Defending Freedom?
 8          A.   Not to my knowledge.
 9          Q.   And prior to H.B. 3293's passage, did
10     anyone at the State Board have any communications      14:07:44
11     about H.B. 3293 with any county board of
12     education?
13          A.   No, not to my knowledge.
14          Q.   And prior to H.B. 3293's passage, did
15     anyone at the State Board have any communications      14:07:58
16     about H.B. 3293 with any individual schools?
17          A.   Not to my knowledge.
18          Q.   Prior to H.B. 3293's passage, did anyone
19     at the State Board have any communications about
20     H.B. 3293 with any school principals?                  14:08:14
21          A.   Not to my knowledge.
22          Q.   And prior to H.B. 3293's passage, did the
23     State Board have any communications about H.B.
24     3293 with anyone other than the groups of folks
25     we've just talked about?                               14:08:31
```

Page 89

```
 1        A.    No, not that I'm aware of.

 2        Q.    And prior to H.B. 3293's passage, did

 3   Superintendent Burch have any communications about

 4   H.B. 3293 with any of the individuals I've just

 5   asked you about?                              14:08:46

 6        A.    Not that I'm aware of.

 7        Q.    Was anyone at the State Board ever told by

 8   a legislator what the purpose of H.B. 3293 was?

 9        A.    Not that I'm aware of.

10        Q.    Was anyone at the State Board ever told by  14:09:00

11   a legislative staffer what the purpose of the H.B.

12   3293 was?

13        A.    Not that I'm aware of.

14        Q.    I'd like to ask you a few questions about

15   the State Board's interactions with the House of    14:09:14

16   Delegates Education Committee while H.B. 3293 was

17   pending.

18            Did anyone from the State Board answer

19   questions posed by the House of Delegates

20   Education Committee during meetings?             14:09:31

21        A.    The State Board of Education does not

22   interact with the House Education Committee.  If

23   anyone would have interacted with them, it would

24   have been our legislative liaison, Sarah Stewart.

25        Q.    And so, did anyone -- so besides Sarah    14:09:40
```

Page 90

1    Stewart, did anyone else at the Department of

2    Education answer questions posed by the House of

3    Delegates Education Committee?

4        A.   I don't believe so.

5        Q.   And at which House of Delegates Education        14:09:56

6    Committee meeting did Sarah Stewart answer

7    questions?

8        A.   Are you referencing, like, a date or...

9        Q.   Yes.  Can you tell me the dates on which

10   Sarah Stewart answered questions --                       14:10:07

11       A.   No.  I'm sorry.  I can't.

12            (Interruption in audio/video.)

13            THE COURT REPORTER:  Excuse me.  If you

14   could start the question over.  There was an

15   interruption.                                             14:10:20

16   BY MS. VEROFF:

17       Q.   Sure.  I'll -- and I'll rephrase.

18            On which dates did Sarah Stewart answer

19   questions from the House of Delegates Education

20   Committee?                                                14:10:28

21       A.   I don't know the dates.

22       Q.   Did you speak with Sarah Stewart in

23   preparation for today's deposition?

24       A.   I did not.

25       Q.   And do you know who posed questions to         14:10:37

Page 91

```
 1    Sarah Stewart at the House of Delegates Education

 2    Committee meetings?

 3         A.   No, I don't.

 4         Q.   Do you know what questions were asked of

 5    Sarah Stewart?                                    14:10:52

 6         A.   No.

 7         Q.   Do you know whether Sarah Stewart provided

 8    her answers orally or in writing?

 9         A.   I do not.

10         Q.   Do you know what answers Sarah Stewart    14:11:01

11    provided to the House of Delegates Education

12    Committee?

13         A.   I do not.

14         Q.   Did you review Sarah Stewart's testimony

15    before the House of Delegates Education Committee   14:11:16

16    for today's deposition?

17         A.   No, I have not.

18         Q.   Is it typical for staff at the Department

19    of Education to answer questions from the

20    legislature related to bills under consideration?   14:11:26

21         A.   Yes.  Usually technical ques- -- questions

22    are addressed.

23         Q.   And is Sarah Stewart usually the person

24    who provides that testimony?

25         A.   Yes, she was at the time.                14:11:40
```

Page 92

1         Q.   And who is the person now who would

2    provide such testimony?

3         A.   Drew McClanahan.

4         Q.   And what is their position?

5         A.   He's our legislative director now.        14:11:56

6         Q.   All right.

7              So I'd like to direct you back to one of

8    our marked exhibits.  So this is Exhibit 19.  It

9    should already be in your Marked Exhibits folder.

10             If you can just let me know when you have   14:12:11

11   it up.

12        A.   Okay.  We have it up.

13        Q.   Great.

14             And I'd like to ask you to scroll to

15   page 3 of the PDF, please.  You'll see in the       14:12:23

16   bottom left corner it's Bates-stamped WVSBOE

17   000008.

18             Do you see that page?

19        A.   Yes.

20        Q.   And in the middle of the page, there's an  14:12:38

21   e-mail from Melissa White sent on Monday,

22   March 15th, 2021, to Sarah Stewart.  The subject

23   is "FW:  Transgender participation in secondary

24   schools bill."

25             Do you see that e-mail?                    14:12:55

                                                    Page 93

```
 1        A.   I do.

 2        Q.   And I'll represent that this is a document

 3   produced to plaintiff's counsel by your counsel as

 4   part of discovery production.

 5             Do you recognize this e-mail?              14:13:04

 6        A.   Yes.

 7        Q.   Is it one that you reviewed in preparation

 8   for today's deposition?

 9        A.   Yes.

10        Q.   And the body of the e-mail says, "Sarah,    14:13:13

11   per our discussion.  Thank you, Melissa."

12             Did I read that correctly?

13        A.   Yes.

14        Q.   Do you know what "per our discussion"

15   refers to?                                            14:13:27

16        A.   I do not.

17        Q.   And did you speak to Sarah Stewart about

18   this e-mail in preparation for today's deposition?

19             MS. MORGAN:  Asked and answered.

20             THE WITNESS:  I did not.                    14:13:39

21   BY MS. VEROFF:

22        Q.   Did you speak to Melissa White in

23   preparation for today's deposition?

24        A.   No.

25        Q.   Do you know if Sarah Stewart responded to   14:13:48
```

Page 94

1    Melissa White's e-mail?

2        A.   I don't know.

3        Q.   I'd like you now to turn to page 2 of

4    Exhibit 19.  You'll see in the bottom left-hand

5    corner that it's Bates-stamped WVSBOE 000007.        14:14:00

6            Do you see that e- -- that page?

7        A.   Yes.

8        Q.   And so, at the bottom of this page is an

9    e-mail from Sarah Stewart sent on Monday,

10   March 15th, 2021, to Heather Hutchens, Stephanie     14:14:15

11   Abraham and Mary Catherine Tuckwiller with a

12   subject line, "FW:  Transgender participation in

13   secondary schools bill."

14           Do you see that e-mail?

15       A.   I do.                                        14:14:29

16       Q.   And I'll represent that your counsel

17   provided this document to plaintiff's counsel as

18   part of discovery production.

19           The e-mail reads, "Happy Monday.  Would

20   you all care to take a look at this one and          14:14:40

21   provide feedback (preferably in writing)?  Not

22   necessarily on the substance, but modifications we

23   would suggest.  I have to leave for a funeral soon

24   and not sure when will be back this afternoon.

25   Thanks, Sarah."                                      14:14:55

                                                Page 95

1              Did I read that correctly?

2        A.   Yes.

3        Q.   And do you recognize this e-mail?

4        A.   Yes.

5        Q.   Did you review it in preparation for       14:15:01

6    today's deposition?

7        A.   (No response by witness.)

8        Q.   And by "take a look at this one" --

9             THE COURT REPORTER:  Excuse me.  I don't

10   know if there was an audio glitch, but I did not      14:15:18

11   get an answer.

12            THE WITNESS:  It was yes.

13   BY MS. VEROFF:

14       Q.   By "take a look at this one," was Sarah

15   Stewart referring to the draft of H.B. 3293?          14:15:34

16            MS. MORGAN:  Object to form.  Calls for

17   speculation.

18            THE WITNESS:  It would appear that

19   that's -- by looking at the subject line.

20   BY MS. VEROFF:                                        14:15:46

21       Q.   And do you know why Sarah Stewart asked

22   these three individuals for their feedback on H.B.

23   3293?

24            MS. MORGAN:  Objection as to form.  And

25   calls for speculation.                                14:15:58

Page 96

```
 1              THE WITNESS:  They all are in our legal

 2      office.  They're all three attorneys.

 3      BY MS. VEROFF:

 4          Q.   And do you know why Sarah Stewart

 5      preferred to receive their feedback in writing?      14:16:11

 6              MS. MORGAN:  Same objections.

 7              THE WITNESS:  I do not.

 8      BY MS. VEROFF:

 9          Q.   Do you know who Sarah Stewart plans to

10      share any suggested modifications with?              14:16:23

11              MS. MORGAN:  Same objections.

12              THE WITNESS:  I do not.

13      BY MS. VEROFF:

14          Q.   Did any of the recipients of this e-mail

15      respond?                                             14:16:35

16          A.   Yes, I believe there was a response from

17      one of them in -- in the exhibits.  I think it may

18      have been Mary Catherine Tuckwiller.

19          Q.   And do you know if any of them suggested

20      modifications to H.B. 3293?                          14:16:55

21          A.   I do not.

22          Q.   And did you speak with Heather Hutchens

23      about this e-mail in preparing for today's

24      deposition?

25              MS. MORGAN:  Ob- -- object to form.  And     14:17:07
```

Page 97

```
 1    you're also asking about communications between

 2    Michele as -- with counsel.  That's protected by

 3    the attorney-client privilege.

 4             You can answer whether you actually spoke

 5    to her, just not to -- as to any substance.         14:17:27

 6             THE WITNESS:  Not --

 7             (Interruption in audio/video.)

 8             THE COURT REPORTER:  Can you please

 9    repeat.

10             THE WITNESS:  I said, "Not in relation to    14:17:32

11    the e-mail."

12    BY MS. VEROFF:

13       Q.   And did you speak with Stephanie Abraham

14    about this e-mail in preparation for today's

15    deposition?                                         14:17:42

16             MS. MORGAN:  Same objection and same

17    direction.

18             THE WITNESS:  No.

19    BY MS. VEROFF:

20       Q.   And did you ask -- did you speak with Mary   14:17:48

21    Catherine Tuckwiller about this e-mail in

22    preparation for today's deposition?

23             MS. MORGAN:  Same objection.  Same

24    direction.

25             THE WITNESS:  No.                          14:17:59
```

Page 98

```
 1    BY MS. VEROFF:
 2        Q.   And do you know where we would find the
 3    information about whether any of these individuals
 4    suggested modifications to H.B. 3293?
 5        A.   I do not.                              14:18:10
 6        Q.   I'd like you now to look at page 1 of this
 7    exhibit, which at the bottom is Bates stamped
 8    WVSBOE 000006.
 9             Just let me know when you're on that page.
10        A.   We're there.                          14:18:30
11        Q.   Great.
12             So at the top you'll see an e-mail from
13    Heather Hutchens sent on Monday, March 15th, 2021,
14    to Mary Catherine Tuckwiller, Sarah Stewart, and
15    Stephanie Abraham.  The Subject line is "RE:       14:18:42
16    Transgender participation in secondary schools
17    bill."
18             Do you recognize this e-mail?
19        A.   Yes.
20        Q.   Did you review it in preparation for      14:18:48
21    today's deposition?
22        A.   Yes.
23        Q.   The body of the e-mail reads, "It seems
24    like much ado about nothing.  I don't think any of
25    it is necessary."                              14:19:01
```

Page 99

```
 1                Did I read that correctly?

 2         A.   Yes.

 3         Q.   And when Heather Hutchens said "It seems

 4    like much ado about nothing," was she referring to

 5    H.B. 3293?                                          14:19:14

 6                MS. MORGAN:  Object to form.  You're --

 7    again, this is a 30(b)(6) deposition.

 8                You can [verbatim] --

 9                (Interruption in audio/video.)

10                -- actually ask individuals about their   14:19:20

11    personal knowledge, but I will let you answer to

12    the extent that you're able to do so.

13                THE WITNESS:  Only looking at the subject

14    line, would I suspect that's what it is.

15    BY MS. VEROFF:                                       14:19:33

16         Q.   And did you discuss this e-mail with

17    Heather Hutchens in preparing for today's

18    deposition?

19                MS. MORGAN:  Object to form to the extent

20    that it is asking about her discussions with         14:19:41

21    counsel protected by the attorney-client privilege.

22                But you can testify as to whether you

23    actually spoke to her, just not as to substance.

24                THE WITNESS:  Yes.

25    BY MS. VEROFF:                                       14:19:57
```

                                              Page 100

```
 1        Q.    Thank you.

 2              And -- and just to confirm, as I said at

 3        the outset, I'm not asking for any confidential

 4        communications that you've had with your counsel.

 5        I'm just asking about the nature of your          14:20:03

 6        preparation for today's deposition.

 7              So just looking for whether or not you

 8        spoke with someone.

 9              And so when Heather Hutchens writes here

10        that H.B. 3293 is, quote, "much ado about         14:20:12

11        nothing," what was her reason for concluding that

12        H.B. 3293 was "much ado about nothing"?

13              MS. MORGAN:  Object to form and

14        speculation.

15              THE WITNESS:  The only thing I would say    14:20:27

16        is that we've not had an issue in West Virginia

17        regarding transgender in sports.

18        BY MS. VEROFF:

19        Q.    Does the State Board agree that H.B. 3293

20        is much ado about nothing?                        14:20:38

21              MS. MORGAN:  Object to form.

22              THE WITNESS:  I could not answer to that

23        for the State Board.

24        BY MS. VEROFF:

25        Q.    And are you here speaking today on behalf   14:20:46
```

Page 101

1    of the State Board?

2           MS. MORGAN:  Asked and answered.

3    Obviously she has been designated to testify as to

4    the 12 topics identified in the notice.

5           THE WITNESS:  Yes.                          14:20:57

6    BY MS. VEROFF:

7       Q.  But you don't know the State's position on

8    whether the -- I'm sorry, the State Board's

9    position on whether it would agree that H.B. 3293

10   is "much ado about nothing"?                       14:21:09

11          MS. MORGAN:  Object to form.

12          THE WITNESS:  I just know that we don't

13   see an issue in West Virginia.

14   BY MS. VEROFF:

15      Q.  Okay.                                       14:21:18

16          So I'm going to introduce a new exhibit

17   now.  I'll let you know when you can expect to see

18   it in the "Marked Exhibits" folder.

19          (Blatt Deposition Exhibit 20 was marked

20          electronically.)                            14:21:40

21   BY MS. VEROFF:

22      Q.   If you'll refresh your "Marked Exhibits"

23   folder, you should now see what's marked as

24   Exhibit 20.  Please just let me know when you have

25   it up.                                             14:21:51

                                              Page 102

```
 1        A.   I'm sorry, it's up.

 2        Q.   Oh, okay.  Excellent.

 3        A.   I'm sorry, I zoned out there.

 4        Q.   No problem.

 5             So I'd like to direct you to the first      14:22:13

 6   page, which is Bates stamped in the bottom left

 7   corner WVSBOE 000002.

 8             And on this e-mail -- or, I'm sorry, on

 9   this page is an e-mail from Melissa White dated

10   Wednesday, March 17th, 2021, to Sarah Stewart.       14:22:29

11   The Subject line is "HB 3293 (single-sex sports)."

12             Do you recognize this e-mail?

13        A.   Yes.

14        Q.   Did you review it in preparation for

15   today's deposition?                                  14:22:42

16        A.   Yes.

17        Q.   And I'll represent that this document was

18   provided by your counsel to Plaintiff's counsel as

19   part of discovery production.  The body of the

20   e-mail reads, "Sarah, As we discussed, how does      14:22:52

21   this look?  Thanks, Melissa."

22             Did I read that correctly?

23        A.   Yes.

24        Q.   And do you know what "as we discussed"

25   refers to?                                           14:23:04
```

1          MS. MORGAN:  Object to form.

2          THE WITNESS:  I do not.

3     BY MS. VEROFF:

4        Q.   Did Sarah Stewart and Melissa White have

5     any discussions about H.B. 3293?                     14:23:13

6          MS. MORGAN:  Object to form.

7          THE WITNESS:  I -- I only know what I read

8     there in the e-mail.

9     BY MS. VEROFF:

10       Q.   And did Sarah Stewart respond to Melissa     14:23:22

11    White's e-mail?

12       A.   I'm not aware.

13       Q.   And do you know how we would find out the

14    answer to that question?

15         MS. MORGAN:  Object to form.                     14:23:34

16         THE WITNESS:  I do not.

17    BY MS. VEROFF:

18       Q.   Is it common for legislative staff to

19    solicit feedback from State Board employees?

20       A.   Yes, particularly through our legislative    14:23:45

21    liaison.

22       Q.   And when the Department of Education sends

23    feedback on proposed legislation, does the

24    legislature typically take it into account?

25       A.   Most of the feedback we would provide        14:24:02

                                                    Page 104

```
 1      would be technical in nature.  We're referencing a

 2      policy or something like that.  And that type of

 3      technical information, they will usually consider.

 4            MS. MORGAN:  Let me also place my

 5      objection as to form on the record.              14:24:14

 6      BY MS. VEROFF:

 7         Q.   And do you know if the legislatures --

 8      legislature took into account the Department of

 9      Education's feedback on H.B. 3293?

10            MS. MORGAN:  Object as to form.             14:24:25

11            THE WITNESS:  I do not.

12            MS. VEROFF:  I'm going to introduce

13      another exhibit now.  I'll let you know when it's

14      available in the marked exhibits folder.

15            (Blatt Deposition Exhibit 21 was marked    14:24:38

16            electronically.)

17      BY MS. VEROFF:

18         Q.   I've now placed what is marked as Exhibit

19      21 in the "Marked Exhibits" folder.  Please just

20      let me know when you're able to pull it up.       14:25:01

21            MS. MORGAN:  What number did you say

22      again?

23            MS. VEROFF:  It should be Exhibit 21.

24            THE WITNESS:  Yes, I see it.

25      BY MS. VEROFF:                                    14:25:19
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.    Great.

 2              And this is Bates stamped in the bottom

 3    left corner.  The first page is WVSBOE 000013.

 4    And the document goes through WVSBOE 000036.

 5              And I'll represent that your counsel      14:25:35

 6    provided this document to Plaintiff's counsel as

 7    part of discovery production.

 8              Do you recognize this document?

 9        A.    Yes.

10        Q.    And can you tell me what it was?         14:25:47

11        A.    It's our summary of legislation that was

12    passed in that 2021 session.

13        Q.    And -- so this is the -- the "2021 Green

14    Book."  And is this prepared every legislative

15    session?                                           14:25:59

16        A.    Yes.

17        Q.    And who prepares the summaries in the

18    Green Book?

19        A.    They're either prepared by our legislative

20    liaison, or it may be prepared by -- if we had     14:26:09

21    a -- a lead that was representing that bill.

22        Q.    And does anyone have to approve the

23    summaries that are prepared?

