SENATE | HOUSE | JOINT | BILL STATUS | STATE LAW | REPORTS | EDUCATIONAL | CONTACT

## Enrolled Version - Final Version

[House Joint Resolution 102 History]

**OTHER VERSIONS** - Introduced Version | | Email

Key: Green = existing Code. Red = new code to be enacted

# WEST VIRGINIA LEGISLATURE

## 2022 REGULAR SESSION

### ENROLLED

# House Joint Resolution 102

By Delegates Espinosa, Tully, G. Ward, Maynor, Crouse, Clark, Linville, Barnhart, Barrett, Hanna, and Kimble

[Adopted by the Legislature on March 3, 2022.]

That the question of ratification or rejection of an amendment to the Constitution of the State of West Virginia be submitted to the voters of the state at the next general election to be held in the year 2022, which proposed amendment is that section 2, article XII thereof, be amended and reenacted to read as follows:

**ARTICLE XII.  EDUCATION.**

**§2.  Supervision of free schools.**

Subject to the provisions of this section, the general supervision of the free schools of the State is vested in the West Virginia Board of Education which shall perform the duties prescribed by law. Under its supervisory duties, the West Virginia Board of Education may promulgate rules or policies which shall be submitted to the Legislature for its review and approval, amendment, or

Proposing an amendment to the Constitution of the State of West Virginia, amending section 2, article XII thereof, relating to education and the supervision of free schools; clarifying that the policy-making and rule-making authority of the State Board of Education is subject to legislative review, approval, amendment, or rejection; numbering and designating such proposed amendment; and providing a summarized statement of the purpose of such proposed amendment.

Resolved by the Legislature of West Virginia, two thirds of the members elected to each house agreeing thereto:

That the question of ratification or rejection of an amendment to the Constitution of the State of West Virginia be submitted to the voters of the state at the next general election to be held in the year 2022, which proposed amendment is that section 2, article XII thereof, be amended and reenacted to read as follows:

### ARTICLE XII.  EDUCATION.

### §2.  Supervision of free schools.

Subject to the provisions of this section, the general supervision of the free schools of the State is vested in the West Virginia Board of Education which shall perform the duties prescribed by law. Under its supervisory duties, the West Virginia Board of Education may promulgate rules or policies which shall be submitted to the Legislature for its review and approval, amendment, or rejection, in whole or in part, in the manner prescribed by general law.  The board shall consist of nine members to be appointed by the Governor, by and with the advice and consent of the Senate, for overlapping terms of nine years.  No more than five members of the board shall belong to the same political party, and in addition to the general qualifications otherwise required by the Constitution, the Legislature may require other specific qualifications for membership on the board. No member of the board may be removed from office by the Governor except for official misconduct, incompetence, neglect of duty, or gross immorality, and then only in the manner prescribed by law for the removal by the Governor of state elective officers.

The West Virginia Board of Education shall, in the manner prescribed by law, select the State Superintendent of Free Schools who shall serve at its will and pleasure. He or she shall be the chief school officer of the state and shall perform the duties prescribed by law.

The State Superintendent of Free Schools shall be a member of the Board of Public Works as provided by subsection B, section fifty-one, article VI of this Constitution.

*Resolved further*, That in accordance with the provisions of §3-11-1 *et seq.* of the Code of West Virginia, 1931, as amended, the amendment is hereby numbered "Amendment No. 1" and designated as the "Education Accountability Amendment" and the purpose of the proposed amendment is summarized as follows: "The purpose of this amendment  is to clarify that the rules and policies promulgated by the State Board of Education, are subject to legislative review, approval, amendment, or rejection."

The Joint Committee on Enrolled Bills hereby certifies that the foregoing joint resolution is correctly enrolled.

............................................................

*Chairman, House Committee*

..............................................................

*Chairman, Senate Committee*

Originating in the House.

Adopted by the Legislature on March 3, 2022.

..............................................................

*Clerk of the House of Delegates*

..............................................................

*Clerk of the Senate*

..............................................................

*Speaker of the House of Delegates*

..............................................................

*President of the Senate*

Bill Status  |  Bill Tracking  |  WV Code Entire  |  Session Calendar  |  District Maps  |  Senate Roster  |  House Roster  |  Releases  |  Blog  |  Links  |  Home

This Web site is maintained by the West Virginia Legislature's Office of Reference & Information.  |  Terms of Use  |  Web Administrator  |  © 2022 West Virginia Legislature ****



http://www.wvlegislature.gov/Bill_Status/bills_text.cfm?billdoc=hjr102%20ENR.htm&yr=2022&sesstype=RS&i=102&houseorig=H&billtype=JR[4/21/2022 3:54:56 PM]