IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

\*   \*   \*   \*   \*   \*

B.P.J., by her next friend and    \*

mother, HEATHER JACKSON,        \*

    Plaintiffs               \* Case No.

    vs.                     \* 2:21-CV-00316

WEST VIRGINIA STATE BOARD OF     \*

EDUCATION, HARRISON COUNTY BOARD OF\*

EDUCATION, WEST VIRGINIA SECONDARY \*

SCHOOL ACTIVITIES COMMISSION, W.   \*

CLAYTON BURCH in his official      \*

capacity as State Superintendent,   \*

and DORA STUTLER in her official    \*

capacity as Harrison County        \*

Superintendent, PATRICK MORRISEY in\*

VIDEOTAPED DEPOSITION OF

DEANNA ADKINS, M.D.

March 16, 2022

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

Page 2

```
 1   his official capacity as Attorney     *
 2   General, and THE STATE OF WEST        *
 3   VIRGINIA,                             *
 4       Defendants                        *
 5              *    *    *    *    *    *
 6
 7              VIDEOTAPED DEPOSITION OF
 8                 DEANNA ADKINS, M.D.
 9                   March 16, 2022
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1                   DEPOSITION
 2                      OF
 3   DEANNA ADKINS, M.D., taken on behalf of the Intervenor
 4   herein, pursuant to the Rules of Civil Procedure, taken
 5   before me, the undersigned, Lacey C. Scott  a Court
 6   Reporter and Notary Public in and for the Commonwealth
 7   of Pennsylvania, taken via videoconference, on
 8   Wednesday, March 16, 2022 at 9:06 a.m.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1              A P P E A R A N C E S
 2
 3   JOSHUA BLOCK, ESQUIRE
 4   American Civil Liberties Union Foundation
 5   125 Broad Street
 6   New York, NY  10004
 7   COUNSEL FOR PLAINTIFF
 8
 9   KATHLEEN R. HARTNETT, ESQUIRE
10   ANDREW BARR, ESQUIRE
11   JULIE VEROFF, ESQUIRE
12   ZOE HELSTROM, ESQUIRE
13   KATELYN KANG, ESQUIRE
14   ELIZABETH REINHARDT, ESQUIRE
15   Cooley, LLP
16   3 Embarcadero Center
17   20th Floor
18   San Francisco, CA  94111-4004
19       COUNSELS FOR PLAINTIFF
20
21
22
23
24
```

Page 5

```
 1              A P P E A R A N C E S (cont'd)
 2
 3   SRUTI SWAMINATHAN, ESQUIRE
 4   TARA BORELLI, ESQUIRE
 5   Lambda Legal
 6   120 Wall Street
 7   19th Floor
 8   New York, NY  10005-3919
 9       COUNSEL FOR PLAINTIFF
10
11   DAVID TRYON, ESQUIRE
12   State Capitol Complex
13   Building 1, Room E-26
14   Charleston, WV  25305
15       COUNSEL FOR STATE OF WEST VIRGINIA
16
17   ROBERTA F. GREEN, ESQUIRE
18   Shuman McCuskey Slicer, PLLC
19   1411 Virginia Street East
20   Suite 200
21   Charleston, WV  25301
22       COUNSEL FOR WEST VIRGINIA SECONDARY SCHOOL
23       ACTIVITIES COMMISSION
24
```

Page 6

1    A P P E A R A N C E S (cont'd)

2

3    SUSAN DENIKER, ESQUIRE

4    Steptoe & Johnson

5    400 White Oaks Boulevard

6    Bridgeport, WV  26330

7      COUNSEL FOR HARRISON COUNTY BOARD OF EDUCATION and

8      HARRISON COUNTY SUPERINTENDENT DORA STUTLER

9

10   KELLY C. MORGAN, ESQUIRE

11   Bailey Wyant

12   500 Virginia Street East

13   Suite 600

14   Charleston, WV  25301

15     COUNSEL FOR WEST VIRGINIA BOARD OF EDUCATION and

16     SUPERINTENDANT W. CLAYTON BURCH

17

18   TIMOTHY D. DUCAR, ESQUIRE

19   Law Office of Timothy D. Ducar

20   7430 East Butherus Drive

21   Suite E

22   Scottsdale, AZ  85260

23     COUNSEL FOR INTERVENOR, LAINEY ARMISTEAD

24

Page 7

1    A P P E A R A N C E S (cont'd)

2

3    ROGER BROOKS, ESQUIRE

4    LAURENCE WILKINSON, ESQUIRE

5    HAL FAMPTON, ESQUIRE

6    CHRISTIANA HOLCOMB, ESQUIRE

7    JOHNATHAN SCRUGGS, ESQUIRE

8    RACHEL CSUTOROS, ESQUIRE

9    Alliance Defending Freedom

10   15100 North 90th Street

11   Scottsdale, AZ  85260

12     COUNSEL FOR INTERVENOR, LAINEY ARMISTEAD

13

14

15

16

17

18

19

20

21

22

23

24

Page 8

1          I N D E X

2

3    DISCUSSION AMONG PARTIES          14 - 17

4    WITNESS: DEANNA ADKINS, M.D.

5    EXAMINATION

6      By Attorney Brooks              17 - 300

7    EXAMINATION

8      By Attorney Tryonn              301 - 322

9    CERTIFICATE                       323

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 9

1          EXHIBIT PAGE

2

3                    PAGE

4    NUMBER  IDENTIFICATION          IDENTIFIED

5     1    Report of Deanna Adkins, M.D.      17

6     2    Curriculum Vitae          17

7     3    Rebuttal Report           18

8     4    2017 Endocrine Society Guidelines     42

9     5    2009 Endocrine Society Guidelines     48

10    6    2017 Lapinski Article     58

11    7    2021 Endocrine Society Scientific

12         Statement                 65

13    8    NIH Sex/Gender Infographic        87

14    9    World Health Organization Webpage     96

15    10   1/10/22 Washington Post Article       131

16    11   1/9/22 Out Sports Article         142

17    12   Duke Journal of Gender Law and Policy

18         Article                   148

19    13   2020 Hilton and Lundberg Article      156

20    14   2016 Podcast Summary          170

21    15   2016 Podcast Transcript       170

22    16   2021 Washington Post Article      213

23    17   Anderson Interview        216

24    18   Declaration of Deanna Adkins, M.D.    225

Page 10

| | |
|---|---|
| 1 | EXHIBIT PAGE |
| 2 | |
| 3 | PAGE |
| 4 | NUMBER  IDENTIFICATION              IDENTIFIED |
| 5 | 19   2020 Herbert Health Publishing Article  228 |
| 6 | 20   Turban, DeVries and Zucker Article     254 |
| 7 | 21   NIMH Information Sheet              286 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Page 12

| | |
|---|---|
| 1 | OBJECTION PAGE |
| 2 | |
| 3 | ATTORNEY                        PAGE |
| 4 | Borelli       166, 167, 167, 168, 168, 169, 170, 171, |
| 5 | 171, 171, 172, 172, 173, 173, 174, 174, 174, 175, 175, |
| 6 | 175, 175, 176, 177, 177, 178, 178, 179, 180, 180, 180, |
| 7 | 181, 181, 181, 182, 182, 183, 183, 183, 184, 184, 186, |
| 8 | 186, 187, 187, 187, 188, 188, 189, 189, 190, 190, 191, |
| 9 | 192, 192, 193, 193, 195, 195, 195, 196, 196, 196, 196, |
| 10 | 196, 197, 197, 198, 198, 200, 200, 201, 203, 204, 204, |
| 11 | 205, 205, 205, 205, 206, 206, 207, 207, 207, 207, 208, |
| 12 | 208, 209, 209, 209, 210, 210, 211, 211, 211, 212, 213, |
| 13 | 213, 213, 214, 214, 214, 215, 215, 216, 217, 217, 218, |
| 14 | 219, 219, 220, 220, 222, 222, 222, 223, 223, 224, 226, |
| 15 | 226, 227, 227, 228, 227, 229, 230, 230, 232, 232, 233, |
| 16 | 233, 233, 234, 235, 235, 235, 236, 236, 237, 237, 237, |
| 17 | 238, 238, 238, 239, 240, 240, 241, 241, 242, 244, 245, |
| 18 | 245, 245, 246, 246, 246, 247, 247, 248, 248, 251, 251, |
| 19 | 251, 252, 252, 252, 252, 253, 253, 253, 254, 254, 257, |
| 20 | 257, 258, 258, 258, 259, 259, 260, 260, 261, 261, 262, |
| 21 | 262, 262, 263, 264, 264, 265, 265, 266, 266, 266, 266, |
| 22 | 267, 267, 267, 268, 268, 269, 269, 270, 270, 271, 271, |
| 23 | 272, 272, 272, 273, 274, 274, 275, 276, 276, 277, 277, |
| 24 | 277, 278, 278, 279, 280, 280, 280, 281, 281, 284, 285, |

Page 11

| | |
|---|---|
| 1 | OBJECTION PAGE |
| 2 | |
| 3 | ATTORNEY                        PAGE |
| 4 | Borelli       19, 19, 20, 20, 20, 21, 21, 21, 21, 22, |
| 5 | 22, 23, 24, 24, 25, 25, 26, 26, 26, 27, 27, 33, 33, 34, |
| 6 | 34, 34, 36, 36, 36, 37, 37, 39, 39, 40, 40, 40, 40, 41, |
| 7 | 41, 42, 42, 43, 43, 44, 45, 45, 46, 46, 47, 47, 48, 48, |
| 8 | 49, 49, 50, 50, 51, 51, 52, 53, 53, 54, 54, 55, 55, 55, |
| 9 | 55, 55, 56, 56, 56, 57, 57, 58, 59, 60, 61, 61, 62, 62, |
| 10 | 63, 63, 64, 64, 65, 65, 67, 68, 69, 69, 70, 70, 70, 71, |
| 11 | 71, 71, 72, 72, 72, 73, 73, 74, 74, 75, 75, 76, 76, 76, |
| 12 | 77, 77, 78, 78, 79, 79, 80, 80, 81, 81, 82, 83, 83, 83, |
| 13 | 83, 84, 84, 85, 85, 86, 86, 88, 89, 89, 90, 90, 91, 91, |
| 14 | 92, 94, 94, 94, 95, 95, 96, 97, 98, 99, 99, 101, 101, |
| 15 | 102, 102, 103, 103, 104, 105, 106, 107, 107, 107, 107, |
| 16 | 108, 108, 108, 109, 109, 110, 111, 112, 113, 113, 115, |
| 17 | 116, 116, 117, 117, 118, 118, 118, 119, 119, 119, 120, |
| 18 | 120, 120, 121, 121, 123, 124, 124, 124, 125, 125, 126, |
| 19 | 127, 127, 127, 127, 129, 129, 131, 132, 132, 133, 133, |
| 20 | 133, 134, 134, 135, 135, 137, 137, 138, 139, 139, 140, |
| 21 | 140, 141, 141, 141, 142, 143, 144, 144, 145, 145, 146, |
| 22 | 146, 147, 147, 149, 150, 150, 151, 151, 152, 152, 152, |
| 23 | 153, 153, 154, 154, 155, 155, 155, 156, 158, 159, 159, |
| 24 | 159, 160, 161, 161, 161, 162, 162, 162, 163, 163, 166, |

Page 13

| | |
|---|---|
| 1 | OBJECTION PAGE |
| 2 | |
| 3 | ATTORNEY                        PAGE |
| 4 | Borelli       285, 286, 287, 287, 288, 288, 289, 289, |
| 5 | 289, 290, 290, 290, 291, 292, 292, 293, 294, 294, 295, |
| 6 | 295, 296, 297, 298, 298, 299, 299, 300, 302, 303, 303, |
| 7 | 304, 304, 304, 305, 305, 305, 306, 306, 306, 307, 307, |
| 8 | 307, 308, 308, 308, 309, 309, 309, 310, 310, 310, 311, |
| 9 | 311, 311, 311, 312, 312, 313, 313, 314, 314, 315, 315, |
| 10 | 316, 316, 317, 318, 318, 320, 320, 320, 321, 321, 321 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Page 14

```
 1              S T I P U L A T I O N
 2    ----------------------------------------------
 3    (It is hereby stipulated and agreed by and between
 4    counsel for the respective parties that reading,
 5    signing, sealing, certification and filing are not
 6    waived.)
 7    ----------------------------------------------
 8              P R O C E E D I N G S
 9    ----------------------------------------------
10          VIDEOGRAPHER:  Good morning.  We're now
11    on the record.  My name is Jacob Stock.  I'm a Certified
12    Legal Video Specialist employed by Sargent's Court
13    Reporting Services.  Today's date is March 16th, 2022
14    and the current time is 9:06 a.m. Eastern Standard Time.
15    This video is being taken place remotely by video
16    conference.  The caption of this case is in the United
17    States District Court for the Southern District of West
18    Virginia, Charleston Division, B.P.J., et al.  V. West
19    Virginia State Board of Education, et al.  Civil Action
20    Number 2:21-CV-00316.  The name of the witness is Deanna
21    Adkins.  Will the attorney present state their names and
22    the parties they represent for the record?
23          ATTORNEY BROOKS:  Roger Brooks taking the
24    deposition with Alliance Defending Freedom and
```

Page 15

```
 1    representing the intervenor.
 2          ATTORNEY HOLCUMB:  Christina Holcumb for
 3    intervenor.
 4          ATTORNEY DUCAR:  Timothy Ducar for
 5    intervenor.
 6          ATTORNEY CSUTOROS:  Rachel Csutoros for
 7    intervenor.
 8          ATTORNEY TRYON:  David Tryon at the
 9    Attorney General's Office in West Virginia, and I
10    represent the State of West Virginia.
11          ATTORNEY MORGAN:  Kelly Morgan with
12    Bailey and Wyant on behalf of West Virginia Board of
13    Education and Superintendent Burch.
14          ATTORNEY DENIKER:  Good morning,
15    everyone.  Susan Deniker representing Defendant Harrison
16    County Board of Education and Superintendent Doris
17    Stutler.
18          ATTORNEY GREEN:  Roberta Green, Shuman
19    McCuskey Slicer.  I'm here on behalf of West Virginia
20    Secondary School Activities Commission.
21          ATTORNEY BORELLI:  And this is Tara
22    Borelli with Lambda Legal on behalf of the Plaintiff,
23    B.P.J..
24          ATTORNEY SWAMINATHAN:  This is Sruti
```

Page 16

```
 1    Swaminathan also from Lambda Legal also on behalf of
 2    Plaintiff.
 3          ATTORNEY HARTNETT:  And this is Kathleen
 4    Hartnett from Cooley on behalf of the Plaintiff.
 5          ATTORNEY BARR:  Andrew Barr, also from
 6    Cooley on behalf of the Plaintiff.
 7          ATTORNEY REINHARDT:  This is Elizabeth
 8    Reinhardt, also with Cooley, also for Plaintiff.
 9          ATTORNEY BLOCK:  Josh Block from ACLU on
10    behalf of Plaintiff.
11          VIDEOGRAPHER:  If that is everybody, then
12    can I ask the notary to swear in the witness?
13          ---
14          DEANNA ADKINS, M.D.,
15    CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND
16    HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS
17    FOLLOWS:
18          ---
19          VIDEOGRAPHER:  And at this time the
20    notary may be dismissed and we can begin.
21          ATTORNEY BROOKS:  Thank you, ma'am.
22          NOTARY:
23          Thank you.  Have a good day everybody.
24          ---
```

Page 17

```
 1              EXAMINATION
 2          ---
 3    BY ATTORNEY BROOKS:
 4    Q.   For convenience --- good morning, Dr. Adkins,
 5    ---
 6    A.   Good morning.
 7    Q.   --- and thank you for your time here today.
 8          ATTORNEY BROOKS:  For convenience, let me
 9    start out by marking three exhibits.  As Adkins Exhibit
10    Number 1, I would like to mark the Declaration and
11    expert report of Deanna Adkins, which in the file will
12    be made available to the court reporter is tab two.  And
13    I have copies for the witness and for counsel.  I would
14    also like to mark as Adkins Exhibit 2 what we have
15    provided as tab three, which is the CV of the witness,
16    Deanna Adkins.
17          ---
18          (Whereupon, Adkins Exhibit 1, Report
19           of Deanna Adkins, M.D., was marked for
20           identification.)
21          (Whereupon, Adkins Exhibit 2, Curriculum
22           Vitae, was marked for identification.)
23          ---
24          THE WITNESS:  If you don't mind, it's
```

1    Deanna (corrects pronunciation).
2         ATTORNEY BROOKS:  Deanna.  I certainly
3    don't mind.  I want to get that right.  Sorry about
4    that.
5         THE WITNESS:  Thank you.
6         ATTORNEY BROOKS:  And I would like to
7    admit as Exhibit 3 the rebuttal report submitted by Dr.
8    Adkins.  I will provide copies of that to the witness.
9    Just write the number on it.
10        THE WITNESS:  Thank you.
11        ATTORNEY BROOKS:  We'll have occasion to
12   come back to those.
13                      ---
14        (Whereupon, Adkins Exhibit 3, Rebuttal
15         Report, was marked for identification.)
16                      ---
17   BY ATTORNEY BROOKS:
18   **Q.  Dr. Adkins, let me ask you to find amongst the**
19   **three documents I have given you Exhibit 2, which is**
20   **your Curriculum Vitae.**
21        VIDEOGRAPHER:  Counsel, do you want that
22   pulled up on the shared screen?
23        ATTORNEY BROOKS:  That's up to the
24   remote.  You should certainly make it available.

1    Obviously, everybody here in the deposition room has it.
2    BY ATTORNEY BROOKS:
3    **Q.  Dr. Adkins, let me ask you to turn to page two**
4    **of Exhibit 2, your Curriculum Vitae.  And you have there**
5    **a list headed professional training and academic career.**
6    **Do you see that?**
7    A.  Yes.
8    **Q.  Am I right that you have done either residencies**
9    **or fellowships in the field of pediatrics and**
10   **endocrinology?**
11        ATTORNEY BORELLI:  Objection, form.
12        THE WITNESS:  I've done both, yes,
13   residency and fellowship in pediatrics followed by
14   endocrinology, yes.
15   BY ATTORNEY BROOKS:
16   **Q.  And you have not done either a residency nor a**
17   **fellowship in psychiatry.  Have you?**
18        ATTORNEY BORELLI:  Objection to form.
19        THE WITNESS:  No.
20   BY ATTORNEY BROOKS:
21   **Q.  And you don't have any degree in child or**
22   **adolescent developmental psychology, do you?**
23   A.  No.
24   **Q.  Do you consider yourself trained and**

1    **professionally competent in using the American**
2    **Psychiatric Association Diagnostic and Statistical**
3    **Manual to make child and adolescent mental illness or**
4    **psychiatric diagnoses generally outside the scope of**
5    **gender dysphoria?**
6         ATTORNEY BORELLI:  Objection, form.
7         THE WITNESS:  In pediatrics, we're
8    trained to make some of the diagnoses that are
9    appropriate for a pediatrics provider to treat.
10   BY ATTORNEY BROOKS:
11   **Q.  So is that a --- do you consider yourself**
12   **generally competent in making diagnosis of child or**
13   **adolescent mental illness according to the standards of**
14   **DSM-V?**
15        ATTORNEY BORELLI:  Objection, form.
16        THE WITNESS:  For the things I was
17   trained in and have continued to get CME in, I do.
18   BY ATTORNEY BROOKS:
19   **Q.  And you do not have any training in sports**
20   **physiology, do you?**
21        ATTORNEY BORELLI:  Objection, form.
22        THE WITNESS:  Nothing specific.
23   BY ATTORNEY BROOKS:
24   **Q.  You would consider that to be outside your field**

1    **of professional expertise.  Am I right?**
2         ATTORNEY BORELLI:  Objection, form.
3         THE WITNESS:  There is probably some over
4    lap given that physiology and endocrinology are very
5    important and tied and interlinked, but I couldn't tell
6    you since I don't know where the overlap might be.
7    BY ATTORNEY BROOKS:
8    **Q.  You yourself have not done any research related**
9    **to sports physiology, have you?**
10        ATTORNEY BORELLI:  Objection, form.
11        THE WITNESS:  Not myself, no.
12   BY ATTORNEY BROOKS:
13   **Q.  Nor have you done any research relating to the**
14   **impact of hormones on athletic capability?**
15        ATTORNEY BORELLI:  Objection, form.
16        THE WITNESS:  Not personally.
17   BY ATTORNEY BROOKS:
18   **Q.  Do you consider yourself to be an expert in any**
19   **sense in the question of what is or is not fair?**
20        ATTORNEY BORELLI:  Objection, form.
21        THE WITNESS:  Well, that's a broad
22   question.  That's ---.
23   BY ATTORNEY BROOKS:
24   **Q.  Do you consider yourself an expert in the**

1  concept of fairness?

2      ATTORNEY BORELLI:  Objection.

3      THE WITNESS:  I believe that I can

4  recognize fairness and have a concept that would be

5  appropriate for someone of my age.

6  BY ATTORNEY BROOKS:

7      Q.  Do you believe that you have expertise and

8  fairness beyond that from ordinary human experience?

9      ATTORNEY BORELLI:  Objection, form.

10      THE WITNESS:  I would have to see what

11  that would look like to say yes or no to that question.

12  BY ATTORNEY BROOKS:

13      Q.  All right.

14      Let's look at your list of publications, which

15  is on page three of Exhibit 2, your curriculum vitae.

16  And under the --- the page three and continuing onto

17  page four is a section titled Refereed Journal.

18      Correct?

19      A.  Yes.

20      Q.  And by Refereed Journal --- we'll both have to

21  remember that.  And also the court reporter may from

22  time to time tell one of us to slow down.  These all

23  just ordinary parts of the process, just forgetting to

24  speak up or to go slow enough to be transcribed.

1      Can you explain for the record what you mean by

2  refereed journal, what the significance of that heading

3  is?

4      A.  Yes.  So for those journals they are reviewed by

5  an editor, and those are peer reviewed as well.

6      Q.  So these --- this would be the list of your

7  publications that would --- you would consider to be

8  peer reviewed publications?

9      ATTORNEY BORELLI:  Objection, form.

10      THE WITNESS:  Looking at the date on the

11  front of this one, yes.

12  BY ATTORNEY BROOKS:

13      Q.  And that date is January 21st of this year,

14  2022.

15      Right?

16      A.  Yes.

17      Q.  And have you had any peer reviewed publication

18  appear since January 21st of this year?

19      A.  I have one that is --- that's in press for next

20  month.

21      Q.  And what is the title of that?

22      A.  I would have to review the title in my e-mail.

23  It's Clinical Simulation for Education of Nurse

24  Anesthesia in Gender Affirming Care.

1      Q.  Thank you.

2      A.  Roughly.

3      Q.  Roughly?

4      I see an article here, number three on the

5  list, Tejwani, from Tejwani, et al, and you are one of

6  the authors shown from year 2017.  Do you see that?

7      A.  Yes.

8      Q.  And that relates to disorders of sexual

9  development.

10      Am I correct?

11      A.  Yes.

12      Q.  And am I correct that that article has ---

13  doesn't speak at all to the questions of gender.

14      Does it?

15      ATTORNEY BORELLI:  Objection to form.

16      THE WITNESS:  That, no.

17  BY ATTORNEY BROOKS:

18      Q.  Not correct?

19      A.  I'm sorry, no, it doesn't speak.

20      Q.  Just to be clear for the record, the Tejwani et

21  al. article which you are a co-author does not speak at

22  all to questions of gender identity.

23      Correct?

24      ATTORNEY BORELLI:  Objection, form.

1      THE WITNESS:  Correct.

2  BY ATTORNEY BROOKS:

3      Q.  And I see here a Lapinski, et al. article, the

4  4th item, from 2018, entitled Best Practices in

5  Transgender Health: A Clinician's Guide for Primary

6  Care.

7      Do you see that?

8      A.  Yes.

9      Q.  Am I correct that that article does not report

10  on any regional research by the authors?

11      ATTORNEY BORELLI:  Objection to form.

12      THE WITNESS:  I believe that's true.

13  BY ATTORNEY BROOKS:

14      Q.  Are you the author of any peer reviewed papers

15  that report original clinical research relating to

16  gender identity or for transgender therapies?

17      ATTORNEY BORELLI:  Objection to form.

18      ATTORNEY BROOKS:  I don't know who spoke

19  to the witness.

20      THE WITNESS:  So gosh, I have a lot of

21  things that are in process.  Let me give it a second.

22      ATTORNEY BORELLI:  Take the time you need

23  to review that to answer the question fully.

24      THE WITNESS:  Could you repeat the

1  question?
2  BY ATTORNEY BROOKS:
3      **Q.   Yes.  Are you the author of any published peer**
4  **reviewed papers that report original clinical research**
5  **relating to gender identity or transgender therapies?**
6          ATTORNEY BORELLI:  Objection to form.
7          THE WITNESS:  The item on number six
8  would be the closest.  And it is talking with patients
9  about the gender identity and their experience of
10  transgender care, yes.
11  BY ATTORNEY BROOKS:
12      **Q.   The --- that paper in particular is essentially**
13  **calling for research.**
14          **Am I correct?**
15          ATTORNEY BORELLI:  Objection to form.
16          THE WITNESS:  Yes.
17  BY ATTORNEY BROOKS:
18      **Q.   It is not reporting on accomplished clinical**
19  **research, is it?**
20          ATTORNEY BORELLI:  Objection, form.
21          THE WITNESS:  So in that study we
22  actually did interview individuals as part of the study,
23  so it has --- it's done as a --- oh, Lord, words.  I'm
24  going to find the word in a second.  Not in like ---

1  more of a public health-based research approach where
2  you do not actual like counting of things like you would
3  do sort of --- search, but more around interviewing and
4  looking at quantitate versus qualitative.  That's the
5  word I'm looking for.  It's a qualitative study which is
6  typically done in public health programs or other public
7  health research.
8      **Q.   All right.**
9          **Am I correct, Dr. Adkins, that you, yourself,**
10  **have not treated nor personally examined Plaintiff,**
11  **B.P.J.?**
12          ATTORNEY BORELLI:  Objection, form.
13          THE WITNESS:  That's correct.
14  BY ATTORNEY BROOKS:
15      **Q.   And you don't have any direct knowledge as to at**
16  **what Tanner stage B.P.J. began puberty blockers.**
17          **Am I correct?**
18      A.   I don't recall seeing that in any of the
19  documentation.
20      **Q.   And you don't have any knowledge as to how**
21  **B.P.J.'s physiology or athletic capabilities compare to**
22  **a genetic female of a similar age, do you?**
23          ATTORNEY BORELLI:  Objection, form.
24          THE WITNESS:  I haven't assessed the

1  particular patient, person.
2  BY ATTORNEY BROOKS:
3      **Q.   Let me take you again to Exhibit 2 and page two**
4  **---?**
5          ATTORNEY MORGAN:  May I interrupt for a
6  moment.
7          ATTORNEY BROOKS:  I'm sorry.  Who's
8  speaking?
9          ATTORNEY MORGAN:  Sure.  This is Kelly
10  Morgan.  I'm having a terrible time understanding the
11  witness.  So before we go on is there any way to see if
12  we can --- it sounds extremely muffled.  I'm only
13  catching like maybe half of the words.
14          ATTORNEY BROOKS:  Most --- most of the
15  voice is coming through very clear on our end.  I'm
16  going to move speaker so that paper shuffling is not as
17  likely to shuffle it.  Beyond that, I think everybody in
18  this room will agree that we're speaking slowly and
19  clearly and, frankly, loudly.  So I'm not sure there's
20  more we can do.
21          ATTORNEY BORELLI:  And Kelly, for what it
22  is worth, I think I caught maybe half of your words.  I
23  wonder if there is a connection issue on your end that
24  might be worth investigating.

1          ATTORNEY HARTNETT:  I will just say for
2  the record, and others should speak up too because we
3  obviously want all counsel to hear the deposition.  I
4  have been able to hear Mr. Brooks, the witness, and the
5  objections have been a bit more faint, but we have been
6  able to make them out so far.
7          ATTORNEY TRYON:  This is Dave Tryon.  I
8  share Kelly's frustration.  I'm having difficulty
9  understanding the witness, so ---.
10          ATTORNEY BROOKS:  And similarly, Dave,
11  when we hear you, you're a little bit more muffled than
12  some of the other voices.  So the issue, perhaps the
13  mics and speakers on the other end, but there's nothing
14  more we can do at this end.
15          ATTORNEY GREEN:  This is Roberta Green,
16  and I'm also having trouble hearing.  And I'm
17  considering maybe --- you know, maybe muting my computer
18  and calling in on my phone and see if I can hear better.
19  I think when the doctor looks down to look at documents
20  we lose some of that.  So I'll report in if calling in
21  on my phone is a breakthrough, but I appreciate you all.
22  Thank you.
23          ATTORNEY DENIKER:  Yes.  Thank you.  I'm
24  also having trouble.  And I'm curious if the court

Page 30

1    reporter is having trouble.  And if she's not, that's
2    good, but I just want to make sure that we --- that
3    everybody can hear.
4           COURT REPORTER:  So my biggest issue is
5    people not saying their names when they're speaking.  So
6    we just had a bunch of people and I really have no idea
7    who is sayin anything.  I don't know who is making the
8    objections.  And ma'am, with the mask on, it is hard to
9    understand you at times.  I'm really like having to
10   really focus in on you.  And the objections are coming
11   in quick.  And I mean, there are definitely some
12   challenges, but I don't know.
13          ATTORNEY BORELLI:  Well, in case this is
14   helpful, so this is Tara Borrelli with Lambda Legal on
15   behalf of the Plaintiff.  I am the person defending the
16   deposition, so the objections will be coming from me, in
17   case that's helpful going forward.
18          COURT REPORTER:  Yes.
19          ATTORNEY HARTNETT:  This is Kathleen
20   Hartnett for the Plaintiff from Cooley.  I was the first
21   person that spoke after someone raised the issue.  I
22   believe Miss --- Ms. Morgan had raised the issue of the
23   ability to hear.  And I would just say for the record
24   this is an in person deposition that was scheduled where

Page 31

1    we had proposed it to be remote if parties saw fit to do
2    that.  We're not objecting to it being in person.  We're
3    --- obviously they're defending.  And all parties had
4    the ability to attend in person if they chose to.
5           ATTORNEY BROOKS:  And I --- I will ---
6    this is Roger Brooks taking the deposition.  I will
7    suggest that we just agree by voice acclimation that
8    we're not going to cycle through all the names and try
9    to identify all the people who have chatted with us
10   about their reception and simply move on with the
11   deposition unless anybody objects to that.
12          ATTORNEY MORGAN:  I have no objection to
13   that.  This is Kelly Morgan.  But is there any
14   possibility that the witness would be able to remove her
15   mask if everyone else is masked other than the
16   questioner?  Like I --- I'm not having trouble hearing
17   anyone else other than the witness, and it just seems to
18   get muffled.
19          ATTORNEY BORELLI:  I'm sorry, but I --- I
20   don't believe that's going to be an option.  I mean,
21   this --- this is partly why a remote deposition would
22   have been our --- our preference, but Dr. Adkins
23   obviously has to take precautions because she is
24   continuing to see and treat patients.  And so she needs

Page 32

1    to protect her health.
2           ATTORNEY BROOKS:  And we did agree to
3    proceed in whatever way the witness wanted when it comes
4    to that, so we'll all just have to live with that as
5    part of these days.
6           May we proceed?
7           ATTORNEY TRYON:  Yes.
8    BY ATTORNEY BROOKS:
9    **Q.   If you have Exhibit 2 and on page two of that we**
10   **have professional training and academic career, which**
11   **towards the bottom includes your current two**
12   **appointments associated with Duke University.**
13   **        Am I correct?**
14   A.   Three.
15   **Q.   I apologize.  I see that.  One is you're an**
16   **Associate Professor of Pediatrics.**
17   **        Correct?**
18   A.   Correct.
19   **Q.   And you are the Director of the Duke Child and**
20   **Adolescent Gender Care Clinic?**
21   A.   Correct.
22   **Q.   And you are a Co-Director of the Duke Sexual and**
23   **Gender Health and Wellness Program.**
24   **        Correct?**

Page 33

1    A.   Correct.
2    **Q.   What is the total compensation you receive in**
3    **connection with those three appointments with Duke**
4    **University?**
5           ATTORNEY BORELLI:  Objection, form.
6           THE WITNESS:  Well, you want a number or
7    ---?
8    BY ATTORNEY BROOKS:
9    **Q.   I do.**
10   A.   I'm going to have to give an approximation.
11   **Q.   And that's fine?**
12   A.   Approximately, $173,000 per year.
13   **Q.   And that is your total compensation on a W-2**
14   **from Duke University?**
15   A.   No.  Duke University only pays me $20,000 per
16   year.  I work for the private Diagnostic Clinic, which
17   is our private practice, and they pay me the balance.
18   **Q.   Okay.**
19   **        And do you receive any other compensation in**
20   **connection with your work with patients in connection**
21   **with the Duke Child and Adolescent Gender Care Clinic?**
22          ATTORNEY BORELLI:  Objection, form.
23          THE WITNESS:  No.
24   BY ATTORNEY BROOKS:

1    Q.  Can you tell me what you earned in speaking fees
2  in 2021, approximately?
3          ATTORNEY BORELLI:  Objection, form.
4          THE WITNESS:  In 2021?  Is that what you
5  said?
6  BY ATTORNEY BROOKS:
7    Q.  I did.
8    A.  Let's see.  I'm losing track of dates.  I think
9  only like $500.
10   Q.  And what were the total expert fees that you
11 received in 2021 in connection with serving as an expert
12 in litigation?
13         ATTORNEY BORELLI:  Objection, form.
14         THE WITNESS:  Nothing.
15 BY ATTORNEY BROOKS:
16   Q.  And in 2021 did you receive any payments for any
17 reasons from any pharmaceutical company?
18         ATTORNEY BORELLI:  Objection, form.
19         THE WITNESS:  No.
20 BY ATTORNEY BROOKS:
21   Q.  Let me ask you to look at Exhibit 1, which is
22 your expert report.  And if you would turn --- if you
23 would turn to paragraph 37 of that report, paragraph 38.
24 And there you say when a child is born a sex assignment

1  is usually made based on the infant's externally visible
2  genitals.  This designation is then recorded and usually
3  becomes the sex designation listed on the infant's birth
4  certificate.  Do you see that language?
5    A.  I do.
6    Q.  And as a trained physician, can you tell us how
7  a sex assignment is usually made based on the infant's
8  external visible genitals?
9    A.  Yes.  In most cases the external genitals will
10 have a form that looks typical to a male versus typical
11 to a female.  And if there is a question, then I get
12 consulted, if there's something different.
13   Q.  And by typical to a male, for instance, you mean
14 what?
15   A.  So male external genitalia at birth typically
16 has a phalic structure, penis that is, of a certain
17 length most of the time.  And then there's scrotum and
18 then there are usually testicles, although sometimes
19 they can be up or down in the scrotum.
20   Q.  And do you, yourself, have children?
21   A.  I do.
22   Q.  And you're aware that for quite a number of
23 years now, in fact, parents often learn of the sex of
24 their child before birth.

1          Correct?
2          ATTORNEY BORELLI:  Objection, form.
3          THE WITNESS:  I have been aware that
4  ultrasonographers often tell people what they think they
5  are.  And I'm also the one that has to tell the parents
6  that it is different when they're born and it is not
7  exactly accurate.
8  BY ATTORNEY BROOKS:
9    Q.  That is as a result of the quality of imaging on
10 ultrasound sometimes the wrong call is made on that?
11         ATTORNEY BORELLI:  Objection, form.
12         THE WITNESS:  Possibly the quality of
13 imaging, the skill of the person.  There are also
14 sometimes variations that aren't easily visible on
15 ultrasound.
16 BY ATTORNEY BROOKS:
17   Q.  You're aware, are you not, that the genetic
18 sex of infant is, in fact, determinable by genetic
19 testing as early as the first trimester of pregnancy?
20         ATTORNEY BORELLI:  Objection to form.
21         THE WITNESS:  The typical testing for
22 that is chromosomes, which are broad view and not
23 specific for the hundreds of genes that can change the
24 sex of the individual.

1  BY ATTORNEY BROOKS:
2    Q.  Well, my question was you are aware, are you
3  not, that the chromosomal sex of the infant is
4  determinable as early as the first trimester of
5  pregnancy?
6          ATTORNEY BORELLI:  Objection, form.
7          THE WITNESS:  I'm sorry.  I didn't hear
8  you say chromosomal.  I thought you said biological.  I
9  apologize.
10 BY ATTORNEY BROOKS:
11   Q.  I can't swear what I said the first time.
12         ATTORNEY BROOKS:  Let's ask the reporter
13 to read back the second question I asked.  Is the court
14 reporter muted perhaps?
15         COURT REPORTER:  One minute.
16         ATTORNEY BROOKS:  Okay.
17         COURT REPORTER:  You said genetic
18 testing.  Do you want me to read the whole question?
19         ATTORNEY BROOKS:  I do.
20         COURT REPORTER:  You are aware, are you
21 not, that the genetic sex of an infant is determinable
22 by genetic testing as early as the first trimester of
23 pregnancy?
24         ATTORNEY BORELLI:  Objection to form.

Page 38

1    COURT REPORTER: And again I just want to
2  say that the witness is hard to understand. There is
3  definitely a lot of muffling words coming through, you
4  know, just like in the sentence there might be two words
5  that I just have to like really --- I'm just struggling
6  over here with this mask. I can't see your lips moving,
7  so it's really hard, but --.
8    THE WITNESS: I'll slow down, but I was
9  sick earlier this week, and I'd really rather not share
10  that with anyone in the room. And I don't think that
11  they would like that, so ---.
12  BY ATTORNEY BROOKS:
13    **Q.   Don't consider yourself pressured to take off**
14  **your mask. Just do what you can to speak clearly into**
15  **the microphone.**
16    ATTORNEY BORELLI: Thank you. And we
17  just moved the mic closer to the witness as well, so we
18  --- we hope that that will help make a difference.
19    ATTORNEY HARNETT: Excuse me. This is
20  Kathleen Hartnett from Cooley. I would like to ask
21  whether the videotaping that's happening now will allow
22  further transcription after the deposition?
23    VIDEOGRAPHER: Yes, that's --- the
24  videotape is picking up everything that --- I'm having

Page 39

1  no troubles on my side, so it's picking up all of the
2  audio and everything.
3    ATTORNEY HARTNETT: Thank you very much.
4    VIDEOGRAPHER: You're welcome.
5    ATTORNEY BROOKS: And rather than
6  re-reading the question, I'm just going to forget all
7  that and ask you a new question.
8  BY ATTORNEY BROOKS:
9    **Q.   You are aware, are you not, that the chromosomal**
10  **sex of an infant nowadays can be determined as soon as**
11  **the first trimester of pregnancy?**
12    ATTORNEY BORELLI: Objection to form.
13    THE WITNESS: You can obtain the baseline
14  chromosomes, yes.
15  BY ATTORNEY BROOKS:
16    **Q.   And that will tell you the chromosomal sex of**
17  **that infant?**
18    ATTORNEY BORELLI: Objection, form.
19    THE WITNESS: The --- not really a term
20  that is really precise as there's hundreds of genes that
21  can change that.
22  BY ATTORNEY BROOKS:
23    **Q.   So you are not able to answer my question yes or**
24  **no?**

Page 40

1    ATTORNEY BORELLI: Objection to form.
2    THE WITNESS: I'm not able to answer the
3  question yes or no.
4  BY ATTORNEY BROOKS:
5    **Q.   You would agree that the genetic sex of an**
6  **infant is determined at the instant of conception?**
7    ATTORNEY BORELLI: Objection to form.
8    THE WITNESS: The actual Y chromosomes
9  are at that time, yes.
10  BY ATTORNEY BROOKS:
11    **Q.   That's not something that a doctor has any**
12  **choice or could change at the time of birth?**
13    ATTORNEY BORELLI: Objection, form.
14    THE WITNESS: The chromosomes, no.
15  BY ATTORNEY BROOKS:
16    **Q.   And you understand what I think we all learned**
17  **in perhaps sixth grade biology that an individual with**
18  **two X chromosomes, provided that there is no chromosomal**
19  **abnormality, is female female and an individual free of**
20  **abnormalities who has an X and a Y chromosome is male.**
21    **Correct?**
22    ATTORNEY BORELLI: Objection, form.
23    THE WITNESS: Free of any abnormalities,
24  yes.

Page 41

1  BY ATTORNEY BROOKS:
2    **Q.   And you also understand that in humans, like all**
3  **mammals, a gamete from a male and a gamete from a female**
4  **are necessary to create a fertilized egg in a new**
5  **individual?**
6    ATTORNEY BORELLI: Objection, form.
7    THE WITNESS: Can you read the very first
8  part of the question again, please?
9  BY ATTORNEY BROOKS:
10    **Q.   You understand that in humans, as in all**
11  **mammals, a gamete from a male and a gamete from a female**
12  **are necessary to create a fertilized egg and a new**
13  **individual?**
14    ATTORNEY BORELLI: Same objection.
15    THE WITNESS: Yes.
16  BY ATTORNEY BROOKS:
17    **Q.   Now, if you look at paragraph 41 in your**
18  **declaration ---**
19    A.  Yes.
20    **Q.   --- in paragraph 41 you state, quote, biological**
21  **sex, biological male or female are imprecise and should**
22  **be avoided. Do you see that?**
23    A.  Yes.
24    **Q.   And it is your view that the terms biological**

Page 42

1   male, biological female and biological sex are so
2   imprecise as to be not useful from a medical point of
3   view?
4          ATTORNEY BORELLI:  Objection, form.
5          THE WITNESS:  In my practice we have to
6   be more careful than that because I see quite a lot of
7   individuals where that wouldn't be a very precise
8   answer.
9   BY ATTORNEY BROOKS:
10      Q.   My question is is it your expert opinion, are
11  you offering expert opinion in terms of biological sex,
12  biological male and biological female are so imprecise
13  as to not be medically useful?
14         ATTORNEY BORELLI:  Objection, form.
15         THE WITNESS:  Yes.
16         ATTORNEY BROOKS:  Let me mark as Exhibit
17  4 what is tab 5, and that is the Endocrine Society
18  Guidelines dated 2017, but the number of authors.  The
19  first name is Wiley Hembree.
20         ---
21         (Whereupon, Adkins Exhibit 4, 2017
22          Endocrine Society Guidlines, was marked
23          for identification.)
24         ---

Page 43

1          ATTORNEY BROOKS:  I'm handing that to the
2   witness and to opposing counsel.
3   BY ATTORNEY BROOKS:
4       Q.   Dr. Adkins, this is a document that you cite in
5   your expert report.
6           Correct?
7       A.   Correct.
8       Q.   And with which you are quite familiar?
9       A.   Correct.
10      Q.   Do you know Dr. Hembree?
11      A.   I spoke with him on the phone.
12      Q.   You would agree, would you not, that he's been
13  prominent in the field of transgender medicine for
14  decades?
15         ATTORNEY BORELLI:  Objection, form.
16         THE WITNESS:  His publications, yes.
17  BY ATTORNEY BROOKS:
18      Q.   And another author is Peggy Cohen-Kettenis.  Do
19  you see that?  She's the second author.
20      A.   Yes.
21      Q.   And likewise, she has been prominent in the
22  field for at least 20 years?
23         ATTORNEY BORELLI:  Objection.
24         THE WITNESS:  I've seen publications in

Page 44

1   that date range, yes.
2   BY ATTORNEY BROOKS:
3       Q.   Have you met Dr. Cohen-Kettenis?
4       A.   No.
5       Q.   And she is associated with a highly respected
6   institute in Amsterdam.
7           Am I right?
8       A.   I am not certain.  I would have to look that up.
9       Q.   You don't know.  You weren't invited to serve on
10  the committee that drafted these guidelines, were you?
11         ATTORNEY BORELLI:  Objection, form.
12         THE WITNESS:  There is an invitation
13  extended to all Endocrine Society members.  I did find a
14  time.  That was early in my work with this at that time.
15  BY ATTORNEY BROOKS:
16      Q.   If you look down on page one, about five lines
17  from the bottom ----.
18      A.   Say it again.
19      Q.   Page one, five lines from the bottom?
20      A.   Yes.
21      Q.   Actually, let's go two more up and begin a
22  sentence.  There's a sentence that begins they require a
23  safe and effective hormone regimen that will, one,
24  suppress endogenous sex hormone secretion determined by

Page 45

1   the person's genetic/gonadal sex.  Do you see that?
2       A.   I do.
3       Q.   And do you think you understand what's referred
4   to by the term genetic/gonadal sex?
5          ATTORNEY BORELLI:  Objection, form.
6          THE WITNESS:  Yes.
7   BY ATTORNEY BROOKS:
8       Q.   And what is your understanding of what that
9   refers to?
10      A.   So that would include both the chromosomes as
11  mentioned before, the broad XY, and it should include
12  all of the other genetic mutations as well as what
13  actual gonads are present in the person.
14      Q.   And this committee, these prominent researchers
15  at least considered genetic/gonadal sex to be a
16  meaningful and readily understandable binary
17  classification.
18          Correct?
19         ATTORNEY BORELLI:  Objection, form.
20         THE WITNESS:  That's not clear there and
21  it is different from what you said before.
22  BY ATTORNEY BROOKS:
23      Q.   I try to make each question somewhat different
24  from the one before, so yes.  Let me ask a new question.

Page 46

1  This committee considered --- the committee that drafted
2  these guidelines considered genetic/gonadal sex to be a
3  meaningful and readily understandable classification.
4        Correct?
5        ATTORNEY BORELLI:  Objection, form.
6        THE WITNESS:  Yes.  They didn't use the
7  word chromosomal sex.  And they included gonads which
8  are also a part of the broad development of human
9  reproductive biology.
10  BY ATTORNEY BROOKS:
11     Q.   And in fact, you, yourself, quoted this language
12  in your expert report, did you not?
13     A.   Yes.
14     Q.   And genetic sex, in your understanding, what is
15  the meaning of genetic sex?
16        ATTORNEY BORELLI:  Objection, form.
17        THE WITNESS:  Well, in most patients, in
18  most people, it is whether you received an X or a Y
19  chromosome and all of your body parts include an XY
20  containing or an XX containing cell.  There are cases
21  where you can have mossaicism or different parts of a
22  human at different sex chromosomes where a part is XX, a
23  part is XY, part is XO.  And then there is also some
24  mutations that can occur in lots of other locations that

Page 47

1  can determine whether or not a patient's, you know,
2  likely to have the rest of their human development
3  appear as what we would more typically see in a male
4  human or a female human.
5  BY ATTORNEY BROOKS:
6     Q.   Well, in every human individual who is healthy
7  and free of disorder of sexual development, genetic sex
8  and gonadal sex are --- directly correspond.
9        Correct?
10        ATTORNEY BORELLI:  Objection, form.
11        THE WITNESS:  Typically, yes.
12  BY ATTORNEY BROOKS:
13     Q.   So in a healthy individual free of genetic
14  defect every individual who is chromosomally XX is going
15  to have female gonads and female genitalia.
16        Correct?
17        ATTORNEY BORELLI:  Objection to form.
18        THE WITNESS:  My only concern is I would
19  not use defect as a language.  There's --- you know, we
20  see variation across humans and we --- you know, there
21  are variations that are normal and variations that are
22  typical versus rare.  So I would not call it necessarily
23  a defect, maybe a variation would be the word I would
24  use.

Page 48

1  BY ATTORNEY BROOKS:
2     Q.   The relationship between chromosomal sex and
3  gonads are not separate things that can vary in healthy
4  individuals, are they?
5        ATTORNEY BORELLI:  Objection to form.
6        THE WITNESS:  Well, I have healthy
7  individuals who have XY chromosomes and external
8  genitalia that are completely female.
9        ATTORNEY BROOKS:  Let me mark as Exhibit
10  5 the prior edition guidelines put out by the Endocrine
11  Society in 2009, eight years earlier.
12        ---
13        (Whereupon, Adkins Exhibit 5, 2009
14        Endocrine Society Guidelines, was marked
15        for identification.)
16        ---
17  BY ATTORNEY BROOKS:
18     Q.   And the primary author is on --- the first
19  author on the 2009 guidelines are the same individuals,
20  Dr. Hembree and Cohen-Kettenis?
21        Correct?
22     A.   Correct.
23        ATTORNEY BORELLI:  Objection, form.
24  BY ATTORNEY BROOKS:

Page 49

1     Q.   In fact, you, yourself, were familiar with and
2  regularly consulted these guidelines.
3        Am I correct?
4        ATTORNEY BORELLI:  Objection to form.
5        THE WITNESSS:  Prior to 2017?
6  BY ATTORNEY BROOKS:
7     Q.   Correct.
8     A.   I used these guidelines.
9     Q.   And did you find them to be incomprehensible?
10        ATTORNEY BORELLI:  Objection to form.
11        THE WITNESS:  No.
12  BY ATTORNEY BROOKS:
13     Q.   If you look with me on page marked 3134, which
14  is the third page of the document, second column three
15  quarters of the way down is the definition of --- under
16  the heading of definitions is a definition of
17  transsexual or transsexual people.
18        Do you see that?
19     A.   I see it.
20     Q.   It says there that a transsexual person refers
21  to a biological male who identifies as or desires to be
22  a female --- a member of the female gender or vice
23  versa.
24        Do you see that?

Page 50

1      A.   Yes.
2      Q.   And so in 2009 these prominent authors in the
3   field considered biological male to be a scientifically
4   useful and adequately clear term  for them to use in
5   these guidelines issued by the Endocrine Society.
6      Correct?
7           ATTORNEY BORELLI:  Objection, form.
8           THE WITNESS:  It's written that way in
9   this paper, yes.
10   BY ATTORNEY BROOKS:
11      Q.   And you in that time period 2009 to just 2017
12   used these guidelines and were able to understand them.
13      Correct?
14           ATTORNEY BORELLI:  Objection, form.
15           THE WITNESS:  You know, I would have to
16   spend some time looking to see what else is in here.  It
17   has been a long time since I've used these particular
18   and pulled out.  And it is a single location.  It can
19   sometimes be misleading if you're aware --- if you've
20   read many medical articles.
21   BY ATTORNEY BROOKS:
22      Q.   So you don't recall whether you found these
23   guidelines to be comprehensible and useful for your
24   purposes in the years between 2009 and 2017?

Page 51

1           ATTORNEY BORELLI:  Objection, form.
2           THE WITNESS:  Generally they were useful.
3   BY ATTORNEY BROOKS:
4      Q.   If you look just a little lower is --- the next
5   definition is transition.
6      Do you see that?
7      A.   Yes.
8      Q.   And it refers to a period of time during which
9   transsexual persons change their physical, social and
10   legal characteristics to the gender opposite that of
11   their biological sex.
12      Do you see that?
13      A.   I do.
14      Q.   And again, these authors used the term
15   biological sex, did they not?
16      A.   They did.
17      Q.   And they indicated their understanding that
18   biological sex is binary in referring to opposite of a
19   biological sex.
20      Correct?
21           ATTORNEY BORELLI:  Objection, form.
22           THE WITNESS:  In this older version they
23   do use more binary terms.  As you know, language changes
24   over time.  In the new guidelines they don't talk as

Page 52

1   much about binary.
2   BY ATTORNEY BROOKS:
3      Q.   Is it your belief that the underlying biology
4   has changed since 2009?
5           ATTORNEY BORELLI:  Objection, form.
6           THE WITNESS:  Our understanding of a lot
7   of things in this area is growing rapidly.  It's a rapid
8   area of research.
9   BY ATTORNEY BROOKS:
10      Q.   Let me ask you to turn in this document to page
11   3141.
12      A.   Same document, 3141?
13      Q.   Yes.
14      A.   Thank you.
15      Q.   And here we're in a discussion of the use of
16   GRNH analogs, which is to say puberty blockers.
17      Am I correct?
18      A.   Which section?
19      Q.   Well, the heading is 2.3, evidence, and it is
20   talking about in the second paragraph treatment with
21   GRNH analogs?
22           ATTORNEY BORELLI:  Counsel, can we give
23   the witness one moment to look at this?
24           ATTORNEY BROOKS:  Of course.

Page 53

1           ATTORNEY BORELLI:  Thank you.
2           THE WITNESS:  Yes, that appears to be
3   what is discussed in this section.
4   BY ATTORNEY BROOKS:
5      Q.   Here the authors in the 2009 Endocrine Society
6   guidelines describe the effect of treatment with puberty
7   blockers.
8      Correct?
9           ATTORNEY BORELLI:  Objection, form.
10           THE WITNESS:  Yes.
11   BY ATTORNEY BROOKS:
12      Q.   And they say among other things that, quote, in
13   girls breast development will become atrophic and menses
14   will stop.  And they continue, quote, in boys
15   verilization will stop and testicular volume will
16   decrease.
17      Do you see those quotes?
18      A.   I do.
19      Q.   Again, in 2009, the Endocrine Society didn't
20   think there was ambiguity or imprecision as to what is a
21   girl and what is a boy for purposes of development in
22   puberty, did they?
23           ATTORNEY BORELLI:  Objection to form.
24           THE WITNESS:  As I said, the language

1  would be different and likely is different in
2  conversations around this because it is not as precise
3  as I would use or my colleagues would use.
4  BY ATTORNEY BROOKS:
5      **Q.   In 2009 the Endocrine Society in publishing**
6  **these guidelines didn't think there was any ambiguity or**
7  **imprecision as to what is a girl and what is a boy for**
8  **purposes of the effect of puberty.**
9      **Correct?**
10         ATTORNEY BORELLI:  Objection to form.
11         THE WITNESS:  I would have to read the
12  article up to this point to see what their
13  clarifications are with regard to those phrases.
14  Oftentimes in the beginning of articles they will
15  clarify what they mean by a particular phrase, and
16  taking it out of context is a little bit difficult for
17  me to just say it is true right here on the spot.
18         ATTORNEY BORELLI:  I would also just
19  object to the extent that we're asking about select
20  definitions without having given the witness an
21  opportunity to review the entire definition and section
22  of the document and asking her to draw conclusions about
23  the larger document.
24         ATTORNEY BROOKS:  Counsel, I think that

1  you are supposed to under the Rules to confine your
2  objections to stating objection.
3  BY ATTORNEY BROOKS:
4      **Q.   In your practice today with respect to**
5  **individuals who do not suffer from any disorder of**
6  **sexual development you don't have any trouble telling**
7  **girls from boys, do you?**
8         ATTORNEY BORELLI:  Objection to form.
9         THE WITNESS:  I do not have trouble
10  deciding who was assigned female at birth versus those
11  who were assigned male at birth.
12  BY ATTORNEY BROOKS:
13      **Q.   We have already talked about how that assignment**
14  **is done based on observation of genitalia, which depend**
15  **on underlying genetic sex.**
16      **Right?**
17         ATTORNEY BORELLI:  Objection, form.
18         THE WITNESS:  So the typical manner of
19  assignment we have discussed.  Sometimes those things
20  change over time with --- absent of course a difference
21  of sex development or intersex conditions.  Typically
22  they would match.
23  BY ATTORNEY BROOKS:
24      **Q.   And if you are, for instance, getting ready to**

1  **prescribe cross sex hormones for a patient in patients**
2  **who are free of any disorder of sexual development you**
3  **don't have any trouble determining which patients need**
4  **testosterone as a cross sex hormone versus which**
5  **patients need estrogen as a cross sex hormone, do you?**
6         ATTORNEY BORELLI:  Objection, form.
7         THE WITNESS:  My mouth is getting dry.  I
8  don't have any trouble with that.
9  BY ATTORNEY BROOKS:
10      **Q.   And that's because absent rare and unusual**
11  **disorders of sexual development it's really easy for all**
12  **of us to tell girls from boys, isn't it?**
13         ATTORNEY BORELLI:  Objection to form.
14         THE WITNESS:  With regard to their sex
15  assignment at birth, yes.
16  BY ATTORNEY BROOKS:
17      **Q.   Now, you've mentioned a couple times when I**
18  **asked you questions about the 2009 guidelines that**
19  **perhaps a language that's used has changed.**
20      **Am I right?**
21      **A.   Yes.**
22      **Q.   You are not contending that how human biology**
23  **works has changed?**
24         ATTORNEY BORELLI:  Objection, form.

1         THE WITNESS:  Our understanding of human
2  biology at this time is accelerating greatly, especially
3  in the area of genetics.  We can now look at someone's
4  whole exome, whole chromosome, and it's --- I mean in
5  this timeframe there's an amazing amount of information
6  that's become more clear.
7  BY ATTORNEY BROOKS:
8      **Q.   So is it your --- are you asserting that the**
9  **more recent Endocrine Society policy statement should be**
10  **accepted as a more precise Scientific statement?**
11         ATTORNEY BORELLI:  Objection, form.
12         THE WITNESS:  The goal is for that to be,
13  yes, when you are writing those.  And it's also been
14  sometimes since this was published as well.
15  BY ATTORNEY BROOKS:
16      **Q.   Since the 2017 guidelines?**
17      **A.   Correct.**
18      **Q.   But in general, is it your view the more recent**
19  **statements of the Endocrine Society that touch on issues**
20  **of the definition of gender and sex are --- we should**
21  **consider more accurate or reliable than earlier**
22  **statements?**
23         ATTORNEY BORELLI:  Objection, form.
24         THE WITNESS:  In the correct context,

Page 58

1 yes.  Sometimes when they're taken out of context and
2 applied to not the exact same population, they may or
3 may not be as precise.
4 BY ATTORNEY BROOKS:
5     Q.   They may or may not be.  That is you don't
6 maintain that generally more recent statements of the
7 Endocrine Society relating to definitions of gender and
8 sex are more reliable than earlier statements?
9         ATTORNEY BORELLI:  Objection to form.
10        THE WITNESS:  Their goal and our goal as
11 a community is to be as precise as possible.  Sometimes
12 that works and sometimes it doesn't.
13        ATTORNEY BROOKS:  Let me mark as Exhibit
14 --- what are we at, 6.  Exhibit 6.  What is tab 4 in the
15 materials provided to the court reporter, an article
16 Lapinski, et al., which Dr. Adkins is a coauthor from
17 2017.  Pardon me, 2017.
18             ---
19        (Whereupon, Adkins Exhibit 6, 2017
20        Lapinski Article, was marked for
21        identification.)
22             ---
23 BY ATTORNEY BROOKS:
24     Q.   And this is your only or perhaps one of only two

Page 59

1 peer reviewed articles on which you were an author that
2 relate to transgender patients.
3        Correct?
4        ATTORNEY BORELLI:  Objection, form.
5        THE WITNESS:  I'm going to refer back to
6 my ---.
7 BY ATTORNEY BROOKS:
8     Q.   Please do, and that's Exhibit 2.
9     A.   I apologize --- I'm sorry.  I was thinking of
10 the book chapter.  Yes, I was thinking of the book
11 chapter I've written there.  So those are also peered
12 reviewed.  So if you just falling manuscript of joint
13 articles, that's true, but I also have one book chapter
14 published and one that is in process.
15     Q.   Well, at any rate, this article was published in
16 2017, the same year as the more recent guidelines from
17 the Endocrine Society.
18        Correct?
19     A.   Correct.
20     Q.   And in this article --- let me ask you to turn
21 to page 692.  And looking at a paragraph that actually
22 runs over from 689 because of a long intervening table.
23 Paragraph is headed understanding the meaning of
24 transitioning for transgender patients.

Page 60

1     Do you see that?
2     A.   Yes.
3     Q.   And the paragraph continues on to page 692 and
4 the language I want to call your attention to is there,
5 but of course feel free to look at the paragraph?
6        ATTORNEY BORELLI:  Counsel, for clarity
7 of the record, I'm showing that the heading is on page
8 689.
9        ATTORNEY BROOKS:  Correct.  That's where
10 the paragraph begins and then there's a two-page table
11 breaks up the paragraph and now we're on 692.
12        ATTORNEY BORELLI:  Thank you.
13        THE WITNESS:  Just that paragraph.
14 BY ATTORNEY BROOKS:
15     Q.   Yes.
16     A.   Okay.
17     Q.   In 2017, writing a guide for clinicians as to
18 what you considered to be best practices in transgender
19 health you and your coauthors thought that it was clear
20 and useful to refer to, quote, the opposite biological
21 sex, closed quote, did you not?
22        ATTORNEY BORELLI:  Objection, form.
23        THE WITNESS:  The language would be
24 reflective of the original publications.

Page 61

1 BY ATTORNEY BROOKS:
2     Q.   Dr. Adkins, what do you mean by that answer?
3     A.   When you're putting something into a journal
4 article and you're reporting that original article's
5 information, it would be inappropriate to change the
6 language.  So the original report that states this
7 particular information used those words.
8     Q.   Well, you didn't put this in quotation marks in
9 your article, did you?
10        ATTORNEY BORELLI:  Objection, form.
11        THE WITNESS:  We don't necessarily have
12 to put them in quotation marks.  In medically referred
13 journals you can just put the reference.
14 BY ATTORNEY BROOKS:
15     Q.   And in fact, there is no footnote to this, is
16 there, there is no reference?
17        ATTORNEY BORELLI:  Objection, form.
18        THE WITNESS:  Not right at the end of
19 that sentence.
20 BY ATTORNEY BROOKS:
21     Q.   What that sentence says to get it into the
22 record, I'm referring to sexual orientation, it says,
23 quote, this fluctuation tends to occur more commonly
24 with individuals who are attracted to the opposite

Page 62

1   biological sex before transitioning, closed quotes.
2   Have I read that language correctly?
3        A.   Correct.
4        Q.   And publishing this guideline for clinicians in
5   2017, is it your testimony that even if you thought that
6   language was inaccurate and confusing you would not have
7   clarified it?
8            ATTORNEY BORELLI:  Objection, form.
9            THE WITNESS:  I can't change what the
10  publication states.  It would be inappropriate for me to
11  make a statement that was different from what the
12  publication states.  And there are people that fall on
13  the binary and people who fall in the middle, and that
14  particular study investigated people who identified on
15  each end of the binary spectrum of individuals
16  identification of gender identity.
17  BY ATTORNEY BROOKS:
18       Q.   So you believe as a scientist and an author that
19  writing in 2017, even if you thought the term biological
20  sex was misleading and inaccurate, you --- it was
21  nevertheless appropriate for you to use that term in a
22  best practices guide that you were writing for
23  clinicians?
24           ATTORNEY BORELLI:  Objection, form.

Page 63

1            THE WITNESS:  So if you would read the
2   entirety of the article, I would hope that we would be
3   clear and it would be understood that if isolated
4   paragraph, again I, have to use what language was used
5   in the original publication.  Otherwise, I'm
6   misrepresenting the original publication and I would not
7   want to do that.
8   BY ATTORNEY BROOKS:
9        Q.   Well, if you thought the original publication
10  was in accurate and misleading you wouldn't want to cite
11  and rely on it, would you?
12           ATTORNEY BORELLI:  Objection, form.
13           THE WITNESS:  As it's stated, it's not
14  inaccurate.  And if you infer things from a sentence it
15  could be misleading.  If you read it straight for what
16  it says, it's accurate to what the report gave in the
17  initial publication.
18  BY ATTORNEY BROOKS:
19       Q.   Are you familiar, Dr. Adkins, with a NIH policy
20  that requires research supported by NIH grants that
21  involves animal or human clinical work to consider what
22  NIH refers to as, quote, sex as a biological variable,
23  closed quote?
24           ATTORNEY BORELLI:  Objection, form.

Page 64

1            THE WITNESS:S  I have seen that policy
2   and also seen the policies that are presented by the NIH
3   which uses sex assigned at birth as well as gender
4   identity and in addition, as variables that should be
5   included in their research.
6   BY ATTORNEY BROOKS:
7        Q.   My question is precise.  Are you familiar with
8   the NIH policy that requires grant supported research in
9   sales or clinical work to, quote, consider sex as a
10  biological variable?
11           ATTORNEY BORELLI:  Objection, form.
12  Counsel, if you are going to continue questioning her
13  about the policy, we'd request a copy be placed in front
14  of the witness.
15           ATTORNEY BROOKS:  At the moment I'm just
16  asking the witness if she's familiar with that policy.
17           ATTORNEY BORELLI:  My objection stands.
18           THE WITNESS:  I haven't read the entire
19  policy.  I have seen that within the documents that you
20  have presented, so I can't accurately state if it is
21  true.
22  BY ATTORNEY BROOKS:
23       Q.   Have you, yourself, ever submitted any grant
24  proposal that was subject to that NIH policy?

Page 65

1            ATTORNEY BORELLI:  Objection, form.
2            THE WITNESS:  I have submitted NIH
3   grants.
4   BY ATTORNEY BROOKS:
5        Q.   And in that connection did you take some steps
6   to assure that your grant proposal would comply with
7   that policy?
8            ATTORNEY BORELLI:  Objection, form.
9            THE WITNESS:  All of my grants
10  applications had sex assigned at birth as a variable
11  that we wanted.
12  BY ATTORNEY BROOKS:
13       Q.   Let me show you another more recent Endocrine
14  Society policy statement.  This is tab eight.  It will
15  be Exhibit 7.
16           ---
17           (Whereupon, Adkins Exhibit 7, 2021
18           Endocrine Society Scientific Statement,
19           was marked for identification.)
20           ---
21           THE WITNESS:  Before we start this
22  questioning is it possible for me to take a break?
23           ATTORNEY BROOKS:  It certainly is.  At
24  any time that you want to, you just say so.

1   VIDEOGRAPHER:  Going off the record.  The
2   current time reads 10:08 a.m.
3   OFF VIDEO
4   ---
5   (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)
6   ---
7   ON VIDEOTAPE
8   VIDEOGRAPHER:  We're back on the record.
9   Current time reads 10:21 a.m. Eastern Standard Time.
10   ATTORNEY BROOKS:  And this is Roger
11   Brooks resuming the questioning.  I have put in front of
12   the witness what is marked Exhibit 7, which is a, quote,
13   scientific statement from the Endocrine Society that is
14   entitled Considering Sex as a Biological Variable in
15   Basic and Clinical Studies: An Endocrine Society
16   Scientific Statement, closed quote.  Do you see that?
17   A.   Pardon me.  Yes.
18   Q.   So this is --- document, this statement is from
19   2021, just last year.  And four more years --- recent
20   four more years of science available as compared to the
21   2017 guidelines we looked at earlier.
22   Correct?
23   A.   It is that --- yes, as far as the date goes, I
24   mean, one would think they would be up-to-date.

1   Q.   And let me just ask, obviously the Endocrine
2   Society is a large organization, but do you know, either
3   personally or by reputation, any of the authors listed
4   on this document?
5   ATTORNEY BORELLI:  Objection, form.
6   THE WITNESS:  Excuse me.  Walter Miller
7   by reputation.
8   BY ATTORNEY BROOKS:
9   Q.   And Walter Miller is at the University of
10   California, San Francisco, according to the footnote
11   there?
12   A.   Let's see.  That's what it looks like.
13   Q.   And just looking down, the University of
14   California, San Francisco, is a highly prestigious
15   research institution, is it not?
16   A.   It has a good reputation.
17   Q.   And farther down, halfway down the block of
18   institutions that these authors are associated with, I
19   see University of California, Los Angeles.  Do you see
20   that?
21   A.   Yes.
22   Q.   And UCLA, to use its abbreviation, is also a
23   highly respected research university, is it not?
24   A.   You know, there is some variability there.  And

1   yes, there are some folks there who do a nice job.
2   Q.   And maybe four lines from the bottom of that
3   block I see a reference to the National Institute of
4   Mental Health.
5   Do you see that?
6   A.   Yes.
7   Q.   And that's a highly respected governmental
8   research laboratory.
9   Correct?
10   ATTORNEY BORELLI:  Objection, form.
11   THE WITNESS:  Yes.
12   BY ATTORNEY BROOKS:
13   Q.   And let me ask you to turn here in this document
14   to the second page, which is page 220.  And this is, in
15   fact, the beginning of the text after the abstract on
16   the previous page.  And there it begins, quote, sex is
17   an important biological variable that must be considered
18   in the design and analysis of human and animal research.
19   The terms sex and gender should not be used
20   interchangeably.  Sex is dichotomous with sex
21   determination in the fertilized zygotes stemming from
22   unequal expression of sex chromosomal genes,  closed
23   quote.
24   Do you see that language?

1   A.   I do.
2   Q.   Do you understand the meaning of the word
3   dichotomous?
4   A.   I do.
5   Q.   What does it mean?
6   A.   Two options.
7   Q.   There are two options.  And do you think you
8   understand the significance of the statement that,
9   quote, sex is an important biological variable?
10   ATTORNEY BORELLI:  Objection, form.
11   THE WITNESS:  I understand that it ---
12   yes.
13   BY ATTORNEY BROOKS:
14   Q.   In fact, I believe you testified earlier that in
15   the human body every body part, every cell either has XX
16   chromosomes or XY chromosomes depending on the
17   chromosomal sex of the individual.
18   Is that right?
19   ATTORNEY BORELLI:  Objection, form.
20   THE WITNESS:  Some individuals have a
21   mixture.
22   BY ATTORNEY BROOKS:
23   Q.   And those would be genetic abnormalities.
24   Am I correct?

Page 70

1    ATTORNEY BORELLI: Objection, form.
2    THE WITNESS: Again, I don't like the
3  word abnormalities. It is a variation in presentation
4  of a human.
5  BY ATTORNEY BROOKS:
6    **Q.  You would agree, would you not, that any**
7  **deviation from having either XX or XY chromosomes is**
8  **widely considered to be an abnormality?**
9    ATTORNEY BORELLI: Objection, form.
10    THE WITNESS: Again, I don't prefer that
11  language.
12  BY ATTORNEY BROOKS:
13    **Q.  Dr. Adkins, I didn't ask you what you prefer. I**
14  **understand your preference. My question is you would**
15  **agree, would you not, within the scientific community it**
16  **is widely held view that any chromosomal arrangement**
17  **other than having XX or XY is abnormal?**
18    ATTORNEY BORELLI: Objection, form.
19    THE WITNESS: Not in my experience in my
20  group of people that I practice with, they would not
21  describe it that way.
22  BY ATTORNEY BROOKS:
23    **Q.  Would you agree that sex is determined to use**
24  **the language that I have directed you to, quote, in the**

Page 71

1  **fertilized zygote, closed quote?**
2    A.  I'm sorry. Can you re-read the question or
3  repeat the question?
4    **Q.  Yes. I'm referring to the language that**
5  **references sex determination in the fertilized zygote.**
6  **And my question is do you agree that the sex of an**
7  **individual is determined, quote, in the fertilized**
8  **zygote, closed quote?**
9    ATTORNEY BORELLI: Objection, form.
10    THE WITNESS: Again, they're not being
11  very specific in that particular sentence about what
12  they mean by sex.
13  BY ATTORNEY BROOKS:
14    **Q.  You're not able to say whether this opening**
15  **language in this 2021 statement from the Endocrine**
16  **Society is in your view accurate or in accurate?**
17    ATTORNEY BORELLI: Objection to form.
18    THE WITNESS: Taking one statement, I
19  can't. This is a very long document.
20  BY ATTORNEY BROOKS:
21    **Q.  I'm asking you now, do you agree or disagree the**
22  **sex is determined in the fertilized zygote?**
23    ATTORNEY BORELLI: Objection, form.
24    THE WITNESS: XX and XY components are

Page 72

1  determined in fertilized zygote. That doesn't
2  necessarily equal sex that's assigned at birth.
3  BY ATTORNEY BROOKS:
4    **Q.  Absent any disorder of sexual development, the**
5  **determination the zygote that you just described will,**
6  **in fact, dictate 100 percent reliability the sex**
7  **observed at birth.**
8    **Correct?**
9    ATTORNEY BORELLI: Objection, form.
10    THE WITNESS: Well, I can't --- you know,
11  in medicine we don't say anything is 100 percent. If
12  you use the absent any --- any difference of sex
13  development even an unknown one that we might not know
14  about, that --- that is what we know to be true.
15  BY ATTORNEY BROOKS:
16    **Q.  You mentioned earlier that dichotomous means**
17  **there are two alternatives and only two alternatives.**
18    **Right?**
19    ATTORNEY BORELLI: Objection, form.
20  BY ATTORNEY BROOKS:
21    **Q.  That's just what the word means?**
22    ATTORNEY BORELLI: Same objection.
23    THE WITNESS: That's what the word means.
24  BY ATTORNEY BROOKS:

Page 73

1    **Q.  And in this important statement from the**
2  **Endocrine Society published just last year drafted by a**
3  **whole committee of prominent endocrinologists they say**
4  **that sex is an important biological variable, closed**
5  **quote. Do you disagree with this statement from the**
6  **Endocrine Society?**
7    ATTORNEY BORELLI: Objection, form.
8    THE WITNESS: In reading that particular
9  statement I would agree if they had used the word sex
10  assigned at birth or something more precise in that
11  sentence.
12  BY ATTORNEY BROOKS:
13    **Q.  Well, what they said precisely is sex is a**
14  **biological variable. Do you see that language?**
15    A.  Yeah.
16    **Q.  Do you agree with that?**
17    ATTORNEY BORELLI: Objection, form.
18    THE WITNESS: So in the context of
19  medicine, when we're talking about sex and we're talking
20  about --- that's very imprecise. I really think that it
21  is --- I would --- it's hard for me to use that word
22  because it is imprecise, as I have mentioned before.
23  BY ATTORNEY BROOKS:
24    **Q.  So you think this statement from last year from**

Page 74

1    the Endocrine Society in its opening language is so
2    imprecise that you can't tell me whether you think it is
3    accurate or not?
4            ATTORNEY BORELLI:  Objection, form.
5            THE WITNESS:  I would have to read the
6    entirety of the report and take it within context as I
7    would with any other language used.
8    BY ATTORNEY BROOKS:
9        Q.   Sitting here right now, you're unable to answer
10   my question as to whether you think it is an accurate
11   statement that sex is a biological concept?
12           ATTORNEY BORELLI:  Objection, form.
13           THE WITNESS:  Sex is a biological
14   concept, yes.
15   BY ATTORNEY BROOKS:
16       Q.   And let me take you, in fact, to page 221 of
17   this document, first column.  And there you will see a
18   heading that begins biological sex, the definition of
19   male and female.
20       Do you see that?
21       A.   Yes.
22       Q.   And it begins sex is a biological concept.  And
23   you just said that you think that's a scientifically
24   true statement.

Page 75

1        Right?
2            ATTORNEY BORELLI:  Objection, form.
3    Could --- could she have an opportunity to read this
4    section before we continue questioning?
5            ATTORNEY BROOKS:  Yes.  But I'll ask you
6    not to coach the witness.  I have not denied any
7    requests, but the witness should make them, not counsel.
8            ATTORNEY BORELLI:  The objection stands.
9    It is appropriate to ask that a witness be able to read
10   a section of a document before being asked to opine
11   about the larger meaning of the document.
12           ATTORNEY BROOKS:  I believe the witness
13   threw some more language in this paragraph so that's a
14   good idea.
15   BY ATTORNEY BROOKS:
16       Q.   If you will tell us when you have read that
17   paragraph.
18       A.   Yes.  Sorry.
19       Q.   You have?
20       A.   No, I will tell you.
21           ATTORNEY TYRON:  Jake, could you scroll
22   down a bit, please?
23           THE WITNESS:  Okay.
24   BY ATTORNEY BROOKS:

Page 76

1        Q.   In the first paragraph under the heading
2    biological sex, directing your attention to the
3    statement did you discuss the statement sex is a
4    biological concept.  Do you see that language?
5        A.   I do.
6        Q.   And you believe that to be a scientifically
7    accurate statement?
8            ATTORNEY BORELLI:  Objection to form.
9            THE WITNESS:  Yes.
10   BY ATTORNEY BROOKS:
11       Q.   And in the next sentence this Endocrine Society
12   statement tells us that, quote, all mammals have two
13   distinct sexes, closed quote.  Do you believe that is
14   true or scientifically inaccurate?
15           ATTORNEY BORELLI:  Objection, form.
16           THE WITNESS:  Excuse me.  I'm sorry.  I'm
17   trying to find that language.
18   BY ATTORNEY BROOKS:
19       Q.   Third line of that paragraph, all mammals have
20   two distinct sexes.  My question is do you believe that
21   is inaccurate or accurate scientific ---?
22           ATTORNEY BORELLI:  Objection, form.
23           THE WITNESS:  I still think it is
24   imprecise.

Page 77

1    BY ATTORNEY BROOKS:
2        Q.   Have you finished your answer?
3        A.   Yes.  Sorry.  My allergies are making me ---.
4        Q.   Any time you need a drink.
5        A.   Yeah.  Sorry about that.
6        Q.   Few lines down it says, quote, the classical
7    biological definition of the two sexes is that females
8    have ovaries and make larger female gametes, eggs,
9    whereas the males have testes and male smaller gametes,
10   sperm.  Do you see that language?
11       A.   I do.
12       Q.   Do you agree that is a fair statement of the
13   classical biological definition of the two sexes?
14           ATTORNEY BORELLI:  Objection, form.
15           THE WITNESS:  When you use the word
16   classical it describes what you would see typically, so
17   I agree with that statement.  It allows for there to be
18   some variations that may not be classical.
19   BY ATTORNEY BROOKS:
20       Q.   And it is accepted as a classical definition
21   because it is accurate in the overwhelming percentage of
22   cases.
23       Is that true?
24           ATTORNEY BORELLI:  Objection, form.

1    THE WITNESS:  So you know, as I mentioned
2  before in my papers that I submitted, it --- you know,
3  the percentage of people with differences of sex
4  development is low and those would be the individuals
5  that would not follow typically within this.
6  BY ATTORNEY BROOKS:
7    **Q.   And those individuals are the overwhelming**
8  **majority.**
9    **Correct?**
10    ATTORNEY BORELLI:  Objection, form.
11    THE WITNESS:  They are the majority.
12  BY ATTORNEY BROOKS:
13    **Q.   Well more than 99 percent.**
14    **Correct?**
15    ATTORNEY BORELLI:  Objection, form.
16    THE WITNESS:  I would have to do the math
17  but that sounds accurate.
18  BY ATTORNEY BROOKS:
19    **Q.   Let me ask you to turn to page 228.  In the**
20  **second column, the final paragraph begins on that page,**
21  **it reads, quote, sex is an essential part of vertebrate**
22  **biology, but gender is a human phenomenon, semicolon.**
23  **Sex often influences gender, but gender cannot influence**
24  **sex.  Do you see that language.**

1    A.   What is the first word in the sentence again so
2  I can find it?
3    **Q.   It's on the second column, the final paragraph.**
4    A.   Okay.
5    **Q.   I'm really just calling your attention to the**
6  **first sentence.**
7    A.   Yep, read it.
8    **Q.   Is there anything in that sentence that you**
9  **believe to be inaccurate scientifically?**
10    ATTORNEY BORELLI:  Objection, form.
11    THE WITNESS:  I mean, I think they're
12  imprecise as primates have gender roles and gendered
13  activity, so it's not exactly precise.
14  BY ATTORNEY BROOKS:
15    **Q.   Anything else about that statement that you want**
16  **to say is less than scientifically accurate?**
17    ATTORNEY BORELLI:  Objection, form.
18    THE WITNESS:  You know, again they use
19  the word sex without being very specific as to sex
20  assigned at birth.  That's my only other caveat.
21  BY ATTORNEY BROOKS:
22    **Q.   If we read that to refer to what the Endocrine**
23  **Society determined used in the 2017 Endocrine Society**
24  **statement that we looked at, that is, quote,**

1  **genetic/gonadal sex, then do you you consider this**
2  **statement to be accurate?**
3    ATTORNEY BORELLI:  Objection, form.
4    THE WITNESS:  That's not what it says, so
5  I'll ask you to repeat the question for me.
6  BY ATTORNEY BROOKS:
7    **Q.   If we assume hypothetically --- I will ask you**
8  **to assume that sex as used in this Endocrine Society**
9  **2021 document, has the meaning that you, in fact,**
10  **explained from the term used in the 2017 Endocrine**
11  **Society document that is, quote, genetic/gonadal sex,**
12  **closed quote, then you believe this to be --- the**
13  **language that I have read to you from the 2021 document**
14  **to be accurate?**
15    ATTORNEY BORELLI:  Objection, form.
16    THE WITNESS:  So I believe when I
17  answered that question --- I believe when I answered
18  that question sex, gonadal, you know, those are two
19  parts of it.  They have not included the full range of
20  hormonal or external genitalia to be specific.  In my
21  line of work I would need all of that information to
22  really pin down things.
23  BY ATTORNEY BROOKS:
24    **Q.   So your testimony now is that the term**

1  **genetic/gonadal '17 guidelines is too imprecise for you**
2  **really to understand?**
3    ATTORNEY BORELLI:  Objection, form.
4    THE WITNESS:  I think you asked that
5  question before.
6  BY ATTORNEY BROOKS:
7    **Q.   And I thought you had said you did understand.**
8  **You seem to be changing your testimony.**
9    ATTORNEY BORELLI:  Objection.
10    THE WITNESS:  You can read it back to me
11  if you --- I think there's multiple things that are
12  left out of that particular phrase to describe, you
13  know, individuals.  I can't say something that is, you
14  know, in my experience and in the literature and in
15  patients with intersex conditions that are --- that
16  could be different from that.  There --- yeah.
17  BY ATTORNEY BROOKS:
18    **Q.   If we for a moment focus on individuals who do**
19  **not suffer from any disorder of sexual development, then**
20  **do you believe the following quote from Endocrine**
21  **Society 2021 document is true, and that is, quote, sex**
22  **is an essential part of vertebrate biology, but gender**
23  **is a human phenomenon, semicolon, sex often influences**
24  **gender, comma, but gender cannot influence sex, closed**

Page 82

1  quote?
2       ATTORNEY BORELLI:  Objection, form.
3       THE WITNESS:  Trying to think, make sure
4  --- I can't think of an instance right now that makes me
5  disagree with that statement.
6  BY ATTORNEY BROOKS:
7       Q.   Let me take you to the first column on page 228
8  and there's a heading there that says considering sex
9  and/or gender as variables in health and disease.
10       Do you see that?
11       A.   No.  What page are you on?
12       Q.   228 ---
13       A.   Yes.
14       Q.   --- first column, the heading towards the bottom
15  of the page.
16       A.   Okay.
17       Q.   And here they're specifically mentioning sex on
18  one hand and gender on the other.  Do you see that?
19  This paragraph begins, quote, women and men differ in
20  many physiological and psychological variables.
21       Do you see that?
22       A.   Yes.
23       Q.   Do you believe that to be a scientifically
24  accurate statement?

Page 83

1       ATTORNEY BORELLI:  Objection, form.
2       THE WITNESS:  I think if I were to add
3  typical, it's saying there is variability.
4  BY ATTORNEY BROOKS:
5       Q.   Well, it is saying specifically that women and
6  men differ from each other in physiological and
7  psychological ways.
8       Correct?
9       ATTORNEY BORELLI:  Objection, form.
10       THE WITNESS:  That's what it says.
11  BY ATTORNEY BROOKS:
12       Q.   And do you believe that to be a scientifically
13  true statement?
14       ATTORNEY BORELLI:  Objection, form.
15       THE WITNESS:  Again, you know, you have
16  to interpret these in their context of what they are
17  saying.  Statements.
18  BY ATTORNEY BROOKS:
19       Q.   Do you believe it to be true or false that women
20  and men differ in many physiological and psychological
21  variables?
22       ATTORNEY BORELLI:  Objection, form.
23       THE WITNESS:  All people are different.
24  BY ATTORNEY BROOKS:

Page 84

1       Q.   Dr. Adkins, do you believe it to be true or
2  false that women and men as women and men differ from
3  each other in many physiological and psychological
4  variables?
5       ATTORNEY BORELLI:  Objection to the form.
6       THE WITNESS:  So women and men are a
7  gender assignment, not the biological sex which you
8  mentioned before.  And gender is not necessarily a way
9  that I would necessarily think is a scientifically
10  precise way to place that if you're talking about this
11  particular statement.
12  BY ATTORNEY BROOKS:
13       Q.   Is it your belief that the Endocrine Society in
14  this document in the terms women and men is referring to
15  gender identity other than biological --- what does the
16  word physiological mean to you as a doctor?
17       A.   The method of function and interaction of all
18  the parts of the body.
19       Q.   It refers to biology, not to the statement of
20  mind or identity.
21       Correct?
22       ATTORNEY BORELLI:  Objection to form.
23       THE WITNESS:  I would just agree with
24  that statement.

Page 85

1  BY ATTORNEY BROOKS:
2       Q.   Let me ask you to turn to page 229.
3       Q.   The first full paragraph begins, quote, despite
4  the fact that biological sex is such a fundamental
5  source of interest specific variation in anatomy and
6  physiology, much basic and clinical science has tended o
7  focus studies on one sex, typically male, closed quote.
8       Do you see that language?
9       A.   I do.
10       Q.   And do you understand what is meant by
11  intraspecific variation?  Let me offer a suggestion.  Do
12  you understand it to refer to variations within the
13  human species?
14       ATTORNEY BORELLI:  Objection to form.
15       THE WITNESS:  I think you know again in
16  context I would need to intraspecific --- intraspecific
17  could be between me and you.  Isolated in this one
18  sentence, I would need to take a moment to see if it
19  better explains it if I were to read further.
20  BY ATTORNEY BROOKS:
21       Q.   Do you disagree or agree that biological sex is
22  a fundamental source of variation in anatomy and
23  physiology within the human species?
24       ATTORNEY BORELLI:  Objection, form.

Page 86

1 THE WITNESS: I'm sorry. I got
2 sidetracked in my brain. Could you please read the
3 question?
4 BY ATTORNEY BROOKS:
5 **Q. Yes, I can. Do you agree or disagree that**
6 **biological sex is the fundamental source of variation in**
7 **anatomy and physiology within the human cease species?**
8 ATTORNEY BORELLI: Objection, form.
9 THE WITNESS: There is lots of other
10 parts of physiology that are completely unrelated to
11 your reproductive system that is more fundamental.
12 BY ATTORNEY BROOKS:
13 **Q. Dr. Adkins, do you agree or disagree that**
14 **biological sex is a fundamental source of variation in**
15 **anatomy and physiology with human species?**
16 ATTORNEY BORELLI: Objection, form.
17 THE WITNESS: It is one of the variables
18 within variations.
19 ATTORNEY BROOKS: Let me mark as Exhibit
20 8 an infographic, if I can use that term. Exhibit 8?
21 VIDEOGRAPHER: Excuse me, Counsel. You
22 cut out right after Exhibit 8. I didn't hear which
23 document that was.
24 ATTORNEY BROOKS: It is tab 9 and it is a

Page 87

1 one page infographic, if I may, put out by the National
2 Institute of Health titled How Sex and Gender Influence
3 Sex and Disease.
4 ---
5 (Whereupon, Adkins Exhibit 8, NIH
6 Sex/Gender Infographic, was marked for
7 identification.)
8 ---
9 BY ATTORNEY BROOKS:
10 **Q. And first let me ask, Dr. Adkins, are you**
11 **familiar with the National Institute of Health as an**
12 **organizations?**
13 A. Yes.
14 **Q. That is a government research institute?**
15 A. Yes.
16 **Q. And major grant --- major source of grants,**
17 **grant making in the health sciences?**
18 A. Yes.
19 **Q. And are you --- were you aware that it has**
20 **within it an Office of Research on Women's Health?**
21 A. No.
22 **Q. Do you see that this is published by the**
23 **National Institute of Health, Office of Research on**
24 **Women's Health?**

Page 88

1 A. Okay.
2 **Q. In the box at the top it says, and I quote, sex**
3 **is a biological classification included in our DNA.**
4 **Males have XY chromosomes and females have XX**
5 **chromosomes. Sex makes us male or female. Do you see**
6 **that language?**
7 A. I do.
8 **Q. And it continues, every cell in your body has a**
9 **sex making up tissues and organs like your skin, brain,**
10 **heart and stomach. Each cell is either male or female**
11 **depending on whether you are a man or a woman, closed**
12 **quote.**
13 **Do you see that?**
14 A. I do.
15 **Q. And then it continues under that with a**
16 **definition of gender. So my question is --- begins**
17 **here, the opening statement in this NIH publication says**
18 **that sex is a biological classification. Do you agree**
19 **or disagree with that?**
20 ATTORNEY BORELLI: Objection, form.
21 THE WITNESS: You know, there is a whole
22 literature on --- on this --- the differences in --- in
23 sex. I --- so biological as opposed to another type of
24 classification, I agree with that statement.

Page 89

1 BY ATTORNEY BROOKS:
2 **Q. It says a little further along that, quote,**
3 **every cell in your body has a sex, closed quote. Do you**
4 **agree or disagree with that?**
5 ATTORNEY BORELLI: Objection to the form.
6 THE WITNESS: I agree. And each cell can
7 be different.
8 BY ATTORNEY BROOKS:
9 **Q. Are you saying that within an individual --- a**
10 **specific individual each cell can have a different sex?**
11 A. Yes.
12 **Q. This NIH publication tells us that, quote, each**
13 **cell is either male or female, closed quote. And I take**
14 **it you simply believe the NIH is wrong about that?**
15 ATTORNEY BORELLI: Objection, form.
16 THE WITNESS: I think that the nuances
17 are something that you can't publish in a one-page
18 documentation when they're not talking about an entire
19 population.
20 BY ATTORNEY BROOKS:
21 **Q. Under this initial box is a heading that says**
22 **examples of sex and gender influences. Do you see that?**
23 A. I do.
24 **Q. And it has various categories of things that may**

1  be influenced on one end by sex, which is defined in
2  this document as a biological classification, and
3  gender.  Do you see that structure of this document?
4         ATTORNEY BORELLI:  Objection, form.
5         THE WITNESS:  Yeah.
6  BY ATTORNEY BROOKS:
7     Q.   And it says if we go down to cardiovascular risk
8  one of the differences that is identified as based on
9  sex is that, quote, blood vessels in a woman's heart are
10 smaller in diameter and much more intricately branched
11 than those of a man, closed quote.  Do you see that?
12    A.   Under cardiovascular risk, yeah.  Okay.
13    Q.   And the NIH gives this as an example of a
14 physical measurable biological difference that depends
15 on biological sex.
16       Correct?
17       ATTORNEY BORELLI:  Objection, form.
18       THE WITNESS:  Well, actually the words
19 they're using are gender --- gender words, not the words
20 we would use for sex, you know, female or male or a
21 variation in between.  So I would --- if I were editing
22 this document, I probably wouldn't have used the word
23 woman.
24 BY ATTORNEY BROOKS:

1     Q.   You would have said a female?
2     A.   Typical female.
3     Q.   Because what --- how the blood vessels in your
4  heart are structured depend on your sex, not on your
5  gender identity.  Am I correct?
6         ATTORNEY BORELLI:  Objection, form.
7         THE WITNESS:  There is many variables
8  that can affect these things and what --- that is one of
9  them.
10 BY ATTORNEY BROOKS:
11    Q.   To your knowledge, gender identity is not a
12 variable that affects how the blood vessels in one's
13 heart are structured, does it?
14       ATTORNEY BORELLI:  Objection, form.
15       THE WITNESS:  Not that I'm aware of.
16 BY ATTORNEY BROOKS:
17    Q.   Under the last item here is knee arthritis.  Do
18 you see that heading?
19    A.   Yes.
20    Q.   I'm sure we'll have the same terminology
21 discussion, but the language there says, quote, women
22 and girls are more likely to injure their knees when
23 playing sports, closed quote.  Do you see that language?
24    A.   I do.

1     Q.   And if we use the term --- substitute the term
2  females for women and girls and say females are more
3  likely to injure their knees when playing sports, do you
4  believe that to be a scientifically accurate statement?
5         ATTORNEY BORELLI:  Objection to form.
6         THE WITNESS:  You have to leave some
7  room.  Again, in medicine we're not like 100 percent.
8  But I agree that portions of females that are typical in
9  research have been reported to have more frequent knee
10 injuries.
11 BY ATTORNEY BROOKS:
12    Q.   Okay.
13       Let me ask you to find your report, Exhibit 1,
14 and let's turn to paragraph 15.  And there you wrote,
15 quote, a person's gender identity refers to a person's
16 inner sense of belonging to a particular gender such as
17 male or female.  And you continue every one has a gender
18 identity, closed quote.  Do you see that language?
19    A.   I do.
20    Q.   Let me direct your attention to the Endocrine
21 Society guidelines from 2007, which is Exhibit 4.  And
22 we're going to come back --- if you can make a stack of
23 most of these, but the 2017 guidelines we will come back
24 to with some frequency.  But we're ---

1     A.   Keeping it on top?
2     Q.   --- keeping it on top.
3     A.   Okay.
4     Q.   And there I want to call your attention to page
5  3873.
6     A.   3873.
7     Q.   Right.  And in the second column there's a
8  section headed introduction.  And it begins with a
9  historical review of the concept of gender.  And I'm
10 going to ask you a question beginning with the language
11 that is two inches from the bottom, two and a half
12 inches from the bottom that begins these early
13 researchers.  So if you want to kind of glide through
14 what comes before that, let me know and I'll begin my
15 questioning.
16    A.   Yes, I'll look over it.  Thank you.
17       I have read that section.
18    Q.   I want to call your attention to a sentence
19 which my understanding is contrasting against or the
20 history that begins, quote, some experience themselves
21 as having both a male and female gender identity whereas
22 others completely renounce any gender classification,
23 closed quote.  Do you see that language?
24    A.   I do.

Page 94

1    Q.   And in your expert opinion, is that an accurate
2  statement?
3         ATTORNEY BORELLI:  Objection, form.
4         THE WITNESS:  In my clinical experience I
5  have met individuals who are --- identify as agender
6  which would in my mind be similar to this definition,
7  but I typically ask the patient what their gender means
8  to them.
9  BY ATTORNEY BROOKS:
10   Q.   Well, do you have any opinion as to whether some
11 individuals experience both a male and female gender
12 identity?
13        ATTORNEY BORELLI:  Objection, form.
14        THE WITNESS:  I have patients that do
15 that, yes.
16 BY ATTORNEY BROOKS:
17   Q.   And I think you said that --- I don't want to
18 puts words in your mouth.  Do you have an opinion
19 whether some individuals report not having any gender,
20 not fitting any gender classification?
21        ATTORNEY BORELLI:  Objection, form.
22        THE WITNESS:  I do have patients that
23 match that description.
24 BY ATTORNEY BROOKS:

Page 95

1    Q.   And this goes on the next sentence to say,
2  quote, there are also reports of individuals
3  experiencing a continuous and rapid involuntary
4  alternation between a male and female identity, closed
5  quote.
6         Do you see that?
7    A.   I do.
8    Q.   And do you believe that to be an accurate
9  statement?
10        ATTORNEY BORELLI:  Objection, form.
11        THE WITNESS:  I have not had that
12 clinical experience.  I would have to rely on the, you
13 know, medical report with that in particular, and I
14 would probably look at the evidence that was available
15 ---
16 BY ATTORNEY BROOKS:
17   Q.   Well ---
18   A.   --- prior to making a decision.
19   Q.   --- do you as a practitioner consider it
20 reasonable to rely on that assertion in this 2017
21 Endocrine Society statement guideline?
22        ATTORNEY BORELLI:  Objection, form.
23        THE WITNESS:  I would rely on it to be
24 something I should at least consider.

Page 96

1         ATTORNEY BROOKS:  Let me mark as Exhibit
2  9 what is tab 10, and that is a one-page statement from
3  a World Health Organization's website titled Gender and
4  Health.
5            ---
6            (Whereupon, Adkins Exhibit 9, World
7             Health Organization Webpage, was marked
8             for identification.)
9            ---
10        THE WITNESS:  Thank you.
11 BY ATTORNEY BROOKS:
12   Q.   Are you familiar with the World Health
13 Organization as an organization?
14   A.   I am.
15   Q.   And do you consider the World Health
16 Organization to be generally a respected source of
17 information on medical and health topics?
18        ATTORNEY BORELLI:  Objection to form.
19        THE WITNESS:  My general experience so
20 far to date is they're reliable.
21 BY ATTORNEY BROOKS:
22   Q.   Well, I will represent to you that this document
23 came off of a World Health Organization website and the
24 web address is at the bottom of the page.  I see on the

Page 97

1  copy in front of you --- I'll stand by my representation
2  of why mine has it ---.
3    A.   Okay.
4    Q.   This document titled Gender and Health begins
5  gender refers to the characteristics of women, men,
6  girls and boys that are socially constructed, closed
7  quote.  Do you see that?
8    A.   I do.
9    Q.   And is that a definition of gender per se that's
10 consistent with how you are used to seeing the term
11 used?
12        ATTORNEY BORELLI:  Objection, form.
13        THE WITNESS:  So you know, social
14 constructs change regularly, so I would say that, you
15 know, that wouldn't be completely inclusive of current
16 socially constructed genders, in my experience.
17 BY ATTORNEY BROOKS:
18   Q.   Well, let me direct --- why don't you read that
19 whole first paragraph, which is just three sentences,
20 because I think the World Health Organization raises
21 exactly that point.  So I'll ask you to read that?
22   A.   Sure.  Sure.
23            ---
24 (WHEREUPON, WITNESS REVIEWS DOCUMENT.)

Page 98

1           ---
2           THE WITNESS:  Okay.
3    BY ATTORNEY BROOKS:
4       Q.   So extending into that paragraph, that
5    three-sentence paragraph, just that explanation of the
6    concept of gender fit with how you are used to seeing
7    the term used in your professional experience?
8           ATTORNEY BORELLI:  Objection, form.
9           THE WITNESS:  So in reading that, my
10   understanding of what they are using those specific
11   words, men, women, girls and boys are examples.  They
12   don't comment on other societies.  Just so --- in that
13   assessment, yes.
14   BY ATTORNEY BROOKS:
15      Q.   All right.
16           If we skip down to the third paragraph it
17   begins gender interacts with but is different from sex,
18   which refers to the different biological and
19   psychological characteristics of females, males and
20   intersex persons, such as chromosomes, hormones and
21   reproductive organs, closed quote.  Do you see that
22   language?
23      A.   I would like to read it, too, though, if you
24   don't mind.

Page 99

1       Q.   Sure.
2       A.   Yeah.  Okay.  I have read it.
3       Q.   So first, backing up to the statement, opening
4    paragraph, that gender is socially constructed, do you
5    believe that to be an accurate statement?
6           ATTORNEY BORELLI:  Objection, form.
7           THE WITNESS:  Gender is a social
8    construct, yes.
9    BY ATTORNEY BROOKS:
10      Q.   And then in the third paragraph it states that
11   gender identity refers to a person's deeply felt
12   internal and individual experience of gender.  Do you
13   see that?
14      A.   I do.
15      Q.   So gender identity refers to an individual's
16   experience in relation to gender, which is a social
17   construct.
18           Right?
19           ATTORNEY BORELLI:  Objection, form.
20           THE WITNESS:  I see it, and I would ask
21   you to read the question one more time.  I just want to
22   make sure I'm answering that accurately.
23   BY ATTORNEY BROOKS:
24      Q.   As I think I see in this document really the

Page 100

1    question is as you understand it ---.
2       A.   I think that you have to also include ---.
3           COURT REPORTER:  Excuse me.  I need to
4    interrupt.  Excuse me.  I'm sorry to interrupt, but
5    Counsel, your full question didn't come through on this
6    end.
7           ATTORNEY BROOKS:  I'll re-ask it.  Pardon
8    me.
9           ATTORNEY BORELLI:  Actually, why don't we
10   just address one housekeeping matter.  Would you be able
11   to identify for the record the URL that appears on your
12   copy and whether there is a date of the document or date
13   of access just so we have it on the record?
14           ATTORNEY BROOKS:  There is no date of
15   access.  That access is within the last two months.  The
16   address is
17   www.who.int/health-topics/gender#tabequalstab, underline
18   one.
19           ATTORNEY BORELLI:  Thank you.
20           ATTORNEY BROOKS:  I'm glad it wasn't one
21   of these four line ones.
22   BY ATTORNEY BROOKS:
23      Q.   And I will re-ask my question.
24      A.   Okay.

Page 101

1       Q.   The question is, Dr. Adkins, is it consistent
2    with your understanding that gender identity refers to a
3    person's individual experience of gender, which is in
4    turn a social construct?
5           ATTORNEY BORELLI:  Objection, form.
6           THE WITNESS:  That doesn't sound to me to
7    be a full explanation.  Just doesn't sound accurate to
8    me.  I'm having a hard time.
9    BY ATTORNEY BROOKS:
10      Q.   Then let me not take more time on that.
11      A.   Okay.
12      Q.   You would agree that gender is a social
13   construct that can change over time.
14           Am I right?
15           ATTORNEY BORELLI:  Objection, form.
16           THE WITNESS:  Gender --- so it's a social
17   construct, it's true.  Gender is, you know, how you ---
18   I mean, it's complicated.  It involves more things than
19   --- and so, you know, if you're talking about gender
20   expression, that's different.  Someone's gender as they
21   understand it for their gender identity is different.  I
22   mean, I have patients who are assigned a particular sex
23   and the family and the physicians assign a gender that
24   is more typically correlated with that sex.  And then

Page 102

1   over time those individuals sometimes don't identify
2   with that gender, and they may change their gender
3   marker, for example, because their identity really just
4   doesn't match what we assigned them at birth.  I'm not
5   sure how to give a clearer answer.  I'm trying.
6   BY ATTORNEY BROOKS:
7       Q.   Well, so if an individual comes into your office
8   and asserts a gender identity of, let's say, man or
9   both, either one of those, how can a clinician verify
10  whether that individual is accurately understanding his
11  own or their own subjective feelings?
12          ATTORNEY BORELLI:  Objection, form.
13          THE WITNESS:  And you know, a gender
14  again is something that's assigned at birth and it is
15  what you work with in your life, and so you know, I
16  would ask them and they could tell me how they were
17  proceeding in life with regard to their gender
18  behaviors.  That would be how I would probably asses
19  their gender.
20  BY ATTORNEY BROOKS:
21      Q.   How do you ascertain whether that individual who
22  claims identity of man or both is telling you, the
23  clinician, the truth?
24          ATTORNEY BORELLI:  Objection, form.

Page 103

1           THE WITNESS:  So in general, you know,
2   in pediatrics we have a parental report, and it depends
3   on the clinical situation.  We may or may not have
4   another health provider's report or a mental health
5   provider's report.  If we have questions, we start to
6   dig deeper and look at other areas.
7   BY ATTORNEY BROOKS:
8       Q.   Let me call your attention to paragraph 19 in
9   your expert report, Exhibit 1.  And there you refer to
10  DSM-V definition of gender dysphoria.
11          Do you see that?
12      A.   What paragraph?
13      Q.   Paragraph 19?
14      A.   Yeah.
15      Q.   And you mention that among other things the
16  diagnostic criteria under DSM-V for gender dysphoria
17  includes, quote, clinically significant distress.  Do
18  you see that?
19      A.   I do.
20      Q.   And in fact, it includes clinically significant
21  distress that, quote, impairs important areas of
22  functioning, closed quote.
23          Am I correct?  Do you recall that in DSM-V?
24          ATTORNEY BORELLI:  Objection. Objection

Page 104

1   to form.
2           THE WITNESS:  That is how I recall that.
3   BY ATTORNEY BROOKS:
4       Q.   Paragraph right?
5       A.   Yeah.  I want to reserve the right to look at it
6   to be certain.  That sounds correct to me at this
7   moment.
8       Q.   And what does clinically significant distress
9   that impairs important areas of functioning look like in
10  a child?
11          ATTORNEY BORELLI:  Objection, form.
12          THE WITNESS:  Yeah.  So you know, it
13  depends on what they are coming in with.  I mean, for
14  some of my patients, you know, who are, you know,
15  hyperthyroid, for example, their brain's run really
16  fast, they can't focus during school, and that would be
17  impairment in their ability to do their main job, which
18  is to be in school and learn.  So that's one area where
19  you can have some impairment in their --- it varies from
20  patient to patient and in each thing we're talking
21  about.
22  BY ATTORNEY BROOKS:
23      Q.   The example you just gave was impairment
24  resulting from a hyperthyroid condition.

Page 105

1       Am I correct?
2       A.   Correct.
3       Q.   What I asked was impairment due to ---
4   attributable to what gender dysphoria looks like in a
5   child.
6       A.   Oh.
7           ATTORNEY BORELLI:  I don't want to
8   interrupt.  I think there may have been a misreading of
9   the language in the paragraph, and I just want to make
10  sure the record is correct that the final sentence of
11  that paragraph says in order to be diagnosed with gender
12  dysphoria, incongruence must persist for at least six
13  months and be accompanied by clinically significant
14  distress or impairment in social, occupational or other
15  important area of functioning.
16  BY ATTORNEY BROOKS:
17      Q.   I, on the other hand, will ask a question that i
18  believe is more closely tracked to the DSM-V language,
19  which is what is clinically significant distress that
20  impairs important area of functioning look like in a
21  young child?
22          ATTORNEY BORELLI:  Objection, form.
23          THE WITNESS:  Okay.  I misheard you.  I'm
24  sorry.  I didn't hear the gender dysphoria part.  I

1  apologize.  So in patients with gender dysphoria
2  sometimes it can be anxiety that keeps them from going
3  to school.  Sometimes it can be anxiety that keeps them
4  from using public restrooms.  Sometimes it is depression
5  so that they can't get out of bed to function.
6  Sometimes it's just feeling really uncomfortable and ---
7  with how they are being treated and what they're allowed
8  to do in a way that makes it more difficult for them
9  than a person without gender dysphoria.
10  BY ATTORNEY BROOKS:
11    Q.   In your practice is a full diagnosis of gender
12  dysphoria under the DSM-V criteria a precondition for
13  recommending or supporting social transitioning?
14        ATTORNEY BORELLI:  Objection, form.
15        THE WITNESS:  So in my practice the
16  majority of my patients have socially transitioned
17  before they come to see me in order to improve their
18  gender dysphoria.  In general, that is something that
19  their family and their mental health provider decides.
20  Each individual patient is different and we talk through
21  whether that is appropriate for each patient.
22  BY ATTORNEY BROOKS:
23    Q.   In your practice is a full DSM-V diagnosis of
24  gender dysphoria a precondition for recommending social

1  transition?
2        ATTORNEY BORELLI:  Objection, form.
3        THE WITNESS:  No.
4  BY ATTORNEY BROOKS:
5    Q.   And in your practice is a full DSM-V  gender
6  dysphoria diagnosis a precondition for prescribing
7  puberty blockers?
8        ATTORNEY BORELLI:  Objection, form.
9        THE WITNESS:  I use puberty blockers for
10  more than one indication.
11  BY ATTORNEY BROOKS:
12    Q.   Let me ask a better question.  In your practice
13  is a full DSM-V gender dysphoria diagnosis a
14  precondition for prescribing puberty blockers as a
15  treatment for gender dysphoria?
16        ATTORNEY BORELLI:  Objection, form.
17        THE WITNESS:  So my patients are
18  evaluated by mental health providers outside the clinic
19  and inside the clinic.  The objective of using puberty
20  blockers can be used to relieve dysphoria and give them
21  time to consider their gender identity.
22  BY ATTORNEY BROOKS:
23    Q.   In your practice is a full diagnose of gender
24  dysphoria under the DSM-V criteria a precondition for

1  prescribing puberty blocker for believed gender
2  dysphoria?
3        ATTORNEY BORELLI:  Objection to form.
4        THE WITNESS:  Well, in the way that you
5  stated it, you're saying that the patient already has
6  gender dysphoria, so yes.
7  BY ATTORNEY BROOKS:
8    Q.   In your practice is the full diagnosis of gender
9  dysphoria under the DSM-V criteria a precondition for
10  prescribing puberty blockers as a therapy for gender
11  dysphoria or gender incongruity?
12        ATTORNEY BORELLI:  Objection, form.
13        THE WITNESS:  Yes.
14  BY ATTORNEY BROOKS:
15    Q.   And in your practice is a full diagnosis of
16  gender dysphoria according to the DSM-V criteria a
17  precondition for prescribing cross sex hormones?
18        ATTORNEY BORELLI:  Objection, form.
19        THE WITNESS:  They are used to relieve
20  dysphoria.  Typically that would be what we would use
21  them to do, is to relieve that dysphoria so they would
22  have that diagnosis.  On occasion in my practice the
23  incongruence does not necessarily cause dysphoria per
24  se, and yet they still have significant issues that are

1  impairing their ability to move forward in their lives
2  in a happy, healthy way.  And I might use medications
3  such as gender-affirming hormones in those cases.
4  BY ATTORNEY BROOKS:
5    Q.   So if I understand correctly, you're saying that
6  at least some cases in your practice you are willing to
7  prescribe cross sex hormones for individuals who do not
8  suffer from gender dysphoria according to the criteria
9  spelled out in DSM-V?
10        ATTORNEY BORELLI:  Objection, form.
11        THE WITNESS:  Every patient is different.
12  Most of my patients have gender dysphoria.  All of them
13  have a transgender identity, and I would treat either of
14  those.
15  BY ATTORNEY BROOKS:
16    Q.   I think this question can be answered yes or no.
17  Do you prescribe cross sex hormones for some patients
18  who do not suffer from gender dysphoria according to the
19  DSM-V criteria?
20        ATTORNEY BORELLI:  Objection, form.
21        THE WITNESS:  I don't think so.  I mean,
22  gender-affirming hormones --- I use hormones for a lot
23  of different things.  Whether you call them gender
24  affirming or not is --- you know, what is kind of a

1   thing here.  I mean, for people with Klinefelter's, who
2   are clinically significantly depressed because they have
3   low testosterone, I prescribe testosterone to improve
4   their mood, their libido, their muscle strength.  For
5   people who have dysphoria or who have a transgender
6   identity, I do prescribe those medications.  I think
7   that to be precise in my answers I cannot say it as a
8   yes or no answer.
9       Q.   Let me ask you to turn to paragraph ten of your
10  report.  There you say I have treated approximately 500
11  transgender and intersex young people in my career.
12      Do you see that?
13  A.   No, that's not how it's written.
14      Q.   I apologize.  I was reading to you the second
15  sentence of paragraph ten, and I believe I read that
16  ---.
17  A.   Okay.
18      I'm sorry.  I was starting at the beginning.
19  Q.   I understand.
20  A.   Yes.
21  Q.   And let's break that out.  Of those 500,
22  approximately how many suffered from some form of DSD?
23      ATTORNEY BORELLI:  Objection, form.
24      THE WITNESS:  So the --- that I know of,

1   because we don't evaluate every person necessarily for
2   an intersex condition, probably --- gosh, it's hard to
3   estimate.  So I think at least 60 in my clinic and then
4   probably in the hospital at least 10, 15 a year.  At
5   least one a month or so.
6   BY ATTORNEY BROOKS:
7       Q.   Of the 500 transgender intersexual young people
8   that you treated in your career, how many would you
9   estimate suffered from some form of disorder of sexual
10  development?
11      ATTORNEY BORRELLI:  Objection, form.
12      THE WITNESS:  Off the top of my head I
13  can think of one.  I have reviewed a referral for a
14  second one.  Gosh.  With that many patients, that's the
15  best I can do.  Sorry.
16  BY ATTORNEY BROOKS:
17      Q.   And I take it then that the overwhelming
18  majority, almost all the children that you have seen and
19  treated for gender dysphoria did not suffer from any
20  disorder of sexual development?
21  A.   So at the time of my evaluation of them they
22  weren't showing any signs of an intersex condition.  I
23  don't necessarily test for intersex conditions on every
24  person that comes in.  Insurance is really kind of funny

1   about paying for that sort of thing because they don't
2   think it is appropriate to do.  So I can't evaluate them
3   unless they have a symptom of an intersex condition.
4   Those can present even into your 30s and not be evident
5   until you are trying to get pregnant.  So I think to be
6   accurate, that's ---.
7       Q.   To your knowledge, almost all of the children
8   that you have treated for gender dysphoria did not show
9   signs of any intersex condition or disorder of sexual
10  development?
11      ATTORNEY BORELLI:  Objection, form.
12      THE WITNESS:  To best of my knowledge.
13  BY ATTORNEY BROOKS:
14      Q.   Let me call your attention to page three of your
15  report, which is on page five.  And you say there in the
16  second sentence, quote, all of my patients have suffered
17  from persistent gender dysphoria.
18      Do you see that?
19  A.   Uh-huh (yes).
20  Q.   Now, I just don't understand that because a few
21  minutes ago you explained to me that some of your
22  patients suffer from gender dysphoria and some of them
23  don't.  So can you explain to me what you meant by that
24  statement?

1       ATTORNEY BORELLI:  Objection, form.
2       THE WITNESS:  Yeah.  I learn more and
3   more every day about the patients who come into my
4   clinic.  I did state that most of my patients have
5   gender dysphoria.  I am finding individuals currently in
6   my practice who aren't necessarily to the point of
7   having that clinically significant criteria that is
8   mentioned in the --- for dysphoria that have a
9   transgender identification.  The majority I would say do
10  have dysphoria.
11  BY ATTORNEY BROOKS:
12      Q.   You would now say the majority rather than all?
13      ATTORNEY BORELLI:  Objection, form.
14      THE WITNESS:  I can't think of --- yeah,
15  I would say the majority.  There would be a very rare
16  instance and that's why I mentioned it before.
17      ATTORNEY BORELLI:  Counsel, just a quick
18  question about timing and a potential break because
19  we've been going for a little while.
20      ATTORNEY BROOKS:  Right.  I'm inclined to
21  go --- like from my experience, if you stop early for
22  lunch, then it's an awful long afternoon.  So I'd be
23  inclined to go until 12:30 or so and then break for
24  lunch.

Page 114

```
 1         ATTORNEY BORELLI:  Does that work for
 2   you?  Would you like a break now before we later break
 3   for lunch or what is best for you, Dr. Adkins?
 4         THE WITNESS:  Well, since I'm not a
 5   breakfast eater, I would prefer to go a little bit
 6   earlier if we can.
 7         ATTORNEY BROOKS:  We can do it.  I just
 8   warn you it gets to be a long afternoon.
 9         THE WITNESS:  I understand.
10         ATTORNEY BROOKS:  Let me finish up the
11   line of questioning.  Well, should we target noon to
12   stop for lunch?
13         THE WITNESS:  That's fine.  Thank you.
14   BY ATTORNEY BROOKS:
15     Q.   Let me take you back to the Endocrine Society
16   statement on --- back to the biological variable, which
17   is Exhibit 7.  If you would find that, please.  And I'll
18   ask you to turn to page 225, second column towards the
19   bottom with the heading that reads biological basis of
20   diversity and sexual/gender development and orientation.
21         Do you see that?
22     A.  I do.
23     Q.   And it reads at the beginning given the
24   complexities of the biology of sexual determination and
```

Page 115

```
 1   differentiation, comma, it is not surprising that there
 2   are dozens of examples of variations or errors in these
 3   pathways associated with genetic mutations that are now
 4   well known to endocrinologists and geneticists.  In
 5   medicine these situations are generally termed disorders
 6   of sexual development or differences in sexual
 7   development, closed quote.
 8         Do you see that?
 9     A.  Yes.
10     Q.   Now, in your opinion, a transgender identity is
11   not a disorder.
12         Am I right?
13     A.   It is a normal variation, in my opinion, of huma
14   --- of humans in general.
15     Q.   It's not a mental disorder?
16         ATTORNEY BORELLI:  Objection, form.
17         THE WITNESS:  So you know, they have in
18   the past included it in the DSM, which is categorized as
19   those sorts of things.  As far as like psychological,
20   there's such over lap between psychological and the
21   physical --- I guess the best word I can use, but that
22   it's hard to --- it's hard to say.  You know, I think
23   people are moving more towards that it is more of a
24   medical problem that is occurring within the person that
```

Page 116

```
 1   is giving them psychological symptoms that we see, which
 2   is really common in medicine.  We see lots of different
 3   medical conditions caused psychological symptoms.  I
 4   already mentioned one with hypothyroidism.
 5     Q.   In the overwhelming number of cases, transgender
 6   identification is not associated with any physical
 7   disorder that you as a doctor have become aware of?
 8         ATTORNEY BORELLI:  Objection, form.
 9         THE WITNESS:  I'm sorry.  I got
10   distracted.  Can you repeat it?
11   BY ATTORNEY BROOKS:
12     Q.   Yes.  In the overwhelming majority of patients
13   that you have seen, the transgender identity is not
14   associated with any physical disorder that you are aware
15   of.
16         Correct?
17         ATTORNEY BORELLI:  Objection, form.
18         THE WITNESS:  I mean, I'm going to need a
19   minute to think because I have seen so many patients
20   that I don't --- I guess it sort of depends on how you
21   define that, right.  I am --- distress is physical and
22   psychological.  The difference is physical in that
23   they're biologically assigned sex and those
24   characteristics associated are different from their
```

Page 117

```
 1   gender identity.  So it's a bit of a mixture.
 2   BY ATTORNEY BROOKS:
 3     Q.   Many individuals who suffer from disorder of
 4   sexual development who do not experience gender identity
 5   that is discordant with their chromosomal sex.
 6         Correct?
 7         ATTORNEY BORELLI:  Objection, form.
 8         THE WITNESS:  Some do, yes.  That is true
 9   for some.
10   BY ATTORNEY BROOKS:
11     Q.   Many individuals who experience a transgender
12   identity --- I'm sorry.  Many individuals who suffer
13   from a disorder of sexual development do not experience
14   a gender identity that is discordant with their
15   chromosomal sex.
16         Correct?
17         ATTORNEY BORELLI:  Objection to form.
18         THE WITNESS:  So there's, you know, like
19   100 different variations.  Some are more likely to have
20   questions about their gender identity than others.  It
21   varies by diagnosis.
22   BY ATTORNEY BROOKS:
23     Q.   Okay.
24         But my question is a high level one.  It is
```

Page 118

1    true, is it not, that many individuals who suffer from a
2    disorder of sexual development do not experience gender
3    identity that is discordant with their chromosomal sex?
4              ATTORNEY BORELLI:  Objection, form.
5              THE WITNESS:  In the medical literature
6    the reports vary.  Some of the conditions are 90 of them
7    their identity matches with their chromosomal sex and in
8    some cases it's like 30 to 40 percent.
9    BY ATTORNEY BROOKS:
10       Q.   And as you have testified, many individuals who
11   experience transgender identity do not suffer from any
12   identified disorders of sexual development?
13             ATTORNEY BORELLI:  Objection, form.
14             THE WITNESS:  I answered that question
15   already, yeah.
16   BY ATTORNEY BROOKS:
17       Q.   The answer is yes?
18       A.   Yes, I answered the question already.
19       Q.   For clarity I would like you to answer it again.
20             ATTORNEY BORELLI:  Objection, form.
21             THE WITNESS:  Can you repeat it then?
22   BY ATTORNEY BROOKS:
23       Q.   Yes.  Many individuals who experience a
24   transgender identity do not suffer from any known

Page 119

1    disorder of sexual development?
2              ATTORNEY BORELLI:  Objection, form.
3              THE WITNESS:  In my experience that is
4    true.
5    BY ATTORNEY BROOKS:
6        Q.   You have no knowledge as to the number of
7    children who suffer from a disorder of sexual
8    development who presently attend schools or colleges in
9    West Virginia, do you?
10             ATTORNEY BORELLI:  Objection, form.
11             THE WITNESS:  I can only rely on the
12   prevalence that's recorded in the medical literature and
13   then assume that West Virginia has the population base
14   that is similar to those medical reports.
15   BY ATTORNEY BROOKS:
16       Q.   You, yourself, don't have any actual knowledge
17   either way on that.
18            Correct?
19             ATTORNEY BORELLI:  Objection, form.
20             THE WITNESS:  I have not been given a
21   list of the number of individuals, no.
22   BY ATTORNEY BROOKS:
23       Q.   And you are not opining that B.P.J. suffers from
24   any disorder of sexual development, are you?

Page 120

1              ATTORNEY BORELLI:  Objection, form.
2              THE WITNESS:  I don't know B.P.J..  I
3    have not evaluated B.P.J..  I can't say that about
4    B.P.J..
5    BY ATTORNEY BROOKS:
6        Q.   And in fact, you don't know whether any child
7    who is chromosomally XY but suffers from a disorder of
8    sexual development has ever sought to compete in female
9    athletics in West Virginia, do you?
10             ATTORNEY BORELLI:  Objection to form.
11             THE WITNESS:  There are so many people
12   who have competed or tried to compete over the years.  I
13   have not seen a documentation specifically of West
14   Virginia.  It's common in athletics.
15   BY ATTORNEY BROOKS:
16       Q.   You are not aware of a single case that has ever
17   occurred in West Virginia of a chromosomally XY child
18   seeking to compete in female athletics based on a ---
19   let me ask that question again.  You're not aware of any
20   specific instance in which an X --- chromosomally XY
21   child who suffers from a disorder of sexual development
22   has sought to compete in female athletics in West
23   Virginia up to the present?
24             ATTORNEY BORELLI:  Objection to form.

Page 121

1              THE WITNESS:  So some people die with
2    chromosomes XY and look completely female and never
3    knew.  So I can't say that anyone could definitely say
4    that, including myself.
5    BY ATTORNEY BROOKS:
6        Q.   Well, my question was you are not aware of any
7    case of an XY individual who suffered from a disorder of
8    sexual development seeking to compete in female
9    athletics in West Virginia.
10            Right?
11             ATTORNEY BORELLI:  Objection to form.
12             THE WITNESS:  Correct.
13   BY ATTORNEY BROOKS:
14       Q.   And so let me ask you --- a substantial portion
15   of your expert report goes into all sorts of detail
16   about disorders of sexual development.
17            Correct?
18       A.   Correct.
19       Q.   In your understanding, what is the point?  What
20   does that have to do with any opinion you are offering
21   about issues in this case?
22             ATTORNEY BORELLI:  Objection, form.
23             THE WITNESS:  So the folks who have
24   differences of sex development have really been our tool

1  within medicine to understand gender identity and how it
2  developed over time, especially when there may be some
3  difference in the effects of the chromosomes, the
4  hormonal expression and the biological external
5  reproductive genitalia.  And it elicits --- kind of
6  shows us that there can be some variations that identity
7  that you might have --- I'm sorry, sex that you might
8  assign at birth based on one of these categorical things
9  or a mixture of them may not be exactly what a person
10 identifies at birth.
11        For example, there are individuals who
12 are born who never had any hormones, they don't have
13 external genitalia at all when they're born, and how
14 do you decide what sex to assign that person and thus
15 what gender to assign that person, and so it --- it
16 helps us understand that there are lots of different
17 things that go into determining a gender identity and
18 you may not know it right at birth, certainly not at
19 conception, but you may begin to understand it as the
20 person grows older.
21        And so it's important to know that
22 because when there are differences between those two
23 things it can cause significant distress and harm to the
24 individual as they get older if those two are not

1  matching.
2  BY ATTORNEY BROOKS:
3      Q.   Let me take you to paragraph 28 of your expert
4  report.  At the end of that paragraph you state I know
5  from experience with my patients that it can be
6  extremely harmful for transgender youth to be excluded
7  from the team consistent with their transgender
8  identity.  Do you see that?
9      A.   It actually says with their gender identity.
10     Q.   If I misspoke, I apologize.  For the record, let
11 me just do it again.  Quote, I know from experience with
12 my patients that it can be extremely harmful for
13 transgender youth to be excluded from the team
14 consistent with their gender identity, closed quote.
15     Do you see that language?
16     A.   I do.
17     Q.   Let me just ask were you a varsity high school
18 or college athlete yourself?
19        ATTORNEY BORELLI:  Objection, form.
20        THE WITNESS:  I was.
21 BY ATTORNEY BROOKS:
22     Q.   Now, let me ask what you understand to be the
23 significance of that statement, that is are you offering
24 an opinion in this litigation that the West Virginia law

1  is unreasonable to the extent that it prevents even a
2  single transgender youth from playing in a division
3  consistent with their gender identity?
4          ATTORNEY BORELLI:  Objection, form.
5          THE WITNESS:  I'm sorry.  That wasn't
6  clear.  Can you ---?
7  BY ATTORNEY BROOKS:
8      Q.   Are you offering an opinion that the West
9  Virginia law is unreasonable to the extent it prevents
10 even a single transgender youth from playing in the
11 division consistent with their gender identity?
12         ATTORNEY BORELLI:  Objection, form.
13         THE WITNESS:  Yes.
14 BY ATTORNEY BROOKS:
15     Q.   Are you offering an opinion that West Virginia
16 does not have a strong interest in ensuring fair and
17 safe competition for females in their schools and
18 universities?
19         ATTORNEY BORELLI:  Objection, form.
20         THE WITNESS:  I think that would require
21 me to have to, you know, talk with them about that and
22 understand a little bit better.  I would hope it would
23 be every one that they were trying to keep safe.
24 BY ATTORNEY BROOKS:

1      Q.   Are you offering an opinion that West Virginia
2  law is not a reasonable measure to ensure fair and safe
3  competition for females in schools and colleges?
4          ATTORNEY BORELLI:  Objection, form.
5          THE WITNESS:  Again, the language is ---
6  it's not really clear with the female who uses the word
7  female.  It's like using the word sex.  It's just not
8  clear.
9  BY ATTORNEY BROOKS:
10     Q.   Dr. Adkins, I used the word female because
11 earlier in one of these papers where it said woman you
12 said it would work if they said female as a sex
13 indicator to be distinguished from gender identity.
14     Do you recall that testimony?
15     A.   I do.
16     Q.   Let me ask the question again using the term
17 female in the way that you meant in that earlier
18 testimony.  Are you offering an opinion that the West
19 Virginia law is not a reasonable measure to ensure fair
20 and safe competition for females in schools and colleges
21 in West Virginia?
22         ATTORNEY BORELLI:  Objection, form.
23         THE WITNESSS:  Yes.
24 BY ATTORNEY BROOKS:

1    Q.   Can you tell me the examples that you had in
2  mind when you said I know from experience that it can be
3  extremely harmful for transgender youth to be excluded
4  from the team consistent with their gender identity?
5    A.   I can.
6    Q.   Please do.
7    A.   I have patients who have participated in sports
8  with the teams that they identify as.  Their fellow
9  students only know them as the gender that they identify
10 with and that they express.  If they were asked to
11 participate on a team that matched their sex assigned at
12 birth, then these individuals would, for one, would be
13 on the boys' team and then everyone in school would know
14 that they were transgender.  They don't have to know
15 that.  It is not any of their business.
16      Once they are identified as transgender, they
17 are at high risk for being bullied, harassed, sexually
18 assaulted, and leaving school, which leads to poor jobs,
19 poor insurance, homelessness.  There are any number of
20 reasons that I would want my patient to be able to
21 participate on the team that identifies with their
22 gender identity to keep them healthy.
23    Q.   Dr. Adkins, your answer said if they were
24 required to play on the team corresponding to their I'll

1  say chromosomal sex, their natal sex, which suggests you
2  have not actually seen it happen.  Is there a single
3  case you can point me to in which you have observed a
4  patient harmed by being excluded from the team
5  consistent with their gender identity?
6    A.   Yes.
7    Q.   Can you tell me that area?
8        ATTORNEY BORELLI:  Objection, form.
9        THE WITNESS:  Well, one of my patients
10 who had been on middle school sports teams that matched
11 their gender identity was then asked to change.  And
12 they didn't feel comfortable going with the other
13 individuals because their identity would be discovered,
14 their --- individuals would know that they were
15 transgender.  No one at the time knew and still to this
16 day don't know because they chose not to participate
17 rather than be on the team that didn't match their
18 gender identity.
19 BY ATTORNEY BROOKS:
20    Q.   And when and what state did these events occur?
21    A.   North Carolina.
22       ATTORNEY BORELLI:  Objection to form.
23 BY ATTORNEY BROOKS:
24    Q.   That's where, when?  That's your Counsel's

1  objection.
2    A.   North Carolina in --- for this particular
3  patient, three years ago.  I have patients that come in
4  every day who this applies.
5    Q.   Dr. Adkins, given that you're testifying under
6  oath and trying to be accurate, is it true that you have
7  patients come in every day that this applies to?
8        ATTORNEY BORELLI:  Objection, form.
9  BY ATTORNEY BROOKS:
10    Q.   Aren't we getting a little carried away here?
11       ATTORNEY BORELLI:  Objection, form.
12       THE WITNESS:  I do like to be precise.
13 BY ATTORNEY BROOKS:
14    Q.   Thank you.
15    A.   In clinic, most days when I'm in clinic I see a
16 patient who doesn't participate in athletics because of
17 the requirement that they go to participate in an area
18 that is for their assigned sex at birth.  Most days I'm
19 in a gender clinic.
20    Q.   And what you state in your document, in your
21 report here, is that you know from experience that being
22 excluded from the team consistent with their gender
23 identity can be, quote, extremely harmful to transgender
24 youth.  You have described to me students who choose not

1  to participate in athletics.  Beyond that, can you give
2  me examples of extreme harm that has resulted from such
3  policies?
4        ATTORNEY BORELLI:  Objection, form.
5        THE WITNESS:  You know, some of that
6  would require a bit of speculation because I wouldn't
7  know what would happen to those individuals if they
8  remain in the sport.
9  BY ATTORNEY BROOKS:
10    Q.   I'm not asking you to speculate.
11    A.   So can you re-ask the question so I can kind of
12 figure out how to answer it better.
13    Q.   I'll re-ask it and maybe that you're not able to
14 answer it, but can you identify for me specific extreme
15 harm that individual patients have suffered as a result
16 of not being able to participate in the team consistent
17 with their gender identity?
18       ATTORNEY BORELLI:  Objection, form.
19       THE WITNESS:  So I have had patients who
20 have no longer participated in sports, gained weight,
21 become obese and developed type two diabetes.  I have
22 seen that around --- I can think of at least two
23 examples.  And then, you know, that's a chronic life
24 long disease that can lead to amputation and all kinds

Page 130

1  of other harms.  And let's see, what other things.
2       I have seen patients with --- who were no
3  longer happy at their school and because the time that
4  they were identified as transgender were asked to leave
5  their sport, their friend groups changed.  And you know,
6  it's tough in school.  There are kids who have --- and
7  that kind of can push them down the slope of suicidal
8  ideation and depression and those sorts of things.  I
9  mean, I have to think longer for other examples.  Those
10  are two.
11  BY ATTORNEY BROOKS:
12       Q.   Rather than starting something else, should we
13  break now for lunch?
14       ATTORNEY BORELLI:  That works.
15       VIDEOGRAPHER:  Going off the record.  The
16  current time reads 11:54 a.m. Eastern Standard Time.
17  OFF VIDEO
18       ---
19  (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)
20       ---
21  ON VIDEO
22       VIDEOGRAPHER:  We're back on the record.
23  Current time reads 12:57 p.m. Eastern Standard Time.
24  BY ATTORNEY BROOKS:

Page 131

1       Q.   Okay.
2       Dr. Adkins, welcome back from lunch.  On we go.
3  We're going to have a long afternoon.  Let me mark as
4  Exhibit 10 what we have previously identified as tab 16,
5  which is an article dated January 10, 2022 from the
6  Washington Post entitled A Transgender College Swimmer
7  is Shattering Records, Sparking a Debate Over Fairness.
8       ---
9       (Whereupon, Adkins Exhibit 10, 1/10/22
10       Washington Post Article, was marked for
11       identification.)
12       ---
13  BY ATTORNEY BROOKS:
14       Q.   Dr. Adkins, let me just ask generally, you're
15  aware of recent events in the news involving Leah
16  Thomas's competition in NCAA swimming.
17       Correct?
18       ATTORNEY BORELLI:  Objection, form.
19       THE WITNESS:  I am aware of various
20  pieces of that.
21  BY ATTORNEY BROOKS:
22       Q.   And I'm not going to try to turn you into an
23  expert on Lia Thomas, but you're just aware of that
24  narrative.  Are you generally aware that at least until

Page 132

1  recently the NCAA policy for a decade at the collegiate
2  level was that XX --- XY individuals, males, to use that
3  terminology, could compete based on gender identity in
4  women's divisions only after they had suppressed
5  testosterone for at lest a year?
6       ATTORNEY BORELLI:  Objection, form.
7       THE WITNESS:  I don't know the details of
8  NCAA.  I just don't.
9  BY ATTORNEY BROOKS:
10       Q.   Are you aware generally that some athletic
11  leagues have a requirement that biological males may
12  compete in women's athletics based on gender identity
13  only after suppressing testosterone for some period of
14  time?
15       ATTORNEY BORELLI:  Objection, form.
16       THE WITNESS:  I have heard that there are
17  individuals who are allowed to participate based on
18  their gender identity and that there's some comment
19  about hormone suppression.
20  BY ATTORNEY BROOKS:
21       Q.   And do you have college-age transgender patients
22  yourself?
23       A.   I do.
24       Q.   Does your statement that we looked at in

Page 133

1  paragraph 28 of your report that it can be extremely
2  harmful for transgender youth to be excluded from the
3  team consistent with their gender identity hold true in
4  your opinion at to collegiate level?  And I was quoting
5  from paragraph 29.
6       ATTORNEY BORELLI:  To clarify, you just
7  said 29 --- 28, paragraph 28?
8       ATTORNEY BROOKS:  It is paragraph 28.  I
9  apologize.
10       ATTORNEY BORELLI:  Thank you.  I can't
11  remember if I lodged an objection.  Objection to form.
12       THE WITNESS:  And the question was?
13  BY ATTORNEY BROOKS:
14       Q.   The question was does your assertion in
15  paragraph 28 of your report that you know from
16  experience the patients --- that it can be extremely
17  harmful for transgender youth to be excluded from the
18  team consistent with their gender identity apply to
19  college-age individuals as well as high school or
20  younger individuals?
21       ATTORNEY BORELLI:  Objection, form.
22       THE WITNESS:  In my experience, that ---
23  yes.
24  BY ATTORNEY BROOKS:

1    **Q.   Do you have any opinion as to whether a policy**
2    **that requires biologically male athletes to suppress**
3    **testosterone for a certain period of time or to a**
4    **certain level of testosterone prior to competing in**
5    **women's or girls' athletics is reasonable or**
6    **unreasonable?**
7         ATTORNEY BORELLI:  Objection, form.
8         THE WITNESS:  So you're  asking me if
9    that's my opinion?  I'm sorry.  Could you just repeat
10   the question?
11   BY ATTORNEY BROOKS:
12        **Q.   Do you have an opinion --- do you have an**
13   **opinion as to whether a policy that requires**
14   **biologically male athletes to suppress testosterone**
15   **either for a certain period of time or down to a certain**
16   **level before they can be eligible to compete in women's**
17   **athletics based on gender identity is reasonable or**
18   **unreasonable?**
19        ATTORNEY BORELLI:  Objection, form.
20        THE WITNESS:  It gets tricky.  I am ---
21   you know, when you start throwing in sort of people with
22   PCOS and people with intersex conditions and --- it gets
23   tricky.  So it's harder for me to answer.
24        I think the question was do I have an

1    opinion if it's reasonable or not reasonable?  Is that
2    the question?
3    BY ATTORNEY BROOKS:
4         **Q.   That is.**
5         A.  Okay.
6         In some cases it might be reasonable and some
7    cases it might not be reasonable.
8         **Q.   If we put on one side and exclude from**
9    **consideration individuals who suffer from any form of**
10   **disorder of sexual development, do you believe that a**
11   **policy that requires biologically male athletes to**
12   **suppress testosterone either for a certain period of**
13   **time or down to a certain level before they can be**
14   **eligible to play in women's athletics based on gender**
15   **identity is reasonable or unreasonable?**
16        ATTORNEY BORELLI:  Objection, form.
17        THE WITNESS:  So you know, for those who
18   are assigned male at birth, it depends on where they
19   are, you know, and what sport they're doing and what's
20   involved.  There are a number of caveats that could be
21   thrown in there along those lines.
22   BY ATTORNEY BROOKS:
23        **Q.   Is it you don't know what you think about that?**
24        ATTORNEY BORELLI:  Objection to form.

1         THE WITNESS:  I think you misunderstood
2    the answer that I gave.  It would really depend on a
3    specific case.
4    BY ATTORNEY BROOKS:
5         **Q.   Well, let's look at a specific case.  I have put**
6    **in front of you Exhibit 10, this Washington Post article**
7    **from January 10, 2022 about Lia Thomas, who, according**
8    **to the headline, is shattering records.  Let me ask you**
9    **to turn in that article to page three.  And there it ---**
10   **if we look at the third paragraph, the one that begins**
11   **her fastest 200 yard freestyle, and the second sentence**
12   **--- or the third sentence says that's the fastest time**
13   **by any female college swimmer this year, .64 seconds**
14   **faster than Olympian Torri Huske.  And it continues,**
15   **quote, Thomas has also posted the nation's best 500 yard**
16   **freestyle, timed this season at four minutes, 34.06**
17   **seconds, nearly three seconds faster than Olympian**
18   **Brooke Forde.**
19        **Do you see that?**
20        A.  Uh-huh (yes).
21        **Q.   And these records were set after Lia Thomas had**
22   **qualified under the NCAA requirement of testosterone**
23   **suppression for one year.  So my question on the**
24   **specific sport for you is, is it your view that a policy**

1    **that permits Thomas to compete in the women's division**
2    **against competitors who are biologically female is fair?**
3         ATTORNEY BORELLI:  Objection, form.
4         THE WITNESS:  So you will note in the
5    paragraph above it also says that her time slowed down
6    once she had this happened and she was suppressing her
7    testosterone.  You know, I --- I don't want to use that
8    word.  There are so many things that go into athletic
9    performance and your time that's not totally related to
10   your sex assignment at birth or your current hormonal
11   status, practice, you know, training, whether you had an
12   opportunity to get started at a young age, a lot of
13   variables that aren't related to their current hormones.
14   BY ATTORNEY BROOKS:
15        **Q.   Do you have an opinion as to whether a policy**
16   **that permits Lia Thomas to compete against those born**
17   **female in swimming is fair?**
18        ATTORNEY BORELLI:  Objection to form.
19   Counsel, I think we're starting to get outside the
20   scope.  The witness can answer this question if she can,
21   but we're treading on that territory.
22        THE WITNESS:  So in that there are very
23   few transgender individuals who are involved and there
24   are lots and lots and lots of opportunities for those

Page 138

1    assigned female at birth to compete, I think it is fair.
2    BY ATTORNEY BROOKS:
3        **Q.   And let me call your attention two paragraphs**
4    **down where it begins everybody wants, and quoting**
5    **Michael Joyner, who identifies as a physiologist at the**
6    **Mayo Clinic.  Are you familiar with the reputation of**
7    **the Mayo Clinic?**
8        A.   Yes.
9        **Q.   It is a high reputation.**
10       **Am I correct?**
11           ATTORNEY BORELLI:  Objection, form.
12           THE WITNESS:  In general, people think it
13   has a good reputation.
14   BY ATTORNEY BROOKS:
15       **Q.   If you read this paragraph, Dr. Joyner says,**
16   **quote, everybody wants to maximize each individual's**
17   **opportunity to participate and be as inclusive as**
18   **possible, one of the researchers, Michael Joyner, a**
19   **physiologist at the Mayo Clinic, said in an interview.**
20   **And his quote continues, but how do you balance that**
21   **inclusion at the individual level with the fairness to**
22   **the entire field?  That's really the split the baby**
23   **question, closed quote.**
24       **Do you see that language?**

Page 139

1        A.   I do.
2        **Q.   Do you agree that the question of fairness that**
3    **Dr. Joyner addresses there is, in fact, a tough question**
4    **on which reasonable people could disagree?**
5            ATTORNEY BORELLI:  Objection, form.  And
6    counsel, I need to renew my objection as to scope.
7            ATTORNEY BROOKS:  You can have a standing
8    objection as to scope, but I can pursue this line of
9    questioning.
10           THE WITNESS:  I would like to take a
11   moment to read the whole article, please.
12           ATTORNEY BORELLI:  Counsel, can you point
13   me to the portion of the report where she offers
14   opinions about things?
15           ATTORNEY BROOKS:  She has offered the
16   opinion in the report that denying participation is
17   extremely harmful.  She has testified on the record that
18   in her view, a policy that permits even one transgender
19   individual from playing according to their gender
20   identity, that she has an opinion, but she is offering
21   an opinion that that is an unreasonable policy.  I
22   intend to examine that thoroughly.  Scope is not tightly
23   limited on expert depositions, I assure you.
24           ATTORNEY BORELLI:  I'm going to stand on

Page 140

1    my objection.  We'll see where the line of questioning
2    goes and we'll confer again if we need to.
3            ATTORNEY TRYON:  This is Dave Tryon.  I
4    would ask that if there are further speaking objections
5    or discussions about scope, it be done outside the
6    presence of the witness.
7    BY ATTORNEY BROOKS:
8        **Q.   Let me ask you this without taking the time ---**
9    **without reading the entire document, do you agree or**
10   **disagree with Doctor Joyner that the question of whether**
11   **a biologically male individual such as Lia Thomas should**
12   **be permitted to complete in the women's division against**
13   **biological females is a tough question that reasonable**
14   **people can differ?**
15           ATTORNEY BORELLI:  Objection to form.
16           ATTORNEY BROOKS:  That's enough.  That's
17   all you may say.
18           ATTORNEY BORELLI:  Excuse me.  Counsel,
19   the witness has ---.
20           ATTORNEY BROOKS:  You may say objection
21   to form.
22           ATTORNEY BORELLI:  The witness has ---
23   the witness asked to read the entire document.
24           ATTORNEY BROOKS:  I am asking a question

Page 141

1    free and apart from the document.  And I'm entitled to
2    do that.
3            ATTORNEY BORELLI:  I'm not persuaded that
4    this is free and apart from the document.
5            ATTORNEY BROOKS:  I will make it 100
6    percent apart from the document.
7            ATTORNEY BORELLI:  Can you please restate
8    the question to do that?  Thank you.
9    BY ATTORNEY BROOKS:
10       **Q.   Dr. Adkins, do you agree that the question of**
11   **whether a biological male such as Lia Thomas should be**
12   **permitted to compete against biological females in the**
13   **collegiate level is a tough question on which reasonable**
14   **people can differ?**
15           ATTORNEY BORELLI:  Objection, form.
16   Counsel, you just put an article ---.
17           ATTORNEY BROOKS:  That's enough of the
18   speaking objection.  I can take the article back away
19   from the witness.  My question makes no reference to the
20   article.
21           ATTORNEY BORELLI:  Your question makes
22   reference to ---.
23           ATTORNEY BROOKS:  Counsel, that's enough
24   speaking objections.  You are violating the Federal

Page 142

1    Rules.
2          ATTORNEY BORELLI:  I strongly disagree
3    with that characterization.  I don't think that's
4    correct.  You're asking questions about a subject of the
5    article.  Physically removing the article from the
6    witness doesn't remove that question from the subject of
7    the article.
8          ATTORNEY BROOKS:  I don't have to show
9    the witness every article about a topic.  The witness is
10   aware of Lia Thomas.  I'm asking a question about Lia
11   Thomas and competitive swimming.  The witness can
12   answer.
13         ATTORNEY BORELLI:  I stand on my
14   objection.
15         ATTORNEY BROOKS:  You can do so.
16         THE WITNESS:  Sorry.  Thank you.
17         You know, everybody has their opinion
18   based on their experience and their knowledge and
19   they're allowed to state that and confer with others
20   about it.  Whether or not it is reasonable is a whole
21   other question, and that involves perspective and
22   background.  So with that caveat, I could see people
23   having different opinions on this particular matter.
24   BY ATTORNEY BROOKS:

Page 143

1    Q.   Thank you.
2          ATTORNEY BROOKS:  Can we mark as Exhibit
3    11 a document previously identified as tab 17, article
4    from the publication named Out Sports that is dated
5    January 9, 2022.
6          ---
7          (Whereupon, Adkins Exhibit 11, 1/9/22
8          Out Sports Article, was marked for
9          identification.)
10         ---
11   BY ATTORNEY BROOKS:
12   Q.   Dr. Adkins, have you heard the name Iszac Henig?
13   A.   No.
14   Q.   Did you hear any news items that a transgender
15   male competing in the female division that is genetic
16   female, male identity, transgender male competing in the
17   female division, beat Lia Thomas, a transgender female
18   competing in the female division, in certain races?
19   Have you heard that?
20   A.   No.
21         ATTORNEY BORELLI:  Objection, form.
22   BY ATTORNEY BROOKS:
23   Q.   All right.
24         You stated in paragraph 28 that it can be

Page 144

1    harmful for patients, deeply harmful, for transgender
2    youth to be excluded from the team consistent with their
3    gender identity.  In your view is a policy that requires
4    transgender youth who are biologically male to suppress
5    testosterone before they can be eligible to compete on a
6    team consistent with their gender identity extremely
7    harmful to youth?
8          ATTORNEY BORELLI:  Objection, form.
9          THE WITNESS:  I was trying to catch up
10   with you with finding the page.
11   BY ATTORNEY BROOKS:
12   Q.   That was a complicated question.  I will ask it
13   again.
14   A.   Thank you.
15   Q.   In your view is a policy that requires a
16   biological male who experiences a female gender identity
17   to suppress testosterone prior to becoming eligible to
18   compete in the women's division extremely harmful?
19         ATTORNEY BORELLI:  Objection, form.
20         THE WITNESS:  Suppression of the
21   testosterone for my practice isn't the --- you know, the
22   harm.  It is the exclusion that does most of the harm.
23   I think I answered that.
24   BY ATTORNEY BROOKS:

Page 145

1    Q.   Let me try to --- in light of what you just
2    said, let me ask a better question.  In your view, is a
3    policy that excludes a biological male who identifies as
4    a woman from competition in the women's division unless
5    and until that biological male has suppressed
6    testosterone extremely harmful?
7          ATTORNEY BORELLI:  Objection to form.
8          THE WITNESS:  So the sex assigned at
9    birth for this person would be male and would need time
10   to suppress testosterone, which takes time and leads to
11   limitations in participation of sports, in competition.
12   I think that disadvantages most athletes if they have to
13   take time off for any kind of medical treatment for
14   their preparation.  In that fashion it would be harmful
15   to the athlete.
16   BY ATTORNEY BROOKS:
17   Q.   And I believe you testified you don't have any
18   simple single opinion as to whether it would
19   nevertheless be reasonable despite being harmful to that
20   athlete?
21         ATTORNEY BORELLI:  Objection to form.
22         THE WITNESS:  I don't think that's what I
23   said.
24   BY ATTORNEY BROOKS:

1  Q.  All right.
2      Then I'll ask a different to avoid
3  unclarity.  Do you have an opinion as to whether,
4  despite the harm that you have described, a policy that
5  requires suppression of testosterone in order for such
6  an individual to be eligible to compete in a women's
7  division is reasonable?
8      ATTORNEY BORELLI:  Objection to form.
9      THE WITNESS:  That's complicated.  I
10 apologize for not answering yes or no.  I just ---
11 sometimes you get lost in your question.  So I don't
12 think it's reasonable to ask them not to participate.
13 They need time to practice and participate like all
14 their peers that are practicing and competing at the
15 time.
16 BY ATTORNEY BROOKS:
17 Q.  So your testimony as you sit here today is that
18 even as a biologically male athletes, natal male
19 athletes who have not suppressed testosterone at all, it
20 is not reasonable to exclude them from participation in
21 the women's division?
22     ATTORNEY BORELLI:  Objection, form.
23     THE WITNESS:  To those who are assigned
24 female at birth, you're again going to cause them harm

1  by not allowing them to participate and not be affirmed
2  in their gender.  That --- part of it is a big part of
3  what it means to improve their overall health and what
4  we do to care for these individuals.  You're also
5  marking them by saying that they are, you know,
6  transgender and that is going to cause all kinds of
7  kerfuffle and people are not nice to them.  It can cause
8  extreme harm to them in that way.
9  BY ATTORNEY BROOKS:
10 Q.  In the beginning of your answer you referred to
11 individuals identified as female at birth.
12     A.  Assigned female at birth.
13 Q.  And I think that your answer was speaking to
14 individuals who are assigned male at birth.
15     A.  Applies to both.
16     ATTORNEY BORELLI:  Objection, form.
17 BY ATTORNEY BROOKS:
18 Q.  Then let me re-ask my question because I asked
19 about individuals assigned male at birth.  As to those
20 individuals, is it your opinion that a policy that
21 requires them to suppress testosterone prior to becoming
22 eligible for participation in the women's division or
23 high school level girls division is unreasonable?
24     ATTORNEY BORELLI:  Objection, form.

1      THE WITNESS:  For an assigned male at
2  birth, suppressing testosterone, so we're clear because
3  you used the word they in that particular question, I
4  think it is unreasonable for them to be taken out of
5  their sport.  I think it causes harm.  We see evidence
6  that it causes harm with regard to depression, anxiety,
7  suicidality.  It also causes metabolic harm, changes in
8  the performance.
9      ATTORNEY BROOKS:  Let me mark this
10 Exhibit 11, an article by Duke Professor Doriane
11 Lambelet Coleman, Michael Joyner and Donna Lopiano, the
12 Duke Journal of Gender Law and Policy.
13     ---
14     (Whereupon, Adkins Exhibit 11, Duke
15     Journal of Gender Law and Policy
16     Article, was marked for identification.)
17     ---
18     VIDEOGRAPHER:  Counsel, I didn't fully
19 catch which document that was?  Did you say it was tab
20 19?
21     ATTORNEY BROOKS:  It is tab 19, that's
22 correct.
23     VIDEOGRAPHER:  Thank you.
24 BY ATTORNEY BROOKS:

1  Q.  Dr. Adkins, let me ask whether you have before
2  now been aware of this article by Duke Professor Coleman
3  and others?
4      A.  I have heard of an article, yes.
5  Q.  Do you know Professor Coleman?
6      A.  I met Professor Coleman once.
7  Q.  And have you ever seen this article before
8  today?
9      A.  I haven't looked at it.
10 Q.  Probably my questioning about it will be very
11 short.  Let me ask you to turn to page 88.  At the very
12 bottom of page 88 is a sentence that runs over into 89
13 that reads as follows.  If elite sport were coed or
14 competition were open, even the best female would be
15 rendered invisible by the sea of men and boys who would
16 surpass her, closed quote.  Do you see that language?
17     A.  I do.
18 Q.  Do you have the expertise to evaluate whether
19 that is true or false?
20     ATTORNEY BORELLI:  Object to form.
21     THE WITNESS:  The --- well, again, you
22 are picking one sentence out of a whole article.  And I
23 know that Dr. Coleman has actually called into question
24 some of the information from this report in particular.

Page 150

1  And without knowing which things I can't really rely on
2  this document to say whether it's true.  And that's not
3  --- that's her expertise.
4  BY ATTORNEY BROOKS:
5     **Q.   Well, that's my question.  Do you believe that**
6  **it is within your expertise to evaluate that sort of**
7  **question about sporting performance?**
8     ATTORNEY BORELLI:  Object to the form.
9     THE WITNESSS:  Again, you are picking one
10  sentence.  I have some professional experience with
11  assisting people in improving their physiology with
12  regard to, you know, muscle mass, fat mass.  Sport would
13  be outside what I would have to say --- this
14  specifically.
15  BY ATTORNEY BROOKS:
16     **Q.   I'm not sure that was a compete sentence, let me**
17  **ask a follow-up question.  Is it the case that it is ---**
18  **you consider it outside your professional expertise to**
19  **evaluate the truth or falsity of this supposed assertion**
20  **that, quote, if elite sport were coed or competition**
21  **were open, even the best female would be rendered**
22  **invisible by the sea of men and boys who would surpass**
23  **her, closed quote?**
24     ATTORNEY BORELLI:  Object to form.

Page 151

1     THE WITNESS:  That's not been my
2  experience.  That's not what we're seeing in sports.  I
3  can't say anything else about whether or not I could
4  assess it.  That would be my only way to assess it based
5  on my experience.
6  BY ATTORNEY BROOKS:
7     **Q.   What is your professional training or research**
8  **that qualifies you to evaluate the impact that would be**
9  **experienced in athletics on biological women if sport**
10  **were coed or competition were open?**
11     ATTORNEY BORELLI:  Objection to form.
12     THE WITNESS:  Yeah.  I don't study
13  sports.
14  BY ATTORNEY BROOKS:
15     **Q.   You are an endocrinologist by training.**
16     **Is that correct?**
17     A.  I am.
18     **Q.   Do you have an expert opinion as to what lasting**
19  **or legacy --- strength and athletic capability if any**
20  **way natal males continue to enjoy over natal females**
21  **after suppressing testosterone?**
22     ATTORNEY BORELLI:  Objection, form.
23     THE WITNESS:  So there's a lack of
24  research in this area.  I feel like we need more

Page 152

1  information regarding this.  I don't think that there's
2  a way to answer that question with the data that we have
3  at this time.
4  BY ATTORNEY BROOKS:
5     **Q.   Is it true in your practice that most of your**
6  **biologically male patients present at your clinic let's**
7  **say after age 13?**
8     ATTORNEY BORELLI:  Object to form.
9     THE WITNESS:  Most of my patients who are
10  assigned which at birth did you say?
11  BY ATTORNEY BROOKS:
12     **Q.   Male.**
13     A.  After age what again?
14     **Q.   I chose 13.**
15     ATTORNEY BORELLI:  Same objection.
16     THE WITNESS:  I would agree with that.
17  BY ATTORNEY BROOKS:
18     **Q.   And implications of that are that those**
19  **individuals have already experienced --- well, let me**
20  **ask it differently.  In your experience or based on your**
21  **training, either one, on average what Tanner stage are**
22  **boys at by the time they have finished their 13th year?**
23     ATTORNEY BORELLI:  Objection, form.
24     THE WITNESS:  So assigned male at birth?

Page 153

1  BY ATTORNEY BROOKS:
2     **Q.   Correct.**
3     A.  The average at 13 is Tanner 3.
4     **Q.   By the end of age 13 you would say Tanner 3?**
5     A.  It is really 13 and a half is what the published
6  literature says.
7     **Q.   So presumably by the end of their 13th year,**
8  **when they're older than 13 they're either in a later**
9  **stage of Tanner stage 3 or moving into Tanner stage 4?**
10     ATTORNEY BORELLI:  Objection, form.
11     THE WITNESS:  On average, but there is
12  such a wide variety of --- they can present with puberty
13  from 9 to 14.  And they all move differently at
14  different rates and different times, so there's a lot of
15  variety in the 13 and a half year olds I see in my
16  clinic who are assigned male at birth.
17  BY ATTORNEY BROOKS:
18     **Q.   And my question was about averages.  So on**
19  **average, by the end of the 13th year the patients you**
20  **see would be towards the end of Tanner stage 3 or**
21  **entering into Tanner stage 4?**
22     ATTORNEY BORELLI:  Objection, form.
23     THE WITNESS:  On average, yeah.
24  BY ATTORNEY BROOKS:

Page 154

1   **Q.   And by that time those biologically male who**
2   **have under gone effects on skeleton, on height, on**
3   **musculature, typical of or sometimes referred to as**
4   **verilization.**
5       **Correct?**
6           ATTORNEY BORELLI:  Objection, form.
7           THE WITNESS:  So at 13 and a half the
8   average assigned male at birth is dead center their
9   growth spurt, so they've only gone through about half of
10  it.  They still have about half of it left.
11  BY ATTORNEY BROOKS:
12      **Q.   Okay.**
13          **And do you have any knowledge as to whether**
14  **they have also undergone changes in heart and lung size**
15  **and bone strength that are typical of male puberty?**
16          ATTORNEY BORELLI:  Objection, form.
17          THE WITNESS:  So I can't comment about
18  the heart and the lung.  The lung size is typically
19  proportioned to the body size.  So in that way, halfway.
20  Bone strength, however, there's more information about.
21  And you know, people don't get their peak bone mass
22  until they're 30, so they have a long way to go starting
23  from 13 and a half before they reach that.
24  BY ATTORNEY BROOKS:

Page 155

1   **Q.   Have, on average, males experienced significant**
2   **bone densification by age --- by the end of their 13th**
3   **year?**
4           ATTORNEY BORELLI:  Objection, form.
5           THE WITNESS:  Depends on your definition
6   of significant.  Clinically significant, medically
7   significant?  Is it, you know, significant with regard
8   to the biological assay.  Is it you're talking about
9   which would --- Dexus scans?
10  BY ATTORNEY BROOKS:
11      **Q.   I will take clinically significant.**
12          ATTORNEY BORELLI:  Objection to form.
13          THE WITNESS:  Can you repeat your
14  question with that?
15  BY ATTORNEY BROOKS:
16      **Q.   Yes.  On average, have biological males**
17  **experienced clinically significant bone densification by**
18  **the end of their 13th year?**
19          ATTORNEY BORELLI:  Objection, form.
20          THE WITNESS:  Over their life span they
21  do continue to increase their bone density.  The peak of
22  bone density is much later, so every person is different
23  as to where they are in that density scale.  At the
24  middle of puberty, I mean, I would be guessing if I said

Page 156

1   anything specific.
2   BY ATTORNEY BROOKS:
3       **Q.   Well, as I tell witnesses I am defending I don't**
4   **know is always a great conversation stopper.  Is it your**
5   **testimony that you don't actually know how much bone**
6   **densification has occurred by the end of the 13th year**
7   **in those in biological males?**
8           ATTORNEY BORELLI:  Objection, form.
9           THE WITNESS:  I haven't looked at it ---
10  I haven't looked at it recently.  There are --- that's
11  an --- interpretations that we use and it comes with our
12  reports and I would have to look at that to rely on it.
13  BY ATTORNEY BROOKS:
14      **Q.   Have you heard the name Joanna Harper?**
15      A.   No.
16      **Q.   Let me see tab 24.**
17          ATTORNEY BROOKS:  Marking 13, what was
18  previously designated tab 24, article published December
19  2020 by Emma Hilton and Tommy Lundberg, titled
20  Transgender Women in the Female Category of Sport:
21  Perspectives on Testosterone Suppression and Performance
22  Advantage.
23                  ---
24          (Whereupon, Adkins Exhibit 13, 2020

Page 157

1           Hilton and Lundberg Article, was marked
2           for identification.)
3                   ---
4   BY ATTORNEY BROOKS:
5       **Q.   And Dr. Adkins, let me ask again whether you**
6   **know the name Emma Hilton or Tommy Lundberg.**
7       A.   No.
8       **Q.   Can I take it then you have not seen this**
9   **article before?**
10      A.   I wouldn't say that one equals the other.  I'm
11  terrible with names, to be quite honest.
12      **Q.   Let me ask --- therefore, I retract that**
13  **question.  Do you recall seeing this article before**
14  **today?**
15      A.   No.
16      **Q.   Okay.**
17          **Then again, we will be short.  You see the**
18  **title.  I understand you have not seen it.  Let me ask**
19  **you to turn to page 201.  About an inch down in the**
20  **first column, summarizing other research the authors of**
21  **this paper write an extensive review of fitness  from**
22  **over 85,000 Australian children age 9 to 17 years old**
23  **show that, compared with 9 year old females, 9 year old**
24  **males were faster over short sprints, 9.8 percent, and**

1  one mile, 16.6 percent.  Could jump 9.5 percent further
2  from a standing start, a test of explosive power.
3  Quote, could complete 33 more push ups in 30 seconds and
4  had 13.8 percent stronger grip, closed quote.  Do you
5  see that language?
6      A.   Yeah.
7      Q.   And my question for you is you have yourself any
8  knowledge as to whether the facts recited there are
9  scientifically accurate or inaccurate?
10          ATTORNEY BORELLI:  Objection, form.
11          THE WITNESS:  So whenever I'm reviewing
12  an article, and again, I have not seen the full article,
13  it's reporting on population from Australia, which I
14  usually use the population that I'm talking about when I
15  am using that information to help guide my practice.  So
16  I'm not completely sure that would be a thing that would
17  come into my mind when looking at this.  Is this the
18  same population in Australia you we're seeing here?
19  That's one of my first questions about it.
20  BY ATTORNEY BROOKS:
21      Q.   And I understand that everybody in Australia is
22  upside down, but my question simply was do you have any
23  knowledge as to whether, as a matter of science, these
24  assertions are true or false?

1          ATTORNEY BORELLI:  Objection, form.
2          THE WITNESS:  They have published it in a
3  peer reviewed journal I think.  I would have to look if
4  this is a peer reviewed journal because some are not.
5  If those things are true, the assumption we make in
6  medicine is that they are true.
7  BY ATTORNEY BROOKS:
8      Q.   You are a very trusting person to peer reviewed
9  journals.
10     A.   They get redacted all the time.  So again, my
11  previous thing is you got to look at all of the pieces,
12  et cetera.
13     Q.   In general --- in general, do you consider that
14  your expertise extends to the question of how much
15  athletic advantage biological males enjoy over
16  biological females prior to puberty, if any?
17          ATTORNEY BORELLI:  Objection, form.
18          THE WITNESS:  I know limited amount of
19  that information.  We all learn a little bit, but I
20  wouldn't say that I could say, you know, I know
21  everything that exists.
22  BY ATTORNEY BROOKS:
23     Q.   What is your source of information in that area?
24          ATTORNEY BORELLI:  Objection, form.

1          THE WITNESS:  Generally education in
2  medical school and then looking at hormonal effects in
3  muscle and bone and those things.  But not in particular
4  these specific tests.
5  BY ATTORNEY BROOKS:
6      Q.   Do you have any opinion as to whether prior to
7  puberty natal males have strength, speed or other
8  athletic advantages over natal females on average?
9          ATTORNEY BORELLI:  Objection, form.
10          THE WITNESS:  Gosh, there's such a wide
11  variety of humans.  And I know you are asking on
12  average.  I don't think I feel comfortable answering the
13  question.
14  BY ATTORNEY BROOKS:
15     Q.   All right.
16          You have offered the opinion --- we can go back
17  to paragraph 28, I keep referring to the same, that
18  refusing to permit a transgender individual to
19  participate in a sport category corresponding to their
20  gender identity can be or is extremely harmful.  From
21  your medical point of view, what do you consider to be
22  the implications of that opinion when it comes to
23  individuals who claim both a male and a female gender
24  identity?

1          ATTORNEY BORELLI:  Objection, form.
2  BY ATTORNEY BROOKS:
3      Q.   Must they be permitted to play in either
4  category according to their choice.
5          ATTORNEY BORELLI:  Objection, form.
6          THE WITNESS:  That is a good question.  I
7  would have to talk to the individual person to really
8  know what harm they might think --- feel that they are
9  having if they were kept from one versus the other.  I
10  think that would be a very individualized question.  I
11  can't answer it with my experience.
12  BY ATTORNEY BROOKS:
13     Q.   All right.
14          Would you have the same answer with regard to
15  an individual who experiences neither gender identity,
16  neither male or female?
17          ATTORNEY BORELLI:  Objection, form.
18          THE WITNESS:  So people who identify as a
19  agender, you know, there is such a wide variety there of
20  their life experience, their pubertal experience, their
21  current hormones and what things they might be taking or
22  not taking, where their levels are.  I think it --- and
23  you know, again, I think --- you would have to look at
24  the individual person.

1 BY ATTORNEY BROOKS:
2    **Q.   Is it your opinion, Dr. Adkins, that the only**
3 **reasonable policy for schools, colleges or athletic**
4 **leagues would be to consider eligibility for transgender**
5 **individuals on a case by case basis, taking into account**
6 **all of the types of complexities you just described?**
7          ATTORNEY BORELLI: Objection, form.
8          THE WITNESS: I think that that is
9 completely possible for us to do given the small
10 population that we're talking about. And I think it is
11 reasonable for them to take the time to do that with
12 each individual human.
13 BY ATTORNEY BROOKS:
14    **Q.   Do you think that such a policy is the only**
15 **reasonable policy?**
16          ATTORNEY BORELLI: Objection, form.
17          THE WITNESS: Yeah, I'm going to venture
18 that, yes.
19 BY ATTORNEY BROOKS:
20    **Q.   In your view --- as you've testified earlier a**
21 **bit about the category of gender fluid individuals. You**
22 **mentioned the term. Are you familiar with that**
23 **category, concept of gender fluid individuals?**
24          ATTORNEY BORELLI: Objection, form.

1          THE WITNESS: I'm aware of the concept.
2 BY ATTORNEY BROOKS:
3    **Q.   Can you explain for the court what the concept**
4 **of --- what a gender fluid individual is or what that**
5 **person experiences?**
6          ATTORNEY BORELLI: Objection to form.
7          THE WITNESS: So my experience is that
8 every gender fluid person is different, and I have to
9 actually dig deep when I'm talking to someone who is
10 gender fluid as to what that means. It could mean a
11 wide variety of different experiences.
12 BY ATTORNEY BROOKS:
13    **Q.   You're not able to describe at all what it mean**
14 **to be gender fluid?**
15          ATTORNEY BORELLI: Objection, form.
16          THE WITNESS: I can give you an example.
17 I can give you more than one example.
18 BY ATTORNEY BROOKS:
19    **Q.   I'll take an example.**
20    A.   Okay.
21          For a patient I'm bringing to mind, for that
22 individual they generally might be expressing their
23 gender identity variably on a particular day. Their
24 understanding of their identity is that it shifts a

1 little bit. They sometimes are frilly, like me, very
2 feminine-ish, and on days --- and feel that --- and
3 other days they might wear a suit and tie. And that
4 gender expression may align with their gender identity I
5 guess, to express themselves a different way. It's just
6 a matter that, you know, some days I feel like a girl
7 and some days I don't. And I actually also sometimes
8 have that feeling of, you know, a more girly one day
9 than the other. I don't know. I'm not implying that
10 I'm gender fluid, but that particular person is an
11 example of what might happen for someone who's gender
12 fluid.
13    **Q.   Let me ask you to find. I told you we'd dig for**
14 **it again, the Endocrine Society 2017 Guidelines, which**
15 **are Exhibit 4.**
16    A.   I'm not saying my experience is the one and
17 only, one all be all.
18    **Q.   And I'll call your attention to page five,**
19 **column two?**
20    A.   I'm sorry, what is that again?
21    **Q.   Page five, column two. Language looks like**
22 **this. That's on page five. That's fine.**
23          ATTORNEY TRYON: This is Dave Tryon. I
24 think both of you are starting to trail off at times and

1 speak less loudly and it's getting a little bit harder
2 to hear you. If you can both remember to keep your
3 voices up, it would be helpful to me.
4          ATTORNEY BROOKS: We will do our best.
5 Wait until 6:30.
6 BY ATTORNEY BROOKS:
7    **Q.   Page 3873, column two. And towards the bottom**
8 **is a discussion of the continuum and individuals who**
9 **experience both or neither and then a reference that we**
10 **looked at before about reports of individuals**
11 **experiencing a continuous and rapid involuntary**
12 **alternation between a male and female gender identity.**
13 **Do you see that? It's about eight lines from the**
14 **bottom.**
15    A.   On the right?
16    **Q.   Yes.**
17    A.   Yeah.
18    **Q.   And I'm going to focus you on the rapid**
19 **involuntary alternation between male and female**
20 **identity. And is it your view --- is it your opinion**
21 **that unless school or league policy allows such gender**
22 **fluid individuals to play in the league according to**
23 **their present gender identity, whatever that might be,**
24 **that it will do extreme harm to those individuals?**

Page 166

```
 1          ATTORNEY BORELLI: Objection, form.
 2          THE WITNESS: So I think that unless you
 3  are working with that individual person to do what works
 4  for them based on their gender identity, you are likely
 5  to do harm.
 6  BY ATTORNEY BROOKS:
 7      Q.  And am I correct that it is your opinion that
 8  avoiding harm to students who experience a transgender
 9  identity, perhaps a gender fluid identity, is a higher
10  priority than ensuring fairness in competition for those
11  born female?
12          ATTORNEY BORELLI: Objection to form.
13          THE WITNESS: So doing a harm to
14  individuals that are transgender can lead directly to
15  their death. So we're talking about a life and death
16  experience for these individuals. What you are
17  referring to with regard to sports participation in my
18  vision of all of the sports athletics is a rarity of
19  someone dying, and it is not because of the harm policy
20  --- of transgender person.
21  BY ATTORNEY BROOKS:
22      Q.  What's the answer to my question?
23          COURT REPORTER: Excuse me.
24          ATTORNEY BORELLI: Objection.
```

Page 167

```
 1          COURT REPORTER: I just want to interrupt
 2  because the witness cut out during her answer.
 3  BY ATTORNEY BROOKS:
 4      Q.  Well, I'm going to re-ask the question. And
 5  we'll both try to speak up and perhaps to some extent
 6  the transcript will have to be, you know, cleaned up
 7  from the recording. We'll do the best we can. Is it
 8  your opinion that avoiding harm to transgender
 9  individuals, potentially including gender fluid
10  individuals, is a value that is more important than
11  protecting the fairness and safety for girls and women
12  for those born female in sport?
13          ATTORNEY BORELLI: Objection, form.
14          THE WITNESS: So when we're talking about
15  life and death, that is the ultimate outcome. And I
16  still say that if you're talking about a policy that
17  could cause the death of a human being, that, in my
18  judgment, does rank higher than fairness at that time.
19  BY ATTORNEY BROOKS:
20      Q.  And you talked earlier about your assertion that
21  you had patients who have experienced harm as a result
22  of not being permitted to play according to their gender
23  identity. Do you recall that testimony?
24          ATTORNEY BORELLI: Objection, form.
```

Page 168

```
 1          THE WITNESS: I do.
 2  BY ATTORNEY BROOKS:
 3      Q.  And do you have specific examples of such
 4  patients who experienced increased suicidal ideation
 5  specifically as a result of not being permitted to play
 6  in athletics according to their gender identity?
 7          ATTORNEY BORELLI: Objection, form.
 8          THE WITNESS: I do.
 9  BY ATTORNEY BROOKS:
10      Q.  Tell us about that.
11          ATTORNEY BORELLI: Objection, form.
12          THE WITNESS: Yeah. So one of my
13  patients, for example, had played football. This
14  patient was assigned female at birth, identifying as
15  male in middle school. Really wanted to play in high
16  school and was eventually not allowed to do so, and
17  their depression deepened. They had not had any
18  suicidal ideation before. They had been well affirmed.
19  They were living in their gender identity in every other
20  aspect of their life.
21          And they ended up having to go on
22  medication to make sure that --- to treat that
23  depression in addition to all of the support in the
24  family and teachers were giving with their gender
```

Page 169

```
 1  identity.
 2  BY ATTORNEY BROOKS:
 3      Q.  And do you have any knowledge as to whether that
 4  individual would have faced serious safety injury risks
 5  had that individual, natal female, been permitted to
 6  play football at high school level as your patient's
 7  male peers matured into full male stature?
 8          ATTORNEY BORELLI: Objection to form.
 9          THE WITNESS: This particular patient was
10  within the normal range for a male of that age as far as
11  height, weight and BMI, so there wasn't a great
12  disparity with regard to that. That can come up in
13  times with regards to sports participation in
14  consideration with injury. So this particular patient,
15  I would not have had any concern there. Lots of
16  assigned females at birth who are not transgender also
17  play football in high school.
18  BY ATTORNEY BROOKS:
19      Q.  Tab 25. Dr. Adkins, do you recall permitting
20  the reporting of and being part of a WNYC podcast back
21  in 2016?
22      A.  Yes.
23      Q.  Let me mark as Exhibit 14 a two-page kind of
24  introductory page off the WNYC website describing this
```

Page 170

1  podcast.  The document itself, the posting is dated
2  August 2, 2016.  Give me one moment here.
3      ---
4          (Whereupon, Adkins Exhibit 14, 2016
5          Podcast Summary Webpage, was marked for
6          identification.)
7      ---
8          ATTORNEY BROOKS:  And let me also mark as
9  Exhibit 15 the transcript of that podcast downloaded off
10  of the WNYC website.
11      ---
12          (Whereupon, Adkins Exhibit 15, 2016
13          Podcast Transcript, was marked for
14          identification.)
15      ---
16  BY ATTORNEY BROOKS:
17      Q.   And that --- the title apparently of the podcast
18  is, quote, I'd Rather Have a Living Son than a Dead
19  Daughter.  Do you see that?
20      A.   I do.
21      Q.   And you allowed a reporter from WNYC to come
22  into your office and record various conversations.
23          Am I correct?
24          ATTORNEY BORELLI:  Objection, form.

Page 171

1          THE WITNESS:  With the permission of ---
2  the --- everyone involved.
3  BY ATTORNEY BROOKS:
4      Q.   To participate and they waived the privacy with
5  regard to anything that wasn't included in the podcast.
6          Am I correct?
7          ATTORNEY BORELLI:  Objection to form.
8          THE WITNESS:  That would be standard.
9  BY ATTORNEY BROOKS:
10      Q.   At least as far as yourself, do you recall doing
11  that?
12          ATTORNEY BORELLI:  Objection to form.
13          THE WITNESS:  I don't recall.  I suspect
14  I would have.
15  BY ATTORNEY BROOKS:
16      Q.   And did you yourself review the podcast before
17  it was released for any privacy or accuracy concerns?
18          ATTORNEY BORELLI:  Objection, form.
19          THE WITNESS:  I don't remember.  That's
20  been so long ago.
21  BY ATTORNEY BROOKS:
22      Q.   It has been a while.  This was 2016.  And you
23  had been practicing in this area about how long in 2016?
24      A.   In North Carolina?

Page 172

1      Q.   I'm sorry.  In this field of treatment of gender
2  --- of individuals suffering gender dysphoria?
3          ATTORNEY BORELLI:  Objection, form.
4          THE WITNESS:  I started caring for
5  patients who are transgender in --- I think around 2013.
6  BY ATTORNEY BROOKS:
7      Q.   Okay.
8          So between two and three years before the time
9  this was recorded.
10          Okay.
11          Let me ask you to look at Exhibit 15, which is
12  to say the transcript.  And first page, it indicates and
13  I'll just --- it deals with two clients with names, at
14  least for purposes of the podcast, of Drew Adams and
15  Mark.  Do you recall that?
16          ATTORNEY BORELLI:  Objection, form.
17          THE WITNESS:  I would have to verify.
18  Probably accurate, but ---.
19  BY ATTORNEY BROOKS:
20      Q.   Martin shows up on page 13.  A couple inches
21  down we skip to the last patient at the end of a long
22  day and then it says recalling this patient Martin.
23      A.   I see that.
24      Q.   Let's go back and just look at issues relating

Page 173

1  to Drew Adams.  Drew is, if I understand correctly,
2  natal female, identifying at the time of this recording
3  as ---?
4      A.   Drew was assigned female at birth and identified
5  as male at this time.
6      Q.   And so far as you understand, based on your
7  medical evaluation, Drew is somebody who was
8  chromosomally female.
9          Correct?
10          ATTORNEY BORELLI:  Objection to form.
11          THE WITNESS:  I don't get to verify their
12  chromosomes.  We don't do that.
13  BY ATTORNEY BROOKS:
14      Q.   At the time this was recorded, you did have an
15  understanding, did you not, that Drew had female
16  reproductive biology?
17          ATTORNEY BORELLI:  Objection, form.
18          THE WITNESS:  On my exam at that time
19  Drew had external genitalia that appeared female and
20  secondary sex characteristics typical of someone
21  assigned female at birth.
22  BY ATTORNEY BROOKS:
23      Q.   Well, in fact, somebody biologically female.
24          Correct?

1    ATTORNEY BORELLI:  Objection.
2    THE WITNESS:  Assigned female at birth.
3    BY ATTORNEY BROOKS:
4    Q.   Well, let me ask you this.  You prescribed
5    hormones for Drew.
6    Am I correct?
7    A.   Yes.
8    Q.   And you didn't do that without a high level of
9    confidence in your mind as to the biology of Drew's
10   body.
11   Am I correct?
12   ATTORNEY BORELLI:  Objection to form.
13   BY ATTORNEY BROOKS:
14   Q.   You weren't just based on what somebody happened
15   to be assigned at birth.  You believed that Drew was
16   biologically female, did you not?
17   ATTORNEY BORELLI:  Objection, form.
18   THE WITNESS:  So at the beginning, prior
19   to treating patients, we do look at where their baseline
20   hormones are.  So I did have that information as well as
21   an external exam.  I didn't have chromosomes or an
22   ultrasound.
23   BY ATTORNEY BROOKS:
24   Q.   My question is at the time you prescribed

1    hormones for Drew you believed that Drew was
2    biologically female firmly, did you not?
3    ATTORNEY BORELLI:  Objection, form.
4    THE WITNESS:  I had no reason at that
5    time with the data in front of my to identify Drew as
6    anything other than assigned female at birth.
7    BY ATTORNEY BROOKS:
8    Q.   And you just didn't care what Drew's biology was
9    as you chose hormones to prescribe?
10   ATTORNEY BORELLI:  Objection, form.
11   THE WITNESS:  I investigated what is
12   necessary to move ahead with that prescription and make
13   it safe for the patient.
14   BY ATTORNEY BROOKS:
15   Q.   What was necessary was to determine that
16   biologically Drew was female.
17   Am I correct?
18   ATTORNEY BORELLI:  Objection, form.
19   BY ATTORNEY BROOKS:
20   Q.   You are going to tell the court that you didn't
21   try to determine whether Drew was biologically male or
22   female?
23   ATTORNEY BORELLI:  Objection, form.
24   THE WITNESS:  I obtained baseline blood

1    work like I do with every patient, which is recommended
2    by the Endocrine Society that you get baseline hormone
3    levels.  I did a physical exam.  Not every patient gets
4    to have an ultrasound, a karyotype or a full exon
5    analysis.  It's not the way you can practice medicine.
6    BY ATTORNEY BROOKS:
7    Q.   Turn with me to page three of the transcript.
8    Two, two and a half inches down, MH, who I believe is
9    the reporter, not somebody working for you but the
10   reporter, says, quote, this is Drew's second time here,
11   closed quote.  Do you see that, just two inches down?
12   A.   Yeah.
13   Q.   It's  been quite a few years.  Do you believe
14   that that was accurate that what the events that were
15   recorded here were on Drew's second visit to your
16   clinic?
17   ATTORNEY BORELLI:  Objection, form.
18   THE WITNESS:  It has been so long.  To
19   verify it is true I would have to look back at my clinic
20   notes as well as if I even still had it recorded when
21   they were in clinic or not.
22   BY ATTORNEY BROOKS:
23   Q.   And do you know, as you sit here today, whether
24   prior to this perhaps second meeting with Drew any

1    psychologist or psychiatrist associated with your new
2    clinic had personally evaluated Drew to confirm the
3    diagnosis of gender dysphoria?
4    ATTORNEY BORELLI:  Objection, form.
5    THE WITNESS:  Before we start treatment
6    we have our mental health team do an assessment of the
7    patient with regard to finding out their --- any
8    psychological challenges that they may be having and
9    confirm if they have gender dysphoria and confirm the
10   criteria from the DSM --- God, my brain is just tired.
11   From the DSM criteria.  And in addition to that, we have
12   a person who is a local mental health provider also
13   perform any evaluation and develop a relationship with
14   the patient prior to starting the treatment.
15   BY ATTORNEY BROOKS:
16   Q.   Well, let me break that out.  Do you require
17   that a psychologist or psychiatrist associated with Duke
18   confirm a diagnosis of gender dysphoria before you
19   proceed with hormonal interventions?
20   ATTORNEY BORELLI:  Objection, form.
21   THE WITNESS:  I have a team of mental
22   health providers who work with me and do that
23   assessment.  That is part of their standard job.  And
24   every patient is evaluated by that team.  Sometimes it

Page 178

1  is a psychiatrist, psychologist.  Sometimes it is a
2  different kind of mental health provider.
3  BY ATTORNEY BROOKS:
4  **Q.   Well, if it is not a psychologist or**
5  **psychiatrist, on what type of mental health --- what**
6  **qualifications of mental health providers do you rely to**
7  **make such a diagnosis before prescribing hormonal**
8  **interventions?**
9          ATTORNEY BORELLI:  Objection, form.
10         THE WITNESS:  You know, there are
11  Licensed Clinical Social Workers that we work with that
12  are used by Duke in a number of capacities with regard
13  to mental healthcare.
14  BY ATTORNEY BROOKS:
15  **Q.   Is it your testimony --- I want to be careful on**
16  **this.  Is it your testimony that you are willing to rely**
17  **on a diagnosis by a social worker with no medical,**
18  **psychological degree before prescribing a hormonal**
19  **intervention?**
20         ATTORNEY BORELLI:  Objection, form.
21         THE WITNESS:  So the mental health
22  providers that I use have master's degree education in
23  care for patients in this area and have ongoing
24  continuing medical education with regard to their

Page 179

1  ability to asses the mental health of a patient in front
2  of them.
3  BY ATTORNEY BROOKS:
4  **Q.   That would be a --- a Master's in social work.**
5  **Correct?**
6  A.   Often it's a Master's in social work.  Also have
7  people who have Master's in public health in addition I
8  should say.
9  **Q.   And so if such any evaluations was done by a**
10 **mental health professional associated with Duke, that**
11 **would have been at Drew's first visit, or at the visit**
12 **that was the subject of this podcast recording?**
13        ATTORNEY BORELLI:  Objection, form.
14        THE WITNESS:  At that time it could have
15 been done physically at the first visit.  Sometimes we
16 have had them come on a different day than their visit
17 with me.  So it is possible it could have been a
18 different day.  I just don't remember.
19 BY ATTORNEY BROOKS:
20 **Q.   Okay.**
21 **Do you ever rely on the diagnosis of an**
22 **individual's mental health worker not associated with**
23 **Duke as an adequate basis to prescribe hormonal**
24 **interventions?**

Page 180

1          ATTORNEY BORELLI:  Objection, form.
2          THE WITNESS:  Our clinic policy is to
3  have someone outside of Duke as well as someone inside
4  of Duke.
5  BY ATTORNEY BROOKS:
6  **Q.   So you may recall --- do you recall that Drew**
7  **and his mother had driven up from Florida for this**
8  **meetings?**
9          ATTORNEY BORELLI:  Objection, form.
10         THE WITNESS:  I do remember that.
11 BY ATTORNEY BROOKS:
12 **Q.   And do you sometimes consider diagnosis given by**
13 **mental --- for purposes of proceeding with hormonal**
14 **interventions?**
15         ATTORNEY BORELLI:  Objection, form.
16         THE WITNESS:  If they are licensed to
17 practice in that area or certified in their state, that
18 is what we rely on.
19 BY ATTORNEY BROOKS:
20 **Q.   At the top of page two --- and again, this is**
21 **the voice of the reporter, so I want to check it with**
22 **you.  It says, the end of the first full paragraph, that**
23 **Drew and his mom are driving eight hours from**
24 **Jacksonville, Florida, to get here because North**

Page 181

1  Carolina is also home to one of the only clinics in the
2  south that treats transgender kids.  Do you see that?
3  A.   I do.
4  **Q.   And in your understanding was that true in 2016,**
5  **that you here had one of the only clinics in the south**
6  **that treated transgender kids?**
7          ATTORNEY BORELLI:  Objection, form.
8          THE WITNESS:  We were one of a few.
9  BY ATTORNEY BROOKS:
10 **Q.   And they had driven all the way to North**
11 **Carolina from Florida precisely because whatever mental**
12 **health providers they were seeing in Florida didn't have**
13 **expertise in this area.**
14 **Is that correct?**
15         ATTORNEY BORELLI:  Objection, form.
16         THE WITNESS:  They didn't drive here to
17 see a mental health provider.  They drove here to see me
18 as an endocrinologist.
19 BY ATTORNEY BROOKS:
20 **Q.   I apologize.  Whatever professionals were**
21 **advising them in Florida didn't have expertise in this**
22 **area?**
23         ATTORNEY BORELLI:  Objection, form.
24         THE WITNESS:  With regard to hormonal

Page 182

1    management.
2    BY ATTORNEY BROOKS:
3        Q.   What steps, if any, did you take to give
4    yourself comfort that any comorbidities that might be
5    --- might confound the diagnosis of transgenderism had
6    been appropriately addressed before you prescribed
7    hormones for Drew?
8            ATTORNEY BORELLI:  Objection to form.
9            THE WITNESS:  I mean, I would have to
10   look back at my notes specifically to see exactly what
11   we had in the record.  Our policy again is to have
12   someone who has had a relationship with the patient
13   outside of Duke Clinic that states that they have well
14   managed issues with regard to their mental health and
15   are prepared and safe to move forward with gender
16   affirming hormones.
17   BY ATTORNEY BROOKS:
18       Q.   As a matter of policy in your clinic do you
19   insist on a diagnosis that will tell you whether or not
20   this patient suffers from autism of any sort?
21           ATTORNEY BORELLI:  Objection, form.
22           THE WITNESS:  We do require that they
23   have a screening that is performed within our clinic for
24   any potential signs or symptoms of autism.

Page 183

1    BY ATTORNEY BROOKS:
2        Q.   And if you identify that a patient does have
3    some signs or symptoms of autism what significance does
4    that have as to how quickly or whether you are willing
5    to proceed with hormonal interventions?
6            ATTORNEY BORELLI:  Objection to the form.
7            THE WITNESS:  So again, every patient is
8    different.  Autism is a spectrum, as it's described
9    autism spectrum disorder, and so you have to figure out
10   each patient's understanding of their gender identity,
11   what's going on in their life and if they're ready.
12   BY ATTORNEY BROOKS:
13       Q.   Do you have any professional opinion as to
14   whether autism itself can cause a patient to feel
15   uncomfortable with their identity?
16           ATTORNEY BORELLI:  Objection to form.
17           THE WITNESS:  Their whole identity?
18   BY ATTORNEY BROOKS:
19       Q.   Yes.
20       A.   I ---.
21           ATTORNEY BORELLI:  Objection ---.
22           THE WITNESS:  Yeah, I don't know if I
23   have seen any reports about their whole identity being
24   called into question just because they have autism.

Page 184

1    BY ATTORNEY BROOKS:
2        Q.   Do you have any professional opinion as to
3    whether autism itself can cause individuals to feel
4    alienated from or disassociated with their gender
5    identity ---
6            ATTORNEY BORELLI:  Objection, form.
7    BY ATTORNEY BROOKS:
8        Q.   --- or I should say the gender identity
9    associated with their natal sex?
10           ATTORNEY BORELLI:  Objection to form.
11           THE WITNESS:  With the information that I
12   have worked with on our autism team at Duke is that, you
13   know, it can take a little longer for people with autism
14   to truly understand their gender identity.  So we do
15   take care there.  That's why we screen.
16   BY ATTORNEY BROOKS:
17       Q.   I would like to play a clip from this podcast
18   that includes your voice, the reporter's voice, Drew's
19   voice.  I think it will come through loud and clear.
20   I'm optimistic --- for those of you ---.
21           ATTORNEY BORELLI:  While you're settling
22   this, will the words from the recording, do they appear
23   in the transcription.
24           ATTORNEY BROOKS:  They do.  I was about

Page 185

1    to say that for everybody's benefit.
2            ATTORNEY BORELLI:  Thank you, Counsel.
3            ATTORNEY BROOKS:  Now, I'm thinking.
4    That has to be live.  All right.  So that's unmuted.
5            VIDEOGRAPHER:  You said one?
6            ATTORNEY BROOKS:  What's that?
7            VIDEOGRAPHER:  You said one?
8            ATTORNEY BROOKS:  But I need to say on
9    the record and tell people --- can the court reporter
10   here me.
11           COURT REPORTER:  Yes.
12           ATTORNEY BROOKS:  The clip that I'm about
13   to play appears on page four of the transcript that is
14   marked Exhibit 15 and it makes up kind of the center
15   two-thirds of the transcript.  All the words that you
16   will hear or perhaps won't hear very well appear on the
17   transcript.  We're going to listen to clip one here.
18           ---
19   (WHEREUPON, PODCAST AUDIO WAS PLAYED.)
20           ---
21   BY ATTORNEY BROOKS:
22       Q.   The narrator says that Drew's only question was,
23   quote, when can I start testosterone, and you responded
24   today, sound good, yeah, all right.  Is that consistent

Page 186

1    with your recollection of what happened that day?
2              ATTORNEY BORELLI:  Objection, form.
3              THE WITNESS:  Yes.
4    BY ATTORNEY BROOKS:
5        Q.   Was that your voice?
6        A.   That was my voice.
7        Q.   Okay.
8              And did you know before you came into the room
9    that Drew's goal was to walk out with a testosterone
10   injection or a prescription for a testosterone
11   injection?
12             ATTORNEY BORELLI:  Objection to form.
13             THE WITNESS:  You know, I don't remember.
14   I don't remember what I knew before in walked in the
15   door.  Sometimes I do.  Sometimes I don't.
16   BY ATTORNEY BROOKS:
17       Q.   Now, I want to be fair.  This is --- these are
18   clips and they're carefully done, so I can't be sure
19   whether there are things in between.
20       A.   Correct.
21       Q.   Do you have any recollection as to any
22   discussion or any further evaluation that happened
23   between, hey, how are you, and your voice, and answering
24   the question when can I start, today?

Page 187

1              ATTORNEY BORELLI:  Objection, form.
2              THE WITNESS:  So most typically, before I
3    walk into a room I have reviewed the patient's medical
4    record.  I have reviewed their letter from their mental
5    health provider.  And I have reviewed any laboratory
6    evaluation that I have received from them prior and
7    generally review their records.  So I would come into a
8    visit with that sort of fresh in my mind.
9    BY ATTORNEY BROOKS:
10       Q.   So it is consistent with your recollection that
11   on Drew's second meeting with you, you walked into the
12   room having made up your mind to give Drew testosterone?
13             ATTORNEY BORELLI:  Objection, form.
14             THE WITNESS:  Based on the words that are
15   here, that would be --- I would have reviewed the
16   information that I needed to know that that would be
17   safe.
18   BY ATTORNEY BROOKS:
19       Q.   And in between walking in the room and telling
20   Drew today,  yay, all right, did you make any further
21   inquiry about whether Drew in the last --- since he last
22   saw you had been suffering from any sort of depression?
23             ATTORNEY BORELLI:  Objection, form.
24             THE WITNESS:  So typically that is part

Page 188

1    of our visit.  It's not necessarily part that I would
2    do.  And we also have forms that they fill out that does
3    an assessment of depression prior to me walking in the
4    room.
5    BY ATTORNEY BROOKS:
6        Q.   Did you ensure that an assessment had been done
7    that evaluated the strengths and weaknesses of Drew's
8    relationship with Drew's family?
9              ATTORNEY BORELLI:  Objection, form.
10             THE WITNESS:  The mental health
11   evaluation does include walking through parent
12   relationships, school relationships, teacher
13   relationships and finding out where those are.
14   BY ATTORNEY BROOKS:
15       Q.   Did you feel that you, yourself, needed to have
16   any understanding, for instance, of Drew's relationship
17   with Drew's father before you proceeded to prescribe
18   cross sex hormones?
19             ATTORNEY BORELLI:  Objection, form.
20             THE WITNESS:  I would want to know where
21   their relationships are.
22   BY ATTORNEY BROOKS:
23       Q.   So Drew's mother attended.  What steps did you
24   take to find out what Drew's relationship with Drew's

Page 189

1    father was?
2              ATTORNEY BORELLI:  Objection, form.
3              THE WITNESS:  I don't remember.  I would
4    have to look back.
5    BY ATTORNEY BROOKS:
6        Q.   And does your clinic before prescribing hormonal
7    interventions make sure that an overall psychotherapy
8    treatment plan has been prepared to diagnose and address
9    any other psychological or social difficulties suffered
10   by the patient?
11             ATTORNEY BORELLI:  Objection to form.
12             THE WITNESS:  So you know, I follow the
13   guidelines that say that we should have any of the
14   mental health issues well managed and that's why we use
15   --- have our patients have a mental health provider and
16   that's why we have them tell us that in writing.
17   BY ATTORNEY BROOKS:
18       Q.   So I'm going to play a second clip that picks up
19   exactly where we left off on the transcript, that is at
20   the very bottom of page five and continuing halfway ---
21   I'm sorry, the very bottom of page four and continuing
22   halfway down page five.  If you would.
23
24                          ---

1    (WHEREUPON, PODCAST AUDIO WAS PLAYED.)
2         ---
3         ATTORNEY BROOKS:  That was background
4    noise.  I thought it was coming through here.  I
5    apologize.  Just start it again.  My mistake.
6         ---
7    (WHEREUPON, PODCAST AUDIO WAS PLAYED.)
8         ---
9    BY ATTORNEY BROOKS:
10   **Q.   Dr. Adkins, do you believe that the basic**
11   **narrative here accurately describes what happened, that**
12   **you came in, you spoke with Drew, you went out, and**
13   **while you were out one of your aides read risk**
14   **disclosures for consent to Drew and Drew's mother?**
15        ATTORNEY BORELLI:  Objection, form.
16        THE WITNESS:  That is part of it.
17   BY ATTORNEY BROOKS:
18   **Q.   And the narrator said at the beginning**
19   **explaining this process that there were still, as of**
20   **2016, a lot of unknowns about what these hormones will**
21   **do long term.  Was that an accurate statement at the**
22   **time in your opinion?**
23        ATTORNEY BORELLI:  Objection, form.
24        THE WITNESS:  We've learned a lot more.

1    We have got however many more years, what, five more
2    years at least of information since then.  You can't
3    know what every single thing that every drug is going to
4    do forever.
5    BY ATTORNEY BROOKS:
6    **Q.   One of the things that you included at that time**
7    **in your cautions or disclosures was that taking these**
8    **cross sex hormones might prevent a patient who had ---**
9    **was a natal female from ever being able to get pregnant,**
10   **even if Drew stopped taking testosterone in the future.**
11   **Correct?**
12        ATTORNEY BORELLI:  Objection, form.  One
13   other just piece of clarity for the record, I want to
14   make sure that it is clear that the transcript and
15   recording is not a complete recording of the entire
16   visit.
17        ATTORNEY BROOKS:  I have made that clear
18   I think.
19        ATTORNEY BORELLI:  Thank you, Counsel.
20   BY ATTORNEY BROOKS:
21   **Q.   My question is one of your disclosures in 2016**
22   **was that the administration of testosterone to a natal**
23   **female might mean that that individual would not ever be**
24   **able to get pregnant even should the patient stop taking**

1    testosterone at a future date.
2         Correct?
3         ATTORNEY BORELLI:  Objection, form.
4         THE WITNESS:  Correct.
5    BY ATTORNEY BROOKS:
6    **Q.   And that is still part of your disclosure today;**
7    **is that correct?**
8    A.   That's part of it.  We actually have more
9    studies that show actually an equal fertility rate for
10   our transgender males who have been on testosterone and
11   come off and choose to get pregnant as their cisgender
12   peers, their assigned females at birth who've never been
13   through any testosterone treatment.
14   **Q.   Because of the present science you still make**
15   **exactly the same caution in your warnings to patients**
16   **before prescribing testosterone.**
17   **Correct?**
18        ATTORNEY BORELLI:  Objection to form.
19        THE WITNESS:  I do.
20   BY ATTORNEY BROOKS:
21   **Q.   And so the sequence is that you said with regard**
22   **to administering testosterone, which you cautioned or**
23   **clinic cautioned could be potentially sterilizing, you**
24   **as the doctor said to Drew, sound good, yeah, all right.**

1    **And then you left the room while somebody else read**
2    **warnings and disclosures.**
3    **Is that right?**
4         ATTORNEY BORELLI:  Objection, form.
5         THE WITNESS:  That doesn't --- is that
6    what the sequence was in this report?  It looks like
7    that I also make sure that the patients have adequate
8    time to answer questions.  I usually give them this form
9    ahead of the visit so they can review it and in case
10   their reading is their better method versus verbal.
11   That's why we do it in two different ways as far as
12   their learning style.  We make every effort to help make
13   sure that our patients understand.
14        ATTORNEY BORELLI:  We have been going a
15   while.  Can we take a break soon?  I think we should.
16        ATTORNEY BROOKS:  Fairly soon.  We'll
17   finish this line of questioning and this clip.
18   BY ATTORNEY BROOKS:
19   **Q.   You yourself didn't ever sit down and talk**
20   **through known or potential side effects with either the**
21   **child or the mother in this case, did you?**
22        ATTORNEY BORELLI:  Objection, form.
23        THE WITNESS:  I don't remember it
24   specifically every visit from 2016 and exactly what

1  happened.
2  BY ATTORNEY BROOKS:
3      Q.   As a matter ---.
4          ATTORNEY BORELLI:  Counsel, I'm sorry, I
5  think I heard the witness say a moment ago that a break
6  would be good.  Why don't we break here?  Can we come
7  back in say ten minutes?
8          ATTORNEY BROOKS:  We can say that or I
9  can finish this paragraph.
10         ATTORNEY BORELLI:  Why don't we break
11 now.  We've been going a while.  Thank you.
12         VIDEOGRAPHER:  Going off the record.  The
13 current time reads 2:27 p.m. Eastern Standard Time.
14 OFF VIDEO
15                    ---
16 (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)
17                    ---
18 ON VIDEO
19         VIDEOGRAPHER:  We're back on the record.
20 Current time reads 2:43 p.m. Eastern Standard Time.
21 BY ATTORNEY BROOKS:
22     Q.   Dr. Adkins, in dealing with Drew, you have a
23 social worker read the disclosures, the warnings.  Did
24 you, yourself, ever present to Drew options for

1  fertility preservation?
2          ATTORNEY BORELLI:  Objection, form.
3          THE WITNESS:  Yes, that is a conversation
4  I have with my patients.
5  BY ATTORNEY BROOKS:
6      Q.   You, yourself, have that conversation?
7      A.   I do.
8      Q.   Let's --- and did you explain --- I see that the
9  disclosure --- we heard the disclosure that it's ---
10 using testosterone to appear more masculine is off label
11 use.  Is that part of your standard disclosures?
12         ATTORNEY BORELLI:  Objection, form.
13 BY ATTORNEY BROOKS:
14     Q.   Do you explain to your patients that the fact
15 that it is off label means that no studies that
16 establish safety of use of testosterone for that purpose
17 at the level as would be required for FDA approval have
18 been done?
19         ATTORNEY BORELLI:  Objection, form.
20         THE WITNESS:  No, that wouldn't be an
21 accurate statement.  Those studies can be done.  They
22 just haven't been presented by the company manufacturing
23 the medication to the FDA to try and get that
24 certification from the FDA.

1  BY ATTORNEY BROOKS:
2      Q.   Have you, yourself, ever participated as a
3  physician in a so-called phase one clinica trial?
4          ATTORNEY BORELLI:  Objection to form.
5          THE WITNESS:  So phase one typically is
6  dose related.  I have not done those.  I have done phase
7  two, phase three and then after market.
8  BY ATTORNEY BROOKS:
9      Q.   Phase one is, among other things, required to
10 establish safety.
11     Am I correct?
12         ATTORNEY BORELLI:  Objection, form.
13         THE WITNESS:  That is part of the
14 objective of a phase one study.
15 BY ATTORNEY BROOKS:
16     Q.   And indeed, it is a required part of the
17 objective.
18     Right?
19         ATTORNEY BORELLI:  Objection, form.
20         THE WITNESS:  Yes.
21 BY ATTORNEY BROOKS:
22     Q.   And to your knowledge, has any study of safety
23 of administering testosterone for the purpose of
24 appearing more masculine in natal females ever been done

1  at a level of rigor that could satisfy FDA requirements?
2          ATTORNEY BORELLI:  Objection, form.
3          THE WITNESS:  So I don't have the FDA
4  standards right in front of me.  I have, you know, read
5  articles that report outcomes and side effects and
6  safety profiles.  There are other testosterone --- there
7  are testosterone products on the market that are FDA
8  approved for using cisgender females.
9  BY ATTORNEY BROOKS:
10     Q.   Do you know whether any safety study has ever
11 been done for administration of testosterone to natal
12 females for the purpose of appearing more masculine at a
13 level of rigor that could satisfy FDA requirements?
14         ATTORNEY BORELLI:  Objection, form.
15         THE WITNESS:  I can't answer the question
16 without, you know --- I would have to really look at the
17 indications, the FDA rules.
18 BY ATTORNEY BROOKS:
19     Q.   Okay.
20     Let's listen to a third and final clip.  This
21 one begins with a sentence the last one ended with on
22 page five and runs just onto page six, I believe.  End
23 of page five.  Let's hear that.
24

Page 198

1          ---
2     (WHEREUPON, PODCAST AUDIO WAS PLAYED.)
3          ---
4     BY ATTORNEY BROOKS:
5       Q.  All right.
6          My impression, correct me or tell me if you
7     agree, that clip is just a single unbroken bit of
8     conversation, not pieced together from different things.
9     Is that consistent with what you heard and what you
10    recall?
11          ATTORNEY BORELLI:  Objection, form.
12          THE WITNESS:  You know, I don't remember.
13    BY ATTORNEY BROOKS:
14      Q.  Okay.
15          You come back in the room with a prescription
16    in your hand, the warnings have been read while you were
17    outside.  You ask, guess what I have in my hand.  You
18    heard the clip and I see what it says there.  Is the
19    voice that says happy drugs Drew's voice or your voice?
20          ATTORNEY BORELLI:  Objection, form.
21          THE WITNESS:  Mine.  My voice.
22    BY ATTORNEY BROOKS:
23      Q.  The voice that says happy drugs is your voice.
24    And the voice that says yay, yay, s also your voice?  If

Page 199

1     you want to hear it again you can.
2       A.  It's not labeled that way.
3       Q.  Well, yay, yay is labeled you?
4       A.  Yay, yay is labeled me?  Okay.
5       Q.  Doctor A?
6       A.  It's really confusing because it's ---.
7       Q.  Let's do this.  Let's listen to this one more
8     time.
9       A.  There is confusion.
10      Q.  I want you to listen --- don't trust the labels.
11    Listen to the voice on happy drugs.  They may be ---.
12          ---
13    (WHEREUPON, PODCAST AUDIO WAS PLAYED.)
14          ---
15    BY ATTORNEY BROOKS:
16      Q.  Whose voice says happy drugs?
17      A.  That sounded like Drew.
18      Q.  Okay.
19          So the labeling you believe is correct.  I just
20    wanted to double check that.
21          Are you, as a physician, in light of all of the
22    disclosures that have just been made about potential
23    side effects, potential harmful effects, were you
24    comfortable with the child referring to cross sex

Page 200

1     hormones as happy drugs?
2          ATTORNEY BORELLI:  Objection, form.
3          THE WITNESS:  So if you will recall, we
4     use the medication to decrease dysphoria, which is a
5     discomfort, and to improve depression.  So any
6     medication that would relieve those things could be
7     described as a happy drug.  I'm okay with that.
8     BY ATTORNEY BROOKS:
9       Q.  And after Drew says happy drug you said yay,
10    yay.  Are you comfortable that's consistent with your
11    role as a doctor in light of potential downsides and
12    side effects of this treatment and this child's life to
13    serve the role of a cheerleader saying yay, yay?
14          ATTORNEY BORELLI:  Objection.  Counsel, I
15    just want to note for the record it's not clear from
16    that recording that both yays are in the same voice.
17    That's actually not what I heard.
18          ATTORNEY BROOKS:  If you have an
19    objection you can raise it later.
20          ATTORNEY BORELLI:  I need to make my
21    record now, Counsel.
22          ATTORNEY BROOKS:  No, you need to raise
23    your objection now.  You get to discuss it further in
24    front of the court.

Page 201

1     BY ATTORNEY BROOKS:
2       Q.  I will re-ask my question.  Do you consider it
3     consistent with your role as a physician, in light of
4     the potential downsides and side effects from cross sex
5     hormones for this child, for you to play the role of
6     cheerleader saying yay?
7          ATTORNEY BORELLI:  Objection, form.
8          THE WITNESS:  So in my job as a physician
9     I often am helping motivate my patients improve their
10    overall health.  And in that way I often sound like I am
11    a cheerleader and I am trying to help them believe in
12    themselves and understand and feel good moving forward
13    with medication treatments to have the best likelihood
14    of success.  So I may say yay.
15          VIDEOGRAPHER:  Excuse me.  You got cut
16    out there in the middle of that --- in the middle of
17    your answer.
18          THE WITNESS:  Okay.
19          Do you want me to start over?
20          ATTORNEY BROOKS:  Who was that?
21          ATTORNEY WILKINSON:  That was the court
22    reporter.  I can make a recording if everyone is happy
23    with my phone just on the table so we could refer to
24    that later if that's useful if we're concerned about the

1  audio cutting out.
2       ATTORNEY BROOKS:  There is no harm in a
3  backup recording.  Voices will be identifiable.  If you
4  want to set it there by that speaker.
5       ATTORNEY WILKINSON:  If you're
6  comfortable.
7       ATTORNEY BORELLI:  I just want to check
8  --.
9       COURT REPORTER:  Who is talking right
10  now.  I'm sorry, who is --- who is talking about their
11  phone.  I don't understand.  Like, I don't know who's
12  speaking.
13       ATTORNEY BROOKS:  Just now my colleague
14  Lawrence Wilkinson is proposing to set his iPhone on
15  record by the speaker here so there will be a backup
16  onsite recording in case anything is dropped over the
17  internet.  And that will be made available both to those
18  who are listening and to the court reporter service.
19  Address some of the concerns.  So let's fire that up and
20  it will be there.
21  BY ATTORNEY BROOKS:
22    Q.  I will continue with my questioning.  Did it
23  cause you any concern that in referring --- by referring
24  to a testosterone injection as happy drugs that that was

1  an indication that young Drew was not taking seriously
2  the 20 minutes' worth of cautions and warnings that had
3  just been read?
4       ATTORNEY BORELLI:  Objection, form.
5       THE WITNESS:  So given that the
6  medication is used to decrease dysphoria and improve
7  depressive symptoms, in that way it does make someone
8  happier.  And I have no issue with a patient who is
9  using a general reference as happy drugs in that that is
10  part of what will happen with the medication.  I didn't
11  have any concerns with regard to the fact that Drew may
12  not have gotten everything he needed to understand what
13  he was going into going forward with this medication.
14  BY ATTORNEY BROOKS:
15    Q.  Let's back up to page four of the transcript.
16  And we're not going to listen to any ore clips.
17  Everybody will be happy to know perhaps.
18       ATTORNEY BORELLI:  It's unstable.
19       THE WITNESS:  There we go.
20  BY ATTORNEY BROOKS:
21    Q.  Okay.
22       And towards the top of page four, the second
23  paragraph, the narrator --- and this is not you speaking
24  and it is not Drew's mother speaking.  The narrator says

1  she doesn't like talking about what Drew's life was like
2  before he started transitioning.  But when I asked her
3  how she knew living as a boy was the right choice for
4  Drew,  she was blunt.  She said I'd rather have a living
5  son than a dead daughter.  Do you see that?
6    A.  I do.
7    Q.  Did you ever tell Drew's mother that that was
8  the choice that she faced, between a living son and a
9  dead daughter?
10       ATTORNEY BORELLI:  Objection to form.
11       THE WITNESS:  I would not have used that
12  phrase.  I would have discussed the risk of suicidality.
13  BY ATTORNEY BROOKS:
14    Q.  Did you ever hear Drew's mother say she
15  understood that was the choice she faced, between a
16  living son and a dead daughter?
17       ATTORNEY BORELLI:  Objection, form.
18       THE WITNESS:  You know, I have heard it
19  since then because of the podcast, so I can't remember
20  if I heard it before then or not.  I don't recall
21  hearing it before then.
22  BY ATTORNEY BROOKS:
23    Q.  When you saw the title to the podcast did you
24  call WNYC and express any concern that that title could

1  be misleading?
2       ATTORNEY BORELLI:  Objection, form.
3       THE WITNESS:  I did not.
4  BY ATTORNEY BROOKS:
5    Q.  Have you ever consulted research on the rate of
6  suicide among preadolescents for any purpose?
7       ATTORNEY BORELLI:  Objection to form.
8  BY ATTORNEY BROOKS:
9    Q.  In any category?
10    A.  Repeat the question, please.
11    Q.  Have you ever consulted research or data about
12  the rate of suicide among preadolescents, period?
13       ATTORNEY BORELLI:  Objection, form.
14       THE WITNESS:  Preadolescents, have I
15  consulted research on  suicidality on preadolescents, so
16  before puberty.  Not in a while.
17  BY ATTORNEY BROOKS:
18    Q.  You are aware, are you not, that incidences of
19  actual suicide are extremely rare in individuals of all
20  categories before puberty?
21       ATTORNEY BORELLI:  Objection, form.
22       THE WITNESS:  That sounds consistent with
23  the leading causes that I recall for death before
24  puberty.

1    BY ATTORNEY BROOKS:
2        Q.   And you, yourself, are not aware of a single
3    case of suicide by a preadolescent gender dysphoria
4    patient that has come to your clinic?
5            ATTORNEY BORELLI:  Objection, form.
6            THE WITNESS:  No.
7    BY ATTORNEY BROOKS:
8        Q.   And have you consulted any research on the rate
9    of actual suicide by children suffering from gender
10   dysphoria under the age of 15?
11           ATTORNEY BORELLI:  Objection, form.
12           THE WITNESS:  Have I?  Yes.
13   BY ATTORNEY BROOKS:
14       Q.   And what did that --- what source do you have in
15   mind when you say that?
16           ATTORNEY BORELLI:  Objection, form.
17           THE WITNESS:  Again, I have trouble with
18   remembering and there is a wide variety of reports, some
19   as --- from 25 to 30 percent, some as high as 40
20   percent.  And those are suicide attempts, as I recall,
21   which means that the folks that died wouldn't have even
22   been identified.
23   BY ATTORNEY BROOKS:
24       Q.   Well, you are aware that there's a very wide

1    statistical gap between suicide attempts and suicides.
2        Correct?
3            ATTORNEY BORELLI:  Objection to form.
4            THE WITNESS:  There is some variation
5    between suicide attempts and what was the word, suicide
6    ideation, yeah.
7    BY ATTORNEY BROOKS:
8        Q.   No.  What I said is there is a very wide gap
9    between suicide attempts and actual completed suicide?
10           ATTORNEY BORELLI:  Objection, form.
11           THE WITNESS:  There is a gap between.
12   Not every one who attempts.  Otherwise, there wouldn't
13   be a difference in the name.
14   BY ATTORNEY BROOKS:
15       Q.   In fact, you know as a matter of professional
16   expertise that it is a very wide gap, do you not?
17           ATTORNEY BORELLI:  Objection.
18           THE WITNESS:  I would have to look at the
19   literature, at what the numbers look like and describing
20   it why is an opinion.
21   BY ATTORNEY BROOKS:
22       Q.   Has any patient of the 500 under your care ever
23   committed suicide at an age younger than 14?
24           ATTORNEY BORELLI:  Objection, form.

1            THE WITNESS:  Excuse me.  No.
2    BY ATTORNEY BROOKS:
3        Q.   Have you followed up so that you have current
4    information about Drew's mental, physical and social
5    health as of today, which would be about age 21?
6            ATTORNEY BORELLI:  Objection, form.
7            THE WITNESS:  Drew's no longer my
8    patient, has transitioned to adult care.  That's not
9    what I do, so I don't have access to that.
10   BY ATTORNEY BROOKS:
11       Q.   What procedures do you have in place, if any, in
12   your clinic to follow up long term with those whom you
13   have prescribed puberty blockers or cross sex hormones
14   for?
15           ATTORNEY BORELLI:  Objection, form.
16           THE WITNESS:  So you know, here at Duke
17   we have a multidisciplinary team.  As --- I don't know
18   if I mentioned them before.  It includes a wide variety
19   of individuals.  And that group discusses every month
20   our patients, any concerns or questions.  In addition,
21   that group has put together a registry that starts when
22   they come to my clinic and we follow their health, their
23   mental health through the time that they are in our
24   clinic and then when --- oops.  Sorry.  And then when

1    they are adults transitioning to our adult care team.
2    And in that way I'm able to keep up with those patients
3    who remain at Duke for adult care.
4    BY ATTORNEY BROOKS:
5        Q.   So you have been practicing this field I think
6    you said since about 2013.  And the patients that you
7    saw let's say in 2013, 2014, 2015, I think you said most
8    of your patients presented older than age --- I don't
9    recall exactly.  Your average presentation is older than
10   13?
11           ATTORNEY BORELLI:  Object to the form.
12           THE WITNESS:  Yes.
13           ATTORNEY BORELLI:  You got to pause so I
14   can get in an objection.
15           THE WITNESS:  Oh, yeah.  Yeah.
16   BY ATTORNEY BROOKS:
17       Q.   So --- yeah.  So those patients on average are
18   now in their upper teens or perhaps 20?
19           ATTORNEY BORELLI:  Objection, form.
20           THE WITNESS:  Let's see.  I have patients
21   who are older than that.  I'm not sure of an average.  I
22   have not calculated an average.
23   BY ATTORNEY BROOKS:
24       Q.   Do you have any procedures in place to attempt

1      to monitor the mental health of your patients five years
2      after you first prescribe puberty blockers or cross sex
3      hormones?
4                ATTORNEY BORELLI:  Objection, form.
5                THE WITNESS:  The patients that remain
6      within our registry do have regular mental health
7      follow-up.  We have a team on the adult side as well in
8      both of the two clinics that we work with.
9      BY ATTORNEY BROOKS:
10         Q.   What percentage of your patients that you
11     yourself have authorized cross sex hormones do you have
12     access to data about their mental health five years
13     after initiation of hormone treatment?
14                ATTORNEY BORELLI:  Objection, form.
15                THE WITNESS:  Some are still present in
16     the clinic.  I would have access to those.  You know,
17     I'm not supposed to access records specifically if
18     they're no longer in my care.  The provider can reach
19     out to me with concerns and have a very close
20     relationship with the adult providers and they do ask me
21     questions about some of those.  So in that way I would
22     have access as well as when we calculate on a population
23     base within our registry any outcomes there.
24     BY ATTORNEY BROOKS:

1         Q.   As a matter of research, has --- have you or
2      anybody associated with your clinic attempted a
3      follow-up survey or systematic series of interviews of
4      all patients who were prescribed hormones within, for
5      instance, some particular time period?
6                ATTORNEY BORELLI:  Objection, form.
7                THE WITNESS:  So we currently are
8      enrolling patients in that study.  It's not complete.
9      BY ATTORNEY BROOKS:
10         Q.   As we sit here today, you don't have any
11     systematic reasonably thorough information on the mental
12     health condition of let's say patients for whom you
13     first prescribed hormonal interventions five years ago.
14         Is that correct?
15                ATTORNEY BORELLI:  Objection.  Objection
16     to form.
17                THE WITNESS:  I would consider, you know,
18     a registry with research based systematic method.
19     BY ATTORNEY BROOKS:
20         Q.   A registry with research based ---?
21         A.   That is research based is a systematic program
22     to do that and find out follow-up.
23         Q.   What do you mean by registry that it is research
24     based?

1         A.   A registry is a list of patients who are
2      enrolled in a study, if it's done as a research
3      protocol.  And within that registry, you collect
4      information that you choose to record that's important
5      and then you follow that over time in a systematic way.
6                ATTORNEY BROOKS:  Let me grab tab 29 ---
7      let me mark as Exhibit 16 a document previously
8      designated as tab 29, which is article entitled --- I
9      should say a newspaper article entitled The Mental
10     Health Establishment is Failing Trans Kids by Laura
11     Edwards Leeper and Erica ---.
12                ---
13                (Whereupon, Adkins Exhibit 16, 2021
14                Washington Post Article, was marked for
15                identification.)
16                ---
17     BY ATTORNEY BROOKS:
18         Q.   And Dr. Adkins, am I correct that this in the
19     Washington Post came out in November of 2021 stirred up
20     quite a bit of discussion within your profession?
21                ATTORNEY BORELLI:  Objection, form.
22                THE WITNESS:  I understand that there was
23     an article by Laura Edwards Leeper that there was a lot
24     of conversation around.  I don't know if it was this

1      one.  It is possible.
2      BY ATTORNEY BROOKS:
3         Q.   Did you read this?
4         A.   I haven't read this article.
5         Q.   There was a lot of conversation around a recent
6      article by Dr. Edwards Leeper and Dr. Anderson but you
7      didn't bother to read it?
8                ATTORNEY BORELLI:  Objection to form.
9                THE WITNESS:  I have had discussions with
10     my colleagues around the substance.  I haven't had the
11     time to read it.
12     BY ATTORNEY BROOKS:
13         Q.   Have you had professional interactions in the
14     past with Dr. Edwards Leeper?
15                ATTORNEY BORELLI:  Objection, form.
16                THE WITNESS:  It's possible that we
17     taught at a same conference once, but I don't recall
18     ever having a conversation.
19     BY ATTORNEY BROOKS:
20         Q.   And have you had professional interactions with
21     Dr. Anderson?
22                ATTORNEY BORELLI:  Objection, form.
23                THE WITNESS:  I have not.
24     BY ATTORNEY BROOKS:

Page 214

1  Q.  Are you generally aware of Dr. Edwards Leeper's
2  reputation in the field?
3        ATTORNEY BORELLI:  Objection, form.
4        THE WITNESS:  Yes.
5  BY ATTORNEY BROOKS:
6  Q.  How would you describe that reputation at least
7  prior to publication of this article?
8        ATTORNEY BORELLI:  Objection, form.
9        THE WITNESS:  In general, I would not
10  necessarily say that it has changed.  People have
11  respect for Dr. Edwards Leeper and her publications in
12  general.  I don't know about specific ---.
13  BY ATTORNEY BROOKS:
14  Q.  People generally have respect for her
15  publications?
16  A.  Generally.  I don't know about every one.
17  Q.  Sure.  Were you invited to participate as a
18  member of the committee to revise the WPATH so-called
19  standards of care relating to treatment of transgender
20  individuals?
21        ATTORNEY BORELLI:  Objection, form.
22        THE WITNESS:  I was.
23  BY ATTORNEY BROOKS:
24  Q.  Are you doing that?

Page 215

1  A.  No.
2  Q.  And did you participate in the task force for
3  the American Psychological Association, which developed
4  guidelines for practice guidelines for work with
5  transgender individuals?
6        ATTORNEY BORELLI:  Objection, form.
7        THE WITNESS:  I have not participated in
8  that, no.
9  BY ATTORNEY BROOKS:
10  Q.  Okay.
11        And let me mark the next one, which is an
12  article that consists of an interview with Dr. Anderson.
13  This I will mark as Exhibit 17?
14        ---
15        (Whereupon, Adkins Exhibit 17, Anderson
16         Interview, was marked for
17         identification.)
18        ---
19  BY ATTORNEY BROOKS:
20  Q.  And I believe I asked if you knew her or are you
21  familiar with the reputation of Dr. Anderson, Dr. Laura
22  Anderson?
23        ATTORNEY BORELLI:  Objection, form.
24        THE WITNESS:  Actually, no.

Page 216

1  BY ATTORNEY BROOKS:
2  Q.  So as a representation there I know that Dr.
3  Anderson is transgender, is a natal male who's been
4  living with a female gender identity for many years.
5  That you don't know about one way or the other?
6        ATTORNEY BORELLI:  Objection, form.
7        THE WITNESS:  I do not know that.
8  BY ATTORNEY BROOKS:
9  Q.  Okay.
10        Let me take you back to Exhibit --- sorry, what
11  was the first one we marked?  Was it 17 and 18 or 16 and
12  17?
13        ATTORNEY WILKINSON:  Sixteen (16) and 17,
14  16 and 17.
15  BY ATTORNEY BROOKS:
16  Q.  Let me take you back to Exhibit 16.  And the
17  first paragraph contains a narrative.  I have no idea
18  whether it is a specific narrative or kind of case study
19  narrative about this girl Patricia who told her parents
20  she was transgender at age 13.  It goes on to say that a
21  year earlier she had been sexually assaulted by an older
22  girl.  Do you know what percentage of natal females who
23  come to your clinic after the beginning of puberty have
24  experienced sexual assault before they present to you?

Page 217

1        ATTORNEY BORELLI:  Objection, form.
2        THE WITNESS:  I can't give you a
3  percentage.  It is something that we discuss with every
4  patient in their intake assessment.
5  BY ATTORNEY BROOKS:
6  Q.  Do you believe that natal females who have
7  suffered sexual assault are disproportionately
8  represented among the population who present
9  experiencing gender dysphoria or gender incongruence?
10        ATTORNEY BORELLI:  Objection, form.
11        THE WITNESS:  So those assigned female at
12  birth, I can't say that based on my review of my
13  information that they are overrepresented.  And I would
14  have to have a comparison group.  You know, one in four
15  cisgender women have been attacked sexually at some
16  point in their life.  It's hard to get around that.
17  BY ATTORNEY BROOKS:
18  Q.  Let me ask you to turn to page three of Exhibit
19  16.
20  A.  I'm sorry ---.
21  Q.  Page three, Exhibit 16.
22  A.  Okay.  Thank you.  I just had a drink of water.
23  Q.  Of course.
24  A.  They're not labeled on my paper.

1    Q.   The pages are not.  You are right.  I wrote them
2  on mine.  You would have to count them to be sure, but
3  the third page.
4    A.   I think I got it.
5    Q.   These authors, Doctors Edwards Leeper and
6  Anderson, state at the end of the paragraph at the top
7  of page three that, quote, we may be harming some of the
8  young people we strive to support, people who may not be
9  prepared for the gender transitions they are being
10  rushed into, closed quote.
11      Do you see that?
12    A.   Where again?
13    Q.   It's the very last sentence of the partial
14  paragraph at the top?
15    A.   Right.  Got it.  Thank you.  Yeah, I see it.
16    Q.   Do you share that concern expressed by Dr.
17  Edwards Leeper and Dr. Anderson that is that some young
18  people are being rushed into transitions and may be
19  harmed rather than supported as a result?
20      ATTORNEY BORELLI:  Objection, form.
21      THE WITNESS:  So if you're following the
22  recommendations there's at least six months of time.  In
23  my general experience it is years before they even
24  present to my clinic.  So I don't --- I would not say

1  that that's a rush.
2  BY ATTORNEY BROOKS:
3    Q.   Well, and my question wasn't about your clinic
4  now.  My question was do you share the concern of these
5  authors that looking around the practice more generally
6  that some young people are being harmed rather than
7  supported because they are being rushed into transitions
8  they may not be fully prepared for?
9      ATTORNEY BORELLI:  Objection, form.
10      THE WITNESS:  So within research and
11  within my conversations with my colleagues who are doing
12  similar work, we practice similarly.  I don't agree that
13  they are rushing these kids.
14  BY ATTORNEY BROOKS:
15    Q.   Let me ask you to turn over to the next page.
16  And there in the second paragraph from the bottom is a
17  sentence that begins in a recent study.  Do you see that
18  sentence?
19    A.   I must not be on the right page.
20    Q.   It is the penultimate page.
21    A.   In the ---.
22    Q.   In the penultimate paragraph.
23    A.   Providers, that one?
24    Q.   In a recent study of 100 detransitioners.  I

1  think it does, it begins ---.
2    A.   Okay.  All right.
3    Q.   Within that you'll find the sentence that begins
4  in recent study.
5    A.   Got it.
6    Q.   And it says in a recent study 100
7  detransitioners, for instance, 38 percent reported that
8  they believed their original dysphoria have been caused
9  by something specific such as trauma, abuse or mental
10  health condition, closed quote.
11      Do you see that?
12    A.   I do.
13    Q.   Are you, yourself, aware of a recently published
14  survey of 100 detransitioners by Dr. Litman of Brown
15  University?
16      ATTORNEY BORELLI:  Objection, form.
17      THE WITNESS:  I have not seen that
18  report.
19  BY ATTORNEY BROOKS:
20    Q.   Are you aware of that?
21      ATTORNEY BORELLI:  Objection to form.
22      THE WITNESS:  No, actually.  Again, I
23  don't remember names, so when you ask me about an
24  article by Doctor Brown, I know 100 Doctor Brown.  And I

1  have seen some articles about de-transition.  So without
2  that in front of me to really say, yes, I've seen that
3  article --- it's possible.  I do my best to keep up on
4  the literature.
5  BY ATTORNEY BROOKS:
6    Q.   All right.  I'm used to wetting my fingers ---
7  let me take you back to the previous page, the third
8  paragraph --- and the paragraph begins comprehensive
9  assessment.  Do you see that paragraph?
10    A.   Yes.
11    Q.   And at the end of that the last sentence reads
12  the messages that teens get from Tik-Tok and other
13  sources may not be very productive for understanding
14  this constellation of issues, referring to gender
15  dysphoria-related issues.  Do you see that sentence?
16    A.   I do.
17    Q.   Do you share the concern of these authors, young
18  people are being unduly influenced on issues of gender
19  identity by social media messages?
20      ATTORNEY BORELLI:  Objection to form.
21      THE WITNESS:  As a pediatrician, I have
22  my reservations about social media and their effects on
23  teens.  Always reminding teens in my care that they need
24  to check their sources and that TikTok isn't, for

1   example, peer reviewed and that they should rely on, you
2   know, the knowledge of their provider.  And they're free
3   to ask those questions and learn that information from a
4   reliable person within our clinic.
5   BY ATTORNEY BROOKS:
6       **Q.   Do you share the concern that teens are**
7   **particularly subject to peer pressure through social**
8   **media?**
9              ATTORNEY BORELLI:  Objection, form.
10             THE WITNESS:  So you know, peer pressure
11  is a recognized phenomenon with adolescents that can
12  affect teens.
13  BY ATTORNEY BROOKS:
14      **Q.   Is your clinic seeing an increasing number of**
15  **older teens or young adults who are considering**
16  **de-transitioning?**
17             ATTORNEY BORELLI:  Objection, form.
18             THE WITNESS:  I'm sorry.  Repeat the very
19  first part of that.
20  BY ATTORNEY BROOKS:
21      **Q.   Is your clinic seeing an increasing number of**
22  **older teens or young adults who are considering**
23  **de-transitioning?**
24             ATTORNEY BORELLI:  Objection, form.

1              THE WITNESS:  Increasing over time ---
2   BY ATTORNEY BROOKS:
3       **Q.   Yes.**
4       A.   --- or in the past?  I wouldn't say the rate has
5   increased in my clinic.
6       **Q.   Within the last --- well, let's say within 2021**
7   **or whatever of 2022 there has been, how many patients**
8   **have raised with you or to your knowledge anyone in your**
9   **clinic the possibility of de-transitioning?**
10             ATTORNEY BORELLI:  Objection, form.
11             THE WITNESS:  In that timeframe, I would
12  have to look back exactly.  Only three.
13  BY ATTORNEY BROOKS:
14      **Q.   Are you aware of multiple reports that the**
15  **proportion of young people presenting with gender**
16  **dysphoria or gender incongruence among teens has shifted**
17  **heavily towards girls over the last decade?**
18             ATTORNEY BORELLI:  Objection, form.
19             THE WITNESS:  You will have to clarify
20  the question because girls ---.
21  BY ATTORNEY BROOKS:
22      **Q.   Are you aware that the proportion of teens**
23  **presenting at clinics with gender dysphoria or gender**
24  **incongruence who are natal female has increased greatly**

1   over the last decade?
2              ATTORNEY BORELLI:  Objection, form.
3              THE WITNESS:  I have seen at least one
4   study would suggest that.  It has not been my clinical
5   experience.
6   BY ATTORNEY BROOKS:
7       **Q.   That has not been the experience in your clinic?**
8       A.   No.
9       **Q.   Let me take you to paragraph 18 of your expert**
10  **report.  And there you express the opinion that a**
11  **person's gender identity cannot be voluntarily changed**
12  **and is not undermined or altered by the existence of**
13  **other sexually related characteristics that do not align**
14  **with it.  Do you see that?**
15      A.   I do.
16      **Q.   And let me, in fact, have the Declaration ---**
17  **the preliminary injunction declaration, which is tab one.**
18             ATTORNEY BROOKS:  I'm going to mark that
19  as Exhibit --- or did I already mark it?
20             ATTORNEY WILKINSON:  Not marked.
21             ATTORNEY BROOKS:  I did not.  So what
22  exhibit was that?
23             ATTORNEY WILKINSON:  Eighteen (18).
24             ATTORNEY BROOKS:  We will mark the

1   Declaration of Deanna Adkins dated 5/21/2021 as Exhibit
2   18.
3              ---
4   (Whereupon, Adkins Exhibit 18,
5       Declaration of Deanna Adkins, M.D., was
6       marked for identification.)
7              ---
8   BY ATTORNEY BROOKS:
9       **Q.   And in this document also I want to call your**
10  **attention to paragraph 18.  And in the declaration filed**
11  **in May of last year in paragraph 18 you wrote a person's**
12  **gender identity is fixed.  Do you see that language?**
13      A.   I do.
14      **Q.   And you eliminated the word --- the assertion**
15  **that a person's gender identity is fixed from your**
16  **expert declaration submitted more recently.  Do you see**
17  **that?**
18      A.   I do.
19      **Q.   Why did you make that omission?**
20      A.   I think that it's too easy to misinterpret.
21      **Q.   Explain.**
22      A.   So when I'm talking about someone's gender
23  identity it is what it is.  And nothing that I do or
24  they do or their family does can change that gender

Page 226

1  identity.  Their understanding of that gender identity
2  may change over time.  And that was my --- what I was
3  trying to say was not changeable.  And when you use the
4  other word it seems that it could be misinterpreted to
5  me.
6      Q.   So you don't mean to say that gender identity
7  never changes in individuals, do you?
8          ATTORNEY BORELLI:  Objection, form.
9          THE WITNESS:  That's not what I said.  I
10 said gender identity is what it is.  And your
11 understanding of it may change over time.
12 BY ATTORNEY BROOKS:
13     Q.   We looked in the Endocrine Society Guidelines,
14 at the language that refers to individuals who
15 experience a continuous and rapid involuntary
16 alternation between male and female.  Do you remember
17 that language?
18     A.   I do.
19     Q.   How does that relate --- how is that consistent
20 with your opinion that gender identity is fixed and
21 means what it is?
22         ATTORNEY BORELLI:  Objection, form.
23         THE WITNESS:  So gender identity is that
24 it moves somewhat along the spectrum.  That doesn't

Page 227

1  change.  That is their identity.
2  BY ATTORNEY BROOKS:
3      Q.   That doesn't change, but you have a professional
4  opinion that individuals who experience a gender fluid
5  identity at some period in their life inevitably remain
6  gender fluid for the rest of their lives?
7          ATTORNEY BORELLI:  Objection, form.
8          THE WITNESS:  Understanding their gender
9  identity may change, what the identity is, is under
10 exploration throughout their lives.  From the time
11 they're young they're discovering their gender identity.
12 BY ATTORNEY BROOKS:
13     Q.   Well, you consider part of your professional
14 practice to believe what people tell you about their
15 gender identity, don't you?
16         ATTORNEY BORELLI:  Objection, form.
17         THE WITNESS:  The gender identity is
18 something that can only be explained by a person because
19 it is their knowledge of themselves.
20 BY ATTORNEY BROOKS:
21     Q.   And if a person at one point in time feels that
22 their gender identity is fluid and another point in time
23 feels that it is not, on what basis do you say that
24 their true gender identity hasn't changed?

Page 228

1          ATTORNEY BORELLI:  Objection, form.
2          THE WITNESS:  Everyone's gender identity
3  is how they explain it.  They may understand it
4  differently over time.  Just because I say I don't like
5  strawberries when I'm eight and I do like strawberries
6  now doesn't meant I never liked strawberries to begin
7  with.  It means I finally had a good strawberry.
8          ATTORNEY BROOKS:  Let me have tab 12.
9  Let me mark as Exhibit 20.
10         ATTORNEY WILKINSON:  Nineteen (19).
11         ATTORNEY BROOKS:  Let me mark as Exhibit
12 19, an article from Herbert Health Publishing by Sadra
13 Katz-Wise, entitled Gender Fluidity: What it Means and
14 Why Support Matters.
15             ---
16         (Whereupon, Adkins Exhibit 19, 2020
17         Herbert Health Publishing Article, was
18         marked for identification.)
19             ---
20 BY ATTORNEY BROOKS:
21     Q.   First I'll ask if you have any professional
22 contact with Doctor Sadra Katz-Wise?
23     A.   I don't see the name spelled out.  It doesn't
24 sound familiar.

Page 229

1      Q.   It's just under the graphic here ahead of the
2  text.  You'll see the name.
3      A.   Oh, in red.  That's why I didn't see it.
4      Q.   Yeah, exactly.  Right.
5      A.   Got it.  Katz-Wise.  No.
6      Q.   I see, when I look her up, that Dr. Katz-Wise is
7  associated with Boston Children's Hospital and Harvard
8  Medical School.  That doesn't refresh your recollection
9  as to any previous professional interactions with her?
10     A.   Again, I'm terrible with names.
11     Q.   You're aware that Boston Children's Hospital has
12 a high reputation in the area of transgender therapy?
13         ATTORNEY BORELLI:  Objection, form.
14         THE WITNESS:  Well, they have been
15 involved in transgender therapy for a long time.
16 BY ATTORNEY BROOKS:
17     Q.   And they have a high reputation?
18         ATTORNEY BORELLI:  Objection, form.
19         THE WITNESS:  In general people feel like
20 they do a good job.
21 BY ATTORNEY BROOKS:
22     Q.   Let me ask you to turn to the second page.  And
23 down at the bottom is a heading that says what's the
24 difference between gender fluid and transgender.  Do you

1  see that?
2      A.  I do.
3      Q.  And the first sentence there says while some
4  people develop a gender identity early in childhood,
5  others may identify with one gender at one time and then
6  another gender later on.
7      Do you see that?
8      A.  I do.
9      Q.  And do you agree or disagree with that statement
10 by Dr. Sabar Katz-Wise?
11         ATTORNEY BORELLI:  Objection, form.
12         THE WITNESS:  So she is not saying that
13 their gender identity changes.  You know, at different
14 times in your life your understanding may be that this
15 is the group that I belong with.  And as you learn more
16 about your experience and your gender, that can change.
17 BY ATTORNEY BROOKS:
18     Q.  Dr. Adkins, how do you as a clinician --- if you
19 have a patient who at one time identifies one way and
20 another time identifies another way, how do you as a
21 clinician determine which of those is that patient's
22 true gender identity, given that you've said that gender
23 identity is something that only the patient can express
24 to you?

1          ATTORNEY BORELLI:  Objection, form.
2          THE WITNESS:  So you know, we're not sort
3  of doing anything to influence that in our patients
4  until they come to us later and have had lots of time to
5  reflect on that.  They by the guidelines need to have at
6  least six months of identification with and
7  understanding that gender identity is a particular way.
8  And typically gender identity is starting to consolidate
9  in adolescence and have a good understanding of your
10 identity at that time.
11 BY ATTORNEY BROOKS:
12     Q.  What do you understand to be meant by the term
13 gender incongruence?
14     A.  It is similar to the gender identity not
15 matching your sex assigned at birth.
16     Q.  Let me ask you to find Exhibit 4, 2007 Endocrine
17 Society guidelines.  And turn if you would to page 3879,
18 first column under the heading evidence, it reads in
19 most children diagnosed with GD/gender incongruence it
20 did not persist into adolescence.
21     Do you see that?
22     A.  I did.
23     Q.  So the point here is that these children were,
24 in fact, diagnosed with gender dysphoria or gender

1  incongruence which you just said means that their gender
2  identity doesn't match their gender assigned at birth.
3  And then the Endocrine Society goes on to say that that
4  identity, that sense of incongruence does not persist
5  into adolescence.
6      Do you see that?
7          ATTORNEY BORELLI:  Objection, form.
8          THE WITNESS:  I do.
9  BY ATTORNEY BROOKS:
10     Q.  And how do you reconcile that with your
11 previously expressed opinion that gender identity is,
12 quote, fixed?
13         ATTORNEY BORELLI:  Objection, form.
14         THE WITNESS:  So this is a random piece
15 out of this whole publication.  They are talking --- as
16 far as I can tell right here, and again I would be
17 speculating, that it is about a particular piece of
18 medical evidence.  And medical evidence in this area has
19 varied.  It's based on the different groups and the way
20 they were recruited, et cetera.
21 BY ATTORNEY BROOKS:
22     Q.  Well, you're --- never mind on a particular
23 piece.  You're well aware, are you not, that there are
24 multiple studies that indicate the substantial majority

1  of children who are diagnosed with gender dysphoria
2  desist from experiencing gender dysphoria by some stage
3  in adolescence?
4          ATTORNEY BORELLI:  Objection, form.
5  BY ATTORNEY BROOKS:
6      Q.  You discuss that in your report, do you not?
7      A.  I'm sorry.  Can you repeat the question?
8      Q.  You are aware that there are multiple studies
9  that have found that children diagnosed with gender
10 dysphoria, the large majority of those individuals
11 desist from experiencing gender dysphoria by some time
12 in adolescence?
13         ATTORNEY BORELLI:  Objection, form.
14         THE WITNESS:  And I don't typically see
15 those patients in my clinic.
16 BY ATTORNEY BROOKS:
17     Q.  But you're aware of the science that is
18 described though.
19     Right?
20         ATTORNEY BORELLI:  Objection, form.
21         THE WITNESS:  There are patients ---
22 there are studies that were done in the past that were
23 not well done and had a bias with the recruitment that
24 overlapped with other issues.  I'm aware of those

1    studies.  And children are not being treated in my
2    clinic for gender dysphoria.  Adolescents are who we
3    treat in our clinic.
4    BY ATTORNEY BROOKS:
5        Q.   Well, the study that the Endocrine Society chose
6    to cite for this proposition just a little lower in that
7    paragraph it says as follows.  And this is 2017
8    Endocrine Society Guidelines.  They say a large
9    majority, about 85 percent of prepubertal children with
10   a childhood diagnosis did not remain gender
11   dysphoric/gender incongruent into adolescence.
12       Do you see that language?
13   A.   I see that language.
14       Q.   And this Endocrine Society considered that
15   science worth citing rather than dismissing it as poorly
16   done, as you just attempted.
17       Correct?
18       ATTORNEY BORELLI:  Objection, form.
19       THE WITNESS:  In your goals in creating
20   guidelines you want to be presenting the information
21   that's available.  This study is available.
22   BY ATTORNEY BROOKS:
23       Q.   And the study in question is one by some of the
24   most highly respected researchers in the field.

1        Am I correct?
2        ATTORNEY BORELLI:  Objection.
3    BY ATTORNEY BROOKS:
4        Q.   I see you looking at the footnote?
5    A.   Right.
6        Q.   Those are among the most highly respected
7    researchers in the field.
8        Correct?
9    A.   They are some of the --- they're some of the
10   original researchers.
11       Q.   And to this very day they are among the most
12   highly respected in the field.
13       Am I right?
14       ATTORNEY BORELLI:  Objection, form.
15       THE WITNESS:  In general, they are doing
16   good research and publications.  I can't say everything
17   they do is beautiful.
18   BY ATTORNEY BROOKS:
19       Q.   Dr. Adkins, do you refuse to acknowledge that
20   Dr. Steemsma, DeVries and Cohen-Kettenis are among the
21   most highly respected researchers in your field?
22       ATTORNEY BORELLI:  Objection, form.
23       THE WITNESS:  Of their work that I have
24   read and seen in general it is based on standards of

1    medical literature done well, though I have not read
2    every study.  I'm not going to comment on everything
3    that they have done.  A lot of the things I'm aware of
4    are done well.
5    BY ATTORNEY BROOKS:
6        Q.   I didn't ask you to comment on a single one of
7    their articles.  I asked you isn't their reputation
8    among the highest in your field?
9        ATTORNEY BORELLI:  Objection, form.
10       THE WITNESS:  If --- for gender-affirming
11   care, yes.
12   BY ATTORNEY BROOKS:
13       Q.   Thank you.  How does their finding in large
14   majority of children diagnosed with gender dysphoria
15   desist from experiencing gender dysphoria by some stage
16   in adolescence square with your opinion that gender
17   identity is, quote, fixed?
18       ATTORNEY BORELLI:  Objection, form.
19       THE WITNESS:  I'm sorry.  Where are you
20   reading from and what was that again?
21   BY ATTORNEY BROOKS:
22       Q.   How does their finding that large majority of
23   children diagnosed with gender dysphoria before puberty
24   desist from experiencing gender dysphoria by some stage

1    in adolescence fit with your expressed opinion that
2    gender identity is fixed?
3        ATTORNEY BORELLI:  Objection, form.
4        THE WITNESS:  So they are talking about
5    prepubertal children.  Prepubertal children haven't gone
6    through their real under --- development of
7    understanding of their gender identity or their
8    consolidation of gender identity at that time.  It's
9    kind of a false endpoint to put it that way because
10   we're not really again treating these young children and
11   we're not changing anything about them.  These patients
12   wouldn't even come to my clinic.
13   BY ATTORNEY BROOKS:
14       Q.   You don't see prepubertal children at your
15   clinic?
16       ATTORNEY BORELLI:  Objection, form.
17       THE WITNESS:  Very rarely.
18   BY ATTORNEY BROOKS:
19       Q.   And?
20   A.   Gender clinic?
21       Q.   Patients you treat in any capacity?
22       ATTORNEY BORELLI:  Objection to form.
23       THE WITNESS:  I see all kinds of patients
24   from birth until --- I'm credentialed to 30.

1  BY ATTORNEY BROOKS:
2    **Q.   Do you in your professional work deal with**
3  **prepubertal children who are experiencing gender**
4  **dysphoria?**
5        ATTORNEY BORELLI:  Objection, form.
6        THE WITNESS:  Some.
7  BY ATTORNEY BROOKS:
8    **Q.   Okay.**
9        **And do you want to revise the statement in your**
10  **report to say instead that after puberty gender identity**
11  **is fixed?**
12        ATTORNEY BORELLI:  Objection, form.
13        THE WITNESS:  Will you point that out to
14  me?
15  BY ATTORNEY BROOKS:
16    **Q.   I'm sorry, point what out to you?**
17    A.   That particular statement in my report.
18    **Q.   I misspoke.  You asserted in your declaration**
19  **that gender identity was fixed and my question is on**
20  **consideration would you prefer to say that gender**
21  **identity is fixed after puberty has occurred?**
22        ATTORNEY BORELLI:  Objection, form.
23        THE WITNESS:  So I didn't put that in a
24  way that --- again, we eliminated the word fixed because

1  of the easy ability to misconstrue that.  People undergo
2  a period of time in life where they understand their
3  gender better than other times.  And puberty is part of
4  --- part of the mix.
5  BY ATTORNEY BROOKS:
6    **Q.   So --- and this is the opportunity --- you're**
7  **here, so we're not going to misunderstand your words.**
8  **You signed and swore to an affidavit last year in which**
9  **you said gender identity is fixed.  I'm giving you an**
10  **opportunity if you want to clarify or qualify that.  And**
11  **my question to you is, is it now your testimony that**
12  **gender identity is fixed once puberty has occurred?**
13        ATTORNEY BORELLI:  Objection, form.
14        THE WITNESS:  Again, I think we have
15  another document here that doesn't use the word fixed.
16  Would you like me to go back and read that part?  I can
17  read through it and find it for you.
18  BY ATTORNEY BROOKS:
19    **Q.   No.  I would like to work with your sworn**
20  **document from May of last year in which you said it was**
21  **fixed.**
22    A.   When we update documents we try to clarify
23  anything that might be confusing.
24    **Q.   Dr. Adkins, in May of 2021, which is not so long**

1  **ago, you swore under oath that it was your professional**
2  **opinion that gender identity was fixed.  I'm entitled to**
3  **ask you about that.  The fact that you wanted to change**
4  **a later document is interesting.  It doesn't deprive me**
5  **of the right to ask you questions about that document.**
6        **My question for you now is do you want to revise**
7  **that statement to express the opinion that gender**
8  **identity is fixed after puberty?**
9        ATTORNEY BORELLI:  Objection, form.  I
10  apologize, Counsel.  Can we --- I'm sorry, just lost
11  track.  Have you introduced the PI declaration?
12        ATTORNEY BROOKS:  I have.
13        ATTORNEY BORELLI:  What exhibit number is
14  it?
15        ATTORNEY BROOKS:  It is 18.  Paragraph
16  18.
17        ATTORNEY BORELLI:  Paragraph 18.  Thank
18  you.  Objection to form.
19        THE WITNESS:  So I don't think that my
20  description of people's understanding of gender identity
21  and the way that we understand its development has
22  changed.  I can't do anything to change their identity.
23  You can't do it.  Their parents can't do it.  And in
24  that way I still agree with the fact that in the way

1  that that was meant to be stated, that it can't be
2  changed.  Fixed is a similar word.  I use that word.
3  BY ATTORNEY BROOKS:
4    **Q.   So and I didn't ask you about our ability to**
5  **change somebody else.  Let me ask you a different**
6  **question.  At which developmental stage in your**
7  **professional opinion does gender identity become fixed?**
8        ATTORNEY BORELLI:  Objection, form.
9        THE WITNESS:  Again, I believe I said
10  already that gender identity is what it is from the time
11  you are young.  Your understanding of that develops over
12  time based on your path through life.  That --- in that
13  way you can't change it.
14  BY ATTORNEY BROOKS:
15    **Q.   Does that mean that if, according to Steemza and**
16  **Cohen-Kettenis, 85 percent of prepubertal children who**
17  **are diagnosed with gender dysphoria ultimately desist**
18  **from experiencing dysphoria, that their original**
19  **diagnoses were wrong?**
20        ATTORNEY BORELLI:  Objection to form.
21        THE WITNESS:  So there are a lot of
22  individuals who have looked at that information and felt
23  that the original group of individuals didn't have a
24  transgender identity.  In a young group that's hard to

Page 242

1  assess at times. And so I would say in that way, you
2  know, we --- it's just not the same. And you can repeat
3  the question for me, please.
4        ATTORNEY BORELLI: We have been going an
5  hour. I'd like to take a break.
6        ATTORNEY BROOKS: Let me repeat the
7  question since I was just invited to do so.
8  BY ATTORNEY BROOKS:
9     Q.  I believe you testified that it is your view
10  that one's gender identity never changes from infancy to
11  adulthood although one's understanding of it may change
12  over time. My question for you now is does that mean
13  that in every case in which a child is diagnosed as
14  gender dysphoric and they subsequently desist from
15  gender dysphoria that the original diagnosis was wrong?
16        ATTORNEY BORELLI: Objection, form.
17        THE WITNESS: So you know, at the time
18  that their understanding of their identity was different
19  from their sex assigned at birth when they were a child,
20  if that was the case, and it is not clear in that study
21  that that was necessarily the case, that the individuals
22  felt dysphoria about that, that is what happened to
23  them. Their understanding of their identity, if it
24  changed over time, it may relieve some of that gender

Page 243

1  dysphoria. I guess that's the best way I can state it.
2        ATTORNEY BROOKS: Let's take that break.
3        THE WITNESS: Thank you.
4        VIDEOGRAPHER: Going off the record. The
5  current time reads 3:43 p.m. Eastern Standard Time.
6  OFF VIDEO
7        ---
8  (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)
9        ---
10  ON VIDEO
11        VIDEOGRAPHER:
12        We're back on the record. The current
13  time is 3:59 p.m. Eastern Standard Time.
14        ATTORNEY BROOKS: I'm just --- sorry.
15  I'm just moving that so --- make sure it's still
16  recording and I didn't muck it up. I just wanted to not
17  hit it with papers.
18        ATTORNEY WILKINSON: Yes, it's still
19  recording.
20  BY ATTORNEY BROOKS:
21     Q.  Let's --- Dr. Adkins, if I can ask you to find
22  Exhibit 4 again, which is the 2017 guidelines. We are
23  again on page 3879 where we just were. And there after
24  the discussion that we looked at about desistance of

Page 244

1  childhood gender dysphoria, the next sentence reads
2  right after where we stopped if children had completed
3  socially transition, the may have great difficulty in
4  returning to the original gender role upon entering
5  puberty. And it continues social transition is
6  associated with the persistence of GD/gender
7  incongruence as a child progresses into adolescence.
8        Do you see that?
9     A.  Uh-huh (yes).
10     Q.  At the very end of the paragraph it reads social
11  transition in addition to GD/gender incongruence has
12  been found to contribute to the likelihood of
13  persistence.
14        Do you see that?
15     A.  Uh-huh (yes).
16     Q.  Now, what the Endocrine Society Committee,
17  considering all the available research, says is that
18  social transition has been found to contribute to the
19  likelihood of persistence. Is that how you read their
20  language here?
21        ATTORNEY BORELLI: Objection, form.
22        THE WITNESS: That's how I read it.
23  BY ATTORNEY BROOKS:
24     Q.  And social transition has to do with how the

Page 245

1  people around the child treat him or her, what pronouns
2  they use, what names they use, what clothing they
3  provide, correct, is that consistent with your
4  understanding of social transition?
5        ATTORNEY BORELLI: Objection, form.
6  BY ATTORNEY BROOKS:
7     Q.  It has to do with how society, how the people
8  around you treat you.
9        Correct?
10        ATTORNEY BORELLI: Objection, form.
11        THE WITNESS: Yes.
12  BY ATTORNEY BROOKS:
13     Q.  And therefore, what this is saying is how
14  parents and those around the child treat that child can
15  affect whether that child ends up identifying as
16  transgender or identifying with a gender identity
17  congruent with his or her biology.
18        Correct?
19        ATTORNEY BORELLI: Objection, form.
20        THE WITNESS: One more time.
21  BY ATTORNEY BROOKS:
22     Q.  What this is saying is that how parents --- when
23  it says that social transition has been found to
24  contribute to the likelihood of persistence what that

1    tells us is how parents and others around the child
2    treat that child can affect whether the child ends up
3    identifying as transgender or cisgender?
4            ATTORNEY BORELLI:  Objection, form.
5            THE WITNESS:  That is the way that reads.
6    I would say that, you know, I don't recommend
7    necessarily --- I recommend we follow the child and
8    watch their gender developments.
9    BY ATTORNEY BROOKS:
10   Q.   This Committee says that by assisting a child to
11   socially transition the available science suggests that
12   adults are contributing to the likelihood of persistence
13   rather than desistance.  That's what it says.
14        Right?
15           ATTORNEY BORELLI:  Objection, form.
16           THE WITNESS:  I'm sorry.  I'm going to
17   make you say it one more time, please.  I apologize.
18   I'm just getting tired.
19   BY ATTORNEY BROOKS:
20   Q.   I know the feeling.  This says that by assisting
21   a child to socially transition the available science
22   suggests that adults are, quote, contributing to the
23   likelihood of persistence rather than desistance.
24           ATTORNEY BORELLI:  Objection, form.

1            THE WITNESS:  Gosh.  So I'm not sure what
2    you say sounds right to me.  That is what it says on the
3    paper.
4    BY ATTORNEY BROOKS:
5    Q.   And I will give you a chance to tell us whether
6    you agree or disagree with it, because my understanding
7    is that you, in contrast, believe that external
8    influences can't affect gender identity.
9        Correct?
10           ATTORNEY BORELLI:  Objection to form.
11   BY ATTORNEY BROOKS:
12   Q.   Cannot?
13   A.   So you know, all of your life influences your
14   identity development.  You can't change what it is.  You
15   can --- it can change your experience.  I don't think
16   that these children were likely to have had a different
17   outcome.
18   Q.   So your view is that gender identity can't
19   change and therefore any child whose gender identity
20   appears to change must have been mistaken at some state
21   of their understanding.
22        Correct?
23           ATTORNEY BORELLI:  Objection, form.
24           THE WITNESS:  So their understanding of

1    their gender identity can develop over time.
2    BY ATTORNEY BROOKS:
3    Q.   Do you agree or disagree with this statement in
4    the Endocrine Society Guidelines that social transition
5    has been found to contribute to the likelihood of
6    persistence?
7            ATTORNEY BORELLI:  Objection, form.
8            THE WITNESS:  You know, they --- I
9    answered that question.
10   BY ATTORNEY BROOKS:
11   Q.   I'm sorry.  I perhaps didn't correctly
12   understand.  So if you would answer it again, that would
13   be helpful.
14   A.   So kids who --- now I've forgotten the question.
15   Q.   This one is a simple one.  Do you agree or
16   disagree with the statement from this committee, the
17   Endocrine Society, that social transition has been found
18   to contribute to the likelihood of persistence?
19           ATTORNEY BORELLI:  Objection, form.
20           THE WITNESS:  You know, this --- it's
21   hard for me to agree with that.  As a pediatrician I
22   know that people --- prepubertal children, young
23   children, explore their gender identity in a lot of
24   different ways over time, and so I don't know that I can

1    agree necessarily that the way that it's written ---
2    that I necessarily agree with the specific terms.
3    BY ATTORNEY BROOKS:
4    Q.   I don't mean to suggest to you by word or tone
5    that this document was handed down on Mount Sinai.  I
6    understand that there's room for scientists to disagree.
7    I am just trying to get clear on your opinion.  I'm
8    pretty sure this document was not handed down on Mount
9    Sinai.
10       Let me find a copy of your rebuttal report, which
11   I believe was marked as Exhibit 3.  Exhibit 3, the
12   rebuttal report.  Let me ask you to turn to page 11 of
13   your rebuttal report.  We can hand you another copy if
14   need be.  We should have one more.
15   A.   I think this is it.
16   Q.   No, we're looking for your rebuttal report.
17   It's going to be a typewritten kind of something or
18   other.
19   A.   Like this, right?
20   Q.   Exhibit 3.
21   A.   I'm sorry.  No that's not --- sugar.
22   Q.   I'm just going to hand you another one.
23   A.   Okay.  Thank you.
24   Q.   No hard feelings.

1      A.   I --- I know it's here because I -- there's so
2    many papers.  You warned me there would be so many
3    papers.
4      Q.   I did.  I tried to warn you.
5          Let me ask you to turn to paragraph 11 of your
6    rebuttal report.
7      A.   Oh, okay.  Yeah.
8      Q.   Page five.
9      A.   I'm sorry, the number --- one of the numbers
10   skipped and it was just a labeling of a reference, so
11   again 11.
12     Q.   Yes.  The second sentence there you wrote ---
13   and this is of course a recent submission, adolescents
14   with persistent gender dysphoria after reaching Tanner
15   stage two almost always persist in their gender identity
16   in the long term.  Do you see that language?
17     A.   I do.
18     Q.   So --- and the basis that you cite for that
19   rather specific factual proposition is an article or
20   actually a chapter by Turban, DeVries and Zucker.
21         Correct?  I'm just looking at footnote three.
22     A.   Yes.
23     Q.   So Tanner stage two, as I understand --- or we
24   can look at the Endocrine Society note, but this is ---

1    Tanner stage two is when children first begin to exhibit
2    physically recognizable changes in puberty.
3        Right?
4          ATTORNEY BORELLI:  Objection, form.
5          THE WITNESS:  Yes.
6    BY ATTORNEY BROOKS:
7      Q.   So Tanner stage one, there's nothing observable.
8    And the beginning of Tanner stage two is the first
9    observable changes?
10     A.   Yes.
11         ATTORNEY BORELLI:  Objection, form.
12   BY ATTORNEY BROOKS:
13     Q.   And I think you testified, but if you could just
14   remind us kind of the timespan that that tends to begin
15   for boys and girls.
16         ATTORNEY BORELLI:  Objection, form.
17         THE WITNESSS:  Tanner two.  Tanner two,
18   for those assigned female at birth can range in the
19   normal, typical development between the ages of 8 and
20   12.  It does fall outside of that at times and is
21   considered early and could be a marker of a problem as
22   well as delayed could be a marker of a problem.
23     Q.   For boys?
24     A.   For those assigned male at birth, so usually

1    between 9 and 14.  Anything earlier or later again might
2    trigger some questions that something is going on.
3      Q.   So age eight is generally girls turn eight in
4    second or third grade?  Third grade roughly?
5          ATTORNEY BORELLI:  Objection, form.
6          THE WITNESS:  That would be --- you know,
7    it varies because early starters, late starters.  But
8    ---.
9    BY ATTORNEY BROOKS:
10     Q.   And so for nine, for boys would be fourth grade?
11         ATTORNEY BORELLI:  Objection to form.
12         THE WITNESS:  That would be the typical.
13   BY ATTORNEY BROOKS:
14     Q.   So we're talking grade school kids here, not
15   even the end of grade school?
16         ATTORNEY BORELLI:  Objection, form.
17   BY ATTORNEY BROOKS:
18     Q.   And if the type of changes that mark the
19   beginning of Tanner stage two are generally at least to
20   the layman's eye not visible on a clothed child.
21         Correct?
22         ATTORNEY BORELLI:  Objection, form.
23   BY ATTORNEY BROOKS:
24     Q.   That mark the beginning Tanner stage two?

1          ATTORNEY BORELLI:  Objection, form.
2          THE WITNESS:  I would say that some
3    assigned females at birth, especially if they're lean,
4    you can see their breast development.
5    BY ATTORNEY BROOKS:
6      Q.   Just a breast bud.  But in general, when we
7    speak of adolescence, we don't --- in common parlance we
8    do not include third and fourth graders, do we?
9          ATTORNEY BORELLI:  Objection, form.
10         THE WITNESS:  Well, the definition of
11   adolescence is the time during puberty, so they should
12   be included.
13   BY ATTORNEY BROOKS:
14     Q.   In your experience as to how people use the
15   term, third and fourth graders included in adolescence?
16         ATTORNEY BORELLI:  Objection, form.
17         THE WITNESS:  It varies with regard to
18   the context.  Within my medical practice that's the way
19   we use the term.
20   BY ATTORNEY BROOKS:
21     Q.   At any rate, we're talking about grade school
22   ages, not junior high or middle school ages.  What is
23   your basis for saying that those children who persist up
24   to the beginning of Tanner stage two almost always

1  persist transgender identity?
2          ATTORNEY BORELLI:  Objection.  Objection,
3  form.
4          THE WITNESS:  I don't know which
5  reference it is, but I can state that in my practice
6  that's what I have seen.
7  BY ATTORNEY BROOKS:
8      Q.   Let me show you the only reference you did cite
9  for that, which I will mark as Exhibit 20, the article
10 by Turban, DeVries and Zucker cited in footnote 20 of
11 your rebuttal report.  I'm sorry.  Don't know why I said
12 20.  I'm going to hand the witness that article now.
13     A.   Thank you.
14         ---
15         (Whereupon, Adkins Exhibit 20, Turban,
16         DeVries and Zucker Article, was marked
17         for identification.)
18         ---
19         COURT REPORTER:  Excuse me, but you're
20 mumbling and I can't understand everything that you're
21 saying.
22         ATTORNEY BROOKS:  At the moment I'm just
23 shuffling papers and handing out documents.  And I will
24 speak up now and ask a question.  Sorry about that.

1          COURT REPORTER:  Well, we are on the
2  record and I need to be able to hear every single word
3  that you guys are saying.
4          ATTORNEY BROOKS:  We'll do the best we
5  can.
6          COURT REPORTER:  It's hard for me over
7  here.
8  BY ATTORNEY BROOKS:
9      Q.   Is this, in fact, the article that you
10 referenced in your rebuttal report, Dr. Adkins, or the
11 chapter I should say?
12     A.   Yeah.  I mean, I'd have to take a minute to
13 review it.
14         VIDEOGRAPHER:  Counsel, which tab number
15 is this?
16         THE WITNESS:  I'm sorry, you broke up.
17         VIDEOGRAPHER:  Which tab number is this
18 document?
19         ATTORNEY BROOKS:  Tab 39.  I apologize.
20         VIDEOGRAPHER:  Thank you.
21         THE WITNESS:  It is labeled as that.
22 BY ATTORNEY BROOKS:
23     Q.   Well, do you recall recently reading this
24 article since it was cited in this document submitted

1  just last week?
2      A.   I have reviewed this document.  I don't remember
3  when though.
4      Q.   Okay.
5          And in here --- let's look at page 638.  And
6  there at the top of --- near the top of the first column
7  on 638 is a discussion of follow-up studies of
8  persisters and desisters.  Do you see that discussion?
9      A.   Yes.
10     Q.   And it says --- four lines, five lines down it
11 begins, quote, Restoray and Skeemsma have provided the
12 most recent study of 10 follow up studies in which the
13 percentage of participants classified as persisters
14 ranged from two percent to 39 percent collapsed across
15 natal boys and girls, closed quote.  Do you see that?
16     A.   Yeah.
17     Q.   And further down under the heading persistence
18 of gender dysphoria from adolescence to adulthood is a
19 very short paragraph that reads in its entirety in
20 contrast low rates of persistence from childhood into
21 adolescence, it appears that the vast majority of
22 transgender adolescents persist in their transgender
23 identity, closed quote.
24         Do you see is that?

1      A.   Yes.
2      Q.   And was that the language that you had in mind
3  when you cited this reference in footnote three of your
4  rebuttal report?
5      A.   I would have to look all the way through the
6  article.  It's consistent.
7      Q.   And the language that I directed you to at the
8  top summarizes studies that show --- showing of
9  persistence of gender dysphoria among childhood
10 dysphorics of only two percent to 39 percent.
11         Right?
12         ATTORNEY BORELLI:  Objection, form.
13         THE WITNESS:  Those are two different
14 populations.
15 BY ATTORNEY BROOKS:
16     Q.   They are.  And I'm asking you now again about
17 what it says at the top?
18     A.   Please repeat your question.
19     Q.   The discussion at the top summarizes studies
20 showing persistent childhood dysphoria of only between
21 two percent and 39 percent, depending on the study?
22         ATTORNEY BORELLI:  Objection to form.
23         THE WITNESS:  I see that.
24 BY ATTORNEY BROOKS:

1    Q.   And that is that the large majority consisted at
2  some stage before adulthood.
3        Correct?
4        ATTORNEY BORELLI:  Objection, form.
5        THE WITNESS:  More than half per this.
6  BY ATTORNEY BROOKS:
7    Q.   And nothing here tells us about exactly what
8  stage of adolescence before adulthood they desisted,
9  does it?
10       ATTORNEY BORELLI:  Objection, form.
11       THE WITNESS:  In this literature
12  adolescence is puberty.  It would have to be at least
13  Tanner two.
14  BY ATTORNEY BROOKS:
15   Q.   At least.  Now, my question was nothing in the
16  discussion up towards the top of the column about these
17  persistence and desistance studies tells us at what
18  stage of puberty the desisters desisted, does it?
19       ATTORNEY BORELLI:  Objection, form.
20       THE WITNESS:  I would have to look at the
21  whole study.  Just in that line that detail is not
22  listed.
23  BY ATTORNEY BROOKS:
24   Q.   And similarly, looking at the discussion under

1  the heading persistence of gender dysphoria from
2  adolescence to adulthood not being in that sentence
3  tells us what stage of adolescence, whether it is Tanner
4  stage two or three or four is being referred to when it
5  says the majority of adolescents persist?
6        ATTORNEY BORELLI:  Objection, form.
7        THE WITNESSS:  It's not written right
8  there, no.
9  BY ATTORNEY BROOKS:
10   Q.   Please identify for me all studies you are aware
11  of that show that those who desist from childhood gender
12  dysphoria do so by no later than beginning of Tanner
13  stage two.
14       ATTORNEY BORELLI:  Objection, form.
15       THE WITNESS:  I am not going to be able
16  to remember those off the top of my head.
17  BY ATTORNEY BROOKS:
18   Q.   Can you remember a single one?
19       ATTORNEY BORELLI:  Objection, form.
20       THE WITNESS:  I would have to have you
21  repeat the question, but I doubt it.
22  BY ATTORNEY BROOKS:
23   Q.   I will repeat it.  Identify all studies you're
24  aware of that show that those who desist from childhood

1  gender dysphoria do so no later than the time they first
2  reach Tanner stage two?
3        ATTORNEY BORELLI:  Objection, form.
4        THE WITNESS:  I don't think that I recall
5  a study that's been modeled that way.
6  BY ATTORNEY BROOKS:
7    Q.   Can you tell me --- identify for me any study
8  that has examined whether what is called in the
9  literature watchful waiting combined with psychotherapy
10  results in worse outcomes for children as compared to
11  administration of puberty blockers and social outcomes?
12       ATTORNEY BORELLI:  Objection, form.
13       THE WITNESS:  So the experience is that
14  some patients have dysphoria that is significant enough
15  once they are in puberty to be dangerous to their life.
16  I worry about those patients.  We allow them a pause
17  with puberty blockers to continue to figure out their
18  gender identity.  I got lost in my answer, I apologize.
19  BY ATTORNEY BROOKS:
20   Q.   Well, Dr. Adkins, I didn't ask what you were
21  worried about.  I asked can you identify any study that
22  examines whether watchful waiting for children combined
23  with psychotherapy results in better or worse outcomes
24  on average than administering puberty blockers and

1  social transition?
2        ATTORNEY BORELLI:  Objection, form.
3        THE WITNESS:  You know, I can't remember
4  the exact study.  We have studies that show that if you
5  are not helping the patients relieve their gender
6  dysphoria and psychotherapy has not been shown to do
7  that, then we would be, you know, at an unethical point
8  to do that study because it would increase risk of death
9  in those patients for us to watch and wait.
10  BY ATTORNEY BROOKS:
11   Q.   So your answer is at no time since the inception
12  of this field, that is therapy for gender dysphoria, are
13  you aware of any study comparing outcomes for gender
14  dysphoric children of on the one hand watchful waiting
15  accompanied by psychotherapy and on the other hand
16  puberty blockers and social transitioning?
17       ATTORNEY BORELLI:  Objection, form.
18       THE WITNESS:  There's a long history of
19  individuals who were left untreated or treated with
20  psychotherapy who died in hospitals or not in hospitals
21  because they were only given those therapies which were
22  the only ones available at the time.
23  BY ATTORNEY BROOKS:
24   Q.   Dr. Adkins, you are also aware, are you not,

Page 262

1    that there's a long history of individuals who have
2    transitioned both socially and hormonally who have
3    committed suicide?
4            ATTORNEY BORELLI:  Objection to form.
5    BY ATTORNEY BROOKS:
6        Q.   That's well documented in the literature, is it
7    not?
8            ATTORNEY BORELLI:  Objection, form.
9            THE WITNESS:  There are individuals who
10   still struggle with depression and anxiety to the point
11   that they are --- do commit suicide and they have not
12   necessarily the reason being related to their gender
13   dysphoria.  Could be.  Hard to know.
14   BY ATTORNEY BROOKS:
15       Q.   In fact, Skeemsma and colleagues at the
16   respected institute in Amsterdam, DeVry University, have
17   documented very high rates of successful completed
18   suicide among transgender adults, have they not?
19           ATTORNEY BORELLI:  Objection, form.
20           THE WITNESS:  I would have to see the
21   study.
22   BY ATTORNEY BROOKS:
23       Q.   You are not aware of that information?
24       A.   I have not seen that study.  I have read the

Page 263

1    literature.  I don't recall a study saying there was a
2    high or why.  I would need a number.
3    BY ATTORNEY BROOKS:
4        Q.   You read Dr. Levine's report?
5        A.   Yeah, it was --- yes.
6        Q.   And do you recall that he cites multiple
7    studies, including studies from DeVry University team
8    documenting high rates of successful completed suicide,
9    not studies, he's done, that clinic has done documented
10   high rates of successful suicide among transgender
11   adults?
12           ATTORNEY BORELLI:  Objection, form.
13           THE WITNESS:  I would need a number.  I'm
14   not going to classify something as high just because ---
15   I would need a number.
16   BY ATTORNEY BROOKS:
17       Q.   Have you thought that it was incumbent upon you
18   somebody assisting young people to transition and
19   prescribing hormones to thoroughly investigation and
20   question suicidality among transitioned transgender
21   individuals?
22           ATTORNEY BORELLI:  Objection, form.
23           THE WITNESS:  Again, yes.  I read those
24   when I can.  I am not good with recalling names in

Page 264

1    specific reports.  I am aware that that is an issue with
2    some people who have transitioned fully.
3    BY ATTORNEY BROOKS:
4        Q.   Do you believe that social transition is an
5    important part of medical care for transgender
6    individuals?
7            ATTORNEY BORELLI:  Objection, form.
8            THE WITNESS:  Yes.
9    BY ATTORNEY BROOKS:
10       Q.   And do you also consider puberty blockers to be
11   part of treatment for children with gender dysphoria?
12           ATTORNEY BORELLI:  Objection to the form.
13           THE WITNESS:  I have seen results from a
14   recent study that said that there was a decrease in
15   dysphoria.  I think it was anxiety and depression.  I
16   would have to double check the article, with puberty
17   blockers.  Our goal with puberty blockers is to pause
18   and allow people to understand their identity and figure
19   out what is going on with that understanding and what is
20   the best care for that patient is.
21   BY ATTORNEY BROOKS:
22       Q.   Is the point of administering puberty blockers
23   to children who are experiencing gender dysphoria to
24   prevent puberty from occurring at the time that it

Page 265

1    naturally would occur in that child?
2            ATTORNEY BORELLI:  Objection, form.
3            THE WITNESS:  In patients --- in patients
4    who are having early puberty it is a different
5    mechanism.  For people with gender dysphoria where you
6    are trying to pause it and we keep it within the realm
7    of normal pubertal development.
8    BY ATTORNEY BROOKS:
9        Q.   For individuals suffering --- children suffering
10   from gender dysphoria the precise point of administering
11   puberty blockers is to prevent puberty from occurring in
12   that child at the time it would otherwise naturally
13   occur.
14       Correct?
15           ATTORNEY BORELLI:  Objection, form.
16           THE WITNESS:  It would --- our pausing
17   the puberty and keeping it within the normal range of
18   pubertal development.
19   BY ATTORNEY BROOKS:
20       Q.   Dr. Adkins, the purpose of administering
21   pubertal blockers to a particular child is to prevent it
22   from happening when it would otherwise happen naturally
23   in that child.
24       Correct?

Page 266

```
1              ATTORNEY BORELLI:  Objection, form.
2    BY ATTORNEY BROOKS:
3       Q.   There is no other purpose?
4              ATTORNEY BORELLI:  Objection, form.
5              THE WITNESS:  I'm sorry.  I have to ask
6    --- you used some pronounced in there that were not real
7    clear.  If you don't mind repeating the question.
8    BY ATTORNEY BROOKS:
9       Q.   The purpose of administering puberty blockers to
10   a child suffering from gender dysphoria is to prevent
11   puberty from happening in that child at the time it
12   would otherwise naturally occur in that child absent the
13   blockade?
14             ATTORNEY BORELLI:  Objection.
15             THE WITNESS:  We are pausing their
16   puberty once it starts, putting a pause.
17   BY ATTORNEY BROOKS:
18      Q.   I get to ask the questions.  That means you
19   wanted to prevent puberty from happening when it would
20   naturally happen for that child apart from the
21   medication?
22             ATTORNEY BORELLI:  Objection, form.
23             THE WITNESS:  Yes.
24   BY ATTORNEY BROOKS:
```

Page 267

```
1       Q.   Thank you.
2            You regularly tell parents that the
3    administration of puberty blockers for that purpose is,
4    quote, safe?
5            Correct?
6              ATTORNEY BORELLI:  Objection, form.
7              THE WITNESS:  I go through very specific
8    list of side effects and effects with my patients with
9    that medication.
10   BY ATTORNEY BROOKS:
11      Q.   You regularly tell parents using the word that
12   puberty blockers are, quote, safe, do you not?
13             ATTORNEY BORELLI:  Objection, form.
14             THE WITNESS:  I am telling my patients
15   the risks and benefits.  I am telling them I feel
16   comfortable using it.
17   BY ATTORNEY BROOKS:
18      Q.   Let's find your report, which is Exhibit 1 ---
19   no --- yes, Exhibit 1.  If you can find your report.
20   Apologize.  Too much paper.  Too long a day.
21           Dr. Adkins, do you or do you not tell parents
22   that puberty blockers are safe?
23             ATTORNEY BORELLI:  Objection, form.
24             THE WITNESS:  Again, I review the effects
```

Page 268

```
1    and side effects and my general experience and the
2    publications that are available.  Goodness gracious.
3    Boy, that lunch is getting me.
4            I explain to my patients the effects and
5    side effects and I talk with them about whether --- my
6    experience has been I have had very few patients
7    experience a problem with the medication.
8    BY ATTORNEY BROOKS:
9       Q.   And if you are unwilling to sit here today and
10   admit that you tell parents that puberty blockers are
11   safe then why have you stated in your expert report to
12   the court that treatment, including puberty blockers,
13   are safe?
14             ATTORNEY BORELLI:  Objection, form.
15             THE WITNESSS:  Every patient is
16   individual.  I have to make an individual assessment for
17   each patient.  I will say it's safe for the patients
18   that that applies to.
19   BY ATTORNEY BROOKS:
20      Q.   Which patients does that apply to?
21      A.   Most of the patients don't have a
22   contraindication to using puberty blockers.
23      Q.   Is safe a term of art to you as a doctor?
24             ATTORNEY BORELLI:  Objection, form.
```

Page 269

```
1              THE WITNESS:  I'm not sure what you mean
2    by the word art.
3    BY ATTORNEY BROOKS:
4       Q.   Does it have a precise meaning?  To say a
5    pharmaceutical is safe, does that have a meaning to you
6    as a doctor?
7       A.   It has a meaning.
8       Q.   What is that?
9       A.   So in general when we're talking about safety
10   and medicine we're talking about limiting the number of
11   negative side effects that can cause significant issues
12   for patients.  I think that would --- I think that's
13   what I would say.
14      Q.   Isn't it a truism you were taught in medical
15   school that every pharmaceutical has side effects?
16             ATTORNEY BORELLI:  Objection, form.
17             THE WITNESS:  So truism is a word that
18   --- sorry, that is unclear to me.  Can you clarify?
19   BY ATTORNEY BROOKSS:
20      Q.   Weren't you taught in medical school that every
21   pharmaceutical has side effects?
22             ATTORNEY BORELLI:  Object to form.
23             THE WITNESS:  Yes.
24   BY ATTORNEY BROOKS:
```

1    Q.   And do you agree or disagree that a flat
2  assertion that any pharmaceutical is safe is not
3  consistent with accurate medical terminology?
4          ATTORNEY BORELLI:  Objection, form.
5          THE WITNESS:  I would say that I work
6  with what the information is available to me about
7  safety profile.  I apply that to each patient
8  individually.  Sometimes I feel safer using it in one
9  patient versus another patient.  Every drug is
10 different, every side effect profile is different, every
11 patient is different.
12 BY ATTORNEY BROOKS:
13   Q.   Why then did you flatly assert to the court that
14 treatment for transgender youth when you were discussing
15 puberty blockers and hormone therapies is, quote, safe?
16         ATTORNEY BORELLI:  Objection to form.
17         THE WITNESS:  In general I have not
18 experienced nor have I seen published experiences of
19 issues with using these medications that causes a
20 significant problem for my patients.
21 BY ATTORNEY BROOKS:
22   Q.   You regularly tell parents what you have said
23 several times today, that puberty blockers act merely as
24 a pause and are fully reversible, do you not?

1          ATTORNEY BORELLI:  Objection, form.
2          THE WITNESS:  I do.
3  BY ATTORNEY BROOKS:
4    Q.   And you are aware, are you not, that the
5  Endocrine Society guidelines advise that before
6  approving puberty blockers a clinician should discuss
7  risks to fertility and the availability, the possibility
8  of fertility preservation.
9          Correct?
10         ATTORNEY BORELLI:  Objection, form.
11         THE WITNESS:  I'm not sure that is the
12 Endocrine Society guidelines with puberty blockers.  It
13 may be.  That it is no part of the gender affirming
14 hormone recommendation.
15 BY ATTORNEY BROOKS:
16   Q.   Let's look at page 3879 in the guidelines,
17 Exhibit 4.
18   A.   What exhibit again, 4?
19   Q.   Exhibit 4.  And I'm going to call your attention
20 to 3879.  And column two is guideline 1.5 where it says,
21 quote, we recommend the clinicians inform and counsel
22 all individuals seeking gender affirming medical
23 treatment regarding options for fertility preservation
24 prior to initiating puberty suppression in adolescence.

1  Do you see that language?
2          ATTORNEY BORELLI:  Objection, form.
3          THE WITNESS:  I do.
4  BY ATTORNEY BROOKS:
5    Q.   And what is your understanding as to why the
6  Endocrine Society advises that it's important to advise
7  about fertility preservation prior to initiating puberty
8  suppression if puberty suppression is nearly nothing but
9  a pause?
10         ATTORNEY BORELLI:  Objection, form.
11         THE WITNESS:  Well, the --- you know,
12 puberty pausing is in my experience and in the reported
13 data always reversible.  I have not ever had a patient
14 who didn't resume their normal puberty when they came
15 off and were on no other treatment of a puberty
16 blockade.  I would think that this is being very careful
17 about young individuals getting puberty blockers.
18 Again, I haven't seen any reports.  In fact, it is used
19 to preserve fertility in cancer patients.
20 BY ATTORNEY BROOKS:
21   Q.   Do you, in fact, counsel all parents and
22 children about fertility preservation options before
23 administering puberty blockers?
24         ATTORNEY BORELLI:  Objection, form.

1          THE WITNESS:  I do.
2  BY ATTORNEY BROOKS:
3    Q.   And do you have a view as to whether for
4  instance a 9 year old can even begin to understand
5  puberty, sexual development and the possibility of
6  becoming a parent so as to provide meaningfully informed
7  consent?
8          ATTORNEY BORELLI:  Objection, form.
9          THE WITNESS:  So those individuals also
10 have their parents who are with them to learn about
11 these thing and weigh those things.  The patient is not
12 there in isolation.  They get an option at the time
13 where we would stop puberty blockers or any time that
14 they are on to make a change in that.  It is completely
15 reversible.
16 BY ATTORNEY BROOKS:
17   Q.   You have testified at the beginning of the day
18 you had children of your own.  Both as a professional
19 and as a mother do you have a view as to whether a 9
20 year old can sufficiently understand puberty, sexual
21 development and the possibility of becoming a parent to
22 enable them to provide meaningfully informed consent?
23         ATTORNEY BORELLI:  Objection, form.
24         THE WITNESS:  So in young kids we use

1   these --- in five year olds --- I have treated a five
2   year old this week with this medication for early
3   puberty.  I trust, based on the data that is available
4   to me over the last 30 years using this medication to
5   pause puberty for central precocious puberty that it is
6   a safe medication and that the patient will be fertile.
7   Can't say 100 percent because who knows what else is
8   going on in each individual patient that may cause them
9   to have an infertility issue.
10   BY ATTORNEY BROOKS:
11       Q.   Dr. Adkins, puberty blocking drugs have gone
12   through phase one, phase two, phase three clinical
13   trials submitted to the FDA, reviewed.  They've been
14   approved for the indication of precocious puberty.
15       Correct?
16            ATTORNEY BORELLI:  Objection, form.
17            THE WITNESS:  Yes.
18   BY ATTORNEY BROOKS:
19       Q.   None of that has been done for an indication of
20   gender dysphoria to your knowledge.
21       Correct?
22            ATTORNEY BORELLI:  Objection, form.
23            THE WITNESS:  I use lots of medications
24   that aren't FDA approved for the particular indications.

1   Many drugs in pediatrics are not ever tested in
2   children.  It's just within the last few years that they
3   have made a recommendation that that happen for a
4   medication.  So there are many drugs that haven't been
5   FDA approved that are used in pediatrics based on
6   information for patients in a different indication or
7   adulthood.
8       Q.   Puberty blockers have been tested through phase
9   one, phase two, phase three clinical trials for the
10   purpose of postponing precocious puberty until the
11   normal time period for puberty.
12       Correct?  That's what has been tested?
13            ATTORNEY BORELLI:  Objection to form.
14            THE WITNESS:  Yes.
15   BY ATTORNEY BROOKS:
16       Q.   And no such tests have been done or submitted to
17   the FDA ---?
18            COURT REPORTER:  Can you repeat what you
19   said because I'm not sure that last question fully came
20   through.
21            ATTORNEY BROOKS:  The last question was
22   --- and I --- I admit that my voice, as the witness's,
23   is dropping.  We're trying here.  And I --- Dave's
24   resting his voice for a few questions towards the end of

1   the day.  I'll be glad.
2   BY ATTORNEY BROOKS:
3       Q.   Just to clarify, and I don't mean to harass you,
4   but we've been asked to repeat it.  Puberty blockers
5   have been put through phase one, phase two, phase three
6   clinical trials submitted to the FDA for the purpose of
7   delaying precocious puberty in children until the normal
8   time for puberty.  And your answer was?
9            ATTORNEY BORELLI:  Objection, form.
10            THE WITNESS:  Yes.
11   BY ATTORNEY BROOKS:
12       Q.   And they have not been tested for safety, for
13   efficacy in phase one, phase two or phase three clinical
14   trials for the purpose of delaying puberty from its
15   naturally occurring time in children who do not suffer
16   from precocious puberty.
17       Correct?
18            ATTORNEY BORELLI:  Objection, form.
19            THE WITNESS:  We use data that wasn't
20   presented to the FDA to --- to look at this to see if it
21   is safe.  It's also been approved by the FDA to be used
22   in adults.  Also been used and approved for fertility
23   preservation.  Has lots of approvals that have verified
24   its safety over time.

1   BY ATTORNEY BROOKS:
2       Q.   Well, a moment ago when I asked you if you tell
3   people they were safe you were not quite willing to say
4   that.  Do you want to revise that testimony?
5            ATTORNEY BORELLI:  Objection, form.
6            THE WITNESS:  I believe at the end of
7   that I was saying to you that every patient is
8   different.  There are some that have risks.  When I feel
9   comfortable that my patient in front of me doesn't have
10   those risks based on the medical literature I feel that
11   they're safe to use.  I have my experience.  I have seen
12   the literature.  I feel --- yes.
13   BY ATTORNEY BROOKS:
14       Q.   The law that's being challenged in this lawsuit
15   doesn't restrict the use of puberty blockers so far as
16   you understand, does it?
17            ATTORNEY BORELLI:  Objection, form.
18            THE WITNESS:  I don't recall that being
19   part of the law.
20   BY ATTORNEY BROOKS:
21       Q.   It doesn't exclude anyone for participation on
22   any team based on use of puberty blockers, does it?
23            ATTORNEY BORELLI:  Objection, form.
24            THE WITNESS:  Not that I recall.

Page 278

1    BY ATTORNEY BROOKS:
2        Q.   And you have previously testified that in your
3    view, the law is unreasonable if it excludes, prevents
4    any individuals with a transgender identity from playing
5    in the category that corresponds to their gender
6    identity.
7        Correct?
8        ATTORNEY BORELLI:  Objection, form.
9        THE WITNESS:  That sounds accurate.
10   BY ATTORNEY BROOKS:
11       Q.   I don't want to mischaracterize your opinion.
12       Okay.
13       So what is the relevance to your opinion that
14   all the discussions in your report about puberty
15   blockers?
16       ATTORNEY BORELLI:  Objection, form.
17       THE WITNESS:  Sorry.  I need some water.
18   And then, if you don't mind, while I'm doing that, could
19   you please re-read the question.  Sorry.
20   BY ATTORNEY BROOKS:
21       Q.   Yes.  I'll even wait until you've had your
22   drink.
23       A.   Sorry.
24       Q.   I'm hitting the bottom myself.

Page 279

1        A.   It's pollen season.  It's bad.
2        Q.   It's just getting going.
3        A.   I know.
4        Q.   Given what we just walked through, ---
5        A.   Yes.
6        Q.   --- what is the relevance of all the discussion
7    about puberty blockers in your expert report and
8    rebuttal report to the opinions you're offering in this
9    case?
10       ATTORNEY BORELLI:  Objection, form.
11       THE WITNESS:  So my part of this is to
12   talk about what care is for people who are transgender
13   and what medications they might be on and what
14   treatments might be ideal for them.
15   BY ATTORNEY BROOKS:
16       Q.   You've talked about how each --- you want to
17   treat each patient differently.  You want to be very
18   careful about their treatment choices, their parents'
19   treatment choices, that they understand all of the
20   considerations.
21       Would it cause you concern if West Virginia put
22   into place a law that created incentives or pressures on
23   parents and children to make decisions about puberty
24   blockers at an early stage?

Page 280

1        ATTORNEY BORELLI:  Objection, form.
2        THE WITNESS:  I would not think it would
3    be appropriate to pressure anyone.
4    BY ATTORNEY BROOKS:
5        Q.   So for instance, a law that said if you take
6    puberty blockers then you can play on the girls team and
7    if you don't you can't, that would cause you concern as
8    a doctor, would it not?
9        ATTORNEY BORELLI:  Objection, form.
10       THE WITNESS:  Ideally, they would be able
11   to whether or not they have the puberty blockers or not
12   play on the team that matches their gender identity.
13   BY ATTORNEY BROOKS:
14       Q.   And ideally and from your perspective and in
15   fact if the law set up an incentive that says you can
16   only play on the girls' team if you take puberty
17   blockers, and if you don't, you're forclosed from female
18   athletics, that would cause you concern as a doctor as
19   biasing the patient's and parents' decisions, would it
20   not?
21       ATTORNEY BORELLI:  Objection, form.
22   BY ATTORNEY BROOKS:
23       Q.   That's not a law you would want to see on the
24   books?

Page 281

1        ATTORNEY BORELLI:  Objection, form.
2        THE WITNESS:  I don't think I would want
3    to see that on the books.  Haven't thought through every
4    detail of that but I don't think so.
5    BY ATTORNEY BROOKS:
6        Q.   You are aware, are you not, that all the
7    recommendations in the 2017 guidelines, also in the 2009
8    guidelines from the Endocrine Society about the
9    administration of puberty blockers is according to the
10   committee that prepares those recommendation based on
11   either low quality or very low quality evidence.
12       Right?
13       A.   You know, all recommendation put together are
14   graded with evidence, and it's in the report --- we use
15   them --- not in the report, in the guidelines.  And we
16   use lots of guidelines that have low quality to help
17   guide our care.
18       Q.   Low quality evidence means that you, as a
19   scientist, you as a doctor, can't be very confidant that
20   the recommendation will result in beneficial results.
21   That is kind of the meaning of low quality evidence.
22       Right?
23       ATTORNEY BORELLI:  Objection to form.
24       THE WITNESS:  I would suggest it gives us

Page 282

1    a place to start and we need to be very mindful when
2    using that information as to how we apply it.
3            ATTORNEY BORELLI:
4            Why don't we go ahead and take another
5    break?
6            ATTORNEY BROOKS:  Let me just ask the
7    court reporter how many --- how much more time in the
8    seven o'clock hours.
9            COURT REPORTER:  We're at six hours and
10   six minutes, so 54 minutes.
11           ATTORNEY BROOKS:  Okay.  We'll take that
12   break.  Absolutely.
13           ---
14   (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)
15           ---
16           ATTORNEY BROOKS:
17           All right.  We will resume.
18   BY ATTORNEY BROOKS:
19   Q.   Dr. Adkins, once again I will direct you to the
20   Endocrine Society guidelines, Exhibit 4, and ask you to
21   turn with me to page 3874 and column two --- column one,
22   I'm sorry 3874.
23   A.   Column ---?
24   Q.   Column one.  And towards the bottom, penultimate

Page 283

1    paragraph begins in the future we need.  Do you see
2    that?
3    A.   I do.
4    Q.   And it says in the future --- this is in the
5    preliminary section.  Before the specific
6    recommendations it says, quote, in the future we need
7    more rigorous evaluations of the effectiveness and
8    safety of endocrine and surgical protocols.  And it goes
9    on then to say specifically endocrine protocol ---
10   specifically endocrine treatment protocols for GD/gender
11   incongruence should include the careful assessment of
12   the following.  And it lists a number of things, the
13   effective prolonged delay of puberty in adolescence on
14   bone health, gonadal function and the brain, including
15   effects on cognitive, emotional --- emotional, social
16   and sexual development.
17           Have I, with various corrections, read that
18   correctly?
19   A.   Yes.
20   Q.   So as of 2017, in the opinion of the committee
21   that put together these guidelines ---.
22           COURT REPORTER:  Excuse me.  I don't know
23   if you're speaking, but I lost you at cognitive.
24           ATTORNEY BROOKS:  I'm sorry?

Page 284

1            COURT REPORTER:  I lost you at cognitive
2    and then I didn't hear anything for like 20 seconds.  So
3    I wasn't sure if you were still talking since I can't
4    see you.
5            ATTORNEY BROOKS:  Of course.  And I was.
6    So, golly.
7            COURT REPORTER:  Thank you.
8    BY ATTORNEY BROOKS:
9    Q.   So I'm going to pick up that question again.
10           In the paragraph that we're looking at in
11   column one of page 3874 the committee writes that things
12   that need to be better studied include, quote, the
13   effects of prolonged delay of puberty in adolescence on
14   bone health, gonadal function and the brain, including
15   effects on cognitive, emotional, social and sexual
16   development, closed quote.
17           Dr. Adkins, is it your understanding that the
18   committee here is saying that there's not yet adequate
19   scientific evaluation of the impact of puberty blockers
20   on the brain?
21           ATTORNEY BORELLI:  Objection, form.
22           THE WITNESS:  So you know, the
23   recommendation by the same group is that in some
24   patients this is the approach that --- that is used.

Page 285

1    Certainly we all welcome more research.  We all want to
2    know if anything is different from the information that
3    we have as mentioned before for use of this medication
4    in other areas where we're not seeing any effect on
5    these things.
6    BY ATTORNEY BROOKS:
7    Q.   Is it consistent with your understanding as a
8    doctor that the development of the brain in turn affects
9    cognitive, emotional, social and sexual development?
10           ATTORNEY BORELLI:  Objection, form.
11           THE WITNESS:  The brain has effects in
12   all those areas.
13   BY ATTORNEY BROOKS:
14   Q.   To your knowledge, it has effects that change
15   across the course of puberty in all those areas.
16           Correct?
17           ATTORNEY BORELLI:  Objection, form.
18           THE WITNESS:  Yes, they're all
19   interrelated and they're occurring all at the same time.
20           ATTORNEY BROOKS:  Let me mark as Exhibit
21   21 a document that is titled Teenage Brain: A work in
22   Progress, which is am information sheet that is
23   attributes itself to the National Institute of Mental
24   Health, which I believe we discussed earlier.  Tab 32.

Page 286

1    Yes, thank you.  I'm sorry, I believe I said it, Exhibit
2    21.
3                          ---
4              (Whereupon, Adkins Exhibit 21, NIMH
5              Information Sheet, was marked for
6              identification.)
7                          ---
8    BY ATTORNEY BROOKS:
9        Q.   So I would like to talk for a moment about the
10   impact of puberty and therefore puberty blockade on
11   brain development.  On the second page at the more
12   information, we see contact information at the National
13   Institute of Mental Health.  And I don't want to
14   misrepresent, did you earlier testify that is a well
15   known and respected source of information about mental
16   health therapies?
17             ATTORNEY BORELLI:  Objection, form.
18             THE WITNESS:  Yes.
19   BY ATTORNEY BROOKS:
20       Q.   And let me take you to page one.  And I'm simply
21   using this to pin down a few kind of basic points.  In
22   the second column out of three, two-thirds of the way
23   down, three-quarters of the way down --- well, the
24   sentence begins halfway down.  In the first such

Page 287

1    longitudinal study of 145 children.  Do you see that?
2        A.   I see that.
3        Q.   And it goes on to describe research that
4    discovered the second wave of overproduction of gray
5    matter, which it refers to as, quote, the thinking part
6    of the brain, just prior to puberty.  Do you see that?
7        A.   I do.
8        Q.   And it goes on to say that this second
9    overproduction peaks at around age 11 in girls and 12 in
10   boys.  Do you see that?
11       A.   Yes.
12       Q.   And according to your earlier testimony, that is
13   probably a bit into --- on average a bit into Tanner
14   stage two.
15            Correct?
16            ATTORNEY BORELLI:  Objection, form.
17            THE WITNESS:  In general.
18   BY ATTORNEY BROOKS:
19       Q.   So a little later than the beginning of Tanner
20   stage two?
21            ATTORNEY BORELLI:  Objection, form.
22            THE WITNESS:  Based on averages, yes.
23   BY ATTORNEY BROOKS:
24       Q.   So this second wave of development of the

Page 288

1    thinking part of the brain happens sometime a bit after
2    the beginning of Tanner stage two according to this
3    description here?
4             ATTORNEY BORELLI:  Objection, form.
5             THE WITNESS:  So let me read it myself.
6    BY ATTORNEY BROOKS:
7        Q.   Sure.
8        A.   What you read was --- it starts before that.  So
9    I just want to read it.
10       Q.   I did misspeak.  Let me just re-ask my question
11   ---
12       A.   Okay.
13       Q.   --- because I mixed up peaks and starts, right,
14   that was the problem.
15            According to the description here this second
16   wave of development of the thinking part of the brain,
17   the gray matter, peaks at sometime after the beginning
18   of Tanner stage two?
19            ATTORNEY BORELLI:  Objection, form.
20            THE WITNESS:  Peaks, yes.
21   BY ATTORNEY BROOKS:
22       Q.   And is it consistent with your understanding
23   that the gray matter in the brain is the thinking part
24   of the brain or is that really outside your expertise

Page 289

1    given that you're not a neurologist?
2             ATTORNEY BORELLI:  Objection, form.
3             THE WITNESS:  I think that that is basic
4    enough in medical school that I can agree with that.
5    BY ATTORNEY BROOKS:
6        Q.   Okay.
7             And in the next column, about the same distance
8    down it reads, quote, the gray matter spurt --- growth
9    spurt just prior to puberty --- we've already talked
10   about the timing, predominates in the frontal lobe,
11   which it goes on to say is the seat of, quote, executive
12   functions, planning, impulse control, and reasoning,
13   closed quote.
14            Do you see that?
15       A.   I do.
16       Q.   And is it within your knowledge or not within
17   your knowledge that the frontal lobe is the seat of
18   executive functions, including planning, impulse control
19   and reasoning?
20            ATTORNEY BORELLI:  Objection, form.
21            THE WITNESS:  That is what my education
22   has informed me.
23   BY ATTORNEY BROOKS:
24       Q.   And certainly all of us who have raised

1   children have gratefully seen that planning, impulse
2   control and reasoning improve across the years of
3   puberty.
4        Right?
5             ATTORNEY BORELLI:  Objection, form.
6   BY ATTORNEY BROOKS:
7        Q.   Maybe some ups and some downs?
8        A.   I'm am just happy that it continuously improves
9   the whole time.
10       Q.   I won't press --- I won't pres the question.
11  Have you, yourself, attempted to make any study of the
12  timing of brain gray matter development and the role of
13  puberty hormones in promoting that development?
14            ATTORNEY BORELLI:  Objection, form.
15            THE WITNESS:  I have not.
16  BY ATTORNEY BROOKS:
17       Q.   What study, if any, have you made of the effects
18  of blocking puberty and the increased level of hormones
19  associated with puberty on this growth spurt in the
20  thinking part of the brain that otherwise peaks at
21  around 11 in girls and 12 in boys?
22            ATTORNEY BORELLI:  Objection, form.
23            THE WITNESS:  I have not done that study.
24  I don't see it here either.

1   BY ATTORNEY BROOKS:
2        Q.   You said in your rebuttal report, paragraph 24,
3   that patients with gender dysphoria who are treated with
4   puberty delaying medication undergo puberty
5   with all the same brain and other bodily system
6   development.  Do you recall writing that?
7             ATTORNEY BORELLI:  Objection, form.
8             THE WITNESS:  I'm sorry, could you ---?
9   BY ATTORNEY BROOKS:
10       Q.   Right in front of you.  Your rebuttal report is
11  --- Exhibit 3?
12       A.   I got it.
13       Q.   Paragraph 24.
14       A.   Thank you for your patience.
15       Q.   Here, let me just find it.  Let me see here.
16  And the second sentence says, quote, patients with
17  gender dysphoria treated with puberty delaying
18  medication undergo hormonal puberty with all the same
19  brain and other bodily system development, closed quote.
20  Do you see that?
21       A.   Oh, wait.  I must be looking at the wrong place.
22       Q.   Paragraph 24, second sentence.  It runs over the
23  page?
24       A.   I see.  I see.  Yeah.  I see that.

1        Q.   Now, all the same brain and bodily development
2   is a really big absolute statement, isn't it?
3             ATTORNEY BORELLI:  Objection, form.
4             THE WITNESS:  There are --- you know, for
5   the most part, people go through it in this manner.  Of
6   course, again, with medicine you can't say 100 percent.
7   BY ATTORNEY BROOKS:
8        Q.   Well, specifically, as a scientist, based on the
9   information available to you, you can't say with
10  confidence that patients who are treated with puberty
11  delaying medication undergo all the same brain and
12  bodily system development, can you?
13            ATTORNEY BORELLI:  Objection, form.
14            THE WITNESS:  I used the medication for
15  all of my career.  I have followed patients through
16  their --- into their puberty, in their growth.  When
17  they are done with their pubertal development, we have
18  not seen any definable cognitive developmental issues
19  with them.  Haven't been able to identify that with any
20  of my patients, including precocious puberty.  There's
21  not been any evidence in the literature over a year's
22  worth of use of this medication that there's anything
23  different happening to these individuals.
24  BY ATTORNEY BROOKS:

1        Q.   Well, you also haven't done any systematic study
2   of cognitive development of those for whom you have
3   prescribed puberty blockers as compared to in a control
4   group, have you?
5             ATTORNEY BORELLI:  Objection, form.
6             THE WITNESS:  Not personally.
7   BY ATTORNEY BROOKS:
8        Q.   And the --- the Endocrine Society, 2017 --- let
9   me ask you to turn in Exhibit 4 to page 3882.  And we
10  are in the section here that discusses a recommendation
11  to use GRNH for purposes of puberty suppression when
12  puberty suppression is indicated.  Do you see that?
13  That heading is on the previous page.
14       A.   I see that.
15       Q.   Just wanted to locate you in the discussion
16  we're talking about puberty suppression.  Now, back to
17  3882.  And the first thing --- the first sentence under
18  the heading side effects states that, quote, the primary
19  risks of puberty suppression in GD/gender incongruent
20  adolescents may include and then it lists a number of
21  things, one of which is, quote, unknown effects on brain
22  development, closed quote.  Do you see that?
23       A.   I do.
24       Q.   So the committee that put together the Endocrine

Page 294

1   Society guidelines thought that the potential effects of
2   puberty suppression on brain development were at 2017 at
3   least unknown.  You just disagreed?
4          ATTORNEY BORELLI:  Objection, form.
5          THE WITNESS:  I don't have any reason to
6   believe that there's any different effect on individuals
7   based on the research from early puberty and the studies
8   that --- I mean, sorry, my experience with those
9   patients.  I would want to be watchful of those
10  individuals as I would always who use any medication for
11  potential issues.
12  BY ATTORNEY BROOKS:
13     Q.   Endocrine Society thinks the effect on brain
14  development is unknown and you, though you have done no
15  systematic study, are of the view that you know that is
16  not harmful to brain development.  Am I accurately
17  summarizing your testimony?
18         ATTORNEY BORELLI:  Objection.
19         THE WITNESS:  No.
20  BY ATTORNEY BROOKS:
21     Q.   Let me ask it a different way if that was in
22  accurate.
23     A.   I am trying to tell you that you are able to
24  look at the use of this medication in early pubertal

Page 295

1   patients and see what happens to those individuals.
2   Those outcomes can be used to give you some inference as
3   to what might potentially happen if you use it later on
4   for the same purpose of delaying puberty.  It doesn't
5   --- doesn't wholly rule out something different.
6      Q.   And indeed, simply based on observation,
7   nonsystematic observations from one clinic, it's not
8   possible to rule out harmful effects on brain
9   development, is it?
10         ATTORNEY BORELLI:  Objection, form.
11         THE WITNESS:  I'm not sure that there's
12  any study you could do to completely role out any effect
13  --- any specific effect.  Lots of individuals have
14  different effects.
15  BY ATTORNEY BROOKS:
16     Q.   And you in your clinic haven't attempted any
17  study?
18         ATTORNEY BORELLI:  Objection, form.
19         THE WITNESS:  I have not done a study.
20  BY ATTORNEY BROOKS:
21     Q.   Let me have tab 43.  In your report you asserted
22  that those treated with gender dysphoria undergo --- I'm
23  sorry, those treated with puberty delaying medication
24  experience all the same brain and other bodily system

Page 296

1   developments.  The only source you cite in support of
2   that is a 2015 article by Staphorsius.
3          Correct?
4      A.   I would have to look at it and verify that.
5      Q.   Forty-three (43).
6      A.   Which exhibit were you ---?
7      Q.   I have not given it to you yet.  I apologize.
8      A.   No, I mean ---.
9      Q.   Oh, it was paragraph 24 in your rebuttal report,
10  which is ---.
11     A.   Okay.
12     Q.   All right.
13         Did you carefully read the Staphorsius article
14  that you cited in paragraph 24 of your rebuttal report?
15     A.   At some point in time I have read that, yes.
16     Q.   Are you able to describe the experiment that is
17  --- the study that was done in this Staphorsius report
18  --- or the Staphorsius article?
19         ATTORNEY BORELLI:  Objection.
20         THE WITNESS:  I'm not --- familiar ---.
21  BY ATTORNEY BROOKS:
22     Q.   You say also in paragraph 24 of your rebuttal
23  report that Dr. Levine's claims with regard to concern
24  about brain development is, quote, inaccurate for the

Page 297

1   additional reason that some people never go through
2   hormonal puberty such as patients with Turner syndrome
3   and still have normal brain development with respect to
4   cognition and executive function.  Do you see that
5   language?
6      A.   Yes.
7      Q.   And you don't cite anything for that.  What is
8   the basis for that assertion?
9      A.   So when you look at the information regarding
10  Turner syndrome within the medical literature as well as
11  the --- my work with Marsha Gavenport at UNC who runs
12  --- ran the biggest Turner syndrome registry, in that
13  experience we did not see any patients that had problems
14  with --- there may have been some that were --- had sort
15  of issues with visual spatial skills but not cognitive
16  issues.  In fact, I have partners that are women with
17  Turner syndrome that practice medicine.
18     Q.   You will agree with me as a scientist, will you
19  not, that kind of anecdotal information about a
20  particular person you know is not very weighty evidence
21  as to whether hormone changes associated with puberty
22  are generally important to cognitive development of
23  humans?
24         ATTORNEY BORELLI:  Objection, form.

Page 298

1 THE WITNESS: We can delve into Turner
2 syndrome literature.
3 BY ATTORNEY BROOKS:
4 **Q. Well, Dr. Adkins, I hope you understand that**
5 **your obligation to prepare an expert report was to**
6 **provide your opinions and the basis of your opinions.**
7 **What literature are you relying on?**
8 ATTORNEY BORELLI: Objection, form.
9 THE WITNESS: Every textbook that talks
10 about Turner syndrome with regard to these patients
11 talks about any of the issues that go along with that.
12 I --- and that's something we study in our training as a
13 pediatric endocrinologists because we see these patients
14 routinely. So that has been my experience and training.
15 BY ATTORNEY BROOKS:
16 **Q. Well, can you identify --- every is not very**
17 **useful. Can you identify for me a single source that**
18 **reports based on statistically significant studies that**
19 **individuals who never go through puberty experience all**
20 **the same brain development as individuals who do go**
21 **through puberty?**
22 ATTORNEY BORELLI: Objection, form.
23 THE WITNESS: I would have to look back
24 in the literature on those reports because we treat

Page 299

1 patients now when we realize they are not going through
2 puberty. I can't do that off the top of my head.
3 BY ATTORNEY BROOKS:
4 **Q. And are you now contending that it is not widely**
5 **accepted that hormonal changes associated with puberty**
6 **drive important stages of brain growth?**
7 ATTORNEY BORELLI: Objection, form.
8 THE WITNESS: I'm not saying that. What
9 I'm saying is there are some things that are specific
10 and you're generalizing my terms.
11 BY ATTORNEY BROOKS:
12 **Q. Okay.**
13 **Well, flipping it around, you have also been**
14 **taught whether or not it's --- if we're speaking in the**
15 **area, I recognize you're not a neurologist.**
16 **Correct?**
17 A. Correct.
18 **Q. But it's your understanding that hormonal**
19 **changes associated with puberty do drive important**
20 **developmental stages in the human brain.**
21 **Correct?**
22 ATTORNEY BORELLI: Objection, form.
23 THE WITNESS: Yes.
24 BY ATTORNEY BROOKS:

Page 300

1 **Q. And those are stages that, as we looked at in**
2 **earlier document, include cognition, social skills,**
3 **sexual development?**
4 ATTORNEY BORELLI: Objection, form.
5 THE WITNESS: So you know, that is what
6 is --- was written there. I agree that that can be
7 affected by those --- by puberty. I also don't see in
8 any of the literature around people who haven't gone
9 with --- through puberty any mention of any of the
10 concerning cognitive delays or other issues, again
11 visual, spatial has been mentioned.
12 BY ATTORNEY BROOKS:
13 **Q. Visual spatial, can you just --- for the**
14 **uninitiated, the layman, can you explain what you're**
15 **referring to?**
16 A. For the use of like driving a car, looking at
17 something and being able to estimate where it is or
18 those sorts of things, navigating with a map versus not.
19 ATTORNEY BROOKS: Let me ask the court
20 reporter how many minutes we still have on the clock.
21 COURT REPORTER: We're at six hours, 31
22 minutes, so 29.
23 ATTORNEY BROOKS: Well, I had promised to
24 hand it over with 30 minutes to go, so I have broken my

Page 301

1 word. And I will stop and leave the remainder of the
2 time to counsel for the State of West Virginia, Dave
3 Tryon.
4 ---
5 EXAMINATION
6 ---
7 BY ATTORNEY TRYON:
8 **Q. Hello, Dr. Adkins. Long day. I appreciate your**
9 **time. My name is David Tryon and I do represent the**
10 **State of West Virginia. I would like just to ---.**
11 A. You're cutting out.
12 **Q. Okay.**
13 ATTORNEY BROOKS: You are going to have
14 to speak up very clearly because you are literally
15 disappearing half of the time and we have no work around
16 for that.
17 BY ATTORNEY TRYON:
18 A. Okay.
19 I will speak very loudly. Can you hear me now?
20 A. Yes.
21 **Q. Okay.**
22 **So thank you for your time my. Name is David**
23 **Tryon. I am an attorney for the State of West Virginia.**
24 **I would like to continue with some questions about your**

Page 302

1   rebuttal report. Do you still have that in front of
2   you?
3       A.   Yes.
4       Q.   Okay.
5           First of all, you have indicated that you are
6   --- I'm still here --- give me a moment --- you run a
7   clinic.
8           Correct?
9           ATTORNEY BORELLI: Objection, form.
10          THE WITNESS: I have a clinic that I'm
11  the medical director of, yes.
12  BY ATTORNEY TRYON:
13      Q.   And that is --- I'm sorry, what's the name of
14  the clinic again?
15      A.   Duke Child and Adolescent Gender Clinic.
16      Q.   What is a gender care clinic?
17      A.   For our purposes in my clinic it includes
18  patients who are transgender people who are --- also
19  have intersex conditions as well.
20      Q.   Are there other clinics that you consider gender
21  care clinics elsewhere in the country?
22      A.   Yes.
23      Q.   Would you be able to estimate approximately how
24  many of them there are?

Page 303

1       A.   That number is changing a lot. It would be
2   difficult for me to say accurately.
3       Q.   Would it be over 100?
4       A.   I'm not sure. I'm not sure.
5       Q.   Would it be over 50?
6       A.   Oh, it could be definitely over 50. It could be
7   over 100, but I'm not sure.
8       Q.   And are you --- do you have any meetings with
9   those other gender care clinics?
10          ATTORNEY BORELLI: Objection, form.
11          THE WITNESS: Yes.
12  BY ATTORNEY TRYON:
13      Q.   How many --- what fashion --- are those
14  individual meetings or are they group meetings?
15      A.   A bit of both.
16      Q.   Are you aware of the practices of all of those
17  other gender care clinics?
18          ATTORNEY BORELLI: Objection, form.
19          THE WITNESS: We do talk about practice
20  when we meet with the ones that I meet with. Can't
21  speak to all of the others.
22  BY ATTORNEY TRYON:
23      Q.   You are of course familiar with the practices in
24  your clinic.

Page 304

1       Correct?
2       A.   Yes.
3       Q.   Are you equally familiar with the practices of
4   the other gender care clinics throughout the country?
5           ATTORNEY BORELLI: Objection, form.
6           THE WITNESS: I know a lot about them. I
7   can't say I know everything.
8   BY ATTORNEY TRYON:
9       Q.   Do you know if they have the exact same
10  standards of care and practice that your clinic does?
11          ATTORNEY BORELLI: Objection, form.
12          THE WITNESS: We all have discussed that
13  we follow the Endocrine Society guidelines as well as
14  WPATH guidelines.
15  BY ATTORNEY TRYON:
16      Q.   You have disagreed with some of the guidelines
17  in the WPATH guidelines that Mr. Brooks has shown to
18  you.
19          Correct?
20          ATTORNEY BORELLI: Objection, form.
21          THE WITNESS: I don't think I've seen the
22  WPATH guidelines today.
23  BY ATTORNEY TRYON:
24      Q.   Sorry, the Endocrine Society guidelines?

Page 305

1           ATTORNEY BORELLI: Same objection.
2           THE WITNESS: So the Endocrine Society
3   guidelines are guidelines. All of us who use guidelines
4   do vary some from those guidelines when it's appropriate
5   for the particular patient.
6   BY ATTORNEY TRYON:
7       Q.   Do you know if the other clinics have the same
8   reservations about the policies or guidelines in those
9   --- in the endocrine Society's guidelines that you've
10  expressed today?
11          ATTORNEY BORELLI: Objection, form.
12          THE WITNESS: I've had some discussions
13  with people who have some reservations along the same
14  lines that I do.
15  BY ATTORNEY TRYON:
16      Q.   How many clinics does that represent?
17      A.   Oh, you went out. You went out. Sorry.
18      Q.   How many clinics does that represent?
19          ATTORNEY BORELLI: Objection, form.
20          THE WITNESS: It's difficult for me to
21  say because it is at our annual meeting and for some of
22  the meetings, so it could be a lot. In group meetings
23  that we have, I have some that are one on one and I have
24  some that are about five different groups.

Page 306

1    BY ATTORNEY TRYON:
2        **Q.   So fair to say you don't know?**
3        A.   I'm sorry, you broke up again.
4        **Q.   Is it fair to say you do not know?**
5            ATTORNEY BORELLI:  Objection, form.
6            THE WITNESS:  I do not know what?
7    BY ATTORNEY TRYON:
8        **Q.   You do not know which ones have the same**
9    **reservations that you do about the provisions you've**
10   **expressed reservations about today?**
11           ATTORNEY BORELLI:  Objection, form.
12           THE WITNESS:  I know --- I know --- I
13   know off the top of my head three.  The others I may or
14   may not know where an individual is from when they're
15   talking in all of our meetings.  They are big meetings.
16   BY ATTORNEY TRYON:
17       **Q.   What are those three?**
18       A.   So Rady Children's in Los Angeles and in
19   Seattle, Children's and Texas, Children's.
20   BY ATTORNEY TRYON:
21       **Q.   Are there any gender care clinics in West**
22   **Virginia?**
23           ATTORNEY BORELLI:  Objection to form.
24           THE WITNESS:  I don't know personally any

Page 307

1    endocrinologists that do pediatric endocrinology or
2    gender care in West Virginia.  I'm not aware.
3    BY ATTORNEY TRYON:
4        **Q.   In the rebuttal report, your paragraph 11, I'd**
5    **like to ask you some questions about that.  If you would**
6    **turn there.**
7        A.   I got it.
8        **Q.   When did you --- well, did you write this**
9    **paragraph 11?**
10           ATTORNEY BORELLI:  Objection, form.
11           THE WITNESS:  Yes.
12   BY ATTORNEY TRYON:
13       **Q.   When did you write it?**
14           ATTORNEY BORELLI:  Objection, form.
15           THE WITNESS:  I don't remember.
16   BY ATTORNEY TRYON:
17       **Q.   Was it after you received the expert reports**
18   **from the Plaintiff's experts --- excuse me, from the**
19   **Defendant's experts?**
20           ATTORNEY BORELLI:  Objection, form.
21           THE WITNESS:  So we wrote the rebuttal
22   after we received the expert witnesses from --- yes.
23   BY ATTORNEY TRYON:
24       **Q.   Who is we?**

Page 308

1        A.   I'm sorry.  I wrote it --- I'm sorry.  I'm
2    getting really tired.  I apologize.  I wrote it.
3        **Q.   In the --- I believe it is the third sentence**
4    **says no medical treatment is provided to transgender**
5    **youth until they have reached Tanner stage two.  Do you**
6    **see that?**
7        A.   I do.
8        **Q.   When you say no medical treatment, is that ---**
9    **does that include affirmation therapy?**
10           ATTORNEY BORELLI:  Objection, form.
11           THE WITNESS:  I am not aware of anything
12   called affirmation therapy.
13   BY ATTORNEY TRYON:
14       **Q.   Are you aware of the term affirmation for**
15   **transgender individuals?**
16           ATTORNEY BORELLI:  Objection, form.
17           THE WITNESS:  Gender affirming care is a
18   term I am aware of.
19   BY ATTORNEY TRYON:
20       **Q.   Do you consider gender affirming care to be**
21   **medical treatment?**
22           ATTORNEY BORELLI:  Objection, form.
23           THE WITNESS:  So it is meant to be
24   wholistic, so part of it is medical, part of it is

Page 309

1    social, part of it is surgical.
2    BY ATTORNEY TRYON:
3        **Q.   Is any gender affirming care provided to**
4    **transgender youth before they reach Tanner stage two?**
5            ATTORNEY BORELLI:  Objection, form.
6            THE WITNESS:  So the social transition is
7    considered part of gender affirming care and some
8    individuals do socially transition before Tanner stage
9    two.
10   BY ATTORNEY TRYON:
11       **Q.   Do you assist them in that?**
12           ATTORNEY BORELLI:  Objection, form.
13           THE WITNESS:  Not typically.  They're not
14   usually in my clinic until they are in puberty.
15   BY ATTORNEY TRYON:
16       **Q.   Is there any other type of gender affirming care**
17   **which is conducted or provided prior to Tanner stage**
18   **two?**
19           ATTORNEY BORELLI:  Objection, form.
20           THE WITNESS:  Before Tanner stage two
21   generally it's -- no --- no.  No.
22   BY ATTORNEY TRYON:
23       **Q.   What do you consider to be medical treatment**
24   **which is provided once they reach Tanner stage two?**

Page 310

1    ATTORNEY BORELLI: Objection, form.
2    THE WITNESS: Not every patient is
3  treated with medication. So some do, some don't.
4  Sometimes that is puberty blockers. Sometimes it is
5  not. Sometimes it is gender affirming hormones
6  depending on where they're in their development.
7  BY ATTORNEY TRYON:
8    Q.   What about surgery, is that considered medical
9  treatment provided to transgender youth?
10    ATTORNEY BORELLI: Objection, form.
11    THE WITNESS: So patients who are
12  children aren't having surgeries.
13  BY ATTORNEY TRYON:
14    Q.   What's the difference between youth and
15  children?
16    ATTORNEY BORELLI: Objection, form.
17    THE WITNESS: Youth in general in my mind
18  are somewhat similar to adolescents in that they have
19  started puberty.
20  BY ATTORNEY TRYON:
21    Q.   At what point are --- is --- excuse me, at what
22  point or age is surgery, medical treatment, provided to
23  those who have gender dysphoria or considered to be
24  transgender?

Page 311

1    ATTORNEY BORELLI: Objection, form.
2    THE WITNESS: So you cut out and could
3  you repeat the question?
4  BY ATTORNEY TRYON:
5    Q.   Yes. Let me back up and make sure I understand.
6  Surgery is considered medical treatment.
7    Correct?
8    ATTORNEY BORELLI: Objection, form.
9    THE WITNESS: So I hesitate to use those
10  words. My surgical colleagues would take some offense
11  at that. They consider themselves surgeons and not
12  medicine doctors. So I think that's an opinion there.
13  So I'm not sure that that phrase is appropriate.
14  BY ATTORNEY TRYON:
15    Q.   So when you refer to medical treatment in this
16  statement does that include or exclude surgery?
17    ATTORNEY BORELLI: Objection, form.
18    THE WITNESS: They do not --- yeah, that
19  would be inclusive of surgery in that particular
20  statement.
21  BY ATTORNEY TRYON:
22    Q.   At what point is surgery provided to transgender
23  persons?
24    ATTORNEY BORELLI: Objection, form.

Page 312

1    THE WITNESS: Well, not all individuals
2  who are transgender actually have surgery. It depends
3  on the patient. Many, many do not. Our recommendations
4  are to wait until 18. There is a caveat in the
5  Endocrine Society guidelines where some surgery could
6  happen between 16 and 18, but generally 18 and up.
7  BY ATTORNEY TRYON:
8    Q.   Why wait until 18?
9    ATTORNEY BORELLI: Objection, form.
10    THE WITNESS: That is the --- as I
11  understand it, the legal time at which a person has ---
12  what is the word for it? You all are the legal people.
13  I'm probably going to say it wrong, the ability to
14  legally consent to things. Prior to that, we do get
15  what's called an assent from the patient, but it's a
16  little different than a consent from the patient if
17  we're doing a general procedure.
18  BY ATTORNEY TRYON:
19    Q.   Why is that legal consent different for surgery
20  then it is for puberty blockers?
21    ATTORNEY BORELLI: Objection, form.
22    THE WITNESS: As I mentioned before,
23  puberty blockers aren't a permanent effect and surgery
24  is complicated to reverse.

Page 313

1  BY ATTORNEY TRYON:
2    Q.   At the point in time that you prescribe puberty
3  blockers for a natal male, that person has at that point
4  concluded that they have a gender identity of female.
5    Correct?
6    ATTORNEY BORELLI: Objection, form.
7    THE WITNESS: So for puberty blockers
8  they may not totally be clear on their gender identity.
9  They do have dysphoria with the changes that are
10  happening to their body at the time and need time to get
11  a better understanding of their gender identity.
12  BY ATTORNEY TRYON:
13    Q.   At what point do we know that they have a full
14  understanding of their gender identity?
15    ATTORNEY BORELLI: Objection, form.
16    THE WITNESS: Again, we do our best to
17  take each patient as they get older and they are
18  consistent for a period of time. Again, the
19  recommendation are at least six months. Everyone is
20  different. Most of my patients' identity isn't changing
21  substantially. Their understanding of their identity
22  isn't changing substantially for longer than that before
23  one would do anything different other than puberty
24  blockers.

Page 314

```
 1   BY ATTORNEY TRYON:
 2        Q.   At what point --- someone comes to you and says
 3   I am a biological male or assigned male at birth,
 4   however you want to term that, but I identify it as a
 5   --- let me rephrase that because I'm not sure I said
 6   that right.
 7             Someone comes to you and says I was born an
 8   assigned male at birth, but I identify as a female.  I
 9   have identified as a female for two years now and I want
10   to move forward with any treatment possible so that I
11   can feel comfortable with my true identity as a female.
12   You accept that as their true identity?
13             ATTORNEY BORELLI:  Objection, form.
14             THE WITNESS:  You didn't give an age and
15   I do way that into consideration.
16   BY ATTORNEY TRYON:
17        Q.   Let's say a ten year old?
18             ATTORNEY BORELLI:  Objection, form.
19             THE WITNESS:  So we as I mentioned in my
20   earlier testimony also use assessments from other
21   individuals with regard to the consistency of their
22   gender identity and including family as well as their
23   mental health providers and we would provide
24   individualized care based on that patient.
```

Page 315

```
 1   BY ATTORNEY TRYON:
 2        Q.   At that point do you actually give a diagnosis
 3   that they are their true gender identity is female or
 4   what happens?
 5             ATTORNEY BORELLI:
 6             Objection, form.
 7             THE WITNESS:  Again, gender identity is a
 8   core part of their being and their understanding of it
 9   at the time is their understanding of it at the time and
10   that is the only way that we can decide what someone's
11   gender identity is.
12   BY ATTORNEY TRYON:
13        Q.   So at that point in time where the child is 10
14   or 12 or 14, at that point in time where they have
15   concluded my true gender identity is not my natal sex of
16   male but rather my true gender identity is a female, why
17   shouldn't that child then be able to say I want gender
18   --- I want surgery to remove my penis?
19             ATTORNEY BORELLI:  Objection, form.
20             THE WITNESS:  So we don't want to do
21   anything that's permanent until a person is older and
22   their cognitive development is broader.  And in some
23   cases, you know --- well, I'll stop there.
24   BY ATTORNEY TRYON:
```

Page 316

```
 1        Q.   If that child says, this is extremely harmful to
 2   me to still have my penis at this age, I want it
 3   removed, and you said yourself that is extremely harmful
 4   to not allow this child to not play on a sports team
 5   with which that child identifies, isn't having a penis
 6   when the child doesn't want one even more harmful?
 7             ATTORNEY BORELLI:  Objection, form.
 8             THE WITNESS:  I think they're both ---
 9   those situations could cause a risk for self harm and
10   suicide.  We would not like to do something that is
11   permanent.  Playing on a sports team is not something
12   that is unchangeable.
13   BY ATTORNEY TRYON:
14        Q.   But you told me, you told us, that gender is
15   unchangeable and that child at that point has
16   identified as a female.  And since that is not going to
17   change what is the harm in removing that child's penis?
18        A.   You broke up after what is the harm in removing
19   that child.
20        Q.   That child's penis?
21             ATTORNEY BORELLI:  Objection, form.
22             THE WITNESS:  I stated that their
23   understanding of their gender identity occurs over the
24   lifespan and so we want to be very careful with regard
```

Page 317

```
 1   to that --- any permanent treatment.
 2   BY ATTORNEY TRYON:
 3        Q.   So you're saying you don't --- you're saying you
 4   don't believe that that child's true identity is a
 5   female, true gender identity is a female, you doubt that
 6   child?
 7             ATTORNEY BORELLI:  Objection, form.
 8             THE WITNESS:  I don't doubt what my
 9   patients tell me because --- what they tell me is their
10   truth and their identity.  I do like --- think it is
11   important when you are making these decisions to again
12   corroborate that with other individuals who are with the
13   family --- I'm sorry, with the person.  And we want to
14   make sure that that is a durable place where their
15   understanding is.  Ideally, we would like for it to be
16   as understood as it might be before making a decision
17   that is a permanent decision like surgery.
18             VIDEOGRAPHER:  Mr. Tryon, I sent you a
19   chat, I didn't know if you saw that.  I just wanted to
20   give a five-minute warning.
21             ATTORNEY TRYON:  Oh, it's five minutes
22   left?  Thank you.  I did not see that.  One moment.
23   BY ATTORNEY TRYON:
24        Q.   You are getting paid as an expert witness in
```

Page 318

1    this case right?
2          ATTORNEY BORELLI:  Objection, form.
3          THE WITNESS:  Yes.
4    BY ATTORNEY TRYON:
5       **Q.   Are you being paid as an expert witness in**
6    **connection to any other litigation or testimony or any**
7    **other statutes --- similar statutes?**
8          ATTORNEY BORELLI:  Objection, form.
9          THE WITNESS:  I am --- have not been
10   paid.  I am involved in other --- another case, two
11   cases.
12   BY ATTORNEY TRYON:
13      **Q.   What are those other two cases?**
14      A.   I'm not going to be able to tell you the name
15   because I'm terrible with names.  It involves
16   transgender care in Arkansas as well as in
17   sports-related issues with transgender youth in Florida.
18      **Q.   Have you testified in those cases yet?**
19      A.   I have not.
20      **Q.   You testified in other cases.**
21         **Right?**
22      A.   You broke up again.  Could you repeat?
23      **Q.   You have testified in other cases.**
24         **Right?**

Page 319

1       A.   Yes.
2       **Q.   Which cases are those?**
3       A.   The transgender-related cases were with Adams in
4    Florida.  Why am I blanking?
5       **Q.   Connecticut?**
6       A.   I did not actually --- I have not been deposed
7    in --- except for Adams.
8       **Q.   Okay.**
9          **In your --- in your expert report you say that**
10   **I have testified twice as an expert at trial or**
11   **deposition.**
12      A.   Yeah, I was involved in another case as an
13   expert witness and was deposed for a case involving an
14   infant with fractures that were --- there was concern
15   for abuse.
16      **Q.   I'm sorry, you froze on me.  Can you tell me**
17   **what that was again?**
18      A.   Yeah.  There was a case that I was involved with
19   where the patient's parents --- they had concern for
20   abuse from the parents because the child had fractures.
21      **Q.   Well, I'm running out of time, so let me glance**
22   **through my notes and see if there is anything else.  Do**
23   **you disagree with the policies of the other agents ---**
24   **excuse me, of the sporting organizations which require a**

Page 320

1    delay in time before a transgender female can
2    participate in those sports?
3          ATTORNEY BORELLI:  Objection, form.
4          THE WITNESS:  I think it would be better
5    for the patient if they did not have to delay.
6    BY ATTORNEY TRYON:
7       **Q.   So you --- if it was up to you, you would**
8    **eliminate that delay that is required by these other**
9    **sports organizations.**
10         **Is that right?**
11         ATTORNEY BORELLI:  Objection, form.
12         THE WITNESSS:  I think it would be better
13   for my patients.  Yes.
14   BY ATTORNEY TRYON:
15      **Q.   And you think those organizations should change**
16   **their policies to satisfy what your concern is?**
17         ATTORNEY BORELLI:  Objection, form.
18         THE WITNESS:  You know, there is a lot to
19   weigh there.  I am not sure that I would be able to like
20   say for their purposes.  I don't know all of the things
21   that are there.  For my patients what would be best for
22   them is to not to have to have that delay.
23   BY ATTORNEY TRYON:
24      **Q.   But would you agree with me that the State of**

Page 321

1    **West Virginia had a lot to weigh as well when it put in**
2    **place its legislation before they passed the law?**
3          ATTORNEY BORELLI:  Objection.  Objection,
4    form.
5          THE WITNESS:  I would hope that every
6    piece of legislation is weighed heavily.
7    BY ATTORNEY TRYON:
8       **Q.   And you would agree that in this case there was**
9    **a lot to weigh on a number of different issues before**
10   **they passed the law.**
11         **Correct?**
12         ATTORNEY BORELLI:  Objection, form.
13         THE WITNESS:  I would agree.  And I
14   wasn't there to know what was, so I agree there should
15   be.
16   BY ATTORNEY TRYON:
17      **Q.   I'm sorry.  I didn't catch that.  You froze up.**
18   **Can you repeat that?**
19      A.   Sure.  I agree there should have been.  I wasn't
20   there to hear what happened with regard to the process,
21   so I don't know if they actually did that.
22         ATTORNEY TRYON:
23         Thank you.  Do I have any time left,
24   Jacob?

Page 322

```
 1              VIDEOGRAPHER:  I think that's the cap.
 2              ATTORNEY TRYON:  Okay.
 3              Dr. Adkins, thank you very much for your
 4       time.  Appreciate it.
 5              ATTORNEY BORELLI:  This is Tara Borelli
 6       for Plaintiff, B.P.J..  Plaintiff has no questions for
 7       the witness.  We will read and sign.
 8              VIDEOGRAPHER:  That concludes this
 9       deposition.  Current time reads 5:56 p.m. Eastern
10       Standard Time.
11                  * * * * * * *
12         VIDEOTAPED DEPOSITION CONCLUDED AT 5:56 P.M.
13                  * * * * * * *
14
15
16
17
18
19
20
21
22
23
24
```

**A**

**a.m** 3:8
14:14 66:2
66:9
130:16
**abbrevia...**
67:22
**ability**
30:23 31:4
104:17
109:1
179:1
239:1
241:4
312:13
**able** 29:4,6
31:14
39:3 40:2
50:12
71:14 75:9
100:10
126:20
129:13,16
163:13
191:9,24
209:2
255:2
259:15
280:10
292:19
294:23
296:16
300:17
302:23
315:17
318:14
320:19
**abnormal**
70:17
**abnormal...**
40:20,23
69:23 70:3
**abnormality**
40:19 70:8
**absent** 55:20
56:10 72:4
72:12
266:12
**absolute**
292:2
**Absolutely**
282:12

**abstract**
68:15
**abuse** 220:9
319:15,20
**academic**
19:5 32:10
**accelera...**
57:2
**accept**
314:12
**accepted**
57:1
77:20
299:5
**access**
100:13,15
100:15
208:9
210:12,16
210:17,22
**acclimation**
31:7
**accompanied**
105:13
261:15
**accompli...**
26:18
**account**
162:5
**accuracy**
171:17
**accurate**
36:7 57:21
63:10,16
71:16,16
74:3,10
76:7,21
77:21
78:17
79:16 80:2
80:14
82:24 92:4
94:1 95:8
99:5 101:7
112:6
128:6
158:9
172:18
176:14
190:21
195:21
270:3
278:9

294:22
**accurately**
64:20
99:22
102:10
190:11
294:16
303:2
**acknowledge**
235:19
**ACLU** 16:9
**act** 270:23
**Action** 14:19
**Activities**
1:11 5:23
15:20
**activity**
79:13
**actual** 27:2
40:8 45:13
119:16
205:19
206:9
207:9
**Adams** 172:14
173:1
319:3,7
**add** 83:2
**addition**
64:4
168:23
177:11
179:7
208:20
244:11
**additional**
297:1
**address**
96:24
100:10,16
189:8
202:19
**addressed**
182:6
**addresses**
139:3
**adequate**
179:23
193:7
284:18
**adequately**
50:4
**Adkins** 1:19

2:8 3:3
8:4 9:5,24
14:21
16:14 17:4
17:9,11,14
17:16,18
17:19,21
18:8,14,18
19:3 27:9
31:22
42:21 43:4
48:13
58:16,19
61:2 63:19
65:17
70:13 84:1
86:13 87:5
87:10 96:6
101:1
114:3
125:10
126:23
128:5
131:2,9,14
141:10
143:7,12
148:14
149:1
156:24
157:5
162:2
169:19
170:4,12
190:10
194:22
212:13,18
215:15
225:1,4,5
228:16
230:18
235:19
239:24
243:21
254:15
255:10
260:20
261:24
265:20
267:21
274:11
282:19
284:17
286:4

298:4
301:8
322:3
**administ...**
192:22
196:23
260:24
264:22
265:10,20
266:9
272:23
**administ...**
191:22
197:11
260:11
267:3
281:9
**admit** 18:7
268:10
275:22
**adolescence**
231:9,20
232:5
233:3,12
234:11
236:16
237:1
244:7
253:7,11
253:15
256:18,21
258:8,12
259:2,3
271:24
283:13
284:13
**adolescent**
19:22 20:3
20:13
32:20
33:21
302:15
**adolescents**
222:11
234:2
250:13
256:22
259:5
293:20
310:18
**adult** 208:8
209:1,3
210:7,20

**adulthood**
242:11
256:18
258:2,8
259:2
275:7
**adults** 209:1
222:15,22
246:12,22
262:18
263:11
276:22
**advantage**
156:22
159:15
**advantages**
160:8
**advise** 271:5
272:6
**advises**
272:6
**advising**
181:21
**affect** 91:8
222:12
245:15
246:2
247:8
**affidavit**
239:8
**affirmation**
308:9,12
308:14
**affirmed**
147:1
168:18
**affirming**
23:24
109:24
182:16
271:13,22
308:17,20
309:3,7,16
310:5
**afternoon**
113:22
114:8
131:3
**age** 22:5
27:22
137:12
152:7,13
153:4

155:2
157:22
169:10
206:10
207:23
208:5
209:8
216:20
252:3
287:9
310:22
314:14
316:2
**agency** 1:24
**agender** 94:5
161:19
**agents**
319:23
**ages** 251:19
253:22,22
**ago** 112:21
128:3
171:20
194:5
211:13
240:1
277:2
**agree** 28:18
31:7 32:2
40:5 43:12
70:6,15,23
71:6,21
73:9,16
77:12,17
84:23
85:21 86:5
86:13
88:18,24
89:4,6
92:8
101:12
139:2
140:9
141:10
152:16
198:7
219:12
230:9
240:24
247:6
248:3,15
248:21
249:1,2

270:1
289:4
297:18
300:6
320:24
321:8,13
321:14,19
**agreed** 14:3
**ahead** 175:12
193:9
229:1
282:4
**aides** 190:13
**al** 14:18,19
24:5,21
25:3 58:16
**alienated**
184:4
**align** 164:4
224:13
**allergies**
77:3
**Alliance** 7:9
14:24
**allow** 38:21
260:16
264:18
316:4
**allowed**
106:7
132:17
142:19
168:16
170:21
**allowing**
147:1
**allows** 77:17
165:21
**altered**
224:12
**alternation**
95:4
165:12,19
226:16
**alternat...**
72:17,17
**amazing** 57:5
**ambiguity**
53:20 54:6
**American** 4:4
20:1 215:3
**amount** 57:5
159:18

**amputation**
129:24
**Amsterdam**
44:6
262:16
**analogs**
52:16,21
**analysis**
68:18
176:5
**anatomy** 85:5
85:22 86:7
86:15
**and/or** 82:9
**Anderson**
9:23 213:6
213:21
215:12,15
215:21,22
216:3
218:6,17
**Andrew** 4:10
16:5
**anecdotal**
297:19
**Anesthesia**
23:24
**Angeles**
67:19
306:18
**animal** 63:21
68:18
**annual**
305:21
**answer** 25:23
39:23 40:2
42:8 61:2
74:9 77:2
102:5
110:8
118:17,19
126:23
129:12,14
134:23
136:2
137:20
142:12
147:10,13
152:2
161:11,14
166:22
167:2
193:8

197:15
201:17
248:12
260:18
261:11
276:8
**answered**
80:17,17
109:16
118:14,18
144:23
248:9
**answering**
99:22
146:10
160:12
186:23
**answers**
110:7
**anxiety**
106:2,3
148:6
262:10
264:15
**anybody**
31:11
211:2
**apart** 141:1
141:4,6
266:20
**apologize**
32:15 37:9
59:9 106:1
110:14
123:10
133:9
146:10
181:20
190:5
240:10
246:17
255:19
260:18
267:20
296:7
308:2
**apparently**
170:17
**appear** 23:18
47:3
184:22
185:16
195:10

appeared
   173:19
appearing
   196:24
   197:12
appears 53:2
   100:11
   185:13
   247:20
   256:21
applicat...
   65:10
applied 58:2
applies
   128:4,7
   147:15
   268:18
apply 133:18
   268:20
   270:7
   282:2
appointm...
   32:12 33:3
appreciate
   29:21
   301:8
   322:4
approach
   27:1
   284:24
appropriate
   20:9 22:5
   62:21 75:9
   106:21
   112:2
   280:3
   305:4
   311:13
appropri...
   182:6
approval
   195:17
approvals
   276:23
approved
   197:8
   274:14,24
   275:5
   276:21,22
approving
   271:6
approxim...
   33:12 34:2

110:10,22
302:23
approxim...
   33:10
area 52:7,8
   57:3
   104:18
   105:15,20
   127:7
   128:17
   151:24
   159:23
   171:23
   178:23
   180:17
   181:13,22
   229:12
   232:18
   299:15
areas 103:6
   103:21
   104:9
   285:4,12
   285:15
Arkansas
   318:16
ARMISTEAD
   6:23 7:12
arrangement
   70:16
art 268:23
   269:2
arthritis
   91:17
article 9:10
   9:15,16,18
   9:19,22
   10:5,6
   24:4,12,21
   25:3,9
   54:12
   58:15,20
   59:15,20
   61:4,9
   63:2 131:5
   131:10
   136:6,9
   139:11
   141:16,18
   141:20
   142:5,5,7
   142:9
   143:3,8

148:10,16
149:2,4,7
149:22
156:18
157:1,9,13
158:12,12
212:8,9,14
212:23
213:4,6
214:7
215:12
220:24
221:3
228:12,17
250:19
254:9,12
254:16
255:9,24
257:6
264:16
296:2,13
296:18
article's
   61:4
articles
   50:20
   54:14 59:1
   59:13
   197:5
   221:1
   236:7
ascertain
   102:21
asked 37:13
   56:18
   75:10 81:4
   105:3
   126:10
   127:11
   130:4
   140:23
   147:18
   204:2
   215:20
   236:7
   260:21
   276:4
   277:2
asking 54:19
   54:22
   64:16
   71:21
   129:10

134:8
140:24
142:4,10
160:11
257:16
aspect
   168:20
assault
   216:24
   217:7
assaulted
   126:18
   216:21
assay 155:8
assent
   312:15
assert
   270:13
asserted
   238:18
   295:21
asserting
   57:8
assertion
   95:20
   133:14
   150:19
   167:20
   225:14
   270:2
   297:8
assertions
   158:24
asserts
   102:8
asses 102:18
   179:1
assess 151:4
   151:4
   242:1
assessed
   27:24
assessment
   98:13
   177:6,23
   188:3,6
   217:4
   221:9
   268:16
   283:11
assessments
   314:20
assign

101:23
122:8,14
122:15
assigned
   55:10,11
   64:3 65:10
   72:2 73:10
   79:20
   101:22
   102:4,14
   116:23
   126:11
   128:18
   135:18
   138:1
   145:8
   146:23
   147:12,14
   147:19
   148:1
   152:10,24
   153:16
   154:8
   168:14
   169:16
   173:4,21
   174:2,15
   175:6
   192:12
   217:11
   231:15
   232:2
   242:19
   251:18,24
   253:3
   314:3,8
assignment
   34:24 35:7
   55:13,19
   56:15 84:7
   137:10
assist
   309:11
assisting
   150:11
   246:10,20
   263:18
Associate
   32:16
associated
   32:12 44:5
   67:18
   115:3

116:6,14
116:24
177:1,17
179:10,22
184:9
211:2
229:7
244:6
290:19
297:21
299:5,19
**Association**
20:2 215:3
**assume** 80:7
80:8
119:13
**assumption**
159:5
**assure** 65:6
139:23
**athlete**
123:18
145:15,20
**athletes**
134:2,14
135:11
145:12
146:18,19
**athletic**
21:14
27:21
132:10
137:8
151:19
159:15
160:8
162:3
**athletics**
120:9,14
120:18,22
121:9
128:16
129:1
132:12
134:5,17
135:14
151:9
166:18
168:6
280:18
**atrophic**
53:13
**attacked**

217:15
**attempt**
209:24
**attempted**
211:2
234:16
290:11
295:16
**attempts**
206:20
207:1,5,9
207:12
**attend** 31:4
119:8
**attended**
188:23
**attention**
60:4 76:2
79:5 92:20
93:4,18
103:8
112:14
138:3
164:18
225:10
271:19
**attorney** 2:1
8:6,8 11:3
12:3 13:3
14:21,23
15:2,4,6,8
15:9,11,14
15:18,21
15:24 16:3
16:5,7,9
16:21 17:3
17:8 18:2
18:6,11,17
18:23 19:2
19:11,15
19:18,20
20:6,10,15
20:18,21
20:23 21:2
21:7,10,12
21:15,17
21:20,23
22:2,6,9
22:12 23:9
23:12
24:15,17
24:24 25:2
25:11,13

25:17,18
25:22 26:2
26:6,11,15
26:17,20
27:12,14
27:23 28:2
28:5,7,9
28:14,21
29:1,7,10
29:15,23
30:13,19
31:5,12,19
32:2,7,8
33:5,8,22
33:24 34:3
34:6,13,15
34:18,20
36:2,8,11
36:16,20
37:1,6,10
37:12,16
37:19,24
38:12,16
38:19 39:3
39:5,8,12
39:15,18
39:22 40:1
40:4,7,10
40:13,15
40:22 41:1
41:6,9,14
41:16 42:4
42:9,14,16
43:1,3,15
43:17,23
44:2,11,15
45:5,7,19
45:22 46:5
46:10,16
47:5,10,12
47:17 48:1
48:5,9,17
48:23,24
49:4,6,10
49:12 50:7
50:10,14
50:21 51:1
51:3,21
52:2,5,9
52:22,24
53:1,4,9
53:11,23
54:4,10,18

54:24 55:3
55:8,12,17
55:23 56:6
56:9,13,16
56:24 57:7
57:11,15
57:23 58:4
58:9,13,23
59:4,7
60:6,9,12
60:14,22
61:1,10,14
61:17,20
62:8,17,24
63:8,12,18
63:24 64:6
64:11,15
64:17,22
65:1,4,8
65:12,23
66:10 67:5
67:8 68:10
68:12
69:10,13
69:19,22
70:1,5,9
70:12,18
70:22 71:9
71:13,17
71:20,23
72:3,9,15
72:19,20
72:22,24
73:7,12,17
73:23 74:4
74:8,12,15
75:2,5,8
75:12,15
75:21,24
76:8,10,15
76:18,22
77:1,14,19
77:24 78:6
78:10,12
78:15,18
79:10,14
79:17,21
80:3,6,15
80:23 81:3
81:6,9,17
82:2,6
83:1,4,9
83:11,14

83:18,22
83:24 84:5
84:12,22
85:1,14,20
85:24 86:4
86:8,12,16
86:19,24
87:9 88:20
89:1,5,8
89:15,20
90:4,6,17
90:24 91:6
91:10,14
91:16 92:5
92:11 94:3
94:9,13,16
94:21,24
95:10,16
95:22 96:1
96:11,18
96:21
97:12,17
98:3,8,14
99:6,9,19
99:23
100:7,9,14
100:19,20
100:22
101:5,9,15
102:6,12
102:20,24
103:7,24
104:3,11
104:22
105:7,16
105:22
106:10,14
106:22
107:2,4,8
107:11,16
107:22
108:3,7,12
108:14,18
109:4,10
109:15,20
110:23
111:6,11
111:16
112:11,13
113:1,11
113:13,17
113:20
114:1,7,10

| | | | | |
|---|---|---|---|---|
| 114:14 | 141:9,15 | 168:2,7,9 | 191:17,19 | 213:22,24 |
| 115:16 | 141:17,21 | 168:11 | 191:20 | 214:3,5,8 |
| 116:8,11 | 141:23 | 169:2,8,18 | 192:3,5,18 | 214:13,21 |
| 116:17 | 142:2,8,13 | 170:8,16 | 192:20 | 214:23 |
| 117:2,7,10 | 142:15,24 | 170:24 | 193:4,14 | 215:6,9,19 |
| 117:17,22 | 143:2,11 | 171:3,7,9 | 193:16,18 | 215:23 |
| 118:4,9,13 | 143:21,22 | 171:12,15 | 193:22 | 216:1,6,8 |
| 118:16,20 | 144:8,11 | 171:18,21 | 194:2,4,8 | 216:13,15 |
| 118:22 | 144:19,24 | 172:3,6,16 | 194:10,21 | 217:1,5,10 |
| 119:2,5,10 | 145:7,16 | 172:19 | 195:2,5,12 | 217:17 |
| 119:15,19 | 145:21,24 | 173:10,13 | 195:13,19 | 218:20 |
| 119:22 | 146:8,16 | 173:17,22 | 196:1,4,8 | 219:2,9,14 |
| 120:1,5,10 | 146:22 | 174:1,3,12 | 196:12,15 | 220:16,19 |
| 120:15,24 | 147:9,16 | 174:13,17 | 196:19,21 | 220:21 |
| 121:5,11 | 147:17,24 | 174:23 | 197:2,9,14 | 221:5,20 |
| 121:13,22 | 148:9,21 | 175:3,7,10 | 197:18 | 222:5,9,13 |
| 123:2,19 | 148:24 | 175:14,18 | 198:4,11 | 222:17,20 |
| 123:21 | 149:20 | 175:19,23 | 198:13,20 | 222:24 |
| 124:4,7,12 | 150:4,8,15 | 176:6,17 | 198:22 | 223:2,10 |
| 124:14,19 | 150:24 | 176:22 | 199:15 | 223:13,18 |
| 124:24 | 151:6,11 | 177:4,15 | 200:2,8,14 | 223:21 |
| 125:4,9,22 | 151:14,22 | 177:20 | 200:18,20 | 224:2,6,18 |
| 125:24 | 152:4,8,11 | 178:3,9,14 | 200:22 | 224:20,21 |
| 127:8,19 | 152:15,17 | 178:20 | 201:1,7,20 | 224:23,24 |
| 127:22,23 | 152:23 | 179:3,13 | 201:21 | 225:8 |
| 128:8,9,11 | 153:1,10 | 179:19 | 202:2,5,7 | 226:8,12 |
| 128:13 | 153:17,22 | 180:1,5,9 | 202:13,21 | 226:22 |
| 129:4,9,18 | 153:24 | 180:11,15 | 203:4,14 | 227:2,7,12 |
| 130:11,14 | 154:6,11 | 180:19 | 203:18,20 | 227:16,20 |
| 130:24 | 154:16,24 | 181:7,9,15 | 204:10,13 | 228:1,8,10 |
| 131:13,18 | 155:4,10 | 181:19,23 | 204:17,22 | 228:11,20 |
| 131:21 | 155:12,15 | 182:2,8,17 | 205:2,4,7 | 229:13,16 |
| 132:6,9,15 | 155:19 | 182:21 | 205:8,13 | 229:18,21 |
| 132:20 | 156:2,8,13 | 183:1,6,12 | 205:17,21 | 230:11,17 |
| 133:6,8,10 | 156:17 | 183:16,18 | 206:1,5,7 | 231:1,11 |
| 133:13,21 | 157:4 | 183:21 | 206:11,13 | 232:7,9,13 |
| 133:24 | 158:10,20 | 184:1,6,7 | 206:16,23 | 232:21 |
| 134:7,11 | 159:1,7,17 | 184:10,16 | 207:3,7,10 | 233:4,5,13 |
| 134:19 | 159:22,24 | 184:21,24 | 207:14,17 | 233:16,20 |
| 135:3,16 | 160:5,9,14 | 185:2,3,6 | 207:21,24 | 234:4,18 |
| 135:22,24 | 161:1,2,5 | 185:8,12 | 208:2,6,10 | 234:22 |
| 136:4 | 161:12,17 | 185:21 | 208:15 | 235:2,3,14 |
| 137:3,14 | 162:1,7,13 | 186:2,4,12 | 209:4,11 | 235:18,22 |
| 137:18 | 162:16,19 | 186:16 | 209:13,16 | 236:5,9,12 |
| 138:2,11 | 162:24 | 187:1,9,13 | 209:19,23 | 236:18,21 |
| 138:14 | 163:2,6,12 | 187:18,23 | 210:4,9,14 | 237:3,13 |
| 139:5,7,12 | 163:15,18 | 188:5,9,14 | 210:24 | 237:16,18 |
| 139:15,24 | 164:23 | 188:19,22 | 211:6,9,15 | 237:22 |
| 140:3,7,15 | 165:4,6 | 189:2,5,11 | 211:19 | 238:1,5,7 |
| 140:16,18 | 166:1,6,12 | 189:17 | 212:6,17 | 238:12,15 |
| 140:20,22 | 166:21,24 | 190:3,9,15 | 212:21 | 238:22 |
| 140:24 | 167:3,13 | 190:17,23 | 213:2,8,12 | 239:5,13 |
| 141:3,5,7 | 167:19,24 | 191:5,12 | 213:15,19 | 239:18 |

240:9,12
240:13,15
240:17
241:3,8,14
241:20
242:4,6,8
242:16
243:2,14
243:18,20
244:21,23
245:5,6,10
245:12,19
245:21
246:4,9,15
246:19,24
247:4,10
247:11,23
248:2,7,10
248:19
249:3
251:4,6,11
251:12,16
252:5,9,11
252:13,16
252:17,22
252:23
253:1,5,9
253:13,16
253:20
254:2,7,22
255:4,8,19
255:22
257:12,15
257:22,24
258:4,6,10
258:14,19
258:23
259:6,9,14
259:17,19
259:22
260:3,6,12
260:19
261:2,10
261:17,23
262:4,5,8
262:14,19
262:22
263:3,12
263:16,22
264:3,7,9
264:12,21
265:2,8,15
265:19

266:1,2,4
266:8,14
266:17,22
266:24
267:6,10
267:13,17
267:23
268:8,14
268:19,24
269:3,16
269:19,22
269:24
270:4,12
270:16,21
271:1,3,10
271:15
272:2,4,10
272:20,24
273:2,8,16
273:23
274:10,16
274:18,22
275:13,15
275:21
276:2,9,11
276:18
277:1,5,13
277:17,20
277:23
278:1,8,10
278:16,20
279:10,15
280:1,4,9
280:13,21
280:22
281:1,5,23
282:3,6,11
282:16,18
283:24
284:5,8,21
285:6,10
285:13,17
285:20
286:8,17
286:19
287:16,18
287:21,23
288:4,6,19
288:21
289:2,5,20
289:23
290:5,6,14
290:16,22

291:1,7,9
292:3,7,13
292:24
293:5,7
294:4,12
294:18,20
295:10,15
295:18,20
296:19,21
297:24
298:3,8,15
298:22
299:3,7,11
299:22,24
300:4,12
300:19,23
301:7,13
301:17,23
302:9,12
303:10,12
303:18,22
304:5,8,11
304:15,20
304:23
305:1,6,11
305:15,19
306:1,5,7
306:11,16
306:20,23
307:3,10
307:12,14
307:16,20
307:23
308:10,13
308:16,19
308:22
309:2,5,10
309:12,15
309:19,22
310:1,7,10
310:13,16
310:20
311:1,4,8
311:14,17
311:21,24
312:7,9,18
312:21
313:1,6,12
313:15
314:1,13
314:16,18
315:1,5,12
315:19,24

316:7,13
316:21
317:2,7,21
317:23
318:2,4,8
318:12
320:3,6,11
320:14,17
320:23
321:3,7,12
321:16,22
322:2,5
**attracted**
  61:24
**attribut...**
  105:4
**attributes**
  285:23
**audio** 39:2
  185:19
  190:1,7
  198:2
  199:13
  202:1
**August** 170:2
**Australia**
  158:13,18
  158:21
**Australian**
  157:22
**author** 25:14
  26:3 43:18
  43:19
  48:18,19
  59:1 62:18
**authoriz...**
  1:23
**authorized**
  210:11
**authors** 24:6
  25:10
  42:18 50:2
  51:14 53:5
  67:3,18
  157:20
  218:5
  219:5
  221:17
**autism**
  182:20,24
  183:3,8,9
  183:14,24
  184:3,12

184:13
**availabi...**
  271:7
**available**
  17:12
  18:24
  66:20
  95:14
  202:17
  234:21,21
  244:17
  246:11,21
  261:22
  268:2
  270:6
  274:3
  292:9
**average**
  152:21
  153:3,11
  153:19,23
  154:8
  155:1,16
  160:8,12
  209:9,17
  209:21,22
  260:24
  287:13
**averages**
  153:18
  287:22
**avoid** 146:2
**avoided**
  41:22
**avoiding**
  166:8
  167:8
**aware** 35:22
  36:3,17
  37:2,20
  39:9 50:19
  87:19
  91:15
  116:7,14
  120:16,19
  121:6
  131:15,19
  131:23,24
  132:10
  142:10
  149:2
  163:1
  205:18

206:2,24
214:1
220:13,20
223:14,22
229:11
232:23
233:8,17
233:24
236:3
259:10,24
261:13,24
262:23
264:1
271:4
281:6
303:16
307:2
308:11,14
308:18
**awful** 113:22
**AZ** 6:22  7:11

**B**
**B.P.J** 1:4
14:18
15:23
27:11,16
119:23
120:2,3,4
322:6
**B.P.J.'s**
27:21
**baby** 138:22
**back** 18:12
37:13  59:5
66:8  81:10
92:22,23
114:15,16
130:22
131:2
141:18
160:16
169:20
172:24
176:19
182:10
189:4
194:7,19
198:15
203:15
216:10,16
221:7
223:12

239:16
243:12
293:16
298:23
311:5
**background**
142:22
190:3
**backing** 99:3
**backup** 202:3
202:15
**bad** 279:1
**Bailey** 6:11
15:12
**balance**
33:17
138:20
**Barr** 4:10
16:5,5
**base** 119:13
210:23
**based** 35:1,7
55:14  90:8
120:18
122:8
132:3,12
132:17
134:17
135:14
142:18
151:4
152:20
166:4
173:6
174:14
187:14
211:18,20
211:21,24
217:12
232:19
235:24
241:12
274:3
275:5
277:10,22
281:10
287:22
292:8
294:7
295:6
298:18
314:24
**baseline**

39:13
174:19
175:24
176:2
**basic** 66:15
85:6
190:10
286:21
289:3
**basis** 114:19
162:5
179:23
227:23
250:18
253:23
297:8
298:6
**beat** 143:17
**beautiful**
235:17
**becoming**
144:17
147:21
273:6,21
**bed** 106:5
**began** 27:16
**beginning**
54:14
68:15
93:10
110:18
114:23
147:10
174:18
190:18
216:23
251:8
252:19,24
253:24
259:12
273:17
287:19
288:2,17
**begins** 44:22
60:10
68:16
74:18,22
78:20
82:19  85:3
88:16  93:8
93:12,20
97:4  98:17
136:10

138:4
197:21
219:17
220:1,3
221:8
256:11
283:1
286:24
**behalf** 3:3
15:12,19
15:22  16:1
16:4,6,10
30:15
**behaviors**
102:18
**belief** 52:3
84:13
**believe** 22:3
22:7  25:12
30:22
31:20
62:18
69:14
75:12  76:6
76:13,20
79:9  80:12
80:16,17
81:20
82:23
83:12,19
84:1  89:14
92:4  95:8
99:5
105:18
110:15
135:10
145:17
150:5
176:8,13
190:10
197:22
199:19
201:11
215:20
217:6
227:14
241:9
242:9
247:7
249:11
264:4
277:6
285:24

286:1
294:6
308:3
317:4
**believed**
108:1
174:15
175:1
220:8
**belong**
230:15
**belonging**
92:16
**beneficial**
281:20
**benefit**
185:1
**benefits**
267:15
**best** 25:4
60:18
62:22
111:15
112:12
114:3
115:21
136:15
149:14
150:21
165:4
167:7
201:13
221:3
243:1
255:4
264:20
313:16
320:21
**better** 29:18
85:19
107:12
124:22
129:12
145:2
193:10
239:3
260:23
284:12
313:11
320:4,12
**beyond** 22:8
28:17
129:1

bias 233:23
biasing
  280:19
big 147:2
  292:2
  306:15
biggest 30:4
  297:12
binary 45:16
  51:18,23
  52:1 62:13
  62:15
biological
  37:8 41:20
  41:21,24
  42:1,1,11
  42:12,12
  49:21 50:3
  51:11,15
  51:18,19
  60:20 62:1
  62:19
  63:22
  64:10
  66:14
  68:17 69:9
  73:4,14
  74:11,13
  74:18,22
  76:2,4
  77:7,13
  84:7,15
  85:4,21
  86:6,14
  88:3,18,23
  90:2,14,15
  98:18
  114:16,19
  122:4
  132:11
  140:13
  141:11,12
  144:16
  145:3,5
  151:9
  155:8,16
  156:7
  159:15,16
  314:3
biologic...
  116:23
  134:2,14
  135:11

137:2
140:11
144:4
146:18
152:6
154:1
173:23
174:16
175:2,16
175:21
biology
  40:17 46:9
  52:3 56:22
  57:2 78:22
  81:22
  84:19
  114:24
  173:16
  174:9
  175:8
  245:17
birth 35:3
  35:15,24
  40:12
  55:10,11
  56:15 64:3
  65:10 72:2
  72:7 73:10
  79:20
  102:4,14
  122:8,10
  122:18
  126:12
  128:18
  135:18
  137:10
  138:1
  145:9
  146:24
  147:11,12
  147:14,19
  148:2
  152:10,24
  153:16
  154:8
  168:14
  169:16
  173:4,21
  174:2,15
  175:6
  192:12
  217:12
  231:15

232:2
237:24
242:19
251:18,24
253:3
314:3,8
bit 29:5,11
  54:16
  75:22
  114:5
  117:1
  124:22
  129:6
  159:19
  162:21
  164:1
  165:1
  198:7
  212:20
  287:13,13
  288:1
  303:15
blanking
  319:4
block 4:3
  16:9,9
  67:17 68:3
blockade
  266:13
  272:16
  286:10
blocker
  108:1
blockers
  27:16
  52:16 53:7
  107:7,9,14
  107:20
  108:10
  208:13
  210:2
  260:11,17
  260:24
  261:16
  264:10,17
  264:17,22
  265:11,21
  266:9
  267:3,12
  267:22
  268:10,12
  268:22
  270:15,23

271:6,12
272:17,23
273:13
275:8
276:4
277:15,22
278:15
279:7,24
280:6,11
280:17
281:9
284:19
293:3
310:4
312:20,23
313:3,7,24
blocking
  274:11
  290:18
blood 90:9
  91:3,12
  175:24
blunt 204:4
BMI 169:11
Board 1:8,9
  6:7,15
  14:19
  15:12,16
bodily 291:5
  291:19
  292:1,12
  295:24
body 46:19
  69:15,15
  84:18 88:8
  89:3
  154:19
  174:10
  313:10
bone 154:15
  154:20,21
  155:2,17
  155:21,22
  156:5
  160:3
  283:14
  284:14
book 59:10
  59:10,13
books 280:24
  281:3
Borelli 5:4
  11:4 12:4

13:4 15:21
15:22
19:11,18
20:6,15,21
21:2,10,15
21:20 22:2
22:9 23:9
24:15,24
25:11,17
25:22 26:6
26:15,20
27:12,23
28:21
30:13
31:19 33:5
33:22 34:3
34:13,18
36:2,11,20
37:6,24
38:16
39:12,18
40:7,13,22
41:6,14
42:4,14
43:15,23
44:11 45:5
45:19 46:5
46:16
47:10,17
48:5,23
49:4,10
50:7,14
51:1,21
52:5,22
53:1,9,23
54:10,18
55:8,17
56:6,13,24
57:11,23
58:9 59:4
60:6,12,22
61:10,17
62:8,24
63:12,24
64:11,17
65:1,8
67:5 68:10
69:10,19
70:1,9,18
71:9,17,23
72:9,19,22
73:7,17
74:4,12

| | | | | |
|---|---|---|---|---|
| 75:2,8 | 129:4,18 | 175:18,23 | 216:6 | 263:12,22 |
| 76:8,15,22 | 130:14 | 176:17 | 217:1,10 | 264:7,12 |
| 77:14,24 | 131:18 | 177:4,20 | 218:20 | 265:2,15 |
| 78:10,15 | 132:6,15 | 178:9,20 | 219:9 | 266:1,4,14 |
| 79:10,17 | 133:6,10 | 179:13 | 220:16,21 | 266:22 |
| 80:3,15 | 133:21 | 180:1,9,15 | 221:20 | 267:6,13 |
| 81:3,9 | 134:7,19 | 181:7,15 | 222:9,17 | 267:23 |
| 82:2 83:1 | 135:16,24 | 181:23 | 222:24 | 268:14,24 |
| 83:9,14,22 | 137:3,18 | 182:8,21 | 223:10,18 | 269:16,22 |
| 84:5,22 | 138:11 | 183:6,16 | 224:2 | 270:4,16 |
| 85:14,24 | 139:5,12 | 183:21 | 226:8,22 | 271:1,10 |
| 86:8,16 | 139:24 | 184:6,10 | 227:7,16 | 272:2,10 |
| 88:20 89:5 | 140:15,18 | 184:21 | 228:1 | 272:24 |
| 89:15 90:4 | 140:22 | 185:2 | 229:13,18 | 273:8,23 |
| 90:17 91:6 | 141:3,7,15 | 186:2,12 | 230:11 | 274:16,22 |
| 91:14 92:5 | 141:21 | 187:1,13 | 231:1 | 275:13 |
| 94:3,13,21 | 142:2,13 | 187:23 | 232:7,13 | 276:9,18 |
| 95:10,22 | 143:21 | 188:9,19 | 233:4,13 | 277:5,17 |
| 96:18 | 144:8,19 | 189:2,11 | 233:20 | 277:23 |
| 97:12 98:8 | 145:7,21 | 190:15,23 | 234:18 | 278:8,16 |
| 99:6,19 | 146:8,22 | 191:12,19 | 235:2,14 | 279:10 |
| 100:9,19 | 147:16,24 | 192:3,18 | 235:22 | 280:1,9,21 |
| 101:5,15 | 149:20 | 193:4,14 | 236:9,18 | 281:1,23 |
| 102:12,24 | 150:8,24 | 193:22 | 237:3,16 | 282:3 |
| 103:24 | 151:11,22 | 194:4,10 | 237:22 | 284:21 |
| 104:11 | 152:8,15 | 195:2,12 | 238:5,12 | 285:10,17 |
| 105:7,22 | 152:23 | 195:19 | 238:22 | 286:17 |
| 106:14 | 153:10,22 | 196:4,12 | 239:13 | 287:16,21 |
| 107:2,8,16 | 154:6,16 | 196:19 | 240:9,13 | 288:4,19 |
| 108:3,12 | 155:4,12 | 197:2,14 | 240:17 | 289:2,20 |
| 108:18 | 155:19 | 198:11,20 | 241:8,20 | 290:5,14 |
| 109:10,20 | 156:8 | 200:2,14 | 242:4,16 | 290:22 |
| 110:23 | 158:10 | 200:20 | 244:21 | 291:7 |
| 112:11 | 159:1,17 | 201:7 | 245:5,10 | 292:3,13 |
| 113:1,13 | 159:24 | 202:7 | 245:19 | 293:5 |
| 113:17 | 160:9 | 203:4,18 | 246:4,15 | 294:4,18 |
| 114:1 | 161:1,5,17 | 204:10,17 | 246:24 | 295:10,18 |
| 115:16 | 162:7,16 | 205:2,7,13 | 247:10,23 | 296:19 |
| 116:8,17 | 162:24 | 205:21 | 248:7,19 | 297:24 |
| 117:7,17 | 163:6,15 | 206:5,11 | 251:4,11 | 298:8,22 |
| 118:4,13 | 166:1,12 | 206:16 | 251:16 | 299:7,22 |
| 118:20 | 166:24 | 207:3,10 | 252:5,11 | 300:4 |
| 119:2,10 | 167:13,24 | 207:17,24 | 252:16,22 | 302:9 |
| 119:19 | 168:7,11 | 208:6,15 | 253:1,9,16 | 303:10,18 |
| 120:1,10 | 169:8 | 209:11,13 | 254:2 | 304:5,11 |
| 120:24 | 170:24 | 209:19 | 257:12,22 | 304:20 |
| 121:11,22 | 171:7,12 | 210:4,14 | 258:4,10 | 305:1,11 |
| 123:19 | 171:18 | 211:6,15 | 258:19 | 305:19 |
| 124:4,12 | 172:3,16 | 212:21 | 259:6,14 | 306:5,11 |
| 124:19 | 173:10,17 | 213:8,15 | 259:19 | 306:23 |
| 125:4,22 | 174:1,12 | 213:22 | 260:3,12 | 307:10,14 |
| 127:8,22 | 174:17 | 214:3,8,21 | 261:2,17 | 307:20 |
| 128:8,11 | 175:3,10 | 215:6,23 | 262:4,8,19 | 308:10,16 |

308:22
309:5,12
309:19
310:1,10
310:16
311:1,8,17
311:24
312:9,21
313:6,15
314:13,18
315:5,19
316:7,21
317:7
318:2,8
320:3,11
320:17
321:3,12
322:5,5
**born** 34:24
36:6
122:12,13
137:16
166:11
167:12
314:7
**Borrelli**
30:14 40:1
111:11
**Boston** 229:7
229:11
**bother** 213:7
**bottom** 32:11
44:17,19
68:2 82:14
93:11,12
96:24
114:19
149:12
165:7,14
189:20,21
219:16
229:23
278:24
282:24
**Boulevard**
6:5
**box** 88:2
89:21
**boy** 53:21
54:7 204:3
268:3
**boys** 53:14
55:7 56:12

97:6 98:11
149:15
150:22
152:22
251:15,23
252:10
256:15
287:10
290:21
**boys'** 126:13
**brain** 86:2
88:9
177:10
283:14
284:14,20
285:8,11
285:21
286:11
287:6
288:1,16
288:23,24
290:12,20
291:5,19
292:1,11
293:21
294:2,13
294:16
295:8,24
296:24
297:3
298:20
299:6,20
**brain's**
104:15
**branched**
90:10
**break** 65:22
110:21
113:18,23
114:2,2
130:13
177:16
193:15
194:5,6,10
242:5
243:2
282:5,12
**breakfast**
114:5
**breaks** 60:11
**breakthr...**
29:21
**breast** 53:13

253:4,6
**Bridgeport**
6:6
**bringing**
163:21
**broad** 4:5
21:21
36:22
45:11 46:8
**broader**
315:22
**broke** 255:16
306:3
316:18
318:22
**broken**
300:24
**Brooke**
136:18
**Brooks** 7:3
8:6 14:23
14:23
16:21 17:3
17:8 18:2
18:6,11,17
18:23 19:2
19:15,20
20:10,18
20:23 21:7
21:12,17
21:23 22:6
22:12
23:12
24:17 25:2
25:13,18
26:2,11,17
27:14 28:2
28:7,14
29:4,10
31:5,6
32:2,8
33:8,24
34:6,15,20
36:8,16
37:1,10,12
37:16,19
38:12 39:5
39:8,15,22
40:4,10,15
41:1,9,16
42:9,16
43:1,3,17
44:2,15

45:7,22
46:10 47:5
47:12 48:1
48:9,17,24
49:6,12
50:10,21
51:3 52:2
52:9,24
53:4,11
54:4,24
55:3,12,23
56:9,16
57:7,15
58:4,13,23
59:7 60:9
60:14 61:1
61:14,20
62:17 63:8
63:18 64:6
64:15,22
65:4,12,23
66:10,11
67:8 68:12
69:13,22
70:5,12,22
71:13,20
72:3,15,20
72:24
73:12,23
74:8,15
75:5,12,15
75:24
76:10,18
77:1,19
78:6,12,18
79:14,21
80:6,23
81:6,17
82:6 83:4
83:11,18
83:24
84:12 85:1
85:20 86:4
86:12,19
86:24 87:9
89:1,8,20
90:6,24
91:10,16
92:11 94:9
94:16,24
95:16 96:1
96:11,21
97:17 98:3

98:14 99:9
99:23
100:7,14
100:20,22
101:9
102:6,20
103:7
104:3,22
105:16
106:10,22
107:4,11
107:22
108:7,14
109:4,15
111:6,16
112:13
113:11,20
114:7,10
114:14
116:11
117:2,10
117:22
118:9,16
118:22
119:5,15
119:22
120:5,15
121:5,13
123:2,21
124:7,14
124:24
125:9,24
127:19,23
128:9,13
129:9
130:11,24
131:13,21
132:9,20
133:8,13
133:24
134:11
135:3,22
136:4
137:14
138:2,14
139:7,15
140:7,16
140:20,24
141:5,9,17
141:23
142:8,15
142:24
143:2,11

143:22
144:11,24
145:16,24
146:16
147:9,17
148:9,21
148:24
150:4,15
151:6,14
152:4,11
152:17
153:1,17
153:24
154:11,24
155:10,15
156:2,13
156:17
157:4
158:20
159:7,22
160:5,14
161:2,12
162:1,13
162:19
163:2,12
163:18
165:4,6
166:6,21
167:3,19
168:2,9
169:2,18
170:8,16
171:3,9,15
171:21
172:6,19
173:13,22
174:3,13
174:23
175:7,14
175:19
176:6,22
177:15
178:3,14
179:3,19
180:5,11
180:19
181:9,19
182:2,17
183:1,12
183:18
184:1,7,16
184:24
185:3,6,8

185:12,21
186:4,16
187:9,18
188:5,14
188:22
189:5,17
190:3,9,17
191:5,17
191:20
192:5,20
193:16,18
194:2,8,21
195:5,13
196:1,8,15
196:21
197:9,18
198:4,13
198:22
199:15
200:8,18
200:22
201:1,20
202:2,13
202:21
203:14,20
204:13,22
205:4,8,17
206:1,7,13
206:23
207:7,14
207:21
208:2,10
209:4,16
209:23
210:9,24
211:9,19
212:6,17
213:2,12
213:19,24
214:5,13
214:23
215:9,19
216:1,8,15
217:5,17
219:2,14
220:19
221:5
222:5,13
222:20
223:2,13
223:21
224:6,18
224:21,24

225:8
226:12
227:2,12
227:20
228:8,11
228:20
229:16,21
230:17
231:11
232:9,21
233:5,16
234:4,22
235:3,18
236:5,12
236:21
237:13,18
238:1,7,15
239:5,18
240:12,15
241:3,14
242:6,8
243:2,14
243:20
244:23
245:6,12
245:21
246:9,19
247:4,11
248:2,10
249:3
251:6,12
252:9,13
252:17,23
253:5,13
253:20
254:7,22
255:4,8,19
255:22
257:15,24
258:6,14
258:23
259:9,17
259:22
260:6,19
261:10,23
262:5,14
262:22
263:3,16
264:3,9,21
265:8,19
266:2,8,17
266:24
267:10,17

268:8,19
269:3,24
270:12,21
271:3,15
272:4,20
273:2,16
274:10,18
275:15,21
276:2,11
277:1,13
277:20
278:1,10
278:20
279:15
280:4,13
280:22
281:5
282:6,11
282:16,18
283:24
284:5,8
285:6,13
285:20
286:8,19
287:18,23
288:6,21
289:5,23
290:6,16
291:1,9
292:7,24
293:7
294:12,20
295:15,20
296:21
298:3,15
299:3,11
299:24
300:12,19
300:23
301:13
304:17
**BROOKSS**
269:19
**Brown** 220:14
220:24,24
**bud** 253:6
**Building**
5:13
**bullied**
126:17
**bunch** 30:6
**Burch** 1:12
6:16 15:13

**business**
126:15
**Butherus**
6:20

**C**

**C** 3:5 4:1
5:1 6:1,10
7:1 14:8
**CA** 4:18
**calculate**
210:22
**calculated**
209:22
**California**
67:10,14
67:19
**call** 36:10
47:22 60:4
93:4,18
103:8
109:23
112:14
138:3
164:18
204:24
225:9
271:19
**called** 16:15
149:23
183:24
260:8
308:12
312:15
**calling**
26:13
29:18,20
79:5
**cancer**
272:19
**cap** 322:1
**capabili...**
27:21
**capability**
21:14
151:19
**capacities**
178:12
**capacity**
1:13,15
2:1 237:21
**Capitol** 5:12
**caption**

14:16
**car** 300:16
**cardiova...**
90:7,12
**care** 23:24
25:6 26:10
32:20
33:21
147:4
175:8
178:23
184:15
207:22
208:8
209:1,3
210:18
214:19
221:23
236:11
264:5,20
279:12
281:17
302:16,21
303:9,17
304:4,10
306:21
307:2
308:17,20
309:3,7,16
314:24
318:16
**career** 19:5
32:10
110:11
111:8
292:15
**careful** 42:6
178:15
272:16
279:18
283:11
316:24
**carefully**
186:18
296:13
**caring** 172:4
**Carolina**
127:21
128:2
171:24
181:1,11
**carried**
128:10

**case** 1:6
14:16
30:13,17
120:16
121:7,21
127:3
136:3,5
150:17
162:5,5
193:9,21
202:16
206:3
216:18
242:13,20
242:21
279:9
318:1,10
319:12,13
319:18
321:8
**cases** 35:9
46:20
77:22
109:3,6
116:5
118:8
135:6,7
315:23
318:11,13
318:18,20
318:23
319:2,3
**catch** 144:9
148:19
321:17
**catching**
28:13
**categorical**
122:8
**categories**
89:24
205:20
**categorized**
115:18
**category**
156:20
160:19
161:4
162:21,23
205:9
278:5
**caught** 28:22
**cause** 108:23

122:23
146:24
147:6,7
167:17
183:14
184:3
202:23
269:11
274:8
279:21
280:7,18
316:9
**caused** 116:3
220:8
**causes** 148:5
148:6,7
205:23
270:19
**caution**
192:15
**cautioned**
192:22,23
**cautions**
191:7
203:2
**caveat** 79:20
142:22
312:4
**caveats**
135:20
**cease** 86:7
**cell** 46:20
69:15 88:8
88:10 89:3
89:6,10,13
**center** 4:16
154:8
185:14
**central**
274:5
**certain**
35:16 44:8
104:6
134:3,4,15
134:15
135:12,13
143:18
**certainly**
18:2,24
65:23
122:18
285:1
289:24

**certificate**
8:9 35:4
**certific...**
14:5
195:24
**certified**
14:11
180:17
**certifying**
1:24
**cetera**
159:12
232:20
**challenged**
277:14
**challenges**
30:12
177:8
**chance** 247:5
**change** 36:23
39:21
40:12 51:9
55:20 61:5
62:9 97:14
101:13
102:2
127:11
225:24
226:2,11
227:1,3,9
230:16
240:3,22
241:5,13
242:11
247:14,15
247:19,20
273:14
285:14
316:17
320:15
**changeable**
226:3
**changed** 52:4
56:19,23
130:5
214:10
224:11
227:24
240:22
241:2
242:24
**changes**
51:23

148:7
154:14
226:7
230:13
242:10
251:2,9
252:18
297:21
299:5,19
313:9
**changing**
81:8
237:11
303:1
313:20,22
**chapter**
59:10,11
59:13
250:20
255:11
**characte...**
51:10 97:5
98:19
116:24
173:20
224:13
**characte...**
142:3
**Charleston**
5:14,21
6:14 14:18
**chat** 317:19
**chatted** 31:9
**check** 180:21
199:20
202:7
221:24
264:16
**cheerleader**
200:13
201:6,11
**child** 19:21
20:3,12
32:19
33:21
34:24
35:24
104:10
105:5,21
120:6,17
120:21
193:21
199:24

201:5
242:13,19
244:7
245:1,14
245:14,15
246:1,2,2
246:7,10
246:21
247:19
252:20
265:1,12
265:21,23
266:10,11
266:12,20
302:15
315:13,17
316:1,4,5
316:6,15
316:19
317:6
319:20
**child's**
200:12
316:17,20
317:4
**childhood**
230:4
234:10
244:1
256:20
257:9,20
259:11,24
**children**
35:20
111:18
112:7
119:7
157:22
206:9
231:19,23
233:1,9
234:1,9
236:14,23
237:5,5,10
237:14
238:3
241:16
244:2
247:16
248:22,23
251:1
253:23
260:10,22

261:14
264:11,23
265:9
272:22
273:18
275:2
276:7,15
279:23
287:1
290:1
310:12,15
**Children's**
229:7,11
306:18,19
306:19
**choice** 40:12
161:4
204:3,8,15
**choices**
279:18,19
**choose**
128:24
192:11
212:4
**chose** 31:4
127:16
152:14
175:9
234:5
**CHRISTIANA**
7:6
**Christina**
15:2
**chromosomal**
37:3,8
39:9,16
40:18 46:7
48:2 68:22
69:17
70:16
117:5,15
118:3,7
127:1
**chromoso...**
47:14
120:7,17
120:20
173:8
**chromosome**
40:20
46:19 57:4
**chromosomes**
36:22

39:14 40:8
40:14,18
45:10
46:22 48:7
69:16,16
70:7 88:4
88:5 98:20
121:2
122:3
173:12
174:21
**chronic**
129:23
**cisgender**
192:11
197:8
217:15
246:3
**cite** 43:4
63:10
234:6
250:18
254:8
296:1
297:7
**cited** 254:10
255:24
257:3
296:14
**cites** 263:6
**citing**
234:15
**Civil** 3:4
4:4 14:19
**claim** 160:23
**claims**
102:22
296:23
**clarific...**
54:13
**clarified**
62:7
**clarify**
54:15
133:6
223:19
239:10,22
269:18
276:3
**clarity** 60:6
118:19
191:13
**classical**

77:6,13,16
77:18,20
**classifi...**
45:17 46:3
88:3,18,24
90:2 93:22
94:20
**classified**
256:13
**classify**
263:14
**CLAYTON** 1:12
6:16
**cleaned**
167:6
**clear** 24:20
28:15
45:20 50:4
57:6 60:19
63:3 124:6
125:6,8
148:2
184:19
191:14,17
200:15
242:20
249:7
266:7
313:8
**clearer**
102:5
**clearly**
28:19
38:14
301:14
**clients**
172:13
**clinic** 32:20
33:16,21
107:18,19
111:3
113:4
128:15,15
128:19
138:6,7,19
152:6
153:16
176:16,19
176:21
177:2
180:2
182:13,18
182:23

189:6
192:23
206:4
208:12,22
208:24
210:16
211:2
216:23
218:24
219:3
222:4,14
222:21
223:5,9
224:7
233:15
234:2,3
237:12,15
237:20
263:9
295:7,16
302:7,10
302:14,15
302:16,17
303:24
304:10
309:14
**clinica**
196:3
**clinical**
23:23
25:15 26:4
26:18
63:21 64:9
66:15 85:6
94:4 95:12
103:3
178:11
224:4
274:12
275:9
276:6,13
**clinically**
103:17,20
104:8
105:13,19
110:2
113:7
155:6,11
155:17
**clinician**
102:9,23
230:18,21
271:6

Clinician's
  25:5
clinicians
  60:17 62:4
  62:23
  271:21
clinics
  181:1,5
  210:8
  223:23
  302:20,21
  303:9,17
  304:4
  305:7,16
  305:18
  306:21
clip 184:17
  185:12,17
  189:18
  193:17
  197:20
  198:7,18
clips 186:18
  203:16
clock 300:20
close 210:19
closed 60:21
  62:1 63:23
  66:16
  68:22 71:1
  71:8 73:4
  76:13
  80:12
  81:24 85:7
  88:11 89:3
  89:13
  90:11
  91:23
  92:18
  93:23 95:4
  97:6 98:21
  103:22
  115:7
  123:14
  138:23
  149:16
  150:23
  158:4
  176:11
  218:10
  220:10
  256:15,23
  284:16

289:13
291:19
293:22
closely
  105:18
closer 38:17
closest 26:8
clothed
  252:20
clothing
  245:2
CME 20:17
co-author
  24:21
Co-Director
  32:22
coach 75:6
coauthor
  58:16
coauthors
  60:19
coed 149:13
  150:20
  151:10
cognition
  297:4
  300:2
cognitive
  283:15,23
  284:1,15
  285:9
  292:18
  293:2
  297:15,22
  300:10
  315:22
Cohen-Ke...
  43:18 44:3
  48:20
  235:20
  241:16
Coleman
  148:11
  149:2,5,6
  149:23
collapsed
  256:14
colleague
  202:13
colleagues
  54:3
  213:10
  219:11

262:15
311:10
collect
  212:3
college
  123:18
  131:6
  136:13
college-age
  132:21
  133:19
colleges
  119:8
  125:3,20
  162:3
collegiate
  132:1
  133:4
  141:13
column 49:14
  74:17
  78:20 79:3
  82:7,14
  93:7
  114:18
  157:20
  164:19,21
  165:7
  231:18
  256:6
  258:16
  271:20
  282:21,21
  282:23,24
  284:11
  286:22
  289:7
combined
  260:9,22
come 18:12
  92:22,23
  100:5
  106:17
  113:3
  128:3,7
  158:17
  169:12
  170:21
  179:16
  184:19
  187:7
  192:11
  194:6

198:15
206:4
208:22
216:23
231:4
237:12
comes 32:3
  93:14
  102:7
  111:24
  156:11
  160:22
  314:2,7
comfort
  182:4
comfortable
  127:12
  160:12
  199:24
  200:10
  202:6
  267:16
  277:9
  314:11
coming 28:15
  30:10,16
  38:3
  104:13
  190:4
comma 81:24
  115:1
comment
  98:12
  132:18
  154:17
  236:2,6
Commission
  1:11 5:23
  15:20
commit
  262:11
committed
  207:23
  262:3
committee
  44:10
  45:14 46:1
  46:1 73:3
  214:18
  244:16
  246:10
  248:16
  281:10

283:20
284:11,18
293:24
common 116:2
  120:14
  253:7
commonly
  61:23
Commonwe...
  3:6
community
  58:11
  70:15
comorbid...
  182:4
company
  34:17
  195:22
compare
  27:21
compared
  66:20
  157:23
  260:10
  293:3
comparing
  261:13
comparison
  217:14
compensa...
  33:2,13,19
compete
  120:8,12
  120:18,22
  121:8
  132:3,12
  134:16
  137:1,16
  138:1
  141:12
  144:5,18
  146:6
  150:16
competed
  120:12
competent
  20:1,12
competing
  134:4
  143:15,16
  143:18
  146:14
competition

124:17
125:3,20
131:16
145:4,11
149:14
150:20
151:10
166:10
**competitive**
142:11
**competitors**
137:2
**complete**
140:12
158:3
191:15
211:8
**completed**
207:9
244:2
262:17
263:8
**completely**
48:8 86:10
93:22
97:15
121:2
158:16
162:9
273:14
295:12
**Complex** 5:12
**complexi...**
114:24
162:6
**complicated**
101:18
144:12
146:9
312:24
**comply** 65:6
**components**
71:24
**comprehe...**
50:23
**comprehe...**
221:8
**computer**
29:17
**concept** 22:1
22:4 74:11
74:14,22
76:4 93:9

98:6
162:23
163:1,3
**conception**
40:6
122:19
**concern**
47:18
169:15
202:23
204:24
218:16
219:4
221:17
222:6
279:21
280:7,18
296:23
319:14,19
320:16
**concerned**
201:24
**concerning**
300:10
**concerns**
171:17
202:19
203:11
208:20
210:19
**concluded**
313:4
315:15
322:12
**concludes**
322:8
**conclusions**
54:22
**condition**
104:24
111:2,22
112:3,9
211:12
220:10
**conditions**
55:21
81:15
111:23
116:3
118:6
134:22
302:19
**conducted**

309:17
**confer** 140:2
142:19
**conference**
14:16
213:17
**confidant**
281:19
**confidence**
174:9
292:10
**confine** 55:1
**confirm**
177:2,9,9
177:18
**confound**
182:5
**confusing**
62:6 199:6
239:23
**confusion**
199:9
**congruent**
245:17
**Connecticut**
319:5
**connection**
28:23 33:3
33:20,20
34:11 65:5
318:6
**consent**
190:14
273:7,22
312:14,16
312:19
**consider**
19:24
20:11,24
21:18,24
23:7 38:13
57:21
63:21 64:9
80:1 95:19
95:24
96:15
107:21
150:18
159:13
160:21
162:4
180:12
201:2

211:17
227:13
264:10
302:20
308:20
309:23
311:11
**consider...**
135:9
169:14
238:20
314:15
**consider...**
279:20
**considered**
45:15 46:1
46:2 50:3
60:18
68:17 70:8
234:14
251:21
309:7
310:8,23
311:6
**considering**
29:17
66:14 82:8
222:15,22
244:17
**consisted**
258:1
**consistency**
314:21
**consistent**
97:10
101:1
123:7,14
124:3,11
126:4
127:5
128:22
129:16
133:3,18
144:2,6
185:24
187:10
198:9
200:10
201:3
205:22
226:19
245:3
257:6

270:3
285:7
288:22
313:18
**consists**
215:12
**consolidate**
231:8
**consolid...**
237:8
**constell...**
221:14
**construct**
99:8,17
101:4,13
101:17
**constructed**
97:6,16
99:4
**constructs**
97:14
**consulted**
35:12 49:2
205:5,11
205:15
206:8
**cont'd** 5:1
6:1 7:1
**contact**
228:22
286:12
**containing**
46:20,20
**contains**
216:17
**contending**
56:22
299:4
**context**
54:16
57:24 58:1
73:18 74:6
83:16
85:16
253:18
**continue**
53:14
64:12 75:4
92:17
151:20
155:21
202:22
260:17

continued
  20:17
continues
  60:3 88:8
  88:15
  136:14
  138:20
  244:5
continuing
  22:16
  31:24
  178:24
  189:20,21
continuous
  95:3
  165:11
  226:15
continuo...
  290:8
continuum
  165:8
contrain...
  268:22
contrast
  247:7
  256:20
contrasting
  93:19
contribute
  244:12,18
  245:24
  248:5,18
contribu...
  246:12,22
control
  289:12,18
  290:2
  293:3
convenience
  17:4,8
conversa...
  156:4
  195:3,6
  198:8
  212:24
  213:5,18
conversa...
  54:2
  170:22
  219:11
Cooley 4:15
  16:4,6,8
  30:20

38:20
copies 17:13
  18:8
copy 64:13
  97:1
  100:12
  249:10,13
core 315:8
correct
  22:18
  24:10,12
  24:18,23
  25:1,9
  26:14 27:9
  27:13,17
  32:13,17
  32:18,21
  32:24 33:1
  36:1 40:21
  43:6,7,9
  45:18 46:4
  47:9,16
  48:21,22
  49:3,7
  50:6,13
  51:20
  52:17 53:8
  54:9 57:17
  57:24 59:3
  59:18,19
  60:9 62:3
  66:22 68:9
  69:24 72:8
  78:9,14
  83:8 84:21
  90:16 91:5
  103:23
  104:6
  105:1,2,10
  116:16
  117:6,16
  119:18
  121:12,17
  121:18
  131:17
  138:10
  142:4
  148:22
  151:16
  153:2
  154:5
  166:7
  170:23

171:6
173:9,24
174:6,11
175:17
179:5
181:14
186:20
191:11
192:2,4,7
192:17
196:11
198:6
199:19
207:2
211:14
212:18
234:17
235:1,8
245:3,9,18
247:9,22
250:21
252:21
258:3
265:14,24
267:5
271:9
274:15,21
275:12
276:17
278:7
285:16
287:15
296:3
299:16,17
299:21
302:8
304:1,19
311:7
313:5
321:11
corrections
  283:17
correctly
  62:2 109:5
  173:1
  248:11
  283:18
corrects
  18:1
correlated
  101:24
correspond
  47:8

correspo...
  126:24
  160:19
corresponds
  278:5
corroborate
  317:12
counsel 4:7
  5:9,15,22
  6:7,15,23
  7:12 14:4
  17:13
  18:21 29:3
  43:2 52:22
  54:24 60:6
  64:12 75:7
  86:21
  100:5
  113:17
  137:19
  139:6,12
  140:18
  141:16,23
  148:18
  185:2
  191:19
  194:4
  200:14,21
  240:10
  255:14
  271:21
  272:21
  301:2
Counsel's
  127:24
COUNSELS
  4:19
count 218:2
counting
  27:2
country
  302:21
  304:4
County 1:9
  1:15 6:7,8
  15:16
couple 56:17
  172:20
course 52:24
  55:20 60:5
  217:23
  250:13
  284:5

285:15
292:6
303:23
court 1:1
  3:5 14:12
  14:17
  17:12
  22:21
  29:24 30:4
  30:18
  37:13,15
  37:17,20
  38:1 58:15
  100:3
  163:3
  166:23
  167:1
  175:20
  185:9,11
  200:24
  201:21
  202:9,18
  254:19
  255:1,6
  268:12
  270:13
  275:18
  282:7,9
  283:22
  284:1,7
  300:19,21
create 41:4
  41:12
created
  279:22
creating
  234:19
credenti...
  237:24
criteria
  103:16
  106:12
  107:24
  108:9,16
  109:8,19
  113:7
  177:10,11
cross 56:1,4
  56:5
  108:17
  109:7,17
  188:18
  191:8

199:24
201:4
208:13
210:2,11
**Csutoros** 7:8
15:6,6
**curious**
29:24
**current**
14:14
32:11 66:2
66:9 97:15
130:16,23
137:10,13
161:21
194:13,20
208:3
243:5,12
322:9
**currently**
113:5
211:7
**curriculum**
9:6 17:21
18:20 19:4
22:15
**cut** 86:22
167:2
201:15
311:2
**cutting**
202:1
301:11
**CV** 17:15
**cycle** 31:8

**D**
**D** 6:18,19
8:1 14:8
**dangerous**
260:15
**data** 152:2
175:5
205:11
210:12
272:13
274:3
276:19
**date** 14:13
23:10,13
44:1 66:23
96:20
100:12,12

100:14
192:1
**dated** 42:18
131:5
143:4
170:1
225:1
**dates** 34:8
**daughter**
170:19
204:5,9,16
**Dave** 29:7,10
140:3
164:23
301:2
**Dave's**
275:23
**David** 5:11
15:8 301:9
301:22
**day** 16:23
113:3
127:16
128:4,7
163:23
164:8
172:22
179:16,18
186:1
235:11
267:20
273:17
276:1
301:8
**days** 32:5
128:15,18
164:2,3,6
164:7
**de-trans...**
221:1
**de-trans...**
222:16,23
223:9
**dead** 154:8
170:18
204:5,9,16
**deal** 238:2
**dealing**
194:22
**deals** 172:13
**Deanna** 1:19
2:8 3:3
8:4 9:5,24

14:20
16:14
17:11,16
17:19 18:1
18:2 225:1
225:5
**death** 166:15
166:15
167:15,17
205:23
261:8
**Debate** 131:7
**decade** 132:1
223:17
224:1
**decades**
43:14
**December**
156:18
**decide**
122:14
315:10
**decides**
106:19
**deciding**
55:10
**decision**
95:18
317:16,17
**decisions**
279:23
280:19
317:11
**declaration**
9:24 17:10
41:18
224:16,17
225:1,5,10
225:16
238:18
240:11
**decrease**
53:16
200:4
203:6
264:14
**deep** 163:9
**deepened**
168:17
**deeper** 103:6
**deeply** 99:11
144:1
**defect** 47:14

47:19,23
**Defendant**
15:15
**Defendant's**
307:19
**Defendants**
2:4
**defending**
7:9 14:24
30:15 31:3
156:3
**definable**
292:18
**define**
116:21
**defined** 90:1
**definitely**
30:11 38:3
121:3
303:6
**definition**
49:15,16
51:5 54:21
57:20
74:18 77:7
77:13,20
88:16 94:6
97:9
103:10
155:5
253:10
**definitions**
49:16
54:20 58:7
**degree** 19:21
178:18,22
**delay** 283:13
284:13
320:1,5,8
320:22
**delayed**
251:22
**delaying**
276:7,14
291:4,17
292:11
295:4,23
**delays**
300:10
**delve** 298:1
**denied** 75:6
**Deniker** 6:3
15:14,15

29:23
**densific...**
155:2,17
156:6
**density**
155:21,22
155:23
**denying**
139:16
**depend** 55:14
91:4 136:2
**depending**
69:16
88:11
257:21
310:6
**depends**
90:14
103:2
104:13
116:20
135:18
155:5
312:2
**deposed**
319:6,13
**deposition**
1:18 2:7
3:1 14:24
19:1 29:3
30:16,24
31:6,11,21
38:22
319:11
322:9,12
**depositions**
139:23
**depressed**
110:2
**depression**
106:4
130:8
148:6
168:17,23
187:22
188:3
200:5
262:10
264:15
**depressive**
203:7
**deprive**
240:4

**describe**
53:6 70:21
81:12
163:13
214:6
287:3
296:16
**described**
72:5
128:24
146:4
162:6
183:8
200:7
233:18
**describes**
77:16
190:11
**describing**
169:24
207:19
**description**
94:23
240:20
288:3,15
**design** 68:18
**designated**
156:18
212:8
**designation**
35:2,3
**desires**
49:21
**desist** 233:2
233:11
236:15,24
241:17
242:14
259:11,24
**desistance**
243:24
246:13,23
258:17
**desisted**
258:8,18
**desisters**
256:8
258:18
**despite** 85:3
145:19
146:4
**detail**
121:15

258:21
281:4
**details**
132:7
**determin...**
36:18 37:4
37:21
**determin...**
68:21 71:5
72:5
114:24
**determine**
47:1
175:15,21
230:21
**determined**
39:10 40:6
44:24
70:23 71:7
71:22 72:1
79:23
**determining**
56:3
122:17
**detransi...**
219:24
220:7,14
**develop**
177:13
230:4
248:1
**developed**
122:2
129:21
215:3
**development**
24:9 46:8
47:2,7
53:13,21
55:6,21
56:2,11
72:4,13
78:4 81:19
111:10,20
112:10
114:20
115:6,7
117:4,13
118:2,12
119:1,8,24
120:8,21
121:8,16
121:24

135:10
237:6
240:21
247:14
251:19
253:4
265:7,18
273:5,21
283:16
284:16
285:8,9
286:11
287:24
288:16
290:12,13
291:6,19
292:1,12
292:17
293:2,22
294:2,14
294:16
295:9
296:24
297:3,22
298:20
300:3
310:6
315:22
**developm...**
19:22
241:6
292:18
299:20
**developm...**
246:8
296:1
**develops**
241:11
**deviation**
70:7
**DeVries** 10:6
235:20
250:20
254:10,16
**DeVry** 262:16
263:7
**Dexus** 155:9
**diabetes**
129:21
**diagnose**
107:23
189:8
**diagnosed**

105:11
231:19,24
233:1,9
236:14,23
241:17
242:13
**diagnoses**
20:4,8
241:19
**diagnosis**
20:12
106:11,23
107:6,13
108:8,15
108:22
117:21
177:3,18
178:7,17
179:21
180:12
182:5,19
234:10
242:15
315:2
**diagnostic**
20:2 33:16
103:16
**diameter**
90:10
**dichotomous**
68:20 69:3
72:16
**dictate** 72:6
**die** 121:1
**died** 206:21
261:20
**differ** 82:19
83:6,20
84:2
140:14
141:14
**difference**
38:18
55:20
72:12
90:14
116:22
122:3
207:13
229:24
310:14
**differences**
78:3 88:22

90:8 115:6
121:24
122:22
**different**
35:12 36:6
45:21,23
46:21,22
54:1,1
62:11
81:16
83:23 89:7
89:10
98:17,18
101:20,21
106:20
109:11,23
116:2,24
117:19
122:16
142:23
146:2
153:14,14
155:22
163:8,11
164:5
178:2
179:16,18
183:8
193:11
198:8
230:13
232:19
241:5
242:18
247:16
248:24
257:13
265:4
270:10,10
270:11
275:6
277:8
285:2
292:23
294:6,21
295:5,14
305:24
312:16,19
313:20,23
321:9
**differen...**
115:1
**differently**

152:20
153:13
228:4
279:17
**difficult**
54:16
106:8
303:2
305:20
**difficul...**
189:9
**difficulty**
29:8 244:3
**dig** 103:6
163:9
164:13
**direct** 27:15
92:20
97:18
282:19
**directed**
70:24
257:7
**directing**
76:2
**directly**
47:8
166:14
**director**
32:19
302:11
**disadvan...**
145:12
**disagree**
71:21 73:5
82:5 85:21
86:5,13
88:19 89:4
139:4
140:10
142:2
230:9
247:6
248:3,16
249:6
270:1
319:23
**disagreed**
294:3
304:16
**disappea...**
301:15
**disassoc...**

184:4
**disclosure**
192:6
195:9,9
**disclosures**
190:14
191:7,21
193:2
194:23
195:11
199:22
**discomfort**
200:5
**discordant**
117:5,14
118:3
**discovered**
127:13
287:4
**discovering**
227:11
**discuss** 76:3
200:23
217:3
233:6
271:6
**discussed**
53:3 55:19
204:12
285:24
304:12
**discusses**
208:19
293:10
**discussing**
270:14
**discussion**
8:3 52:15
91:21
165:8
186:22
212:20
243:24
256:7,8
257:19
258:16,24
279:6
293:15
**discussions**
140:5
213:9
278:14
305:12

**disease** 82:9
87:3
129:24
**dismissed**
16:20
**dismissing**
234:15
**disorder**
47:7 55:5
56:2 72:4
81:19
111:9,20
112:9
115:11,15
116:7,14
117:3,13
118:2
119:1,7,24
120:7,21
121:7
135:10
183:9
**disorders**
24:8 56:11
115:5
118:12
121:16
**disparity**
169:12
**dispropo...**
217:7
**distance**
289:7
**distinct**
76:13,20
**distingu...**
125:13
**distracted**
116:10
**distress**
103:17,21
104:8
105:14,19
116:21
122:23
**District** 1:1
1:2 14:17
14:17
**diversity**
114:20
**division**
14:18
124:2,11

137:1
140:12
143:15,17
143:18
144:18
145:4
146:7,21
147:22,23
**divisions**
132:4
**DNA** 88:3
**doctor** 29:19
40:11
84:16
116:7
140:10
192:24
199:5
200:11
220:24,24
228:22
268:23
269:6
280:8,18
281:19
285:8
**doctors**
218:5
311:12
**document**
43:4 49:14
52:10,12
54:22,23
66:18 67:4
68:13
71:19
74:17
75:10,11
80:9,11,13
81:21
84:14
86:23 90:2
90:3,22
96:22 97:4
97:24
99:24
100:12
128:20
140:9,23
141:1,4,6
143:3
148:19
150:2

170:1
212:7
225:9
239:15,20
240:4,5
249:5,8
255:18,24
256:2
285:21
300:2
**document...**
27:19
89:18
120:13
**documented**
262:6,17
263:9
**documenting**
263:8
**documents**
18:19
29:19
64:19
239:22
254:23
**doing** 135:19
166:13
171:10
214:24
219:11
231:3
235:15
278:18
312:17
**Donna** 148:11
**door** 186:15
**DORA** 1:14
6:8
**Doriane**
148:10
**Doris** 15:16
**dose** 196:6
**double**
199:20
264:16
**doubt** 259:21
317:5,8
**downloaded**
170:9
**downs** 290:7
**downsides**
200:11
201:4

**Dr** 17:4 18:7
18:18 19:3
27:9 31:22
43:4,10
44:3 48:20
58:16 61:2
63:19
70:13 84:1
86:13
87:10
101:1
114:3
125:10
126:23
128:5
131:2,14
138:15
139:3
141:10
143:12
149:1,23
157:5
162:2
169:19
190:10
194:22
212:18
213:6,6,14
213:21
214:1,11
215:12,21
215:21
216:2
218:16,17
220:14
229:6
230:10,18
235:19,20
239:24
243:21
255:10
260:20
261:24
263:4
265:20
267:21
274:11
282:19
284:17
296:23
298:4
301:8
322:3

**drafted**
44:10 46:1
73:2
**draw** 54:22
**Drew** 172:14
173:1,1,4
173:7,15
173:19
174:5,15
175:1,1,5
175:16,21
176:24
177:2
180:6,23
182:7
187:12,20
187:21
190:12,14
191:10
192:24
194:22,24
199:17
200:9
203:1,11
204:4
**Drew's** 174:9
175:8
176:10,15
179:11
184:18
185:22
186:9
187:11
188:7,8,16
188:17,23
188:24,24
190:14
198:19
203:24
204:1,7,14
208:4,7
**drink** 77:4
217:22
278:22
**drive** 6:20
181:16
299:6,19
**driven** 180:7
181:10
**driving**
180:23
300:16
**dropped**

202:16
**dropping**
275:23
**drove** 181:17
**drug** 191:3
200:7,9
270:9
**drugs** 198:19
198:23
199:11,16
200:1
202:24
203:9
274:11
275:1,4
**dry** 56:7
**DSD** 110:22
**DSM** 115:18
177:10,11
**DSM-V** 20:14
103:10,16
103:23
105:18
106:12,23
107:5,13
107:24
108:9,16
109:9,19
**Ducar** 6:18
6:19 15:4
15:4
**due** 105:3
**Duke** 9:17
32:12,19
32:22 33:3
33:14,15
33:21
148:10,12
148:14
149:2
177:17
178:12
179:10,23
180:3,4
182:13
184:12
208:16
209:3
302:15
**DULY** 16:16
**durable**
317:14
**dying** 166:19

**dysphoria**
20:5
103:10,16
105:4,12
105:24
106:1,9,12
106:18,24
107:6,13
107:15,20
107:24
108:2,6,9
108:11,16
108:20,21
108:23
109:8,12
109:18
110:5
111:19
112:8,17
112:22
113:5,8,10
172:2
177:3,9,18
200:4
203:6
206:3,10
217:9
220:8
223:16,23
231:24
233:1,2,10
233:11
234:2
236:14,15
236:23,24
238:4
241:17,18
242:15,22
243:1
244:1
250:14
256:18
257:9,20
259:1,12
260:1,14
261:6,12
262:13
264:11,15
264:23
265:5,10
266:10
274:20
291:3,17

295:22
310:23
313:9
**dysphori...**
221:15
**dysphoric**
242:14
261:14
**dysphori...**
234:11
**dysphorics**
257:10

_____
      **E**
**E** 4:1,1 5:1
5:1 6:1,1
6:21 7:1,1
8:1 14:8,8
**E-26** 5:13
**e-mail** 23:22
**earlier** 38:9
48:11
57:21 58:8
66:21
69:14
72:16
114:6
125:11,17
162:20
167:20
216:21
252:1
285:24
286:14
287:12
300:2
314:20
**early** 36:19
37:4,22
44:14
93:12
113:21
230:4
251:21
252:7
265:4
274:2
279:24
294:7,24
**earned** 34:1
**easily** 36:14
**East** 5:19
6:12,20

Eastern
  14:14 66:9
  130:16,23
  194:13,20
  243:5,13
  322:9
easy 56:11
  225:20
  239:1
eater 114:5
editing
  90:21
edition
  48:10
editor 23:5
education
  1:9,10 6:7
  6:15 14:19
  15:13,16
  23:23
  160:1
  178:22,24
  289:21
Edwards
  212:11,23
  213:6,14
  214:1,11
  218:5,17
effect 53:6
  54:8
  270:10
  285:4
  294:6,13
  295:12,13
  312:23
effective
  44:23
  283:13
effectiv...
  283:7
effects
  122:3
  154:2
  160:2
  193:20
  197:5
  199:23,23
  200:12
  201:4
  221:22
  267:8,8,24
  268:1,4,5
  269:11,15

269:21
283:15
284:13,15
285:11,14
290:17
293:18,21
294:1
295:8,14
efficacy
  276:13
effort
  193:12
egg 41:4,12
eggs 77:8
eight 48:11
  65:14
  165:13
  180:23
  228:5
  252:3,3
Eighteen
  224:23
either 19:8
  19:16 67:2
  69:15 70:7
  88:10
  89:13
  102:9
  109:13
  119:17
  134:15
  135:12
  152:21
  153:8
  161:3
  193:20
  281:11
  290:24
elicits
  122:5
eligibility
  162:4
eligible
  134:16
  135:14
  144:5,17
  146:6
  147:22
eliminate
  320:8
eliminated
  225:14
  238:24

elite 149:13
  150:20
Elizabeth
  4:14 16:7
Embarcadero
  4:16
Emma 156:19
  157:6
emotional
  283:15,15
  284:15
  285:9
employed
  14:12
enable
  273:22
ended 168:21
  197:21
endocrine
  9:8,9,11
  42:17,22
  44:13
  48:10,14
  50:5 53:5
  53:19 54:5
  57:9,19
  58:7 59:17
  65:13,18
  66:13,15
  67:1 71:15
  73:2,6
  74:1 76:11
  79:22,23
  80:8,10
  81:20
  84:13
  92:20
  95:21
  114:15
  164:14
  176:2
  226:13
  231:16
  232:3
  234:5,8,14
  244:16
  248:4,17
  250:24
  271:5,12
  272:6
  281:8
  282:20
  283:8,9,10

293:8,24
294:13
304:13,24
305:2,9
312:5
endocrin...
  151:15
  181:18
endocrin...
  73:3 115:4
  298:13
  307:1
endocrin...
  19:10,14
  21:4 307:1
endogenous
  44:24
endpoint
  237:9
ends 245:15
  246:2
enjoy 151:20
  159:15
enrolled
  212:2
enrolling
  211:8
ensure 125:2
  125:19
  188:6
ensuring
  124:16
  166:10
entering
  153:21
  244:4
entire 54:21
  64:18
  89:18
  138:22
  140:9,23
  191:15
entirety
  63:2 74:6
  256:19
entitled
  25:4 66:14
  131:6
  141:1
  212:8,9
  228:13
  240:2
equal 72:2

192:9
equally
  304:3
equals
  157:10
Erica 212:11
errors 115:2
especially
  57:2 122:2
  253:3
ESQUIRE 4:3
  4:9,10,11
  4:12,13,14
  5:3,4,11
  5:17 6:3
  6:10,18
  7:3,4,5,6
  7:7,8
essential
  78:21
  81:22
essentially
  26:12
establish
  195:16
  196:10
Establis...
  212:10
estimate
  111:3,9
  300:17
  302:23
estrogen
  56:5
et 14:18,19
  24:5,20
  25:3 58:16
  159:12
  232:20
evaluate
  111:1
  112:2
  149:18
  150:6,19
  151:8
evaluated
  107:18
  120:3
  177:2,24
  188:7
evaluation
  111:21
  173:7

177:13
186:22
187:6
188:11
284:19
**evaluations**
179:9
283:7
**events**
127:20
131:15
176:14
**eventually**
168:16
**everybody**
16:11,23
19:1 28:17
30:3 138:4
138:16
142:17
158:21
203:17
**everybody's**
185:1
**Everyone's**
228:2
**evidence**
52:19
95:14
148:5
231:18
232:18,18
281:11,14
281:18,21
292:21
297:20
**evident**
112:4
**exact** 58:2
261:4
304:9
**exactly** 36:7
79:13
97:21
122:9
182:10
189:19
192:15
193:24
209:9
223:12
229:4
258:7

**exam** 173:18
174:21
176:3
**EXAMINATION**
8:5,7 17:1
301:5
**examine**
139:22
**examined**
27:10
260:8
**examines**
260:22
**example**
90:13
102:3
104:15,23
122:11
163:16,17
163:19
164:11
168:13
222:1
**examples**
89:22
98:11
115:2
126:1
129:2,23
130:9
168:3
**exclude**
135:8
146:20
277:21
311:16
**excluded**
123:6,13
126:3
127:4
128:22
133:2,17
144:2
**excludes**
145:3
278:3
**exclusion**
144:22
**excuse** 38:19
67:6 76:16
86:21
100:3,4
140:18

166:23
201:15
208:1
254:19
283:22
307:18
310:21
319:24
**executive**
289:11,18
297:4
**exhibit** 9:1
10:1 17:9
17:14,18
17:21 18:7
18:14,19
19:4 22:15
28:3 32:9
34:21
42:16,21
48:9,13
58:13,14
58:19 59:8
65:15,17
66:12
86:19,20
86:22 87:5
92:13,21
96:1,6
103:9
114:17
131:4,9
136:6
143:2,7
148:10,14
156:24
164:15
169:23
170:4,9,12
172:11
185:14
212:7,13
215:13,15
216:10,16
217:18,21
224:19,22
225:1,4
228:9,11
228:16
231:16
240:13
243:22
249:11,11

249:20
251:1
254:9,15
267:18,19
271:17,18
271:19
282:20
285:20
286:1,4
291:11
293:9
296:6
**exhibits**
17:9
**existence**
224:12
**exists**
159:21
**exome** 57:4
**exon** 176:4
**experience**
22:8 26:9
70:19
81:14
93:20 94:4
94:11
95:12
96:19
97:16 98:7
99:12,16
101:3
113:21
117:4,11
117:13
118:2,11
118:23
119:3
123:5,11
126:2
128:21
133:16,22
142:18
150:10
151:2,5
152:20
161:11,20
161:20
163:7
164:16
165:9
166:8,16
218:23
224:5,7

226:15
227:4
230:16
247:15
253:14
260:13
268:1,6,7
272:12
277:11
294:8
295:24
297:13
298:14,19
**experienced**
151:9
152:19
155:1,17
167:21
168:4
216:24
270:18
**experiences**
144:16
161:15
163:5,11
270:18
**experien...**
95:3
165:11
217:9
233:2,11
236:15,24
238:3
241:18
264:23
**experiment**
296:16
**expert** 17:11
21:18,24
34:10,11
34:22
42:10,11
43:5 46:12
94:1 103:9
121:15
123:3
131:23
139:23
151:18
224:9
225:16
268:11
279:7

298:5
307:17,22
317:24
318:5
319:9,10
319:13
**expertise**
21:1 22:7
149:18
150:3,6,18
159:14
181:13,21
207:16
288:24
**experts**
307:18,19
**explain** 23:1
112:23
163:3
195:8,14
225:21
228:3
268:4
300:14
**explained**
80:10
112:21
227:18
**explaining**
190:19
**explains**
85:19
**explanation**
98:5 101:7
**exploration**
227:10
**explore**
248:23
**explosive**
158:2
**express**
126:10
164:5
204:24
224:10
230:23
240:7
**expressed**
218:16
232:11
237:1
305:10
306:10

**expressing**
163:22
**expression**
68:22
101:20
122:4
164:4
**extended**
44:13
**extending**
98:4
**extends**
159:14
**extensive**
157:21
**extent** 54:19
124:1,9
167:5
**external**
35:8,9,15
48:7 80:20
122:4,13
173:19
174:21
247:7
**externally**
35:1
**extreme**
129:2,14
147:8
165:24
**extremely**
28:12
123:6,12
126:3
128:23
133:1,16
139:17
144:6,18
145:6
160:20
205:19
316:1,3
**eye** 252:20

―――――――
**F**
**F** 5:17
**faced** 169:4
204:8,15
**fact** 35:23
36:18
46:11 49:1
61:15

68:15
69:14 72:6
74:16 80:9
85:4
103:20
120:6
139:3
173:23
195:14
203:11
207:15
224:16
231:24
240:3,24
255:9
262:15
272:18,21
280:15
297:16
**facts** 158:8
**factual**
250:19
**Failing**
212:10
**faint** 29:5
**fair** 21:19
77:12
124:16
125:2,19
137:2,17
138:1
186:17
306:2,4
**Fairly**
193:16
**fairness**
22:1,4,8
131:7
138:21
139:2
166:10
167:11,18
**fall** 62:12
62:13
251:20
**falling**
59:12
**false** 83:19
84:2
149:19
158:24
237:9
**falsity**

150:19
**familiar**
43:8 49:1
63:19 64:7
64:16
87:11
96:12
138:6
162:22
215:21
228:24
296:20
303:23
304:3
**family**
101:23
106:19
168:24
188:8
225:24
314:22
317:13
**FAMPTON** 7:5
**far** 29:6
66:23
96:20
115:19
169:10
171:10
173:6
193:11
232:16
277:15
**farther**
67:17
**fashion**
145:14
303:13
**fast** 104:16
**faster**
136:14,17
157:24
**fastest**
136:11,12
**fat** 150:12
**father**
188:17
189:1
**FDA** 195:17
195:23,24
197:1,3,7
197:13,17
274:13,24

275:5,17
276:6,20
276:21
**Federal**
141:24
**feel** 60:5
127:12
151:24
160:12
161:8
164:2,6
183:14
184:3
188:15
201:12
229:19
267:15
270:8
277:8,10
277:12
314:11
**feeling**
106:6
164:8
246:20
**feelings**
102:11
249:24
**feels** 227:21
227:23
**fees** 34:1,10
**fellow** 126:8
**fellowship**
19:13,17
**fellowships**
19:9
**felt** 99:11
241:22
242:22
**female** 27:22
35:11
40:19,19
41:3,11,21
42:1,12
47:4,15,15
48:8 49:22
49:22
55:10
74:19 77:8
88:5,10
89:13
90:20 91:1
91:2 92:17

93:21
94:11  95:4
120:8,18
120:22
121:2,8
125:6,7,10
125:12,17
136:13
137:2,17
138:1
143:15,16
143:17,17
143:18
144:16
146:24
147:11,12
149:14
150:21
156:20
160:23
161:16
165:12,19
166:11
167:12
168:14
169:5
173:2,4,8
173:15,19
173:21,23
174:2,16
175:2,6,16
175:22
191:9,23
216:4
217:11
223:24
226:16
251:18
280:17
313:4
314:8,9,11
315:3,16
316:16
317:5,5
320:1
**females** 77:7
88:4  92:2
92:2,8
98:19
124:17
125:3,20
140:13
141:12

151:20
157:23
159:16
160:8
169:16
192:12
196:24
197:8,12
216:22
217:6
253:3
**feminine...**
164:2
**fertile**
274:6
**fertility**
192:9
195:1
271:7,8,23
272:7,19
272:22
276:22
**fertilized**
41:4,12
68:21  71:1
71:5,7,22
72:1
**field** 19:9
20:24
43:13,22
50:3
138:22
172:1
209:5
214:2
234:24
235:7,12
235:21
236:8
261:12
**figure**
129:12
183:9
260:17
264:18
**file** 17:11
**filed** 225:10
**filing** 14:5
**fill** 188:2
**final** 78:20
79:3
105:10
197:20

**finally**
228:7
**find** 18:18
26:24
44:13  49:9
76:17  79:2
92:13
114:17
164:13
188:24
211:22
220:3
231:16
239:17
243:21
249:10
267:18,19
291:15
**finding**
113:5
144:10
177:7
188:13
236:13,22
**fine** 33:11
114:13
164:22
**fingers**
221:6
**finish**
114:10
193:17
194:9
**finished**
77:2
152:22
**fire** 202:19
**firmly** 175:2
**first** 16:16
30:20
36:19  37:4
37:11,22
39:11  41:7
42:19
48:18
74:17  76:1
79:1,6
82:7,14
85:3  87:10
97:19  99:3
157:20
158:19
172:12

179:11,15
180:22
210:2
211:13
216:11,17
222:19
228:21
230:3
231:18
251:1,8
256:6
260:1
286:24
293:17,17
302:5
**fit** 31:1
98:6  237:1
**fitness**
157:21
**fitting**
94:20
**five** 44:16
44:19
112:15
164:18,21
164:22
189:20,22
191:1
197:22,23
210:1,12
211:13
250:8
256:10
274:1,1
305:24
317:21
**five-minute**
317:20
**fixed** 225:12
225:15
226:20
232:12
236:17
237:2
238:11,19
238:21,24
239:9,12
239:15,21
240:2,8
241:2,7
**flat** 270:1
**flatly**
270:13

**flipping**
299:13
**Floor** 4:17
5:7
**Florida**
180:7,24
181:11,12
181:21
318:17
319:4
**fluctuation**
61:23
**fluid** 162:21
162:23
163:4,8,10
163:14
164:10,12
165:22
166:9
167:9
227:4,6,22
229:24
**Fluidity**
228:13
**focus** 30:10
81:18  85:7
104:16
165:18
**folks** 68:1
121:23
206:21
**follow** 78:5
189:12
208:12,22
212:5
246:7
256:12
304:13
**follow-up**
150:17
210:7
211:3,22
256:7
**followed**
19:13
208:3
292:15
**following**
16:15
81:20
218:21
283:12
**follows**

16:17
149:13
234:7
**football**
168:13
169:6,17
**footnote**
61:15
67:10
235:4
250:21
254:10
257:3
**force** 215:2
**forclosed**
280:17
**Forde** 136:18
**forever**
191:4
**forget** 39:6
**forgetting**
22:23
**forgotten**
248:14
**form** 19:11
19:18 20:6
20:15,21
21:2,10,15
21:20 22:9
23:9 24:15
24:24
25:11,17
26:6,15,20
27:12,23
33:5,22
34:3,13,18
35:10 36:2
36:11,20
37:6,24
39:12,18
40:1,7,13
40:22 41:6
42:4,14
43:15
44:11 45:5
45:19 46:5
46:16
47:10,17
48:5,23
49:4,10
50:7,14
51:1,21
52:5 53:9

53:23
54:10 55:8
55:17 56:6
56:13,24
57:11,23
58:9 59:4
60:22
61:10,17
62:8,24
63:12,24
64:11 65:1
65:8 67:5
68:10
69:10,19
70:1,9,18
71:9,17,23
72:9,19
73:7,17
74:4,12
75:2 76:8
76:15,22
77:14,24
78:10,15
79:10,17
80:3,15
81:3 82:2
83:1,9,14
83:22 84:5
84:22
85:14,24
86:8,16
88:20 89:5
89:15 90:4
90:17 91:6
91:14 92:5
94:3,13,21
95:10,22
96:18
97:12 98:8
99:6,19
101:5,15
102:12,24
104:1,11
105:22
106:14
107:2,8,16
108:3,12
108:18
109:10,20
110:22,23
111:9,11
112:11
113:1,13

115:16
116:8,17
117:7,17
118:4,13
118:20
119:2,10
119:19
120:1,10
120:24
121:11,22
123:19
124:4,12
124:19
125:4,22
127:8,22
128:8,11
129:4,18
131:18
132:6,15
133:11,21
134:7,19
135:9,16
135:24
137:3,18
138:11
139:5
140:15,21
141:15
143:21
144:8,19
145:7,21
146:8,22
147:16,24
149:20
150:8,24
151:11,22
152:8,23
153:10,22
154:6,16
155:4,12
155:19
155:24
159:24
160:9
161:1,5,17
162:7,16
162:24
163:6,15
166:1,12
167:13,24
168:7,11

169:8
170:24
171:7,12
171:18
172:3,16
173:10,17
174:12,17
175:3,10
175:18,23
176:17
177:4,20
178:9,20
179:13
180:1,9,15
181:7,15
181:23
182:8,21
183:6,16
184:6,10
186:2,12
187:1,13
187:23
188:9,19
189:2,11
190:15,23
191:12
192:3,18
193:4,8,22
195:2,12
195:19
196:4,12
196:19
197:2,14
198:11,20
200:2
201:7
203:4
204:10,17
205:2,7,13
205:21
206:5,11
206:16
207:3,10
207:24
208:6,15
209:11,19
210:4,14
211:6,16
212:21
213:8,15
213:22
214:3,8,21
215:6,23

216:6
217:1,10
218:20
219:9
220:16,21
221:20
222:9,17
222:24
223:10,18
224:2
226:8,22
227:7,16
228:1
229:13,18
230:11
231:1
232:7,13
233:4,13
233:20
234:18
235:14,22
236:9,18
237:3,16
237:22
238:5,12
238:22
239:13
240:9,18
241:8,20
242:16
244:21
245:5,10
245:19
246:4,15
246:24
247:10,23
248:7,19
251:4,11
251:16
252:5,11
252:16,22
253:1,9,16
254:3
257:12,22
258:4,10
258:19
259:6,14
259:19
260:3,12
261:2,17
262:4,8,19
263:12,22
264:7,12

159:1,17
158:10
156:8
104:1,11

266:1,4,22
267:6,13
267:23
268:14,24
269:16,22
270:4,16
271:1,10
272:2,10
272:24
273:8,23
274:16,22
275:13
276:9,18
277:5,17
277:23
278:8,16
279:10
280:1,9,21
281:1,23
284:21
285:10,17
286:17
287:16,21
288:4,19
289:2,20
290:5,14
290:22
291:7
292:3,13
293:5
294:4
295:10,18
297:24
298:8,22
299:7,22
300:4
302:9
303:10,18
304:5,11
304:20
305:11,19
306:5,11
306:23
307:10,14
307:20
308:10,16
308:22
309:5,12
309:19
310:1,10
310:16
311:1,8,17
311:24

312:9,21
313:6,15
314:13,18
315:6,19
316:7,21
317:7
318:2,8
320:3,11
320:17
321:4,12
**forms** 188:2
**Forty-three**
296:5
**forward**
30:1
109:1
182:15
201:12
203:13
314:10
**found** 50:22
233:9
244:12,18
245:23
248:5,17
**Foundation**
4:4
**four** 22:17
66:19,20
68:2
100:21
136:16
185:13
189:21
203:15,22
217:14
256:10
259:4
**fourth**
252:10
253:8,15
**fractures**
319:14,20
**Francisco**
4:18 67:10
67:14
**frankly**
28:19
**free** 40:19
40:23 47:7
47:13 56:2
60:5 141:1
141:4

222:2
**Freedom** 7:9
14:24
**freestyle**
136:11,16
**frequency**
92:24
**frequent**
92:9
**fresh** 187:8
**friend** 1:4
130:5
**frilly** 164:1
**front** 23:11
64:13
66:11 97:1
136:6
175:5
179:1
197:4
200:24
221:2
277:9
291:10
302:1
**frontal**
289:10,17
**froze** 319:16
321:17
**frustration**
29:8
**full** 80:19
85:3 100:5
101:7
106:11,23
107:5,13
107:23
108:8,15
158:12
169:7
176:4
180:22
313:13
**fully** 25:23
148:18
219:8
264:2
270:24
275:19
**function**
84:17
106:5
283:14

284:14
297:4
**functioning**
103:22
104:9
105:15,20
**functions**
289:12,18
**fundamental**
85:4,22
86:6,11,14
**funny** 111:24
**further**
38:22
85:19 89:2
140:4
158:1
186:22
187:20
200:23
256:17
**future**
191:10
192:1
283:1,4,6

────── G ──────
**G** 14:8
**gained**
129:20
**gamete** 41:3
41:3,11,11
**gametes** 77:8
77:9
**gap** 207:1,8
207:11,16
**Gavenport**
297:11
**GD/gender**
231:19
244:6,11
283:10
293:19
**gender** 9:17
20:5 23:24
24:13,22
25:16 26:5
26:9 32:20
32:23
33:21
49:22
51:10
57:20 58:7

62:16 64:3
68:19
78:22,23
78:23
79:12
81:22,24
81:24 82:9
82:18 84:7
84:8,15
87:2 88:16
89:22 90:3
90:19,19
91:5,11
92:15,16
92:17 93:9
93:21,22
94:7,11,19
94:20 96:3
97:4,5,9
98:6,17
99:4,7,11
99:12,15
99:16
101:2,3,12
101:16,17
101:19,20
101:21,23
102:2,2,8
102:13,17
102:19
103:10,16
105:4,11
105:24
106:1,9,11
106:18,24
107:5,13
107:15,21
107:23
108:1,6,8
108:10,11
108:16
109:8,12
109:18,23
111:19
112:8,17
112:22
113:5
117:1,4,14
117:20
118:2
122:1,15
122:17
123:9,14

124:3,11
125:13
126:4,9,22
127:5,11
127:18
128:19,22
129:17
132:3,12
132:18
133:3,18
134:17
135:14
139:19
144:3,6,16
147:2
148:12,15
160:20,23
161:15
162:21,23
163:4,8,10
163:14,23
164:4,4,10
164:11
165:12,21
165:23
166:4,9
167:9,22
168:6,19
168:24
172:1,2
177:3,9,18
182:15
183:10
184:4,8,14
206:3,9
216:4
217:9,9
218:9
221:14,18
223:15,16
223:23,23
224:11
225:12,15
225:22,24
226:1,6,10
226:20,23
227:4,6,8
227:11,15
227:17,22
227:24
228:2,13
229:24
230:4,5,6

230:13,16
230:22,22
231:7,8,13
231:14,24
231:24
232:1,2,11
233:1,2,9
233:11
234:2,10
236:14,15
236:16,23
236:24
237:2,7,8
237:20
238:3,10
238:19,20
239:3,9,12
240:2,7,20
241:7,10
241:17
242:10,14
242:15,24
244:1,4
245:16
246:8
247:8,18
247:19
248:1,23
250:14,15
256:18
257:9
259:1,11
260:1,18
261:5,12
261:13
262:12
264:11,23
265:5,10
266:10
271:13,22
274:20
278:5
280:12
291:3,17
295:22
302:15,16
302:20
303:9,17
304:4
306:21
307:2
308:17,20
309:3,7,16

310:5,23
313:4,8,11
313:14
314:22
315:3,7,11
315:15,16
315:17
316:14,23
317:5
**gender-a...**
109:3,22
236:10
**gendered**
79:12
**genders**
97:16
**general** 2:2
57:18
96:19
103:1
106:18
115:14
138:12
159:13,13
203:9
214:9,12
218:23
229:19
235:15,24
253:6
268:1
269:9
270:17
287:17
310:17
312:17
**General's**
15:9
**generali...**
299:10
**generally**
20:4,12
51:2 58:6
96:16
115:5
131:14,24
132:10
160:1
163:22
187:7
214:1,14
214:16
219:5

252:3,19
297:22
309:21
312:6
**genes** 36:23
39:20
68:22
**genetic**
27:22
36:17,18
37:17,21
37:22 40:5
45:12
46:14,15
47:7,13
55:15
69:23
115:3
143:15
**genetic/...**
45:1,4,15
46:2 80:1
80:11 81:1
**geneticists**
115:4
**genetics**
57:3
**genitalia**
35:15
47:15 48:8
55:14
80:20
122:5,13
173:19
**genitals**
35:2,8,9
**getting**
55:24 56:7
128:10
165:1
246:18
268:3
272:17
279:2
308:2
317:24
**girl** 53:21
54:7 164:6
216:19,22
**girls** 53:13
55:7 56:12
91:22 92:2
97:6 98:11

147:23
167:11
223:17,20
251:15
252:3
256:15
280:6
287:9
290:21
**girls'** 134:5
280:16
**girly** 164:8
**give** 25:21
33:10
52:22
102:5
107:20
129:1
163:16,17
170:2
182:3
187:12
193:8
217:2
247:5
295:2
302:6
314:14
315:2
317:20
**given** 18:19
21:4 54:20
114:23
119:20
128:5
162:9
180:12
203:5
230:22
261:21
279:4
289:1
296:7
**gives** 90:13
281:24
**giving** 116:1
168:24
239:9
**glad** 100:20
276:1
**glance**
319:21
**glide** 93:13

**go** 22:24
28:11
44:21  90:7
113:21,23
114:5
122:17
128:17
131:2
137:8
154:22
160:16
168:21
172:24
203:19
239:16
267:7
282:4
292:5
297:1
298:11,19
298:20
300:24
**goal** 57:12
58:10,10
186:9
264:17
**goals** 234:19
**God** 177:10
**goes** 66:23
95:1
121:15
140:2
216:20
232:3
283:8
287:3,8
289:11
**going** 26:24
28:16
30:17  31:8
31:20
33:10  39:6
47:14  59:5
64:12  66:1
92:22
93:10
106:2
113:19
116:18
127:12
130:15
131:3,22
139:24

146:24
147:6
162:17
165:18
167:4
175:20
183:11
185:17
189:18
191:3
193:14
194:11,12
203:13,13
203:16
224:18
236:2
239:7
242:4
243:4
246:16
249:17,22
252:2
254:12
259:15
263:14
264:19
271:19
274:8
279:2
284:9
299:1
301:13
312:13
316:16
318:14
**golly** 284:6
**gonadal** 47:8
80:18
283:14
284:14
**gonads** 45:13
46:7  47:15
48:3
**good** 14:10
15:14
16:23  17:4
17:6  30:2
67:16
75:14
138:13
161:6
185:24
192:24

194:6
201:12
228:7
229:20
231:9
235:16
263:24
**Goodness**
268:2
**gosh** 25:20
111:2,14
160:10
247:1
**gotten**
203:12
**government**
87:14
**governme...**
68:7
**grab** 212:6
**gracious**
268:2
**grade** 40:17
252:4,4,10
252:14,15
253:21
**graded**
281:14
**graders**
253:8,15
**grant** 64:8
64:23  65:6
87:16,17
**grants** 63:20
65:3,9
87:16
**graphic**
229:1
**gratefully**
290:1
**gray** 287:4
288:17,23
289:8
290:12
**great** 156:4
169:11
244:3
**greatly** 57:2
223:24
**Green** 5:17
15:18,18
29:15,15
**grip** 158:4

**GRNH** 52:16
52:21
293:11
**group** 70:20
208:19,21
217:14
230:15
241:23,24
284:23
293:4
303:14
305:22
**groups** 130:5
232:19
305:24
**growing** 52:7
**grows** 122:20
**growth** 154:9
289:8
290:19
292:16
299:6
**guess** 115:21
116:20
164:5
198:17
243:1
**guessing**
155:24
**guide** 25:5
60:17
62:22
158:15
281:17
**guideline**
62:4  95:21
271:20
**guidelines**
9:8,9
42:18
44:10  46:2
48:10,14
48:19  49:2
49:8  50:5
50:12,23
51:24  53:6
54:6  56:18
57:16
59:16
66:21  81:1
92:21,23
164:14
189:13

215:4,4
226:13
231:5,17
234:8,20
243:22
248:4
271:5,12
271:16
281:7,8,15
281:16
282:20
283:21
294:1
304:13,14
304:16,17
304:22,24
305:3,3,3
305:4,8,9
312:5
**Guidlines**
42:22
**guys** 255:3

———————
**H**
———————
**HAL** 7:5
**half** 28:13
28:22
93:11
153:5,15
154:7,9,10
154:23
176:8
258:5
301:15
**halfway**
67:17
154:19
189:20,22
286:24
**hand** 82:18
105:17
198:16,17
249:13,22
254:12
261:14,15
300:24
**handed** 249:5
249:8
**handing** 43:1
254:23
**happen** 127:2
129:7
164:11

203:10
265:22
266:20
275:3
295:3
312:6
**happened**
137:6
174:14
186:1,22
190:11
194:1
242:22
321:20
**happening**
38:21
265:22
266:11,19
292:23
313:10
**happens**
288:1
295:1
315:4
**happier**
203:8
**happy** 109:2
130:3
198:19,23
199:11,16
200:1,7,9
201:22
202:24
203:9,17
290:8
**harass** 276:3
**harassed**
126:17
**hard** 30:8
38:2,7
73:21
101:8
111:2
115:22,22
217:16
241:24
248:21
249:24
255:6
262:13
**harder**
134:23
165:1

**harm** 122:23
129:2,15
144:22,22
146:4,24
147:8
148:5,6,7
161:8
165:24
166:5,8,13
166:19
167:8,21
202:2
316:9,17
316:18
**harmed** 127:4
218:19
219:6
**harmful**
123:6,12
126:3
128:23
133:2,17
139:17
144:1,1,7
144:18
145:6,14
145:19
160:20
199:23
294:16
295:8
316:1,3,6
**harming**
218:7
**harms** 130:1
**HARNETT**
38:19
**Harper**
156:14
**Harrison** 1:9
1:15  6:7,8
15:15
**Hartnett** 4:9
16:3,4
29:1 30:19
30:20
38:20 39:3
**Harvard**
229:7
**head** 111:12
259:16
299:2
306:13

**headed** 19:5
59:23 93:8
**heading** 23:2
49:16
52:19 60:7
74:18 76:1
82:8,14
89:21
91:18
114:19
229:23
231:18
256:17
259:1
293:13,18
**headline**
136:8
**health** 9:14
10:5 25:5
27:6,7
32:1,23
60:19 68:4
82:9 87:2
87:11,17
87:20,23
87:24 96:3
96:4,7,12
96:15,17
96:23 97:4
97:20
103:4,4
106:19
107:18
147:3
177:6,12
177:22
178:2,5,6
178:21
179:1,7,10
179:22
181:12,17
182:14
187:5
188:10
189:14,15
201:10
208:5,22
208:23
210:1,6,12
211:12
212:10
220:10
228:12,17

283:14
284:14
285:24
286:13,16
314:23
**health-b...**
27:1
**healthcare**
178:13
**healthy** 47:6
47:13 48:3
48:6 109:2
126:22
**hear** 29:3,4
29:11,18
30:3,23
37:7 86:22
105:24
143:14
165:2
185:16,16
197:23
199:1
204:14
255:2
284:2
301:19
321:20
**heard** 132:16
143:12,19
149:4
156:14
194:5
195:9
198:9,18
200:17
204:18,20
**hearing**
29:16
31:16
204:21
**heart** 88:10
90:9 91:4
91:13
154:14,18
**HEATHER** 1:5
**heavily**
223:17
321:6
**height** 154:2
169:11
**held** 66:5
70:16

130:19
194:16
243:8
282:14
**Hello** 301:8
**help** 38:18
158:15
193:12
201:11
281:16
**helpful**
30:14,17
165:3
248:13
**helping**
201:9
261:5
**helps** 122:16
**HELSTROM**
4:12
**Hembree**
42:19
43:10
48:20
**Henig** 143:12
**Herbert** 10:5
228:12,17
**hesitate**
311:9
**hey** 186:23
**high** 117:24
123:17
126:17
133:19
138:9
147:23
168:15
169:6,17
174:8
206:19
229:12,17
253:22
262:17
263:2,8,10
263:14
**higher** 166:9
167:18
**highest**
236:8
**highly** 44:5
67:14,23
68:7
234:24

235:6,12
235:21
**Hilton** 9:19
156:19
157:1,6
**historical**
93:9
**history**
93:20
261:18
262:1
**hit** 243:17
**hitting**
278:24
**HOLCOMB** 7:6
**Holcumb** 15:2
15:2
**hold** 133:3
**home** 181:1
**homeless...**
126:19
**honest**
157:11
**hope** 38:18
63:2
124:22
298:4
321:5
**hormonal**
80:20
122:4
137:10
160:2
177:19
178:7,18
179:23
180:13
181:24
183:5
189:6
211:13
291:4,18
297:2
299:5,18
**hormonally**
262:2
**hormone**
44:23,24
56:4,5
132:19
176:2
210:13
270:15

271:14
297:21
**hormones**
21:14 56:1
98:20
108:17
109:3,7,17
109:22,22
122:12
137:13
161:21
174:5,20
175:1,9
182:7,16
188:18
190:20
191:8
200:1
201:5
208:13
210:3,11
211:4
263:19
290:13,18
310:5
**hospital**
111:4
229:7,11
**hospitals**
261:20,20
**hour** 242:5
**hours** 180:23
282:8,9
300:21
**housekee...**
100:10
**huma** 115:13
**human** 22:8
46:8,22
47:2,4,4,6
56:22 57:1
63:21
68:18
69:15 70:4
78:22
81:23
85:13,23
86:7,15
162:12
167:17
299:20
**humans** 41:2
41:10

47:20
115:14
160:11
297:23
**hundreds**
36:23
39:20
**Huske** 136:14
**hyperthy...**
104:15,24
**hypothet...**
80:7
**hypothyr...**
116:4

_____ I _____
**idea** 30:6
75:14
216:17
**ideal** 279:14
**ideally**
280:10,14
317:15
**ideation**
130:8
168:4,18
207:6
**identifi...**
202:3
**identifi...**
9:4 10:4
17:20,22
18:15
42:23
48:15
58:21
62:16
65:19 87:7
96:8 113:9
116:6
131:11
143:9
148:16
157:2
170:6,14
212:15
215:17
225:6
228:18
231:6
254:17
286:6
**identified**

9:4 10:4
62:14 90:8
118:12
126:16
130:4
131:4
143:3
147:11
173:4
206:22
314:9
316:16
**identifies**
49:21
122:10
126:21
138:5
145:3
230:19,20
316:5
**identify**
31:9 94:5
100:11
102:1
126:8,9
129:14
161:18
175:5
183:2
230:5
259:10,23
260:7,21
292:19
298:16,17
314:4,8
**identifying**
168:14
173:2
245:15,16
246:3
**identity**
24:22
25:16 26:5
26:9 62:16
64:4 84:15
84:20 91:5
91:11
92:15,18
93:21
94:12 95:4
99:11,15
101:2,21
102:3,8,22

107:21
109:13
110:6
115:10
116:13
117:1,4,12
117:14,20
118:3,7,11
118:24
122:1,6,17
123:8,9,14
124:3,11
125:13
126:4,22
127:5,11
127:13,18
128:23
129:17
132:3,12
132:18
133:3,18
134:17
135:15
139:20
143:16
144:3,6,16
160:20,24
161:15
163:23,24
164:4
165:12,20
165:23
166:4,9,9
167:23
168:6,19
169:1
183:10,15
183:17,23
184:5,8,14
216:4
221:19
224:11
225:12,15
225:23
226:1,1,6
226:10,20
226:23
227:1,5,9
227:9,11
227:15,17
227:22,24
228:2
230:4,13

230:22,23
231:7,8,10
231:14
232:2,4,11
236:17
237:2,7,8
238:10,19
238:21
239:9,12
240:2,8,20
240:22
241:7,10
241:24
242:10,18
242:23
245:16
247:8,14
247:18,19
248:1,23
250:15
254:1
256:23
260:18
264:18
278:4,6
280:12
313:4,8,11
313:14,20
313:21
314:11,12
314:22
315:3,7,11
315:15,16
316:23
317:4,5,10
**illness** 20:3
20:13
**imaging** 36:9
36:13
**impact** 21:14
151:8
284:19
286:10
**impairing**
109:1
**impairment**
104:17,19
104:23
105:3,14
**impairs**
103:21
104:9
105:20

**implicat...**
152:18
160:22
**implying**
164:9
**important**
21:5 68:17
69:9 73:1
73:4
103:21
104:9
105:15,20
122:21
167:10
212:4
264:5
272:6
297:22
299:6,19
317:11
**imprecise**
41:21 42:2
42:12
73:20,22
74:2 76:24
79:12 81:1
**imprecision**
53:20 54:7
**impression**
198:6
**improve**
106:17
110:3
147:3
200:5
201:9
203:6
290:2
**improves**
290:8
**improving**
150:11
**impulse**
289:12,18
290:1
**inaccurate**
62:6,20
63:14
76:14,21
79:9 158:9
296:24
**inapprop...**
61:5 62:10

**incentive**
280:15
**incentives**
279:22
**inception**
261:11
**inch** 157:19
**inches** 93:11
93:12
172:20
176:8,11
**incidences**
205:18
**inclined**
113:20,23
**include**
45:10,11
46:19
100:2
188:11
253:8
283:11
284:12
293:20
300:2
308:9
311:16
**included**
46:7 64:5
80:19 88:3
115:18
171:5
191:6
253:12,15
**includes**
32:11
103:17,20
184:18
208:18
302:17
**including**
121:4
167:9
263:7
268:12
283:14
284:14
289:18
292:20
314:22
**inclusion**
138:21
**inclusive**

97:15
138:17
311:19
**incompre...**
49:9
**incongru...**
105:12
108:23
217:9
223:16,24
231:13,19
232:1,4
244:7,11
283:11
**incongruent**
234:11
293:19
**incongruity**
108:11
**increase**
155:21
261:8
**increased**
168:4
223:5,24
290:18
**increasing**
222:14,21
223:1
**incumbent**
263:17
**indicate**
232:24
**indicated**
51:17
293:12
302:5
**indicates**
172:12
**indication**
107:10
203:1
274:14,19
275:6
**indications**
197:17
274:24
**indicator**
125:13
**individual**
36:24
40:17,19
41:5,13

47:6,13,14
69:17 71:7
89:9,10
99:12
101:3
102:7,10
102:21
106:20
121:7
122:24
129:15
138:21
139:19
140:11
146:6
160:18
161:7,15
161:24
162:12
163:4,22
166:3
169:4,5
191:23
268:16,16
274:8
303:14
306:14
**individu...**
99:15
138:16
179:22
**individu...**
161:10
314:24
**individu...**
270:8
**individuals**
26:22 42:7
48:4,7,19
55:5 61:24
62:15
69:20 78:4
78:7 81:13
81:18 94:5
94:11,19
95:2 102:1
109:7
113:5
117:3,11
117:12
118:1,10
118:23
119:21

122:11
126:12
127:13,14
129:7
132:2,17
133:19,20
135:9
137:23
147:4,11
147:14,19
147:20
152:19
160:23
162:5,21
162:23
165:8,10
165:22,24
166:14,16
167:9,10
172:2
184:3
205:19
208:19
214:20
215:5
226:7,14
227:4
233:10
241:22,23
242:21
261:19
262:1,9
263:21
264:6
265:9
271:22
272:17
273:9
278:4
292:23
294:6,10
295:1,13
298:19,20
308:15
309:8
312:1
314:21
317:12
**inevitably**
227:5
**infancy**
242:10
**infant** 36:18

37:3,21
39:10,17
40:6
319:14
**infant's**
35:1,3,7
**infer** 63:14
**inference**
295:2
**infertility**
274:9
**influence**
78:23
81:24 87:2
231:3
**influenced**
90:1
221:18
**influences**
78:23
81:23
89:22
247:8,13
**infographic**
9:13 86:20
87:1,6
**inform**
271:21
**information**
10:7 57:5
61:5,7
80:21
96:17
149:24
152:1
154:20
158:15
159:19,23
174:20
184:11
187:16
191:2
208:4
211:11
212:4
217:13
222:3
234:20
241:22
262:23
270:6
275:6
282:2

285:2,22
286:5,12
286:12,15
292:9
297:9,19
**informed**
273:6,22
289:22
**initial**
63:17
89:21
**initiating**
271:24
272:7
**initiation**
210:13
**injection**
186:10,11
202:24
**injunction**
224:17
**injure** 91:22
92:3
**injuries**
92:10
**injury** 169:4
169:14
**inner** 92:16
**inquiry**
187:21
**inside**
107:19
180:3
**insist**
182:19
**instance**
35:13
55:24 82:4
113:16
120:20
188:16
211:5
220:7
273:4
280:5
**instant** 40:6
**institute**
44:6 68:3
87:2,11,14
87:23
262:16
285:23
286:13

**institution**
67:15
**institut...**
67:18
**insurance**
111:24
126:19
**intake** 217:4
**intend**
139:22
**interaction**
84:17
**interact...**
213:13,20
229:9
**interacts**
98:17
**intercha...**
68:20
**interest**
85:5
124:16
**interesting**
240:4
**interlinked**
21:5
**internal**
99:12
**internet**
202:17
**interpret**
83:16
**interpre...**
156:11
**interrel...**
285:19
**interrupt**
28:5 100:4
100:4
105:8
167:1
**intersex**
55:21
81:15
98:20
110:11
111:2,22
111:23
112:3,9
134:22
302:19
**intersexual**
111:7

**intervening**
59:22
**intervenor**
3:3 6:23
7:12 15:1
15:3,5,7
178:19
**interven...**
177:19
178:8
179:24
180:14
183:5
189:7
211:13
**interview**
9:23 26:22
138:19
215:12,16
**intervie...**
27:3
**interviews**
211:3
**intraspe...**
85:11,16
85:16
**intricately**
90:10
**introduced**
240:11
**introduc...**
93:8
**introduc...**
169:24
**investig...**
62:14
175:11
**investig...**
28:24
**investig...**
263:19
**invisible**
149:15
150:22
**invitation**
44:12
**invited** 44:9
214:17
242:7
**involuntary**
95:3
165:11,19

**involved**
226:15
135:20
137:23
171:2
229:15
318:10
319:12,18
**involves**
63:21
101:18
142:21
318:15
**involving**
131:15
319:13
**iPhone**
202:14
**isolated**
63:3 85:17
**isolation**
273:12
**issue** 28:23
29:12 30:4
30:21,22
203:8
264:1
274:9
**issued** 50:5
**issues** 57:19
108:24
121:21
172:24
182:14
189:14
221:14,15
221:18
233:24
269:11
270:19
292:18
294:11
297:15,16
298:11
300:10
318:17
321:9
**Iszac** 143:12
**item** 25:4
26:7 91:17
**items** 143:14

————————

**J**

————————

**JACKSON** 1:5
**Jacksonv...**
180:24
**Jacob** 14:11
321:24
**Jake** 75:21
**January**
23:13,18
131:5
136:7
143:5
**Joanna**
156:14
**job** 68:1
104:17
177:23
201:8
229:20
**jobs** 126:18
**JOHNATHAN**
7:7
**Johnson** 6:4
**joint** 59:12
**Josh** 16:9
**JOSHUA** 4:3
**journal** 9:17
22:17,20
23:2 61:3
148:12,15
159:3,4
**journals**
23:4 61:13
159:9
**Joyner** 138:5
138:15,18
139:3
140:10
148:11
**judgment**
167:18
**JULIE** 4:11
**jump** 158:1
**junior**
253:22

————————

**K**

————————

**KANG** 4:13
**karyotype**
176:4
**KATELYN** 4:13
**Kathleen** 4:9
16:3 30:19
38:20

**Katz-Wise**
228:13,22
229:5,6
230:10
**keep** 124:23
126:22
160:17
165:2
209:2
221:3
265:6
**keeping** 93:1
93:2
265:17
**keeps** 106:2
106:3
**Kelly** 6:10
15:11 28:9
28:21
31:13
**Kelly's** 29:8
**kept** 161:9
**kerfuffle**
147:7
**kids** 130:6
181:2,6
212:10
219:13
248:14
252:14
273:24
**kind** 93:13
109:24
111:24
122:5
129:11
130:7
145:13
169:23
178:2
185:14
216:18
237:9
249:17
251:14
281:21
286:21
297:19
**kinds** 129:24
147:6
237:23
**Klinefel...**
110:1

**knee** 91:17
92:9
**knees** 91:22
92:3
**knew** 121:3
127:15
186:14
204:3
215:20
**know** 21:6
25:18
29:17 30:7
30:12 38:4
43:10 44:9
47:1,19,20
50:15
51:23 67:2
67:24
72:10,13
72:14 78:1
78:2 79:18
80:18
81:13,14
83:15
85:15
88:21
90:20
93:14
95:13
97:13,15
101:17,19
102:13,15
103:1
104:12,14
104:14
109:24
110:24
115:17,22
117:18
120:2,6
122:18,21
123:4,11
124:21
126:2,9,13
126:14
127:14,16
128:21
129:5,7,23
130:5
132:7
133:15
134:21
135:17,19

135:23
137:7,11
142:17
144:21
147:5
149:5,23
150:12
154:21
155:7
156:4,5
157:6
159:18,20
159:20
160:11
161:8,19
161:23
164:6,8,9
167:6
176:23
178:10
183:22
184:13
186:8,13
187:16
188:20
189:12
191:3
197:4,10
197:16
198:12
202:11
203:17
204:18
207:15
208:16,17
210:16
211:17
212:24
214:12,16
216:2,5,7
216:22
217:14
220:24
222:2,10
230:13
231:2
242:2,17
246:6,20
247:13
248:8,20
248:22,24
250:1
252:6

254:4,11
261:3,7
262:13
272:11
279:3
281:13
283:22
284:22
285:2
292:4
294:15
297:20
300:5
304:6,7,9
305:7
306:2,4,6
306:8,12
306:12,13
306:14,24
313:13
315:23
317:19
320:18,20
321:14,21
**knowing**
150:1
**knowledge**
27:15,20
91:11
112:7,12
119:6,16
142:18
154:13
158:8,23
169:3
196:22
222:2
223:8
227:19
274:20
285:14
289:16,17
**known** 115:4
118:24
193:20
286:15
**knows** 274:7

———— **L** ————
**L** 14:1
**label** 195:10
195:15
**labeled**

199:2,3,4
217:24
255:21
**labeling**
199:19
250:10
**labels**
199:10
**laboratory**
68:8 187:5
**Lacey** 3:5
**lack** 151:23
**LAINEY** 6:23
7:12
**Lambda** 5:5
15:22 16:1
30:14
**Lambelet**
148:11
**language**
35:4 46:11
47:19
51:23
53:24
56:19 60:4
60:23 61:6
62:2,6
63:4 68:24
70:11,24
71:4,15
73:14 74:1
74:7 75:13
76:4,17
77:10
78:24
80:13 85:8
88:6 91:21
91:23
92:18
93:10,23
98:22
105:9,18
123:15
125:5
138:24
149:16
158:5
164:21
225:12
226:14,17
234:12,13
244:20
250:16

257:2,7
272:1
297:5
**lap** 21:4
115:20
**Lapinski**
9:10 25:3
58:16,20
**large** 67:2
233:10
234:8
236:13,22
258:1
**larger** 54:23
75:11 77:8
**lasting**
151:18
**late** 252:7
**Laura** 212:10
212:23
215:21
**LAURENCE** 7:4
**law** 6:19
9:17
123:24
124:9
125:2,19
148:12,15
277:14,19
278:3
279:22
280:5,15
280:23
321:2,10
**Lawrence**
202:14
**lawsuit**
277:14
**layman**
300:14
**layman's**
252:20
**lead** 129:24
166:14
**leading**
205:23
**leads** 126:18
145:10
**league**
165:21,22
**leagues**
132:11
162:4

**Leah** 131:15
**lean** 253:3
**learn** 35:23
104:18
113:2
159:19
222:3
230:15
273:10
**learned**
40:16
190:24
**learning**
193:12
**leave** 92:6
130:4
301:1
**leaving**
126:18
**Leeper**
212:11,23
213:6,14
214:11
218:5,17
**Leeper's**
214:1
**left** 81:12
154:10
189:19
193:1
261:19
317:22
321:23
**legacy**
151:19
**legal** 5:5
14:12
15:22 16:1
30:14
51:10
312:11,12
312:19
**legally**
312:14
**legislation**
321:2,6
**length** 35:17
**lest** 132:5
**let's** 22:14
34:8 37:12
44:21
67:12
92:14

102:8
110:21
130:1
136:5
152:6
172:24
195:8
197:20,23
199:7,7
202:19
203:15
209:7,20
211:12
223:6
243:2,21
256:5
267:18
271:16
314:17
**letter** 187:4
**level** 117:24
132:2
133:4
134:4,16
135:13
138:21
141:13
147:23
169:6
174:8
195:17
197:1,13
290:18
**levels**
161:22
176:3
**Levine's**
263:4
296:23
**Lia** 131:23
136:7,21
137:16
140:11
141:11
142:10,10
143:17
**Liberties**
4:4
**libido** 110:4
**licensed**
178:11
180:16
**life** 102:15

102:17
129:23
155:20
161:20
166:15
167:15
168:20
183:11
200:12
204:1
217:16
227:5
230:14
239:2
241:12
247:13
260:15
**lifespan**
316:24
**light** 145:1
199:21
200:11
201:3
**liked** 228:6
**likelihood**
201:13
244:12,19
245:24
246:12,23
248:5,18
**likewise**
43:21
**limitations**
145:11
**limited**
139:23
159:18
**limiting**
269:10
**line** 76:19
80:21
100:21
114:11
139:8
140:1
193:17
258:21
**lines** 44:16
44:19 68:2
77:6
135:21
165:13
256:10,10

305:14
**lips** 38:6
**list** 19:5
22:14 23:6
24:5
119:21
212:1
267:8
**listed** 35:3
67:3
258:22
**listen**
185:17
197:20
199:7,10
199:11
203:16
**listening**
202:18
**lists** 283:12
293:20
**literally**
301:14
**literature**
81:14
88:22
118:5
119:12
153:6
207:19
221:4
236:1
258:11
260:9
262:6
263:1
277:10,12
292:21
297:10
298:2,7,24
300:8
**litigation**
34:12
123:24
318:6
**Litman**
220:14
**little** 29:11
51:4 54:16
89:2
113:19
114:5
124:22

128:10
159:19
164:1
165:1
184:13
234:6
287:19
312:16
**live** 32:4
185:4
**lives** 109:1
227:6,10
**living**
168:19
170:18
204:3,4,8
204:16
216:4
**LLP** 4:15
**lobe** 289:10
289:17
**local** 177:12
**locate**
293:15
**location**
50:18
**locations**
46:24
**lodged**
133:11
**long** 50:17
59:22
71:19
113:22
114:8
129:24
131:3
154:22
171:20,23
172:21
176:18
190:21
208:12
229:15
239:24
250:16
261:18
262:1
267:20
301:8
**longer**
129:20
130:3,9

184:13
208:7
210:18
313:22
**longitud...**
287:1
**look** 22:11
22:14
29:19
34:21
41:17 44:8
44:16
49:13 51:4
52:23 57:3
60:5 93:16
95:14
103:6
104:5,9
105:20
121:2
136:5,10
156:12
159:3,11
161:23
172:11,24
174:19
176:19
182:10
189:4
197:16
207:18,19
223:12
229:6
250:24
256:5
257:5
258:20
271:16
276:20
294:24
296:4
297:9
298:23
**looked** 66:21
79:24
132:24
149:9
156:9,10
165:10
226:13
241:22
243:24
300:1

**looking**
23:10 27:4
27:5 50:16
59:21
67:13
158:17
160:2
219:5
235:4
249:16
250:21
258:24
284:10
291:21
300:16
**looks** 29:19
35:10
67:12
105:4
164:21
193:6
**Lopiano**
148:11
**Lord** 26:23
**Los** 67:19
306:18
**lose** 29:20
**losing** 34:8
**lost** 146:11
240:10
260:18
283:23
284:1
**lot** 25:20
38:3 42:6
52:6
109:22
137:12
153:14
190:20,24
212:23
213:5
236:3
241:21
248:23
303:1
304:6
305:22
320:18
321:1,9
**lots** 46:24
86:9 116:2
122:16

137:24,24
137:24
169:15
231:4
274:23
276:23
281:16
295:13
**loud** 184:19
**loudly** 28:19
165:1
301:19
**low** 78:4
110:3
256:20
281:11,11
281:16,18
281:21
**lower** 51:4
234:6
**lunch** 113:22
113:24
114:3,12
130:13
131:2
268:3
**Lundberg**
9:19
156:19
157:1,6
**lung** 154:14
154:18,18

**M**
**M.D** 1:19  2:8
3:3  8:4
9:5,24
16:14
17:19
225:5
**ma'am** 16:21
30:8
**main** 104:17
**maintain**
58:6
**major** 87:16
87:16
**majority**
78:8,11
106:16
111:18
113:9,12
113:15

116:12
232:24
233:10
234:9
236:14,22
256:21
258:1
259:5
**making** 20:12
30:7  77:3
87:17  88:9
95:18
317:11,16
**male** 35:10
35:13,15
40:20  41:3
41:11,21
42:1,12
47:3  49:21
50:3  55:11
74:19  77:9
85:7  88:5
88:10
89:13
90:20
92:17
93:21
94:11  95:4
134:2,14
135:11,18
140:11
141:11
143:15,16
143:16
144:4,16
145:3,5,9
146:18,18
147:14,19
148:1
152:6,12
152:24
153:16
154:1,8,15
160:23
161:16
165:12,19
168:15
169:7,7,10
173:5
175:21
216:3
226:16
251:24

313:3
314:3,3,8
315:16
**males** 77:9
88:4  98:19
132:2,11
151:20
155:1,16
156:7
157:24
159:15
160:7
192:10
**mammals** 41:3
41:11
76:12,19
**man** 88:11
90:11
102:8,22
**managed**
182:14
189:14
**management**
182:1
**manner** 55:18
292:5
**Manual** 20:3
**manufact...**
195:22
**manuscript**
59:12
**map** 300:18
**March** 1:20
2:9  3:8
14:13
**mark** 17:10
17:14
42:16  48:9
58:13
86:19  96:1
131:3
143:2
148:9
169:23
170:8
172:15
212:7
215:11,13
224:18,19
224:24
228:9,11
252:18,24
254:9

285:20
**marked** 17:19
17:22
18:15
42:22
48:14
49:13
58:20
65:19
66:12  87:6
96:7
131:10
143:8
148:16
157:1
170:5,13
185:14
212:14
215:16
216:11
224:20
225:6
228:18
249:11
254:16
286:5
**marker** 102:3
251:21,22
**market** 196:7
197:7
**marking** 17:9
147:5
156:17
**marks** 61:8
61:12
**Marsha**
297:11
**Martin**
172:20,22
**masculine**
195:10
196:24
197:12
**mask** 30:8
31:15  38:6
38:14
**masked** 31:15
**mass** 150:12
150:12
154:21
**master's**
178:22
179:4,6,7

**match** 55:22
94:23
102:4
127:17
232:2
**matched**
126:11
127:10
**matches**
118:7
280:12
**matching**
123:1
231:15
**materials**
58:15
**math** 78:16
**matter**
100:10
142:23
158:23
164:6
182:18
194:3
207:15
211:1
287:5
288:17,23
289:8
290:12
**Matters**
228:14
**matured**
169:7
**maximize**
138:16
**Mayo** 138:6,7
138:19
**McCuskey**
5:18  15:19
**mean** 23:1
30:11
31:20
35:13
54:15  57:4
61:2  66:24
69:5  71:12
84:16
101:18,22
104:13
109:21
110:1
116:18

130:9
155:24
163:10,13
182:9
191:23
211:23
226:6
241:15
242:12
249:4
255:12
269:1
276:3
294:8
296:8
**meaning**
46:15
59:23 69:2
75:11 80:9
269:4,5,7
281:21
**meaningful**
45:16 46:3
**meaningf...**
273:6,22
**means** 72:16
72:21,23
94:7 147:3
163:10
195:15
206:21
226:21
228:7,13
232:1
266:18
281:18
**meant** 85:10
112:23
125:17
228:6
231:12
241:1
308:23
**measurable**
90:14
**measure**
125:2,19
**mechanism**
265:5
**media** 221:19
221:22
222:8
**medical** 42:2

50:20
95:13
96:17
115:24
116:3
118:5
119:12,14
145:13
160:2,21
173:7
178:17,24
187:3
229:8
232:18,18
236:1
253:18
264:5
269:14,20
270:3
271:22
277:10
289:4
297:10
302:11
308:4,8,21
308:24
309:23
310:8,22
311:6,15
**medically**
42:13
61:12
155:6
**medication**
168:22
195:23
200:4,6
201:13
203:6,10
203:13
266:21
267:9
268:7
274:2,4,6
275:4
285:3
291:4,18
292:11,14
292:22
294:10,24
295:23
310:3
**medications**

109:2
110:6
270:19
274:23
279:13
**medicine**
43:13
72:11
73:19 92:7
115:5
116:2
122:1
159:6
176:5
269:10
292:6
297:17
311:12
**meet** 303:20
303:20
**meeting**
176:24
187:11
305:21
**meetings**
180:8
303:8,14
303:14
305:22,22
306:15,15
**member** 49:22
214:18
**members**
44:13
**men** 82:19
83:6,20
84:2,2,6
84:14 97:5
98:11
149:15
150:22
**menses** 53:13
**mental** 20:3
20:13 68:4
103:4
106:19
107:18
115:15
177:6,12
177:21
178:2,5,6
178:13,21
179:1,10

179:22
180:13
181:11,17
182:14
187:4
188:10
189:14,15
208:4,23
210:1,6,12
211:11
212:9
220:9
285:23
286:13,15
314:23
**mention**
103:15
300:9
**mentioned**
45:11
56:17
72:16
73:22 78:1
84:8 113:8
113:16
116:4
162:22
208:18
285:3
300:11
312:22
314:19
**mentioning**
82:17
**merely**
270:23
**messages**
221:12,19
**met** 44:3
94:5 149:6
**metabolic**
148:7
**method** 84:17
193:10
211:18
**MH** 176:8
**mic** 38:17
**Michael**
138:5,18
148:11
**microphone**
38:15
**mics** 29:13

**middle** 62:13
127:10
155:24
168:15
201:16,16
253:22
**mile** 158:1
**Miller** 67:6
67:9
**mind** 17:24
18:3 84:20
94:6 98:24
126:2
158:17
163:21
174:9
187:8,12
206:15
232:22
257:2
266:7
278:18
310:17
**mindful**
282:1
**mine** 97:2
198:21
218:2
**minute** 37:15
116:19
255:12
**minutes**
112:21
136:16
194:7
282:10,10
300:20,22
300:24
317:21
**minutes'**
203:2
**mischara...**
278:11
**misconstrue**
239:1
**misheard**
105:23
**misinter...**
225:20
**misinter...**
226:4
**misleading**
50:19

62:20
63:10,15
205:1
**misreading**
105:8
**misrepre...**
286:14
**misrepre...**
63:6
**misspeak**
288:10
**misspoke**
123:10
238:18
**mistake**
190:5
**mistaken**
247:20
**misunder...**
239:7
**misunder...**
136:1
**mix** 239:4
**mixed** 288:13
**mixture**
69:21
117:1
122:9
**modeled**
260:5
**mom** 180:23
**moment** 28:6
52:23
64:15
81:18
85:18
104:7
139:11
170:2
194:5
254:22
277:2
286:9
302:6
317:22
**monitor**
210:1
**month** 23:20
111:5
208:19
**months**
100:15
105:13

218:22
231:6
313:19
**mood** 110:4
**Morgan** 6:10
15:11,11
28:5,9,10
30:22
31:12,13
**morning**
14:10
15:14  17:4
17:6
**MORRISEY**
1:16
**mossaicism**
46:21
**mother** 1:5
180:7
188:23
190:14
193:21
203:24
204:7,14
273:19
**motivate**
201:9
**Mount** 249:5
249:8
**mouth** 56:7
94:18
**move** 28:16
31:10
109:1
153:13
175:12
182:15
314:10
**moved** 38:17
**moves** 226:24
**moving** 38:6
115:23
153:9
201:12
243:15
**muck** 243:16
**muffled**
28:12
29:11
31:18
**muffling**
38:3
**multidis...**

208:17
**multiple**
81:11
223:14
232:24
233:8
263:6
**mumbling**
254:20
**muscle** 110:4
150:12
160:3
**musculature**
154:3
**mutations**
45:12
46:24
115:3
**muted** 37:14
**muting** 29:17
_____
**N**
**N** 4:1  5:1
6:1  7:1
8:1  14:1,8
**name** 14:11
14:20
42:19
143:12
156:14
157:6
207:13
228:23
229:2
301:9,22
302:13
318:14
**named** 143:4
**names** 14:21
30:5  31:8
157:11
172:13
220:23
229:10
245:2
263:24
318:15
**narrative**
131:24
190:11
216:17,18
216:19
**narrator**

185:22
190:18
203:23,24
**natal** 127:1
146:18
151:20,20
160:7,8
169:5
173:2
184:9
191:9,22
196:24
197:11
216:3,22
217:6
223:24
256:15
313:3
315:15
**nation's**
136:15
**National**
68:3  87:1
87:11,23
285:23
286:12
**naturally**
265:1,12
265:22
266:12,20
276:15
**navigating**
300:18
**NCAA** 131:16
132:1,8
136:22
**near** 256:6
**nearly**
136:17
272:8
**necessarily**
47:22
61:11  72:2
84:8,9
108:23
111:1,23
113:6
188:1
214:10
242:21
246:7
249:1,2
262:12

**necessary**
41:4,12
175:12,15
**need** 25:22
56:3,5
77:4  80:21
85:16,18
100:3
116:18
139:6
140:2
145:9
146:13
151:24
185:8
200:20,22
221:23
231:5
249:14
255:2
263:2,13
263:15
278:17
282:1
283:1,6
284:12
313:10
**needed**
187:16
188:15
203:12
**needs** 31:24
**negative**
269:11
**neither**
161:15,16
165:9
**neurologist**
289:1
299:15
**never** 121:2
122:12
192:12
226:7
228:6
232:22
242:10
297:1
298:19
**neverthe...**
62:21
145:19
**new** 4:6  5:8

39:7 41:4
41:12
45:24
51:24
177:1
**news** 131:15
143:14
**newspaper**
212:9
**nice** 68:1
147:7
**NIH** 9:13
63:19,20
63:22 64:2
64:8,24
65:2 87:5
88:17
89:12,14
90:13
**NIMH** 10:7
286:4
**nine** 252:10
**Nineteen**
228:10
**noise** 190:4
**nonsyste...**
295:7
**noon** 114:11
**normal** 47:21
115:13
169:10
251:19
265:7,17
272:14
275:11
276:7
297:3
**North** 7:10
127:21
128:2
171:24
180:24
181:10
**notary** 3:6
16:12,20
16:22
**note** 137:4
200:15
250:24
**notes** 176:20
182:10
319:22
**November**

212:19
**nowadays**
39:10
**nuances**
89:16
**number** 9:4
10:4 14:20
25:11,17
17:10 18:9
24:4 26:7
33:6 35:22
42:18
116:5
119:6,21
126:19
135:20
178:12
222:14,21
240:13
250:9
255:14,17
263:2,13
263:15
269:10
283:12
293:20
303:1
321:9
**numbers**
207:19
250:9
**Nurse** 23:23
**NY** 4:6 5:8
——————————
**O**
**o** 14:1,8
85:6
**o'clock**
282:8
**Oaks** 6:5
**oath** 128:6
240:1
**obese** 129:21
**object** 54:19
149:20
150:8,24
152:8
209:11
269:22
**objecting**
31:2
**objection**
11:1 12:1
13:1 19:11

19:18 20:6
20:15,21
21:2,10,15
21:20 22:2
22:9 23:9
24:15,24
25:11,17
26:6,15,20
27:12,23
31:12 33:5
33:22 34:3
34:13,18
36:2,11,20
37:6,24
39:12,18
40:1,7,13
40:22 41:6
41:14 42:4
42:14
43:15,23
44:11 45:5
45:19 46:5
46:16
47:10,17
48:5,23
49:4,10
50:7,14
51:1,21
52:5 53:9
53:23
54:10 55:2
55:8,17
56:6,13,24
57:11,23
58:9 59:4
60:22
61:10,17
62:8,24
63:12,24
64:11,17
65:1,8
67:5 68:10
69:10,19
70:1,9,18
71:9,17,23
72:9,19,22
73:7,17
74:4,12
75:2,8
76:8,15,22
77:14,24
78:10,15
79:10,17

80:3,15
81:3,9
82:2 83:1
83:9,14,22
84:5,22
85:14,24
86:8,16
88:20 89:5
89:15 90:4
90:17 91:6
91:14 92:5
94:3,13,21
95:10,22
96:18
97:12 98:8
99:6,19
101:5,15
102:12,24
103:24,24
104:11
105:22
106:14
107:2,8,16
108:3,12
108:18
109:10,20
110:23
111:11
112:11
113:1,13
115:16
116:8,17
117:7,17
118:4,13
118:20
119:2,10
119:19
120:1,10
120:24
121:11,22
123:19
124:4,12
124:19
125:4,22
127:8,22
128:1,8,11
129:4,18
131:18
132:6,15
133:11,11
133:21
134:7,19
135:16,24

137:3,18
138:11
139:5,6,8
140:1,15
140:20
141:15,18
142:14
143:21
144:8,19
145:7,21
146:8,22
147:16,24
151:11,22
152:15,23
153:10,22
154:6,16
155:4,12
155:19
156:8
158:10
159:1,17
159:24
160:9
161:1,5,17
162:7,16
162:24
163:6,15
166:1,12
166:24
167:13,24
168:7,11
169:8
170:24
171:7,12
171:18
172:3,16
173:10,17
174:1,12
174:17
175:3,10
175:18,23
176:17
177:4,20
178:9,20
179:13
180:1,9,15
181:7,15
181:23
182:8,21
183:6,16
183:21
184:6,10
186:2,12

187:1,13
187:23
188:9,19
189:2,11
190:15,23
191:12
192:3,18
193:4,22
195:2,12
195:19
196:4,12
196:19
197:2,14
198:11,20
200:2,14
200:19,23
201:7
203:4
204:10,17
205:2,7,13
205:21
206:5,11
206:16
207:3,10
207:17,24
208:6,15
209:14,19
210:4,14
211:6,15
211:15
212:21
213:8,15
213:22
214:3,8,21
215:6,23
216:6
217:1,10
218:20
219:9
220:16,21
221:20
222:9,17
222:24
223:10,18
224:2
226:8,22
227:7,16
228:1
229:13,18
230:11
231:1
232:7,13
233:4,13

233:20
234:18
235:2,14
235:22
236:9,18
237:3,16
237:22
238:5,12
238:22
239:13
240:9,18
241:8,20
242:16
244:21
245:5,10
245:19
246:4,15
246:24
247:10,23
248:7,19
251:4,11
251:16
252:5,11
252:16,22
253:1,9,16
254:2,2
257:12,22
258:4,10
258:19
259:6,14
259:19
260:3,12
261:2,17
262:4,8,19
263:12,22
264:7,12
265:2,15
266:1,4,14
266:22
267:6,13
267:23
268:14,24
269:16
270:4,16
271:1,10
272:2,10
272:24
273:8,23
274:16,22
275:13
276:9,18
277:5,17
277:23

278:8,16
279:10
280:1,9,21
281:1,23
284:21
285:10,17
286:17
287:16,21
288:4,19
289:2,20
290:5,14
290:22
291:7
292:3,13
293:5
294:4,18
295:10,18
296:19
297:24
298:8,22
299:7,22
300:4
302:9
303:10,18
304:5,11
304:20
305:1,11
305:19
306:5,11
306:23
307:10,14
307:20
308:10,16
308:22
309:5,12
309:19
310:1,10
310:16
311:1,8,17
311:24
312:9,21
313:6,15
314:13,18
315:6,19
316:7,21
317:7
318:2,8
320:3,11
320:17
321:3,3,12
**objections**
29:5 30:8
30:10,16

55:2 140:4
141:24
**objective**
107:19
196:14,17
**objects**
31:11
**obligation**
298:5
**observable**
251:7,9
**observation**
55:14
295:6
**observat...**
295:7
**observed**
72:7 127:3
**obtain** 39:13
**obtained**
175:24
**obviously**
19:1 29:3
31:3,23
67:1
**occasion**
18:11
108:22
**occupati...**
105:14
**occur** 46:24
61:23
127:20
265:1,13
266:12
**occurred**
120:17
156:6
238:21
239:12
**occurring**
115:24
264:24
265:11
276:15
285:19
**occurs**
316:23
**offense**
311:10
**offer** 85:11
**offered**
139:15

160:16
**offering**
42:11
121:20
123:23
124:8,15
125:1,18
139:20
279:8
**offers**
139:13
**office** 6:19
15:9 87:20
87:23
102:7
170:22
**official**
1:12,14
2:1
**Oftentimes**
54:14
**oh** 26:23
105:6
209:15
229:3
250:7
291:21
296:9
303:6
305:17
317:21
**okay** 33:18
37:16
60:16
75:23 79:4
82:16 88:1
90:12
92:12 93:3
97:3 98:2
99:2
100:24
101:11
105:23
110:17
117:23
131:1
135:5
154:12
157:16
163:20
172:7,10
179:20
186:7

197:19
198:14
199:4,18
200:7
201:18
203:21
215:10
216:9
217:22
220:2
238:8
249:23
250:7
256:4
278:12
282:11
288:12
289:6
296:11
299:12
301:12,18
301:21
302:4
319:8
322:2
**old** 157:22
157:23,23
273:4,20
274:2
314:17
**older** 51:22
122:20,24
153:8
209:8,9,21
216:21
222:15,22
313:17
315:21
**olds** 153:15
274:1
**Olympian**
136:14,17
**omission**
225:19
**once** 126:16
137:6
149:6
213:17
239:12
260:15
266:16
282:19
309:24

**one's** 91:12
242:10,11
**one-page**
89:17 96:2
**ones** 100:21
261:22
303:20
306:8
**ongoing**
178:23
**onsite**
202:16
**oops** 208:24
**open** 149:14
150:21
151:10
**opening**
71:14 74:1
88:17 99:3
**opine** 75:10
**opining**
119:23
**opinion**
42:10,11
94:1,10,18
115:10,13
121:20
123:24
124:8,15
125:1,18
133:4
134:1,9,12
134:13
135:1
137:15
139:16,20
139:21
142:17
145:18
146:3
147:20
151:18
160:6,16
160:22
162:2
165:20
166:7
167:8
183:13
184:2
190:22
207:20
224:10

226:20
227:4
232:11
236:16
237:1
240:2,7
241:7
249:7
278:11,13
283:20
311:12
**opinions**
139:14
142:23
279:8
298:6,6
**opportun...**
137:24
**opportunity**
54:21 75:3
137:12
138:17
239:6,10
**opposed**
88:23
**opposing**
43:2
**opposite**
51:10,18
60:20
61:24
**optimistic**
184:20
**option** 31:20
273:12
**options** 69:6
69:7
194:24
271:23
272:22
**order** 105:11
106:17
146:5
**ordinary**
22:8,23
**ore** 203:16
**organiza...**
9:14 67:2
96:7,13,13
96:16,23
97:20
**Organiza...**
96:3

**organiza...**
87:12
319:24
320:9,15
**organs** 88:9
98:21
**orientation**
61:22
114:20
**original**
25:15 26:4
60:24 61:4
61:6 63:5
63:6,9
220:8
235:10
241:18,23
242:15
244:4
**outcome**
167:15
247:17
**outcomes**
197:5
210:23
260:10,11
260:23
261:13
295:2
**outside** 20:4
20:24
107:18
137:19
140:5
150:13,18
180:3
182:13
198:17
251:20
288:24
**ovaries** 77:8
**overall**
147:3
189:7
201:10
**overlap** 21:6
**overlapped**
233:24
**overprod...**
287:4,9
**overrepr...**
217:13
**overwhel...**

77:21 78:7
111:17
116:5,12

_____

**P**

**P** 4:1,1 5:1
5:1 6:1,1
7:1,1 14:1
14:8
**p.m** 130:23
194:13,20
243:5,13
322:9,12
**page** 9:1,3
10:1,3
11:1,3
12:1,3
13:1,3
19:3 22:15
22:16,17
28:3 32:9
44:16,19
49:13,14
52:10
59:21 60:3
60:7 68:14
68:14,16
74:16
78:19,20
82:7,11,15
85:2 87:1
93:4 96:24
112:14,15
114:18
136:9
144:10
149:11,12
157:19
164:18,21
164:22
165:7
169:24
172:12,20
176:7
180:20
185:13
189:20,21
189:22
197:22,22
197:23
203:15,22
217:18,21
218:3,7

219:15,19
219:20
221:7
229:22
231:17
243:23
249:12
250:8
256:5
271:16
282:21
284:11
286:11,20
291:23
293:9,13
**pages** 218:1
**paid** 317:24
318:5,10
**paper** 26:12
28:16 50:9
157:21
217:24
247:3
267:20
**papers** 25:14
26:4 78:2
125:11
243:17
250:2,3
254:23
**paragraph**
34:23,23
41:17,20
52:20
59:21,23
60:3,5,10
60:11,13
63:4 75:13
75:17 76:1
76:19
78:20 79:3
82:19 85:3
92:14
97:19 98:4
98:5,16
99:4,10
103:8,12
103:13
104:4
105:9,11
110:9,15
123:3,4
133:1,5,7

133:8,15
136:10
137:5
138:15
143:24
160:17
180:22
194:9
203:23
216:17
218:6,14
219:16,22
221:8,8,9
224:9
225:10,11
234:7
240:15,17
244:10
250:5
256:19
283:1
284:10
291:2,13
291:22
296:9,14
296:22
307:4,9
**paragraphs**
138:3
**Pardon** 58:17
66:17
100:7
**parent**
188:11
273:6,21
**parental**
103:2
**parents**
35:23 36:5
216:19
240:23
245:14,22
246:1
267:2,11
267:21
268:10
270:22
272:21
273:10
279:23
319:19,20
**parents'**
279:18

280:19
**parlance**
253:7
**part** 26:22
32:5 41:8
46:8,22,23
46:23
69:15
78:21
81:22
105:24
147:2,2
169:20
177:23
187:24
188:1
190:16
192:6,8
195:11
196:13,16
203:10
222:19
227:13
239:3,4,16
264:5,11
271:13
277:19
279:11
287:5
288:1,16
288:23
290:20
292:5
308:24,24
309:1,7
315:8
**partial**
218:13
**particip...**
256:13
**participate**
126:11,21
127:16
128:16,17
129:1,16
132:17
138:17
146:12,13
147:1
160:19
171:4
214:17
215:2

320:2
**particip...**
126:7
129:20
196:2
215:7
**particip...**
139:16
145:11
146:20
147:22
166:17
169:13
277:21
**particular**
26:12 28:1
50:17
54:15 61:7
62:14
71:11 73:8
81:12
84:11
92:16
95:13
101:22
128:2
142:23
148:3
149:24
160:3
163:23
164:10
169:9,14
211:5
231:7
232:17,22
238:17
265:21
274:24
297:20
305:5
311:19
**particul...**
222:7
**parties** 8:3
14:4,22
31:1,3
**partly** 31:21
**partners**
297:16
**parts** 22:23
46:19,21
80:19

84:18
86:10
**passed** 321:2
321:10
**path** 241:12
**pathways**
115:3
**patience**
291:14
**patient** 28:1
56:1 94:7
104:20,20
106:20,21
108:5
109:11
126:20
127:4
128:3,16
163:21
168:14
169:9,14
172:21,22
175:13
176:1,3
177:7,14
177:24
179:1
182:12,20
183:2,7,14
189:10
191:8,24
203:8
206:4
207:22
208:8
217:4
230:19,23
264:20
268:15,17
270:7,9,9
270:11
272:13
273:11
274:6,8
277:7,9
279:17
305:5
310:2
312:3,15
312:16
313:17
314:24
320:5

**patient's**
47:1 169:6
183:10
187:3
230:21
280:19
319:19
**patients**
26:8 31:24
33:20
46:17 56:1
56:3,5
59:2,24
81:15
94:14,22
101:22
104:14
106:1,16
107:17
109:12,17
111:14
112:16,22
113:3,4
116:12,19
123:5,12
126:7
127:9
128:3,7
129:15,19
130:2
132:21
133:16
144:1
152:6,9
153:19
167:21
168:4,13
172:5
174:19
178:23
189:15
192:15
193:7,13
195:4,14
201:9
208:20
209:2,6,8
209:17,20
210:1,5,10
211:4,8,12
212:1
223:7
231:3

233:15,21
237:11,21
237:23
260:14,16
261:5,9
265:3,3
267:8,14
268:4,6,17
268:20,21
269:12
270:20
272:19
275:6
284:24
291:3,16
292:10,15
292:20
294:9
295:1
297:2,13
298:10,13
299:1
302:18
310:11
317:9
320:13,21
**patients'**
313:20
**Patricia**
216:19
**PATRICK** 1:16
**pause** 66:5
130:19
194:16
209:13
243:8
260:16
264:17
265:6
266:16
270:24
272:9
274:5
282:14
**pausing**
265:16
266:15
272:12
**pay** 33:17
**paying** 112:1
**payments**
34:16
**pays** 33:15

**PCOS** 134:22
**peak** 154:21
155:21
**peaks** 287:9
288:13,17
288:20
290:20
**pediatric**
298:13
307:1
**pediatri...**
221:21
248:21
**pediatrics**
19:9,13
20:7,9
32:16
103:2
275:1,5
**peer** 23:5,8
23:17
25:14 26:3
59:1 159:3
159:4,8
222:1,7,10
**peered** 59:11
**peers** 146:14
169:7
192:12
**Peggy** 43:18
**penis** 35:16
315:18
316:2,5,17
316:20
**Pennsylv...**
3:7
**penultimate**
219:20,22
282:24
**people** 30:5
30:6 31:9
36:4 46:18
49:17
62:12,13
62:14
70:20 78:3
83:23
110:1,5,11
111:7
115:23
120:11
121:1
134:21,22

138:12
139:4
140:14
141:14
142:22
147:7
150:11
154:21
161:18
179:7
184:13
185:9
214:10,14
218:8,8,18
219:6
221:18
223:15
227:14
229:19
230:4
239:1
245:1,7
248:22
253:14
263:18
264:2,18
265:5
277:3
279:12
292:5
297:1
300:8
302:18
305:13
312:12
**people's**
240:20
**percent** 72:6
72:11
78:13 92:7
118:8
141:6
157:24
158:1,1,4
206:19,20
220:7
234:9
241:16
256:14,14
257:10,10
257:21,21
274:7
292:6

**percentage**
77:21 78:3
210:10
216:22
217:3
256:13
**perform**
177:13
**performance**
137:9
148:8
150:7
156:21
**performed**
182:23
**period** 50:11
51:8
132:13
134:3,15
135:12
205:12
211:5
227:5
239:2
275:11
313:18
**permanent**
312:23
315:21
316:11
317:1,17
**permission**
171:1
**permit**
160:18
**permits**
137:1,16
139:18
**permitted**
140:12
141:12
161:3
167:22
168:5
169:5
**permitting**
169:19
**persist**
105:12
231:20
232:4
250:15
253:23

254:1
256:22
259:5
**persistence**
244:6,13
244:19
245:24
246:12,23
248:6,18
256:17,20
257:9
258:17
259:1
**persistent**
112:17
250:14
257:20
**persisters**
256:8,13
**person** 28:1
30:15,21
30:24 31:2
31:4 36:13
45:13
49:20
106:9
111:1,24
115:24
122:9,14
122:15,20
145:9
155:22
159:8
161:7,24
163:5,8
164:10
166:3,20
177:12
222:4
227:18,21
297:20
312:11
313:3
315:21
317:13
**person's**
45:1 92:15
92:15
99:11
101:3
224:11
225:11,15
**personally**

21:16
27:10 67:3
177:2
293:6
306:24
**persons** 51:9
98:20
311:23
**perspective**
142:21
280:14
**Perspect...**
156:21
**persuaded**
141:3
**phalic** 35:16
**pharmace...**
34:17
269:5,15
269:21
270:2
**phase** 196:3
196:5,6,7
196:9,14
274:12,12
274:12
275:8,9,9
276:5,5,5
276:13,13
276:13
**phenomenon**
78:22
81:23
222:11
**phone** 29:18
29:21
43:11
201:23
202:11
**phrase** 54:15
81:12
204:12
311:13
**phrases**
54:13
**physical**
51:9 90:14
115:21
116:6,14
116:21,22
176:3
208:4
**physically**

142:5
179:15
251:2
**physician**
35:6 196:3
199:21
201:3,8
**physicians**
101:23
**physiolo...**
82:20 83:6
83:20 84:3
84:16
**physiolo...**
138:5,19
**physiology**
20:20 21:4
21:9 27:21
85:6,23
86:7,10,15
150:11
**PI** 240:11
**pick** 284:9
**picking**
38:24 39:1
149:22
150:9
**picks** 189:18
**piece** 191:13
232:14,17
232:23
321:6
**pieced** 198:8
**pieces**
131:20
159:11
**pin** 80:22
286:21
**place** 14:15
84:10
208:11
209:24
279:22
282:1
291:21
317:14
321:2
**placed** 64:13
**Plaintiff**
4:7,19 5:9
15:22 16:2
16:4,6,8
16:10

27:10
30:15,20
322:6,6
**Plaintiff's**
307:18
**Plaintiffs**
1:6
**plan** 189:8
**planning**
289:12,18
290:1
**play** 126:24
135:14
161:3
165:22
167:22
168:5,15
169:6,17
184:17
185:13
189:18
201:5
280:6,12
280:16
316:4
**played**
168:13
185:19
190:1,7
198:2
199:13
**playing**
91:23 92:3
124:2,10
139:19
278:4
316:11
**please** 41:8
59:8 75:22
86:2
114:17
126:6
139:11
141:7
205:10
242:3
246:17
257:18
259:10
278:19
**PLLC** 5:18
**podcast** 9:20
9:21

169:20
170:1,5,9
170:13,17
171:5,16
172:14
179:12
184:17
185:19
190:1,7
198:2
199:13
204:19,23
**point** 42:2
54:12
97:21
113:6
121:19
127:3
139:12
160:21
217:16
227:21,22
231:23
238:13,16
261:7
262:10
264:22
265:10
296:15
310:21,22
311:22
313:2,3,13
314:2
315:2,13
315:14
316:15
**points**
286:21
**policies**
64:2 129:3
305:8
319:23
320:16
**policy** 9:17
57:9 63:19
64:1,8,13
64:16,19
64:24 65:7
65:14
132:1
134:1,13
135:11
136:24

137:15
139:18,21
144:3,15
145:3
146:4
147:20
148:12,15
162:3,14
162:15
165:21
166:19
167:16
180:2
182:11,18
**pollen** 279:1
**poor** 126:18
126:19
**poorly**
234:15
**population**
58:2 89:19
119:13
158:13,14
158:18
162:10
210:22
217:8
**populations**
257:14
**portion**
121:14
139:13
**portions**
92:8
**possibility**
31:14
223:9
271:7
273:5,21
**possible**
58:11
65:22
138:18
162:9
179:17
213:1,16
221:3
295:8
314:10
**Possibly**
36:12
**Post** 9:15,22
131:6,10

136:6
212:14,19
**posted**
136:15
**posting**
170:1
**postponing**
275:10
**potential**
113:18
182:24
193:20
199:22,23
200:11
201:4
294:1,11
**potentially**
167:9
192:23
295:3
**power** 158:2
**practice**
33:17 42:5
55:4 70:20
106:11,15
106:23
107:5,12
107:23
108:8,15
108:22
109:6
113:6
137:11
144:21
146:13
152:5
158:15
176:5
180:17
215:4
219:5,12
227:14
253:18
254:5
297:17
303:19
304:10
**practices**
25:4 60:18
62:22
303:16,23
304:3
**practicing**

146:14
171:23
209:5
**practiti...**
95:19
**preadole...**
206:3
**preadole...**
205:6,12
205:14,15
**precautions**
31:23
**precise**
39:20 42:7
54:2 57:10
58:3,11
64:7 73:10
79:13
84:10
110:7
128:12
265:10
269:4
**precisely**
73:13
181:11
**precocious**
274:5,14
275:10
276:7,16
292:20
**precondi...**
106:12,24
107:6,14
107:24
108:9,17
**predomin...**
289:10
**prefer** 70:10
70:13
114:5
238:20
**preference**
31:22
70:14
**pregnancy**
36:19 37:5
37:23
39:11
**pregnant**
112:5
191:9,24
192:11

**prelimiary**
224:17
**preliminary**
283:5
**preparation**
145:14
**prepare**
298:5
**prepared**
182:15
189:8
218:9
219:8
**prepares**
281:10
**prepubertal**
234:9
237:5,5,14
238:3
241:16
248:22
**pres** 290:10
**prescribe**
56:1 109:7
109:17
110:3,6
175:9
179:23
188:17
210:2
313:2
**prescribed**
174:4,24
182:6
208:13
211:4,13
293:3
**prescribing**
107:6,14
108:1,10
108:17
178:7,18
189:6
192:16
263:19
**prescrip...**
175:12
186:10
198:15
**presence**
140:6
**present**
14:21

45:13
112:4
120:23
152:6
153:12
165:23
192:14
194:24
210:15
216:24
217:8
218:24
**presenta...**
70:3 209:9
**presented**
64:2,20
195:22
209:8
276:20
**presenting**
223:15,23
234:20
**presently**
119:8
**preserva...**
195:1
271:8,23
272:7,22
276:23
**preserve**
272:19
**press** 23:19
290:10
**pressure**
222:7,10
280:3
**pressured**
38:13
**pressures**
279:22
**prestigious**
67:14
**presumably**
153:7
**pretty** 249:8
**prevalence**
119:12
**prevent**
191:8
264:24
265:11,21
266:10,19
**prevents**

124:1,9
278:3
previous
68:16
159:11
221:7
229:9
293:13
previously
131:4
143:3
156:18
212:7
232:11
278:2
primary 25:5
48:18
293:18
primates
79:12
prior 48:10
49:5 95:18
134:4
144:17
147:21
159:16
160:6
174:18
176:24
177:14
187:6
188:3
214:7
271:24
272:7
287:6
289:9
309:17
312:14
priority
166:10
privacy
171:4,17
private
33:16,17
probably
21:3 90:22
95:14
102:18
111:2,4
149:10
172:18
287:13

312:13
problem
115:24
251:21,22
268:7
270:20
288:14
problems
297:13
procedure
3:4 312:17
procedures
208:11
209:24
proceed 32:3
32:6
177:19
183:5
proceeded
188:17
proceeding
16:15
102:17
180:13
process
22:23
25:21
59:14
190:19
321:20
productive
221:13
products
197:7
profession
212:20
professi...
19:5 21:1
32:10 98:7
150:10,18
151:7
179:10
183:13
184:2
207:15
213:13,20
227:3,13
228:21
229:9
238:2
240:1
241:7
273:18

professi...
20:1
professi...
181:20
Professor
32:16
148:10
149:2,5,6
profile
270:7,10
profiles
197:6
program
32:23
211:21
programs
27:6
Progress
285:22
progresses
244:7
prohibited
1:23
prolonged
283:13
284:13
prominent
43:13,21
45:14 50:2
73:3
promised
300:23
promoting
290:13
pronounced
266:6
pronouns
245:1
pronunci...
18:1
proportion
223:15,22
proporti...
154:19
proposal
64:24 65:6
proposed
31:1
proposing
202:14
proposition
234:6
250:19

protect 32:1
protecting
167:11
protocol
212:3
283:9
protocols
283:8,10
provide 18:8
245:3
273:6,22
298:6
314:23
provided
17:15
40:18
58:15
256:11
308:4
309:3,17
309:24
310:9,22
311:22
provider
20:9
106:19
177:12
178:2
181:17
187:5
189:15
210:18
222:2
provider's
103:4,5
providers
107:18
177:22
178:6,22
181:12
210:20
219:23
314:23
provisions
306:9
psychiatric
20:2,4
psychiat...
177:1,17
178:1,5
psychiatry
19:17
psycholo...

82:20 83:7
83:20 84:3
98:19
115:19,20
116:1,3,22
177:8
178:18
189:9
215:3
psycholo...
177:1,17
178:1,4
psychology
19:22
psychoth...
189:7
260:9,23
261:6,15
261:20
pubertal
161:20
265:7,18
265:21
292:17
294:24
puberty
27:16
52:16 53:6
53:22 54:8
107:7,9,14
107:19
108:1,10
153:12
154:15
155:24
159:16
160:7
205:16,20
205:24
208:13
210:2
216:23
236:23
238:10,21
239:3,12
240:8
244:5
251:2
253:11
258:12,18
260:11,15
260:17,24
261:16

264:17,22
264:24
265:4,11
265:11,17
266:9,11
266:16,19
267:3,12
267:22
268:10,12
268:22
270:15,23
271:6,12
271:24
272:7,8,12
272:14,15
272:17,23
273:5,13
273:20
274:3,5,5
274:11,14
275:8,10
275:11
276:4,7,8
276:14,16
277:15,22
278:14
279:7,23
280:6,11
280:16
281:9
283:13
284:13,19
285:15
286:10,10
287:6
289:9
290:3,13
290:18,19
291:4,4,17
291:18
292:10,16
292:20
293:3,11
293:12,16
293:19
294:2,7
295:4,23
297:2,21
298:19,21
299:2,5,19
300:7,9
309:14
310:4,19

312:20,23
313:2,7,23
**public** 3:6
27:1,6,6
106:4
179:7
**publication**
23:17
62:10,12
63:5,6,9
63:17
88:17
89:12
143:4
214:7
232:15
**publicat...**
22:14 23:7
23:8 43:16
43:24
60:24
214:11,15
235:16
268:2
**publish**
89:17
**published**
26:3 57:14
59:14,15
73:2 87:22
153:5
156:18
159:2
220:13
270:18
**publishing**
10:5 54:5
62:4
228:12,17
**pulled** 18:22
50:18
**purpose**
195:16
196:23
197:12
205:6
265:20
266:3,9
267:3
275:10
276:6,14
295:4
**purposes**

50:24
53:21 54:8
172:14
180:13
293:11
302:17
320:20
**pursuant** 3:4
**pursue** 139:8
**push** 130:7
158:3
**put** 48:10
61:8,12,13
66:11 87:1
135:8
136:5
141:16
208:21
237:9
238:23
276:5
279:21
281:13
283:21
293:24
321:1
**puts** 94:18
**putting** 61:3
266:16
_____

**Q**
**qualific...**
178:6
**qualified**
136:22
**qualifies**
151:8
**qualify**
239:10
**qualitative**
27:4,5
**quality** 36:9
36:12
281:11,11
281:16,18
281:21
**quantitate**
27:4
**quarters**
49:15
**question**
21:19,22
22:11

25:23 26:1
35:11 37:2
37:13,18
39:6,7,23
40:3 41:8
42:10
45:23,24
64:7 70:14
71:2,3,6
74:10
76:20 80:5
80:17,18
81:5 86:3
88:16
93:10
99:21
100:1,5,23
101:1
105:17
107:12
109:16
113:18
117:24
118:14,18
120:19
121:6
125:16
129:11
133:12,14
134:10,24
135:2
136:23
137:20
138:23
139:2,3
140:10,13
140:24
141:8,10
141:13,19
141:21
142:6,10
142:21
144:12
145:2
146:11
147:18
148:3
149:23
150:5,7,17
152:2
153:18
155:14
157:13

158:7,22
159:14
160:13
161:6,10
166:22
167:4
174:24
183:24
185:22
186:24
191:21
197:15
201:2
205:10
219:3,4
223:20
233:7
234:23
238:19
239:11
240:6
241:6
242:3,7,12
248:9,14
254:24
257:18
258:15
259:21
263:20
266:7
275:19,21
278:19
284:9
288:10
290:10
311:3
**questioner**
31:16
**questioning**
64:12
65:22
66:11 75:4
93:15
114:11
139:9
140:1
149:10
193:17
202:22
**questions**
24:13,22
56:18
103:5

117:20
142:4
158:19
193:8
208:20
210:21
222:3
240:5
252:2
266:18
275:24
301:24
307:5
322:6
**quick** 30:11
113:17
**quickly**
183:4
**quite** 35:22
42:6 43:8
157:11
176:13
212:20
277:3
**quotation**
61:8,12
**quote** 41:20
53:12,14
60:20,21
61:23
63:22,23
64:9 66:12
66:16
68:16,23
69:9 70:24
71:1,7,8
73:5 76:12
76:13 77:6
78:21
79:24
80:11,12
81:20,21
82:1,19
85:3,7
88:2,12
89:2,3,12
89:13 90:9
90:11
91:21,23
92:15,18
93:20,23
95:2,5
97:7 98:21

103:17,21
103:22
112:16
115:7
123:11,14
128:23
136:15
138:16,20
138:23
149:16
150:20,23
158:3,4
170:18
176:10,11
185:23
218:7,10
220:10
232:12
236:17
246:22
256:11,15
256:23
267:4,12
270:15
271:21
283:6
284:12,16
287:5
289:8,11
289:13
291:16,19
293:18,21
293:22
296:24
**quoted** 46:11
**quotes** 53:17
62:1
**quoting**
133:4
138:4

———————
**R**
**R** 4:1,9 5:1
6:1 7:1
14:8
**races** 143:18
**Rachel** 7:8
15:6
**Rady** 306:18
**raise** 200:19
200:22
**raised** 30:21
30:22

223:8
289:24
**raises** 97:20
**ran** 297:12
**random**
232:14
**range** 44:1
80:19
169:10
251:18
265:17
**ranged**
256:14
**rank** 167:18
**rapid** 52:7
95:3
165:11,18
226:15
**rapidly** 52:7
**rare** 47:22
56:10
113:15
205:19
**rarely**
237:17
**rarity**
166:18
**rate** 59:15
192:9
205:5,12
206:8
223:4
253:21
**rates** 153:14
256:20
262:17
263:8,10
**re-ask** 100:7
100:23
129:11,13
147:18
167:4
201:2
288:10
**re-read** 71:2
278:19
**re-reading**
39:6
**reach** 154:23
210:18
260:2
309:4,24
**reached**

308:5
**reaching**
250:14
**read** 37:13
37:18 41:7
50:20
54:11 62:2
63:1,15
64:18 74:5
75:3,9,16
79:7,22
80:13
81:10
85:19 86:2
93:17
97:18,21
98:23 99:2
99:21
110:15
138:15
139:11
140:23
190:13
193:1
194:23
197:4
198:16
203:3
213:3,4,7
213:11
235:24
236:1
239:16,17
244:19,22
262:24
263:4,23
283:17
288:5,8,9
296:13,15
322:7
**readily**
45:16 46:3
**reading** 14:4
73:8 98:9
110:14
140:9
193:10
236:20
255:23
**reads** 66:2,9
78:21
114:19,23
130:16,23

149:13
194:13,20
221:11
231:18
243:5
244:1,10
246:5
256:19
289:8
322:9
**ready** 55:24
183:11
**real** 237:6
266:6
**realize**
299:1
**really** 30:6
30:9,10
38:5,7,9
39:19,20
56:11
73:20 79:5
80:22 81:2
99:24
102:3
104:15
106:6
111:24
116:2
121:24
125:6
136:2
138:22
150:1
153:5
161:7
168:15
197:16
199:6
221:2
237:10
288:24
292:2
308:2
**realm** 265:6
**reason** 175:4
262:12
294:5
297:1
**reasonable**
95:20
125:2,19
134:5,17

135:1,1,6
135:7,15
139:4
140:13
141:13
142:20
145:19
146:7,12
146:20
162:3,11
162:15
**reasonably**
211:11
**reasoning**
289:12,19
290:2
**reasons**
34:17
126:20
**rebuttal** 9:7
18:7,14
249:10,12
249:13,16
250:6
254:11
255:10
257:4
279:8
291:2,10
296:9,14
296:22
302:1
307:4,21
**recall** 27:18
50:22
103:23
104:2
125:14
157:13
167:23
169:19
171:10,13
172:15
180:6,6
198:10
200:3
204:20
205:23
206:20
209:9
213:17
255:23
260:4

263:1,6
277:18,24
291:6
**recalling**
172:22
263:24
**receive** 33:2
33:19
34:16
**received**
34:11
46:18
187:6
307:17,22
**reception**
31:10
**recited**
158:8
**recogniz...**
251:2
**recognize**
22:4
299:15
**recognized**
222:11
**recollec...**
186:1,21
187:10
229:8
**recommend**
246:6,7
271:21
**recommen...**
271:14
275:3
281:10,13
281:20
284:23
293:10
313:19
**recommen...**
218:22
281:7
283:6
312:3
**recommended**
176:1
**recommen...**
106:13,24
**reconcile**
232:10
**record** 14:11
14:22 23:1

24:20 29:2
30:23 60:7
61:22 66:1
66:5,8
100:11,13
105:10
123:10
130:15,19
130:22
139:17
170:22
182:11
185:9
187:4
191:13
194:12,16
194:19
200:15,21
202:15
212:4
243:4,8,12
255:2
282:14
**recorded**
35:2
119:12
172:9
173:14
176:15,20
**recording**
167:7
173:2
179:12
184:22
191:15,15
200:16
201:22
202:3,16
243:16,19
**records**
131:7
136:8,21
187:7
210:17
**recruited**
232:20
**recruitment**
233:23
**red** 229:3
**redacted**
159:10
**refer** 59:5
60:20

79:22
85:12
103:9
201:23
311:15
**refereed**
22:17,20
23:2
**reference**
61:13,16
68:3
141:19,22
165:9
203:9
250:10
254:5,8
257:3
**referenced**
255:10
**references**
71:5
**referral**
111:13
**referred**
45:3 61:12
147:10
154:3
259:4
**referring**
51:18
61:22 71:4
84:14
160:17
166:17
199:24
202:23,23
221:14
300:15
**refers** 45:9
49:20 51:8
63:22
84:19
92:15 97:5
98:18
99:11,15
101:2
226:14
287:5
**reflect**
231:5
**reflective**
60:24
**refresh**

229:8
**refuse**
235:19
**refusing**
160:18
**regard** 54:13
56:14
102:17
148:6
150:12
155:7
161:14
166:17
169:12
171:5
177:7
178:12,24
181:24
182:14
192:21
203:11
253:17
296:23
298:10
314:21
316:24
321:20
**regarding**
152:1
271:23
297:9
**regards**
169:13
**regimen**
44:23
**regional**
25:10
**registry**
208:21
210:6,23
211:18,20
211:23
212:1,3
297:12
**regular**
210:6
**regularly**
49:2 97:14
267:2,11
270:22
**Reinhardt**
4:14 16:7
16:8

relate 59:2
  226:19
related 21:8
  137:9,13
  196:6
  224:13
  262:12
relates 24:8
relating
  21:13
  25:15 26:5
  58:7
  172:24
  214:19
relation
  99:16
relation...
  48:2
  177:13
  182:12
  188:8,16
  188:24
  210:20
relation...
  188:12,12
  188:13,21
released
  171:17
relevance
  278:13
  279:6
reliability
  72:6
reliable
  57:21 58:8
  96:20
  222:4
relieve
  107:20
  108:19,21
  200:6
  242:24
  261:5
rely 63:11
  95:12,20
  95:23
  119:11
  150:1
  156:12
  178:6,16
  179:21
  180:18
  222:1

relying
  298:7
remain 129:8
  209:3
  210:5
  227:5
  234:10
remainder
  301:1
remember
  22:21
  133:11
  165:2
  171:19
  179:18
  180:10
  186:13,14
  189:3
  193:23
  198:12
  204:19
  220:23
  226:16
  256:2
  259:16,18
  261:3
  307:15
remembering
  206:18
remind
  251:14
reminding
  221:23
remote 18:24
  31:1,21
remotely
  14:15
remove 31:14
  142:6
  315:18
removed
  316:3
removing
  142:5
  316:17,18
rendered
  149:15
  150:21
renew 139:6
renounce
  93:22
repeat 25:24
  71:3 80:5

116:10
118:21
134:9
155:13
205:10
222:18
233:7
242:2,6
257:18
259:21,23
275:18
276:4
311:3
318:22
321:18
repeating
  266:7
rephrase
  314:5
report 9:5,7
  17:11,18
  18:7,15
  25:9,15
  26:4 29:20
  34:22,23
  43:5 46:12
  61:6 63:16
  65:11 74:6
  92:13
  94:19
  95:13
  103:2,4,5
  103:9
  110:10
  112:15
  121:15
  123:4
  128:21
  133:1,15
  139:13,16
  149:24
  193:6
  197:5
  220:18
  224:10
  233:6
  238:10,17
  249:10,12
  249:13,16
  250:6
  254:11
  255:10
  257:4

263:4
267:18,19
268:11
278:14
279:7,8
281:14,15
291:2,10
295:21
296:9,14
296:17,23
298:5
302:1
307:4
319:9
reported
  92:9 220:7
  272:12
reporter 3:6
  17:12
  22:21 30:1
  30:4,18
  37:12,14
  37:15,17
  37:20 38:1
  58:15
  100:3
  166:23
  167:1
  170:21
  176:9,10
  180:21
  185:9,11
  201:22
  202:9,18
  254:19
  255:1,6
  275:18
  282:7,9
  283:22
  284:1,7
  300:20,21
reporter's
  184:18
reporting
  14:13
  26:18 61:4
  158:13
  169:20
reports 95:2
  118:6
  119:14
  156:12
  165:10

183:23
206:18
223:14
264:1
272:18
298:18,24
307:17
represent
  14:22
  15:10
  96:22
  301:9
  305:16,18
represen...
  97:1 216:2
represented
  217:8
represen...
  15:1,15
reproduc...
  1:22
reproduc...
  46:9 86:11
  98:21
  122:5
  173:16
reputation
  67:3,7,16
  138:6,9,13
  214:2,6
  215:21
  229:12,17
  236:7
request
  64:13
requests
  75:7
require
  44:22
  124:20
  129:6
  177:16
  182:22
  319:24
required
  126:24
  195:17
  196:9,16
  320:8
requirement
  128:17
  132:11
  136:22

requirem...
  197:1,13
requires
  63:20 64:8
  134:2,13
  135:11
  144:3,15
  146:5
  147:21
research
  21:8,13
  25:10,15
  26:4,13,19
  27:1,7
  52:8 63:20
  64:5,8
  67:15,23
  68:8,18
  87:14,20
  87:23 92:9
  151:7,24
  157:20
  205:5,11
  205:15
  206:8
  211:1,18
  211:20,21
  211:23
  212:2
  219:10
  235:16
  244:17
  285:1
  287:3
  294:7
researchers
  45:14
  93:13
  138:18
  234:24
  235:7,10
  235:21
reservat...
  221:22
  305:8,13
  306:9,10
reserve
  104:5
residencies
  19:8
residency
  19:13,16
respect 55:4

214:11,14
297:3
respected
  44:5 67:23
  68:7 96:16
  234:24
  235:6,12
  235:21
  262:16
  286:15
respective
  14:4
responded
  185:23
rest 47:2
  227:6
restate
  141:7
resting
  275:24
Restoray
  256:11
restrict
  277:15
restrooms
  106:4
result 36:9
  129:15
  167:21
  168:5
  218:19
  281:20
resulted
  129:2
resulting
  104:24
results
  260:10,23
  264:13
  281:20
resume
  272:14
  282:17
resuming
  66:11
retract
  157:12
returning
  244:4
reverse
  312:24
reversible
  270:24

272:13
273:15
review 23:22
  25:23
  54:21 93:9
  157:21
  171:16
  187:7
  193:9
  217:12
  255:13
  267:24
reviewed
  23:4,5,8
  23:17
  25:14 26:4
  59:1,12
  111:13
  159:3,4,8
  187:3,4,5
  187:15
  222:1
  256:2
  274:13
reviewing
  158:11
REVIEWS
  97:24
revise
  214:18
  238:9
  240:6
  277:4
right 18:3
  19:8 21:1
  22:13
  23:15 27:8
  44:7 54:17
  55:16
  56:20
  61:18
  69:18
  72:18 74:9
  75:1 82:4
  86:22 93:7
  98:15
  99:18
  101:14
  104:4,5
  113:20
  115:12
  116:21
  121:10

122:18
143:23
146:1
160:15
161:13
165:15
185:4,24
187:20
192:24
193:3
196:18
197:4
198:5
202:9
204:3
218:1,15
219:19
220:2
221:6
229:4
232:16
233:19
235:5,13
240:5
244:2
246:14
247:2
249:19
251:3
257:11
259:7
281:12,22
282:17
288:13
290:4
291:10
296:12
314:6
318:1,21
318:24
320:10
rigor 197:1
  197:13
rigorous
  283:7
risk 90:7,12
  126:17
  190:13
  204:12
  261:8
  316:9
risks 169:4
  267:15

271:7
277:8,10
293:19
Roberta 5:17
  15:18
  29:15
Roger 7:3
  14:23 31:6
  66:10
role 200:11
  200:13
  201:3,5
  244:4
  290:12
  295:12
roles 79:12
room 5:13
  19:1 28:18
  38:10 92:7
  186:8
  187:3,12
  187:19
  188:4
  193:1
  198:15
  249:6
roughly 24:2
  24:3 252:4
routinely
  298:14
rule 295:5,8
rules 3:4
  55:1 142:1
  197:17
run 104:15
  302:6
running
  319:21
runs 59:22
  149:12
  197:22
  291:22
  297:11
rush 219:1
rushed
  218:10,18
  219:7
rushing
  219:13

———————

S

s 4:1 5:1
  6:1 7:1

14:1,8
198:24
**Sabar** 230:10
**Sadra** 228:12
228:22
**safe** 44:23
124:17,23
125:2,20
175:13
182:15
187:17
267:4,12
267:22
268:11,13
268:17,23
269:5
270:2,15
274:6
276:21
277:3,11
**safer** 270:8
**safety**
167:11
169:4
195:16
196:10,22
197:6,10
269:9
270:7
276:12,24
283:8
**sales** 64:9
**San** 4:18
67:10,14
**Sargent's**
14:12
**satisfy**
197:1,13
320:16
**saw** 31:1
187:22
204:23
209:7
317:19
**sayin** 30:7
**saying** 30:5
83:3,5,17
89:9 108:5
109:5
147:5
164:16
200:13
201:6

230:12
245:13,22
253:23
254:21
255:3
263:1
277:7
284:18
299:8,9
317:3,3
**says** 49:20
61:21,22
63:16 77:6
80:4 82:8
83:10 88:2
88:17 89:2
89:21 90:7
91:21
105:11
123:9
136:12
137:5
138:15
153:6
172:22
176:10
180:22
185:22
198:18,19
198:23,24
199:16
200:9
203:24
220:6
229:23
230:3
234:7
244:17
245:23
246:10,13
246:20
247:2
256:10
257:17
259:5
271:20
280:15
283:4,6
291:16
308:4
314:2,7
316:1
**scale** 155:23

**scans** 155:9
**scheduled**
30:24
**school** 1:11
5:22 15:20
104:16,18
106:3
123:17
126:13,18
127:10
130:3,6
133:19
147:23
160:2
165:21
168:15,16
169:6,17
188:12
229:8
252:14,15
253:21,22
269:15,20
289:4
**schools**
119:8
124:17
125:3,20
162:3
**science**
66:20 85:6
158:23
192:14
233:17
234:15
246:11,21
**sciences**
87:17
**scientific**
9:11 57:10
65:18
66:13,16
70:15
76:21
284:19
**scientif...**
50:3 74:23
76:6,14
79:9,16
82:23
83:12 84:9
92:4 158:9
**scientist**
62:18

281:19
292:8
297:18
**scientists**
249:6
**scope** 20:4
137:20
139:6,8,22
140:5
**Scott** 3:5
**Scottsdale**
6:22 7:11
**screen** 18:22
184:15
**screening**
182:23
**scroll** 75:21
**scrotum**
35:17,19
**SCRUGGS** 7:7
**se** 97:9
108:24
**sea** 149:15
150:22
**sealing** 14:5
**search** 27:3
**season**
136:16
279:1
**seat** 289:11
289:17
**Seattle**
306:19
**second** 25:21
26:24
37:13
43:19
49:14
52:20
68:14
78:20 79:3
93:7
110:14
111:14
112:16
114:18
136:11
176:10,15
176:24
187:11
189:18
203:22
219:16

229:22
250:12
252:4
286:11,22
287:4,8,24
288:15
291:16,22
**secondary**
1:10 5:22
15:20
173:20
**seconds**
136:13,17
136:17
158:3
284:2
**secretion**
44:24
**section**
22:17
52:18 53:3
54:21 75:4
75:10 93:8
93:17
283:5
293:10
**see** 19:6
22:10 24:4
24:6 25:3
25:7 28:11
29:18
31:24
32:15 34:8
35:4 38:6
41:22 42:6
43:19 45:1
47:3,20
49:18,19
49:24
50:16 51:6
51:12
53:17
54:12 60:1
66:16
67:12,19
67:19 68:3
68:5,24
73:14
74:17,20
76:4 77:10
77:16
78:24
82:10,18

82:21 85:8
85:18
87:22 88:5
88:13
89:22 90:3
90:11
91:18,23
92:18
93:23 95:6
96:24 97:7
98:21
99:13,20
99:24
103:11,18
106:17
110:12
112:18
114:21
115:8
116:1,2
123:8,15
128:15
130:1
136:19
138:24
140:1
142:22
148:5
149:16
153:15,20
156:16
157:17
158:5
165:13
170:19
172:23
176:11
181:2,17
181:17
182:10
195:8
198:18
204:5
209:20
218:11,15
219:17
220:11
221:9,15
224:14
225:12,16
228:23
229:2,3,6
230:1,7

231:21
232:6
233:14
234:12,13
235:4
237:14,23
244:8,14
250:16
253:4
256:8,15
256:24
257:23
262:20
272:1
276:20
280:23
281:3
283:1
284:4
286:12
287:1,2,6
287:10
289:14
290:24
291:15,20
291:24,24
291:24
293:12,14
293:22
295:1
297:4,13
298:13
300:7
308:6
317:22
319:22
**seeing** 27:18
97:10 98:6
151:2
157:13
158:18
181:12
222:14,21
285:4
**seeking**
120:18
121:8
271:22
**seen** 43:24
64:1,2,19
111:18
116:13,19
120:13

127:2
129:22
130:2
149:7
157:8,18
158:12
183:23
220:17
221:1,2
224:3
235:24
254:6
262:24
264:13
270:18
272:18
277:11
290:1
292:18
304:21
**select** 54:19
**self** 316:9
**semicolon**
78:22
81:23
**sense** 21:19
92:16
232:4
**sent** 317:18
**sentence**
38:4 44:22
44:22
61:19,21
63:14
71:11
73:11
76:11 79:1
79:6,8
85:18
93:18 95:1
105:10
110:15
112:16
136:11,12
149:12,22
150:10,16
197:21
218:13
219:17,18
220:3
221:11,15
230:3
244:1

250:12
259:2
286:24
291:16,22
293:17
308:3
**sentences**
97:19
**separate**
48:3
**sequence**
192:21
193:6
**series** 211:3
**serious**
169:4
**seriously**
203:1
**serve** 44:9
200:13
**service**
202:18
**Services**
14:13
**serving**
34:11
**set** 136:21
202:4,14
280:15
**settling**
184:21
**seven** 282:8
**sex** 34:24
35:3,7,23
36:18,24
37:3,21
39:10,16
40:5 41:21
42:1,11
44:24 45:1
45:4,15
46:2,7,14
46:15,22
47:7,8
48:2 51:11
51:15,18
51:19
55:15,21
56:1,4,5
56:14
57:20 58:8
60:21 62:1
62:20

63:22 64:3
64:9 65:10
66:14
68:16,19
68:20,20
68:22 69:9
69:17
70:23 71:5
71:6,12,22
72:2,6,12
73:4,9,13
73:19
74:11,13
74:18,22
76:2,3
78:3,21,23
78:24
79:19,19
80:1,8,11
80:18
81:21,23
81:24 82:8
82:17 84:7
85:4,7,21
86:6,14
87:2,3
88:2,5,9
88:18,23
89:3,10,22
90:1,9,15
90:20 91:4
98:17
101:22,24
108:17
109:7,17
116:23
117:5,15
118:3,7
121:24
122:7,14
125:7,12
126:11
127:1,1
128:18
137:10
145:8
173:20
184:9
188:18
191:8
199:24
201:4
208:13

210:2,11
231:15
242:19
315:15
**Sex/Gender**
9:13 87:6
**sexes** 76:13
76:20 77:7
77:13
**sexual** 24:8
32:22 47:7
55:6 56:2
56:11
61:22 72:4
81:19
111:9,20
112:9
114:24
115:6,6
117:4,13
118:2,12
119:1,7,24
120:8,21
121:8,16
135:10
216:24
217:7
273:5,20
283:16
284:15
285:9
300:3
**sexual/g...**
114:20
**sexually**
126:17
216:21
217:15
224:13
**share** 29:8
38:9
218:16
219:4
221:17
222:6
**shared** 18:22
**shattering**
131:7
136:8
**sheet** 10:7
285:22
286:5
**shifted**

223:16
**shifts**
163:24
**short** 149:11
157:17,24
256:19
**show** 65:13
112:8
142:8
157:23
192:9
254:8
257:8
259:11,24
261:4
**showing** 60:7
111:22
257:8,20
**shown** 24:6
261:6
304:17
**shows** 122:6
172:20
**shuffle**
28:17
**shuffling**
28:16
254:23
**Shuman** 5:18
15:18
**sick** 38:9
**side** 39:1
135:8
193:20
197:5
199:23
200:12
201:4
210:7
267:8
268:1,5
269:11,15
269:21
270:10
293:18
**sidetracked**
86:2
**sign** 322:7
**signed** 239:8
**signific...**
23:2 69:8
123:23
183:3

**significant**
103:17,20
104:8
105:13,19
108:24
113:7
122:23
155:1,6,6
155:7,7,11
155:17
260:14
269:11
270:20
298:18
**signific...**
110:2
**signing** 14:5
**signs** 111:22
112:9
182:24
183:3
**similar**
27:22 94:6
119:14
219:12
231:14
241:2
310:18
318:7
**similarly**
29:10
219:12
258:24
**simple**
145:18
248:15
**simply** 31:10
89:14
158:22
286:20
295:6
**Simulation**
23:23
**Sinai** 249:5
249:9
**single** 50:18
120:16
124:2,10
127:2
145:18
191:3
198:7
206:2

236:6
255:2
259:18
298:17
**sit** 146:17
176:23
193:19
211:10
268:9
**Sitting** 74:9
**situation**
103:3
**situations**
115:5
316:9
**six** 26:7
105:12
197:22
218:22
231:6
282:9,10
300:21
313:19
**Sixteen**
216:13
**sixth** 40:17
**size** 154:14
154:18,19
**Skeemsma**
256:11
262:15
**skeleton**
154:2
**skill** 36:13
**skills**
297:15
300:2
**skin** 88:9
**skip** 98:16
172:21
**skipped**
250:10
**Slicer** 5:18
15:19
**slope** 130:7
**slow** 22:22
22:24 38:8
**slowed** 137:5
**slowly** 28:18
**small** 162:9
**smaller** 77:9
90:10
**so-called**

196:3
214:18
**social** 51:9
97:13 99:7
99:16
101:4,12
101:16
105:14
106:13,24
178:11,17
179:4,6
189:9
194:23
208:4
221:19,22
222:7
244:5,10
244:18,24
245:4,23
248:4,17
260:11
261:1,16
264:4
283:15
284:15
285:9
300:2
309:1,6
**socially**
97:6,16
99:4
106:16
244:3
246:11,21
262:2
309:8
**societies**
98:12
**society** 9:8
9:9,11
42:17,22
44:13
48:11,14
50:5 53:5
53:19 54:5
57:9,19
58:7 59:17
65:14,18
66:13,15
67:2 71:16
73:2,6
74:1 76:11
79:23,23

80:8,11
81:21
84:13
92:21
95:21
114:15
164:14
176:2
226:13
231:17
232:3
234:5,8,14
244:16
245:7
248:4,17
250:24
271:5,12
272:6
281:8
282:20
293:8
294:1,13
304:13,24
305:2
312:5
**Society's**
305:9
**somebody**
173:7,23
174:14
176:9
193:1
241:5
263:18
**someone's**
57:3
101:20
225:22
315:10
**somewhat**
45:23
226:24
310:18
**son** 170:18
204:5,8,16
**soon** 39:10
193:15,16
**sorry** 18:3
24:19  28:7
31:19  37:7
59:9  71:2
75:18
76:16  77:3

77:5  86:1
100:4
105:24
110:18
111:15
116:9
117:12
122:7
124:5
134:9
142:16
164:20
172:1
189:21
194:4
202:10
208:24
216:10
217:20
222:18
233:7
236:19
238:16
240:10
243:14
246:16
248:11
249:21
250:9
254:11,24
255:16
266:5
269:18
278:17,19
278:23
282:22
283:24
286:1
291:8
294:8
295:23
302:13
304:24
305:17
306:3
308:1,1
317:13
319:16
321:17
**sort** 27:3
112:1
116:20
134:21

150:6
182:20
187:8,22
231:2
297:14
**sorts** 115:19
121:15
130:8
300:18
**sought** 120:8
120:22
**sound** 101:6
101:7
185:24
192:24
201:10
228:24
**sounded**
199:17
**sounds** 28:12
78:17
104:6
205:22
247:2
278:9
**source** 85:5
85:22  86:6
86:14
87:16
96:16
159:23
206:14
286:15
296:1
298:17
**sources**
221:13,24
**south** 181:2
181:5
**Southern** 1:2
14:17
**span** 155:20
**Sparking**
131:7
**spatial**
297:15
300:11,13
**speak** 22:24
24:13,19
24:21  29:2
38:14
165:1
167:5

253:7
254:24
301:14,19
303:21
**speaker**
28:16
202:4,15
**speakers**
29:13
**speaking**
28:8,18
30:5  34:1
140:4
141:18,24
147:13
202:12
203:23,24
283:23
299:14
**Specialist**
14:12
**species**
85:13,23
86:7,15
**specific**
20:22
36:23
71:11
79:19
80:20  85:5
89:10
98:10
120:20
129:14
136:3,5,24
156:1
160:4
168:3
214:12
216:18
220:9
249:2
250:19
264:1
267:7
283:5
295:13
299:9
**specific...**
82:17  83:5
120:13
150:14
168:5

182:10
193:24
210:17
283:9,10
292:8
**spectrum**
62:15
183:8,9
226:24
**speculate**
129:10
**speculating**
232:17
**speculation**
129:6
**speed** 160:7
**spelled**
109:9
228:23
**spend** 50:16
**sperm** 77:10
**split** 138:22
**spoke** 25:18
30:21
43:11
190:12
**sport** 129:8
130:5
135:19
136:24
148:5
149:13
150:12,20
151:9
156:20
160:19
167:12
**sporting**
150:7
319:24
**sports** 9:16
20:19  21:9
91:23  92:3
126:7
127:10
129:20
143:4,8
145:11
151:2,13
166:17,18
169:13
316:4,11
320:2,9

sports-r... 318:17
spot 54:17
sprints 157:24
spurt 154:9 289:8,9 290:19
square 236:16
Sruti 5:3 15:24
stack 92:22
stage 27:16 152:21 153:9,9,9 153:20,21 233:2 236:15,24 241:6 250:15,23 251:1,7,8 252:19,24 253:24 258:2,8,18 259:3,4,13 260:2 279:24 287:14,20 288:2,18 308:5 309:4,8,17 309:20,24
stages 299:6 299:20 300:1
stand 97:1 139:24 142:13
standard 14:14 66:9 130:16,23 171:8 177:23 194:13,20 195:11 243:5,13 322:10
standards 20:13 197:4 214:19 235:24

304:10
standing 139:7 158:2
stands 64:17 75:8
Staphorsius 296:2,13 296:17,18
start 17:9 65:21 103:5 134:21 158:2 177:5 185:23 186:24 190:5 201:19 282:1
started 137:12 172:4 204:2 310:19
starters 252:7,7
starting 110:18 130:12 137:19 154:22 164:24 177:14 231:8
starts 208:21 266:16 288:8,13
state 1:8,13 2:2 5:12 5:15 14:19 14:21 15:10 41:20 64:20 113:4 123:4 127:20 128:20 142:19 180:17 218:6

243:1 247:20 254:5 301:2,10 301:23 320:24
stated 63:13 108:5 143:24 241:1 268:11 316:22
statement 9:12 57:9 57:10 62:11 65:14,18 66:13,16 66:18 69:8 71:15,18 73:1,5,9 73:24 74:11,24 76:3,3,7 76:12 77:12,17 79:15,24 80:2 82:5 82:24 83:13 84:11,19 84:24 88:17,24 92:4 94:2 95:9,21 96:2 99:3 99:5 112:24 114:16 123:23 132:24 190:21 195:21 230:9 238:9,17 240:7 248:3,16 292:2 311:16,20
statements 57:19,22 58:6,8 83:17

states 1:1 14:17 61:6 62:10,12 99:10 182:13 293:18
stating 55:2
statistical 20:2 207:1
statisti... 298:18
stature 169:7
status 137:11
statutes 318:7,7
Steemsma 235:20
Steemza 241:15
stemming 68:21
steps 65:5 182:3 188:23
Steptoe 6:4
sterilizing 192:23
stipulated 14:3
stirred 212:19
Stock 14:11
stomach 88:10
stop 53:14 53:15 113:21 114:12 191:24 273:13 301:1 315:23
stopped 191:10 244:2
stopper 156:4
straight 63:15
strawber... 228:5,5,6

strawberry 228:7
Street 4:5 5:6,19 6:12 7:10
strength 110:4 151:19 154:15,20 160:7
strengths 188:7
strive 218:8
strong 124:16
stronger 158:4
strongly 142:2
structure 35:16 90:3
structured 91:4,13
struggle 262:10
struggling 38:5
students 126:9 128:24 166:8
studied 284:12
studies 66:15 85:7 192:9 195:15,21 232:24 233:8,22 234:1 256:7,12 257:8,19 258:17 259:10,23 261:4 263:7,7,9 294:7 298:18
study 26:21 26:22 27:5 62:14 151:12 196:14,22

197:10
211:8
212:2
216:18
219:17,24
220:4,6
224:4
234:5,21
234:23
236:2
242:20
256:12
257:21
258:21
260:5,7,21
261:4,8,13
262:21,24
263:1
264:14
287:1
290:11,17
290:23
293:1
294:15
295:12,17
295:19
296:17
298:12
Stutler 1:14
  6:8  15:17
style 193:12
subject
  64:24
  142:4,6
  179:12
  222:7
subjective
  102:11
submission
  250:13
submitted
  18:7  64:23
  65:2  78:2
  225:16
  255:24
  274:13
  275:16
  276:6
subseque...
  242:14
substance
  213:10
substantial

121:14
232:24
substant...
  313:21,22
substitute
  92:1
success
  201:14
successful
  262:17
  263:8,10
suffer 55:5
  81:19
  109:8,18
  111:19
  112:22
  117:3,12
  118:1,11
  118:24
  119:7
  135:9
  276:15
suffered
  110:22
  111:9
  112:16
  121:7
  129:15
  189:9
  217:7
suffering
  172:2
  187:22
  206:9
  265:9,9
  266:10
suffers
  119:23
  120:7,21
  182:20
sufficie...
  273:20
sugar 249:21
suggest 31:7
  224:4
  249:4
  281:24
suggestion
  85:11
suggests
  127:1
  246:11,22
suicidal

130:7
168:4,18
suicidality
  148:7
  204:12
  205:15
  263:20
suicide
  205:6,12
  205:19
  206:3,9,20
  207:1,5,5
  207:9,9,23
  262:3,11
  262:18
  263:8,10
  316:10
suicides
  207:1
suit 164:3
Suite 5:20
  6:13,21
summarizes
  257:8,19
summarizing
  157:20
  294:17
Summary 9:20
  170:5
SUPERINT...
  6:16
Superint...
  1:13,16
  6:8  15:13
  15:16
support
  168:23
  218:8
  228:14
  296:1
supported
  63:20  64:8
  218:19
  219:7
supporting
  106:13
supposed
  55:1
  150:19
  210:17
suppress
  44:24
  134:2,14

135:12
144:4,17
145:10
147:21
suppressed
  132:4
  145:5
  146:19
suppressing
  132:13
  137:6
  148:2
  151:21
suppression
  132:19
  136:23
  144:20
  146:5
  156:21
  271:24
  272:8,8
  293:11,12
  293:16,19
  294:2
sure 28:9,19
  30:2  82:3
  91:20
  97:22,22
  99:1,22
  102:5
  105:10
  150:16
  158:16
  168:22
  186:18
  189:7
  191:14
  193:7,13
  209:21
  214:17
  218:2
  243:15
  247:1
  249:8
  269:1
  271:11
  275:19
  284:3
  288:7
  295:11
  303:4,4,7
  311:5,13
  314:5

317:14
320:19
321:19
surgeons
  311:11
surgeries
  310:12
surgery
  310:8,22
  311:6,16
  311:19,22
  312:2,5,19
  312:23
  315:18
  317:17
surgical
  283:8
  309:1
  311:10
surpass
  149:16
  150:22
surprising
  115:1
survey 211:3
  220:14
Susan 6:3
  15:15
suspect
  171:13
Swaminathan
  5:3  15:24
  16:1
swear 16:12
  37:11
swimmer
  131:6
  136:13
swimming
  131:16
  137:17
  142:11
swore 239:8
  240:1
sworn 16:16
  239:19
symptom
  112:3
symptoms
  116:1,3
  182:24
  183:3
  203:7

**syndrome**
  297:2,10
  297:12,17
  298:2,10
**system** 86:11
  291:5,19
  292:12
  295:24
**systematic**
  211:3,11
  211:18,21
  212:5
  293:1
  294:15

---

**T**

**T** 14:1,1
**tab** 17:12,15
  42:17
  58:14
  65:14
  86:24  96:2
  131:4
  143:3
  148:19,21
  156:16,18
  169:19
  212:6,8
  224:17
  228:8
  255:14,17
  255:19
  285:24
  295:21
**table** 59:22
  60:10
  201:23
**take** 25:22
  28:3  31:23
  38:13  65:5
  65:22  74:6
  74:16  82:7
  85:18
  89:13
  101:10
  111:17
  114:15
  123:3
  139:10
  141:18
  145:13
  155:11
  157:8

162:11
163:19
182:3
184:13,15
188:24
193:15
216:10,16
221:7
224:9
242:5
243:2
255:12
280:5,16
282:4,11
286:20
311:10
313:17
**taken** 3:3,4
  3:7  14:15
  58:1  148:4
**takes** 145:10
**talk** 51:24
  106:20
  124:21
  161:7
  193:19
  268:5
  279:12
  286:9
  303:19
**talked** 55:13
  167:20
  279:16
  289:9
**talking** 26:8
  52:20
  73:19,19
  84:10
  89:18
  101:19
  104:20
  155:8
  158:14
  162:10
  163:9
  166:15
  167:14,16
  202:9,10
  204:1
  225:22
  232:15
  237:4
  252:14

253:21
269:9,10
284:3
293:16
306:15
**talks** 298:9
  298:11
**Tanner** 27:16
  152:21
  153:3,4,9
  153:9,20
  153:21
  250:14,23
  251:1,7,8
  251:17,17
  252:19,24
  253:24
  258:13
  259:3,12
  260:2
  287:13,19
  288:2,18
  308:5
  309:4,8,17
  309:20,24
**Tara** 5:4
  15:21
  30:14
  322:5
**target**
  114:11
**task** 215:2
**taught**
  213:17
  269:14,20
  299:14
**teacher**
  188:12
**teachers**
  168:24
**team** 123:7
  123:13
  126:4,11
  126:13,21
  126:24
  127:4,17
  128:22
  129:16
  133:3,18
  144:2,6
  177:6,21
  177:24
  184:12

208:17
209:1
210:7
263:7
277:22
280:6,12
280:16
316:4,11
**teams** 126:8
  127:10
**Teenage**
  285:21
**teens** 209:18
  221:12,23
  221:23
  222:6,12
  222:15,22
  223:16,22
**Tejwani** 24:5
  24:5,20
**tell** 21:5
  22:22  34:1
  35:6  36:4
  36:5  39:16
  56:12  74:2
  75:16,20
  102:16
  126:1
  127:7
  156:3
  168:10
  175:20
  182:19
  185:9
  189:16
  198:6
  204:7
  227:14
  232:16
  247:5
  260:7
  267:2,11
  267:21
  268:10
  270:22
  277:2
  294:23
  317:9,9
  318:14
  319:16
**telling** 55:6
  102:22
  187:19

267:14,15
**tells** 76:12
  89:12
  246:1
  258:7,17
  259:3
**ten** 110:9,15
  194:7
  314:17
**tended** 85:6
**tends** 61:23
  251:14
**term** 39:19
  45:4  50:4
  51:14
  62:19,21
  80:10,24
  86:20  92:1
  92:1  97:10
  98:7
  125:16
  162:22
  190:21
  208:12
  231:12
  250:16
  253:15,19
  268:23
  308:14,18
  314:4
**termed** 115:5
**terminology**
  91:20
  132:3
  270:3
**terms** 41:24
  42:11
  51:23
  68:19
  84:14
  249:2
  299:10
**terrible**
  28:10
  157:11
  229:10
  318:15
**territory**
  137:21
**test** 111:23
  158:2
**tested** 275:1
  275:8,12

276:12
**testes** 77:9
**testicles**
  35:18
**testicular**
  53:15
**testified**
  16:16
  69:14
  118:10
  139:17
  145:17
  162:20
  242:9
  251:13
  273:17
  278:2
  318:18,20
  318:23
  319:10
**testify**
  286:14
**testifying**
  128:5
**testimony**
  62:5 80:24
  81:8
  125:14,18
  146:17
  156:5
  167:23
  178:15,16
  239:11
  277:4
  287:12
  294:17
  314:20
  318:6
**testing**
  36:19,21
  37:18,22
**testoste...**
  56:4 110:3
  110:3
  132:5,13
  134:3,4,14
  135:12
  136:22
  137:7
  144:5,17
  144:21
  145:6,10
  146:5,19

147:21
148:2
151:21
156:21
185:23
186:9,10
187:12
191:10,22
192:1,10
192:13,16
192:22
195:10,16
196:23
197:6,7,11
202:24
**tests** 160:4
275:16
**Texas** 306:19
**text** 68:15
229:2
**textbook**
298:9
**thank** 16:21
16:23 17:7
18:5,10
24:1 29:22
29:23
38:16 39:3
52:14 53:1
60:12
93:16
96:10
100:19
114:13
128:14
133:10
141:8
142:16
143:1
144:14
148:23
185:2
191:19
194:11
217:22
218:15
236:13
240:17
243:3
249:23
254:13
255:20
267:1

284:7
286:1
291:14
301:22
317:22
321:23
322:3
**therapies**
  25:16 26:5
  261:21
  270:15
  286:16
**therapy**
  108:10
  229:12,15
  261:12
  308:9,12
**thing** 104:20
  110:1
  112:1
  158:16
  159:11
  191:3
  273:11
  293:17
**things** 20:16
  25:21 27:2
  48:3 52:7
  53:12
  55:19
  63:14
  80:22
  81:11
  89:24 91:8
  101:18
  103:15
  109:23
  115:19
  122:8,17
  122:23
  130:1,8
  137:8
  139:14
  150:1
  159:5
  160:3
  161:21
  186:19
  191:6
  196:9
  198:8
  200:6
  236:3

273:11
283:12
284:11
285:5
293:21
299:9
300:18
312:14
320:20
**think** 28:17
  28:22
  29:19 34:8
  36:4 38:10
  40:16 45:3
  53:20 54:6
  54:24
  66:24 69:7
  73:20,24
  74:2,10,23
  76:23
  79:11 81:4
  81:11 82:3
  82:4 83:2
  84:9 85:15
  89:16
  94:17
  97:20
  99:24
  100:2
  105:8
  109:16,21
  110:6
  111:3,13
  112:2,5
  113:14
  115:22
  116:19
  124:20
  129:22
  130:9
  134:24
  135:23
  136:1
  137:19
  138:1,12
  142:3
  144:23
  145:12,22
  146:12
  147:13
  148:4,5
  152:1
  159:3

160:12
161:8,10
161:22,23
162:8,10
162:14
164:24
166:2
172:5
184:19
191:18
193:15
194:5
209:5,7
218:4
220:1
225:20
239:14
240:19
247:15
249:15
251:13
260:4
264:15
269:12,12
272:16
280:2
281:2,4
289:3
304:21
311:12
316:8
317:10
320:4,12
320:15
322:1
**thinking**
  59:9,10
  185:3
  287:5
  288:1,16
  288:23
  290:20
**thinks**
  294:13
**third** 49:14
  76:19
  98:16
  99:10
  136:10,12
  197:20
  218:3
  221:7
  252:4,4

253:8,15
308:3
**Thomas**
131:23
136:7,15
136:21
137:1,16
140:11
141:11
142:10,11
143:17
**Thomas's**
131:16
**thorough**
211:11
**thoroughly**
139:22
263:19
**thought** 37:8
60:19 62:5
62:19 63:9
81:7 190:4
263:17
281:3
294:1
**three** 17:9
17:15
18:19
22:15,16
24:4 32:14
33:3 49:14
97:19
112:14
128:3
136:9,17
172:8
176:7
196:7
217:18,21
218:7
223:12
250:21
257:3
259:4
274:12
275:9
276:5,13
286:22
306:13,17
**three-qu...**
286:23
**three-se...**
98:5

**threw** 75:13
**throwing**
134:21
**thrown**
135:21
**tie** 164:3
**tied** 21:5
**tightly**
139:22
**Tik-Tok**
221:12
**TikTok**
221:24
**time** 14:14
14:14
16:19 17:7
22:22,22
25:22
28:10
35:17
37:11 40:9
40:12
44:14,14
50:11,16
50:17 51:8
51:24
55:20 57:2
65:24 66:2
66:9,9
77:4 99:21
101:8,10
101:13
102:1
107:21
111:21
122:2
127:15
130:3,16
130:16,23
130:23
132:14
134:3,15
135:13
136:12
137:5,9
140:8
145:9,10
145:13
146:13,15
152:3,22
154:1
159:10
162:11

167:18
172:8
173:2,5,14
173:18
174:24
175:5
176:10
179:14
190:22
191:6
193:8
194:13,13
194:20,20
199:8
208:23
211:5
212:5
213:11
218:22
223:1
226:2,11
227:10,21
227:22
228:4
229:15
230:5,19
230:20
231:4,10
233:11
237:8
239:2
241:10,12
242:12,17
242:24
243:5,5,13
243:13
245:20
246:17
248:1,24
253:11
260:1
261:11,22
264:24
265:12
266:11
273:12,13
275:11
276:8,15
276:24
282:7
285:19
290:9
296:15

301:2,9,15
301:22
312:11
313:2,10
313:10,18
315:9,9,13
315:14
319:21
320:1
321:23
322:4,9,10
**timed** 136:16
**timeframe**
57:5
223:11
**times** 30:9
56:17
153:14
164:24
169:13
230:14
239:3
242:1
251:20
270:23
**timespan**
251:14
**timing**
113:18
289:10
290:12
**Timothy** 6:18
6:19 15:4
**tired** 177:10
246:18
308:2
**tissues** 88:9
**title** 23:21
23:22
157:18
170:17
204:23,24
**titled** 22:17
87:2 96:3
97:4
156:19
285:21
**today** 17:7
55:4
146:17
149:8
157:14
176:23

185:24
186:24
187:20
192:6
208:5
211:10
268:9
270:23
304:22
305:10
306:10
**Today's**
14:13
**told** 164:13
216:19
316:14,14
**Tommy** 156:19
157:6
**tone** 249:4
**tool** 121:24
**top** 88:2
93:1,2
111:12
180:20
203:22
218:6,14
256:6,6
257:8,17
257:19
258:16
259:16
299:2
306:13
**topic** 142:9
**topics** 96:17
**Torri** 136:14
**total** 33:2
33:13
34:10
**totally**
137:9
313:8
**touch** 57:19
**tough** 130:6
139:3
140:13
141:13
**track** 34:8
240:11
**tracked**
105:18
**trail** 164:24
**trained**

19:24 20:8
20:17 35:6
**training**
19:5 20:19
32:10
137:11
151:7,15
152:21
298:12,14
**Trans** 212:10
**transcribed**
22:24
**transcript**
1:22 9:21
167:6
170:9,13
172:12
176:7
185:13,15
185:17
189:19
191:14
203:15
**transcri...**
38:22
184:23
**transgender**
25:5,16
26:5,10
43:13 59:2
59:24
60:18
109:13
110:5,11
111:7
113:9
115:10
116:5,13
117:11
118:11,24
123:6,7,13
124:2,10
126:3,14
126:16
127:15
128:23
130:4
131:6
132:21
133:2,17
137:23
139:18
143:14,16

143:17
144:1,4
147:6
156:20
160:18
162:4
166:8,14
166:20
167:8
169:16
172:5
181:2,6
192:10
214:19
215:5
216:3,20
229:12,15
229:24
241:24
245:16
246:3
254:1
256:22,22
262:18
263:10,20
264:5
270:14
278:4
279:12
302:18
308:4,15
309:4
310:9,24
311:22
312:2
318:16,17
320:1
**transgen...**
319:3
**transgen...**
182:5
**transition**
51:5 107:1
244:3,5,11
244:18,24
245:4,23
246:11,21
248:4,17
261:1
263:18
264:4
309:6,8
**transiti...**

106:16
208:8
262:2
263:20
264:2
**transiti...**
59:24 62:1
106:13
204:2
209:1
261:16
**transitions**
218:9,18
219:7
**transsexual**
49:17,17
49:20 51:9
**trauma** 220:9
**treading**
137:21
**treat** 20:9
31:24
109:13
168:22
234:3
237:21
245:1,8,14
246:2
279:17
298:24
**treated**
27:10
106:7
110:10
111:8,19
112:8
181:6
234:1
261:19
274:1
291:3,17
292:10
295:22,23
310:3
**treating**
174:19
237:10
**treatment**
52:20 53:6
107:15
145:13
172:1
177:5,14

189:8
192:13
200:12
210:13
214:19
264:11
268:12
270:14
271:23
272:15
279:18,19
283:10
308:4,8,21
309:23
310:9,22
311:6,15
314:10
317:1
**treatments**
201:13
279:14
**treats** 181:2
**trial** 196:3
319:10
**trials**
274:13
275:9
276:6,14
**tricky**
134:20,23
**tried** 120:12
250:4
**trigger**
252:2
**trimester**
36:19 37:4
37:22
39:11
**trouble**
29:16,24
30:1 31:16
55:6,9
56:3,8
206:17
**troubles**
39:1
**true** 25:12
54:17
59:13
64:21
72:14
74:24
76:14

77:23
81:21
83:13,19
84:1
101:17
117:8
118:1
119:4
128:6
133:3
149:19
150:2
152:5
158:24
159:5,6
176:19
181:4
227:24
230:22
314:11,12
315:3,15
315:16
317:4,5
**truism**
269:14,17
**truly** 184:14
**trust** 199:10
274:3
**trusting**
159:8
**truth** 102:23
150:19
317:10
**try** 31:8
45:23
131:22
145:1
167:5
175:21
195:23
239:22
**trying** 76:17
82:3 102:5
112:5
124:23
128:6
144:9
201:11
226:3
249:7
265:6
275:23
294:23

15:8,8
29:7,7
32:7 140:3
140:3
164:23,23
301:3,7,9
301:17,23
302:12
303:12,22
304:8,15
304:23
305:6,15
306:1,7,16
306:20
307:3,12
307:16,23
308:13,19
309:2,10
309:15,22
310:7,13
310:20
311:4,14
311:21
312:7,18
313:1,12
314:1,16
315:1,12
315:24
316:13
317:2,18
317:21,23
318:4,12
320:6,14
320:23
321:7,16
321:22
322:2
**Tryonn** 8:8
**Turban** 10:6
250:20
254:10,15
**turn** 19:3
34:22,23
52:10
59:20
68:13
78:19 85:2
92:14
101:4
110:9
114:18
131:22
136:9

149:11
157:19
176:7
217:18
219:15
229:22
231:17
249:12
250:5
252:3
282:21
285:8
293:9
307:6
**Turner** 297:2
297:10,12
297:17
298:1,10
**twice** 319:10
**two** 17:12
19:3 28:3
32:9,11
38:4 40:18
44:21
58:24 69:6
69:7 72:17
72:17
76:12,20
77:7,13
80:18
93:11,11
100:15
122:22,24
129:21,22
130:10
138:3
164:19,21
165:7
172:8,13
176:8,8,11
180:20
193:11
196:7
210:8
250:15,23
251:1,8,17
251:17
252:19,24
253:24
256:14
257:10,13
257:21
258:13

259:4,13
260:2
271:20
274:12
275:9
276:5,13
282:21
287:14,20
288:2,18
308:5
309:4,9,18
309:20,24
314:9
318:10,13
**two-page**
60:10
169:23
**two-thirds**
185:15
286:22
**type** 88:23
129:21
178:5
252:18
309:16
**types** 162:6
**typewritten**
249:17
**typical**
35:10,10
35:13
36:21
47:22
55:18 83:3
91:2 92:8
154:3,15
173:20
251:19
252:12
**typically**
27:6 35:15
47:3,11
55:21
77:16 78:5
85:7 94:7
101:24
108:20
154:18
187:2,24
196:5
231:8
233:14
309:13

**TYRON** 75:21

_____

**U**

**U** 14:1
**UCLA** 67:22
**Uh-huh**
112:19
136:20
244:9,15
**ultimate**
167:15
**ultimately**
241:17
**ultrason...**
36:4
**ultrasound**
36:10,15
174:22
176:4
**unable** 74:9
**unbroken**
198:7
**UNC** 297:11
**unchange...**
316:12,15
**unclarity**
146:3
**unclear**
269:18
**uncomfor...**
106:6
183:15
**undergo**
239:1
291:4,18
292:11
295:22
**undergone**
154:14
**underline**
100:17
**underlying**
52:3 55:15
**undermined**
224:12
**undersigned**
3:5
**understand**
30:9 38:2
40:16 41:2
41:10 45:3
50:12 69:2
69:8,11

70:14 81:2
81:7 85:10
85:12
100:1
101:21
109:5
110:19
112:20
114:9
122:1,16
122:19
123:22
124:22
157:18
158:21
173:1,6
184:14
193:13
201:12
202:11
203:12
212:22
228:3
231:12
239:2
240:21
248:12
249:6
250:23
254:20
264:18
273:4,20
277:16
279:19
298:4
311:5
312:11
**understa...**
45:16 46:3
**understa...**
28:10 29:9
45:8 46:14
51:17 52:6
57:1 59:23
93:19
98:10
101:2
102:10
121:19
163:24
173:15
181:4
183:10

188:16
221:13
226:1,11
227:8
230:14
231:7,9
237:7
240:20
241:11
242:11,18
242:23
245:4
247:6,21
247:24
264:19
272:5
284:17
285:7
288:22
299:18
313:11,14
313:21
315:8,9
316:23
317:15
**understood**
63:3
204:15
317:16
**unduly**
221:18
**unequal**
68:22
**unethical**
261:7
**uninitiated**
300:14
**Union** 4:4
**United** 1:1
14:16
**universi...**
124:18
**university**
32:12 33:4
33:14,15
67:9,13,19
67:23
220:15
262:16
263:7
**unknown**
72:13
293:21

294:3,14
**unknowns**
190:20
**unmuted**
185:4
**unreason...**
124:1,9
134:6,18
135:15
139:21
147:23
148:4
278:3
**unrelated**
86:10
**unstable**
203:18
**untreated**
261:19
**unusual**
56:10
**unwilling**
268:9
**up-to-date**
66:24
**update**
239:22
**upper** 209:18
**ups** 158:3
290:7
**upside**
158:22
**URL** 100:11
**use** 46:6
47:19,24
50:4 51:23
52:15 54:3
54:3 62:21
63:4 67:22
70:23
72:12
73:21
77:15
79:18
86:20
90:20 92:1
107:9
108:20
109:2,22
115:21
132:2
137:7
156:11

158:14
178:22
189:14
195:11,16
200:4
226:3
239:15
241:2
245:2,2
253:14,19
273:24
274:23
276:19
277:11,15
277:22
281:14,16
285:3
292:22
293:11
294:10,24
295:3
300:16
305:3
311:9
314:20
**useful** 42:2
42:13 50:4
50:23 51:2
60:20
201:24
298:17
**uses** 64:3
125:6
**usually** 35:1
35:2,7,18
158:14
193:8
251:24
309:14

_____

**V**

**V** 14:18
**value** 167:10
**variability**
67:24 83:3
**variable**
63:22
64:10
65:10
66:14
68:17 69:9
73:4,14
91:12

114:16
**variables**
64:4 82:9
82:20
83:21 84:4
86:17 91:7
137:13
**variably**
163:23
**variation**
47:20,23
70:3 85:5
85:11,22
86:6,14
90:21
115:13
207:4
**variations**
36:14
47:21,21
77:18
85:12
86:18
115:2
117:19
122:6
**varied**
232:19
**varies**
104:19
117:21
252:7
253:17
**variety**
153:12,15
160:11
161:19
163:11
206:18
208:18
**various**
89:24
131:19
170:22
283:17
**varsity**
123:17
**vary** 48:3
118:6
305:4
**vast** 256:21
**venture**
162:17

**verbal**
193:10
**verified**
276:23
**verify** 102:9
172:17
173:11
176:19
296:4
**veriliza...**
53:15
154:4
**VEROFF** 4:11
**versa** 49:23
**version**
51:22
**versus** 27:4
35:10
47:22
55:10 56:4
161:9
193:10
270:9
300:18
**vertebrate**
78:21
81:22
**vessels** 90:9
91:3,12
**vice** 49:22
**video** 14:12
14:15,15
66:3
130:17,21
194:14,18
243:6,10
**videocon...**
3:7
**VIDEOGRA...**
14:10
16:11,19
18:21
38:23 39:4
66:1,8
86:21
130:15,22
148:18,23
185:5,7
194:12,19
201:15
243:4,11
255:14,17
255:20

317:18
322:1,8
**videotape**
38:24 66:7
**VIDEOTAPED**
1:18 2:7
322:12
**videotaping**
38:21
**view** 36:22
41:24 42:3
57:18
70:16
71:16
136:24
139:18
144:3,15
145:2
160:21
162:20
165:20
242:9
247:18
273:3,19
278:3
294:15
**violating**
141:24
**Virginia** 1:2
1:8,10 2:3
5:15,19,22
6:12,15
14:18,19
15:9,10,12
15:19
119:9,13
120:9,14
120:17,23
121:9
123:24
124:9,15
125:1,19
125:21
279:21
301:2,10
301:23
306:22
307:2
321:1
**visible** 35:1
35:8 36:14
252:20
**vision**

166:18
**visit** 176:15
179:11,11
179:15,16
187:8
188:1
191:16
193:9,24
**visual**
297:15
300:11,13
**vitae** 9:6
17:22
18:20 19:4
22:15
**voice** 28:15
31:7
180:21
184:18,18
184:19
186:5,6,23
198:19,19
198:19,21
198:23,23
198:24,24
199:11,16
200:16
275:22,24
**voices** 29:12
165:3
202:3
**volume** 53:15
**voluntarily**
224:11
**vs** 1:7
_____
**W**
**W** 1:11 6:16
**W-2** 33:13
**wait** 165:5
261:9
278:21
291:21
312:4,8
**waiting**
260:9,22
261:14
**waived** 14:6
171:4
**walk** 186:9
187:3
**walked**
186:14

187:11
279:4
**walking**
187:19
188:3,11
**Wall** 5:6
**Walter** 67:6
67:9
**want** 18:3,21
29:3 30:2
33:6 37:18
38:1 60:4
63:7,10
65:24
79:15 93:4
93:13,18
94:17
99:21
104:5
105:7,9
126:20
137:7
167:1
178:15
180:21
186:17
188:20
191:13
199:1,10
200:15
201:19
202:4,7
225:9
234:20
238:9
239:10
240:6
277:4
278:11
279:16,17
280:23
281:2
285:1
286:13
288:9
294:9
314:4,9
315:17,18
315:20
316:2,6,24
317:13
**wanted** 32:3
168:15

199:20
240:3
243:16
266:19
293:15
317:19
**wants** 138:4
138:16
**warn** 114:8
250:4
**warned** 250:2
**warning**
317:20
**warnings**
192:15
193:2
194:23
198:16
203:2
**Washington**
9:15,22
131:6,10
136:6
212:14,19
**wasn't**
100:20
124:5
169:11
171:5
219:3
276:19
284:3
321:14,19
**watch** 246:8
261:9
**watchful**
260:9,22
261:14
294:9
**water** 217:22
278:17
**wave** 287:4
287:24
288:16
**way** 28:11
32:3 49:15
50:8 70:21
84:8,10
106:8
108:4
109:2
119:17
125:17

147:8
151:4,20
152:2
154:19,22
164:5
176:5
181:10
199:2
201:10
203:7
209:2
210:21
212:5
216:5
230:19,20
231:7
232:19
237:9
238:24
240:21,24
240:24
241:13
242:1
243:1
246:5
249:1
253:18
257:5
260:5
286:22,23
294:21
314:15
315:10
**ways** 83:7
193:11
248:24
**we'll** 18:11
22:20 32:4
91:20
140:1,2
167:5,7
193:16
255:4
282:11
**we're** 14:10
20:7 28:18
31:2,2,8
52:15
54:19
60:11 66:8
73:19,19
92:7,22,24
104:20

130:22
131:3
137:19,21
148:2
151:2
158:18
162:10
166:15
167:14
185:17
194:19
201:24
203:16
231:2
237:10,11
239:7
243:12
249:16
252:14
253:21
269:9,10
275:23
282:9
284:10
285:4
293:16
299:14
300:21
312:17
**we've** 113:19
190:24
194:11
276:4
289:9
**weaknesses**
188:7
**wear** 164:3
**web** 96:24
**Webpage** 9:14
96:7 170:5
**website** 96:3
96:23
169:24
170:10
**Wednesday**
3:8
**week** 38:9
256:1
274:2
**weigh** 273:11
320:19
321:1,9
**weighed**

321:6
**weight**
129:20
169:11
**weighty**
297:20
**welcome** 39:4
131:2
285:1
**Wellness**
32:23
**went** 190:12
305:17,17
**weren't** 44:9
111:22
174:14
269:20
**West** 1:2,8
1:10 2:2
5:15,22
6:15 14:17
14:18 15:9
15:10,12
15:19
119:9,13
120:9,13
120:17,22
121:9
123:24
124:8,15
125:1,18
125:21
279:21
301:2,10
301:23
306:21
307:2
321:1
**wetting**
221:6
**White** 6:5
**who've**
192:12
**wholistic**
308:24
**wholly** 295:5
**wide** 153:12
160:10
161:19
163:11
206:18,24
207:8,16
208:18

**widely** 70:8
70:16
299:4
**Wiley** 42:19
**Wilkinson**
7:4 201:21
202:5,14
216:13
224:20,23
228:10
243:18
**willing**
109:6
178:16
183:4
277:3
**witness** 8:4
14:20
16:12,15
17:13,15
17:24 18:5
18:8,10
19:12,19
20:7,16,22
21:3,11,16
21:21 22:3
22:10
23:10
24:16 25:1
25:12,19
25:20,24
26:7,16,21
27:13,24
28:11 29:4
29:9 31:14
31:17 32:3
33:6,23
34:4,14,19
36:3,12,21
37:7 38:2
38:8,17
39:13,19
40:2,8,14
40:23 41:7
41:15 42:5
42:15 43:2
43:16,24
44:12 45:6
45:20 46:6
46:17
47:11,18
48:6 49:11
50:8,15

51:2,22
52:6,23
53:2,10,24
54:11,20
55:9,18
56:7,14
57:1,12,24
58:10 59:5
60:13,23
61:11,18
62:9 63:1
63:13
64:14,16
64:18 65:2
65:9,21
66:12 67:6
68:11
69:11,20
70:2,10,19
71:10,18
71:24
72:10,23
73:8,18
74:5,13
75:6,7,9
75:12,23
76:9,16,23
77:15 78:1
78:11,16
79:11,18
80:4,16
81:4,10
82:3 83:2
83:10,15
83:23 84:6
84:23
85:15 86:1
86:9,17
88:21 89:6
89:16 90:5
90:18 91:7
91:15 92:6
94:4,14,22
95:11,23
96:10,19
97:13,24
98:2,9
99:7,20
101:6,16
102:13
103:1
104:2,12
105:23

106:15
107:3,9,17
108:4,13
108:19
109:11,21
110:24
111:12
112:12
113:2,14
114:4,9,13
115:17
116:9,18
117:8,18
118:5,14
118:21
119:3,11
119:20
120:2,11
121:1,12
121:23
123:20
124:5,13
124:20
125:5
127:9
128:12
129:5,19
131:19
132:7,16
133:12,22
134:8,20
135:17
136:1
137:4,20
137:22
138:12
139:10
140:6,19
140:22,23
141:19
142:6,9,9
142:11,16
144:9,20
145:8,22
146:9,23
148:1
149:21
151:1,12
151:23
152:9,16
152:24
153:11,23
154:7,17

| | | | | |
|---|---|---|---|---|
| 155:5,13 | 206:17 | 255:16,21 | 306:24 | 156:20 |
| 155:20 | 207:4,11 | 257:13,23 | 307:11,15 | 167:11 |
| 156:9 | 207:18 | 258:5,11 | 307:21 | 217:15 |
| 158:11 | 208:1,7,16 | 258:20 | 308:11,17 | 297:16 |
| 159:2,18 | 209:12,15 | 259:15,20 | 308:23 | **women's** |
| 160:1,10 | 209:20 | 260:4,13 | 309:6,13 | 87:20,24 |
| 161:6,18 | 210:5,15 | 261:3,18 | 309:20 | 132:4,12 |
| 162:8,17 | 211:7,17 | 262:9,20 | 310:2,11 | 134:5,16 |
| 163:1,7,16 | 212:22 | 263:13,23 | 310:17 | 135:14 |
| 166:2,13 | 213:9,16 | 264:8,13 | 311:2,9,18 | 137:1 |
| 167:2,14 | 213:23 | 265:3,16 | 312:1,10 | 140:12 |
| 168:1,8,12 | 214:4,9,22 | 266:5,15 | 312:22 | 144:18 |
| 169:9 | 215:7,24 | 266:23 | 313:7,16 | 145:4 |
| 171:1,8,13 | 216:7 | 267:7,14 | 314:14,19 | 146:6,21 |
| 171:19 | 217:2,11 | 267:24 | 315:7,20 | 147:22 |
| 172:4,17 | 218:21 | 269:1,17 | 316:8,22 | **wonder** 28:23 |
| 173:11,18 | 219:10 | 269:23 | 317:8,24 | **word** 26:24 |
| 174:2,18 | 220:17,22 | 270:5,17 | 318:3,5,9 | 27:5 46:7 |
| 175:4,11 | 221:21 | 271:2,11 | 319:13 | 47:23 69:2 |
| 175:24 | 222:10,18 | 272:3,11 | 320:4,18 | 70:3 72:21 |
| 176:18 | 223:1,11 | 273:1,9,24 | 321:5,13 | 72:23 73:9 |
| 177:5,21 | 223:19 | 274:17,23 | 322:7 | 73:21 |
| 178:10,21 | 224:3 | 275:14 | **witness's** | 77:15 79:1 |
| 179:14 | 226:9,23 | 276:10,19 | 275:22 | 79:19 |
| 180:2,10 | 227:8,17 | 277:6,18 | **WITNESS:S** | 84:16 |
| 180:16 | 228:2 | 277:24 | 64:1 | 90:22 |
| 181:8,16 | 229:14,19 | 278:9,17 | **witnesses** | 115:21 |
| 181:24 | 230:12 | 279:11 | 156:3 | 125:6,7,10 |
| 182:9,22 | 231:2 | 280:2,10 | 307:22 | 137:8 |
| 183:7,17 | 232:8,14 | 281:2,24 | **WITNESSS** | 148:3 |
| 183:22 | 233:14,21 | 284:22 | 49:5 | 207:5 |
| 184:11 | 234:19 | 285:11,18 | 125:23 | 225:14 |
| 186:3,13 | 235:15,23 | 286:18 | 150:9 | 226:4 |
| 187:2,14 | 236:10,19 | 287:17,22 | 251:17 | 238:24 |
| 187:24 | 237:4,17 | 288:5,20 | 259:7 | 239:15 |
| 188:10,20 | 237:23 | 289:3,21 | 268:15 | 241:2,2 |
| 189:3,12 | 238:6,13 | 290:15,23 | 320:12 | 249:4 |
| 190:16,24 | 238:23 | 291:8 | **WNYC** 169:20 | 255:2 |
| 192:4,19 | 239:14 | 292:4,14 | 169:24 | 267:11 |
| 193:5,23 | 240:19 | 293:6 | 170:10,21 | 269:2,17 |
| 194:5 | 241:9,21 | 294:5,19 | 204:24 | 301:1 |
| 195:3,20 | 242:17 | 295:11,19 | **woman** 88:11 | 312:12 |
| 196:5,13 | 243:3 | 296:20 | 90:23 | **words** 26:23 |
| 196:20 | 244:22 | 298:1,9,23 | 125:11 | 28:13,22 |
| 197:3,15 | 245:11,20 | 299:8,23 | 145:4 | 38:3,4 |
| 198:12,21 | 246:5,16 | 300:5 | **woman's** 90:9 | 61:7 90:18 |
| 200:3 | 247:1,24 | 302:10 | **women** 82:19 | 90:19,19 |
| 201:8,18 | 248:8,20 | 303:11,19 | 83:5,19 | 94:18 |
| 203:5,19 | 251:5 | 304:6,12 | 84:2,2,6 | 98:11 |
| 204:11,18 | 252:6,12 | 304:21 | 84:14 | 184:22 |
| 205:3,14 | 253:2,10 | 305:2,12 | 91:21 92:2 | 185:15 |
| 205:22 | 253:17 | 305:20 | 97:5 98:11 | 187:14 |
| 206:6,12 | 254:4,12 | 306:6,12 | 151:9 | 239:7 |

311:10
**work** 33:16
33:20
44:14
63:21  64:9
80:21
102:15
114:1
125:12
176:1
177:22
178:11
179:4,6
210:8
215:4
219:12
235:23
238:2
239:19
270:5
285:21
297:11
301:15
**worked**
184:12
**worker**
178:17
179:22
194:23
**Workers**
178:11
**working**
166:3
176:9
**works** 56:23
58:12
130:14
166:3
**World** 9:14
96:3, 6,12
96:15,23
97:20
**worried**
260:21
**worry** 260:16
**worse** 260:10
260:23
**worth** 28:22
28:24
203:2
234:15
292:22
**wouldn't**

42:7  63:10
90:22
97:15
129:6
157:10
159:20
195:20
206:21
207:12
223:4
237:12
**WPATH** 214:18
304:14,17
304:22
**write** 18:9
157:21
307:8,13
**writes**
284:11
**writing**
57:13
60:17
62:19,22
189:16
291:6
**written** 50:8
59:11
110:13
249:1
259:7
300:6
**wrong** 36:10
89:14
241:19
242:15
291:21
312:13
**wrote** 92:14
218:1
225:11
250:12
307:21
308:1,2
**WV** 5:14,21
6:6,14
**www.who....**
100:17
**Wyant** 6:11
15:12

_____
X
_____
**X** 8:1  40:18
40:20

46:18
120:20
**XO** 46:23
**XX** 46:20,22
47:14
69:15  70:7
70:17
71:24  88:4
132:2
**XY** 45:11
46:19,23
48:7  69:16
70:7,17
71:24  88:4
120:7,17
120:20
121:2,7
132:2

_____
Y
_____
**Y** 40:8,20
46:18
**yard** 136:11
136:15
**yay** 187:20
198:24,24
199:3,3,4
199:4
200:9,10
200:13,13
201:6,14
**yays** 200:16
**yeah** 73:15
77:5  81:16
90:5,12
99:2
103:14
104:5,12
113:2,14
118:15
151:12
153:23
158:6
162:17
165:17
168:12
176:12
183:22
185:24
192:24
207:6
209:15,15
209:17

218:15
229:4
250:7
255:12
256:16
263:5
291:24
311:18
319:12,18
**year** 23:13
23:18  24:6
33:12,16
59:16
66:19  73:2
73:24
111:4
132:5
136:13,23
152:22
153:7,15
153:19
155:3,18
156:6
157:23,23
216:21
225:11
239:8,20
273:4,20
274:1,2
314:17
**year's**
292:21
**years** 35:23
43:22
48:11
50:24
66:19,20
120:12
128:3
157:22
172:8
176:13
191:1,2
210:1,12
211:13
216:4
218:23
274:4
275:2
290:2
314:9
**Yep** 79:7
**York** 4:6  5:8

**young** 105:21
110:11
111:7
137:12
203:1
218:8,17
219:6
221:17
222:15,22
223:15
227:11
237:10
241:11,24
248:22
263:18
272:17
273:24
**younger**
133:20
207:23
**youth** 123:6
123:13
124:2,10
126:3
128:24
133:2,17
144:2,4,7
270:14
308:5
309:4
310:9,14
310:17
318:17

_____
Z
_____
**ZOE** 4:12
**Zucker** 10:6
250:20
254:10,16
**zygote** 71:1
71:5,8,22
72:1,5
**zygotes**
68:21

_____
0
_____

_____
1
_____
**1** 5:13  9:5
17:10,18
34:21
92:13
103:9

267:18,19
**1.5** 271:20
**1/10/22** 9:15
131:9
**1/9/22** 9:16
143:7
**10** 9:15  96:2
111:4
131:4,5,9
136:6,7
256:12
315:13
**10:08** 66:2
**10:21** 66:9
**100** 72:6,11
92:7
117:19
141:5
219:24
220:6,14
220:24
274:7
292:6
303:3,7
**10004** 4:6
**10005-3919**
5:8
**101** 11:14,14
**102** 11:15,15
**103** 11:15,15
**104** 11:15
**105** 11:15
**106** 11:15
**107** 11:15,15
11:15,15
**108** 11:16,16
11:16
**109** 11:16,16
**11** 9:16
143:3,7
148:10,14
249:12
250:5,11
287:9
290:21
307:4,9
**11:54** 130:16
**110** 11:16
**111** 11:16
**112** 11:16
**113** 11:16,16
**115** 11:16
**116** 11:17,17

**117** 11:17,17
**118** 11:17,17
11:17
**119** 11:17,17
11:17
**12** 9:17
228:8
251:20
287:9
290:21
315:14
**12:30** 113:23
**12:57** 130:23
**120** 5:6
11:17,18
11:18
**121** 11:18,18
**123** 11:18
**124** 11:18,18
11:18
**125** 4:5
11:18,18
**126** 11:18
**127** 11:19,19
11:19,19
**129** 11:19,19
**13** 9:19
152:7,14
153:3,4,5
153:8,15
154:7,23
156:17,24
172:20
209:10
216:20
**13.8** 158:4
**131** 9:15
11:19
**132** 11:19,19
**133** 11:19,19
11:20
**134** 11:20,20
**135** 11:20,20
**137** 11:20,20
**138** 11:20
**139** 11:20,20
**13th** 152:22
153:7,19
155:2,18
156:6
**14** 8:3  9:20
153:13
169:23

170:4
207:23
252:1
315:14
**140** 11:20,21
**141** 11:21,21
11:21
**1411** 5:19
**142** 9:16
11:21
**143** 11:21
**144** 11:21,21
**145** 11:21,21
287:1
**146** 11:21,22
**147** 11:22,22
**148** 9:18
**149** 11:22
**15** 9:21
92:14
111:4
170:9,12
172:11
185:14
206:10
**150** 11:22,22
**151** 11:22,22
**15100** 7:10
**152** 11:22,22
11:22
**153** 11:23,23
**154** 11:23,23
**155** 11:23,23
11:23
**156** 9:19
11:23
**158** 11:23
**159** 11:23,23
11:24
**161** 1:20  2:9
3:8  9:22
131:4
212:7,13
216:11,13
216:14,16
217:19,21
312:6
**16.6** 158:1
**160** 11:24
**161** 11:24,24
11:24
**162** 11:24,24
11:24

**163** 11:24,24
**166** 11:24
12:4
**167** 12:4,4
**168** 12:4,4
**169** 12:4
**16th** 14:13
**178** 8:3,6  9:5
9:6,23
81:1  143:3
157:22
215:13,15
216:11,12
216:13,14
**170** 9:20,21
12:4
**171** 12:4,5,5
**172** 12:5,5
**173** 12:5,5
**173,000**
33:12
**174** 12:5,5,5
**175** 12:5,5,6
12:6
**176** 12:6
**177** 12:6,6
**178** 12:6,6
**179** 12:6
**18** 9:7,24
216:11
224:9,23
225:2,4,10
225:11
240:15,16
240:17
312:4,6,6
312:8
**180** 12:6,6,6,6
**181** 12:7,7,7
**182** 12:7,7
**183** 12:7,7,7
**184** 12:7,7
**186** 12:7,8
**187** 12:8,8,8
**188** 12:8,8
**189** 12:8,8
**19** 10:5  11:4
11:4  103:8
103:13
148:20,21
228:10,12
228:16
**190** 12:8,8

**191** 12:8
**192** 12:9,9
**193** 12:9,9
**195** 12:9,9,9
**196** 12:9,9,9
12:9,10
**197** 12:10,10
**198** 12:10,10
**19th** 5:7

---

**2**

**2** 9:6  17:14
17:21
18:19  19:4
22:15  28:3
32:9  59:8
170:2
**2.3** 52:19
**2:21-CV-...**
1:7  14:20
**2:27** 194:13
**2:43** 194:20
**20** 10:6  11:4
11:4,4
43:22
203:2
209:18
228:9
254:9,10
254:12,15
284:2
**20,000** 33:15
**200** 5:20
12:10,10
136:11
**2007** 92:21
231:16
**2009** 9:9
48:11,13
48:19  50:2
50:11,24
52:4  53:5
53:19  54:5
56:18
281:7
**201** 12:10
157:19
**2013** 172:5
209:6,7
**2014** 209:7
**2015** 209:7
296:2
**2016** 9:20,21

| | | | | |
|---|---|---|---|---|
| 169:21 | **203** 12:10 | **230** 12:15,15 | **263**30 6:6 | **3** 4:16 9:7 |
| 170:2,4,12 | **204** 12:10,10 | **232** 12:15,15 | **264** 12:21,21 | 18:7,14 |
| 171:22,23 | **205** 12:11,11 | **233** 12:15,16 | **265** 12:21,21 | 153:3,4,9 |
| 181:4 | 12:11,11 | 12:16 | **266** 12:21,21 | 153:20 |
| 190:20 | **206** 12:11,11 | **234** 12:16 | 12:21,21 | 249:11,11 |
| 191:21 | **207** 12:11,11 | **235** 12:16,16 | **267** 12:22,22 | 249:20 |
| 193:24 | 12:11,11 | 12:16 | 12:22 | 291:11 |
| **2017** 9:8,10 | **208** 12:11,12 | **236** 12:16,16 | **268** 12:22,22 | **3:43** 243:5 |
| 24:6 42:18 | **209** 12:12,12 | **237** 12:16,16 | **269** 12:22,22 | **3:59** 243:13 |
| 42:21 49:5 | 12:12 | 12:16 | **27** 11:5,5 | **30** 118:8 |
| 50:11,24 | **20th** 4:17 | **238** 12:17,17 | **270** 12:22,22 | 154:22 |
| 57:16 | **21** 10:7 11:4 | 12:17 | **271** 12:22,22 | 158:3 |
| 58:17,17 | 11:4,4,4 | **239** 12:17 | **272** 12:23,23 | 206:19 |
| 58:19 | 208:5 | **24** 11:5,5 | 12:23 | 237:24 |
| 59:16 | 285:21 | 156:16,18 | **273** 12:23 | 274:4 |
| 60:17 62:5 | 286:2,4 | 291:2,13 | **274** 12:23,23 | 300:24 |
| 62:19 | **210** 12:12,12 | 291:22 | **275** 12:23 | **300** 8:6 13:6 |
| 66:21 | **211** 12:12,12 | 296:9,14 | **276** 12:23,23 | **301** 8:8 |
| 79:23 | 12:12 | 296:22 | **277** 12:23,23 | **302** 13:6 |
| 80:10 | **212** 12:12 | **240** 12:17,17 | 12:24 | **303** 13:6,6 |
| 92:23 | **213** 9:22 | **241** 12:17,17 | **278** 12:24,24 | **304** 13:7,7,7 |
| 95:20 | 12:12,13 | **242** 12:17 | **279** 12:24 | **305** 13:7,7,7 |
| 164:14 | 12:13 | **244** 12:17 | **28** 123:3 | **306** 13:7,7,7 |
| 234:7 | **214** 12:13,13 | **245** 12:17,18 | 133:1,7,7 | **307** 13:7,7,8 |
| 243:22 | 12:13 | 12:18 | 133:8,15 | **308** 13:8,8,8 |
| 281:7 | **215** 12:13,13 | **246** 12:18,18 | 143:24 | **309** 13:8,8,8 |
| 283:20 | **216** 9:23 | 12:18 | 160:17 | **30s** 112:4 |
| 293:8 | 12:13 | **247** 12:18,18 | **280** 12:24,24 | **31** 300:21 |
| 294:2 | **217** 12:13,13 | **248** 12:18,18 | 12:24 | **310** 13:8,8,8 |
| **2018** 25:4 | **218** 12:13 | **25** 11:5,5 | **281** 12:24,24 | **311** 13:8,9,9 |
| **2020** 9:19 | **219** 12:14,14 | 169:19 | **284** 12:24 | 13:9 |
| 10:5 | **21st** 23:13 | 206:19 | **285** 12:24 | **312** 13:9,9 |
| 156:19,24 | 23:18 | **251** 12:18,18 | 13:4 | **313** 13:9,9 |
| 228:16 | **22** 11:4,5 | 12:19 | **286** 10:7 | **3134** 49:13 |
| **2021** 9:11,22 | **220** 12:14,14 | **252** 12:19,19 | 13:4 | **314** 13:9,9 |
| 34:2,4,11 | 68:14 | 12:19,19 | **287** 13:4,4 | **3141** 52:11 |
| 34:16 | **221** 74:16 | **253** 12:19,19 | **288** 13:4,4 | 52:12 |
| 65:17 | **222** 12:14,14 | 12:19 | **289** 13:4,4,5 | **315** 13:9,9 |
| 66:19 | 12:14 | **2530**1 5:21 | **29** 133:5,7 | **316** 13:10,10 |
| 71:15 80:9 | **223** 12:14,14 | 6:14 | 212:6,8 | **317** 13:10 |
| 80:13 | **224** 12:14 | **2530**5 5:14 | 300:22 | **318** 13:10,10 |
| 81:21 | **225** 9:24 | **254** 10:6 | **290** 13:5,5,5 | **32** 285:24 |
| 212:13,19 | 114:18 | 12:19,19 | **291** 13:5 | **320** 13:10,10 |
| 223:6 | **226** 12:14,15 | **257** 12:19,20 | **292** 13:5,5 | 13:10 |
| 239:24 | **227** 12:15,15 | **258** 12:20,20 | **293** 13:5 | **321** 13:10,10 |
| **2022** 1:20 | 12:15 | 12:20 | **294** 13:5,5 | 13:10 |
| 2:9 3:8 | **228** 10:5 | **259** 12:20,20 | **295** 13:5,6 | **322** 8:8 |
| 14:13 | 12:15 | **26** 11:5,5,5 | **296** 13:6 | **323** 8:9 |
| 23:14 | 78:19 82:7 | **260** 12:20,20 | **297** 13:6 | **33** 11:5,5 |
| 131:5 | 82:12 | **261** 12:20,20 | **298** 13:6,6 | 158:3 |
| 136:7 | **229** 12:15 | **262** 12:20,21 | **299** 13:6,6 | **34** 11:5,6,6 |
| 143:5 | 85:2 | 12:21 | ——— 3 ——— | **34.06** 136:16 |
| 223:7 | **23** 11:5 | **263** 12:21 | | **36** 11:6,6,6 |

**37** 11:6,6
  34:23
**38** 34:23
  220:7
**3873** 93:5,6
  165:7
**3874** 282:21
  282:22
  284:11
**3879** 231:17
  243:23
  271:16,20
**3882** 293:9
  293:17
**39** 11:6,6
  255:19
  256:14
  257:10,21

———————
**4**
**4** 9:8  42:17
  42:21
  58:14
  92:21
  153:9,21
  164:15
  231:16
  243:22
  271:17,18
  271:19
  282:20
  293:9
**40** 11:6,6,6
  11:6  118:8
  206:19
**400** 6:5
**41** 11:6,7
  41:17,20
**42** 9:8  11:7
  11:7
**43** 11:7,7
  295:21
  296:5
**44** 11:7
**45** 11:7,7
**46** 11:7,7
**47** 11:7,7
**48** 9:9  11:7
  11:7
**49** 11:8,8
**4th** 25:4

———————
**5**

**5** 9:9  42:17
  48:10,13
**5/21/2021**
  225:1
**5:56** 322:9
  322:12
**50** 11:8,8
  303:5,6
**500** 6:12
  34:9
  110:10,21
  111:7
  136:15
  207:22
**51** 11:8,8
**52** 11:8
**53** 11:8,8
**54** 11:8,8
  282:10
**55** 11:8,8,8
  11:9,9
**56** 11:9,9,9
**57** 11:9,9
**58** 9:10  11:9
**59** 11:9

———————
**6**
**6** 9:10  58:14
  58:14,19
**6:30** 165:5
**60** 11:9
  111:3
**600** 6:13
**61** 11:9,9
**62** 11:9,9
**63** 11:10,10
**638** 256:5,7
**64** 11:10,10
  136:13
**65** 9:12
  11:10,10
**67** 11:10
**68** 11:10
**689** 59:22
  60:8
**69** 11:10,10
**692** 59:21
  60:3,11

———————
**7**
**7** 9:11  65:15
  65:17
  66:12

  114:17
**70** 11:10,10
  11:10
**71** 11:10,11
  11:11
**72** 11:11,11
  11:11
**73** 11:11,11
**74** 11:11,11
**7430** 6:20
**75** 11:11,11
**76** 11:11,11
  11:11
**77** 11:12,12
**78** 11:12,12
**79** 11:12,12

———————
**8**
**8** 9:13  86:20
  86:20,22
  87:5
  251:19
**80** 11:12,12
**81** 11:12,12
**82** 11:12
**83** 11:12,12
  11:12,13
**84** 11:13,13
**85** 11:13,13
  234:9
  241:16
**85,000**
  157:22
**85260** 6:22
  7:11
**86** 11:13,13
**87** 9:13
**88** 11:13
  149:11,12
**89** 11:13,13
  149:12

———————
**9**
**9** 9:14  86:24
  96:2,6
  143:5
  153:13
  157:22,23
  157:23
  252:1
  273:4,19
**9.5** 158:1
**9.8** 157:24

**9:06** 3:8
  14:14
**90** 11:13,13
  118:6
**90th** 7:10
**91** 11:13,13
**92** 11:14
**94** 11:14,14
  11:14
**94111-4004**
  4:18
**95** 11:14,14
**96** 9:14
  11:14
**97** 11:14
**98** 11:14
**99** 11:14,14
  78:13