IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

\*   \*   \*   \*   \*   \*

B.P.J., by her next friend and       \*

mother, HEATHER JACKSON,              \*

    Plaintiffs                       \* Case No.

    vs.                              \* 2:21-CV-00316

WEST VIRGINIA STATE BOARD OF          \*

EDUCATION, HARRISON COUNTY BOARD OF\*

EDUCATION, WEST VIRGINIA SECONDARY \*

SCHOOL ACTIVITIES COMMISSION, W.    \*

CLAYTON BURCH in his official        \*

capacity as State Superintendent,   \*

and DORA STUTLER in her official    \*

capacity as Harrison County         \*

Superintendent, PATRICK MORRISEY in\*


VIDEOTAPED DEPOSITION OF

JOSHUA SAFER, M.D.

March 24, 2022


Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

Page 2

```
 1   his official capacity as Attorney   *
 2   General, and THE STATE OF WEST       *
 3   VIRGINIA,                            *
 4       Defendants                       *
 5                 *   *   *   *   *   *
 6
 7            VIDEOTAPED DEPOSITION OF
 8               JOSHUA SAFER, M.D.
 9                 March 24, 2022
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1            VIDEOTAPED DEPOSITION
 2                    OF
 3   JOSHUA SAFER, M.D., taken on behalf of the Intervenor
 4   herein, pursuant to the Rules of Civil Procedure, taken
 5   before me, the undersigned, Nicole Montagano, a Court
 6   Reporter and Notary Public in and for the Commonwealth
 7   of Pennsylvania, taken via videoconference, on
 8   Wednesday, March 24, 2022 at 9:30 a.m.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1            A P P E A R A N C E S
 2
 3   JOSHUA BLOCK, ESQUIRE
 4   American Civil Liberties Union Foundation
 5   125 Broad Street
 6   New York, NY  10004
 7   COUNSEL FOR PLAINTIFF
 8
 9   KATHLEEN R. HARTNETT, ESQUIRE
10   ANDREW BARR, ESQUIRE
11   JULIE VEROFF, ESQUIRE
12   ZOE HELSTROM, ESQUIRE
13   KATELYN KANG, ESQUIRE
14   Cooley, LLP
15   3 Embarcadero Center
16   20th Floor
17   San Francisco, CA  94111-4004
18       COUNSELS FOR PLAINTIFF
19
20
21
22
23
24
```

Page 5

```
 1         A P P E A R A N C E S (cont'd)
 2
 3   SRUTI SWAMINATHAN, ESQUIRE
 4   Lambda Legal
 5   120 Wall Street
 6   19th Floor
 7   New York, NY  10005-3919
 8       COUNSEL FOR PLAINTIFF
 9
10   DAVID TRYON, ESQUIRE
11   State Capitol Complex
12   Building 1, Room E-26
13   Charleston, WV  25305
14       COUNSEL FOR STATE OF WEST VIRGINIA
15
16   ROBERTA F. GREEN, ESQUIRE
17   Shuman McCuskey Slicer, PLLC
18   1411 Virginia Street East
19   Suite 200
20   Charleston, WV  25301
21       COUNSEL FOR WEST VIRGINIA SECONDARY SCHOOL
22       ACTIVITIES COMMISSION
23
24
```

Page 6

```
 1        A P P E A R A N C E S (cont'd)
 2
 3   SUSAN DENIKER, ESQUIRE
 4   Steptoe & Johnson
 5   400 White Oaks Boulevard
 6   Bridgeport, WV  26330
 7      COUNSEL FOR HARRISON COUNTY BOARD OF EDUCATION and
 8      HARRISON COUNTY SUPERINTENDENT DORA STUTLER
 9
10   KELLY C. MORGAN, ESQUIRE
11   Bailey Wyant
12   500 Virginia Street East
13   Suite 600
14   Charleston, WV  25301
15      COUNSEL FOR WEST VIRGINIA BOARD OF EDUCATION and
16      SUPERINTENDANT W. CLAYTON BURCH
17
18
19
20
21
22
23
24
```

Page 7

```
 1        A P P E A R A N C E S (cont'd)
 2
 3   ROGER BROOKS, ESQUIRE
 4   LAURENCE WILKINSON, ESQUIRE
 5   CHRISTIANA HOLCOMB, ESQUIRE
 6   JOHNATHAN SCRUGGS, ESQUIRE
 7   Alliance Defending Freedom
 8   15100 North 90th Street
 9   Scottsdale, AZ  85260
10      COUNSEL FOR INTERVENOR, LAINEY ARMISTEAD
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 8

```
 1              I N D E X
 2
 3   DISCUSSION AMONG PARTIES              12 - 14
 4   WITNESS: JOSHUA SAFER, M.D.
 5   EXAMINATION
 6      By Attorney Brooks          14 - 252
 7   EXAMINATION
 8      By Attorney Tryon          253 - 288
 9   DISCUSSION AMONG PARTIES             288 - 289
10   CERTIFICATE                    290
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 9

```
 1              EXHIBIT PAGE
 2
 3                        PAGE
 4   NUMBER  IDENTIFICATION             IDENTIFIED
 5    1   Report of Dr. Safer          15
 6    2   Rebuttal Report of Dr. Safer      15
 7    3   Fairness for Transgender People in
 8        Sport Article              16
 9    4   Professor Handelsman Article       43
10    5   Court of Arbitration for Sport Decision  63
11    6   5/10/21 Declartion of Dr. Safer     75
12    7   Transgender Women in a Female Category
13        Of Sport                99
14    8   Endocrine Society Guidelines      113
15    9   Care of the Transgender Patient Article 127
16   10   Roberts, et al. Article         133
17   11   Race Times for Transgender
18        Athletes Article            142
19   12   Joanna Harper Article          145
20   13   Dr. Roberts Article           156
21   14   Guidance With Transgender Inclusion in
22        Domestic Sport             161
23   15   Dr. Safer Article            183
24
```

Page 10

```
 1              EXHIBIT PAGE
 2
 3                         PAGE
 4    NUMBER  IDENTIFICATION         IDENTIFIED
 5    16    Aruna Sawaswat Article      216
 6    17    2005 Paper by Professor Heino
 7          Meyer-Bahlburg             225
 8    18    Paper by Doctor Reiner      234
 9    19    Article                     259
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 11

```
 1              OBJECTION PAGE
 2
 3    ATTORNEY                        PAGE
 4    Block   16, 17, 18, 19, 19, 20, 22, 23, 24, 24, 26, 27,
 5    28, 29, 30, 30, 31, 33, 34, 36, 36, 36, 37, 37, 38, 38,
 6    39, 41, 42, 42, 43, 43, 46, 46, 46, 47, 48, 48, 49, 50,
 7    52, 53, 54, 55, 55, 56, 57, 59, 60, 63, 65, 66, 67, 68,
 8    68, 70, 70, 72, 75, 79, 80, 81, 82, 82, 83, 83, 83, 84,
 9    84, 85, 85, 86, 86, 87, 89, 90, 91, 91, 92, 93, 93, 95.
10    95, 96, 97, 98, 101, 102, 102, 103, 103, 105, 105, 106,
11    107, 107, 108, 108, 109, 109, 110, 112, 115, 116, 118,
12    120, 123, 123, 124, 125, 126, 130, 132, 133, 134, 134,
13    136, 136, 137, 142, 144, 148, 148, 149, 150, 151, 152,
14    153, 154, 155, 156, 157, 158, 158, 160, 160, 161, 163,
15    165, 166, 167, 168, 169, 170, 170, 172, 172, 173, 173,
16    174, 174, 174, 175, 175, 176, 176, 177, 178, 180, 181,
17    183, 185, 187, 187, 188, 188, 183, 193, 195, 196, 197,
18    197, 198, 200, 200, 201, 202, 204, 205, 205, 207, 215,
19    215, 219, 222, 224, 231, 240, 244, 246, 254, 255, 255,
20    256, 257, 260, 261, 261, 262, 262, 263, 263, 264, 265,
21    268, 268, 270, 270, 271, 271, 273, 274, 275, 275, 277,
22    278, 279, 280, 280, 281, 283, 284, 285
23
24    Brooks                    213
```

Page 12

```
 1              S T I P U L A T I O N
 2    ---------------------------------------------
 3    (It is hereby stipulated and agreed by and between
 4    counsel for the respective parties that reading,
 5    signing, sealing, certification and filing are not
 6    waived.)
 7    ---------------------------------------------
 8              P R O C E E D I N G S
 9    ---------------------------------------------
10         MR. BABWAH:  My name is Brandon Babwah.
11    I'm a notary public out of the State of New York.
12         VIDEOGRAPHER:  We are now on the record.
13    My name is Jacob Stock.  I'm a Certified Legal Video
14    Specialist employed by Sargent's Court Reporting
15    Services.  The date today is March 24th, 2022.  The
16    current time on the video monitor reads 9:17 a.m.
17    Eastern Standard Time.  This deposition is taken
18    remotely by videoconference.  The caption of this case
19    is the United States District Court for the Southern
20    District of West Virginia at Charleston, BPJ, et al.
21    versus West Virginia State of Board of Education, et
22    al., Civil Action No. 2:21-cv-00316.  The name of the
23    witness is Joshua Safer.  Will the attorneys present
24    state their names and the parties they represent?
```

Page 13

```
 1         ATTORNEY BROOKS:  Roger Brooks for the
 2    Intervenor, Lainey Armistead, in the room --- in the
 3    conference room with the witness.  With me is my
 4    colleague, Lawrence Wilkerson.
 5         ATTORNEY HOLCOMB:  Christiana Holcomb for
 6    the Intervenor.
 7         ATTORNEY TRYON:  This is David Tryon
 8    representing the State of West Virginia.  I'm with the
 9    Attorney General's Office.
10         ATTORNEY MORGAN:  This is Kelly Morgan on
11    behalf of the West Virginia Board of Education and
12    Superintendent Burch.
13         ATTORNEY DENIKER:  Good morning.  Susan
14    Deniker representing Harrison County Board of Education
15    and Superintendent Dora Stutler.
16         ATTORNEY GREEN:  Roberta Green here on
17    behalf of West Virginia Secondary School Activities
18    Commission.
19         ATTORNEY BLOCK:  For the Plaintiff in the
20    room is Josh Block from the ACLU.
21         ATTORNEY SWAMINATHAN:  And you have Sruti
22    Swaminathan from Lambda Legal.
23         ATTORNEY HARTNETT:  Good morning.  This
24    is Kathleen Hartnett from Cooley for the Plaintiff.
```

Page 14

1　　　　ATTORNEY BARR:  This is Andrew Barr from
2　Coley for Plaintiff.
3　　　　ATTORNEY KANG:  Good morning.  This is
4　Katelyn Kang from Cooley for the Plaintiff.
5　　　　ATTORNEY HELSTROM:  Hello.  This is Zoe
6　Helstrom from Cooley for Plaintiff.
7　　　　VIDEOGRAPHER:  And if that's everyone,
8　may I ask the notary to swear in the witness?
9　　　　---
10　　　　JOSHUA SAFER, M.D.,
11　CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND
12　HAVING FIRST BEEN DULY SWORN BY A NOTARY PUBLIC,
13　TESTIFIED AND SAID AS FOLLOWS:
14　　　　---
15　　　　VIDEOGRAPHER:  May I also ask the notary
16　to identify himself for the record as well?
17　　　　NOTARY:  My name is Brandon Babwah.
18　　　　VIDEOGRAPHER:  And at this time the
19　notary may be dismissed and we can begin.
20　　　　ATTORNEY BROOKS:  Thank you.  And thank
21　you all for making all this complicated stuff work.
22　　　　---
23　　　　EXAMINATION
24　　　　---

Page 15

1　BY ATTORNEY BROOKS:
2　　　**Q.   Doctor Safer, good morning.  I want to first put**
3　**in front of you your expert report and your rebuttal**
4　**report so that you have those if at any point you want**
5　**to refer to them.  It looks --- for convenience let's**
6　**mark those as Exhibit 1 and 2 for the deposition.**
7　　　　ATTORNEY TRYON:  Roger, one moment.  I'm
8　looking at the realtime, and it's recording you as
9　Attorney Capehart.  So I don't know if that needs to be
10　corrected now.  And it's showing me as Attorney
11　Hartnett.
12　　　　ATTORNEY BROOKS:  She will get that fixed
13　and the record will be correct.
14　　　　ATTORNEY TRYON:  Okay.
15　　　　---
16　　　　(Whereupon, Exhibit 1, Report of Dr. Safer,
17　　　　was marked for identification.)
18　　　　(Whereupon, Exhibit 2, Rebuttal Report of
19　　　　Dr. Safer, was marked for identification.)
20　　　　---
21　　　　ATTORNEY BROOKS:  And at the moment I'm
22　handing copies to the witness.  And I would like to mark
23　as Safer Exhibit 3 a short article entitled Fairness for
24　Transgender People in Sport by Joshua Safer.

Page 16

1　　　　ATTORNEY WILKINSON:  Tab 82.
2　　　　---
3　　　　(Whereupon, Exhibit 3, Fairness for
4　　　　Transgender People in Sports Article, was
5　　　　marked for identification.)
6　　　　---
7　　　　ATTORNEY BROOKS:  And the court reporter
8　will hand the stamped copy to the witness; am I correct?
9　BY ATTORNEY BROOKS:
10　　　**Q.   And Doctor Safer, I will ask you questions if**
11　**you go about your expert reports but let me ask you now**
12　**to focus your attention on Exhibit Number 3.  Am I right**
13　**that this is an article that you have just very recently**
14　**published?**
15　　　A.  Yes.
16　　　**Q.   When did this come out?**
17　　　A.  This came out within the past few weeks I think.
18　　　**Q.   And this is not a recording of the original**
19　**research.  This is a two page piece simply explaining**
20　**current issues to the readership of this journal?**
21　　　　ATTORNEY BLOCK:  Objection to form.
22　　　　THE WITNESS:  So this is not original
23　research, that's correct.
24　　　　ATTORNEY BROOKS:  Thank you.

Page 17

1　BY ATTORNEY BROOKS:
2　　　**Q.   How would you describe the purpose of this**
3　**article?**
4　　　A.  The purpose of this article is to educate
5　endocrinologists, frame the issues and also serves a bit
6　as a charge to endocrinologists in terms of work that
7　needs to be done.
8　　　**Q.   Thank you.  If you look at the first column of**
9　**the first page, in the third paragraph you will see it**
10　**begins a possible tension exists because of the**
11　**observation that on average cisgender boys and men have**
12　**better performance outcomes in athletics than do**
13　**cisgender girls and women.  Do you see that language?**
14　　　A.  I do.
15　　　**Q.   And you are referring there to the general**
16　**observation that natal males have better average**
17　**athletic performance than natal females in a variety of**
18　**measures.**
19　　　**Correct?**
20　　　　ATTORNEY BLOCK:  Objection to form.
21　　　　THE WITNESS:  So I guess I need to be
22　more specific or I can clarify.
23　BY ATTORNEY BROOKS:
24　　　**Q.   If you would be more specific.**

1     A.  So cisgender men at a certain age have better

2 sports outcomes than cisgender women.

3     **Q.  But you wrote in this just published article**

4 **that cisgender boys and men have better performance**

5 **outcomes than the cisgender girls and women.**

6       **Correct?**

7     A.  That is correct.

8     **Q.  And what did you mean in that statement by your**

9 **reference to boys and girls?**

10     A.  Boys and girls who are basically --- it depends,

11 it's context I guess.  So boys and girls who are

12 developed to that point.

13     **Q.  So those --- what you had in mind are boys and**

14 **girls, once the puberty process begins in males in**

15 **particular?**

16       ATTORNEY BLOCK:  Objection to form.

17       THE WITNESS:  Yes, I guess I would say

18 that what we know is what is towards the end of puberty

19 and subsequent development beyond puberty.

20 BY ATTORNEY BROOKS:

21     **Q.  You say in the next sentence --- well, let me**

22 **just clarify, you accept as a scientific fact the**

23 **general observation that, on average, boys and men,**

24 **defining boys as you just did, have significantly**

1 **stronger athletic performance in a variety of metrics**

2 **than girls and women as you just defined girls; correct?**

3       ATTORNEY BLOCK:  Objection to form.

4       THE WITNESS:  So I guess how I would say

5 that is I accept as fact that men and boys who are

6 appropriately developed have, yeah, have bad performance

7 outcomes in certain sports than do cisgender women and

8 cisgender girls again appropriately developed.

9 BY ATTORNEY BROOKS:

10     **Q.  And the next sentence reads the performance**

11 **difference has resulted in the establishment of female**

12 **only divisions for sport participation for girls and**

13 **women and safely compete in the live events, closed**

14 **quote.  Do you see that language?**

15     A.  I do.

16     **Q.  And there you were, am I correct, explaining the**

17 **relationship of your observation about male performance**

18 **with the existence in our society of sex-separated**

19 **sports.**

20       **Correct?**

21       ATTORNEY BLOCK:  Objection to form.

22       THE WITNESS:  So I guess --- I would

23 think the way I would say it myself is this is a ---

24 this is the reason why we have the carve-out for the

1 female category.

2 BY ATTORNEY BROOKS:

3     **Q.  And one reason is to give cisgender girls and**

4 **women an opportunity to, quote, reliably win events.**

5       **Correct?**

6       ATTORNEY BLOCK:  Objection.

7       COURT REPORTER:  I'm sorry, Counsel, I

8 can't hear you.

9 BY ATTORNEY BROOKS:

10     **Q.  One reason, according to what you've written in**

11 **this article, that there have been a carve-out in a**

12 **separate female division is to provide girls and women**

13 **with opportunities to, quote, reliably win events,**

14 **closed quote.**

15       **Correct?**

16     A.  So I guess the way I would say it is if we are

17 going to be really careful with the language here that

18 it would be on average to reliably win events, that is

19 --- yeah, I will leave it at that.

20     **Q.  Certainly not every girl and women is going to**

21 **win events, as I know as a male who never won an event?**

22     A.  Exactly.

23     **Q.  And another reason, according to this sentence**

24 **that you wrote, for having a separate category for girls**

1 and women is so that they can, quote, safely compete.

2     **Correct?**

3     A.  The word safely in that context is kind of ---

4 accentuates reliably.

5     **Q.  And you wrote in the next sentence that, quote,**

6 **the female-only divisions are a major factor to**

7 **encourage greater participation of girls and women in**

8 **sports with a goal of equal participation rates.**

9     **Do you see that language?**

10     A.  I do.

11     **Q.  And can you explain to me what you understand or**

12 **what you were trying to explain as the relationship**

13 **between having a separate female category on the one**

14 **hand and encouraging greater participation by women and**

15 **girls on the other?**

16     A.  Some of the goals of the people who are in sport

17 who organize sport are to get as high fractions of the

18 population to participate as can be encouraged to do so

19 for sheer health of those individuals and then of

20 everybody.  And so the purpose of the carve-out then in

21 these circumstances is to encourage girls and women to

22 participate in larger numbers than they might otherwise.

23     **Q.  And do you have an opinion, do you have an**

24 **expert opinion as to whether the existence of separate**

1 categories for female sports has in fact been a, quote,
2 major factor in encouraging greater participation by
3 women and girls in sport?
4     A.   I don't have an expert opinion.
5     Q.   You don't know whether that is objectively true
6 or not?
7           ATTORNEY BLOCK:  Objection to form.
8           THE WITNESS:  I don't --- right, I can't
9 state as an expert on the details of that subject,
10 that's right.
11 BY ATTORNEY BROOKS:
12     Q.   On the second column, in the --- the first full
13 sentence begins many hormone related.  Do you see that?
14     A.   Yes, I do.
15     Q.   Let me read that sentence into the record.
16 Quote, many hormone-related physical characteristics
17 acquired during puberty are not reversed if hormone
18 levels are changed later in life.  Can you tell us what
19 physical characteristics associated with typical male
20 development are in your opinion not reversed if hormone
21 levels are changed later in life?
22     A.   Again, so I don't know that I would off the top
23 of my head give an exhaustive list but a classic would
24 be height.

1     Q.   Would you --- I understand your list may not be
2 exhaustive, but let me ask you to tell us all the
3 examples as you're able to sit here thinking today of
4 physical characteristics acquired during male puberty
5 that are not reversed if hormone levels are changed
6 later in life.
7           ATTORNEY BLOCK:  Objection to form.
8           THE WITNESS:  I don't know that I could
9 --- I don't know that I would want to accidentally go
10 down that path and conjecture too much, but if I'm
11 expanding a bit on height and thinking about bone
12 characteristics, especially there might be modest change
13 but significant residual bone would be the biggest
14 example.  And some other elements --- I can't even say I
15 was about to say a bit proportional, but it's more
16 complicated than that, so other --- other tissues partly
17 influenced by that fact.
18 BY ATTORNEY BROOKS:
19     Q.   If we jump down to the next paragraph it begins,
20 quote, the questions arise most with transgender women
21 who began hormone treatment after puberty.  And then it
22 continues, quote, the situation includes most
23 transfeminine people because it is most common to
24 undergo endogenous puberty prior to seeking medical

1 interventions appropriate to gender identity.  Have I
2 read that correctly?
3     A.   Yes.
4     Q.   And is it consistent with your experience that
5 most natal males who seek what you refer to as gender
6 confirming treatment do so after experiencing at least
7 most of the ordinary male puberty?
8           ATTORNEY BLOCK:  Objection to form.
9           THE WITNESS:  Yes.  So just terminology,
10 just to be clear, so people who are recorded male at
11 birth who are looking for gender affirming is the term
12 but gender confirming is fine.  And sorry, the question
13 there?
14 BY ATTORNEY BROOKS:
15     Q.   I will ask it again.  Is it consistent with your
16 personal experience that most natal males who seek
17 gender affirming treatment present after undergoing at
18 least most of a natural male puberty?
19           ATTORNEY BLOCK:  Same objection to
20 terminology.
21           THE WITNESS:  Yes.  So most transgender
22 women who come seeking medical treatment have gone
23 through a typical male puberty, that is correct, right
24 now.

1 BY ATTORNEY BROOKS:
2     Q.   And in your clinic most of them have gone
3 through what you would consider to be a complete male
4 puberty process?
5     A.   I can't answer that completely because we define
6 puberty in this narrow way with the Tanner stages, but
7 then people continue to have development even beyond
8 that to a significant degree.
9     Q.   But they have experienced, in your professional
10 experience, at least the bulk of the pubertal changes?
11     A.   Yes, I mean the --- I guess --- the way I would
12 say it is, is that most of the transgender women who are
13 coming or even girls who are coming for medical
14 attention have gone through the classic Tanner stages of
15 puberty through Tanner five, which is the last one, by
16 the time they have determined that they're interested in
17 gender-affirming treatment, yes.
18     Q.   And let's go back to the very first paragraph of
19 your article in which you mention about five lines down,
20 quote, concern for possible residual athletic advantages
21 from a history of typical male puberty, closed quote.
22 Do you see that language?
23     A.   Let me find it.  Where is it?
24     Q.   It's about five lines down on the very first

1    paragraph of the article.
2        A.   Oh, the middle of the sentence, exactly.
3        Q.   And so in your opinion, it is concern for
4    possible residual athletic advantages from a history of
5    typical male puberty that drives a great deal of concern
6    about how to address inclusion of natal males who
7    experience a female gender identity in female athletics.
8        Am I correct?
9            ATTORNEY BLOCK:  Objection to form.
10           THE WITNESS:  So the concern about the
11   residual impact of testosterone during puberty for
12   transgender women who went through a typical male
13   puberty is the source of --- right, is a source of
14   tension at a medical sensitive level, yes.
15   BY ATTORNEY BROOKS:
16       Q.   And that's an issue that, for instance, you
17   engage in extensive discussions about in connection with
18   your service on the committee for the IAAF.
19       Am I correct?
20       A.   So the --- right, the conversation at World
21   Athletics now, but formerly IAAF, has dealt and I'm sure
22   will continue to deal with that which is the question of
23   to what degree are some of those characteristics, a
24   cause for relevant athletic advantage.

1        Q.   And in your opinion, concern about possible
2    residual athletic advantages resulting from a history of
3    typical male puberty is legitimate concern.
4        Right?
5            ATTORNEY BLOCK:  Objection to form.
6            THE WITNESS:  Right.  I don't know that
7    I'm as an expert commenting on its legitimacy.  My role
8    on the committee is talking about what is.
9    BY ATTORNEY BROOKS:
10       Q.   Do you have any expert opinion as to whether
11   concern for possible residual athletic advantages from a
12   history of typical male puberty is a legitimate concern?
13       A.   I'm sorry.  Say that again.
14       Q.   Do you have any expert opinion as to whether
15   concern for possible residual athletic advantage from a
16   history of a typical male puberty is a legitimate
17   concern?
18       A.   I don't know that I would --- again, I don't
19   know that I'm an expert on what is legitimate or not.  I
20   come into the room as the scientist talking about what
21   is true and what is not true, what do we know and what
22   do we not know.
23       Q.   So on the question then after the science has
24   been put on the table as to how to balance that with

1    other considerations of fairness, of inclusion, that is
2    not your expertise is what you are telling me?
3        A.   That is right, that is not my expertise.
4        Q.   If we go to page two, in the first column, the
5    second full paragraph begins because testosterone.  Do
6    you see that paragraph?
7        A.   I do.
8        Q.   And you discuss there World Athletic
9    requirements, that is the former IAAF I believe you just
10   testified?
11       A.   Yes.
12       Q.   And the World Athletics has adopted a
13   requirement to suppress testerone (sic) to five
14   nanomolar per liter testosterone.
15       Correct?
16       A.   World Athletics threshold is five nanomolar per
17   liter for those sports where they have a threshold.
18   That's right, yes.
19       Q.   And at least formally the International Olympic
20   Committee had a ten nanomolar threshold as part of what
21   you would call out in this paragraph.
22       Is that correct?
23           ATTORNEY BLOCK:  Objection to form.
24           THE WITNESS:  Yes.  So it was the case

1    that the International Olympic Committee Medical Group
2    was trying to form a unified approach just for purposes
3    of organization.  And at that time a ten nanomolar per
4    liter suggestion was put out.  And that is about as far
5    as it got because it then was shifted to all of the
6    individual international federations.
7    BY ATTORNEY BROOKS:
8        Q.   You say in the final sentence of that paragraph,
9    quote, such thresholds are considered to be fair to
10   transgender women because they are well above the 1.7
11   nanomolar per liter target testosterone threshold in
12   medical treatment guidelines, closed quote.
13       Do you see that language?
14       A.   Yes.
15       Q.   Am I correct that in your professional
16   understanding the 1.7 nanomolar per liter target is set
17   because that's generally believed to be at the upper
18   range of testosterone levels in normal, healthy females?
19           ATTORNEY BLOCK:  Objection to form.
20           THE WITNESS:  So the 1.7 nanomolar per
21   liter target is the upper level for adults cisgender
22   women.
23   BY ATTORNEY BROOKS:
24       Q.   And with that clarified, can you explain to me

Page 30

1  **what you meant by the sentence that I just read, what**
2  **the point is there?**
3      A.   The point of the sentence is to --- I guess
4  there are a couple of considerations in terms of
5  determining these numbers, but --- so part of the point
6  is to identify numbers that are feasible for transgender
7  women on their medical treatment.
8      **Q.   Is there some other point to this sentence in**
9  **your understanding as it is offered?**
10             ATTORNEY BLOCK:  Objection to form.
11             THE WITNESS:  So the sentence references
12  that piece, but there is the additional context of
13  having a number that is fair to the greater female
14  committee cisgender and transgender too.
15  BY ATTORNEY BROOKS:
16     **Q.   So it's fair in your judgment to transgender**
17  **women because the threshold that is being set gives,**
18  **what should we say, plenty of buffer above what is**
19  **considered to be the upper range of normal female**
20  **testosterone levels?**
21             ATTORNEY BLOCK:  Objection to form.
22             THE WITNESS:  Right.  So I'm not taking a
23  position on what is fair to be clear.
24  BY ATTORNEY BROOKS:

Page 31

1      **Q.   Thank you.**
2      A.   But the concept of those in the room making that
3  distinction felt that this cutoff would be fair because
4  there would be, indeed, create some buffer and,
5  therefore, people who weren't perfectly at goal would
6  still be included.
7      **Q.   So because this may be important, let me**
8  **clarify, when you wrote such thresholds are considered**
9  **to be fair, you were not offering a personal opinion**
10 **about fairness but explaining the judgment that had been**
11 **made by this committee about fairness?**
12     A.   That's correct.
13     **Q.   Thank you.  And did it cause you personally any**
14 **concern that the threshold --- that because the**
15 **threshold that was set was more than three times higher**
16 **than the upper bounds of testosterone concentrations in**
17 **normal healthy women, that that might be unfair to the**
18 **broader population of cisgender women?**
19             ATTORNEY BLOCK:  Objection to form.
20             THE WITNESS:  So to be clear, I'm not
21 rendering an opinion as an expert on what is fair, but I
22 can interpret the considerations of people having these
23 conversations.  And so while it is true that the
24 laboratory range for testosterone for healthy cisgender

Page 32

1  women has an upper limit of 1.7 nanomolar per liter,
2  there are cisgender women who, for a variety of reasons,
3  have numbers higher than that and so that and --- so
4  that is part of the consideration.
5  BY ATTORNEY BROOKS:
6      **Q.   Let me take you to the two paragraphs below that**
7  **to the paragraph that begins the societal priorities.**
8  **Do you see that paragraph?**
9      A.   I do.
10     **Q.   The last sentence of that paragraph reads if**
11 **advantage from testosterone is demonstrated, does**
12 **society want to implement rules that may indirectly**
13 **coerce transgender children to begin medical regimens**
14 **prior to their being ready and that they might never**
15 **actually choose otherwise, closed quote.**
16         **Do you see that language?**
17     A.   I do.
18     **Q.   Would you explain to me the concern that you are**
19 **expressing there?**
20     A.   If a societal goal --- and again here recognize
21 I'm not acting as an expert in this space, but I'm
22 trying to explain to my colleagues what people are
23 discussing.  And if our concern is increased
24 participation in sport by various people, then you can

Page 33

1  envision a circumstance where some girls farther along
2  in puberty have a testosterone advantage that could be
3  demonstrated.  Again, not that we even have at this
4  point.  And then we would be faced with that question,
5  which is that competing goal of making those transgender
6  girls participate in sports and a recognition if they
7  are sufficiently far along in their development that
8  they may have an advantage if we demonstrate such an
9  advantage.
10     **Q.   Let me see if I can break that out.  Were you**
11 **talking here about a concern about a hypothetical rule**
12 **that says to a natal male who identifies as female that**
13 **you may play if you have suppressed testosterone --- you**
14 **may play if you have taken puberty blockers at an early**
15 **age but you may not play if you have not taken puberty**
16 **blockers from an early stage?  Is that the hypothetical**
17 **structure that you were addressing in this sentence?**
18             ATTORNEY BLOCK:  Objection to form.
19             THE WITNESS:  So the --- it is a
20 hypothetical and it would be that if we make a specific
21 testosterone lowering rule at a scholastic level, might
22 we run into a circumstance where we are encouraging
23 somebody to make medication who might not otherwise take
24 that medication.

Page 34

1    BY ATTORNEY BROOKS:
2        Q.   And staying away from questions of fairness and
3    speaking from what I think is a medical ethics
4    perspective, would you think it raises ethical problems
5    if society were to adopt a rule that permitted certain
6    individuals to compete in female athletics if they had
7    taken puberty blockers but did not permit them to
8    compete with the athletic if they had not taken puberty
9    blockers?
10           ATTORNEY BLOCK:  Objection to form.
11           THE WITNESS:  I think that's beyond where
12   I'm commenting as an expert witness.  Some of that
13   decision is a society decision or for other experts.
14   BY ATTORNEY BROOKS:
15       Q.   Do you consider yourself to have some expertise
16   on medical ethics?
17       A.   Not as an expert.
18       Q.   And you don't feel able --- you don't have any
19   opinion as you sit here today as to whether a policy
20   that created incentives for children to begin medical
21   regimes relating to gender transition could raise
22   medical ethical concerns?
23       A.   Not as a medical expert, that's right.
24       Q.   In the next paragraph --- and I think we said

Page 35

1    this is just out in the last couple of weeks, this
2    publication.
3        Right?
4        A.   It's very fresh.  Number five, so yes.
5        Q.   I'm not playing memory games.  It says at the
6    top advance access publication 17 March 2022?
7        A.   Good.
8        Q.   So very recent?
9        A.   Yes.
10       Q.   And you believe you are reasonably current in
11   the science of this area?
12       A.   I am reasonably current, indeed.
13       Q.   I didn't ask if you know it all because nobody
14   knows it all, but you say at the beginning of this
15   paragraph much remains unknown scientifically.  And you
16   continue, quote, for example, at what point in puberty
17   is advantage from testosterone significant.  Is there a
18   point where such advantage would outweigh a priority to
19   outweigh all participants --- all to participate in
20   sport of some sort, closed quote.
21       Do you see that language?
22       A.   I do.
23       Q.   And actually the point in writing the second
24   sentence there --- strike that.

Page 36

1        Let me just ask this in general.  Do you have
2    an opinion as to how much of a performance advantage
3    would count for those --- for natal males versus natal
4    females, how much of a performance advantage would be,
5    quote, significant?
6            ATTORNEY BLOCK:  Objection to form.
7            THE WITNESS:  I do not have an opinion.
8    BY ATTORNEY BROOKS:
9        Q.   And in your view, is that even a scientific
10   question?
11           ATTORNEY BLOCK:  Objection to form.
12           THE WITNESS:  Let me think.  No, that
13   isn't a scientific question.
14   BY ATTORNEY BROOKS:
15       Q.   And you --- and the next sentence is there a
16   point where an advantage, such an advantage would
17   outweigh a priority to motivate all to participate.  Am
18   I correct that you also don't consider that to be a
19   scientific question?
20       A.   That is correct.
21       Q.   That is a value judgment?
22           ATTORNEY BLOCK:  Objection to form.
23           THE WITNESS:  So it's not a scientific
24   question.  I can go a little more in --- I can expand a

Page 37

1    little bit there which is to say that we have various
2    advantages and degrees of unfairness.  So what could be
3    a scientific question, if we knew the answers, would
4    include the degree of advantage for some circumstance
5    versus another circumstance where we are able to measure
6    those things.
7    BY ATTORNEY BROOKS:
8        Q.   But the question of whether an advantage on the
9    one hand outweighs a desire to be inclusive on the other
10   hand is a value question, not a scientific question?
11           ATTORNEY BLOCK:  Objection to form.
12   BY ATTORNEY BROOKS:
13       Q.   In your opinion.
14           ATTORNEY BLOCK:  Objection to form.
15           THE WITNESS:  So I guess I would just go
16   back to saying how I said it, which is the scientific
17   question in there would be to provide that degree of
18   difference and show, for example, that this would be ---
19   this is small advantages versus someone that we are
20   already do in society as big advantage and that would be
21   how --- that would be the role of the scientist.
22   BY ATTORNEY BROOKS:
23       Q.   I understand that's what you would like to say,
24   but my question for you is, in your opinion, is the next

1  step of deciding of whether that advantage which has now
2  been scientifically detailed outweighs a priority to
3  motivate all to participate is a value decision.
4        ATTORNEY BLOCK: Objection to form.
5        THE WITNESS: Yeah, I don't --- I guess I
6  can't as an expert say for certain that in all
7  circumstances that is a value to consider.
8  BY ATTORNEY BROOKS:
9     Q.   You continue among your lists of things that
10 are, quote, unknown scientifically, quote, for those who
11 have completed puberty, what duration of
12 testosterone-lowering treatment is sufficient to create
13 a level playing field in a given sport, closed quote.
14        Do you see that?
15    A.   Yes.
16    Q.   And in your view, the question of what duration
17 of testosterone lowering treatment, if any, can be
18 sufficient to create a level playing field in a given
19 sport is currently unknown scientifically?
20        ATTORNEY BLOCK: Objection to form.
21        THE WITNESS: It's unknown scientifically
22 across virtually all sports.  What duration of
23 testosterone lowering raises what degree of advantage.
24 It's just at that level.  To go to the level playing

1  field is a whole further tier.
2  BY ATTORNEY BROOKS:
3     Q.   And in your final paragraph I think you said at
4  the beginning that, in part, this was a call to the
5  field of endocrinology for needed research.  In the
6  final paragraph you say, quote, we in the endocrine
7  healthcare community have much work to do to create an
8  evidence base to help guide decision makers so the
9  choices for transgender women in sport are data driven,
10 closed quote.
11        Have I read that language correctly?
12    A.   Yes.
13    Q.   So it's your view as of 2002 that the data that
14 we have available today are insufficient to enable data
15 driven choices about transgender participation in female
16 athletics.
17        Correct?
18        ATTORNEY BLOCK: Objection to form.
19        THE WITNESS: I would say that in 2022 we
20 have insufficient data to --- how would I say this, we
21 have insufficient data to make rules for, let's say,
22 transgender women, mostly talking about older more
23 developed people, that would address these concerns for
24 participation.

1  BY ATTORNEY BROOKS:
2     Q.   Let me ask you to find your initial expert
3  report, which is Exhibit-1, and there I will ask you to
4  turn to paragraph 58.  At the beginning of paragraph 58
5  you wrote in this report executed on January 21, 2022,
6  which is two months prior to the publication date of the
7  article we just looked at --- and actually, let me pause
8  and ask you, when did you write the article that we just
9  looked at?  And the process always grinds on for a
10 little while.  When do you think you substantially
11 completed the task?
12    A.   I honestly don't remember.
13    Q.   Sorry.  The question was when do you think you
14 substantially wrote the text in the article that you
15 just looked at?
16    A.   I honestly don't remember the details.  We can
17 talk in years, so it would be 2022 and back into 2021.
18    Q.   Okay.
19        So about the same time that you were preparing
20 this expert report?
21    A.   There certainly would be some overlap.
22    Q.   You wrote in paragraph 58, quote, even if
23 evidence were eventually to show that on average
24 transgender women have some level of advantage compared

1  to average non-transgender women, closed quote.
2        Do you see that language?
3     A.   I do.
4     Q.   Now, in fact, you are aware of substantial
5  evidence that, on average, transgender women do have
6  some level of advantage compared to advantage
7  non-transgender women.
8        Correct?
9        ATTORNEY BLOCK: Objection to form.
10        THE WITNESS: No, I'm not.  So that isn't
11 my statement.
12 BY ATTORNEY BROOKS:
13    Q.   And is the question --- so you served on the
14 IAAF Committee discussing questions of testosterone
15 levels.  And in that context you did not become
16 acquainted with data showing that on average transgender
17 women have some level of advantage compared to average
18 non-transgender women?
19    A.   Not in --- so, no.  In the context of specific
20 sports, no.
21    Q.   Do you consider the question of how much
22 advantage natal males have over natal females in
23 particular sports to be within your professional
24 expertise?

1        ATTORNEY BLOCK:  Objection to form.

2        THE WITNESS:  So sorry --- so cisgender

3 men versus cisgender women, that difference at an adult

4 level, is at my expertise to know that degree of

5 difference?  Is that the question?

6 BY ATTORNEY BROOKS:

7    **Q.   It is.**

8    A.   No, that is not my expertise.

9    **Q.   And is it within your expertise to know the**

10 **level of advantage enjoyed by natal males who have**

11 **transitioned to female gender identity over cisgender**

12 **women in any particular sport?**

13        ATTORNEY BLOCK:  Objection to form.

14        THE WITNESS:  So in the --- so if we are

15 talking cisgender women versus transgender women, it

16 would be in my expertise to know what data we have on

17 this subject, which is different from knowing the degree

18 of difference because we don't have those data.

19 BY ATTORNEY BROOKS:

20    **Q.   You say in paragraph 60, let me find this,**

21 **quote, there is no inherent reason why transgender women**

22 **physiological characteristics related to athletic**

23 **performance should be treated as any more of an unfair**

24 **advantage than the advantages that already exist among**

1 **different women athletes.  Do you see that language?**

2    A.   I do.

3    **Q.   Now, earlier you told me rather emphatically**

4 **that the question of fairness is outside your**

5 **professional expertise.**

6        **Correct?**

7        ATTORNEY BLOCK:  Objection to form.

8        THE WITNESS:  It is outside my expertise.

9 BY ATTORNEY BROOKS:

10    **Q.   So why did you offer here an opinion about what**

11 **is fair or unfair?**

12        ATTORNEY BLOCK:  Objection to form.

13        THE WITNESS:  Right.  So I'm not

14 determining the fairness per se as an expert, but I'm

15 simply talking about the inputs where somebody who is

16 determining what is fair --- where somebody is

17 determining what is fair would consider.

18        ATTORNEY BROOKS:  Let me mark as Safer

19 Exhibit 4 an article by Professor Handelsman entitled

20 Circulating Testosterone on a Hormonal Basis of Sex

21 Differences in Athletic Performance.

22        ---

23        (Whereupon, Exhibit 4, Professor Handelsman

24        Article, was marked for identification.)

1        ---

2        ATTORNEY WILKINSON:  Tab 18.

3        VIDEOGRAPHER:  I'm sorry, what tab is it?

4        ATTORNEY BROOKS:  Tab 18.

5 BY ATTORNEY BROOKS:

6    **Q.   And Doctor Safer, am I correct this is an**

7 **article that you read with some care?**

8    A.   This is an article that I read with some care.

9    **Q.   You cited in your expert report.**

10        **Correct?**

11    A.   I think so.

12    **Q.   I think so, too.  It's not a memory test.  I**

13 **retract the question.  We will come to it shortly.**

14        **Let me ask you to turn in --- and let me ask**

15 **you, do you know Professor Handelsman personally?**

16    A.   I do not.

17    **Q.   Have you encountered him in any other actions?**

18    A.   I have.

19    **Q.   Once, more than once?**

20    A.   That is also a trick question for me.  For sure

21 once.

22    **Q.   Okay.**

23        **Do you consider him to have a high reputation**

24 **in the field?**

1    A.   If that question is as an expert I can't --- I

2 won't comment, but he certainly has published widely and

3 we quote him.

4    **Q.   What do you mean by we in that answer?**

5    A.   The rest of us in the field and I certainly

6 quote him in an expert opinion.

7    **Q.   All right.**

8        **And this article in particular we note you**

9 **widely reference?**

10    A.   This article is --- yeah, I think that is

11 actually a fair thing to say.  It is as widely

12 referenced as anything in a relatively small field.

13    **Q.   Let me ask you to turn to the second page of**

14 **this article where Professor Handelsman in the first**

15 **full paragraph --- the second full paragraph begins**

16 **nevertheless.  He says, quote, fairness is an elusive**

17 **subjective concept with malleable boundaries that may**

18 **change over time as social concepts of fairness evolve.**

19        **Do you see that?**

20    A.   I do.

21    **Q.   Do you agree with that statement?**

22    A.   As an expert I can't comment.

23    **Q.   You don't purport to be able to give any**

24 **definition of fairness?**

Page 46

1    ATTORNEY BLOCK: Objection to form.
2    THE WITNESS: Yes, not as an expert.
3    BY ATTORNEY BROOKS:
4    Q.   And you don't have any opinion as to whether
5    standards of fairness can change over time?
6    ATTORNEY BLOCK: Objection to form.
7    THE WITNESS: I'm aware of the
8    conversation on the subject, of course, but if you are
9    asking me to comment as an expert, then no.
10   BY ATTORNEY BROOKS:
11   Q.   If the actual evidence shows that the actual
12   scientific data were to show that, quote, on average
13   transgender women have, closed quote, a very large
14   advantage compared to average non-transgender women,
15   would you then have any view as to whether permitting
16   non-transgender women to compete in female categories is
17   fair?
18   ATTORNEY BLOCK: Objection to form. I'm
19   sorry, what's the quotation?
20   BY ATTORNEY BROOKS:
21   Q.   If actual data were to show that on average
22   transgender women have a very large advantage compared
23   to non-transgender women, then would you have any
24   opinion as to whether it is fair to permit the

Page 47

1    transgender women to compete in the female category?
2    ATTORNEY BLOCK: Objection to form.
3    THE WITNESS: No, that would not change.
4    I would simply as an expert I would talk about those
5    degrees of difference as information.
6    BY ATTORNEY BROOKS:
7    Q.   But you would offer no opinion as to whether
8    permitting the participation in the female category was
9    or was not appropriate?
10   A.   I would not offer an expert opinion. That's
11   right.
12   Q.   Now, you say in paragraph 60 of your expert
13   record that there is, quote, no inherent why transgender
14   women's physiological characteristics related to
15   athletic performance should be treated as any more of an
16   unfair advantage than the advantages that already exist
17   among different women athletes, close quote. We have
18   looked at that language.
19   Correct?
20   A.   You are reading that correctly.
21   Q.   Thank you.
22   A.   Whatever the question is.
23   Q.   No question beyond that so far. And your point
24   I take it is that for any given sport some women just

Page 48

1    have substantially more favorable physiques than others?
2    ATTORNEY BLOCK: Objection to form.
3    THE WITNESS: Right. So for any given
4    sport some women have advantages relatively to others,
5    yes.
6    BY ATTORNEY BROOKS:
7    Q.   And in basketball some are simply genetically
8    going to be substantially taller than others?
9    A.   In basketball some are taller than others, yes.
10   Q.   I'm not speaking for you, I, at 5'8", in my
11   shoes for instance was --- am just physiologically
12   disadvantaged for basketball compared to a man who is
13   6'10"?
14   ATTORNEY BLOCK: Objection to form.
15   THE WITNESS: So as an expert I actually
16   wouldn't go there because there are other
17   characteristics in basketball per se.
18   BY ATTORNEY BROOKS:
19   Q.   That's true, although I have none of them. But
20   is it, in your view, equally true that there is no
21   inherent reason why cisgender men's physiological
22   characteristics related to athletic performance should
23   be treated as any more of an unfair advantage for
24   competing in the women's category than the advantages

Page 49

1    that already exist among different women athletes?
2    A.   So yeah, let's go through this more slowly a
3    second so I'm clear.
4    Q.   All I did was substitute cisgender men for
5    transgender women in that sentence. And my question is
6    doesn't your argument as stated there apply exactly with
7    equal force to cisgender male?
8    A.   No.
9    Q.   Why is that?
10   A.   When we talk about --- when we're talking about
11   a range of characteristics among a range of people
12   versus something that might be systematically true or
13   not and so it just --- so the answer just ends up being
14   more complex.
15   Q.   Well, you have testified that most natal women
16   --- pardon me, you testified that most natal males with
17   female gender identity have undergone at least the
18   majority of male puberty before they present for gender
19   affirming treatment.
20   Correct?
21   ATTORNEY BLOCK: Objection to form.
22   THE WITNESS: So most cisgender women
23   when they come to medical attention have gone through a
24   significant puberty, the five Tanner stages.

Page 50

```
 1   BY ATTORNEY BROOKS:
 2       Q.   And just to clarify, to use your terms, in
 3   giving that answer you said cisgender women.  That is
 4   not what you meant.
 5       Correct?
 6       A.   That is not what I meant, thank you.
 7   Transgender women.
 8       Q.   And therefore, they systematically have gone
 9   through --- systematically gone through physiologic
10   changes associated with male puberty.
11       ATTORNEY BLOCK:  Objection to form.
12       THE WITNESS:  So the --- so they --- they
13   have gone through male puberty.  And there is something
14   on average that may be true there, but whether that
15   relates to an advantage in a specific sport I can't go
16   there.
17   BY ATTORNEY BROOKS:
18       Q.   Well, the example that you gave earlier of a
19   systematic difference resulting from male puberty that
20   these transgender women enjoy is height, that is you
21   mentioned that earlier.
22       Correct?
23       A.   Uh-huh (yes).
24       Q.   So again, let me ask, given that according to
```

Page 51

```
 1   your testimony and experience the substantial majority
 2   of transgender women have undergone most of male
 3   puberty, why is it not equally true that there is no
 4   inherent reason why cisgender men's physiological
 5   characteristics related to athletic performance should
 6   be treated as any more of an unfair advantages than the
 7   advantages that already exist among different women
 8   athletes?
 9       A.   So if I'm following this correctly then it's ---
10   then the answer to the question why are cisgender men
11   different than transgender women?
12       Q.   Why does this logic apply differently to the
13   cisgender men than to the transgender women?
14       A.   So let's see.  It actually doesn't.  So if you
15   have a sport where that --- where the advantage or ---
16   for the --- where a known advantage for cisgender men
17   versus cisgender women was sufficiently modest, and
18   again, I wouldn't be the judge of that, but you could
19   envision that becoming a coed sport.
20       Q.   Are you offering an opinion that either
21   government or leagues have an obligation to do an
22   individual by individual assessment as to whether a
23   particular natal male who experiences a female gender
24   identity does or does not enjoy a physiological
```

Page 52

```
 1   advantage in the sport they wish to play in as a result
 2   of typical male development that they had gone through?
 3       ATTORNEY BLOCK:  Objection to form.
 4       THE WITNESS:  Right, I'm not offering an
 5   opinion.  It was a long question.
 6   BY ATTORNEY BROOKS:
 7       Q.   Would you like to hear the question back?
 8       A.   Sure, but I'm not offering an opinion on several
 9   aspects.
10       ATTORNEY BROOKS:  Would you read that
11   question back, please?
12                        ---
13   (COURT REPORTER READS BACK PREVIOUS QUESTION.)
14                        ---
15   BY ATTORNEY BROOKS:
16       Q.   And your answer is?
17       A.   So I'm not offering an opinion.  I should expand
18   a bit because how that question was phrased as an
19   individual by individual person and most of these rules
20   are across a group of sports.
21       Q.   And my opinion was about an individual person.
22       A.   Your question was an individual person, but ---.
23       Q.   Right.  Looking at your paragraph 60, again, do
24   you believe there is --- are you offering an opinion ---
```

Page 53

```
 1   let me start that again.  Are you able to identify for
 2   me any inherent reason why a relatively weak or small or
 3   slow male --- strike that.
 4       You referenced in your report and also the
 5   article we just looked at the IAAF regulations that
 6   excluded from the female category any individual who has
 7   circulating testosterone higher than five nanomolar per
 8   liter.  Do you recall that?
 9       ATTORNEY BLOCK:  Objection to form.
10       THE WITNESS:  So just to clarify, it is
11   not --- that rule for five nanomolars is not across all
12   sports.
13   BY ATTORNEY BROOKS:
14       Q.   And which sports in your recollection did that
15   apply to?
16       A.   Yeah, that's --- I don't remember off the top of
17   my head.
18       Q.   At the very least it applied to track events.
19       Correct?
20       A.   It does.  But if you start to quiz me on the
21   specific distances, I won't get that.
22       Q.   And nor will I so quiz you.  And that
23   requirement as applied to track competition was, in
24   fact, the subject of a major international arbitration,
```

Page 54

```
 1   as you're aware.
 2        Correct?
 3        A.   If we're referencing the Caster Semenya case,
 4   yes.
 5        Q.   Did you yourself have any participation in that
 6   arbitration?
 7        A.   I did not.
 8        Q.   Do you know whether Doctor Handelsman had any
 9   participation in that?
10              ATTORNEY BLOCK:  Objection.
11              THE WITNESS:  I don't know off the top
12   off of my head.
13   BY ATTORNEY BROOKS:
14        Q.   Have you ever read the arbitrarial decision in
15   that case?
16        A.   I'm certain I read excerpts, but that is as much
17   as I could say.
18        Q.   Okay.
19              You participated in developing on the --- a
20   member of the committee that developed the regulation
21   that you've referenced, the 7.5 nanomolar threshold?
22        A.   I was on the committee that helped determine
23   that particular threshold conceptual, yes.
24        Q.   And you're aware that in addition to individuals
```

Page 55

```
 1   such as Caster Semenya, who suffered of a disorder of
 2   sexual development, that that rule would exclude some
 3   transgender women from female athletics that were
 4   subject to that IAAF rule.
 5        Correct?
 6              ATTORNEY BLOCK:  Objection to the
 7   terminology.
 8              THE WITNESS:  So I was aware that by
 9   setting a threshold that there --- and even that
10   threshold in particular, that there would be transgender
11   women who would not achieve that threshold for whatever
12   reason.
13   BY ATTORNEY BROOKS:
14        Q.   And did you nevertheless consider the regulation
15   to be reasonable?
16        A.   If you are asking me as an expert, then again I
17   can't comment.
18        Q.   Well, let me just ask you as Doctor Safer.
19        A.   Am I allowed to ---?
20              ATTORNEY BLOCK:  Objection to form.
21   BY ATTORNEY BROOKS:
22        Q.   You are allowed.
23        A.   Okay.  So having a rule does make sense to me,
24   yes.
```

Page 56

```
 1        Q.   And you thought that that rule was reasonable?
 2        A.   As with the data we have currently, yes,
 3   personally.
 4        Q.   And what, in your opinion, is the inherent
 5   reason that advantages conferred by testosterone levels
 6   far outside the normal female range should be treated as
 7   any more of an unfair advantage than the advantages that
 8   already exist among different women athletes?
 9              ATTORNEY BLOCK:  Objection.  I'm sorry.
10   Can you clarify as an expert or as an individual just
11   because you shifted back and forth?
12   BY ATTORNEY BROOKS:
13        Q.   First as an expert.
14        A.   So yes --- give me the question again.  I'm
15   sorry.
16        Q.   What, in your opinion, is the inherent reason
17   that advantages conferred by testosterone levels outside
18   the normal female range should be treated as any more of
19   an unfair advantage than the advantages that already
20   exist among different women athletes?
21        A.   So to clarify we --- so, okay, let me go back.
22   Let me answer in pieces I guess or ask you to say it in
23   pieces.  So what is different between typical male
24   levels of testosterone in an individual and some other
```

Page 57

```
 1   characteristics that are across the range of
 2   characteristics of cisgender women?  Is that the
 3   question?  Am I rephrasing that correctly?
 4        Q.   I'm actually referencing paragraph 60 of your
 5   expert report, but my question --- and let's take for
 6   instance, a natal male who has press testosterone but
 7   only achieved six nanomolar per liter concentration, do
 8   you have that concentration, do you have that in mind?
 9        A.   A transgender woman whose testosterone level is
10   six.
11        Q.   Right.  What in your opinion is the inherent
12   reason that advantages conferred by testosterone levels
13   above a threshold such as five nanomolars should be
14   treated as any more of an unfair advantage than the
15   advantages that already exist among different women
16   athletes?
17              ATTORNEY BLOCK:  Objection to form.
18              THE WITNESS:  So a couple of things.
19   First of all, I don't know that a testosterone level of
20   six is from a scientific perspective demonstratively
21   different than a testosterone level of five.  It's just
22   a matter of affecting it overall.  So I want to clarify
23   that.  It's not that --- that that small degree is
24   necessarily relevant.  And I can't even say that we
```

1    demonstrated advantage. It's still a theoretical with
2    regard to some of those higher testosterone levels. Let
3    me think about those for a second. Yes, so some of the
4    logic pattern for having a threshold is in order to be
5    able to limit the entire conversation to dealing with
6    transgender women or women with --- or intersex women or
7    women who for any reason have have elevated testosterone
8    levels and not to open the door at the elite level for a
9    participation by cisgender men posing as cisgender women
10   if that makes sense.
11   BY ATTORNEY BROOKS:
12       Q.   Is there, in your judgment, any inherent reason
13   that advantages conferred by testosterone levels well
14   outside normal female ranges should be treated as any
15   more of an unfair advantage than the advantages that
16   already exist among different women athletes?
17       A.   So I have to go back to that one. Is it my
18   opinion that male level testosterone levels ---?
19       Q.   Let me --- my question is testosterone levels
20   significantly above normal female ranges?
21       A.   Are --- then no, sorry. It took me a little
22   while to get there, but no.
23       Q.   Because the question was complicated and the
24   answer was broken up I will ask you again, not to insult

1    you but so we have a clear record. I think I understood
2    your answer but is there, in your opinion, any reason
3    why advantages provided by testosterone level well
4    outside normal female ranges should be treated as any
5    more of an unfair advantage than the advantages that
6    already exist among different women athletes?
7        ATTORNEY BLOCK: Objection to form.
8        THE WITNESS: And as an expert I'm not
9    rendering an opinion there, that's right.
10   BY ATTORNEY BROOKS:
11       Q.   Okay.
12       In paragraph 55 of your ---.
13       ATTORNEY BLOCK: Would now be a good time
14   for a break?
15       ATTORNEY BROOKS: Let me just ask this
16   one question and then yes.
17   BY ATTORNEY BROOKS:
18       Q.   In paragraph 55 you cite a 2015 article by
19   Joanna Harper?
20       A.   I do, yes.
21       Q.   Have you ever met Joanna Harper?
22       A.   I have.
23       Q.   And have you collaborated with Joanna Harper in
24   any way?

1        ATTORNEY BLOCK: Objection to the form.
2        THE WITNESS: Yeah, I don't, but I guess
3    --- it's a complicated answer, so I need to know what
4    you mean by that.
5    BY ATTORNEY BROOKS:
6        Q.   I mean it broadly. Have you worked with her on
7    any sorts of projects or committees?
8        A.   Well, we were both in the working group for
9    World Athletics that helped develop this threshold.
10       Q.   And do you consider Doctor Harper to be
11   knowledgeable in the field of sports physiology?
12       A.   I do.
13       Q.   And do you consider Doctor Harper to be
14   knowledgeable with regard to the impact of testosterone
15   suppression on athletic capabilities in male?
16       A.   So do I consider her to be knowledgeable in the
17   field? I certainly do. For what it's worth, she is
18   still Ms. Harper. She's actually in the Ph.D. program
19   now.
20       Q.   Oh, okay. I just gave her an honorary degree.
21       A.   She occupies a prominent place in the field.
22       ATTORNEY BROOKS: Let's take that break.
23       VIDEOGRAPHER: Going off the record. The
24   current time is 10:25 a.m. Eastern Standard Time.

1    OFF VIDEOTAPE
2        ---
3    (WHEREUPON, A SHORT BREAK WAS TAKEN.)
4        ---
5    ON VIDEOTAPE
6        VIDEOGRAPHER: We are back on the record.
7    Current time reads 10:39 a.m. Eastern Standard Time.
8    BY ATTORNEY BROOKS:
9        Q.   Dr. Safer, let me ask you to go back to Exhibit
10   4 Professor Handelsman's article. And if you would turn
11   in that article to page 805, the first paragraph begins
12   the strongest classification in a league sport is that
13   after puberty men 20 times more testosterone than women.
14       Do you see that language?
15       A.   I do.
16       Q.   And he discusses a number of results and ends
17   his paragraph by saying in concert --- quote, in concert
18   these render women on average unable to compete
19   effectively against men in power based or endurance
20   based sports.
21       Do you see that?
22       A.   I do.
23       Q.   And do you consider yourself qualified to
24   evaluate Professor Handelsman's assertion that women are

1  on average unable to compete effectively against men in
2  power based or endurance based sports?
3      A.   No.
4      Q.   Not qualified?
5      A.   Not qualified, correct.
6      Q.   Do you believe you have an understanding ---
7  well, let me ask you this.  Do you consider yourself
8  qualified to offer any opinion as to why sports have
9  been separated by sex historically?
10     A.   I guess I would say I'm aware of the history.
11     Q.   And in your understanding what is the reason
12  that sports have been separated by sex historically?
13     A.   The history is that at a certain point where
14  sufficient development has taken place there is a
15  differential in at least some sports between men and
16  women --- between cisgender men and cisgender women such
17  that in order for women to win those events reliably
18  there needs to be a carve-out.
19     Q.   And as you sit here today can you identify for
20  me any sport in which you believe that cisgender men
21  after puberty do not enjoy a significant performance
22  advantage over cisgender women?
23     A.   Yes.
24     Q.   Please do.

1      A.   Examples include --- well, I guess I better not
2  get too far and be the expert here, but I believe
3  riflery and others in the category of hand/eye
4  coordination.  I think some of the equestrian sports are
5  examples.
6      Q.   Okay.
7          You are not offering any opinion, are you, that
8  the reason for separation of sports by sex is to affirm
9  sex specific social roles or identities?
10     A.   I'm not aware of that.  I'm not an expert on
11  those pieces, but I'm not aware personally.
12     Q.   And it is not your opinion, is it, that
13  separation of sport by sex is in general unfair?
14         ATTORNEY BLOCK:  Objection to form.
15         THE WITNESS:  So again, as an expert I'm
16  not commenting on fairness.
17         ATTORNEY BROOKS:  I'm going to mark as
18  Safer Exhibit 5, a Decision in the arbitral award
19  delivered in the Court of Arbitration for Sport in
20  connection with the arbitration between Athletic South
21  Africa and the IAAF, a bulky document, unfortunately.
22         ---
23         (Whereupon, Exhibit 5, Court of Arbitration
24         for Sport Decision, was marked for

1  identification.)
2          ---
3  BY ATTORNEY BROOKS:
4      Q.   And Doctor Safer, now that you have --- I asked
5  you earlier about whether you had seen the arbitration
6  decision and I think you said you might have read
7  excerpts of it.  Looking at it today, do you believe
8  that you have ever seen a copy of the whole Decision?
9      A.   I do not think I've read through the whole
10  Decision.
11     Q.   Do you think you've ever held this whole
12  document in your hand before?
13     A.   This is the first time that I held the whole
14  document.
15     Q.   I'm going to ask you about a few quotations in
16  it, not to ask your opinions about the judgment but to
17  elicit your opinions about the science.  So if you would
18  turn --- and the structure of the document is that
19  everything in it has a paragraph number which, thank
20  goodness, makes it easy to find things.  So if you would
21  turn to paragraph 556.  The first sentence of
22  paragraph 556 of this Decision reads there is no dispute
23  that ensuring fair competition in the female category of
24  elite competitive athletics is a legitimate objective

1  for the IAAF to pursue, closed quote.  As a member of
2  the IAAF Committee that established the policy that was
3  challenged in this arbitration, do you agree or disagree
4  that there is no dispute that ensuring fair competition
5  in the female category is a legitimate objective for the
6  IAAF to pursue?
7          ATTORNEY BLOCK:  Objection to form.
8          THE WITNESS:  As an expert I do not have
9  an opinion.
10  BY ATTORNEY BROOKS:
11     Q.   Okay.
12         Let me ask you to turn to paragraph 456.  And
13  this arbitration, as you noted, deals with the case of
14  Caster Semenya and therefore with track events, not with
15  riflery or with equestrian events.  So I will ask your
16  reaction to that context.  In the middle of
17  paragraph 456, beginning halfway through the sixth line
18  the panel wrote, quote, suffice to say that post puberty
19  generally speaking males outperform female athletes ---
20  I'm sorry, male athletes outperform female athletes at
21  an elite level.  This difference is insurmountable,
22  closed quote.
23         Do you see that?
24     A.   I do.

Page 66

1    Q.   And do you believe it to be true, false or
2    outside of your expertise that male athletes outperform
3    female athletes at the elite level at a difference that
4    is insurmountable?
5          ATTORNEY BLOCK:  Objection to form.
6          THE WITNESS:  As a blanket statement, no,
7    I would say that is not my expertise.
8    BY ATTORNEY BROOKS:
9    Q.   Let me ask you to turn to 576.  I said 576.  I
10   meant 577.  I apologize.  At the end of 577 the panel
11   has written, quote, ---.
12         ATTORNEY BROOKS:  We just had static
13   here, so let me ask whether people outside the
14   conference room are hearing us?  If somebody could
15   unmute.
16         ATTORNEY TRYON:  I can hear you.
17         ATTORNEY BROOKS:  We just had some static
18   that caused me concern.
19   BY ATTORNEY BROOKS:
20   Q.   At the end of paragraph 577 the panel wrote,
21   quote, male athletes do not have to be elite to surpass
22   even the very best female athletes.  Dr. Berman pointed
23   out that in a race such as the 800 meter, a 1.6 percent
24   advantage, as calculated in BG17, was sufficient to

Page 67

1    determine first place by the region of nine meters,
2    closed quote.
3          Do you see that language?
4    A.   Yes.
5    Q.   And do you consider it to be true, false or
6    outside your expertise that male athletes do not even
7    have to be elite to surpass the very best female
8    athletes?
9          ATTORNEY BLOCK:  Objection to form.
10         THE WITNESS:  In a --- as a blanket
11   statement it is outside my expertise.
12   BY ATTORNEY BROOKS:
13   Q.   And do you have an opinion as to whether a
14   1.6 percent advantage is a significant advantage or
15   insignificant advantage?
16   A.   I think that's too complicated as phrased for me
17   to answer.
18   Q.   That's actually one of the simpler questions
19   that I've asked today.  Let me ask it again and ask you
20   to think.  Do you have an opinion, and if you --- one
21   answer of course is I don't have an opinion or it is
22   outside of my expertise, but do you have an opinion as
23   to whether a 1.6 percent advantage in a track event is a
24   significant advantage?

Page 68

1          ATTORNEY BLOCK:  Objection to form.
2          THE WITNESS:  So it depends on the event.
3    BY ATTORNEY BROOKS:
4    Q.   Why does it depend on the event?
5    A.   Well, there are events where we see --- as an
6    elite Olympic event where the runners are virtually
7    tied.  And 1.6 percent then will be significant in the
8    moment because that will be described in that field.
9    And yet there are other events where people are far more
10   spread out and there's greater --- in every element,
11   then 1.6 percent advantage becomes lost in that noise.
12   Q.   And --- well, let's take competitive high school
13   athletics, competitive high school track.  Do you have
14   an opinion as to 1.6 percent advantage in that context
15   is significant or insignificant?
16   A.   I do not have an opinion.
17   Q.   So if I understand correctly, your point in some
18   context you know that 1.6 percent is significant but
19   that in other context you don't know one way or the
20   other?
21         ATTORNEY BLOCK:  Objection to the form.
22         THE WITNESS:  Yes, I guess I would say
23   that in some context I can see that 1.6 percent is
24   significant and then in other context I can see that 1.6

Page 69

1    percent does not appear to be significant.  And actually
2    even if you're asking as an expert, what even is
3    significant is outside my purview, but with that
4    understood I can still see that someone would say it one
5    way and not say it the other way.
6    BY ATTORNEY BROOKS:
7    Q.   Let me ask you to turn to paragraph 357.  And
8    first I will ask you to turn to page 88, paragraph 351,
9    just so you can see we're in a section summarizing the
10   testimony of Professor David Handelsman.  That begins at
11   paragraph 351.  And then I'm going to call your
12   attention to paragraph 357 and it puts you to the
13   statement there.
14         357 includes a number of bullet points.  The
15   third bullet point, which is on page 91, reads --- and
16   again this is --- the paragraph begins, quote, Professor
17   Handelsman went on to explain in greater detail why the
18   sex difference in circulating testosterone is the cause
19   of the difference in athletic performance between men
20   and women, and then there are bullet points.  The third
21   bullet point reads, on average, women have 50 to
22   60 percent of men's upper arm muscle cross-sectional
23   area, 65 to 70 percent of men's thigh muscle
24   cross-sectional area, 50 to 60 percent of men's limb

Page 70

1    strength and 60 to 80 of men's leg strength.  Do you see
2    that language?
3         ATTORNEY BLOCK:  Objection to form.
4         THE WITNESS:  I do.
5    BY ATTORNEY BROOKS:
6         Q.   Do you have any knowledge as to whether those
7    statistics are on correct as given by Dr. Handelsman?
8         A.   I do not.
9         Q.   And do you have any expert knowledge as to how
10   those statistics do or do not change under the influence
11   of testosterone suppression in natal males who
12   experience a female gender identity?
13        ATTORNEY BLOCK:  Objection to
14   terminology.
15        THE WITNESS:  So I guess the --- I have
16   no expert knowledge about these numbers, per se, but I
17   do know as an expert that when testosterone levels are
18   suppressed in transgender women and actually in
19   cisgender men, anyone, that these numbers are decreased.
20   And I can say that with confidence as an expert.
21   BY ATTORNEY BROOKS:
22        Q.   But you're not able to quantify that decrease.
23        Is that correct?
24        A.   I cannot quantify that decrease.  The data gets

Page 71

1    murky when we start to get there.
2         Q.   Have you ever met Professor Coleman at Duke
3    University?
4         A.   Doriane Coleman?
5         Q.   Yes.
6         A.   I have.
7         Q.   And in what context have you interacted with
8    Professor Coleman?
9         A.   The --- a professional context.
10        Q.   Can you describe the context?
11        A.   We have served on some of these --- two of the
12   same committees --- committee task force, whatever you
13   call it, for World Athletics together.
14        Q.   Was she, in fact, on the committee which you
15   participated that set the five nanomolar standard for
16   the IAAF?
17        A.   I don't recall for sure but I think not.
18        Q.   Then can you identify for me the two committees
19   that you recall that you did sit on with Professor
20   Coleman?
21        A.   Subsequent to the initial group, and I don't
22   know that it's two committees, it may be the same
23   committee, they get renamed.  Things like that happen.
24   So it is --- I'm thinking forward to assisting other

Page 72

1    international federations with their rule making.
2         Q.   And do you consider Professor Coleman to be
3    knowledgeable about the relative athletic capabilities
4    and records of male and female athletes?
5         A.   To me that's too vague a question.  She's a
6    lawyer.
7         Q.   Are you aware also of her athletic background as
8    a competitive athlete?
9         A.   I am.
10        Q.   And are you aware of her research and
11   publications having to do with athletic records and
12   capabilities of male and female athletes?
13        ATTORNEY BLOCK:  Objection to form.
14        THE WITNESS:  I'm aware of some of her
15   publications where she has co-authored, but she's not
16   usually the physiology expert in the group.
17   BY ATTORNEY BROOKS:
18        Q.   Let me ask you to turn to paragraph 393.  And if
19   you look at the page you will see that this is within
20   the tribunal summary of testimony of Professor Coleman.
21   Let me ask you since you dealt personally with the
22   professor, because I want the record to be respectful,
23   does she in general use --- prefer to be referred to as
24   Professor Lambelet-Coleman or simply Professor Coleman?

Page 73

1         A.   I don't know the answer.
2         Q.   Okay.
3         A.   I prefer to her on a first name basis.
4         Q.   All right.
5         I will stick with the shorter version.  In
6    paragraph 393 the panel describing Professor Coleman's
7    submission states, quote, Professor Lambelet-Coleman's
8    report compared the lifetime best performance of three
9    elite female athletes in the 400-meter event with the
10   performance of male athletes in the same event during a
11   single year, 2017, period.  This showed not only that
12   the elite females would have lost to the best men by a
13   margin of about 12 percent but also that even at their
14   absolute best the elite females would have lost to
15   thousands of other boys and men by a much smaller
16   margin, closed quote.  Do you see that language?
17        A.   I do.
18        Q.   And do you have any reason to doubt the accuracy
19   of that summary of athletic performance statistics?
20        A.   I can't render an expert opinion there.
21        Q.   Do you as you sit here today have any reason to
22   doubt the accuracy of those statistics?
23        A.   Again, I cannot comment as an expert.  I guess
24   that's the bottom line.

Page 74

1    Q.   If it is true that the most elite female
2    athletes performing at their absolute best would lose to
3    thousands of others boys and men.  It is also true,
4    would you not agree, that the very best female college
5    athletes would lose to even a larger number of
6    collegiate boys and men?
7        A.   If I'm speaking as an expert, then I'm not
8    rendering an opinion there.
9        Q.   How about as a highly educated and intelligent
10   professor?
11       A.   Simply in that context, it would be true that
12   --- that it would least be true at some level in the
13   elite levels of college.
14       Q.   And the very best female high school athletes
15   would lose to an even larger number of high school boys.
16           Correct?
17       A.   So now I can render a little bit of an expert
18   comment, which is that as you move down that line, the
19   degree of difference falls because the degree of
20   testosterone impact on body is evolving across those
21   ages.
22       Q.   If it's true that the world fastest female
23   athletes would lose to thousands of boys and men then it
24   is inevitably true, is it not, Doctor Safer, to say that

Page 75

1    the very best female high school athletes would lose to
2    even larger numbers of high school boys?
3            ATTORNEY BLOCK:  Objection to form.
4            THE WITNESS:  So the --- it is the coils
5    here.  So it would be larger numbers of cisgender men in
6    general, including people who are older than they are,
7    but I'm not sure where that would be going.
8    BY ATTORNEY BROOKS:
9        Q.   Let me take you back to your expert report,
10   Exhibit 1, and take you to paragraph 48.  Actually, let
11   me have the Declaration, which is Tab 50.
12           ATTORNEY BROOKS:  Let me mark as Safer
13   Exhibit 6 a Declaration of Dr. Safer executed in
14   May 10th, 2021.
15           ---
16           (Whereupon, Exhibit 6, 5/10/21 Declaration
17           of Dr. Safer, was marked for
18           identification.)
19           ---
20   BY ATTORNEY BROOKS:
21       Q.   And I apologize, it's paragraph 50.  Dr. Safer,
22   did you, in fact, prepare and execute this Declaration
23   in the time leading up to May 26, 2021?
24       A.   Yes.

Page 76

1    Q.   And you state in paragraph 48 that, quote, age,
2    grade competitive sports records show minimal or no
3    difference in athletic performance between
4    non-transgender boys and non-transgender girls before
5    puberty, and you cite Handelsman, the article that we
6    have been looking at.
7        Correct?
8        A.   Yes.
9        Q.   And what research did you do to arrive at the
10   conclusion that age grade competitive sports records
11   show minimal or no difference in athletic performance
12   between non-transgender boys and non-transgender girls?
13       A.   Is the question of original research on my part?
14       Q.   No, what steps did you take to arrive at that
15   conclusion?
16       A.   Reading relevant literature.
17       Q.   You cited only Professor Handelman's 2018
18   article.  Did you read other literature that gave you
19   comfort that is a true statement?
20       A.   I have read other literature, but I would
21   suggest that Doctor Handelsman gave --- Doctor
22   Handelsman's paper is the best summary of the point.
23       Q.   And again, in making this statement, what did
24   you consider to be a minimal difference?

Page 77

1        A.   When I'm thinking about this as a scientist it
2    is a difference where I'm not sure if it is true or
3    whether it is significant when defining the word
4    minimum.
5        Q.   You just defined minimal by using the work
6    significant.  You force me to ask you what do you mean
7    by significant?
8        A.   Sorry.  So as a scientist --- well, there are
9    two definitions of significant.  So the one is that it
10   is relevant for those --- for decision makers.  And that
11   actually gets outside of my expertise.  And then we do
12   use it as a term of art in science as well.
13       Q.   You meant statistically significant?
14       A.   The second would be statistically significant,
15   that's right.
16       Q.   Dr. Safer, you deleted that sentence from your
17   expert report.
18           Is that correct?
19       A.   I have to look.
20       Q.   I don't mean it to be a trick question.  Let me
21   ask you this.  Do you recall removing that sentence as
22   you revised your Declaration to create your expert
23   report?
24       A.   No.

Page 78

1  Q.  All right.
2  A.  I don't recall.
3  Q.  We will just move on to the science and not ask
4  you deleted the question.  Let me take you to paragraph
5  44 of your expert report, Exhibit 1.  And just to be
6  sure, you are on the expert report now and not the
7  Declaration?  They are so similar that it is easy to get
8  confused.
9  A.  Yes.
10  Q.  Paragraph 44 you say in the second sentence,
11  increased testosterone begins to affect athletic
12  performance at the beginning of puberty, but those
13  effects continue to increase each year of puberty until
14  about 18, with the full impact of puberty resulting from
15  the cumulative effect of each year.  Do you see that
16  language?
17  A.  I do.
18  Q.  And just to clarify, in making this statement
19  what do you refer to as, quote, the beginning of
20  puberty?  And we're talking about male typical puberty
21  in this discussion so as to clarify.  So what do you
22  have in mind as the beginning of male puberty?
23  A.  So the answer is complex.  The typical male
24  puberty is defined as beginning with what we label as

Page 79

1  Tanner 2.  And in terms of when you would see impact on
2  athletic performance, per se, is not well established.
3  Q.  And now stretching that in both directions, on
4  the one hand Tanner Stage 2, if I'm correct, is
5  essentially defined as certain first observable physical
6  changes in a boy's body.
7  Right?
8  A.  Tanner 2 is specifically defined as specific
9  observable changes in a person's body, yes.
10  Q.  And therefore, testosterone levels have begun to
11  increase even before the first observable changes that
12  result.
13  Correct?
14  A.  The way it's understood in medicine is it is
15  reflective of existing reality.  So it is not
16  necessarily --- you know, only in the absolute.
17  Q.  Well, as a medical doctor, you would agree with
18  me or would you not that testosterone levels must
19  increase in the body before observable changes in the
20  body caused by testosterone can be --- can come about?
21  ATTORNEY BLOCK:  Objection to the form.
22  THE WITNESS:  So it must be the case that
23  the testosterone levels would have to rise prior to
24  their having a noticeable effect, that is true.

Page 80

1  BY ATTORNEY BROOKS:
2  Q.  Cause has to precede effect?
3  A.  Cause in this case has to precede effect,
4  exactly.  But I caution that it is not clear that that's
5  something that we could parse out medically in a given
6  person in a reasonable way.  That is I don't know that I
7  could do a blood test and catch it as it were.
8  Q.  Okay.
9  Can you explain to me what you were referring
10  to when you mentioned the cumulative effect of pubertal
11  changes at the end of that sentence?
12  A.  Where are we now?
13  Q.  We are in the second sentence of paragraph 44 of
14  Exhibit-1.  And you say at the end with a full impact of
15  puberty resulting from the cumulative effect of each
16  year, and if you would explain for the Court what you
17  meant by cumulative effect that would be helpful.
18  ATTORNEY BLOCK:  Objection to form.
19  THE WITNESS:  So the testosterone has
20  impact on certain tissues, and then it continues to have
21  impact on tissues.  And I don't know that I have any
22  greater explanation for the right cumulative impact.
23  BY ATTORNEY BROOKS:
24  Q.  So your point is that by the age of 18 whatever

Page 81

1  advantages in athletic performance a particular male has
2  is due to body changes that have happened each year
3  since puberty began, not due simply to the testosterone
4  level of that individual at age 18?
5  ATTORNEY BLOCK:  Objection to form.
6  THE WITNESS:  The meaning isn't as --- I
7  guess I would be careful about overstating it, so there
8  can --- there might be some impact earlier and then
9  there might be additional impact over time, but --- and
10  so in the absolute it would be true to say that all of
11  the effect doesn't occur at Tanner 5, which is the
12  defined end.
13  BY ATTORNEY BROOKS:
14  Q.  Okay.
15  The cumulative physiological changes that you
16  are referring to here result from a multi-year history
17  of male typical levels of testosterone by age 18.
18  Correct?
19  A.  Yes.  Well, even that is --- there's complexity
20  but yes.
21  Q.  You say --- sorry, we are jumping back and
22  forth.
23  A.  Actually, just continuing a little bit further,
24  it's also about age 18 is not a trivial word.

Page 82

1    Q.   Understood.  And I simply used that as a
2  representative end marker for some individuals it
3  would be earlier and for some individuals it would be
4  later.
5        Correct?
6    A.   That's right, even with the college athletes.
7    Q.   You state at the beginning of paragraph 44 that,
8  quote, the concerns that animated the World Athletics
9  and prior IOC policies are even more attenuated for
10  students in the middle of high school where athletes
11  typically range from 11 to 18.
12        Do you see that?
13    A.   I do.  Was this paragraph 44?
14    Q.   It is.  And by attenuated you mean the same in
15  nature but smaller in scale.
16        Correct?
17        ATTORNEY BLOCK: Objection to form.
18        THE WITNESS:  Yeah, I can't even say that
19  so --- yeah, I can't ---.
20  BY ATTORNEY BROOKS:
21    Q.   Isn't that what attenuated means?
22        ATTORNEY BLOCK: Objection to form.
23        THE WITNESS:  Attenuated is both in scale
24  and type in this case.

Page 83

1  BY ATTORNEY BROOKS:
2    Q.   All right.
3        You are not here or anywhere denying that the
4  same type of concern, that is physiological advantages,
5  exist at for instance age 15?
6        ATTORNEY BLOCK: Objection to form.
7        THE WITNESS:  So sorry, say that again.
8  BY ATTORNEY BROOKS:
9    Q.   You are not in this paragraph or anywhere
10  offering an opinion that the same type of concerns, that
11  is physiologic or in performance advantages, exist to
12  some degree at, for instance, age 15?
13        ATTORNEY BLOCK: Objection to form.
14        THE WITNESS:  I'm not offering an opinion
15  there, that's right.
16  BY ATTORNEY BROOKS:
17    Q.   And the same is true at age 13?
18        ATTORNEY BLOCK: Objection to form.
19        THE WITNESS:  I'm not --- so I guess as
20  we --- as you move along to the continuum, then ---.
21  BY ATTORNEY BROOKS:
22    Q.   It gets more attenuated?
23    A.   The opinion --- right, the opinion shifts
24  because it depends on context.

Page 84

1    Q.   In paragraph 49 of your expert report you write
2  in the third full sentence, quote, West Virginia
3  categorically prevents girls who are transgender from
4  participating on girls teams regardless of whether they
5  are prepubertal, receiving puberty blockers, or
6  receiving gender-affirming hormone therapy, closed
7  quoted.  Do you see that?
8    A.   I do.
9    Q.   What in your opinion is the significance of that
10  statement?  What is your point?
11        ATTORNEY BLOCK: Objection.  Could you
12  just give him some time to read the context?
13  BY ATTORNEY BROOKS:
14    Q.   Yes.
15    A.   So I guess I maybe make the --- help me with
16  where you're going with that question.  I'm --- the rule
17  as written includes all transgender girls.
18    Q.   Are you --- did you mean to suggest that medical
19  science would dictate that the West Virginia law should
20  make an exception for natal males who have
21  suppressed puberty?
22        ATTORNEY BLOCK: Object to form.
23        THE WITNESS:  The context for the --- the
24  context of different transgender girls with different

Page 85

1  degrees of treatment and different stages of puberty are
2  different.  I guess that's as much I would say.  I'm not
3  expressing an opinion about what the --- I'm serving
4  here just as a scientist in terms of what the --- what
5  the --- what we know about athleticism.
6  BY ATTORNEY BROOKS:
7    Q.   You are not offering an opinion that either
8  science or reasonableness requires that West Virginia's
9  laws make an exception for natal males who have
10  suppressed puberty?
11        ATTORNEY BLOCK: Objection to form.
12        THE WITNESS:  I'm not offering an opinion
13  that that would be --- that would be a logical law for
14  transgender girls in that circumstance.
15  BY ATTORNEY BROOKS:
16    Q.   And in the article that we began today looking
17  at you expressed concern about policies that would
18  create incentives for children to begin puberty
19  blockers, would you not?
20        ATTORNEY BLOCK: Objection to form.
21        THE WITNESS:  So earlier in my --- I
22  reference that as a concern.  I want to be clear that as
23  an expert I'm not suggesting that --- I'm not suggesting
24  an expert opinion that these needs to be concerns.  I'm

1   raising the issues that we are considering.
2   BY ATTORNEY BROOKS:
3       Q.   Well, what you wrote to educate your colleagues
4   as an endocrinologist, you, Professor Safer, raise that
5   as a concern?
6           ATTORNEY BLOCK:  Objection to form.
7           THE WITNESS:  To be clear, I raised it as
8   a concern of the community.  I did not take an opinion
9   in that article that it was a concern that I was
10  offering as an expert.
11  BY ATTORNEY BROOKS:
12      Q.   Well, let me ask you as a medical doctor sitting
13  here today, an endocrinologist, it would cause you
14  concern, would it not, that policies are adopted that
15  created incentives for children to start puberty
16  blockers when they might otherwise not choose to do so?
17          ATTORNEY BLOCK:  Objection to form and to
18  scope.
19          THE WITNESS:  It's too broad of a
20  question as you're asking it because there is certainly
21  --- in medicine it is certainly the case that we fear
22  coercing people to certain treatments and certain
23  circumstances but they are certainly alternate examples
24  where we very much coerce people to have certain medical

1   interventions.  And so as an expert I have no opinion,
2   as we said already.  And simply as somebody trying to be
3   logical and thoughtful I can come up with examples in
4   both certain circumstances.
5   BY ATTORNEY BROOKS:
6       Q.   I'm going to ask you to take Exhibit-6 --- no,
7   Exhibit 4, the Handelsman article if you would.
8       A.   Yes.
9           ATTORNEY TRYON:  Roger, would you speak
10  up a little more, please?  And Josh, when you shuffle
11  your papers, it really garbles the testimony.  If you'd
12  be a little more careful about that, I'd appreciate it.
13          ATTORNEY BLOCK:  Sorry.
14          ATTORNEY BROOKS:  It's a crowded table
15  and we have papers bumping up against the mic.  So just
16  call out if we do that wrong.
17  BY ATTORNEY BROOKS:
18      Q.   So Dr. Safer, you pointed to the Handelsman
19  article as the best source on the proposition --- on the
20  question to what extent if any natal male has
21  physiological or I should say athletic performance
22  advantages over natal females before puberty.
23          Correct?
24          ATTORNEY BLOCK:  Objection to

1   terminology?
2           THE WITNESS:  And if I said the word best
3   maybe that's not the best way of saying it, but it's a
4   very clean, well-written summary of the circumstance.
5   BY ATTORNEY BROOKS:
6       Q.   At any rate, it's the one that you chose to
7   cite?
8       A.   And it is the one that I chose to cite.
9       Q.   I'm going to give you a three by five card to
10  help read a chart that doesn't have grid lines on it so
11  you have a straight edge.  And I want to take you in
12  Handelsman's 2018 article, Exhibit 4, to page 813 and
13  figure one.  And you've familiar with this figure and
14  these curves, are you not?
15      A.   I am, yes.
16      Q.   When you studied this article carefully this is
17  part of what you studied.
18          Right?
19      A.   It is.
20      Q.   And these charts show percentage performance
21  advantage of males over females and just to simplify
22  terminology I believe there's nothing in here about
23  dealing with transgender individuals in these charts.
24  So with your permission I'll simply use male and female

1   to be the dare I say simple biological designations as
2   we had previous discussions.  Is that acceptable?
3       A.   I think so.
4       Q.   If it's something that comes up ---.
5       A.   I will mention it, yes.
6       Q.   I don't think it will in this discussion.  First
7   of all, would you agree with me that, generally
8   speaking, junior high contemplates grades 7 through 9
9   and commonly ages in the range of 12 to 15?
10          ATTORNEY BLOCK:  Objection to form.
11          THE WITNESS:  Junior high is grades 7
12  through 9.  It used to be.  Now there is Middle School.
13  BY ATTORNEY BROOKS:
14      Q.   I know?
15      A.   Exactly.
16      Q.   Let's just work with you and I are of general
17  age.  So Junior High is 7 to 9?
18      A.   Okay.
19      Q.   And in your general understanding, this is
20  layman's stuff, not expert stuff, that is ages 12 to
21  15-ish?
22      A.   Let's see, seven --- let me think about this.
23  Right, 15 at about the max, right, because there is
24  about 14.

1    Q.   And high school is 14, 15 through age 18-ish.
2    Some people graduate at age 17?
3    A.   Yes.  As a non-expert I would believe, yes.
4    Q.   All right.
5        And this chart charts the percentage advantage
6    enjoyed --- on average enjoyed by males over females in
7    three different events at over --- on a year by year
8    basis from ages 10 up to 19.
9        Am I describing it correctly?
10       ATTORNEY BLOCK:  Objection to form.  Just
11   for the record, it's percentage differences, not
12   percentage advantages.
13   BY ATTORNEY BROOKS:
14   Q.   Correct, it says --- it says gender difference
15   percentage to read the Y axis.
16   A.   Clear, yes.
17   Q.   Okay.
18       So let's look at running and you have your
19   straight edge if it is helpful to you.  At age 12, what,
20   according to Dr. Handelsman, is the gender difference in
21   running performance?
22   A.   So in this paper there is a range.  But just to
23   help you get to your point faster I guess we can --- it
24   is about five percent of tab over.

1    Q.   And for reasons best known to Professor
2    Handelsman, his arrow bars extend only upwards, correct,
3    in this chart?
4    A.   Right.  I will have to attribute that to
5    cleanliness of the figure.
6    Q.   Or if he has chosen to fit his curve to the
7    bottom end of this error range possibly?
8        ATTORNEY BLOCK:  Objection to form.
9        THE WITNESS:  Yeah, I can't comment
10   there, but that wouldn't be usual.
11   BY ATTORNEY BROOKS:
12   Q.   That would not be usual, I agree.  And what
13   advantage --- what gender difference between male and
14   female does Professor Handelsman report at age ten
15   approximately?
16   A.   At age ten in the particular figure that we are
17   referencing it is --- the average is --- well, actually,
18   so here it ranges from about two percent because that is
19   probably how the air bars are meant to be up to just a
20   little north to three percent.
21   Q.   And going back to age 12, do you consider a five
22   percent difference between male and female performance
23   to be minimal?
24       ATTORNEY BLOCK:  Objection to form.

1        THE WITNESS:  So the problem here with
2    going right to this figure is it's including a range of
3    inputs, and so this is --- so these are what are called
4    cross-sectional studies, and so the --- if your question
5    is just in the narrow point of this five percent
6    minimal, well, even there I don't know that I can
7    comment because it depends on how broad the variation is
8    among the group.
9    BY ATTORNEY BROOKS:
10   Q.   And what gender difference did Dr. Handelsman
11   report in running at age 15?
12   A.   At age 15, a range that is hovering about 9 to
13   10 percent.
14   Q.   And by age 15, according to his sample, the
15   gender difference is approached --- begins to level off.
16   In other words, it has --- most of the gender difference
17   has been achieved at age 15.
18       Correct?
19       ATTORNEY BLOCK:  Objection to form.
20       THE WITNESS:  Among this data in this
21   study set, yes, I will agree with you it does level off.
22   BY ATTORNEY BROOKS:
23   Q.   So let me ask you this.  Do you have an
24   understanding of the physiological basis of what you

1    described as a two to three percent male advantage at
2    age ten in running?
3        ATTORNEY BLOCK:  Objection to form.
4    BY ATTORNEY BROOKS:
5    Q.   If any?
6    A.   So speaking as an expert, there's no --- there
7    is no physiological --- there is no expectation of a
8    physiological explanation.  And there is awareness of
9    other confounders in terms of experience, exposure to
10   sport and things like that.
11   Q.   Let me ask you to look at jumping, at age ten.
12   And this is --- at age ten what performance of gender
13   difference advantage did Dr. Handelsman report for boys
14   in jumping?
15   A.   So at age ten it would go on --- so at age ten
16   then the range ---.
17   Q.   This by the way tells us that he cannot be
18   inclined in arrow bar --- a symmetrical arrow bar below.
19       Correct?
20       ATTORNEY BLOCK:  Objection to form.
21       THE WITNESS:  So he can't.  In fact, the
22   range that he's showing there goes from an advantage for
23   girls --- that is it goes below to an advantage --- for
24   boys.  The range is included and it just --- for both

Page 94

1  sexes.
2  BY ATTORNEY BROOKS:
3      Q.   So what is the average advantage that he reports
4  at age ten for boys?
5      A.   So in this dataset the average is about a six
6  percent average for boys, but it is important to
7  understand the data.  And the data that --- the point
8  being that if we were to repeat the study you would
9  anticipate that that average would fall across those
10 entire --- the entire range shown so that in a different
11 day it might show a bigger advantage for boys, but a
12 different day it might also show an advantage for girls
13 about higher.
14     Q.   Are you aware of any dataset that shows a
15 smaller advantage in jumping for girls at age ten?
16     A.   Off the top of my head I cannot guide --- lead
17 you to a dataset.
18     Q.   At age 12 what advantage in jumping --- well,
19 let me start over.  At age 12 what advantage in jumping
20 does Dr. Handelsman report for boys?
21     A.   So in this dataset at age 12 he shows the
22 advantage --- the average advantage to be of the less
23 than the average advantage for age ten, but this exactly
24 points to the caution that I was referencing, which is

Page 95

1  that the range of possibilities that you might
2  anticipate based on this particular dataset at age 12
3  has a range of four to six percent advantage for boys.
4      Q.   The arrow bar has tightened up a lot?
5      A.   The arrow bar in that age range is tighter.
6      Q.   And do you consider a six percent advantage to
7  be minimal?
8          ATTORNEY BLOCK:  Objection to form.
9          THE WITNESS:  As an expert I can't answer
10 that because it depends on context on the heterogeneity
11 of all these events.
12 BY ATTORNEY BROOKS:
13     Q.   And at age 15 what average advantage in jumping
14 did Dr. Handelsman report for boys?
15     A.   For age 15 he has a range or the average sits at
16 15 percent and the range runs from about 14 percent to
17 maybe 17 percent.
18     Q.   Is there any context in your opinion, any
19 athletic endeavor that involves jumping in which a 15
20 percent advantage is in your view minimal?
21         ATTORNEY BLOCK:  Objection to form.
22         THE WITNESS:  Yes, I think as an expert I
23 can't answer that.  If you're thinking at the scholastic
24 level where there is a wide range of --- where there's a

Page 96

1  quite wide range of heterogeneity in development, body
2  type, et cetera, I certainly could envision a situation,
3  yes.
4  BY ATTORNEY BROOKS:
5      Q.   Dr. Safer, in your Declaration filed in May you
6  stated that before puberty athletic advantage by boys
7  was minimal.  Do you recall that language?
8      A.   The way I would say it is the difference between
9  boys and girls before puberty is minimal or
10 non-existent.  I don't know if I could be wiser than
11 that.
12     Q.   All right.  But now you are telling me when I
13 asked you questions about minimal that you as an expert
14 are not able to define minimal.  How do you reconcile
15 those two?
16         ATTORNEY BLOCK:  Objection to form.
17         THE WITNESS:  So the definition of
18 minimal is in context.  And so as we discussed it was
19 not a significant difference using both those
20 definitions that we already used were no different at
21 all.
22 BY ATTORNEY BROOKS:
23     Q.   Your statement in your Declaration simply
24 asserted categorically in almost no context that the

Page 97

1  difference in athletic capability of boys to girls were
2  both minimal.  My question for you is using whatever
3  definition you had in mind when you wrote that do you
4  consider a --- I will look at jumping, a five percent
5  difference in capability to be minimum?
6          ATTORNEY BLOCK:  Objection to form and
7  characterization of the report.
8          THE WITNESS:  So it's a context.  So in
9  the report the reference is to prepubertal children.
10 And there it is easier to be more categorical.  Where
11 now we're moving into an area where there is --- where
12 things are more complex and so it is a harder context to
13 make that statement.
14 BY ATTORNEY BROOKS:
15     Q.   That is a sample of ten-year old boys includes
16 some who are no longer prepubertal.
17         Correct?
18     A.   No.  I'm saying it more the other way, which is
19 a sample of ten-year-old boys would overwhelmingly be
20 prepubertal but a sample of 15-year-old boys would have
21 more of a range and have more heterogeneity.  And
22 there's more to it even than that, which is the
23 definition of minimal also includes the context of the
24 entire population who participated in the sport.

1    Q.   So focusing on ten-year-old boys and jumping you
2    said at age ten the large majority of boys are,
3    according to your definition, prepubertal.  Referring
4    back to Declaration and the meaning that you ascribed to
5    the word minimal there, in your view, is a six-percent
6    difference in capability minimal or not minimal?
7              ATTORNEY BLOCK:  Objection to form and to
8    talking about his Declaration without it being in front
9    of him.
10             ATTORNEY BROOKS:  He has it in front of
11   him and we already looked at the language.
12   BY ATTORNEY BROOKS:
13   Q.   You may answer.
14   A.   So the graph that we are looking at includes
15   arrow bars that include the possibility that boys would
16   have --- that the girls would have a superior outcome,
17   and so the answer then becomes, yes.  Where the data are
18   either small or are suspect or not significant, then all
19   of that collectively certainly is --- would be included
20   as minimal to non-existent.
21             ATTORNEY BROOKS:  Let me mark as Exhibit
22   Safer 7 a paper by Emma Colton and Tommy Lundsburg
23   entitled Transgender Women in a Female Category of
24   Sport, from 2021, previously marked as Exhibit 13 at Dr.

1    Adkins's deposition.
2              ---
3              (Whereupon, Exhibit 7, Transgender Women In
4    a Female Category of Sport, was marked for
5    identification.)
6              ---
7    BY ATTORNEY BROOKS:
8    Q.   And first, Professor Safer, let me ask whether
9    you're familiar with this paper published last year?
10   A.   I am familiar.
11   Q.   And have you interacted professionally with
12   either Dr. Colton or --- and I don't know his degree,
13   Mr. Lundsburg in any context?
14   A.   Here I don't remember.
15   Q.   Okay.
16        Do you believe that you became aware of this
17   paper soon after it was published?
18   A.   I don't know if I can answer that cleanly
19   either, but I certainly have became aware of it
20   somewhere between then and now.
21   Q.   And have you read it with some care?
22   A.   I have read it with some care, yes.
23   Q.   Let me ask you --- well, let me ask you this
24   first.  Would you describe this paper as reporting

1    original research or as more of a literature review
2    paper?
3    A.   I don't recall them reporting on their original
4    research, but I would have to look.  It's mostly a
5    review paper.
6    Q.   That is also my impression.  I just didn't want
7    to create a different impression.  Let me ask you to
8    turn to page 201, and there in the first column
9    beginning six lines down there is a sentence that begins
10   an extensive review.  Let me ask you to find that.
11   A.   I have it.
12   Q.   And that --- I'll read it into the record.
13   Quote, an extensive review of fitness data from over
14   85,000 Australian children age 9 to 17 years old showed
15   that compared with nine-year-old females, nine-year-old
16   males were faster over short sprints, 9.8 percent, and
17   one mile, 16.6 percent, could jump 9.5 percent farther
18   from a standing start, which tested explosive power,
19   could complete 33 more push-ups in 30 seconds and have
20   13.8 percent stronger grip.  Male advantage of a similar
21   magnitude was detected in a group study of children
22   where compared to a six-year old females six-year old
23   males competed 16.6 percent more shuttle runs in a given
24   time and could jump 9.7 percent further from a standing

1    position.  Do you see that language?
2    A.   I do.
3    Q.   And on the Australian study, if you follow the
4    footnote you will see that it references a study by
5    Kaitlin Thompkinson.  That's footnote 22.  And my first
6    question is have you read the reference study by Kaitlin
7    Thompkinson?
8    A.   I don't recall.  I'm guessing yes.
9    Q.   All right.  All right.
10        Do you have any reason to doubt the accuracy of
11   this summary of the findings of Kaitlin Thompkinson
12   based on data from over 85,000 Australian children?
13             ATTORNEY BLOCK:  Objection to form.
14             THE WITNESS:  I think the important thing
15   to recognize when you look at these sorts of data is
16   recognizing the multiple inputs.  So the larger these
17   groups --- these cross-sectional studies get the more
18   confounded they get by access and other social
19   explanations why there are boys participating in sports
20   to a greater degree.
21   BY ATTORNEY BROOKS:
22   Q.   So putting aside causation, which might be
23   physiological and might be cultural, as you said there
24   could be various causes, do you have any reason to doubt

1    the accuracy of the findings of performance advantage
2    summarized here in the passage that I've just read?
3             ATTORNEY BLOCK: Objection to form and
4    terminology.
5             THE WITNESS: Putting aside causation, I
6    have no --- I can't offer an expert opinion I guess if
7    that's the bottom line. But if you're asking me just as
8    an individual, I'm not expecting that they're
9    fabricating that data. I am not expecting that.
10   BY ATTORNEY BROOKS:
11       Q. And you agree that advantages on a scale of 9
12   percent, 16 percent could provide a significant
13   advantage in athletic competition, do you not?
14            ATTORNEY BLOCK: Objection to
15   terminology.
16            THE WITNESS: So say that question again.
17   BY ATTORNEY BROOKS:
18       Q. You agree that advantages on the scale of
19   9.8 percent or 16.6 percent would provide a large
20   advantage in athletic competition, do you not?
21            ATTORNEY BLOCK: Same objection to
22   terminology.
23            THE WITNESS: In elite athletic
24   competition, yes.

1    BY ATTORNEY BROOKS:
2        Q. Did you play any sport in high school?
3        A. At a sophisticated level I did not.
4        Q. Your general knowledge permits you to say, does
5    it not, that at the high school level also a 9.8 percent
6    or a 16.6 percent advantage is a very large advantage?
7             ATTORNEY BLOCK: Objection to form and
8    terminology?
9             THE WITNESS: So there it gets more
10   diffuse, therefore, and I can't answer as an expert.
11   BY ATTORNEY BROOKS:
12       Q. Can you answer as an informed adult citizen?
13            ATTORNEY BLOCK: Same objection.
14            THE WITNESS: So as an expert for sure
15   not. As an informed adult, it falls back to the same
16   situation. When there is a wide range of athletes in a
17   certain context, then it is going to seem less relevant.
18   And obviously with the example I gave before with an
19   elite circumstance where that --- it describes the
20   entire field is more significant.
21   BY ATTORNEY BROOKS:
22       Q. Let me ask you to find your rebuttal report.
23       A. And actually --- do others need a break?
24       Q. Any time --- your concentration is most

1    important. So if you need a break, we'll take a break.
2        A. So I'm good.
3             ATTORNEY BROOKS: Well, obviously, if
4    anybody wants a break, we can take a break.
5             ATTORNEY BLOCK: Do you need a break?
6             ATTORNEY SWAMINATHAN: No.
7             ATTORNEY BROOKS: We are good.
8             THE WITNESS: So my rebuttal.
9    BY ATTORNEY BROOKS:
10       Q. Your rebuttal, which is Exhibit 2, so it's
11   probably at the bottom. And in that I'm going to draw
12   your attention to paragraph 11. And there you wrote
13   there is also no basis to confidently predict the
14   patterns about the athletic performance of prepubertal
15   cisgender boys will be the same for prepubertal
16   transgender girls, closed quote. Do you see that?
17       A. I do.
18       Q. And let me attempt to see if I understand the
19   point of this paragraph. And indeed, if you would like
20   to read the whole paragraph you should. But my
21   understanding of the point is that you're saying that
22   even if prepubertal boys have some performance, some
23   statistically significant performance advantage over
24   prepubertal girls, that you are not confident that the

1    athletic performance capabilities of natal males who
2    identify as females before puberty will be the same as
3    those of natal males who identified as male before
4    puberty?
5             ATTORNEY BLOCK: Objection to the
6    terminology.
7             THE WITNESS: So to the extent --- so
8    were differences to be determined between cisgender boys
9    and cisgender girls, it is correct to say that that
10   won't conclusively demonstrate that the same applies for
11   transgender girls. That's right.
12   BY ATTORNEY BROOKS:
13       Q. Now, elsewhere in your writings you have said
14   that it is well known that the majority of prepubertal
15   children who experience gender dysphoria do not persist
16   in that dysphoria into pubertal adolescence.
17       Correct?
18            ATTORNEY BLOCK: Objection.
19            THE WITNESS: No.
20   BY ATTORNEY BROOKS:
21       Q. Not correct?
22       A. Not correct.
23       Q. Then we will come back to that. In this
24   paragraph 11, you speculate a little farther down that,

1    quote, the experience of transgender girls might be more
2    similar to the experience of cisgender girls?
3            ATTORNEY BLOCK: Objection to the
4    characterization and speculative.
5    BY ATTORNEY BROOKS:
6        Q.   Well, by using the word might you meant to
7    indicate, did you not, Dr. Safer, this is a hypothesis,
8    this is not a documented fact?
9        A.   That if the question is do I know that the
10   experience of transgender girls is definitely in this
11   circumstance the same as cisgender girls, that's right,
12   I don't know that.  It only might be true.
13       Q.   And towards the end, in the last line, you refer
14   to potential biological underpinnings of gender
15   identity.  Again, the word potential signaling that no
16   such specific underpinnings have yet been identified.
17       Correct?
18       A.   Say that question again.
19       Q.   In the last line, your reference to, quote,
20   potential biological underpinnings of gender identify,
21   by the word potential you are indicating that no
22   specific biological underpinning has yet been
23   identified.
24       Correct?

1            ATTORNEY BLOCK: Objection to form.
2            THE WITNESS: So it's --- so no,
3    potential in this context does reference that most of
4    this biology is unknown, so that part is true, but it
5    doesn't mean that there is nothing known.
6    BY ATTORNEY BROOKS:
7        Q.   You do not propose to offer any opinion that
8    natal males --- let me strike that and start again.
9        You do not propose to offer any opinion, do
10   you, that prior to puberty natal males who identify as
11   female are less athletic capable on average than natal
12   males who identify as male?
13           ATTORNEY BLOCK: Objection to form.
14           THE WITNESS: I'm not offering an opinion
15   with regard to cisgender --- excuse me --- cisgender
16   boys versus transgender girls and their athleticism when
17   they are prepubertal.  If that's what you are asking,
18   then yes, I'm not offering an opinion between those two
19   groups.  I'm simply raising the possibility that
20   something like biology associated with transgender could
21   have influence into it.
22   BY ATTORNEY BROOKS:
23       Q.   Let me ask you to turn to paragraph 22 of your
24   rebuttal report.  And there you write Doctor Brown also

1    refers to widely publicized anecdotes about isolated
2    cases of transgender girls and women state championships
3    in high school sports or NCAA championships in college.
4    Do you see that?
5        A.   I do.
6        Q.   And you go on to write but transgender athletes
7    of women have been competing in NCAA and secondary
8    school athletics for many years at this point, closed
9    quote.  Do you see that language?
10       A.   I do.
11       Q.   Let me ask you to name all instances of male
12   males known to you who have competed in women's division
13   varsity athletics in any athletic endeavor for any NCAA
14   member school?
15           ATTORNEY BLOCK: Objection to form and
16   scope.
17           THE WITNESS: Right, so I certainly can't
18   do that usefully off the top of my head, name
19   transgender women and all these context in such an
20   exhaustive way like that.
21   BY ATTORNEY BROOKS:
22       Q.   Well, I asked you accused Doctor Brown of citing
23   isolated cases.  Do you have any basis to assert that he
24   has done anything other than cite all cases in which

1    natal males have competed in NCAA athletics in the
2    female category?
3        A.   So the --- if our focus is on the word isolated
4    then per se they are all --- these are all isolated
5    cases.  These aren't systematic analyses of any cohort
6    of people.
7        Q.   You are not accusing Doctor Brown of picking and
8    choosing?
9            ATTORNEY BLOCK: Objection to form.
10           THE WITNESS: So let me think about that.
11   By simply choosing individual cases that are in the
12   press then it is by its nature picking and choosing.
13   BY ATTORNEY BROOKS:
14       Q.   What do you mean by that?
15       A.   Well, these are simply individual cases that
16   have --- that have come to public attention, and so I
17   --- so --- and that's the basis of my statement as
18   opposed to some exhaustive attempt to identify
19   transgender people in a systematic fashion.
20       Q.   As you sit here today, Dr. Safer, are you aware
21   of a single case not mentioned by Doctor Brown in his
22   report of a natal male who has competed in NCAA
23   athletics in the women's category?
24           ATTORNEY BLOCK: Objection to form.

1  THE WITNESS:  Can I name somebody off the
2  top of my head?  I cannot.
3  BY ATTORNEY BROOKS:
4  **Q.   Do you have any concrete --- leaving aside**
5  **whether you remember a precise name, do you have any**
6  **factual basis to know that Doctor Brown has omitted any**
7  **case of a natal male who has competed in the female**
8  **division of NCAA athletics?**
9  ATTORNEY BLOCK:  Objection to form.
10  THE WITNESS:  So I guess if the question
11  is what can I do off the top of my head, then I cannot.
12  BY ATTORNEY BROOKS:
13  **Q.   Off the top of your head, you recall the case of**
14  **June Eastwood, do you not?**
15  A.   You have to remind me what that is.
16  **Q.   A runner in Montana?**
17  A.   I actually would need to be reminded of those
18  details.
19  **Q.   All right.  Certainly you recall Lia Thomas**
20  **because none of us can mis Lia Thomas these days?**
21  A.   Lia Thomas is still in the news.
22  **Q.   Do you recall the case of CeCe Telfer?**
23  A.   Names are not my strength.
24  **Q.   All right.  No more on that.**

1  **You say at the end of this paragraph, quote,**
2  **the occasional championship that has been widely**
3  **publicized do not come close to constituting the rates**
4  **one would expect if they, that is transgender athletes,**
5  **wanted rates that are proportional to their overall**
6  **percentage of the population, which is approximately one**
7  **percent.  Do you see that language?**
8  A.   I do.
9  **Q.   Do you have any knowledge as to what --- first**
10  **of all, let me ask, what is your basis for believing**
11  **that the current student population in college and high**
12  **school level is approximately one percent transgender?**
13  A.   The statistic for the percentage of the
14  population who are transgender comes from surveys.
15  **Q.   And do you have any knowledge at all as to what**
16  **percentage of varsity athletes in America today at the**
17  **NCAA --- among NCAA member schools in the women's**
18  **division are transgender?**
19  A.   If the question is that a survey in that
20  population, I'm not aware of a survey that's been done.
21  **Q.   So you don't know whether the number of**
22  **victories of championships that have been taken in the**
23  **women's division by transgender competitors is higher or**
24  **lower than the percentage of athletes in those divisions**

1  **who are transgender?**
2  ATTORNEY BLOCK:  Objection to form.
3  THE WITNESS:  That is correct.  I do not
4  know the percentage that --- what we know is the
5  percentage of transgender people and then we know the
6  percentage of identified athletes winning competitions.
7  And even then we don't know that absolutely.  We only
8  know the ones that are publicized.  But, right, in the
9  in between, we don't have statistics.  That's right.
10  ATTORNEY BROOKS:  Counsel, I'm going to
11  suggest --- in my experience, if we break for lunch at
12  noon, it makes it a little long afternoon.  So I would
13  suggest that we take a short break now and then keep
14  going until like 12:45 or something.  It's seven hours
15  on the clock and I'm here just to tell you that the
16  afternoon gets long.  So unless you are starving I'd
17  recommend ---?
18  THE WITNESS:  No, I think that's a great
19  idea.
20  ATTORNEY BROOKS:  Take a short break now.
21  THE WITNESS:  So you don't know who is on
22  the phone so give them a break.
23  ATTORNEY BROOKS:  Let's go off the
24  record.

1  VIDEOGRAPHER:  Going off the record.  The
2  current time reads 12:01:00 p.m. Eastern Standard Time.
3  OFF VIDEOTAPE
4  ---
5  (WHEREUPON, A SHORT BREAK WAS TAKEN.)
6  ---
7  ON VIDEOTAPE
8  VIDEOGRAPHER:  Back on the record.
9  Current time reads 12:14 p.m. Eastern Standard Time.
10  ATTORNEY BROOKS:  Let me mark as Safer
11  Exhibit 8 the Endocrine --- Treatment of Gender
12  Dysphoric Gender Incongruent Persons, an Endocrine
13  Society Clinical Practice Guidelines from 2017
14  previously marked as Adkins Exhibit 4.
15  ATTORNEY WILKINSON:  Tab 5.
16  ---
17  (Whereupon, Exhibit 8, Endocrine Society
18  Guidelines, was marked for identification.)
19  ---
20  BY ATTORNEY BROOKS:
21  **Q.   And Doctor Safer, am I correct you served the**
22  **committee that created this revised version of the**
23  **Endocrine Society's Guidelines?**
24  A.   Yes.

1    Q.   And is it reasonable for me to assume therefore
2 that you are familiar with it in some detail?
3    A.   I am familiar with it in some detail.
4    Q.   They also pertain to your practice?
5       Am I correct.
6    A.   And they do pertain to my practice, yes.
7    Q.   Let me ask you to turn in Exhibit-5 to Page 3879
8 --- Exhibit 8, 3879.  And there I will call your
9 attention to the specific recommendation that's numbered
10 1.4.  And it says there we recommend against puberty
11 blocking and gender-affirming hormone treatment in
12 prepubertal children with GD/gender incongruence.
13       Do you see that?
14    A.   I do.
15    Q.   And then there is a section headed evidence,
16 right?
17    A.   Yes.
18    Q.   And the first statement in the sentence that is
19 --- in the section headed evidence is, quote, in most
20 children diagnosed with GD/gender incongruence it did
21 not persist into adolescence, closed quote.
22       Do you see that?
23    A.   I do.
24    Q.   Do you believe that to be a false statement?

1    A.   I wouldn't --- I guess it depends on context
2 here too.  So as of when this was written, the
3 literature being referenced had a broader diagnosis for
4 gender dysphoria and gender incongruence or really
5 gender dysphoria is the label that was being used and
6 still is.  Gender incongruence is where we are headed.
7 And so with that broader definition, that included
8 gender expansive children who were not necessarily
9 transgender.
10    Q.   The statement is I think fairly specific.  And
11 as you are aware, the discussion cites various
12 references, but the introductory sentence states in most
13 children diagnosed with GD a gender dysphoria or gender
14 incongruence did not persist into adolescence.  Do you
15 believe to be a true statement or false statement?
16       ATTORNEY BLOCK:  Objection to form.
17       THE WITNESS:  The problem is I can't
18 answer that quite that cleanly.  The statement
19 references a circumstance that I just referenced where
20 children receiving that label have to --- for the most
21 part were not transgender.  The only caution I want to
22 make is that as we grow more refined in our
23 understanding of gender identity and also in our
24 labeling, that we are more specific in identifying

1 transgender kids with these sorts of labels.
2 BY ATTORNEY BROOKS:
3    Q.   Well, recommendation 1.4 says we recommend
4 against puberty blocking and a gender hormone treatment
5 in prepubertal children with gender dysphoria or gender
6 incongruence.  Do you have an understanding of why these
7 Endocrine Society guidelines of which you're a co-author
8 recommended against puberty blocking in prepubertal
9 children?
10    A.   Yes.
11    Q.   Why?
12    A.   They have no impact.
13    Q.   Can you point me to anywhere in the evidence
14 discussion that suggests that is the reason for this
15 recommendation?
16    A.   I don't know.  Let me look.
17    Q.   The evidence discussion is just two paragraphs.
18       ATTORNEY BLOCK:  I just want to object to
19 the extent you're limiting his review to the evidence
20 section.
21 BY ATTORNEY BROOKS:
22    Q.   My question pertains to the evidence section.
23    A.   So those two paragraphs are both primarily
24 referencing 1.3 and not 1.4.

1    Q.   Well, let me ask you to turn to page 3881.  And
2 at the top of that first column on 3881 it reads we,
3 therefore, advise starting suppression in early puberty
4 to prevent irreversible development of undesirable
5 secondary sex characteristics.  However, comma,
6 adolescents with gender dysphoria, slash, gender
7 incongruence should experience the first changes of
8 their endogenous puberty because their emotional
9 reaction to these first physical changes has diagnostic
10 value in establishing the persistence of gender
11 dysphoria/gender incongruence.
12       Do you see that language?
13    A.   I do.
14    Q.   And as a scientist and practitioner do you agree
15 with that statement?
16    A.   I would say that the validity of that statement
17 is in evolution.
18    Q.   In your practice, over time --- well, let me ask
19 you this.  When this was drafted did you raise an
20 objection to the proposition that the child's emotional
21 reaction to the first physical changes of puberty had
22 important diagnostic value?
23    A.   I cannot recall our specific conversations, but
24 if you're asking if my view has shifted since let's say

1   2015, 2016, 2017, no, the recognition that there is an
2   evolution was already part of my opinion.
3       Q.   What do you mean the recognition that there is
4   an evolution about?
5       A.   So the evolution is that whether there is a need
6   to start puberty as a diagnostic --- as a necessary
7   diagnostic circumstance.
8       Q.   In your practice today do you prescribe puberty
9   blockers prior to Tanner Stage 2?
10      A.   I --- so two things.  My practice is with
11  adults.  And although I will see older kids because I
12  don't have a hard threshold of age 18, but I don't
13  prescribe puberty blockers because I don't --- my
14  practice does not include those age children.  But two,
15  it is still the guidance and so the pediatricians who
16  are part of my program do not prescribe puberty blockers
17  prior to Tanner 2 for the reason I stated initially.
18      Q.   And according to these guidelines, by the time
19  you reach Tanner Stage 2 there have been sufficient
20  first pubertal --- stages of pubertal development to
21  give a chance to observe the child's reaction to
22  pubertal changes for diagnostic purposes.
23          Correct?
24          ATTORNEY BLOCK:  Objection to form.

1           THE WITNESS:  So the --- so I guess there
2   are kind of two pieces.  The sentence is --- that
3   sentence is written, but that is the sentence that I'm
4   suggesting is an opinion that is in evolution, like I'm
5   saying, to whether that need really exists or not.  The
6   reason why we still don't prescribe puberty blockers
7   before Tanner 2 is that there is no point, there is no
8   preventive element to puberty blockers and so there is
9   no point to give them before puberty begins and there is
10  no way to know that until there is an observable
11  objective finding.
12      Q.   Has your own practice ever involved to a
13  significant extent treating prepubertal or early
14  pubertal stage children for gender dysphoria or gender
15  incongruence incongruence?
16      A.   Have I personally cared for prepubertal children
17  who are transgender or otherwise?  Actually, in the
18  subjects, no.
19      Q.   And do physicians who do treat prepubertal
20  children report to you in connection with your position
21  at the clinic or the Mount Sinai Medical Hospital?
22      A.   Yes.
23      Q.   And do you know whether your clinic makes use of
24  children's emotional reactions to the first physical

1   changes of puberty as part of their process of
2   determining whether transgender hormonal therapies of
3   any sort are appropriate for that child?
4       A.   Yeah, I can't give you give you an answer.  I
5   would actually have to go survey my psychologists.
6       Q.   Let me direct you to paragraph 17 of your
7   rebuttal report.  And there you say in the second
8   sentence under current standards of care transgender
9   adolescents are eligible to receive puberty blockers
10  when they reach Tanner 2, not Tanner 3, which is early
11  enough to prevent endogenous puberty from taking place,
12  closed quote.
13          Do you see that?
14      A.   I do.
15      Q.   Now, just for context, you testified previously
16  that the large majority of minors I'll say who present
17  with gender incongruence or gender dysphoria are, in
18  fact, considerably older and have gone through at least
19  most of the Tanner stages.
20          Correct?
21          ATTORNEY BLOCK:  Objection to
22  characterization.
23          THE WITNESS:  Most of the people we are
24  seeing in clinical practice are coming to us at later

1   stages of development, yes.
2   BY ATTORNEY BROOKS:
3       Q.   And so when we talk about prepubertal children,
4   we're talking about a small minority of the patients
5   coming in to ---?
6       A.   I can't define small, but it is the minority,
7   that's correct.
8       Q.   And do you believe that what your clinic is
9   seeing in that regard is typical of what's being seen
10  across the country these days?
11      A.   So if I'm sitting here as an expert, I don't
12  have an expert survey to point to, to give you an answer
13  there.
14      Q.   But you read the literature and you talk to
15  colleagues at other institutions.
16          Am I correct?
17      A.   I certainly both read the literature and talk to
18  colleagues.
19      Q.   And is it your current belief that what you are
20  seeing in terms of the breakdown of patient population
21  is similar to or quite different from what other major
22  gender clinics are experiencing?
23      A.   So kind of separating, I'm living in my expert
24  role, I really want to point to data where I have any

1   confidence at all, and I have none.  If you are asking
2   me in a more informal way among our conversations, then
3   I can answer that our experience seems similar to
4   others' experience.
5       Q.  All right.
6           So in talking about prepubertal children ---
7   well, strike that.  We've been through that.
8           In your rebuttal report when you said beginning
9   puberty blockers at Tanner stage 2 is early enough to
10  prevent endogenous puberty from taking place, let me ask
11  you, in consideration, do you believe it is accurate as
12  stated?
13      A.  So Tanner 2 early enough to prevent endogenous
14  puberty from taking place, yes, that is accurate.
15      Q.  You would agree with me, would you not, that the
16  endocrine guidelines of which you are a co-author
17  recommend to treat beginning puberty blockers at Tanner
18  Stage 2?
19      A.  So to clarify, under the cited guidelines what
20  they say the recommendation is do not use puberty
21  blockers prior to puberty beginning, prior to Tanner 2.
22      Q.  Let me direct you to recommendation 2.2 on
23  page 3880.  Recommendation 2.2 reads we suggest the
24  clinicians begin pubertal hormone suppression after

1   girls and boys first exhibit physical changes of
2   puberty.
3           Do you see that?
4       A.  I do.
5       Q.  And then it says, paren, Tanner stages G2/B2
6   which is to say the girls Tanner 2 or boys Tanner 2,
7   correct?
8       A.  That is what that means, yes.
9       Q.  So the official recommendation from the
10  Endocrine Society is begin at or after Tanner Stage 2,
11  right?
12          ATTORNEY BLOCK:  Objection to form.
13          THE WITNESS:  That is a correct.
14  BY ATTORNEY BROOKS:
15      Q.  And it says that Tanner Stage 2 is defined as
16  girls and boys first exhibiting physical changes of
17  puberty.
18      Correct?
19          ATTORNEY BLOCK:  Objection to form.
20          THE WITNESS:  The definition of Tanner 2,
21  is where there is any objective evidence when puberty
22  has begun.
23  BY ATTORNEY BROOKS:
24      Q.  So in fact, beginning puberty blockers at Tanner

1   Stage 2 does not categorically prevent endogenous
2   puberty from taking place but instead prevents a
3   substantial portion of endogenous puberty from taking
4   place.
5       Correct?
6           ATTORNEY BLOCK:  Objection to form.
7           THE WITNESS:  So let me ---.
8   BY ATTORNEY BROOKS:
9       Q.  It is in paragraph 17.
10      A.  So the --- I guess the way this is understood is
11  --- I guess it depends on how extreme you want to take
12  things.  It is back to our original conversation of that
13  cause has to take place before effect.  So it's parsing
14  it to that degree.
15          In a biological context it really is the case
16  that we need some objective evidence before we begin
17  things so that we don't make the mistake of using a
18  medication prior to its having any impact.  And then
19  it's also true that some of the hormone mediated changes
20  that we see do actually regress to that prepubertal
21  state when we --- when you use puberty blockers at
22  Tanner 2.  So the statement as written --- as I wrote it
23  is accurate in the way we think of these things in
24  biology.

1       Q.  Although the guidelines specifically state that
2   adolescents should --- before puberty blockers, quote,
3   should experience the first changes of their endogenous,
4   spontaneous puberty.  And the recommendation calls for
5   beginning puberty blockers, quote, after girls and boys
6   first exhibit physical changes at puberty, paren, Tanner
7   stages 2, closed paren.  I'm not misreading anything, am
8   I?
9           ATTORNEY BLOCK:  Objection to just
10  reading an excerpt.
11          THE WITNESS:  Right.  I don't know --- I
12  don't know if those were are all direct quotes or not so
13  I won't comment on whether you're misreading or not, but
14  the first statement that you reference, as I've said, is
15  one where there is an evolving understanding of its
16  veracity or its applicability.
17          The statement 2.2 is simply using
18  alternate phrasing for saying Tanner 2, that is we need
19  to have objective evidence that puberty is genuinely
20  beginning.  The focus and the purpose of these
21  statements is to avoid people using puberty blockers on
22  non-pubertal kids.
23  BY ATTORNEY BROOKS:
24      Q.  Well, you would agree with me, would you not,

1   that if one administer puberty blockers in accordance
2   with Endocrine Society guidelines, then some stages of
3   endogenous male puberty will have occurred in natal male
4   patients?
5           ATTORNEY BLOCK:  Objection the form.
6           THE WITNESS:  So when we are ---
7   specifically we're referencing transgender girls here.
8   And although pre-pubertis gender boys, when we see
9   Tanner 2, then some --- some degree of development has
10  taken place.  That part is true.  So in the absolute
11  sense, then yes.  But in a biological sense, like I said
12  already, the --- some interesting reality is that some
13  of that does regress.
14  BY ATTORNEY BROOKS:
15      Q.   By the way, you, yourself, do not have any
16  knowledge as to what developments of endogenous male
17  puberty BPJ underwent prior to initiating puberty
18  blockers, do you?
19      A.   I have had no physical contact with BPJ.
20      Q.   Nor have you studied BPJ's chart sufficiently to
21  be feel that you know the answer to that question?
22      A.   Right, I'm not expressing any opinion to the
23  specific medical terms, that's right.
24      Q.   Have you, yourself, ever supervised any

1   research, clinical research, concerning treatment of
2   prepubertal children for gender dysphoria or gender
3   incongruence?
4       A.   Have I supervised research on treatment of
5   prepubertal transgender girls?  Let me think about that.
6   Nothing is coming to mind, but our program does do
7   research across an age span.
8       Q.   Well, some of your colleagues might have done
9   such research, but my question is whether you have been
10  personally supervised or involved in such research?
11      A.   I'm pretty involved actually, especially in our
12  research program, but I'm having a difficult time coming
13  up with an example.
14      Q.   All right.
15           I just want to make sure I know about it if it
16  exists.
17      A.   Yes.
18           ATTORNEY BROOKS:  Let me mark as Safer
19  Exhibit 9 an article entitled --- an article or a
20  chapter or something entitled Care of the Transgender
21  Patient dated 2019 by Dr. Safer and by Doctor Vin
22  Tangpricha.
23           ---
24           (Whereupon, Exhibit 9, Care of the

1           Transgender Patient Article, was marked
2           for identification.)
3           ---
4   BY ATTORNEY BROOKS:
5       Q.   Am I correct that this is --- well, you tell me,
6   is this an article or book chapter?  How would you
7   describe this document?
8       A.   This is a review article from the Annals of
9   Internal Medicine.
10      Q.   And by review you mean it's not reporting on
11  original research but rather summarizing the state of
12  knowledge in a particular area?
13      A.   That is correct.
14      Q.   Okay.
15           And the pages may have ITC and a number, but
16  I'll just refer to the number if I may.  On page three,
17  column two, is a statement that I think is just
18  repeating what you told me, that is most --- quote, most
19  transgender persons present to clinicians in late
20  adolescence or adulthood, closed quote.  That is
21  consistent with what you testified earlier.
22           Correct?
23      A.   That is, yes.
24      Q.   And if you turn then to page five, column two,

1   you write in the first full sentence in column two,
2   prior effects of androgens on the skeleton height and
3   size and shape of the hands, feet, jaw and pelvis and
4   voice, including visibly --- visible laryngeal
5   prominence, will not be altered if treatment is
6   initiated after puberty.
7           Do you see that language?
8       A.   I do.
9       Q.   And is it consistent with your understanding
10  that at this stage also changes to the size of the heart
11  and the lungs will not be altered if testosterone is
12  commenced after the initiation of puberty?
13      A.   Not quite.
14      Q.   Explain that to me, please.
15      A.   So transgender women, if they have gone through
16  a typical male puberty, are going to remain larger, but
17  the testosterone has action on certain tissues, so
18  specifically muscle, and that --- when those
19  testosterone levels shrink, then that muscle shrinks and
20  the heart muscle is --- well, the heart is a muscle, so
21  it will be --- there will be an impact from body size,
22  but there will also be impact from the lower level of
23  testosterone.  So it will be kind of a mix of those two.
24      Q.   The heart is a muscle but it has in it cavities

1    of a certain size in which blood flows, out of which
2    **blood is pumped, correct?  Do you have any knowledge,**
3    **are you aware or any literature that documents that**
4    **testosterone suppression reduces the heart's pumping**
5    **capacity?**
6            ATTORNEY BLOCK:  Objection to form.
7            THE WITNESS:  So the --- so there is a
8    gap there of transgender research --- so no, that is
9    something that's not been studied.
10   BY ATTORNEY BROOKS:
11       Q.   **And the lungs are not muscle tissue.  Are you**
12   **aware of any science that indicates or even suggests to**
13   **you as an expert that an individual who has gone through**
14   **typical male puberty, that individual's lungs reduce in**
15   **size if testosterone is suppressed?**
16       A.   So the answer with regard to lungs is going to
17   have some of those same inputs as heart or other tissues
18   actually where overall size of the individual is not ---
19   well, certainly height at least is not decreasing, and
20   so this person is larger.  And so lung size matches that
21   to some degree.  And testosterone has some impact on
22   surrounding muscle.  And so to the degree that that
23   shrinks there might be lung shrinking too.  And so you
24   hear that --- that is going to be a complex answer.  And

1    in terms of interpreting it even, you then would also
2    have to interpret it in the context of the size of the
3    body if you want to consider function, and none of this
4    has been studied.
5        Q.   **Certainly you don't believe, do you, that an**
6    **individual who has been --- let me start that again.  It**
7    **is not your opinion, is it, that testosterone**
8    **suppression by an individual who has been through a**
9    **typical male puberty reduces that individuals VO2 mass**
10   **to typical female levels?**
11       A.   So the more we get into some of the subtler
12   physiology, I will take a step back and give you an
13   expert opinion, but I will --- in addition to that point
14   out that we don't even have studies on this.  We're just
15   at a stage of beginning to look at that sort f thing.
16           ATTORNEY BLOCK:  Roger, are you able to
17   speak up a little?
18           ATTORNEY BROOKS:  I will try.
19   BY ATTORNEY BROOKS:
20       Q.   **You state that in paragraph 55 of your expert**
21   **report, Exhibit 1?**
22       A.   So paragraph 55.
23       Q.   **Fifty-five (55).  You state that there are,**
24   **quote, only two studies examining the effect of**

1    **gender-affirming hormone therapy on athletic**
2    **performance, closed quote.  Do you see that?**
3        A.   Yes.
4        Q.   **You are aware, are you not, that there are a**
5    **substantially larger number of studies that examine the**
6    **effect of testosterone suppression on strength or muscle**
7    **mass in natal males?**
8            ATTORNEY BLOCK:  Objection to form.
9            THE WITNESS:  There are --- there are a
10   handful of studies on the impact of testosterone
11   lowering treatment on transgender women on some tissues,
12   yes.
13   BY ATTORNEY BROOKS:
14       Q.   **Well --- and not to get carried away with the**
15   **terminology, there are also studies that relate to**
16   **application of testosterone suppression to males who**
17   **don't identify as transgender, are there not?**
18       A.   To cisgender men in addition to transgender
19   women there are some studies --- yes, there are actually
20   some modest studies, yes, on cisgender men.
21       Q.   **And have you now taken some care to review**
22   **yourself all the peer-reviewed studies of that type that**
23   **were cited in Doctor Brown's report?**
24       A.   I have looked at papers that were cited by

1    Doctor Brown.  The moment we use the word all I
2    hesitate, but certainly I've read through the papers
3    that were cited.
4            ATTORNEY BROOKS:  Well, let's start with
5    one you referenced, article by Roberts, et al., from
6    2020, which I will mark as Exhibit --- Safer Exhibit-10.
7            COURT REPORTER:  10.
8            ATTORNEY WILKINSON:  10, Tab 60.
9                ---
10           (Whereupon, Exhibit 10, Roberts, et al,
11           Articles, was marked for
12           identification.)
13   BY ATTORNEY BROOKS:
14       Q.   **And in fact, this is one of only very few**
15   **articles that you cite in your expert report start to**
16   **finish.**
17           **Correct?**
18           ATTORNEY BLOCK:  Objection to form.
19           THE WITNESS:  So this paper is referenced
20   to an expert report.
21   BY ATTORNEY BROOKS:
22       Q.   **Let me direct you to the last page of your**
23   **expert report where there is a bibliography.  And other**
24   **than citing to your own writings as the entire basis of**

1   your opinions you cited only six articles.
2        Correct?
3        ATTORNEY BLOCK:  Objection to
4   characterization about its entire cases for his
5   opinions.
6        THE WITNESS:  So the paper specifically
7   referenced two reviews and six papers but recognized
8   that some of these papers specifically are summaries of
9   the topic.
10  BY ATTORNEY BROOKS:
11       Q.   You have studied the Roberts 2020 article with
12  some care.
13       Is that correct?
14       A.  I have indeed, yes.
15       Q.   And so far as you know it is the only
16  longitudinal study of the impact of testosterone
17  suppression in natal males and actual athletic
18  performance and in this case running.
19       Correct?
20       ATTORNEY BLOCK:  Objection to form.
21       THE WITNESS:  So the Roberts study and
22  the Harper study are both studies of transgender women
23  with at least two time points.
24  BY ATTORNEY BROOKS:

1        Q.   The Harper study is strictly retrospective, it
2   is not a prospective, longitudinal study?
3        A.   The Harper study is --- that's a good question.
4   I actually don't know if it is --- it's probably mixed,
5   honestly.
6        Q.   Well, we can look at it, but it is not mixed.
7   It is a one-time survey.
8        A.   Well, to be clear, the way we phrase these
9   things sometimes are --- I'm trying to be --- are
10  according to certain conventions academically, so that
11  sometimes it will be framed that way because from an
12  academic perspective we'll use that context, but I think
13  some of the data was actually collected in both
14  collections.
15       Q.   The Roberts study you understand to be a
16  prospective, longitudinal study, do you not?
17       A.   Well, actually, you are testing me on that.  Did
18  they set out at the beginning to do it or did they go
19  back and look?  I'd have to see.
20       Q.   Well, based on the method, I think the answer is
21  they went back and looked because it begins we reviewed?
22       A.   Yes.
23       Q.   Do you --- is it your opinion that amongst the
24  available data, the Roberts study is --- on the impact

1   of testosterone on athletic performance is some of the
2   strongest data that we have available?
3        ATTORNEY BLOCK:  Objection to form.
4        THE WITNESS:  It is my opinion that the
5   Roberts and Harper studies are the only two studies that
6   we have available.
7   BY ATTORNEY BROOKS:
8        Q.   Is it your opinion as an expert, is it not, that
9   the structure of the Roberts study renders it --- and
10  the source of its data renders it far more reliable than
11  the Harper 2015 study?
12       ATTORNEY BLOCK:  Objection to form.
13       THE WITNESS:  I would not overstate that,
14  so no.  If I'm being --- if I'm being professorial and
15  saying this is how to organize something, then in that
16  context I might say that, but in terms of simply
17  believability of data, I got two modest papers that are
18  the sum of the world literature on the subject.
19  BY ATTORNEY BROOKS:
20       Q.   You say in paragraph 56 of your report that
21  Roberts found, quote, after two years of
22  gender-affirming hormone therapy transgender women
23  completed the 1.5 mile run 12 percent faster on average
24  than non-transgender women, closed quote.  Do you see

1   that?
2        ATTORNEY BLOCK:  I think he needs some
3   time to get ---.
4        THE WITNESS:  Yeah, to actually find
5   the ---.
6   BY ATTORNEY BROOKS:
7        Q.   Paragraph 56.  And I will refer you to the third
8   sentence.
9        A.   All right.
10       Sorry say that again.
11       Q.   I'm simply calling your attention to the place
12  where you wrote at the Roberts report that after two
13  years of a gender-affirming hormone therapy transgender
14  women completed the 1.5 mile run 12 percent faster on
15  average than non-transgender women.
16       A.   Yes.
17       Q.   And two years, not a trick question here, twice
18  as long as the one year testosterone suppression
19  requirement that led to the NCAA rule.
20       Correct?
21       A.   Two years is twice one year, yes.
22       Q.   And you would agree with me that a 12 percent
23  faster in women's time is a substantial advantage?
24       ATTORNEY BLOCK:  Objection to form.

1    THE WITNESS:  So this is a bit --- this
2    is a bit of the same conversation.  I guess I can't say
3    that in a blanket way.  It depends on context.
4    BY ATTORNEY BROOKS:
5    **Q.   The context here is that that these are all Air**
6    **Force members, do you recall?**
7    A.   I believe they are all Air Force members, yes.
8    **Q.   All subject to Air Force physical fitness**
9    **requirements.  So we are not talking about couch**
10   **potatoes?**
11   A.   I'm not rendering an opinion there as an expert.
12   **Q.   Generally you would accept that this is a**
13   **relatively fit population?**
14   A.   I can't even render an opinion there as an
15   expert.
16   **Q.   Do you have some unhealthy relative who's a**
17   **member of the armed forces?**
18   A.   I was in the National Guard, so I do have some
19   insight.
20   **Q.   Okay.**
21   **You would agree, would you not, that running**
22   **speed and endurance, per se, are relevant to quite a**
23   **number of sports?**
24   A.   Running speed and endurance are relevant to many

1    sports.  I'm certain that is true.  I'm not ---
2    **Q.   Well ---.**
3    A.   --- an expert again.
4    **Q.   I'm no sports fan, but we've all seen enough**
5    **sports to know there's a lot of running involved not**
6    **just in track but in basketball, soccer, lacrosse and**
7    **field hockey.**
8    **Correct?**
9    A.   I have observed that, yes.  But again, I'm not
10   rendering an expert opinion there, but yes.
11   **Q.   And on page six of this paper ---.**
12   A.   This is Roberts.
13   **Q.   Yes, Roberts and Exhibit 10.  Roberts and his**
14   **co-authors summarize in their conclusion by stating,**
15   **quote, in this study we confirm that the use of gender**
16   **affirming hormones are associated with changes in**
17   **athletic performance and demonstrated that the**
18   **pretreatment differences between a transgender and a**
19   **cisgender woman persist beyond the 12-month time**
20   **currently --- requirement currently being proposed for**
21   **athletic competition by the World Athletics and the IOC.**
22   **Do you see that?**
23   A.   This is the conclusion section?
24   **Q.   It is.**

1    A.   Yes, I see that.
2    **Q.   And you don't have any expert opinions that the**
3    **findings of Roberts are inaccurate or unreliable, do**
4    **you?**
5    A.   So the --- this is again a question of context.
6    So I have no reason to suspect that these data are
7    suspect.  The only question then is what we conclude
8    when you do a study of --- for the transgender women I
9    think we are talking about 29 people, which I certainly
10   like a lot better than simply pointing to a random
11   individual, but I recognize as also simply 29
12   individuals in a certain circumstance that might or
13   might not be replicated as we do this again and increase
14   the numbers of people that we evaluate.
15   **Q.   You don't propose to offer any expert opinion**
16   **that the findings of Roberts as reported in this paper**
17   **of 2020 are inaccurate?**
18   A.   So, I guess the way I said it is how I said it
19   already, which is I'm not doubting Roberts' data, but I
20   wouldn't then over generalize to say that I know that
21   these would be the findings we would see in every
22   similar circumstance.
23   **Q.   And are you aware that one common track event or**
24   **cross-country event, I can never keep them straight, is**

1    the 1600 meter, which is about a mile?
2    A.   Actually, that is not my expertise.  I believe
3    you.
4    **Q.   Are you aware that the 3,000 meter, a 1.8 mile**
5    **distance, is a standard event?**
6    A.   If you are meaning to quiz me on the standard
7    lengths these days and meters and all of that, no.
8    ATTORNEY BROOKS:  Well, I can't complete
9    my next document in two minutes, we if we want to break
10   at 1:00 now or I can do one more document.
11   ATTORNEY BLOCK:  I'm fine continuing if
12   you are.
13   THE WITNESS:  My bias is to push.
14   ATTORNEY BROOKS:  Folks online, we're
15   going to continue a little bit farther.
16   BY ATTORNEY BROOKS:
17   **Q.   You cited a paper by Harper from 2015.  And that**
18   **paper also I take it you studied with some detail?**
19   A.   Yes.
20   **Q.   And how many individuals did Harper have in that**
21   **study?**
22   A.   I --- do we have her ---?
23   **Q.   Everything that you mention I have.**
24   ATTORNEY BROOKS:  Let me mark as Safer

Page 142

1  Exhibit 11 ---
2       ATTORNEY WILKINSON:  Yes.
3       ATTORNEY BROOKS:  --- Harper's --- Harper
4  et al. or just Harper, article Race Times for
5  Transgender Athletes from 2015.
6       ATTORNEY WILKINSON:  Tab 61.
7       ---
8       (Whereupon, Exhibit 11, Race Times for
9       Transgender Athletes Article, was marked for
10      identification.)
11      ---
12      THE WITNESS:  Thank you.
13  BY ATTORNEY BROOKS:
14      Q.   You say you have worked with Joanna Harper, you
15  are aware that Dr. Harper is both an athlete and
16  transgender?
17      ATTORNEY BLOCK:  Objection to form.
18      THE WITNESS:  I am aware.  I am aware
19  that she is an athlete, and I'm aware that she is
20  transgender.
21  BY ATTORNEY BROOKS:
22      Q.   Did you have after studying the paper end up
23  with an understanding of how many participants there
24  were?

Page 143

1      A.   There were eight participants.  I'm looking at
2  Table 5.
3      Q.   Did you have an understanding of how those
4  participants were recruited?
5      A.   I do have some understanding of that, yes.
6      Q.   How is that?
7      A.   The --- how would I characterize this?  It's
8  somewhat ad hoc in the sense that Ms. Harper is in the
9  category of these other participants, and so she was
10  able to identify others that met the criteria of being
11  both transgender and being sufficiently intense in their
12  middle distance running that they had race times that
13  they could identify that would allow for the --- for
14  these determinations of age based --- I don't know all
15  the terminology here, but their age-based grade
16  proportional to others in that same sex category.
17      Q.   And it is consistent with your understanding, is
18  it not, that all of the information in this study about
19  what hormonal treatment these individuals had undergone
20  was self reported?
21      A.   This is --- entire study is self report,
22  that is she didn't have --- Ms. Harper did not have
23  access to people's individual records independently.
24      Q.   So there was no independent confirmation of how

Page 144

1  long that they had suppressed testosterone.
2      Correct?
3      A.   There was no independent confirmation beyond Ms.
4  Harper and her dealing with other subjects directly.
5      Q.   Well, in your view as a scientist, that's not
6  independent confirmation, is it?
7      ATTORNEY BLOCK:  Objection to form.
8      THE WITNESS:  So I'm not expressing an
9  opinion there because in a science --- you know, in a
10  scientific paper we would have --- we would have peer
11  review, but we don't --- that just --- ends up being a
12  little bit of a fuzzy realty.
13  BY ATTORNEY BROOKS:
14      Q.   There is no information in this paper about what
15  testosterone levels were achieved by any of these
16  individuals as a result of suppression, is there?
17      A.   I don't know.  Let's --- I can look through that
18  a little bit because does she reference how many of them
19  have had surgery and such?  It has been quite a while,
20  you know.  So notably, there is some independent
21  confirmation of some of the data because some of this
22  was posted.
23      Q.   Wait.  Let me just be clear.  Some of the times
24  were verified independently.

Page 145

1      Correct?
2      A.   That's correct.
3      Q.   Nothing about the hormonal treatment?
4      A.   Right.
5      ATTORNEY BLOCK:  Do you want to give him
6  a chance to review it?
7  BY ATTORNEY BROOKS:
8      Q.   Doctor Safer, let me just withdraw that question
9  and ask you another question.
10      A.   Yeah, go ahead.
11      Q.   Do you know whether Doctor Harper stands behind
12  the conclusions of her 2015 paper today?
13      A.   If you ask me do I know it, that's too strong a
14  statement.
15      ATTORNEY BROOKS:  Let me mark as Safer
16  Exhibit 12 an article by Joanna Harper and others from
17  2021 entitled How Does Hormone Transition in Transgender
18  Women Change Body Composition, Muscle Strength and
19  Hemoglobin.
20      ATTORNEY WILKINSON:  Tab 21.
21      ---
22      (Whereupon, Exhibit 12, Joanna Harper
23      Article, was marked for identification.)
24      ---

1    BY ATTORNEY BROOKS:
2        Q.   Dr. Safer, have we put that in front of you?
3    Yes, we have.  Are you familiar with this article?
4        A.   I am.
5        Q.   And have you read it, reviewed it recently?
6        A.   I have reviewed it relatively recently.
7        Q.   And do you understand, and I didn't completely
8    read the title.  The second sentence of the title says
9    Systematic Review with the Focus on Implications for
10   Sport Participation.
11           Do you see that?
12       A.   I do.
13       Q.   Can you tell me why when you cited Harper's 2015
14   paper that you just referred to as older science you
15   didn't cite Harper's 2021 publication?
16       A.   So to be clear, I didn't use the older science.
17   I simply referenced Harper's paper as one of the only
18   two papers on the subject.  And your question?
19       Q.   Why didn't you cite Harper's 2021 paper on the
20   topic?
21       A.   So this paper is more in the category of the
22   papers looking at impact on tissues of which there are
23   several papers as opposed to actually investigating a
24   specific activity, a person's activity.  And does this

1    have primary data in it?
2        Q.   Well, let me take you to page eight.
3        A.   Yeah, I don't even think this has a final data
4    in it.
5        Q.   Describing the Roberts study, Harper here on
6    page eight, column one, about halfway down, summarizes
7    as follows:  Quote, trans women ran significantly faster
8    during the 1.5 mile fitness test than ciswomen.  These
9    observations in trained transgender individuals are
10   consistent with the finding of the current review in
11   untrained individuals whereby 30 months of gender
12   affirming hormone therapy maybe sufficient to attenuate
13   some but all influencing factors associated with
14   muscular endurance and performance, closed quote.
15           Do you see that?
16       A.   Yes.  This is the end of the paragraph there?
17       Q.   Yes.
18       A.   We're starting with these observations, yes, I
19   see that.
20       Q.   And do you propose to offer any expert opinion
21   inconsistent with Joanna Harper's summary of the data
22   here suggesting that 30 months of gender affirming
23   hormone therapy may be sufficient to attenuate some but
24   not all influencing factors associated with muscular

1    endurance and performance?
2        A.   The statement here is too broad, so it's simply
3    raising questions.
4        Q.   Well, Joanna Harper says here that the findings
5    of her current review were that 30 months of gender
6    affirming hormone therapy may be sufficient to attenuate
7    some but not all influencing factors associated with
8    muscular endurance and performance?
9            ATTORNEY BLOCK:  Objection to leaving out
10   words of what you quoted.
11   BY ATTORNEY BROOKS:
12       Q.   And my question for you is do you intend to
13   offer an expert opinion that you believe is inconsistent
14   with that statement?
15           ATTORNEY BLOCK:  Same objection.  It's
16   misquoting the document.
17           THE WITNESS:  So the operative or
18   inoperative word here is may be sufficient, and so when
19   we're --- these are research questions as we try to
20   understand physiology and the relevance of certain
21   testosterone levels at certain endpoints and then not
22   just endpoints as surrogates, which is what most of the
23   papers to date still are, but endpoints in actual
24   athleticism and athletic competition.  And so that's all

1    this is doing is putting out some questions or some
2    potential thoughts.
3    BY ATTORNEY BROOKS:
4        Q.   Let me ask you to turn to page one and column
5    one.
6        A.   Of this same paper?
7        Q.   Of the same paper.  In the conclusion of the
8    abstract the last sentence reads, quote, these findings
9    suggest the strength may be well be preserved in trans
10   women during the first three years of hormone therapy,
11   closed quote.
12           Do you see that?
13       A.   I do.
14       Q.   And having reviewed whatever literature you have
15   reviewed to date do you share Doctor Harper's
16   understanding that strength may well be preserved in
17   trans women during the first three years of hormone
18   therapy?
19           ATTORNEY BLOCK:  Objection to misquoting
20   the document.
21           THE WITNESS:  So I can't comment on Ms.
22   Harper's understanding, but if you're asking is that ---
23   you know, is the question a question, so the question is
24   a question.  These findings suggest that strength may

Page 150

1 and again an operative word is may.
2 BY ATTORNEY BROOKS:
3 **Q. Yes.**
4 A. And these are as I, a scientist, and she is a
5 scientist too, we are turning the earth, as it were, of
6 what we know looking for what questions we might want to
7 study and how we might want to frame studies going
8 forward.
9 **Q. Let me take you back to page eight, if I may.**
10 **And the penultimate sentence of this paper at the bottom**
11 **of the first column of paragraph of page eight reads,**
12 **quote --- well, let me read --- yeah, I will just read**
13 **that, quote, whether transgender and cisgender women can**
14 **engage in meaningful sport even after gender affirming**
15 **hormone therapy is a highly debated question, closed**
16 **quote.**
17 **Do you see that language?**
18 A. I do.
19 **Q. You'll agree that up to the present that is a**
20 **highly debated question?**
21 ATTORNEY BLOCK: Objection to form.
22 THE WITNESS: There's context there too.
23 So this is referencing a league sport and it's --- as
24 well there are a range of potential sports, and so the

Page 151

1 question and the degree to which it is highly debated
2 even I'm not going to render an official opinion there.
3 So the --- whether transgender and cisgender women can
4 engage in meaningful sport depends on what sport we're
5 talking about, what treatment we're talking about, age
6 group, whether elite versus more of an intermural
7 setting. And so it's just a relatively simple statement
8 and to summarize a paper I guess.
9 BY ATTORNEY BROOKS:
10 **Q. You agree that this --- that is the question of**
11 **whether transgender and cisgender women can engage in**
12 **meaningful sport even after gender affirming hormone**
13 **therapy is one on which reasonable scientists can**
14 **disagree and today are disagreeing?**
15 ATTORNEY BLOCK: Objection to form.
16 THE WITNESS: So going back --- so is
17 your --- so are you asking me --- I guess help me
18 reframe what the question is there because there are a
19 bunch of things packed into that sentence actually. And
20 you heard me try to unpack them both.
21 BY ATTORNEY BROOKS:
22 **Q. That may be a complex question, as debated**
23 **questions often are, but my question is do you agree**
24 **that the question of whether transgender and cisgender**

Page 152

1 **women can engage in meaningful sport even after gender**
2 **affirming hormone therapy is one on which reasonable**
3 **scientists can differ and are differing today given the**
4 **possibility of data?**
5 ATTORNEY BLOCK: Objection to form for
6 the same reasons.
7 THE WITNESS: So I'm sitting here as a
8 scientist talking about differences in athleticism and
9 such and whether --- and so moving onto meaningful sport
10 goes beyond my expertise. I'm only putting data
11 together in a --- that's my lane on this subject.
12 ATTORNEY BROOKS: Okay.
13 Let's break for lunch.
14 ATTORNEY BLOCK: Let's go off the record,
15 so 2:15.
16 ATTORNEY BROOKS: 2:15? Any dissent? No
17 dissent.
18 VIDEOGRAPHER: Going off the record. The
19 current time is 1:16 p.m. Eastern Standard Time.
20 OFF VIDEOTAPE
21 ---
22 (WHEREUPON, A SHORT BREAK WAS TAKEN.)
23 ---
24 ON VIDEOTAPE

Page 153

1 VIDEOGRAPHER: Back on the record. The
2 current time is 2:18 p.m. Eastern Standard Time.
3 BY ATTORNEY BROOKS:
4 **Q. Good afternoon, Dr. Safer. Take you back into**
5 **context, I'm going to ask you to find your expert**
6 **report, Exhibit-1, and find paragraph 25, which we have**
7 **looked at before. And there in the third sentence it**
8 **reads based on current research comparing**
9 **non-transgender boys and men with non-transgender girls**
10 **and women before, during and after puberty the primary**
11 **known biological driver of these average group**
12 **differences is testosterone starting at puberty, and not**
13 **reproductive biology or genetics, period, closed quote.**
14 **Do you see that language?**
15 A. Yes.
16 **Q. And your one cite for that is the endocrine that**
17 **we've already looked at already.**
18 **Right?**
19 ATTORNEY BLOCK: Objection to the form.
20 THE WITNESS: So the citation in that
21 paragraph is the Handelsman, yes.
22 BY ATTORNEY BROOKS:
23 **Q. And do you recall our earlier discussion about**
24 **how the effects of testosterone are cumulative over time**

1    rather than depending solely on the testosterone level
2    of an individual at a particular time, right?  Do you
3    recall that discussion?
4        A.   So the impact --- excuse me, the impact of
5    testosterone is cumulative.  It depends what impacts
6    we're talking about.  So there are impacts that are
7    cumulative, like height, and there are impacts that
8    really do reflect that point in time.
9        Q.   Now, at the moment let me ask just based on your
10   recollection.  The Handelsman article is Exhibit-4.  Do
11   you have that?  And I will ask you to find it in your
12   pile.  I should have neated up your pile of exhibits
13   while you were out.  That looks like it.
14       A.   Got it, yes.
15       Q.   The Handelsman article, as far as you recall,
16   does not contain any data or conclusions concerning the
17   effects of testosterone after the beginning of male
18   puberty, does it?
19           ATTORNEY BLOCK:  Objection to form.
20           THE WITNESS:  Honestly, I would have to
21   go look carefully.
22   BY ATTORNEY BROOKS:
23       Q.   Then I won't take time to do that.
24       A.   Okay.

1        Q.   It does or it doesn't.  We will deal with that.
2        A.   Yes.
3        Q.   Do you know whether any other writing Professor
4    Handelsman has expressed any view as to whether
5    testosterone suppression after male puberty eliminates
6    sex-based physical advantages sufficiently to maintain
7    fairness in sports for women?
8            ATTORNEY BLOCK:  Objection to the form.
9            THE WITNESS:  So first of all, putting it
10   altogether that way isn't necessarily how I would say it
11   or how I would expect it to be said.  It would be
12   testosterone suppression and whatever the scientific
13   finding at the moment would be.  So we already know that
14   the data that relate to athleticism are just the Roberts
15   paper and the Harper paper, so I guess that is as much
16   as I can say in that particular context.  And in terms
17   of --- so yes, I think that it wouldn't be --- I forgot
18   already how you phrased that.
19   BY ATTORNEY BROOKS:
20       Q.   Let me just ask again.
21       A.   Yes.
22       Q.   So the first question is not a hard one.
23       A.   Okay.
24       Q.   Do you know whether Professor Handelsman has

1    himself in his publication expressed any view whether
2    testosterone suppression after male puberty eliminates
3    sex-based physical advantages sufficiently to maintain
4    fairness in sports for women?
5            ATTORNEY BLOCK:  Objection to form.
6            THE WITNESS:  So I don't know if he has
7    written something covering all those bases that you just
8    described, how you described it.
9            ATTORNEY BROOKS:  All right.  Let's look
10   at treatment variable.  Let me mark as Exhibit 13 a
11   short article by Dr. Roberts with a subsequent comment
12   by David Handelsman.
13           ATTORNEY WILKINSON:  Tab 62.
14           ATTORNEY BROOKS:  And unfortunately, the
15   words were a little clipped on this.  We will see how we
16   do.
17           ---
18       (Whereupon, Exhibit 13, Dr. Roberts Article, was
19       marked for identification.)
20           ---
21           ATTORNEY BLOCK:  Thanks.
22   BY ATTORNEY BROOKS:
23       Q.   And I think a fair description of what we have
24   here is a relatively popular press type piece by Dr.

1    Roberts first.  And this document is dated December 16,
2    2020.
3            ATTORNEY BLOCK:  Objection.  Does it say
4    where it was published?
5            ATTORNEY BROOKS:  No, it doesn't say on
6    its face where it was published.  And as we sit here
7    right now I don't recall, though actually looking at it
8    I do recall that Kilio is an online publication of some
9    sort, and I've seen the brand came from the Kilio
10   website.
11   BY ATTORNEY BROOKS:
12       Q.   At any rate, I see the date, I see the title.
13   It purports to be an article by Professor Roberts.  I
14   just want to be clear in my description it does not ---
15   it does not have the appearance of a separate peer
16   review article since the summary taken off of the
17   article that we've already looked at.  And then at the
18   end of it is a two-paragraph prospective on this offered
19   by Dr. Handelsman.
20           Do you see that?
21       A.   I do.
22       Q.   And he begins by making clear that he is
23   commenting on this study, that is Roberts study that is
24   discussed above.  He is not introducing new science,

1    correct, is that consistent with your understanding?
2             ATTORNEY BLOCK:  Objection.  Give him a
3    chance to read it.
4             THE WITNESS:  So that, yes, my
5    understanding, too, is that there is not new data here,
6    mostly a commentary within the context some of our
7    existing knowledge on the Roberts study.
8    BY ATTORNEY BROOKS:
9        Q.   And in his comment to Dr. Handelsman states in
10   the second paragraph, as of 2020, quote, a major
11   question remains whether gender affirming hormone
12   treatment overcomes sex-based physical advantages
13   sufficiently to maintain fairness so that an exception
14   can be made for trans women, paren, natal males, closed
15   paren, treated with estrogen.
16          Do you see that language?
17       A.  I do.
18          ATTORNEY BLOCK:  Objection.  I believe
19   that is what it says, but I just want to note for the
20   record that there is text cut off on the left.
21          ATTORNEY BROOKS:  There is.  And I'll get
22   better copies.  I'm looking at a copy that's not cut off
23   I will represent.
24   BY ATTORNEY BROOKS:

1        Q.   And do you have an expert opinion as to ---
2    well, do you propose to offer any opinion disagreeing
3    with Professor Handelsman that as of 2020 it remained a
4    major question whether gender affirming hormone
5    treatment to overcome sex-based physical advantages
6    sufficiently to maintain fairness so that an exception
7    could be made for trans women treated with estrogen?
8        A.  So to me that's too broad a question if you're
9    asking me to render an expert opinion about his opinion.
10       Q.   I'm asking whether you propose to offer an
11   expert opinion inconsistent with his view that remains a
12   major question as of 2020.
13       A.  It's --- I might --- well, I would at least
14   phrase things differently in there --- we might have to
15   go through pieces of it because certainly where we lack
16   data I think we would agree, but in terms of those
17   statements that then go on to editorialize, I don't know
18   that we necessarily agree in how we would frame that.
19       Q.   A little farther down, maybe two sentences down
20   it reads, quote, by contrast, trans women treated with
21   estrogens after completing male puberty experienced only
22   minimal declines in physical performance over 12 months,
23   substantially surpassing average female performance for
24   up to eight years, closed quote.  Do you agree or

1    disagree with Professor Handelsman summary of the
2    findings of Roberts?
3             ATTORNEY BLOCK:  Objection to form.  I'm
4    just not sure it's all based on Roberts?
5             THE WITNESS:  It is not clear to me that
6    it's --- that it is based on Roberts for what it's
7    worth.  It's also somewhat simplistically written.  And
8    an example is we don't --- the contention with regard to
9    athletic outcomes relates more to testosterone, and so
10   saying transgender women treated with estrogens wouldn't
11   be precisely how I would frame that either.
12   BY ATTORNEY BROOKS:
13       Q.   He concludes --- Professor Handelsman concludes
14   by stating supporting federations should incorporate
15   these findings in the strategies for including trans
16   women in elite female competitions while maintaining
17   fairness and safety for other women.  Dr. Safer, do you
18   agree that maintaining safety for cisgender women is a
19   legitimate and indeed important concern?
20          ATTORNEY BLOCK:  Objection to form.
21          THE WITNESS:  As an expert I'm not going
22   to give an opinion.
23   BY ATTORNEY BROOKS:
24       Q.   As Doctor Safer do you agree that ensuring

1    safety for cisgender women and girls is a legitimate
2    concern?
3             ATTORNEY BLOCK:  Objection to form.
4             THE WITNESS:  So if I'm simply speaking
5    not as an expert, just as an educated person in the
6    field, then it is true that safety is important, but I'm
7    not clear that --- I don't know that in most of these
8    athletic activities it's actually a concern.
9             ATTORNEY BROOKS:  Let me mark as Safer
10   Exhibit 14 a document entitled Guidance with Transgender
11   Inclusion in Domestic Sport with symbols of a number of
12   UK sport governing bodies across the front and a
13   statement published September 2021.
14          ATTORNEY WILKINSON:  Tab 22.
15          ---
16          (Whereupon, Exhibit 14, Guidance with
17          Transgender Inclusion in Domestic Sport,
18          marked for identification.)
19          ---
20          THE WITNESS:  Thank you.
21   BY ATTORNEY BROOKS:
22       Q.   And my first question for you, Dr. Safer, is
23   whether you have seen this document before?
24       A.  I have seen this document before.

1    Q.   And were you aware of it prior to its reference
2  in this litigation?
3    A.   I don't know that I was.
4    Q.   And are you familiar with the role of the
5  supporting body mentioned on the front page in
6  governance of sport within the United Kingdom?
7    A.   By looking at all their logos, I cannot say that
8  I know them all, no.
9    Q.   And do you have any knowledge as to whether
10  these are official government charted --- chartered
11  sporting governing bodies?
12    A.   I do not have that knowledge.
13    Q.   Have you now studied this document with some
14  care?
15    A.   I would say that I have only looked at this
16  document superficially.  I'm certainly happy to look
17  through it.
18    Q.   I will ask you just about a couple of passages.
19  Let me ask you to turn to page three of the document.
20  And towards the very bottom and the next to the last
21  paragraph this --- five organizations states, quote, our
22  work exploring the latest research, evidence and studies
23  made clear that there are retained differences in
24  strength, stamina and physique between the average women

1  compared with the average transgender women for
2  nonbinary person registered male at birth with or
3  without testosterone suppression.
4    Do you see that language?
5    A.   I do.
6    Q.   And do you disagree with the conclusion of these
7  UK sporting bodies that the latest research, evidence
8  and studies now make clear that there are retained
9  differences in strength, stamina and physique in
10  nonbinary --- in transgender women or nonbinary persons
11  registered male at birth with or without testosterone?
12    ATTORNEY BLOCK:  Objection to referring
13  to this as something written by the governing bodies as
14  opposed to the quality council that makes
15  recommendations to the governing bodies.
16    THE WITNESS:  To the statement written by
17  whoever actually wrote it that evidence and studies on
18  the subject of transgender people make clear anything, I
19  disagree.
20  BY ATTORNEY BROOKS:
21    Q.   Let me ask you to turn to page six, under the
22  heading question review is recommending it states,
23  quote, as a result of what the review found the guidance
24  concludes that the inclusion of transgender people into

1  female sport cannot be balanced regarding transgender
2  inclusion, fairness and safety in gender affected sport
3  where there is meaningful competition, period, closed
4  quote.
5    Do you see that?
6    A.   I do.
7    Q.   And do you disagree with that conclusion of this
8  organization or these organizations?
9    A.   So I really --- as we discussed earlier, I'm not
10  going to express as an expert --- I don't think I'd be
11  able to express as an expert fairness and so I can't
12  comment any further.
13    Q.   Let me ask you to turn to page nine in your
14  expert report, paragraph 49.
15    A.   Okay.  Paragraph 49.
16    Q.   At the end of paragraph 49 you state, quote, a
17  person's genetic makeup and internal and external
18  reproductive anatomy are not useful indicators of
19  athletic performance and have not been used in elite
20  competition for decades.  In making that statement when
21  you refer to a person's genetic makeup were you
22  referring to the question of whether they had XX or XY
23  chromosomes?
24    A.   So when I'm making the statement genetic makeup

1  I'm heavily referencing chromosomes.  So I guess I would
2  say that is mostly correct with some --- with perhaps
3  some known genes, but mostly chromosomes.
4    Q.   You would agree, would you not, that respected
5  voices in the field take the view that genetic sex it is
6  at least an important determinant of athletic
7  performance, do you not?
8    ATTORNEY BLOCK:  Objection to form.
9    THE WITNESS:  So that I'm supposed to
10  comment that there are people in the field who say that?
11  I guess what I would say is the consensus right now
12  among medical people advising elite athletic
13  organizations would be to move away from using that as a
14  surrogate.  In the past it was.  There were chromosome
15  tests and the problem is that people have --- there is
16  quite a bit of variety in biology and of course the
17  moment you make a rule you see the exceptions.
18  BY ATTORNEY BROOKS:
19    Q.   The exceptions.
20    A.   And so I would say that as an expert I can't
21  comment in terms of, you know, some study of everybody's
22  opinion or some survey.  But as somebody who has been on
23  these committees I've observed that that was discarded.
24    Q.   So if you put alongside individuals who suffer

1   **from any condition that has been identified as a**
2   **disorder of sexual development, am I correct that you**
3   **consider yourself to have expertise in what constitutes**
4   **a disorder of sexual development?**
5         A.   I have some expertise.  And the terminology is
6   actually differences of sexual development or sexual
7   differentiation or intersex are the terms that are more
8   popularly used.
9         **Q.   You would agree with me, would you not, that**
10  **many respective sources up to the present would continue**
11  **to refer to disorders of sexual development?**
12              ATTORNEY BLOCK:  Objection to form.
13              THE WITNESS:  So there --- what I would
14  say there is that --- the newer terminology has not ---
15  has not yet permeated because there have not been
16  revisions to all the documents that have been created.
17  BY ATTORNEY BROOKS:
18        **Q.   How about if we say DSD?**
19        A.   DSD is a reasonably safe or DSD intersex is what
20  some people do, yes.
21        **Q.   Well, not all DSDs would be considered intersex**
22  **conditions.**
23            **Correct?**
24        A.   You are right that some people try to parse

1   those two terms even.  And there is --- but I think
2   those kinds of distinctions might be on the scope of
3   what we are discussing.
4         **Q.   Probably so.  If we put on side individuals who**
5   **suffer from anything that is characterized in the field**
6   **as a DSD you would agree, would you not, that genetic**
7   **makeup and specifically whether the individual possesses**
8   **XX or XY chromosomes is a statistically meaningful**
9   **indicator of athletic performance?**
10              ATTORNEY BLOCK:  Objection to form.
11              THE WITNESS:  So no, and the --- it's ---
12  I guess it depends what you mean is what it comes down
13  to.  So if you are --- if you are simply saying, well, a
14  certain fraction of people of these chromosomes are
15  going to be --- have this other characteristic, then
16  maybe there are those kinds of associations.  But if you
17  are going to say that it's connected to the point where
18  you could actually use one of those let's say observing
19  a chromosome as an actual determination for a given
20  individual, then I would say no.
21  BY ATTORNEY BROOKS:
22        **Q.   Is it your opinion that a gender identity itself**
23  **is a --- or useful indicator of athletic performance?**
24        A.   It is my opinion that gender identity itself is

1   not a useful indicator of athletic performance.
2         **Q.   You say at paragraph 44 of your report --- I**
3   **will save that.  I think that is a new Declaration and**
4   **we will not take time to do that.**
5             **Let me ask you to look at paragraph 24 of your**
6   **rebuttal report.  You say in paragraph 24 that none of**
7   **Doctor Carlson's arguments support HB-3293 categorical**
8   **ban of all girls who are transgender from all girls**
9   **sports teams.**
10            **Do you see that?**
11        A.   I do.
12        **Q.   And I should continue.  I'm sorry.  Doctor**
13  **Carlson's safety argument relates solely to contact and**
14  **collision sports and the physical characteristics**
15  **developed during puberty, period.  By referring to a**
16  **categorical ban let me ask this.  Do you agree that**
17  **safety considerations could justify or may justify**
18  **excluding natal males who experienced all or significant**
19  **part of male typical pubertal development from**
20  **participating in female division of contact or collision**
21  **sports such as basketball and soccer?**
22              ATTORNEY BLOCK:  Objection to form.
23              THE WITNESS:  So if the question is would
24  I anticipate as an expert that there would be a safety

1   explanation for banning transgender women from the
2   female category, then I would --- I wouldn't --- I
3   certainly --- let me think about which way to phrase it.
4   I would have a hard time coming up with an example where
5   I would use being transgender as a safety criterion as
6   opposed to body habitus size or some other more
7   objective criterion.
8   BY ATTORNEY BROOKS:
9         **Q.   Well, and I didn't say anything about gender**
10  **status.  Let me ask again.  Would you agree that safety**
11  **considerations could justify excluding natal males who**
12  **have experienced all or a significant part of male**
13  **typical pubertal development from participating in**
14  **female division contact and collision sports such as**
15  **basketball or soccer?**
16              ATTORNEY BLOCK:  Objection to form.
17              THE WITNESS:  So you're saying that even
18  if we otherwise decided that it would be okay for
19  cisgender males to play with cisgender females, would I
20  envision there being a safety reason to ban those
21  cisgender males?
22  BY ATTORNEY BROOKS:
23        **Q.   All I asked had nothing to do with gender**
24  **identity.  Do you agree that the introduction onto the**

1    field or the court in or have been spoken of its contact
2    or collision sports in the female division of natal
3    males who have gone through all or a significant part of
4    male typical pubertal development could raise legitimate
5    concerns about safety for the natal females?
6              ATTORNEY BLOCK:  Same objections as the
7    previous two questions.
8              THE WITNESS:  So any person who's gone
9    through a male puberty would that, per se, make me
10   invoke a safety concern, if that's the question ---.
11   BY ATTORNEY BROOKS:
12       Q.   Could that in your mind raise the given safety
13   concerns?
14       A.   So I would not --- the word legitimate I'm not
15   addressing, but I'm not aware of that in and of itself
16   being a safety concern.
17       Q.   You state in paragraph 22 of your rebuttal
18   report that, quote, transgender athletes and women have
19   been competing in NCAA and secondary school athletics
20   for many years at this point.  Let me ask you if you are
21   aware of any instance in which natal males have competed
22   in the female category in any contact or collision sport
23   in either the NCAA or high school division?
24             ATTORNEY BLOCK:  Objection to form.

1              THE WITNESS:  So can I identify
2    transgender girls or women specifically and specific
3    instances of participation?  I cannot.
4    BY ATTORNEY BROOKS:
5        Q.   What was your basis for asserting that such
6    athletes have been competing in the NCAA and secondary
7    school athletics for many years?
8              ATTORNEY BLOCK:  I'm sorry.  Is the
9    question about collision sports?  Because you are
10   quoting something that is not about collision sports.
11             ATTORNEY BROOKS:  Let me break that out.
12   Thank you.
13   BY ATTORNEY BROOKS:
14       Q.   Do you have a view as to whether --- I shouldn't
15   say a view.  Do you have any information as to whether
16   transgender athletes have been competing in the women's
17   division of NCAA or secondary school athletics in any
18   contact or collision sports for many years?
19       A.   That information on the validity is that they
20   have had access because there has not been a ban.
21       Q.   But whether they have done so you do not have
22   any information?
23       A.   But I cannot point to specific instances,
24   exactly.

1        Q.   I apologize if I asked something early in the
2    morning, but it's faster than trying to dig back into
3    the transcript.  Do you have any opinion as to whether
4    it is reasonable to exclude a natal male with a male
5    gender identity from a high school girls basketball
6    team?
7              ATTORNEY BLOCK:  Objection to form.
8              THE WITNESS:  So ask that again a little
9    bit slower.
10   BY ATTORNEY BROOKS:
11       Q.   Do you have have any opinion as to whether it is
12   reasonable to exclude a natal male with a male gender
13   identity from participation in a girls high school
14   basketball team?
15             ATTORNEY BLOCK:  Objection.
16             THE WITNESS:  I do not have an expert
17   opinion on that subject.
18   BY ATTORNEY BROOKS:
19       Q.   Do you have a personal view?
20       A.   I don't know that I --- there it would get more
21   complicated depending on context.
22       Q.   You don't have a simple yes or no personal view
23   on that question?
24       A.   I don't.

1        Q.   And do you have a view whether it is reasonable
2    to exclude a natal male with a female gender identity
3    from participation in a high school girls basketball
4    team?
5              ATTORNEY BLOCK:  Objection to form.
6              THE WITNESS:  So do I have a view on
7    participation of a cisgender girl in the girls category?
8    Sorry.  Say it again.
9    BY ATTORNEY BROOKS:
10       Q.   I said do you have a view on whether it is
11   reasonable to exclude a natal male with a female gender
12   identity from participation in the high school girls
13   basketball team?
14             ATTORNEY BLOCK:  Objection to form.
15             THE WITNESS:  So that is a transgender
16   girl, got it.  So --- and the question is do I have a
17   view on --- I apologize.  Go back.
18   BY ATTORNEY BROOKS:
19       Q.   I can do it again.
20       A.   Yes, do it again.  Sorry.
21       Q.   Do you have a view as to whether it is
22   reasonable to exclude a natal male with a transgender
23   identity from participation in the girls high school
24   basketball team?

Page 174

1        ATTORNEY BLOCK: Objection to form.

2        THE WITNESS: And it is do I have a view

3 on excluding --- as an expert am I opining on that? I'm

4 not. I'm opining as a scientist on what the data are.

5 BY ATTORNEY BROOKS:

6    **Q.** **Do you consider a policy that excludes natal**

7 **males with a male gender identity from the girls**

8 **basketball team to be, quote, discriminatory?**

9        ATTORNEY BLOCK: Objection to form and

10 scope.

11        THE WITNESS: So as an expert I'm not

12 taking a position on excluding cisgender males from the

13 female category, if I answered that correctly.

14 BY ATTORNEY BROOKS:

15    **Q.** **My question was simply do you consider a**

16 **policy to be a discriminatory policy?**

17        ATTORNEY BLOCK: Objection to form and

18 scope.

19        THE WITNESS: So are you asking me as an

20 expert to decide discrimination?

21 BY ATTORNEY BROOKS:

22    **Q.** **I will direct you to paragraph 27 of your**

23 **rebuttal report. And there you wrote Doctor Carlson has**

24 **not offered cogent explanation for why alleged safety**

Page 175

1 **concerns based on average differences in size and**

2 **strength should be addressed within an across the board**

3 **exclusion of transgender women as opposed to tailored**

4 **nondiscriminatory policies.**

5    **Do you see that?**

6    A. I do.

7    **Q.** **So understanding discriminatory, however you did**

8 **understand it when you wrote that, do you consider a**

9 **policy that prohibits natal males with a male gender**

10 **identity from participating on the girls basketball team**

11 **to be a discriminatory policy?**

12        ATTORNEY BLOCK: Same objections.

13        THE WITNESS: Right. So I'm not defining

14 --- I'm not defining discriminatory here. I'm ---

15 right. So if you are asking as an expert to define

16 discriminatory, that I can't do.

17 BY ATTORNEY BROOKS:

18    **Q.** **Well, if you don't know what discriminatory**

19 **means, what do you mean when you referred to a tailored**

20 **nondiscriminatory policy?**

21        ATTORNEY BLOCK: Objection to form.

22        THE WITNESS: I guess I have to circle

23 back initially to --- I mean we can do that for any word

24 here, right, where I could have like my own personal

Page 176

1 definition or am I acting as an expert to define these

2 words, and I think we are kind of in that situation.

3 BY ATTORNEY BROOKS:

4    **Q.** **But I'm asking you about your expert reports in**

5 **the litigation. You must have meant something. What**

6 **did you mean by nondiscriminatory when you submitted**

7 **this expert report?**

8        ATTORNEY BLOCK: Objection to form.

9        THE WITNESS: So when I'm using the word

10 nondiscriminatory I am using it to mean something that

11 isn't using some other indicator --- well, I'm really

12 just using it in the broadest sense to something that is

13 including people.

14 BY ATTORNEY BROOKS:

15    **Q.** **Using it in the broadest sense, discriminating**

16 **between one category and another is --- could be a good**

17 **thing or a bad thing.**

18    **Correct?**

19        ATTORNEY BLOCK: Objection to form.

20        THE WITNESS: As an expert I --- that is

21 way outside my scope. But simply as an English speaker,

22 yes, discrimination could be good or it can be bad, yes.

23 BY ATTORNEY BROOKS:

24    **Q.** **And for instance, if you are --- well, you said**

Page 177

1 **you don't prescribe to minors, so --- but if you are**

2 **dealing with a 19-year-old who says and you concluded I**

3 **need gender affirming hormone, and I will use the term**

4 **you prefer, if that individual's hormones and biology**

5 **are female then gender affirming hormones are going to**

6 **consist, among other things, perhaps of administering**

7 **testosterone.**

8    **Correct?**

9    A. Yes, typically we would have ---.

10    **Q.** **And if that individual's biology and hormones**

11 **endogenous were male, then the gender affirming hormones**

12 **would include among other things estrogen or estrogen**

13 **analog.**

14    **Correct?**

15        ATTORNEY BLOCK: Objection to form.

16        THE WITNESS: If that person had

17 typically --- typically a male hormone profile, right,

18 to move toward a more feminine profile that typically

19 would include estrogens or some other agents that were

20 other than testosterone, yes.

21 BY ATTORNEY BROOKS:

22    **Q.** **So speaking scientifically and not in civil**

23 **rights terms, if I may, you as a scientist, as you**

24 **decide which regimen of hormones to administer to this**

1  individual have to discriminate between those who are
2  endogenously male and those who are endogenously female
3  in deciding which regimen you prescribe.
4      Correct?
5          ATTORNEY BLOCK:  Objection to the form.
6          THE WITNESS:  We have to make a decision.
7  And so if you are trying to get me to say that
8  discrimination can be defined as making decisions, I'm
9  with you and yes.
10  BY ATTORNEY BROOKS:
11  Q.  Okay.
12      Let me just run down a few items to make sure.
13  You have not personally engaged in any research
14  regarding sports physiology, have you?
15  A.  I'm trying to think it there's anything.  I
16  don't believe I have.
17  Q.  You yourself haven't personally engaged in any
18  research or published any papers --- that's a compound
19  question.  You, yourself, haven't engaged in any
20  research relating to sports medicine or sports injuries,
21  have you?
22  A.  I have not engaged in any research with regard
23  to sports injuries.  And the answer to the first part of
24  that gets a little muddled because some of the papers

1  that I have written about physiology and transgender
2  people could apply to sports medicine.
3  Q.  Have you, yourself, ever participated in
4  devising any athletic training regimes for individuals
5  of either sex?
6  A.  I've not been involved in devising any training
7  regimes.
8  Q.  Have you done any research with related to male
9  physiology --- I'm sorry, male physiological advantages
10  relevant to athletics before, during or after puberty?
11  A.  So there I have --- none of the research that I
12  have done to date has been specifically loopholed as ---
13  well, I can't even say that.  So research that I have
14  done with regard to observing physiology among my
15  subjects can be applicable to sports medicine in some
16  context.
17  Q.  On what publications, if any, of yours do you
18  believe relate to male physiological advantages in
19  athletics before, during or after puberty?
20  A.  Well, just off the top of my head, without
21  looking at it exhaustively, I have a paper on
22  hematocrit, which is the oxygen-carrying cells in
23  people.  In transgender people I have a paper on
24  testosterone levels with different treatments.  So those

1  can have --- those actually can have a sports context.
2  Q.  Have you done any research on the impact of
3  testosterone suppression on athletic performance or any
4  measurement of strength?
5  A.  So the second piece of that is I have not done
6  any research that specifically used strength as an
7  endpoint in my own studies.  To the second piece of
8  those --- I forgot what ---.
9  Q.  Athletic performance?
10  A.  Athletic performance, there it gets a muddled
11  thing.  The research that I have done can be applicable
12  in that context.
13  Q.  Well, that is if your endpoint is hematocrit
14  count, to use the right term, you're saying that might
15  have implications for athletic performance?  Is that
16  your point?
17  A.  That is correct, yes.
18  Q.  But you have not done any research in which any
19  measurement of athletic performance is an endpoint?
20          ATTORNEY BLOCK:  Objection to form.
21          THE WITNESS:  Again, I have to think
22  about how to say that because some of the --- part of
23  the problem is that papers that we're looking at include
24  quite a bit of literature on components that may be

1  applicable --- that may be applicable in sports
2  medicine, whether it is muscle strength and muscle size
3  or blood cell counts and such.  And so that more
4  expansively than my research is in that category.
5  Whereas, if I'm trying to be focused and narrow, then
6  I've got those two studies, the one by Roberts and the
7  one by Harper.  And my papers are not those.
8  BY ATTORNEY BROOKS:
9  Q.  You don't have any information about numbers of
10  children in West Virginia who suffer from any DSD, do
11  you?
12  A.  No, as --- I guess I have to say no there in
13  terms of actual surveys of kids in West Virginia, I know
14  some brought statistics.  West Virginia is big enough
15  that you would predict that the statistics would
16  generally apply, but that is as smart as I could get on
17  the subject.
18  Q.  And you are --- I think you effectively answered
19  this, but to be clear for the record you are not opining
20  that BPJ suffers from any DSD?
21          ATTORNEY BLOCK:  Objection to the form.
22          THE WITNESS:  So the --- here too we get
23  into --- into an evolving area of definitions where you
24  could envision if some of the specific genetics that are

1   associated with being transgender became identified,
2   would we in the medical world start to label those
3   instances as DSD?  It's possible.  So that is just ---.
4   BY ATTORNEY BROOKS:
5       **Q.   Thus far no such indicators have been**
6   **identified.**
7           **Correct?**
8       A.   I can't even --- I can't even say that
9   definitively.  It is an area of active conversation in
10  terms of --- in terms of boarder setting in the medical
11  community right now.
12      **Q.   However, I think my question is easier.  You're**
13  **not offering an opinion --- any opinion that BPJ suffers**
14  **from any DSD, are you?**
15      A.   So I don't have --- so to be clear first I don't
16  know the --- BPJ's specific medical condition.  I wasn't
17  brought in to evaluate that and I have not.  So I can't
18  actually render an opinion on any of the medical story
19  there.
20      **Q.   And you don't know whether any child or typical**
21  **XY chromosome --- pardon me, you don't know whether any**
22  **child with XY chromosomes who suffers from a DSD has**
23  **ever sought to compete in female athletics in West**
24  **Virginia up until the present?**

1           ATTORNEY BLOCK:  Objection to the form.
2           THE WITNESS:  So the question is do I
3   know of an instance of a specific individual with XY
4   chromosomes and a DSD connected to that who has
5   specifically participated in sports in West Virginia?
6   BY ATTORNEY BROOKS:
7       **Q.   Who has sought to participate in female**
8   **athletics in West Virginia?**
9       A.   Right, so who has sought to participate in
10  female sports in West Virginia.  I cannot give you a
11  specific instance, that is true.  I can say, though,
12  knowing the percentage of people who have DSDs and the
13  size of the State of West Virginia that you would
14  predict to be true, but that would be again as
15  smart as I could be on one subject.
16          ATTORNEY BROOKS:  Let me mark as Safer
17  Exhibit 15 what was previously designated as Tab 53, an
18  article by Dr. Safer and others entitled the Mount Sinai
19  Patient Center Preoperative Criteria Meant to Optimize
20  Outcomes are Less of a Barrier to Care than WPATH SOC 7
21  Criteria Before Transgender Specific Surgery.  And yes,
22  that is a mouthful.
23          ---
24          (Whereupon, Exhibit 15, Dr. Safer Article,

1           was marked for identification.)
2           ---
3   BY ATTORNEY BROOKS:
4       **Q.   Now, Dr. Safer, to be fair, I see that you are**
5   **the last listed author on a fairly lengthy list of**
6   **authors.  And maybe that does and maybe that doesn't**
7   **have significance in terms of how in depth your**
8   **involvement in this paper was.  Let me ask.  Was this a**
9   **paper of which you had some significant input?**
10      A.   I had significant input.  I can tell you that in
11  the medical and scientific community the first author
12  typically did the work and the last author is the senior
13  author and supervisor.  And the middle authors are
14  actually the ones where you ---.
15      **Q.   Okay.**
16          **I was aware of the significance of the first.**
17  **I was not aware of the significance of the last.  Okay.**
18  **That is helpful.  All of the authors here, if I'm**
19  **correct, are colleagues within the Mount Sinai Clinic or**
20  **division that you supervise.**
21          **Am I correct?**
22      A.   All of the authors were in those positions at
23  some point, which is how we came together to write the
24  paper.

1       **Q.   And the paper I should say for the record is**
2   **dated 2020.  And let me see if I correctly understood**
3   **what the paper is about.  If we --- in this paper you**
4   **compare the eligibility of patients who are seeking**
5   **vaginoplasty under the WPATH Standard of Care 7 criteria**
6   **versus the criteria actually used by your clinic.**
7           **Am I correct?**
8       A.   Yes.
9       **Q.   And just so we're clear, vaginoplasty is a**
10  **surgery that is only done on biological male, natal male**
11  **individuals.**
12          **Correct?**
13          ATTORNEY BLOCK:  Objection to form.
14          THE WITNESS:  So a vaginal plasty is the
15  genital reconstruction surgery to create a vagina in a
16  person.  When we are using it as a gender affirming
17  surgery, then we are using it on people who have what
18  would be considered typically male anatomy in that
19  circumstance but the surgery could also be used on
20  somebody with typically female anatomy requiring
21  construction for whatever their circumstance may be.
22  BY ATTORNEY BROOKS:
23      **Q.   That said, the subjects discussed in this paper**
24  **are all individuals who are seeking the surgery for**

1    gender affirming purposes rather than, for instance,
2    because of a severe DSD.
3           Correct?
4        A.   The people in this circumstance are all people
5    seeking the surgery for gender affirming purposes and
6    not those for DSD or for other purposes, reconstruction
7    of vaginas for accidents and cancers.  I mean there is
8    quite a range.
9        Q.   And the result as summarized in the abstract is
10   that of 139 patients who were identified as subjects of
11   this study, 63 qualified for surgery immediately based
12   on the Mount Sinai criteria.
13          Correct?
14       A.   Yes.
15       Q.   Whereas only 21 of those would have qualified
16   based on the criteria set out in the WPATH Standard of
17   Care Version 7?
18       A.   Yes.
19       Q.   Three times as many individuals qualified for
20   immediate surgery under the standard used by your clinic
21   as opposed to the standards set out in the WPATH
22   Standard of Care?
23       A.   That's correct.
24       Q.   When did your clinic begin approving surgery for

1    patients who are not eligible under the WPATH Standard
2    of Care?
3           ATTORNEY BLOCK:  Objection to form.
4           THE WITNESS:  Yeah, so to be clear, the
5    patients in our program qualify by both criteria.  The
6    paper is simply pointing out that our process is more
7    efficient and patient friendly, but it's not to say that
8    we were not informed by WPATH criteria also.  And I
9    think I need to expand even a little bit further.  Part
10   of the point of the paper is that it includes --- it
11   includes efforts to know benefit to the patient that end
12   up being time consuming and therefore are a waste of
13   energy in contrast to our approach, which is actually
14   more conservative than WPATH's approach.  We actually
15   look at more things but we do so in a more efficient
16   fashion and that is actually the point of the paper.
17   BY ATTORNEY BROOKS:
18       Q.   Well, let me clarify one thing you just said.
19   According to this paper, it is not the case, is it, that
20   every patient for whom your clinic approved surgery was
21   at that time qualified according to the WPATH criteria?
22          ATTORNEY BLOCK:  Objection to form.
23          THE WITNESS:  Wait.  Say it again.  Could
24   you repeat that?

1    BY ATTORNEY BROOKS:
2        Q.   It is not the case, is it, that every patient
3    who was qualified for surgery by your clinic had been
4    demonstrated to satisfy the WPATH criteria for
5    eligibility?
6        A.   It is --- so there were --- the patients just as
7    stated who qualified by our criteria but not by WPATH
8    criteria, there is such a group that existed, exactly,
9    yes.
10       Q.   Okay.
11          And specifically, according to your criteria,
12   three times as many patients are eligible according to
13   WPATH criteria?
14          ATTORNEY BLOCK:  Objection to form.
15          THE WITNESS:  It's not so much the three
16   times.  It is the pace.  Some of this relates to pace
17   and efficiency.
18   BY ATTORNEY BROOKS:
19       Q.   Dr. Safer, your clinic, according to this paper,
20   approved for surgery 42 patients who were at that time
21   not eligible according to WPATH criteria.
22          Correct?
23          ATTORNEY BLOCK:  Objection to form.
24          THE WITNESS:  No.  So the reality is we

1    still live in the universe that everybody else lives in,
2    so we are --- so this paper proposes a more appropriate
3    and a more patient appropriate model, but it is not the
4    case that we actually sent people to surgery who would
5    not be approved by WPATH.
6    BY ATTORNEY BROOKS:
7        Q.   Well, were you personally involved in developing
8    and approving Mount Sinai's criteria?
9        A.   Let me look at the role here.  Yes, I definitely
10   had a role in developing our criteria.
11       Q.   Let me ask you to look at page 168, column one,
12   call your attention quite a bit to table one.  And if I
13   understand correctly, table one is designed to help us
14   compare and contrast what is required by the WPATH
15   criteria for surgical readiness versus the Mount Sinai
16   criteria for surgical readiness.
17          Correct?
18       A.   That is correct, yes.
19       Q.   And the WPATH requires a letter of support from
20   the patient's hormone provider confirming the hormone
21   regimen and the length of time of hormone therapy.
22          Correct?
23       A.   That is how it is written, yes.
24       Q.   And farther down, under mental health it says

1  that it requires two letters of support from mental
2  health providers?
3      A.   It does, yes.
4      Q.   And it gives on page 157 a definition who is a
5  qualified mental health professional down towards the
6  bottom of the second column.  I'm going to ask you to
7  find that language if you could?
8      A.   Uh-huh (yes), yes.
9      Q.   You say, many define licensed mental health
10  providers having one or more of the following
11  credentials, the LCSW, Licensed Clinical Social Worker.
12      Is that right?
13      A.   LCSW is Licensed Clinical Social Worker, yes.
14      Q.   And MD, DO that is a medical doctor, a doctor of
15  --- what does the O stand for?
16      A.   Osteopathy.
17      Q.   There we go.  A psychiatrist, a Ph.D., yes, that
18  was surprising to me.  Surely not just any Ph.D.?
19      A.   Right, that's referring to a Ph.D. clinical
20  psychologist.
21      Q.   Okay.
22          Or any Master's level for above counseling
23  degrees.  But then you go on to say that in your
24  evaluation based on SOC-7 criteria.  That's the WPATH

1  criteria?
2      A.   That's the WPATH criteria, yes.
3      Q.   We included the above degrees with the following
4  exclusions, mental health providers with lower than
5  Master's level training and unlicensed mental health
6  providers of any type, NPs and PAs without mental health
7  credentials, physicians who are not psychiatrists or
8  mental health providers who are still in training.  Do
9  you see that language?
10      A.   I do.
11      Q.   So under the definition used in your clinic you,
12  yourself, do not qualify as a mental health
13  professional.
14      Correct?
15      A.   That is correct.
16      Q.   So at no point have you relied on your own
17  opinion for any mental health evaluation for
18  eligibility?
19      A.   That's correct.
20      Q.   Okay.
21          I just wanted to understand that clearly.  So
22  back to mental health data.  In says in the WPATH column
23  that two letters of support from mental health providers
24  are required.  In this paper you state on the next page,

1  but I will quote it the most significant of the Mount
2  Sinai criteria is the removal of the requirement of two
3  independent psychiatric evaluations.  And that is in
4  column two of page 169, at the end of the first full
5  paragraph.  The first full paragraph, column two, the
6  final sentence.
7      A.   I'm in which column?  Sorry.
8      Q.   Column two.
9      A.   Oh, column two.  Sorry.
10      Q.   The first full paragraph, final sentence.
11      A.   The most significant deletion from the Mount
12  Sinai criteria is the removal of --- yes, I see that.
13      Q.   And you stated at the top of column one the
14  same page that, quote, finding two mental health
15  providers to do independent evaluations is
16  time-consuming, expensive and difficult.
17      Right?
18      A.   Just trying to find that exact wording.  Yes.
19      Q.   So in your own clinic's practice, while WPATH
20  calls for two letters from independent mental health
21  providers, you concluded that because it was hard to get
22  two independent evaluations your clinic would simply
23  dispense with the requirement of any independent mental
24  health review.

1      Correct?
2          ATTORNEY BLOCK:  Objection to form.
3          THE WITNESS:  No, that is not quite
4  correct.  Part of the difference for our operation is
5  that we have --- we have expertise in-house and we have
6  --- if you notice, looking at the table, a longer list
7  of requirements actually than WPATH does, which includes
8  a social work component.  And that actually is the ---
9  that's the source of actually yet a second pair of eyes,
10  as it were.  And so it is not the case that we are ---
11  that we're providing less of a screen, we are actually
12  providing more of a screen.  It's just that we are
13  operating in a more efficient manner for the patient.
14  BY ATTORNEY BROOKS:
15      Q.   Let's flip back to column one.  A few more lines
16  down it says for our analysis patients who otherwise met
17  WPATH SOC 7 criteria received one letter of support from
18  the CTMS mental health provider.  Right?  You would
19  agree with me, would you not, that the only letter of
20  support for a mental health provider required by your
21  protocols is from a mental health provider within your
22  employment?
23          ATTORNEY BLOCK:  Objection to not reading
24  the complete sentence.

1    THE WITNESS:  So yes.  So maybe let me
2  just --- show me the wording again.
3  BY ATTORNEY BROOKS:
4    Q.  Yes.  For our analysis --- and I'm beginning at
5  perhaps eight lines down.
6    A.  Our analysis, yes.
7    Q.  Patients who otherwise met WPATH SOC 7 criteria
8  received one letter of support from the CTMS mental
9  health provider doing the assessment, period, closed
10  quoted.
11    Do you see that?
12    A.  I do, yes.
13    Q.  As the term is generally understood in your
14  field, a CTMS mental health provider is not independent
15  --- let me use the correct terminology, is not an
16  independent mental health provider?
17    A.  So in a clinic setting I don't know that the
18  word independent actually has the same meaning as in
19  some other context.  So even a WPATH requirement isn't
20  necessarily that it would be an unaffiliated person or I
21  don't know what you were thinking independent might mean
22  here, so I don't want to put words in your mouth or
23  conjecture too much.  But when we say independent we
24  just mean two different people.

1    Q.  But in fact, the letter of support from the CTMS
2  mental health provider that you refer to in this
3  paragraph at the top of column one of page 169 actually
4  plays no role in your determination as to whether this
5  patient is eligible for surgery.
6    Correct?
7    ATTORNEY BLOCK:  Objection to form.
8    THE WITNESS:  So yes.  I'm confused by
9  the question.
10  BY ATTORNEY BROOKS:
11    Q.  I'm confused by the text.  The final paragraph
12  --- sentence in that paragraph reads these letters of
13  support were used to satisfy third payor requirements to
14  cover surgery and were not part of the CTMS assessment?
15    A.  Oh, yeah, that's a good point.  The literal
16  letter is because we are all in-house the opinion of the
17  person is, of course, important and so the screen takes
18  place.  But the need to create --- the bureaucratic of
19  creating a specific letter is one of the burdens that we
20  are suggesting could be removed.
21    Q.  In table one, let me find this.  Under mental
22  health WPATH SOC-7 requires, quote, persistent, well
23  documented gender dysphoria.
24    Do you see that?

1    A.  I do.
2    Q.  And you understand well documented gender
3  dysphoria to be referring to a general diagnosis under
4  the DSM-V criteria?
5    A.  So for WPATH's purposes I think they are
6  specifically referring to the DSM diagnosis.
7    Q.  In your clinic you are willing to approve for
8  this --- I'm not sure how to actually say the word
9  vaginoplasty surgery, individuals who do not suffer from
10  persistent well documented gender dysphoria.
11    Correct?
12    ATTORNEY BLOCK:  Objection to the form.
13    THE WITNESS:  So if you look, the list of
14  the criteria for Mount Sinai, then the phrasing is a
15  confirmation that this person --- for all intents and
16  purposes, that this person is transgender and with the
17  language and evolution we use that word gender dysphoria
18  and we also use the new word that will replace gender
19  dysphoria, gender incongruence, as the terms I
20  referenced before, transgender.
21  BY ATTORNEY BROOKS:
22    Q.  And the effect of that is you do not require a
23  diagnosis of gender dysphoria under the terms of DSM-V.
24    Correct?

1    ATTORNEY BLOCK:  Objection to form.
2    THE WITNESS:  So the --- yeah, if we had
3  our druthers, which is I think you are asking, and we
4  did not --- and we weren't simply satisfying a third
5  party payor, would we insist on that formal DSM-V
6  criteria for a person we otherwise know to be
7  transgender?  We would not.
8  BY ATTORNEY BROOKS:
9    Q.  And in fact, you do not.
10    Correct?
11    ATTORNEY BLOCK:  Objection to form.
12    THE WITNESS:  Well, as a practical
13  matter, like I said, we live in a universe where we end
14  up doing both what we suggest is the necessary approach
15  and we end up, because we still live in the universe
16  that we live in, satisfying the other approach even
17  though we're suggesting that it's cumbersome.
18  BY ATTORNEY BROOKS:
19    Q.  Dr. Safer, you testified earlier that, in fact,
20  in 42 patients your clinic determined they were surgery
21  eligible even though they did not satisfy the SOC
22  criteria listed in column one of table one?
23    A.  Right.  So they are not --- so they would be ---
24  they theoretically would be eligible without having

1  satisfied the --- some of those specific WPATH criteria
2  that we discussed.  But in practice nobody went to
3  surgery without covering both sets of criteria.
4  **Q.   Isn't the precise results reported by this paper**
5  **that 42 patients were deemed surgery approved who did**
6  **not qualify under WPATH criteria?**
7  A.   But I guess the bottom line of the paper is that
8  if we followed our --- our rules alone, we would
9  actually cover more details and be more conservative in
10  our approach if a longer list of criteria and we would
11  do so more quickly.  That's all the paper says.  It
12  doesn't say that we have --- that we have actively
13  defied the existing universe and sent people to surgery
14  without covering the criteria that are generally being
15  used by doctors.
16  **Q.   And by the way, the surgery we're talking about,**
17  **vaginoplasty, in the context where it is being used for**
18  **gender affirming purposes, invariably includes**
19  **castrating the individual.**
20  **Correct?**
21  ATTORNEY BLOCK:  Objection to form and
22  foundation.
23  THE WITNESS:  So a vaginoplasty is a
24  genital reconstruction surgery, which in this context is

1  taking the existing typically --- typical male genitalia
2  and reconfiguring it into typically female genitalia.
3  And in that --- in the procedure the testes are removed.
4  BY ATTORNEY BROOKS:
5  **Q.   They're not reconfigured?**
6  A.   They are not reconfigured.
7  **Q.   Let me ask you 169, column one, it says about**
8  **two-thirds of the way down, at the end of the paragraph**
9  **that begins medical requirements for the Mount Sinai**
10  **CTMS?  I want to direct your opinion --- your attention**
11  **to the final sentence.**
12  A.   So which paragraph, column one.
13  **Q.   Column one, the paragraph that begins halfway**
14  **down, medical requirements?**
15  A.   Yes.
16  **Q.   Now, let's jump to the end.  The Mount Sinai**
17  **criteria also removed the 12-month continuous hormone**
18  **therapy requirement for the vaginoplasty which**
19  **complicates matters for people who have received hormone**
20  **therapy from non-medical providers.**
21  **Do you see that language?**
22  A.   I do.
23  **Q.   Explain to me the reference for people who have**
24  **received hormone therapy from non-medical providers?**

1  A.   Well, it is the circumstance that some people
2  more so outside of New York, some transgender people
3  still do not have access to care for --- to gender
4  affirming care and do get some of their treatment by
5  alternative means.  And if there is an insistence on a
6  documented 12-month continuous hormone therapy
7  requirement, then those people might not be able to be
8  approved for surgery.
9  **Q.   I need to ask you to clarify what you mean by**
10  **obtaining by alternate means?**
11  A.   We have people getting hormones from internet
12  providers.  We have people inappropriate --- well, I
13  apologize, I don't want to make a value judgment there,
14  but we have people getting hormones from friends or
15  connections of theirs, things outside the system.
16  **Q.   So you have some people come to you who have**
17  **effectively self-diagnosed and self-prescribed ---**
18  ATTORNEY BLOCK:  Objection.
19  BY ATTORNEY BROOKS:
20  **Q.   --- hormone therapies?**
21  ATTORNEY BLOCK:  Objection to form.
22  THE WITNESS:  So when we are seeing
23  people for surgeries, then it is no longer a matter of
24  self-diagnosis because we see them ourselves with our

1  internal team.  But there are people who have
2  self-prescribed their hormones or obtained them by
3  nonconventional means, that part, yes.
4  BY ATTORNEY BROOKS:
5  **Q.   And when people come in who have obtained**
6  **hormones by nonconventional means and taken them without**
7  **prescription necessarily, you chose to remove the**
8  **requirement for 12 months properly prescribed continuous**
9  **hormone therapy rather than insisting that the patients**
10  **undergo control of hormone therapy for 12 months before**
11  **you operate on them?**
12  ATTORNEY BLOCK:  Objection to form.
13  THE WITNESS:  So to clarify, again, these
14  are --- we are proposing that this would be the
15  protocol.  In practice, we have not been able to do
16  this, that is we have had to do both.  But in our
17  experience, as a program we don't see any benefit to a
18  supervised --- a supervised regimen, that is we are not
19  --- I'll just leave it there.
20  BY ATTORNEY BROOKS:
21  **Q.   WPATH in table one requires that all psychiatric**
22  **symptoms be, quote, well controlled.**
23  **Correct?**
24  A.   They use that language, yes.

1    Q.   And the language under the CTMS column is rather
2    different.  Among other things it says no suicide
3    attempt in the last six months.  Do you see that?
4    A.   Let me find it.  We're in the table, right?
5    Q.   We are in the mental health section under CTMS
6    column?
7    A.   Yes.
8    Q.   No suicide attempt in the last six months.  But
9    if the patient tried to commit suicide seven months ago,
10   that's okay?
11        ATTORNEY BLOCK:  Objection to form.
12        THE WITNESS:  So the point here and the
13   distinction is that the WPATH criteria are too vague,
14   and so what you are observing with the Mount Sinai
15   criteria is they're much more granular.  And rather than
16   leaving something to some subjective interpretation we
17   define some of the specifics to make it clearer on what
18   the guidelines should be.
19   BY ATTORNEY BROOKS:
20   Q.   You refer here in your guideline to no suicide
21   attempt in the last six months.  If a patient has
22   entertained suicidal thoughts but made no attempt in the
23   last six months, did that patient potentially satisfy
24   the Mount Sinai criteria?

1    A.   So that kind of decision would be at the
2    discretion of the reviewing mental health professional,
3    the psychiatrist or the psychologist, and so you can
4    certainly envision different circumstances.  So even
5    going back to your example of seven months, you could
6    envision that something like that might be considered,
7    depending upon the person, too unstable even though they
8    technically met criteria.  This isn't just a check box.
9    It is more a guideline.  And similarly, to your point
10   about a suicidal ideation, there are different tiers of
11   them.  And I won't claim to be an expert on the
12   specifics there, but my mental health professionals are
13   more concerned about some of those than others.
14        ATTORNEY BROOKS:  Take a break.
15        VIDEOGRAPHER:  The current time reads
16   3:35 p.m. Eastern Standard Time.
17   OFF VIDEOTAPE
18        ---
19   (WHEREUPON, A SHORT BREAK WAS TAKEN.)
20        ---
21   ON VIDEOTAPE
22        VIDEOGRAPHER:  We are back on the record.
23   The current time is 3:55 p.m. Eastern Standard Time.
24   BY ATTORNEY BROOKS:

1    Q.   Dr. Safer, you testified earlier, and I think
2    I'm using the word that you used that if your clinic had
3    its druthers they would be following or making decisions
4    strictly based on the criteria that are laid out in this
5    paper, Exhibit 15, under the heading of Mount Sinai
6    CTMS.
7        Correct?
8    A.   Yes.
9    Q.   And can I infer from that that you, yourself,
10   don't view the WPATH SOC-7 as setting out scientifically
11   established best practices but rather recommendations on
12   which you use different?
13        ATTORNEY BLOCK:  Objection to form.
14        THE WITNESS:  No, I would not say that.
15   So SOC-7 sets out the guidelines as things were
16   understood in 2011 and 2012, and we have learned ---
17   we've learned and things have evolved since then in
18   terms of the care of transgender people.
19   BY ATTORNEY BROOKS:
20   Q.   Did you have any participation in the
21   development of the SOC-7 guidelines?
22   A.   I had very minimal participation.  I helped
23   review some articles that informed those guidelines.
24   Q.   Those guidelines --- did you have any

1    familiarity with the process of how they were being
2    drafted?
3    A.   I'm trying to think if I can say things
4    usefully.  I was not close enough to the process that we
5    would want --- that I would want to start commenting on.
6    Q.   Do you know whether they addressed issues on
7    which opinions within the drafting committee differed?
8    A.   I can't comment on SOC-7.  We are literally
9    writing SOC-8 now.
10   Q.   And on that are there issues that the SOC-8 is
11   addressing on which opinions significantly differ?
12   A.   Yes.
13   Q.   So it's not that every aspect of the guidelines
14   are unanimously agreed by every member?
15        ATTORNEY BLOCK:  Objection to form.
16        THE WITNESS:  So with medical guidelines
17   in general there isn't --- that unanimity wouldn't be a
18   thing.  They're referred to as consensus documents
19   rather than unanimous documents.
20   BY ATTORNEY BROOKS:
21   Q.   And what that tells us is that there is --- that
22   reasonable people differ on at least some aspects of
23   what is set forth in the document?
24        ATTORNEY BLOCK:  Objection to form.

1    THE WITNESS: In all guidelines,
2  including these, members of the committee even differ in
3  terms of how things are framed and when consensus is
4  obtained, but not unanimity.
5  BY ATTORNEY BROOKS:
6    Q.  How many gender performing surgeries or gender
7  affirming surgeries were performed in your clinic in
8  2021?
9    A.  In 2021, all --- there were, according to the
10  New York Times, about 9,000 total surgeries performed at
11  Mount Sinai hospitals, including everything we do. So
12  that wouldn't just be vaginoplasty. That would include
13  chest reconstruction surgeries, revisions of older
14  surgeries, et cetera.
15    Q.  Well, you quote the New York Times. Where did
16  they get the information?
17    A.  I suppose the sources is us.
18    Q.  You believe that number to be approximately
19  accurate?
20    A.  I think that's right.
21    Q.  I don't trust the New York Times, but you have a
22  pass. And now 2021 may or may not have been affected by
23  COVID in terms of patients presenting and wanting
24  surgery. Has there been a clear trend in numbers of

1  surgeries performed by your clinic over the last five
2  years?
3    ATTORNEY BLOCK: Objection to form.
4    THE WITNESS: So there is definitely an
5  increase in the number of surgeries at Mount Sinai over
6  the past five years. Unfortunately, expectation is the
7  challenge. We opened the program in 2016, so roughly
8  those five years. And certainly the first few years
9  were quieter as the reputation grew. In 2020, numbers
10  were down because we had to divert resources to taking
11  care of people with COVID. Our group, including myself,
12  literally dropped what we were doing for a period of
13  time to go become COVID hospital employees, and so there
14  was a dip there in 2021 as a little bit of a rebound
15  element to it.
16  BY ATTORNEY BROOKS:
17    Q.  Are you able to give me any average total
18  receipts of your clinic or the hospital as a whole and
19  associated physicians from gender affirming surgeries
20  performed within 2021?
21    A.  I'm sorry, say that again.
22    Q.  Let me just ask this again. Do you have any
23  knowledge as the total --- as to the total receipts of
24  your clinic or the wider hospital and physicians

1  involved as a result of gender affirming surgeries
2  performed by your clinic in the last year?
3    A.  So do I know some of the financial elements?
4    Q.  Correct.
5    A.  So I do know some of the financial elements, but
6  nothing that the hospital would allow me to share.
7    Q.  Your counsel can designate it as confidential
8  later on, so it doesn't become public, but you are
9  obliged to answer the question.
10    ATTORNEY BLOCK: I'm not ---.
11  BY ATTORNEY BROOKS:
12    Q.  I'm entitled to understand your financial
13  interest in the area of your testimony.
14    ATTORNEY BLOCK: We are not representing
15  him in the context of any legal dispute with Mount
16  Sinai.
17    ATTORNEY BROOKS: I am entitled to
18  understand the expert's financial interest. And I
19  suggest to you, Counsel, that you'd rather have me
20  questions asked where you can designate it as
21  confidential than at trial in a public courtroom.
22    ATTORNEY BLOCK: It's not up to me.
23    ATTORNEY BROOKS: You can confer if you
24  want, because that would be the alternative. If you

1  want to step out and confer with your witness, you
2  should do so.
3    ATTORNEY BLOCK: It's not up to me to say
4  what he can and can't say in contravention with an
5  agreement with his employer, and so I think if you want
6  to like obtain like a Protective Order, you know, with
7  him.
8    ATTORNEY BROOKS: We have a Protective
9  Order in place, Counsel.
10    ATTORNEY BLOCK: I know, I'm not
11  representing him in that capacity, though. So if you
12  want to interface with his attorney through Mount Sinai
13  then you can, but I don't have an attorney/client
14  relationship with him for purposes of any employment
15  disputes.
16    ATTORNEY BROOKS: Are you instructing the
17  witness not to answer?
18    ATTORNEY BLOCK: No, I'm not.
19    ATTORNEY BROOKS: Are you refusing to
20  answer?
21    THE WITNESS: I wouldn't be able to
22  answer without including the hospital lawyers.
23  BY ATTORNEY BROOKS:
24    Q.  Can you tell me ---?

1          ATTORNEY TRYON:  This is Dave Tryon.  I'm
2    sorry ---.
3          ATTORNEY BROOKS:  Go ahead.
4          ATTORNEY TRYON:  May I just also say that
5    I think if the witness is not willing to disclose his
6    financial interest here, that that would be grounds to
7    disqualify him as a witness, which on behalf of the
8    state I would likely pursue.  So I would respectfully
9    request that he answer the question.
10         ATTORNEY BLOCK:  Dave, on what basis is
11   that grounds to --- he has disclosed everything required
12   by the rules.  You're asking for --- he has no financial
13   interest in this litigation.
14         ATTORNEY BROOKS:  We don't need to argue
15   the motion right now.  The motion seems likely, the
16   motion will be briefed, but we don't --- we got no Judge
17   here, we're not going to be deciding ---.
18         ATTORNEY BLOCK:  If you want to file a
19   subpoena as a third-party subpoena for that information
20   with a Court Order, than you're free to do so.  He is
21   appearing here as an expert witness on his expert
22   testimony.  So you have plenty of discovery tools to
23   obtain that information.  And we're not his counsel for
24   that.

1          ATTORNEY BROOKS:  I do have discovery
2    tools, including asking him questions at this
3    deposition.  I've attempted to do so.  You have not
4    instructed him not to answer.  The witness has refused
5    to answer.  The record is clear.
6    BY ATTORNEY BROOKS:
7        Q.   Let me ask you about personally.  Does your own
8    income or any bonus you receive depend on any part of
9    the overall revenues of your plan?
10       A.   It does not.
11       Q.   And does your personal income consist strictly
12   of a salary or also a salary plus fees associated with
13   surgeries performed?
14       A.   Exclusively a salary.
15       Q.   And your income depends in no way on how many
16   surgeries, you yourself perform?
17       A.   That --- well, I don't perform surgeries I'm not
18   an endocrinologist.
19       Q.   Pardon me.
20       A.   But that's right, it's not revenue based.
21       Q.   It's not revenue based in any way?
22       A.   In any way.  That's right.
23       Q.   That is helpful.  Do you have any understanding
24   as to the average revenues per patient that your clinic

1    receives for patients who are seeking gender affirming
2    surgery in the clinic?
3        A.   We don't characterize it that way.  There's a
4    --- there's a wide range of reimbursements or lack of
5    reimbursements across medicine.  And gender affirming
6    care includes quite that entire range actually, from
7    mental health, which is under reimbursed, to the
8    surgeries which are --- where there's more money.
9        Q.   I've been waiting to hear the flip side of that.
10       A.   So yes, so we have that, so I don't think I
11   could give --- I wouldn't --- even were I allowed by the
12   hospital to give you the specifics, I don't know that I
13   would be able to do that on a per patient basis.
14       Q.   Can you tell me your total personal income in
15   2021 from --- in any way related to your work in
16   connection with your employment at Mount Sinai?
17       A.   So is this something that I'm answering?
18         ATTORNEY BLOCK:  I'm sorry, could you
19   restate the question?
20         THE WITNESS:  He's asking for my ---
21   you're asking for my salary?
22   BY ATTORNEY BROOKS:
23       Q.   I'm asking for your total income, in any way
24   --- in 2021 in any way associated with the clinic at

1    Mount Sinai?
2        A.   So we're running into --- so I'm simply on
3    salary, but the specifics of that are also something
4    where I would need to include the Mount Sinai lawyers,
5    because that's part of their practice, and I would have
6    to defer to them.
7        Q.   You decline to answer the question about your
8    own personal income?
9        A.   Yes.
10         ATTORNEY BROOKS:  I won't take time to
11   speak upon it, but I will object.
12   BY ATTORNEY BROOKS:
13       Q.   I read in some document that your spouse is an
14   employee of Parexel --- if I'm pronouncing that company
15   correctly.
16         Is that still the case?
17       A.   Yes.
18       Q.   And does that company derive any revenues from
19   the sales, testing, clinical trials of any
20   pharmaceutical that is used to suppress puberty or is
21   used as a cross sex hormone?
22       A.   I don't know the answer.  Parexel is a very
23   large back office organization supporting clinical
24   research with many clients.  And so you can envision

Page 214

1   some connection buried in there, but I don't know
2   specifics.
3       **Q.   Fair enough.**
4           ATTORNEY BROOKS:  Let me have 54.
5   BY ATTORNEY BROOKS:
6       **Q.   Let me ask you to turn to paragraph 18 in your**
7   **expert report, and there in the first sentence you write**
8   **although the detailed mechanisms are unknown, there is a**
9   **medical consensus that there is a significant biologic**
10  **component underlying gender identity, closed quote.**
11          **Do you see that?**
12      A.   No, I might have pulled the wrong thing out.
13  Which ---?
14      **Q.   It's the expert report not the rebuttal?**
15      A.   Expert report.  And it's which paragraph?
16      **Q.   Paragraph 18?**
17      A.   Oh, sorry.
18      **Q.   This is why lawyers number their paragraphs.**
19      A.   That is wise.  All right.  Paragraph 18.
20      **Q.   I'm just calling your attention --- and I have**
21  **read into the record the first sentence of that**
22  **paragraph.**
23      A.   I see it.
24      **Q.   And picking up on our earlier discussion about**

Page 215

1   **consensus.  When you say there is a medical consensus,**
2   **do you mean that all experts in the field agree or do**
3   **you mean that in your view this is a majority opinion?**
4           ATTORNEY BLOCK:  Objection to form.
5           THE WITNESS:  So when I guess similar to
6   when we talked about guidelines if the question is, is
7   there unanimity, then there is never unanimity, so there
8   you go.
9   BY ATTORNEY BROOKS:
10      **Q.   Okay.**
11      A.   I can be a little stronger, though, because the
12  mainstream medical organizations have various statements
13  in this space.  So for example, the endocrine society,
14  which is the largest international organization of
15  endocrinologists does actually have a statement where
16  the sum of the modeling for gender affirming care is
17  prefaced with statements that support this.
18      **Q.   In providing the basis for your opinion that**
19  **there is such a consensus, you cite only two papers and**
20  **those only papers that you had written yourself.**
21          **Did you consider those papers written by**
22  **yourself to adequately document the existence of the**
23  **medical consensus?**
24          ATTORNEY BLOCK:  Objection to form.

Page 216

1           THE WITNESS:  So both of the papers
2   reference reviews with larger bibliographies that
3   reference yet other papers that support the statement.
4   And when we're talking about what's informing the
5   statement, of course, is not limited to the specific
6   papers referenced, so that's part of the reason why I
7   gave that example, for example, the endocrine society's
8   formal statements on the project, which is a consensus
9   view of more people than myself, of course.
10          ATTORNEY BROOKS:  Let me mark as
11  Exhibit 16, an article by Aruna Saraswat and others
12  entitled Evidence Supporting the Biological Nature of
13  Gender Identity from 2015 of which Dr. Safer is one of
14  the co-authors.
15          ATTORNEY WILKINSON:  Tab 54.
16          ---
17          (Whereupon, Exhibit 16, Aruna Saraswat
18          Article, was marked for identification.)
19          ---
20  BY ATTORNEY BROOKS:
21      **Q.   And Dr. Safer, is that a paper that you --- I**
22  **guess I see by placement --- had supervisory**
23  **responsibility for?**
24      A.   Yes.

Page 217

1       **Q.   Let me --- I learned something in this**
2   **deposition, so that is good.**
3           **Let me call your attention to page two and**
4   **column two, and in the very bottom paragraph ---.**
5           ATTORNEY BLOCK:  I'm sorry, did you mean
6   200?
7           ATTORNEY BROOKS:  I did mean 200.  I
8   apologize.  That is also the second page.
9   BY ATTORNEY BROOKS:
10      **Q.   In the bottom --- first column bottom paragraph**
11  **it states, quote, however it is important to note that**
12  **most transgender individuals develop a gender identity**
13  **that cannot be explained by atypical sexual**
14  **differentiation, closed quote.**
15      A.   So this is column two.
16      **Q.   Column one.  If I misspoke I apologize.**
17      A.   I could have misunderstood at this hour.
18      **Q.   At the bottom paragraph?**
19      A.   However it is important to note, I'm there, yes.
20      **Q.   All right.**
21          **Can you explain to me what is meant by the**
22  **statement that most transgender individuals have a**
23  **gender identity that cannot be explained by atypical**
24  **transgender differentiation?**

Page 218

1     A.   So that is referencing, in this context at the
2 time that this was written, the anatomy, genitals,
3 reproductive structures.
4     Q.   And let me just --- for purposes of terminology,
5 you said at the time this was written.  This is about
6 seven years ago, six years ago?
7     A.   2015, yes.
8     Q.   And if you look at the page one, column one
9 abstract.  This paper is using the term disorders, in
10 sexual development, and that DSD.
11       Do you see that?
12     A.   I do.
13     Q.   That was a term that you were comfortable with
14 most recently?
15     A.   It was a terminology that I was using that
16 recently, yes.
17     Q.   The point here, on page 200, column one, that we
18 were just looking at is, in fact, most transgender
19 individuals do not suffer from any identifiable DSD.
20       Is that what this is saying?
21     A.   From a physically identifiable DSD, that is what
22 this is saying, yes.
23     Q.   Physically, genetically, hormonally,
24 identifiable by any physical measurement.

Page 219

1       Correct?
2       ATTORNEY BLOCK:  Objection to form.
3       THE WITNESS:  So you have to be careful
4 to be not too broad, and part of the reason is the line
5 there is actually blurring.  So when I'm sitting here
6 and talking in 2022 I recognize that there is a
7 potential for some blurring in that line.  But in 2015
8 it was certainly understood to be how you're saying it.
9 BY ATTORNEY BROOKS:
10     Q.   Well, it remains true today, does it not, that
11 the overwhelming majority of transgender individuals do
12 not suffer from any identifiable atypicality
13 genetically, physically or hormonally.
14       Correct?
15     A.   Well, that's not how I would say it, because
16 gender identity is a biological phenomenon and so one
17 would predict that as we identify certain correlates or
18 even explanations, than we will have things in that
19 space.  But if we're talking about how things were
20 defined in 2015, being transgender was defined as
21 somebody where their gender identity was not aligned
22 with the rest of their biology, and there was no
23 apparent, physical variation either in terms of their
24 anatomy or their chromosomes in terms of their genitals,

Page 220

1 in terms of their reproductive anatomy or in terms of
2 their chromosomes.  So that is how it was defined at the
3 time.
4     Q.   Well, today, and using identifiable to mean you,
5 Doctor safer, are able to identify it now, not
6 hypothetically in the future, it remains true that the
7 overwhelming majority of transgender individuals do not
8 suffer from any current identifiable, physical
9 chromosomal or hormonal irregularity.
10       Correct?
11     A.   I would say that right now in 2022, it would be
12 true to say that a transgender person does not have an
13 identifiable genital difference almost by definition or
14 a --- or an internal reproductive organ difference
15 almost by definition.  Chromosomal I can't say, because
16 we actually don't check.  And hormonal gets even grayer
17 than that, because it could be the case that there are
18 hormonal exposures, for example, in utero that explain
19 at, least some people as being transgender.
20     Q.   As you sit here today, you don't know of any
21 chromosomal test that can identify an individual as
22 transgender, do you?
23     A.   Is there a --- there --- as I sit here today
24 there are no tests to identify somebody who is

Page 221

1 transgender.
2     Q.   And that includes genetic tests?
3     A.   There's no scan and there are no blood tests and
4 there are no genetic tests.
5     Q.   And no hormonal tests?
6     A.   That's right.  There are no hormonal tests right
7 now to identify a transgender person.
8     Q.   As you sit here today and based on your whole
9 knowledge of the field, there is no biological test from
10 some mental professionals, as they can do, but there is
11 no biological test that will tell you in advance which
12 prepubertal child who is suffering from gender dysphoria
13 would persist and which would desist as they enter
14 adolescence?
15     A.   So I would have to challenge how you're stating
16 that a little bit just so that we are cleaner in terms
17 of how we think.  So we're thinking right now in terms
18 of identifying kids who are transgender.  We use various
19 terminologies, so that --- we've have been using the
20 term gender dysphoria we're going to be shifting to more
21 gender incongruence, but we're trying to identify people
22 who are transgender and who may require intervention
23 later.
24       Recognizing further that only a subset of

Page 222

1   transgender people would require a medical or surgical
2   intervention.  And so if the question is can --- is
3   there a test now in 2022 to determine in an prepubescent
4   kid who says they're transgender or people who suspect
5   may be transgender on whatever they're saying, no, there
6   is no test to know that is true or not and to know if
7   they'll think that later or not, and to know if they'll
8   want treatment or not.
9       **Q.   So it is your opinion that there is consensus**
10  **that there is a biological basis for transgender**
11  **identification, but as of 2022 you don't know with any**
12  **confidence what that biological basis is.**
13      **Correct?**
14      ATTORNEY BLOCK:  Objection to form.
15      THE WITNESS:  I would say that it is
16  complicated and there may even be more --- there might
17  be multiple explanations for people being transgender.
18  We see that with other biological entities like
19  diabetes, for example.  So the idea that we don't know
20  what it is, is also a little too narrow.
21  BY ATTORNEY BROOKS:
22      **Q.   You don't know any one identifiable biological**
23  **cause with any confidence that state within a scientific**
24  **knowledge?**

Page 223

1       A.   No.  That's not quite true.  We know that ---
2   and it's not even the biology of being transgender even
3   though that is how I just framed it.  It is even one
4   step back which is the biology of gender identity.  We
5   all have gender identity, and how is that determined and
6   what is that biology.  And we know there --- and we know
7   then that some transgender people have that particular
8   biology not aligned with some of their other biology.
9       So going back to what you just asked, that we
10  don't know any mechanisms is not quite true.  That is
11  people that looks to be true that exposure to androgen,
12  male hormones in utero can have some influence on some
13  people as to their identity.
14      **Q.   Well, if there is not yet any test that is**
15  **predictive of gender identity in a prepubescent child,**
16  **then as a matter of science it follows that you don't**
17  **actually know any causal relationship, any biological**
18  **basis, is that not true?**
19      A.   No, that wouldn't be quite sure.  We can't test
20  for somebody deemed transgender, and we can't test
21  gender identity with a test.  But like I said, that at
22  least in some circumstances the androgen exposure in
23  utero, in a mother's womb, could be part of the
24  explanation for some people.  Maybe isn't all the

Page 224

1   explanation for some people.
2       **Q.   It could be, but no science has been done to**
3   **prove that that is a fact, has it?**
4       A.   So it isn't really a hypothetical, that is we do
5   have --- we do have data that support it, but it doesn't
6   lead us to a test.
7       **Q.   If it is not testable, then it is a hypothesis,**
8   **not a fact, isn't it, not of science.**
9       **Correct?**
10      ATTORNEY BLOCK:  Objection to form.
11      THE WITNESS:  No, that is using testing
12  two different ways.  So in a scientific study, then a
13  hypothesis is something that you have based on a certain
14  --- based on certain data, but then you test to see how
15  true it might be.  But when I was using the word test,
16  I'm talking about like a blood test or something that we
17  could actually do on a given individual to know their
18  circumstance with regard to their gender identity.
19  BY ATTORNEY BROOKS:
20      **Q.   Let me ask you to look at the paper that I've**
21  **marked as Exhibit 16, Evidence Supporting the Biological**
22  **Nature.  Is that that which you have in front of you?**
23      A.   I do, yes.
24      **Q.   And on the first page you refer under the result**

Page 225

1   **that begins by discussion of a seminal study by**
2   **Meyer-Bahlburg.  Do you see that?  Second column,**
3   **beginning of the results section.**
4       A.   Yes.
5       **Q.   And is it your contention that the**
6   **Meyer-Bahlburg study provides evidence of a biological**
7   **basis for transgender identification?**
8       A.   What the Meyer-Bahlburg study does is it
9   provides evidence of a biological basis for gender
10  identity.
11      **Q.   Well, specifically the study, the Meyer-Bahlburg**
12  **study --- let me have that so we are not shooting in the**
13  **dark.  Exhibit 17 is a paper from 2005 from Professor**
14  **Heino Meyer-Bahlburg, entitled Gender Identity Outcome**
15  **in Female Raised 46, comma XY persons with penile**
16  **agenesis, and it continues.  It's a long document?**
17      ATTORNEY WILKINSON:  Tab 14.
18      ---
19      (Whereupon, Exhibit 17, 2005 Paper by
20      Professor Heino Meyer-Bahlburg, was marked
21      for identification.)
22      ---
23  BY ATTORNEY BROOKS:
24      **Q.   I believe the level of questions that I will be**

1    asking, however, are the ones that you will know off the
2    top of your head given the importance of this study in
3    the field.  The study concerned exclusively children who
4    are born with what's referred to as a 46 XY condition.
5        Right?
6    A.   Yes.
7    Q.   And that is long recognized as a DSD?
8    A.   No, 46 XY is the classic male chromosome
9    pattern.
10   Q.   Yes.  Pardon me.  So these are individuals with
11   typical male pattern chromosomes?
12   A.   Yes.
13   Q.   Who, however, for some reason have had a
14   developmental disorder or defect affecting their
15   genitals?
16   A.   Who have had some sort of alteration or
17   development of their genitals, exactly.
18   Q.   And the study concerns the results of efforts to
19   raise such genetically male children as female in some
20   cases after surgical procedures to feminize them and in
21   some cases absent surgical procedures.
22       Correct?
23   A.   The study really relates to the gender identity
24   of those where there is an attempt to raise them as

1    females.
2    Q.   And the results, if I understand the study, were
3    mixed, that is that some of the individuals who were
4    raised as females nevertheless came to identify as male
5    and some of the individuals who were raised as females
6    came --- persisted in identifying as female.
7        Correct?
8    A.   It is not actually as clean as you're saying it.
9    So we should look at some of the specifics and we might
10   need to point out to specific sentences, but this too is
11   a survey of --- a survey of studies, to be clear, it's
12   not its own isolated study, and then there --- in none
13   of these studies were they systematic or, you know, I
14   guess I will just use the word systematic in
15   ascertaining that all of the people who were being
16   raised female and ascertaining all of the gender
17   identity of those people.  But what they are really
18   observing is that the numbers that they mention of the
19   people who they were trying to raise female who had male
20   gender identity were whatever the numbers were.  I don't
21   know if that makes sense, but you'll follow as
22   necessary.
23   Q.   If you turn to page 432 it begins under the
24   heading discussion.  It begins, quote, the main findings

1    can be summarized as follows.  One, the majority of 46
2    XY individuals with presumably normal male prenatal
3    hormonal milieu, comma, non-hormonal anatomic
4    abnormalities of the genitals, comma, and female gender
5    assignment at birth or in early childhood have not
6    changed gender to male.  Do you see that?
7    A.   I do see it.
8    Q.   And one thing, and I understand the
9    qualifications that you've just described this is not
10   recording a carefully structured study performed by
11   Doctor Meyer-Bahlburg but rather a review of case
12   histories.
13       Right?
14   A.   Exactly.
15   Q.   But his conclusion from his review of those is
16   that the majority of genetically presumably normal male
17   individuals who were raised female, and I believe it's
18   fair to summarize in most cases after feminizing genital
19   surgery, adhered to a female gender identity at least to
20   the data we have?
21   A.   Yes, so I don't know whether they actually all
22   had surgery or not.
23   Q.   They did not all have surgery.
24   A.   Right or even the larger number.  I don't know.

1    I would have to go through.
2    Q.   Fair enough.
3    A.   But the --- and it was his opinion at the time
4    he was writing it that the majority who were reared
5    female were living as female, although we don't know
6    their gender --- but now this is me stepping out, saying
7    we don't know their gender identity, nobody asked.  The
8    reason why this paper is interesting is even in the
9    circumstance where they were being so passive in how
10   they were collecting the data, such a large fraction of
11   these individuals were so clear in their male gender
12   identity that they actually identified themselves
13   against the protocols.
14   Q.   And that seemed to be evidence that --- of a
15   biologic basis of gender identity congruent with their
16   male genetics.
17       Correct?
18   A.   That --- for these people, that's right.  That
19   is with or --- with their chromosomes.
20   Q.   Right.
21   A.   Which you would predict.  If we think about ---
22   if we recognize --- if we think that by survey a half a
23   percent or even a full percent of people are transgender
24   that would mean that 99 percent of people are cisgender.

1    And so if you take a population of people with certain
2    chromosomes, 99 percent of them are going to be
3    cisgender and will have a gender identity incongruent
4    with their chromosomes.
5        Q.   The study includes no individuals who were
6    raised with a gender identity inconsistent with their
7    male chromosomes who came to identify or later perceived
8    themselves as identifying as female.
9        Correct?
10       A.   Well, we don't know that because they were ---
11   they're all XY individuals who were being raised female.
12   And somebody who had a female gender identity who is
13   transgender among them would never be identified as
14   transgender in this case.
15       Q.   So my question was a little more specific.  The
16   study simply doesn't include any individual who had male
17   chromosomes who was raised male who came to identify as
18   female?
19       A.   That's correct.  All of these people who are XY
20   chromosome people raised female.
21       Q.   And you would agree with me, would you not, the
22   study provides some evidence that external forces such
23   as feminizing surgery or how their parents treat the
24   child can have some influence on the formation of gender

1    identity?
2        A.   I can't say that because the study really
3    doesn't go there.  The study is only passive observation
4    and all --- the only thing I would say with some
5    confidence is that some fraction of these individuals
6    who are so clear in their gender identity that despite
7    nobody even looking for that sort of thing, because that
8    wasn't even a consideration when these --- when these
9    cases occurred, they --- the individuals spontaneously
10   announced to the authorities around them, parents and
11   doctors, that there were wrong, that the parents and
12   doctors were wrong.
13       Q.   And that, in your view, provides at least some
14   evidence of a genetic basis for gender identity
15   congruent with chromosomal sex?
16           ATTORNEY BLOCK:  Objection to form.
17           THE WITNESS:  No.  It provides some
18   evidence of a biological basis for gender identity that
19   can't be manipulated externally.
20   BY ATTORNEY BROOKS:
21       Q.   Well, considering that the study included no
22   examples of any individual who adopted a transgender
23   identity inconsistent with how they were raised, the
24   study simply can't provide any information about

1    biologic basis of transgender identification, can it?
2        A.   Wait.  I think say that again.
3        Q.   The study includes no individuals who adopted a
4    gender identity, a transgender identity apart from
5    social transition and, therefore, can provide no
6    information one way or the other about whether there is
7    or is not a biologic basis for transgender
8    identification?
9        A.   So not quite.  So the --- because remember the
10   point is that gender identity, period, universally, has
11   a biological basis.  It's not that we --- and to be
12   clear, I don't even know that we won't find and some
13   people even wonder if we will find a gene that
14   associates a gene with transgender, per se.  But I'm not
15   even saying that.  If there's --- I'm only saying that
16   we will find let's say genes associated with gender
17   identity and not everybody will have them aligned with
18   the rest of their biology.  So I just want to preface
19   with that.
20           And in this particular review, they're taking
21   people who have XY chromosomes exclusively.  So
22   therefore, if one --- if a certain fraction of them were
23   to have female gender identity despite assuming
24   different development they would have had male --- they

1    would have had other male biology, those are the people
2    we would have categorized as transgender using current
3    definitions.  And those individuals would not have been
4    apparent in this study they were being raised female
5    anyway.
6        Q.   And my point was that, therefore, that this
7    study can't provide any information about whether there
8    is or isn't a biological basis for transgender
9    identification?
10       A.   So yes.  I guess how you are framing that is
11   where I'm pushing back.  So the point of this study is
12   as evidence of there being a biological basis of gender
13   identity period, having nothing --- not necessarily for
14   being transgender.  In fact, I don't even know if there
15   --- yeah, I don't even know if that would be the model.
16   The model would be somebody who has a certain gender
17   identity, a certain other biology, and then that
18   combination is what we are calling transgender.
19       Q.   You also referenced a paper by Doctor Reiner.
20   And let me have that.
21           ATTORNEY BROOKS:  And I will mark that as
22   Exhibit 18, 2004 Discordant Sexual in Some Genetic Males
23   With Cloacal Exstrophy Assigned to Female Sex at Birth.
24           ATTORNEY WILKINSON:  Tab 71.

Page 234

```
 1                        ---
 2              (Whereupon, Exhibit 18, Paper by Doctor
 3       Reiner, was marked for identification.)
 4                        ---
 5       BY ATTORNEY BROOKS:
 6          Q.   And Dr. Safer, you are well familiar with this
 7       paper.
 8              Am I correct?
 9          A.  I am, yes.
10          Q.   And this is the only other paper that you cite
11       for the assertion that gender identity has a biological
12       basis.
13              Am I correct?
14          A.   No, there are a range of categories of papers,
15       but these are two of my favorite papers in the first
16       category, which is the category of attempting to
17       manipulate gender identity externally.
18          Q.   Dr. Bahlburg in his paper, on page 433 of
19       Exhibit 14, in column one ---.
20          A.   Yes.  Let me get there.
21          Q.   Yes.  433, column one.
22          A.   433, column one.
23          Q.   He says about two inches off the bottom,
24       referring to the Reiner and Gearhart paper of 2004,
```

Page 235

```
 1       which I believe is this paper, he says, quote, it has
 2       serious methodological flaws.  Do you agree with that
 3       statement?
 4          A.   Let's read what he is criticizing.  All these
 5       papers have their weaknesses.  All right.  So the
 6       remainder of that -- so the remainder of the paragraph
 7       is --- details the complaints for Doctor Meyer-Bahlburg,
 8       where his --- which I focus as a social science
 9       researcher that they didn't do various assessments that
10       would make it --- that would make standard people doing
11       some of this research able to replicate some of the
12       items in the paper.  And I will --- so while Doctor
13       Meyer-Bahlburg may be frustrated and be complaining
14       about that, he is not actually attacking the veracity of
15       their results.
16          Q.   Well, the point was serious methodological flaws
17       is you are not really able to evaluate the veracity of
18       the results.
19              Correct?
20          A.   Not necessarily.
21          Q.   Do you agree with Doctor Meyer-Bahlburg's
22       evaluation that the methodology of the study reported by
23       Reiner and Gearhart suffers from serious methodological
24       flaws?
```

Page 236

```
 1          A.   No.
 2          Q.   So let's summarize this study if I may.  I'm
 3       turning to page 334.
 4          A.   And extending that too, part of his frustration
 5       wouldn't be my frustration because I am not looking for
 6       those particular endpoints, that is for my purposes for
 7       determining whether gender identity is a biological
 8       basis Reiner and Gearhart's paper is actually quite
 9       strong.
10          Q.   Let's look at the first page in the summary up
11       front.  It refers to this paper dealt with 16 --- under
12       methods, 16 genetic males.
13              Correct?
14          A.   Yes.
15          Q.   And these were all males who suffered from ---
16       uses the word in the second line of the background as
17       severe developmental disorders affecting their genitals.
18              Correct?
19          A.   That's how it is phrased here.  Where am I
20       seeing that?
21          Q.   The second line of the background says severe.
22          A.   Severe phallic inadequacy, yes, I see that.
23          Q.   Which is to say not --- absent or severely
24       disformed penis?
```

Page 237

```
 1          A.   That's what that means, yes.
 2          Q.   Okay.
 3              But these are individuals who are genetically
 4       male, and more than that, on page 334, column two,
 5       two-thirds of the way down it says the testes were
 6       histologically normal in all 14 when examined?
 7          A.   I'm on column two.
 8          Q.   It is column two.
 9          A.   I apologize.
10          Q.   You can kind of see where my finger is pointing
11       here.
12          A.   And this is under ---.
13          Q.   Under methods and the paragraph that begins
14       parents to be educated?
15          A.   Testes were histologically normal in all 14.
16       I'm there, yes.
17          Q.   So we had individuals who were genetically male
18       that had normal testes and had severe deprivation of
19       their penis or it was absent?
20          A.   Yes.
21          Q.   And what was done to these 14 subjects, looking
22       just above that, is that they were assigned a female sex
23       surgically by means of orchiectomy and construction of
24       vulva.
```

Page 238

1    **Right?**
2    A.   Yes.
3    **Q.   And orchiectomy is another medical term for what**
4    **the layman thinks of as castration?**
5    A.   As removing the testes.
6    **Q.   And construction of the vulvi is creating a ---**
7    **I'm not sure what the right term is, a pseudo vagina?**
8    A.   It wouldn't be a pseudo vagina, but creating a
9    vagina.
10   **Q.   It says that --- just immediately following the**
11   **description of the surgery 14 of these 16 --- looking**
12   **back at the results paragraph and the abstract, 14 of**
13   **these 16 were assigned female but later declared**
14   **themselves male despite the surgery, despite being**
15   **raised as female.**
16   **Right?**
17   A.   Right, 8 of the 14 who were assigned female.
18   **Q.   I'm sorry, I misread that.  Thank you.  Eight of**
19   **the 14 who were assigned female nevertheless declared**
20   **themselves male at some stage?**
21   A.   That's correct.
22   **Q.   And the two who had been raised as males, even**
23   **though they suffered the same type of phallic**
24   **developmental defect, remained identifying as males.**

Page 239

1    **Correct?**
2    A.   Yes.
3    **Q.   There was an --- whatever assignment was made,**
4    **this was made to infants.  It wasn't made or based on**
5    **any choice or reported sense on the part of the child?**
6    A.   That's exactly right, yes.
7    **Q.   So several of these individuals, specifically**
8    **six, who were assigned female at least throughout the**
9    **period identified by this study adhered to a female ---**
10   **living out the female gender identity?**
11   A.   Actually it was five because one of the children
12   refused to have contact with the surgeons when some of
13   these conversations began to take place.
14   **Q.   So we know that five --- we don't know what that**
15   **person was thinking, feeling or identifying --- but we**
16   **know that five ---?**
17   A.   They were angry.
18   **Q.   They were angry.  Whichever that came out, I'd**
19   **be angry, so ---**
20   A.   Yes.
21   **Q.   --- so 5 of the 14 subjects who were assigned**
22   **female and surgically transitioned and socially**
23   **transitioned continued to at least physically identify**
24   **as female?**

Page 240

1    A.   As of when they wrote the paper they were still
2    identifying as female as far as I remember.  That's
3    right.
4    **Q.   And it would be your position that visibly**
5    **identifying as female doesn't necessarily mean that they**
6    **were generally transgender?**
7    A.   That --- we don't know that because that wasn't
8    asked.
9    **Q.   Is it your view that if you had these children**
10   **who were surgically transitioned, socially transitioned**
11   **visibly identifying as female, that if you had simply**
12   **asked them you would have found out the undoubted truth**
13   **about their gender identity?**
14       ATTORNEY BLOCK:  Objection to form.
15       THE WITNESS:  So it is true that as
16   people develop and assuming that there are good language
17   skills and that there aren't other developmental, mental
18   developmental reasons or other mental health reasons why
19   people would not be clear, that people are able to
20   articulate their gender identity.  Certainly adults do
21   so apparently quite reliably and older teenagers the
22   same, so depending on age.  But yes, there would be a
23   point in time when you could simply ascertain that by
24   asking.

Page 241

1    BY ATTORNEY BROOKS:
2    **Q.   Dr. Safer is that fundamentally a medical**
3    **question or a psychology/mental health question?  The**
4    **question of the reliability of a patient's self report?**
5    A.   I don't know that I separate it that way.  I say
6    that based on the data we slowly develop overtime of
7    transgender people where we see that any absence of
8    other confounding items along the lines that I said,
9    people at a certain stage in maturity who tell you a
10   certain thing about their gender identity are consistent
11   in that regard.
12   **Q.   This study, the Reiner Gearhart study,**
13   **Exhibit 18, concerns --- looks at the effect of trying**
14   **to raise individuals in a gender identity discordant**
15   **with their chromosomal sex.**
16       **Correct?**
17   A.   It is discorded with quite a number of things,
18   but yes, chromosomal is one of your hard data points.
19   **Q.   This study does not look at the question about**
20   **whether and when or how any sort of intervention might**
21   **encourage development of a gender identity consistent**
22   **with one's genetics sex; does it?  It simply does not**
23   **look at this issue?**
24   A.   Say that again, sorry.

1    Q.   This study does not address the question of
2    whether or how or at what developmental stage
3    therapeutic interventions might encourage the
4    development of a gender identity consistent with one's
5    chromosomal sex?
6    A.   The study is --- the way I'm interpreting the
7    study is it's looking at our inability to manipulate
8    gender identity.  And it's just that.  And I'm a little
9    fuzzy on the rest of what you're asking me.
10   Q.   Well, the study looks at efforts to manipulate
11   gender identity away from chromosomal from the identity
12   normally associated with one's chromosomal sex.  In this
13   case the male sex.
14        Right?
15   A.   It does.
16   Q.   This study simply does not look at efforts to
17   manipulate gender identity towards alignment with the
18   identity normally associated with a subject's
19   chromosomal sex?
20   A.   I think I'm following you now.  So you're
21   suggesting that if we took a transgender person and
22   tried to manipulate their gender identity to align with
23   some of the rest of their biology?
24   Q.   I'm not suggesting that I'm simply saying this

1    study.
2    A.   That particular instance.  Yes.
3        ATTORNEY BROOKS:  15.  It is one of the
4    previous marked ones, if that matters.  All right.
5        I will not show you that document.  Let
6    me ask the court reporter how many --- how much time we
7    have left on the clock.
8        COURT REPORTER:  I have 5:52, five hours
9    and 52 minutes.
10       ATTORNEY TRYON:  I didn't hear that.
11   Could you repeat that?
12       ATTORNEY BROOKS:  We've got an hour and
13   eight minutes according to the clock of the court
14   reporter here, and I believe that our friend in the
15   ether is calculating separately.
16       VIDEOGRAPHER:  Correct.  And it sounds
17   like the same.  I have to do the math.
18       ATTORNEY BROOKS:  Okay.
19   BY ATTORNEY TRYON:
20   Q.   Are you familiar Dr. Safer with a paper recently
21   published by Lisa Littman of Brown University looking at
22   the surveying 100 teens or young adults --- actually
23   surveying a hundred individuals who report having
24   de-transitioned and gone from identifying as transgender

1    to identifying in a manner consistent with their genetic
2    sex?
3        ATTORNEY BLOCK:  Objection to form.
4        THE WITNESS:  So I'm aware of Dr. Littman
5    having written a second paper.  But I'm not facile, I
6    guess.
7    BY ATTORNEY BROOKS:
8    Q.   You haven't read that paper?
9    A.   I have not read the paper.  I probably did read
10   it, but I would not be able to be quizzed on it.
11   Q.   Then I won't quiz you on it.  I always tell
12   witnesses I don't know is the easiest way out of a line
13   of questioning.
14        Are you --- let me ask you this, does your
15   clinic have any procedure in place to track outcomes on
16   patients on whom you perform gender conforming surgery
17   long term?
18   A.   We're actually in the --- we have a couple of
19   processes, so I guess the short answers are yes and
20   we're going to be more rigorous going forward.
21   Q.   Do you have any knowledge as to how many
22   patients on whom your clinic has performed surgery have
23   after that surgery committed suicide?
24   A.   I don't off the top of my head know that.

1    Q.   Do you believe that your clinic possesses
2    reasonably complete information on that question?
3    A.   I actually don't think our information is
4    sufficiently complete currently, and that actually is an
5    area where we're going to develop more vigorously,
6    because I would actually like to know that.
7    Q.   Do you know whether any patients on whom your
8    clinic has performed surgery has subsequently sought to
9    de-transition and take on or revert to, whichever way
10   you want to see it, a gender identity that's aligned
11   with their chromosomal sex?
12   A.   So it's a complicated question.  And actually I
13   just want to go back to the first part where you were
14   talking about suicide.
15        To be clear, the rigor I'm talking about is not
16   suicide focused, because I actually am not anticipating
17   that is --- that that is happening or is happening
18   more than with being seen in a general population, but
19   for all encompassing that we do definitely need that.
20        But back to your current question ---.
21   Q.   Let me jump back to suicide for a moment.  Are
22   you aware of studies coming out of DeVry University and
23   Amsterdam suggesting that post-surgical transgender
24   populations continues to experience elevated rates of

1  complete suicides compared to controlled populations?
2       ATTORNEY BLOCK:  Objection to form.
3       THE WITNESS:  So I'm aware that
4  transgender people have more mental health morbidity
5  than other populations.  Once corrections are made for
6  other confounding factors I don't know that we would
7  have --- that we're very clear yet on those data
8  including ---.
9  BY ATTORNEY BROOKS:
10      Q.   When I refer to a published study coming out of
11 DeVry University of Amsterdam showing high rates of
12 suicidality in postsurgical transgender patients, you
13 believe you're familiar with that literature?
14      A.   I guess it would fall in the same category as
15 Littman's second paper.
16      Q.   Okay.
17      A.   Where I'm familiar with the fact that they're
18 doing surveys and I'm familiar with the broad outlines,
19 but could not ---
20      Q.   Okay.
21      A.   --- comment on specific studies without it being
22 in front of me.
23      Q.   And have any patients on whom your clinic has
24 performed surgery subsequently decided to de-transition

1  and assume a gender identity aligned with their
2  chromosomal sex?
3       A.   I don't --- I don't know.  There is absolutely
4  the case that there are people who stop their treatment
5  at different levels, so it has definitely been my
6  experience that I have patients who I've put on hormone
7  treatments who have stopped those hormone treatments.
8  And there are also, among our patients --- I don't know
9  if any of the patients where we performed the original
10 surgery they actually were opting for a different
11 surgery, but we definitely have patients who have come
12 to us, who had a surgery done elsewhere who were looking
13 for a degree basically what you're calling a reversal,
14 to the degree that that's possible.  So that such a
15 thing does exist.  So the point about saying that they
16 have a different gender identity, that would --- that is
17 not typically how the patients come saying it.  They
18 don't say, oh, it turns out my gender identity is not
19 that.  It's more often society is not treating me well,
20 this isn't working out.  That's the more --- that's the
21 --- that's the typical scenario.  I mean, yes, we
22 definitely have seen that circumstance.
23      Q.   Dave Tryon, who is with us remotely as Counsel
24 for West Virginia, I have promised him an hour, so I

1  have to stop, even though I have so many more
2  interesting questions.
3       ATTORNEY BROOKS:  So Dave, I will stop
4  and I will turn the witness over to you.
5       ATTORNEY BLOCK:  Could we take a break
6  now?
7       ATTORNEY BROOKS:  Of course, it is a good
8  time for sure.
9       ATTORNEY BLOCK:  Thanks.  Can we go off
10 the record?
11      VIDEOGRAPHER:  The time is 5:03 p.m.
12 Eastern Standard Time.
13 OFF VIDEOTAPE
14      ---
15 (WHEREUPON, A SHORT BREAK WAS TAKEN.)
16      ---
17 ON VIDEOTAPE
18      VIDEOGRAPHER:  We are back on the record.
19 The current time reads 5:25 p.m. Eastern standard Time.
20      ATTORNEY BLOCK:  This is Josh Block on
21 behalf of the Plaintiff.  We have conferred off the
22 record, including with counsel from Mount Sinai, and
23 Doctor Safer can answer the two questions he declined to
24 answer before provided that we mark those portions of

1  the deposition transcript confidential, and all counsel
2  for Defendants have agreed with that.
3       ATTORNEY BROOKS:  And this is Roger
4  Brooks, and yes, I confirm that all counsel for
5  Defendants have agreed to that.
6  CONFIDENTIAL PORTION BEGINS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 250

Page 252

Page 251

Page 253

13   CONFIDENTIAL PORTION ENDS

---

1                    ---
2                EXAMINATION
3                    ---
4   BY ATTORNEY TRYON:
5       Q.   Hello, Dr. Safer.  Thanks for your time today.
6   So I am David Tryon.  I represent the State of Virginia.
7   I'm appointed by the Attorney General's Office.  And I
8   wanted to start out by looking at --- asking you to take
9   a look at your Rebuttal Report.  I don't recall what
10  exhibit number that is.  If you could tell us what it is
11  marked?
12          ATTORNEY WILKINSON:  Exhibit 2.
13          ATTORNEY TRYON:  Exhibit 2.
14          ATTORNEY WILKINSON:  Tab 51.
15          THE WITNESS:  I have that in front of me.
16  BY ATTORNEY TRYON:
17      Q.   Could you take a look at paragraph six, please?
18  Do you have that in front of you?
19      A.   Yes.
20      Q.   Great.  Now, in here it says in the second or
21  maybe third sentence as reflected in the same source
22  cited by Doctor Brown dimorphous sexual characteristics
23  in men and women are produced by a combination of genes,
24  prenatal androgen exposure to sex hormones.  And I'd



1 like to focus on that particular clause. Can you
2 explain what prenatal androgen exposure to sex hormones
3 is?
4    A.  Yes.  That references --- I guess to me it's
5 more or less exactly what it says, which is that the
6 developing fetus is exposed to various hormones and
7 other factors and androgen is specifically the male ---
8 is typically what we consider to be the male sex
9 hormone, although everyone has some.  And then prenatal
10 just means and in utero or in the mother's womb.
11    Q.  So androgen for males is testosterone.
12       Is that right?
13    A.  Androgen in general is that category of hormones
14 that we think of as typically male, even though, like I
15 said, we all have them.  And one of the androgens is
16 testosterone.  And with adults it is the one that we are
17 talking about most of the time, of course.
18    Q.  Okay.
19       So as I understand it, your suggestion is that
20 that prenatal exposure to testosterone can have an
21 impact even after birth.
22       Is that right?
23       ATTORNEY BLOCK:  Objection to form.
24       THE WITNESS:  So all factors --- well, I

1 don't want to overstate it, but factors that occur to
2 which a fetus is exposed in the womb have impact on the
3 development of that fetus, of that person when they are
4 born, and so androgens, including testosterone, would be
5 part of that, so yes.
6 BY ATTORNEY TRYON:
7    Q.  So are you aware of studies addressing the
8 impact of prenatal exposure to testosterone as it
9 impacts people after their birth?
10       ATTORNEY BLOCK:  Objection to form.
11       THE WITNESS:  I think I need you to be
12 specific about which studies.
13 BY ATTORNEY TRYON:
14    Q.  Are you aware of any study that addresses the
15 effect of prenatal testosterone upon boys after they're
16 born?
17       ATTORNEY BLOCK:  Objection to form.
18       THE WITNESS:  So the ---.
19 BY ATTORNEY TRYON:
20    Q.  Or men?
21    A.  So I can --- I guess --- I have to --- kind of
22 two answers.  Exposure to prenatal androgens, kind of
23 generally because it is not always, testosterone explain
24 the development of what we consider to be typically male

1 genitalia so that all babies born with what --- with a
2 penis and with a urethra that is the part for which you
3 urinate, that's up inside the penis and having the
4 gonads, which would typically be testes in the scrotum,
5 all of that happens in response to testosterone.
6 BY ATTORNEY TRYON:
7    Q.  And then that also triggers a question I had.
8 You had previously said in your original report a
9 person's genetic makeup and internal and external
10 reproductive anatomy are not useful indicators of
11 athletic performance and have not been used in a league
12 competition for decades.
13       My question about that is, when you say a person's
14 genetic makeup doesn't their genetic makeup trigger
15 whether or not they are going to --- a person's genetic
16 makeup will determine whether or not they're a boy or a
17 girl, and therefore if they're a boy that would trigger
18 their generation of more testosterone than a girl.
19       Is that a fair statement?
20       ATTORNEY BLOCK:  Objection to form.
21       THE WITNESS:  Yeah, no, that's --- so I
22 think I need to walk that back a little bit.  Why don't
23 we --- can we do it like piece by piece or have you
24 restate parts?

1 BY ATTORNEY TRYON:
2    Q.  I will restate it.  So when you say a person's
3 genetic makeup, what does that mean?
4    A.  Mostly in this context I'm referencing their
5 chromosomes that's the specific that in the further past
6 was actually being used to identify people which we no
7 longer do.  It's not sufficiently reliable.
8    Q.  Does the --- you have an X Y chromosome that is
9 typically considered to mean that you're a male.
10       Correct?
11    A.  The XY chromosome is typically considered to
12 mean that you're a male, correct.
13    Q.  And that would mean that you would be generating
14 more testosterone than if you have an X chromosome.
15       Right?
16       ATTORNEY BLOCK:  Objection to form.
17       THE WITNESS:  So the presence alone of
18 that XY pattern is insufficient to know with certainty
19 that you're producing more testosterone and that is part
20 of the point of I'm saying it is that biological sex is
21 more complex, and you could have the gene for the testes
22 that produce testosterone elsewhere, and then you
23 wouldn't have that pattern and you still would be
24 producing the testosterone or vice versa.

1    BY ATTORNEY TRYON:
2       Q.   Okay.
3            Well, let's go back to prenatal testosterone.
4    So you're not --- if I understood what you're saying
5    before, you're not aware of any studies that show
6    whether or not prenatal testosterone would have --- let
7    me just start that over again.
8            Are you aware of any studies that address
9    whether prenatal testosterone has impact on sporting, on
10   athletics in children after birth?
11      A.   Correct.  That would be right to say that there
12   are no studies of which I'm aware that can associate
13   prenatal testosterone with athleticism.  And I don't
14   know what levels we're even talking.  Like an adult
15   level?  What's your question there?
16      Q.   My next question is, have you heard of the
17   Journal of Sports Science and Medicine?
18      A.   I guess you would have to show it to me.
19      Q.   Okay.
20           Have you ever heard the name Jim Goldby or
21   Jennifer Mays?
22      A.   No.
23           ATTORNEY TRYON:  Jake, could you bring up
24   the Exhibit that I sent to you today, which is the

1    General Sports Science and Medicine?
2            ATTORNEY WILKINSON:  Do you see anything?
3            THE WITNESS:  I don't see anything.  Oh,
4    that'S too small.  Okay.  That's okay.
5            ATTORNEY TRYON:  Okay.
6            And this will be Exhibit --- what Exhibit
7    are we on Jake, do you know?
8            VIDEOGRAPHER:  This is 19.
9            ---
10           (Whereupon, Exhibit 19, Article, was
11           marked for identification.)
12           ---
13           ATTORNEY TRYON:  I'm sorry, 19?
14           VIDEOGRAPHER:  Correct.
15   BY ATTORNEY TRYON:
16      Q.   Okay.
17           I take it from your earlier answers, you
18   probably never seen it before.
19           Is that right?
20      A.   I certainly don't recall.  I don't want to state
21   definitively I've never seen it either, but it's
22   certainly not a paper that I'm going to know off the top
23   of my head.
24      Q.   Well, let me ask you to take a look at the

1    conclusion on page 449?
2       A.   So can we move the pictures because they're
3    blocking.
4       Q.   Can you see it?
5       A.   We're getting there.  And then is there a way to
6    move that?  Oh perfect.  Yes.
7       Q.   Okay.
8            The conclusion says, current paper provides
9    initial support from an association between prenatal
10   testosterone levels and mental toughness, optimism, goal
11   orientations, coping strategies and hostility, period.
12   Findings tentatively suggest that the mentioned
13   psychological characteristics may be partially
14   biologically predetermined.
15           Do you see that?
16      A.   I do see it, yes.
17      Q.   Do you have any reason to believe whether that's
18   true or not true?
19           ATTORNEY BLOCK:  Objection.  I just
20   object to asking him about a conclusion when he just has
21   a little snippet of that and hasn't reviewed the
22   article.  And I'm not even sure if it has been cited in
23   the other expert reports.
24           THE WITNESS:  I certainly can ---.

1    BY ATTORNEY TRYON:
2       Q.   Go ahead.
3       A.   I certainly cannot say if that conclusion has
4    any logic to it without knowing the study.
5       Q.   Understood.  Is it possible since this
6    particular study suggests there is an impact on adults
7    by prenatal testosterone?  Is it that prenatal
8    testosterone could also have a DSD explanation for why
9    should boys at 11 years old have more athletic ability
10   than girls?
11           ATTORNEY BLOCK:  Objection to form.
12           THE WITNESS:  So speaking --- yeah,
13   speaking as an expert, I can't give you an expert
14   comment there without seeing their study.
15   BY ATTORNEY TRYON:
16      Q.   Okay.
17           So you just can't say one way or the other.
18   Correct?
19           ATTORNEY BLOCK:  Objection to form.
20           THE WITNESS:  I mostly wouldn't want to
21   comment on their study.  I will only make the
22   observation that the data of which I am aware do not
23   show differences for prepubertal children, if that was
24   part of your question.

Page 262

1    BY ATTORNEY TRYON:
2        Q.   And so the performance data that Dr. Handelsman
3    pointed out showing that there are some damages given
4    before puberty, you reject those?
5            ATTORNEY BLOCK:  Objection to form.
6            THE WITNESS:  So those broad
7    cross-sectional studies don't get at input, whether they
8    are referencing biological explanations versus societal
9    explanations.
10   BY ATTORNEY TRYON:
11       Q.   Okay.
12           Whether it's societal or biologic explanations,
13   Handelsman still demonstrated that there is an advantage
14   for pre-pubescent males over females in athletics.
15       Right?
16           ATTORNEY BLOCK:  Objection to form.
17           THE WITNESS:  No, neither Dr. Handelsman
18   in his paper --- he doesn't actually say that.  And if
19   you --- I think we looked previously at one of the
20   figures where specifically the range of outcomes, if you
21   were to repeat the study, included the girls doing
22   better than the boys.
23   BY ATTORNEY TRYON:
24       Q.   Well, that was only one of them.  That was not

Page 263

1    it.  That was one of the charts.  The other chart showed
2    that there was an advantage, right?
3            ATTORNEY BLOCK:  Objection to form.
4            THE WITNESS:  The other --- yeah, let me
5    think with that one.  Right.  We are not getting into
6    what the causality is, then the other charts did show
7    the boys doing better.  And again, the caveat remains
8    what is not --- what is not demonstrated there is that
9    there is --- that that is a biological thing versus
10   simply the very longstanding societal and cultural
11   environments.
12   BY ATTORNEY TRYON:
13       Q.   And you've contended that there's a biological
14   component to gender identity.
15       Correct?
16       A.   Yes.
17       Q.   Which we have not been able to identify in this
18   deposition.
19       Correct?
20           ATTORNEY BLOCK:  Objection to form.
21           THE WITNESS:  So it is not quite --- well
22   I actually don't know what's been identified in the
23   deposition.  The data are included in my --- in the
24   papers that I referenced that are what are convincing to

Page 264

1    the medical community right now.  The detailed
2    explanations for the specific biology are not known if
3    that's where you're going.
4    BY ATTORNEY TRYON:
5        Q.   Assuming there is actually a biological
6    component, as you say, to gender identity, that says
7    nothing about whether a biological male identifying as a
8    female should, as a public policy matter, be allowed to
9    participate on a girls athletic team in high school and
10   middle school.
11       Right?
12           ATTORNEY BLOCK:  Objection to form.
13           THE WITNESS:  So the way that I would say
14   that is even if we recognize that there is a biological
15   explanation for gender identity, that does not --- well,
16   I don't know that then I can go on to make an expert
17   statement, honestly, because that gets outside my
18   purview and in terms of --- my lane is just simply to
19   say that.
20   BY ATTORNEY TRYON:
21       Q.   Got it.  Can you look at your rebuttal report
22   and look at page two?
23       A.   I have my rebuttal in front of me and I'm on
24   page two.

Page 265

1        Q.   Paragraph 4B?
2        A.   I have that in front of me.
3        Q.   You say --- great.  You say circulating
4    testosterone is the primary known biological driver of
5    average differences in athletic performance.  Do you see
6    that?
7        A.   I do.
8        Q.   You say it is primary so what are the other
9    biological drivers of average differences in athletic
10   performance?
11           ATTORNEY BLOCK:  Objection to form.
12           THE WITNESS:  So when I --- so we're
13   talking about circulating testosterone --- let me just
14   look at this.  Right.  The truth is, is that it may ---
15   that the only candidates that we have so far are
16   testosterone at puberty and testosterone in the moment.
17   BY ATTORNEY TRYON:
18       Q.   So it's --- according to you, it's testosterone
19   at puberty and circulating testosterone are the only
20   biological drivers of average differences in athletic
21   performance.
22       Is that right?
23       A.   So excuse me.  I'm actually --- so this is the
24   president of the hospital.

Page 266

1    ATTORNEY BLOCK: I'm sorry. Can we go
2  off the record for a minute and take a break. The
3  president of the hospital is returning his previous
4  call.
5    VIDEOGRAPHER: Going off the record. The
6  current time is 5:48 Eastern Standard Time.
7  OFF VIDEOTAPE
8    ---
9  (WHEREUPON, A SHORT BREAK WAS TAKEN.)
10
11  ON VIDEOTAPE
12    VIDEOGRAPHER: Back on the record. The
13  current time reads 5:54 p.m. Eastern Standard Time.
14  BY ATTORNEY TRYON:
15    Q.  My last question was according --- according to
16  you, testosterone at puberty and circulating
17  testosterone are the only biological drivers of average
18  differences in athletic performance.
19    Is that right?
20    A.  Right, they are the only ones that are known.
21    Q.  And in paragraph 4C, looking on page three ---
22  let's move over to page three, at the top of the page,
23  your statement is there is no basis to expect that
24  transgender girls who receive puberty delaying

Page 267

1  medication followed by gender affirming hormones would
2  have an athletic advantage. There's a comma. But if we
3  just put a period there, is that your opinion?
4    A.  That is correct. Yes, that is my opinion.
5    Q.  Let me ask you the converse. You say there is
6  no basis to expect that transgender girls who receive
7  puberty delaying medication followed by gender affirming
8  hormones would not have an athletic advantage, period.
9  Would you agree with that statement?
10    A.  No.
11    Q.  Do you have any --- excuse me, any performance
12  data from an actual athletic event that support your
13  opinion?
14    A.  I do not have any data from an actual athletic
15  performance study for that. No, I do not in that
16  context, in that specific instance.
17    Q.  Let me ask you to look at your report. Turn to
18  paragraph 45.
19    A.  So my report, paragraph 45. All right. I have
20  that in front of me.
21    Q.  Great. Finally, unlike elite international
22  competition, schools and colleges often provide athletic
23  competition as part of a broader educational mission.
24  In that context, when scholastic athletics are

Page 268

1  components of the educational process, institutions may
2  adopt policies designed to emphasize inclusion and to
3  provide the most athletic opportunities to the greatest
4  number of people. You see that.
5    Right?
6    A.  I do.
7    Q.  So these policies you referred to are designed
8  to emphasize inclusion and to provide the most athletic
9  opportunities to the greatest number of people, what's
10  the source of that policy? Did you come up with that or
11  did you see it someplace else?
12    ATTORNEY BLOCK: Objection to the form.
13    THE WITNESS: So the question is how am I
14  aware? Yeah --- I apologize. You can hear that I'm
15  confused on your question.
16  BY ATTORNEY TRYON:
17    Q.  I'll try and do better. You said intuitions may
18  adopt policies designed to emphasize inclusion and to
19  provide the most athletic opportunities to embrace a
20  number of people. And those policies that you're saying
21  there, is that a policy that you read about somewhere or
22  something you are just suggesting? What's the source of
23  that?
24    ATTORNEY BLOCK: Objection to form.

Page 269

1    THE WITNESS: So an operative word in
2  this may adopt policies, so this isn't referencing a
3  specific policy that I would give you right this moment,
4  if that's what you are asking.
5  BY ATTORNEY TRYON:
6    Q.  So right, just aside from education --- this
7  whole paragraph is talking about education, but you're
8  not an expert on education or teaching methodology, are
9  you?
10    A.  I certainly am not.
11    Q.  And you don't have any degrees in education or
12  training in teaching methodology, do you?
13    A.  I do not.
14    Q.  And you have no degrees or training in pedagogy?
15    A.  I have no degree in pedagogy. I will be careful
16  how absolutely I do not, because that's not my ---
17  that's not where I am representing myself to be an
18  expert. I am involved in some education, but at the
19  scholastic level not, so let's just say no.
20    Q.  And you have no expertise as to whether sports
21  or how sports are used as part of educational systems.
22  Right.
23    A.  Correct. That is not the expertise. The how
24  and my decisions among this are not my expertise.

1   Q.   Do you have any idea how many schools actually
2   have sports programs?
3           ATTORNEY BLOCK:  Objection.  I couldn't
4   hear the full question.  You cut out.
5   BY ATTORNEY TRYON:
6   Q.   Sorry.  Do you have any idea how many schools
7   have sports programs?
8   A.   I could not give you a number, no.
9   Q.   Are you aware that some colleges do not have
10  athletic programs?
11  A.   I guess I'm vaguely aware.  If you're asking me
12  as an expert than I wouldn't comment on that as an
13  expert, but as a human in society I certainly am aware
14  that that is a thing.
15  Q.   Okay.
16       And do you have any idea what percentage of
17  kids are in athletic programs in schools versus those
18  that are not that are still students?
19  A.   No, I would not be your source for that data
20  point.
21  Q.   So when you are expressing this opinion in
22  paragraph 45 that's not an expert opinion there, is it?
23          ATTORNEY BLOCK:  Objection to form.
24          THE WITNESS:  So right, I guess it's a

1   bit confusing here, because it's not my expert opinion
2   that --- well, I'm certainly aware as an individual that
3   this is a priority and when I sit on --- when I sit on
4   committees where we discuss relative priorities, there
5   are experts present who discuss these priorities.  But
6   if I'm speaking to you as an expert, then I --- then I
7   can't be the representative expert in that space.
8   BY ATTORNEY TRYON:
9   Q.   Right.  Well, I'm just asking, in paragraph 45,
10  given your lack of expertise and education, you are not
11  giving an expert opinion in paragraph 45.
12       Is that a correct statement?
13          ATTORNEY BLOCK:  Objection, asked and
14  answered.
15          THE WITNESS:  So I'm simply --- I'm
16  raising all of the issues that we know exist, but then
17  I'm not providing an expert opinion in terms of the
18  relative priorities among these circumstances that
19  exist.
20  BY ATTORNEY TRYON:
21  Q.   Let me just ask you very clearly is paragraph 45
22  an expert opinion of yours?
23          ATTORNEY BLOCK:  Objection to form.
24          THE WITNESS:  I don't think I'm even

1   expressing an opinion in paragraph 45, expert or
2   otherwise.  I'm simply stating the background situation.
3   BY ATTORNEY TRYON:
4   Q.   Okay.
5       But --- okay.  I would ask you to turn to
6   paragraph 37 of your report.
7   A.   All right.
8       I have that in front of me.
9   Q.   This is talking about the International Olympics
10  Committee.  Right?  Let me move back to paragraphs 35
11  and 36.
12  A.   Yes, this is the International Olympic
13  Committee.  This relates to the International Olympic
14  Committee.
15  Q.   So this 2021 framework, do you believe that you
16  understand this framework?
17  A.   I think you'll have to ask more specific
18  questions because I might understand parts and I might
19  have questions about parts.
20  Q.   Very good.  First of all, it says the 2021
21  framework further provides that, quote, any restrictions
22  arising from eligibility criteria should be based on
23  robust and peer-reviewed research that, A, demonstrates
24  a consistent, unfair, disproportionate competitive

1   advantage with performance and/or an unpreventable risk
2   to the physical safety of other athletes.  You see that
3   part, right?
4   A.   I do, yes.
5   Q.   Do you understand what the word disproportionate
6   means in this context?
7   A.   To a degree.
8   Q.   Okay.
9       What do you understand it to mean when it says
10  a disproportionate competitive advantage in performance?
11  A.   The IOC is aware that there's quite a wide range
12  of advantages with different body types and different
13  biology, and so they use language like disproportionate
14  when they want to talk about something that's --- that's
15  --- that's systematically associated with one
16  circumstance in a way that they think would violate the
17  rules, whatever they might be, for a specific sport.
18  Q.   That's pretty ambiguous.  I have no idea what
19  that means.  Let me see if we can narrow it down.  Is a
20  disproportionate competitive advantage in performance
21  --- would 20 percent be a disproportionate competitive
22  advantage?
23          ATTORNEY BLOCK:  Objection to form.
24          THE WITNESS:  So that's --- I can't

1  answer that, because it depends on context, and I'm not
2  the person who wrote the specific language in that
3  document, so that is the quote from the document.  But
4  in terms of --- I don't --- I think we go someplace we
5  don't want to go if we try to over define the specific
6  word disproportionate.
7  BY ATTORNEY TRYON:
8      Q.   So it's just not something that you or I could
9  look at and reach any kind of conclusion to tell them
10  what that means sitting here today.
11          Is that right?
12     A.   I think if we look at a specific sport, I think
13  that if it was limited to just the two of us we might
14  need more expertise to make a decision.
15     Q.   Well, let's say if we talked about the one mile
16  --- running one mile, is that something that we could
17  then determine what disproportionate competitive
18  advantage and performance would mean?
19          ATTORNEY BLOCK:  Objection to form.
20          THE WITNESS:  It would depend on context.
21  And if we're talking about at the elite level which is
22  what the IOC references and we limited --- even then if
23  we limit it just to you and to myself, we would want
24  more expertise.

1  BY ATTORNEY TRYON:
2      Q.   Right.  Okay.
3          So we don't know what the IOC meant by this in
4  any particular context do we?
5          ATTORNEY BLOCK:  Objection to form.
6          ATTORNEY TRYON:  Actually, let me redraw
7  this question.
8  BY ATTORNEY TRYON:
9      Q.   You as an expert would not be able to give me an
10  expert opinion on what disproportionate competitive
11  advantage in performance of the one mile run would be;
12  right?  You could not give me an expert opinion on that.
13          Fair statement?
14     A.   If you break the words out in that --- in that
15  fashion then it does become difficult.  If you ask me
16  what the entire statement after the letter A is
17  referencing, I can at least explain some of the thought
18  process for the IOC there.
19     Q.   Well, my question is simply, you as an expert,
20  are you able to tell me what --- able to define for me
21  what would be a consistent, unfair disproportionate
22  competitive advantage in performance in a one mile run
23  for the IOC?
24          ATTORNEY BLOCK:  Objection to form.

1          THE WITNESS:  I, as an expert, cannot
2  give you a blanket explanation of what would
3  specifically consist of --- what would specifically meet
4  that definition.  When they wrote the statement they
5  didn't actually even have specific guidance, that is
6  simply the spirit of a guideline --- the spirit of what
7  a specific guideline should consider when that guideline
8  is made.
9  BY ATTORNEY TRYON:
10     Q.   Do you know what they meant when they said
11  unfair?
12     A.   So the --- it's kind of the same circumstance.
13  That is the purpose of this statement is to be global
14  guidance for the experts in the specific sport when they
15  might develop guidelines relevant to their specific
16  sport.  So for example, the group with expertise in that
17  one mile run that you're referencing should think in
18  this context.  That's all this is doing.
19     Q.   And some of the sporting organizations have come
20  up with some very specific rules.
21          Correct?
22     A.   Some of the sporting federations have come up
23  with specific rules, yes.
24     Q.   And as I recall, some of them require a certain

1  level of circulating testosterone.
2          Is that right?
3      A.   Some of the sporting federations use a certain
4  level of circulating hormone as part or all of their
5  roles.
6      Q.   And some of them use the level that you've
7  mentioned that you were involved in setting, which was 5
8  Nmol --- say it for me.  Nmol something.
9      A.   Nmol/Ls per liter.  Yes, some of them use that
10  nmol/L per liter threshold.
11     Q.   Did they --- where did they get that 5 nmol/L
12  quantity, do you know?
13          ATTORNEY BLOCK:  Objection to form.
14          THE WITNESS:  So I do know where that
15  number comes from originally for World Athletics, which
16  is the first one to put that number out.  And that
17  number comes from studies of some Olympic athletes in
18  some races where there was for at least certain
19  distances a demonstrable difference between people who
20  had --- and specifically people in the female category
21  who had lower numbers of testosterone than that and
22  higher numbers of testosterone than that.
23  BY ATTORNEY TRYON:
24     Q.   You were on that committee.

1        **Right?**
2        A.   I was on the group that wrote that World
3    Athletics policy, yes.  Not on the group that did that
4    study.
5        **Q.   And so how did you finally come up with the**
6    **number of five as opposed to four or six or three or**
7    **seven?**
8        A.   The number five discriminates in terms --- in
9    terms of there being some demonstrated advantage or
10    improved outcome is really what it was, for those with
11    higher numbers versus those with lower numbers.  That
12    was not true necessarily with a lower testosterone
13    threshold.  That is a difference was not as apparent and
14    that's really the entire logic pattern there.
15        **Q.   Well, earlier you just said it could have been**
16    **--- you didn't think there was that much difference**
17    **between five and six.  That was your testimony earlier**
18    **as I recall.**
19        **Right?**
20        ATTORNEY BLOCK:  Objection.
21        THE WITNESS:  As an endocrinologist I can
22    tell you that those difference --- that that's right
23    that to --- the difference between five and six would be
24    hard to demonstrate.

1    BY ATTORNEY TRYON:
2        **Q.   So how did you settle on five instead of six or**
3    **five or six instead of four?**
4        A.   So I guess the inputs are that there needed to
5    be a line so that there's ability to enforce something.
6    There needed to be a rule.  And the choice of five,
7    mostly, is what I've been saying already, which is ---
8    it's a clean number where there's at least some
9    distances, there's a demonstrable difference in outcomes
10    at that level --- above and below that level.
11        **Q.   So are you saying that there is a value of**
12    **having a hard rule?**
13        ATTORNEY BLOCK:  Objection to form.
14    BY ATTORNEY TRYON:
15        **Q.   Maybe I should say having a clean rule?**
16        A.   So as an expert I'm not --- that wasn't my role
17    on the committee to determine that there needed to be a
18    rule, but that is certainly the logic pattern of the
19    committee that there ought to be a rule.  That is not my
20    expert opinion.
21        **Q.   Okay.**
22        **But different organizations are free to come up**
23    **with different conclusions of about what their rules**
24    **ought to be.**

1        **Right?**
2        ATTORNEY BLOCK:  Objection to form.
3        THE WITNESS:  So the different
4    International Athletic Federations were to make use of
5    data such as it exists to make their own rules for
6    participation in their sports.
7    BY ATTORNEY TRYON:
8        **Q.   And different organizations came up with very**
9    **different rules.**
10        **Right?**
11        ATTORNEY BLOCK:  Objection to form.
12        THE WITNESS:  So most of the
13    international federations still do not have rules,
14    actually.  And honestly, that's mostly a logistics
15    situation where some of these organizations are too
16    small to put the data together or the committees
17    together to make rules.
18    BY ATTORNEY TRYON:
19        **Q.   Those that do have rules have different rules.**
20        **Correct?**
21        A.   Those that do have rules have had different
22    conversations in the space.  I don't know that I could
23    systematically go through all of them, but there is some
24    variation, yes.

1        **Q.   Some require --- have a Level 5 nanomoles per**
2    **liter and some still have ten.**
3        **Right?**
4        A.   So I'd have to go back and look.  You would have
5    to show me.  World Athletics has five for sure.  And
6    that's the one where I'm most familiar because I was
7    actually sitting in the room helping draft that.  The
8    IOC in the past had used ten as a line, but that just
9    sits there right now as a --- as a number someone might
10    adopt.  I actually don't know off the top of my head if
11    anybody has adopted that for their formal rules.
12        **Q.   What was the scientific basis for the ten**
13    **nanomoles per liter?**
14        A.   The logic for ten at the time is it is the
15    bottom of the male range.  That's its history.
16        **Q.   Okay.**
17        **So it sounds to me like there is room for**
18    **reasonable discussion about what the appropriate rule**
19    **ought to be?**
20        ATTORNEY BLOCK:  Objection to form.
21        THE WITNESS:  The way I would say it is
22    as different athletic organizations obtain data, they
23    might use those data to determine differences, including
24    if the --- if our best measure is testosterone,

1 different thresholds of testosterone.
2 BY ATTORNEY TRYON:
3      Q.   Would it be appropriate to use performance data
4 as well to make those decisions?
5      A.   The best data in my opinion are actual outcomes
6 within a given sport.
7      Q.   What do you mean by outcomes, performance?  Are
8 we saying the same thing?
9      A.   I don't know if we're saying the same thing.  So
10 the studies that I reference are the Roberts study and
11 the Harper study, where they actually look at specific
12 athletic endeavors and measure those as opposed to the
13 studies where they're simply sitting in a physiology lab
14 measuring somebody move an arm back and forth and
15 thinking that it might associate with some actual
16 athletic performance.
17      Q.   Somebody moving their arm back and forth with
18 weights, that's not athletic?
19      A.   It's --- again, it would --- right, that's ---
20 that's only --- that's what we would call a surrogate
21 endpoint where you are simply looking at something that
22 might correlate with what you want, but --- but you
23 don't know it until you test it.  It ends up being what
24 we call hypothesis generating.  That is how we would say

1 it in a scientific way.
2      Q.   And the same would hold true with the level of
3 circulating testosterone, you would want to actually
4 test that in real life to see how people's circulating
5 testosterone actually translates into performance of an
6 actual athletic contest.
7      Right?
8      A.   That's right.  So the data that were used to
9 determine the five nanomole per liter cut point are
10 passively collected data.  And if somebody did a study
11 looking at that threshold and found that there was,
12 let's say, no difference, then that rule might be
13 discarded.
14      Q.   And so far, other than Roberts and Harper, if I
15 recall correctly, those are the only two that you know
16 of.
17      Right?
18           ATTORNEY BLOCK:  Objection to form.
19           THE WITNESS:  Those are the only two
20 studies that have gone that extra step and looked at an
21 actual athletic activity with an outcome that is part of
22 that athletic activity and not what I was just
23 referencing, as a surrogate endpoint.
24 BY ATTORNEY TRYON:

1      Q.   In those two studies did they check the
2 circulating testosterone in the individuals in these
3 studies?
4      A.   I'd have to look.  I think we did look earlier
5 today with regard to the Harper study, and I don't think
6 she's referencing testosterone levels at all.  Again,
7 I'd have to go back and look to be sure.  We were
8 talking about whether they were self-reported.  And the
9 --- with the Robert study I would have to go back and
10 look at that one, too.  I'm feeling like the answer is
11 no, but we can look there if you want.
12      Q.   Yeah, we don't need to.  I'm pretty sure that we
13 just talked about how long they had been in the therapy
14 rather than actual measurements.
15           Well, let me move on.  I know we don't have a
16 lot of time left.
17           So you said you're familiar in your expert
18 report you are familiar with HB-3293.
19           Is that right?
20           ATTORNEY BLOCK:  Objection to form.
21           THE WITNESS:  So yes, I'm somewhat
22 familiar.
23 BY ATTORNEY TRYON:
24      Q.   Have you read the whole thing?

1      A.   I don't think I've read the whole thing, no.
2      Q.   When did you first hear of HB-3293?
3      A.   I probably first heard of it when the --- when I
4 received contact from the ACLU to serve as an expert
5 witness.
6      Q.   Do you recall if that was before or after it was
7 passed?
8      A.   I don't recall.  I would have to speculate that
9 it would be after, because that would --- I mean that
10 would make sense that that is true, but I don't recall,
11 so I wouldn't be able to answer that.
12      Q.   Okay.
13           So we would refer to this as State Women's
14 Sports Law and there's other types of laws like this
15 throughout the country.
16           Are you aware of that?
17           ATTORNEY BLOCK:  Objection to form.
18           THE WITNESS:  So I'm aware that there are
19 attempts at legislation and some actual legislation
20 passed to block transgender athletes in various
21 permeations, including transgender women in several
22 states.  I'm aware of that, yes.
23 BY ATTORNEY TRYON:
24      Q.   Are you aware then House Bill 3293 the word

Page 286

1   transgender does not appear at all?
2   A.   House Bill --- that's this one?
3   **Q.   That is this one.**
4   A.   I was not aware that the word transgender does
5   not appear at all.
6   **Q.   Are you tracking the other bills out there that**
7   **are similar to House Bill 3293?**
8   A.   I am not personally tracking the other bills,
9   no.
10  **Q.   Can you take a look at the Handelsman report**
11  **that you have in front of you.  I don't recall the**
12  **exhibit number.**
13          ATTORNEY WILKINSON:  I think Exhibit 13
14  --- oh, sorry, it's Exhibit 4, I think.
15          THE WITNESS:  I don't see.
16          ATTORNEY WILKINSON:  I can give you that.
17          THE WITNESS:  The stack got big.
18          ATTORNEY TRYON:  We can just bring it ---
19  if you can't find it we can bring it up on the screen?
20          THE WITNESS:  Okay.
21          I was given another copy, so we're good.
22  I have it in front of me.
23  BY ATTORNEY TRYON:
24  **Q.   Okay.**

Page 287

1          On the second page?
2   A.   On the second page.
3   **Q.   Okay.**
4   **Under fairness and segregation in sports.**
5   **Do you see that section?**
6   A.   I do.
7   **Q.   In the third full paragraph underneath there ---**
8   **oh the formatting there is a little different than the**
9   **copy that I have.  Let's see.  There's a paragraph that**
10  **starts the terms sex and gender.  There it is.  The**
11  **terms sex and gender are often confused as**
12  **interchangeable.  Now, I want you to focus on this next**
13  **sentence.  Sex is an objective specific biological**
14  **state, a term with distinct fixed facets notably**
15  **genetic, chromosomal, gonadal, hormonal and phenotypic**
16  **including genital sex, each of which has a**
17  **characteristic defined binary form.  Did I read that**
18  **correctly?**
19  A.   You read that correctly, yes.
20  **Q.   Do you agree with that statement?**
21  A.   I don't agree with that statement completely,
22  no.
23  **Q.   What specifically do you find objectionable.**
24  A.   It's missing some components of sex, including,

Page 288

1   for example gender identity.  And the phrasing
2   characteristic defined binary form is not necessarily
3   true for each component of biological sex.
4   **Q.   So you disagree with the statement in the**
5   **Handelsman report, is that --- did I state that fairly?**
6   A.   Right.  I would characterize the statement as
7   not exhaustive.
8          ATTORNEY TRYON:  Let me ask the court
9   reporter if I have any time.
10          COURT REPORTER:  I have six minutes and
11  58 --- six hours and 58 minutes.
12          ATTORNEY TRYON:  Well, I guess with my
13  last two minutes I'll just say thank you for your time
14  and I appreciate it.  And I don't have any other
15  questions.  I don't know if any of the other Defendants
16  do.  I doubt it.  But go ahead.  If they do, go ahead.
17  Kelly?
18          ATTORNEY MORGAN:  This is Kelly Morgan.
19  I don't have any questions.  Thank you so much.
20          ATTORNEY TRYON:  Roberta?  Susan, you're
21  next.
22          ATTORNEY GREEN:  This is Roberta Green on
23  the behalf of the SSAC.  No questions.  Thank you.
24          ATTORNEY DENIKER:  Dr. Safer, this is

Page 289

1   Susan Deniker.  I have no questions.  Thank you for your
2   time today.
3          ATTORNEY TRYON:  We are finished.
4          VIDEOGRAPHER:  This concludes this
5   deposition.  The current time reads 6:31 p.m. Eastern
6   Standard Time.
7          * * * * * * *
8   VIDEOTAPED DEPOSITION CONCLUDED AT 6:31 P.M.
9          * * * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**A**

a.m 3:8
  12:16
  60:24  61:7
ability
  261:9
  279:5
able 23:3
  34:18  37:5
  45:23  53:1
  58:5  70:22
  96:14
  131:16
  143:10
  164:11
  200:7
  201:15
  207:17
  209:21
  212:13
  220:5
  235:11,17
  240:19
  244:10
  251:5,21
  263:17
  275:9,20
  275:20
  285:11
abnormal...
  228:4
absence
  241:7
absent
  226:21
  236:23
  237:19
absolute
  73:14  74:2
  79:16
  81:10
  126:10
absolutely
  112:7
  247:3
  251:2
  269:16
abstract
  149:8
  186:9
  218:9
  238:12

academic
  135:12
academic...
  135:10
accentuates
  21:4
accept 18:22
  19:5
  138:12
acceptable
  89:2
access 35:6
  101:18
  143:23
  171:20
  200:3
accident...
  23:9
accidents
  186:7
accountant
  251:10
accountants
  252:3
accuracy
  73:18,22
  101:10
  102:1
accurate
  122:11,14
  124:23
  206:19
accused
  108:22
accusing
  109:7
achieve
  55:11
achieved
  57:7  92:17
  144:15
ACLU 13:20
  285:4
acquainted
  41:16
acquired
  22:17  23:4
acting 32:21
  176:1
action 12:22
  129:17
actions
  44:17

active 182:9
actively
  198:12
activities
  1:11  5:22
  13:17
  161:8
activity
  146:24,24
  283:21,22
actual 46:11
  46:11,21
  134:17
  148:23
  167:19
  181:13
  267:12,14
  282:5,15
  283:6,21
  284:14
  285:19
ad 143:8
addition
  54:24
  131:13
  132:18
additional
  30:12  81:9
address 26:6
  39:23
  242:1
  258:8
addressed
  175:2
  205:6
addresses
  255:14
addressing
  33:17
  170:15
  205:11
  255:7
adequately
  215:22
adhered
  228:19
  239:9
Adkins
  113:14
Adkins's
  99:1
administer
  126:1

177:24
administ...
  177:6
adolescence
  105:16
  114:21
  115:14
  128:20
  221:14
adolescents
  117:6
  120:9
  125:2
adopt 34:5
  268:2,18
  269:2
  281:10
adopted
  28:12
  86:14
  231:22
  232:3
  281:11
adult 42:3
  103:12,15
  258:14
adulthood
  128:20
adults 29:21
  118:11
  240:20
  243:22
  254:16
  261:6
advance 35:6
  221:11
advantage
  26:24
  27:15
  32:11  33:2
  33:8,9
  35:17,18
  36:2,4,16
  36:16  37:4
  37:8,20
  38:1,23
  40:24  41:6
  41:6,17,22
  42:10,24
  46:14,22
  47:16
  48:23
  50:15

51:15,16
  52:1  56:7
  56:19
  57:14  58:1
  58:15  59:5
  62:22
  66:24
  67:14,14
  67:15,23
  67:24
  68:11,14
  88:21  90:5
  91:13  93:1
  93:13,22
  93:23  94:3
  94:11,12
  94:15,18
  94:19,22
  94:22,23
  95:3,6,13
  95:20  96:6
  100:20
  102:1,13
  102:20
  103:6,6
  104:23
  137:23
  262:13
  263:2
  267:2,8
  273:1,10
  273:20,22
  274:18
  275:11,22
  278:9
advantages
  25:20  26:4
  27:2,11
  37:2,19
  42:24
  47:16  48:4
  48:24  51:6
  51:7  56:5
  56:7,17,19
  57:12,15
  58:13,15
  59:3,5
  81:1  83:4
  83:11
  87:22
  90:12
  102:11,18
  155:6

156:3
158:12
159:5
179:9,18
273:12
**advise** 117:3
**advising**
165:12
**affect** 78:11
**affirm** 63:8
**affirming**
24:11,17
49:19
139:16
147:12,22
148:6
150:14
151:12
152:2
158:11
159:4
177:3,5,11
185:16
186:1,5
198:18
200:4
206:7
207:19
208:1
212:1,5
215:16
250:17
251:8
267:1,7
**Africa** 63:21
**afternoon**
112:12,16
153:4
**age** 18:1
33:15 76:1
76:10
80:24 81:4
81:17,24
83:5,12,17
89:17 90:1
90:2,19
91:14,16
91:21
92:11,12
92:14,17
93:2,11,12
93:15,15
94:4,15,18

94:19,21
94:23 95:2
95:5,13,15
98:2
100:14
118:12,14
127:7
143:14
151:5
240:22
**age-based**
143:15
**agency** 1:24
**agenesis**
225:16
**agents**
177:19
**ages** 74:21
89:9,20
90:8
**ago** 202:9
218:6,6
**agree** 45:21
65:3 74:4
79:17 89:7
91:12
92:21
102:11,18
117:14
122:15
125:24
137:22
138:21
150:19
151:10,23
159:16,18
159:24
160:18,24
165:4
166:9
167:6
168:16
169:10,24
193:19
215:2
230:21
235:2,21
267:9
287:20,21
**agreed** 12:3
205:14
249:2,5
**agreement**

209:5
**ahead** 145:10
210:3
261:2
288:16,16
**air** 91:19
138:5,7,8
**al** 9:16
12:20,22
133:5,10
142:4
**align** 242:22
**aligned**
219:21
223:8
232:17
245:10
247:1
**alignment**
242:17
**alleged**
174:24
**Alliance** 7:7
**allow** 143:13
208:6
**allowed**
55:19,22
212:11
264:8
**alongside**
165:24
**alteration**
226:16
**altered**
129:5,11
**alternate**
86:23
125:18
200:10
**alternative**
200:5
208:24
**altogether**
155:10
**ambiguous**
273:18
**America**
111:16
**American** 4:4
**Amsterdam**
245:23
246:11
**analog**

177:13
**analyses**
109:5
**analysis**
193:16
194:4,6
**anatomic**
228:3
**anatomy**
164:18
185:18,20
218:2
219:24
220:1
256:10
**and/or** 273:1
**Andrew** 4:10
14:1
**androgen**
223:11,22
253:24
254:2,7,11
254:13
**androgens**
129:2
254:15
255:4,22
**anecdotes**
108:1
**angry** 239:17
239:18,19
**animated**
82:8
**Annals** 128:8
**announced**
231:10
**answer** 25:5
45:4 49:13
50:3 51:10
52:16
56:22
58:24 59:2
60:3 67:17
67:21 73:1
78:23 95:9
95:23
98:13,17
99:18
103:10,12
115:18
120:4
121:12
122:3

126:21
130:16,24
135:20
178:23
208:9
209:17,20
209:22
210:9
211:4,5
213:7,22
248:23,24
274:1
284:10
285:11
**answered**
174:13
181:18
271:14
**answering**
212:17
**answers** 37:3
244:19
255:22
259:17
**anticipate**
94:9 95:2
168:24
**anticipa...**
245:16
**anybody**
104:4
281:11
**anyway** 233:5
**apart** 232:4
**apologize**
66:10
75:21
172:1
173:17
200:13
217:8,16
237:9
268:14
**apparent**
219:23
233:4
278:13
**apparently**
240:21
**appear** 69:1
286:1,5
**appearance**
157:15

appearing
  210:21
applicab...
  125:16
applicable
  179:15
  180:11
  181:1,1
application
  132:16
applied
  53:18,23
applies
  105:10
apply 49:6
  51:12
  53:15
  179:2
  181:16
appointed
  253:7
appreciate
  87:12
  288:14
approach
  29:2
  187:13,14
  197:14,16
  198:10
approached
  92:15
appropriate
  24:1 47:9
  120:3
  189:2,3
  281:18
  282:3
appropri...
  19:6,8
approve
  196:7
approved
  187:20
  188:20
  189:5
  198:5
  200:8
approving
  186:24
  189:8
approxim...
  91:15
  111:6,12

206:18
arbitral
  63:18
arbitrarial
  54:14
arbitration
  9:10 53:24
  54:6 63:19
  63:20,23
  64:5 65:3
  65:13
area 35:11
  69:23,24
  97:11
  128:12
  181:23
  182:9
  208:13
  245:5
argue 210:14
argument
  49:6
  168:13
arguments
  168:7
arising
  272:22
arm 69:22
  282:14,17
armed 138:17
Armistead
  7:10 13:2
arrive 76:9
  76:14
arrow 91:2
  93:18,18
  95:4,5
  98:15
art 77:12
article 9:8
  9:9,15,16
  9:18,19,20
  9:23 10:5
  10:9 15:23
  16:4,13
  17:3,4
  18:3 20:11
  25:19 26:1
  40:7,8,14
  43:19,24
  44:7,8
  45:8,10,14
  53:5 59:18

61:10,11
  76:5,18
  85:16 86:9
  87:7,19
  88:12,16
  127:19,19
  128:1,6,8
  133:5
  134:11
  142:4,9
  145:16,23
  146:3
  154:10,15
  156:11,18
  157:13,16
  157:17
  183:18,24
  216:11,18
  259:10
  260:22
articles
  133:11,15
  134:1
  204:23
articulate
  240:20
Aruna 10:5
  216:11,17
ascertain
  240:23
ascertai...
  227:15,16
ascribed
  98:4
aside 101:22
  102:5
  110:4
  269:6
asked 64:4
  67:19
  96:13
  108:22
  169:23
  172:1
  208:20
  223:9
  229:7
  240:8,12
  252:1
  271:13
asking 46:9
  55:16 69:2
  86:20

102:7
  107:17
  117:24
  122:1
  149:22
  151:17
  159:9,10
  174:19
  175:15
  176:4
  197:3
  210:12
  211:2
  212:20,21
  212:23
  226:1
  240:24
  242:9
  253:8
  260:20
  269:4
  270:11
  271:9
aspect
  205:13
aspects 52:9
  205:22
assert
  108:23
asserted
  96:24
asserting
  171:5
assertion
  61:24
  234:11
assess 251:1
assessment
  51:22
  194:9
  195:14
assessments
  235:9
assigned
  233:23
  237:22
  238:13,17
  238:19
  239:8,21
assignment
  228:5
  239:3
assisting

71:24
associate
  258:12
  282:15
associated
  22:19
  50:10
  107:20
  139:16
  147:13,24
  148:7
  182:1
  207:19
  211:12
  212:24
  232:16
  242:12,18
  251:7
  252:8
  273:15
associates
  232:14
association
  260:9
associat...
  167:16
assume 114:1
  247:1
assuming
  232:23
  240:16
  264:5
athlete 72:8
  142:15,19
athletes
  9:18 43:1
  47:17 49:1
  51:8 56:8
  56:20
  57:16
  58:16 59:6
  65:19,20
  65:20 66:2
  66:3,21,22
  67:6,8
  72:4,12
  73:9,10
  74:2,5,14
  74:23 75:1
  82:6,10
  103:16
  108:6
  111:4,16

111:24
112:6
142:5,9
170:18
171:6,16
273:2
277:17
285:20
**athletic**
17:17 19:1
25:20 26:4
26:24 27:2
27:11,15
28:8 34:8
42:22
43:21
47:15
48:22 51:5
60:15
63:20
69:19 72:3
72:7,11
73:19 76:3
76:11
78:11 79:2
81:1 87:21
95:19 96:6
97:1
102:13,20
102:23
104:14
105:1
107:11
108:13
132:1
134:17
136:1
139:17,21
148:24
160:9
161:8
164:19
165:6,12
167:9,23
168:1
179:4
180:3,9,10
180:15,19
256:11
261:9
264:9
265:5,9,20
266:18

267:2,8,12
267:14,22
268:3,8,19
270:10,17
280:4
281:22
282:12,16
282:18
283:6,21
283:22
**athleticism**
85:5
107:16
148:24
152:8
155:14
258:13
**athletics**
17:12 26:7
26:21
28:12,16
34:6 39:16
55:3 60:9
64:24
68:13
71:13 82:8
108:8,13
109:1,23
110:8
139:21
170:19
171:7,17
179:10,19
182:23
183:8
258:10
262:14
267:24
277:15
278:3
281:5
**attacking**
235:14
**attempt**
104:18
109:18
202:3,8,21
202:22
226:24
**attempted**
211:3
**attempting**
234:16

**attempts**
285:19
**attention**
16:12
25:14
49:23
69:12
104:12
109:16
114:9
137:11
189:12
199:10
214:20
217:3
**attenuate**
147:12,23
148:6
**attenuated**
82:9,14,21
82:23
83:22
**attorney** 2:1
8:6,8 11:3
13:1,5,7,9
13:10,13
13:16,19
13:21,23
14:1,3,5
14:20 15:1
15:7,9,10
15:12,14
15:21 16:1
16:7,9,21
16:24 17:1
17:20,23
18:16,20
19:3,9,21
20:2,6,9
22:7,11
23:7,18
24:8,14,19
25:1 26:9
26:15 27:5
27:9 28:23
29:7,19,23
30:10,15
30:21,24
31:19 32:5
33:18 34:1
34:10,14
36:6,8,11
36:14,22

37:7,11,12
37:14,22
38:4,8,20
39:2,18
40:1 41:9
41:12 42:1
42:6,13,19
43:7,9,12
43:18 44:2
44:4,5
46:1,3,6
46:10,18
46:20 47:2
47:6 48:2
48:6,14,18
49:21 50:1
50:11,17
52:3,6,10
52:15 53:9
53:13
54:10,13
55:6,13,20
55:21 56:9
56:12
57:17
58:11 59:7
59:10,13
59:15,17
60:1,5,22
61:8 63:14
63:17 64:3
65:7,10
66:5,8,12
66:16,17
66:19 67:9
67:12 68:1
68:3,21
69:6 70:3
70:5,13,21
72:13,17
75:3,8,12
75:20
79:21 80:1
80:18,23
81:5,13
82:17,20
82:22 83:1
83:6,8,13
83:16,18
83:21
84:11,13
84:22 85:6
85:11,15

85:20 86:2
86:6,11,17
87:5,9,13
87:14,17
87:24 88:5
89:10,13
90:10,13
91:8,11,24
92:9,19,22
93:3,4,20
94:2 95:8
95:12,21
96:4,16,22
97:6,14
98:7,10,12
98:21 99:7
101:13,21
102:3,10
102:14,17
102:21
103:1,7,11
103:13,21
104:3,5,6
104:7,9
105:5,12
105:18,20
106:3,5
107:1,6,13
107:22
108:15,21
109:9,13
109:24
110:3,9,12
112:2,10
112:20,23
113:10,15
113:20
115:16
116:2,18
116:21
118:24
120:21
121:2
123:12,14
123:19,23
124:6,8
125:9,23
126:5,14
127:18
128:4
130:6,10
131:16,18
131:19

132:8,13
133:4,8,13
133:18,21
134:3,10
134:20,24
136:3,7,12
136:19
137:2,6,24
138:4
141:8,11
141:14,16
141:24
142:2,3,6
142:13,17
142:21
144:7,13
145:5,7,15
145:20
146:1
148:9,11
148:15
149:3,19
150:2,21
151:9,15
151:21
152:5,12
152:14,16
153:3,19
153:22
154:19,22
155:8,19
156:5,9,13
156:14,21
156:22
157:3,5,11
158:2,8,18
158:21,24
160:3,12
160:20,23
161:3,9,14
161:21
163:12,20
165:8,18
166:12,17
167:10,21
168:22
169:8,16
169:22
170:6,11
170:24
171:4,8,11
171:13
172:7,10

172:15,18
173:5,9,14
173:18
174:1,5,9
174:14,17
174:21
175:12,17
175:21
176:3,8,14
176:19,23
177:15,21
178:5,10
180:20
181:8,21
182:4
183:1,6,16
184:3
185:13,22
187:3,17
187:22
188:1,14
188:18,23
189:6
193:2,14
193:23
194:3
195:7,10
196:12,21
197:1,8,11
197:18
198:21
199:4
200:18,19
200:21
201:4,12
201:20
202:11,19
203:14,24
204:13,19
205:15,20
205:24
206:5
207:3,16
208:10,11
208:14,17
208:22,23
209:3,8,10
209:12,16
209:18,19
209:23
210:1,3,4
210:10,14
210:18

211:1,6
212:18,22
213:10,12
214:4,5
215:4,9,24
216:10,15
216:20
217:5,7,9
219:2,9
222:14,21
224:10,19
225:17,23
231:16,20
233:21,24
234:5
240:14
241:1
243:3,10
243:12,18
243:19
244:3,7
246:2,9
248:3,5,7
248:9,20
249:3
250:2
252:11
253:4,7,12
253:13,14
253:16
254:23
255:6,10
255:13,17
255:19
256:6,20
257:1,16
258:1,23
259:2,5,13
259:15
260:19
261:1,11
261:15,19
262:1,5,10
262:16,23
263:3,12
263:20
264:4,12
264:20
265:11,17
266:1,14
268:12,16
268:24
269:5

270:3,5,23
271:8,13
271:20,23
272:3
273:23
274:7,19
275:1,5,6
275:8,24
276:9
277:13,23
278:20
279:1,13
279:14
280:2,7,11
280:18
281:20
282:2
283:18,24
284:20,23
285:17,23
286:13,16
286:18,23
288:8,12
288:18,20
288:22,24
289:3
**attorney...**
  209:13
**attorneys**
  12:23
**attribute**
  91:4
**atypical**
  217:13,23
**atypicality**
  219:12
**Australian**
  100:14
  101:3,12
**author** 184:5
  184:11,12
  184:13
**authorities**
  231:10
**authoriz...**
  1:23
**authors**
  184:6,13
  184:18,22
**available**
  39:14
  135:24
  136:2,6

**average**
  17:11,16
  18:23
  20:18
  40:23  41:1
  41:5,16,17
  46:12,14
  46:21
  50:14
  61:18  62:1
  69:21  90:6
  91:17  94:3
  94:5,6,9
  94:22,23
  95:13,15
  107:11
  136:23
  137:15
  153:11
  159:23
  162:24
  163:1
  175:1
  207:17
  211:24
  265:5,9,20
  266:17
**avoid** 125:21
**award** 63:18
**aware** 41:4
  46:7  54:1
  54:24  55:8
  62:10
  63:10,11
  72:7,10,14
  94:14
  99:16,19
  109:20
  111:20
  115:11
  130:3,12
  132:4
  140:23
  141:4
  142:15,18
  142:18,19
  162:1
  170:15,21
  184:16,17
  244:4
  245:22
  246:3
  251:3

255:7,14
258:5,8,12
261:22
268:14
270:9,11
270:13
271:2
273:11
285:16,18
285:22,24
286:4
**awareness**
93:8
**axis** 90:15
**AZ** 7:9

**B**

**B.P.J** 1:4
**babies** 256:1
**Babwah** 12:10
12:10
14:17
**back** 25:18
37:16
40:17 52:7
52:11,13
56:11,21
58:17 61:6
61:9 75:9
81:21
91:21 98:4
103:15
105:23
113:8
124:12
131:12
135:19,21
150:9
151:16
153:1,4
172:2
173:17
175:23
191:22
193:15
203:5,22
213:23
223:4,9
233:11
238:12
245:13,20
245:21
248:18

256:22
258:3
266:12
272:10
281:4
282:14,17
284:7,9
**background**
72:7
236:16,21
272:2
**bad** 19:6
176:17,22
**Bahlburg**
234:18
**Bailey** 6:11
**balance**
27:24
**balanced**
164:1
**ballpark**
251:6
**ban** 168:8,16
169:20
171:20
**banning**
169:1
**bar** 93:18,18
95:4,5
**Barr** 4:10
14:1,1
**Barrier**
183:20
**bars** 91:2,19
98:15
**base** 39:8
**based** 61:19
61:20 62:2
62:2 95:2
101:12
135:20
143:14
153:8
154:9
160:4,6
175:1
186:11,16
190:24
204:4
211:20,21
221:8
224:13,14
239:4

241:6
272:22
**bases** 156:7
**basically**
18:10
247:13
**basis** 43:20
73:3 90:8
92:24
104:13
108:23
109:17
110:6
111:10
133:24
171:5
210:10
212:13
215:18
222:10,12
223:18
225:7,9
229:15
231:14,18
232:1,7,11
233:8,12
234:12
236:8
266:23
267:6
281:12
**basketball**
48:7,9,12
48:17
139:6
168:21
169:15
172:5,14
173:3,13
173:24
174:8
175:10
**becoming**
51:19
**began** 23:21
81:3 85:16
239:13
**beginning**
35:14 39:4
40:4 65:17
78:12,19
78:22,24
82:7 100:9

122:8,17
122:21
123:24
125:5,20
131:15
135:18
154:17
194:4
225:3
**begins** 17:10
18:14
22:13
23:19 28:5
32:7 45:15
61:11
69:10,16
78:11
92:15
100:9
119:9
135:21
157:22
199:9,13
225:1
227:23,24
237:13
249:6
**begun** 79:10
123:22
**behalf** 3:3
13:11,17
210:7
248:21
288:23
**belief**
121:19
**believab...**
136:17
**believe** 28:9
35:10
52:24 62:6
62:20 63:2
64:7 66:1
88:22 90:3
99:16
114:24
115:15
121:8
122:11
131:5
138:7
141:2
148:13

158:18
178:16
179:18
206:18
225:24
228:17
235:1
243:14
245:1
246:13
260:17
272:15
**believed**
29:17
**believing**
111:10
**benefit**
187:11
201:17
**Berman** 66:22
**best** 66:22
67:7 73:8
73:12,14
74:2,4,14
75:1 76:22
87:19 88:2
88:3 91:1
204:11
281:24
282:5
**better** 17:12
17:16 18:1
18:4 63:1
140:10
158:22
262:22
263:7
268:17
**beyond** 18:19
25:7 34:11
47:23
139:19
144:3
152:10
**BG17** 66:24
**bias** 141:13
**bibliogr...**
216:2
**bibliogr...**
133:23
**big** 37:20
181:14
251:20,22

286:17
**bigger** 94:11
**biggest**
  23:13
**Bill** 285:24
  286:2,7
**bills** 286:6
  286:8
**binary**
  287:17
  288:2
**biologic**
  214:9
  229:15
  232:1,7
  262:12
**biological**
  89:1
  106:14,20
  106:22
  124:15
  126:11
  153:11
  185:10
  216:12
  219:16
  221:9,11
  222:10,12
  222:18,22
  223:17
  224:21
  225:6,9
  231:18
  232:11
  233:8,12
  234:11
  236:7
  257:20
  262:8
  263:9,13
  264:5,7,14
  265:4,9,20
  266:17
  287:13
  288:3
**biologic...**
  260:14
**biology**
  107:4,20
  124:24
  153:13
  165:16
  177:4,10

219:22
223:2,4,6
223:8,8
232:18
233:1,17
242:23
264:2
273:13
**birth** 24:11
163:2,11
228:5
233:23
254:21
255:9
258:10
**bit** 17:5
23:11,15
37:1 52:18
74:17
81:23
138:1,2
141:15
144:12,18
165:16
172:9
180:24
187:9
189:12
207:14
221:16
256:22
271:1
**black** 251:3
251:4
**blanket** 66:6
67:10
138:3
276:2
**block** 4:3
11:4 13:19
13:20
16:21
17:20
18:16 19:3
19:21 20:6
22:7 23:7
24:8,19
26:9 27:5
28:23
29:19
30:10,21
31:19
33:18

34:10 36:6
36:11,22
37:11,14
38:4,20
39:18 41:9
42:1,13
43:7,12
46:1,6,18
47:2 48:2
48:14
49:21
50:11 52:3
53:9 54:10
55:6,20
56:9 57:17
59:7,13
60:1 63:14
65:7 66:5
67:9 68:1
68:21 70:3
70:13
72:13 75:3
79:21
80:18 81:5
82:17,22
83:6,13,18
84:11,22
85:11,20
86:6,17
87:13,24
89:10
90:10 91:8
91:24
92:19 93:3
93:20 95:8
95:21
96:16 97:6
98:7
101:13
102:3,14
102:21
103:7,13
104:5,7
105:5,18
106:3
107:1,13
108:15
109:9,24
110:9
112:2
115:16
116:18
118:24

120:21
123:12,19
124:6
125:9
126:5
130:6
131:16
132:8
133:18
134:3,20
136:3,12
137:2,24
141:11
142:17
144:7
145:5
148:9,15
149:19
150:21
151:15
152:5,14
153:19
154:19
155:8
156:5,21
157:3
158:2,18
160:3,20
161:3
163:12
165:8
166:12
167:10
168:22
169:16
170:6,24
171:8
172:7,15
173:5,14
174:1,9,17
175:12,21
176:8,19
177:15
178:5
180:20
181:21
183:1
185:13
187:3,22
188:14,23
193:2,23
195:7
196:12

197:1,11
198:21
200:18,21
201:12
202:11
204:13
205:15,24
207:3
208:10,14
208:22
209:3,10
209:18
210:10,18
212:18
215:4,24
217:5
219:2
222:14
224:10
231:16
240:14
244:3
246:2
248:5,9,20
248:20
254:23
255:10,17
256:20
257:16
260:19
261:11,19
262:5,16
263:3,20
264:12
265:11
266:1
268:12,24
270:3,23
271:13,23
273:23
274:19
275:5,24
277:13
278:20
279:13
280:2,11
281:20
283:18
284:20
285:17,20
**blockers**
  33:14,16
  34:7,9

84:5 85:19
86:16
118:9,13
118:16
119:6,8
120:9
122:9,17
122:21
123:24
124:21
125:2,5,21
126:1,18
**blocking**
114:11
116:4,8
260:3
**blood** 80:7
130:1,2
181:3
221:3
224:16
**blurring**
219:5,7
**board** 1:8,9
6:7,15
12:21
13:11,14
175:2
**boarder**
182:10
**bodies**
161:12
162:11
163:7,13
163:15
**body** 74:20
79:6,9,19
79:20 81:2
96:1
129:21
131:3
145:18
162:5
169:6
273:12
**bone** 23:11
23:13
**bonus** 211:8
**book** 128:6
**born** 226:4
255:4,16
256:1
**bottom** 73:24

91:7 102:7
104:11
150:10
162:20
190:6
198:7
217:4,10
217:10,18
234:23
252:2
281:15
**Boulevard**
6:5
**boundaries**
45:17
**bounds** 31:16
**box** 203:8
**boy** 256:16
256:17
**boy's** 79:6
**boys** 17:11
18:4,9,10
18:11,13
18:23,24
19:5 73:15
74:3,6,15
74:23 75:2
76:4,12
93:13,24
94:4,6,11
94:20 95:3
95:14 96:6
96:9 97:1
97:15,19
97:20 98:1
98:2,15
101:19
104:15,22
105:8
107:16
123:1,6,16
125:5
126:8
153:9
255:15
261:9
262:22
263:7
**BPJ** 12:20
126:17,19
181:20
182:13
**BPJ's** 126:20

182:16
**brand** 157:9
**Brandon**
12:10
14:17
**break** 33:10
59:14
60:22 61:3
103:23
104:1,1,4
104:4,5
112:11,13
112:20,22
113:5
141:9
152:13,22
171:11
203:14,19
248:5,15
266:2,9
275:14
**breakdown**
121:20
**Bridgeport**
6:6
**briefed**
210:16
**bring** 258:23
286:18,19
**broad** 4:5
86:19 92:7
148:2
159:8
219:4
246:18
262:6
**broader**
31:18
115:3,7
267:23
**broadest**
176:12,15
**broadly** 60:6
**broken** 58:24
**Brooks** 7:3
8:6 11:24
13:1,1
14:20 15:1
15:12,21
16:7,9,24
17:1,23
18:20 19:9
20:2,9

22:11
23:18
24:14 25:1
26:15 27:9
29:7,23
30:15,24
32:5 34:1
34:14 36:8
36:14 37:7
37:12,22
38:8 39:2
40:1 41:12
42:6,19
43:9,18
44:4,5
46:3,10,20
47:6 48:6
48:18 50:1
50:17 52:6
52:10,15
53:13
54:13
55:13,21
56:12
58:11
59:10,15
59:17 60:5
60:22 61:8
63:17 64:3
65:10 66:8
66:12,17
66:19
67:12 68:3
69:6 70:5
70:21
72:17 75:8
75:12,20
80:1,23
81:13
82:20 83:1
83:8,16,21
84:13 85:6
85:15 86:2
86:11 87:5
87:14,17
88:5 89:13
90:13
91:11 92:9
92:22 93:4
94:2 95:12
96:4,22
97:14
98:10,12

98:21 99:7
101:21
102:10,17
103:1,11
103:21
104:3,9
105:12,20
106:5
107:6,22
108:21
109:13
110:3,12
112:10,20
112:23
113:10,20
116:2,21
121:2
123:14,23
124:8
125:23
126:14
127:18
128:4
130:10
131:18,19
132:13
133:4,13
133:21
134:10,24
136:7,19
137:6
138:4
141:8,14
141:16,24
142:3,13
142:21
144:13
145:7,15
146:1
148:11
149:3
150:2
151:9,21
152:12,16
153:3,22
154:22
155:19
156:9,14
156:22
157:5,11
158:8,21
158:24
160:12,23

161:9,21
163:20
165:18
166:17
167:21
169:8,22
170:11
171:4,11
171:13
172:10,18
173:9,18
174:5,14
174:21
175:17
176:3,14
176:23
177:21
178:10
181:8
182:4
183:6,16
184:3
185:22
187:17
188:1,18
189:6
193:14
194:3
195:10
196:21
197:8,18
199:4
200:19
201:4,20
202:19
203:14,24
204:19
205:20
206:5
207:16
208:11,17
208:23
209:8,16
209:19,23
210:3,14
211:1,6
212:22
213:10,12
214:4,5
215:9
216:10,20
217:7,9
219:9

222:21
224:19
225:23
231:20
233:21
234:5
241:1
243:3,12
243:18
244:7
246:9
248:3,7
249:3,4
250:2
252:11
**brought**
181:14
182:17
**Brown** 107:24
108:22
109:7,21
110:6
133:1
243:21
253:22
**Brown's**
132:23
**buffer** 30:18
31:4
**Building**
5:12
**bulk** 25:10
**bulky** 63:21
**bullet** 69:14
69:15,20
69:21
**bumping**
87:15
**bunch** 151:19
**Burch** 1:12
6:16 13:12
**burdens**
195:19
**bureaucr...**
195:18
**buried** 214:1
_____
C
**C** 4:1 5:1
6:1,10 7:1
12:8
**CA** 4:17
**calculated**

66:24
**calculating**
243:15
**call** 28:21
39:4 69:11
71:13
87:16
114:8
189:12
217:3
266:4
282:20,24
**called** 14:11
92:3
**calling**
137:11
214:20
233:18
247:13
**calls** 125:4
192:20
**cancers**
186:7
**candidates**
265:15
**capabili...**
60:15 72:3
72:12
105:1
**capability**
97:1,5
98:6
**capable**
107:11
**capacity**
1:13,15
2:1 130:5
209:11
**Capehart**
15:9
**Capitol** 5:11
**caption**
12:18
**card** 88:9
**care** 9:15
44:7,8
99:21,22
120:8
127:20,24
132:21
134:12
162:14
183:20

185:5
186:17,22
187:2
200:3,4
204:18
207:11
212:6
215:16
**cared** 119:16
**careful**
20:17 81:7
87:12
219:3
269:15
**carefully**
88:16
154:21
228:10
**Carlson**
174:23
**Carlson's**
168:7,13
**carried**
132:14
**carve-out**
19:24
20:11
21:20
62:18
**case** 1:6
12:18
28:24 54:3
54:15
65:13
79:22 80:3
82:24
86:21
109:21
110:7,13
110:22
124:15
134:18
187:19
188:2
189:4
193:10
213:16
220:17
228:11
230:14
242:13
247:4
**cases** 108:2

108:23,24
109:5,11
109:15
134:4
226:20,21
228:18
231:9
**Caster** 54:3
55:1 65:14
**castrating**
198:19
**castration**
238:4
**catch** 80:7
**categorical**
97:10
168:7,16
**categori...**
84:3 96:24
124:1
**categories**
22:1 46:16
234:14
**categorized**
233:2
**category**
9:12 20:1
20:24
21:13 47:1
47:8 48:24
53:6 63:3
64:23 65:5
98:23 99:4
109:2,23
143:9,16
146:21
169:2
170:22
173:7
174:13
176:16
181:4
234:16,16
246:14
254:13
277:20
**causal**
223:17
**causality**
263:6
**causation**
101:22
102:5

**cause** 26:24
31:13
69:18 80:2
80:3 86:13
124:13
222:23
**caused** 66:18
79:20
**causes**
101:24
**caution** 80:4
94:24
115:21
**caveat** 263:7
**cavities**
129:24
**CeCe** 110:22
**cell** 181:3
**cells** 179:22
**Center** 4:15
183:19
250:6,8
**certain** 18:1
19:7 34:5
38:6 54:16
62:13 79:5
80:20
86:22,22
86:24 87:4
103:17
129:17
130:1
135:10
139:1
140:12
148:20,21
167:14
219:17
224:13,14
230:1
232:22
233:16,17
241:9,10
276:24
277:3,18
**certainly**
20:20
40:21 45:2
45:5 60:17
86:20,21
86:23 96:2
98:19
99:19

108:17
110:19
121:17
130:19
131:5
133:2
140:9
159:15
162:16
169:3
203:4
207:8
219:8
240:20
259:20,22
260:24
261:3
269:10
270:13
271:2
287:17
279:18
**certainty**
257:18
**CERTIFICATE**
8:10
**certific...**
12:5
**Certified**
12:13
**certifying**
1:24
**cetera** 96:2
206:14
**challenge**
207:7
221:15
**challenged**
65:3
**champion...**
111:2
**champion...**
108:2,3
111:22
**chance**
118:21
145:6
158:3
**change** 23:12
45:18 46:5
47:3 70:10
145:18
**changed**
22:18,21

23:5 228:6
**changes**
25:10
50:10 79:6
79:9,11,19
80:11 81:2
81:15
117:7,9,21
118:22
120:1
123:1,16
124:19
125:3,6
129:10
139:16
**chapter**
127:20
128:6
**characte...**
167:15
287:17
288:2
**characte...**
22:16,19
23:4,12
26:23
42:22
47:14
48:17,22
49:11 51:5
57:1,2
117:5
168:14
253:22
260:13
**characte...**
97:7 106:4
120:22
134:4
**characte...**
143:7
212:3
288:6
**characte...**
167:5
**charge** 17:6
**charged**
250:15
**Charleston**
5:13,20
6:14 12:20
**chart** 88:10
90:5 91:3

126:20
263:1
**charted**
162:10
**chartered**
162:10
**charts** 88:20
88:23 90:5
263:1,6
**check** 203:8
220:16
284:1
**chest** 206:13
**child** 120:3
182:20,23
221:12
223:15
230:24
239:5
**child's**
117:20
118:21
**childhood**
228:5
**children**
32:13
34:20
85:18
86:15 97:9
100:14,21
101:12
105:15
114:12,20
115:8,13
115:20
116:5,9
118:14
119:14,16
119:20
121:3
122:6
127:2
181:10
226:3,19
239:11
240:9
258:10
261:23
**children's**
119:24
**choice** 239:5
279:6
**choices** 39:9

39:15
**choose** 32:15
86:16
**choosing**
109:8,11
109:12
**chose** 88:6,8
201:7
**chosen** 91:6
**Christiana**
7:5 13:5
**chromosomal**
220:9,15
220:21
231:15
241:15,18
242:5,11
242:12,19
245:11
247:2
287:15
**chromosome**
165:14
167:19
182:21
226:8
230:20
257:8,11
257:14
**chromosomes**
164:23
165:1,3
167:8,14
182:22
183:4
219:24
220:2
226:11
229:19
230:2,4,7
230:17
232:21
257:5
**circle**
175:22
**circulating**
43:20 53:7
69:18
265:3,13
265:19
266:16
277:1,4
283:3,4

284:2
circumst...
33:1,22
37:4,5
85:14 88:4
103:19
106:11
115:19
118:7
140:12,22
185:19,21
186:4
200:1
224:18
229:9
247:22
273:16
276:12
circumst...
21:21 38:7
86:23 87:4
203:4
223:22
271:18
cisgender
17:11,13
18:1,2,4,5
19:7,8
20:3 29:21
30:14
31:18,24
32:2 42:2
42:3,11,15
48:21 49:4
49:7,22
50:3 51:4
51:10,13
51:16,17
57:2 58:9
58:9 62:16
62:16,20
62:22
70:19 75:5
104:15
105:8,9
106:2,11
107:15,15
132:18,20
139:19
150:13
151:3,11
151:24
160:18

161:1
169:19,19
169:21
173:7
174:12
229:24
230:3
ciswomen
147:8
citation
153:20
cite 59:18
76:5 88:7
88:8
108:24
133:15
146:15,19
153:16
215:19
234:10
cited 44:9
76:17
122:19
132:23,24
133:3
134:1
141:17
146:13
253:22
260:22
cites 115:11
citing
108:22
133:24
citizen
103:12
civil 3:4
4:4 12:22
177:22
claim 203:11
clarified
29:24
clarify
17:22
18:22 31:8
50:2 53:10
56:10,21
57:22
78:18,21
122:19
187:18
200:9
201:13

clarity
251:16
classic
22:23
25:14
226:8
classifi...
61:12
clause 254:1
CLAYTON 1:12
6:16
clean 88:4
227:8
279:8,15
cleaner
221:16
cleanliness
91:5
cleanly
99:18
115:18
clear 24:10
30:23
31:20 49:3
59:1 80:4
85:22 86:7
90:16
135:8
144:23
146:16
157:14,22
160:5
161:7
162:23
163:8,18
181:19
182:15
185:9
187:4
206:24
211:5
227:11
229:11
231:6
232:12
240:19
245:15
246:7
clearer
202:17
clearly
191:21
271:21

clients
213:24
clinic 25:2
119:21,23
121:8
184:19
185:6
186:20,24
187:20
188:3,19
191:11
192:22
194:17
196:7
197:20
204:2
206:7
207:1,18
207:24
208:2
211:24
212:2,24
244:15,22
245:1,8
246:23
250:15,18
250:22,23
251:1,7
252:9
clinic's
192:19
clinical
113:13
120:24
127:1
190:11,13
190:19
213:19,23
clinicians
122:24
128:19
clinics
121:22
clipped
156:15
Cloacal
233:23
clock 112:15
243:7,13
close 47:17
111:3
205:4
closed 19:13

20:14
25:21
29:12
32:15
35:20
38:13
39:10 41:1
46:13 65:1
65:22 67:2
73:16 84:6
104:16
108:8
114:21
120:12
125:7
128:20
132:2
136:24
147:14
149:11
150:15
153:13
158:14
159:24
164:3
194:9
214:10
217:14
co-author
116:7
122:16
co-authored
72:15
co-authors
139:14
216:14
coed 51:19
coerce 32:13
86:24
coercing
86:22
cogent
174:24
cohort 109:5
coils 75:4
Coleman 71:2
71:4,8,20
72:2,20,24
Coleman's
73:6
Coley 14:2
collabor...
59:23

colleague
  13:4
colleagues
  32:22 86:3
  121:15,18
  127:8
  184:19
collected
  135:13
  283:10
collecting
  229:10
collections
  135:14
collecti...
  98:19
  250:14
college 74:4
  74:13 82:6
  108:3
  111:11
colleges
  267:22
  270:9
collegiate
  74:6
collision
  168:14,20
  169:14
  170:2,22
  171:9,10
  171:18
Colton 98:22
  99:12
column 17:8
  22:12 28:4
  100:8
  117:2
  128:17,24
  129:1
  147:6
  149:4
  150:11
  189:11
  190:6
  191:22
  192:4,5,7
  192:8,9,13
  193:15
  195:3
  197:22
  199:7,12
  199:13

202:1,6
217:4,10
217:15,16
218:8,17
225:2
234:19,21
234:22
237:4,7,8
combination
  233:18
  253:23
come 16:16
  24:22
  27:20
  44:13
  49:23
  79:20 87:3
  105:23
  109:16
  111:3
  200:16
  201:5
  247:11,17
  268:10
  276:19,22
  278:5
  279:22
comes 89:4
  111:14
  167:12
  277:15,17
comfort
  76:19
comfortable
  218:13
coming 25:13
  25:13
  120:24
  121:5
  127:6,12
  169:4
  245:22
  246:10
comma 117:5
  225:15
  228:3,4
  267:2
commenced
  129:12
comment 45:2
  45:22 46:9
  55:17
  73:23

74:18 91:9
92:7
125:13
149:21
156:11
158:9
164:12
165:10,21
205:8
246:21
261:14,21
270:12
commentary
  158:6
commenting
  27:7 34:12
  63:16
  157:23
  205:5
Commission
  1:11 5:22
  13:18
commit 202:9
committed
  244:23
committee
  26:18 27:8
  28:20 29:1
  30:14
  31:11
  41:14
  54:20,22
  65:2 71:12
  71:14,23
  113:22
  205:7
  206:2
  272:10,13
  272:14
  277:24
  279:17,19
committees
  60:7 71:12
  71:18,22
  165:23
  271:4
  280:16
common 23:23
  140:23
commonly
  89:9
Commonwe...
  3:6

community
  39:7 86:8
  182:11
  184:11
  264:1
company
  213:14,18
compare
  185:4
  189:14
compared
  40:24 41:6
  41:17
  46:14,22
  48:12 73:8
  100:15,22
  163:1
  246:1
comparing
  153:8
compensa...
  250:4,10
compete
  19:13 21:1
  34:6,8
  46:16 47:1
  61:18 62:1
  182:23
competed
  100:23
  108:12
  109:1,22
  110:7
  170:21
competing
  33:5 48:24
  108:7
  170:19
  171:6,16
competition
  53:23
  64:23 65:4
  102:13,20
  102:24
  139:21
  148:24
  164:3,20
  256:12
  267:22,23
competit...
  112:6
  160:16
competitive

64:24
68:12,13
72:8 76:2
76:10
272:24
273:10,20
273:21
274:17
275:10,22
competitors
  111:23
complaining
  235:13
complaints
  235:7
complete
  25:3
  100:19
  141:8
  193:24
  245:2,4
  246:1
completed
  38:11
  40:11
  136:23
  137:14
completely
  25:5 146:7
  287:21
completing
  159:21
complex 5:11
  49:14
  78:23
  97:12
  130:24
  151:22
  257:21
complexity
  81:19
complicated
  14:21
  23:16
  58:3 60:3
  67:16
  172:21
  222:16
  245:12
complicates
  199:19
component
  193:8

214:10
263:14
264:6
288:3
components
180:24
268:1
287:24
Composition
145:18
compound
178:18
concentr...
57:7,8
103:24
concentr...
31:16
concept 31:2
45:17
concepts
45:18
conceptual
54:23
concern
25:20 26:3
26:5,10
27:1,3,11
27:12,15
27:17
31:14
32:18,23
33:11
66:18 83:4
85:17,22
86:5,8,9
86:14
160:19
161:2,8
170:10,16
concerned
203:13
226:3
concerning
127:1
154:16
concerns
34:22
39:23 82:8
83:10
85:24
170:5,13
175:1
226:18

241:13
concert
61:17,17
conclude
140:7
concluded
177:2
192:21
289:8
concludes
160:13,13
163:24
289:4
conclusion
76:10,15
139:14,23
149:7
163:6
164:7
228:15
260:1,8,20
261:3
274:9
conclusions
145:12
154:16
279:23
conclusi...
105:10
concrete
110:4
condition
166:1
182:16
226:4
conditions
166:22
confer
208:23
209:1
conference
13:3 66:14
conferred
56:5,17
57:12
58:13
248:21
confidence
70:20
122:1
222:12,23
231:5
251:9,21

confident
104:24
confiden...
208:7,21
249:1,6
252:13
confidently
104:13
confirm
139:15
249:4
confirma...
143:24
144:3,6,21
196:15
confirming
24:6,12
189:20
conforming
244:16
confounded
101:18
confounders
93:9
confounding
241:8
246:6
confused
78:8 195:8
195:11
268:15
287:11
confusing
271:1
congruent
229:15
231:15
conjecture
23:10
194:23
connected
167:17
183:4
connection
26:17
63:20
119:20
212:16
214:1
250:5
connections
200:15
consensus

165:11
205:18
206:3
214:9
215:1,1,19
215:23
216:8
222:9
conserva...
187:14
198:9
consider
25:3 34:15
36:18 38:7
41:21
43:17
44:23
55:14
60:10,13
60:16
61:23 62:7
67:5 72:2
76:24
91:21 95:6
97:4 131:3
166:3
174:6,15
175:8
215:21
254:8
255:24
276:7
consider...
120:18
consider...
32:4
122:11
231:8
consider...
28:1 30:4
31:22
168:17
169:11
considered
29:9 30:19
31:8
166:21
185:18
203:6
257:9,11
considering
86:1
231:21

consist
177:6
211:11
276:3
consistent
24:4,15
128:21
129:9
143:17
147:10
158:1
241:10,21
242:4
244:1
272:24
275:21
constitutes
166:3
constitu...
111:3
construc...
185:21
237:23
238:6
consuming
187:12
cont'd 5:1
6:1 7:1
contact
126:19
168:13,20
169:14
170:1,22
171:18
239:12
285:4
contain
154:16
contempl...
89:8
contended
263:13
contention
160:8
225:5
contest
283:6
context
18:11 21:3
30:12
41:15,19
65:16
68:14,18

68:19,23
68:24 71:7
71:9,10
74:11
83:24
84:12,23
84:24
95:10,18
96:18,24
97:8,12,23
99:13
103:17
107:3
108:19
115:1
120:15
124:15
131:2
135:12
136:16
138:3,5
140:5
150:22
153:5
155:16
158:6
172:21
179:16
180:1,12
194:19
198:17,24
208:15
218:1
257:4
267:16,24
273:6
274:1,20
275:4
276:18
**continue**
25:7 26:22
35:16 38:9
78:13
141:15
166:10
168:12
**continued**
239:23
**continues**
23:22
80:20
225:16
245:24

**continuing**
81:23
141:11
**continuous**
199:17
200:6
201:8
**continuum**
83:20
**contrast**
159:20
187:13
189:14
**contrave...**
209:4
**control**
201:10
**controlled**
201:22
246:1
**convenience**
15:5
**conventions**
135:10
**conversa...**
26:20 46:8
58:5
124:12
138:2
182:9
**conversa...**
31:23
117:23
122:2
239:13
280:22
**converse**
267:5
**convincing**
263:24
**Cooley** 4:14
13:24 14:4
14:6
**coordina...**
63:4
**copies** 15:22
158:22
**coping**
260:11
**copy** 16:8
64:8
158:22
286:21

287:9
**correct**
15:13 16:8
16:23
17:19 18:6
18:7 19:2
19:16,20
20:5,15
21:2 24:23
26:8,19
28:15,22
29:15
31:12
36:18,20
39:17 41:8
43:6 44:6
44:10
47:19
49:20 50:5
50:22
53:19 54:2
55:5 62:5
70:7,23
74:16 76:7
77:18 79:4
79:13
81:18 82:5
82:16
87:23
90:14 91:2
92:18
93:19
97:17
105:9,17
105:21,22
106:17,24
112:3
113:21
114:5
118:23
120:20
121:7,16
123:7,13
123:18
124:5
128:5,13
128:22
130:2
133:17
134:2,13
134:19
137:20
139:8

144:2
145:1,2
158:1
165:2
166:2,23
176:18
177:8,14
178:4
180:17
182:7
184:19,21
185:7,12
186:3,13
186:23
188:22
189:17,18
189:22
191:14,15
191:19
193:1,4
194:15
195:6
196:11,24
197:10
198:20
201:23
204:7
208:4
219:1,14
220:10
222:13
224:9
226:22
227:7
229:17
230:9,19
234:8,13
235:19
236:13,18
238:21
239:1
241:16
243:16
257:10,12
258:11
259:14
261:18
263:15,19
267:4
269:23
271:12
276:21
280:20

**corrected**
15:10
**corrections**
246:5
**correctly**
24:2 39:11
47:20 51:9
57:3 68:17
90:9
174:13
185:2
189:13
213:15
283:15
287:18,19
**correlate**
282:22
**correlates**
219:17
**couch** 138:9
**council**
163:14
**counsel** 4:7
5:8,14,21
6:7,15
7:10 12:4
20:7
112:10
208:7,19
209:9
210:23
247:23
248:22
249:1,4
**counseling**
190:22
**COUNSELS**
4:18
**count** 36:3
180:14
**country**
121:10
285:15
**counts** 181:3
**County** 1:9
1:15 6:7,8
13:14
**couple** 30:4
35:1 57:18
162:18
244:18
**course** 46:8
67:21

165:16
195:17
216:5,9
248:7
254:17
**court** 1:1
3:5 9:10
12:14,19
16:7 20:7
52:13
63:19,23
80:16
133:7
170:1
210:20
243:6,8,13
251:6
288:8,10
**courtroom**
208:21
**cover** 195:14
198:9
**covering**
156:7
198:3,14
**COVID** 206:23
207:11,13
**create** 31:4
38:12,18
39:7 77:22
85:18
100:7
185:15
195:18
**created**
34:20
86:15
113:22
166:16
**creating**
195:19
238:6,8
**credentials**
190:11
191:7
**criteria**
143:10
183:19,21
185:5,6
186:12,16
187:5,8,21
188:4,7,8
188:11,13

188:21
189:8,10
189:15,16
190:24
191:1,2
192:2,12
193:17
194:7
196:4,14
197:6,22
198:1,3,6
198:10,14
199:17
202:13,15
202:24
203:8
204:4
272:22
**criterion**
169:5,7
**criticizing**
235:4
**cross** 213:21
**cross-co...**
140:24
**cross-se...**
69:22,24
92:4
101:17
262:7
**crowded**
87:14
**CTMS** 193:18
194:8,14
195:1,14
199:10
202:1,5
204:6
**cultural**
101:23
263:10
**cumbersome**
197:17
**cumulative**
78:15
80:10,15
80:17,22
81:15
153:24
154:5,7
**current**
12:16
16:20

35:10,12
60:24 61:7
111:11
113:2,9
120:8
121:19
147:10
148:5
152:19
153:2,8
203:15,23
220:8
233:2
245:20
248:19
260:8
266:6,13
289:5
**currently**
38:19 56:2
139:20,20
245:4
**curve** 91:6
**curves** 88:14
**cut** 158:20
158:22
270:4
283:9
**cutoff** 31:3

D
**D** 8:1 12:8
**damages**
262:3
**dare** 89:1
**dark** 225:13
**data** 39:9,13
39:14,20
39:21
41:16
42:16,18
46:12,21
56:2 70:24
92:20 94:7
94:7 98:17
100:13
101:12,15
102:9
121:24
135:13,24
136:2,10
136:17
140:6,19

144:21
147:1,3,21
152:4,10
154:16
155:14
158:5
159:16
174:4
191:22
224:5,14
228:20
229:10
241:6,18
246:7
261:22
262:2
263:23
267:12,14
270:19
280:5,16
281:22,23
282:3,5
283:8,10
**dataset** 94:5
94:14,17
94:21 95:2
**date** 12:15
40:6
148:23
149:15
157:12
179:12
**dated** 127:21
157:1
185:2
**Dave** 210:1
210:10
247:23
248:3
252:11
**David** 5:10
13:7 69:10
156:12
253:6
**day** 94:11,12
**days** 110:20
121:10
141:7
**de-trans...**
245:9
246:24
**de-trans...**
243:24

**deal** 26:5,22
155:1
**dealing** 58:5
88:23
144:4
177:2
**deals** 65:13
**dealt** 26:21
72:21
236:11
**debated**
150:15,20
151:1,22
**decades**
164:20
256:12
**December**
157:1
**decide**
177:24
**decided**
169:18
246:24
**deciding**
38:1 178:3
210:17
**decision**
9:10 34:13
34:13 38:3
39:8 54:14
63:18,24
64:6,8,10
64:22
77:10
178:6
203:1
274:14
**decisions**
178:8
204:3
269:24
282:4
**Declaration**
75:11,13
75:16,22
77:22 78:7
96:5,23
98:4,8
168:3
**declared**
238:13,19
**Declartion**
9:11

decline
  213:7
declined
  248:23
declines
  159:22
decrease
  70:22,24
decreased
  70:19
decreasing
  130:19
deemed 198:5
  223:20
defect
  226:14
  238:24
Defendants
  2:4 249:2
  249:5
  288:15
Defending
  7:7
defer 213:6
deferred
  250:10
defied
  198:13
define 25:5
  96:14
  121:6
  174:20
  175:15
  176:1
  190:9
  202:17
  274:5
  275:20
defined 19:2
  77:5 78:24
  79:5,8
  81:12
  123:15
  178:8
  219:20,20
  220:2
  287:17
  288:2
defining
  18:24 77:3
  175:13,14
definitely
  106:10

189:9
207:4
245:19
247:5,11
247:22
definition
  45:24
  96:17 97:3
  97:23 98:3
  115:7
  123:20
  176:1
  190:4
  191:11
  220:13,15
  276:4
definitions
  77:9 96:20
  181:23
  233:3
definiti...
  182:9
  259:21
degree 25:8
  26:23 37:4
  37:17
  38:23 42:4
  42:17
  57:23
  60:20
  74:19,19
  83:12
  99:12
  101:20
  124:14
  126:9
  130:21,22
  151:1
  247:13,14
  269:15
  273:7
degrees 37:2
  47:5 85:1
  190:23
  191:3
  269:11,14
delaying
  266:24
  267:7
deleted
  77:16 78:4
deletion
  192:11

delivered
  63:19
demonstr...
  277:19
  279:9
demonstrate
  33:8
  105:10
  278:24
demonstr...
  32:11 33:3
  58:1
  139:17
  188:4
  262:13
  263:8
  278:9
demonstr...
  272:23
demonstr...
  57:20
Deniker 6:3
  13:13,14
  288:24
  289:1
denying 83:3
depend 68:4
  211:8
  274:20
depending
  154:1
  172:21
  203:7
  240:22
depends
  18:10 68:2
  83:24 92:7
  95:10
  115:1
  124:11
  138:3
  151:4
  154:5
  167:12
  211:15
  251:14
  274:1
deposition
  1:18 2:7
  3:1 12:17
  15:6 99:1
  211:3
  217:2

249:1
263:18,23
289:5,8
deprivation
  237:18
depth 184:7
derive
  213:18
describe
  17:2 71:10
  99:24
  128:7
described
  68:8 93:1
  156:8,8
  228:9
describes
  103:19
describing
  73:6 90:9
  147:5
description
  156:23
  157:14
  238:11
designate
  208:7,20
designated
  183:17
designat...
  89:1
designed
  189:13
  268:2,7,18
desire 37:9
desist
  221:13
despite
  231:6
  232:23
  238:14,14
detail 69:17
  114:2,3
  141:18
detailed
  38:2 214:8
  264:1
details 22:9
  40:16
  110:18
  198:9
  235:7
detected

100:21
determinant
  165:6
determin...
  167:19
  195:4
determin...
  143:14
determine
  54:22 67:1
  222:3
  256:16
  274:17
  279:17
  281:23
  283:9
determined
  25:16
  105:8
  197:20
  223:5
determining
  30:5 43:14
  43:16,17
  120:2
  236:7
develop 60:9
  217:12
  240:16
  241:6
  245:5
  276:15
developed
  18:12 19:6
  19:8 39:23
  54:20
  168:15
developing
  54:19
  189:7,10
  254:6
development
  18:19
  22:20 25:7
  33:7 52:2
  55:2 62:14
  96:1 117:4
  118:20
  121:1
  126:9
  166:2,4,6
  166:11
  168:19

169:13
170:4
204:21
218:10
226:17
232:24
241:21
242:4
255:3,24
developm...
  226:14
  236:17
  238:24
  240:17,18
  242:2
developm...
  126:16
devising
  179:4,6
DeVry 245:22
  246:11
diabetes
  222:19
diagnosed
  114:20
  115:13
diagnosis
  115:3
  196:3,6,23
diagnostic
  117:9,22
  118:6,7,22
dictate
  84:19
differ 152:3
  205:11,22
  206:2
differed
  205:7
difference
  19:11
  37:18 42:3
  42:5,18
  47:5 50:19
  65:21 66:3
  69:18,19
  74:19 76:3
  76:11,24
  77:2 90:14
  90:20
  91:13,22
  92:10,15
  92:16

93:13 96:8
96:19 97:1
97:5 98:6
193:4
220:13,14
277:19
278:13,16
278:22,23
279:9
283:12
differences
  43:21
  90:11
  105:8
  139:18
  152:8
  153:12
  162:23
  163:9
  166:6
  175:1
  261:23
  265:5,9,20
  266:18
  281:23
different
  42:17 43:1
  47:17 49:1
  51:7,11
  56:8,20,23
  57:15,21
  58:16 59:6
  84:24,24
  85:1,2
  90:7 94:10
  94:12
  96:20
  100:7
  121:21
  179:24
  194:24
  202:2
  203:4,10
  204:12
  224:12
  232:24
  247:5,10
  247:16
  273:12,12
  279:22,23
  280:3,8,9
  280:19,21
  281:22

282:1
287:8
differen...
  62:15
differen...
  166:7
  217:14,24
differently
  51:12
  159:14
differing
  152:3
difficult
  127:12
  192:16
  275:15
diffuse
  103:10
dig 172:2
dimorphous
  253:22
dip 207:14
direct 120:6
  122:22
  125:12
  133:22
  174:22
  199:10
directions
  79:3
directly
  144:4
Director
  250:5,7,22
disadvan...
  48:12
disagree
  65:3
  151:14
  160:1
  163:6,19
  164:7
  288:4
disagreeing
  151:14
  159:2
discarded
  165:23
  283:13
disclose
  210:5
disclosed
  210:11

discordant
  233:22
  241:14
discorded
  241:17
discovery
  210:22
  211:1
discretion
  203:2
discrimi...
  178:1
discrimi...
  278:8
discrimi...
  176:15
discrimi...
  174:20
  176:22
  178:8
discrimi...
  174:8,16
  175:7,11
  175:14,16
  175:18
discuss 28:8
  271:4,5
discussed
  96:18
  157:24
  164:9
  185:23
  198:2
discusses
  61:16
discussing
  32:23
  41:14
  167:3
discussion
  8:3,9
  78:21 89:6
  115:11
  116:14,17
  153:23
  154:3
  214:24
  225:1
  227:24
  281:18
discussions
  26:17 89:2
disformed

236:24
dismissed
  14:19
disorder
  55:1 166:2
  166:4
  226:14
disorders
  166:11
  218:9
  236:17
dispense
  192:23
dispropo...
  272:24
  273:5,10
  273:13,20
  273:21
  274:6,17
  275:10,21
dispute
  64:22 65:4
  208:15
disputes
  209:15
disqualify
  210:7
dissent
  152:16,17
distance
  141:5
  143:12
distances
  53:21
  277:19
  279:9
distinct
  287:14
distinction
  31:3
  202:13
distinct...
  167:2
District 1:1
  1:2 12:19
  12:20
divert
  207:10
division
  20:12
  108:12
  110:8
  111:18,23

168:20
169:14
170:2,23
171:17
184:20
**divisions**
19:12 21:6
111:24
**doctor** 10:8
15:2 16:10
44:6 54:8
55:18
60:10,13
64:4 74:24
76:21,21
79:17
86:12
107:24
108:22
109:7,21
110:6
113:21
127:21
132:23
133:1
145:8,11
149:15
160:24
168:7,12
174:23
190:14,14
220:5
228:11
233:19
234:2
235:7,12
235:21
248:23
253:22
**doctors**
198:15
231:11,12
250:15
251:18
252:1
**document**
63:21
64:12,14
64:18
128:7
141:9,10
148:16
149:20

157:1
161:10,23
161:24
162:13,16
162:19
205:23
213:13
215:22
225:16
243:5
274:3,3
**documented**
106:8
195:23
196:2,10
200:6
**documents**
130:3
166:16
205:18,19
**doing** 149:1
194:9
197:14
207:12
235:10
246:18
262:21
263:7
276:18
**Domestic**
9:22
161:11,17
**door** 58:8
**Dora** 1:14
6:8 13:15
**Doriane** 71:4
**doubt** 73:18
73:22
101:10,24
288:16
**doubting**
140:19
**Dr** 9:5,6,11
9:20,23
15:16,19
61:9 66:22
70:7 75:13
75:17,21
77:16
87:18
90:20
92:10
93:13

94:20
95:14 96:5
98:24
99:12
106:7
109:20
127:21
142:15
146:2
153:4
156:11,18
156:24
157:19
158:9
160:17
161:22
183:18,24
184:4
188:19
197:19
204:1
216:13,21
234:6,18
241:2
243:20
244:4
253:5
262:2,17
288:24
**draft** 281:7
**drafted**
117:19
205:2
**drafting**
205:7
**draw** 104:11
**driven** 39:9
39:15
**driver**
153:11
265:4
**drivers**
265:9,20
266:17
**drives** 26:5
**dropped**
207:12
**druthers**
197:3
204:3
**DSD** 166:18
166:19,19
167:6

181:10,20
182:3,14
182:22
183:4
186:2,6
218:10,19
218:21
226:7
261:8
**DSDs** 166:21
183:12
**DSM** 196:6
**DSM-V** 196:4
196:23
197:5
**due** 81:2,3
**Duke** 71:2
**DULY** 14:12
**duration**
38:11,16
38:22
**dysphoria**
105:15,16
115:4,5,13
116:5
117:6
119:14
120:17
127:2
195:23
196:3,10
196:17,19
196:23
221:12,20
**dysphori...**
117:11
**Dysphoric**
113:12

_____
**E**
**E** 4:1,1 5:1
5:1 6:1,1
7:1,1 8:1
12:8,8
**E-26** 5:12
**earlier** 43:3
50:18,21
64:5 81:8
82:3 85:21
128:21
153:23
164:9
197:19

204:1
214:24
259:17
278:15,17
284:4
**early** 33:14
33:16
117:3
119:13
120:10
122:9,13
172:1
228:5
**earth** 150:5
**easier** 97:10
182:12
**easiest**
244:12
**East** 5:18
6:12
**Eastern**
12:17
60:24 61:7
113:2,9
152:19
153:2
203:16,23
248:12,19
266:6,13
289:5
**Eastwood**
110:14
**easy** 64:20
78:7
**edge** 88:11
90:19
**editoria...**
159:17
**educate** 17:4
86:3
**educated**
74:9 161:5
237:14
**education**
1:9,10 6:7
6:15 12:21
13:11,14
269:6,7,8
269:11,18
271:10
**educational**
267:23
268:1

269:21
**effect** 78:15
79:24 80:2
80:3,10,15
80:17
81:11
124:13
131:24
132:6
196:22
241:13
255:15
**effectively**
61:19 62:1
181:18
200:17
**effects**
78:13
129:2
153:24
154:17
**efficiency**
188:17
**efficient**
187:7,15
193:13
**efforts**
187:11
226:18
242:10,16
**eight** 143:1
147:2,6
150:9,11
159:24
194:5
238:18
243:13
**either** 51:20
85:7 98:18
99:12,19
160:11
170:23
179:5
219:23
259:21
**element**
68:10
119:8
207:15
**elements**
23:14
208:3,5
**elevated**

58:7
245:24
**elicit** 64:17
**eligibility**
185:4
188:5
191:18
272:22
**eligible**
120:9
187:1
188:12,21
195:5
197:21,24
**eliminates**
155:5
156:2
**elite** 58:8
64:24
65:21 66:3
66:21 67:7
68:6 73:9
73:12,14
74:1,13
102:23
103:19
151:6
160:16
164:19
165:12
267:21
274:21
**elusive**
45:16
**Embarcadero**
4:15
**embrace**
268:19
**Emma** 98:22
**emotional**
117:8,20
119:24
**emphasize**
268:2,8,18
**emphatic...**
43:3
**employed**
12:14
**employee**
213:14
**employees**
207:13
**employer**

209:5
**employment**
193:22
209:14
212:16
**enable** 39:14
**encompas...**
245:19
**encountered**
44:17
**encourage**
21:7,21
241:21
242:3
**encouraged**
21:18
**encouraging**
21:14 22:2
33:22
**endeavor**
95:19
108:13
**endeavors**
282:12
**endocrine**
9:14 39:6
113:11,12
113:17,23
116:7
122:16
123:10
126:2
153:16
215:13
216:7
**endocrin...**
86:4,13
211:18
278:21
**endocrin...**
17:5,6
215:15
**endocrin...**
39:5
**endogenous**
23:24
117:8
120:11
122:10,13
124:1,3
125:3
126:3,16
177:11

**endogeno...**
178:2,2
**endpoint**
180:7,13
180:19
282:21
283:23
**endpoints**
148:21,22
148:23
236:6
**ends** 49:13
61:16
144:11
251:20
252:13
282:23
**endurance**
61:19 62:2
138:22,24
147:14
148:1,8
**energy**
187:13
**enforce**
279:5
**engage** 26:17
150:14
151:4,11
152:1
**engaged**
178:13,17
178:19,22
**English**
176:21
**enjoy** 50:20
51:24
62:21
**enjoyed**
42:10 90:6
90:6
**ensuring**
64:23 65:4
160:24
**enter** 221:13
**entertained**
202:22
**entire** 58:5
94:10,10
97:24
103:20
133:24
134:4

143:21
212:6
275:16
278:14
**entities**
222:18
**entitled**
15:23
43:19
98:23
127:19,20
145:17
161:10
183:18
208:12,17
216:12
225:14
**environm...**
263:11
**envision**
33:1 51:19
96:2
169:20
181:24
203:4,6
213:24
**equal** 21:8
49:7
**equally**
48:20 51:3
**equestrian**
63:4 65:15
**error** 91:7
**especially**
23:12
127:11
**ESQUIRE** 4:3
4:9,10,11
4:12,13
5:3,10,16
6:3,10 7:3
7:4,5,6
**essentially**
79:5
**established**
65:2 79:2
204:11
**establis...**
117:10
**establis...**
19:11
**estrogen**
158:15

159:7
177:12,12
**estrogens**
159:21
160:10
177:19
**et** 9:16
12:20,21
96:2 133:5
133:10
142:4
206:14
**ether** 243:15
**ethical** 34:4
34:22
**ethics** 34:3
34:16
**evaluate**
61:24
140:14
182:17
235:17
**evaluation**
190:24
191:17
235:22
**evaluations**
192:3,15
192:22
**event** 20:21
67:23 68:2
68:4,6
73:9,10
140:23,24
141:5
267:12
**events** 19:13
20:4,13,18
20:21
53:18
62:17
65:14,15
68:5,9
90:7 95:11
**eventually**
40:23
**everybody**
21:20
189:1
232:17
**everybody's**
165:21
**evidence**

39:8 40:23
41:5 46:11
114:15,19
116:13,17
116:19,22
123:21
124:16
125:19
162:22
163:7,17
216:12
224:21
225:6,9
229:14
230:22
231:14,18
233:12
**evolution**
117:17
118:2,4,5
119:4
196:17
**evolve** 45:18
**evolved**
204:17
**evolving**
74:20
125:15
181:23
**exact** 192:18
**exactly**
20:22 26:2
49:6 80:4
89:15
94:23
171:24
188:8
226:17
228:14
239:6
250:12
254:5
**EXAMINATION**
8:5,7
14:23
253:2
**examine**
132:5
**examined**
237:6
**examining**
131:24
**example**

23:14
35:16
37:18
50:18
103:18
127:13
160:8
169:4
203:5
215:13
216:7,7
220:18
222:19
276:16
288:1
**examples**
23:3 63:1
63:5 86:23
87:3
231:22
**exceed** 252:9
**exception**
84:20 85:9
158:13
159:6
**exceptions**
165:17,19
**excerpt**
125:10
**excerpts**
54:16 64:7
**exclude** 55:2
172:4,12
173:2,11
173:22
**excluded**
53:6
**excludes**
174:6
**excluding**
168:18
169:11
174:3,12
**exclusion**
175:3
**exclusions**
191:4
**exclusively**
211:14
226:3
232:21
**excuse**
107:15

154:4
265:23
267:11
**execute**
75:22
**executed**
40:5 75:13
**Executive**
250:7,21
**exhaustive**
22:23 23:2
108:20
109:18
288:7
**exhausti...**
179:21
**exhibit** 9:1
10:1 15:6
15:16,18
15:23 16:3
16:12
43:19,23
61:9 63:18
63:23
75:10,13
75:16 78:5
87:7 88:12
98:21,24
99:3
104:10
113:11,14
113:17
114:8
123:1
125:6
127:19,24
131:21
133:6,10
139:13
142:1,8
145:16,22
156:10,18
161:10,16
183:17,24
204:5
216:11,17
224:21
225:13,19
233:22
234:2,19
241:13
253:10,12
253:13

258:24
259:6,6,10
286:12,13
286:14
**Exhibit-1**
40:3 80:14
153:6
**Exhibit-10**
133:6
**Exhibit-4**
154:10
**Exhibit-5**
114:7
**Exhibit-6**
87:6
**exhibiting**
123:16
**exhibits**
154:12
**exist** 42:24
47:16 49:1
51:7 56:8
56:20
57:15
58:16 59:6
83:5,11
247:15
271:16,19
**existed**
188:8
**existence**
19:18
21:24
215:22
**existing**
79:15
158:7
198:13
199:1
**exists** 17:10
119:5
127:16
280:5
**expand** 36:24
52:17
187:9
**expanding**
23:11
**expansive**
115:8
**expansively**
181:4
**expect** 111:4

155:11
266:23
267:6
**expectation**
93:7 207:6
**expecting**
102:8,9
**expenses**
251:18,24
**expensive**
192:16
**experience**
24:4,16
25:10 26:7
51:1 70:12
93:9
105:15
106:1,2,10
112:11
117:7
122:3,4
125:3
201:17
245:24
247:6
**experienced**
25:9
159:21
168:18
169:12
**experiences**
51:23
**experien...**
24:6
121:22
**expert** 15:3
16:11
21:24 22:4
22:9 27:7
27:10,14
27:19
31:21
32:21
34:12,17
34:23 38:6
40:2,20
43:14 44:9
45:1,6,22
46:2,9
47:4,10,12
48:15
55:16
56:10,13

57:5 59:8
63:2,10,15
65:8 69:2
70:9,16,17
70:20
72:16
73:20,23
74:7,17
75:9 77:17
77:22 78:5
78:6 84:1
85:23,24
86:10 87:1
89:20 93:6
95:9,22
96:13
102:6
103:10,14
121:11,12
121:23
130:13
131:13,20
133:15,20
133:23
136:8
138:11,15
139:3,10
140:2,15
147:20
148:13
153:5
159:1,9,11
160:21
161:5
164:10,11
164:14
165:20
168:24
172:16
174:3,11
174:20
175:15
176:1,4,7
176:20
203:11
210:21,21
214:7,14
214:15
260:23
261:13,13
264:16
269:8,18
270:12,13

270:22
271:1,6,7
271:11,17
271:22
272:1
275:9,10
275:12,19
276:1
279:16,20
284:17
285:4
**expert's**
208:18
**expertise**
28:2,3
34:15
41:24 42:4
42:8,9,16
43:5,8
66:2,7
67:6,11,22
77:11
141:2
152:10
166:3,5
193:5
269:20,23
269:24
271:10
274:14,24
276:16
**experts**
34:13
215:2
271:5
276:14
**explain**
21:11,12
29:24
32:18,22
69:17 80:9
80:16
129:14
199:23
217:21
220:18
251:16
254:2
255:23
275:17
**explained**
217:13,23
**explaining**

16:19
19:16
31:10
**explanation**
80:22 93:8
169:1
174:24
223:24
224:1
261:8
264:15
276:2
**explanat...**
101:19
219:18
222:17
262:8,9,12
264:2
**exploring**
162:22
**explosive**
100:18
**exposed**
254:6
255:2
**exposure**
93:9
223:11,22
253:24
254:2,20
255:8,22
**exposures**
220:18
**express**
164:10,11
**expressed**
85:17
155:4
156:1
**expressing**
32:19 85:3
126:22
144:8
270:21
272:1
**Exstrophy**
233:23
**extend** 91:2
**extending**
236:4
**extensive**
26:17
100:10,13

**extent** 87:20
105:7
116:19
119:13
**external**
164:17
230:22
256:9
**externally**
231:19
234:17
**extra** 283:20
**extreme**
124:11
**eyes** 193:9

———————
**F**
**f** 5:16
131:15
**fabricating**
102:9
**face** 157:6
**faced** 33:4
**facets**
287:14
**facile** 244:5
**fact** 18:22
19:5 22:1
23:17 41:4
53:24
71:14
75:22
93:21
106:8
120:18
123:24
133:14
195:1
197:9,19
218:18
224:3,8
233:14
246:17
**factor** 21:6
22:2
**factors**
147:13,24
148:7
246:6
254:7,24
255:1
**factual**
110:6

**fair** 29:9
  30:13,16
  30:23 31:3
  31:9,21
  43:11,16
  43:17
  45:11
  46:17,24
  64:23 65:4
  156:23
  184:4
  214:3
  228:18
  229:2
  256:19
  275:13
**fairly**
  115:10
  184:5
  288:5
**fairness** 9:7
  15:23 16:3
  28:1 31:10
  31:11 34:2
  43:4,14
  45:16,18
  45:24 46:5
  63:16
  155:7
  156:4
  158:13
  159:6
  160:17
  164:2,11
  287:4
**fall** 94:9
  246:14
**falls** 74:19
  103:15
**false** 66:1
  67:5
  114:24
  115:15
**familiar**
  88:13 99:9
  99:10
  114:2,3
  146:3
  162:4
  234:6
  243:20
  246:13,17
  246:18

  281:6
  284:17,18
  251:18
**familiarity**
  205:1
**fan** 139:4
**far** 29:4
  33:7 47:23
  56:6 63:2
  68:9
  134:15
  136:10
  154:15
  182:5
  240:2
  265:15
  283:14
**farther** 33:1
  100:17
  105:24
  141:15
  159:19
  189:24
**fashion**
  109:19
  187:16
  275:15
**faster** 90:23
  100:16
  136:23
  137:14,23
  147:7
  172:2
**fastest**
  74:22
**favorable**
  48:1
**favorite**
  234:15
**fear** 86:21
**feasible**
  30:6
**federations**
  29:6 72:1
  160:14
  276:22
  277:3
  280:4,13
**feel** 34:18
  126:21
**feeling**
  239:15
  284:10

**fees** 211:12
  250:15
  251:18
**feet** 129:3
**felt** 31:3
  251:20
**female** 9:12
  19:11 20:1
  20:12
  21:13 22:1
  26:7,7
  30:13,19
  33:12 34:6
  39:15
  42:11
  46:16 47:1
  47:8 49:17
  51:23 53:6
  55:3 56:6
  56:18
  58:14,20
  59:4 64:23
  65:5,19,20
  66:3,22
  67:7 70:12
  72:4,12
  73:9 74:1
  74:4,14,22
  75:1 88:24
  91:14,22
  98:23 99:4
  107:11
  109:2
  110:7
  131:10
  159:23
  160:16
  164:1
  168:20
  169:2,14
  170:2,22
  173:2,11
  174:13
  177:5
  178:2
  182:23
  183:7,10
  185:20
  199:2
  225:15
  226:19
  227:6,16
  227:19

  228:4,17
  228:19
  229:5,5
  230:8,11
  230:12,18
  230:20
  232:23
  233:4,23
  237:22
  238:13,15
  238:17,19
  239:8,9,10
  239:22,24
  240:2,5,11
  264:8
  277:20
**female-only**
  21:6
**females**
  17:17
  29:18 36:4
  41:22
  73:12,14
  87:22
  88:21 90:6
  100:15,22
  105:2
  169:19
  170:5
  227:1,4,5
  262:14
**feminine**
  177:18
**feminize**
  226:20
**feminizing**
  228:18
  230:23
**fetus** 254:6
  255:2,3
**field** 38:13
  38:18 39:1
  39:5 44:24
  45:5,12
  60:11,17
  60:21 68:8
  103:20
  139:7
  161:6
  165:5,10
  167:5
  170:1
  194:14

  215:2
  221:9
  226:3
**Fifty-five**
  131:23
**figure** 88:13
  88:13 91:5
  91:16 92:2
  251:6
**figures**
  262:20
**file** 210:18
**filed** 96:5
**filing** 12:5
**final** 29:8
  39:3,6
  147:3
  192:6,10
  195:11
  199:11
**finally**
  267:21
  278:5
**financial**
  208:3,5,12
  208:18
  210:6,12
  250:23
  251:1
**find** 25:23
  40:2 42:20
  64:20
  100:10
  103:22
  137:4
  153:5,6
  154:11
  190:7
  192:14
  195:21
  202:4
  232:12,13
  232:16
  286:19
  287:23
**finding**
  119:11
  147:10
  155:13
  192:14
**findings**
  101:11
  102:1

140:3,16
140:21
148:4
149:8,24
160:2,15
227:24
260:12
**fine** 24:12
141:11
**finger**
237:10
**finish**
133:16
**finished**
289:3
**first** 14:12
15:2 17:8
17:9 22:12
25:18,24
28:4 45:14
56:13
57:19
61:11
64:13,21
67:1 69:8
73:3 79:5
79:11 89:6
99:8,24
100:8
101:5
111:9
114:18
117:2,7,9
117:21
118:20
119:24
123:1,16
125:3,6,14
129:1
149:10,17
150:11
155:9,22
157:1
161:22
178:23
182:15
184:11,16
192:4,5,10
207:8
214:7,21
217:10
224:24
234:15

236:10
245:13
272:20
277:16
285:2,3
**fit** 91:6
138:13
**fitness**
100:13
138:8
147:8
**five** 25:15
25:19,24
28:13,16
35:4 49:24
53:7,11
57:13,21
71:15 88:9
90:24
91:21 92:5
97:4
128:24
162:21
207:1,6,8
239:11,14
239:16
243:8
278:6,8,17
278:23
279:2,3,6
281:5
283:9
**fixed** 15:12
287:14
**flaws** 235:2
235:16,24
**flip** 193:15
212:9
**Floor** 4:16
5:6
**flows** 130:1
**focus** 16:12
109:3
125:20
146:9
235:8
254:1
287:12
**focused**
181:5
245:16
**focusing**
98:1

**Folks** 141:14
**follow** 101:3
227:21
**followed**
198:8
267:1,7
**following**
14:11 51:9
190:10
191:3
204:3
238:10
242:20
**follows**
14:13
147:7
223:16
228:1
**footnote**
101:4,5
**force** 49:7
71:12 77:6
138:6,7,8
**forces**
138:17
230:22
**forgot**
155:17
180:8
**form** 16:21
17:20
18:16 19:3
19:21 22:7
23:7 24:8
26:9 27:5
28:23 29:2
29:19
30:10,21
31:19
33:18
34:10 36:6
36:11,22
37:11,14
38:4,20
39:18 41:9
42:1,13
43:7,12
46:1,6,18
47:2 48:2
48:14
49:21
50:11 52:3
53:9 55:20

57:17 59:7
60:1 63:14
65:7 66:5
67:9 68:1
68:21 70:3
72:13 75:3
79:21
80:18 81:5
82:17,22
83:6,13,18
84:22
85:11,20
86:6,17
89:10
90:10 91:8
91:24
92:19 93:3
93:20 95:8
95:21
96:16 97:6
98:7
101:13
102:3
103:7
107:1,13
108:15
109:9,24
110:9
112:2
115:16
118:24
123:12,19
124:6
126:5
130:6
132:8
133:18
134:20
136:3,12
137:24
142:17
151:15
152:5
153:19
154:19
155:8
156:5
160:3,20
161:3
165:8
166:12

167:10
168:22
169:16
170:24
172:7
173:5,14
174:1,9,17
175:21
176:8,19
177:15
178:5
180:20
181:21
183:1
185:13
187:3,22
188:14,23
193:2
195:7
196:12
197:1,11
198:21
200:21
201:12
202:11
204:13
205:15,24
207:3
215:4,24
219:2
222:14
224:10
231:16
240:14
244:3
246:2
254:23
255:10,17
256:20
257:16
261:11,19
262:5,16
263:3,20
264:12
265:11
268:12,24
270:23
271:23
273:23
274:19
275:5,24
277:13
279:13

280:2,11
281:20
283:18
284:20
285:17
287:17
288:2
**formal** 197:5
216:8
281:11
**formally**
28:19
**formation**
230:24
**formatting**
287:8
**former** 28:9
250:13
**formerly**
26:21
**forth** 56:11
81:22
205:23
282:14,17
**forward**
71:24
150:8
244:20
**found** 136:21
163:23
240:12
283:11
**foundation**
4:4 198:22
**four** 95:3
278:6
279:3
**fraction**
167:14
229:10
231:5
232:22
**fractions**
21:17
**frame** 17:5
150:7
159:18
160:11
**framed**
135:11
206:3
223:3
**framework**

272:15,16
272:21
**framing**
233:10
**Francisco**
4:17
**free** 210:20
279:22
**Freedom** 7:7
**fresh** 35:4
**friend** 1:4
243:14
**friendly**
187:7
**friends**
200:14
**front** 15:3
98:8,10
146:2
161:12
162:5
224:22
236:11
246:22
253:15,18
264:23
265:2
267:20
272:8
286:11,22
**frustrated**
235:13
**frustration**
236:4,5
**full** 22:12
28:5 45:15
45:15
78:14
80:14 84:2
129:1
192:4,5,10
229:23
270:4
287:7
**function**
131:3
**fundamen...**
241:2
**further** 39:1
81:23
100:24
164:12
187:9

221:24
257:5
272:21
**future** 220:6
**fuzzy** 144:12
242:9

_____

**G**

**G** 12:8
**G2/B2** 123:5
**games** 35:5
**gap** 130:8
**garbles**
87:11
**GD** 115:13
**GD/gender**
114:12,20
**Gearhart**
234:24
235:23
241:12
**Gearhart's**
236:8
**gender** 24:1
24:5,11,12
24:17 26:7
34:21
42:11
49:17,18
51:23
70:12
90:14,20
91:13
92:10,15
92:16
93:12
105:15
106:14,20
113:11,12
115:4,4,5
115:6,8,13
115:13,23
116:4,5,5
117:6,6,10
119:14,14
120:17,17
121:22
126:8
127:2,2
139:15
147:11,22
148:5
150:14

151:12
152:1
158:11
159:4
164:2
167:22,24
169:9,23
172:5,12
173:2,11
174:7
175:9
177:3,5,11
185:16
186:1,5
195:23
196:2,10
196:17,18
196:19,23
198:18
200:3
206:6,6
207:19
208:1
212:1,5
214:10
215:16
216:13
217:12,23
219:16,21
221:12,20
221:21
223:4,5,15
223:21
224:18
225:9,14
226:23
227:16,20
228:4,6,19
229:6,7,11
229:15
230:3,6,12
230:24
231:6,14
231:18
232:4,10
232:16,23
233:12,16
234:11,17
236:7
239:10
240:13,20
241:10,14
241:21

242:4,8,11
242:17,22
244:16
245:10
247:1,16
247:18
250:6,17
251:7
263:14
264:6,15
267:1,7
287:10,11
288:1
**gender-a...**
25:17 84:6
114:11
132:1
136:22
137:13
**gene** 232:13
232:14
257:21
**general** 2:2
17:15
18:23 36:1
63:13
72:23 75:6
89:16,19
103:4
196:3
205:17
245:18
254:13
259:1
**General's**
13:9 253:7
**generalize**
140:20
**generally**
29:17
65:19 89:7
138:12
181:16
194:13
198:14
240:6
255:23
**generating**
257:13
282:24
**generation**
256:18
**genes** 165:3

232:16
253:23
**genetic**
164:17,21
164:24
165:5
167:6
221:2,4
231:14
233:22
236:12
244:1
256:9,14
256:14,15
257:3
287:15
**genetically**
48:7
218:23
219:13
226:19
228:16
237:3,17
**genetics**
153:13
181:24
229:16
241:22
**genital**
185:15
198:24
220:13
228:18
287:16
**genitalia**
199:1,2
256:1
**genitals**
218:2
219:24
226:15,17
228:4
236:17
**genuinely**
125:19
**getting**
200:11,14
260:5
263:5
**girl** 20:20
173:7,16
256:17,18
**girls** 17:13

18:5,9,10
18:11,14
19:2,2,8
19:12 20:3
20:12,24
21:7,15,21
22:3 25:13
33:1,6
76:4,12
84:3,4,17
84:24
85:14
93:23
94:12,15
96:9 97:1
98:16
104:16,24
105:9,11
106:1,2,10
106:11
107:16
108:2
123:1,6,16
125:5
126:7
127:5
153:9
161:1
168:8,8
171:2
172:5,13
173:3,7,12
173:23
174:7
175:10
261:10
262:21
264:9
266:24
267:6
**give** 20:3
22:23
45:23
56:14
84:12 88:9
112:22
118:21
119:9
120:4,4
121:12
131:12
145:5
158:2

160:22
183:10
207:17
212:11,12
251:15
261:13
269:3
270:8
275:9,12
276:2
286:16
**given** 38:13
38:18
47:24 48:3
50:24 70:7
80:5
100:23
152:3
167:19
170:12
224:17
226:2
262:3
271:10
282:6
286:21
**gives** 30:17
190:4
**giving** 50:3
271:11
**global**
276:13
**go** 16:11
23:9 25:18
28:4 36:24
37:15
38:24
48:16 49:2
50:15
56:21
58:17 61:9
93:15
108:6
112:23
120:5
135:18
145:10
152:14
154:21
159:15,17
173:17
190:17,23
207:13

210:3
215:8
229:1
231:3
245:13
248:9
251:10
252:3
258:3
261:2
264:16
266:1
274:4,5
280:23
281:4
284:7,9
288:16,16
**goal** 21:8
31:5 32:20
33:5
260:10
**goals** 21:16
**goes** 93:22
93:23
152:10
**going** 20:17
20:20 48:8
60:23
63:17
64:15
69:11 75:7
84:16 87:6
88:9 91:21
92:2
103:17
104:11
112:10,14
113:1
129:16
130:16,24
141:15
150:7
151:2,16
152:18
153:5
160:21
164:10
167:15,17
177:5
190:6
203:5
210:17
221:20

223:9
230:2
244:20,20
245:5
251:21
256:15
259:22
264:3
266:5
**Goldby**
258:20
**gonadal**
287:15
**gonads** 256:4
**good** 13:13
13:23 14:3
15:2 35:7
59:13
104:2,7
135:3
153:4
176:16,22
195:15
217:2
240:16
248:7
272:20
286:21
**goodness**
64:20
**governance**
162:6
**governing**
161:12
162:11
163:13,15
**government**
51:21
162:10
**grade** 76:2
76:10
143:15
**grades** 89:8
89:11
**graduate**
90:2
**granular**
202:15
**graph** 98:14
**grayer**
220:16
**great** 26:5
112:18

253:20
265:3
267:21
**greater** 21:7
21:14 22:2
30:13
68:10
69:17
80:22
101:20
**greatest**
268:3,9
**Green** 5:16
13:16,16
288:22,22
**grew** 207:9
**grid** 88:10
**grinds** 40:9
**grip** 100:20
**gross** 252:1
252:7
**grounds**
210:6,11
**group** 29:1
52:20 60:8
71:21
72:16 92:8
100:21
151:6
153:11
188:8
207:11
276:16
278:2,3
**groups**
101:17
107:19
**grow** 115:22
**Guard** 138:18
**guess** 17:21
18:11,17
19:4,22
20:16
25:11 30:3
37:15 38:5
56:22 60:2
62:10 63:1
68:22
70:15
73:23 81:7
83:19
84:15 85:2
90:23

102:6
110:10
115:1
119:1
124:10,11
138:2
140:18
151:8,17
155:15
165:1,11
167:12
175:22
181:12
198:7
215:5
216:22
227:14
233:10
244:6,19
246:14
251:19
254:4
255:21
258:18
270:11,24
279:4
288:12
**guessing**
101:8
**guidance**
9:21
118:15
161:10,16
163:23
276:5,14
**guide** 39:8
94:16
**guideline**
202:20
203:9
276:6,7,7
**guidelines**
9:14 29:12
113:13,18
113:23
116:7
118:18
122:16,19
125:1
126:2
202:18
204:15,21
204:23,24

205:13,16
206:1
215:6
276:15

_____

**H**

**habitus**
169:6
**half** 229:22
**halfway**
65:17
147:6
199:13
**hand** 16:8
21:14 37:9
37:10
64:12 79:4
**hand/eye**
63:3
**Handelman's**
61:24
76:17
**Handelsman**
9:9 43:19
43:23
44:15
45:14 54:8
69:10,17
70:7 76:5
76:21 87:7
87:18
90:20 91:2
91:14
92:10
93:13
94:20
95:14
153:21
154:10,15
155:4,24
156:12
157:19
158:9
159:3
160:1,13
262:2,13
262:17
286:10
288:5
**Handelsm...**
61:10
76:22
88:12

**handful**
132:10
**handing**
15:22
**hands** 129:3
**happen** 71:23
**happened**
81:2
**happening**
245:17,17
**happens**
256:5
**happy** 162:16
**hard** 112:12
155:22
169:4
192:21
241:18
250:24
278:24
279:12
**harder** 97:12
**Harper** 9:19
59:19,21
59:23
60:10,13
60:18
134:22
135:1,3
136:5,11
141:17,20
142:3,4,14
142:15
143:8,22
144:4
145:11,16
145:22
147:5
148:4
155:15
181:7
282:11
283:14
284:5
**Harper's**
142:3
146:13,15
146:17,19
147:21
149:15,22
**Harrison** 1:9
1:15 6:7,8
13:14

**Hartnett** 4:9
13:23,24
15:11
**HB-3293**
168:7
284:18
285:2
**head** 22:23
53:17
54:12
94:16
108:18
110:2,11
110:13
179:20
226:2
244:24
252:6
259:23
281:10
**headed**
114:15,19
115:6
**heading**
163:22
204:5
227:24
**health** 21:19
189:24
190:2,5,9
191:4,5,6
191:8,12
191:17,22
191:23
192:14,20
192:24
193:18,20
193:21
194:9,14
194:16
195:2,22
202:5
203:2,12
212:7
240:18
241:3
246:4
250:23
251:1
**healthcare**
39:7
**healthy**
29:18

31:17,24
**hear** 20:8
52:7 66:16
130:24
212:9
243:10
268:14
270:4
285:2
**heard** 151:20
258:16,20
285:3
**hearing**
66:14
**heart** 129:10
129:20,20
129:24
130:17
**heart's**
130:4
**HEATHER** 1:5
**heavily**
165:1
**height** 22:24
23:11
50:20
129:2
130:19
154:7
**Heino** 10:6
225:14,20
**held** 64:11
64:13
**Hello** 14:5
253:5
**help** 39:8
84:15
88:10
90:23
151:17
189:13
**helped** 54:22
60:9
204:22
**helpful**
80:17
90:19
184:18
211:23
**helping**
281:7
**Helstrom**
4:12  14:5

14:6
**hematocrit**
179:22
180:13
**Hemoglobin**
145:19
**hesitate**
133:2
**heteroge...**
95:10  96:1
97:21
**high** 21:17
44:23
68:12,13
74:14,15
75:1,2
82:10  89:8
89:11,17
90:1  103:2
103:5
108:3
111:11
170:23
172:5,13
173:3,12
173:23
246:11
264:9
**higher** 31:15
32:3  53:7
58:2  94:13
111:23
277:22
278:11
**highly** 74:9
150:15,20
151:1
**histolog...**
237:6,15
**historic...**
62:9,12
**histories**
228:12
**history**
25:21  26:4
27:2,12,16
62:10,13
81:16
281:15
**hoc** 143:8
**hockey** 139:7
**Holcomb** 7:5
13:5,5

**hold** 283:2
**honestly**
40:12,16
135:5
154:20
264:17
280:14
**honorary**
60:20
**hormonal**
43:20
120:2
143:19
145:3
220:9,16
220:18
221:5,6
228:3
287:15
**hormonally**
218:23
219:13
**hormone**
22:13,17
22:20  23:5
23:21  84:6
114:11
116:4
122:24
124:19
132:1
136:22
137:13
145:17
147:12,23
148:6
149:10,17
150:15
151:12
152:2
158:11
159:4
177:3,17
189:20,20
189:21
199:17,19
199:24
200:6,20
201:9,10
213:21
247:6,7
254:9
277:4

**hormone-...**
22:16
**hormones**
139:16
177:4,5,10
177:11,24
200:11,14
201:2,6
223:12
253:24
254:2,6,13
267:1,8
**hospital**
119:21
207:13,18
207:24
208:6
209:22
212:12
251:10
252:3
265:24
266:3
**hospitals**
206:11
**hostility**
260:11
**hour** 217:17
243:12
247:24
**hours** 112:14
243:8
288:11
**House** 285:24
286:2,7
**hovering**
92:12
**human** 270:13
**hundred**
243:23
**hypothesis**
106:7
224:7,13
282:24
**hypothet...**
33:11,16
33:20
224:4
**hypothet...**
220:6

————————
I
————————
**IAAF** 26:18

26:21  28:9
41:14  53:5
55:4  63:21
65:1,2,6
71:16
**idea** 112:19
222:19
270:1,6,16
273:18
**ideation**
203:10
**identifi...**
218:19,21
218:24
219:12
220:4,8,13
222:22
**identifi...**
9:4  10:4
15:17,19
16:5  43:24
64:1  75:18
99:5
113:18
128:2
133:12
142:10
145:23
156:19
161:18
184:1
216:18
222:11
225:7,21
232:1,8
233:9
234:3
259:11
**identified**
9:4  10:4
105:3
106:16,23
112:6
166:1
182:1,6
186:10
229:12
230:13
239:9
263:22
**identifies**
33:12
**identify**

14:16 30:6
53:1 62:19
71:18
105:2
106:20
107:10,12
109:18
132:17
143:10,13
171:1
219:17
220:5,21
220:24
221:7,21
227:4
230:7,17
239:23
257:6
263:17
**identifying**
115:24
221:18
227:6
230:8
238:24
239:15
240:2,5,11
243:24
244:1
264:7
**identities**
63:9
**identity**
24:1 26:7
42:11
49:17
51:24
70:12
106:15
115:23
167:22,24
169:24
172:5,13
173:2,12
173:23
174:7
175:10
214:10
216:13
217:12,23
219:16,21
223:4,5,13
223:15,21

224:18
225:10,14
226:23
227:17,20
228:19
229:7,12
229:15
230:3,6,12
231:1,6,14
231:18,23
232:4,4,10
232:17,23
233:13,17
234:11,17
236:7
239:10
240:13,20
241:10,14
241:21
242:4,8,11
242:11,17
242:18,22
245:10
247:1,16
247:18
263:14
264:6,15
288:1
**immediate**
186:20
**immediately**
186:11
238:10
**impact** 26:11
60:14
74:20
78:14 79:1
80:14,20
80:21,22
81:8,9
116:12
124:18
129:21,22
130:21
132:10
134:16
135:24
146:22
154:4,4
180:2
254:21
255:2,8
258:9

261:6
**impacts**
154:5,6,7
255:9
**implement**
32:12
**implicat...**
146:9
180:15
**importance**
226:2
**important**
31:7 94:6
101:14
104:1
117:22
160:19
161:6
165:6
195:17
217:11,19
**impossible**
252:5
**impression**
100:6,7
**improved**
278:10
**in-house**
193:5
195:16
**inability**
242:7
**inaccurate**
140:3,17
**inadequacy**
236:22
**inapprop...**
200:12
**incentives**
34:20
85:18
86:15
**inches**
234:23
**inclined**
93:18
**include** 37:4
63:1 98:15
118:14
177:12,19
180:23
206:12
213:4

230:16
**included**
31:6 93:24
98:19
115:7
191:3
231:21
251:14,16
262:21
263:23
**includes**
23:22
69:14
84:17
97:15,23
98:14
187:10,11
193:7
198:18
212:6
221:2
230:5
232:3
**including**
75:6 92:2
129:4
160:15
176:13
206:2,11
207:11
209:22
211:2
246:8
248:22
250:14
255:4
281:23
285:21
287:16,24
**inclusion**
9:21 26:6
28:1
161:11,17
163:24
164:2
268:2,8,18
**inclusive**
37:9
**income** 211:8
211:11,15
212:14,23
213:8
**incongru...**

114:12,20
115:4,6,14
116:6
117:7,11
119:15,15
120:17
127:3
196:19
221:21
**incongruent**
113:12
230:3
**inconsis...**
147:21
148:13
159:11
230:6
231:23
**incorporate**
160:14
**increase**
78:13
79:11,19
140:13
207:5
**increased**
32:23
78:11
**independent**
143:24
144:3,6,20
192:3,15
192:20,22
192:23
194:14,16
194:18,21
194:23
**independ...**
143:23
144:24
**indicate**
106:7
**indicates**
130:12
**indicating**
106:21
**indicator**
167:9,23
168:1
176:11
**indicators**
164:18
182:5

**indirectly**
32:12
**individual**
29:6 51:22
51:22
52:19,19
52:21,22
53:6 56:10
56:24 81:4
102:8
109:11,15
130:13,18
131:6,8
140:11
143:23
154:2
167:7,20
178:1
183:3
198:19
220:21
224:17
230:16
231:22
250:15
271:2
**individu...**
130:14
177:4,10
**individuals**
21:19 34:6
54:24 82:2
82:3 88:23
131:9
140:12
141:20
143:19
144:16
147:9,11
165:24
167:4
179:4
185:11,24
186:19
196:9
217:12,22
218:19
219:11
220:7
226:10
227:3,5
228:2,17
229:11

230:5,11
231:5,9
232:3
233:3
237:3,17
239:7
241:14
243:23
284:2
**inevitably**
74:24
**infants**
239:4
**infer** 204:9
**influence**
70:10
107:21
223:12
230:24
**influenced**
23:17
**influencing**
147:13,24
148:7
**informal**
122:2
**information**
47:5
143:18
144:14
171:15,19
171:22
181:9
206:16
210:19,23
231:24
232:6
233:7
245:2,3
**informed**
103:12,15
187:8
204:23
**informing**
216:4
**inherent**
42:21
47:13
48:21 51:4
53:2 56:4
56:16
57:11
58:12

**initial** 40:2
71:21
260:9
**initially**
118:17
175:23
**initiated**
129:6
**initiating**
126:17
**initiation**
129:12
**injuries**
178:20,23
**inoperative**
148:18
**input** 184:9
184:10
262:7
**inputs** 43:15
92:3
101:16
130:17
279:4
**inside** 256:3
**insight**
138:19
**insignif...**
67:15
68:15
**insist** 197:5
**insistence**
200:5
**insisting**
201:9
**instance**
26:16
48:11 57:6
83:5,12
170:21
176:24
183:3,11
186:1
243:2
267:16
**instances**
108:11
171:3,23
182:3
**institut...**
121:15
268:1
**instructed**

211:4
**instructing**
209:16
**insuffic...**
39:14,20
39:21
257:18
**insult** 58:24
**insurmou...**
65:21 66:4
**intelligent**
74:9
**intend**
148:12
**intense**
143:11
**intents**
196:15
**interacted**
71:7 99:11
**intercha...**
287:12
**interest**
208:13,19
210:6,13
**interested**
25:16
**interesting**
126:12
229:8
248:2
**interface**
209:12
**intermural**
151:6
**internal**
128:9
164:17
201:1
220:14
256:9
**internat...**
28:19 29:1
29:6 53:24
72:1
215:14
267:21
272:9,12
272:13
280:4,13
**internet**
200:11
**interpret**

31:22
131:2
**interpre...**
202:16
**interpre...**
131:1
242:6
**intersex**
58:6 166:7
166:19,21
**Intervenor**
3:3 7:10
13:2,6
**interven...**
221:22
222:2
241:20
**interven...**
24:1 87:1
242:3
**introducing**
157:24
**introduc...**
169:24
**introduc...**
115:12
**intuitions**
268:17
**invariably**
198:18
**investig...**
146:23
**invoke**
170:10
**involved**
119:12
127:10,11
139:5
179:6
189:7
208:1
269:18
277:7
**involvement**
184:8
**involves**
95:19
**IOC** 82:9
139:21
273:11
274:22
275:3,18
275:23

281:8
**irregula...**
220:9
**irrevers...**
117:4
**isolated**
108:1,23
109:3,4
227:12
**issue** 26:16
241:23
**issues** 16:20
17:5 86:1
205:6,10
271:16
**ITC** 128:15
**items** 178:12
235:12
241:8
250:10

**J**
**JACKSON** 1:5
**Jacob** 12:13
**Jake** 258:23
259:7
**January** 40:5
**jaw** 129:3
**Jennifer**
258:21
**Jim** 258:20
**Joanna** 9:19
59:19,21
59:23
142:14
145:16,22
147:21
148:4
**JOHNATHAN**
7:6
**Johnson** 6:4
**Josh** 13:20
87:10
248:20
**Joshua** 1:19
2:8  3:3
4:3  8:4
12:23
14:10
15:24
**journal**
16:20
258:17

**judge** 51:18
210:16
**judgment**
30:16
31:10
36:21
58:12
64:16
200:13
**JULIE** 4:11
**jump** 23:19
100:17,24
199:16
245:21
**jumping**
81:21
93:11,14
94:15,18
94:19
95:13,19
97:4 98:1
**June** 110:14
**junior** 89:8
89:11,17
**justify**
168:17,17
169:11

**K**
**Kaitlin**
101:5,6,11
**Kang** 4:13
14:3,4
**Katelyn** 4:13
14:4
**Kathleen** 4:9
13:24
**keep** 112:13
140:24
**Kelly** 6:10
13:10
288:17,18
**kid** 222:4
**kids** 116:1
118:11
125:22
181:13
221:18
270:17
**Kilio** 157:8
157:9
**kind** 21:3
119:2

121:23
129:23
176:2
203:1
237:10
255:21,22
274:9
276:12
**kinds** 167:2
167:16
**Kingdom**
162:6
**knew** 37:3
**know** 15:9
18:18
20:21 22:5
22:22 23:8
23:9 27:6
27:18,19
27:21,22
35:13 42:4
42:9,16
44:15 54:8
54:11
57:19 60:3
68:18,19
70:17
71:22 73:1
79:16 80:6
80:21 85:5
89:14 92:6
96:10
99:12,18
106:9,12
110:6
111:21
112:4,4,5
112:7,8,21
116:16
119:10,23
125:11,12
126:21
127:15
134:15
135:4
139:5
140:20
143:14
144:9,17
144:20
145:11,13
149:23
150:6

155:3,13
155:24
156:6
159:17
161:7
162:3,8
165:21
172:20
175:18
181:13
182:16,20
182:21
183:3
187:11
194:17,21
197:6
205:6
208:3,5
209:6,10
212:12
213:22
214:1
220:20
222:6,6,7
222:11,19
222:22
223:1,6,6
223:10,17
224:17
226:1
227:13,21
228:21,24
229:5,7
230:10
232:12
233:14,15
239:14,14
239:16
240:7
241:5
244:12,24
245:6,7
246:6
247:3,8
250:20
251:4,17
252:7
257:18
258:14
259:7,22
263:22
264:16
271:16

275:3
276:10
277:12,14
280:22
281:10
282:9,23
283:15
284:15
288:15
**knowing**
42:17
183:12
261:4
**knowledge**
70:6,9,16
103:4
111:9,15
126:16
128:12
130:2
158:7
162:9,12
207:23
221:9
222:24
244:21
**knowledg...**
60:11,14
60:16 72:3
**known** 51:16
91:1
105:14
107:5
108:12
153:11
165:3
264:2
265:4
266:20
**knows** 35:14

**L**
**L** 12:1
**lab** 282:13
**label** 78:24
115:5,20
182:2
**labeling**
115:24
**labels** 116:1
**laboratory**
31:24
**lack** 159:15

212:4
271:10
**lacrosse**
139:6
**laid** 204:4
**Lainey** 7:10
13:2
**Lambda** 5:4
13:22
**Lambelet...**
72:24
**Lambelet...**
73:7
**lane** 152:11
264:18
**language**
17:13
19:14
20:17 21:9
25:22
29:13
32:16
35:21
39:11 41:2
43:1 47:18
61:14 67:3
70:2 73:16
78:16 96:7
98:11
101:1
108:9
111:7
117:12
129:7
150:17
153:14
158:16
163:4
190:7
191:9
196:17
199:21
201:24
202:1
240:16
273:13
274:2
**large** 46:13
46:22 98:2
102:19
103:6
120:16
213:23

229:10
**larger** 21:22
74:5,15
75:2,5
101:16
129:16
130:20
132:5
216:2
228:24
**largest**
215:14
**laryngeal**
129:4
**late** 128:19
**latest**
162:22
163:7
**LAURENCE** 7:4
**law** 84:19
85:13
285:14
**Lawrence**
13:4
**laws** 85:9
285:14
**lawyer** 72:6
**lawyers**
209:22
213:4
214:18
**layman** 238:4
**layman's**
89:20
**LCSW** 190:11
190:13
**lead** 94:16
224:6
**leading**
75:23
**league** 61:12
150:23
256:11
**leagues**
51:21
**learned**
204:16,17
217:1
**leave** 20:19
201:19
**leaving**
110:4
148:9

202:16
**led** 137:19
**left** 158:20
243:7
284:16
**leg** 70:1
**legal** 5:4
12:13
13:22
208:15
**legislation**
285:19,19
**legitimacy**
27:7
**legitimate**
27:3,12,16
27:19
64:24 65:5
160:19
161:1
170:4,14
**length**
189:21
**lengths**
141:7
**lengthy**
184:5
**let's** 15:5
25:18
39:21 49:2
51:14 57:5
60:22
68:12
89:16,22
90:18
112:23
117:24
133:4
144:17
152:13,14
156:9
167:18
193:15
199:16
232:16
235:4
236:2,10
258:3
266:22
269:19
274:15
283:12
287:9

**letter**
189:19
193:17,19
194:8
195:1,16
195:19
275:16
**letters**
190:1
191:23
192:20
195:12
**level** 26:14
29:21
33:21
38:13,18
38:24,24
40:24 41:6
41:17 42:4
42:10 57:9
57:19,21
58:8,18
59:3 65:21
66:3 74:12
81:4 92:15
92:21
95:24
103:3,5
111:12
129:22
154:1
190:22
191:5
225:24
258:15
269:19
274:21
277:1,4,6
279:10,10
281:1
283:2
**levels** 22:18
22:21 23:5
29:18
30:20
41:15 56:5
56:17,24
57:12 58:2
58:8,13,18
58:19
70:17
74:13
79:10,18

79:23
81:17
129:19
131:10
144:15
148:21
179:24
247:5
258:14
260:10
284:6
**Lia** 110:19
110:20,21
**Liberties**
4:4
**licensed**
190:9,11
190:13
**life** 22:18
22:21 23:6
283:4
**lifetime**
73:8
**limb** 69:24
**limit** 32:1
58:5
274:23
**limited**
216:5
274:13,22
**limiting**
116:19
**line** 65:17
73:24
74:18
102:7
106:13,19
198:7
219:4,7
236:16,21
244:12
252:2
279:5
281:8
**lines** 25:19
25:24
88:10
100:9
193:15
194:5
241:8
**Lisa** 243:21
**list** 22:23

23:1 184:5
193:6
196:13
198:10
**listed** 184:5
197:22
**lists** 38:9
**liter** 28:14
28:17 29:4
29:11,16
29:21 32:1
53:8 57:7
277:9,10
281:2,13
283:9
**literal**
195:15
**literally**
205:8
207:12
**literature**
76:16,18
76:20
100:1
115:3
121:14,17
130:3
136:18
149:14
180:24
246:13
**litigation**
162:2
176:5
210:13
**little** 36:24
37:1 40:10
58:21
74:17
81:23
87:10,12
91:20
105:24
112:12
131:17
141:15
144:12,18
156:15
159:19
172:8
178:24
187:9
207:14

215:11
221:16
222:20
230:15
242:8
256:22
260:21
287:8
**Littman**
243:21
244:4
**Littman's**
246:15
**live** 19:13
189:1
197:13,15
197:16
**lives** 189:1
**living**
121:23
229:5
239:10
**LLP** 4:14
**logic** 51:12
58:4 261:4
278:14
279:18
281:14
**logical**
85:13 87:3
**logistics**
280:14
**logos** 162:7
**long** 52:5
112:12,16
137:18
144:1
225:16
226:7
244:17
284:13
**longer** 97:16
193:6
198:10
200:23
257:7
**longitud...**
134:16
135:2,16
**longstan...**
263:10
**look** 17:8
72:19

77:19
90:18
93:11  97:4
100:4
101:15
116:16
131:15
135:6,19
144:17
154:21
156:9
162:16
168:5
187:15
189:9,11
196:13
218:8
224:20
227:9
236:10
241:19,23
242:16
250:22
253:9,17
259:24
264:21,22
265:14
267:17
274:9,12
281:4
282:11
284:4,4,7
284:10,11
286:10
**looked** 40:7
40:9,15
47:18 53:5
98:11
132:24
135:21
153:7,17
157:17
162:15
262:19
283:20
**looking** 15:8
24:11
52:23 64:7
76:6 85:16
98:14
143:1
146:22
150:6

157:7
158:22
162:7
179:21
180:23
193:6
218:18
231:7
236:5
237:21
238:11
242:7
243:21
247:12
253:8
266:21
282:21
283:11
**looks** 15:5
154:13
223:11
241:13
242:10
**loopholed**
179:12
**lose** 74:2,5
74:15,23
75:1
**lost** 68:11
73:12,14
**lot** 95:4
139:5
140:10
284:16
**lower** 111:24
129:22
191:4
277:21
278:11,12
**lowering**
33:21
38:17,23
132:11
**lunch** 112:11
152:13
**Lundsburg**
98:22
99:13
**lung** 130:20
130:23
**lungs** 129:11
130:11,14
130:16

**M**

**M.D** 1:19 2:8
3:3 8:4
14:10
**magnitude**
100:21
**main** 227:24
**mainstream**
215:12
**maintain**
155:6
156:3
158:13
159:6
**maintaining**
160:16,18
**major** 21:6
22:2 53:24
121:21
158:10
159:4,12
**majority**
49:18 51:1
98:2
105:14
120:16
215:3
219:11
220:7
228:1,16
229:4
**makers** 39:8
77:10
**makeup**
164:17,21
164:24
167:7
256:9,14
256:14,16
257:3
**making** 14:21
31:2 33:5
72:1 76:23
78:18
157:22
164:20,24
178:8
204:3
**male** 19:17
20:21
22:19 23:4
24:7,10,18

24:23 25:3
25:21 26:5
26:12 27:3
27:12,16
33:12 49:7
49:18
50:10,13
50:19 51:2
51:23 52:2
53:3 56:23
57:6 58:18
60:15
65:20 66:2
66:21 67:6
72:4,12
73:10
78:20,22
78:23 81:1
81:17
87:20
88:24
91:13,22
93:1
100:20
105:3
107:12
108:11
109:22
110:7
126:3,3,16
129:16
130:14
131:9
154:17
155:5
156:2
159:21
163:2,11
168:19
169:12
170:4,9
172:4,4,12
172:12
173:2,11
173:22
174:7
175:9
177:11,17
178:2
179:8,9,18
185:10,10
185:18
199:1

223:12
226:8,11
226:19
227:4,19
228:2,6,16
229:11,16
230:7,16
230:17
232:24
233:1
237:4,17
238:14,20
242:13
254:7,8,14
255:24
257:9,12
264:7
281:15
**males** 17:16
18:14 24:5
24:16 26:6
36:3 41:22
42:10
49:16
65:19
70:11
84:20 85:9
88:21 90:6
100:16,23
105:1,3
107:8,10
107:12
108:12
109:1
132:7,16
134:17
158:14
168:18
169:11,19
169:21
170:3,21
174:7,12
175:9
233:22
236:12,15
238:22,24
254:11
262:14
**malleable**
45:17
**man** 48:12
**manipulate**
234:17

242:7,10
242:17,22
**manipulated**
231:19
**manner**
193:13
244:1
**March** 1:20
2:9 3:8
12:15 35:6
**margin** 73:13
73:16
**mark** 15:6,22
43:18
63:17
75:12
98:21
113:10
127:18
133:6
141:24
145:15
156:10
161:9
183:16
216:10
233:21
248:24
**marked** 15:17
15:19 16:5
43:24
63:24
75:17
98:24 99:4
113:14,18
128:1
133:11
142:9
145:23
156:19
161:18
184:1
216:18
224:21
225:20
234:3
243:4
253:11
259:11
**marker** 82:2
**mass** 131:9
132:7
**Master's**

190:22
191:5
**matches**
130:20
**math** 243:17
**matter** 57:22
197:13
200:23
223:16
264:8
**matters**
199:19
243:4
**maturity**
241:9
**max** 89:23
**Mays** 258:21
**McCuskey**
5:17
**MD** 190:14
**mean** 18:8
25:11 45:4
60:4,6
77:6,20
82:14
84:18
107:5
109:14
118:3
128:10
167:12
175:19,23
176:6,10
186:7
194:21,24
200:9
215:2,3
217:5,7
220:4
229:24
240:5
247:21
257:3,9,12
257:13
273:9
274:18
282:7
285:9
**meaning** 81:6
98:4 141:6
194:18
**meaningful**
150:14

151:4,12
152:1,9
164:3
167:8
**means** 82:21
123:8
175:19
200:5,10
201:3,6
237:1,23
254:10
273:6,19
274:10
**meant** 30:1
50:4,6
66:10
77:13
80:17
91:19
106:6
176:5
183:19
217:21
275:3
276:10
**measure** 37:5
281:24
282:12
**measurement**
180:4,19
218:24
**measurem...**
284:14
**measures**
17:18
**measuring**
282:14
**mechanisms**
214:8
223:10
**mediated**
124:19
**medical**
23:24
24:22
25:13
26:14 29:1
29:12 30:7
32:13 34:3
34:16,20
34:22,23
49:23
79:17

84:18
86:12,24
119:21
126:23
165:12
182:2,10
182:16,18
184:11
190:14
199:9,14
205:16
214:9
215:1,12
215:23
222:1
238:3
241:2
264:1
**medically**
80:5
**medication**
33:23,24
124:18
267:1,7
**medicine**
79:14
86:21
128:9
178:20
179:2,15
181:2
212:5
250:8
258:17
259:1
**meet** 276:3
**member** 54:20
65:1
108:14
111:17
138:17
205:14
**members**
138:6,7
206:2
**memory** 35:5
44:12
**men** 17:11
18:1,4,23
19:5 42:3
49:4 51:10
51:13,16
58:9 61:13

61:19 62:1
62:15,16
62:20
69:19
70:19
73:12,15
74:3,6,23
75:5
132:18,20
153:9
253:23
255:20
**men's** 48:21
51:4 69:22
69:23,24
70:1
**mental**
189:24
190:1,5,9
191:4,5,6
191:8,12
191:17,22
191:23
192:14,20
192:23
193:18,20
193:21
194:8,14
194:16
195:2,21
202:5
203:2,12
212:7
221:10
240:17,18
246:4
260:10
**mention**
25:19 89:5
141:23
227:18
**mentioned**
50:21
80:10
109:21
162:5
251:24
260:12
277:7
**met** 59:21
71:2
143:10
193:16

194:7
203:8
**meter** 66:23
141:1,4
**meters** 67:1
141:7
**method**
135:20
**methodol...**
235:2,16
235:23
**methodology**
235:22
269:8,12
**methods**
236:12
237:13
**metric**
250:21,24
**metrics** 19:1
**Meyer-Ba...**
10:7 225:2
225:6,8,11
225:14,20
228:11
235:7,13
**Meyer-Ba...**
235:21
**mic** 87:15
**middle** 26:2
65:16
82:10
89:12
143:12
184:13
264:10
**mile** 100:17
136:23
137:14
141:1,4
147:8
274:15,16
275:11,22
276:17
**milieu** 228:3
**million**
251:12
252:9
**mind** 18:13
57:8 78:22
97:3 127:6
170:12
**minimal** 76:2

76:11,24
77:5 91:23
92:6 95:7
95:20 96:7
96:9,13,14
96:18 97:2
97:23 98:5
98:6,6,20
159:22
204:22
**minimum** 77:4
97:5
**minority**
121:4,6
**minors**
120:16
177:1
**minute** 266:2
**minutes**
141:9
243:9,13
288:10,11
288:13
**mis** 110:20
**misquoting**
148:16
149:19
**misread**
238:18
**misreading**
125:7,13
**missing**
287:24
**mission**
267:23
**misspoke**
217:16
**mistake**
124:17
**misunder...**
217:17
**mix** 129:23
**mixed** 135:4
135:6
227:3
**model** 189:3
233:15,16
**modeling**
215:16
**modest** 23:12
51:17
132:20
136:17

**moment** 15:7
15:21 68:8
133:1
154:9
155:13
165:17
245:21
265:16
269:3
**money** 212:8
**monitor**
12:16
**Montagano**
3:5
**Montana**
110:16
**months** 40:6
147:11,22
148:5
159:22
201:8,10
202:3,8,9
202:21,23
203:5
**morbidity**
246:4
**Morgan** 6:10
13:10,10
288:18,18
**morning**
13:13,23
14:3 15:2
172:2
**MORRISEY**
1:16
**mother** 1:5
**mother's**
223:23
254:10
**motion**
210:15,15
210:16
**motivate**
36:17 38:3
**Mount** 119:21
183:18
184:19
186:12
189:8,15
192:1,11
196:14
199:9,16
202:14,24

204:5
206:11
207:5
208:15
209:12
212:16
213:1,4
248:22
250:5,8,14
**mouth** 194:22
**mouthful**
183:22
**move** 74:18
78:3 83:20
165:13
177:18
260:2,6
266:22
272:10
282:14
284:15
**moving** 97:11
152:9
282:17
**muddled**
178:24
180:10
**multi-year**
81:16
**multiple**
101:16
222:17
**murky** 71:1
**muscle** 69:22
69:23
129:18,19
129:20,20
129:24
130:11,22
132:6
145:18
181:2,2
**muscular**
147:14,24
148:8

**N**

**N** 4:1 5:1
6:1 7:1
8:1 12:1,8
**name** 12:10
12:13,22
14:17 73:3

108:11,18
110:1,5
258:20
**names** 12:24
110:23
**nanomolar**
28:14,16
28:20 29:3
29:11,16
29:20 32:1
53:7 54:21
57:7 71:15
**nanomolars**
53:11
57:13
**nanomole**
283:9
**nanomoles**
281:1,13
**narrow** 25:6
92:5 181:5
222:20
273:19
**natal** 17:16
17:17 24:5
24:16 26:6
33:12 36:3
36:3 41:22
41:22
42:10
49:15,16
51:23 57:6
70:11
84:20 85:9
87:20,22
105:1,3
107:8,10
107:11
109:1,22
110:7
126:3
132:7
134:17
158:14
168:18
169:11
170:2,5,21
172:4,12
173:2,11
173:22
174:6
175:9
185:10

**National**
138:18
**natural**
24:18
**nature** 82:15
109:12
216:12
224:22
**NCAA** 108:3,7
108:13
109:1,22
110:8
111:17,17
137:19
170:19,23
171:6,17
**neated**
154:12
**necessarily**
57:24
79:16
115:8
155:10
159:18
194:20
201:7
233:13
235:20
240:5
278:12
288:2
**necessary**
118:6
197:14
227:22
**need** 17:21
60:3
103:23
104:1,5
110:17
118:5
119:5
124:16
125:18
177:3
187:9
195:18
200:9
210:14
213:4
227:10
245:19
255:11

256:22
274:14
284:12
**needed** 39:5
279:4,6,17
**needs** 15:9
17:7 62:18
85:24
137:2
**neither**
262:17
**never** 20:21
32:14
140:24
215:7
230:13
259:18,21
**neverthe...**
45:16
55:14
227:4
238:19
**new** 4:6 5:7
12:11
157:24
158:5
168:3
196:18
200:2
206:10,15
206:21
**newer** 166:14
**news** 110:21
**Nicole** 3:5
**nine** 67:1
164:13
**nine-yea...**
100:15,15
**Nmol** 277:8,8
**nmol/L**
277:10,11
**Nmol/Ls**
277:9
**noise** 68:11
**non-exis...**
96:10
98:20
**non-expert**
90:3
**non-horm...**
228:3
**non-medical**
199:20,24

**non-pube...**
125:22
**non-tran...**
41:1,7,18
46:14,16
46:23 76:4
76:4,12,12
136:24
137:15
153:9,9
**nonbinary**
163:2,10
163:10
**nonconve...**
201:3,6
**nondiscr...**
175:4,20
176:6,10
**noon** 112:12
**normal** 29:18
30:19
31:17 56:6
56:18
58:14,20
59:4 228:2
228:16
237:6,15
237:18
**normally**
242:12,18
**north** 7:8
91:20
**notably**
144:20
287:14
**notary** 3:6
12:11 14:8
14:12,15
14:17,19
**note** 45:8
158:19
217:11,19
**noted** 65:13
**notice** 193:6
**noticeable**
79:24
**NPs** 191:6
**number** 9:4
10:4 16:12
30:13 35:4
61:16
64:19
69:14 74:5

74:15
111:21
128:15,16
132:5
138:23
161:11
206:18
207:5
214:18
228:24
241:17
251:10,15
251:20
253:10
268:4,9,20
270:8
277:15,16
277:17
278:6,8
279:8
281:9
286:12
**numbered**
114:9
**numbers**
21:22 30:5
30:6 32:3
70:16,19
75:2,5
140:14
181:9
206:24
207:9
227:18,20
250:20
277:21,22
278:11,11
**NY** 4:6 5:7

**O**

**O** 12:1,8
190:15
**Oaks** 6:5
**object** 84:22
116:18
213:11
260:20
**objection**
11:1 16:21
17:20
18:16 19:3
19:21 20:6
22:7 23:7

24:8,19
26:9 27:5
28:23
29:19
30:10,21
31:19
33:18
34:10 36:6
36:11,22
37:11,14
38:4,20
39:18 41:9
42:1,13
43:7,12
46:1,6,18
47:2 48:2
48:14
49:21
50:11 52:3
53:9 54:10
55:6,20
56:9 57:17
59:7 60:1
63:14 65:7
66:5 67:9
68:1,21
70:3,13
72:13 75:3
79:21
80:18 81:5
82:17,22
83:6,13,18
84:11
85:11,20
86:6,17
87:24
89:10
90:10 91:8
91:24
92:19 93:3
93:20 95:8
95:21
96:16 97:6
98:7
101:13
102:3,14
102:21
103:7,13
105:5,18
106:3
107:1,13
108:15
109:9,24

110:9
112:2
115:16
117:20
118:24
120:21
123:12,19
124:6
125:9
126:5
130:6
132:8
133:18
134:3,20
136:3,12
137:24
142:17
144:7
148:9,15
149:19
150:21
151:15
152:5
153:19
154:19
155:8
156:5
157:3
158:2,18
160:3,20
161:3
163:12
165:8
166:12
167:10
168:22
169:16
170:24
172:7,15
173:5,14
174:1,9,17
175:21
176:8,19
177:15
178:5
180:20
181:21
183:1
185:13
187:3,22
188:14,23
193:2,23
195:7

196:12
197:1,11
198:21
200:18,21
201:12
202:11
204:13
205:15,24
207:3
215:4,24
219:2
222:14
224:10
231:16
240:14
244:3
246:2
254:23
255:10,17
256:20
257:16
260:19
261:11,19
262:5,16
263:3,20
264:12
265:11
268:12,24
270:3,23
271:13,23
273:23
274:19
275:5,24
277:13
278:20
279:13
280:2,11
281:20
283:18
284:20
285:17
**objectio...**
287:23
**objections**
170:6
175:12
**objective**
64:24 65:5
119:11
123:21
124:16
125:19
169:7

287:13
**objectively**
22:5
**obligation**
51:21
**obliged**
208:9
**observable**
79:5,9,11
79:19
119:10
**observation**
17:11,16
18:23
19:17
231:3
261:22
**observat...**
147:9,18
**observe**
118:21
**observed**
139:9
165:23
**observing**
167:18
179:14
202:14
227:18
**obtain** 209:6
210:23
252:5
281:22
**obtained**
201:2,5
206:4
**obtaining**
200:10
**obviously**
103:18
104:3
**occasional**
111:2
**occupies**
60:21
**occur** 81:11
255:1
**occurred**
126:3
231:9
**offer** 43:10
47:7,10
62:8 102:6

107:7,9
140:15
147:20
148:13
159:2,10
**offered** 30:9
157:18
174:24
**offering**
31:9 51:20
52:4,8,17
52:24 63:7
83:10,14
85:7,12
86:10
107:14,18
182:13
**office** 13:9
213:23
253:7
**official**
1:12,14
2:1 123:9
151:2
162:10
**oh** 26:2
60:20
192:9
195:15
214:17
247:18
259:3
260:6
286:14
287:8
**okay** 15:14
40:18
44:22
54:18
55:23
56:21
59:11
60:20 63:6
65:11 73:2
80:8 81:14
89:18
90:17
99:15
128:14
138:20
152:12
154:24
155:23

164:15
169:18
178:11
184:15,17
188:10
190:21
191:20
202:10
215:10
237:2
243:18
246:16,20
254:18
258:2,19
259:4,4,5
259:16
260:7
261:16
262:11
270:15
272:4,5
273:8
275:2
279:21
281:16
285:12
286:20,24
287:3
**old** 97:15
100:14,22
100:22
261:9
**older** 39:22
75:6
118:11
120:18
146:14,16
206:13
240:21
**Olympic**
28:19 29:1
68:6
272:12,13
277:17
**Olympics**
272:9
**omitted**
110:6
**once** 18:14
44:19,19
44:21
246:5
**one's** 241:22

242:4,12
**one-time**
135:7
**ones** 112:8
184:14
226:1
243:4
266:20
**online**
141:14
157:8
**open** 58:8
**opened** 207:7
**operate**
201:11
**operating**
193:13
**operation**
193:4
251:22
**operative**
148:17
150:1
269:1
**opining**
174:3,4
181:19
**opinion**
21:23,24
22:4,20
26:3 27:1
27:10,14
31:9,21
34:19 36:2
36:7 37:13
37:24
43:10 45:6
46:4,24
47:7,10
51:20 52:5
52:8,17,24
56:4,16
57:11
58:18 59:2
59:9 62:8
63:7,12
65:9 67:13
67:20,21
67:22
68:14,16
73:20 74:8
83:10,14
83:23,23

84:9 85:3
85:7,12,24
86:8 87:1
95:18
102:6
107:7,9,14
107:18
118:2
119:4
126:22
131:7,13
135:23
136:4,8
138:11,14
139:10
140:15
144:9
147:20
148:13
151:2
159:1,2,9
159:9,11
160:22
165:22
167:22,24
172:3,11
172:17
182:13,13
182:18
191:17
195:16
199:10
215:3,18
222:9
229:3
267:3,4,13
270:21,22
271:1,11
271:17,22
272:1
275:10,12
279:20
282:5
**opinions**
64:16,17
134:1,5
140:2
205:7,11
**opportun...**
20:13
268:3,9,19
**opportunity**
20:4

**opposed**
109:18
146:23
163:14
169:6
175:3
186:21
278:6
282:12
**optimism**
260:10
**Optimize**
183:19
**opting**
247:10
**orchiectomy**
237:23
238:3
**order** 58:4
62:17
209:6,9
210:20
250:3
**ordinary**
24:7
**organ** 220:14
**organiza...**
29:3 164:8
213:23
215:14
**organiza...**
162:21
164:8
165:13
215:12
276:19
279:22
280:8,15
281:22
**organize**
21:17
136:15
**orientat...**
260:11
**original**
16:18,22
76:13
100:1,3
124:12
128:11
247:9
256:8
**originally**

277:15
**Osteopathy**
190:16
**others'**
122:4
**ought** 279:19
279:24
281:19
**outcome**
98:16
225:14
278:10
283:21
**outcomes**
17:12 18:2
18:5 19:7
160:9
183:20
244:15
262:20
279:9
282:5,7
**outlines**
246:18
**outperform**
65:19,20
66:2
**outside** 43:4
43:8 56:6
56:17
58:14 59:4
66:2,13
67:6,11,22
69:3 77:11
176:21
200:2,15
264:17
**outweigh**
35:18,19
36:17
**outweighs**
37:9 38:2
**overall**
57:22
111:5
130:18
211:9
**overcome**
159:5
**overcomes**
158:12
**overlap**
40:21

**overstate**
136:13
255:1
**overstating**
81:7
**overtime**
241:6
**overwhel...**
219:11
220:7
**overwhel...**
97:19
**oxygen-c...**
179:22

_____
**P**
**P** 4:1,1 5:1
5:1 6:1,1
7:1,1 12:1
12:8
**p.m** 113:2,9
152:19
153:2
203:16,23
248:11,19
266:13
289:5,8
**pace** 188:16
188:16
**packed**
151:19
**page** 9:1,3
10:1,3
11:1,3
16:19 17:9
28:4 45:13
61:11 69:8
69:15
72:19
88:12
100:8
114:7
117:1
122:23
128:16,24
133:22
139:11
147:2,6
149:4
150:9,11
162:5,19
163:21
164:13

189:11
190:4
191:24
192:4,14
195:3
217:3,8
218:8,17
224:24
227:23
234:18
236:3,10
237:4
260:1
264:22,24
266:21,22
266:22
287:1,2
**pages** 128:15
**pair** 193:9
**panel** 65:18
66:10,20
73:6
**paper** 10:6,8
76:22
90:22
98:22 99:9
99:17,24
100:2,5
133:19
134:6
139:11
140:16
141:17,18
142:22
144:10,14
145:12
146:14,17
146:19,21
149:6,7
150:10
151:8
155:15,15
179:21,23
184:8,9,24
185:1,3,3
185:23
187:6,10
187:16,19
188:19
189:2
191:24
198:4,7,11
204:5

216:21
218:9
224:20
225:13,19
229:8
233:19
234:2,7,10
234:18,24
235:1,12
236:8,11
240:1
243:20
244:5,8,9
246:15
259:22
260:8
262:18
**papers** 87:11
87:15
132:24
133:2
134:7,8
136:17
146:18,22
146:23
148:23
178:18,24
180:23
181:7
215:19,20
215:21
216:1,3,6
234:14,15
235:5
263:24
**paragraph**
17:9 23:19
25:18 26:1
28:5,6,21
29:8 32:7
32:8,10
34:24
35:15 39:3
39:6 40:4
40:4,22
42:20
45:15,15
47:12
52:23 57:4
59:12,18
61:11,17
64:19,21
64:22

65:12,17
66:20 69:7
69:8,11,12
69:16
72:18 73:6
75:10,21
76:1 78:4
78:10
80:13 82:7
82:13 83:9
84:1
104:12,19
104:20
105:24
107:23
111:1
120:6
124:9
131:20,22
136:20
137:7
147:16
150:11
153:6,21
158:10
162:21
164:14,15
164:16
168:2,5,6
170:17
174:22
192:5,5,10
195:3,11
195:12
199:8,12
199:13
214:6,15
214:16,19
214:22
217:4,10
217:18
235:6
237:13
238:12
253:17
265:1
266:21
267:18,19
269:7
270:22
271:9,11
271:21
272:1,6

paragraphs
  32:6
  116:17,23
  214:18
  272:10
pardon 49:16
  182:21
  211:19
  226:10
paren 123:5
  125:6,7
  158:14,15
parents
  230:23
  231:10,11
  237:14
Parexel
  213:14,22
parse 80:5
  166:24
parsing
  124:13
part 28:20
  30:5 32:4
  39:4 76:13
  88:17
  107:4
  115:21
  118:2,16
  120:1
  126:10
  168:19
  169:12
  170:3
  178:23
  180:22
  187:9
  193:4
  195:14
  201:3
  211:8
  213:5
  216:6
  219:4
  223:23
  236:4
  239:5
  245:13
  255:5
  256:2
  257:19
  261:24
  267:23

269:21
273:3
277:4
283:21
partially
  260:13
particip...
  35:19
  142:23
  143:1,4,9
participate
  21:18,22
  33:6 35:19
  36:17 38:3
  183:7,9
  264:9
particip...
  54:19
  71:15
  97:24
  179:3
  183:5
particip...
  84:4
  101:19
  168:20
  169:13
  175:10
particip...
  19:12 21:7
  21:8,14
  22:2 32:24
  39:15,24
  47:8 54:5
  54:9 58:9
  146:10
  171:3
  172:13
  173:3,7,12
  173:23
  204:20,22
  280:6
particular
  18:15
  41:23
  42:12 45:8
  51:23
  54:23
  55:10 81:1
  91:16 95:2
  128:12
  154:2
  155:16

223:7
232:20
236:6
243:2
254:1
261:6
275:4
parties 8:3
  8:9 12:4
  12:24
partly 23:16
parts 256:24
  272:18,19
party 197:5
PAs 191:6
pass 206:22
passage
  102:2
passages
  162:18
passed 285:7
  285:20
passive
  229:9
  231:3
passively
  283:10
path 23:10
patient 9:15
  121:20
  127:21
  128:1
  183:19
  187:7,11
  187:20
  188:2
  189:3
  193:13
  195:5
  202:9,21
  202:23
  211:24
  212:13
patient's
  189:20
  241:4
patients
  121:4
  126:4
  185:4
  186:10
  187:1,5
  188:6,12

188:20
193:16
194:7
197:20
198:5
201:9
206:23
212:1
244:16,22
245:7
246:12,23
247:6,8,9
247:11,17
PATRICK 1:16
pattern 58:4
  226:9,11
  257:18,23
  278:14
  279:18
patterns
  104:14
pause 40:7
paying
  251:24
payor 195:13
  197:5
pedagogy
  269:14,15
pediatri...
  118:15
peer 144:10
  157:15
peer-rev...
  132:22
  272:23
pelvis 129:3
penile
  225:15
penis 236:24
  237:19
  256:2,3
Pennsylv...
  3:7
penultimate
  150:10
people 9:7
  15:24 16:4
  21:16
  23:23
  24:10 25:7
  31:5,22
  32:22,24
  39:23

49:11
66:13 68:9
75:6 86:22
86:24 90:2
109:6,19
112:5
120:23
125:21
140:9,14
163:18,24
165:10,12
165:15
166:20,24
167:14
176:13
179:2,23
179:23
183:12
185:17
186:4,4
189:4
194:24
198:13
199:19,23
200:1,2,7
200:11,12
200:14,16
200:23
201:1,5
204:18
205:22
207:11
216:9
220:19
221:21
222:1,4,17
223:7,11
223:13,24
224:1
227:15,17
227:19
229:18,23
229:24
230:1,19
230:20
232:13,21
233:1
235:10
240:16,19
240:19
241:7,9
246:4
247:4

255:9
257:6
268:4,9,20
277:19,20
**people's**
143:23
283:4
**perceived**
230:7
**percent**
66:23
67:14,23
68:7,11,14
68:18,23
69:1,22,23
69:24
73:13
90:24
91:18,20
91:22 92:5
92:13 93:1
94:6 95:3
95:6,16,16
95:17,20
97:4
100:16,17
100:17,20
100:23,24
102:12,12
102:19,19
103:5,6
111:7,12
136:23
137:14,22
229:23,23
229:24
230:2
273:21
**percentage**
88:20 90:5
90:11,12
90:15
111:6,13
111:16,24
112:4,5,6
183:12
270:16
**perfect**
260:6
**perfectly**
31:5
**perform**
211:16,17

244:16
**performance**
17:12,17
18:4 19:1
19:6,10,17
36:2,4
42:23
43:21
47:15
48:22 51:5
62:21
69:19 73:8
73:10,19
76:3,11
78:12 79:2
81:1 83:11
87:21
88:20
90:21
91:22
93:12
102:1
104:14,22
104:23
105:1
132:2
134:18
136:1
139:17
147:14
148:1,8
159:22,23
164:19
165:7
167:9,23
168:1
180:3,9,10
180:15,19
250:17
256:11
262:2
265:5,10
265:21
266:18
267:11,15
273:1,10
273:20
274:18
275:11,22
282:3,7,16
283:5
**performed**
206:7,10

207:1,20
208:2
211:13
228:10
244:22
245:8
246:24
247:9
252:9
**performing**
74:2 206:6
**period** 73:11
153:13
164:3
168:15
194:9
207:12
232:10
233:13
239:9
260:11
267:3,8
**permeated**
166:15
**permeations**
285:21
**permission**
88:24
**permit** 34:7
46:24
**permits**
103:4
**permitted**
34:5
**permitting**
46:15 47:8
**persist**
105:15
114:21
115:14
139:19
221:13
**persisted**
227:6
**persistence**
117:10
**persistent**
195:22
196:10
**person** 52:19
52:21,22
80:6
130:20

161:5
163:2
170:8
177:16
185:16
194:20
195:17
196:15,16
197:6
203:7
220:12
221:7
239:15
242:21
255:3
274:2
**person's**
79:9
146:24
164:17,21
256:9,13
256:15
257:2
**personal**
24:16 31:9
172:19,22
175:24
211:11
212:14
213:8
**personally**
31:13
44:15 56:3
63:11
72:21
119:16
127:10
178:13,17
189:7
211:7
286:8
**persons**
113:12
128:19
163:10
225:15
**perspective**
34:4 57:20
135:12
**pertain**
114:4,6
**pertains**
116:22

**Ph.D** 60:18
190:17,18
190:19
**phallic**
236:22
238:23
**pharmace...**
213:20
**phenomenon**
219:16
**phenotypic**
287:15
**phone** 112:22
**phrase** 135:8
159:14
169:3
**phrased**
52:18
67:16
155:18
236:19
**phrasing**
125:18
196:14
288:1
**physical**
22:16,19
23:4 79:5
117:9,21
119:24
123:1,16
125:6
126:19
138:8
155:6
156:3
158:12
159:5,22
168:14
218:24
219:23
220:8
273:2
**physically**
218:21,23
219:13
239:23
**physicians**
119:19
191:7
207:19,24
**physiologic**
50:9 83:11

physiolo... 244:15
42:22 placement
47:14 216:22
48:21 51:4 Plaintiff
51:24 4:7,18 5:8
81:15 83:4 13:19,24
87:21 14:2,4,6
92:24 93:7 248:21
93:8 Plaintiffs
101:23 1:6
179:9,18 plan 211:9
physiolo... plasty
48:11 185:14
physiology play 33:13
60:11 33:14,15
72:16 52:1 103:2
131:12 169:19
148:20 playing 35:5
178:14 38:13,18
179:1,9,14 38:24
282:13 plays 195:4
physique please 52:11
162:24 62:24
163:9 87:10
physiques 129:14
48:1 253:17
picking plenty 30:18
109:7,15 210:22
214:24 PLLC 5:17
pictures plus 211:12
260:2 251:18
piece 16:19 point 15:4
30:12 18:12 30:2
156:24 30:3,5,8
180:5,7 33:4 35:16
256:23,23 35:18,23
pieces 56:22 36:16
56:23 47:23
63:11 62:13
119:2 68:17
159:15 69:15,21
pile 154:12 76:22
154:12 80:24
place 60:21 84:10
62:14 67:1 90:23 92:5
120:11 94:7
122:10,14 104:19,21
124:2,4,13 108:8
126:10 116:13
137:11 119:7,9
195:18 121:12,24
209:9 131:13
239:13 154:8

167:17
170:20
171:23
180:16
184:23
187:10,16
191:16
195:15
202:12
203:9
218:17
227:10
232:10
233:6,11
235:16
240:23
247:15
251:19
257:20
270:20
283:9
pointed
66:22
87:18
262:3
pointing
140:10
187:6
237:10
points 69:14
69:20
94:24
134:23
241:18
policies
82:9 85:17
86:14
175:4
268:2,7,18
268:20
269:2
policy 34:19
65:2 174:6
174:16,16
175:9,11
175:20
264:8
268:10,21
269:3
278:3
popular
156:24
popularly

166:8
population
21:18
31:18
97:24
111:6,11
111:14,20
121:20
138:13
230:1
245:18
populations
245:24
246:1,5
portion
124:3
249:6
252:13
portions
248:24
posing 58:9
position
30:23
101:1
119:20
174:12
240:4
250:5
positions
184:22
possesses
167:7
245:1
possibil...
95:1
possibility
98:15
107:19
152:4
possible
17:10
25:20 26:4
27:1,11,15
182:3
247:14
261:5
possibly
91:7
post 65:18
post-sur...
245:23
posted
144:22

postsurg...
246:12
potatoes
138:10
potential
106:14,15
106:20,21
107:3
149:2
150:24
219:7
potentially
202:23
power 61:19
62:2
100:18
practical
197:12
practice
113:13
114:4,6
117:18
118:8,10
118:14
119:12
120:24
192:19
198:2
201:15
213:5
practices
204:11
practiti...
117:14
pre-pube...
126:8
pre-pube...
262:14
precede 80:2
80:3
precise
110:5
198:4
precisely
160:11
predeter...
260:14
predict
104:13
181:15
183:14
219:17
229:21

predictive
  223:15
preface
  232:18
prefaced
  215:17
prefer 72:23
  73:3 177:4
prenatal
  228:2
  253:24
  254:2,9,20
  255:8,15
  255:22
  258:3,6,9
  258:13
  260:9
  261:7,7
Preopera...
  183:19
prepare
  75:22
preparing
  40:19
prepubertal
  84:5 97:9
  97:16,20
  98:3
  104:14,15
  104:22,24
  105:14
  107:17
  114:12
  116:5,8
  119:13,16
  119:19
  121:3
  122:6
  124:20
  127:2,5
  221:12
  261:23
prepubes...
  222:3
  223:15
prescribe
  118:8,13
  118:16
  119:6
  177:1
  178:3
prescribed
  201:8

prescrip...
  201:7
presence
  257:17
present
  12:23
  24:17
  49:18
  120:16
  128:19
  150:19
  166:10
  182:24
  271:5
presenting
  206:23
preserved
  149:9,16
president
  265:24
  266:3
press 57:6
  109:12
  156:24
presumably
  228:2,16
pretreat...
  139:18
pretty
  127:11
  251:22
  273:18
  284:12
prevent
  117:4
  120:11
  122:10,13
  124:1
preventive
  119:8
prevents
  84:3 124:2
previous
  52:13 89:2
  170:7
  243:4
  266:3
previously
  98:24
  113:14
  120:15
  183:17
  256:8

262:19
primarily
  116:23
primary
  147:1
  153:10
  265:4,8
prior 23:24
  32:14 40:6
  79:23 82:9
  107:10
  118:9,17
  122:21,21
  124:18
  126:17
  129:2
  162:1
priorities
  32:7 271:4
  271:5,18
priority
  35:18
  36:17 38:2
  271:3
probably
  91:19
  104:11
  135:4
  167:4
  244:9
  259:18
  285:3
problem 92:1
  115:17
  165:15
  180:23
problems
  34:4
procedure
  3:4 199:3
  244:15
procedures
  226:20,21
PROCEEDING
  14:11
process
  18:14 25:4
  40:9 120:1
  187:6
  205:1,4
  268:1
  275:18
processes

244:19
produce
  257:22
produced
  253:23
producing
  257:19,24
professi...
  25:9 29:15
  41:23 43:5
  71:9 190:5
  191:13
  203:2
professi...
  99:11
professi...
  203:12
  221:10
professor
  9:9 10:6
  43:19,23
  44:15
  45:14
  61:10,24
  69:10,16
  71:2,8,19
  72:2,20,22
  72:24,24
  73:6,7
  74:10
  76:17 86:4
  91:1,14
  99:8 155:3
  155:24
  157:13
  159:3
  160:1,13
  225:13,20
professo...
  136:14
profile
  177:17,18
program
  60:18
  118:16
  127:6,12
  187:5
  201:17
  207:7
programs
  270:2,7,10
  270:17
prohibited

1:23
prohibits
  175:9
project
  216:8
projects
  60:7
prominence
  129:5
prominent
  60:21
promised
  247:24
pronouncing
  213:14
properly
  201:8
proporti...
  23:15
  111:5
  143:16
propose
  107:7,9
  140:15
  147:20
  159:2,10
proposed
  139:20
proposes
  189:2
proposing
  201:14
proposition
  87:19
  117:20
prospective
  135:2,16
  157:18
Protective
  209:6,8
protocol
  201:15
protocols
  193:21
  229:13
prove 224:3
provide
  20:12
  37:17
  102:12,19
  231:24
  232:5
  233:7

267:22
268:3,8,19
**provided**
59:3
248:24
**provider**
189:20
193:18,20
193:21
194:9,14
194:16
195:2
**providers**
190:2,10
191:4,6,8
191:23
192:15,21
199:20,24
200:12
**provides**
225:6,9
230:22
231:13,17
260:8
272:21
**providing**
193:11,12
215:18
271:17
**pseudo** 238:7
238:8
**psychiatric**
192:3
201:21
**psychiat...**
190:17
203:3
**psychiat...**
191:7
**psycholo...**
260:13
**psycholo...**
190:20
203:3
**psycholo...**
120:5
**psycholo...**
241:3
**pubertal**
25:10
80:10
105:16
118:20,20

118:22
119:14
122:24
168:19
169:13
170:4
**puberty**
18:14,18
18:19
22:17 23:4
23:21,24
24:7,18,23
25:4,6,15
25:21 26:5
26:11,13
27:3,12,16
33:2,14,15
34:7,8
35:16
38:11
49:18,24
50:10,13
50:19 51:3
61:13
62:21
65:18 76:5
78:12,13
78:14,20
78:20,22
78:24
80:15 81:3
84:5,21
85:1,10,18
86:15
87:22 96:6
96:9 105:2
105:4
107:10
114:10
116:4,8
117:3,8,21
118:6,8,13
118:16
119:6,8,9
120:1,9,11
122:9,10
122:14,17
122:20,21
123:2,17
123:21,24
124:2,3,21
125:2,4,5
125:6,19

125:21
126:1,3,17
126:17
129:6,12
129:16
130:14
131:9
153:10,12
154:18
155:5
156:2
159:21
168:15
170:9
179:10,19
213:20
262:4
265:16,19
266:16,24
267:7
**public** 3:6
12:11
14:12
109:16
208:8,21
264:8
**publication**
35:2,6
40:6
146:15
156:1
157:8
**publicat...**
72:11,15
179:17
**publicized**
108:1
111:3
112:8
**published**
16:14 18:3
45:2 99:9
99:17
157:4,6
161:13
178:18
243:21
246:10
**pulled**
214:12
**pumped** 130:2
**pumping**
130:4

**purport**
45:23
**purports**
157:13
**purpose** 17:2
17:4 21:20
125:20
276:13
**purposes**
29:2
118:22
186:1,5,6
196:5,16
198:18
209:14
218:4
236:6
**pursuant** 3:4
**pursue** 65:1
65:6 210:8
**purview** 69:3
264:18
**push** 141:13
**push-ups**
100:19
**pushing**
233:11
**put** 15:2
27:24 29:4
146:2
165:24
167:4
194:22
247:6
267:3
277:16
280:16
**puts** 69:12
**putting**
101:22
102:5
149:1
152:10
155:9

————————
**Q**
————————
**qualific...**
228:9
**qualified**
61:23 62:4
62:5,8
186:11,15
186:19

187:21
188:3,7
190:5
**qualify**
187:5
191:12
198:6
**quality**
163:14
**quantify**
70:22,24
**quantity**
277:12
**question**
24:12
26:22
27:23 33:4
36:10,13
36:19,24
37:3,8,10
37:10,17
37:24
38:16
40:13
41:13,21
42:5 43:4
44:13,20
45:1 47:22
47:23 49:5
51:10 52:5
52:7,11,13
52:18,21
52:22
56:14 57:3
57:5 58:19
58:23
59:16 72:5
76:13
77:20 78:4
84:16
86:20
87:20 92:4
97:2 101:6
102:16
106:9,18
110:10
111:19
116:22
126:21
127:9
135:3
137:17
140:5,7

145:8,9
146:18
148:12
149:23,23
149:23,24
150:15,20
151:1,10
151:18,22
151:23,24
155:22
158:11
159:4,8,12
161:22
163:22
164:22
168:23
170:10
171:9
172:23
173:16
174:15
178:19
182:12
183:2
195:9
208:9
210:9
212:19
213:7
215:6
222:2
230:15
241:3,3,4
241:19
242:1
245:2,12
245:20
250:13
256:7,13
258:15,16
261:24
266:15
268:13,15
270:4
275:7,19
**questioning**
244:13
**questions**
16:10
23:20 34:2
41:14
67:18
96:13

148:3,19
149:1
150:6
151:23
170:7
208:20
211:2
225:24
248:2,23
250:3
272:18,19
288:15,19
288:23
281:15
**quickly**
198:11
**quieter**
207:9
**quite** 96:1
115:18
121:21
129:13
138:22
144:19
165:16
180:24
186:8
189:12
193:3
212:6
223:1,10
223:19
232:9
236:8
240:21
241:17
263:21
273:11
**quiz** 53:20
53:22
141:6
244:11
**quizzed**
244:10
**quotation**
46:19
**quotations**
64:15
**quote** 19:14
20:4,13,14
21:1,5
22:1,16
23:20,22

25:20,21
29:9,12
32:15
35:16,20
36:5 38:10
38:10,13
39:6,10
40:22 41:1
42:21 45:3
45:6,16
46:12,13
47:13,17
61:17 65:1
65:18,22
66:11,21
67:2 69:16
73:7,16
76:1 78:19
82:8 84:2
100:13
104:16
106:1,19
108:9
111:1
114:19,21
120:12
125:2,5
128:18,20
131:24
132:2
136:21,24
139:15
147:7,14
149:8,11
150:12,13
150:16
153:13
158:10
159:20,24
162:21
163:23
164:4,16
170:18
174:8
192:1,14
195:22
201:22
206:15
214:10
217:11,14
227:24
235:1
250:12

272:21
274:3
**quoted** 84:7
148:10
194:10
**quotes**
125:12
**quoting**
171:10

---

**R**

**R** 4:1,9 5:1
6:1 7:1
12:8
**race** 9:17
66:23
142:4,8
143:12
**races** 277:18
**raise** 34:21
86:4
117:19
170:4,12
226:19,24
227:19
241:14
**raised** 86:7
225:15
227:4,5,16
228:17
230:6,11
230:17,20
231:23
233:4
238:15,22
**raises** 34:4
38:23
**raising** 86:1
107:19
148:3
271:16
**ran** 147:7
**random**
140:10
**range** 29:18
30:19
31:24
49:11,11
56:6,18
57:1 82:11
89:9 90:22
91:7 92:2
92:12

93:16,22
93:24
94:10 95:1
95:3,5,15
95:16,24
96:1 97:21
103:16
150:24
186:8
212:4,6
234:14
262:20
273:11
281:15
**ranges** 58:14
58:20 59:4
91:18
**rate** 88:6
157:12
**rates** 21:8
111:3,5
245:24
246:11
**reach** 118:19
120:10
274:9
**reaction**
65:16
117:9,21
118:21
**reactions**
119:24
**read** 22:15
24:2 30:1
39:11 44:7
44:8 52:10
54:14,16
64:6,9
76:18,20
84:12
88:10
90:15
99:21,22
100:12
101:6
102:2
104:20
121:14,17
133:2
146:5,8
150:12,12
158:3
213:13

214:21
235:4
244:8,9,9
268:21
284:24
285:1
287:17,19
**readership**
16:20
**readiness**
189:15,16
**reading** 12:4
47:20
76:16
125:10
193:23
**reads** 12:16
19:10
32:10
52:13 61:7
64:22
69:15,21
113:2,9
117:2
122:23
149:8
150:11
153:8
159:20
195:12
203:15
248:19
266:13
289:5
**ready** 32:14
**real** 283:4
**reality**
79:15
126:12
188:24
**really** 20:17
87:11
115:4
119:5
121:24
124:15
154:8
164:9
176:11
224:4
226:23
227:17
231:2

235:17
278:10,14
**realtime**
15:8
**realty**
144:12
**reared** 229:4
**reason** 19:24
20:3,10,23
42:21
48:21 51:4
53:2 55:12
56:5,16
57:12 58:7
58:12 59:2
62:11 63:8
73:18,21
101:10,24
116:14
118:17
119:6
140:6
169:20
216:6
219:4
226:13
229:8
260:17
**reasonable**
55:15 56:1
80:6 114:1
151:13
152:2
172:4,12
173:1,11
173:22
205:22
281:18
**reasonab...**
85:8
**reasonably**
35:10,12
166:19
245:2
**reasons** 32:2
91:1 152:6
240:18,18
**rebound**
207:14
**rebuttal** 9:6
15:3,18
103:22
104:8,10

107:24
120:7
122:8
168:6
170:17
174:23
214:14
253:9
264:21,23
**recall** 53:8
71:17,19
77:21 78:2
96:7 100:3
101:8
110:13,19
110:22
117:23
138:6
153:23
154:3,15
157:7,8
253:9
259:20
276:24
278:18
283:15
285:6,8,10
286:11
**receipts**
207:18,23
**receive**
120:9
211:8
266:24
267:6
**received**
193:17
194:8
199:19,24
285:4
**receives**
212:1
**receiving**
84:5,6
115:20
**recognition**
33:6 118:1
118:3
**recognize**
32:20
101:15
140:11
219:6

229:22
264:14
**recognized**
134:7
226:7
**recognizing**
101:16
221:24
**recollec...**
53:14
154:10
**recommend**
112:17
114:10
116:3
122:17
**recommen...**
114:9
116:3,15
122:20,22
122:23
123:9
125:4
**recommen...**
163:15
204:11
**recommended**
116:8
**recommen...**
163:22
**reconcile**
96:14
**reconfig...**
199:5,6
**reconfig...**
199:2
**reconstr...**
185:15
186:6
198:24
206:13
**record** 12:12
14:16
15:13
22:15
47:13 59:1
60:23 61:6
72:22
90:11
100:12
112:24
113:1,8
152:14,18

153:1
158:20
181:19
185:1
203:22
211:5
214:21
248:10,18
248:22
266:2,5,12
**recorded**
24:10
**recording**
15:8 16:18
228:10
**records** 72:4
72:11 76:2
76:10
143:23
**recruited**
143:4
**red** 251:4
**redraw** 275:6
**reduce**
130:14
**reduces**
130:4
131:9
**refer** 15:5
24:5 78:19
106:13
128:16
137:7
164:21
166:11
195:2
202:20
224:24
246:10
285:13
**reference**
18:9 45:9
85:22 97:9
101:6
106:19
107:3
125:14
144:18
162:1
199:23
216:2,3
282:10
**referenced**

45:12 53:4
54:21
115:3,19
133:5,19
134:7
146:17
196:20
216:6
233:19
263:24
**references**
30:11
101:4
115:12,19
254:4
274:22
**referencing**
54:3 57:4
91:17
94:24
116:24
126:7
150:23
165:1
218:1
257:4
262:8
269:2
275:17
276:17
283:23
284:6
**referred**
72:23
146:14
175:19
205:18
226:4
268:7
**referring**
17:15 80:9
81:16 98:3
163:12
164:22
168:15
190:19
196:3,6
234:24
**refers** 108:1
236:11
**refined**
115:22
**reflect**

154:8
**reflected**
253:21
**reflective**
79:15
**reframe**
151:18
**refused**
211:4
239:12
**refusing**
209:19
**regard** 58:2
60:14
107:15
121:9
130:16
160:8
178:22
179:14
224:18
241:11
284:5
**regarding**
164:1
178:14
**regardless**
84:4
**regimen**
177:24
178:3
189:21
201:18
**regimens**
32:13
**regimes**
34:21
179:4,7
**region** 67:1
**registered**
163:2,11
**regress**
124:20
126:13
**regulation**
54:20
55:14
**regulations**
53:5
**reimbursed**
212:7
**reimburs...**
212:4,5

**Reiner** 10:8
233:19
234:3,24
235:23
236:8
241:12
**reject** 262:4
**relate**
132:15
155:14
179:18
**related**
22:13
42:22
47:14
48:22 51:5
179:8
212:15
**relates**
50:15
160:9
168:13
188:16
226:23
272:13
**relating**
34:21
178:20
**relation...**
19:17
21:12
209:14
223:17
**relative**
72:3
138:16
271:4,18
**relatively**
45:12 48:4
53:2
138:13
146:6
151:7
156:24
**relevance**
148:20
**relevant**
26:24
57:24
76:16
77:10
103:17
138:22,24

179:10
276:15
**reliability**
241:4
**reliable**
136:10
257:7
**reliably**
20:4,13,18
21:4 62:17
240:21
**relied**
191:16
**remain**
129:16
**remainder**
235:6,6
**remained**
159:3
238:24
**remains**
35:15
158:11
159:11
219:10
220:6
252:2
263:7
**remember**
40:12,16
53:16
99:14
110:5
232:9
240:2
**remind**
110:15
**reminded**
110:17
**remotely**
12:18
247:23
**removal**
192:2,12
**remove** 201:7
**removed**
195:20
199:3,17
**removing**
77:21
238:5
**renamed**
71:23

**render** 61:18
73:20
74:17
138:14
151:2
159:9
182:18
**rendering**
31:21 59:9
74:8
138:11
139:10
**renders**
136:9,10
**repeat** 94:8
187:24
243:11
262:21
**repeating**
128:18
**rephrasing**
57:3
**replace**
196:18
**replicate**
235:11
**replicated**
140:13
**report** 9:5,6
15:3,4,16
15:18 40:3
40:5,20
44:9 53:4
57:5 73:8
75:9 77:17
77:23 78:5
78:6 84:1
91:14
92:11
93:13
94:20
95:14 97:7
97:9
103:22
107:24
109:22
119:20
120:7
122:8
131:21
132:23
133:15,20
133:23

137:12
143:21
153:6
164:14
168:2,6
170:18
174:23
176:7
214:7,14
214:15
241:4
243:23
253:9
256:8
264:21
267:17,19
272:6
284:18
286:10
288:5
**reported**
140:16
143:20
198:4
235:22
239:5
**reporter** 3:6
16:7 20:7
52:13
133:7
243:6,8,14
288:9,10
**reporting**
12:14
99:24
100:3
128:10
**reports**
16:11 94:3
176:4
260:23
**represent**
12:24
158:23
253:6
**represen...**
82:2 271:7
**represen...**
13:8,14
208:14
209:11
269:17
**reproduc...**

1:22
**reproduc...**
153:13
164:18
218:3
220:1,14
256:10
**reputation**
44:23
207:9
**request**
210:9
**require**
196:22
221:22
222:1
276:24
281:1
**required**
189:14
191:24
193:20
210:11
**requirement**
28:13
53:23
137:19
139:20
192:2,23
194:19
199:18
200:7
201:8
**requirem...**
28:9 138:9
193:7
195:13
199:9,14
**requires**
85:8
189:19
190:1
195:22
201:21
**requiring**
185:20
**research**
16:19,23
39:5 72:10
76:9,13
100:1,4
127:1,1,4
127:7,9,10

127:12
128:11
130:8
148:19
153:8
162:22
163:7
178:13,18
178:20,22
179:8,11
179:13
180:2,6,11
180:18
181:4
213:24
235:11
272:23
**researcher**
235:9
**residents**
251:19
**residual**
23:13
25:20 26:4
26:11 27:2
27:11,15
**resources**
207:10
**respected**
165:4
**respectful**
72:22
**respectf...**
210:8
**respective**
12:4
166:10
**response**
256:5
**responsi...**
216:23
**rest** 45:5
219:22
232:18
242:9,23
**restate**
212:19
256:24
257:2
**restrict...**
272:21
**result** 52:1
79:12

81:16
144:16
163:23
186:9
208:1
224:24
**resulted**
19:11
**resulting**
27:2 50:19
78:14
80:15
250:16
**results**
61:16
198:4
225:3
226:18
227:2
235:15,18
238:12
**retained**
162:23
163:8
**retirement**
250:10
**retract**
44:13
**retrospe...**
135:1
**returning**
266:3
**revenue**
211:20,21
**revenues**
211:9,24
213:18
250:14,16
251:6
252:1,8
**reversal**
247:13
**reverse**
250:3
**reversed**
22:17,20
23:5
**revert** 245:9
**review** 100:1
100:5,10
100:13
116:19
128:8,10

132:21
144:11
145:6
146:9
147:10
148:5
157:16
163:22,23
192:24
204:23
228:11,15
232:20
**reviewed**
135:21
146:5,6
149:14,15
260:21
**reviewing**
203:2
**reviews**
134:7
216:2
**revised**
77:22
113:22
**revisions**
166:16
206:13
**riflery** 63:3
65:15
**right** 16:12
22:8,10
24:23
26:13,20
27:4,6
28:3,18
30:22
34:23 35:3
43:13 45:7
47:11 48:3
52:4,23
57:11 59:9
73:4 77:15
78:1 79:7
80:22 82:6
83:2,15,23
88:18
89:23,23
90:4 91:4
92:2 96:12
101:9,9
105:11
106:11

108:17
110:19,24
112:8,9
114:16
122:5
123:11
125:11
126:22,23
127:14
137:9
145:4
153:18
154:2
156:9
157:7
165:11
166:24
175:13,15
175:24
177:17
180:14
182:11
183:9
190:12,19
192:17
193:18
197:23
202:4
206:20
210:15
211:20,22
214:19
217:20
220:11
221:6,6,17
226:5
228:13,24
229:18,20
235:5
238:1,7,16
238:17
239:6
240:3
242:14
243:4
251:9
252:10,11
254:12,22
257:15
258:11
259:19
262:15
263:2,5

264:1,11
265:14,22
266:19,20
267:19
268:5
269:3,6,22
270:24
271:9
272:7,10
273:3
274:11
275:2,12
277:2
278:1,19
278:22
280:1,10
281:3,9
282:19
283:7,8,17
284:19
288:6
**rights**
  177:23
**rigor** 245:15
**rigorous**
  244:20
**rise** 79:23
**risk** 273:1
**Robert** 284:9
**Roberta** 5:16
  13:16
  288:20,22
**Roberts** 9:16
  9:20 133:5
  133:10
  134:11,21
  135:15,24
  136:5,9,21
  137:12
  139:12,13
  139:13
  140:3,16
  147:5
  155:14
  156:11,18
  157:1,13
  157:23
  158:7
  160:2,4,6
  181:6
  282:10
  283:14
**Roberts'**

140:19
**robust**
  272:23
**Roger** 7:3
  13:1 15:7
  87:9
  131:16
  249:3
**role** 27:7
  37:21
  121:24
  162:4
  189:9,10
  195:4
  279:16
**roles** 63:9
  277:5
**room** 5:12
  13:2,3,20
  27:20 31:2
  66:14
  281:7,17
**roughly**
  207:7
**rule** 33:11
  33:21 34:5
  53:11 55:2
  55:4,23
  56:1 72:1
  84:16
  137:19
  165:17
  279:6,12
  279:15,18
  279:19
  281:18
  283:12
**rules** 3:4
  32:12
  39:21
  52:19
  198:8
  210:12
  273:17
  276:20,23
  279:23
  280:5,9,13
  280:17,19
  280:19,21
  281:11
**run** 33:22
  136:23
  137:14

178:12
275:11,22
276:17
**runner**
  110:16
**runners** 68:6
**running**
  90:18,21
  92:11 93:2
  134:18
  138:21,24
  139:5
  143:12
  213:2
  251:3,4
  274:16
**runs** 95:16
  100:23

_____
    **S**
_____
**S** 4:1 5:1
  6:1 7:1
  12:1,8
**safe** 166:19
**safely** 19:13
  21:1,3
**safer** 1:19
  2:8 3:3
  8:4 9:5,6
  9:11,23
  12:23
  14:10 15:2
  15:16,19
  15:23,24
  16:10
  43:18 44:6
  55:18 61:9
  63:18 64:4
  74:24
  75:12,13
  75:17,21
  77:16 86:4
  87:18 96:5
  98:22 99:8
  106:7
  109:20
  113:10,21
  127:18,21
  133:6
  141:24
  145:8,15
  146:2
  153:4

160:17,24
161:9,22
183:16,18
183:24
184:4
188:19
197:19
204:1
216:13,21
220:5
234:6
241:2
243:20
248:23
253:5
288:24
**safety**
  160:17,18
  161:1,6
  164:2
  168:13,17
  168:24
  169:5,10
  169:20
  170:5,10
  170:12,16
  174:24
  273:2
**salary**
  211:12,12
  211:14
  212:21
  213:3
  250:7,9
**sales** 213:19
**sample** 92:14
  97:15,19
  97:20
**San** 4:17
**Saraswat**
  216:11,17
**Sargent's**
  12:14
**satisfied**
  198:1
**satisfy**
  188:4
  195:13
  197:21
  202:23
**satisfying**
  197:4,16
**save** 168:3

Sawaswat
  10:5
saying 37:16
  61:17 88:3
  97:18
  104:21
  119:5
  125:18
  136:15
  160:10
  167:13
  169:17
  180:14
  218:20,22
  219:8
  222:5
  227:8
  229:6
  232:15,15
  242:24
  247:15,17
  257:20
  258:4
  268:20
  279:7,11
  282:8,9
says 33:12
  35:5 45:16
  90:14,14
  114:10
  116:3
  123:5,15
  146:8
  148:4
  158:19
  177:2
  189:24
  191:22
  193:16
  198:11
  199:7
  202:2
  222:4
  234:23
  235:1
  236:21
  237:5
  238:10
  253:20
  254:5
  260:8
  264:6
  272:20

  273:9
scale 82:15
  82:23
  102:11,18
scan 221:3
scenario
  247:21
scholastic
  33:21
  95:23
  267:24
  269:19
school 1:11
  5:21 13:17
  68:12,13
  74:14,15
  75:1,2
  82:10
  89:12 90:1
  103:2,5
  108:3,8,14
  111:12
  170:19,23
  171:7,17
  172:5,13
  173:3,12
  173:23
  264:9,10
schools
  111:17
  267:22
  270:1,6,17
science
  27:23
  35:11
  64:17
  77:12 78:3
  84:19 85:8
  130:12
  144:9
  146:14,16
  157:24
  223:16
  224:2,8
  235:8
  258:17
  259:1
scientific
  18:22 36:9
  36:13,19
  36:23 37:3
  37:10,16
  46:12

  57:20
  144:10
  155:12
  184:11
  222:23
  224:12
  281:12
  283:1
scientif...
  35:15 38:2
  38:10,19
  38:21
  177:22
  204:10
scientist
  27:20
  37:21 77:1
  77:8 85:4
  117:14
  144:5
  150:4,5
  152:8
  174:4
  177:23
scientists
  151:13
  152:3
scope 86:18
  108:16
  167:2
  174:10,18
  176:21
Scottsdale
  7:9
screen
  193:11,12
  195:17
  286:19
scrotum
  256:4
SCRUGGS 7:6
se 43:14
  48:17
  70:16 79:2
  109:4
  138:22
  170:9
  232:14
sealing 12:5
second 22:12
  28:5 35:23
  45:13,15
  49:3 58:3

  77:14
  78:10
  80:13
  120:7
  146:8
  158:10
  180:5,7
  190:6
  193:9
  217:8
  225:2
  236:16,21
  244:5
  246:15
  253:20
  287:1,2
secondary
  1:10 5:21
  13:17
  108:7
  117:5
  170:19
  171:6,17
seconds
  100:19
section 69:9
  114:15,19
  116:20,22
  139:23
  202:5
  225:3
  287:5
see 17:9,13
  19:14 21:9
  22:13
  25:22 28:6
  29:13 32:8
  32:16
  33:10
  35:21
  38:14 41:2
  43:1 45:19
  51:14
  61:14,21
  65:23 67:3
  68:5,23,24
  69:4,9
  70:1 72:19
  73:16
  78:15 79:1
  82:12 84:7
  89:22
  101:1,4

  104:16,18
  108:4,9
  111:7
  114:13,22
  117:12
  118:11
  120:13
  123:3
  124:20
  126:8
  129:7
  132:2
  135:19
  136:24
  139:22
  140:1,21
  146:11
  147:15,19
  149:12
  150:17
  153:14
  156:15
  157:12,12
  157:20
  158:16
  163:4
  164:5
  165:17
  168:10
  175:5
  184:4
  185:2
  191:9
  192:12
  194:11
  195:24
  199:21
  200:24
  201:17
  202:3
  214:11,23
  216:22
  218:11
  222:18
  224:14
  225:2
  228:6,7
  236:22
  237:10
  241:7
  245:10
  259:2,3
  260:4,15

260:16
265:5
268:4,11
273:2,19
283:4
286:15
287:5,9
**seeing**
120:24
121:9,20
200:22
236:20
261:14
**seek** 24:5,16
**seeking**
23:24
24:22
185:4,24
186:5
212:1
**seen** 64:5,8
121:9
139:4
157:9
161:23,24
245:18
247:22
259:18,21
**segregation**
287:4
**self** 143:20
143:21
241:4
**self-dia...**
200:17
**self-dia...**
200:24
**self-pre...**
200:17
201:2
**self-rep...**
284:8
**Semenya** 54:3
55:1 65:14
**seminal**
225:1
**senior**
184:12
**sense** 55:23
58:10
126:11,11
143:8
176:12,15

227:21
239:5
285:10
**sensitive**
26:14
**sent** 189:4
198:13
258:24
**sentence**
18:21
19:10
20:23 21:5
22:13,15
26:2 29:8
30:1,3,8
30:11
32:10
33:17
35:24
36:15 49:5
64:21
77:16,21
78:10
80:11,13
84:2 100:9
114:18
115:12
119:2,3,3
120:8
129:1
137:8
146:8
149:8
150:10
151:19
153:7
192:6,10
193:24
195:12
199:11
214:7,21
253:21
287:13
**sentences**
159:19
227:10
**separate**
20:12,24
21:13,24
157:15
241:5
**separated**
62:9,12

**separately**
243:15
**separating**
121:23
**separation**
63:8,13
**September**
161:13
**serious**
235:2,16
235:23
**serve** 285:4
**served** 41:13
71:11
113:21
**serves** 17:5
**service**
26:18
**services**
12:15
252:8
**serving** 85:3
**set** 29:16
30:17
31:15
71:15
92:21
135:18
186:16,21
205:23
**sets** 198:3
204:15
**setting** 55:9
151:7
182:10
194:17
204:10
277:7
**settle** 279:2
**seven** 89:22
112:14
202:9
203:5
218:6
278:7
**severe** 186:2
236:17,21
236:22
237:18
**severely**
236:23
**sex** 43:20
62:9,12

63:8,9,13
69:18
117:5
143:16
165:5
179:5
213:21
231:15
233:23
237:22
241:15,22
242:5,12
242:13,19
244:2
245:11
247:2
253:24
254:2,8
257:20
287:10,11
287:13,16
287:24
288:3
**sex-based**
155:6
156:3
158:12
159:5
**sex-sepa...**
19:18
**sexes** 94:1
**sexual** 55:2
166:2,4,6
166:6,11
217:13
218:10
233:22
253:22
**shape** 129:3
**share** 149:15
208:6
**sheer** 21:19
**shifted** 29:5
56:11
117:24
**shifting**
221:20
**shifts** 83:23
**shoes** 48:11
**shooting**
225:12
**short** 15:23
61:3

100:16
112:13,20
113:5
152:22
156:11
203:19
244:19
248:15
266:9
**shorter** 73:5
**shortly**
44:13
**show** 37:18
40:23
46:12,21
76:2,11
88:20
94:11,12
194:2
243:5
258:5,18
261:23
263:6
281:5
**showed** 73:11
100:14
263:1
**showing**
15:10
41:16
93:22
246:11
262:3
**shown** 94:10
**shows** 46:11
94:14,21
**shrink**
129:19
**shrinking**
130:23
**shrinks**
129:19
130:23
**shuffle**
87:10
**Shuman** 5:17
**shuttle**
100:23
**sic** 28:13
**side** 167:4
212:9
**signaling**
106:15

**signific...**
84:9 184:7
184:16,17
**significant**
23:13 25:8
35:17 36:5
49:24
62:21
67:14,24
68:7,15,18
68:24 69:1
69:3 77:3
77:6,7,9
77:13,14
96:19
98:18
102:12
103:20
104:23
119:13
168:18
169:12
170:3
184:9,10
192:1,11
214:9
**signific...**
18:24
58:20
147:7
205:11
**signing** 12:5
**similar** 78:7
100:20
106:2
121:21
122:3
140:22
215:5
286:7
**similarly**
203:9
**simple** 89:1
151:7
172:22
**simpler**
67:18
**simplify**
88:21
**simplist...**
160:7
**simply** 16:19
43:15 47:4

48:7 72:24
74:11 81:3
82:1 87:2
88:24
96:23
107:19
109:11,15
125:17
136:16
137:11
140:10,11
146:17
148:2
161:4
167:13
174:15
176:21
187:6
192:22
197:4
213:2
230:16
231:24
240:11,23
241:22
242:16,24
263:10
264:18
271:15
272:2
275:19
276:6
282:13,21
**Sinai** 119:21
183:18
184:19
186:12
189:15
192:2,12
196:14
199:9,16
202:14,24
204:5
206:11
207:5
208:16
209:12
212:16
213:1,4
248:22
250:5,9,14
**Sinai's**
189:8

**single** 73:11
109:21
**sit** 23:3
34:19
62:19
71:19
73:21
109:20
157:6
220:20,23
221:8
271:3,3
**sits** 95:15
281:9
**sitting**
86:12
121:11
152:7
219:5
274:10
281:7
282:13
**situation**
23:22 96:2
103:16
176:2
272:2
280:15
**six** 57:7,10
57:20 94:5
95:3,6
100:9
134:1,7
139:11
163:21
202:3,8,21
202:23
218:6
239:8
253:17
278:6,17
278:23
279:2,3
288:10,11
**six-percent**
98:5
**six-year**
100:22,22
**sixth** 65:17
**size** 129:3
129:10,21
130:1,15
130:18,20

131:2
169:6
175:1
181:2
183:13
**skeleton**
129:2
**skills**
240:17
**slash** 117:6
**Slicer** 5:17
**slow** 53:3
**slower** 172:9
**slowly** 49:2
241:6
**small** 37:19
45:12 53:2
57:23
98:18
121:4,6
259:4
280:16
**smaller**
73:15
82:15
94:15
**smart** 181:16
183:15
**snippet**
260:21
**SOC** 183:20
193:17
194:7
197:21
**SOC-7** 190:24
195:22
204:10,15
204:21
205:8
**SOC-8** 205:9
205:10
**soccer** 139:6
168:21
169:15
**social** 45:18
63:9
101:18
190:11,13
193:8
232:5
235:8
**socially**
239:22

240:10
**societal**
32:7,20
262:8,12
263:10
**society** 9:14
19:18
32:12 34:5
34:13
37:20
113:13,17
116:7
123:10
126:2
215:13
247:19
270:13
**society's**
113:23
216:7
**solely** 154:1
168:13
**somebody**
33:23
43:15,16
66:14 87:2
110:1
165:22
185:20
219:21
220:24
223:20
230:12
233:16
282:14,17
283:10
**someplace**
268:11
274:4
**somewhat**
143:8
160:7
284:21
**soon** 99:17
**sophisti...**
103:3
**sorry** 20:7
24:12
27:13
40:13 42:2
44:3 46:19
56:9,15
58:21

65:20 77:8
81:21 83:7
87:13
137:10
168:12
171:8
173:8,20
179:9
192:7,9
207:21
210:2
212:18
214:17
217:5
238:18
241:24
259:13
266:1
270:6
286:14
**sort** 35:20
120:3
131:15
157:9
226:16
231:7
241:20
**sorts** 60:7
101:15
116:1
**sought**
182:23
183:7,9
245:8
**sounds**
243:16
281:17
**source** 26:13
26:13
87:19
136:10
193:9
253:21
268:10,22
270:19
**sources**
166:10
206:17
**South** 63:20
**Southern** 1:2
12:19
**space** 32:21
215:13

219:19
271:7
280:22
**span** 127:7
**speak** 87:9
131:17
213:11
**speaker**
176:21
**speaking**
34:3 48:10
65:19 74:7
89:8 93:6
161:4
177:22
261:12,13
271:6
**Specialist**
12:14
**specific**
17:22,24
33:20
41:19
50:15
53:21 63:9
79:8
106:16,22
114:9
115:10,24
117:23
126:23
146:24
171:2,23
181:24
182:16
183:3,11
183:21
195:19
198:1
216:5
227:10
230:15
246:21
255:12
257:5
264:2
267:16
269:3
272:17
273:17
274:2,5,12
276:5,7,14
276:15,20

276:23
282:11
287:13
**specific...**
79:8 125:1
126:7
129:18
134:6,8
167:7
171:2
179:12
180:6
183:5
188:11
196:6
225:11
239:7
254:7
262:20
276:3,3
277:20
287:23
**specifics**
202:17
203:12
212:12
213:3
214:2
227:9
**speculate**
105:24
285:8
**speculative**
106:4
**speed** 138:22
138:24
**spirit** 276:6
276:6
**spoken** 170:1
**spontaneous**
125:4
**spontane...**
231:9
**sport** 9:8,10
9:13,22
15:24
19:12
21:16,17
22:3 32:24
35:20
38:13,19
39:9 42:12
47:24 48:4

50:15
51:15,19
52:1 61:12
62:20
63:13,19
63:24
93:10
97:24
98:24 99:4
103:2
146:10
150:14,23
151:4,4,12
152:1,9
161:11,12
161:17
162:6
164:1,2
170:22
273:17
274:12
276:14,16
282:6
**sporting**
162:11
163:7
258:9
276:19,22
277:3
**sports** 16:4
18:2 19:7
19:19 21:8
22:1 28:17
33:6 38:22
41:20,23
52:20
53:12,14
60:11
61:20 62:2
62:8,12,15
63:4,8
76:2,10
101:19
108:3
138:23
139:1,4,5
150:24
155:7
156:4
168:9,14
168:21
169:14
170:2

171:9,10
171:18
178:14,20
178:20,23
179:2,15
180:1
181:1
183:5,10
258:17
259:1
269:20,21
270:2,7
280:6
285:14
287:4
**spouse**
213:13
**spread** 68:10
**sprints**
100:16
**Sruti** 5:3
13:21
**SSAC** 288:23
**stack** 286:17
**stage** 33:16
79:4 118:9
118:19
119:14
122:9,18
123:10,15
124:1
129:10
131:15
238:20
241:9
242:2
**stages** 25:6
25:14
49:24 85:1
118:20
120:19
121:1
123:5
125:7
126:2
**stamina**
162:24
163:9
**stamped** 16:8
**stand** 190:15
**standard**
12:17
60:24 61:7

71:15
113:2,9
141:5,6
152:19
153:2
185:5
186:16,20
186:22
187:1
203:16,23
235:10
248:12,19
266:6,13
289:6
**standards**
46:5 120:8
186:21
**standing**
100:18,24
**stands**
145:11
**start** 53:1
53:20 71:1
86:15
94:19
100:18
107:8
118:6
131:6
133:4,15
182:2
205:5
253:8
258:7
**starting**
117:3
147:18
153:12
**starts**
287:10
**starving**
112:16
**state** 1:8,13
2:2 5:11
5:14 12:11
12:21,24
13:8 22:9
76:1 82:7
108:2
124:21
125:1
128:11
131:20,23

164:16
170:17
183:13
191:24
210:8
222:23
253:6
259:20
285:13
287:14
288:5
**stated** 49:6
96:6
118:17
122:12
188:7
192:13
**statement**
18:8 41:11
45:21 66:6
67:11
69:13
76:19,23
78:18
84:10
96:23
97:13
109:17
114:18,24
115:10,15
115:15,18
117:15,16
124:22
125:14,17
128:17
145:14
148:2,14
151:7
161:13
163:16
164:20,24
215:15
216:3,5
217:22
235:3
256:19
264:17
266:23
267:9
271:12
275:13,16
276:4,13
287:20,21

288:4,6
**statements**
125:21
159:17
215:12,17
216:8
**states** 1:1
12:19 73:7
115:12
158:9
162:21
163:22
217:11
285:22
**static** 66:12
66:17
**stating**
139:14
160:14
221:15
272:2
**statistic**
111:13
**statisti...**
77:13,14
104:23
167:8
**statistics**
70:7,10
73:19,22
112:9
181:14,15
**status**
169:10
**staying** 34:2
**step** 38:1
131:12
209:1
223:4
283:20
**stepping**
229:6
**steps** 76:14
**Steptoe** 6:4
**stick** 73:5
**stipulated**
12:3
**Stock** 12:13
**stop** 247:4
248:1,3
**stopped**
247:7
**story** 182:18

**straight**
88:11
90:19
140:24
**strategies**
160:15
260:11
**Street** 4:5
5:5,18
6:12 7:8
**strength**
70:1,1
110:23
132:6
145:18
149:9,16
149:24
162:24
163:9
175:2
180:4,6
181:2
**stretching**
79:3
**strictly**
135:1
204:4
211:11
**strike** 35:24
53:3 107:8
122:7
**strong**
145:13
236:9
**stronger**
19:1
100:20
215:11
**strongest**
61:12
136:2
**structure**
33:17
64:18
136:9
**structured**
228:10
250:16
**structures**
218:3
**student**
111:11
**students**

82:10
270:18
**studied**
88:16,18
126:20
130:9
131:4
134:11
141:18
162:13
**studies** 92:4
101:17
131:14,24
132:5,10
132:15,19
132:20,22
134:22
136:5,5
150:7
162:22
163:8,17
180:7
181:6
227:11,13
245:22
246:21
255:7,12
258:5,8,12
262:7
277:17
282:10,13
283:20
284:1,3
**study** 92:21
94:8
100:21
101:3,4,6
134:16,21
134:22
135:1,2,3
135:15,16
135:24
136:9,11
139:15
140:8
141:21
143:18,21
147:5
150:7
157:23,23
158:7
165:21
186:11

224:12
225:1,6,8
225:11,12
226:2,3,18
226:23
227:2,12
228:10
230:5,16
230:22
231:2,3,21
231:24
232:3
233:4,7,11
235:22
236:2
239:9
241:12,12
241:19
242:1,6,7
242:10,16
243:1
246:10
255:14
261:4,6,14
261:21
262:21
267:15
278:4
282:10,11
283:10
284:5,9
**studying**
142:22
**stuff** 14:21
89:20,20
**Stutler** 1:14
6:8 13:15
**subject** 22:9
42:17 46:8
53:24 55:4
136:18
138:8
146:18
152:11
163:18
172:17
181:17
183:15
**subject's**
242:18
**subjective**
45:17
202:16

**subjects**
119:18
144:4
179:15
185:23
186:10
237:21
239:21
**submission**
73:7
**submitted**
176:6
**subpoena**
210:19,19
**subsequent**
18:19
71:21
156:11
**subseque...**
245:8
246:24
**subset**
221:24
**substantial**
41:4 51:1
124:3
137:23
**substant...**
40:10,14
48:1,8
132:5
159:23
**substitute**
49:4
**subtler**
131:11
**suffer**
165:24
167:5
181:10
196:9
218:19
219:12
220:8
**suffered**
55:1
236:15
238:23
**suffering**
221:12
**suffers**
181:20
182:13,22

235:23
**suffice**
65:18
**sufficient**
38:12,18
62:14
66:24
118:19
147:12,23
148:6,18
**sufficie...**
33:7 51:17
126:20
143:11
155:6
156:3
158:13
159:6
245:4
257:7
**suggest**
76:21
84:18
112:11,13
122:23
149:9,24
197:14
208:19
260:12
**suggesting**
85:23,23
119:4
147:22
195:20
197:17
242:21,24
245:23
268:22
**suggestion**
29:4
254:19
**suggests**
116:14
130:12
261:6
**suicidal**
202:22
203:10
**suicidality**
246:12
**suicide**
202:2,8,9
202:20

244:23
245:14,16
245:21
**suicides**
246:1
**Suite** 5:19
6:13
**sum** 136:18
215:16
**summaries**
134:8
**summarize**
139:14
151:8
228:18
236:2
**summarized**
102:2
186:9
228:1
**summarizes**
147:6
**summarizing**
69:9
128:11
**summary**
72:20
73:19
76:22 88:4
101:11
147:21
157:16
160:1
236:10
**superfic...**
162:16
**SUPERINT...**
6:16
**Superint...**
1:13,16
6:8 13:12
13:15
**superior**
98:16
**supervise**
184:20
**supervised**
126:24
127:4,10
201:18,18
**supervisor**
184:13
**supervisory**

216:22
**support**
168:7
189:19
190:1
191:23
193:17,20
194:8
195:1,13
215:17
216:3
224:5
260:9
267:12
**supporting**
160:14
162:5
213:23
216:12
224:21
**suppose**
206:17
**supposed**
165:9
**suppress**
28:13
213:20
**suppressed**
33:13
70:18
84:21
85:10
130:15
144:1
**suppression**
60:15
70:11
117:3
122:24
130:4
131:8
132:6,16
134:17
137:18
144:16
155:5,12
156:2
163:3
180:3
**sure** 26:21
44:20 52:8
71:17 75:7
77:2 78:6

103:14
127:15
160:4
178:12
196:8
223:19
238:7
248:8
260:22
281:5
284:7,12
**Surely**
190:18
**surgeons**
239:12
**surgeries**
200:23
206:6,7,10
206:13,14
207:1,5,19
208:1
211:13,16
211:17
212:8
250:17
251:8
252:8
**surgery**
144:19
183:21
185:10,15
185:17,19
185:24
186:5,11
186:20,24
187:20
188:3,20
189:4
195:5,14
196:9
197:20
198:3,5,13
198:16,24
200:8
206:24
212:2
228:19,22
228:23
230:23
238:11,14
244:16,22
244:23
245:8

246:24
247:10,11
247:12
250:8
**surgical**
189:15,16
222:1
226:20,21
**surgically**
237:23
239:22
240:10
**surpass**
66:21 67:7
**surpassing**
159:23
**surprising**
190:18
**surrogate**
165:14
282:20
283:23
**surrogates**
148:22
**surrounding**
130:22
**survey**
111:19,20
120:5
121:12
135:7
165:22
227:11,11
229:22
**surveying**
243:22,23
**surveys**
111:14
181:13
246:18
**Susan** 6:3
13:13
288:20
289:1
**suspect**
98:18
140:6,7
222:4
**Swaminathan**
5:3 13:21
13:22
104:6
**swear** 14:8

**SWORN** 14:12
**symbols**
161:11
**symmetrical**
93:18
**symptoms**
201:22
**system**
200:15
**systematic**
50:19
109:5,19
146:9
227:13,14
**systemat...**
49:12 50:8
50:9
273:15
280:23
**systems**
269:21

―――――――
**T**
―――――――
**T** 12:1,1
**tab** 16:1
44:2,3,4
75:11
90:24
113:15
133:8
142:6
145:20
156:13
161:14
183:17
216:15
225:17
233:24
253:14
**table** 27:24
87:14
143:2
189:12,13
193:6
195:21
197:22
201:21
202:4
**tailored**
175:3,19
**take** 32:6
33:23
47:24 57:5

60:22
68:12 75:9
75:10
76:14 78:4
86:8 87:6
88:11
104:1,4
112:13,20
124:11,13
131:12
141:18
147:2
150:9
153:4
154:23
165:5
168:4
203:14
213:10
230:1
239:13
245:9
248:5
250:11
253:8,17
259:17,24
266:2
286:10
**taken** 3:3,4
3:7 12:17
33:14,15
34:7,8
61:3 62:14
111:22
113:5
126:10
132:21
152:22
157:16
201:6
203:19
248:15
266:9
**takes** 195:17
**talk** 40:17
47:4 49:10
121:3,14
121:17
273:14
**talked** 215:6
274:15
284:13
**talking** 27:8

27:20
33:11
39:22
42:15
43:15
49:10
78:20 98:8
121:4
122:6
138:9
140:9
151:5,5
152:8
154:6
198:16
216:4
219:6,19
224:16
245:14,15
251:11
254:17
258:14
265:13
269:7
272:9
274:21
284:8
**taller** 48:8
48:9
**Tangpricha**
127:22
**Tanner** 25:6
25:14,15
49:24 79:1
79:4,8
81:11
118:9,17
118:19
119:7
120:10,10
120:19
122:9,13
122:17,21
123:5,6,6
123:10,15
123:20,24
124:22
125:6,18
126:9
**target** 29:11
29:16,21
**task** 40:11
71:12

**teaching**
269:8,12
**team** 172:6
172:14
173:4,13
173:24
174:8
175:10
201:1
264:9
**teams** 84:4
168:9
**technically**
203:8
**teenagers**
240:21
**teens** 243:22
**Telfer**
110:22
**tell** 22:18
23:2
112:15
128:5
146:13
184:10
209:24
212:14
221:11
241:9
244:11
250:4,13
251:5,11
253:10
274:9
275:20
278:22
**telling** 28:2
96:12
**tells** 93:17
205:21
**ten** 28:20
29:3 91:14
91:16 93:2
93:11,12
93:15,15
94:4,15,23
98:2 281:2
281:8,12
281:14
**ten-year**
97:15
**ten-year...**
97:19 98:1

**tension**
17:10
26:14
**tentatively**
260:12
**term** 24:11
77:12
177:3
180:14
194:13
218:9,13
221:20
238:3,7
244:17
287:14
**terminol...**
221:19
**terminology**
24:9,20
55:7 70:14
88:1,22
102:4,15
102:22
103:8
105:6
132:15
143:15
166:5,14
194:15
218:4,15
**terms** 17:6
30:4 50:2
79:1 85:4
93:9
121:20
126:23
131:1
136:16
155:16
159:16
165:21
166:7
167:1
177:23
181:13
182:10,10
184:7
196:19,23
204:18
206:3,23
219:23,24
220:1,1
221:16,17

264:18
271:17
274:4
278:8,9
287:10,11
**test** 44:12
80:7 147:8
220:21
221:9,11
222:3,6
223:14,19
223:20,21
224:6,14
224:15,16
282:23
283:4
**testable**
224:7
**tested**
100:18
**testerone**
28:13
**testes** 199:3
237:5,15
237:18
238:5
256:4
257:21
**testified**
14:13
28:10
49:15,16
120:15
128:21
197:19
204:1
**testimony**
51:1 69:10
72:20
87:11
208:13
210:22
278:17
**testing**
135:17
213:19
224:11
**testoste...**
26:11 28:5
28:14
29:11,18
30:20
31:16,24

32:11 33:2
33:13,21
35:17
38:17,23
41:14
43:20 53:7
56:5,17,24
57:6,9,12
57:19,21
58:2,7,13
58:18,19
59:3 60:14
61:13
69:18
70:11,17
74:20
78:11
79:10,18
79:20,23
80:19 81:3
81:17
129:11,17
129:19,23
130:4,15
130:21
131:7
132:6,10
132:16
134:16
136:1
137:18
144:1,15
148:21
153:12,24
154:1,5,17
155:5,12
156:2
160:9
163:3,11
177:7,20
179:24
180:3
254:11,16
254:20
255:4,8,15
255:23
256:5,18
257:14,19
257:22,24
258:3,6,9
258:13
260:10
261:7,8

265:4,13
265:16,16
265:18,19
266:16,17
277:1,21
277:22
278:12
281:24
282:1
283:3,5
284:2,6
**testoste...**
38:12
**tests** 165:15
220:24
221:2,3,4
221:5,6
**text** 40:14
158:20
195:11
**thank** 14:20
14:20
16:24 17:8
31:1,13
47:21 50:6
64:19
142:12
161:20
171:12
238:18
288:13,19
288:23
289:1
**Thanks**
156:21
248:9
253:5
**theirs**
200:15
**theoretical**
58:1
**theoreti...**
197:24
**therapeutic**
242:3
**therapies**
120:2
200:20
**therapy** 84:6
132:1
136:22
137:13
147:12,23

148:6
149:10,18
150:15
151:13
152:2
189:21
199:18,20
199:24
200:6
201:9,10
250:6
284:13
**thigh** 69:23
**thing** 45:11
101:14
131:15
176:17,17
180:11
187:18
205:18
214:12
228:8
231:4,7
241:10
247:15
263:9
270:14
282:8,9
284:24
285:1
**things** 37:6
38:9 57:18
64:20
71:23
93:10
97:12
118:10
124:12,17
124:23
135:9
151:19
159:14
177:6,12
187:15
200:15
202:2
204:15,17
205:3
206:3
219:18,19
241:17
251:14,19
**think** 16:17

19:23 34:3
34:4,11,24
36:12 39:3
40:10,13
44:11,12
45:10 58:3
59:1 63:4
64:6,9,11
67:16,20
71:17 89:3
89:6,22
95:22
101:14
109:10
112:18
115:10
124:23
127:5
128:17
135:12,20
137:2
140:9
147:3
155:17
156:23
159:16
164:10
167:1
168:3
169:3
176:2
178:15
180:21
181:18
182:12
187:9
196:5
197:3
204:1
205:3
206:20
209:5
210:5
212:10
221:17
222:7
229:21,22
232:2
242:20
245:3
254:14
255:11
256:22

262:19
263:5
271:24
272:17
273:16
274:4,12
274:12
276:17
278:16
284:4,5
285:1
286:13,14
**thinking**
23:3,11
71:24 77:1
95:23
194:21
221:17
239:15
251:15,17
282:15
**thinks** 238:4
**third** 17:9
69:15,20
84:2 137:7
153:7
195:13
197:4
253:21
287:7
**third-party**
210:19
**Thomas**
110:19,20
110:21
**Thompkinson**
101:5,7,11
**thought** 56:1
275:17
**thoughtful**
87:3
**thoughts**
149:2
202:22
**thousands**
73:15 74:3
74:23
**three** 31:15
73:8 88:9
90:7 91:20
93:1
128:16
149:10,17

162:19
186:19
188:12,15
266:21,22
278:6
**threshold**
28:16,17
28:20
29:11
30:17
31:14,15
54:21,23
55:9,10,11
57:13 58:4
60:9
118:12
277:10
278:13
283:11
**thresholds**
29:9 31:8
282:1
**tied** 68:7
**tier** 39:1
**tiers** 203:10
**tightened**
95:4
**tighter** 95:5
**time** 12:16
12:17
14:18
25:16 29:3
40:19
45:18 46:5
59:13
60:24,24
61:7,7
64:13
75:23 81:9
84:12
100:24
103:24
113:2,2,9
113:9
117:18
118:18
127:12
134:23
137:3,23
139:19
152:19,19
153:2,2,24
154:2,8,23

168:4
169:4
187:12,21
188:20
189:21
203:15,16
203:23,23
207:13
213:10
218:2,5
220:3
229:3
240:23
243:6
248:8,11
248:12,19
248:19
253:5
254:17
266:6,6,13
266:13
281:14
284:16
288:9,13
289:2,5,6
**time-con...**
192:16
**times** 9:17
31:15
61:13
142:4,8
143:12
144:23
186:19
188:12,16
206:10,15
206:21
**tissue**
130:11
**tissues**
23:16
80:20,21
129:17
130:17
132:11
146:22
**title** 146:8
146:8
157:12
**today** 12:15
23:3 34:19
39:14
62:19 64:7

67:19
73:21
85:16
86:13
109:20
111:16
118:8
145:12
151:14
152:3
219:10
220:4,20
220:23
221:8
253:5
258:24
274:10
284:5
289:2
**told** 43:3
128:18
**Tommy** 98:22
**tools** 210:22
211:2
**top** 22:22
35:6 53:16
54:11
94:16
108:18
110:2,11
110:13
117:2
179:20
192:13
195:3
226:2
244:24
252:5
259:22
266:22
281:10
**topic** 134:9
146:20
**total** 206:10
207:17,23
207:23
212:14,23
250:4
251:23
**totaled**
252:4
**toughness**
260:10

**track** 53:18
53:23
65:14
67:23
68:13
139:6
140:23
244:15
**tracking**
286:6,8
**trained**
147:9
**training**
179:4,6
191:5,8
269:12,14
**trans** 147:7
149:9,17
158:14
159:7,20
160:15
250:17
251:7
**transcript**
1:22 172:3
249:1
**transfem...**
23:23
**transgender**
9:7,12,15
9:17,21
15:24 16:4
23:20
24:21
25:12
26:12
29:10 30:6
30:14,16
32:13 33:5
39:9,15,22
40:24 41:5
41:16
42:15,21
46:13,22
47:1,13
49:5 50:7
50:20 51:2
51:11,13
55:3,10
57:9 58:6
70:18 84:3
84:17,24
85:14

88:23
98:23 99:3
104:16
105:11
106:1,10
107:16,20
108:2,6,19
109:19
111:4,12
111:14,18
111:23
112:1,5
115:9,21
116:1
119:17
120:2,8
126:7
127:5,20
128:1,19
129:15
130:8
132:11,17
132:18
134:22
136:22
137:13
139:18
140:8
142:5,9,16
142:20
143:11
145:17
147:9
150:13
151:3,11
151:24
160:10
161:10,17
163:1,10
163:18,24
164:1
168:8
169:1,5
170:18
171:2,16
173:15,22
175:3
179:1,23
182:1
183:21
196:16,20
197:7
200:2

204:18
217:12,22
217:24
218:18
219:11,20
220:7,12
220:19,22
221:1,7,18
221:22
222:1,4,5
222:10,17
223:2,7,20
225:7
229:23
230:13,14
231:22
232:1,4,7
232:14
233:2,8,14
233:18
240:6
241:7
242:21
243:24
245:23
246:4,12
250:8
266:24
267:6
285:20,21
286:1,4
**transition**
34:21
145:17
232:5
**transiti...**
42:11
239:22,23
240:10,10
**translates**
283:5
**treat** 119:19
122:17
230:23
**treated**
42:23
47:15
48:23 51:6
56:6,18
57:14
58:14 59:4
158:15
159:7,20

160:10
**treating**
119:13
247:19
**treatment**
23:21 24:6
24:17,22
25:17
29:12 30:7
38:12,17
49:19 85:1
113:11
114:11
116:4
127:1,4
129:5
132:11
143:19
145:3
151:5
156:10
158:12
159:5
200:4
222:8
247:4
**treatments**
86:22
179:24
247:7,7
**trend** 206:24
**trial** 208:21
**trials**
213:19
**tribunal**
72:20
**trick** 44:20
77:20
137:17
**tried** 202:9
242:22
**trigger**
256:14,17
**triggers**
256:7
**trivial**
81:24
**true** 22:5
27:21,21
31:23
48:19,20
49:12
50:14 51:3

66:1 67:5
74:1,3,11
74:12,22
74:24
76:19 77:2
79:24
81:10
83:17
106:12
107:4
115:15
124:19
126:10
139:1
161:6
183:11,14
219:10
220:6,12
222:6
223:1,10
223:11,18
224:15
240:15
260:18,18
278:12
283:2
285:10
288:3
**trust** 206:21
**truth** 240:12
265:14
**try** 131:18
148:19
151:20
166:24
250:12,22
268:17
274:5
**trying** 21:12
29:2 32:22
87:2 135:9
172:2
178:7,15
181:5
192:18
205:3
221:21
227:19
241:13
**Tryon** 5:10
8:8 13:7,7
15:7,14
66:16 87:9

210:1,1,4
243:10,19
247:23
253:4,6,13
253:16
255:6,13
255:19
256:6
257:1
258:1,23
259:5,13
259:15
261:1,15
262:1,10
262:23
263:12
264:4,20
265:17
266:14
268:16
269:5
270:5
271:8,20
272:3
274:7
275:1,6,8
276:9
277:23
279:1,14
280:7,18
282:2
283:24
284:23
285:23
286:18,23
288:8,12
288:20
289:3
**turn** 40:4
44:14
45:13
61:10
64:18,21
65:12 66:9
69:7,8
72:18
100:8
107:23
114:7
117:1
128:24
149:4
162:19

163:21
164:13
214:6
227:23
248:4
267:17
272:5
**turning**
150:5
236:3
**turns** 247:18
**twice** 137:17
137:21
**two** 16:19
28:4 32:6
40:6 71:11
71:18,22
77:9 91:18
93:1 96:15
107:18
116:17,23
118:10,14
119:2
128:17,24
129:1,23
131:24
134:7,23
136:5,17
136:21
137:12,17
137:21
141:9
146:18
159:19
167:1
170:7
181:6
190:1
191:23
192:2,4,5
192:8,9,14
192:20,22
194:24
215:19
217:3,4,15
224:12
234:15,23
237:4,7,8
238:22
248:23
250:3
255:22
264:22,24

274:13
283:15,19
284:1
288:13
**two-para...**
157:18
**two-thirds**
199:8
237:5
**type** 82:24
83:4,10
96:2
132:22
156:24
191:6
238:23
**types** 273:12
285:14
**typical**
22:19
24:23
25:21 26:5
26:12 27:3
27:12,16
52:2 56:23
78:20,23
81:17
121:9
129:16
130:14
131:9,10
168:19
169:13
170:4
182:20
199:1
226:11
247:21
**typically**
82:11
177:9,17
177:17,18
184:12
185:18,20
199:1,2
247:17
254:8,14
255:24
256:4
257:9,11
**Tyron** 252:11

_____

**U**

**U** 12:1
**Uh-huh** 50:23
190:8
**UK** 161:12
163:7
**unable** 61:18
62:1
**unaffili...**
194:20
**unanimity**
205:17
206:4
215:7,7
**unanimous**
205:19
**unanimously**
205:14
**undergo**
23:24
201:10
**undergoing**
24:17
**undergone**
49:17 51:2
143:19
**underlying**
214:10
**underneath**
287:7
**underpin...**
106:22
**underpin...**
106:14,16
106:20
**undersigned**
3:5
**understand**
21:11 23:1
37:23
68:17 94:7
104:18
135:15
146:7
148:20
175:8
189:13
191:21
196:2
208:12,18
227:2
228:8
250:23
254:19

272:16,18
273:5,9
understa...
29:16 30:9
62:6,11
89:19
92:24
104:21
115:23
116:6
125:15
129:9
142:23
143:3,5,17
149:16,22
158:1,5
175:7
211:23
understood
59:1 69:4
79:14 82:1
124:10
185:2
194:13
204:16
219:8
258:4
261:5
underwent
126:17
undesirable
117:4
undoubted
240:12
unfair 31:17
42:23
43:11
47:16
48:23 51:6
56:7,19
57:14
58:15 59:5
63:13
272:24
275:21
276:11
unfairness
37:2
unfortun...
63:21
156:14
207:6
unhealthy

138:16
unified 29:2
Union 4:4
United 1:1
12:19
162:6
universally
232:10
universe
189:1
197:13,15
198:13
University
71:3
243:21
245:22
246:11
unknown
35:15
38:10,19
38:21
107:4
214:8
unlicensed
191:5
unmute 66:15
unpack
151:20
unpreven...
273:1
unreliable
140:3
unstable
203:7
untrained
147:11
upper 29:17
29:21
30:19
31:16 32:1
69:22
upwards 91:2
urethra
256:2
urinate
256:3
use 50:2
72:23
77:12
88:24
119:23
122:20
124:21

133:1
135:12
139:15
146:16
167:18
169:5
177:3
180:14
194:15
196:17,18
201:24
204:12
221:18
227:14
250:24
273:13
277:3,6,9
280:4
281:23
282:3
useful
164:18
167:23
168:1
256:10
usefully
108:18
205:4
uses 236:16
usual 91:10
91:12
usually
72:16
utero 220:18
223:12,23
254:10
_____
V
_____
vagina
185:15
238:7,8,9
vaginal
185:14
vaginas
186:7
vaginopl...
185:5,9
196:9
198:17,23
199:18
206:12
vague 72:5
202:13

vaguely
270:11
validity
117:16
171:19
value 36:21
37:10 38:3
38:7
117:10,22
200:13
279:11
variable
156:10
variation
92:7
219:23
280:24
variety
17:17 19:1
32:2
165:16
various
32:24 37:1
101:24
115:11
215:12
221:18
235:9
251:18
254:6
285:20
varsity
108:13
111:16
veracity
125:16
235:14,17
verified
144:24
VEROFF 4:11
versa 257:24
version 73:5
113:22
186:17
versus 12:21
36:3 37:5
37:19 42:3
42:15
49:12
51:17
107:16
151:6
185:6

189:15
262:8
263:9
270:17
278:11
vice 257:24
victories
111:22
video 12:13
12:16
videocon...
3:7 12:18
VIDEOGRA...
12:12 14:7
14:15,18
44:3 60:23
61:6 113:1
113:8
152:18
153:1
203:15,22
243:16
248:11,18
259:8,14
266:5,12
289:4
VIDEOTAPE
61:1,5
113:3,7
152:20,24
203:17,21
248:13,17
266:7,11
VIDEOTAPED
1:18 2:7
3:1 289:8
view 36:9
38:16
39:13
46:15
48:20
95:20 98:5
117:24
144:5
155:4
156:1
159:11
165:5
171:14,15
172:19,22
173:1,6,10
173:17,21
174:2

204:10
215:3
216:9
231:13
240:9
**vigorously**
245:5
**Vin** 127:21
**violate**
273:16
**Virginia** 1:2
1:8,10  2:3
5:14,18,21
6:12,15
12:20,21
13:8,11,17
84:2,19
181:10,13
181:14
182:24
183:5,8,10
183:13
247:24
253:6
**Virginia's**
85:8
**virtually**
38:22 68:6
**visible**
129:4
**visibly**
129:4
240:4,11
**VO2** 131:9
**voice** 129:4
**voices** 165:5
**vs** 1:7
**vulva** 237:24
**vulvi** 238:6

---

**W**

**W** 1:11  6:16
**Wait** 144:23
187:23
232:2
**waiting**
212:9
**waived** 12:6
**walk** 256:22
**Wall** 5:5
**want** 15:2,4
23:9 32:12
57:22

72:22
85:22
88:11
100:6
115:21
116:18
121:24
124:11
127:15
131:3
141:9
145:5
150:6,7
157:14
158:19
194:22
199:10
200:13
205:5,5
208:24
209:1,5,12
210:18
222:8
232:18
245:10,13
255:1
259:20
261:20
273:14
274:5,23
282:22
283:3
284:11
287:12
**wanted** 111:5
191:21
253:8
**wanting**
206:23
**wants** 104:4
**wasn't**
182:16
231:8
239:4
240:7
279:16
**waste** 187:12
**way** 19:23
20:16 25:6
25:11
59:24
68:19 69:5
69:5 79:14

80:6 88:3
93:17 96:8
97:18
108:20
119:10
122:2
124:10,23
126:15
135:8,11
138:3
140:18
155:10
169:3
176:21
198:16
199:8
211:15,21
211:22
212:3,15
212:23,24
232:6
237:5
241:5
242:6
244:12
245:9
260:5
261:17
264:13
273:16
281:21
283:1
**ways** 224:12
**we'll** 104:1
135:12
**we're** 49:10
54:3 69:9
78:20
97:11
121:4
126:7
131:14
141:14
147:18
148:19
151:4,5
154:6
180:23
185:9
193:11
197:17
198:16
202:4

210:17,23
213:2
216:4
219:19
221:17,20
221:21
244:18,20
245:5
246:7
251:11,22
258:14
260:5
265:12
274:21
282:9
286:21
**we've** 122:7
139:4
153:17
157:17
204:17
221:19
243:12
**weak** 53:2
**weaknesses**
235:5
**website**
157:10
**Wednesday**
3:8
**weeks** 16:17
35:1
**weights**
282:18
**well-wri...**
88:4
**went** 26:12
69:17
135:21
198:2
**weren't** 31:5
197:4
**West** 1:2,8
1:10 2:2
5:14,21
6:15 12:20
12:21 13:8
13:11,17
84:2,19
85:8
181:10,13
181:14
182:23

183:5,8,10
183:13
247:24
**whichever**
239:18
245:9
**White** 6:5
**wide** 95:24
96:1
103:16
212:4
273:11
**widely** 45:2
45:9,11
108:1
111:2
**wider** 207:24
**Wilkerson**
13:4
**WILKINSON**
7:4  16:1
44:2
113:15
133:8
142:2,6
145:20
156:13
161:14
216:15
225:17
233:24
253:12,14
259:2
286:13,16
**willing**
196:7
210:5
**win** 20:4,13
20:18,21
62:17
**winning**
112:6
**wise** 214:19
**wiser** 96:10
**wish** 52:1
**withdraw**
145:8
**witness** 8:4
12:23 13:3
14:8,11
15:22 16:8
16:22
17:21

| | | | | |
|---|---|---|---|---|
| 18:17 19:4 | 110:1,10 | 188:15,24 | 283:19 | 98:23 99:3 |
| 19:22 22:8 | 112:3,18 | 193:3 | 284:21 | 108:2,7,19 |
| 23:8 24:9 | 112:21 | 194:1 | 285:5,18 | 129:15 |
| 24:21 | 115:17 | 195:8 | 286:15,17 | 132:11,19 |
| 26:10 27:6 | 119:1 | 196:13 | 286:20 | 134:22 |
| 28:24 | 120:23 | 197:2,12 | **witnesses** | 136:22,24 |
| 29:20 | 123:13,20 | 198:23 | 244:12 | 137:14,15 |
| 30:11,22 | 124:7 | 200:22 | **woman** 57:9 | 140:8 |
| 31:20 | 125:11 | 201:13 | 139:19 | 145:18 |
| 33:19 | 126:6 | 202:12 | **womb** 223:23 | 147:7 |
| 34:11,12 | 130:7 | 204:14 | 254:10 | 149:10,17 |
| 36:7,12,23 | 132:9 | 205:16 | 255:2 | 150:13 |
| 37:15 38:5 | 133:19 | 206:1 | **women** 9:12 | 151:3,11 |
| 38:21 | 134:6,21 | 207:4 | 17:13 18:2 | 152:1 |
| 39:19 | 136:4,13 | 209:1,17 | 18:5 19:2 | 153:10 |
| 41:10 42:2 | 137:4 | 209:21 | 19:7,13 | 155:7 |
| 42:14 43:8 | 138:1 | 210:5,7,21 | 20:4,12,20 | 156:4 |
| 43:13 46:2 | 141:13 | 211:4 | 21:1,7,14 | 158:14 |
| 46:7 47:3 | 142:12,18 | 212:20 | 21:21 22:3 | 159:7,20 |
| 48:3,15 | 144:8 | 215:5 | 23:20 | 160:10,16 |
| 49:22 | 148:17 | 216:1 | 24:22 | 160:17,18 |
| 50:12 52:4 | 149:21 | 219:3 | 25:12 | 161:1 |
| 53:10 | 150:22 | 222:15 | 26:12 | 162:24 |
| 54:11 55:8 | 151:16 | 224:11 | 29:10,22 | 163:1,10 |
| 57:18 59:8 | 152:7 | 231:17 | 30:7,17 | 169:1 |
| 60:2 63:15 | 153:20 | 240:15 | 31:17,18 | 170:18 |
| 65:8 66:6 | 154:20 | 244:4 | 32:1,2 | 171:2 |
| 67:10 68:2 | 155:9 | 246:3 | 39:9,22 | 175:3 |
| 68:22 70:4 | 156:6 | 248:4 | 40:24 41:1 | 253:23 |
| 70:15 | 158:4 | 252:12 | 41:5,7,17 | 285:21 |
| 72:14 75:4 | 160:5,21 | 253:15 | 41:18 42:3 | **women's** |
| 79:22 | 161:4,20 | 254:24 | 42:12,15 | 47:14 |
| 80:19 81:6 | 163:16 | 255:11,18 | 42:15,21 | 48:24 |
| 82:18,23 | 165:9 | 256:21 | 43:1 46:13 | 108:12 |
| 83:7,14,19 | 166:13 | 257:17 | 46:14,16 | 109:23 |
| 84:23 | 167:11 | 259:3 | 46:22,23 | 111:17,23 |
| 85:12,21 | 168:23 | 260:24 | 47:1,17,24 | 137:23 |
| 86:7,19 | 169:17 | 261:12,20 | 48:4 49:1 | 171:16 |
| 88:2 89:11 | 170:8 | 262:6,17 | 49:5,15,22 | 285:13 |
| 91:9 92:1 | 171:1 | 263:4,21 | 50:3,7,20 | **won** 20:21 |
| 92:20 | 172:8,16 | 264:13 | 51:2,7,11 | **wonder** |
| 93:21 95:9 | 173:6,15 | 265:12 | 51:13,17 | 232:13 |
| 95:22 | 174:2,11 | 268:13 | 55:3,11 | **word** 21:3 |
| 96:17 97:8 | 174:19 | 269:1 | 56:8,20 | 77:3 81:24 |
| 101:14 | 175:13,22 | 270:24 | 57:2,15 | 88:2 98:5 |
| 102:5,16 | 176:9,20 | 271:15,24 | 58:6,6,6,7 | 106:6,15 |
| 102:23 | 177:16 | 273:24 | 58:9,16 | 106:21 |
| 103:9,14 | 178:6 | 274:20 | 59:6 61:13 | 109:3 |
| 104:8 | 180:21 | 276:1 | 61:18,24 | 133:1 |
| 105:7,19 | 181:22 | 277:14 | 62:16,16 | 148:18 |
| 107:2,14 | 183:2 | 278:21 | 62:17,22 | 150:1 |
| 108:17 | 185:14 | 280:3,12 | 69:20,21 | 170:14 |
| 109:10 | 187:4,23 | 281:21 | 70:18 | 175:23 |

176:9
194:18
196:8,17
196:18
204:2
224:15
227:14
236:16
269:1
273:5
274:6
285:24
286:4
wording
192:18
194:2
words 92:16
148:10
156:15
176:2
194:22
275:14
work 14:21
17:6 39:7
77:5 89:16
162:22
184:12
193:8
212:15
worked 60:6
142:14
Worker
190:11,13
working 60:8
247:20
world 26:20
28:8,12,16
60:9 71:13
74:22 82:8
136:18
139:21
182:2
277:15
278:2
281:5
worth 60:17
160:7
wouldn't
48:16
51:18
91:10
115:1
140:20

155:17
160:10
169:2
205:17
206:12
209:21
212:11
223:19
236:5
238:8
257:23
261:20
270:12
285:11
WPATH 183:20
185:5
186:16,21
187:1,8,21
188:4,7,13
188:21
189:5,14
189:19
190:24
191:2,22
192:19
193:7,17
194:7,19
195:22
198:1,6
201:21
202:13
204:10
WPATH's
187:14
196:5
write 40:8
84:1
107:24
108:6
129:1
184:23
214:7
writing
35:23
155:3
205:9
229:4
writings
105:13
133:24
written
20:10
66:11

84:17
115:2
119:3
124:22
156:7
160:7
163:13,16
179:1
189:23
215:20,21
218:2,5
244:5
wrong 87:16
214:12
231:11,12
wrote 18:3
20:24 21:5
31:8 40:5
40:14,22
65:18
66:20 86:3
97:3
104:12
124:22
137:12
163:17
174:23
175:8
240:1
274:2
276:4
278:2
WV 5:13,20
6:6,14
Wyant 6:11

                X

X 8:1 257:8
257:14
XX 164:22
167:8
XY 164:22
167:8
182:21,22
183:3
225:15
226:4,8
228:2
230:11,19
232:21
257:11,18

                Y

Y 90:15
257:8
yeah 19:6
20:19 38:5
45:10 49:2
53:16 60:2
82:18,19
91:9 120:4
137:4
145:10
147:3
150:12
187:4
195:15
197:2
233:15
252:2
256:21
261:12
263:4
268:14
284:12
year 73:11
78:13,15
80:16 81:2
90:7,7
99:9
137:18,21
208:2
250:22,22
250:24
251:1
years 40:17
100:14
108:8
136:21
137:13,17
137:21
149:10,17
159:24
170:20
171:7,18
207:2,6,8
207:8
218:6,6
261:9
York 4:6 5:7
12:11
200:2
206:10,15
206:21
young 243:22

                Z

Zoe 4:12
14:5

                0

                1

1 5:12 9:5
15:6,16
75:10 78:5
131:21
1.3 116:24
1.4 114:10
116:3,24
1.5 136:23
137:14
147:8
1.6 66:23
67:14,23
68:7,11,14
68:18,23
68:24
1.7 29:10,16
29:20 32:1
1.8 141:4
1:00 141:10
1:16 152:19
10 9:16 90:8
92:13
133:7,8,10
139:13
10:25 60:24
10:39 61:7
100 243:22
10004 4:6
10005-3919
5:7
101 11:10
102 11:10,10
103 11:10,10
105 11:10,10
106 11:10
107 11:11,11
108 11:11,11
109 11:11,11
10th 75:14
11 9:17
82:11
104:12
105:24
142:1,8
261:9

**110** 11:11
**112** 11:11
**113** 9:14
**115** 11:11
**116** 11:11
**118** 11:11
**12** 8:3 9:19
  73:13 89:9
  89:20
  90:19
  91:21
  94:18,19
  94:21 95:2
  136:23
  137:14,22
  145:16,22
  159:22
  201:8,10
**12-month**
  139:19
  199:17
  200:6
**12:01:00**
  113:2
**12:14** 113:9
**12:45** 112:14
**120** 5:5
  11:12
**123** 11:12,12
**124** 11:12
**125** 4:5
  11:12
**126** 11:12
**127** 9:15
**13** 9:20
  83:17
  98:24
  156:10,18
  286:13
**13.8** 100:20
**130** 11:12
**132** 11:12
**133** 9:16
  11:12
**134** 11:12,12
**136** 11:13,13
**137** 11:13
**139** 186:10
**14** 8:3,6
  9:21 89:24
  90:1 95:16
  161:10,16
  225:17

234:19
237:6,15
237:21
238:11,12
238:17,19
239:21
**141** 5:18
**142** 9:18
  11:13
**144** 11:13
**145** 9:19
**148** 11:13,13
**149** 11:13
**15** 9:5,6,23
  83:5,12
  89:9,23
  90:1 92:11
  92:12,14
  92:17
  95:13,15
  95:16,19
  183:17,24
  204:5
  243:3
**15-ish** 89:21
**15-year-old**
  97:20
**150** 11:13
**151** 11:13
**15100** 7:8
**152** 11:13
**153** 11:14
**154** 11:14
**155** 11:14
**156** 9:20
  11:14
**157** 11:14
  190:4
**158** 11:14,14
**16** 9:8 10:5
  11:4
  102:12
  157:1
  216:11,17
  224:21
  236:11,12
  238:11,13
**16.6** 100:17
  100:23
  102:19
  103:6
**160** 11:14,14
**1600** 141:1

**161** 9:22
  11:14
**163** 11:14
**165** 11:15
**166** 11:15
**167** 11:15
**168** 11:15
  189:11
**169** 11:15
  192:4
  195:3
  199:7
**17** 10:6 11:4
  35:6 90:2
  95:17
  100:14
  120:6
  124:9
  225:13,19
**170** 11:15,15
**172** 11:15,15
**173** 11:15,15
**174** 11:16,16
  11:16
**175** 11:16,16
**176** 11:16,16
**177** 11:16
**178** 11:16
**18** 10:8 11:4
  44:2,4
  78:14
  80:24 81:4
  81:17,24
  82:11
  118:12
  214:6,16
  214:19
  233:22
  234:2
  241:13
**18-ish** 90:1
**180** 11:16
**181** 11:16
**183** 9:23
  11:17,17
**185** 11:17
**187** 11:17,17
**188** 11:17,17
**19** 10:9 11:4
  11:4 90:8
  259:8,10
  259:13
**19-year-old**

  177:2
**193** 11:17
**195** 11:17
**196** 11:17
**197** 11:17,18
**198** 11:18
**19th** 5:6

**2**
**2** 9:6 15:6
  15:18 79:1
  79:4,8
  104:10
  118:9,17
  118:19
  119:7
  120:10
  122:9,13
  122:18,21
  123:6,6,10
  123:15,20
  124:1,22
  125:7,18
  126:9
  253:12,13
**2.2** 122:22
  122:23
  125:17
**2:15** 152:15
  152:16
**2:18** 153:2
**2:21-cv-...**
  1:7 12:22
**20** 11:4
  61:13
  251:12
  252:9
  273:21
**200** 5:19
  11:18,18
  217:6,7
  218:17
**2002** 39:13
**2004** 233:22
  234:24
**2005** 10:6
  225:13,19
**201** 11:18
  100:8
**2011** 204:16
**2012** 204:16
**2015** 59:18
  118:1

  136:11
  141:17
  142:5
  145:12
  146:13
  216:13
  218:7
  219:7,20
**2016** 118:1
  207:7
**2017** 73:11
  113:13
  118:1
**2018** 76:17
  88:12
**2019** 127:21
**202** 11:18
**2020** 133:6
  134:11
  140:17
  157:2
  158:10
  159:3,12
  185:2
  207:9
**2021** 40:17
  75:14,23
  98:24
  145:17
  146:15,19
  161:13
  206:8,9,22
  207:14,20
  212:15,24
  250:9
  272:15,20
**2022** 1:20
  2:9 3:8
  12:15 35:6
  39:19 40:5
  40:17
  219:6
  220:11
  222:3,11
**204** 11:18
**205** 11:18,18
**207** 11:18
**20th** 4:16
**21** 40:5
  145:20
  186:15
**213** 11:24
**215** 11:18,19

**216** 10:5
**219** 11:19
**22** 11:4
  101:5
  107:23
  161:14
  170:17
**222** 11:19
**224** 11:19
**225** 10:7
**23** 11:4
**231** 11:19
**234** 10:8
**24** 1:20  2:9
  3:8  11:4,4
  168:5,6
**240** 11:19
**244** 11:19
**246** 11:19
**24th** 12:15
**25** 153:6
**252** 8:6
**253** 8:8
**2501** 5:20
  6:14
**25305** 5:13
**254** 11:19
**255** 11:19,19
**256** 11:20
**257** 11:20
**259** 10:9
**26** 11:4
  75:23
**260** 11:20
**261** 11:20,20
**262** 11:20,20
**263** 11:20,20
**26330** 6:6
**264** 11:20
**265** 11:20
**268** 11:21,21
**27** 11:4
  174:22
**270** 11:21,21
**271** 11:21,21
**273** 11:21
**274** 11:21
**275** 11:21,21
**277** 11:21
**278** 11:22
**279** 11:22
**28** 11:5
**280** 11:22,22

**281** 11:22
**283** 11:22
**284** 11:22
**285** 11:22
**288** 8:8,9
**289** 8:9
**29** 11:5
  140:9,11
**290** 8:10

———————
**3**
**3** 4:15  9:7
  15:23  16:3
  16:12
  120:10
**3,000** 141:4
**3:35** 203:16
**3:55** 203:23
**30** 11:5,5
  100:19
  147:11,22
  148:5
**31** 11:5
**3293** 285:24
  286:7
**33** 11:5
  100:19
**334** 236:3
  237:4
**34** 11:5
**35** 272:10
**351** 69:8,11
**357** 69:7,12
  69:14
**36** 11:5,5,5
  272:11
**37** 11:5,5
  272:6
**38** 11:5,5
**3879** 114:7,8
**3880** 122:23
**3881** 117:1,2
**39** 11:6
**393** 72:18
  73:6

———————
**4**
**4** 9:9  43:19
  43:23
  61:10  87:7
  88:12
  113:14
  286:14

**400** 6:5
**400-meter**
  73:9
**41** 11:6
**42** 11:6,6
  188:20
  197:20
  198:5
**43** 9:9  11:6
  11:6
**432** 227:23
**433** 234:18
  234:21,22
**44** 78:5,10
  80:13  82:7
  82:13
**449** 260:1
**45** 267:18,19
  270:22
  271:9,11
  271:21
  272:1
**456** 65:12,17
**46** 11:6,6,6
  225:15
  226:4,8
  228:1
**47** 11:6
**48** 11:6,6
  75:10  76:1
**49** 11:6  84:1
  164:14,15
  164:16
**490,000**
  250:9
**4B** 265:1
**4C** 266:21

———————
**5**
**5** 9:10  63:18
  63:23
  81:11
  113:15
  143:2
  239:21
  277:7,11
  281:1
**5'8** 48:10
**5/10/21** 9:11
  75:16
**5:03** 248:11
**5:25** 248:19

**5:48** 266:6
**5:52** 243:8
**5:54** 266:13
**50** 11:6
  69:21,24
  75:11,21
**500** 6:12
**500,000**
  250:11
**51** 253:14
**52** 11:7
  243:9
**53** 11:7
  183:17
**54** 11:7
  214:4
  216:15
**55** 11:7,7
  59:12,18
  131:20,22
  131:23
**556** 64:21,22
**56** 11:7
  136:20
  137:7
**57** 11:7
**576** 66:9,9
**577** 66:10,10
  66:20
**58** 40:4,4,22
  288:11,11
**59** 11:7

———————
**6**
**6** 9:11  75:13
  75:16
**6'10** 48:13
**6:31** 289:5,8
**60** 11:7
  42:20
  47:12
  52:23  57:4
  69:22,24
  70:1  133:8
**600** 6:13
**61** 142:6
**62** 156:13
**63** 9:10  11:7
  186:11
**65** 11:7
  69:23
**66** 11:7
**67** 11:7

**68** 11:7,8

———————
**7**
**7** 9:12  89:8
  89:11,17
  98:22  99:3
  183:20
  185:5
  186:17
  193:17
  194:7
**7.5** 54:21
**70** 11:8,8
  69:23
**71** 233:24
**72** 11:8
**75** 9:11  11:8
**79** 11:8

———————
**8**
**8** 9:14
  113:11,17
  114:8
  238:17
**80** 11:8  70:1
**800** 66:23
**805** 61:11
**81** 11:8
**813** 88:12
**82** 11:8,8
  16:1
**83** 11:8,8,8
**84** 11:8,9
**85** 11:9,9
**85,000**
  100:14
  101:12
**852** 260 7:9
**86** 11:9,9
**87** 11:9
**88** 69:8
**89** 11:9

———————
**9**
**9** 9:15  89:8
  89:12,17
  92:12
  100:14
  102:11
  127:19,24
**9,000** 206:10
**9.5** 100:17
**9.7** 100:24

**9.8** 100:16
  102:19
  103:5
**9:17** 12:16
**9:30** 3:8
**90** 11:9
**90th** 7:8
**91** 11:9,9
  69:15
**92** 11:9
**93** 11:9,9
**94** 111-4004
  4:17
**95** 11:9,10
**96** 11:10
**97** 11:10
**98** 11:10
**99** 9:13
  229:24
  230:2