

[1] *President's Challenge Qualifying Standards*, GRASS VALLEY SCH. DIST., https://gilmore.gvsd.us/documents/Info/Forms/Teacher%20Forms/Presidentialchallengetest.pdf.

[2] James G. Ross & Glen G. Gilbert, *National Children and Youth Fitness Study*, 56 J. OF PHYSICAL EDUC., RECREATION AND DANCE 45, *45-50* (1985).

[3] Rute Santos et al., *Physical Fitness Percentiles for Portuguese Children and Adolescents Aged 10-18 Years*, 32 J. OF SPORT SCI., 1, ** (2014).

[4] Konstantinos D. Tambalis et al., *Physical Fitness Normative Values for 6-18-Year-Old Greek Boys and Girls, Using the Empirical Distribution and the Lambda, Mu, and Sigma Statistical Method*, 16 EUR. J. OF SPORTS SCI.736, *736-46* (2015).

[5] Mark Jon Catley & Grant Tomkinson, *Normative Health-Related Fitness Values For Children: Analysis of 85347 Test Results on 9-17-Year-Old Australians since 1985*, 47 BRIT. J. OF SPORTS MED. 98, ** (2013).

[6] Espen Tonnessen et al., *Performance Development in Adolescent Track and Field Athletes According to Age, Sex and Sport Discipline*, 10 PLOS ONE 1, 1-10 (2015).

[7] David J. Handelsman, *Sex Differences in Athletic Performance Emerge Coinciding with the Onset of Male Puberty*, 87 CLINICAL ENDOCRINOLOGY 68, ** (2017)



2021 West Virginia 6th Grade Average Time Top 10 Finishers
Percent Differece Between Boys and Girls
14.00%
12.00%
10.00%
8.00%
6.00%
4.00%
2.00%
0.00%
2.90%
2.40%
5.60%
7.50%
11.50%
8.10%
100M
200M
400M
800M
1600M
3200M
Percent Benefit Boys vs. Girls

*West Virginia High School 2021 Outdoor Track & Field*, ATHLETICNET, athletic.net/TrackAndField/WestVirginia (last visited Nov. 8, 2021).

Timothy A. Roberts et al., *Effect of Gender Affirming Hormones on Athletic Performance in Transwomen and Transmen: Implications for Sporting Organisations and Legislators*, 55 BRIT. J. OF SPORTS MEDICINE 577, *577-83* (2020).

*3*



Konstantinos D. Tambalis et al., *Physical Fitness Normative Values for 6-18-Year-Old Greek Boys and Girls, Using the Empirical Distribution and the Lambda, Mu, and Sigma Statistical Method*, 16 EUR. J. OF SPORTS SCI.736, *736-46* (2015).

4