IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>              *Plaintiff*,<br><br>    v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>              *Defendants*,<br><br>    and<br><br>LAINEY ARMISTEAD,<br><br>              *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff B.P.J., by her next friend and mother, Heather Jackson, respectfully moves this Court for summary judgment on her Equal Protection Clause claim and Title IX claim, seeking declaratory and permanent injunctive relief and nominal damages in the amount of $1.00.

Plaintiff's motion seeks a judgment as to liability on her claim that Defendants' enforcement of H.B. 3293, a law that categorically excludes Plaintiff B.P.J. and other women and girls who are transgender from women's and girls' sports, is in violation of the Equal Protection Clause of the Fourteenth Amendment and Title IX of the Education Amendment of 1972, 20 U.S.C. §1681, *et seq.* Each named Defendant is a proper subject of injunctive relief because each

Defendant is obliged to enforce H.B. 3293 against B.P.J. Plaintiff respectfully requests that this Court issue a declaratory judgment finding that Defendants' enforcement of the categorical ban violates Plaintiff's rights under the Equal Protection Clause and Title IX; permanently enjoin Defendants, their agents, employees, successors, and all others acting in concert with them, from enforcing the law against her; and award her nominal damages in the amount of $1.00.

Dated: April 21, 2022

Joshua Block*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org

Avatara Smith-Carrington*
LAMBDA LEGAL
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: (214) 219-8585
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
158 West Ponce De Leon Ave., Ste. 105
Decatur, GA 30030
Phone: (404) 897-1880
ccharles@lambdalegal.org

Sruti Swaminathan*
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Respectfully submitted,
/s/ *Loree Stark*

Loree Stark (Bar No. 12936)
Nick Ward (Bar No. 13703)
AMERICAN CIVIL LIBERTIES UNION OF WEST
VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
lstark@acluwv.org

Kathleen Hartnett*
Julie Veroff*
Zoë Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com

Katelyn Kang*
Valeria Pelet del Toro*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com

Andrew Barr*
COOLEY LLP
1144 15th St. Suite 2300
Denver, CO  80202-5686
Phone: (720) 566-4000
abarr@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2305
ereinhardt@cooley.com

*Visiting Attorneys
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>　　　　　　　*Defendants*,<br>　　　　and<br>LAINEY ARMISTEAD,<br><br>　　　　　　　*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

　　I, Loree Stark, do hereby certify that on this 21st day of April, 2022, I electronically filed a true and exact copy of ***Plaintiff's Motion for Summary Judgment*** with the Clerk of Court and all parties using the CM/ECF System.

　　　　　　　　　　　　　　　　　　　*/s/ Loree Stark*
　　　　　　　　　　　　　　　　　　　Loree Stark
　　　　　　　　　　　　　　　　　　　West Virginia Bar No. 12936