# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>     *Plaintiff*,<br><br>  v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>     *Defendants*,<br><br>  and<br><br>LAINEY ARMISTEAD,<br><br>     *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**DECLARATION OF HEATHER JACKSON**

I, Heather Jackson, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the matters stated herein.

2.  I am 54 years old.  My husband, Wesley, and I are the parents of two sons, ages 20 and 14, and an 11-year-old daughter.  We have been married for 21 years.  We live in Lost Creek, West Virginia.

3.  Our daughter's name is B.P.J.  My daughter and I have a very deep connection and I believe she knows that she can come to me for anything—I love her very much.

1

4.      Wesley and I are fiercely protective of B.P.J.  As her parents, we want to see B.P.J. happy and achieve all her goals.

5.      B.P.J. is bright and studious; she makes "straight As" and loves math and science.

6.      B.P.J. is also transgender.

7.      B.P.J. knew from a very young age that "she didn't want her boy parts."  She never wanted to be naked for bathing because she was deeply uncomfortable with and did not want to see certain parts of her body.  B.P.J. also did not like standing up to urinate.  She would often ask me a lot of questions about my own body and about why our bodies were physically different, if we were both girls.

8.      As a child, B.P.J. also presented differently than my other children, both of whom are boys.  At or around the age of four, B.P.J. started asking and was allowed to play dress-up in my clothes around our home.  Whenever B.P.J. was provided with the opportunity to pick out her clothes or toys, she always went straight for the "girly" items.  I knew this was not a "phase" for her, and that there was something different happening.

9.      When B.P.J. told us that she is a girl and wants to be addressed as a girl, we were not surprised because we spend so much time with her.

10.      Because B.P.J. and I have such an open and communicative relationship, we would have conversations about how she was feeling.  The more we talked and the more comfortable she became with expressing how she was feeling and who she is, the more she was able to clearly communicate that she knew she was a girl.

11.      By the time B.P.J. was in the third grade she had chosen her name and was living as herself at home.  Towards the end of that school year, B.P.J. informed her father and me that

she did not want to continue going to school "dressed as a boy."  We agreed she could start going to school dressed as herself.

12.     In 2019, when B.P.J. was heading into the fourth grade, I met with several school staff at Norwood Elementary School to discuss and create a gender support plan for B.P.J.  The Gender Support Plan is a document the school uses to help guide school staff in supporting B.P.J. in navigating her educational experience as her authentic self.  The plan required school staff to be informed that B.P.J.'s authentic gender is female, and instructed school staff to refer to her with her female name and female pronouns.  School staff were also instructed on how to support B.P.J. if she faced problems from others at school because of her gender.  A true and correct copy of this Gender Support Plan is attached as Exhibit A.

13.     In 2019, we brought B.P.J. to the UPMC Children's Hospital of Pittsburgh's Gender and Sexuality Development Program because B.P.J. was worried about the possibility of going through endogenous puberty.  B.P.J. was diagnosed with gender dysphoria by the Medical Director of the Gender and Sexuality Program, Dr. Gerald T. Montano.  When B.P.J. was initially diagnosed, we were told that puberty delaying treatment was not yet appropriate because she had not begun puberty.  Dr. Montano told us about the first signs of puberty to look out for at home, and we made regular follow-up appointments to monitor B.P.J.'s development.

14.     Once B.P.J. reached the beginning of puberty, Dr. Montano prescribed puberty-delaying treatment on June 15, 2020.  B.P.J. has continuously receive puberty delaying treatment since June 15, 2020, under the care of a multidisciplinary team of providers with expertise in treating transgender adolescents.

15.     Our family enjoys participating in sports, and I am proud to see B.P.J. enjoying sports too.

16.     During the 2019-20 and 2020-21 school years, B.P.J. was a member of the cheerleading team for the Bridgeport Youth Football League.  All members of that team were girls.  Even before B.P.J. started cheering with her team, she spent a year learning all the cheer team's routines from the stands.  When B.P.J. received her girls' cheer uniform, she was glowing.  B.P.J. always wanted me to be in the front row of her competitions.  During the 2019-20 season, for the first time ever, B.P.J.'s cheer team placed at a cheer competition.

