# Exhibit 17

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                       CHARLESTON DIVISION
 4
 5    B.P.J. BY HER NEXT FRIEND AND      )
      MOTHER, HEATHER JACKSON,           )
 6                                       )
              PLAINTIFF,                 )
 7                                       ) CIVIL ACTION NO.
          VS.                            ) 2:21-cv-00316
 8                                       )
      WEST VIRGINIA STATE BOARD OF       )
 9    EDUCATION, HARRISON COUNTY BOARD   )
      OF EDUCATION, WEST VIRGINIA        )
10    SECONDARY SCHOOL ACTIVITIES        )
      COMMISSION, W. CLAYTON BURCH IN    )
11    HIS OFFICIAL CAPACITY AS STATE     )
      SUPERINTENDENT, DORA STUTLER IN    )
12    HER OFFICIAL CAPACITY AS HARRISON  )
      COUNTY SUPERINTENDENT, AND THE     )
13    STATE OF WEST VIRGINIA,,           )
                                         )
14                  DEFENDANTS,          )
                                         )
15            AND                        )
                                         )
16    LAINEY ARMISTEAD,                  )
                                         )
17            DEFENDANT-INTERVENOR.      )
      _____ )
18
19         VIDEOTAPED REMOTE ZOOM 30(b)(6) DEPOSITION
20      WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION
21                      BERNARD DOLAN
22               FRIDAY, FEBRUARY 11, 2022
23
24    JOB NO. 5079532
25    REPORTED BY:  DAYNA HESTER, C.S.R. 9970
```

Page 1

```
 1    VIDEOTAPED REMOTE ZOOM 30(B)(6) DEPOSITION OF WEST
 2    VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION BERNARD
 3    DOLAN, TAKEN ON BEHALF OF PLAINTIFF B.P.J., BY HER NEXT
 4    FRIEND AND MOTHER, HEATHER JACKSON, AT 12:18 P.M., EASTERN
 5    STANDARD TIME, FRIDAY, FEBRUARY 11, 2022, WITH THE WITNESS
 6    (PHYSICALLY PRESENT WITH COUNSEL), COURT REPORTER, AND
 7    VIDEOGRAPHER APPEARING REMOTELY VIA ZOOM VIDEOCONFERENCE,
 8    BEFORE DAYNA HESTER, C.S.R. NO. 9970.
 9
10    APPEARANCES OF COUNSEL:
11    FOR PLAINTIFF B.P.J., BY HER NEXT FRIEND AND MOTHER,
      HEATHER JACKSON:
12
           COOLEY, LLP
13         BY:  KATELYN KANG, ESQ.
                (PRESENT VIA ZOOM VIDEOCONFERENCE)
14         BY:  VALERIA M. PELET DEL TORO, ESQ.
                (PRESENT VIA ZOOM VIDEOCONFERENCE)
15         55 HUDSON YARDS
           NEW YORK, NEW YORK  10001-2157
16         (212) 479-6849
           KKANG@COOLEY.COM
17         VPELETDELTORO@COOLEY.COM
18         COOLEY, LLP
           BY:  KATHLEEN R. HARTNETT, ESQ.
19              (PRESENT VIA ZOOM VIDEOCONFERENCE)
           BY:  JULIE VEROFF, ESQ.
20              (PRESENT VIA ZOOM VIDEOCONFERENCE)
           BY:  ZOË HELSTROM, ESQ.
21              (PRESENT VIA ZOOM VIDEOCONFERENCE)
           3 EMBARCADERO CENTER, 20TH FLOOR
22         SAN FRANCISCO, CALIFORNIA  94111-4004
           (415) 693-2000
23         KHARTNETT@COOLEY.COM
           JVEROFF@COOLEY.COM
24         ZHELSTROM@COOLEY.COM
25         -- APPEARANCES CONTINUED ON NEXT PAGE --
```

Page 2

```
 1    APPEARANCES OF COUNSEL (CONTINUED):
 2    PLAINTIFF B.P.J., BY HER NEXT FRIEND AND MOTHER, HEATHER
      JACKSON (CONT'D):
 3
          COOLEY, LLP
 4        BY:  ANDREW BARR, ESQ.
               (PRESENT VIA ZOOM VIDEOCONFERENCE)
 5        1144 15TH STREET, SUITE 2300
          DENVER, COLORADO  80202-2686
 6        (720) 566-4121
          ABARR@COOLEY.COM
 7
 8        AMERICAN CIVIL LIBERTIES UNION FOUNDATION
          BY:  JOSHUA BLOCK, SENIOR STAFF ATTORNEY
 9             (PRESENT VIA ZOOM VIDEOCONFERENCE)
          125 BROAD STREET
10        NEW YORK, NEW YORK  10004
          (212) 549-2569
11        JBLOCK@ACLU.ORG
12        AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA
          FOUNDATION
13        BY:  NICHOLAS WARD, STAFF ATTORNEY
               (PRESENT VIA ZOOM VIDEOCONFERENCE)
14        BY:  LOREE STARK, LEGAL DIRECTOR
               (PRESENT VIA ZOOM VIDEOCONFERENCE)
15        P.O. BOX 3952
          CHARLESTON, WEST VIRGINIA  25339-3952
16        (914) 393-4614
          NWARD@ACLUWV.ORG
17        LSTARK@ACLUWV.ORG
18
          LAMBDA LEGAL
19        BY:  SRUTI SWAMINATHAN, STAFF ATTORNEY
               YOUTH NATIONAL HEADQUARTERS
20             (PRESENT VIA ZOOM VIDEOCONFERENCE)
          120 WALL STREET, 19TH FLOOR,
21        NEW YORK, NEW YORK  10005-3919
          (212) 809-8585
22        SWAMINATHAN@LAMBDALEGAL.ORG
23
24
25        -- APPEARANCES CONTINUED ON NEXT PAGE --
```

Page  3

```
 1    APPEARANCES OF COUNSEL (CONTINUED):
 2    FOR DEFENDANT WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES
      COMMISSION:
 3
          SHUMAN MCCUSKEY SLICER PLLC
 4        BY:  ROBERTA F. GREEN, ESQ.
               (PRESENT VIA ZOOM VIDEOCONFERENCE WITH WITNESS)
 5        BY:  KIMBERLY M. BANDY, ESQ.
               (PRESENT VIA ZOOM VIDEOCONFERENCE)
 6        1411 VIRGINIA STREET EAST, SUITE 200
          CHARLESTON, WEST VIRGINIA  25301
 7        (304) 345-1400
          RGREEN@SHUMANLAW.COM
 8        KBANDY@SHUMANLAW.COM
 9
      FOR DEFENDANT WEST VIRGINIA STATE BOARD OF EDUCATION,
10    W. CLAYTON BURCH IN HIS OFFICIAL CAPACITY AS STATE
      SUPERINTENDENT:
11
          BAILEY & SLOTNICK P.L.L.C.
12        BY:  KELLY C. MORGAN, ESQ.
               (PRESENT VIA ZOOM VIDEOCONFERENCE)
13        BY:  KRISTEN V. HAMMOND, OF COUNSEL
               (PRESENT VIA ZOOM VIDEOCONFERENCE)
14        500 VIRGINIA STREET EAST, SUITE 600
          CHARLESTON, WEST VIRGINIA  25301
15        (304) 720-0711
          KMORGAN@BAILEYWYANT.COM
16        KHAMMOND@BAILEYWYANT.COM
17
      FOR DEFENDANT THE STATE OF WEST VIRGINIA:
18
          OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
19        BY:  CURTIS CAPEHART, DEPUTY ATTORNEY GENERAL
               (PRESENT VIA ZOOM VIDEOCONFERENCE)
20        BY:   JESSECA RENEE CHURCH, DEPUTY ATTORNEY GENERAL
          1900 KANAWHA BOULEVARD EAST
21        CHARLESTON, WEST VIRIGINIA  25305
          (304) 558-2021
22        CURTIS.R.A.CAPEHART@WVAGO.GOV
          JESSECA.R.CHURCH@WVAGO.GOV
23
24
25        -- APPEARANCES CONTINUED ON NEXT PAGE --
```

Page 4

```
 1    APPEARANCES OF COUNSEL (CONTINUED):
 2    FOR DEFENDANT HARRISON COUNTY BOARD OF EDUCATION, DORA
      STUTLER IN HER OFFICIAL CAPACITY AS HARRISON COUNTY
 3    SUPERINTENDENT:
 4         STEPTOE & JOHNSON PLLC
           BY:  JEFFREY M. CROPP, OF COUNSEL
 5              (PRESENT VIA ZOOM VIDEOCONFERENCE)
           400 WHITE OAKS BOULEVARD
 6         BRIDGEPORT, WEST VIRIGINIA  26330
           (304) 933-8145
 7         JEFFREY.CROPP@STEPTOE-JOHNSON.COM
 8
      FOR DEFENDANT-INTERVENOR LAINEY ARMISTEAD:
 9
           ALLIANCE DEFENDING FREEDOM
10         BY:  JONATHAN SCRUGGS, SENIOR COUNSEL
                (PRESENT VIA ZOOM VIDEOCONFERENCE)
11         BY:  HAL FRAMPTON, SENIOR COUNSEL
                (PRESENT VIA ZOOM VIDEOCONFERENCE)
12         BY:  CATIE BYRD KELLEY, LEGAL COUNSEL
                (PRESENT VIA ZOOM VIDEOCONFERENCE)
13         BY:  CHRISTIANA HOLCOMB, LEGAL COUNSEL
                (PRESENT VIA ZOOM VIDEOCONFERENCE)
14         15100 NORTH 90TH STREET
           SCOTTSDALE, ARIZONA  85260
15         (480) 444-0020
           JSCRUGGS@ADFLEGAL.ORG
16         HFRAMPTON@ADFLEGAL.ORG
           CKELLEY@ADFLEGAL.ORG
17         HOLCOMB@ADFLEGAL.ORG
18
           LAW OFFICES OF TIMOTHY D. DUCAR, P.L.C
19         BY:  TIMOTHY DANIEL DUCAR, ESQ.
                (PRESENT VIA ZOOM VIDEOCONFERENCE)
20         9280 EAST RAINTREE DRIVE, SUITE 104
           SCOTTSDALE, ARIZONA  85260
21         (480) 502-2119
           ORDERS@AZLAWYERS.COM
22
23
24
25         -- APPEARANCES CONTINUED ON NEXT PAGE --

                                           Page 5
```

```
1      APPEARANCES (CONTINUED):

2    ALSO PRESENT:

3         HEATHER HUTCHENS, GENERAL COUNSEL
          WEST VIRGINIA DEPARTMENT OF EDUCATION
4         (PRESENT VIA ZOOM VIDEOCONFERENCE)

5         MICHELE BLATT, DEPUTY SUPERINTENDENT
          WEST VIRGINIA DEPARTMENT OF EDUCATION
6         (PRESENT VIA ZOOM VIDEOCONFERENCE)

7         SHAWNA HYNES, VIDEOGRAPHER
          (PRESENT VIA ZOOM VIDEOCONFERENCE)

8
          LINDSAY DUPHILY, VERITEXT CONCIERGE
9         (PRESENT VIA ZOOM VIDEOCONFERENCE)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

```
1                        I N D E X
2     DEPONENT              EXAMINATION              PAGE
3     BERNARD DOLAN
4                        BY MS. KANG               14
5                        BY MR. CROPP              158
6
7
8        QUESTIONS INSTRUCTED BY COUNSEL NOT TO ANSWER
9                          (NONE.)
10
                           E X H I B I T S
11
      EXHIBIT NO.     PAGE     DESCRIPTION
12
      EXHIBIT 1       18      FILE TITLED
13                            "EXHIBIT 0001 - TAB 14.PDF"
14    EXHIBIT 2       33      FILE TITLED
                              "EXHIBIT 0002 - TAB 19.PDF"
15
      EXHIBIT 3       47      FILE TITLED
16                            "EXHIBIT 0003 - TAB 09.PDF"
17    EXHIBIT 4       91      FILE TITLED
                              "EXHIBIT 0004 - TAB 11.PDF"
18
      EXHIBIT 5       103     FILE TITLED
19                            "EXHIBIT 0005 - TAB 18.PDF"
20    EXHIBIT 6       121     FILE TITLED
                              "EXHIBIT 0006 - TAB 15.PDF"
21
      EXHIBIT 7       126     FILE TITLED
22                            "EXHIBIT 0007 - TAB .02.PDF"
23    EXHIBIT 8       128     FILE TITLED
                              "EXHIBIT 0008 - TAB 07.PDF"
24
25              -- EXHIBITS CONTINUED ON NEXT PAGE --


                                             Page 7
```

```
 1                E X H I B I T S (CONTINUED)
 2      EXHIBIT NO.      PAGE     DESCRIPTION
 3      EXHIBIT 9        140      FILE TITLED
                                  "EXHIBIT 0009 - TAB 01.PDF"
 4
        EXHIBIT 10       142      FILE TITLED
 5                                "EXHIBIT 0010 - TAB 06.PDF"
 6      EXHIBIT 11       146      FILE TITLED
                                  "EXHIBIT 0011 - TAB 03.PDF"
 7
        EXHIBIT 12       148      FILE TITLED
 8                                "EXHIBIT 0012 - TAB 04.PDF"
 9      EXHIBIT 13       151      FILE TITLED
                                  "EXHIBIT 0013 - TAB 17.PDF"
10
        EXHIBIT 14       152      FILE TITLED
11                                "EXHIBIT 0014 - TAB 08.PDF"
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1                ZOOM VIDEOCONFERENCE DEPOSITION
 2                 FRIDAY, FEBRUARY 11, 2022
 3             12:18 P.M. EASTERN STANDARD TIME
 4
 5             THE VIDEOGRAPHER:  Good afternoon.
 6             We are going on the record at 12:18 p.m.    12:18
 7     EST on February 11th, 2022.                         12:18
 8             Please note that the microphones may pick   12:18
 9     up background noise, private conversations, and     12:18
10     interference if unmuted.                            12:18
11             When muted remember to unmute to speak on   12:18
12     the record.                                         12:18
13             Audio and video recording will continue to  12:18
14     take place unless all parties agree to go off the   12:18
15     record.                                             12:18
16             This is Media Unit 1 of the video-recorded  12:18
17     deposition of 30(b)(6) witness Bernie Dolan taken by 12:19
18     counsel for plaintiff in the matter of B.P.J., by   12:19
19     her next friend and mother, Heather Jackson, versus 12:19
20     West Virginia State Board of Education, et al.,      12:19
21     filed in the United States District Court for the   12:19
22     Southern District of West Virginia, Charleston      12:19
23     Division.  Case Number 2:21-cv-00316.               12:19
24             This deposition is being conducted via      12:19
25     Veritext Virtual Zoom technology and all parties are 12:19
```

Page 9

| | | |
|---|---|---|
| 1 | attending remotely. | 12:19 |
| 2 | My name is Shawna Hynes from the firm | 12:19 |
| 3 | Veritext Legal Solutions, and I am the videographer. | 12:19 |
| 4 | The court reporter is Dayna Hester from | 12:19 |
| 5 | the firm Veritext Legal Solutions. | 12:20 |
| 6 | I am not related to any party in this | 12:20 |
| 7 | action, nor am I financially interested in the | 12:20 |
| 8 | outcome. | 12:20 |
| 9 | Counsel present and everyone attending | 12:20 |
| 10 | remotely will state their appearances and | 12:20 |
| 11 | affiliations for the record. | 12:20 |
| 12 | If there are any objections to proceeding, | 12:20 |
| 13 | please state them at the time of your appearance | 12:20 |
| 14 | beginning with the noticing attorney. | 12:20 |
| 15 | MS. KANG:  Hi. | 12:20 |
| 16 | My name is Katelyn Kang.  I'm an attorney | 12:20 |
| 17 | at the law firm of Cooley LLP, and I'm here on | 12:20 |
| 18 | behalf of the plaintiff. | 12:20 |
| 19 | And I'll let my co-counsel introduce | 12:20 |
| 20 | themselves. | 12:20 |
| 21 | MS. HARTNETT:  Hi. | 12:20 |
| 22 | This is Kathleen Hartnett from Cooley LLP | 12:20 |
| 23 | for plaintiff. | 12:20 |
| 24 | MR. BARR:  Good afternoon. | 12:20 |
| 25 | This is Andrew Barr from Cooley LLP on | 12:20 |

Page 10

```
 1    behalf of plaintiff.                              12:20

 2            MS. VEROFF:  Hello.                        12:20

 3            This is Julie Veroff from Cooley LP on     12:20

 4    behalf of plaintiff.                              12:20

 5            MS. STARK:  Hi.                            12:20

 6            This is Loree Stark with the American      12:20

 7    Civil Liberties Union of West Virginia on behalf of 12:21

 8    plaintiff.                                        12:21

 9            MR. WARD:  Hi.                             12:21

10            Nicholas Ward, ACLU West Virginia, on      12:21

11    behalf of plaintiff.                              12:21

12            MS. HELSTROM:  Hi.                         12:21

13            This is Zoë Helstrom from Cooley LLP on    12:21

14    behalf of plaintiff.                              12:21

15            MS. PELET DEL TORO:  Hi.                   12:21

16            This is Valeria Pelet del Toro from Cooley 12:21

17    LLP on behalf of plaintiff.                       12:21

18            MS. GREEN:  Hi.                            12:21

19            Am I too soon?                            12:21

20            MR. BLOCK:  Hi.                            12:21

21            This is Josh Block from ACLU on behalf of  12:21

22    plaintiff.                                        12:21

23            MS. SWAMINATHAN:  And hi.                  12:21

24            This is Sruti Swaminathan from Lambda      12:21

25    Legal on behalf of plaintiff.                     12:21
```

Page 11

```
1              MS. GREEN:  This is Roberta Green, Shuman    12:21

2     McCuskey & Slicer.  I'm here on behalf of WVSSAC.     12:21

3              And here with me today is our deponent       12:22

4     30(b)(6) witness Bernie Dolan.                        12:22

5              MS. BANDY:  Hello.                            12:22

6              This is Kimberly Bandy also on behalf of     12:22

7     West Virginia SSAC.                                   12:22

8              MS. MORGAN:  This is Kelly Morgan on         12:22

9     behalf of the West Virginia State Board of Education  12:22

10    and Superintendent Burch.                             12:22

11             I have with me as well general counsel       12:22

12    Heather Hutchens and Deputy Superintendent Michelle   12:22

13    Blatt as our representative.                          12:22

14             MR. CAPEHEART:  This is Curtis Capeheart     12:22

15    the West Virginia Attorney General's office on        12:22

16    behalf of the defendant State of West Virginia.       12:22

17             Also with me in my office is another         12:22

18    individual from the office, Jesseca Church.           12:22

19             MR. CROPP:  My name is Jeffrey Cropp.  I'm   12:22

20    with Steptoe & Johnson.  We represent defendants      12:22

21    Harrison County Board of Education and                12:22

22    Superintendent Dora Stutler.                          12:22

23             MS. HAMMOND:  Hi.                             12:23

24             This is Kristen Hammond.  I'm also on        12:23

25    behalf of the West Virginia State Board of Education  12:23
```

Page 12

```
 1    and Superintendent Burch.                            12:23

 2              MR. SCRUGGS:  All right.  I think that     12:23

 3    leaves us as intervenor.                             12:23

 4              Jonathan Scruggs on behalf of the          12:23

 5    Intervenor with Alliance Defending Freedom.          12:23

 6              And also attending today on behalf of the  12:23

 7    intervenor is my -- let me get my list here -- Catie 12:23

 8    Kelly, Christiana Holcomb, Hal Frampton, and         12:23

 9    Timothy Ducar.                                       12:23

10              And that is it.                            12:23

11              THE VIDEOGRAPHER:  Thank you.              12:23

12              If that's everybody, will the court        12:23

13    reporter please swear in the witness.                12:23

14              THE REPORTER:  Okay.  And because it is a  12:23

15    federal case, I do have a read-on.  One second.      12:23

16              My name is Dayna Hester.  This statement   13:08

17    is to acknowledge my obligations pursuant to Federal 13:08

18    Rules of Civil Procedure.                            13:08

19              Rule 30(b), Subsection 5(a).  My business  13:08

20    address is 707 Wilshire Boulevard, Los Angeles,      13:08

21    California.  The videographer has stated the         13:08

22    additional required information.                      13:08

23              Rule 30(b), Subsection 5(c).  Upon         13:08

24    completion of the deposition, if there is a

25    stipulation about the custody of the transcript or
```

Page 13

```
 1    other pertinent matters, I will recite such

 2    stipulation(s).  Additionally, the videographer will

 3    read-off when the deposition concludes.

 4              So with this being said, I will now swear

 5    in the witness.

 6              Mr. Dolan, please, raise your right hand.

 7              THE WITNESS:  [Witness did as requested].

 8              THE REPORTER:  Do you affirm the testimony

 9    you are about to give in the cause now pending will

10    be the truth, the whole truth, and nothing but the

11    truth?                                        12:24

12              THE WITNESS:  I do.                 12:24

13              THE REPORTER:  Thank you.           12:24

14

15                    BERNARD DOLAN

16              having been first duly sworn, was

17              examined and testified as follows:

18

19                    EXAMINATION                   12:25

20    BY MS. KANG:                                  12:25

21         Q.   Hi.  Good afternoon, Mr. Dolan.  How are  12:25

22    you?                                          12:25

23         A.   Good.  How are you?                 12:25

24         Q.   Doing well.                         12:25

25              Thank you so much for spending your Friday  12:25
```

Page 14

```
 1    afternoon with us.                                  12:25

 2            Before we get started, would you please     12:25

 3    state and spell your name for the record.           12:25

 4        A.    Bernard, B-E-R-N-A-R-D; Dolan, D-O-L-A-N. 12:25

 5        Q.    Mr. Dolan, before we get started, we have 12:25

 6    some housekeeping items.  So the oath you just took 12:25

 7    is the same oath you would take if you were         12:25

 8    testifying in a courtroom.  So what that means is   12:25

 9    you must testify truthfully and not leave out any   12:25

10    important facts.                                    12:25

11            Is there any reason you cannot testify      12:25

12    truthfully today?                                   12:25

13        A.    No.                                       12:25

14        Q.    Please give verbal answers to any of my   12:25

15    questions.  Nodding or shaking your head cannot,    12:25

16    unfortunately, be captured by the court reporter.   12:25

17    So the answer you just gave was perfect.            12:25

18            If you don't understand the question,       12:25

19    please let me know, and I'm happy to try to rephrase 12:25

20    it or make it clear for you.  If you answer, I will 12:25

21    assume you understood.  Is that fair?               12:25

22        A.    Yes.                                      12:25

23        Q.    And just to be clear, when I ask questions 12:25

24    I am not seeking communications that you had with   12:26

25    your attorney.                                      12:26
```

Page 15

```
 1          Because the court reporter is taking down      12:26
 2    what we say on the record, I'll do my best to avoid  12:26
 3    talking over you and to avoid talking at the same    12:26
 4    time as you.                                         12:26
 5          And then, finally, I'm going to try to do      12:26
 6    a break every hour or so -- but if at any point you  12:26
 7    need a break, we'll finish up whatever question we   12:26
 8    are on, and we can take a break whenever you feel    12:26
 9    comfortable.                                         12:26
10          Does that sound fair?                          12:26
11     A.   Yes, ma'am.                                    12:26
12     Q.   Have you ever had your deposition taken        12:26
13    before?                                              12:26
14     A.   Yes.                                           12:26
15     Q.   When was it?                                   12:26
16     A.   Two years ago, I believe.                      12:26
17     Q.   What was it about?                             12:26
18     A.   A herpes case in wrestling.                    12:26
19     Q.   So were you testifying on behalf of the       12:26
20    WVSSAC?                                              12:26
21     A.   Yes, ma'am.                                    12:26
22     Q.   And going forward if I say the                12:26
23    "Commission" instead of the "WVSSAC," would that be 12:26
24    all right with you?                                  12:26
25     A.   That is fine.                                  12:26
```

Page 16

```
 1          Q.    So you mentioned it's a herpes case.  Can    12:26

 2    you tell me whether you testified on behalf of the      12:27

 3    W- -- of the Commission or was it in your personal      12:27

 4    capacity?                                                12:27

 5          A.    I believe it was on behalf of the            12:27

 6    Commission, but I'm -- I wouldn't -- I'm not sure.       12:27

 7          Q.    Have you ever -- have you ever had your      12:27

 8    deposition taken other than this time?                   12:27

 9          A.    Not that I recall.                           12:27

10          Q.    Have you ever testified at trial?            12:27

11          A.    Yes.                                         12:27

12          Q.    When was this?                               12:27

13          A.    Couple years -- I would say probably three   12:27

14    or four years ago.                                       12:27

15          Q.    What was it about?                           12:27

16          A.    A golf ruling in a championship.             12:27

17          Q.    And so were you also testifying on behalf    12:27

18    of the Commission?                                       12:27

19          A.    Yes, ma'am.                                  12:27

20          Q.    Did you bring anything with you today?       12:27

21          A.    Just a bottle of water.                      12:27

22          Q.    Good.                                        12:27

23                And do you understand that you are here to   12:27

24    respond to a 30(b)(6) deposition notice?                 12:28

25          A.    Yes.                                         12:28
```

Page 17

```
 1        Q.   Do you know what a 30(b)(6) deposition --    12:28
 2   deposition notice is?                                  12:28
 3        A.   Yes.                                         12:28
 4        Q.   Have you had a chance to review the          12:28
 5   deposition notice?                                     12:28
 6        A.   Yes.                                         12:28
 7        Q.   So in that deposition notice, there were a   12:28
 8   number of topics.                                      12:28
 9             Are you familiar with each of the topics     12:28
10   described in that notice?                              12:28
11        A.   Yes.                                         12:28
12        Q.   So if you go into your Marked Exhibits       12:28
13   folder, I'm going to introduce to you a document       12:28
14   that's been marked as Exhibit 1.                       12:28
15             (Deposition Exhibit 1 was marked for         12:28
16             identification and is attached hereto.)      12:28
17   BY MS. KANG:                                           12:28
18        Q.   Let me know when you have had a chance to    12:28
19   pull that up.                                          12:28
20        A.   Okay.  Exhibit 1, the deposition notice.     12:28
21        Q.   That's correct.                              12:28
22             And I'm going to ask you to scroll down to   12:28
23   Page 6 of Exhibit A.  I believe it's Page 7 of the     12:28
24   actual pdf, if that's helpful, or Page 6.              12:29
25        A.   Yes.  Okay.                                  12:29
```

Page 18

```
 1        Q.   Great.                                    12:29

 2             So I'm going to go through each of the     12:29

 3   topics and just ask you a few questions about them.  12:29

 4             So for Topic 1, what did you do to prepare 12:29

 5   for Topic 1?                                          12:29

 6        A.   Looked at our organization.                12:29

 7        Q.   Did you review any documents?              12:29

 8        A.   Our rules and regulations.                 12:29

 9        Q.   And by looked at your organization, did    12:29

10   you mean --                                          12:29

11        A.   Review --                                  12:29

12        Q.   -- look at your -- sorry.  Go ahead.       12:29

13        A.   Just -- there's a part of our rules and    12:29

14   regulations that has a history of the organization.  12:29

15        Q.   Got it.                                    12:29

16             Is there any reason you can't give full    12:29

17   and complete testimony on Topic 1?                   12:29

18        A.   No.                                        12:29

19        Q.   When preparing for Topic 1, did you        12:30

20   consult with anyone other than your attorney?        12:30

21        A.   No.                                        12:30

22        Q.   Moving on to Topic 2, same question.  What 12:30

23   did you do to prepare for Topic 2?                   12:30

24        A.   Probably just discuss with my attorney.    12:30

25        Q.   And did you review any documents?          12:30
```