24        A.    We approve them through our legal office.

25        Q.    And who receives the 2021 Green Book?    14:26:22
```

Page 106

1        A.    We prepare it for the Department's

2    reference and then for our county superintendents.

3        Q.    And how do the county superintendents

4    access the 2021 Green Book?

5        A.    It's available electronically on our          14:26:37

6    website.

7        Q.    And for each bill listed in the Green

8    Book, is there a WVDE context?

9        A.    Yes, I believe so.

10       Q.    And does "WVDE" stand for West Virginia        14:26:55

11   Department of Education?

12       A.    Yes.

13       Q.    And what does it mean to be the Department

14   of Education contact for a bill?

15       A.    It just means that if someone has             14:27:07

16   questions regarding that bill, this is who they

17   should reach out to.

18       Q.    And how are people chosen to be the

19   Department of Education contact for a given bill?

20       A.    Just based on their background and their      14:27:18

21   experience and maybe their work with that bill as

22   it was being led through the legislation.

23       Q.    And if someone is listed as the Department

24   of Education contact, does that mean that they

25   speak on behalf of the Department of Education        14:27:34

                                          Page 107

```
 1    when they answer questions about the bill?

 2        A.   Yes.

 3        Q.   I'd like you to turn to page 23 of

 4    Exhibit 21.  It's page 23 of the PDF.

 5             Just let me know when you're there.        14:27:49

 6        A.   Okay.  We're there.

 7        Q.   Great.

 8             So you'll see two bills listed on this

 9    page, the second of which is "House Bill 3293:

10    Relating to single-sex participation in             14:28:16

11    interscholastic athletic events."

12             Do you see that?

13        A.   Yes.

14        Q.   And who is listed as the WVDE contact for

15    House Bill 3293?                                     14:28:28

16        A.    It says "Bernie Dolan, West Virginia

17    Secondary Schools Activities Commission."

18        Q.    And why was Bernie Dolan chosen as the

19    Department of Education contact for House Bill

20    3293?                                                14:28:40

21             MS. GREEN:  Roberta Green on behalf of

22    SSAC.

23             Object to the form.

24             THE WITNESS:  He was chosen because

25    this -- he is in charge of the SSAC and the          14:28:49
```

Page 108

```
 1      regulation and oversight of those athletic events.

 2      BY MS. VEROFF:

 3          Q.   And as the Department of Education contact

 4      for House Bill 3293, he was speaking on behalf of

 5      the Department of Education if someone contacted      14:29:04

 6      him with questions?

 7              MS. MORGAN:  Object to form.

 8              MS. GREEN:  I'm going to object to the

 9      form.

10              Roberta Green, SSAC.                          14:29:14

11              THE WITNESS:  He would be speaking in

12      reference to what was in the statute, if contacted.

13      BY MS. VEROFF:

14          Q.   And is it unusual for a non-Department of

15      Education employee to be listed as the contact for   14:29:28

16      a bill?

17              MS. MORGAN:  Object to form.

18              THE WITNESS:  I would say it is not a

19      normal practice; however, the -- our lead on that

20      bill had been Sarah Stewart.  By the time this book  14:29:43

21      was published, she had already left, so he was the

22      one that would be able to be most versed in the

23      statute.

24      BY MS. VEROFF:

25          Q.   I see.                                       14:29:53
```

Page 109

```
 1              So if Sarah Stewart had still been at the

 2     Department of Education, she would have been

 3     listed as the contact?

 4              MS. MORGAN:  Object to form.

 5              THE WITNESS:  Most likely.                14:30:00

 6     BY MS. VEROFF:

 7        Q.   And the last sentence of the bill summary

 8     reads, "The WVBE is charged with adopting a policy

 9     to implement the provisions of the bill."

10              Did I read that correctly?               14:30:14

11        A.   Yes.

12        Q.   And do you agree that the State Board is

13     charged with adopting a policy to implement the

14     provisions of H.B. 3293?

15        A.   Yes, according to what I read in statute.  14:30:24

16        Q.   Great.

17              MS. VEROFF:  Let me introduce another

18     exhibit now.  I'll let you know when you can expect

19     it in your "Marked Exhibits" folder.

20              (Blatt Deposition Exhibit 22 was marked   14:30:52

21              electronically.)

22     BY MS. VEROFF:

23        Q.   You should now be able to see Exhibit 22

24     in your "Marked Exhibits" folder if you refresh.

25     Please just let me know when you're able to see    14:31:02
```

1    it.

2         A.   Okay, I can see it.

3         Q.   Great.

4              And this is Bates stamped in the bottom

5    left corner WVSBOE 000037, and then the second        14:31:09

6    page is 000038.

7              I'll represent that your counsel provided

8    this document to Plaintiff's counsel as part of

9    discovery production.

10             Do you recon- -- recognize this document?   14:31:25

11        A.   Yes.

12        Q.   And what is it?

13        A.   It's our -- the abstract that we complete

14   as legislation is sent to the governor's office.

15        Q.   And did you review this document in         14:31:39

16   preparation for today's deposition?

17        A.   Yes.

18        Q.   Is the Enrolled Bill Review Form a

19   standard form that's prepared for all bills that

20   pass?                                                  14:31:52

21        A.   Yes.

22        Q.   And how did this form develop?

23             MS. MORGAN:  Object to form.

24             THE WITNESS:  I don't know.  We've used

25   the form as long as I'm aware of that I've been        14:32:04

                                            Page 111

```
 1    here.

 2    BY MS. VEROFF:

 3        Q.   Is there a law requiring use of this form?

 4            MS. MORGAN:  Object to form.

 5            THE WITNESS:  I'm not -- I'm not aware of      14:32:14

 6    one.

 7    BY MS. VEROFF:

 8        Q.   And who prepared this Enrolled Bill Review

 9    Form for H.B. 3293?

10        A.   Sarah Stewart, our legislative liaison,      14:32:21

11    our government affairs counsel.

12        Q.   And who receives the Enrolled Bill Review

13    Form?

14        A.   They're sent to the governor's office.

15        Q.   And who in the governor's office receives    14:32:35

16    it?

17        A.   I'm not sure if there's an exact person.

18    I mean, there's a chief of staff that has several

19    attorneys on staff.

20        Q.   And is it sent to anyone else?               14:32:51

21        A.   No, not to my knowledge.

22        Q.   And do you know what the governor's office

23    does with the form when it receives it?

24            MS. MORGAN:  Object to form.

25            THE WITNESS:  My understanding is just       14:33:02
```

Page 112

```
 1    that they -- they review the agency's summary of

 2    the bill in determination, recommendations that

 3    they would make to the governor.

 4    BY MS. VEROFF:

 5         Q.   And besides Sarah Stewart, who prepared      14:33:11

 6    the Enrolled Bill Review Form, did anyone else at

 7    the Department of Education review this Enrolled

 8    Bill Form [verbatim] for H.B. 3293?

 9         A.   I can't speak exactly to this bill.  But

10    the normal process is the state superintendent      14:33:32

11    would review prior to submitting.

12         Q.   And do you know if the state

13    superintendent reviewed this Enrolled Bill Form

14    [verbatim] for H.B. 3293?

15              MS. MORGAN:  Object to form.      14:33:41

16              THE WITNESS:  I can't -- I believe so, but

17    I can't speak for definite.

18    BY MS. VEROFF:

19         Q.   And on the second page of the PDF, which

20    is Bates stamped WVSBOE 000038, there's Item      14:33:50

21    Number 14, which says, "Is a Governor's veto

22    recommended?  If yes, please explain."

23              And the answer provided is "The WVDE does

24    not support this bill."

25              Did I read that correctly?      14:34:08
```

                                                Page 113

1        A.    Yes.

2        Q.    And does WVDE stand for West Virginia

3    Department of Education here?

4        A.    Yes.

5        Q.    And is it correct that the Department of        14:34:17

6    Education did not support H.B. 3293?

7        A.    Department of Education did -- as we've

8    talked --

9            (Interruption in audio/video.)

10           THE COURT REPORTER:  Excuse me.  Could you      14:34:31

11   please start over your answer.  There was an

12   interruption in audio.

13           THE WITNESS:  The -- the Department of

14   Education did not see that we had an issue with

15   transgender in sports that would require us to take     14:34:43

16   the necessary steps and work to promulgate a rule.

17           And then also, normally a rule in relation

18   to sports would have been created by the SSAC and

19   then brought forth to the Board of Education.

20   BY MS. VEROFF:                                          14:35:04

21       Q.    And were there any other reasons besides

22   those two that the Department of Education didn't

23   support H.B. 3293?

24       A.    Not that I'm aware of.

25       Q.    And who made the decision that the            14:35:13

Page 114

```
 1    Department of Education didn't support H.B. 3293?

 2         A.   Well, as I -- as I said a little bit

 3    earlier, I will -- you know, it's a discussion

 4    between our legislative attorney and the state

 5    superintendent.                              14:35:29

 6         Q.   And were the reasons that the Department

 7    of Education didn't support H.B. 3293 written down

 8    anywhere?

 9         A.   Not to my knowledge.

10         Q.   And were there any memos or other      14:35:41

11    documents prepared that underlie --

12              (Interruption in audio/video.)

13              THE COURT REPORTER:  Excuse me.  Could you

14    please start over.

15              MS. VEROFF:  Of course.              14:35:53

16    BY MS. VEROFF:

17         Q.   Were there any documents that capture

18    the -- the reasoning arising at the conclusion

19    that the Department of Education doesn't support

20    the bill?                                    14:36:02

21         A.   No, I don't believe there are any

22    documents for -- for any other bill.

23         Q.   And did the Department of Education tell

24    any legislators that it didn't support H.B. 3293?

25         A.   Not necessarily.  I mean, I don't know  14:36:19
```

                                              Page 115

```
 1    that there -- if there were conversations held

 2    between *Sarah* and the legislators.

 3              (Interruption in audio/video.)

 4              THE COURT REPORTER:  Excuse me.

 5              "Between Sara and"?                    14:36:36

 6              THE WITNESS:  The legislators.

 7    BY MS. VEROFF:

 8        Q.   And did the Department of Education tell

 9    any legislative staff that it didn't support H.B.

10    3293?                                            14:36:48

11        A.   I'm not aware of anything that was said.

12              MS. MORGAN:  Julie, hold up just one

13    moment.  What I'm going to do is I'm going to move

14    this speaker more in front.  That might be -- if

15    you want to move that for a second -- that might be  14:36:57

16    part of why her -- her face is looking at different

17    directions.  So it might be -- see if that's any

18    better.

19              THE WITNESS:  I'm not in the middle.

20    BY MS. VEROFF:                                   14:37:11

21        Q.   Did the Department of Justice [verbatim]

22    speak with anyone in Governor Justice -- Justice's

23    office about its decision not to support H.B.

24    3293?

25              MS. MORGAN:  Department of Justice?     14:37:23
```

Page 116

1          MS. VEROFF:  I'm sorry.  In Governor --

2     Governor Justice's office.

3          MS. MORGAN:  The question was, did the --

4     anyone in the Department of Justice.

5          MS. VEROFF:  Sorry.                    14:37:34

6     BY MS. VEROFF:

7     Q.   Did anyone in the Department of Education

8     speak with anyone in Governor Justice's office

9     about the Department's decision not to support

10    H.B. 3293?                                  14:37:43

11    A.   Not that I'm aware of.

12    Q.   And did anyone at the Department of

13    Education ask Governor Justice to veto H.B. 3293?

14    A.   Not that I'm aware of, no.

15    Q.   And is the Department of Education's    14:37:58

16    current position that it doesn't support H.B.

17    3293?

18          MS. MORGAN:  Object to form.

19          THE WITNESS:  We -- the Department of

20    Education has to -- we have to follow anything once 14:38:08

21    it is codified and put in statute.

22    BY MS. VEROFF:

23    Q.   And does the State Board not support H.B.

24    3293?

25          MS. MORGAN:  Object to form.           14:38:21

                                              Page 117

```
 1              THE WITNESS:  Once it was codified, the

 2     State Board is charged with implementing and

 3     enforcing.

 4     BY MS. VEROFF:

 5         Q.   How frequently does the Department of      14:38:31

 6     Education decide that it doesn't support a bill?

 7         A.   I could not speak to the frequency.  We

 8     have a few different options.  You know, we --

 9     there are ought times when we say ask for a veto.

10     Specifically there are times when we say we don't   14:38:50

11     have a stance.  So I'm not sure.

12         Q.   In your tenure as deputy superintendent,

13     have you ever seen an Enrolled Bill Review Form

14     besides the one for H.B. 3293 that says that the

15     Department of Education doesn't support a bill?     14:39:01

16         A.   This would actually be my first year as --

17     in -- as deputy with a session and for -- I

18     wouldn't have access to those to review prior to

19     them being submitted.  And we haven't had any

20     legislation sent to the governor's office yet.      14:39:18

21         Q.   I see.

22              And so you weren't in this role when this

23     Enrolled Bill Review Form was passed?  Am I

24     understanding that correctly?

25         A.   I don't believe so.                        14:39:28
```

Page 118

```
 1        Q.   Got it.

 2             And I'd like now for you to look at Item

 3    Number 15, so just below where we were looking,

 4    which says, "Please identify whether any other

 5    state agency should also provide a bill review:"      14:39:45

 6    And the answer is "HEPC."

 7             Did I read that correctly?

 8        A.   Yes.

 9        Q.   What is HEPC?

10        A.   It's our Higher Education Policy              14:39:55

11    Commission.

12        Q.   And what is the HEPC's relationship to the

13    Department of Education?

14        A.   Really the best way to describe it is like

15    a sister agency.  It oversees our colleges and        14:40:08

16    current technical centers -- or career and

17    technical -- I'm sorry, career and --

18             (Interruption in audio/video.)

19             THE COURT REPORTER:  Excuse me.

20             THE WITNESS:  I'm sorry, career and          14:40:17

21    technical community colleges.

22    BY MS. VEROFF:

23        Q.   Thank you.

24             And did anyone in the Department of

25    Education have any communication with anyone at       14:40:26
```

Page 119

1    HEPC about H.B. 3293?

2              MS. MORGAN:  Object to form.

3              THE WITNESS:  I'm not aware of any

4    communication.

5    BY MS. VEROFF:                                    14:40:36

6        Q.   And did the superintendent have any

7    communications with anyone at HEPC about H.B.

8    3293?

9              MS. MORGAN:  Object to form.

10             THE WITNESS:  Not that I'm aware of.      14:40:45

11   BY MS. VEROFF:

12       Q.   And why did the Department of Education

13   believe that HEPC should also provide a bill

14   review?

15       A.   Because the bill references sports at the  14:40:54

16   college level as well, and so they -- they had

17   oversight over that age of students.

18       Q.   And did HEPC actually provide a bill

19   review?

20       A.   I don't know if they did or not.           14:41:10

21             MS. VEROFF:  And now I'd like to introduce

22   another exhibit.  I'll let you know when this is

23   available to you in the Marked Exhibits folder.

24             (Blatt Deposition Exhibit 23 was marked

25             electronically.)                          14:41:43

                                            Page 120

```
 1    BY MS. VEROFF:

 2        Q.   You should now see Exhibit 23 in your

 3    Marked Exhibits folder.  Just let me know when you

 4    have it.

 5        A.   Okay.                                    14:41:52

 6        Q.   So this is Bates stamped WVSBOE 000001.

 7    It's an e-mail from Sarah Stewart, dated Thursday,

 8    July 1st, 2021, to Heather Hutchens.  Subject

 9    line --

10            THE COURT REPORTER:  Could you slow down,

11    please, Counsel.

12            MS. VEROFF:  I'm so sorry.

13    BY MS. VEROFF:

14        Q.   It's from Sarah Stewart sent Thursday,

15    July 1st, 2021, to Heather Hutchens.  The subject   14:42:18

16    line is "fyi."

17            Do you recognize this e-mail?

18        A.   Yes.

19        Q.   And I'll represent that it was provided by

20    your counsel to plaintiff's counsel as part of      14:42:23

21    discovery production.

22            Did you review this e-mail in preparation

23    for today's deposition?

24        A.   I did.

25        Q.   And did you review the article that Sarah   14:42:34
```

Page 121

1    Stewart links to in the body of the e-mail?

2        A.   I did not.

3        Q.   Do you know why Sarah Stewart e-mailed

4    this article to Heather Hutchens?

5            MS. MORGAN:  Object to form.            14:42:47

6            THE WITNESS:  I don't, but I would -- you

7    know, I would assume she was just sharing

8    information on the fact that it had been

9    a MetroNews article.  It's not uncommon for

10   anything us to share education -- anything related   14:43:00

11   to education with each other.

12   BY MS. VEROFF:

13       Q.   And did Heather Hutchens respond to this

14   e-mail?

15           MS. MORGAN:  Heather Hutchens or Sarah      14:43:09

16   Stewart?

17   BY MS. VEROFF:

18       Q.   Did Heather Hutchens respond to the

19   e-mail?

20           MS. MORGAN:  Object to form.            14:43:16

21           THE WITNESS:  I'm not -- I don't know.

22   BY MS. VEROFF:

23       Q.   And you mentioned that Sarah Stewart has

24   left the Department of Education.

25           Do you know why she left?            14:43:20

                                              Page 122

```
1              MS. MORGAN:  Object to form.
2              THE WITNESS:  She took another position --
3      BY MS. VEROFF:
4          Q.   And do you know where other position is?
5              (Simultaneous speaking.)              14:43:24
6              (Interruption in audio/video.)
7          A.   -- or another job.
8              THE COURT REPORTER:  Excuse me.  There was
9      speaking over.  I didn't get the rest of the
10     answer.                                       14:43:33
11             THE WITNESS:  I said, "She took another
12     job."
13     BY MS. VEROFF:
14         Q.   And I'm sorry for interrupting.
15             Do you know where her new job is?      14:43:38
16         A.   She works with West Virginia legislature.
17         Q.   And do you know what department or
18     committee at the West Virginia legislature?
19         A.   She's counsel for the senate president.
20         Q.   And who is the senate president?       14:43:59
21         A.   Craig Blair.
22         Q.   I see.
23             And was Craig Blair the president of the
24     senate at the time that H.B. 3293 was passed?
25         A.   Yes, I believe so.                     14:44:08
```

Page 123

1          Q.    Great.

2                And -- and I'm sorry if I didn't ask this

3     earlier.

4                Did you speak with Superintendent Burch in

5     preparing for today's deposition?                    14:44:19

6          A.    No.

7          Q.    No.

8                I just have a few last questions, and I

9     think we can take another break.  And this is just

10    about H.B. 3293.                                      14:44:29

11               Under H.B. 3293, can cisgender girls play

12    on girls' sports teams?

13         A.    Sorry.  Could you repeat.

14         Q.    Of course.

15               Under H.B. 3293, can cisgender girls play   14:44:45

16    on girls' sports teams?

17         A.    Yes.

18         Q.    Under H.B. 3293, can transgender girls

19    play on girls' sports teams?

20               MS. MORGAN:  Object to form.               14:45:00

21               MR. TRYON:  This -- this is David Tryon.

22               Objection as to terminology.

23               THE WITNESS:  Yes, according to

24    statute they -- or no, according to statute, they

25    cannot.                                               14:45:09

                                            Page 124

```
 1    BY MS. VEROFF:

 2        Q.   Thank you.

 3             And under H.B. 3293, can B.P.J., the

 4    plaintiff in this case, play on a girls' sports

 5    team?                                           14:45:23

 6        A.   No.  According to this statute, no.

 7        Q.   And why can't she play on a girls' sports

 8    team?