17.     Being on the cheer team dramatically increased B.P.J.'s confidence and happiness.  B.P.J. was supported and accepted by the other girls on her team and her coaches.  B.P.J.'s participation on her cheer team taught her the importance of responsibility, trust, and team building.  B.P.J. is especially proud to have served as part of the base for her cheer team's pyramids because it demonstrated to her that her teammates trusted and relied on her in order to complete their routine.

18.     Participating in cheer was a meaningful way for B.P.J. to learn responsibility.  As her mother, I can preach about the importance of responsibility, but her position on her cheer team provided her with the real-life experience of having others rely on her to attend practice and participate, and this has helped her understand responsibility in a deeply personal and meaningful way.

19.     Although B.P.J. enjoyed cheerleading, she joined the cheer team in part because it was one of the only sports offered to her grade level in which she was interested.  When B.P.J. began junior high, however, she was excited to try out for Bridgeport Middle School's girls' cross-country and track teams.

20.     Having the opportunity to run on the girls' cross-country and track teams is important to B.P.J. because B.P.J. comes from a family of runners.  When she was younger, I

4

would take B.P.J. on runs with me through parks and she grew up watching her brothers run on their school teams.  Additionally, she wanted a continued sense of belonging and camaraderie like she had with the cheer team and hoped to gain that through joining the girls' cross-country team in the fall.

21.     Wesley and I were so excited for B.P.J. to run and I was truly looking forward to attending her future cross-country and track meets.  B.P.J.'s brothers were also both excited for B.P.J. and looked forward to seeing their sister compete.

22.     B.P.J. has the support of her family, coaches, instructors, and peers.  Our family is very supportive, and my 76-year-old mother (B.P.J.'s grandmother), and my step-father (B.P.J.'s step-grandfather) are B.P.J.'s biggest supporters.

23.     On May 18, 2021, I met with B.P.J.'s new Principal at Bridgeport Middle School, David Mazza, to discuss and create B.P.J.'s Gender Support Plan for the sixth grade.  Like the plan we developed for B.P.J. at her elementary school, the plan for Bridgeport Middle School emphasizes that B.P.J. is secure in her identity as a girl and well supported by her parents, school administrators, teachers, and friends. A true and correct copy of that Gender Support Plan is attached as Exhibit B.

24.     During the May 18, 2021 meeting I informed Principal Mazza that B.P.J. wanted to participate on the girls' cross-country and track team.  Principal Mazza communicated to me that, due to H.B. 3293, my daughter would not be permitted to participate on the girls' cross-country or track teams.

25.     On July 12, 2021, conditioning and practice started for the fall 2021 season of cross-country.  While my daughter and I were happy to know she was able to participate in training and conditioning due to an agreement by the Defendants in this case to not enforce H.B.

3293 against her during that period, I was concerned about whether she would be able to try-out for and participate on the girls' cross-country team.

26.     On July 21, 2021, I learned that the court ruled that my daughter would be allowed to try-out for the girls' cross-country and track teams!  At the beginning of August, B.P.J. participated in try-outs for the girls' cross-country team and soon thereafter our family learned that she made the team.

27.     During her first cross-country season, B.P.J. participated in the Mountain Hollar MS Invitational meet and the Doddridge Invitational meet.  At the Mountain Hollar Invitational, B.P.J. placed 51 out of 66 participants and at the Doddridge Invitational, she placed 123 out of 150 participants.

28.     B.P.J. told me that she learned a lot about team work, and that she made many friends through participating on the cross-country team.  She said that she had no problems with any of her teammates and that they had a fun season.  Photos from B.P.J.'s cross-country season are attached hereto as Exhibit C.

29.     It was no surprise to me that by the time track season came, B.P.J. was ready to keep on running.  At the beginning of March, my daughter participated in the required two-week try-outs for the girls' team and on March 11, 2022, we learned that she made the girls' track team.

30.     B.P.J. is a girl.  It is wrong and senseless to try to make her participate on boys' sports teams when there are girls' teams available.  Forcing B.P.J. to compete on the boys' cross-country or track teams when girls' teams are available would completely erase who she is, and it would devastate her because she is a girl.  My daughter is simply saying, "Accept me for who I am."