Page 19

| | | |
|---|---|---|
| 1 | A.   Not necessary for that one. | 12:30 |
| 2 | Q.   And just to clarify, you didn't talk to | 12:30 |
| 3 | anyone other than your attorney? | 12:30 |
| 4 | A.   No. | 12:30 |
| 5 | Q.   For Topic 3, what did you do to prepare | 12:30 |
| 6 | for Topic 3? | 12:30 |
| 7 | A.   Looked at our handbook, rules and | 12:30 |
| 8 | regulations handbook. | 12:30 |
| 9 | Q.   Did you review any other document? | 12:30 |
| 10 | A.   No. | 12:30 |
| 11 | Q.   Did you consult with anyone other than | 12:30 |
| 12 | your attorney? | 12:30 |
| 13 | A.   No. | 12:30 |
| 14 | Q.   And is there any reason you cannot give | 12:30 |
| 15 | full and complete answers on behalf of the | 12:30 |
| 16 | Commission for that topic? | 12:30 |
| 17 | A.   No. | 12:30 |
| 18 | Q.   For Topic 4, what did you do to prepare | 12:31 |
| 19 | for it? | 12:31 |
| 20 | A.   Rules and regulations handbook. | 12:31 |
| 21 | Q.   Did you review anything else? | 12:31 |
| 22 | A.   No. | 12:31 |
| 23 | Q.   Did you consult with anyone other than | 12:31 |
| 24 | your attorney? | 12:31 |
| 25 | A.   No. | 12:31 |

Page 20

```
 1          Q.   And is there any reason you cannot give      12:31
 2    full and complete answers on behalf of the             12:31
 3    Commission for Topic 4?                                 12:31
 4          A.   No.                                          12:31
 5          Q.   For Topic 5, what did you do to prepare      12:31
 6    for that?                                               12:31
 7          A.   Looked at our rules and regulations and     12:31
 8    probably researched my email.                           12:31
 9          Q.   Can you clarify for me what you mean by      12:31
10    researched your email?                                  12:31
11          A.   Just search the email to make sure I        12:31
12    didn't have any communication with the plaintiffs.     12:31
13          Q.   Did you consult with anyone other than      12:31
14    your attorney for Topic 5?                              12:32
15          A.   No.                                          12:32
16          Q.   And is there any reason you cannot give      12:32
17    full and complete answers on behalf of the             12:32
18    Commission?                                             12:32
19          A.   No.                                          12:32
20          Q.   Sorry.  I know these questions are          12:32
21    repetitive, but I do appreciate it.                     12:32
22               For Topic 6, what did you do to prepare      12:32
23    for Topic 6?                                            12:32
24          A.   Researched -- or looked through my emails   12:32
25    as well as text messages.                               12:32
```

Page 21

| | | |
|---|---|---|
| 1 | Q.   Did you review any documents? | 12:32 |
| 2 | A.   Not really.  Just -- I'm sorry. | 12:32 |
| 3 | Our transgender policy or our Board | 12:32 |
| 4 | policy.  That was all. | 12:32 |
| 5 | Q.   Did you review any of the emails or text | 12:32 |
| 6 | messages that you searched for? | 12:32 |
| 7 | A.   I probably would have read them for -- to | 12:32 |
| 8 | determine whether there was any substance to them, | 12:32 |
| 9 | yes. | 12:33 |
| 10 | Q.   Did you consult with anyone other than | 12:33 |
| 11 | your attorney for Topic 6? | 12:33 |
| 12 | A.   No. | 12:33 |
| 13 | Q.   And is there any reason you cannot give | 12:33 |
| 14 | full and complete answers on behalf of the | 12:33 |
| 15 | Commission for Topic 6? | 12:33 |
| 16 | A.   No. | 12:33 |
| 17 | Q.   For Topic 7, what did you do to prepare | 12:33 |
| 18 | for it? | 12:33 |
| 19 | A.   Looked at our rules and regulations | 12:33 |
| 20 | handbook. | 12:33 |
| 21 | Q.   Did you review any documents other than | 12:33 |
| 22 | the rules and regulations handbook? | 12:33 |
| 23 | A.   No. | 12:33 |
| 24 | Q.   Did you consult with anyone other than | 12:33 |
| 25 | your attorney about Topic 7? | 12:33 |

Page 22

```
 1          A.    No.                              12:33

 2          Q.    And is there any reason you cannot give    12:33

 3     full and complete answers on behalf of the      12:33

 4     Commission?                                 12:33

 5          A.    No.                              12:33

 6          Q.    For Topic 8, what did you do to prepare    12:33

 7     for Topic 8?                                12:33

 8          A.    Reviewed text messages and emails   12:33

 9     concerning House Bill 3293.                  12:34

10          Q.    Did you review anything else?      12:34

11          A.    No.                              12:34

12          Q.    Did you consult with anyone other than    12:34

13     your attorney?                              12:34

14          A.    No.                              12:34

15          Q.    And is there any reason you cannot give    12:34

16     full and complete answers on behalf of the      12:34

17     Commission?                                 12:34

18          A.    No.                              12:34

19          Q.    For Topic 9, what did you do to prepare    12:34

20     for Topic 9?                                12:34

21          A.    Reviewed the rules and regulations   12:34

22     handbook.                                   12:34

23          Q.    Did you review anything other than the    12:34

24     rules and regulations handbook?             12:34

25          A.    No.                              12:34
```

Page 23

```
 1          Q.   Did you consult anyone other than your      12:34
 2    attorney?                                               12:34
 3          A.   No.                                          12:34
 4          Q.   Is there any reason you cannot give full     12:34
 5    and complete answers on behalf of the Commission?       12:34
 6          A.   No.                                          12:34
 7          Q.   All right.  We're almost there.              12:34
 8               For Topic 10, what did you do to prepare     12:34
 9    for it?                                                 12:34
10          A.   Reviewed the rules and regulations           12:34
11    handbook.                                               12:35
12          Q.   Did you review anything else?                12:35
13          A.   No.                                          12:35
14          Q.   Did you -- did you consult anyone other      12:35
15    than your attorney?                                     12:35
16          A.   No.                                          12:35
17          Q.   Is there any reason you cannot give full     12:35
18    and complete answers on behalf of the Commission?       12:35
19          A.   No.                                          12:35
20          Q.   For Topic 11, what did you do to prepare     12:35
21    for it?                                                 12:35
22          A.   Reviewed the rules and regulations           12:35
23    handbook as well as the Board policy on transgender.    12:35
24          Q.   Did you review anything else?                12:35
25          A.   No.                                          12:35
```

Page 24

```
 1          Q.   Did you consult with anyone other than      12:35
 2     your attorney?                                         12:35
 3          A.   No.                                          12:35
 4          Q.   Is there any reason you cannot give full     12:35
 5     and complete answers on behalf of the Commission?      12:35
 6          A.   No.                                          12:35
 7          Q.   For Topic 12, what did you do to prepare     12:35
 8     for it?                                                12:35
 9          A.   Reviewed the rules and regulations           12:36
10     handbook.                                              12:36
11          Q.   Did you review anything else?                12:36
12          A.   No.                                          12:36
13          Q.   Did you consult with anyone other than      12:36
14     your attorney?                                         12:36
15          A.   No.                                          12:36
16          Q.   Is there any reason you can't give full     12:36
17     and complete answers on behalf of the Commission?      12:36
18          A.   No.                                          12:36
19          Q.   For Topic 13, what did you do to prepare     12:36
20     for it?                                                12:36
21          A.   Read the rule -- read the House Bill 3293.   12:36
22          Q.   Did you review anything else?                12:36
23          A.   Just our rules and regulations.              12:36
24          Q.   Did you consult with anyone other than      12:36
25     your attorney?                                         12:36
```

                                                      Page 25

```
1          A.    No.                                    12:36

2          Q.    And is there any reason you cannot give   12:36

3    full and complete answers on behalf of the         12:36

4    Commission?                                         12:36

5          A.    I -- I did consult -- I probably -- I had  12:37

6    a communication with Melissa White from House     12:37

7    Education.  She had sent me documents -- or a     12:37

8    document.  So I would say I communicated with     12:37

9    Melissa White about House Bill 3293.              12:37

10         Q.    Was this in preparation for this       12:37

11   deposition?                                        12:37

12         A.    No.  I'm sorry.                        12:37

13         Q.    No need to apologize.                  12:37

14               All right.  Last -- last topic.  What did  12:37

15   you do to prepare for Topic 14?                   12:37

16         A.    Primarily reviewed the rules and       12:37

17   regulations handbook and the transgender Board    12:37

18   policy and look at emails and text messages.      12:37

19         Q.    Anything else?                         12:38

20         A.    No.                                    12:38

21         Q.    Did you consult with anyone other than  12:38

22   your attorney?                                     12:38

23         A.    No.                                    12:38

24         Q.    Is there any reason you cannot give full  12:38

25   and complete answers on behalf of the Commission?  12:38
```

Page 26

```
 1          A.    No.                                      12:38

 2          Q.    So for some of these topics, you mentioned 12:38

 3     reviewing emails and documents.  Do you know if    12:38

 4     those emails and documents have been produced to   12:38

 5     Plaintiff?                                          12:38

 6          A.    They all have, yes.                      12:38

 7          Q.    All right.  Thank you.                   12:38

 8                MS. KANG:  You can take down Exhibit 1.  12:38

 9     BY MS. KANG:                                        12:38

10          Q.    Do you understand that you're testifying 12:38

11     about these topics in the deposition notice on     12:38

12     behalf of the Commission?                          12:38

13          A.    Yes.                                     12:38

14          Q.    So just to be clear, when I ask for your 12:38

15     position on something, I -- I'm asking for the     12:38

16     position of -- of the Commission unless I say      12:38

17     otherwise.                                          12:38

18                You understand?                          12:38

19          A.    Yes, ma'am.                              12:38

20          Q.    In general, what did you do to prepare for 12:38

21     today's deposition?                                12:38

22          A.    Again, reviewed the rule -- the rules and 12:39

23     regulations.                                       12:39

24          Q.    Did you meet with anyone other than your 12:39

25     attorney?                                          12:39
```

Page 27

```
 1        A.   No.                                      12:39

 2        Q.   Did you discuss today's deposition with  12:39

 3   anyone other than your attorney?                   12:39

 4        A.   Just that I had it scheduled so people   12:39

 5   would know in the office not to send me calls.     12:39

 6        Q.   So other employees at -- at the          12:39

 7   Commission; is that right?                         12:39

 8        A.   Yes, ma'am.                              12:39

 9        Q.   Do you know who B.P.J. is?               12:39

10        A.   By name only, yes.                       12:39

11        Q.   Do you know anything else about her?     12:39

12             MS. GREEN:  I'll just object to the form, 12:39

13   to the extent he knows things from me, from counsel. 12:39

14             THE WITNESS:  I have -- only know what -- 12:39

15   the documents that have been sent to me.  I don't  12:39

16   know anything firsthand about her.                 12:40

17   BY MS. KANG:                                       12:40

18        Q.   Do you agree that B.P.J. is a girl who is 12:40

19   transgender?                                       12:40

20             MS. GREEN:  I'll object to the form.  And 12:40

21   I'll just object outside the scope.                12:40

22             THE WITNESS:  It's been presented to me  12:40

23   that way.                                          12:40

24   BY MS. KANG:                                       12:40

25        Q.   Are you aware that B.P.J. ran            12:40
```

Page 28

```
 1    cross-country on the girls' team at Bridgeport        12:40

 2    Middle School?                                        12:40

 3         A.   Yes.                                        12:40

 4         Q.   How did you become aware of that?           12:40

 5         A.   Through the court case.                     12:40

 6         Q.   Have you ever spoken to B.P.J.?             12:40

 7         A.   I have not.                                 12:40

 8         Q.   Have you ever spoken to B.P.J.'s parents?   12:40

 9         A.   No.                                         12:40

10              MS. GREEN:  And I'll just object to the     12:40

11    extent this is outside the scope.                     12:40

12    BY MS. KANG:                                          12:40

13         Q.   Have you ever spoken to B.P.J.'s sibling?   12:40

14         A.   No.                                         12:40

15         Q.   Now, I want to just talk a little bit       12:40

16    about your personal background to sort of better      12:41

17    understand your selection as -- as the witness for    12:41

18    the 30(b)(6) deposition.                              12:41

19              What is your position at the Commission?    12:41

20         A.   I am the executive director.                12:41

21         Q.   What are your responsibilities as           12:41

22    executive director?                                   12:41

23         A.   Generally oversee the organization, assign  12:41

24    duties and evaluate staff, make decisions when        12:41

25    there's disagreement amongst schools.                 12:41
```

Page 29

```
 1          Q.    What sort of duties do you assign?        12:41
 2          A.    Director of all the tournaments.  So      12:41
 3    each -- each assistant executive director is          12:41
 4    assigned multiple sports that they will oversee       12:41
 5    and -- and put on the tournaments.                    12:41
 6               I assign secretarial duties to the         12:41
 7    secretarial staff.                                    12:41
 8          Q.    How many assistant executive directors do 12:42
 9    you have?                                             12:42
10          A.    Three.                                    12:42
11          Q.    So I believe you said you make decisions  12:42
12    when schools have disputes.  Is that accurate?        12:42
13          A.    Yes, ma'am.                               12:42
14          Q.    Can you tell me a little bit -- a little  12:42
15    bit more about that.                                  12:42
16               MS. GREEN:  I'll just object.  Outside the 12:42
17    scope.                                                12:42
18               THE WITNESS:  If there is a difference     12:42
19    on -- opinion on eligibility of a student in one      12:42
20    school, one school may say they are eligible, one     12:42
21    school may say they are ineligible.  So we gather     12:42
22    the facts, and we'll make a determination.            12:42
23    BY MS. KANG:                                          12:42
24          Q.    And by "we," do you mean you as the       12:42
25    executive director or the Commission?                 12:42
```

Page 30

| | | |
|---|---|---|
| 1 | A.    The Commission. | 12:42 |
| 2 | Q.    And who is -- | 12:42 |
| 3 | A.    And I -- I'm sorry.  Me as the executive | 12:42 |
| 4 | director for the Commission. | 12:42 |
| 5 | Q.    Understood. | 12:42 |
| 6 | How long have you been the executive | 12:42 |
| 7 | director? | 12:43 |
| 8 | A.    Seven years. | 12:43 |
| 9 | Q.    Have you held any other positions at the | 12:43 |
| 10 | Commission? | 12:43 |
| 11 | A.    No. | 12:43 |
| 12 | Q.    Do you -- | 12:43 |
| 13 | A.    Pardon me.  Wait a minute. | 12:43 |
| 14 | I was on the Board of Directors at one | 12:43 |
| 15 | point. | 12:43 |
| 16 | Q.    And when was that? | 12:43 |
| 17 | A.    That -- I believe it was 2012 to 2014. | 12:43 |
| 18 | Q.    What was your role when you were on the | 12:43 |
| 19 | Board of Directors? | 12:43 |
| 20 | MS. GREEN:  Object to the form. | 12:43 |
| 21 | THE WITNESS:  Approve -- approve the | 12:43 |
| 22 | workings of the organization to proof financial | 12:43 |
| 23 | reports, those things. | 12:43 |
| 24 | Also to hear appeals of students or | 12:43 |
| 25 | coaches who have been -- who violated the rule and | 12:43 |

Page 31

```
 1    they come up before the Board to either appeal their     12:44
 2    discipline or appeal their ineligibility.                12:44
 3    BY MS. KANG:                                             12:44
 4         Q.   Do you report to anyone currently as the       12:44
 5    executive director?                                      12:44
 6         A.   I have ten Board members, yes.                 12:44
 7         Q.   Is that the same Board of Directors that       12:44
 8    you were just talking about?                             12:44
 9         A.   Yes, ma'am.                                    12:44
10         Q.   Does anyone report to you?                     12:44
11         A.   My eight other staff members report to me,    12:44
12    yes.                                                     12:44
13         Q.   What are their titles?                         12:44
14         A.   Three of --                                    12:44
15              MS. GREEN:  Object.  Outside the scope.        12:44
16              And can I just have a continuing objection     12:44
17    for the outside scope, or you want be to keep            12:44
18    hopping in?                                              12:44
19              MS. KANG:  Yes.  I'll grant you a              12:44
20    continuing objection for outside the scope, Roberta.    12:44
21              MS. GREEN:  Thank you.  Thank you.             12:44
22              THE WITNESS:  There are three assistant        12:44
23    executive directors, one events communication           12:44
24    coordinator, one bookkeeper, and three secretaries.     12:44
25    ///
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MS. KANG:                                        12:45

 2        Q.   Have you ever been employed by -- employed  12:45

 3    by the Attorney General's Office of the State of     12:45

 4    West Virginia?                                       12:45

 5        A.   No.                                         12:45

 6        Q.   Have you ever been employed by the          12:45

 7    West Virginia House of Delegates?                    12:45

 8        A.   No.                                         12:45

 9        Q.   Have you ever been employed by the          12:45

10    West Virginia Senate?                                12:45

11        A.   No.                                         12:45

12        Q.   Have you ever been employed by the          12:45

13    Harrison County Board of Education?                  12:45

14        A.   No.                                         12:45

15        Q.   Have you ever been employed by the          12:45

16    West Virginia State Board of Education?              12:45

17        A.   No.                                         12:45

18        Q.   So I am going to introduce to you a         12:45

19    document that is going to be marked as Exhibit 2.    12:45

20             And I'll let you know when it should        12:45

21    appear in your Marked Exhibit folder.                12:45

22             (Deposition Exhibit 2 was marked for        12:45

23             identification and is attached hereto.)     12:45

24    BY MS. KANG:                                         12:45

25        Q.   So if you go to your Marked Exhibit         12:45
```

Page 33

| | |
|---|---|
| 1 | folder, you should now see a document that's been | 12:45 |
| 2 | marked as Exhibit 2. | 12:45 |
| 3 | Let me know when you see it. | 12:46 |
| 4 | A.   Okay. | 12:46 |
| 5 | Q.   So on Page 2 of Exhibit 2, you'll see a | 12:46 |
| 6 | section entitled "Bernie Dolan," and this is -- I'll | 12:46 |
| 7 | represent to you that this is a screenshot that I | 12:46 |
| 8 | took from the Commission website on February 10th, | 12:46 |
| 9 | 2022.  And in the bottom left corner you'll see the | 12:46 |
| 10 | URL stamp where I pulled it from the website. | 12:46 |
| 11 | And I'd just like to ask you a few | 12:46 |
| 12 | questions about your biography in -- on this page. | 12:46 |
| 13 | Do you agree with what's written in the | 12:46 |
| 14 | paragraph on Page 2 of Exhibit 2 under "Bernie | 12:46 |
| 15 | Dolan"? | 12:46 |
| 16 | MS. MORGAN:  Counsel, this is Kelly | 12:46 |
| 17 | Morgan. | 12:46 |
| 18 | I do not see an Exhibit 2 in the Egnyte. | 12:46 |
| 19 | MS. KANG:  So if you're -- if anyone is | 12:46 |
| 20 | having trouble accessing the Marked Exhibits, I | 12:46 |
| 21 | recommend clicking on the folder again to refresh | 12:46 |
| 22 | it. | 12:46 |
| 23 | Let me know if you continue to have | 12:47 |
| 24 | problems. | 12:47 |
| 25 | THE WITNESS:  I do -- I agree with what is | 12:47 |

Page 34

```
 1    written there.                                    12:47
 2    BY MS. KANG:                                      12:47
 3        Q.   Where did you work before your current   12:47
 4    role at the Commission?                           12:47
 5        A.   Ohio County Schools.                      12:47
 6        Q.   How long did you work there?             12:47
 7        A.   30 years.                                12:47
 8        Q.   Whoa.                                    12:47
 9             Did you interact with any transgender    12:47
10    individuals in that role?                         12:47
11        A.   I did not.                               12:47
12        Q.   When did you attend West Virginia        12:47
13    University?                                       12:47
14        A.   I graduated in '85; so probably '81 to   12:47
15    '85.                                              12:47
16        Q.   And when did you attend Salem            12:47
17    International University?                          12:47
18        A.   I would say '99 to 2000 or 2000 to 2001. 12:47
19        Q.   What is the Super Six?                   12:47
20        A.   State football championship.            12:48
21        Q.   What was your role there?               12:48
22        A.   I had a variety of roles starting out from 12:48
23    assistant media director over the years to being the 12:48
24    director -- once I was the athletic director of   12:48
25    Wheeling Park High School.                        12:48
```

Page 35

```
 1          Q.   What was your role as the athletic        12:48
 2     director?                                           12:48
 3          A.   I was the athletic director at Wheeling   12:48
 4     Park High School.                                   12:48
 5               What was the question?                    12:48
 6          Q.   Sure.                                      12:48
 7               Could you tell me what some of your       12:48
 8     responsibilities were in that role?                 12:48
 9          A.   I would oversee the coaches, do their     12:48
10     evaluations, purchase equipment for each team, as  12:48
11     well as coordinate transportation, and also make   12:48
12     sure all eligibility information was submitted to   12:48
13     the Commission -- Commission as well as accurate.   12:48
14          Q.   What is the state golf tournament?        12:49
15          A.   State championship for golf.              12:49
16          Q.   And what was your role there?             12:49
17          A.   The director.                             12:49
18          Q.   What is OVAC?                              12:49
19          A.   It's the Ohio Valley Athletic Conference. 12:49
20     It was the conference that Wheeling Park was a      12:49
21     member of, and still is, but it's the athletic     12:49
22     conference for the high schools.                    12:49
23          Q.   What was your role there?                 12:49
24          A.   I served on executive Board a couple of   12:49
25     the years while I was the athletic director at     12:49
```

Page 36

```
 1    Wheeling Park.                                    12:49

 2         Q.    Finally, what is WVADA?               12:49

 3         A.    West Virginia Athletic Directors      12:49

 4    Association.                                      12:49

 5         Q.    What was your role there?             12:49

 6         A.    I served on the executive Board -- or the   12:49

 7    Board of Directors for a couple of years while I was   12:49

 8    the athletic director at Wheeling Park High School.    12:49

 9         Q.    And do you yourself play sports?      12:50

10         A.    A little bit still.                   12:50

11         Q.    What sports do you play?              12:50

12         A.    Tennis a little bit.  Basketball a little   12:50

13    bit.  Pickleball.                                12:50

14         Q.    Do you currently coach any sports?    12:50

15         A.    I do not.                             12:50

16         Q.    Did you used to coach?                12:50

17         A.    I did.                                12:50

18         Q.    What did you coach?                   12:50

19         A.    18 years I coached boys' and girls' track   12:50

20    at Wheeling Park High School;                    12:50

21              12 as the head coach for both boys and   12:50

22    girls;                                           12:50

23              Assistant coach of football;          12:50

24              And assistant coach of girls' basketball.   12:50

25         Q.    Thank you.                            12:50
```

Page 37

```
 1              MS. KANG:  You can take down Exhibit 2    12:50
 2    now.                                               12:50
 3    BY MS. KANG:                                       12:50
 4        Q.   So now I want to move into talking a      12:50
 5    little bit more about the Commission and its       12:50
 6    structure.                                         12:50
 7              When was the Commission founded?         12:50
 8        A.   In 1916.                                  12:50
 9        Q.   Why was it founded?                       12:51
10        A.   To primarily handle disputes between      12:51
11    schools at that point, and they did provide        12:51
12    championship opportunities for schools.            12:51
13        Q.   What sort of disputes between schools?    12:51
14        A.   As I said earlier, it could be            12:51
15    eligibility; it could have been breaking of        12:51
16    contracts; could be officials, you know -- who --  12:51
17    what officials get assigned to games.              12:51
18              So there is quite a bit of conflict      12:51
19    possible.                                          12:51
20        Q.   How does the Commission define secondary  12:51
21    sports?                                            12:51
22        A.   Secondary sports, we are -- we oversee the 12:51
23    sports that we currently have, which is -- a number 12:51
24    of them.                                           12:52
25              But the -- what happens is, as the schools 12:52
```

Page 38

```
 1    offer these sports as clubs, once there is enough      12:52
 2    schools that offer the sports, then they would         12:52
 3    petition us to recognize an additional sport.  So we   12:52
 4    have, I believe, 19 championships at this point.       12:52
 5         Q.   What grades count as a secondary grade?      12:52
 6         A.   6th through 12.                               12:52
 7         Q.   Do you know if Bridgeport Middle School      12:52
 8    qualifies as a secondary school?                       12:52
 9         A.   They are a member of our association.  So    12:52
10    yes.                                                    12:52
11         Q.   Can you tell me what is a member of          12:52
12    your -- what does a member of your association mean?   12:52
13         A.   First of all, initially there was           12:52
14    a initia- -- an initiation fee.  And there were        12:52
15    dues.  But we have not charged dues for 20 years.      12:52
16              To be a member, you just have to             12:53
17    provide -- you have to agree to follow all the rules   12:53
18    and regulations as well as provide an opportunity      12:53
19    for a boy sport and a girl sport in each of the        12:53
20    seasons.                                                12:53
21         Q.   So each member school has to offer a boys'   12:53
22    team or a girls' team for each support?                12:53
23         A.   Yes.                                          12:53
24         Q.   Is that right?                                12:53
25         A.   Yes.  Yes.                                    12:53
```

Page 39

```
 1        Q.   And you said you stopped collecting dues    12:53
 2   for 20 years; is that correct?                        12:53
 3        A.   Yes.                                         12:53
 4        Q.   Why did the Commission stop collecting       12:53
 5   dues?                                                  12:53
 6        A.   At that point, it was more trouble than it   12:53
 7   was worth it.   There wasn't that much money coming    12:53
 8   in from dues.   It was before my time, though.         12:53
 9        Q.   Understood.                                  12:53
10             How many employees does the Commission       12:53
11   have currently?                                        12:53
12        A.   Nine.                                        12:53
13        Q.   Is there someone who is considered in        12:54
14   charge of the Commission?                              12:54
15        A.   I would assume -- I am the executive         12:54
16   director.   So I would be in charge.   But I still     12:54
17   answer to my Board of Directors.                       12:54
18        Q.   So does the Commission have a relationship   12:54
19   with the State Board of Education in West Virginia?    12:54
20        A.   We do have a relationship, number one.   As  12:54
21   our rules are promulgated from our members, they       12:54
22   will submit rules to be voted on by the membership     12:54
23   at our Board of Control.                               12:54
24             If at the Board of Control they pass by a    12:54
25   majority, then those rules get submitted to the        12:54
```

Page 40

```
 1    State Board of Education who would then put them out    12:54
 2    for public comment.                                     12:54
 3            And they would have final vote on whether       12:54
 4    or not the rule becomes law.  And if it does, they      12:54
 5    will submit that to the Secretary of State's office.    12:55
 6        Q.   So just to clarify, who submits the rules      12:55
 7    to the Board of Control again?                          12:55
 8        A.   Principals.  We are a principals              12:55
 9    organization.  So each principal has one vote in our   12:55
10    membership.                                            12:55
11        Q.   And are you the principal of your member      12:55
12    school?                                                12:55
13        A.   Yes, ma'am.                                   12:55
14        Q.   Do you personally, as the executive          12:55
15    director, work with the State Board of Education of    12:55
16    West Virginia?                                         12:55
17        A.   Not directly.                                 12:55
18            MS. GREEN:  I'm sorry.  Could -- I'm           12:55
19    sorry.                                                 12:55
20            Ms. Kang, would you repeat the question?       12:55
21            MS. KANG:  Sure.                               12:55
22    BY MS. KANG:                                           12:55
23        Q.   Do you personally, as the executive          12:55
24    director, have a role or relationship with the State  12:55
25    Board of Education of West Virginia?                   12:55
```