 9             MS. MORGAN:  Object to form.

10             THE WITNESS:  Because the statute would   14:45:32

11    prohibit it.

12    BY MS. VEROFF:

13        Q.   If B.P.J. were a cisgender girl, could she

14    play on girls' sports teams under H.B. 3293?

15             MS. MORGAN:  Objection to form.          14:45:40

16             THE WITNESS:  According --

17             MR. TRYON:  Objection.

18             THE WITNESS:  According to what I read in

19    the statute, yes.

20    BY MS. VEROFF:                                   14:45:47

21        Q.   Does the State Board believe that H.B.

22    3293 is necessary?

23             MS. MORGAN:  Object to form.

24             THE WITNESS:  So we've not had an issue in

25    the past is what we've -- we had said from -- you  14:45:59
```

Page 125

```
 1    know, throughout the thing, that it's not been a

 2    concern in West Virginia.

 3    BY MS. VEROFF:

 4        Q.   And does the State Board believe that H.B.

 5    3293 advances any important government interests?    14:46:10

 6            MS. MORGAN:  Object to form.

 7            THE WITNESS:  I'm not aware -- or I mean,

 8    I -- not that we're aware of.

 9    BY MS. VEROFF:

10        Q.   Is it -- so just to confirm, do you mean    14:46:20

11    that you're not aware of whether the State Board

12    thinks that any important government interests are

13    advanced, or do you mean that the State Board does

14    not believe that any important government

15    interests are advanced by H.B. 3293?               14:46:34

16        A.   There -- the State Board --

17            MR. TRYON:  This is David Tryon.

18    Objection to calls for a legal conclusion.

19            MS. MORGAN:  Object form.

20            THE WITNESS:  The -- the -- the State       14:46:42

21    Board is not aware if there is or is not a

22    relationship for -- for that.

23    BY MS. VEROFF:

24        Q.   Great.

25            MS. VEROFF:  So I think at this time, I     14:46:51
```

                                                  Page 126

```
1     think I'm -- I'm close to being finished.  So I'd
2     like to suggest that we go off the record and take
3     a five-minute break just so I can confer with
4     co-counsel before we wrap up.
5             Does that sound okay to everybody?        14:47:07
6             MS. MORGAN:  Okay.
7             MR. TRYON:  Yes, I -- I needed some -- a
8     break.  Thank you.
9             THE VIDEOGRAPHER:  Okay.  We're going off
10    the record.  The time is 2:47 p.m., and this is the   14:47:15
11    end of Media Unit Number 3.
12            (Short recess taken.)
13            THE VIDEOGRAPHER:  We are back on the
14    record at 3:01 p.m., and this is the beginning of
15    Media Unit Number 4.                              15:01:42
16            Go ahead.
17            MS. VEROFF:  Thank you so much, Ms. Blatt,
18    for your time today.  I hope, as indicated, this
19    was a fairly pain-free deposition.  And I've
20    reached the end of my questioning.                15:01:54
21            Plaintiff would like to leave today's
22    deposition open in -- in light of potential
23    inadequacy of preparation issues.  And also I
24    reserve my rights to ask questions following from
25    any questions asked by the other parties or if     15:02:08
```

Page 127

1      there are any changes in the errata.

2              But other than, I am finished, and so will

3      turn it over to counsel for other parties.

4              THE WITNESS:  Thank you.

5              MS. MORGAN:  Just for a moment, we do not      15:02:19

6      agree to leave this deposition open.  You have been

7      allowed full opportunity to ask any questions

8      pursuant to these 12 topics, and she's answered

9      them fully.

10             MS. VEROFF:  I'll just add for the record     15:02:31

11     that the witness stated at the beginning of

12     deposition when we were viewing the notice of

13     examination -- or the topics of examination, that

14     there was one topic that she did no preparation

15     for.  And the witness also admitted that she didn't  15:02:41

16     speak with any of the individuals featured in the

17     discovery responses.

18             MS. MORGAN:  I don't believe that she --

19             MS. VEROFF:  Or she --

20             MS. MORGAN:  -- actually has testified        15:02:52

21     that she didn't prepare for any topics.  May- --

22     there may not have been any documents to review to

23     prepare.  But, you know, her testimony is what it

24     is.  We're -- we're not agreeing to keep her

25     deposition -- or a deposition of a 30(b)(6)           15:03:08

Veritext Legal Solutions
866 299-5127

```
 1    representative open.

 2              Does anyone else have any other questions?

 3                        EXAMINATION

 4    BY MS. GREEN:

 5         Q.   This is Roberta Green, here on behalf of      15:03:24

 6    WVSSAC.   And, Ms. Blatt, I have a few questions

 7    for you.   Appreciate your patience.

 8              I've heard you testify to some things that

 9    referenced Bernie Dolan.

10              Did you confer with Bernie Dolan today --    15:03:37

11    or prior to your deposition today?

12         A.   No.

13         Q.   So in terms of who Mr. Dolan communicated

14    with relative to the legislation, would you defer

15    to Mr. Dolan identify those persons for himself?       15:03:54

16         A.   Yes, I would.

17         Q.   And in terms in your Deposition

18    Exhibit 21, which is the Green Book, at page 23,

19    there's a summary of House Bill 3293 that

20    represents that the West Virginia Board Department     15:04:08

21    of Education contact is Bernie Dolan.

22              Do you recollect that document?

23         A.   Yes.

24         Q.   And as you sit here, do you understand

25    that Bernie Dolan is not a West Virginia             15:04:18
```

```
 1     Department of Education employee?

 2         A.   I do.

 3         Q.   And are you aware of whether Mr. Dolan was

 4     aware he was listed in the Green Book as the West

 5     Virginia Department of Education contact relative    15:04:30

 6     to House Bill 3293?

 7         A.   I'm not aware if he was or not.

 8         Q.   And in terms of any involvement Mr. Dolan

 9     had in preparing the bill summary that's listed in

10     the Green Book at page 23, as you sit here, do you   15:04:44

11     know whether he had involv- -- any involvement at

12     all?

13         A.   I do not know if he did.

14         Q.   And in terms of whether Mr. Dolan --

15              (Interruption in audio/video.)             15:04:57

16              THE COURT REPORTER:  Excuse me.  Counsel,

17     there was a cough and an interruption.  If you

18     would please start over, please.

19              MS. GREEN:  Wow.  I don't know.  We --

20     well, I could try or maybe something a little        15:05:09

21     different.

22     BY MS. GREEN:

23         Q.   So I can't even -- and I don't know

24     whether I asked you whether Mr. -- you know

25     whether Mr. Dolan ever even reviewed this bill       15:05:22
```

1    summary that's in the Green Book at page 23.

2        A.    I don't know that if he did.

3        Q.    And I believe you testified that the State

4    Board has no official relationship with WVSSAC; is

5    that true?                                        15:05:48

6        A.    I said the relationship was in that we --

7    the State Board approves the -- the rules for the

8    SSAC.

9        Q.    And other than that, no relationship; is

10   that true?                                        15:05:58

11       A.    Yes.

12       Q.    So you would defer to WVSSAC to answer its

13   own questions relative to its internal practices

14   and how it proceeds internally; is that true?

15       A.    Yes.                                    15:06:12

16       Q.    And you're not a 30(b) witness for SSAC,

17   are you?

18       A.    No, I'm not.

19       Q.    All right.

20             And in terms of whether SSAC has to comply  15:06:26

21   with State rules, is it actually that the SSAC's

22   member schools or the membership of SSAC has to

23   comply with the State rules?  Do --

24       A.    Yes, that would be -- that's how I would

25   understand.  Our schools would have to comply with  15:06:44

                                               Page 131

```
 1    the rules.
 2         Q.   Okay.  Very good.
 3              And in terms of the 2.0 rule, I recollect
 4    you spoke to the 2.0 rule.
 5              Do you recollect that testimony?         15:06:54
 6         A.   Yes, that that was the only reference to
 7    sports participation that's in a State Board
 8    policy.
 9         Q.   All right.
10              And in terms of who actually has a --     15:07:05
11              (Interruption in audio/video.)
12              THE COURT REPORTER:  Excuse me.  If you
13    would please start over.  There was an interruption
14    in audio.
15    BY MS. GREEN:                                       15:07:17
16         Q.   So in terms of who actually has authority
17    to enforce or waive the 2.0 rule, that would be
18    the State Board; wouldn't it?
19         A.   No.  That would be the authority of the --
20    enforcement of the 2.0 rule lies with the schools    15:07:35
21    and with the counties, mainly with the schools who
22    are reviewing the -- the records of the students.
23         Q.   Okay.  And very good point.  Thank you for
24    clarifying, not SSAC.
25              SSAC doesn't enforce the State Board's     15:07:49
```

Page 132

1    rules; correct?

2           MS. VEROFF:  Objection as to counsel

3    testifying.

4    BY MS. GREEN:

5        Q.   State -- State Board rule, your one rule;    15:07:59

6    is that true?

7        A.   Elig- -- eligibility is determined at the

8    school level.

9        Q.   All right.

10          And in terms of -- I think during the        15:08:07

11   pandemic, the State Board had waived or changed

12   compliance with the 2.0 rule, and that was done by

13   the State Board; wasn't it?

14       A.   Yes.

15       Q.   That's not SSAC doing that with your rule,   15:08:20

16   was it?

17       A.   No.

18       Q.   And I'm not sure whether I asked you or

19   not -- and maybe counsel will all object and tell

20   me I did.                                            15:08:38

21          But in terms of any sorts of

22   communications Bernie Dolan had with the

23   legislature or didn't have, any sort of e-mails

24   Bernie Dolan sent, any sort of communication, you

25   would defer to Mr. Dolan to speak for himself,       15:08:50

```
 1    would you not?

 2        A.   Yes.

 3        Q.   Thank you.  Appreciate it.

 4        A.   Thank you.

 5             MS. GREEN:  No further questions at this    15:08:58

 6    time.  Thank you, all.

 7             MR. TRYON:  Ms. Blatt, my name the David

 8    Tryon.  I don't see my video coming up yet.

 9    But anyways, my name is David Tryon, on behalf of

10    the State of West Virginia.  Thank you very much    15:09:12

11    for your time today.  We have no questions.  Thank

12    you.

13             THE WITNESS:  Thank you.

14             MS. GREEN:  Good afternoon, Ms. Blatt.  My

15    name is Susan Deniker.  I represent the Harrison    15:09:27

16    County Board of Education and Superintendent

17    Stutler.  Thank you for your time today.  I do not

18    have any questions.

19             THE WITNESS:  Thank you.

20             MS. MORGAN:  So I have a few clarifying     15:09:37

21    questions that I would like to ask Ms. Blatt.

22                        EXAMINATION

23    BY MS. MORGAN:

24        Q.   You were asked about the 2.0 rule, both by

25    plaintiff's counsel as well as counsel for SSAC.    15:09:48
```

Page 134

1    And just want to clarify.

2         That is a -- a rule that was promulgated

3    by the West Virginia Board of Education; correct?

4         A.   Yes.

5         Q.   And it was -- it is to be implemented,        15:10:01

6    enforced by who?

7         A.   By this -- membership schools.

8         Q.   Is that similar to what will happen in the

9    future if a rule is promulgated by the Board of

10   Education?                                              15:10:19

11        A.   Yes.

12             MS. VEROFF:  Objection as to form.

13   BY MS. MORGAN:

14        Q.   Has the State Board of Education ever

15   discussed 3293 at a meeting -- discussed House          15:10:38

16   Bill, that it was codified, 3293, at a board

17   meeting?

18        A.   No, they have not.

19             MS. VEROFF:  Objection.  Asked and

20   answered.                                               15:10:51

21   BY MS. MORGAN:

22        Q.   Have they taken any vote or action?

23        A.   No, they have not.

24        Q.   Has the department received any complaints

25   about --                                                15:11:07

                                              Page 135

```
 1              MS. VEROFF:  Object- --

 2              (Simultaneous speaking.)

 3              (Interruption in audio/video.)

 4    BY MS. MORGAN:

 5       Q.   -- stu- -- has the State Board of          15:11:12

 6    Education or the Department of Education received

 7    any complaints by any individuals about

 8    transgender athletes participating in sports?

 9       A.   No, we have not.

10       Q.   When --                                    15:11:29

11              MS. MORGAN:  Let's go off the record just

12    for a moment.

13              THE VIDEOGRAPHER:  Okay.  We're going off

14    the record.  The time is 3:11 p.m.

15              (Off the record.)                        15:12:01

16              THE VIDEOGRAPHER:  We're back on the

17    record at 3:12 p.m.

18              Go ahead.

19    BY MS. MORGAN:

20       Q.   Topic 8 states that it's about "Your       15:12:53

21    Policies, Documents and Communications Concerning

22    the separation of boys and girls in sports in West

23    Virginia prior to and following the passage of

24    H.B. 3293."  [As read]

25              Are -- are there any policies, documents   15:13:11
```

Page 136

```
 1    or communications regarding that topic?

 2         A.    No, we do not have any.

 3         Q.    Did you prepare for that topic to testify

 4    here today?

 5         A.    Just in stating -- reviewing it, we do not    15:13:23

 6    have anything that relates to that in a policy.

 7         Q.    Okay.

 8              MS. MORGAN:  It's all the questions I

 9    have.

10              THE COURT REPORTER:  May we go off the        15:13:40

11    record, Counsel?

12              THE WITNESS:  Go off the record?

13              MS. MORGAN:  If everybody is done, I think

14    we are done here.  And she'll read.

15              THE VIDEOGRAPHER:  Okay, then.  We are off    15:13:52

16    the record at 3:13 p.m.  This ends today's test- --

17    testimony given by Michele Blatt.

18              The total number of media used was four,

19    and will be retained by Veritext Legal Solutions.

20              (Proceedings concluded, 3:13 p.m., EST, on

21    February 14, 2022.)

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1                        JURAT

 2

 3          I, MICHELE BLATT, do hereby certify under

 4    penalty of perjury that I have read the foregoing

 5    transcript of my deposition taken remotely on the

 6    14th day of February, 2022; that I have made such

 7    corrections as appear noted herein in ink,

 8    initialed by me; that my testimony as contained

 9    herein, as corrected, is true and correct.

10

11          Dated this _____ day of _____, 2022,

12    at

13    _____.

14

15

16

17

18

19                      _____

                        MICHELE BLATT

20

21

22

23

24

25

                                        Page 138
```

```
 1                 CERTIFICATE OF REPORTER
 2           I, Hanna Kim, a Certified Shorthand
 3    Reporter, do hereby certify:
 4           That prior to being examined, the witness
 5    in the foregoing proceedings was by me duly sworn
 6    to testify to the truth, the whole truth, and
 7    nothing but the truth;
 8           That said proceedings were taken before me
 9    at the time and place therein set forth and were taken
10    down by me in shorthand and thereafter transcribed
11    into typewriting under my direction and supervision;
12           I further certify that I am neither
13    counsel for, nor related to, any party to said
14    proceedings, not in anywise interested in the
15    outcome thereof.
16           Further, that if the foregoing pertains to
17    the original transcript of a deposition in a federal
18    case, before completion of the proceedings, review of
19    the transcript [X] was [ ] was not requested.
20           In witness whereof, I have hereunto
21    subscribed my name.
22    Dated:  3rd day of March, 2022
23
24
25           Hanna Kim, CLR, CSR No. 13083
```

Page 139

```
 1    Ms. Michele Blatt

 2    mlblatt@k12.wv.us

 3                                     March 3, 2022

 4    RE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION

 5    February 14, 2022, Michele Blatt (JOB NO. 5079505)

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10        to schedule a time to review the original transcript at

11        a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13        Transcript - The witness should review the transcript and

14        make any necessary corrections on the errata pages included

15        below, notating the page and line number of the corrections.

16        The witness should then sign and date the errata and penalty

17        of perjury pages and return the completed pages to all

18        appearing counsel within the period of time determined at

19        the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21        Counsel - Original transcript to be released for signature

22        as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24        time of the deposition.

25
```

Page 140

1    _X_  Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __  Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1   B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION
 2   Michele Blatt (JOB NO. 5079505)
 3                  E R R A T A  S H E E T
 4   PAGE_____ LINE_____ CHANGE_____
 5   _____
 6   REASON_____
 7   PAGE_____ LINE_____ CHANGE_____
 8   _____
 9   REASON_____
10   PAGE_____ LINE_____ CHANGE_____
11   _____
12   REASON_____
13   PAGE_____ LINE_____ CHANGE_____
14   _____
15   REASON_____
16   PAGE_____ LINE_____ CHANGE_____
17   _____
18   REASON_____
19   PAGE_____ LINE_____ CHANGE_____
20   _____
21   REASON_____
22
23   _____    _____
24   WITNESS                         Date
25

                                            Page 142
```

**[& - 3293]**

| & | | | |
|---|---|---|---|

**&**  4:14 5:15
  140:23 141:9

| 0 | | | |
|---|---|---|---|

**000001**  9:21 121:6
**000002**  9:10 103:7
**000005**  9:11
**000006**  9:6 99:8
**000007**  95:5
**000008**  93:17
**000009**  9:7
**000013**  106:3
**000035**  25:19
**000036**  106:4
**000037**  111:5
**000038**  25:21
  111:6 113:20
**00008**  76:2
**00316**  1:8 2:8
  10:13

| 1 | | | |
|---|---|---|---|

**1**  9:20 10:7 18:24
  19:6 35:17 55:23
  86:22 99:6 141:1
**10**  24:19,24
**10005**  4:8
**102**  9:8
**105**  9:12
**11**  25:7,15,24
  40:20,25 76:8
**110**  9:16
**112**  5:8
**12**  8:25 17:12
  18:22 26:8,13
  29:22 35:14 81:1
  83:14 85:5 86:23
  102:4 128:8
**120**  4:7 9:18
**127csr2**  51:15
  52:9,12