31.     B.P.J. was so happy to be able to run this school year, and she is so afraid of having that opportunity taken away from her.  Prohibiting her from participating on the girls' team would also set back her medical treatment, which calls for her to be treated as the girl she is in all aspects of her life, and her mental health would suffer if she could no longer do the thing she loves because West Virginia refuses to treat her as a girl.  Forcing her to run with the boys is a clear sign to her and others that the state refuses to see her and accept her for the girl that she is, and would be profoundly harmful to her.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __04/19/2022__

_____
Heather Jackson

# Exhibit A



Dr. Mark A. Manchin
Superintendent

**– Confidential –**

## Gender Support Plan

The purpose of this document is to create shared understandings about the ways in which the student's authentic gender will be accounted for and supported at school. School staff, caregivers and the student should work together to complete this document.

School/County: Norwood Elementary- Harrison    Today's Date 8-23-19

Name Student Uses: B█    Name on Birth Certificate: P█ J█

Student's Gender Identity: Female    Assigned Sex at Birth Male    Student Grade Level 4th

Student's DOB: ███

Parent(s), Guardian(s), or Caregiver(s) /relation to student
Heather Jackson / Wesley Pepper    /

Meeting participants: Sarah Starkey, Heather Jackson, B█
Tara Shields, Jasmine Lowther, Nurse Tina

---

**PARENT/GUARDIAN INVOLVEMENT**

Are guardian(s) of this student aware and supportive of their child's gender status?  X Yes  ___ No

If not, what considerations must be accounted for in implementing this plan? Mom very Supportive, dad has struggled but coming around. Seeking outside help through Church and Paternal Side of family's help/support

**CONFIDENTIALITY, PRIVACY AND DISCLOSURE** Molly Ober fechter- Leggett - WVU

How public or private will information about this student's gender be (check all that apply)?

  X County staff will be aware (Superintendent, Student Support Services, District Psychologist, etc.)
  Specify the adult staff members: Dr. Manchin, Sarah Starkey

  X Site level leadership/administration will know (Principal, counselor, etc.)
  Specify the adult staff members: Tara Shields and school counselors

  X Teachers and/or other school staff will know
  Specify the adult staff members: All teachers

  ___ Student will not be openly "out," but some students are aware of the student's gender
  Specify the students:

  X Student is open with others (adults and peers) about gender

  ___ Other – describe: B█ is comfortable with others Knowing her Gender Identity and transition. to

If the student has asserted a degree of privacy, what steps will be taken if that privacy is compromised, or is believed to have been compromised?

N/A

> EXHIBIT
> tabbies'
> WV-17

How will a teacher/staff member respond to any questions about the student's gender from:

Other students? Be open and honest - She is B████ and that makes her happy.

Staff members? Be open and honest - She is B████, and that makes her happy.

Parents/community? Be open and honest - She is B████, and that makes her happy

## STUDENT SAFETY

Who will be the student's "Trusted Adult" at School? feels comfortable with All teachers →

If this person is not available, what should student do? feels comfortable with All teachers. We showed classrooms with "Safe Space" Stickers.

What are expectations in the event the student is feeling unsafe and how will student signal their need for help:

During class Raise hand / Get up and walk to teacher - Yell help

Field Trips - find Closest trusted Adult   Yell help

In the halls   "   "

Other _____

Other safety concerns/questions: B████ feels safe and comfortable and very much Supported.

What should the student's parents do if they are concerned about how others are treating their child at school?
Mom and/or Dad Will Contact Tara Shields.

## NAMES, PRONOUNS AND STUDENT RECORDS

What name and gender marker are listed on the student's identity documents? ████████ H████ J████

Name/gender marker entered into the Student Information System male    male but B████ in ( )

Name to be used when referring to the student B████        Pronouns her, She, hers

Can the student's name/gender marker be reflected in the SIS?    If so, how? If not, why not?
Gender Will be male but B████ Will be in ( ) next to birth name.

If not, what adjustments can be made to protect this student's privacy (see below)? _____

Who will be the point person at school for ensuring these adjustments are made and communicated as needed?
Tara Shields

How will instances be handled in which the incorrect name or pronoun are used by staff members?
if Intentional - Will be Addressed by Principal and or/CO

By students?   "   "
B████ Will Report to teacher, Mrs. Shields, Counselor if continues to be intentional.

If unable to change the student's profile in the student information system, how will the student's privacy be accounted for and maintained in the following situations or contexts:

During registration _____

Completing enrollment _____

With substitute teachers – Jasmine will leave info in plans for sub teacher.