Page 41

```
1        A.   I don't have a -- I mean, I have a working      12:55
2   relationship because we deal with same schools.  But      12:55
3   as far as on a daily basis of any interaction, no --      12:55
4   other than they approve the rules.                        12:56
5        Q.   Does the Commission have a relationship          12:56
6   with the County Board of Education?                        12:56
7        A.   Not really.  We are a principals                 12:56
8   organization.  We do communicate with county boards.      12:56
9   But our membership are the high schools.                   12:56
10       Q.   What sort of communication --                    12:56
11       A.   And --                                           12:56
12       Q.   Oh, sorry.                                       12:56
13            What sort of communications would you have       12:56
14   with the County Board?                                    12:56
15       A.   Oftentimes we would -- if there is rules         12:56
16   or memos that we go out and send out, sometimes we        12:56
17   will send them to the County Boards of Education          12:56
18   that -- to keep them up to date on what is going on       12:56
19   with the Commission.                                      12:56
20       Q.   By "rules," do you mean the Commission's         12:56
21   rules?                                                    12:56
22       A.   It could be -- yes, the Commission rules.        12:56
23   Yep.  Yes.                                                12:57
24       Q.   Does the Commission determine who can play       12:57
25   on a secondary school sports team?                        12:57
```

Page 42

```
 1              MS. GREEN:  Object to the form.        12:57
 2              THE WITNESS:  When you say "Commission,"  12:57
 3      it's not the nine members here at the office.   12:57
 4              The Commission, technically, is made up by  12:57
 5      the 286 members.  So they have voted in the rules,  12:57
 6      and they are required by law -- by the -- being a  12:57
 7      member to follow those rules.  So only when there is  12:57
 8      a dispute do we intervene.                      12:57
 9      BY MS. KANG:                                     12:57
10         Q.   So I'd ask who makes the initial        12:57
11      determination of a student's eligibility?       12:57
12         A.   That would be the school.               12:57
13         Q.   I believe you mentioned earlier the -- a  12:57
14      dispute process.  So the student -- or a student's  12:57
15      eligibility is disputed.                        12:57
16              Can you walk me through what would happen  12:57
17      there?                                           12:57
18         A.   It could be a school sending -- if       12:57
19      Student A left School Number 1, went to School   12:58
20      Number 2, and didn't follow the normal transfer  12:58
21      procedures, School A might file a complaint to say,  12:58
22      "Hey, can you look at so-and-so because they never  12:58
23      sat out with School B, or Number 2."            12:58
24              So we would intervene and get the        12:58
25      information, work with the two schools, and come up  12:58
```

Page 43

```
 1    with a final answer.                          12:58

 2         Q.   What sort of information would you look   12:58

 3    at?                                           12:58

 4         A.   Whether they -- when they enrolled at the   12:58

 5    school, who they -- are they still living with their   12:58

 6    parents, same household, did they -- did they make a   12:58

 7    bona fide move, and whether they have a 2.0 or not.   12:58

 8    Things like that.                             12:58

 9         Q.   Anything else?                      12:58

10         A.   Could be age.  There's a number of rules   12:58

11    for eligibility, but those are the biggest ones.   12:58

12         Q.   So if a student is deemed ineligible by   12:59

13    the Commission, is that student -- student   12:59

14    prohibited from playing?                      12:59

15         A.   The student would be prohibited from   12:59

16    playing in a varsity or JV game.  There's only a   12:59

17    limited exception as to when they would be able to   12:59

18    even practice with the team.  But for the most part,   12:59

19    if you're ineligible, you're ineligible for all   12:59

20    activities for that team.                     12:59

21         Q.   And I believe you mentioned that you have   12:59

22    286 member schools.  Do you know if that includes   12:59

23    all the schools -- secondary schools in   12:59

24    West Virginia?                                12:59

25         A.   It does not.                        12:59
```

Page 44

| | | |
|---|---|---|
| 1 | Q.   Do you know how many schools are not a | 12:59 |
| 2 | member school in West Virginia? | 12:59 |
| 3 | A.   I do not. | 12:59 |
| 4 | Q.   If the Commission finds a person is | 12:59 |
| 5 | ineligible, is there an appeal process? | 12:59 |
| 6 | A.   Yes, there is. | 12:59 |
| 7 | Q.   Can you walk me through what that appeal | 13:00 |
| 8 | process looks like? | 13:00 |
| 9 | A.   They would -- I would send them a letter | 13:00 |
| 10 | telling them initially that they were determined | 13:00 |
| 11 | ineligible.  If they would like a hearing in front | 13:00 |
| 12 | of our Board of Directors, then along with the | 13:00 |
| 13 | level -- along with a letter of ineligibility, I | 13:00 |
| 14 | would send the appeal papers that they would fill | 13:00 |
| 15 | out and return to me. | 13:00 |
| 16 | And then within 30 days, I would bring | 13:00 |
| 17 | them before our Board of Directors for them to make | 13:00 |
| 18 | a decision to grant a waiver or not.  And the Board | 13:00 |
| 19 | can grant a waiver for rule fails to accomplish what | 13:00 |
| 20 | it was intended for or there's a hardship on the | 13:00 |
| 21 | student. | 13:00 |
| 22 | Q.   What sort of hardship would count? | 13:00 |
| 23 | A.   It -- it's up to the Board of Directors. | 13:00 |
| 24 | So there is -- there's no marker that you have to | 13:00 |
| 25 | hit.  So there's lots of different things that may | 13:01 |

Page 45

```
 1    have come up.                                    13:01
 2         Q.   Have you taken part in the appeal process   13:01
 3    before?                                          13:01
 4         A.   When I was a member of the Board of    13:01
 5    Directors, yes.                                  13:01
 6         Q.   So is it the Board of Directors that makes  13:01
 7    the determination on the appeal?                 13:01
 8         A.   Yes.                                    13:01
 9         Q.   Are you familiar with WVEIS, the       13:01
10    West Virginia Education Information System?      13:01
11         A.   Yes.                                    13:01
12         Q.   Does the Commission have any control over  13:01
13    the information that goes into WVEIS?            13:01
14         A.   No.  We have no access to that note.   13:01
15         Q.   In West Virginia, to your knowledge, has a  13:01
16    college team ever competed against a middle school  13:01
17    team?                                            13:02
18         A.   Has a college team ever competed against a  13:02
19    middle school?                                   13:02
20         Q.   That's correct.                         13:02
21         A.   It would be against our rule if they did.  13:02
22    But no, not to my knowledge.                     13:02
23         MS. KANG:  So I'm going to introduce a       13:02
24    document to you that's going to be marked as      13:02
25    Exhibit 3, and I'll let you know when folks can   13:02
```

Page 46

| | | |
|---|---|---|
| 1 | access it in their Marked Exhibit folder. | 13:02 |
| 2 | (Deposition Exhibit 3 was marked for | 13:02 |
| 3 | identification and is attached hereto.) | 13:02 |
| 4 | MS. KANG:  So Exhibit 3 should now be in | 13:02 |
| 5 | everyone's Marked Exhibit folder.  If you don't see | 13:02 |
| 6 | it, try clicking on the folder again to refresh it. | 13:03 |
| 7 | BY MS. KANG: | 13:03 |
| 8 | Q.   Mr. Dolan, let me know when you're able to | 13:03 |
| 9 | access Exhibit 3. | 13:03 |
| 10 | A.   Okay. | 13:03 |
| 11 | Q.   Do you recognize this document? | 13:03 |
| 12 | A.   It is our rules and regulations handbook. | 13:03 |
| 13 | Yes. | 13:03 |
| 14 | Q.   Do you know who prepared this document? | 13:03 |
| 15 | A.   Over time it's -- you know -- you know, | 13:03 |
| 16 | it's the charge of one of my secretaries to -- once | 13:03 |
| 17 | rules are changed, to submit the changes.  But we | 13:03 |
| 18 | take care of that in -- in the office here. | 13:03 |
| 19 | Q.   So is this a Commission that's responsible | 13:03 |
| 20 | for the information in the rules and regulations | 13:03 |
| 21 | handbook? | 13:03 |
| 22 | A.   Yes. | 13:03 |
| 23 | Q.   So you'll notice that on the first page of | 13:03 |
| 24 | Exhibit 3 it says that this was revised and printed | 13:04 |
| 25 | August 2021. | 13:04 |

Page  47

| | | |
|---|---|---|
| 1 | Is this the most recent version of the | 13:04 |
| 2 | rules and regulations? | 13:04 |
| 3 | A.   Yes.   There may be editorial changes | 13:04 |
| 4 | between then, but that's the most recent copy we | 13:04 |
| 5 | have, yes. | 13:04 |
| 6 | Q.   So is it fair to say -- | 13:04 |
| 7 | A.   For -- | 13:04 |
| 8 | Q.   I'm sorry.  Go ahead. | 13:04 |
| 9 | A.   For the current year. | 13:04 |
| 10 | Q.   So is it fair to say that this document | 13:04 |
| 11 | is -- is currently in effect? | 13:04 |
| 12 | A.   Yes. | 13:04 |
| 13 | Q.   And just to be clear, is this the rules | 13:04 |
| 14 | and regulations handbook that you reviewed when | 13:04 |
| 15 | preparing for this deposition? | 13:04 |
| 16 | A.   Yes. | 13:04 |
| 17 | Q.   Is the Commission required to follow these | 13:04 |
| 18 | rules and regulations? | 13:04 |
| 19 | A.   The Commission as well as all the member | 13:04 |
| 20 | schools, yes. | 13:04 |
| 21 | Q.   So I believe you might have mentioned it | 13:04 |
| 22 | earlier, but just to be clear, can you walk me | 13:04 |
| 23 | through the rule-making process of the rules and | 13:05 |
| 24 | regulations in this handbook? | 13:05 |
| 25 | A.   Okay.  Any principal can submit a rule | 13:05 |

Page 48

| | | |
|---|---|---|
| 1 | proposal.  It has to be in by January 15th. | 13:05 |
| 2 | This rule proposal would then be looked at | 13:05 |
| 3 | by our constitution and bylaws committee.  They | 13:05 |
| 4 | would make sure that it's legal and written | 13:05 |
| 5 | appropriate. | 13:05 |
| 6 | In the next week here, we'll be sending | 13:05 |
| 7 | out those proposals, all of our rule proposal | 13:05 |
| 8 | changes out to our membership. | 13:05 |
| 9 | We will meet in the -- the first week of | 13:05 |
| 10 | in April.  And we will go over all of the rule | 13:05 |
| 11 | proposals, and we'll vote on them individually. | 13:05 |
| 12 | If they pass by a majority, they'll move | 13:05 |
| 13 | on to the State Board of Education, who puts them | 13:05 |
| 14 | out for comment.  And then they will vote on them | 13:05 |
| 15 | whether or not they will move forward as part of our | 13:06 |
| 16 | rule book. | 13:06 |
| 17 | Q.   What do you mean by you make sure that the | 13:06 |
| 18 | proposed rule is legal? | 13:06 |
| 19 | A.   Sometimes the way it's written may not be | 13:06 |
| 20 | appropriate.  You know, there just may be | 13:06 |
| 21 | misspellings, misinterpretation.  So any changes we | 13:06 |
| 22 | make would go back to the person who made it.  We | 13:06 |
| 23 | would re-read it and say, "Is this what your intent | 13:06 |
| 24 | was" to make sure it's written properly. | 13:06 |
| 25 | Q.   And just to be clear, who exactly votes on | 13:06 |

Page 49

| | | |
|---|---|---|
| 1 | the proposed rule in the Commission? | 13:06 |
| 2 | A.   At our Board of Control, all 286 members | 13:06 |
| 3 | are eligible to vote.   So if they come to our annual | 13:06 |
| 4 | meeting, we will discuss each item.   And then the | 13:07 |
| 5 | next day we vote on every item that we have. | 13:07 |
| 6 | Q.   So it -- it would be the Board of Control | 13:07 |
| 7 | and any member school who participate in that | 13:07 |
| 8 | meeting that would vote on that rule? | 13:07 |
| 9 | A.   That is correct. | 13:07 |
| 10 | Q.   Who amends these rules if they need | 13:07 |
| 11 | amendments? | 13:07 |
| 12 | A.   Beforehand, it would be the constitution | 13:07 |
| 13 | and bylaws.   There is a committee that we have | 13:07 |
| 14 | that -- made up of five principals. | 13:07 |
| 15 | Q.   Who is responsible for enforcing these | 13:07 |
| 16 | rules? | 13:07 |
| 17 | A.   All of the member schools plus the SSAC | 13:07 |
| 18 | office itself. | 13:07 |
| 19 | Q.   What happens if a member school doesn't | 13:07 |
| 20 | follow these rules? | 13:07 |
| 21 | A.   Either the coach, the administration, or | 13:07 |
| 22 | the school itself could face any sort of penalty | 13:07 |
| 23 | from a letter of warning to suspension or fine. | 13:08 |
| 24 | Q.   By "suspension," do you mean suspension | 13:08 |
| 25 | from being a member school? | 13:08 |

Page 50

1        A.   I don't know if we have ever suspended        13:08
2   anybody from being a member school, but it would be    13:08
3   suspicion of games, maybe not able to participate in   13:08
4   championships.                                          13:08
5            But, to my knowledge, we have never           13:08
6   suspended anybody from being a member.                 13:08
7        Q.   Is it possible for the Commission to         13:08
8   cancel a school's membership?                          13:08
9        A.   I'm not sure.                                13:08
10       Q.   To your knowledge, has anyone ever           13:08
11  submitted a rule proposal about the participation of   13:08
12  transgender students?                                  13:08
13       A.   No.                                          13:08
14       Q.   So I'm going to be just walking you          13:09
15  through a couple of excerpts in this exhibit.  And     13:09
16  it is quite long.  So I'm only going to be pointing    13:09
17  to certain sections.                                   13:09
18           So with that said, as I am going through,     13:09
19  if you want me to slow down or pause, or you want to   13:09
20  read over something, just -- just let me know.         13:09
21           So I'm going to ask you to turn to Page 99    13:09
22  of the pdf.  In the bottom right-hand corner, it       13:09
23  will be stamped WVSSAC000216.  And let me know         13:09
24  whenever you happen to get there.                      13:09
25       A.   What page again?                             13:10

Page 51

```
 1          Q.   So it's Page 99 of the pdf.  But I believe    13:10
 2     it's Page 85 of the actual document.                    13:10
 3          A.   Okay.                                          13:10
 4          Q.   And just for future reference, when I --       13:10
 5     when I say Page 99 or Page 2, I'm referring the page     13:10
 6     of the pdf not the page numbers that may be written     13:10
 7     in the exhibit.                                          13:10
 8               MS. GREEN:  His assistant is slow.  He has     13:10
 9     got a really slow assistant over here who is paging     13:10
10     through a page at a time.  We should be back in         13:10
11     about two weeks.                                         13:10
12               THE WITNESS:  Is it the organizational        13:10
13     chart?                                                   13:10
14     BY MS. KANG:                                             13:10
15          Q.   That's correct.                                13:10
16          A.   Okay.  Yes.  I am there.                       13:10
17          Q.   Do you recognize this organizational          13:10
18     chart?                                                   13:10
19          A.   I do.                                          13:11
20          Q.   Do you believe that accurately reflects       13:11
21     the organizational structure of the Commission?         13:11
22          A.   Except for the State Board of Education,       13:11
23     they only have oversight of our -- they have final      13:11
24     say of our rules.  So that may be why they are          13:11
25     placed at the top.                                       13:11
```

Page 52

```
 1              The Board of Directors -- I'm not sure it       13:11
 2    accurately reflects our organization.  But yeah.         13:11
 3         Q.    Would --                                      13:11
 4         A.    The Board of Directors does not answer to     13:11
 5    the Board of Control, I guess.                           13:11
 6         Q.    So, I guess, where would you place the        13:11
 7    Board of Directors in the organizational chart to        13:11
 8    make it more accurate?                                   13:11
 9         A.    Well, I would probably and will probably      13:11
10    move State Board of Education, National Federation       13:11
11    out of the chart, and Board of Directors would be at     13:11
12    the top.  Board of Control would be where the            13:11
13    National Federation is.                                  13:12
14         Q.    So is it fair to say that the Board of        13:12
15    Directors is probably the one at the head of the         13:12
16    organization?                                            13:12
17         A.    That is correct.                              13:12
18         Q.    I'm just going to ask you few questions       13:12
19    about a couple of these -- of these entries on the       13:12
20    organizational chart.                                    13:12
21              Can you tell me a little more about the        13:12
22    State Board of Education's relationship with the         13:12
23    Board of Control specifically.                           13:12
24         A.    With the Board of Control, the State Board    13:12
25    of Education has final -- they will review and put       13:12
```

Page 53

```
 1     the rules out for comments by the general public,      13:12
 2     and they'll have the final say on the votes.           13:12
 3            That's probably the only relationship the       13:12
 4     State Board of Education has with the Board of         13:12
 5     Control.                                               13:13
 6        Q.   I know you touched a bit on this earlier,      13:13
 7     but could you tell me a bit more about what the        13:13
 8     Board of Control's role is in the Commission.          13:13
 9        A.   The Board of Control's charge is to vote       13:13
10     for rule changes, either vote them up or down.         13:13
11        Q.   What do you mean by "vote them up or           13:13
12     down"?                                                 13:13
13        A.   When the -- they are put up for a vote,        13:13
14     whether it's to create a new rule or not, it's their   13:13
15     vote -- it's a majority of the Board of Control that   13:13
16     is there that day for the vote.                        13:13
17            It either passes or it fails.  If it            13:13
18     passes, it goes on to the State Board of Education.    13:13
19        Q.   Does the State Board ever promulgate rules     13:13
20     that the Commission has to follow?                     13:13
21        A.   The State Board has a 2.0 policy that is       13:13
22     in our rule book, but it never passed our Board of     13:14
23     Control.  It was -- it's a State Board of Education    13:14
24     policy.                                                13:14
25        Q.   Does the Commission have to follow that        13:14
```

Page 54

```
1    2.0 rule?                                        13:14

2         A.   Yes.  And all of our members.         13:14

3         Q.   Are you aware of any other rules from the   13:14

4    State Board of Education?                        13:14

5         A.   Not really.                            13:14

6         Q.   What is the Board of Control's         13:14

7    relationship with the directors, if any?        13:14

8         A.   Five of the Board of Directors are     13:14

9    principals; so five of those principals would be  13:14

10   members of the Board of Control.  That's about   13:14

11   the -- the best relationship -- the only         13:14

12   relationship they have.                          13:14

13        Q.   What is the Board of Control's         13:14

14   relationship with the executive director?        13:14

15        A.   None, really.  I mean, the Board -- the  13:15

16   Board -- the five members of the Board of Directors  13:15

17   that are principals represented an administrative  13:15

18   district.  And so the Board -- the Board of      13:15

19   Directors answers to schools in their district.  So  13:15

20   that's the only indirect connection between myself  13:15

21   and the Board of Control.                        13:15

22        Q.   And there are ten Board of             13:15

23   Directors members; is that right?               13:15

24        A.   Yes, ma'am.                            13:15

25        Q.   Does any member of the Board of Directors  13:15
```

Page 55

```
 1    ever promulgate or propose rules?              13:15
 2         A.   If they are one of the five principals   13:15
 3    they can, yes.                                 13:15
 4         Q.   Can you tell me a little bit more about  13:15
 5    what your assistant executive directors do in   13:16
 6    relation to the rules in this handbook?         13:16
 7         A.   Basically they -- they can help interpret 13:16
 8    the rules between our member schools, if there is 13:16
 9    issues.                                        13:16
10         But they primarily are responsible for the 13:16
11    championships in their particular sports.  But they 13:16
12    can answer questions and interpretations on disputes 13:16
13    of the rule book between schools.              13:16
14         Q.   By overseeing the championship, does that 13:16
15    include issuing rules for the championship?     13:16
16         A.   No.  All of our playing rules are created 13:16
17    by the National Federation.  There are some times 13:16
18    that they have -- by state adoption that you can 13:16
19    modify rules, but we follow the NFHS playing rules 13:16
20    100 percent.                                   13:17
21         Q.   So the --                            13:17
22         A.   Close a 100 percent.  As close to a   13:17
23    100 percent as possible.                       13:17
24         Q.   So does -- so the Commission does not have 13:17
25    any of its own rules in relation to championship? 13:17
```

Page 56

```
 1          A.   No.   There are rules in there that govern    13:17
 2   how many people are at the game; you know, how many      13:17
 3   teams are at the game; where the game is going to be     13:17
 4   held.  All those things.  The time.  The place.          13:17
 5   Those are all determined by our Board of Directors.      13:17
 6            And then they are given the charge to           13:17
 7   myself or my -- my assistants to run those               13:17
 8   championships on those days.                             13:17
 9          Q.   What does the Sports Medicine Committee      13:17
10   do?                                                      13:17
11          A.   They advise us in all of our rules and       13:17
12   regulations that go in for each sport for safety.        13:18
13   For instance, concussion, heat illness, sudden           13:18
14   cardiac arrest, whether we are making modifications      13:18
15   to practice schedules based on their -- their            13:18
16   expertise.                                               13:18
17            And so they will make recommendations to        13:18
18   us for modifying sports to make it more safe.            13:18
19          Q.   So who makes up the Sports Medicine          13:18
20   Committee?                                               13:18
21          A.   There's a variety of doctors and athletic    13:18
22   trainers.  I believe there is -- I mean, there is a      13:18
23   number of them.  At least 12.  I'm not sure of the       13:18
24   exact number because they come off and on.  But          13:18
25   yeah.  So they -- that's who makes it up is a            13:18
```

Page 57

| | | |
|---|---|---|
| 1 | variety of medical personnel. | 13:18 |
| 2 | Q.   And do they report to you? | 13:19 |
| 3 | A.   They would make recommendations to me to | 13:19 |
| 4 | give to the Board of Directors if we happen to have | 13:19 |
| 5 | changes about -- sport-specific things, practice, | 13:19 |
| 6 | things like that.  Things that are not in the rule | 13:19 |
| 7 | book, but they are modifications or rules that they | 13:19 |
| 8 | would apply. | 13:19 |
| 9 | Heat illness is a big example.  They are | 13:19 |
| 10 | providing recommendations on how long a practice is, | 13:19 |
| 11 | what you are allowed to do at a practice, and things | 13:19 |
| 12 | like that. | 13:19 |
| 13 | Q.   Do you happen to know if anyone from the | 13:19 |
| 14 | West Virginia Legislature spoke with anyone from the | 13:19 |
| 15 | Sports Medicine Committee before H.B. 3293 was | 13:19 |
| 16 | passed? | 13:19 |
| 17 | A.   Not that I know of. | 13:19 |
| 18 | MS. KANG:  So I think now might be a good | 13:19 |
| 19 | time for a five- to ten-minute break, just let you | 13:19 |
| 20 | stretch your legs a little bit. | 13:20 |
| 21 | THE WITNESS:  Okay. | 13:20 |
| 22 | MS. KANG:  Roberta, are you all right with | 13:20 |
| 23 | that? | 13:20 |
| 24 | MS. GREEN:  Yes.  I think it's a good | 13:20 |
| 25 | time. | 13:20 |

Page 58

| | | |
|---|---|---|
| 1 | MS. KANG:  All right.  So why don't we -- | 13:20 |
| 2 | why don't we take a break until about 1:30. | 13:20 |
| 3 | THE WITNESS:  Okay. | 13:20 |
| 4 | THE VIDEOGRAPHER:  This marks the end of | 13:20 |
| 5 | Media Number 1.  Going off the record.  The time is | 13:20 |
| 6 | 1:20. | 13:20 |
| 7 | (Brief recess.) | 13:34 |
| 8 | THE VIDEOGRAPHER:  This marks the | 13:34 |
| 9 | beginning of Media Number 2 in the deposition of | 13:34 |
| 10 | 30(b)(6) Witness Bernie Dolan. | 13:34 |
| 11 | Back on the record.  The time is 1:35. | 13:35 |
| 12 | BY MS. KANG: | 13:35 |
| 13 | Q.  Mr. Dolan, before I move on to my next | 13:35 |
| 14 | topic, I just want to ask you two more quick | 13:35 |
| 15 | questions about the Sports Medicine Committee. | 13:35 |
| 16 | To your knowledge, has the Sports Medicine | 13:35 |
| 17 | Committee or anyone from that committee ever made a | 13:35 |
| 18 | recommendation regarding transgender participation | 13:35 |
| 19 | in athletics? | 13:35 |
| 20 | A.  I don't believe it's ever been on the | 13:35 |
| 21 | agenda, no. | 13:35 |
| 22 | Q.  Do you know if the Sports Medicine | 13:35 |
| 23 | Committee has ever made a recommendation on girls | 13:35 |
| 24 | playing on boys' teams? | 13:35 |
| 25 | A.  Not in my tenure here, no.  I don't know | 13:35 |

Page 59

```
 1    about previous.                                  13:35
 2        Q.    All right.  So I'm going to have a similar   13:35
 3    set of questions next.  So just diving a little bit   13:35
 4    more into the Commission's role at -- role in    13:35
 5    sports.                                          13:35
 6            Can you tell me -- I know you mentioned  13:35
 7    some earlier -- what factors are currently used to   13:36
 8    determine a student's eligibility?              13:36
 9        A.    Number one is do they live with their --   13:36
10    are they enrolled in the school;                13:36
11            Number two, do they live with their    13:36
12    parents;                                        13:36
13            Number three, do they reside in the    13:36
14    district where their school is;                 13:36
15            What's -- what's their age as of       13:36
16    August 1st of the -- that current year;         13:36
17            Are they playing on any other teams    13:36
18    outside the school team.                        13:36
19            Those are the majority -- and do they have   13:36
20    a 2.0.                                          13:36
21            Those are the majority of the eligibility   13:36
22    reasons that somebody might not be eligible for a   13:36
23    period of time.                                 13:36
24        Q.    If I could just put a pin in that.    13:36
25            So a student could be ineligible for a   13:36
```

Page 60

```
 1    certain period of time and then gain eligibility?        13:36

 2        A.   Yes.                                            13:37

 3        Q.   And the factors that are used to determine      13:37

 4    a student's eligibility -- are those the rules and       13:37

 5    regulations in the handbook plus the rules               13:37

 6    promulgated by the State Board of Education?             13:37

 7        A.   It is the -- the rules that are in our          13:37

 8    rule book, as well as the 2.0, which is the              13:37

 9    West Virginia Department of ED's rule, State Board       13:37

10    of Education.                                            13:37

11             It's in our rule book, but it's not            13:37

12    technically our rule, but it's for all of our            13:37

13    member -- all of our public schools, and our private    13:37

14    schools follow it too.                                   13:37

15        Q.   Do the -- do the county boards of              13:37

16    education in West Virginia have any rules that           13:37

17    determine a student's eligibility?                       13:37

18             MS. GREEN:   And I'll just object to the       13:37

19    form.                                                    13:37

20             THE WITNESS:   They are not supposed to        13:37

21    have any rules additional than ours.   They have        13:38

22    given over the rights of overseeing sports to the       13:38

23    SSAC.                                                    13:38

24    BY MS. KANG:                                             13:38

25        Q.   When a student's eligibility is in            13:38
```