**129**  7:6
**12:09**  10:2,5
**12:18**  18:14
**12:28**  18:17
**13**  7:5
**13083**  1:24 2:25
  139:25
**134**  7:7
**14**  1:21 2:22 10:2
  113:21 137:21
  140:5
**1411**  6:7
**14th**  10:6 138:6
**15**  8:4 9:5 17:18
  17:23 119:3
**15100**  6:17
**15th**  93:22 95:10
  99:13
**16**  8:6 46:4,8,15
**17**  8:4,10 9:9
  50:11,15
**17th**  103:10
**18**  8:18 67:25 68:2
**18-2-25**  51:14
**18-2-25d**  15:7
**19**  9:4 75:11,14
  93:8 95:4
**19th**  4:7
**1:08**  55:22
**1:15**  55:20
**1:18**  56:1
**1:51**  86:4
**1st**  23:7 24:21
  121:8,15

| 2 | | | |
|---|---|---|---|

**2**  9:17 19:15,19
  56:2 86:5 95:3
**2.0**  66:13,18 132:3
  132:4,17,20
  133:12 134:24

**20**  9:8 102:19,24
**200**  6:7
**2019**  23:7 24:21
**2021**  9:5,9,12,14
  9:16,20 25:18
  76:8 93:22 95:10
  99:13 103:10
  106:12,13,25
  107:4 121:8,15
**2022**  1:21 2:22
  10:2,6 137:21
  138:6,11 139:22
  140:3,5
**2025.520**  140:9,12
**20th**  3:11
**21**  9:12 105:15,19
  105:23 108:4
  129:18
**212.809.8585**  4:9
**22**  9:16 110:20,23
**23**  9:18 108:3,4
  120:24 121:2
  129:18 130:10
  131:1
**234**  40:6
**24**  9:15
**25301**  4:19 6:8
**25305-0220**  5:9
**25339-3952**  3:22
**26330**  5:18
**2:03**  86:8
**2:21**  1:8 2:8 10:13
**2:47**  127:10

| 3 | | | |
|---|---|---|---|

**3**  3:11 8:9 20:2,8
  75:25 76:6 86:9
  93:15 127:11
  140:3
**30**  8:4 17:3,5 32:6
  49:8 58:7 81:18
  100:7 128:25

131:16 141:1
**304.345.1400**  6:9
**304.558.2021**  5:10
**304.720.0711**  4:20
**304.933.8154**  5:19
**3293**  15:5,6 16:21
  16:25 21:6,13
  22:16 23:20 24:6
  24:9,13 25:8,16,18
  25:20 37:21 44:25
  45:12 64:15,18
  67:12,13,15,16,20
  68:19,22 69:5,19
  70:3,16,24 71:10
  71:14,19 72:8,16
  72:17,21,24 73:4
  73:14 74:7,11,21
  75:3 78:1,23
  79:25 80:9 81:7
  81:15 82:19 83:1
  84:1,15,25 86:25
  88:7,16,24 89:3,7
  89:11,16,20,24
  90:4,8,12,16 96:15
  96:23 97:20 99:4
  100:5 101:10,12
  101:19 102:9
  103:11 104:5
  105:9 108:9,15,20
  109:4 110:14
  112:9 113:8,14
  114:6,23 115:1,7
  115:24 116:10,24
  117:10,13,17,24
  118:14 120:1,8
  123:24 124:10,11
  124:15,18 125:3
  125:14,22 126:5
  126:15 129:19
  130:6 135:15,16
  136:24

[3293's - anyways]

**3293's** 88:5,14,22
  89:1,5,9,14,18,22
  90:2
**3952** 3:21
**3:01** 127:14
**3:11** 136:14
**3:12** 136:17
**3:13** 137:16,20
**3rd** 139:22

**4**

**4** 18:2 21:4,12
  127:15
**4.1** 53:13
**4.1.** 51:16 52:25
**400** 5:17
**415.693.2000** 3:13
**430** 5:8
**46** 8:6
**480.444.0020** 6:19

**5**

**5** 21:19 22:1 50:23
  51:3,5
**50** 8:10 59:6
**500** 4:17
**5079505** 1:25
  140:5 142:2
**55** 36:23
**57** 8:17

**6**

**6** 5:8 8:4 17:3,5
  18:2,4 22:9,21
  32:6 68:13,17
  81:18 100:7
  128:25
**60** 54:13
**600** 4:18
**6538** 139:24
**68** 8:18

**7**

**7** 23:4,10
**75** 9:4

**8**

**8** 23:16,23 29:6
  136:20
**80** 63:7
**82** 57:7
**83** 57:7
**85260** 6:18

**9**

**9** 8:5 24:5,12
**90th** 6:17
**914.393.4614** 3:23
**94111** 3:12

**a**

**abbreviated** 38:1
**able** 46:8 50:15
  52:21 68:5 72:25
  73:5 75:16 100:12
  105:20 109:22
  110:23,25
**abraham** 84:5,6
  95:11 98:13 99:15
**abstract** 111:13
**accept** 49:7
**access** 38:12 107:4
  118:18
**accomplish** 42:11
**accord** 69:8
**account** 104:24
  105:8
**accountability**
  28:20 47:22 60:6
  60:18 61:6,14
  62:10 84:23
**accurate** 47:10
  69:3 87:17
**accurately** 87:9

**aclu** 11:8,10,12
**acluwv.org** 3:24
**act** 40:1
**action** 1:7 2:7
  26:10 69:25 71:19
  80:8 85:6 135:22
**actions** 71:12
**activities** 1:10
  2:10 6:4 12:8 21:8
  21:21 37:9,14
  48:12,15,23 49:2
  49:24 51:8 52:4
  52:23 53:11 62:18
  65:12 73:13 74:5
  108:17
**add** 128:10
**addressed** 64:10
  87:11 92:22
**adhering** 47:24
**adkins** 84:18,19
**administer** 12:16
**administered**
  12:19
**administration**
  30:12 65:2
**admissions** 85:17
**admitted** 128:15
**ado** 99:24 100:4
  101:10,12,20
  102:10
**adopting** 110:8,13
**adult** 29:9
**advanced** 126:13
  126:15
**advances** 126:5
**affairs** 112:11
**afternoon** 10:4
  13:5 95:24 134:14
**age** 120:17
**agency** 119:5,15

**agency's** 113:1
**agree** 78:14 79:24
  101:19 102:9
  110:12 128:6
**agreeing** 128:24
**ahead** 17:19 18:18
  29:24 45:4 46:1
  55:6 56:3 74:16
  78:19 83:11,16
  86:10 127:16
  136:18
**al** 10:10
**alert** 85:4
**aligned** 58:17
**alliance** 6:13
  12:10 89:7
**allow** 14:17 29:24
  62:13
**allowed** 53:10
  54:16 57:11 128:7
**american** 3:16
**andrew** 3:7 10:25
**annotations** 16:24
**annually** 48:2
**answer** 14:10,18
  45:4 68:20 72:11
  73:10 74:1,16
  78:19 90:18 91:2
  91:6,18 92:19
  96:11 98:4 100:11
  101:22 104:14
  108:1 113:23
  114:11 119:6
  123:10 131:12
**answered** 54:3
  91:10 94:19 102:2
  128:8 135:20
**answers** 14:3,4
  92:8,10
**anyways** 55:21
  134:9

Page 2

[anywise - believe]

| | | | |
|---|---|---|---|
| **anywise** 139:14 | **asking** 27:3,12 | 132:11,14 136:3 | **background** 27:11 |
| **appeals** 62:5 | 43:21 70:11 79:12 | **audits** 47:25 | 60:24 64:24 |
| **appear** 96:18 | 98:1 100:20 101:3 | **authority** 20:4 | 107:20 |
| 138:7 | 101:5 | 21:6 41:21 49:6 | **bailey** 4:14 |
| **appearances** 3:1 | **aspects** 79:25 | 51:7 56:8 132:16 | **baileywyant.com** |
| 4:1 5:1 6:1 | **assigned** 15:17,23 | 132:19 | 4:21 |
| **appearing** 140:18 | 56:16 84:12 | **available** 46:3 | **band** 52:3 |
| 141:7 | **assistance** 37:7 | 50:9 51:13 67:23 | **barr** 3:7 10:25,25 |
| **apply** 63:11 | **assistant** 5:4 30:13 | 75:9 105:14 107:5 | **based** 41:13 49:16 |
| **appointed** 40:24 | 30:14 31:6,8 65:3 | 120:23 | 49:16 57:20 58:9 |
| **appreciate** 55:4 | **association** 48:18 | **avatara** 4:6 11:16 | 69:24 107:20 |
| 78:10 129:7 134:3 | 66:9 | **avenue** 5:8 | **basically** 27:19 |
| **appropriate** 78:15 | **assume** 14:10 78:7 | **avoid** 14:16 | 36:16 43:2 61:23 |
| 87:8 | 122:7 | **aware** 38:17 50:1 | **basis** 35:13 |
| **approval** 28:4 | **assure** 47:3 | 53:24 85:1 88:21 | **basketball** 31:22 |
| 41:25 49:4 66:8 | **athletes** 136:8 | 88:25 89:4 90:1,6 | 32:16 |
| **approve** 49:9,12 | **athletic** 48:20 52:3 | 90:9,13 104:12 | **bates** 9:6,10,20 |
| 106:22,24 | 108:11 109:1 | 111:25 112:5 | 25:18,20 76:1 |
| **approved** 42:17 | **athletics** 20:5 23:6 | 114:24 116:11 | 93:16 95:5 99:7 |
| 48:25 49:19 51:14 | 51:7 65:20 | 117:11,14 120:3 | 103:6 106:2 111:4 |
| 58:9 | **attached** 76:21 | 120:10 126:7,8,11 | 113:20 121:6 |
| **approves** 58:11 | **attachment** 9:9 | 126:21 130:3,4,7 | **becoming** 31:9 |
| 131:7 | **attention** 51:2 | **b** | 45:23 |
| **approximately** | **attorney** 5:4 10:21 | **b** 8:4 13:12 17:3,5 | **beginning** 54:19 |
| 33:20 40:6 | 14:13 19:13,25 | 32:6 81:18 100:7 | 56:1 57:20 86:8 |
| **area** 59:24 | 20:19,22 80:19 | 128:25 131:16 | 127:14 128:11 |
| **areas** 27:24 | 83:18,21 84:9 | 141:1 | **begun** 72:7 |
| **arising** 115:18 | 98:3 100:21 115:4 | **b.p.j.** 1:5 2:5 3:3 | **behalf** 2:21 11:11 |
| **arizona** 6:18 | **attorneys** 20:22 | 4:3 10:9,22 16:3 | 11:13,15,17,20,25 |
| **armistead** 1:16 | 21:1,2,17 22:7 | 24:20 32:19 33:1 | 12:3,4,7 26:24 |
| 2:16 6:12 12:12 | 23:2,14 24:3,17 | 125:3,13 140:4 | 27:13 73:22 77:23 |
| **article** 121:25 | 25:5 26:6,18 | 142:1 | 78:3 79:13,21 |
| 122:4,9 | 70:13 97:2 112:19 | **b.p.j.'s** 33:4,7,10 | 87:22 101:25 |
| **articles** 32:24 | **audio** 18:11 25:9 | **bachelor's** 29:6 | 107:25 108:21 |
| **aside** 80:6 | 43:15 44:2,6 | **back** 18:17 28:4 | 109:4 129:5 134:9 |
| **asked** 54:3 79:7 | 63:23 72:1 77:12 | 42:16 55:15,25 | **believe** 18:2 35:16 |
| 85:9 90:5 92:4 | 82:7 91:12 96:10 | 56:6 67:11 86:7 | 52:14 57:7 78:15 |
| 94:19 96:21 102:2 | 98:7 100:9 114:9 | 87:3 88:4 93:7 | 91:4 97:16 107:9 |
| 127:25 130:24 | 114:12 115:12 | 95:24 127:13 | 113:16 115:21 |
| 133:18 134:24 | 116:3 119:18 | 136:16 | 118:25 120:13 |
| 135:19 | 123:6 130:15 | | 123:25 125:21 |

Page 3

[believe - career]

126:4,14 128:18
131:3
**bernie**   76:8,18,19
76:21 77:9,18,25
78:22 108:16,18
129:9,10,21,25
133:22,24
**best**   14:15,19
72:11 119:14
**better**   116:18
**beyond**   29:21 81:1
81:16 83:13 86:19
88:11
**bill**   9:16 15:6
16:21,25 21:13
24:13 25:19 26:3
76:10,22 77:2
93:24 95:13 99:17
106:21 107:7,14
107:16,19,21
108:1,9,15,19
109:4,16,20 110:7
110:9 111:18
112:8,12 113:2,6,8
113:9,13,24
115:20,22 118:6
118:13,15,23
119:5 120:13,15
120:18 129:19
130:6,9,25 135:16
**bills**   9:13 92:20
108:8 111:19
**birth**   15:17,24
**bit**   16:9 27:11,21
33:13 36:13 42:23
47:13 48:11 57:16
66:15 115:2
**blair**   123:21,23
**blatt**   1:20 2:20 7:3
8:3 9:3 10:8 12:18
13:3,11,14 17:23

18:21 28:24 46:4
50:11 67:25 75:11
87:4 88:4 102:19
105:15 110:20
120:24 127:17
129:6 134:7,14,21
137:17 138:3,19
140:1,5 142:2
**bldg**   5:8
**block**   3:20 11:12
11:12
**blvd**   5:17
**board**   1:8,9 2:8,9
4:12 5:13 8:9,11
8:15,19,23 10:10
11:20,23 12:5
14:25 15:1 18:25
19:9 20:23 21:20
26:25 27:4,10,14
28:3 31:4 32:25
33:3,6,9,24 34:3,5
34:24,25 35:6,8,10
36:4 37:16 38:21
38:23 39:5,8,16,19
40:7,11,21 41:1,9
41:11,13,22 42:3,7
42:8,11,25 43:2,7
43:8,10,11,12,21
44:12,15,21,24
45:8,11,14,18
46:17,20 47:1,14
47:18 48:4,8 49:1
49:5,6,11,13,19,25
50:4,6 53:20 54:1
54:9 56:10,10,13
56:13,14 57:1,6,8
57:11,18 58:4,12
58:22 59:21 60:1
60:8,15,24 61:10
61:16,17 62:19,22
63:1,5 64:7 65:7

65:10,15,18 66:2,6
66:11,20,22,25
67:3,15,18 69:2,8
69:16 70:2,15,24
71:1,10,13,18 72:7
72:15,20,23 73:3
73:14 74:6,9,11,20
75:2 79:13,24
80:3,7 82:15 88:6
88:15,23 89:2,6,10
89:11,15,19,23
90:7,10,18,21
101:19,23 102:1
104:19 110:12
114:19 117:23
118:2 125:21
126:4,11,13,16,21
129:20 131:4,7
132:7,18 133:5,11
133:13 134:16
135:3,9,14,16
136:5 140:4 142:1
**board's**   41:24
47:11 56:7 80:14
90:15 102:8
132:25
**boards**   21:9 36:11
36:15
**body**   41:25 94:10
99:23 103:19
122:1
**book**   9:12 25:17
26:2 106:14,18,25
107:4,8 109:20
129:18 130:4,10
131:1
**bottom**   46:18 51:3
75:25 76:5,6
93:16 95:4,8 99:7
103:6 106:2 111:4

**box**   3:21
**boys**   23:17 77:5
136:22
**breadth**   62:24
**break**   54:22 55:4,6
55:11,11 85:21,25
124:9 127:3,8
**breaks**   54:19
**bridgeport**   5:18
36:8 53:17 65:22
75:1
**bring**   16:19
**broader**   65:5
**brought**   114:19
**budgets**   28:5
**buffalo**   30:16,18
30:20
**burch**   1:10 2:10
4:13 8:16,24
11:21 20:23 28:13
28:19 33:15,18
86:21 90:3 124:4
**burch's**   8:12,20

**c**

**c**   4:15 5:5 13:11
**ca**   140:9,12,20
**california**   3:12 5:8
**call**   56:14
**calls**   45:2 53:5
72:10 78:24 79:16
81:17 96:16,25
126:18
**capacity**   1:11,12
2:11,12
**capehart**   5:6 12:2
**capitol**   5:7
**capture**   115:17
**captured**   88:11
**care**   95:20
**career**   41:6 119:16
119:17,20

Veritext Legal Solutions
866 299-5127

[carrington - confidential]

carrington  4:6
  11:16,17
case  10:13 16:4
  25:3 32:21,22
  40:25 85:12 125:4
  139:18
cases  84:13
catherine  83:5,7
  83:17 95:11 97:18
  98:21 99:14
ccp  140:9,12
center  3:11
centers  119:16
certain  42:21
  76:24 79:24 86:18
certificate  139:1
certification  52:20
  53:9,18
certified  2:24
  51:24 139:2
certify  138:3
  139:3,12
chairman  77:3
chance  17:8
chancellor  41:5
change  142:4,7,10
  142:13,16,19
changed  69:24
  133:11
changes  38:17
  58:9 128:1
charge  108:25
charged  42:8
  47:22 48:18 110:8
  110:13 118:2
charlene  28:20
charleston  1:3,22
  2:3,23 3:22 4:19
  5:9 6:8 10:1,12
chat  16:9

check  54:21
checklists  58:25
chief  28:23 112:18
chose  69:22
chosen  64:18
  67:18 69:19
  107:18 108:18,24
cisgender  15:13
  15:15 72:24
  124:11,15 125:13
civil  1:7 2:7 3:16
  140:19,20
clarify  135:1
clarifying  132:24
  134:20
classroom  29:12
clayton  1:10 2:10
  4:13 8:12,16,20,24
  11:21 28:12
clean  14:15
clear  14:11 29:21
client  98:3 100:21
clinton  28:19
close  127:1
clr  1:24 2:24
  139:25
coach  31:25 63:4
coburn  28:20
code  15:7 20:9,15
  20:17 22:2 51:13
  54:14 70:18,22
  71:7 140:9,12,19
  140:20
codified  15:6
  16:22 37:22 45:5
  45:16 117:21
  118:1 135:16
collected  38:15
  54:2,6,11,16
collection  54:11

college  28:24
  31:15 120:16
colleges  119:15,21
come  28:4,7 42:16
  43:6 49:18 55:15
  59:23
comes  38:16
coming  134:8
comment  28:4
  41:15 42:14,16
  49:8,8 54:13 58:7
  58:9 59:9,12
  87:13
comments  49:18
commission  1:10
  2:10 6:4 12:9 21:8
  21:21 37:10,14
  41:6 48:13,15,23
  49:3,20,24 50:5
  51:9 52:23 53:11
  62:18 65:12 73:13
  74:5 108:17
  119:11
committee  22:12
  22:17 58:2 90:16
  90:20,22 91:3,6,20
  92:2,12,15 123:18
committees  22:12
  81:12
common  104:18
communicated
  129:13
communication
  22:10,14 88:17
  89:2 119:25 120:4
  133:24
communications
  14:13 19:16 20:3
  22:16 23:5,17
  24:20 25:8,16
  33:1,4,7,10 70:5

70:12 86:24 88:6
  88:10,15,19,23
  89:6,10,15,19,23
  90:3 98:1 101:4
  120:7 133:22
  136:21 137:1
community  42:22
  45:24 119:21
complaints  67:4,8
  135:24 136:7
complete  111:13
completed  140:7
  140:17 141:6
completion  139:18
  141:10
complex  5:7
compliance  60:2,9
  61:11 133:12
comply  44:12,15
  44:19,21,24 50:5
  73:13 74:5,10,19
  75:2 131:20,23,25
composed  51:17
con  32:4
concern  126:2
concerning  19:16
  20:3 23:5,17 24:5
  24:20 25:8,16
  45:15 51:6 86:25
  136:21
concert  47:2
concierge  6:22
concluded  137:20
concluding  101:11
conclusion  45:3
  53:6 115:18
  126:18
confer  127:3
  129:10
confidential  14:12
  101:3

[confirm - dave]

**confirm** 40:20
52:18 69:14 71:17
80:6 101:2 126:10
**conflict** 50:4 72:21
**conflicts** 49:24
57:12
**conjunction** 65:8
65:11,13
**consequences** 77:3
**consider** 24:25
43:7 105:3
**consideration**
92:20
**considered** 34:7
**considering** 57:18
**consistent** 58:17
72:16
**consult** 19:12,22
19:24 20:18,25
21:16 22:6 23:1
23:13 24:2,16
25:4,4 26:5,17
**contact** 107:14,19
107:24 108:14,19
109:3,15 110:3
129:21 130:5
140:9
**contacted** 109:5
109:12
**contained** 138:8
**contemplate** 80:8
**contemplates**
61:12
**content** 59:3,24
64:12,15,17,21
**contents** 86:22
**context** 107:8
**continue** 83:15
85:23
**continued** 4:2,3
5:2 6:2 9:1