Standardized tests Populated in Wevis

School photos Name B[████] will be used

IEPs/Other Services _____

Student cumulative file Populated in Wevis

After-school programs _____

Lunch lines _____

Taking attendance B[████] will be in ( )

Teacher grade book(s) Live Grades populated from Wevis

Official school-home communication _____

Unofficial school-home communication (PTA/other) _____

Outside district personnel or providers _____

Summons to office Staff will use name B[████]

Yearbook B[████] [██]P[██] - J[████]

Student ID/library cards What parents fill out on picture form

Posted lists _____

Distribution of texts or other school supplies _____

Assignment of IT accounts/email address _____

PA announcements _____

If the student's guardians are not aware and/or supportive of the student's gender status, how will school-home communications be handled?

Parents are supportive

What are some other ways the school needs to anticipate the student's privacy being compromised? How will these be handled?

maintain confidentiality and handle as needed.

**USE OF FACILITIES**

Student will use the following bathroom(s) at school: In teacher lounge first on on ®

Student will change clothes in the following place(s) "

If student/parent have questions/concerns about facilities, who should they contact? Tara Shields

What are the expectations regarding the use of facilities for any class trips? Use family/Gender nutural Bathroom. Go to teacher & teacher make sure

Bathroom empty (female) if No Gender nutural Bathroom.

What are the expectations regarding rooming for any overnight trips? _____

Are there any questions or concerns about the student's access to facilities? _____

No

Page | 4

**EXTRA CURRICULAR ACTIVITIES**

In what extra-curricular programs or activities will the student be participating (sports, theater, clubs, etc)?

B███ is on a Cheerleading team Outside of School.
Strings or Choir are optional.

What steps will be necessary for supporting the student there?

N/A

Does the student participate in an after-school program? N/A

What steps will be necessary for supporting the student there? N/A

Questions/Notes:

**OTHER CONSIDERATIONS**

Does the student have any sibling(s) at school? _____ Factors to be considered regarding sibling's needs?

Not at Norwood- brother is in Middle School BMS

Does the school have a dress code? Yes    How will this be handled?

↳ Not gender specific - No short shorts, or spaghetti straps
common sense.

Are there lessons, units, content or other activities coming up this year to consider (growth and development, swim unit, social justice units, name projects, dance instruction, Pride events, school dances etc.)?

N/A   Plan will be Reviewed At least yearly.
Health Education will be discussed next year.

Are there any specific social dynamics with other students, families or staff members that need to be discussed or accounted for?

No

What training(s) will the school engage in to build capacity for working with gender-expansive students? How will the school work to create more gender inclusive conditions for all students? Norwood Staff
Recieved training on tolerence and cultural Diversity and
LGBTQ+IA on 8/21 and Provided Protocol and
multiple Resource Sources.

Does the student use school- or district-provided transportation services? If so, how will the student's gender be accounted for?

Bus Driver Randy # 234 Will be educated that
B███ is name to be used and of Chosen Pronouns.

Are there any other questions, concerns or issues to discuss? _____

_____ N/A _____

_____

_____

_____

_____

_____

**SUPPORT PLAN REVIEW AND REVISION**

How will this plan be monitored over time? Reviewed At least Yearly but
Can be Revisited at Any time within school Year if needed.

What will be the process should the student, family, or school wish to revisit any aspects of the plan (or
seek additions to the plan)? Contact Tara Shields or teacher.

_____

What are specific follow-ups or action items emerging from this meeting and who is responsible for them?

| Action Item | Who? | When? |
|-------------|------|-------|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Date/Time of next meeting or check-in_____ Location _____

Will schedule at End of School Year for next
School Year.

Sarah Starkey MSW, LGSW

_(signatures)_
Tara R Shields
Jasmine Smith

p[redacted]
Tina Cullen

Confidential

# Exhibit B



# HARRISON COUNTY SCHOOLS

445 WEST MAIN STREET
POST OFFICE BOX 1370
CLARKSBURG, WEST VIRGINIA 26302-1370
(304) 326-7300
FAX (304) 326-7382

Dora L. Stutler
*Superintendent*

### Preferred Name Request Form

The Harrison County Board of Education is committed to inclusion and recognizes that students may need to use a preferred name to identify themselves comfortably. Please note that although the HCBOE recognizes the importance, in many instances, of using preferred name, your legal name may continue to be necessary for Board of Education business where the legal name is required. Students who use a preferred name should always be prepared to provide legal name identification when needed. Only the first name is permitted to be updated with the Preferred Name Request Form.