Page 61

| | | |
|---|---|---|
| 1 | dispute, who makes the final determination as to | 13:38 |
| 2 | that student's eligibility? | 13:38 |
| 3 | A.  I would make the initial -- well, the | 13:38 |
| 4 | school makes the initial call.  I would then either | 13:38 |
| 5 | verify or overturn their decision based upon the | 13:38 |
| 6 | facts. | 13:38 |
| 7 | And then if they're not happy with the | 13:38 |
| 8 | answer that I get, they want to appeal that, they | 13:38 |
| 9 | take that to the Board of Directors.  And if they | 13:38 |
| 10 | are -- if my ruling is sustained at the Board of | 13:38 |
| 11 | Directors, they have a Board of Review that they | 13:38 |
| 12 | could go to to get one final opportunity for a | 13:38 |
| 13 | waiver. | 13:38 |
| 14 | Q.  And the Board of Review is that different | 13:39 |
| 15 | from the Board of Control? | 13:39 |
| 16 | A.  It is.  The Board of Review is the final | 13:39 |
| 17 | Board that has seven members and may or may not be | 13:39 |
| 18 | connected to the schools.  It's more general.  But | 13:39 |
| 19 | they are appointed by the State Board of Education. | 13:39 |
| 20 | Q.  Is the Board of Review a part of the | 13:39 |
| 21 | Commission? | 13:39 |
| 22 | A.  They are appointed by the Board of -- or | 13:39 |
| 23 | the State Board of Education.  So I think you've | 13:39 |
| 24 | seen them say WVSSAC Board of Review, but we have no | 13:39 |
| 25 | input as to whether or not -- who the members are. | 13:39 |

Page 62

| | | |
|---|---|---|
| 1 | Q.   Are any Commission members currently part | 13:39 |
| 2 | of the Board of Review? | 13:39 |
| 3 | A.   There may be one member who is a Board | 13:39 |
| 4 | office personnel who also serves on the | 13:40 |
| 5 | Commission -- or on the Board of Review as the | 13:40 |
| 6 | athletic director's association, but she is not a | 13:40 |
| 7 | member -- she's not an employee of one of the | 13:40 |
| 8 | schools.  She works at the county office. | 13:40 |
| 9 | Q.   Which county office? | 13:40 |
| 10 | A.   I believe Lewis County office. | 13:40 |
| 11 | Q.   Okay.  So I want us to go back to | 13:40 |
| 12 | Exhibit 3.  And this will be Page 16 of the pdf. | 13:40 |
| 13 | And in the bottom right-hand corner it will be Bates | 13:40 |
| 14 | stamped VSV- -- WVSSAC000133.  And let me know | 13:40 |
| 15 | whenever you get a chance to review it. | 13:40 |
| 16 | MS. GREEN:  And, Ms. Kang, what was the | 13:40 |
| 17 | pdf page? | 13:41 |
| 18 | MS. KANG:  Sure.  It's Page 16. | 13:41 |
| 19 | MS. GREEN:  15 or 16? | 13:41 |
| 20 | BY MS. KANG: | 13:41 |
| 21 | Q.   16.  1,6. | 13:41 |
| 22 | A.   Okay.  I'm at 14 now. | 13:41 |
| 23 | MS. GREEN:  Sorry. | 13:41 |
| 24 | THE WITNESS:  Okay. | 13:41 |
| 25 | MS. GREEN:  And what does it read at the | 13:41 |

Page 63

```
 1    bottom?                                          13:42

 2    BY MS. KANG:                                     13:42

 3        Q.   WVSSAC000133.                           13:42

 4        A.   Yep.  Okay.  Yes.                       13:42

 5        Q.   At the top of Exhibit 3, Page 16, you'll 13:42

 6    note it says, "Title 127 Legislative Rule."      13:42

 7             Do you know what a legislative rule is?  13:42

 8        A.   I assume -- no.  All of our rules are 127. 13:42

 9    So I think that's the area that we are in.  But I 13:42

10    would probably be guessing if I did, you know.    13:42

11             MS. GREEN:  Yeah.                         13:42

12             THE WITNESS:  Yeah.                        13:42

13    BY MS. KANG:                                       13:42

14        Q.   Do you know who promulgated this specific 13:42

15    rule?                                              13:42

16             MS. GREEN:  I'll just object to the form. 13:42

17             THE WITNESS:  Well, our rules have been in 13:42

18    place since 1916.  So over time, all of our rules  13:42

19    have had some modification every year.             13:43

20             So as far as when that particular rule,   13:43

21    the most current part, I couldn't tell you.        13:43

22             It's probably -- well, it says it was     13:43

23    effective in September 9 of 2019.  So that means   13:43

24    there was a rule change at the Board of Control in 13:43

25    2019.                                              13:43
```

Page 64

```
 1    BY MS. KANG:                                      13:43

 2         Q.   Okay.  I just want to draw your attention   13:43

 3    to the section on the same page it says "127-1-2   13:43

 4    Name."                                            13:43

 5              And in this paragraph -- I'll read out a   13:43

 6    section.  But take your time reading it as well.   13:43

 7              It says [as read]:                       13:43

 8                   "Extracurricular activities of the   13:43

 9                   students in the public secondary    13:43

10                   schools are controlled pursuant to  13:43

11                   W. Va. Code 18225, and authority for  13:43

12                   the delegation of such control to the  13:43

13                   Commission is granted by statute."   13:44

14         A.   Yes.                                     13:44

15         Q.   Now, did I -- did I read this correctly?  13:44

16         A.   You did.                                 13:44

17         Q.   Is this statement accurate?              13:44

18         A.   I believe it's accurate.  But it's not   13:44

19    inclusive if that's the -- because it's -- we have   13:44

20    private schools as members also.                  13:44

21              But the legislature apparently, by       13:44

22    statute, only dealt with the public schools.      13:44

23         Q.   Do you know how many private schools are   13:44

24    part of your membership?                          13:44

25         A.   Somewhere around 20.  I don't know the   13:44
```

Page 65

```
 1    exact number.                                    13:44

 2         Q.   Are you familiar at all with West Virginia   13:44

 3    Code 18225?                                      13:44

 4         A.   Yes.                                    13:44

 5         Q.   What is your understanding of it?       13:44

 6              MS. GREEN:  I'll just object to the extent   13:44

 7    it would call for a legal conclusion.            13:44

 8              THE WITNESS:  It was when they authorized   13:45

 9    the WVSSAC.                                       13:45

10    BY MS. KANG:                                      13:45

11         Q.   What do you mean "authorized WVSSAC"?    13:45

12         A.   We had been an organization since 1916.   13:45

13    And in the late '60s, they -- for some reason they   13:45

14    put us in the code, I guess.                     13:45

15         Q.   What does "extracurricular activities" in   13:45

16    this section mean?                               13:45

17         A.   It would be sports and band.           13:45

18         Q.   Does it include club sports?           13:45

19         A.   No.  Not -- not in terms of the WVSSAC,   13:45

20    no.                                              13:45

21         Q.   When does a club sport become a sport that   13:46

22    is controlled by the WVSSAC?                     13:46

23         A.   When there is more than 30 -- more than 20   13:46

24    we can recognize it.                             13:46

25              At 32 teams, when there are 32 individual   13:46
```

Page 66

| | | |
|---|---|---|
| 1 | teams, our Board can authorize a championship for | 13:46 |
| 2 | one class. | 13:46 |
| 3 | If there is 50 percent of our | 13:46 |
| 4 | membership -- of the high school membership, they | 13:46 |
| 5 | could authorize two classes; 75 percent they could | 13:46 |
| 6 | authorize three. | 13:46 |
| 7 | Q.   So I'm going to draw your attention now | 13:46 |
| 8 | staying on the same page on Exhibit 3 to the section | 13:46 |
| 9 | that says, "127-1-3 Goals." | 13:46 |
| 10 | And I'm also going to refer you to the | 13:46 |
| 11 | section that says "3.1."  And I'll read it out loud. | 13:46 |
| 12 | And feel free to take your time reading it as well. | 13:46 |
| 13 | [As read]: | 13:46 |
| 14 | "This Commission, through the | 13:46 |
| 15 | employment of instrumentalities | 13:46 |
| 16 | hereinafter established, shall | 13:47 |
| 17 | supervise and control interscholastic | 13:47 |
| 18 | athletics and band activities among | 13:47 |
| 19 | member schools." | 13:47 |
| 20 | A.   Okay. | 13:47 |
| 21 | Q.   Did I read this correctly? | 13:47 |
| 22 | A.   You did. | 13:47 |
| 23 | Q.   Is this statement accurate? | 13:47 |
| 24 | MS. GREEN:  Object to form. | 13:47 |
| 25 | THE WITNESS:  Yes. | 13:47 |

Page 67

```
 1    BY MS. KANG:                                      13:47

 2         Q.   What does "supervise and control        13:47

 3    interscholastic athletics" mean?                  13:47

 4              MS. GREEN:  Object to the form.          13:47

 5              THE WITNESS:  Provide the rules and make 13:47

 6    sure that everybody is following the rules.       13:47

 7    BY MS. KANG:                                      13:47

 8         Q.   And how do you make sure that everyone is 13:47

 9    following the rules?                              13:47

10         A.   Well, usually it -- you know, it's brought 13:47

11    to our attention either through members of the    13:47

12    public, schools in particular.  Sometimes we see  13:47

13    violations in the newspaper, and we follow up on  13:47

14    them.                                             13:48

15         Q.   By "follow up," you mean you reach out to 13:48

16    the individual member school?                     13:48

17         A.   Yes.  And ask them for a written response 13:48

18    as to what the allegation might be.               13:48

19         Q.   And do you have a rough estimate of how  13:48

20    many violations happen a year?                    13:48

21         A.   How many violations?  Or how many times  13:48

22    are we called about a violation?                  13:48

23         Q.   Let's say, how many times you are called 13:48

24    for a violation.                                  13:48

25         A.   If I had to guess, it would probably be  13:48
```

Page 68

```
 1    two or three a month.  Not counting the appeals --      13:48

 2    the student appeals.                                    13:48

 3         Q.   How does a school stop being a member of      13:48

 4    the WVSSAC?                                             13:48

 5         A.   To be honest with you, I'm not sure how a     13:49

 6    public school does.                                    13:49

 7              The private school simply writes us a         13:49

 8    letter and says, "We no longer want to be a member     13:49

 9    of your organization."  There's no penalty for         13:49

10    withdrawal.                                            13:49

11         Q.   Is there a reason why it's a different        13:49

12    rule for a private school versus a public school?      13:49

13         A.   I guess a public could withdraw.             13:49

14         Q.   To your knowledge, has any public school     13:49

15    ever withdrawn?                                        13:49

16         A.   No.  Just -- they have consolidated; and,    13:49

17    therefore, they become a new school, or they've        13:49

18    closed and have been absorbed into a new school.       13:49

19    But, to my knowledge, no public school has ever not    13:49

20    been a member.                                         13:49

21         Q.   Are all public schools in West Virginia      13:49

22    currently members?                                     13:49

23         A.   All public secondary schools 6 through 12,   13:49

24    yes.                                                   13:49

25         Q.   If a school is not a member of the           13:49
```

Page 69

| | | |
|---|---|---|
| 1 | Commission, could it still offer interscholastic | 13:49 |
| 2 | sports? | 13:49 |
| 3 | A.   Yes. | 13:49 |
| 4 | Q.   Can a school that is not a member compete | 13:50 |
| 5 | with member schools? | 13:50 |
| 6 | A.   As long as they are a school, yes. | 13:50 |
| 7 | Q.   So now I would like to draw your attention | 13:50 |
| 8 | to Page 17 of Exhibit 3, it should be just the next | 13:50 |
| 9 | page down. | 13:50 |
| 10 | And I'll ask you to look at the paragraph | 13:50 |
| 11 | that starts "127-1-4. Membership." | 13:50 |
| 12 | A.   Okay. | 13:50 |
| 13 | Q.   And that paragraph says [as read]: | 13:50 |
| 14 | "The WVSSAC shall be composed of the | 13:50 |
| 15 | principals or designee, of those public | 13:50 |
| 16 | or private secondary schools which have | 13:50 |
| 17 | certified in writing to the State | 13:50 |
| 18 | Superintendent of Schools of | 13:50 |
| 19 | West Virginia [paren] (State | 13:50 |
| 20 | Superintendent) that they have elected | 13:50 |
| 21 | to delegate the control, supervision, | 13:50 |
| 22 | and regulation of their interscholastic | 13:50 |
| 23 | athletic and band activities." | 13:50 |
| 24 | Did I read that correctly? | 13:50 |
| 25 | A.   Yes. | 13:50 |

Page 70

| | | |
|---|---|---|
| 1 | Q.   Is this statement accurate? | 13:51 |
| 2 | MS. GREEN:  Object to the form. | 13:51 |
| 3 | THE WITNESS:  Yes. | 13:51 |
| 4 | BY MS. KANG: | 13:51 |
| 5 | Q.   What does it mean to "delegate the | 13:51 |
| 6 | control, supervision, and regulation of their | 13:51 |
| 7 | interscholastic athletic and band activities"? | 13:51 |
| 8 | MS. GREEN:  Object to the form. | 13:51 |
| 9 | THE WITNESS:  It means that the WVSSAC and | 13:51 |
| 10 | its member schools will write rules and everybody | 13:51 |
| 11 | will follow them. | 13:51 |
| 12 | And so they can't have rules of their own | 13:51 |
| 13 | that are separate from the rules that we have all | 13:51 |
| 14 | agreed to. | 13:51 |
| 15 | BY MS. KANG: | 13:51 |
| 16 | Q.   So just to be a clear, a member school | 13:51 |
| 17 | cannot issue its own rules -- is that -- for | 13:51 |
| 18 | interscholastic athletics; is that right? | 13:51 |
| 19 | A.   Not if it's in conflict with our rule. | 13:51 |
| 20 | Q.   Can it issue rules that are not in | 13:51 |
| 21 | conflict with the SSAC rules? | 13:51 |
| 22 | A.   Sure. | 13:51 |
| 23 | Q.   Did Bridgeport Middle School delegate its | 13:52 |
| 24 | control, supervision, and regulation of | 13:52 |
| 25 | interscholastic athletic activities to the | 13:52 |

Page 71

```
 1    Commission?                                    13:52

 2        A.   I'm sure they did at one time, yes.   13:52

 3        Q.   So we're going to stay on the same page,  13:52

 4    but I'm going to draw your attention to the section  13:52

 5    that starts with 4.2.b.  Says [as read]:        13:52

 6              "The principal or designee is and     13:52

 7              shall be responsible for conducting   13:52

 8              interscholastic athletic

 9              and band activities of the school in

10              accordance with the constitution,

11              bylaws, rules and regulations of the

12              Commission which have been adopted by

13              the Board of Control of the Commission

14              for the governing of such

15              activities."                          13:52

16        A.   Okay.                                  13:52

17        Q.   Did I read this correctly?            13:52

18        A.   Yes.                                   13:52

19        Q.   Do you believe this statement is accurate?  13:52

20             MS. GREEN:  Object to the form.        13:52

21             THE WITNESS:  Yes.                     13:52

22    BY MS. KANG:                                    13:52

23        Q.   What happens if a principal or a designee  13:52

24    breaks one of the Commission's rules?          13:53

25        A.   There's a -- depends upon what the rule is  13:53
```

Page 72

| 1 | and how often, it could be a letter of discipline, | 13:53 |
| 2 | it could be a verbal warning, or it could go all the | 13:53 |
| 3 | way up to suspension or fine. | 13:53 |
| 4 | Q.   So am I right that, when a member school | 13:53 |
| 5 | makes a determination of what students are eligible | 13:53 |
| 6 | to play secondary sports, it has to follow the rules | 13:53 |
| 7 | and regulations of the Commission? | 13:53 |
| 8 | A.   Yes. | 13:53 |
| 9 | Q.   So now I'm going to ask you to scroll down | 13:53 |
| 10 | two more pages to Page 19.  It should be stamped | 13:53 |
| 11 | WVSSAC000136 of Exhibit 3.  Let me know whenever | 13:53 |
| 12 | you're there. | 13:53 |
| 13 | A.   Okay.  We're there. | 13:53 |
| 14 | Q.   I'm sorry.  Let me actually take you to | 13:54 |
| 15 | Page 20.  That's Bates stamped -137 of Exhibit 3. | 13:54 |
| 16 | A.   Okay. | 13:54 |
| 17 | Q.   So in the section that says "127-1-8. | 13:54 |
| 18 | Board of Directors," it says [as read]: | 13:54 |
| 19 | "The Board of Directors shall have | 13:54 |
| 20 | authority to administer the regulations | 13:54 |
| 21 | of the WVSSAC." | 13:54 |
| 22 | Did I read that correctly? | 13:54 |
| 23 | A.   You did. | 13:54 |
| 24 | Q.   Do you believe the statement is accurate? | 13:54 |
| 25 | A.   Yes. | 13:54 |

Page 73

```
 1          Q.   What does administer the regulations of      13:54

 2     the WVSSAC mean?                                        13:54

 3              MS. GREEN:  Object to the form.                13:54

 4              THE WITNESS:  Make sure everybody is           13:54

 5     following the rules as written and interpreted.         13:54

 6              (Simultaneously speaking.)                     13:54

 7     BY MS. KANG:                                            13:54

 8          Q.   By "interpreted," who --                      13:54

 9          A.   The --                                        13:55

10          Q.   -- makes -- oh, sorry.                        13:55

11          A.   Just --                                       13:55

12          Q.   Did you --                                    13:55

13          A.   As the rules are written.                     13:55

14          Q.   Does it mean anything else?                   13:55

15          A.   No.                                           13:55

16          Q.   I'm going to ask you to scroll one more       13:55

17     page down to the page that's Bates stamped              13:55

18     WVSSAC -138.  It should be Page 21 of the pdf of        13:55

19     Exhibit 3.                                              13:55

20          A.   Okay.                                         13:55

21          Q.   So I'll draw your attention to                13:55

22     Section 8.5, which says [as read]:                      13:55

23              "The Board of Directors shall have             13:55

24               power to decide all cases of                  13:55

25               eligibility of students and                   13:55
```

Page 74

```
 1              participants in interscholastic        13:55
 2              athletic and band activities.  The     13:55
 3              Board may also exercise discretionary  13:55
 4              powers it may deem necessary for the   13:55
 5              furtherance of education and           13:55
 6              interscholastic athletic and band      13:55
 7              activities in the secondary schools of 13:56
 8              West Virginia."                        13:56
 9              Did I read that correctly?             13:56
10      A.      You did.                               13:56
11      Q.      Do you believe this statement is accurate? 13:56
12              MS. GREEN:  Object to the form.        13:56
13              THE WITNESS:  Yes.                     13:56
14  BY MS. KANG:                                       13:56
15      Q.      What does it mean "Shall have the power to 13:56
16  decide all cases of eligibility of students and   13:56
17  participants in interscholastic athletic and band 13:56
18  activities"?                                       13:56
19              MS. GREEN:  Object to form.            13:56
20              THE WITNESS:  If I have -- if the school 13:56
21  or I have determined somebody to be ineligible, they 13:56
22  can grant a waiver to make them eligible.          13:56
23  BY MS. KANG:                                       13:56
24      Q.      Can anyone other than the Commission grant 13:56
25  a waiver?                                          13:56
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.   Well, the Commission cannot.  The Board of | 13:56 |
| 2 | Directors can.  And then the Board of Review can. | 13:56 |
| 3 | But the -- the office itself cannot grant waivers. | 13:56 |
| 4 | I'll take that back. | 13:56 |
| 5 | I can grant a waiver if it's been ruled | 13:56 |
| 6 | before in a similar fashion by the Board, but I | 13:57 |
| 7 | don't have -- I don't execute that. | 13:57 |
| 8 | Q.   So is it fair to say that if the Board of | 13:57 |
| 9 | Review issues a determination of a student's | 13:57 |
| 10 | eligibility and the current student before you has a | 13:57 |
| 11 | similar set of facts, you can rely on that previous | 13:57 |
| 12 | determination? | 13:57 |
| 13 | MS. GREEN:  Object to the form. | 13:57 |
| 14 | THE WITNESS:  The rule says that, but | 13:57 |
| 15 | they're never -- I've yet to find two cases that are | 13:57 |
| 16 | exactly similar.  So... | 13:57 |
| 17 | BY MS. KANG: | 13:57 |
| 18 | Q.   But you have the ability to -- to do so? | 13:57 |
| 19 | A.   It says that we have the ability to do so, | 13:57 |
| 20 | yes. | 13:57 |
| 21 | Q.   So now I'd like to -- we're staying on the | 13:57 |
| 22 | same page -- draw your attention to Paragraph 8.7 | 13:57 |
| 23 | and 8.8. | 13:57 |
| 24 | So I'll read Paragraph 8.7 first.  It says | 13:57 |
| 25 | [as read]: | 13:57 |

Page 76

```
 1              "At the request of the Board of          13:58
 2         Directors, a Deputy Board Member may         13:58
 3         investigate matters of eligibility and       13:58
 4         other violations of the rules and            13:58
 5         regulations of the WVSSAC.  The Deputy       13:58
 6         Board Member shall submit to the Board       13:58
 7         of Directors a written report of             13:58
 8         findings and recommendations for             13:58
 9         disposition of the case(s)."                 13:58
10         Did I read that correctly?                   13:58
11    A.   You did.                                     13:58
12    Q.   Do you believe this statement is accurate?   13:58
13         MS. GREEN:  Object to form.                  13:58
14         THE WITNESS:  Yes.                           13:58
15 BY MS. KANG:                                         13:58
16    Q.   When would the Board of Directors request    13:58
17 an investigation into matters of eligibility?        13:58
18    A.   If something was brought to them by a        13:58
19 member school or the public at large.                13:58
20    Q.   Are there any Deputy Board Members           13:58
21 currently?                                           13:58
22    A.   There are ten.                               13:58
23    Q.   Who do they report to?                       13:58
24    A.   They have very few -- very few               13:58
25 responsibilities.  We have not asked them to         13:59
```

Page 77

1    investigate.  We -- you know, we feel like it has        13:59

2    put some them in difficult positions.  So most of        13:59

3    the investigations come out of our office.                13:59

4        Q.   Can you tell me a little bit more about          13:59

5    putting them in difficult positions; what you mean        13:59

6    by that.                                                  13:59

7        A.   If they have to go into somebody else's          13:59

8    school and make a determination on eligibility or         13:59

9    where somebody lives, it could be a rival school and      13:59

10   people might not want them there.                         13:59

11         So, you know, we have taken it over                 13:59

12   because it's unbiased if we're looking at it.             13:59

13       Q.   So are the Deputy Board Members designees        13:59

14   or members of the member school?                          13:59

15       A.   They are principals of a member school,          13:59

16   yes.                                                      14:00

17       Q.   So now on Paragraph 8.8 it says [as read]:       14:00

18              "The Board of Directors shall have             14:00

19              the power to investigate through the

20              Deputy Board Member, or in

21              such other manner as may be found

22              advisable, matters of eligibility and

23              other violations of rules when the

24              Board deems it advisable to do so on

25              the basis of information furnished,

Page 78

```
 1                even though a formal protest is not
 2                filed."
 3                Did I read that correctly?              14:00
 4        A.    You did.                                  14:00
 5        Q.    Is this statement accurate?               14:00
 6                MS. GREEN:  Object to the form.          14:00
 7                THE WITNESS:  It is.                     14:00
 8    BY MS. KANG:                                         14:00
 9        Q.    So when would the Board -- when would the  14:00
10    Board deem it advisable to investigate matters of   14:00
11    eligibility even without formal protest?            14:00
12        A.    Sometimes they --                         14:00
13                MS. GREEN:  Object to the form.          14:00
14                I'm sorry.                               14:00
15                THE WITNESS:  Oh.  I'm sorry.            14:00
16                Sometimes they get anonymous letters that 14:00
17    would supply some information; and, you know, they  14:00
18    would -- now they would ask us because I also can   14:00
19    investigate.  And so we would do it and then --     14:00
20    instead of our Board -- Deputy Board just because we 14:01
21    don't want to put them in a position where they     14:01
22    would be ruling on a -- sometimes a competitor.     14:01
23    BY MS. KANG:                                         14:01
24        Q.    And what is the difference between a       14:01
25    formal protest versus an informal protest?          14:01
```

Page 79

```
 1          A.   A formal protest would be somebody's --      14:01
 2     has written it and put their name to it.               14:01
 3               Informal would be an anonymous letter or a   14:01
 4     phone call.                                            14:01
 5          Q.   So I'm going to ask you to scroll one page   14:01
 6     down in Exhibit 3 to the page that is Bates            14:01
 7     Stamped -139.  It should be Page 22 of the pdf.        14:01
 8          A.   Okay.                                        14:01
 9          Q.   So I am looking at Section 127-1-9 titled    14:01
10     "Funds."                                               14:01
11          A.   Okay.                                        14:01
12          Q.   How -- how is the Commission funded?         14:01
13          A.   All of our revenue comes from championship   14:02
14     events, ticket sales at championship events;           14:02
15               Regional basketball ticket sales;            14:02
16               Playoffs for football;                       14:02
17               Registering of officials;                    14:02
18               Coaches Education;                           14:02
19               And corporate partnership.                   14:02
20          Q.   Are there any other sources of revenue?      14:02
21          A.   None of any significance.                    14:02
22          Q.   By "none of any significance," what do you   14:02
23     mean?                                                  14:02
24          A.   There would be maybe some fines in there     14:02
25     for people -- coaches not paying -- or not             14:02
```

Page 80

| | | |
|---|---|---|
| 1 | evaluating their officials or not putting scores in. | 14:02 |
| 2 | Things like that. | 14:02 |
| 3 | Q. How much money are those fines usually? | 14:02 |
| 4 | A. $25 or $50 or $10, depending upon what it | 14:02 |
| 5 | is for. | 14:03 |
| 6 | Q. Now, you mentioned the Coaches Education. | 14:03 |
| 7 | Could you tell me a bit more about what that is. | 14:03 |
| 8 | A. The legislature requires that our coaches | 14:03 |
| 9 | who are non-teachers must have a Coaches Education. | 14:03 |
| 10 | And this is a State Board of Education. But they | 14:03 |
| 11 | have charged us with providing the education, but | 14:03 |
| 12 | State Board of Education would do the certification. | 14:03 |
| 13 | Q. Do the coaches pay the Commission for this | 14:03 |
| 14 | education? | 14:03 |
| 15 | A. They do. | 14:03 |
| 16 | Q. Is the Commission a for-profit | 14:03 |
| 17 | organization? | 14:03 |
| 18 | A. We are not. | 14:03 |
| 19 | Q. Do you receive any funds from the federal | 14:03 |
| 20 | government? | 14:03 |
| 21 | A. We received from -- some pandemic funds. | 14:03 |
| 22 | But that was all through the small | 14:03 |
| 23 | business authority. | 14:04 |
| 24 | Q. Anything else? | 14:04 |
| 25 | A. We have received GEAR funding from -- | 14:04 |

Page 81

| | | |
|---|---|---|
| 1 | through the Department of Education for monies to go | 14:04 |
| 2 | back to the school through AEDs, wet globe bulbs | 14:04 |
| 3 | [verbatim], reimbursement for travel, things like | 14:04 |
| 4 | that. | 14:04 |
| 5 | Because everybody was in short -- low | 14:04 |
| 6 | attendance, and so we were trying to find a way to | 14:04 |
| 7 | help them with their money. | 14:04 |
| 8 | Q.   By "gear funding," do you mean sports gear | 14:04 |
| 9 | or... | 14:04 |
| 10 | A.   For them they also had limited attendance | 14:04 |
| 11 | and limited games.  So -- | 14:04 |
| 12 | Did I miss the question? | 14:04 |
| 13 | Okay.  What was your question again? | 14:04 |
| 14 | Q.   Oh.  I just asked that by "gear funding," | 14:04 |
| 15 | did you mean sports gear? | 14:04 |
| 16 | A.   No.  No.  It is -- I think it's -- GEAR is | 14:05 |
| 17 | the program. | 14:05 |
| 18 | Q.   Understood. | 14:05 |
| 19 | And was this all during the pandemic? | 14:05 |
| 20 | A.   Yes, ma'am. | 14:05 |
| 21 | Q.   Do you receive any funds from your member | 14:05 |
| 22 | schools? | 14:05 |
| 23 | A.   The only funds we receive at this time | 14:05 |
| 24 | would be fines that they would have to pay for not | 14:05 |
| 25 | attending, not putting in scores. | 14:05 |

Page 82

| | | |
|---|---|---|
| 1 | Sometimes our events might be held at | 14:05 |
| 2 | their schools; so they would collect the gate and | 14:05 |
| 3 | then write us a check. | 14:05 |
| 4 | But that's pretty much all we get from the | 14:05 |
| 5 | schools. | 14:05 |
| 6 | Q.   And how much are the fines? | 14:05 |
| 7 | A.   For not putting in an evaluation, it's | 14:05 |
| 8 | $10; | 14:05 |
| 9 | For not doing your eligibility, it's $25; | 14:05 |
| 10 | And if you don't put in a score, it's $50. | 14:05 |
| 11 | Q.   Is any of the Commission's revenue shared | 14:06 |
| 12 | with the member schools? | 14:06 |
| 13 | A.   Yes. | 14:06 |
| 14 | Q.   How is it shared? | 14:06 |
| 15 | A.   We -- we give reimbursement back to the | 14:06 |
| 16 | schools.  Each sport has a different formula, but we | 14:06 |
| 17 | help with travel and meal money at most of the | 14:06 |
| 18 | events. | 14:06 |
| 19 | At football they also get a commission of | 14:06 |
| 20 | the gate.  20 percent the first week, 15 percent the | 14:06 |
| 21 | second, 10 the third, and 5 at the championship. | 14:06 |
| 22 | Q.   If you had to estimate, what percentage of | 14:06 |
| 23 | Commission funds go to the member schools? | 14:06 |
| 24 | A.   When you say go to the schools, you mean | 14:06 |
| 25 | actually cash sent back to them?  Or do you mean | 14:07 |

Page 83