**continuing** 32:5,9
**control** 20:4 38:10
52:2 54:1
**controlled** 27:24
**convenience** 79:9
**conversations**
116:1
**conzett** 28:22
**cooley** 3:4 10:21
10:24,25 11:2,5,6
**cooley.com** 3:14
**coordinator** 31:6
84:22
**copy** 16:21,25
**corner** 46:19
75:25 93:16 95:5
103:7 106:3 111:5
**correct** 35:4,11
39:4 52:11,19
57:3 62:13,15
64:13 80:23 114:5
133:1 135:3 138:9
**corrected** 138:9
**corrections** 138:7
140:14,15 141:3,4
**correctly** 19:4,17
20:6 21:10,22
22:19 23:8,21
24:10,22 25:22
26:11 47:8 52:6
68:23 70:25 77:7
94:12 96:1 100:1
103:22 110:10
113:25 118:24
119:7
**cough** 25:11 63:25
130:17
**council** 41:7
**counsel** 2:21 3:1
4:1 5:1 6:1 10:18
11:22 12:20 18:8

22:18 46:22 50:19
50:20 68:12,13,21
70:6 75:22,22
76:16 82:3,11,13
83:24 84:10,13
85:5,25 86:2,14,16
94:3,3 95:16,17
98:2 100:21 101:4
103:18,18 106:5,6
111:7,8 112:11
121:11,20,20
123:19 127:4
128:3 130:16
133:2,19 134:25
134:25 137:11
139:13 140:18,21
141:7
**counsels** 52:16
**counties** 38:7
62:13 63:18
132:21
**country** 31:23
32:15,17 65:22
**county** 1:9,12 2:9
2:12 5:13 12:5
21:8,9 29:16,17
30:7,16 34:14,15
36:10,11,14,22,24
47:23 48:2 61:16
62:7 63:10,18
74:9,18 89:11
107:2,3 134:16
**couple** 65:17
**course** 42:5 43:19
46:24 47:19 63:21
64:2 85:7 115:15
124:14
**court** 1:1 2:1
10:17 12:15 14:6
14:14 18:8,10
25:3,10 43:16

44:3 46:22 51:18
54:25 55:3,16
63:24 69:24 73:17
77:15,19 87:11
91:13 96:9 98:8
114:10 115:13
116:4 119:19
121:10 123:8
130:16 132:12
137:10
**courtesy** 86:1
**courtroom** 13:23
**craft** 69:13
**craig** 123:21,23
**created** 114:18
**criteria** 49:11
**cross** 31:22 32:15
32:17 37:16 65:22
**csr** 1:24 139:25
**cte** 28:18 40:3
**current** 21:4 27:15
84:22 117:16
119:16
**currently** 66:11
**curriculum** 62:1
64:23
**curtis** 5:6 12:2
**cv** 1:8 2:8 10:13

| d |
| --- |

**data** 28:21 38:7
54:2,6,10,11,15
**date** 26:9 81:4
87:11 91:8 140:16
141:5 142:24
**dated** 9:8,20 103:9
121:7 138:11
139:22
**dates** 91:9,18,21
**daughter** 32:16
**dave** 6:23 10:15

Page 6

[david - document]

**david**  5:5 11:25
  87:12 124:21
  126:17 134:7,9
**david.c.tryon**  5:11
**day**  49:8 54:13
  58:7 138:6,11
  139:22
**decide**  60:24 118:6
**deciding**  38:14
  49:12
**decision**  35:10
  41:18,22,24
  114:25 116:23
  117:9
**decisions**  41:12,13
**defendant**  1:17
  2:17 4:12 5:3,13
  6:3,12 8:15 12:11
  78:11,17
**defendants**  1:14
  2:14 8:10,18,23
  51:10 86:16
**defending**  6:13
  12:11 89:7
**defer**  129:14
  131:12 133:25
**definite**  113:17
**definitions**  18:3
**degree**  29:3,5
**delegate**  52:2
**delegates**  90:16,19
  91:3,5,19 92:1,11
  92:15
**delegation**  21:6
  51:6
**delegations**  42:22
**deniker**  5:16 12:4
  12:4 74:13,13,22
  74:22 75:4,4
  134:15

**department**  8:7
  19:8,21 27:20,25
  31:1 34:18,21
  38:22,25 39:5,11
  39:13,21,24 40:5
  42:20 43:4 44:18
  46:16 48:21 49:14
  58:23 65:23 66:1
  66:4 69:13 80:20
  80:22 82:3,16
  83:19 91:1 92:18
  104:22 105:8
  107:11,13,19,23
  107:25 108:19
  109:3,5,14 110:2
  113:7 114:3,5,7,13
  114:22 115:1,6,19
  115:23 116:8,21
  116:25 117:4,7,12
  117:15,19 118:5
  118:15 119:13,24
  120:12 122:24
  123:17 129:20
  130:1,5 135:24
  136:6
**department's**
  107:1 117:9
**depending**  57:19
  62:2
**depends**  59:3,7
  61:23
**deposition**  1:20
  2:20 8:3,5 9:3
  10:8,14 14:24
  15:11,14,21 16:11
  16:12,18,20 17:3,5
  17:9,23 18:23
  26:21 32:7,9
  35:14 46:4 50:11
  67:25 75:11 86:14
  87:1 91:23 92:16

  94:8,18,23 96:6
  97:24 98:15,22
  99:21 100:7,18
  101:6 102:19
  103:15 105:15
  110:20 111:16
  120:24 121:23
  124:5 127:19,22
  128:6,12,25,25
  129:11,17 138:5
  139:17 140:19,22
  140:24 141:8,10
**depositions**  16:10
**depth**  62:24
**deputy**  27:16,18
  31:2,9 77:23
  118:12,17
**describe**  39:6
  119:14
**described**  17:13
  60:5 63:10
**designated**  102:3
**designee**  51:20
**determination**
  113:2
**determine**  43:1
**determined**  133:7
  140:18,22 141:7
**develop**  111:22
**developing**  22:13
  69:23
**development**  31:6
**dictates**  60:19
**difference**  56:9,12
**different**  13:14
  27:24 28:6 63:12
  64:12 78:11 81:12
  116:16 118:8
  130:21
**direct**  33:1,4,7,10
  51:2 85:5 93:7

  103:5
**direction**  98:17,24
  139:11
**directions**  116:17
**directly**  28:16
  36:11 47:20 83:23
**director**  31:7,7
  76:19 93:5
**disclose**  70:11
**disclosures**  80:15
  81:24 85:8,13
  86:23
**discovery**  26:9,14
  50:18 68:11 75:23
  85:5,11,14 88:11
  94:4 95:18 103:19
  106:7 111:9
  121:21 128:17
**discuss**  45:8,15
  77:25 78:22
  100:16
**discussed**  26:20
  45:11 103:20,24
  135:15,15
**discussing**  27:10
**discussion**  80:3
  94:11,14 115:3
**discussions**  70:1
  70:14,23 71:3,5,9
  86:24 100:20
  104:5
**district**  1:1,2 2:1,2
  10:11
**dive**  13:18 88:4
**division**  1:3 2:3
  10:12 28:18
**divisions**  27:23
  31:9
**document**  46:12
  50:2,21 68:8
  75:19,25 94:2

[document - esq]

95:17 103:17
106:4,6,8 111:8,10
111:15 129:22
**documents**  19:10
19:16,22 20:3,11
21:14 22:4,24
23:4,12,16,25
24:14,19 25:2,7,15
25:25 26:1,15
51:6,11 52:15
75:21 76:14 82:23
84:3 85:17 88:8
115:11,17,22
128:22 136:21,25
**doing**  13:6 54:22
133:15
**dolan**  76:8,18,19
77:9,18,25 78:22
108:16,18 129:9
129:10,13,15,21
129:25 130:3,8,14
130:25 133:22,24
133:25
**dora**  1:11 2:11
5:14 12:6
**draft**  57:25 58:3
76:22 96:15
**drafting**  22:15
58:14 59:21,23
**drew**  93:3
**ducar**  6:16 12:14
**duly**  12:19 139:5

**e**

**e**  6:7 9:4,4,8,18
13:11,11 76:7,13
76:21 77:10 93:21
93:25 94:5,10,18
95:1,6,9,14,19
96:3 97:14,23
98:11,14,21 99:12
99:18,23 100:16

103:8,9,12,20
104:8,11 121:7,17
121:22 122:1,3,14
122:19 133:23
140:9,12 141:1
142:3,3,3
**earlier**  60:5 64:11
86:14 115:3 124:3
**earn**  29:5
**east**  4:17
**eastland**  29:14
**easy**  16:17
**edu**  38:5
**education**  1:9,9
2:9,9 4:12 5:13
8:9,11,19 9:13
10:10 11:20 12:5
15:2 19:21 21:9
22:17 27:20,25
28:3 31:1,4 33:24
34:3,6,13,19,21
36:5,12,15 37:24
38:22,25 39:6,11
39:13,21,24 40:1,2
40:5 41:6 43:11
44:18 45:9,15,24
46:18,21 47:1,4,18
48:21 49:6,14
50:4 53:21 56:15
58:5,12,22,23
61:16 65:23 66:1
66:2,4 69:2 74:10
76:17 80:20,22
82:4,16 83:19
89:12 90:16,20,21
90:22 91:2,3,5,19
92:1,11,15,19
104:22 107:11,14
107:19,24,25
108:19 109:3,5,15
110:2 113:7 114:3

114:6,7,14,19,22
115:1,7,19,23
116:8 117:7,13,20
118:6,15 119:10
119:13,25 120:12
122:10,11,24
129:21 130:1,5
134:16 135:3,10
135:14 136:6,6
140:4 142:1
**education's**  8:8
46:17 105:9
117:15
**educational**  29:7
42:24 43:1
**effect**  45:23 69:21
**effective**  47:7 72:5
**efficient**  47:6
**eighth**  30:9
**either**  42:13 43:5
49:9 106:19
**elected**  52:1
**electronically**
17:24 46:5 50:12
68:1 75:12 102:20
105:16 107:5
110:21 120:25
**elementary**  30:20
30:23 39:25
**elig**  133:7
**eligibility**  66:14
133:7
**elizabeth**  3:9 11:4
**embarcadero**  3:11
**emergency**  59:10
59:14,17
**employed**  34:4,5
40:4
**employee**  67:18
109:15 130:1

**employees**  19:1
104:19
**enable**  14:14
**enact**  43:24 44:7
54:9
**enacted**  9:13
59:11
**encompassed**
86:21,23,25
**encompassing**
85:11
**ended**  72:4
**ends**  137:16
**enforce**  60:8 63:19
132:17,25
**enforced**  60:21
135:6
**enforcement**
60:15,25 61:13
132:20
**enforcing**  21:5
61:11 118:3
**engages**  48:8
**enrolled**  9:16
25:19 26:2 111:18
112:8,12 113:6,7
113:13 118:13,23
**ensure**  47:5
**ensures**  36:2
**ensuring**  47:23
**entail**  82:11 83:22
84:11
**enter**  78:12
**entire**  31:3 58:8
**entities**  39:7
**entity**  39:9,14,17
63:11,13 65:8
**errata**  128:1
140:14,16 141:3,5
**esq**  3:5,6,7,8,9,10
3:18,19,20 4:5,6

[esq - form]

4:15,16 5:5,6,16
6:6,14,15,16
**est** 10:2 137:20
**establish** 43:10
47:3
**establishing** 43:9
**et** 10:10
**events** 48:20
108:11 109:1
**everybody** 127:5
137:13
**ex** 35:1,2 40:14,19
41:4
**exact** 81:3 112:17
**exactly** 113:9
**examination** 7:1,4
13:1 18:5 128:13
128:13 129:3
134:22
**examined** 12:21
139:4
**example** 35:9
41:17 54:9 63:15
64:6 65:10,21
**examples** 59:17
**exceeds** 31:21
35:13
**excellent** 17:7
31:16 52:8 103:2
**excuse** 25:10
43:16 46:22 63:25
73:17 77:15,19
91:13 96:9 114:10
115:13 116:4
119:19 123:8
130:16 132:12
**executive** 76:19
**exhibit** 8:4,6,10,18
9:4,8,12,16,18
17:17,18,19,23
46:2,4,8,15 50:8

50:11,15 67:22,25
68:2 75:8,11,14
93:8 95:4 99:7
102:16,19,24
105:13,15,18,23
108:4 110:18,20
110:23 120:22,24
121:2 129:18
**exhibits** 8:1,3 9:1
9:3 17:17 22:22
46:7 50:14 67:24
68:4 75:10,15
93:8,9 97:17
102:18,22 105:14
105:19 110:19,24
120:23 121:3
**exist** 53:2
**exists** 29:18
**expect** 102:17
110:18
**expected** 21:5
**expedite** 86:16
**experience** 16:9
16:18 107:21
**expert** 64:15,17,21
**experts** 59:24
64:12
**explain** 62:13
113:22
**expressly** 22:16
24:7 25:17
**extent** 70:5 100:12
100:19
**external** 58:1

| f |
| --- |

**face** 116:16
**fact** 13:24 53:23
122:8
**factual** 81:19
**fairly** 127:19

**familiar** 17:12
37:23 38:2 48:14
52:9 67:12
**family** 24:20
**far** 34:23
**father** 33:7
**fault** 82:10
**featured** 128:16
**february** 1:21
2:22 10:2,6
137:21 138:6
140:5
**federal** 28:21
36:17 39:19,23
43:5 44:13 47:25
49:16 139:17
141:1,8,9
**feedback** 95:21
96:22 97:5 104:19
104:23,25 105:9
**filed** 10:11 29:22
56:15,21 69:21
71:20 72:6 85:12
**final** 58:3
**financial** 28:23
47:25 61:25
**find** 99:2 104:13
**findings** 62:14,14
**fine** 13:16 54:24
55:8
**finish** 14:17 59:1
**finished** 29:10
30:10,22 127:1
128:2
**first** 8:13,21 16:18
29:11,14 56:9
57:17 66:4 103:5
106:3 118:16
**five** 55:6 86:1
127:3

**floor** 3:11 4:7
**focus** 42:19
**folder** 17:17 46:3
46:8 50:10,15
67:24 68:5 75:10
75:15 93:9 102:18
102:23 105:14,19
110:19,24 120:23
121:3
**folks** 55:7 89:24
**follow** 37:17,20
117:20
**followed** 62:4
**following** 23:19
58:10 127:24
136:23
**follows** 12:21
140:8
**foregoing** 138:4
139:5,16
**forever** 49:22
**form** 9:16 25:19
26:3 31:21 45:2
52:13,24 53:4
57:14 60:3,17
61:2,18 64:19
70:4 72:9 73:9,10
73:15,19,22,24
74:14,23 77:13,21
77:23 78:4,5,24
79:1,16,21 80:1,10
80:25 81:16 82:12
82:21 83:14 96:16
96:24 97:25 100:6
100:19 101:13,21
102:11 104:1,6,15
105:5,10 108:23
109:7,9,17 110:4
111:18,19,22,23
111:25 112:3,4,9
112:13,23,24

Veritext Legal Solutions
866 299-5127

**[form - h.b.]**

113:6,8,13,15
117:18,25 118:13
118:23 120:2,9
122:5,20 123:1
124:20 125:9,15
125:23 126:6,19
135:12
**formatting** 58:17
**formerly** 83:18
**forms** 48:7 58:24
**forth** 35:14 36:4
38:16 81:2 114:19
139:9
**forward** 29:25
35:20 78:6 87:25
**foundation** 3:17
79:3
**four** 30:20 137:18
**frames** 71:21
**frampton** 6:14
12:10,10
**francisco** 3:12
**frcp** 141:1
**free** 16:18 42:9
47:7 127:19
**freedom** 6:13
12:11 89:7
**frequency** 118:7
**frequently** 118:5
**friday** 17:6
**friend** 1:5 2:5
**front** 116:14
**full** 128:7
**fully** 128:9
**funding** 39:20,22
39:23 40:2,3
**funeral** 95:23
**further** 134:5
139:12,16
**furthered** 24:8

**future** 87:11 135:9
**fw** 93:23 95:12
**fyi** 9:20 121:16

**g**

**gender** 15:16,22
**general** 11:22
34:12 35:24,25
36:5 42:9 47:5,17
60:14 68:21 82:3
82:11,13 83:23
84:10,13
**generalize** 61:7
**generally** 19:7
47:14
**girl** 125:13
**girls** 23:18 72:25
72:25 73:5,5 77:4
77:5 124:11,12,15
124:16,18,19
125:4,7,14 136:22
**give** 14:3 32:5,8
**given** 33:17 53:25
60:25 61:4 107:19
137:17
**glitch** 96:10
**go** 13:19 17:16,19
18:10,18 28:24
29:1,24 45:4 46:1
54:20 55:6,16,18
56:3 57:1 58:7
74:16 78:19 83:11
83:16 85:21 86:10
127:2,16 136:11
136:18 137:10,12
**goals** 47:5
**goes** 40:3 106:4
**going** 12:15 14:25
15:5,11 18:13
27:9 29:23 32:4
35:12,20 42:16
45:1 46:1 50:8

55:21 59:9 75:8
75:24 81:19,23
83:11 86:3 87:6
87:25 102:16
105:12 109:8
116:13,13 127:9
136:13
**good** 10:4,20 13:3
13:5,7 85:20
132:2,23 134:14
**govern** 58:14
**government** 39:14
39:16 112:11
126:5,12,14
**governmental**
24:8
**governor** 40:24
88:24 89:3 113:3
116:22 117:1,2,8
117:13
**governor's** 111:14
112:14,15,22
113:21 118:20
**gpa** 66:13
**grade** 30:8
**great** 14:22 15:10
15:20 16:2,7,23
17:11 18:19 20:17
27:8 31:11 32:18
46:11,14 51:1
54:17 55:5,9,14
68:10 85:2 86:2
93:13 99:11 106:1
108:7 110:16
111:3 124:1
126:24
**green** 6:6 7:6 9:12
12:7,7 25:17 26:2
73:15,21,21 77:14
77:22,22 78:2,3,10
79:1,3,20,20 87:21

87:21 106:13,18
106:25 107:4,7
108:21,21 109:8
109:10 129:4,5,18
130:4,10,19,22
131:1 132:15
133:4 134:5,14
**group** 47:22
**groups** 89:24
**guidance** 37:4
49:15 50:2

**h**

**h** 13:11 142:3
**h.b.** 15:5 21:5
22:15 23:20 24:9
25:8,16,17,20
37:21 44:25 45:11
64:15,18 67:12,13
67:15,16,20 68:19
68:22 69:5,19
70:2,15,24 71:10
71:14,19 72:8,16
72:17,21,24 73:4
73:14 74:6,11,20
75:3 77:25 78:22
79:25 80:8 81:7
81:15 82:19 83:1
83:25 84:14,24
86:25 88:5,7,14,16
88:22,24 89:1,3,5
89:7,9,11,14,16,18
89:20,22,23 90:2,4
90:8,11,16 96:15
96:22 97:20 99:4
100:5 101:10,12
101:19 102:9
104:5 105:9
110:14 112:9
113:8,14 114:6,23
115:1,7,24 116:9
116:23 117:10,13