Please fill out this form clearly and completely and return it to the Principal of your school. Please note, a parent signature is required. If you have any questions or concerns, please contact the Principal of your school prior to the submission of this form. The preferred name will remain in use until and student requests that it be deactivated. This process for using a preferred name does not impact students who officially change their legal name.

## Legal Name:

| Legal first Name: | Legal Middle Name: | Legal Last Name: |
|---|---|---|
| ███ | ███ | P███ ███ |
| **WVEIS #** 330 0492 6 1 | **School:** BMS | **Grade:** 6 |

## Preferred Name:

| Preferred First Name: |
|---|
| B███ |

Signature ___B███  P███ f███___   Date _____

Parent Signature ~~███~~   Date 5-18-2021

## For Office Use Only:

| Principal Signature: |
|---|
| Date Received: _____ R. Mazza_____ |

Confidential

BPJ_001



Dora L. Stutler
Superintendent

– Confidential –
## Gender Support Plan

The purpose of this document is to create shared understandings about the ways in which the student's authentic gender will be accounted for and supported at school. School staff, caregivers and the student should work together to complete this document.

School/County: Bridgeport Middle – Harrison   Today's Date 5/18/21

Name Student Uses: Becky   Name on Birth Certificate: ▮▮▮▮ Pepper-Jackson

Student's Gender Identity: female   Assigned Sex at Birth male   Student Grade Level: 6th

Student's DOB: 5/11/10

Parent(s), Guardian(s), or Caregiver(s) /relation to student
Heather Jackson / Wesley Pepper                    /            /

Meeting participants: Tarra Shields, Amber Davis, David Mazza, Lauren Merrill, Heather Jackson, Becky Pepper-Jackson

---

### PARENT/GUARDIAN INVOLVEMENT

Are guardian(s) of this student aware and supportive of their child's gender status?  ✓ Yes ____ No

If not, what considerations must be accounted for in implementing this plan? _____

_____

---

### CONFIDENTIALITY, PRIVACY AND DISCLOSURE

How public or private will information about this student's gender be (check all that apply)?

[X] County staff will be aware (Superintendent, Student Support Services, District Psychologist, etc.)
Specify the adult staff members: Dora Stutler, Sarah Starkey

[X] Site level leadership/administration will know (Principal, counselor, etc.)
Specify the adult staff members: Mr. Mazza, Mr. Oldaker, and Lauren Merrill

[X] Teachers and/or other school staff will know
Specify the adult staff members: All teachers

[ ] Student will not be openly "out," but some students are aware of the student's gender
Specify the students:

[X] Student is open with others (adults and peers) about gender

[X] Other – describe: Becky is comfortable with others knowing her Gender Identity and transition.

If the student has asserted a degree of privacy, what steps will be taken if that privacy is compromised, or is believed to have been compromised?   N/A

_____

EXHIBIT
WV-19

How will a teacher/staff member respond to any questions about the student's gender from:

Other students? Be open and honest – she is Becky; and that makes her happy.

Staff members? Be open and honest – she is Becky; and that makes her happy

Parents/community? Be open and honest – she is Becky; and that makes her happy

**STUDENT SAFETY**

Who will be the student's "Trusted Adult" at School? Mr. Mazza & Mrs. Merrill

If this person is not available, what should student do? find teacher(s) that Becky feels comfortable speaking with.

What are expectations in the event the student is feeling unsafe and how will student signal their need for help:

During class Raise hand / Get up and walk to teacher – yell help

Field Trips find closest trusted adult; yell help

In the halls "

Other

Other safety concerns/questions: Becky feels safe and comfortable and very much supported.

What should the student's parents do if they are concerned about how others are treating their child at school?
Mom and/or Dad will contact Mr. Mazza.