```
 1    services to the school?                          14:07
 2        Q.    Let's start with cash sent back to them.   14:07
 3              MS. GREEN:  Object to the form.        14:07
 4              THE WITNESS:  I would say $300,000 out of   14:07
 5    a probably $1.5 million budget.                  14:07
 6    BY MS. KANG:                                     14:07
 7        Q.    So what about services?                14:07
 8        A.    The services -- oh.  I'm sorry.        14:07
 9              Services would be higher because -- I  14:07
10    would think it's probably closer to $700,000     14:07
11    depending upon what you call as "giving back".   14:07
12              You know, if it's -- some people would say   14:07
13    that the expenses to put on tournaments is a way to   14:07
14    give back.                                       14:07
15              Direct expenses would be, you know, the   14:07
16    things that we are purchasing for them right now,   14:07
17    which would be the AED and the wet globe bulb and   14:07
18    the cooling submersion tubs.                     14:07
19        Q.    So what -- what is encompassed in the term   14:08
20    "services"?                                      14:08
21        A.    Services.  Each -- each season we travel   14:08
22    around the state to meet with all principals for a   14:08
23    regional principal meeting.                      14:08
24              We also travel around the state to meet   14:08
25    with each sport during each -- at the beginning of   14:08
```

Page 84

```
 1    each season to make sure -- we go over all the rules     14:08
 2    and regulations that are current.                        14:08
 3          Those are some of -- as well as expenses           14:08
 4    that we incur hosting the tournaments for them.          14:08
 5          And the coaches -- you know, we have -- we          14:08
 6    have expenses in materials for Coaches Education.         14:08
 7    Q.    I believe you mentioned you stopped                14:09
 8    collecting dues from your members.                       14:09
 9          Do you currently have any plans to resume          14:09
10    collecting dues?                                         14:09
11    A.    No.  We have a proposal from one of our            14:09
12    principals for this year to strike out the -- all of     14:09
13    the dues' language and inserting language in there       14:09
14    that says, "Could resume at any time when                14:09
15    necessary."                                              14:09
16    Q.    So, now, sticking with Exhibit 3, I'm              14:09
17    actually going to ask you to go back up to Page 6 of     14:09
18    the pdf and the Bates stamp is WVSSAC000123.  And        14:09
19    let me know whenever you get there.                      14:09
20    A.    Okay.                                              14:10
21    Q.    So I'm going to direct you to the                  14:10
22    paragraph that begins with "Discrimination              14:10
23    Prohibited."                                             14:10
24          Take your time reading it, and let me know         14:10
25    whenever you are finished reading that paragraph.        14:10
```

Page 85

```
 1        A.   [Witness reviews document].          14:10

 2             Okay.                                14:10

 3        Q.   Do you know who wrote this portion of the   14:10

 4   handbook?                                      14:10

 5        A.   I do not.                            14:10

 6        Q.   Do you know how long this portion has been   14:10

 7   in the handbook?                               14:10

 8        A.   I do not.                            14:10

 9        Q.   Do you remember ever reviewing this   14:10

10   section of the handbook?                       14:10

11        A.   Yes.                                 14:10

12        Q.   When did you review it?              14:11

13        A.   I --                                 14:11

14        Q.   Oh.  Go ahead.                       14:11

15        A.   I would say a couple of years ago.  We've   14:11

16   tried to have a book study and go through all of   14:11

17   these.                                         14:11

18        Q.   When you reviewed it a couple of years   14:11

19   ago, did you believe the Commission was required to   14:11

20   comply with Title IX?                          14:11

21        A.   Yes.                                 14:11

22        Q.   Is the Commission currently required to   14:11

23   comply with Title IX?                          14:11

24             MS. GREEN:  I'll just object to the form.   14:11

25             THE WITNESS:  I would believe that the   14:11
```

Page 86

| | | |
|---|---|---|
| 1 | schools are required to follow Title IX.  But I | 14:11 |
| 2 | believe we believe it also. | 14:11 |
| 3 | BY MS. KANG: | 14:11 |
| 4 | Q.   Now, I want to turn your attention to the | 14:11 |
| 5 | section below that titled "Beliefs and Objectives." | 14:11 |
| 6 | Take a moment to read the first paragraph | 14:11 |
| 7 | and let me know whenever you are done. | 14:11 |
| 8 | A.   [Witness reviews document]. | 14:11 |
| 9 | Okay. | 14:12 |
| 10 | Q.   What are "proper ideals of sportsmanship," | 14:12 |
| 11 | as written in this paragraph? | 14:12 |
| 12 | MS. GREEN:  Object to the form. | 14:12 |
| 13 | THE WITNESS:  Are you on Paragraph 1 or 3? | 14:12 |
| 14 | BY MS. KANG: | 14:12 |
| 15 | Q.   Paragraph 1 [verbatim] of the Beliefs and | 14:12 |
| 16 | Objectives section. | 14:12 |
| 17 | A.   What was your question again? | 14:12 |
| 18 | Q.   Sure. | 14:12 |
| 19 | What are -- what are the proper ideals of | 14:12 |
| 20 | sportsmanship? | 14:12 |
| 21 | I'm sorry.  I -- | 14:12 |
| 22 | A.   The -- | 14:12 |
| 23 | Q.   I am referring to Paragraph 3.  You had it | 14:12 |
| 24 | right the first time. | 14:12 |
| 25 | A.   Okay. | 14:12 |

Page 87

| | | |
|---|---|---|
| 1 | Sportsmanship is that everybody's on a | 14:12 |
| 2 | fair playing field.  And the -- you should be | 14:12 |
| 3 | gracious in losing and winning. | 14:13 |
| 4 | Q.   What do you mean by "fair playing field"? | 14:13 |
| 5 | MS. GREEN:  Object to the form. | 14:13 |
| 6 | THE WITNESS:  Same age.  Same gender. | 14:13 |
| 7 | BY MS. KANG: | 14:13 |
| 8 | Q.   Anything else? | 14:13 |
| 9 | A.   No. | 14:13 |
| 10 | When I say "same age," it would be same | 14:13 |
| 11 | programatic level.  So middle -- middle school kids | 14:13 |
| 12 | cannot play against high school but freshmen can | 14:13 |
| 13 | play against seniors. | 14:13 |
| 14 | Q.   What are physical -- the physical and | 14:13 |
| 15 | social benefits that are referenced in this | 14:13 |
| 16 | paragraph? | 14:13 |
| 17 | A.   Just good -- for one, just good health. | 14:13 |
| 18 | Participation.  Also, you know, we believe that | 14:13 |
| 19 | it's -- the competitive part is good, and the | 14:14 |
| 20 | training part is beneficial to the student athlete. | 14:14 |
| 21 | Q.   Why do you believe it's beneficial? | 14:14 |
| 22 | A.   Studies we have read.  And as a | 14:14 |
| 23 | participant a long time ago. | 14:14 |
| 24 | Q.   What does "partisanship and prejudice" | 14:14 |
| 25 | mean in this paragraph? | 14:14 |

Page 88

| | | |
|---|---|---|
| 1 | A.   Partisanship and prejudice would mean that | 14:14 |
| 2 | it's equal.  You know, one side -- especially | 14:14 |
| 3 | with -- you know, as far as equipment or what -- if | 14:14 |
| 4 | you come to a game, you can't have lush seats for | 14:15 |
| 5 | you and the other team have foldable chairs and | 14:15 |
| 6 | things like that.  So that's part- -- partisan. | 14:15 |
| 7 | You know, all the equipment at a game has | 14:15 |
| 8 | to be the same equipment everybody is using.  Same | 14:15 |
| 9 | ball.  Same rims.  Everything is the same. | 14:15 |
| 10 | Q.   What do you mean by "prejudice" in this | 14:15 |
| 11 | paragraph? | 14:15 |
| 12 | A.   Prejudice would mean, you know -- you | 14:15 |
| 13 | know, is there some advantage to one team over | 14:15 |
| 14 | another. | 14:15 |
| 15 | Q.   What sort of advantage are you referring | 14:15 |
| 16 | to? | 14:15 |
| 17 | A.   Could be something as simple as a tarp | 14:15 |
| 18 | over your bench as opposed to the other team not | 14:15 |
| 19 | having it; | 14:15 |
| 20 | Could be as simple as a heater.  You might | 14:16 |
| 21 | have a heater on a sideline at a cold game and they | 14:16 |
| 22 | don't. | 14:16 |
| 23 | So things that would make the game unfair | 14:16 |
| 24 | that are outside of the game. | 14:16 |
| 25 | Q.   Is there anything else that you believe | 14:16 |

Page 89

```
 1    would make the game unfair?                      14:16

 2           MS. GREEN:  Object to the form.           14:16

 3           THE WITNESS:  There are probably other    14:16

 4    things, but right off the top of my head not sure. 14:16

 5           Could be something as simple as how far   14:16

 6    you got to walk to your locker room in between   14:16

 7    games.                                           14:16

 8    BY MS. KANG:                                     14:16

 9       Q.   Do you believe that allowing transgender 14:16

10    students to participate on sports teams consistent 14:16

11    with their gender identity is consistent with the 14:16

12    goals identified in this paragraph?             14:16

13           MS. GREEN:  Object to the form.           14:16

14           THE WITNESS:  I believe our -- our Board  14:16

15    policy was that, if it was not safe or unfair    14:16

16    advantage, then it would be okay for them to     14:17

17    participate.                                     14:17

18    BY MS. KANG:                                     14:17

19       Q.   Does Bridgeport Middle School           14:17

20    cross-country count as an interscholastic athletic? 14:17

21       A.   It does.                                 14:17

22           MS. KANG:  So I'm actually about to move  14:17

23    into the next session.  I think we are up on an  14:17

24    hour.                                            14:17

25           Roberta, do you have preference as to     14:17
```

Page 90

| | | |
|---|---|---|
| 1 | whether you want me to get started or you want to | 14:17 |
| 2 | take a break now? | 14:17 |
| 3 | THE WITNESS:  I'm good. | 14:17 |
| 4 | MS. GREEN:  All right.  Let's do -- | 14:17 |
| 5 | THE WITNESS:  I can't go to the bathroom. | 14:17 |
| 6 | MS. GREEN:  I know.  Really no need for a | 14:17 |
| 7 | bathroom break over here. | 14:18 |
| 8 | MS. KANG:  All right.  Well, if it's okay | 14:18 |
| 9 | with you, we'll go on a little bit longer. | 14:18 |
| 10 | Let me know if you do need a break. | 14:18 |
| 11 | So we can take down Exhibit 3. | 14:18 |
| 12 | BY MS. KANG: | 14:18 |
| 13 | Q.   And I want to talk a little bit about some | 14:18 |
| 14 | of the statistics that the Commission turns over to | 14:18 |
| 15 | various organizations. | 14:18 |
| 16 | So I'm going to introduce an exhibit that | 14:18 |
| 17 | will be marked as Exhibit 4. | 14:18 |
| 18 | MS. KANG:  And I'll let you know when it's | 14:18 |
| 19 | in everyone's folders. | 14:18 |
| 20 | (Deposition Exhibit 4 was marked for | 14:19 |
| 21 | identification and is attached hereto.) | 14:19 |
| 22 | MS. KANG:  Exhibit 4 should now be in | 14:19 |
| 23 | everyone's Marked Exhibit folder. | 14:19 |
| 24 | Let me know if anyone has trouble | 14:19 |
| 25 | accessing it. | 14:19 |

Page 91

```
 1    BY MS. KANG:                                      14:19

 2         Q.   And, Mr. Dolan, let me know whenever you  14:19

 3    have it up.                                       14:19

 4         A.   Okay.                                   14:19

 5              MS. GREEN:   Counsel, was there a certain  14:19

 6    page in the exhibit?                              14:19

 7              MS. KANG:   Yeah.                        14:19

 8    BY MS. KANG:                                      14:19

 9         Q.   If you go to Page 6 to start, that would  14:19

10    be great.   And the Bates stamp is -365.          14:19

11              MS. GREEN:   I'm sorry.                  14:19

12              THE WITNESS:   That's fine.             14:19

13              Is this the "2016-'17 Participation     14:19

14    Report"?                                          14:19

15    BY MS. KANG:                                      14:19

16         Q.   Do you believe it is?                   14:19

17         A.   Okay.                                   14:20

18              [Witness reviews document].             14:20

19              Okay.                                   14:20

20         Q.   So I'm going to represent to you that this  14:20

21    is a document that was produced by your counsel in  14:20

22    response to one of plaintiff's discovery requests.  14:20

23              If you want to read the text of the     14:20

24    request, it's Request Number 15 in this same      14:20

25    document.                                         14:20
```

Page 92

```
 1              Do you recognize this document that is       14:20

 2      before you right now?                                 14:20

 3          A.   I do.                                         14:20

 4          Q.   What is it?                                   14:20

 5          A.   This is a participation -- the National      14:20

 6      Federation of High School keeps track of how many     14:20

 7      participants are in each sport, trying to find        14:20

 8      trends among the sports, which ones are growing,      14:20

 9      which ones are falling; and if they are falling, how  14:20

10      come.                                                 14:20

11          Q.   What is the National Federation of State     14:21

12      High School Associations?                             14:21

13          A.   It is the association of 51 members, the     14:21

14      50 states plus Washington, D.C., and they primarily   14:21

15      provide the sport-specific rules for almost all of    14:21

16      our events.                                           14:21

17          Q.   How long have you provided these             14:21

18      statistics to the Federation?                         14:21

19          A.   To be honest with you, they've been          14:21

20      tracking them, but I couldn't tell you how long we    14:21

21      have.                                                 14:21

22          Q.   Do you think it's --                         14:21

23          A.   I would assume.                              14:21

24          Q.   Go ahead.                                    14:21

25          A.   I would assume -- it's a -- it's an          14:21
```

Page 93

| | | |
|---|---|---|
| 1 | ongoing thing; so I would think it's probably been | 14:21 |
| 2 | done for a number of years. | 14:21 |
| 3 | Q.   More than ten? | 14:21 |
| 4 | A.   Yes. | 14:21 |
| 5 | Q.   More than 20? | 14:21 |
| 6 | A.   Probably. | 14:21 |
| 7 | Q.   Why do you provide these statistics to the | 14:21 |
| 8 | NFHS? | 14:22 |
| 9 | A.   They -- they gather them for the whole | 14:22 |
| 10 | country to try to monitor which sports are growing | 14:22 |
| 11 | in popularity and which ones might not be.  And the | 14:22 |
| 12 | ones that aren't, they're trying to look and see | 14:22 |
| 13 | why. | 14:22 |
| 14 | Q.   I'm just going to ask you a few questions | 14:22 |
| 15 | to help me understand how to read this chart. | 14:22 |
| 16 | Did you prepare this document? | 14:22 |
| 17 | A.   I personally did not prepare it.  But this | 14:22 |
| 18 | is a document prepared by our office, yes. | 14:22 |
| 19 | Q.   Do you know who prepared this document? | 14:22 |
| 20 | A.   Alice Goodwin in our office. | 14:22 |
| 21 | Q.   What's her position? | 14:22 |
| 22 | A.   Secretary. | 14:22 |
| 23 | Q.   Is she your secretary? | 14:22 |
| 24 | A.   No. | 14:22 |
| 25 | Q.   Do you know which secretary she is? | 14:22 |

Page 94

```
 1        A.   Well, we don't all have specific          14:22
 2   secretaries.  She works primarily with Greg Reed,   14:23
 3   but we all ask different people to do different     14:23
 4   things, depending upon what the level of activity   14:23
 5   going on in the office for that particular staff    14:23
 6   member is.                                          14:23
 7        Q.   What is Greg Reed's role?                 14:23
 8        A.   Assistant executive director.            14:23
 9        Q.   Do you contribute any information to this 14:23
10   document?                                           14:23
11        A.   This document is -- I personally do not.  14:23
12   It's pulled from our website.  And it probably -- it 14:23
13   is self-populating, I believe.  So she doesn't      14:23
14   actually type it in there.  They pull it from our   14:23
15   eligibility sheets.                                 14:23
16        Q.   And who is "they"?                        14:23
17        A.   Our -- our web designer created this form, 14:23
18   and it self-populates from that form, from their    14:24
19   eligibility.                                        14:24
20        Q.   So in the second column of this chart, it 14:24
21   says "Senior."                                      14:24
22             What does that mean?                      14:24
23        A.   "Senior" means "high school."            14:24
24        Q.   So senior --                              14:24
25        A.   9 through 12.                             14:24
```

Page 95

```
 1          Q.   So it's any grade from 9 to 12?        14:24

 2          A.   It's a combination of 9 through 12, yes.  14:24

 3          Q.   If we go over to the third column, the one  14:24

 4     that says "Male," what does that mean?          14:24

 5          A.   That -- it's the same -- when we do our  14:24

 6     eligibility sheets by sport, for instance, football,  14:24

 7     football doesn't differentiate between boys and  14:24

 8     girls.  It's -- they're asking for the number of  14:24

 9     participants.                                   14:25

10          When you get to girls' track, it can only  14:25

11     be done by girls; so, therefore, that -- that's why  14:25

12     there's not -- there's a zero in girls' track for  14:25

13     males and boys' track has a number but girls' does  14:25

14     not.                                            14:25

15          So football is the number of participants.  14:25

16     So in the blue column under "Male," it would be the  14:25

17     number of male -- or number of people in football.  14:25

18     Could be male or female because our eligibility  14:25

19     doesn't differentiate between the two.          14:25

20          Q.   So just to be clear, even if a girl plays  14:25

21     on the football team, she will not show up in the  14:25

22     column that says "Female" for football?         14:25

23          A.   That's correct.  Because they're asking  14:25

24     for the number of participants in football, and it's  14:25

25     primarily football -- it's primarily a male sport.  14:26
```

Page 96

| | | |
|---|---|---|
| 1 | So it falls under the male category.  That's the | 14:26 |
| 2 | best we could do for them. | 14:26 |
| 3 | Similarly, cheer is primarily a cheer | 14:26 |
| 4 | event, but there are boys.  But there's no number in | 14:26 |
| 5 | there.  So we just -- it's just the total number in | 14:26 |
| 6 | that -- for that particular sport. | 14:26 |
| 7 | Q.   Okay.  Scroll all the way over to the | 14:26 |
| 8 | gray-colored columns.  They're labeled as | 14:26 |
| 9 | "Mid/Junior." | 14:26 |
| 10 | What does "Mid/Junior" mean? | 14:26 |
| 11 | A.   It was either middle school or junior high | 14:26 |
| 12 | and -- you know.  I don't believe we have any more | 14:26 |
| 13 | junior high.  So probably could be fixed to say just | 14:26 |
| 14 | middle school. | 14:26 |
| 15 | Q.   What grades would those be? | 14:26 |
| 16 | A.   6th through 8. | 14:26 |
| 17 | Q.   So now I'm going to ask you to -- to | 14:26 |
| 18 | scroll down to Page 11.  It will be Bates | 14:27 |
| 19 | stamped -370. | 14:27 |
| 20 | Let me know whenever you get there. | 14:27 |
| 21 | A.   Okay. | 14:27 |
| 22 | Q.   So the last year that you produced this | 14:27 |
| 23 | document is 2020 to 2021. | 14:27 |
| 24 | Do you know when the 2021 to 2022 | 14:27 |
| 25 | statistics will be published? | 14:27 |

Page 97

```
 1         A.   We submitted them over the summer.        14:27

 2   Obviously, our spring sports aren't -- aren't in      14:27

 3   place yet.  So we wouldn't have numbers for them.     14:27

 4         Q.   For the 2021 to 2022 period, do you know   14:27

 5   if B.P.J. will be listed in the "Female" column or    14:27

 6   the "Male" column?                                    14:27

 7              MS. GREEN:  Object to form.                14:28

 8              THE WITNESS:  Which team is she on?         14:28

 9   BY MS. KANG:                                          14:28

10         Q.   She is on the cross-country team for       14:28

11   girls.                                                14:28

12         A.   And then that's where she will be listed.  14:28

13   Because it's just pulling the number off of the       14:28

14   eligibility of that particular team.                  14:28

15         Q.   And the numbers that are submitted, are    14:28

16   they coming from the member schools themselves?       14:28

17         A.   They -- the member schools have to submit  14:28

18   their eligibility on our site.  And from there,       14:28

19   it takes the total of each school and puts them in    14:28

20   their category.                                       14:28

21         Q.   So I'm going to ask you to scroll down one 14:28

22   more page to the doc- -- to the document that is      14:28

23   Bates Stamped -371.                                   14:28

24         A.   Okay.                                      14:28

25         Q.   So this is also a document that was        14:28
```

Page 98

| | | |
|---|---|---|
| 1 | produced by your counsel in response to one of | 14:29 |
| 2 | plaintiff's discovery requests. | 14:29 |
| 3 | If you want the read the text of that | 14:29 |
| 4 | request, you can look at Request 14 on Page -4 of | 14:29 |
| 5 | this exhibit. | 14:29 |
| 6 | Do you recognize this document? | 14:29 |
| 7 | A.   This is a form from the National | 14:29 |
| 8 | Federation that puts our participation numbers into | 14:29 |
| 9 | their chart. | 14:29 |
| 10 | So the numbers that came off of that chart | 14:29 |
| 11 | for '18/'19 would match these numbers. | 14:29 |
| 12 | All those sports that are activities that | 14:29 |
| 13 | are -- have zeros by them, those are activities or | 14:29 |
| 14 | sports that we do not offer.  But they are offered | 14:29 |
| 15 | through the National Federation. | 14:29 |
| 16 | Q.   So you do not -- you as a Commission do | 14:29 |
| 17 | not make this form? | 14:29 |
| 18 | A.   No.  They send this back to us.  This is | 14:29 |
| 19 | basically a verification of the form we sent to | 14:30 |
| 20 | them. | 14:30 |
| 21 | Q.   So is it fair to say that the National | 14:30 |
| 22 | Federation takes information that you give them and | 14:30 |
| 23 | puts it into this form? | 14:30 |
| 24 | A.   Yes, ma'am. | 14:30 |
| 25 | Q.   So I noticed that the year only goes to | 14:30 |

Page 99

| | | |
|---|---|---|
| 1 | 2018 to 2019.  Is there a reason why we don't have | 14:30 |
| 2 | the 2019 to 2020 statistics? | 14:30 |
| 3 | A.   I don't know if that's the most recent | 14:30 |
| 4 | one.  Because obviously with COVID and them not | 14:30 |
| 5 | working from the office for a long period of time, I | 14:30 |
| 6 | don't know if they have not submitted the most | 14:30 |
| 7 | recent years. | 14:30 |
| 8 | Q.   So in the column that says "Boys School," | 14:30 |
| 9 | what does this column indicate? | 14:30 |
| 10 | A.   Are we still on Page 7? | 14:30 |
| 11 | Q.   Yes.  We are -- we are on Page 12. | 14:31 |
| 12 | A.   12.  Okay. | 14:31 |
| 13 | Q.   The Bates stamp is -371. | 14:31 |
| 14 | A.   And which one am I looking for? | 14:31 |
| 15 | Q.   Yeah.  So if you go over, it's the fourth | 14:31 |
| 16 | column.  It says "Boys School." | 14:31 |
| 17 | A.   Boys -- okay. | 14:31 |
| 18 | Q.   Yeah. | 14:31 |
| 19 | A.   These are -- these are the schools that | 14:31 |
| 20 | are offering basketball.  If you are looking at | 14:31 |
| 21 | basketball, there is 124 schools who are offering | 14:31 |
| 22 | boys' basketball.  And there are 124 schools that | 14:31 |
| 23 | are offering girls' basketball. | 14:31 |
| 24 | You'll notice that "Baseball" has 122. | 14:31 |
| 25 | There are no girls -- there are no girls' baseball | 14:31 |

Page 100

| | | |
|---|---|---|
| 1 | teams.  That's why it is a "0." | 14:31 |
| 2 | Q.  Got it. | 14:31 |
| 3 | And then the boys participation, does that | 14:31 |
| 4 | reflect that 3,052 boys participated of the | 14:31 |
| 5 | 124 schools that offer boys' basketball? | 14:32 |
| 6 | A.  Yes. | 14:32 |
| 7 | And I would believe this is just high | 14:32 |
| 8 | school.  It's not middle school also. | 14:32 |
| 9 | Q.  Do you know if co-ed teams are reflected | 14:32 |
| 10 | on the chart? | 14:32 |
| 11 | A.  Again, co-ed teams would be -- they would | 14:32 |
| 12 | be reflected as the -- the majority sport.  So, for | 14:32 |
| 13 | instance, baseball, it could be co-ed if a girl | 14:32 |
| 14 | wanted to play baseball.  But she would be listed on | 14:32 |
| 15 | the -- the school was offering boys' baseball -- or | 14:32 |
| 16 | they are offering baseball, the girl would simply be | 14:32 |
| 17 | listed on the eligibility and be counted as a | 14:32 |
| 18 | baseball participant, not as a female. | 14:33 |
| 19 | So in this -- this study that they are | 14:33 |
| 20 | doing is simply the number of participants in that | 14:33 |
| 21 | sport, not a breakdown of boys and girls if it's | 14:33 |
| 22 | co-ed. | 14:33 |
| 23 | Q.  Who determines whether to make a team | 14:33 |
| 24 | co-ed? | 14:33 |
| 25 | A.  Well, if you have enough boys and have | 14:33 |

Page 101