Veritext Legal Solutions
866 299-5127

117:16,23 118:14
120:1,7 123:24
124:10,11,15,18
125:3,14,21 126:4
126:15 136:24
**hal**   6:14 12:10
**half**   28:10 54:20
**halvorson**   6:23
10:15
**hammond**   4:16
11:24
**hand**   95:4
**handled**   76:25
79:14,25 140:8
**hanna**   1:24 2:24
10:17 55:2 139:2
139:25
**happen**   135:8
**happens**   57:17
61:22
**happy**   14:8 32:8
95:19
**harrison**   1:9,12
2:9,12 5:13 12:5
74:9,18 134:15
**hartnett**   3:6 10:23
10:23
**hb**   103:11
**head**   14:5
**hear**   20:13 43:17
64:1
**heard**   38:1 85:24
129:8
**hearing**   42:15
87:16,19
**heather**   1:5 2:5
9:5,15 10:9 11:21
68:20 69:3,6,15
81:23,25 82:18,25
95:10 97:22 99:13
100:3,17 101:9

121:8,15 122:4,13
122:15,18
**held**   10:14 31:2,12
81:20 116:1
**helstrom**   3:10
11:6,6
**hepc**   119:6,9 120:1
120:7,13,18
**hepc's**   119:12
**hereunto**   139:20
**higher**   41:6
119:10
**hired**   31:5
**hires**   34:20 36:17
38:23
**hirings**   28:7
**hold**   116:12
**hope**   127:18
**hopefully**   16:17
**hour**   54:20 85:22
**house**   15:6 16:21
16:25 21:13 22:17
24:13 76:16 90:15
90:19,22 91:2,5,19
92:1,11,15 108:9
108:15,19 109:4
129:19 130:6
135:15
**housekeeping**
13:19
**hundred**   59:6
**huntington**   29:2
**hutchens**   9:5,19
11:22 68:20 69:3
69:6,15 81:24,25
82:18,25 95:10
97:22 99:13 100:3
100:17 101:9
121:8,15 122:4,13
122:15,18

**i**

**idea**   40:1 79:10
**identified**   102:4
**identify**   10:18
68:18 119:4
129:15
**identity**   15:16,23
**imagine**   33:17
**implement**   39:2,3
43:24 44:7 67:16
67:20 68:19,22
69:4 72:8,8,24
73:4,14 74:6,11,20
75:3 110:9,13
**implementation**
22:15 47:4 80:8
**implemented**
54:12 135:5
**implementing**
21:5 36:3 47:24
69:19 70:2,15
71:14,19 118:2
**implications**   24:6
**important**   13:24
126:5,12,14
**improvement**
36:18
**inadequacy**
127:23
**include**   35:18 36:8
85:8
**included**   140:14
141:3
**includes**   22:16
24:7 25:17
**including**   18:25
19:2 21:6 22:11
22:13,17 34:14
40:17 51:13,15
**index**   7:1 8:1 9:1

**indicated**   87:14
127:18
**individual**   22:11
38:12 62:21 63:16
89:16
**individuals**   90:4
96:22 99:3 100:10
128:16 136:7
**information**   28:22
37:3,24 38:6
53:21 62:12 81:20
99:3 105:3 122:8
**initial**   80:14 81:24
85:8,12 86:22
**initialed**   138:8
**ink**   138:7
**input**   38:7
**instruction**   62:1
64:23
**interact**   90:22
**interacted**   90:23
**interactions**   90:15
**interested**   139:14
**interests**   24:8
126:5,12,15
**interim**   59:8
**internal**   57:24
58:13,15 131:13
**internally**   131:14
**interrogatories**
8:22 85:16
**interrogatory**
68:17
**interrupt**   73:9
82:9
**interrupting**
123:14
**interruption**   25:9
25:11 43:15 44:2
44:6 63:23 72:1
77:12 82:7 91:12

[interruption - legal]

91:15 98:7 100:9
114:9,12 115:12
116:3 119:18
123:6 130:15,17
132:11,13 136:3
**interscholastic**
52:3 108:11
**intervenor**  1:17
2:17 6:12 12:11
12:13
**introduce**  46:1
50:8 67:22 75:8
102:16 105:12
110:17 120:21
**introduced**  68:2
75:14
**involv**  130:11
**involve**  36:1
**involvement**  22:14
38:14 43:9 48:24
53:20 81:6,14
82:19 83:1,25
84:14,24 130:8,11
**involves**  27:22
47:17 49:4 66:16
**issue**  18:11 49:24
59:8 72:20 101:16
102:13 114:14
125:24
**issued**  49:25 50:6
57:6 69:16
**issues**  28:6 72:15
72:24 73:4,14
74:11 127:23
**item**  113:20 119:2
**items**  13:19
**ix**  44:16,19

**j**

**jackson**  1:5 2:5
10:9

**january**  23:7
24:21
**job**  1:25 29:11,14
30:5,17 83:21
84:8,11 123:7,12
123:15 140:5
142:2
**jobs**  31:12,15
**johnson**  5:15
**johnson.com**  5:20
**join**  55:13
**jonah**  84:17,19
**josh**  3:20 11:12
**julie**  3:5 10:20
29:20 35:12 45:1
81:1 85:10 87:6
87:14 116:12
**july**  9:20 121:8,15
**jump**  56:6
**jurat**  138:1
**justice**  88:24 89:3
116:21,22,25
117:4,13
**justice's**  116:22
117:2,8

**k**

**k**  29:6,9
**k12.wv.us**  140:2
**kang**  3:8 11:2,2
**katelyn**  3:8 11:2
**kathleen**  3:6 10:23
**katie**  6:15 12:13
**keep**  35:19 77:4
128:24
**keeping**  13:19
**kelly**  4:15 6:15
11:19 12:14 73:23
**kept**  76:23
**khartnett**  3:14
**kids**  32:2,12

**kim**  1:24 2:24
10:17 139:2,25
**kind**  35:5 39:6,23
54:2 57:19 60:23
62:5
**kinds**  38:14
**kmorgan**  4:21
**know**  14:8 17:5,20
29:24,25 32:19,23
36:9 37:2,16
39:23 40:4 45:18
45:21 46:2,9 50:9
50:16,24 53:16
54:18 57:5,16
61:24 62:3,11
63:17 67:23 68:6
68:14 69:11 74:2
75:9,16 77:2,9
78:20 79:5,12,13
80:17 81:19,21,25
83:7 84:2,6,19
88:10 91:21,25
92:4,7,10 93:10
94:14,25 95:2
96:10,21 97:4,9,19
99:2,9 102:7,12,17
102:24 103:24
104:7,13 105:7,13
105:20 108:5
110:18,25 111:24
112:22 113:12
115:3,25 118:8
120:20,22 121:3
122:3,7,21,25
123:4,15,17 126:1
128:23 130:11,13
130:19,23,24
131:2
**knowledge**  49:21
62:20 65:9 69:20
80:11 83:3 84:16

89:8,13,17,21
100:11 112:21
115:9
**kristen**  4:16 11:24

**l**

**l**  13:11,12
**lainey**  1:16 2:16
6:12 12:12
**lambda**  4:4 11:15
11:17
**lambdalegal.org**
4:10
**language**  57:23,25
71:6 77:1
**largely**  27:9
**lastly**  14:14 16:3
**law**  37:18 44:13
44:22 45:6,15
57:9,12 87:18
112:3
**laws**  45:8 64:12
**lawsuit**  69:21
71:16,20,22 72:3,6
**lead**  69:11 106:21
109:19
**leadership**  29:8
31:5 36:18 65:2
**learned**  17:6
**learners**  45:24
**learning**  28:19
**leave**  13:24 80:24
95:23 127:21
128:6
**led**  107:22
**left**  46:18 75:25
87:3 93:16 95:4
103:6 106:3
109:21 111:5
122:24,25
**legal**  4:4 11:15,17
45:2 53:5 97:1

Page 12

[legal - mentioned]

106:24 126:18
137:19 140:7
**legality** 49:15
**legislation** 22:13
43:5 57:22 104:23
106:11 107:22
111:14 118:20
129:14
**legislative** 22:11
80:18 81:11 88:9
88:16,20 90:11,24
93:5 104:18,20
106:14,19 112:10
115:4 116:9
**legislator** 90:8
**legislators** 22:11
88:7 115:24 116:2
116:6
**legislature** 22:10
59:16 81:8 82:20
84:1,15,25 92:20
104:24 105:8
123:16,18 133:23
**legislatures** 105:7
**length** 59:4
**level** 38:7 63:18
64:10 120:16
133:8
**liaison** 80:19
81:11 88:9 90:24
104:21 106:20
112:10
**liberties** 3:16
**lies** 132:20
**lifelong** 45:24
**light** 127:22
**limit** 33:25
**limited** 51:15
**line** 12:2 76:9
95:12 96:19 99:15
100:14 103:11

121:9,16 140:15
141:4 142:4,7,10
142:13,16,19
**links** 122:1
**listed** 53:14 80:14
81:24 107:7,23
108:8,14 109:15
110:3 130:4,9
**listing** 85:8
**little** 16:9 27:11,21
33:13 36:13 42:23
47:13,16 48:11
57:16 63:25 66:15
115:2 130:20
**llp** 3:4 10:21
**locked** 140:12
141:1
**long** 28:8 33:18
59:1 111:25
**longer** 29:17 80:22
**look** 57:22 62:23
63:6 68:16 71:6
95:20 96:8,14
99:6 103:21 119:2
**looking** 20:2 70:21
96:19 100:13
101:7 116:16
119:3
**loree** 3:18 11:8
**lot** 52:5
**love** 54:25
**lstark** 3:24

**m**

**m** 13:11
**mail** 9:4,4,8,18
76:7,13,21 77:10
93:21,25 94:5,10
94:18 95:1,9,14,19
96:3 97:14,23
98:11,14,21 99:12
99:18,23 100:16

103:8,9,12,20
104:8,11 121:7,17
121:22 122:1,14
122:19
**mailed** 122:3
**mails** 133:23
**main** 27:23
**maintain** 38:6
66:18
**majority** 41:18
**making** 56:7,8
57:2,17,25 59:2
80:7
**management**
27:19 28:22 82:14
**march** 9:5,9 76:8
93:22 95:10 99:13
103:10 139:22
140:3
**marked** 17:16,23
46:3,4,7 50:10,11
50:14 67:24,25
68:4 75:10,11,15
93:8,9 102:18,19
102:22,23 105:14
105:15,18,19
110:19,20,24
120:23,24 121:3
**marshall** 29:2,10
**mary** 83:5,7,17
95:11 97:18 98:20
99:14
**master's** 29:7,8
**match** 15:23
**matches** 15:16
**math** 64:24,24
**matter** 10:8 37:2
60:14
**mcclanahan** 93:3
**mccuskey** 6:5

**mean** 15:15,22
35:2 37:15 42:24
43:2 59:4 61:23
62:23 63:6 65:19
74:3 80:2 107:13
107:24 112:18
115:25 126:7,10
126:13
**meaning** 52:19
**means** 60:25
107:15
**mechanisms** 60:15
**media** 10:7 55:23
56:2 86:5,9
127:11,15 137:18
**meet** 41:9,10
62:12
**meeting** 91:6
135:15,17
**meetings** 42:12,18
45:9,12 90:20
92:2
**melanie** 28:21
**melissa** 9:8 22:18
76:7,15,16 77:6
78:1 79:14 88:17
88:20 93:21 94:11
94:22 95:1 103:9
103:21 104:4,10
**member** 34:25
35:1 41:4 52:22
131:22
**members** 40:7,10
40:12,13,14,17,19
40:20,23,24,25
41:2,8
**membership**
131:22 135:7
**memos** 115:10
**mentioned** 64:11
122:23

Veritext Legal Solutions
866 299-5127

[met - objection]

| | | | |
|---|---|---|---|
| met  33:15 | 52:13,24 53:4,12 | **n** | notice  8:4 17:3,9 |

met  33:15
metronews  122:9
michele  1:20 2:20
  7:3 10:8 12:18
  13:11,17 98:2
  137:17 138:3,19
  140:1,5 142:2
michele's  13:16
middle  29:14
  30:16,18 36:8
  53:17 65:22 68:16
  75:1 93:20 116:19
mind  13:9 70:20
minute  55:6 127:3
minutes  86:1
mission  46:20
  47:11
missions  45:19
misspoke  71:4
mitch  6:22 55:10
mlblatt  140:2
modifications
  95:22 97:10,20
  99:4
moment  116:13
  128:5 136:12
mon  42:13
monday  1:21 2:22
  10:2 93:21 95:9
  95:19 99:13
monitor  60:1,4
  66:22
monitoring  47:6
monitors  48:4
month  58:10
monthly  41:10
  42:12,13
morgan  4:15 7:7
  11:19,19 17:21
  20:21 29:20 31:20
  32:4 35:12 45:1

52:13,24 53:4,12
54:3 55:8 57:14
60:3,10,17 61:2,18
64:19 70:4 72:9
73:8,16,23,23
77:13,21 78:5,9,14
78:24 79:16 80:1
80:10,25 81:9,16
82:12,21 83:2,11
85:10,22 87:5
94:19 96:16,24
97:6,11,25 98:16
98:23 100:6,19
101:13,21 102:2
102:11 104:1,6,15
105:4,10,21 109:7
109:17 110:4
111:23 112:4,24
113:15 116:12,25
117:3,18,25 120:2
120:9 122:5,15,20
123:1 124:20
125:9,15,23 126:6
126:19 127:6
128:5,18,20
134:20,23 135:13
135:21 136:4,11
136:19 137:8,13
morning  10:20
  13:3
mother  1:5 2:5
  33:4
move  29:25 54:18
  116:13,15
moved  31:6
moving  78:6
multisubject  29:6
mw  78:23

**n**
n  6:17
name  10:15 13:10
  134:7,9,15 139:21
nature  36:25
  101:5 105:1
necessarily  95:22
  115:25
necessary  99:25
  114:16 125:22
  140:14 141:3
need  18:10 74:2
  76:25 78:20 79:25
needed  54:22
  79:14 127:7
neither  139:12
new  4:8,8 50:8
  67:22 75:8 102:16
  123:15
news  32:24
nexus  57:20
nicholas  3:19
  11:10
nine  40:12,13,17
  41:1
nodding  14:4
non  51:11 109:14
noncompliances
  62:14
nonverbal  14:4
normal  109:19
  113:10
normally  59:15
  114:17
nos  9:6,10,21
notating  140:15
  141:4
note  86:13,20
noted  138:7
notes  16:24

notice  8:4 17:3,9
  17:13 18:23 35:14
  81:2 87:1 102:4
  128:12
number  10:13
  55:23 56:2,17
  68:17 86:5,9
  105:21 113:21
  119:3 127:11,15
  137:18 140:15
  141:4

**o**
o0o  9:22 10:3
oaks  5:17
oath  12:16,19
  13:21,22
ob  57:14 97:25
object  31:20 35:13
  45:2 52:24 53:4,4
  57:14 60:3,17
  61:2,18 64:19
  70:4 73:10,15,22
  77:13,21,23 78:2,3
  78:5,24 79:1,16,21
  80:1,10,25 81:16
  82:12,21 83:14
  96:16 97:25 100:6
  100:19 101:13,21
  102:11 104:1,6,15
  105:10 108:23
  109:7,8,17 110:4
  111:23 112:4,24
  113:15 117:18,25
  120:2,9 122:5,20
  123:1 124:20
  125:9,23 126:6,19
  133:19 136:1
objected  73:19,24
  79:8
objection  30:1
  31:20 32:5 52:13

[objection - period]

53:12 72:9 73:9
73:16 74:14,23
75:5 77:14 78:7,7
81:9 83:2,12
85:18 86:15,15
87:15,16 96:24
98:16,23 105:5
124:22 125:15,17
126:18 133:2
135:12,19
**objections**  77:20
78:12,16 83:15
85:4 86:18 87:9
87:23,24 97:6,11
**obtain**  29:3
**obviously**  76:24
102:3
**occurred**  62:25
63:8
**offered**  65:20
86:14
**office**  47:21 60:6
60:18 61:10,15
62:10 84:23 97:2
106:24 111:14
112:14,15,22
116:23 117:2,8
118:20 140:11
**officer**  28:23
**officers**  28:15,17
**offices**  27:20 28:1
28:6
**official**  1:11,12
2:11,12 34:8
131:4
**officio**  35:1,2
40:14,19 41:4
**oh**  63:15 87:5
103:2
**okay**  10:4 12:23
13:13,17 14:20,22

15:3,8 46:7 50:25
55:1,5,9,13,14,25
62:17 66:5 68:15
71:17 86:3 93:12
102:15 103:2
108:6 111:2 121:5
127:5,6,9 132:2,23
136:13 137:7,15
**once**  37:22 45:5
117:20 118:1
**ones**  43:13,22 65:4
**open**  17:19,20,21
55:13 127:22
128:6 129:1
**operations**  36:6
**opportunity**  62:15
128:7
**opposed**  69:23
**options**  118:8
**orally**  92:8
**order**  42:16 66:18
**organization**
18:24 65:14
**organized**  19:9
**original**  139:17
140:10,21
**originating**  76:22
**ought**  118:9
**outcome**  69:22
139:15
**outset**  101:3
**outside**  32:22 79:4
79:17
**oversee**  27:19
35:22 36:10 37:8
65:4
**oversees**  34:21
36:5 38:24 43:3
54:5 61:15 82:13
119:15

**oversight**  28:5
34:13 35:24,25
36:7 42:9 43:25
44:8 47:6 48:7,19
60:19 61:5,25
63:9,17,19 109:1
120:17

**p**

**p.l.l.c.**  4:14
**p.m.**  10:2,5 18:14
18:17 55:22 56:1
86:4,8 127:10,14
136:14,17 137:16
137:20
**p.o.**  3:21
**page**  7:4 8:3,6 9:3
18:1,2,4 46:16,19
50:23 51:4 68:13
68:16 75:24 76:6
93:15,18,20 95:3,6
95:8 99:6,9 103:6
103:9 106:3 108:3
108:4,9 111:6
113:19 129:18
130:10 131:1
140:15 141:4
142:4,7,10,13,16
142:19
**pages**  8:5,9,17,25
9:15,17 59:5,6
140:14,17,17
141:3,6,6
**pain**  16:18 127:19
**pandemic**  133:11
**parkey**  28:21
**part**  31:14 39:5
43:17 52:15 53:10
58:2 62:9,10
75:23 94:4 95:18
103:19 106:7
111:8 116:16

121:20
**participate**  66:18
72:25 73:5
**participating**  67:5
67:9 77:4 136:8
**participation**  23:5
66:22 76:9,23
93:23 95:12 99:16
108:10 132:7
**particular**  54:10
61:9,10
**particularly**
104:20
**parties**  127:25
128:3
**party**  139:13
**pass**  111:20
**passage**  22:15
23:19 88:5,14,22
89:1,5,9,14,18,22
90:2 136:23
**passed**  81:15 83:1
106:12 118:23
123:24
**paths**  37:16
**patience**  129:7
**pdf**  18:3 50:23
93:15 108:4
113:19 140:12
141:1
**penalty**  138:4
140:16 141:5
**pending**  81:7
82:19 84:1,15,25
90:17
**people**  40:4 65:2
69:12 80:14 85:9
107:18
**period**  49:9 54:14
58:7 59:9 140:18
141:7