**NAMES, PRONOUNS AND STUDENT RECORDS**

What name and gender marker are listed on the student's identity documents? ▮▮▮▮ Pepper-

Name/gender marker entered into the Student Information System Jackson; male Becky in ( ) male;

Name to be used when referring to the student Becky                Pronouns her, she, hers

Can the student's name/gender marker be reflected in the SIS? _____ If so, how? If not, why not?
Gender will be male but Becky will be in ( ) next to birth name

If not, what adjustments can be made to protect this student's privacy (see below)? _____

Who will be the point person at school for ensuring these adjustments are made and communicated as needed?
David Mazza

How will instances be handled in which the incorrect name or pronoun are used by staff members? If intentional – will be addressed by Principal and/or Counselor

By students? " Becky will report to teacher, Mr. Mazza, Counselor if it continues to be intentional

If unable to change the student's profile in the student information system, how will the student's privacy be accounted for and maintained in the following situations or contexts:

During registration _____

Completing enrollment _____

With substitute teachers _Teachers will leave info in plans for sub teacher_

Standardized tests _Populated in WVEIS_

School photos _Name Becky will be used_

IEPs/Other Services _____

Student cumulative file _Populated in WVEIS_

After-school programs _____

Lunch lines _populated in WVEIS_

Taking attendance _Becky will be in (          )_

Teacher grade book(s) _Live Grades populated from WVEIS_

Official school-home communication _____

Unofficial school-home communication (PTA/other) _____

Outside district personnel or providers _____

Summons to office _Staff will use name Becky_

Yearbook _Becky Pepper-Jackson_

Student ID/library cards _What parents fill out on picture form._

Posted lists _____

Distribution of texts or other school supplies _____

Assignment of IT accounts/email address _____

PA announcements _____

If the student's guardians are not aware and/or supportive of the student's gender status, how will school-home communications be handled?

_Parents are supportive_

What are some other ways the school needs to anticipate the student's privacy being compromised? How will these be handled?

_maintain confidentiality and handle as needed._

## USE OF FACILITIES

Student will use the following bathroom(s) at school: _In Counselor's/Nurse's Suite_

Student will change clothes in the following place(s) _"                                    "_

If student/parent have questions/concerns about facilities, who should they contact? _David Mazza_

What are the expectations regarding the use of facilities for any class trips? _Use family/Gender neutral bathroom. Go to teacher & teacher make sure female bathroom is empty if no gender neutral bathroom option._

What are the expectations regarding rooming for any overnight trips? _____

Are there any questions or concerns about the student's access to facilities? _NO_

**EXTRA CURRICULAR ACTIVITIES**

In what extra-curricular programs or activities will the student be participating (sports, theater, clubs, etc)?
Cross Country and Track

What steps will be necessary for supporting the student there? ~~NFH~~ Coaches would need to be aware of Becky's transition. If teammates have questions, they could approach the coach or administration.

Does the student participate in an after-school program? ~~NFH~~ Cross Country, Track, Band.

What steps will be necessary for supporting the student there? Teacher would need to be aware of transition and also feel comfortable with answering any student questions. If not, students can ask administration or counselor.

Questions/Notes:

**OTHER CONSIDERATIONS**

Does the student have any sibling(s) at school? _____ Factors to be considered regarding sibling's needs?
Brother at Bridgeport Middle School.

Does the school have a dress code? Yes   How will this be handled?
Not gender specific - No short shorts or spaghetti straps; common sense

Are there lessons, units, content or other activities coming up this year to consider (growth and development, swim unit, social justice units, name projects, dance instruction, Pride events, school dances etc.)? Plan will be reviewed at least yearly.

Are there any specific social dynamics with other students, families or staff members that need to be discussed or accounted for? NO

What training(s) will the school engage in to build capacity for working with gender-expansive students? How will the school work to create more gender inclusive conditions for all students? BMS will receive training on tolerance and cultural diversity and LGBTQ as arranged by Mr. Mazza during upcoming ~~next~~ school year.

Does the student use school- or district-provided transportation services? If so, how will the student's gender be accounted for? Bus #281 Mr. Hollansworth and #294 Mr. Lantz will be informed of name being Becky and preferred pronouns.

Are there any other questions, concerns or issues to discuss? _____

N/A

---

**SUPPORT PLAN REVIEW AND REVISION**

How will this plan be monitored over time? Plan will be reviewed yearly but can be revisited at any time per request.

What will be the process should the student, family, or school wish to revisit any aspects of the plan (or seek additions to the plan)? Contact Mr. Mazza

What are specific follow-ups or action items emerging from this meeting and who is responsible for them?

| Action Item | Who? | When? |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Date/Time of next meeting or check-in _____ Location _____

Meeting will be scheduled at end of school year for next school year.

Lauren Merrill, BMS counselor

_signatures_ 5-18-2021                    Becky Pepper Jackson

D.R. Mazza        Jen Shird        Amber Davis

# Exhibit C