```
 1    enough girls to have a team, then if we are offering      14:33

 2    boys and girls, then you have to have a separate          14:33

 3    team.                                                     14:33

 4           For instance, cross-country, you can have          14:33

 5    one girl and she could make up a team or she could        14:33

 6    be the team.  But if you only have one soccer girl,       14:33

 7    she couldn't be the team.  So she would have to play      14:33

 8    with the boys.  And that would be co-ed at the time.      14:34

 9        Q.   Is it fair to say that what makes a sport        14:34

10    co-ed depends on the sport?                               14:34

11           MS. GREEN:  Object to the form.                    14:34

12           THE WITNESS:  It depends on the sport -- I         14:34

13    would say depends upon the participants.                  14:34

14           If there are enough of each gender to              14:34

15    participate, we would have separate -- separate           14:34

16    championships.                                            14:34

17    BY MS. KANG:                                              14:34

18        Q.   So is it fair to say that once a certain         14:34

19    number of participants is reached for boys and            14:34

20    girls, they have to be separate?                          14:34

21        A.   At some point based on the number, we            14:34

22    would make a recommendation to the Board of               14:34

23    Directors that we now have enough to break them and       14:35

24    have a stand-alone.                                       14:35

25        Q.   Can you give me an example of when you           14:35
```

Page 102

```
 1    made that recommendation?                        14:35
 2         A.   We haven't made it yet.  But I will tell  14:35
 3    you that we're -- you know, we have offered more  14:35
 4    opportunities for girls in golf.  And our number of  14:35
 5    girls playing golf has gone up significantly.     14:35
 6              We'll watch the numbers.  And, as time   14:35
 7    goes on, if we -- if the numbers continue to grow,  14:35
 8    then they will have the opportunity to have a     14:35
 9    stand-alone program for girls' golf.  Right now,  14:35
10    they play on the boys' team or the co-ed team.    14:35
11              MS. KANG:  So we can take down this      14:35
12    exhibit, and I'm going to introduce a different   14:35
13    document as the next exhibit, which I believe is  14:36
14    Exhibit 5.                                        14:36
15              (Deposition Exhibit 5 was marked for    14:36
16              identification and is attached hereto.) 14:36
17              MS. KANG:  Exhibit 5 is now in everyone's  14:36
18    Marked Exhibit folder.  Please let me know if you  14:36
19    have trouble accessing it.                        14:36
20    BY MS. KANG:                                      14:36
21         Q.   Mr. Dolan, let me know once you have it  14:36
22    up.                                               14:36
23              And once you have it up, if you could go  14:36
24    to Page 5 of the pdf, that would be great.        14:36
25         A.   Okay.                                   14:36
```

Page 103

| | | |
|---|---|---|
| 1 | Q.   So I would like to draw your attention to | 14:36 |
| 2 | Interrogatory Number 13 on Exhibit 5. | 14:37 |
| 3 | What does "participation mixed as | 14:37 |
| 4 | indicated to respond to demand" mean? | 14:37 |
| 5 | A.   "Identify all WVSSAC sponsored sports in | 14:37 |
| 6 | which students may participate on a team designated | 14:37 |
| 7 | as co-ed or mixed." | 14:37 |
| 8 | Is that the question?  And why cheer is | 14:37 |
| 9 | considered mixed? | 14:37 |
| 10 | Q.   Yeah.  That -- why don't we start there. | 14:37 |
| 11 | Why is cheer considered mixed? | 14:37 |
| 12 | A.   It has both boys and girls.  So it could | 14:37 |
| 13 | be co-ed or mixed. | 14:37 |
| 14 | Q.   What is the difference between calling | 14:37 |
| 15 | cheer mixed and saying that "participation mixed as | 14:38 |
| 16 | indicated to respond to demand"? | 14:38 |
| 17 | A.   Basically because cheer almost always has | 14:38 |
| 18 | boy members.  Wrestling is starting to get a number | 14:38 |
| 19 | of them.  Baseball very seldom has -- it's very | 14:38 |
| 20 | seldom a mixed sport.  And football is very seldom. | 14:38 |
| 21 | But golf is transitioning into its own sport. | 14:38 |
| 22 | Q.   By "seldom," do you mean girls seldom | 14:38 |
| 23 | participate on those teams? | 14:38 |
| 24 | A.   That is correct. | 14:38 |
| 25 | Q.   Just to be clear, football is a boys' | 14:38 |

Page 104

```
 1    team, but if a girl wants to play football, she        14:39
 2    would be permitted to play on that team?               14:39
 3         A.   That's correct.                              14:39
 4         Q.   If a boy wanted to play on a girls' team,    14:39
 5    would they be permitted to?                            14:39
 6         A.   No.                                          14:39
 7         Q.   Why not?                                     14:39
 8         A.   Because girls have been -- they've been      14:39
 9    denied opportunity in the past, and by allowing boys   14:39
10    to participate on girls' teams that are strictly       14:39
11    girls, for instance, girls' soccer, girls'             14:39
12    basketball, volleyball and softball, that girls        14:39
13    would then lose opportunity.                           14:39
14         Q.   Do you have any rules preventing a boy        14:39
15    from playing on a girls' team?                         14:39
16         A.   Yes.                                         14:39
17         Q.   What rule would that be?                     14:39
18         A.   I have to find it in my rule book.           14:40
19         Q.   Why don't we go back to the rule book, and  14:40
20    I'll ask you a few questions on that.                  14:40
21              So we'll go back to Exhibit 3.               14:40
22              (Simultaneously speaking.)                   14:40
23              THE WITNESS:  I'm trying to --               14:40
24    BY MS. KANG:                                           14:40
25         Q.   And it should be --                          14:40
```

Page 105

| | | |
|---|---|---|
| 1 | A.   Try -- | 14:40 |
| 2 | Q.   It should be Exhibit 3.  It should be | 14:40 |
| 3 | Page 17, and the Bates stamp should end in -148. | 14:40 |
| 4 | A.   Page 17 talks about our membership. | 14:40 |
| 5 | Q.   Yes.  I'm looking at Paragraph 3.8 of | 14:40 |
| 6 | Exhibit 3 on -148. | 14:40 |
| 7 | A.   Okay. | 14:40 |
| 8 | Q.   Take a moment to read Paragraph 3.8 and | 14:41 |
| 9 | let me know when you've had a chance to finish | 14:41 |
| 10 | reading it. | 14:41 |
| 11 | A.   What page are you on again?  Because I | 14:41 |
| 12 | don't have 3.8. | 14:41 |
| 13 | Q.   No problem.  It's page 17.  The Bates | 14:41 |
| 14 | stamp should end in -148. | 14:41 |
| 15 | A.   17 of the pdf document or 17 of our -- | 14:41 |
| 16 | that's numbered on our rule book? | 14:41 |
| 17 | Q.   This might be page -- this might be 17 | 14:41 |
| 18 | that's numbered in your rule book.  My apologies. | 14:41 |
| 19 | It's Page 31 of the pdf. | 14:41 |
| 20 | A.   Okay.  We're getting there. | 14:41 |
| 21 | MS. GREEN:  We should have music to play | 14:41 |
| 22 | through the... | 14:41 |
| 23 | THE WITNESS:  Okay.  Scroll down. | 14:41 |
| 24 | Okay.  Yep.  Yes.  Yes.  3.8. | 14:42 |
| 25 | /// | |

Veritext Legal Solutions
866 299-5127

```
 1    BY MS. KANG:                                    14:42
 2        Q.   Is that the rule that you were thinking of   14:42
 3    that prevented a transgender boy from playing on a    14:42
 4    girls' team?                                    14:42
 5        A.   Yes.                                   14:42
 6             MS. GREEN:  Object to the form, if I    14:42
 7    can --                                          14:42
 8             THE WITNESS:  Okay.  Back up?          14:42
 9             MS. GREEN:  Yes.                       14:42
10    BY MS. KANG:                                    14:42
11        Q.   Why was this rule enacted?            14:42
12        A.   I would assume to -- it complies with  14:42
13    Title IX, but it's -- you know, we're trying to not   14:42
14    allow boys to participate in girls' events to either  14:42
15    hurt them or dominate them.                     14:42
16        Q.   When was this rule, Section 3.8, enacted?   14:42
17        A.   I would have to find that out.  I'd have   14:42
18    to go back through all of our rules and find when it  14:42
19    was -- when it was enacted.                     14:42
20        Q.   Do you believe that it was enacted within   14:43
21    the past five years?                           14:43
22        A.   No.                                    14:43
23        Q.   Past ten?                             14:43
24        A.   No.                                    14:43
25        Q.   Past 20?                              14:43
```

Page 107

```
 1          A.    I -- I'm not sure.  I don't know if it's      14:43
 2    gone that far.  But I would say a significant           14:43
 3    number, yes.  I don't know if it's made it to 20.       14:43
 4          Q.    Fair enough.                                 14:43
 5                So the team is separated by boys' and        14:43
 6    girls' teams.  Can a student ask to participate on a    14:43
 7    co-ed team?                                             14:43
 8          A.    If there is a boys' team and a girls'       14:43
 9    team -- are we talking about, like, boys' and girls'    14:43
10    basketball and can the girls' basketball player play    14:44
11    on the boys' team?  Is that what you're asking?         14:44
12          Q.    Yes.                                         14:44
13          A.    They cannot.  If there is a team for them,  14:44
14    they must play on the team of their gender.             14:44
15          Q.    Let's go back to Exhibit 5.                  14:44
16                And then I think once we are done with       14:44
17    that exhibit, we can take a break.                      14:44
18                So let's go back to Page 5 of the pdf.  I    14:44
19    just have a few follow-up questions.  Back to           14:44
20    Interrogatory Number 13.                                14:44
21          A.    Okay.                                        14:44
22          Q.    What grades does junior varsity cover?       14:44
23          A.    It doesn't have a grade.  It could be 9 to   14:44
24    12.  You could be a senior and still on the junior      14:44
25    varsity.  If some -- some schools because of numbers    14:44
```

Page 108

```
 1    will have just the varsity.  Some will have varsity   14:45

 2    and j- -- junior varsity.  And some will have         14:45

 3    varsity, junior varsity, and a freshman team.         14:45

 4          So just different designation of those          14:45

 5    teams.                                                14:45

 6      Q.   What does junior varsity mean?                 14:45

 7      A.   Junior varsity --                              14:45

 8          MS. GREEN:  I was just going to object to       14:45

 9    the form.                                             14:45

10          THE WITNESS:  Okay.                             14:45

11          When you have too many kids and you             14:45

12    have -- you want an opportunity for them, you have a  14:45

13    junior varsity as long as you can get a schedule for  14:45

14    them.                                                 14:45

15    BY MS. KANG:                                          14:45

16      Q.   What does "varsity" mean?                      14:45

17      A.   You are the team that participates for the     14:45

18    state championships.                                  14:45

19      Q.   What does "freshman" mean?                     14:45

20      A.   Some large schools want to give more           14:45

21    opportunity to their student athletes.  So they have  14:45

22    too many kids for a junior varsity, JV; so they have  14:46

23    a separate freshman program.                          14:46

24      Q.   Just to be clear, if a student wants to        14:46

25    play a sport that is not in this list -- so it's not  14:46
```

Veritext Legal Solutions
866 299-5127

1    cheer, wrestling, baseball, football, or golf --    14:46

2    they have to join either the boys' or girls' team?    14:46

3         A.   I think that's everybody that is not    14:46

4    included, yes.    14:46

5         Q.   One last question before we take a break.    14:46

6              I would like to draw your attention to    14:46

7    Page 9 of Exhibit 5, and this is the response to    14:46

8    Interrogatory Number 14.    14:46

9         A.   Okay.    14:46

10        Q.   So just to be clear, to make sure I am    14:46

11   reading this chart correctly, in the first row that    14:46

12   starts with "Andrew Jackson Middle School," it    14:46

13   indicates that one girl participated in wrestling.    14:47

14             Is that an accurate -- is that an accurate    14:47

15   interpretation?    14:47

16        A.   It is.    14:47

17        Q.   How do you collect these statistics?    14:47

18        A.   This was a survey of the schools because,    14:47

19   when they do their eligibility, it doesn't    14:47

20   distinguish between boys and girls.    14:47

21             So in order to find out who is playing    14:47

22   what sports, how many -- how many girls are    14:47

23   participating in -- in the sports that allow boys    14:47

24   and girls, the co-ed or mixed, we -- we have to    14:47

25   survey them to find out.    14:47

Page 110

| | | |
|---|---|---|
| 1 | Q.    When was this survey done? | 14:47 |
| 2 | A.    In the last two weeks, I would imagine.  I | 14:47 |
| 3 | forget.  I mean, it was in the last three -- two to | 14:47 |
| 4 | three weeks. | 14:47 |
| 5 | Q.    Why did you survey the schools? | 14:47 |
| 6 | A.    Just to find out how many girls were | 14:47 |
| 7 | participating in our -- since we don't have accurate | 14:47 |
| 8 | data of how many girls are playing different sports, | 14:48 |
| 9 | this was our opportunity to go ahead and -- and poll | 14:48 |
| 10 | our membership. | 14:48 |
| 11 | Not every school replied.  And we don't | 14:48 |
| 12 | have a way to verify it.  It was just for us to have | 14:48 |
| 13 | an idea.  We looked -- | 14:48 |
| 14 | Q.    Are there any -- oh.  Go ahead, please. | 14:48 |
| 15 | A.    We would look at this data, for instance, | 14:48 |
| 16 | golf and wrestling, to determine how close we are to | 14:48 |
| 17 | having its own sport. | 14:48 |
| 18 | Q.    Is this data the current data?  Or is this | 14:48 |
| 19 | data, like, a participation across all years -- | 14:48 |
| 20 | A.    And again -- | 14:48 |
| 21 | Q.    -- of all time? | 14:48 |
| 22 | A.    I believe -- you know, it wasn't a | 14:48 |
| 23 | certified data.  Schools were primarily listing | 14:48 |
| 24 | second -- second -- or last year's spring sports and | 14:48 |
| 25 | this year's winter and fall. | 14:49 |

Page 111

```
 1              So, obviously, they don't know how many      14:49

 2     baseball, softball, track, and tennis participants    14:49

 3     we have coming up because we haven't had our teams     14:49

 4     yet.                                                   14:49

 5              MS. KANG:  Okay.  I think now is a good       14:49

 6     time for everybody to take a break, if that is all    14:49

 7     right with you, Mr. Dolan.                             14:49

 8              THE WITNESS:  Sure.                           14:49

 9              Okay.  Roberta, is that -- does that work     14:49

10     for you?                                               14:49

11              MS. GREEN:  Sure.  Thank you.                 14:49

12              MS. KANG:  Of course.                         14:49

13              THE VIDEOGRAPHER:  This marks the end of      14:49

14     Media Number 2.                                        14:49

15              Going off the record.  The time is 2:49.      14:49

16              (Brief recess.)                               14:59

17              THE VIDEOGRAPHER:  This marks the             15:00

18     beginning of Media Number 3 in the deposition of      15:00

19     30(b)(6) Witness Bernie Dolan.                         15:00

20              Back on the record.  The time is 3:01.        15:00

21     BY MS. KANG:                                           15:00

22        Q.   Mr. Dolan, would it be harmful to a            15:01

23     student if they were forbidden from playing school    15:01

24     sports?                                                15:01

25              MS. GREEN:  Object to the form.               15:01
```

Page 112

| | | |
|---|---|---|
| 1 | THE WITNESS:  There are lots of kids who | 15:01 |
| 2 | are, I think, not allowed to participate for | 15:01 |
| 3 | whatever reason.  It could be eligibility things. | 15:01 |
| 4 | So happens to a lot of kids right now. | 15:01 |
| 5 | We do think there are benefits to | 15:01 |
| 6 | participation. | 15:01 |
| 7 | BY MS. KANG: | 15:01 |
| 8 | Q.   What sort of benefits does playing a | 15:01 |
| 9 | school sport afford? | 15:01 |
| 10 | A.   Giving an opportunity for leadership, | 15:01 |
| 11 | personal health, camaraderie, cooperation. | 15:01 |
| 12 | Q.   I want to talk a little bit about House | 15:01 |
| 13 | Bill 3293, or H.B. 3293, and a little bit more about | 15:01 |
| 14 | the Commission's policy for H.B. 3293 was enacted. | 15:01 |
| 15 | A.   Okay. | 15:02 |
| 16 | Q.   Do you believe that H.B. 3293 forbids | 15:02 |
| 17 | B.P.J. from playing on a girls' team? | 15:02 |
| 18 | MS. GREEN:  Object to the perform. | 15:02 |
| 19 | THE WITNESS:  I would believe it did | 15:02 |
| 20 | before the court case.  Yes. | 15:02 |
| 21 | BY MS. KANG: | 15:02 |
| 22 | Q.   Have you ever talked to any organizations | 15:02 |
| 23 | outside of the State of West Virginia regarding | 15:02 |
| 24 | H.B. 3293? | 15:02 |
| 25 | A.   Not that I know of. | 15:02 |

Page 113

```
 1          Q.   Have you ever talked to any organizations    15:02

 2     outside of West Virginia concerning transgender        15:02

 3     athletes generally?                                    15:02

 4          A.   We may have talked -- you know, our          15:02

 5     National Federation, it was probably on a -- one of    15:02

 6     our either winter meetings or summer meetings there    15:02

 7     was probably a topic.                                  15:02

 8               And I would have to go back and look, but    15:02

 9     the state may have put up a presentation on whatever   15:02

10     their -- whatever their rule was.                      15:02

11          Q.   Do you remember when this meeting            15:03

12     occurred?                                              15:03

13          A.   I do not.                                    15:03

14          Q.   Do you know which state proposed a rule?     15:03

15               MS. GREEN:  Object to the form.              15:03

16               THE WITNESS:  I believe the presentation     15:03

17     was from Connecticut.                                  15:03

18     BY MS. KANG:                                           15:03

19          Q.   Do you remember what the rule they           15:03

20     proposed was?                                          15:03

21               MS. GREEN:  Object to the form.              15:03

22               THE WITNESS:  I don't know.  They weren't    15:03

23     proposing a rule; they were explaining their rule.    15:03

24     BY MS. KANG:                                           15:03

25          Q.   Do you remember what their rule was?         15:03
```

Page 114

| | | |
|---|---|---|
| 1 | A.   I believe it was full participation by | 15:03 |
| 2 | gender identity. | 15:03 |
| 3 | Q.   Okay.  So I'm going to ask you a few | 15:03 |
| 4 | questions about the Commission's policy.  Before I | 15:03 |
| 5 | do so, just to be totally clear on the record, I'm | 15:03 |
| 6 | just going to give you some terms that I'll explain | 15:04 |
| 7 | my definitions for.  So whenever I ask you | 15:04 |
| 8 | questions, this is what I mean. | 15:04 |
| 9 | When I use the term "cisgender," I am | 15:04 |
| 10 | referring to someone whose gender identity matches | 15:04 |
| 11 | the sex they were assigned at birth.  So, for | 15:04 |
| 12 | example, if someone was assigned male at birth and | 15:04 |
| 13 | they identify as a male, that person would be a | 15:04 |
| 14 | cisgender boy. | 15:04 |
| 15 | When I use the term "transgender," I am | 15:04 |
| 16 | referring to someone whose gender identity does not | 15:04 |
| 17 | match the sex they were assigned at birth.  So, for | 15:04 |
| 18 | example, if someone was assigned male at birth but | 15:04 |
| 19 | then they identify as female, that person would be a | 15:04 |
| 20 | transgender girl or woman. | 15:04 |
| 21 | And so for purposes of the questions I | 15:04 |
| 22 | will be asking next, I'll be using these definitions | 15:04 |
| 23 | for -- for clarity. | 15:04 |
| 24 | Are you all right with that? | 15:04 |
| 25 | A.   Yes. | 15:04 |

Page 115

```
 1              MS. GREEN:  Objection to form.          15:04

 2              THE WITNESS:  Sorry.                     15:04

 3              Yes.                                     15:04

 4    BY MS. KANG:                                       15:04

 5        Q.   And then you may already understand this, 15:04

 6    but when I use the phrase "H.B. 3293," I am        15:04

 7    referring to House Bill 3293.                      15:04

 8              Are you familiar with this bill?         15:05

 9        A.   Yes.                                      15:05

10        Q.   To your knowledge, has a cisgender boy    15:05

11    ever played on a girl's sports team?               15:05

12              MS. GREEN:  Objection to the form.       15:05

13              THE WITNESS:  Not to my knowledge.       15:05

14    BY MS. KANG:                                       15:05

15        Q.   To your knowledge, has it ever been raised 15:05

16    as an issue?                                       15:05

17              MS. GREEN:  Object to the form.          15:05

18              THE WITNESS:  No.                        15:05

19    BY MS. KANG:                                       15:05

20        Q.   Currently, if a cisgender girl wants to   15:05

21    play football, is she permitted to do so on the    15:05

22    boys' team?                                        15:05

23        A.   Yes.  Because there's no girls' team at   15:05

24    the moment.                                        15:05

25        Q.   Before H.B. 3293 was enacted, did the     15:05
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Commission allow transgender students to participate | 15:06 |
| 2 | on sports teams consistent with their gender | 15:06 |
| 3 | identity? | 15:06 |
| 4 | MS. GREEN:  Object to the form. | 15:06 |
| 5 | THE WITNESS:  Our policy ident- -- | 15:06 |
| 6 | whatever the school identified them in WVEIS was how | 15:06 |
| 7 | we recognize them. | 15:06 |
| 8 | BY MS. KANG: | 15:06 |
| 9 | Q.   Can you tell me a little bit more about | 15:06 |
| 10 | this policy? | 15:06 |
| 11 | MS. GREEN:  Object to the form. | 15:06 |
| 12 | THE WITNESS:  Basically, it was to protect | 15:06 |
| 13 | athletes from harm or unfairness because of physical | 15:06 |
| 14 | abilities.  So whatever the school identified them | 15:06 |
| 15 | at if -- if everybody was okay with that, they got | 15:06 |
| 16 | to participate. | 15:06 |
| 17 | If it ever came to a point where somebody | 15:07 |
| 18 | was too big, too strong, or it wasn't safe for that | 15:07 |
| 19 | person to play, then they could appeal to the Board. | 15:07 |
| 20 | BY MS. KANG: | 15:07 |
| 21 | Q.   Can you tell me a little bit more about | 15:07 |
| 22 | what you mean by "it wasn't safe" for them to play? | 15:07 |
| 23 | A.   Could be a volleyball player who could | 15:07 |
| 24 | jump much higher than the girls, much stronger.  And | 15:07 |
| 25 | when he hits the ball, could hurt the -- hurt the | 15:07 |

Page 117

```
 1    other participants.                                15:07

 2        Q.   How did the Commission come up with this   15:07

 3    policy?                                            15:07

 4        A.   It was actually created by my predecessor.  15:07

 5    And just came in in the beginnings of my time.  And  15:07

 6    they were just addressing an issue that hadn't come  15:07

 7    to West Virginia at this point, but they wanted to   15:08

 8    have something in there as a temporary stopgap       15:08

 9    measure.                                           15:08

10        And to this point, no one has written a          15:08

11    rule to be voted on -- our -- by our membership.  So  15:08

12    that has been the -- our guidance since 2016.       15:08

13        Q.   Who was your predecessor?                  15:08

14        A.   Gary Ray.                                  15:08

15        Q.   And why did he feel the need to enact this  15:08

16    policy?                                            15:08

17        MS. GREEN:  Object to the form.                 15:08

18        THE WITNESS:  As we went to the national        15:08

19    meetings more and more, people were saying this was  15:08

20    an issue, and so they wanted -- you know, it had not  15:08

21    hit West Virginia yet but wanted to have something   15:08

22    in place to protect the kids.                      15:09

23    BY MS. KANG:                                       15:09

24        Q.   Did you ever receive any complaints about   15:09

25    this policy?                                       15:09
```

Page 118

```
 1       A.    No.                                    15:09

 2       Q.    Do you know who specifically drafted the   15:09

 3   policy?                                          15:09

 4       A.    I believe it was probably my predecessor   15:09

 5   Gary Ray and -- and the legal counsel at the time.   15:09

 6       Q.    Do you know if anyone else participated in   15:09

 7   the drafting?                                    15:09

 8       A.    I don't think so.                       15:09

 9       Q.    Was this policy ever implemented?        15:09

10       A.    We have never used it, if that's what you   15:09

11   are asking.                                      15:09

12       Q.    What do you mean by "never used it"?     15:09

13       A.    Nobody ever brought up a case -- I'm not   15:09

14   even aware of any case of transgender participating.   15:09

15   Therefore, nobody ever brought it to the Board to   15:10

16   decide whether or not it was fair or safe.       15:10

17       Q.    When a school determines a student's     15:10

18   gender, is that always put into WVEIS?           15:10

19            MS. GREEN:  Object to the form.          15:10

20            THE WITNESS:  I am not sure what they put   15:10

21   in WVEIS, to be honest with you.  I'm not -- you   15:10

22   know, each school, I would assume, has rules and   15:10

23   regulations they have to do.                     15:10

24   BY MS. KANG:                                     15:10

25       Q.    Is it fair to say that the Commission    15:10
```

Page 119

1    looked to WVEIS to determine a student's gender?    15:10

2         A.   We have -- we don't have access to WVEIS.    15:10

3    We would ask the school to provide what they have    15:10

4    designated the student as in WVEIS.    15:10

5         Q.   Has this always been the case?    15:11

6         A.   I would assume that it's always been the    15:11

7    case.  Even before we had a policy, the school    15:11

8    determined what they put in WVEIS.    15:11

9         Q.   Have you received any complaints about    15:11

10   B.P.J.'s participation?    15:11

11        A.   Not that I know of.    15:11

12        Q.   And to be clear, you haven't received any    15:11

13   complaints about transgender students participating    15:11

14   in West Virginia?    15:11

15        A.   No.    15:11

16        Q.   Have any transgender students ever asked    15:11

17   the Commission if they could participate in sports    15:11

18   at a secondary school level?    15:11

19             MS. GREEN:  Object to the form.    15:11

20             THE WITNESS:  I had one boy who wanted to    15:11

21   be a -- play volleyball, and we told him he couldn't    15:12

22   play volleyball because it was a girls' sport.  And    15:12

23   he said, "Then I'll be a boy -- I'll be a girl."    15:12

24             And -- but he wasn't -- he never did    15:12

25   anything else with it.  And we assumed he just    15:12

Page 120

```
 1    wanted to play volleyball because it never came back    15:12

 2    up.                                                     15:12

 3            I did have contact with a school who said       15:12

 4    they had one student who one day identified as a        15:12

 5    girl, next day a boy, and back and forth.  But we       15:12

 6    have not heard anything more from that student.         15:12

 7    So...                                                   15:12

 8    BY MS. KANG:                                            15:12

 9        Q.   When was that?                                 15:12

10        A.   That would have been in the last year.         15:12

11        Q.   Do you remember which school it was from?      15:12

12        A.   Yes.                                           15:12

13        Q.   Which school was it?                           15:12

14        A.   South Charleston High School.                  15:12

15        Q.   So I'm going to introduce a document           15:13

16    that's going to be marked as Exhibit 6.                 15:13

17            I'll let you know when it's available in        15:13

18    your folder.                                            15:13

19            (Deposition Exhibit 6 was marked for            15:13

20            identification and is attached hereto.)         15:13

21            MS. KANG:  Exhibit 6 is now available in        15:13

22    the shared exhibit folder.                              15:13

23    BY MS. KANG:                                            15:13

24        Q.   Mr. Dolan, let me know when you have had a     15:13

25    chance to look at it.                                   15:13
```

Page 121

| | | |
|---|---|---|
| 1 | A.   [Witness reviews document]. | 15:13 |
| 2 | Okay. | 15:13 |
| 3 | Q.   Do you recognize this document? | 15:14 |
| 4 | A.   Yeah.  This was our transgender Board of | 15:14 |
| 5 | Directors policy. | 15:14 |
| 6 | Q.   Is this the same policy that we were | 15:14 |
| 7 | discussing earlier? | 15:14 |
| 8 | A.   Yes. | 15:14 |
| 9 | Q.   So I want to draw your attention to Bullet | 15:14 |
| 10 | Point 1, which says [as read]: | 15:14 |
| 11 | "The transgender student's school | 15:14 |
| 12 | shall make the initial determination as | 15:14 |
| 13 | to whether a student may participate in | 15:14 |
| 14 | interscholastic athletics in a gender | 15:14 |
| 15 | that does not match the gender assigned | 15:14 |
| 16 | to him or her at birth." | 15:14 |
| 17 | Did I read that correctly? | 15:14 |
| 18 | A.   Yes. | 15:14 |
| 19 | Q.   Why did the Commission give the initial | 15:14 |
| 20 | determination to the transgender student's school? | 15:14 |
| 21 | MS. GREEN:  Object to the form. | 15:14 |
| 22 | THE WITNESS:  First of all, we -- we don't | 15:14 |
| 23 | know this student.  There would be no way for us to | 15:14 |
| 24 | know all the factors. | 15:14 |
| 25 | So the school is the entity that works | 15:14 |