Veritext Legal Solutions
866 299-5127

[perjury - procedures]

perjury 138:4
140:17 141:6
perkins 40:2
person 19:24
59:20 61:9 67:19
92:23 93:1 112:17
personal 27:11
81:19 100:11
personnel 28:6
82:15
persons 68:18
129:15
pertaining 66:12
pertains 139:16
phil 28:23
picking 87:3
piece 42:24 54:10
pieces 43:3
place 42:20 61:5
73:8 83:12 105:4
139:9
placed 41:15
78:16 105:18
plaintiff 1:6 2:6,22
3:3 4:3 10:22,24
11:1,3,5,7,9,11,13
11:15,18 16:4
125:4 127:21
plaintiff's 8:4,13
8:21 50:19 68:12
75:22 86:13 94:3
95:17 103:18
106:6 111:8
121:20 134:25
plan 42:19 55:15
planning 14:24
plans 97:9
play 31:17,19
32:12,14 43:6
124:11,15,19
125:4,7,14

played 32:16
pleadings 85:11
please 10:18 13:10
14:3,7,17 17:16,19
18:1,11 25:12
43:18 44:5 46:23
50:23 51:18 55:3
55:4 68:5 73:20
74:1,3,3 75:16
77:2,16,20 78:19
78:21 93:15 98:8
102:24 105:19
110:25 113:22
114:11 115:14
119:4 121:11
130:18,18 132:13
pleased 58:6
pleasure 34:2
pllc 5:15 6:5
plus 40:19
point 63:8 85:4
87:25 132:23
policies 19:15 20:2
23:4,16 24:19
25:7,15 28:1,3
36:4 39:3 41:14
42:24 43:1,4,6
45:10 47:3,24
51:6 53:24 56:14
57:1,6 58:13,16,23
59:5 60:20 61:24
62:1,10 63:7,20
64:22 69:7 82:14
136:21,25
policy 38:16 41:6
42:14,15 43:24
44:8 49:18 54:5,9
56:8,11,13,20
57:25 58:3,21
59:4,25 60:19
61:5,6 62:3 64:23

69:13 71:6 105:2
110:8,13 119:10
132:8 137:6
posed 90:19 91:2
91:25
position 27:3,4,15
30:4 31:2 33:19
82:2 83:10 84:21
84:22 93:4 102:7
102:9 117:16
123:2,4
positions 19:1
potential 127:22
practice 42:25
63:9 109:19
practices 131:13
prefer 13:14
preferably 95:21
preferred 97:5
prefers 86:17
preparation 16:10
26:21 91:23 94:7
94:18,23 96:5
98:14,22 99:20
101:6 103:14
111:16 121:22
127:23 128:14
prepare 19:6,19
20:8 21:12 22:1
22:21 23:10,23
24:12,24 25:24
26:13 71:13 107:1
128:21,23 137:3
prepared 106:14
106:19,20,23
111:19 112:8
113:5 115:11
prepares 106:17
preparing 32:21
32:22 72:7 97:23
100:17 124:5

130:9
present 6:21 23:7
24:21 49:5
presentation
42:20
presented 41:14
58:4 69:8
presents 66:10
preserve 30:1
86:12
president 123:19
123:20,23
previous 80:18,21
previously 48:11
79:7
principal 30:13,15
30:18,21,23 53:16
principals 51:20
52:19 65:3,3
89:20
printout 8:6
prior 23:19 31:9
71:15 72:3 88:5
88:14,22 89:1,5,9
89:14,18,22 90:2
113:11 118:18
129:11 136:23
139:4
private 51:23
privilege 98:3
100:21
privileged 51:11
70:12
probably 38:11
85:20
problem 103:4
procedure 140:19
140:20
procedures 47:3
47:24 58:16,19

Veritext Legal Solutions
866 299-5127

[proceed - record]

**proceed**   12:23
86:17 87:6
**proceedings**
137:20 139:5,8,14
139:18
**proceeds**   131:14
**process**   19:8,20
49:4 54:11 56:8
57:2,17 58:14,15
58:25 59:2 60:5
62:5 63:10 64:8
113:10
**processes**   63:11
**produced**   50:19
68:12 75:22 94:3
**producing**   28:2
**production**   8:14
75:23 85:16 88:11
94:4 95:18 103:19
106:7 111:9
121:21
**programs**   28:21
36:17,17 40:1,3
**prohibit**   125:11
**promulgate**   57:9
57:12 65:7 67:16
69:6 71:13,19
80:4 114:16
**promulgated**
57:21 65:11 135:2
135:9
**promulgates**   74:6
74:20 75:3
**promulgating**
67:19 68:18,22
69:4
**proposed**   104:23
**protected**   98:2
100:21
**protocol**   78:16

**provide**   36:19
37:4 49:14 62:11
62:12 93:2 95:21
104:25 119:5
120:13,18
**provided**   26:9
52:16 92:7,11
95:17 103:18
106:6 111:7
113:23 121:19
140:19 141:8
**provides**   92:24
**provisions**   110:9
110:14
**public**   9:13 34:13
35:22 36:3 47:4,7
47:14 48:4,9 49:7
51:23 59:9 65:20
**publicly**   51:13
**published**   25:18
109:21
**pull**   105:20
**purpose**   24:6 90:8
90:11
**purposes**   15:14,21
**pursuant**   2:20
72:16 128:8
**put**   37:2 49:7
72:19 117:21
**puts**   60:16

### q

**ques**   92:21
**question**   14:7,18
43:17 53:5 70:8
74:1 78:20 79:7
91:14 104:14
117:3
**questioning**
127:20
**questions**   13:18
14:4,12 15:12

27:12 29:23 35:17
45:3 65:17 86:19
86:20,22,24 90:14
90:19 91:2,7,10,19
91:25 92:4,19,21
107:16 108:1
109:6 124:8
127:24,25 128:7
129:2,6 131:13
134:5,11,18,21
137:8
**quick**   85:21,25
**quite**   85:22
**quote**   101:10

### r

**r**   142:3,3
**r&s**   141:1,9
**ran**   32:15,16
**reach**   37:5 107:17
**reached**   127:20
**read**   19:4,17 20:5
21:10,22 22:19
23:8,21 24:9,10,13
24:21,22 25:22
26:11 47:8 52:6
52:11 68:23 70:18
77:7 94:12 96:1
100:1 103:22
104:7 110:10,15
113:25 119:7
125:18 136:24
137:14 138:4
**reading**   29:8
46:23 140:23
141:9
**reads**   51:5 76:21
95:19 99:23
103:20 110:8
**really**   37:15 58:15
59:3,6 62:2,2
119:14

**reason**   13:25
59:13 101:11
142:6,9,12,15,18
142:21
**reasoning**   115:18
**reasons**   114:21
115:6
**recall**   87:16
**receive**   39:19,25
48:1 97:5
**received**   67:3,7
135:24 136:6
**receives**   39:22,24
106:25 112:12,15
112:23
**recess**   55:24 86:6
127:12
**recipients**   97:14
**recognize**   46:12
50:21 68:8 75:19
76:13 94:5 96:3
99:18 103:12
106:8 111:10
121:17
**recollect**   129:22
132:3,5
**recommendations**
113:2
**recommended**
113:22
**recon**   111:10
**record**   10:5 13:10
14:15 18:11,13,15
18:17 55:17,19,22
56:1 85:21 86:4,8
86:13,20 87:10,19
87:24 105:5 127:2
127:10,14 128:10
136:11,14,15,17
137:11,12,16

Veritext Legal Solutions
866 299-5127

[record's - review]

**record's**  29:21
**recorded**  1:19
  2:19 10:7
**records**  38:12,14
  132:22
**refer**  13:13 65:19
**reference**  64:20,21
  107:2 109:12
  132:6
**referenced**  56:22
  129:9 140:6
**references**  54:15
  120:15
**referencing**  62:7
  91:8 105:1
**referring**  15:1,6
  16:4 63:14 64:22
  96:15 100:4
**refers**  94:15
  103:25
**refresh**  46:7 50:14
  68:4 75:15 102:22
  110:24
**regarding**  20:9
  22:14 45:9 54:19
  66:20 67:1,4,8
  71:10 76:22 86:20
  86:22,24 101:17
  107:16 137:1
**regards**  48:8
**regular**  9:14,17
**regularly**  37:3
**regulation**  52:2
  109:1
**regulations**  50:2
  82:14
**reinhardt**  3:9 11:4
  11:4
**reisbord**  6:22
**reject**  49:9,12

**relate**  45:10
**related**  92:20
  122:10 139:13
**relates**  20:16
  137:6
**relating**  108:10
**relation**  25:20
  66:13 98:10
  114:17
**relationship**  21:19
  22:3,9 34:17,23
  36:22,23 37:1,12
  37:15 38:20 39:1
  48:22 119:12
  126:22 131:4,6,9
**relative**  129:14
  130:5 131:13
**released**  140:21
**relevant**  32:6
**relies**  49:13
**remember**  81:3
  87:18
**remote**  3:1 4:1 5:1
  6:1
**remotely**  1:22
  2:23 10:1 138:5
**repeat**  14:8 42:4
  43:18 44:5 70:7
  74:2,3 77:16,20
  78:20,21 98:9
  124:13
**repeating**  70:20
  79:8
**rephrase**  14:9
  60:13 91:17
**replicate**  71:7
**report**  28:11,12,14
  28:15 48:1
**reported**  1:24
**reporter**  2:25
  10:17 12:15 14:6

  14:14 18:8,10
  25:10 43:16 44:3
  46:22 51:18 54:25
  55:3,16 63:24
  73:17 77:15,19
  91:13 96:9 98:8
  114:10 115:13
  116:4 119:19
  121:10 123:8
  130:16 132:12
  137:10 139:1,3
**reports**  53:25
**represent**  46:15
  50:18 68:11 75:21
  78:11 94:2 95:16
  103:17 106:5
  111:7 121:19
  134:15
**representative**
  129:1
**representing**
  10:22 106:21
**represents**  129:20
**request**  51:3,5,12
  85:16,17,24
**requested**  139:19
  141:1,9,10
**requests**  8:14 70:5
**require**  67:15
  114:15
**required**  37:17,20
  52:20 54:10 57:8
  59:15 66:17 70:21
**requirement**  53:2
**requirements**  43:5
  48:1
**requires**  57:22
  58:1 61:12 70:24
**requiring**  112:3
**reserve**  127:24

**respect**  65:24 66:7
**respond**  62:16
  85:3 87:5,7 97:15
  104:10 122:13,18
**responded**  77:9
  94:25
**response**  17:3
  50:19 51:10 68:12
  96:7 97:16
**responses**  8:13,21
  26:9,14 85:6,14,15
  128:17
**responsibilities**
  19:2,3 27:17
  34:11 35:18 42:3
  42:6 43:13,22
  59:21
**responsibility**
  34:12
**responsible**  61:11
  67:19 68:18,21
  69:4
**responsive**  35:17
  51:12
**rest**  43:17 123:9
**retained**  137:19
**return**  140:17
  141:6
**review**  9:16 17:8
  19:10 20:11 21:14
  21:24 22:4,24
  23:11,25 24:14,25
  25:2,19 26:1,3,15
  43:7 49:17 58:2,5
  76:14 92:14 96:5
  99:20 103:14
  111:15,18 112:8
  112:12 113:1,6,7
  113:11 118:13,18
  118:23 119:5
  120:14,19 121:22

Veritext Legal Solutions
866 299-5127

[review - sense]

121:25 128:22
139:18 140:8,10
140:13 141:2
**reviewed**  20:9
21:13 22:2,22
25:25 26:14 41:16
52:16 65:15 85:7
94:7 113:13
130:25
**reviewing**  28:1
42:14 132:22
137:5
**reviews**  62:12
**revise**  39:2
**rgreen**  6:10
**right**  18:12,16
40:8 93:6 131:19
132:9 133:9
**rights**  44:9 127:24
**roberta**  6:6 12:7
73:21 77:22 78:3
78:15 79:20 87:21
108:21 109:10
129:5
**role**  19:2 21:5 28:8
28:9 30:22 31:7,7
33:17 35:18 65:24
66:6 80:24 81:11
82:11 118:22
**roles**  66:12
**room**  5:8
**rooms**  55:11,12
**rule**  48:25 49:3,7
49:10,12,16,20,24
49:25 56:7,10,13
56:17,21 57:2,9,12
57:17,18,20 58:11
58:14 59:2,11,14
59:22 60:11 61:1
61:4,11,12,17,22
62:19,22 63:2,5

64:7,9 65:8,11
66:16 69:24 72:4
73:13 74:5,10,19
75:2 76:25 79:15
79:25 80:4,7
114:16,17 132:3,4
132:17,20 133:5,5
133:12,15 134:24
135:2,9
**rulemaking**  19:17
**rules**  43:9,11,11
50:2,6 51:15 57:5
59:8,18 60:2,9,16
61:24 62:24 63:20
65:14 66:8,19,25
67:16,20 68:19,22
69:4,7,15,19 70:2
70:15 71:13,19
72:3,8,15,20,23
73:3 131:7,21,23
132:1 133:1 141:8

**s**

**s**  142:3
**salutation**  13:15
**san**  3:12
**sara**  116:5
**sarah**  9:18 41:5
80:16,17,18 81:6
81:14,20 90:24,25
91:6,10,18,22 92:1
92:5,7,10,14,23
93:22 94:10,17,25
95:9,25 96:14,21
97:4,9 99:14
103:10,20 104:4
104:10 109:20
110:1 112:10
113:5 116:2 121:7
121:14,25 122:3
122:15,23

**says**  46:20 68:17
94:10 108:16
113:21 118:14
119:4
**schedule**  140:10
**school**  1:10 2:10
6:3 12:8 20:4 21:8
21:20 23:18 29:13
29:17 30:14,16,19
30:20,23 32:12
34:14 36:3,6,7,8
36:18,20 37:9
47:23 48:2,12,15
48:23 49:2,23
51:7,8 52:21,22
53:8,11,17 62:18
62:21 63:4,15,21
64:2,10 65:12,18
65:22,24 66:7,12
66:20,23 67:5,9
73:12 74:4 75:1
89:20 133:8
**school's**  66:9
**schools**  34:15
35:23 36:10 37:14
42:9 47:2,7,15
48:4,9,19 51:24,25
63:19,20 65:20
76:10 89:16 93:24
95:13 99:16
108:17 131:22,25
132:20,21 135:7
**scope**  19:1 24:6
29:21 31:21 79:3
79:4,17 81:17
83:13 86:19
**scottsdale**  6:18
**scroll**  18:1,4 46:19
50:23 75:24 93:14
**second**  46:19
73:18 108:9 111:5

113:19 116:15
**secondary**  1:10
2:10 6:3 12:8 21:7
21:20 37:9,13
40:1 48:12,15,19
48:22 49:2,23
51:7,8,23 52:22
53:8,11 62:17
65:12,20 66:9
73:12 74:4 76:9
93:23 95:13 99:16
108:17
**secretary**  56:16
**section**  15:7 51:14
**see**  17:17 18:3,4,6
39:12 46:8,9,10,18
50:15,16,17 54:21
54:22 56:18,24
63:22 68:5,17
69:22 71:8 76:1,3
76:6,11 77:1
93:15,18,25 95:4,6
95:14 99:12
102:13,17,23
105:24 108:8,12
109:25 110:23,25
111:2 114:14
116:17 118:21
121:2 123:22
134:8
**seeking**  14:12
**seen**  82:22 84:2
88:8,12 118:13
**selected**  33:21,23
40:23
**senate**  123:19,20
123:24
**send**  55:10
**sends**  104:22
**sense**  15:18,25
16:5 27:6

Page 19

sent 76:7 93:21 95:9 99:13 111:14 112:14,20 118:20 121:14 133:24
sentence 70:20 110:7
separate 39:9
separately 66:3
separation 23:17 136:22
serve 27:23 34:2
serves 35:7
services 36:19
session 9:14,17 72:4 106:12,15 118:17
set 8:14,22 9:4 35:14 36:4 81:2 139:9
seventh 30:9
sex 15:16,23 103:11 108:10
shaking 14:5
share 17:17 97:10 122:10
sharing 122:7
she'll 137:14
shift 33:13 67:11
short 55:4,24 76:24 86:6 127:12
shorthand 2:25 14:25 139:2,10
shorthands 14:23
shortly 32:10
show 87:19
shuman 6:5
shumanlaw.com 6:10
siblings 33:11
sic 32:9

sign 140:16 141:5
signature 139:24 140:21,23,23 141:9
similar 135:8
simple 70:17
simultaneous 71:25 77:11 82:6 123:5 136:2
single 103:11 108:10
sister 119:15
sit 129:24 130:10
situated 39:7
six 27:23 28:15,17 30:6,10
sixth 30:9
slicer 6:5
slow 51:18 121:10
smith 4:6 11:16,17
solicit 104:19
solutions 137:19 140:7
someone's 15:16
son 32:15
sonia 28:19
soon 95:23
sooner 54:23
sorry 18:2 20:13 21:1,25 42:4 51:21 55:2 61:12 63:15,24 70:19 76:5 82:8,9 91:11 102:8 103:1,3,8 117:1,5 119:17,20 121:12 123:14 124:2,13
sort 133:23,24
sorts 133:21
sound 14:20 127:5

southern 1:2 2:2 10:11
speak 14:19 27:12 91:22 94:17,22 97:22 98:13,20 107:25 113:9,17 116:22 117:8 118:7 124:4 128:16 133:25
speaker 73:20 116:14
speaking 14:16 71:25 77:11 82:6 101:25 109:4,11 123:5,9 136:2
special 5:4 40:2
specialist 29:9
specific 59:20 60:10 61:4
specifically 67:12 118:10
specify 27:4
spectrum 65:5
speculation 53:5 72:10 78:25 79:17 81:17 96:17,25 101:14
spelling 13:9
spells 22:3
spending 69:23
spoke 98:4 100:23 101:8 132:4
sponsored 23:18
sport 66:18
sports 23:18 31:17 31:19,25 32:12,14 63:4 65:18,19,24 66:7,12,20,23 67:5 67:9 72:25 73:5 76:23 77:5 101:17 103:11 114:15,18

120:15 124:12,16 124:19 125:4,7,14 132:7 136:8,22
sruti 4:5 11:14
ss 77:23
ssac 20:10,16 66:9 76:20 77:23 78:3 79:21 87:22 108:22,25 109:10 114:18 131:8,16 131:20,22 132:24 132:25 133:15 134:25
ssac's 131:21
sswaminathan 4:10
staff 22:12,12 34:21 36:16 37:6 38:24 42:21 49:14 83:18,21 84:9 88:16,18,20 89:3 92:18 104:18 112:18,19 116:9
staffer 90:11
stakeholders 58:1
stamped 25:18,20 76:1 93:16 95:5 99:7 103:6 106:2 111:4 113:20 121:6
stance 118:11
stand 68:25 87:10 87:25 107:10 114:2
standard 111:19
standing 83:12
stands 85:18
stark 3:18 11:8,8
start 18:24 25:12 42:18 59:1 72:3 80:16 91:14