Page 122

| | | |
|---|---|---|
| 1 | closely with that student and the parents and the | 15:15 |
| 2 | family on a daily basis. | 15:15 |
| 3 | BY MS. KANG: | 15:15 |
| 4 | Q.   Why did the Commission think transgender | 15:15 |
| 5 | students should be able to participate on teams | 15:15 |
| 6 | consistent with their identity? | 15:15 |
| 7 | MS. GREEN:  Object to the form. | 15:15 |
| 8 | THE WITNESS:  I assume that the school | 15:15 |
| 9 | would put them in the proper place, wherever the | 15:15 |
| 10 | school decided based on all the factors. | 15:15 |
| 11 | BY MS. KANG: | 15:15 |
| 12 | Q.   Did you ever consider implementing a | 15:15 |
| 13 | hormone requirement in this policy? | 15:15 |
| 14 | MS. GREEN:  I'm sorry.  I didn't hear what | 15:15 |
| 15 | you said, Ms. Kang. | 15:15 |
| 16 | MS. KANG:  Sure. | 15:15 |
| 17 | BY MS. KANG: | 15:15 |
| 18 | Q.   Did you ever consider implementing a | 15:15 |
| 19 | hormone requirement in this policy? | 15:15 |
| 20 | MS. GREEN:  Thank you. | 15:15 |
| 21 | Object to the form. | 15:15 |
| 22 | THE WITNESS:  Our -- it was my | 15:15 |
| 23 | predecessor's.  So I'm not sure of their discussion | 15:15 |
| 24 | as to whether or not they were going to put that in | 15:16 |
| 25 | or not. | 15:16 |

Page 123

```
 1    BY MS. KANG:                                    15:16

 2        Q.   Did you or your staff ever consider    15:16

 3    putting in this policy -- putting in a hormone  15:16

 4    requirement?                                     15:16

 5            MS. GREEN:   Object to the form.         15:16

 6            THE WITNESS:   No.  Because we would not 15:16

 7    change the policy.  I think it would -- if it was 15:16

 8    going to change, it was going to be changed by a 15:16

 9    rule by our membership and was never brought forward 15:16

10    as a rule proposal.                              15:16

11    BY MS. KANG:                                     15:16

12        Q.   Am I right to say that this policy was not 15:16

13    a rule?                                          15:16

14        A.   That's correct.                         15:16

15        Q.   What's the difference between this policy 15:16

16    versus a rule?                                   15:16

17        A.   This never went before the membership to 15:16

18    have a vote; so I don't think it has the power of a 15:16

19    rule.                                            15:16

20        Q.   What sort of power would that be?       15:16

21        A.   Well, this was giving guidance to a Board 15:16

22    of Directors.                                    15:17

23            But a rule is voted on and -- and approved 15:17

24    by the State Board of Education; so it is the rule 15:17

25    of law for high school athletics from the WVSSAC. 15:17
```

Page 124

```
1          Q.   What do you mean by it provided guidance    15:17

2     to the Board of Directors?                            15:17

3          A.   Would allow them to grant waivers if        15:17

4     somebody -- if it was unsafe or unfair to other       15:17

5     students or to this student.                          15:17

6          Q.   By unfair to the student, do you mean       15:17

7     unfair to the trans student?                          15:17

8          A.   Either one.  Either one.  For safety or     15:17

9     given them advantages that made it unfair.            15:17

10          Q.   Am I right that this policy does not         15:18

11     mention anything about WVEIS?                         15:18

12               MS. GREEN:  Object to the form.             15:18

13               THE WITNESS:  I don't believe it -- I       15:18

14     don't believe it mentions WVEIS.  It does say that   15:18

15     the school will make the initial determination.      15:18

16     BY MS. KANG:                                          15:18

17          Q.   Under this policy, what happens if a        15:18

18     student's gender marker in WVEIS is, let's say --    15:18

19     let's say, male, but the school treats the student   15:18

20     as female?  What would the SAC do in that situation? 15:18

21               MS. GREEN:  I'll object to the form.        15:18

22     Speculative.                                          15:18

23               THE WITNESS:  I think we would have to      15:18

24     look at all the factors that were involved in -- you 15:18

25     know, I'm not even sure what the factors would be,   15:19
```

Page 125

| | | |
|---|---|---|
| 1 | but I think we would have to, you know, have | 15:19 |
| 2 | everything presented to us to make a determination. | 15:19 |
| 3 | BY MS. KANG: | 15:19 |
| 4 | Q.   So is it fair to say, in that case you | 15:19 |
| 5 | would not strictly follow WVEIS? | 15:19 |
| 6 | MS. GREEN:  Object to the form. | 15:19 |
| 7 | THE WITNESS:  We would -- it would be in | 15:19 |
| 8 | the cases where it was unsafe and unfair that we | 15:19 |
| 9 | would not be following WVEIS.  If we felt like it | 15:19 |
| 10 | was unsafe or unfair to the participants, other | 15:19 |
| 11 | participants or the transgender student, then the | 15:19 |
| 12 | Board can override it. | 15:19 |
| 13 | BY MS. KANG: | 15:19 |
| 14 | Q.   Okay.  I'm going to ask you to turn your | 15:19 |
| 15 | attention to a document that I'm going to be marking | 15:19 |
| 16 | as Exhibit 7. | 15:19 |
| 17 | MS. KANG:  And I'll let you know when it's | 15:19 |
| 18 | available in everyone's folder. | 15:19 |
| 19 | (Deposition Exhibit 7 was marked for | 15:20 |
| 20 | identification and is attached hereto.) | 15:20 |
| 21 | MS. KANG:  Exhibit 7 should now be | 15:20 |
| 22 | available in everyone's Marked Exhibit folder. | 15:20 |
| 23 | BY MS. KANG: | 15:20 |
| 24 | Q.   And let me know, Mr. Dolan, whenever you | 15:20 |
| 25 | have a chance to -- to look at it. | 15:20 |

Page 126

| | | |
|---|---|---|
| 1 | A.    Okay. | 15:20 |
| 2 | Q.    So this is an email that was produced by | 15:20 |
| 3 | your counsel in response to one of plaintiff's | 15:20 |
| 4 | document request. | 15:20 |
| 5 | Do you remember this particular email? | 15:20 |
| 6 | A.    After I went back and searched it, yeah. | 15:20 |
| 7 | And I don't remember -- I didn't remember it until I | 15:21 |
| 8 | was looking for it. | 15:21 |
| 9 | Q.    Is bernie.dolan@wvssac.org your email | 15:21 |
| 10 | address? | 15:21 |
| 11 | A.    It is. | 15:21 |
| 12 | Q.    Who is Daniel Swartos? | 15:21 |
| 13 | A.    He is the executive director for the | 15:21 |
| 14 | South Dakota High School Athletic Association -- or | 15:21 |
| 15 | Activities Association. | 15:21 |
| 16 | Q.    Is that an association in South Dakota? | 15:21 |
| 17 | A.    Yes. | 15:21 |
| 18 | Q.    So I'd like to draw your attention to | 15:21 |
| 19 | Page 2 of this pdf that's been Bates Stamped -224. | 15:21 |
| 20 | Let me know whenever you get there. | 15:21 |
| 21 | A.    Okay. | 15:21 |
| 22 | Q.    In this email you say [as read]: | 15:21 |
| 23 | "It has not been challenged yet." | 15:21 |
| 24 | To clarify, are you referring to the | 15:21 |
| 25 | policy that we looked at in Exhibit 6? | 15:21 |

Page 127

1        A.   Right.  It had not gone through any court        15:22
2   action.  Yes.                                              15:22
3        Q.   Were you concerned that the policy was           15:22
4   going to be challenged at some point?                      15:22
5        A.   All of our -- all of our policies get            15:22
6   challenged at some point.  So...                           15:22
7        Q.   Fair enough.                                     15:22
8        A.   Yes.                                             15:22
9        Q.   So now I'm going to introduce a document         15:22
10  as Exhibit 8.  One moment.                                 15:22
11       MS. KANG:  Exhibit 8 is now available in              15:22
12  everyone's Marked Exhibit folder.                          15:22
13       (Deposition Exhibit 8 was marked for                  15:22
14       identification and is attached hereto.)               15:22
15  BY MS. KANG:                                               15:22
16       Q.   Mr. Dolan, let me know whenever you have         15:22
17  it open.                                                   15:22
18       A.   Okay.                                            15:23
19       Q.   So I know this was a while ago, but do you       15:23
20  remember the meeting that is referenced in                 15:23
21  Exhibit 8?                                                 15:23
22       A.   Not specifically.  But yes.                      15:23
23       Q.   Do you remember at all who was present at        15:23
24  this meeting?                                              15:23
25       A.   It's probably in the minutes.                    15:23

                                          Page 128

```
1              THE WITNESS:  Can you scroll down to the    15:23
2    next page and see...                                  15:23
3              MS. GREEN:  Okay.                            15:23
4              THE WITNESS:  Keep going.  See if            15:23
5    there's...                                             15:23
6              [Witness reviews document].                  15:24
7              I do not remember.  I would assume it was    15:24
8    all of my Board of Directors, though.                  15:24
9    BY MS. KANG:                                           15:24
10       Q.   How often does the Board of Directors         15:24
11   meet?                                                  15:24
12       A.   Mostly once a month.  There a couple of       15:24
13   months that we don't meet.  So about ten times a       15:24
14   year.                                                  15:24
15       Q.   Is this Board of Directors report given to    15:24
16   anyone outside of the Board of Directors?              15:24
17             MS. GREEN:  Object to the form.              15:24
18             THE WITNESS:  I'm not sure because we        15:24
19   don't give it out anymore.  So I don't know if         15:24
20   that's -- if this came from the interscholastic or     15:24
21   if it was Board of Directors report that somebody      15:24
22   would have submitted.                                  15:24
23             I don't do it currently; so I don't know     15:25
24   if it was -- who it went to in the past.               15:25
25   ///
```

Page 129

| | | |
|---|---|---|
| 1 | BY MS. KANG: | 15:25 |
| 2 | Q.  Did it used to go to someone before? | 15:25 |
| 3 | A.  I don't know.  That's what I... | 15:25 |
| 4 | Q.  So I want to draw your attention to Page 2 | 15:25 |
| 5 | of the pdf.  It's been Bates Stamped -283.  And it's | 15:25 |
| 6 | Bullet Point 4 "Legal Update." | 15:25 |
| 7 | And in Bullet Point 4, you'll see another | 15:25 |
| 8 | Bullet Point iv that says "Transgender." | 15:25 |
| 9 | Read that paragraph and let me know when | 15:25 |
| 10 | you are finished. | 15:25 |
| 11 | A.  [Witness reviews document]. | 15:25 |
| 12 | Okay. | 15:25 |
| 13 | Q.  Regarding this specific topic, what was | 15:25 |
| 14 | discussed? | 15:26 |
| 15 | MS. GREEN:  Object to the form. | 15:26 |
| 16 | THE WITNESS:  Based on the information | 15:26 |
| 17 | there -- obviously, I can't remember in 2016 -- but | 15:26 |
| 18 | we were discussing the policy and how it was -- how | 15:26 |
| 19 | schools would -- how it would work with the schools. | 15:26 |
| 20 | BY MS. KANG: | 15:26 |
| 21 | Q.  And what do you mean "how it would work | 15:26 |
| 22 | with the schools"? | 15:26 |
| 23 | A.  Well, it says, Number 1, the school would | 15:26 |
| 24 | make the first determination; did they meet all | 15:26 |
| 25 | other eligibility requirements; was it fair | 15:26 |

Page 130

```
 1    competition if the school allows; you know, was          15:26

 2    there an appeal process; and then make sure that we      15:26

 3    look at each case on an individual basis and kind        15:26

 4    of -- where the Board stood.                             15:26

 5         Q.   What do you mean by "where the Board           15:26

 6    stood"?                                                  15:26

 7         A.   I don't know what the discussion was at        15:27

 8    that point.                                              15:27

 9         Q.   I notice that in this line it says             15:27

10    [as read]:                                               15:27

11              "Editing our transgender policy and           15:27

12              guidelines...."                                15:27

13              As far as you know, was there any editing      15:27

14    that was done to the policy?                             15:27

15         A.   I don't believe we edited anything because     15:27

16    it's still the exact same policy that -- that they       15:27

17    approved months earlier.                                 15:27

18         Q.   Do you remember if the Board of                15:27

19    Directors -- the Board of Directors unanimously          15:27

20    approved this policy?                                    15:27

21         A.   I don't know.                                  15:27

22         Q.   Do you remember if anything was ever           15:27

23    conveyed outside of the Board of Directors regarding     15:27

24    this policy?                                             15:27

25              MS. GREEN:   Object to the form.               15:27
```

Page 131

| | | |
|---|---|---|
| 1 | THE WITNESS:  When we meet with our | 15:27 |
| 2 | principals and -- when we meet with our principals | 15:27 |
| 3 | and also at an administrative workshop for a number | 15:28 |
| 4 | of years, we indicated that whatever they determined | 15:28 |
| 5 | we would accept as long as it was not unsafe or | 15:28 |
| 6 | unfair. | 15:28 |
| 7 | BY MS. KANG: | 15:28 |
| 8 | Q.   So is it fair to say that your member | 15:28 |
| 9 | schools were aware of this policy? | 15:28 |
| 10 | A.   Well, I would think at different times. | 15:28 |
| 11 | Again, the turnover at schools is high.  So if -- | 15:28 |
| 12 | did somebody -- every person -- did we verify that | 15:28 |
| 13 | they heard it?  I don't know. | 15:28 |
| 14 | But the turnover is relatively high at all | 15:28 |
| 15 | of our schools, especially at the principal level. | 15:28 |
| 16 | So... | 15:28 |
| 17 | Q.   Would it be fair to say that at one point | 15:28 |
| 18 | you did inform the member schools about this policy? | 15:28 |
| 19 | MS. GREEN:  Object to the form. | 15:28 |
| 20 | THE WITNESS:  As long as they attended our | 15:29 |
| 21 | meetings, yes.  They might not -- | 15:29 |
| 22 | BY MS. KANG: | 15:29 |
| 23 | Q.   And by -- | 15:29 |
| 24 | A.   -- have attended. | 15:29 |
| 25 | Q.   And by "meetings," do you mean the Board | 15:29 |

Page 132

```
 1    of Directors meetings?                           15:29

 2         A.   No.  It would be our regional principals   15:29

 3    meetings that we did at the beginning of each year.  15:29

 4         Q.   Does the Commission report H.B. 3293?      15:29

 5         MS. GREEN:  Object to form.                 15:29

 6         THE WITNESS:  I don't think we ever --      15:29

 7    there was ever a position on it.  I think our        15:29

 8    position has been we support Title IX and try to     15:29

 9    give more opportunities for girls.  But bottom line  15:29

10    is we are not allowed to discriminate by our rule -- 15:29

11    by our policies.                                     15:29

12    BY MS. KANG:                                         15:29

13         Q.   By "not allowed to discriminate," do you   15:29

14    mean also not allowed to discriminate against        15:29

15    transgender students?                                15:30

16         A.   I would think we are not allowed to -- we  15:30

17    are not allowed to discriminate against transgender. 15:30

18    That's correct.                                      15:30

19         Q.   Could you tell me a little bit more about  15:30

20    what you mean by advance Title IX?                   15:30

21         A.   Well, we continued to offer more           15:30

22    opportunities and protect the opportunities that     15:30

23    girls have.                                          15:30

24         We have increased the opportunities for         15:30

25    girl golfers to participate just against girls.  So  15:30
```

Page 133

| | | |
|---|---|---|
| 1 | our number of girls' golfers has risen tremendously. | 15:30 |
| 2 | We also have supported a girls' only | 15:30 |
| 3 | wrestling invitational that has allowed more girls | 15:30 |
| 4 | to participate in wrestling. | 15:30 |
| 5 | We have encouraged schools to make sure | 15:31 |
| 6 | that Title IX is followed when they are putting in | 15:31 |
| 7 | fields, putting in locker rooms, money for programs, | 15:31 |
| 8 | and things like that. | 15:31 |
| 9 | Q.   Do you believe that Title IX also protects | 15:31 |
| 10 | transgender girls? | 15:31 |
| 11 | MS. GREEN:  Object to the form. | 15:31 |
| 12 | THE WITNESS:  I -- I am not sure.  I think | 15:31 |
| 13 | that it -- it has been ruled that way, yes. | 15:31 |
| 14 | BY MS. KANG: | 15:31 |
| 15 | Q.   Have there ever been any safety concerns | 15:31 |
| 16 | with girls playing on the boys' team? | 15:31 |
| 17 | MS. GREEN:  Object to the form. | 15:31 |
| 18 | THE WITNESS:  The girls are choosing to | 15:31 |
| 19 | participate.  So I think all kids there's -- there's | 15:31 |
| 20 | an oppor- -- there's a possibility of injury.  And | 15:31 |
| 21 | so, you know, it -- it's brought out in their | 15:31 |
| 22 | preparticipation physical that, you know, there is a | 15:31 |
| 23 | possibility of injury. | 15:32 |
| 24 | BY MS. KANG: | 15:32 |
| 25 | Q.   To your knowledge, have there been any | 15:32 |

Page 134

```
 1    injuries from a girl playing on a boys' team?        15:32

 2              MS. GREEN:  Object to the form.            15:32

 3              THE WITNESS:  Oh, I'm sure.  I mean, I      15:32

 4    don't know specifically.  But there's -- people get  15:32

 5    hurt every day in every sport.  So I'm sure somebody  15:32

 6    has gotten hurt in football or wrestling.            15:32

 7    BY MS. KANG:                                          15:32

 8        Q.   In the context of school sports, what is    15:32

 9    competitive skill?                                    15:32

10              MS. GREEN:  Object to the form.            15:32

11              THE WITNESS:  Skill needed to be           15:32

12    successful in that sport.                             15:32

13    BY MS. KANG:                                          15:32

14        Q.   Does cross-country require competitive      15:32

15    skill?                                                15:32

16              MS. GREEN:  Object to the form.            15:32

17              THE WITNESS:  I would think so.            15:32

18    BY MS. KANG:                                          15:32

19        Q.   Do you know whether any girls who tried     15:32

20    out for cross-country at Bridgeport Middle School    15:32

21    for the fall of 2021 were unable to join the team?   15:32

22              MS. GREEN:  Object to the form.            15:33

23              THE WITNESS:  We were not involved in the  15:33

24    selection.  So I don't know.                          15:33

25    ///
```

Page 135

| | | |
|---|---|---|
| 1 | BY MS. KANG: | 15:33 |
| 2 | Q.   Believe it or not, I am on my last set of | 15:33 |
| 3 | questions.  So thank you for bearing with me so far. | 15:33 |
| 4 | Hopefully, we can get this done early. | 15:33 |
| 5 | So now I want to talk a little bit more | 15:33 |
| 6 | about House Bill 3293. | 15:33 |
| 7 | Were you involved at all in the passage of | 15:33 |
| 8 | H.B. 3293? | 15:33 |
| 9 | MS. GREEN:  Object to the form. | 15:33 |
| 10 | THE WITNESS:  I wouldn't say I was | 15:33 |
| 11 | involved in the passage. | 15:33 |
| 12 | Oftentimes I get asked to come down and | 15:33 |
| 13 | speak.  And I was asked to speak to the Democratic | 15:33 |
| 14 | caucus.  And I pretty much said what I said earlier. | 15:33 |
| 15 | We support girls' sports and continued to offer more | 15:33 |
| 16 | opportunities for them.  But we're not allowed to | 15:33 |
| 17 | discriminate. | 15:34 |
| 18 | BY MS. KANG: | 15:34 |
| 19 | Q.   Besides the Democratic caucus, did you | 15:34 |
| 20 | speak to anyone else? | 15:34 |
| 21 | A.   I had communication with Melissa White, | 15:34 |
| 22 | who was -- is the counsel for House Ed. | 15:34 |
| 23 | Q.   And did you think -- | 15:34 |
| 24 | A.   And I think that -- | 15:34 |
| 25 | Q.   Go ahead. | 15:34 |

Page 136

| | | |
|---|---|---|
| 1 | A.   I don't think -- I don't think we spoke | 15:34 |
| 2 | about it.  She had sent me an email about it. | 15:34 |
| 3 | Q.   Did you speak to any legislative committee | 15:34 |
| 4 | about H.B. 3293? | 15:34 |
| 5 | MS. GREEN:  Object to the form. | 15:34 |
| 6 | THE WITNESS:  I spoke to the caucus.  I | 15:34 |
| 7 | was down there as a witness in front of finance, I | 15:34 |
| 8 | believe, Senate finance -- or House finance.  But I | 15:34 |
| 9 | was never called in to -- to give an opinion or any | 15:34 |
| 10 | information. | 15:34 |
| 11 | BY MS. KANG: | 15:34 |
| 12 | Q.   So you were called in as a witness but you | 15:34 |
| 13 | didn't testify? | 15:34 |
| 14 | A.   They told me to be available. | 15:34 |
| 15 | Q.   Were you told anything about H.B. 3293 | 15:35 |
| 16 | before it was passed? | 15:35 |
| 17 | MS. GREEN:  Object to the form. | 15:35 |
| 18 | THE WITNESS:  Actually, I was sent an | 15:35 |
| 19 | email from Melissa White.  But when I looked at it, | 15:35 |
| 20 | the beginning of it was a home school bill. | 15:35 |
| 21 | So I assumed she sent the wrong bill. | 15:35 |
| 22 | And -- but it did say "transgender" at the top.  So | 15:35 |
| 23 | I sent it to the legal counsel who was helping us | 15:35 |
| 24 | with legislative activity.  Or -- | 15:35 |
| 25 | MS. GREEN:  And I'll object to the form. | 15:35 |

Page 137

```
 1              THE WITNESS:  Okay.                    15:35

 2              MS. GREEN:  Caution him regarding      15:35

 3    conversations with counsel.                      15:35

 4              THE WITNESS:  Okay.                     15:35

 5    BY MS. KANG:                                      15:35

 6        Q.   By "counsel," was it counsel at the     15:35

 7    Commission?                                       15:35

 8        A.   It is counsel --                         15:35

 9              MS. GREEN:  I'll just --                15:35

10              THE WITNESS:  Okay.                     15:35

11              MS. GREEN:  -- object to the form.      15:36

12              THE WITNESS:  Okay.                     15:36

13              It was counsel we've had at -- that we  15:36

14    used during legislative time.                     15:36

15    BY MS. KANG:                                      15:36

16        Q.   Who is this person?                      15:36

17              MS. GREEN:  I'll just object to the form. 15:36

18    I think they're in the privilege log.  We identified 15:36

19    them.                                             15:36

20              Do you know the name of the firm?       15:36

21              THE WITNESS:  Dinsmore & Shohl is the law 15:36

22    firm.                                             15:36

23    BY MS. KANG:                                      15:36

24        Q.   Did any legislators tell you about the   15:36

25    purpose of H.B. 3293?                             15:36
```

```
 1              MS. GREEN:  Object to the form.         15:36

 2              THE WITNESS:  I don't remember having that  15:36

 3    conversation with any of them.  I had one email from  15:36

 4    Senator Unger, who sent me the NCAA guidelines at    15:36

 5    the time.  It was unsolicited and didn't have        15:36

 6    anything, really, with it, just a link to the NCAA   15:36

 7    guidelines.                                          15:37

 8    BY MS. KANG:                                         15:37

 9         Q.   Did you respond to that email?            15:37

10         A.   I did not.                                15:37

11         Q.   Has the Commission taken any steps to     15:37

12    contemplate policies or rules concerning the        15:37

13    implementation of H.B. 3293?                        15:37

14              MS. GREEN:  Object to the form.           15:37

15              THE WITNESS:  The legislation 3293 charged  15:37

16    the Department of Ed with creating the rule.  So     15:37

17    we're going to wait for those guidelines to come out  15:37

18    and then probably just bring them into our rule book  15:37

19    like we did the 2.0.                                 15:37

20    BY MS. KANG:                                         15:37

21         Q.   But to be clear, if the State Board       15:37

22    promulgates a rule, will the Commission have to      15:37

23    follow that rule?                                    15:38

24         A.   Our schools would have to follow it,      15:38

25    which, if all of our schools have to follow it, I    15:38
```

Page 139

```
 1    would say we're following it, yes.              15:38
 2        Q.   Okay.  I'm going to introduce a document   15:38
 3    as Exhibit 9, and I'll let you know when it's    15:38
 4    available.                                       15:38
 5           (Deposition Exhibit 9 was marked for       15:38
 6           identification and is attached hereto.)    15:39
 7           MS. KANG:  Exhibit 9 is now available in    15:39
 8    the Marked Exhibits folder.                      15:39
 9    BY MS. KANG:                                     15:39
10        Q.   And let me know when you have a chance to   15:39
11    pull it up, Mr. Dolan.                           15:39
12        A.   Okay.                                   15:39
13        Q.   So these are some text messages that your   15:39
14    counsel produced in response to Plaintiff's     15:39
15    discovery requests.  It's been Bates stamped    15:39
16    WVSSAC000001.  And I'm going to represent to you   15:39
17    that these are texts between you and            15:39
18    Stephen Baldwin.                                 15:39
19           Do you remember this conversation?        15:39
20        A.   Yes.                                    15:39
21           MS. GREEN:  Object to the form.           15:39
22           THE WITNESS:  Yes, I do.                  15:39
23    BY MS. KANG:                                     15:39
24        Q.   Who is Stephen Baldwin?                 15:39
25        A.   Senator from Greenbrier County.         15:39
```

Page 140

```
 1          Q.   Is this the same Democratic office that      15:40

 2     you were just talking about?                           15:40

 3          A.   Yes, ma'am.                                  15:40

 4          Q.   Why did you decide to participate in this    15:40

 5     meeting?                                                15:40

 6               MS. GREEN:   Object to the form.             15:40

 7               THE WITNESS:   Oftentimes I -- I don't feel  15:40

 8     like I have a choice.   When the legislature calls, I  15:40

 9     need to go down and be heard.                          15:40

10     BY MS. KANG:                                           15:40

11          Q.   Did you bring any documents with you to      15:40

12     this meeting?                                          15:40

13          A.   Just the -- just our board policy.           15:40

14          Q.   Do you remember if you were shown any        15:40

15     documents at the meeting?                              15:40

16          A.   I don't remember.                            15:40

17          Q.   Did the Democratic Caucus give you any       15:40

18     documents?                                             15:40

19          A.   I don't remember if they gave me the bill   15:40

20     at that time or not.   So I'm not sure.                15:40

21          Q.   So if you scroll down to the document        15:41

22     that's Bates Stamped -006.   And I believe it's        15:41

23     Page 6 of 7 of the pdf of Exhibit 9.                   15:41

24          A.   Okay.                                        15:41

25          Q.   Do you know who Rucker is?                   15:41
```