Veritext Legal Solutions
866 299-5127

[start - superintendent]

114:11 115:14
130:18 132:13
**started** 80:4
**starts** 56:20
**state** 1:8,11,13 2:8
2:11,13 5:3,7 8:8
8:10,15,18,23
10:10 11:23 12:1
12:3 14:25 15:1
18:25 19:3,9 20:9
20:15,17,21,23
21:20 22:2 26:24
27:4,10,13,16,18
28:2 31:1,4,8
32:25 33:3,6,9,14
33:22,23,24 34:3,5
34:8,16,20,24,25
35:6,7,10 36:4
37:16,18 38:7,21
38:23 39:5,8,9,16
39:19 40:7,10,21
41:1,8,11,13,22,24
42:3,6,8,10,25
43:2,5,8,10,12,21
44:1,9,12,15,21,22
44:24 45:6,8,8,11
45:14,18 46:17,21
47:2,10,14,18 48:4
48:8 49:1,5,6,11
49:13,17,19,25
50:4,6 51:25 52:1
53:9,18,20 54:1,9
54:14 56:7,10,10
56:12,13,16 57:1,6
57:8,9,11,12,18
58:4,8,12,22,22
59:16,20 60:1,8,15
60:24 61:10,17
62:18,22 63:1,5
64:7,12 65:7,10,15
65:18,19 66:6,11

66:20,22,25 67:3
67:15,18 69:16
70:2,15,18,22,24
71:1,7,10,13,18
72:7,15,20,23 73:3
73:14 74:6,11,20
75:2 79:13,24
80:2,7,14 82:15
88:6,15,23 89:2,6
89:10,15,19,23
90:7,10,15,18,21
101:19,23 102:1,8
104:19 110:12
113:10,12 115:4
117:23 118:2
119:5 125:21
126:4,11,13,16,20
131:3,7,21,23
132:7,18,25 133:5
133:5,11,13
134:10 135:14
136:5 140:4,9,12
142:1
**state's** 102:7
**stated** 87:10
128:11
**statement** 45:19
47:10 52:11 87:18
**states** 1:1 2:1
51:10,16 68:20
136:20
**statewide** 38:5
**stating** 13:9 71:5
137:5
**statute** 24:13
49:17 69:20 73:2
73:7 109:12,23
110:15 117:21
124:24,24 125:6
125:10,19

**stephanie** 84:4,6
95:10 98:13 99:15
**steps** 114:16
**steptoe** 5:15,20
**stewart** 9:18 80:16
80:17,18 81:6,14
81:20 90:24 91:1
91:6,10,18,22 92:1
92:5,7,10,23 93:22
94:17,25 95:9
96:15,21 97:4,9
99:14 103:10
104:4,10 109:20
110:1 112:10
113:5 121:7,14
122:1,3,16,23
**stewart's** 92:14
**stipulated** 12:20
**stipulation** 87:15
140:20
**stipulations** 2:21
**strategic** 42:19
**street** 4:7,17 6:7
6:17
**structure** 18:25
**stu** 136:5
**student** 38:5 63:1
63:16,21,25 64:3,6
64:9
**students** 23:6
66:17 67:1,4,8
120:17 132:22
**stutler** 1:11 2:11
5:14 12:6 134:17
**subject** 9:19 41:24
76:8 93:22 95:12
96:19 99:15
100:13 103:11
121:8,15
**submit** 48:25
52:20 53:8 65:14

**submits** 49:3
**submitted** 22:23
25:20 48:25 49:20
53:17 82:23 84:3
88:9 118:19
**submitting** 113:11
**subscribed** 139:21
**substance** 95:22
98:5 100:23
**suggest** 95:23
127:2
**suggested** 97:10
97:19 99:4
**suite** 4:18 6:7
**summaries** 106:17
106:23
**summarizations**
87:7
**summary** 9:12
25:17 26:2 106:11
110:7 113:1
129:19 130:9
131:1
**superintendent**
1:11,12 2:11,12
4:13 5:14 8:12,20
11:21 12:6 19:3
20:23 27:16,18
28:12 31:3,8,10
33:14,15,18,22,23
34:1,4,7,18,20,24
34:25 35:2,5,7,9
35:19,22 36:2,9,14
36:21 37:6,8,13,17
37:20 38:9,11,13
38:24 39:10 41:3
44:9 46:21 47:2
47:20,21 51:25
52:1,21 53:9,18
67:7 74:19 86:21
90:3 113:10,13

Veritext Legal Solutions
866 299-5127

**[superintendent - timothy]**

115:5 118:12
120:6 124:4
134:16
**superintendent's**
34:10
**superintendents**
21:10 34:15 36:22
36:24 37:4 107:2
107:3
**supervises**  39:9
47:14,20
**supervision**  20:4
21:7 35:6 43:25
44:3,8 47:5,17
52:2 139:11
**support**  28:20
37:5 61:14 113:24
114:6,23 115:1,7
115:19,24 116:9
116:23 117:9,16
117:23 118:6,15
**supports**  36:20
**sure**  25:13 54:8
56:19 61:19 62:23
63:7,13 70:10
72:19 87:17 91:17
95:24 112:17
118:11 133:18
**susan**  5:16 12:4
74:13,22 75:4
134:15
**susan.deniker**
5:20
**suspect**  100:14
**swaminathan**  4:5
11:14,14
**sworn**  10:19 139:5
**system**  34:13 36:3
36:8 37:24 38:6
41:18 42:9 47:7
53:22 54:15

**systems**  28:22
34:14 36:6,10,20
47:23 48:2

**t**

**t**  13:12,12 142:3,3
**take**  14:15 59:2
85:20,25 86:1
95:20 96:8,14
104:24 114:15
124:9 127:2
**taken**  2:20,21
13:21 14:5 16:12
55:24 71:12,18
80:7 86:6 127:12
135:22 138:5
139:8,9
**talk**  27:11 42:23
47:13 49:3
**talked**  31:13 43:14
43:23 48:11 89:25
114:8
**talking**  18:22
33:13 56:6 60:10
67:11 85:12
**teach**  29:13 30:8
**teacher**  29:12 30:6
**teaching**  28:19
29:7 30:4,11
**team**  57:24 63:5
65:22 72:25 125:5
125:8
**teams**  73:6 77:5
124:12,16,19
125:14
**technical**  37:6
41:7 58:18 92:21
105:1,3 119:16,17
119:21
**tell**  27:21 36:13
38:4,20 47:16
48:17 56:9 66:15

68:25 91:9 106:10
115:23 116:8
133:19
**tenure**  118:12
**term**  15:15 33:25
38:2
**terminology**
124:22
**terms**  15:12
129:13,17 130:8
130:14 131:20
132:3,10,16
133:10,21
**test**  137:16
**testified**  12:21
16:15 128:20
131:3
**testify**  13:23,25
100:22 102:3
129:8 137:3 139:6
**testifying**  1:22
2:23 10:1 13:22
26:23 133:3
**testimony**  71:18
92:14,24 93:2
128:23 132:5
137:17 138:8
**thank**  13:3,7,13,17
18:21 30:2 31:16
35:16 46:23 56:4
78:13 79:6 85:2
85:19 86:11 87:20
88:1,2 94:11
101:1 119:23
125:2 127:8,17
128:4 132:23
134:3,4,6,10,11,13
134:17,19
**thanks**  77:6 95:25
103:21

**thereof**  2:21
139:15
**thing**  101:15 126:1
**things**  38:17 58:18
58:25 60:20 61:4
61:25 76:24 79:13
84:13 86:12,16
129:8
**think**  31:14 39:4
49:13 50:3 59:18
59:19 61:3 85:20
86:2 97:17 99:24
124:9 126:25
127:1 133:10
137:13
**thinks**  126:12
**thorough**  47:6
**thought**  19:7,20
62:6 79:14
**thoughts**  77:2
**three**  30:13 59:5
96:22 97:2
**thursday**  76:7
121:7,14
**tied**  43:4
**tim**  28:22
**time**  14:16 18:13
30:25 31:3,14
55:13,22 61:20
69:23 71:21,23
72:2 85:20 86:4
92:25 109:20
123:24 126:25
127:10,18 134:6
134:11,17 136:14
139:9 140:10,18
140:24 141:7
**times**  53:25 59:10
118:9,10
**timothy**  6:16
12:14

Veritext Legal Solutions
866 299-5127

[title - veroff]

| | | | |
|---|---|---|---|
| **title**  40:1 44:16,19 | **transcript**  138:5 | **u** | **verbal**  14:3 |
| **titled**  8:8 46:17 | 139:17,19 140:6,8 | | **verbatim**  31:4 |
| **today**  13:6,21 14:1 | 140:10,13,13,21 | **ultimately**  39:10 | 37:14 44:10 46:3 |
| 26:24 32:19 | 141:2,2 | 58:11 | 50:10 65:19 100:8 |
| 101:25 127:18 | **transferred**  30:19 | **uncommon**  122:9 | 113:8,14 116:21 |
| 129:10,11 134:11 | **transgender**  15:13 | **underlie**  115:11 | **verify**  58:25 |
| 134:17 137:4 | 15:22 23:6 67:1,4 | **understand**  14:7 | **veritext**  10:16,17 |
| **today's**  14:24 | 67:8 73:4 76:9,23 | 17:2 26:23 32:5 | 137:19 140:7,9,11 |
| 16:10,19 26:21 | 93:23 95:12 99:16 | 52:18 54:8 56:19 | **veroff**  3:5 7:5 |
| 91:23 92:16 94:8 | 101:17 114:15 | 69:14 70:19,25 | 10:20,21 13:2 |
| 94:18,23 96:6 | 124:18 136:8 | 72:20 129:24 | 17:22,25 18:9,19 |
| 97:23 98:14,22 | **trial**  16:15 | 131:25 | 18:20 20:24 25:13 |
| 99:21 100:17 | **true**  131:5,10,14 | **understanding** | 25:14 30:2,3 |
| 101:6 103:15 | 133:6 138:9 | 24:5,7 73:1,7 | 31:24 32:8,11 |
| 111:16 121:23 | **truth**  139:6,6,7 | 112:25 118:24 | 35:16,21 43:19,20 |
| 124:5 127:21 | **truthfully**  13:23 | **understood**  14:10 | 44:11 45:7 46:6 |
| 137:16 | 14:1 | **unintended**  77:3 | 46:24,25 50:13 |
| **told**  57:21 90:7,10 | **try**  14:17 29:25 | **union**  3:16 | 51:19,21,22 52:17 |
| **top**  9:4 99:12 | 42:11,25 130:20 | **unit**  10:7 55:23 | 53:1,7,15 54:7,18 |
| **topic**  18:24 19:6 | **tryon**  5:5 11:25,25 | 56:2 86:5,9 | 55:1,5,9,14,20 |
| 19:15,19 20:2,8 | 87:12,12 124:21 | 127:11,15 | 56:4,5 57:15 60:7 |
| 21:4,12,19 22:1,9 | 124:21 125:17 | **united**  1:1 2:1 | 60:12,22 61:8,21 |
| 22:21 23:4,10,16 | 126:17,17 127:7 | **university**  29:2,11 | 64:5 65:6 68:2,3 |
| 23:23 24:5,12,19 | 134:7,8,9 | **unusual**  45:14 | 70:9 72:14 73:11 |
| 24:24 25:7,15,24 | **tucker**  41:5 | 109:14 | 73:25 74:15,25 |
| 26:8,13 35:17 | **tuckwiller**  83:6,7 | **url**  46:18 | 75:7,13 77:17,24 |
| 42:21 85:5 86:21 | 83:17 95:11 97:18 | **use**  14:24,25 15:5 | 78:6,18 79:2,6,11 |
| 86:23 128:14 | 98:21 99:14 | 15:12 19:8,21 | 79:23 80:5,12 |
| 136:20 137:1,3 | **turn**  68:13 95:3 | 41:17 49:11 50:3 | 81:5,13,22 82:17 |
| **topics**  17:12 18:4 | 108:3 128:3 | 112:3 | 82:24 83:4,20 |
| 18:23 26:24 29:22 | **turning**  19:15 21:4 | **usually**  42:20 | 85:3,19,24 86:11 |
| 31:21 35:13,15 | **two**  33:20 39:7 | 57:24 92:21,23 | 87:2 88:2,3 91:16 |
| 79:18 81:1 83:14 | 40:15,16,19 59:5 | 105:3 | 94:21 96:13,20 |
| 84:12 87:1 102:4 | 108:8 114:22 | **uwey**  28:23 | 97:3,8,13 98:12,19 |
| 128:8,13,21 | **type**  54:5 105:2 | **v** | 99:1 100:15,25 |
| **total**  40:21 137:18 | **typewriting** | | 101:18,24 102:6 |
| **track**  31:22 32:15 | 139:11 | **v**  4:16 | 102:14,21 104:3,9 |
| 32:17 | **typical**  92:18 | **varies**  62:2 | 104:17 105:6,12 |
| **transcribed** | **typically**  59:2 | **various**  27:20 28:5 | 105:17,23,25 |
| 139:10 | 104:24 | 34:15 36:17,19 | 109:2,13,24 110:6 |
| | | 43:3 47:25 60:20 | 110:17,22 112:2,7 |
| | | 86:25 | |

Page 23

Veritext Legal Solutions
866 299-5127

[veroff - witness]

113:4,18 114:20
115:15,16 116:7
116:20 117:1,5,6
117:22 118:4
119:22 120:5,11
120:21 121:1,12
121:13 122:12,17
122:22 123:3,13
125:1,12,20 126:3
126:9,23,25
127:17 128:10,19
133:2 135:12,19
136:1
**versed** 109:22
**versus** 10:9
**veto** 35:10 41:21
113:21 117:13
118:9
**video** 1:19 2:19
10:7 25:9 43:15
44:2 63:23 72:1
77:12 82:7 91:12
98:7 100:9 114:9
115:12 116:3
119:18 123:6
130:15 132:11
134:8 136:3
**videoconference**
1:19 2:19 3:1 4:1
5:1 6:1 12:20
**videographer** 6:23
10:4,16 12:23
18:12,16 55:12,18
55:21,25 86:3,7
127:9,13 136:13
136:16 137:15
**view** 75:16
**viewing** 128:12
**violated** 61:17,22
62:18,21 63:1,5
64:7,9

**violation** 62:6
**virginia** 1:2,8,9,13
1:22 2:2,8,9,13,24
3:17,22 4:12,17,19
5:3,9,18 6:3,7,8
8:7,10,16,18,24
10:1,9,12 11:9,11
11:20,22 12:1,8
13:5 15:1,7 20:5
21:7,8,20 22:10
23:6,19 34:18
35:23 37:9,13,23
38:21 42:10 43:11
46:16,20 47:1,15
48:5,9,12,14,22
49:23 51:8,25
52:22 53:10,21
62:17 65:12,21,25
66:7 69:2 73:12
74:4 101:16
102:13 107:10
108:16 114:2
123:16,18 126:2
129:20,25 130:5
134:10 135:3
136:23 140:4
142:1
**virginia's** 47:4
**virtual** 1:19 2:19
**virtually** 10:14
**volleyball** 32:16
**vote** 35:3 41:18
135:22
**vs** 1:7 2:7 140:4
142:1

**w**

**w** 1:10 2:10 8:12
8:16,20,24 25:18
**w.va.** 51:13
**wait** 69:22

**waive** 132:17
**waived** 133:11
140:23,23
**waiving** 140:20
**walk** 64:7
**wall** 4:7
**want** 16:8 27:10
29:24 30:1 33:13
51:2 65:17 67:11
73:9 77:4 85:4
86:12 116:15
135:1
**wanted** 54:21
86:19
**ward** 3:19 11:10
11:10
**way** 16:8 56:22
60:20 72:19 79:4
86:17 119:14
**wayne** 29:17 30:6
30:16
**ways** 48:3
**we've** 26:20 38:1
47:19 89:25
101:16 111:24
114:7 125:24,25
**web** 8:6 46:16
**website** 8:8 46:13
46:17 58:21,23
107:6
**wednesday** 103:10
**went** 30:12 54:13
**west** 1:2,8,9,13,22
2:2,8,9,13,23 3:16
3:22 4:12,19 5:3,9
5:18 6:3,8 8:6,10
8:15,18,23 10:1,9
10:12 11:9,11,20
11:22 12:1,8 13:5
15:1,7 20:5 21:7,8
21:20 22:10 23:6

23:18 34:18 35:23
37:9,13,23 38:21
42:10 43:11 46:16
46:20 47:1,4,15
48:4,9,12,14,22
49:23 51:8,25
52:22 53:10,21
62:17 65:11,21,24
66:7 69:2 73:12
74:4 101:16
102:13 107:17
108:16 114:2
123:16,18 126:2
129:20,25 130:4
134:10 135:3
136:22 140:4
142:1
**whereof** 139:20
**white** 5:17 9:8
22:18 28:19 76:7
76:15,16 78:1
79:14 88:17,20
93:21 94:22 103:9
104:4
**white's** 95:1
104:11
**witness** 7:3 10:19
12:16 31:22 44:7
45:5 52:14,25
53:13 54:4,24
60:4,18 61:3,19
64:4,20 70:7
72:12 74:24 75:6
79:4,5,10,19,22
80:2,11 81:3,10,18
81:21 82:13,22
83:3,17 85:6
94:20 96:7,12,18
97:1,7,12 98:6,10
98:18,25 100:13
100:24 101:15,22

Veritext Legal Solutions
866 299-5127

[witness - zoom]

| | |
|---|---|
| 102:5,12 104:2,7 104:16 105:11,24 108:24 109:11,18 110:5 111:24 112:5,25 113:16 114:13 116:6,19 117:19 118:1 119:20 120:3,10 122:6,21 123:2,11 124:23 125:10,16 125:18,24 126:7 126:20 128:4,11 128:15 131:16 134:13,19 137:12 139:4,20 140:13 140:16 141:2,5 142:24 | **wvago.gov**  5:11 **wvbe**  51:14 68:21 68:25 110:8 **wvde**  107:8,10 108:14 113:23 114:2 **wveis**  38:1,4,5,10 38:12,15 53:22 54:2,12,15 **wvsboe**  9:6,10,21 25:18,21 76:1 93:16 95:5 99:8 103:7 106:3,4 111:5 113:20 121:6 **wvssac**  51:15,16 73:22 129:6 131:4 131:12 |
| **witness's**  79:9 **wonderful**  17:15 17:22 **work**  28:1,2 34:22 39:2 47:2 55:6 58:3 61:15 62:11 64:25 107:21 114:16 **worked**  80:19 83:18,23 **workforce**  45:25 **working**  36:23,25 39:1 69:18 72:3 81:11 **works**  36:11,14 69:7,15 80:22 84:9 123:16 **wow**  130:19 **wrap**  32:9 127:4 **writes**  64:21 101:9 **writing**  51:24 92:8 95:21 97:5 **written**  52:20 58:19 115:7 | **wyant**  4:14 |
| | **x** |
| | **x**  139:19 141:1 |
| | **y** |
| | **yeah**  55:12 62:9,9 78:14 **year**  28:9 30:19 81:4 118:16 **years**  30:6,10,13 30:20 33:20 **yep**  13:8 **york**  4:8,8 |
| | **z** |
| | **zoe**  3:10 11:6 **zoned**  103:3 **zoom**  11:24 12:13 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.