Page 141

```
 1          A.    Senator Rucker is the Senate education      15:41

 2     chair.                                                 15:41

 3          Q.    Do you agree with her statement that it is  15:41

 4     not a real policy?                                     15:41

 5          A.    I believe it is a policy that -- but it     15:41

 6     had not -- it didn't go through a rule-writing         15:42

 7     process and was never challenged in court and          15:42

 8     upheld.                                                15:42

 9               So we think it was an internal policy,       15:42

10     yes, that we give our --                               15:42

11          Q.    What do you mean --                         15:42

12          A.    We give our board the opportunity to hear   15:42

13     cases of appeals.                                      15:42

14          Q.    Can you clarify what you mean by "internal  15:42

15     policy"?                                               15:42

16          A.    Well, it wasn't in our rule book.           15:42

17          Q.    So I'm going to introduce an additional     15:42

18     document as Exhibit 10.                                15:42

19               (Deposition Exhibit 10 was marked for        15:43

20               identification and is attached hereto.)      15:43

21               MS. KANG:  Exhibit 10 is now available in    15:43

22     the Marked Exhibits folder.                            15:43

23     BY MS. KANG:                                           15:43

24          Q.    Let me know when you have it up,            15:43

25     Mr. Dolan.                                             15:43
```

Page 142

```
 1        A.    [Witness reviews document].              15:43

 2              Okay.                                     15:43

 3        Q.    Do you remember this email?              15:43

 4        A.    After I looked it back up, yes.          15:44

 5        Q.    And is that still your email address at  15:44

 6   the top?                                            15:44

 7        A.    It is.                                   15:44

 8        Q.    Who is John Raby?                        15:44

 9        A.    John Raby is an Associated Press reporter. 15:44

10        Q.    Had you spoken to him before?            15:44

11        A.    Probably in a different capacity.  When I 15:44

12   was the director of Super Six, he was a reporter   15:44

13   that would come to games.  So...                   15:44

14        Q.    So on the first page of Exhibit 10,      15:44

15   Mr. Raby asks the question [as read]:              15:44

16              "What does the WVSSAC think of the       15:44

17              bill?"                                   15:44

18              And then if you go to the next page of   15:44

19   Exhibit 10, in response you write [as read]:       15:44

20              "The WVSSAC has supported Title IX       15:44

21              for the last 50 years...Title IX has     15:44

22              non discrimination language that we      15:44

23              support."                                15:45

24              What do you mean by "Title IX has        15:45

25   non-discrimination language that we support"?      15:45
```

Page 143

```
 1          A.    I believe in the Title IX document it says      15:45
 2     you can't discriminate.  And so we support Title IX;       15:45
 3     so we have to support the whole thing.                     15:45
 4          Q.    You also say in your response that              15:45
 5     [as read]:                                                 15:45
 6               "This has increased the quantity and             15:45
 7               quality of opportunities for girls in            15:45
 8               our schools."                                    15:45
 9          What opportunities do you believe has been            15:45
10     increased?                                                 15:45
11          A.    Well, when I was in school, which would         15:45
12     have been the early -- early '70s, may or may not          15:45
13     have had girls' basketball at all and wouldn't have        15:45
14     had volleyball or soccer, for sure, swim.  So over         15:45
15     the last 50 years, we have increased the sports that       15:45
16     girls can participate in a hundred times over.             15:45
17          Q.    Do you believe that B.P.J. should have the      15:45
18     right to these opportunities?                              15:46
19               MS. GREEN:  Object to the form.                  15:46
20               THE WITNESS:  I believe we'll follow the         15:46
21     rule -- the law.                                           15:46
22     BY MS. KANG:                                               15:46
23          Q.    What do you mean by "follow the law"?           15:46
24          A.    Whatever -- whatever the Department of Ed       15:46
25     writes as the rule, then we have to implement that         15:46
```

Page 144

| | | |
|---|---|---|
| 1 | with all of our schools. | 15:46 |
| 2 | Q.   Do you believe that B.P.J.'s participation | 15:46 |
| 3 | in cross-country harms any of these opportunities? | 15:46 |
| 4 | MS. GREEN:  Object to the form. | 15:46 |
| 5 | THE WITNESS:  Well, "harm" is a -- a | 15:46 |
| 6 | unique word because harm might be that it might not | 15:46 |
| 7 | physically harm somebody, but they -- you know, harm | 15:46 |
| 8 | might be that you take somebody's position on the | 15:46 |
| 9 | team. | 15:46 |
| 10 | In cross-country, only the top seven kids | 15:46 |
| 11 | get to compete on the varsity team, whether it's | 15:46 |
| 12 | middle school or high school.  If you are | 15:46 |
| 13 | number seven and you get bumped out, there might be | 15:46 |
| 14 | harm. | 15:47 |
| 15 | But, in general, physical harm, I don't | 15:47 |
| 16 | believe so. | 15:47 |
| 17 | BY MS. KANG: | 15:47 |
| 18 | Q.   Do you know if B.P.J. has, as you say, | 15:47 |
| 19 | bumped out another girl? | 15:47 |
| 20 | A.   I do not. | 15:47 |
| 21 | MS. GREEN:  Object to the form. | 15:47 |
| 22 | THE WITNESS:  Okay. | 15:47 |
| 23 | MS. KANG:  So I am going to introduce | 15:47 |
| 24 | another document as Exhibit 11. | 15:47 |
| 25 | /// | |

Page 145

| | | |
|---|---|---|
| 1 | (Deposition Exhibit 11 was marked for | 15:47 |
| 2 | identification and is attached hereto.) | 15:48 |
| 3 | MS. GREEN:  Okay. | 15:48 |
| 4 | MS. KANG:  Exhibit 11 is now available in | 15:48 |
| 5 | everyone's Marked Exhibit folder. | 15:48 |
| 6 | BY MS. KANG: | 15:48 |
| 7 | Q.  Let me know when you have it up. | 15:48 |
| 8 | And, Mr. Dolan, we can take a five-minute | 15:48 |
| 9 | break, I think, after -- after this email, before we | 15:48 |
| 10 | wrap up. | 15:48 |
| 11 | A.  Okay. | 15:48 |
| 12 | Scroll down. | 15:48 |
| 13 | Okay. | 15:48 |
| 14 | Q.  Do you recognize this email? | 15:48 |
| 15 | A.  I do. | 15:48 |
| 16 | Q.  Do you remember this email? | 15:48 |
| 17 | A.  I don't know if I remember it.  But I | 15:48 |
| 18 | recognize it, yes. | 15:48 |
| 19 | Q.  Who is Josh Weekley? | 15:48 |
| 20 | A.  He runs RunWV which keeps track of all | 15:48 |
| 21 | boys' and girls' track and cross-country times and | 15:49 |
| 22 | posts them on runwv.com. | 15:49 |
| 23 | Q.  Why did you contact him? | 15:49 |
| 24 | A.  I was looking for data in comparing girls' | 15:49 |
| 25 | times to boys' times. | 15:49 |

Page 146

```
 1        Q.   Why did you want that data?              15:49

 2        A.   Just curious to see if there were        15:49

 3   advantages that boy -- if -- what the actual data  15:49

 4   showed for comparison of boys' and girls' times.   15:49

 5        Q.   Did you ask in response to any questions 15:49

 6   from the West Virginia Legislature?                15:49

 7        A.   I don't remember the time frame of this; 15:49

 8   so I don't know if it was before or after or during 15:49

 9   the legislative time.                              15:49

10        Q.   Did you ever get the data from Josh      15:49

11   Weekley?                                           15:50

12        A.   Did not.  Did not.  They had computer    15:50

13   problems and so...                                 15:50

14        Q.   What did you mean by "a transgender issue" 15:50

15   on the --                                          15:50

16        A.   Again --                                 15:50

17        Q.   -- first page?                           15:50

18        A.   I was asking -- I was just telling him.  I 15:50

19   was trying to compare boys' times and girls' times 15:50

20   and what hap- -- you know, what the actual times   15:50

21   were of boys and girls competing against each other. 15:50

22        MS. GREEN:  Okay.  I think if folks are       15:50

23   all right, we will take a five-minute break, and   15:50

24   then I should have -- let's see -- I should have a  15:50

25   couple more exhibits to go through.                15:50
```

Veritext Legal Solutions
866 299-5127

```
 1              But we'll take a pause here and come back      15:50
 2    around 3:56.                                            15:50
 3              THE WITNESS:  Okay.                            15:50
 4              THE VIDEOGRAPHER:  Going off the record.       15:50
 5    The time is 3:51.                                       15:50
 6              (Brief recess.)                                15:57
 7              THE VIDEOGRAPHER:  Back on the record.         15:57
 8    The time is 3:57.                                       15:57
 9    BY MS. KANG:                                            15:57
10         Q.   Mr. Dolan, I'm going to introduce another     15:57
11    document as Exhibit 12.                                 15:57
12         A.   Okay.                                         15:57
13         Q.   And I'll let you know when it's in there.     15:57
14              (Deposition Exhibit 12 was marked for         15:57
15              identification and is attached hereto.)       15:58
16              MS. KANG:  Okay.  Exhibit 12 is now           15:58
17    available in the Marked Exhibits folder.                15:58
18    BY MS. KANG:                                            15:58
19         Q.   Let me know when you have had a chance to     15:58
20    pull it up.                                             15:58
21         A.   Scroll down.                                  15:58
22              That's it.  Okay.                             15:58
23              Okay.                                         15:58
24         Q.   Is this the same Melissa White as the one     15:59
25    you were referencing earlier?                          15:59
```

Page 148

```
 1        A.   Yes.                                    15:59

 2        Q.   Do you know what Melissa White's position  15:59

 3   is?                                               15:59

 4        A.   Well, on the paper it says Chief Counsel  15:59

 5   for Committee on Education of West Virginia House of  15:59

 6   Delegates.                                        15:59

 7        Q.   Do you know why Melissa White reached out  15:59

 8   to you regarding H.B. 3293?                       15:59

 9        A.   There may have been original language in  15:59

10   there that may have identified the WVSSAC.  I don't  15:59

11   know.  But it involves athletics; so I'm sure, as a  15:59

12   courtesy, she was sending me something.           15:59

13        Q.   Had you spoken to her about athletics   15:59

14   before this email?                                15:59

15             MS. GREEN:  I'll object to the form.    15:59

16             THE WITNESS:  This -- that -- last year or  15:59

17   in general?                                       15:59

18   BY MS. KANG:                                      15:59

19        Q.   In general.                             15:59

20        A.   Yeah.  I mean, every time there is      15:59

21   legislation involving athletics, home school,     15:59

22   whatever, it's not unusual for them to contact me  15:59

23   about our position or our input on it.            16:00

24        Q.   So you notice in the top-right corner,  16:00

25   Thursday, March 11th is underlined.               16:00
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Was this the first time that Melissa White | 16:00 |
| 2 | spoke to you about H.B. 3293? | 16:00 |
| 3 | MS. GREEN:  Object to the form. | 16:00 |
| 4 | THE WITNESS:  I believe it was.  I may | 16:00 |
| 5 | have been underlining that as I was gathering my | 16:00 |
| 6 | documents to make sure I got them all out of my | 16:00 |
| 7 | email.  So that might be why that was underlined. | 16:00 |
| 8 | BY MS. KANG: | 16:00 |
| 9 | Q.   In this email, she asks for your thoughts | 16:00 |
| 10 | on H.B. 3293. | 16:00 |
| 11 | Did you provide her with any thoughts? | 16:00 |
| 12 | A.   I did not.  It was -- it -- I thought | 16:00 |
| 13 | there was an attachment to that, and I sent it off. | 16:01 |
| 14 | Was there -- oh, yeah.  There it is.  Down | 16:01 |
| 15 | at the bottom. | 16:01 |
| 16 | And I didn't -- I didn't open it.  I sent | 16:01 |
| 17 | it off to Dinsmore & Shohl. | 16:01 |
| 18 | Q.   Did you ever have any verbal | 16:01 |
| 19 | communications with Melissa White about this bill? | 16:01 |
| 20 | A.   The only communication I could -- might | 16:01 |
| 21 | have had is that when she asked me to come to the | 16:01 |
| 22 | finance meeting and wait outside.  And then I was | 16:01 |
| 23 | told I wasn't needed. | 16:01 |
| 24 | MS. KANG:  I'm going to introduce a | 16:01 |
| 25 | document as Exhibit 13. | 16:01 |

Veritext Legal Solutions
866 299-5127

```
 1              (Deposition Exhibit 13 was marked for      16:02

 2              identification and is attached hereto.)    16:02

 3         MS. KANG:  Exhibit 13 is now available in       16:02

 4    everyone's Marked Exhibit folder.                    16:02

 5    BY MS. KANG:                                         16:02

 6         Q.   So let me know when you have it up.  And   16:02

 7    once you have it up, if you could scroll to the very 16:02

 8    last page that has been Bates stamped -370.  Let me  16:02

 9    know.                                                16:02

10         A.   Okay.                                      16:02

11         Q.   Do you recognize this text exchange?       16:02

12         A.   Yes.                                       16:02

13         Q.   Is the Melissa at the top of the thread    16:03

14    referring to Melissa White?                          16:03

15         A.   Yes.                                       16:03

16         Q.   Do you know why she asked for the          16:03

17    transgender policy?                                  16:03

18         MS. GREEN:  Object to the form.                 16:03

19         THE WITNESS:  At some point, I don't --         16:03

20    I'm not sure of the date.  But at some point we      16:03

21    were -- you know, we had told them that we had a     16:03

22    Board policy for transgender.                        16:03

23         So I'm sure she was trying to get a copy        16:03

24    of that.                                             16:03

25    ///
```

Page 151

```
 1   BY MS. KANG:                                        16:03

 2        Q.   Who is "them"?                            16:03

 3        A.   House -- House Education.                 16:03

 4        Q.   Did you provide the policy to her?        16:03

 5        A.   I'm sure I did.                           16:03

 6        Q.   Did she say anything to you afterwards    16:03

 7   about the transgender policy?                       16:03

 8        A.   Not that I recall.                        16:03

 9        Q.   Did the two of you discuss H.B. 3293 after 16:03

10   this text conversation at any point?                16:04

11          MS. GREEN:  Object to the form.              16:04

12          THE WITNESS:  Not that I recall.             16:04

13          MS. KANG:  I'm just going to introduce one   16:04

14   last exhibit, Exhibit 14.                           16:04

15          (Deposition Exhibit 14 was marked for        16:04

16          identification and is attached hereto.)      16:04

17          MS. KANG:  Exhibit 14 is now available in    16:04

18   the Marked Exhibits folder.                         16:04

19   BY MS. KANG:                                        16:04

20        Q.   And let me know when you have it up.      16:04

21          THE WITNESS:  That is 11.                    16:04

22          MS. GREEN:  Oh.  I'm sorry.  Uploaded        16:04

23   error there.                                        16:04

24          THE WITNESS:  It was 9.  Yeah.               16:04

25          There it is.                                 16:04
```

Page 152

```
 1              MS. GREEN:  I'm sorry.              16:04

 2              THE WITNESS:  Okay.                 16:05

 3    BY MS. KANG:                                  16:05

 4       Q.   So on the first page that is Bates    16:05

 5    Stamped -286, you will see it reads "Regional 16:05

 6    Principals' Meetings."                        16:05

 7              What is the purpose of the Regional  16:05

 8    Principals' Meetings?                         16:05

 9       A.   It's when we make sure that any new rules, 16:05

10    we go over them.  And then also -- most importantly, 16:05

11    they get their C&I cards, which are all the coaches 16:05

12    get in free to games.                         16:05

13              And so that's the only reason why they 16:05

14    come to the meeting, sadly to say, not to hear me 16:05

15    speak.                                        16:06

16       Q.   And apologies for my ignorance.  But  16:06

17    what's a C&I card?                            16:06

18       A.   Courtesy and identification card.  It's 16:06

19    like a free pass into all high school games.  16:06

20       Q.   All right.  Scroll down one page in   16:06

21    Exhibit 14 to the page Bates Stamped -287.    16:06

22       A.   Is it the schedule?                   16:06

23       Q.   No.  It's just the first --           16:06

24       A.   Regional Principals' Meeting?         16:06

25       Q.   That's correct.                       16:06
```

Page 153

| | | |
|---|---|---|
| 1 | A.   First slide? | 16:06 |
| 2 | Q.   That's -- that's correct. | 16:06 |
| 3 | A.   Okay. | 16:06 |
| 4 | Q.   So are these the slides that were | 16:06 |
| 5 | presented at this meeting? | 16:06 |
| 6 | A.   Yes. | 16:06 |
| 7 | Q.   Do you know who prepared these slides? | 16:06 |
| 8 | A.   Each of us prepared our -- our portion, | 16:06 |
| 9 | myself and the three assistants.  So we all have | 16:06 |
| 10 | different areas to cover. | 16:07 |
| 11 | Q.   By "three assistants," you mean your three | 16:07 |
| 12 | assistant executive directors? | 16:07 |
| 13 | A.   Uh-huh. | 16:07 |
| 14 | Q.   So I want to draw your attention to what's | 16:07 |
| 15 | been Bates stamped -346.  Apology if I -- will | 16:07 |
| 16 | identify the page number in a moment. | 16:07 |
| 17 | So it is Page 61 of the pdf. | 16:07 |
| 18 | A.   Okay. | 16:07 |
| 19 | Q.   Do you recognize this slide? | 16:07 |
| 20 | A.   I'm not there yet. | 16:07 |
| 21 | MS. GREEN:  I'm sorry. | 16:07 |
| 22 | BY MS. KANG: | 16:07 |
| 23 | Q.   Oh.  I'm sorry. | 16:07 |
| 24 | A.   Yes. | 16:08 |
| 25 | Q.   Do you know who prepared this slide? | 16:08 |

Page 154

```
 1        A.   This would have been Cindy Daniel.        16:08

 2        Q.   And she is one of your --                 16:08

 3        A.   Assistant executive directors.            16:08

 4        Q.   So in the second bullet point here, it    16:08

 5   says [as read]:                                     16:08

 6             "WVSSAC's current position is that        16:08

 7             gender is identified in WVEIS for         16:08

 8             athletic participation purposes."         16:08

 9             What does this mean?                      16:08

10        A.   Well, I think this was before the ruling  16:08

11   that B.P.J. could participate; so that we were still 16:08

12   reiterating it in our policy at the time until we   16:08

13   got the final ruling from the Department of Ed.     16:09

14        Q.   Just to be clear, if someone's gender in  16:09

15   WVEIS is male, does that mean they would have to    16:09

16   play on the boys' team?                             16:09

17        A.   Yes.                                      16:09

18        Q.   Before H.B. 3293 was enacted and under    16:09

19   your trans policy, did you just rely on the school's 16:09

20   determination of gender or would you go into WVEIS  16:09

21   and look at WVEIS?                                  16:09

22        A.   We don't have access to WVEIS; so we      16:09

23   wouldn't be able to.  And, to our knowledge, we     16:09

24   didn't have any other cases prior to this.          16:09

25        Q.   So in this slide, when it says "the       16:09
```

Page 155

```
 1    current position is that gender is identified in      16:09

 2    WVEIS," would you have to depend on the school's      16:09

 3    determination?                                        16:09

 4        A.   Yes.                                         16:09

 5        Q.   Can the information in WVEIS for someone's   16:10

 6    gender be changed?                                    16:10

 7             MS. GREEN:  Object to the form.              16:10

 8             THE WITNESS:  I'm not sure what the rules    16:10

 9    are for WVEIS.                                        16:10

10    BY MS. KANG:                                          16:10

11        Q.   Do you know who contributes information to   16:10

12    WVEIS?                                                16:10

13             MS. GREEN:  Object to the form.              16:10

14             THE WITNESS:  Each school does, but I'm      16:10

15    not sure, like, who in each school.                   16:10

16    BY MS. KANG:                                          16:10

17        Q.   Do you remember if this slide was            16:10

18    discussed during the regional principals' meeting?    16:10

19        A.   Probably was.  I would say yes.              16:10

20        Q.   What was discussed?                          16:10

21             MS. GREEN:  Object to the form.              16:10

22             THE WITNESS:  Just what was on the slide,    16:10

23    that current law is being challenged, and we were     16:10

24    waiting for final ruling from the Department of Ed.   16:10

25    ///
```

Page 156

```
 1    BY MS. KANG:                                        16:10

 2        Q.   Anything else?                             16:10

 3        A.   As it relates to transgender as it relates 16:10

 4    to this slide, you mean?                            16:10

 5        Q.   That's correct.                            16:11

 6        A.   I don't think there was anything more      16:11

 7    discussed, from my knowledge.                       16:11

 8             MS. KANG:  So I believe that is all my     16:11

 9    questions.                                          16:11

10             I'm going to go off the record for about   16:11

11    five minutes or so and see if there's anything else 16:11

12    I need to ask.                                      16:11

13             But, otherwise, I think we're at the       16:11

14    finish line, Mr. Dolan.                             16:11

15             THE WITNESS:  Good.                        16:11

16             THE VIDEOGRAPHER:  Off the record.  The    16:11

17    time is 4:11.                                       16:11

18             (Brief recess.)                            16:17

19             THE VIDEOGRAPHER:  Back on the record.     16:17

20    The time is 4:18.                                   16:17

21             MS. KANG:  Mr. Dolan, I am finished asking 16:17

22    my questions.  I will reserve the right to ask any  16:17

23    questions depending on other parties' questions.    16:18

24    I'll also reserve the right to ask questions if     16:18

25    there are changes in the errata.  But otherwise I   16:18
```

Page 157

| | | |
|---|---|---|
| 1 | think we're -- you're done with me for today. | 16:18 |
| 2 | THE WITNESS:  Okay.  Thank you. | 16:18 |
| 3 | THE VIDEOGRAPHER:  Is there anybody else | 16:18 |
| 4 | with questions or should I go ahead and close out? | 16:18 |
| 5 | MR. SCRUGGS:  This is Jonathan Scruggs for | 16:18 |
| 6 | the intervenor.  No questions from us. | 16:18 |
| 7 | MS. MORGAN:  This is Kelly Morgan. | 16:18 |
| 8 | No questions for the State Board and | 16:18 |
| 9 | Superintendent Burch. | 16:18 |
| 10 | MR. CROPP:  This is Jeffrey Cropp for | 16:18 |
| 11 | Harrison County Board of Education and Dora Stutler. | 16:18 |
| 12 | | 16:18 |
| 13 | EXAMINATION | 16:18 |
| 14 | BY MR. CROPP: | 16:18 |
| 15 | Q.   I just have a couple of follow-up | 16:18 |
| 16 | questions, Mr. Dolan. | 16:19 |
| 17 | A.   Okay. | 16:19 |
| 18 | Q.   Regarding Exhibit 6, which is the | 16:19 |
| 19 | transgender policy, was a copy of that policy ever | 16:19 |
| 20 | distributed to the member schools? | 16:19 |
| 21 | A.   I don't believe so. | 16:19 |
| 22 | Q.   Okay.  Was a copy of the transgender | 16:19 |
| 23 | policy ever given to the principals? | 16:19 |
| 24 | A.   I don't believe so. | 16:19 |
| 25 | Q.   Was a copy of that transgender policy ever | 16:19 |

Page 158

```
 1    given to the County Boards of Education?              16:19

 2         A.   I don't believe so.                         16:19

 3         Q.   Was a copy of the transgender policy ever   16:19

 4    given to the county superintendents?                  16:19

 5         A.   I don't believe so.                         16:19

 6         Q.   You mentioned that -- at a regional         16:19

 7    meeting that that policy was reviewed with the        16:19

 8    principals who attended the -- that meeting.          16:19

 9              But my question is, is that -- was that     16:19

10    just at the first meeting where the policy was        16:19

11    introduced, or did you go over that policy every      16:19

12    regional meeting after it was introduced?             16:19

13              MS. GREEN:  Object to the form.             16:19

14              THE WITNESS:  Normally, we would -- you     16:20

15    mean each year?  Or do you mean, like, when we do     16:20

16    ten of them, was it brought up at each ten?           16:20

17    BY MR. CROPP:                                         16:20

18         Q.   Each year.  So it was introduced in one     16:20

19    year.  My question is at the subsequent years -- did  16:20

20    you go over that policy during the subsequent years   16:20

21    at that -- at all ten regional meetings?              16:20

22         A.   I would say it was -- I don't know when it  16:20

23    came off, but it was on the agenda for a number of    16:20

24    years, yes.                                           16:20

25         Q.   Whether you say --                          16:20
```

Page 159

```
 1        A.   I don't --                        16:20

 2        Q.   Go ahead.                         16:20

 3        A.   I don't remember if it was on this past   16:20

 4   year -- it was on this year with Cindy's slide, but   16:20

 5   normally it was on mine.                    16:20

 6             So I don't -- I would have to go back and   16:20

 7   check all my -- if we record them.  And if you   16:20

 8   didn't go to the meeting, then you were able to   16:20

 9   listen to the recording.                    16:20

10        Q.   Okay.  This policy -- excuse me.   16:20

11             The policy was never voted on by the   16:21

12   member schools, the transgender policy?     16:21

13        A.   That's correct.                    16:21

14             MR. CROPP:  I don't have any further   16:21

15   questions.                                  16:21

16             Thank you.                         16:21

17             MR. CAPEHEART:  Curtis Capeheart for the   16:21

18   State.                                      16:21

19             I have no questions.               16:21

20             Thank you, Mr. Dolan.              16:21

21             THE WITNESS:  Thank you.           16:21

22             THE VIDEOGRAPHER:  Okay.  That looks like   16:21

23   everybody.  So I'll go ahead and close out unless   16:21

24   there is anything else.                     16:21

25             THE REPORTER:  And this is the reporter.   16:21
```

Page 160

```
1              I did hear that there will be an errata      16:21

2    sheet.  So is the witness reviewing?                   16:21

3              MS. GREEN:  Yes.  We'll read and sign.        16:21

4    And if I could --                                      16:21

5              This is Roberta Green.                        16:21

6              So if I could please have it sent to me,      16:21

7    and I'll get with Mr. Dolan.                            16:21

8              THE REPORTER:  Thank you.                     16:21

9              THE VIDEOGRAPHER:  Thank you.                 16:21

10             We are off the record at 4:22 p.m. EST,       16:21

11   and this concludes today's testimony given by          16:22

12   30(b)(6) Witness Bernie Dolan.  The total number of    16:22

13   Media Units used was three.  And will be retained by   16:22

14   Veritext Legal Solutions.                              16:22

15             (Whereupon, at 4:22 p.m., the deposition

16             of BERNARD DOLAN was adjourned.)

17                  --- oOo ---

18

19

20

21

22

23

24

25

                                              Page 161
```

1

2

3

4          I, BERNARD DOLAN, hereby certify under penalty

5     of perjury under the laws of the State of California that

6     the foregoing is true and correct.

7          Executed this _____ day of

8     _____, 2022, at _____,

9     California.

10

11

12     _____

13     BERNARD DOLAN

       30(b)(6) DEPOSITION

14     WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION

15

16

17

18

19

20

21

22

23

24

25

                                        Page 162

```
 1    STATE OF CALIFORNIA                        )
 2    COUNTY OF LOS ANGELES                      )  SS.
 3
 4            I, Dayna Hester, C.S.R. No. 9970, in
 5    and for the State of California, do hereby certify:
 6            That, prior to being examined, the witness named
 7    in the foregoing deposition was by me duly sworn to
 8    testify to the truth, the whole truth, and nothing but the
 9    truth;
10            That said deposition was taken down by me in
11    shorthand at the time and place therein named and
12    thereafter reduced to typewriting under my direction, and
13    the same is a true, correct, and complete transcript of
14    said proceedings;
15            That if the foregoing pertains to the original
16    transcript of a deposition in a Federal Case, before
17    completion of the proceedings, review of the transcript
18    { XX } was {   } was not required;
19            I further certify that I am not interested in
20    the event of the action.
21            Witness my hand this 26th day of February,
22    2022.
23
24            Certified Shorthand Reporter
25            for the State of California
```

Page 163