Exhibit 24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J. by her next friend and mother, HEATHER JACKSON,

*Plaintiff*,

v.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,

*Defendants*,

and

LAINEY ARMISTEAD,

*Defendant-Intervenor*.

Civil Action No. 2:21-cv-00316

Hon. Joseph R. Goodwin

**EXPERT REPORT AND DECLARATION OF
JOSHUA D. SAFER, MD, FACP, FACE**

1.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.      The purpose of this expert report and declaration is to offer my expert opinion on: (1) relevant medical and scientific background regarding gender identity and the attempted regulation of transgender women playing women's sports, including the Endocrine Society's Guidelines for providing gender-affirming care to transgender people; (2) the policies of athletic organizations regarding the participation of transgender women in women's sports, the difficulties that have arisen when athletic associations have attempted to define a person's sex,

1

and the relationship of these policies to the scholastic context; and (3) whether there is any medical justification for West Virginia's exclusion of transgender women and girls from school sports, including whether the available scientific evidence supports West Virginia's assertion that "classification of athletic teams according to" an "individual's reproductive biology and genetics at birth sex" "is necessary to promote equal athletic opportunities for the female sex."

3.      I have knowledge of the matters stated in this expert report and declaration and have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of this declaration and in the attached bibliography.

4.      In preparing this expert report and declaration, I relied on my scientific education and training, my research experience, and my knowledge of the scientific literature in the pertinent fields. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

### PROFESSIONAL BACKGROUND

5.      I am a Staff Physician in the Endocrinology Division of the Department of Medicine at the Mount Sinai Hospital and Mount Sinai Beth Israel Medical Center in New York, NY. I serve as Executive Director of the Center for Transgender Medicine and Surgery at Mount Sinai. I also hold an academic appointment as Professor of Medicine in Mount Sinai's Icahn School of Medicine. A true and correct copy of my CV is attached hereto as Exhibit A.

6.      I have been Board Certified in Endocrinology, Diabetes and Metabolism by the American Board of Internal Medicine since 1997.

7.     I graduated from the University of Wisconsin in Madison with a Bachelor of Science degree in 1986. I earned my Doctor of Medicine degree from the University of Wisconsin in 1990. I completed intern and resident training at Mount Sinai School of Medicine, Beth Israel Medical Center in New York, New York from 1990 to 1993. From 1993 to 1994, I was a Clinical Fellow in Endocrinology at Harvard Medical School and Beth Israel Deaconess Medical Center in Boston, Massachusetts. I stayed at the same institution, serving as a Clinical and Research Fellow in Endocrinology under Fredric Wondisford, from 1994 to 1996.

8.     Since 1997, I have evaluated and treated patients along with conducting research in endocrinology. Since 2004, my patient care and research has been focused on the medicine/science specific to transgender people. I have led several other programs either in transgender medicine or in general endocrinology. In particular, I served as the Medical Director of the Center for Transgender Medicine and Surgery, Boston Medical Center, Boston, MA (2016-2018); as the Director of Medical Education, Endocrinology Section, Boston University School of Medicine, Boston, MA (2007-2018); as the Program Director for Endocrinology Fellowship Training, Boston University Medical Center, Boston, MA (2007-2018); and as Director of the Thyroid Clinic, Boston Medical Center, Boston, MA (1999-2003).

9.     I have authored or coauthored over 100 peer-reviewed papers including many critical reviews; textbook chapters; and case reports in endocrinology and transgender medicine.

10.     Among my publications are the latest review of transgender medicine in the New England Journal of Medicine and the latest review of transgender medicine in the Annals of Internal Medicine. *See* Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451-2460; Safer JD, Tangpricha V. Care of the transgender patient. *Ann Intern Med* 2019; 171:ITC1-ITC16. I am also a co-author of the sections of UpToDate that relate to gender-

affirming hormone treatment for transgender people. UpToDate is an evidence-based, physician authored, on-line medical guide and is currently the most widely used such guide among medical providers.

11.     I was the inaugural President of the United States Professional Association for Transgender Health ("USPATH"). I have served in several other leadership roles in professional societies related to endocrinology and transgender health. These societies include the Alliance of Academic Internal Medicine, the American College of Physicians Council of Subspecialty Societies, the American Board of Internal Medicine, the Association of Program Directors in Endocrinology and Metabolism, and the American Thyroid Association.

12.     Since 2014, I have held various roles as a member of the World Professional Association for Transgender Health ("WPATH"), the leading international organization focused on transgender health care. WPATH has approximately 2,000 members throughout the world and is comprised of physicians, psychiatrists, psychologists, social workers, surgeons, and other health professionals who specialize in health care for transgender people. From 2016 to the present, I have served on the Writing Committee for Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People.

13.     I have served in various roles as a member of the Endocrine Society since 2014. I served on a nine-expert Task Force to develop the Endocrine Treatment of Transgender Persons Clinical Practice Guideline from 2014 to 2017. The experts on the Task Force which included me, a methodologist, and a medical writer co-authored the "Endocrine Treatment of Gender-Dysphoria/Gender Incongruent Persons: An Endocrine Society Clinical Practice Guideline," ("Endocrine Society Guidelines"), available at https://academic.oup.com/jcem/article/102/11/3869/4157558.

14.     I have served as a Transgender Medicine Guidelines Drafting Group Member for the International Olympic Committee ("IOC") since 2017.

15.     Since 2019, I have also served as a drafting group member of the transgender medical guidelines of World Athletics, formerly known as the International Amateur Athletic Federation ("IAAF").

16.     I have not previously testified as an expert witness in either deposition or at trial. I am being compensated at an hourly rate of $250 per hour for preparation of expert declarations and reports, and $400 per hour for time spent preparing for or giving deposition or trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## RELEVANT MEDICAL AND SCIENTIFIC BACKGROUND

17.     "Gender identity" is the medical term for a person's internal, innate sense of belonging to a particular sex. *See* Endocrine Society Guidelines, Tbl.1 *and* Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451–2460, Tbl.1.

18.     Although the detailed mechanisms are unknown, there is a medical consensus that there is a significant biologic component underlying gender identity. Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451-2460; Safer JD, Tangpricha V. Care of the transgender patient. *Ann Intern Med* 2019; 171:ITC1-ITC16. A person's gender identity is durable and cannot be changed by medical intervention.

19.     The terms "gender identity," "gender roles," and "gender expression" refer to different things.

20.     Gender roles are behaviors, attitudes, and personality traits that a society (in a given culture and historical period) designates as masculine or feminine and/or that society

associates with or considers typical of the social role of men or women. *See* Endocrine Society Guidelines Tbl.1. The convention that girls wear pink and have longer hair, or that boys wear blue and have shorter hair, are examples of socially constructed gender roles from a particular culture and historical period.

21.     By contrast, "gender identity" does not refer to a set of socially contingent behaviors, attitudes, or personality traits that a society designates as masculine or feminine. It is an internal and largely biological phenomenon.

22.      Gender expression is how a person communicates gender identity both internally and to others. *See* Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451–2460, Tbl.1. For example, a person with a female gender identity might express her identity through typically feminine outward expressions of gender roles like wearing longer hair or more typically feminine clothing.

23.     The phrase "biological sex" is an imprecise term that can cause confusion. A person's sex encompasses the sum of several different biological attributes, including sex chromosomes, certain genes, gonads, sex hormone levels, internal and external genitalia, other secondary sex characteristics, and gender identity. Those attributes are not always aligned in the same direction. *See* Endocrine Society Guidelines; Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451–2460.

24.     Before puberty, boys and girls typically have the same levels of circulating testosterone. After puberty, the typical range of circulating testosterone for non-transgender women is similar to before puberty (<1.7 nmol/L), and the typical range of circulating testosterone for non-transgender men is 9.4-35 nmol/L. *See* Endocrine Society Guidelines (p 3888) *and* Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019.

25.     Before puberty, age-grade competitive sports records show minimal or no differences in athletic performance between non-transgender boys and non-transgender girls before puberty. But after puberty, non-transgender boys and men as a group have better average performance outcomes in most athletic competitions when compared to non-transgender girls and women as a group. Based on current research comparing non-transgender boys and men with non-transgender girls and women before, during, and after puberty, the primary known biological driver of these average group differences is testosterone starting at puberty, and not reproductive biology or genetics. *See* Handelsman DJ, et al. Circulating testosterone as the hormonal basis of sex differences in athletic performance. *Endocrine Reviews* 2018; 39:803–829, (p 820) (summarizing evidence rejecting hypothesis that physiological characteristics are driven by Y chromosome).

26.     Although there are ranges of testosterone that are considered typical for non-transgender men and women, many non-transgender women have testosterone levels outside the typical range.

a.     Approximately 6% to 10% of women have a condition called polycystic ovary syndrome (PCOS), which can raise women's testosterone levels up to 4.8 nmol/L.

b.     Some elite female athletes have "46,XY DSDs," a group of conditions where individuals have XY chromosomes but are born with typically female external genitalia and assigned a female sex at birth. Among individuals with 46,XY DSD some may have inactive testosterone receptors (a syndrome called "complete androgen insensitivity syndrome, CAIS") which means they don't respond to testosterone despite very high levels. Usually, these individuals have female gender identity and have external genitalia

that are typically female. They do not develop the physical characteristics associated with typical male puberty.

      c.      Other individuals with 46,XY DSD may have responsive testosterone receptors. These individuals may have female gender identity but at puberty they may start to develop higher levels of testosterone along with secondary sex characteristics that are typically masculine.

**WORLD ATHLETICS POLICIES FOR WOMEN WITH HYPERANDROGENISM AND WOMEN WHO ARE TRANSGENDER**

27.      World Athletics is the international governing body for the sport of track-and-field athletics. Beginning in 2011, World Athletics (then known as IAAF) began requiring that women with elevated levels of circulating testosterone lower their levels of testosterone below a threshold amount in order to compete in elite international women's sports competitions. Under the 2011 regulations, women with hyperandrogenemia (defined as serum testosterone levels above the normal range) were allowed to compete only if they demonstrated that they had testosterone levels below 10 nmol/L or that they had CAIS, preventing their bodies from responding to testosterone.[1]

28.      In 2018 the IAAF issued revised regulations lowering the maximum testosterone threshold to 5 nmol/L.[2] The revised regulations were upheld by the Court of Arbitration for Sport ("CAS") in 2019.

---

[1] A copy of the 2011 regulation is available at
https://www.bmj.com/sites/default/files/response_attachments/2014/06/IAAF%20Regulations%20(Final)-AMG-30.04.2011.pdf

[2] A copy of the 2018 regulations is available at
https://www.iaaf.org/download/download?filename=fd2923ad-992f-4e43-9a70-78789d390113.pdf&urlslug=IAAF%20Eligibility%20Regulations%20for%20the%20Female%20Classification%20-%5BAthletes%20with%20Differences%20of%20Sex%20Development%5D%20in%20force%20as%20from%208%20May%202019

29. In 2019, the IAAF adopted regulations allowing women who are transgender to participate in elite international women's sports competitions if their total testosterone level in serum is beneath a particular threshold for at least one year before competition. The IAAF set the threshold at 5 nmol/L, which was the same threshold set by the IAAF's 2018 regulations for non-transgender women with hyperandrogenism that had been upheld by the CAS when contested.[3]

30. The IAAF rules are consistent with the Endocrine Society Guidelines for the treatment of women who are transgender, which recommend that hormone therapy target circulating testosterone levels to a typical female range at or below 1.7 nmol/L (Endocrine Society Guidelines, p. 3887) and with the study of testosterone levels achieved in practice by medically treated women who are transgender (Liang JJ, et al. Testosterone levels achieved by medically treated transgender women in a United States endocrinology clinic cohort. *Endocrine Practice* 2018; 24:135-142).

### INTERNATIONAL OLYMPIC COMMITTEE POLICIES FOR WOMEN WHO ARE TRANSGENDER

31. Formal eligibility rules for the participation of transgender women in the Olympics were published in 2003. The 2003 rules required that transgender women athletes could compete in women's events only if they had genital surgery, a gonadectomy (*i.e.*, removal of the testes), and legal documentation of female sex.[4]

---

[3] A copy of the 2019 regulations is available at https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwi8qbO nsNL0AhUBkIkEHWdpAiQQFnoECAUQAQ&url=https%3A%2F%2Fwww.worldathletics.org %2Fdownload%2Fdownload%3Ffilename%3Dace036ec-a21f-4a4a-9646- fb3c40fe80be.pdf%26urlslug%3DC3.5%2520- %2520Eligibility%2520Regulations%2520Transgender%2520Athletes&usg=AOvVaw1aPuD3g Uoz5hcGKgmumVb5

[4] A copy of the 2003 policy is available at https://olympics.com/ioc/news/ioc-approves- consensus-with-regard-to-athletes-who-have-changed-sex-1

32.    However, many women who are transgender are treated with medicines alone and don't have gonadectomy. As well, many jurisdictions do not have systems to document the sex of transgender people. In some jurisdictions, being transgender is illegal, and disclosure that someone is transgender can be unsafe.

33.    Therefore, in 2015, the IOC adopted new guidance modeled after the IAAF's 2011 regulations for non-transgender women with hyperandrogenism. Under the 2015 IOC guidance, women who are transgender were required to demonstrate that their total testosterone level in serum was below 10 nmol/L for at least one year prior to competition. The 10 nmol/L threshold was the same threshold set by the IAAF's 2011 regulations.[5]

34.    In 2021, the IOC adopted a new "Framework on Fairness, Inclusion, and Non-Discrimination on the Basis of Gender Identity and Sex Variations" (the "2021 framework"), which replaces the 2015 guidance.[6]

35.     Unlike the IOC's 2003 and 2015 policies, the IOC's 2021 framework does not attempt to adopt a single set of eligibility standards for the participation of transgender athletes that would apply universally to every IOC sport. Instead, the 2021 framework provides a set of governing principles for sporting bodies to follow when adopting eligibility rules for their particular sport.

36.    Under the 2021 framework, "[n]o athlete should be precluded from competing or excluded from competition on the .exclusive ground of an unverified, alleged or perceived unfair

---

[5] A copy of the 2015 policy is available at
https://stillmed.olympic.org/Documents/Commissions_PDFfiles/Medical_commission/2015-11_ioc_consensus_meeting_on_sex_reassignment_and_hyperandrogenism-en.pdf
[6] A copy of the 2021 framework is available at
https://stillmed.olympics.com/media/Documents/News/2021/11/IOC-Framework-Fairness-Inclusion-Non-discrimination-2021.pdf?_ga=2.207516307.1210589288.1636993769-1638189514.1636993769

competitive advantage due to their sex variations, physical appearance and/or transgender status." Principle 5.1. "Until evidence . . . determines otherwise, athletes should not be deemed to have an unfair or disproportionate competitive advantage due to their sex variations, physical appearance and/or transgender status." Principles 5.2.

37.     The 2021 framework further provides that "[a]ny restrictions arising from eligibility criteria should be based on robust and peer reviewed research that: (a) demonstrates a consistent, unfair, disproportionate competitive advantage in performance and/or an unpreventable risk to the physical safety of other athletes; (b) is largely based on data collected from a demographic group that is consistent in gender and athletic engagement with the group that the eligibility criteria aim to regulate; and (c) demonstrates that such disproportionate competitive advantage and/or unpreventable risk exists for the specific sport, discipline and event that the eligibility criteria aim to regulate." Principle 6.1

### NCAA POLICIES FOR WOMEN WHO ARE TRANSGENDER

38.     Since 2011, the National College Athletics Association ("NCAA") has allowed women who are transgender to participate on the same teams as other women after one year of testosterone suppression. Under the NCAA policy transgender student-athletes certified that they have been on hormone therapy for a period of one year. The NCAA policy did not require ongoing testosterone testing.

39.     The NCAA recently announced that it has revised its policy to adopt a "sport-by-sport approach" that "aligns transgender student-athlete participation for college sports with recent policy changes." *See* NCAA Media Center: Board of Governors updates transgender participation policy (Jan. 19, 2022), at https://www.ncaa.org/news/2022/1/19/media-center-board-of-governors-updates-transgender-participation-policy.aspx. "Like the Olympics, the

updated NCAA policy calls for transgender participation for each sport to be determined by the policy for the national governing body of that sport, subject to ongoing review and recommendation by the NCAA Committee on Competitive Safeguards and Medical Aspects of Sports to the Board of Governors." *Id.* The new NCAA policy contemplates that for certain sports, the national governing body for the sport may require transgender athletes "to document sport-specific testosterone levels." *Id.*

### PARTICIPATION OF GIRLS AND WOMEN WHO ARE TRANSGENDER IN THE SCHOLASTIC CONTEXT

40.     The policies developed by World Athletics and the IOC for transgender athletes were based on the particular context of elite international competition. Not all of the same considerations apply in scholastic contexts.

41.     The World Athletics and prior IOC policies were more stringent than the prior NCAA policy because those organizations were concerned with creating policies that cannot be manipulated by governments that are not bound by the rule of law. For example, there have been many well-known examples of state-sponsored doping scandals. The Russian Olympic team is currently banned from international competition due to an organized doping effort. Also, there have been cases where governments have issued fraudulent birth certificates and identification documents. In 2000, Yang Yun was a medal winner in Gymnastics from the Chinese team. She later reported that she was 14-years-old at the time in violation of the rule that all athletes for her events had to be at least 16-years-old. In 2008, He Kexin was 14-years-old when participating in Gymnastics for the Chinese team in violation of the same rule that athletes be at least 16-years-old in those events. A new passport for Ms. He had hastily appeared 6 months prior to the Olympic Games that year with a new birth year so that Ms. He could qualify.

42.     To confront the significant problem of state-sponsored cheating, World Athletics and the IOC have to develop eligibility criteria for transgender athletes that can be independently verified to prevent manipulation by non-transgender athletes, and that do not depend on the gender marker listed on identification documentation issued by an athlete's home country. Those concerns do not apply to scholastic athletic competitions in the United States. Scholastic athletic associations can rely on school records to show that an athlete is a girl who is transgender and has socially transitioned to live consistently with her gender identity as a girl.

43.     The eligibility criteria for World Athletics and the IOC were also created as part of a system in which elite athletes in international competitions are already regulated and monitored in some circumstances like for doping. Within that context, testing female athletes' levels of testosterone is somewhat analogous to the types of restrictions and invasion of privacy that already exist. By contrast, in athletic competitions that are not as heavily regulated and monitored, it is hard to justify singling out girls who are transgender, girls with 46,XY DSDs, or girls who may just appear more typically masculine for special testosterone requirements that impose a significant additional burden.

44.     The concerns that animated the World Athletics and prior IOC policies are even more attenuated for students in middle school and high school, where athletes' ages typically range from 11-18, with different athletes in different stages of pubertal development. Increased testosterone begins to affect athletic performance at the beginning of puberty, but those effects continue to increase each year of puberty until about age 18, with the full impact of puberty resulting from the cumulative effect of each year. As a result, a 14, 15, or 16-year old has experienced less cumulative impact from testosterone than a 17 or 18-year old.

13

45.     Finally, unlike elite international competitions, schools and colleges often provide athletic competition as part of a broader educational mission. In that context, when scholastic athletics are a component of the educational process, institutions may adopt policies designed to emphasize inclusion and to provide the most athletic opportunities to the greatest number of people.

## WEST VIRGINIA'S HB 3293

46.     There is no medical justification for West Virginia's categorical exclusion of girls who are transgender from participating in scholastic athletics on the same teams as other girls.

47.     HB 3293 states that "[c]lassification of teams according to biological sex is necessary to promote equal athletic opportunities for the female sex." The law defines "biological sex" as "an individual's physical form as a male or female based solely on the individual's reproductive biology and genetics at birth."

48.     West Virginia's definition of "biological sex" does not reflect any medical understanding of that ambiguous term. As noted above, a person's sex encompasses the sum of several different biological attributes, including sex chromosomes, certain genes, gonads, sex hormone levels, internal and external genitalia, other secondary sex characteristics, and gender identity. Those attributes are not always aligned in the same direction. *See* Endocrine Society Guidelines; Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451-2460. For example, if West Virginia defines "biological sex" solely based on "reproductive biology and genetics at birth" it is not clear how West Virginia would define the "biological sex" of children with "46,XY DSDs," who have XY chromosomes but typically female external reproductive anatomy.

14

49.     Even as applied to people without intersex characteristics or 46,XY DSDs, the statutory definition of "biological sex" is inconsistent with West Virginia's stated goal of "promot[ing] equal athletic opportunities for the female sex."   By excluding girls who are transgender based on "biological sex," and defining that term to mean "reproductive biology and genetics at birth," West Virginia categorically prevents girls who are transgender from participating on girls' teams regardless of whether they are pre-pubertal, receiving puberty blockers, or receiving gender-affirming hormone therapy. But based on current research, the primary known biological cause of average differences in athletic performance between non-transgender men as a group and non-transgender women as a group is circulating testosterone—not "reproductive biology and genetics at birth."  A person's genetic makeup and internal and external reproductive anatomy are not useful indicators of athletic performance and have not been used in elite competition for decades.

50.     With respect to average athletic performance, girls and women who are transgender and who do not go through endogenous puberty are somewhat similarly situated to women with XY chromosomes who have complete androgen insensitivity syndrome. It has long-been recognized that women with CAIS have no athletic advantage simply by virtue of having XY chromosomes. *See also* Handelsman DJ, *et al.* Circulating testosterone as the hormonal basis of sex differences in athletic performance. Endocrine Reviews 2018; 39:803–29, p .820 (summarizing evidence rejecting hypothesis that physiological characteristics are driven by Y chromosome).

51.     HB 3293 is also dramatically out of step with even the most stringent policies of elite international athletic competitions for girls and women who are transgender and who have gone through endogenous puberty. Unlike the policies of the IOC, World Athletics, or the

15

NCAA, HB 3293 excludes girls and women who are transgender from participating on girls' and women's sports teams even if they have suppressed their circulating levels of testosterone through gender-affirming hormone therapy.

52.     Some critics of the prior IOC guidelines and World Athletics and NCAA policies have speculated that lowering the level of circulating testosterone does not fully mitigate the athletic advantage derived from endogenous puberty. But there is no basis to assert with any degree of confidence that this hypothesis is true. Based on the limited data available, it is equally or more plausible to hypothesize that women who are transgender could be at a net *disadvantage* in particular sports after receiving gender affirming hormone therapy, as compared to non-transgender women.

53.     For example, transgender women who go through typically male puberty will tend to have larger bones than non-transgender women, even after receiving gender-affirming hormone therapy. But larger bones may be a disadvantage for transgender women who have typically female levels of circulating testosterone. Muscle mass will be decreased with the shift to female levels of circulating testosterone. Having larger bones without corresponding levels of testosterone and muscle mass would mean that a runner has a bigger body to propel with less power to propel it.

54.     Similarly, in a sport where athletes compete in different weight classes (*e.g.* weight lifting), the fact that a transgender woman has bigger bones may be a disadvantage because her ratio of muscle-to-bone will be much lower than the ratio for other women in her weight class who have smaller bones.

55.     There are only two studies examining the effects of gender-affirming hormone therapy on the athletic performance of transgender female athletes. The first is a small study of

eight long-distance runners who are transgender women. The study showed that after undergoing gender-affirming medical intervention, which included lowering their testosterone levels, the athletes' performance was reduced so that their performance when compared to non-transgender women was proportionally the same as their performance had been before treatment relative to non-transgender men. *See* Harper J. Race times for transgender athletes. *Journal of Sporting Cultures and Identities* 2015; 6:1–9.

56.     A more recent study retrospectively reviewed the military fitness test results of 46 transgender women in the U.S. Air Force before and after receiving gender-affirming hormone therapy. These authors found that any advantage transgender women had over non-transgender women in performing push-ups and sit-ups was negated after 2 years. The study also found that before beginning gender affirming hormone therapy, transgender women completed the 1.5 mile run 21% faster on average than non-transgender women; and after 2 years of gender-affirming hormone therapy, transgender women completed the 1.5 mile run 12% faster on average than non-transgender women. *See* Roberts TA, Smalley J, Ahrendt D. Effect of gender affirming hormones on athletic performance in transwomen and transmen: implications for sporting organisations and legislators. *Br J Sports Med*. 2020.

57.     Neither of these limited studies proves there are meaningful athletic advantages for transgender women after receiving gender-affirming hormone therapy, which could only be shown by longitudinal transgender athlete case-comparison studies that control for variations in hormonal exposure and involve numerous indices of performance. Moreover, the ability to perform push-ups and sit-ups or to run 1.5 miles does not necessarily translate into an athletic advantage in any particular athletic event. Because different sports require different types of physical performance, the studies suggest that the existence and extent of a performance

advantage may vary from sport to sport and should not be subject to a categorical across-the-board rule.

58.     Even if evidence were eventually to show that on average transgender women have some level of advantage compared to average non-transgender women, those findings would have to be placed in context of all the other intra-sex genetic variations among athletes that can enhance athletic performance among different women or different men.

59.     For example, in the academic literature, there are gene sequence variations that can be associated with athleticism referred to as "performance enhancing polymorphisms" or "PEPs." A PEP is a variation in the DNA sequence that is associated with improved athletic performance. For example, variations in mitrochondrial DNA have been associated with greater endurance capacity and greater mitochondrial density in muscles. Other PEPs are associated with blood flow or muscle structure. *See* Ostrander EA, et al. Genetics of athletic performance. *Annu Rev Genomics Hum Genet* 2009; 10:407–429.

60.     As the IOC's 2021 framework recognizes, there is no inherent reason why transgender women's physiological characteristics related to athletic performance should be treated as any more of an "unfair" advantage than the advantages that already exist among different women athletes. The 2021 framework instructs that, even at the most elite level of competition, sporting organizations should base eligibility restrictions on whether there exists "a consistent, unfair, and disproportionate competitive advantage" when viewed within the broader context of all the other intra-sex variations that may give a comparative athletic advantage to a particular athlete.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



Executed on January 21, 2022                    Joshua D. Safer, MD, FACP, FACE

## BIBLIOGRAPHY

Handelsman DJ, et al. Circulating testosterone as the hormonal basis of sex differences in athletic performance. *Endocrine Reviews* 2018; 39:803–829.

Harper J. Race times for transgender athletes. *Journal of Sporting Cultures and Identities* 2015; 6:1–9.

Hembree WC, et al. Endocrine treatment of gender-dysphoria/gender incongruent persons: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab* 2017; 102: 3869–3903.

Ostrander EA, et al. Genetics of athletic performance. *Annu Rev Genomics Hum Genet* 2009; 10:407–429.

Roberts TA, et al. Effect of gender affirming hormones on athletic performance in transwomen and transmen: implications for sporting organisations and legislators. *Br J Sports Med*. 2020; 0:1–7. doi:10.1136/bjsports-2020-102329

Rogol AD, Pieper LP. The interconnected histories of endocrinology and eligibility in women's sports. *Horm Res Paediatr* 2018; 90:213–220.

Safer JD, Tangpricha V. Care of the transgender patient. *Ann Intern Med* 2019; 171:ITC1-ITC16.

Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451-2460.

# EXHIBIT A

## CURRICULUM VITAE

**Joshua D. Safer, MD, FACP, FACE**
**January 6, 2022**
Office Address: 275 7th Avenue, 15th Floor
New York, NY  10001
Tel: (212) 604-1790
E-mail: jsafer0115@gmail.com

## Academic Training

| | | |
|---|---|---|
| 1990 | MD | University of Wisconsin School of Medicine, Madison, WI |
| 1986 | BS | University of Wisconsin, Madison, WI, Economics |

## Postdoctoral Training

1994 - 1996    Clinical and Research Fellow, Endocrinology, under Fredric Wondisford, Harvard Medical School - Beth Israel Deaconess Medical Center, Boston, MA

1993 - 1994    Clinical Fellow, Endocrinology, Harvard Medical School and Beth Israel Deaconess Medical Center, Boston, MA

1990 - 1993    Intern and Resident, Department of Medicine, The Mount Sinai School of Medicine, Beth Israel Medical Center, New York City, NY

## Academic Appointments

2019 - present    Professor of Medicine, Icahn School of Medicine at Mount Sinai, New York, NY

2006 - 2018    Associate Professor of Medicine and Molecular Medicine, Boston University School of Medicine

1999 - 2005    Assistant Professor of Medicine, Boston University School of Medicine

1996 - 1999    Instructor in Medicine, Harvard Medical School

1993 - 1996    Fellow in Medicine, Harvard Medical School

## Hospital Appointments

2018 - present    Staff Physician, The Mount Sinai Hospital, New York City, NY

2018 - present    Staff Physician, Mount Sinai Beth Israel Medical Center, New York City, NY

1999 - 2018    Staff Physician, Boston University Medical Center, Boston, MA

2001 - 2006    Staff Physician, Veterans Administration Boston Health Care, Boston, MA

1996 - 1999    Staff Physician, Beth Israel Deaconess Medical Center, Boston, MA

1990 - 1993    House Staff, Beth Israel Medical Center, New York City, NY

## Other Medical Staff Appointments

2004 - 2013    Staff Physician, Massachusetts Institute of Technology Medical, Cambridge, MA

1994 - 1999    Physician, Harvard Vanguard Medical Associates, Boston, MA

1987 - 1996    Captain, United States Army Reserve, Medical Corps

Joshua D. Safer, MD, FACP, FACE

**Honors:**

| | |
|---|---|
| 2019 | Fellow, American College of Endocrinology |
| 2019 | Preaw Hanseree Memorial Lecture, University of Wisconsin-Madison |
| 2017 | Lesbian, Gay, Bisexual and Transgender Health Award, Massachusetts Medical Society |
| 2012 | Outstanding Service Award, Association of Program Directors in Endocrinology and Metabolism |
| 2007 | Fellow, American College of Physicians |
| 2004 | Boston University School of Medicine Outstanding Student Mentor Award |
| 2001 | Abbott Thyroid Research Advisory Council Award |
| 1996 | Knoll Thyroid Research Clinical Fellowship Award, Endocrine Society |
| 1995 | Trainee Investigator Award for Excellence in Scientific Research, American Federation for Clinical Research (AFCR) |
| 1994 | Trainee Investigator Award for Excellence in Scientific Research, AFCR |
| 1990 | The University of Wisconsin Medical Alumni Association Award |
| 1988-1990 | Senior Class President, University of Wisconsin, School of Medicine |

**Licensure and Certification**

| | |
|---|---|
| 1997 | Board Certification in Endocrinology, Diabetes and Metabolism, American Board of Internal Medicine, recertified 2007, 2017 |
| 1994 | Board Certification in Internal Medicine, American Board of Internal Medicine, recertified 2007 |
| 1993 | Massachusetts License Registration #77459, inactive |
| 1990 | New York License Registration #187263-1 |

**Departmental and University Committees**

***Icahn School of Medicine at Mount Sinai***

| | |
|---|---|
| 2020-present | Mount Sinai Disparities and Equity Research Taskforce Steering Committee |

***Boston Medical Center***

| | |
|---|---|
| 2016-2018 | Physician Satisfaction Task Force, Department of Medicine |
| 2016-2018 | Transgender Patient Task Force |
| 2006-2017 | Pharmacy and Therapeutics Committee, Health Net Plan |

***Boston University School of Medicine***

| | |
|---|---|
| 2009-2018 | Admissions Committee |
| 2005 | Review Committee, Department of Medicine Pilot Project Grants |
| 2000 | Residency and Fellowship Core Curriculum Committee, |
| 2000-2018 | Internship Selection Committee, Residency Program in Medicine |

**Joshua D. Safer, MD, FACP, FACE**

*Boston University Goldman School of Dental Medicine*
    2003-2018       Course Directors Committee, Goldman School of Dental Medicine


**Teaching Experience and Responsibilities**


*Icahn School of Medicine at Mount Sinai*
    2019-present    Lecturer in Endocrinology, Second-year Pathophysiology Course


*Tufts University School of Medicine*
    2016-2018       Lecturer in Endocrinology, Second-year Pathophysiology Course


*Boston University School of Medicine*
    2003-2018       Course Director, Disease and Therapy - Endocrinology Section
    1999-2018       Regular lectures to medical students, residents, and fellows on thyroid disease, diabetes insipidus, and transgender medicine


*Boston University Goldman School of Dental Medicine*
    2002-2018       Course Director, General Medicine and Dental Correlations
    2002-2018       Course Director, Medical Concerns in the Dental Patient

**Joshua D. Safer, MD, FACP, FACE**

**Major Administrative Responsibilities**

| | |
|---|---|
| 2018-present | Executive Director, Center for Transgender Medicine and Surgery, Mount Sinai Health System, New York City, NY |
| 2016-2018 | Medical Director, Center for Transgender Medicine and Surgery, Boston Medical Center, Boston, MA |
| 2007-2018 | Director, Medical Education, Endocrinology Section, Boston University School of Medicine, Boston, MA |
| 2007-2018 | Program Director, Endocrinology Fellowship Training, Boston University Medical Center, Boston, MA |
| 1999-2003 | Director, Thyroid Clinic, Boston Medical Center, Boston, MA |

## Other Professional Activities

**Professional Societies: Memberships**

| | |
|---|---|
| 2016-present | United States Professional Association for Transgender Health (USPATH) |
| 2014-present | World Professional Association for Transgender Health (WPATH) |
| 2007-present | Association of Program Directors in Endocrinology and Metabolism (APDEM) |
| 2007-present | Association of Specialty Professors (ASP), Alliance of Academic Internal Medicine (AAIM) |
| 1999-present | American Association of Clinical Endocrinologists |
| 1998-2018 | American Thyroid Association |
| 1995-present | Endocrine Society |
| 1994-present | American College of Physicians |
| 1994-1996 | American Federation for Medical Research |
| 1993-2018 | Massachusetts Medical Society |

**Professional Societies:  Offices Held and Committee Assignments**

**International**

***World Athletics (formerly IAAF)***

| | |
|---|---|
| 2019-present | Drafting Group Member, Transgender Medical Guidelines |

***International Olympic Committee (IOC)***

| | |
|---|---|
| 2017-present | Drafting Group Member, Transgender Medical Guidelines |

***World Professional Association for Transgender Health (WPATH)***

| | |
|---|---|
| 2016-present | Writing Committee Member, Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People |
| 2016-2018 | Co-Chair, Scientific Committee, International Meeting, Buenos Aires - 2018 |
| 2015-2016 | Chair, Scientific Committee, International Meeting, Amsterdam - 2016 |
| 2015-present | Task Force Member, Global Education Institute |
| 2015-present | Media Liaison |

**Joshua D. Safer, MD, FACP, FACE**

*TransNet – International Consortium for Transgender Medicine and Health Research*
2014-present       Secretary and Co-Chair, Steering Committee


**National**

*United States Professional Association for Transgender Health (USPATH)*
2018-2019       President

*Alliance of Academic Internal Medicine*
2016-2019       Chair, Compliance Committee
2016-2017       Committee member, Compensation
2015-2016       President, Association of Specialty Professors (ASP)
2014-2017       Council member
2014-2019       Task Force member, Program Planning
2014-2019       Work Group member, Survey Center
2013-2015       Chair, Program Planning Committee, ASP
2012-2017       Council member, ASP
2012-2013       Chair, Membership Services Committee, ASP
2010-2015       Chair, Program Directors Site Visit Training Seminar, ASP
2007-2013       Committee member, Membership Services, ASP

*American College of Physicians*
2016-2018       Council of Subspecialty Societies member

*Endocrine Society*
2020-present    Transgender Medicine, Special Interest Group member
2017-present    Advisory Board member, Transgender/Disorders of Sex Development
2017-2020       Committee member, Clinical Endocrine Education
2014-present    Media Liaison for Transgender Medicine
2014-2017       Task Force member, Endocrine Treatment of Transgender Persons Clinical Practice
                Guideline

*American Board of Internal Medicine*
2013-2018       Task Force member, Endocrinology Procedures
2013            Task Force member, ASP/AAIM/ACGME/ABIM Joint Next Accreditation System
                Internal Medicine Subspecialty Milestones

*Association of Program Directors in Endocrinology and Metabolism*
2017-2018       Secretary-Treasurer
2012-2018       Task Force member, Next Accreditation System Endocrinology Milestones
2011-2012       Task Force member, Procedures Accreditation
2010-2012       Council member
2009-2016       Chair, Site Visit/Curriculum Web-Toolbox Committee

*American Thyroid Association*
2006-2009       Publications Committee member
2004            Program Committee member

**Joshua D. Safer, MD, FACP, FACE**

**Editorships and Editorial Boards**

| | |
|---|---|
| 2018-present | Associate Editor, *Transgender Health* |
| 2017-present | Editorial Advisory Board, *Endocrine News* |
| 2016-present | Transgender Section Co-Editor, *UpToDate* |
| 2015-present | Editorial Board, *Transgender Health* |
| 2015-present | Editorial Board, *International Journal of Transgender Health* |
| 2013-2018 | Associate Editor, *Journal of Clinical & Translational Endocrinology* |
| 2007-present | Editorial Board, *Endocrine Practice* |

**External Medical Advising and Consulting**

**International**

2016-present   International transgender athlete guidelines, Medical and Scientific Commission, International Olympic Committee

**National**

| | |
|---|---|
| 2017 | Transgender medical and surgical treatment, National Collegiate Athletic Association, |
| 2017 | Safety for transgender medical treatment, Food and Drug Administration, United States |
| 2015-present | Transgender workforce and military readiness, Department of Defense, United States |
| 2014 | Transgender prison population health, Federal Bureau of Prisons, United States |

**Regional**

2011-2018   Transgender prison population health, Massachusetts Department of Correction

**Joshua D. Safer, MD, FACP, FACE**

**Past Other Support**

| | |
|---|---|
| 2018-2022 | Keith Haring Foundation, **PI:  Joshua D. Safer**, Pilot Program to Develop Clinical Program in Transgender Medicine for Children and Adolescents |
| 2015-2016 | R13 HD084267, **Multi-PI:  Joshua D. Safer**, TransNet: Developing a Research Agenda in Transgender Health and Medicine |
| 2014-2015 | Boston Foundation, Equality Fund, **PI:  Joshua D. Safer**, Pilot Program to Educate Physicians in Transgender Medicine |
| 2013-2014 | Evans Foundation, **PI:  Joshua D. Safer**, A Pilot Curriculum in Transgender Medicine |
| 2001-2003 | Thyroid Research Advisory Council, **PI:  Joshua D. Safer**, Thyroid Hormone Action on Skin |
| 2001-2002 | Evans Foundation, **PI:  Joshua D. Safer**, Thyroid Hormone Action on Skin |
| 1996-2001 | K08 DK02423, **PI:  Joshua D. Safer**, Characterization of Central Resistance to Thyroid Hormone |

**Joshua D. Safer, MD, FACP, FACE**

**Conferences Organized**

**International Conferences**

***World Professional Association for Transgender Health***
November, 2020  Bi-annual meeting, Planning Committee (remote)

November, 2018  Bi-annual meeting, Scientific Co-Chair, Buenos Aires, Argentina

June, 2016        Bi-annual meeting, Scientific Co-Chair, Amsterdam, Netherlands

November, 2015  Global Education Initiative, inaugural conference, Chicago, IL

***TransNet – International Consortium for Transgender Health and Medicine Research***
May, 2016        International meeting to set transgender medicine research priorities, Amsterdam, Netherlands

May, 2015        NIH conference to set transgender medicine research priorities, Bethesda, MD

June, 2014       Inaugural meeting, Chicago, IL

**National Conferences**

February, 2019   Live Surgery Course for Gender Affirmation Procedures, Mount Sinai Hospital and WPATH, New York City, NY

April, 2018      Live Surgery Course for Gender Affirmation Procedures, Mount Sinai Hospital and WPATH, New York City, NY

January, 2017    United States Professional Association for Transgender Health (USPATH) bi-annual meeting, Los Angeles, CA

November, 2015  NIH/Alliance for Academic Internal Medicine - Physician Researcher Workforce Taskforce Meeting, Washington, DC

October, 2015    National Internal Medicine Subspecialty Summit, Atlanta, GA

June, 2013       Special Symposium: "Transgender Medicine – What Every Physician Should Know" Annual Meeting of the Endocrine Society, San Francisco, CA

April, 2011      2011 ASP Accreditation Seminar "Meeting the ACGME and RRC-IM Standards for Successful Fellowship Programs" Arlington, VA

***Alliance for Academic Internal Medicine***
April, 2015      2015 ASP Accreditation Seminar "Moving Your Fellowship Program Forward" Spring Meeting, Houston, TX

April, 2014      2014 ASP Accreditation Seminar "NAS for Medical Subspecialties Is Almost Here" Spring Meeting, Nashville, TN

**Joshua D. Safer, MD, FACP, FACE**

| | |
|---|---|
| May, 2013 | 2013 ASP Accreditation Seminar "A Changing Landscape in Subspecialty Fellowship Education" Spring Meeting, Lake Buena Vista, FL |
| April, 2012 | 2012 ASP Accreditation Seminar "Meeting ACGME and RRC-IM Standards for Successful Fellowship Programs" Spring Meeting, Atlanta, GA |

## Invited Lectures and Presentations

### International

| | |
|---|---|
| January, 2020 | "Transgender Medicine", World Professional Association for Transgender Health Global Education Initiative, Hanoi, Vietnam |
| September, 2019 | "Transgender Women" International Association of Athletics Federations (IAAF), Lausanne, Switzerland |
| November, 2018 | "Transgender Medicine", World Professional Association for Transgender Health Annual Meeting, Buenos Aires, Argentina |
| October, 2018 | "Transgender Medicine", Canadian Endocrine Diabetes Meeting, Halifax, NS, Canada |
| June, 2018 | "21ˢ-Century Strategies:  Transgender Hormone Care" CMIN Summit 2018, Porto, Portugal |
| February, 2017 | "A 21st-Century Framework to for Transgender Medical Care" Sheba Hospital, Tel Aviv, Israel |
| October, 2016 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" EndoBridge, Antalya, Turkey |
| May, 2016 | "Transgender Women" International Olympic Committee Headquarters, Lausanne, Switzerland |
| October, 2015 | "Workshop on Guidelines for Transgender Health Care" Canadian Professional Association for Transgender Health, Halifax, NS |
| March, 2015 | "Endocrinology - Hormone Induced Changes" Transgender Health Care in Europe, European Professional Association for Transgender Health, Ghent, Belgium |
| June, 2014 | "What to Know to Feel Safe Providing Hormone Therapy for Transgender Patients" International Congress of Endocrinology, Chicago, IL |
| September, 2011 | "Transgender Therapy – The Endocrine Society Guidelines" World Professional Association for Transgender Health, Atlanta, GA |
| February, 2007 | "Treating skin disease by manipulating thyroid hormone action" Grand Rounds, Meier Hospital, Kfar Saba, Israel |
| March, 2004 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Grand Rounds, Meier Hospital, Kfar Saba, Israel |

**Joshua D. Safer, MD, FACP, FACE**

**National**

May, 2021          "Transgender Medicine", University of Cincinnati Medicine Grand Rounds, Cincinnati, OH (scheduled)

September, 2020  "Transgender Medicine", Peds Place Conference, University of Arkansas, AR (remote)

September, 2020  "Transgender Medicine", University of California-Irvine Medicine Grand Rounds, Irvine, CA (remote)

June, 2020         "Transgender Medicine", Inova Fairfax Medicine Grand Rounds, Fairfax, VA (remote)

December, 2019   "Transgender Medicine", Vanderbilt University Surgery Grand Rounds, Nashville, TN

November, 2019   "Transgender Medicine", Medical College of Wisconsin CME, Milwaukee, WI

September, 2019  "Transgender Medicine", Beth Israel Deaconess Medicine Grand Rounds, Boston, MA

September, 2019  "Transgender Medicine", United States Professional Association for Transgender Health Annual Meeting, Washington, DC

June, 2019         "Transgender Medicine", Mount Sinai Hospital Internal Medicine CME, New York, NY

April, 2019         "A 21st-Century Strategy for Hormone Treatment of Transgender Individuals" National Transgender Health Summit, Oakland, CA

March, 2019       "Transgender Medicine" National Eating Disorders Meeting, New York, NY

January, 2019      "Transgender Medicine" Yale School of Medicine Obstetrics and Gynecology Grand Rounds, New Haven, CT

January, 2019      "Transgender Medicine" Yale School of Medicine Endocrinology Grand Rounds, New Haven, CT

January, 2019      "Transgender Medicine" Drexel School of Medicine Medicine Grand Rounds, Philadelphia, PA

September, 2018  "Current Guidelines and Strategy for Hormone Treatment of Transgender Individuals" Minnesota-Midwest Chapter - American Association of Clinical Endocrinologists Annual Meeting, Minneapolis, MN

July, 2018          "21st-Century Strategies for Transgender Hormone Care" Ohio River Valley Chapter - American Association of Clinical Endocrinologists Meeting, Indianapolis, IN

June, 2018         "21s-Century Strategies:  Transgender Hormone Care" University of Connecticut School of Medicine, Hartford, CT

### Joshua D. Safer, MD, FACP, FACE

| | |
|---|---|
| May, 2018 | "A 21st-Century Strategy for Hormone Treatment of Transgender Individuals" American Association of Clinical Endocrinologists Annual Meeting, Boston, MA |
| March, 2018 | "21st-Century Strategies for Transgender Hormone Care" New Jersey Chapter - American Association of Clinical Endocrinologists Meeting, Morristown, NJ |
| February, 2018 | "A Strategy for the Medical Care of Transgender Individuals" Keynote Address for the International Society for Clinical Densitometry Annual Meeting, Boston, MA |
| November, 2017 | "A 21st-Century Strategy for Hormone Treatment of Transgender Individuals" National Transgender Health Summit, Oakland, CA |
| September, 2017 | "Transgender Therapy – The Endocrine Society Guidelines" Endocrine Society: Clinical Endocrinology Update, Chicago, IL |
| May, 2017 | "Transgender Medicine – a 21st Century Strategy for Patient Care" University of Arizona College of Medicine, Tucson, AR |
| April, 2017 | "Transgender Care Across the Age Continuum" Annual Meeting of the Endocrine Society, Orlando, FL |
| March, 2017 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" Brown University School of Medicine, Providence, RI |
| March, 2017 | "What to Know: A 21st-Century Approach to Transgender Medical Care" United States Food and Drug Administration (FDA), Washington, DC |
| February, 2017 | "A 21st-Century Approach to Transgender Medical Care" United States Professional Association for Transgender Health, Los Angeles, CA |
| February, 2017 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" Southern States American Association of Clinical Endocrinologists Annual Meeting, Memphis, TN |
| December, 2016 | "Transgender Medical Care in the United States Armed Forces" Global Education Initiative, World Professional Association for Transgender Health, Arlington, VA |
| December, 2016 | "Foundations in Hormone Treatment" Global Education Initiative, World Professional Association for Transgender Health, Arlington, VA |
| November, 2016 | "Developing a Transgender/Gender-Identity Curriculum for Medical Students" Association of American Medical Colleges National Meeting, Seattle, WA |
| September, 2016 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" Endocrine Society: Clinical Endocrinology Update, Seattle, WA |
| August, 2016 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" Oregon Health and Science University Ashland Endocrine Conference, Ashland, OR |
| March, 2016 | "State-of-the-Art: Use of Hormones in Transgender Individuals" Annual Meeting of the Endocrine Society, Boston, MA |

**Joshua D. Safer, MD, FACP, FACE**

| | |
|---|---|
| October, 2015 | "What Every Endocrinologist Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients" University of Utah School of Medicine, Salt Lake City, UT |
| April, 2015 | "What to Know –to Feel Safe Providing Hormone Therapy for Transgender Patients" Pritzker School of Medicine, University of Chicago, Chicago, IL |
| March, 2015 | "What to Know –to Feel Safe with Hormone Therapy for Transgender Patients" Annual Transgender Health Symposium, Medical College of Wisconsin, Milwaukee, WI |
| May, 2014 | "Transgendocrinology" Annual Meeting of the American Association of Clinical Endocrinologists, Las Vegas, NV |
| May, 2013 | "Transgender Therapy – Hormone Action and Nuance" National Transgender Health Summit, Oakland, CA |
| April, 2013 | "Transgender Therapy – What Every Provider Needs to Know" Empire Conference: Transgender Health and Wellness, Albany, NY |
| April, 2013 | "Transgender Therapy – What Every Endocrinologist Needs to Know" University of Maryland School of Medicine, Baltimore, MD |
| November, 2012 | "Transgender Therapy – What Every Endocrinologist Should Know" New York University School of Medicine, New York, NY |
| May, 2010 | "Transgender Treatment: What Every Endocrinologist Needs to Know" Brown University School of Medicine, Providence, RI |
| November, 2009 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Emory University School of Medicine, Atlanta, GA |
| November, 2009 | "Primary Care Update in the Treatment of Thyroid Disorders" Emory University School of Medicine, Atlanta, GA |
| October, 2008 | "Topical Iopanoic Acid Stimulates Epidermal Proliferation through Inhibition of the Type 3 Thyroid Hormone Deiodinase" Annual Meeting of the American Thyroid Association, Chicago, IL |
| February, 2005 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Endocrinology Grand Rounds, University of Minnesota, Minneapolis, MN |
| February, 2005 | "Thyroid Hormone Action on Skin and Hair: What We Thought We Knew" Dermatology Grand Rounds, University of Minnesota, Minneapolis, MN |
| December, 2004 | "Transgender Therapy:  The Role of the Endocrinologist" Endocrinology Grand Rounds, Brown Medical Center, Providence, RI |
| November, 2003 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Endocrinology Grand Rounds, Dartmouth Medical Center, Hanover, NH |

**Joshua D. Safer, MD, FACP, FACE**

**Regional**

| | |
|---|---|
| May, 2021 | "Transgender Medicine", New York GYN Society, New York, NY (scheduled) |
| July, 2020 | "Transgender Medicine", LGBT Health Conference CME, New York, NY |
| February, 2020 | "Transgender Medicine", Englewood Hospital Medicine Grand Rounds, Englewood, NJ |
| February, 2020 | "Transgender Medicine", Endocrinology Grand Rounds, Columbia College of Physicians and Surgeons, New York, NY |
| January, 2020 | "Transgender Medicine", CEI, Lake Placid, NY |
| November, 2019 | "Transgender Medicine", Weill Cornell Reproductive Endocrine Grand Rounds, New York, NY |
| November, 2019 | "Transgender Medicine", Acacia Network Grand Rounds, New York, NY |
| October, 2019 | "Transgender Medicine", American Association of Clinical Endocrinologists - New Jersey, annual meeting, Morristown, NJ |
| October, 2019 | "Transgender Medicine", Community Health Network annual conference, New York, NY |
| October, 2019 | "Transgender Medicine", Westchester Medical Center Medicine Grand Rounds, Valhalla, NY |
| September, 2019 | "Transgender Medicine", Weill Cornell Reproductive Endocrine CME, New York, NY |
| September, 2019 | "Transgender Competency for Medical Providers", Working Group on Gender, Columbia College of Physicians and Surgeons, New York, NY |
| April, 2019 | "Transgender Medicine", Weill Cornell Urology Grand Rounds, New York, NY |
| June, 2018 | "21$^s$-Century Strategies:  Transgender Hormone Care" Medicine Grand Rounds, Staten Island University Hospital, Staten Island, NY |
| February, 2018 | "Transgender Medicine – 21st Century Strategies for Patient Care" Medicine Rounds, Newton-Wellesley Hospital, Newton, MA |
| October, 2017 | "Transgender Medicine – 21st Century Strategies for Patient Care" Medicine Rounds, Beth Israel-Milton Hospital, Milton, MA |
| September, 2017 | "Transgender Medicine – 21st Century Strategies for Patient Care" Obstetrics-Gynecology Grand Rounds, Brigham and Women's Hospital, Boston, MA |
| June, 2017 | "State-of-the-Art:  Hormone Therapy for Transgender Patients" Reproductive Endocrinology Rounds, Massachusetts General Hospital, Boston, MA |
| May, 2017 | "A 21st-Century Strategy for Medical Treatment of Transgender Individuals" Boston Medical Center and Boston University School of Medicine, Boston, MA |

**Joshua D. Safer, MD, FACP, FACE**

| | |
|---|---|
| March, 2017 | "A 21st-Century Strategy for Medical Treatment of Transgender Individuals" Tufts Medicine Grand Rounds, Boston, MA |
| January, 2017 | "What to Know: A 21st-Century Approach to Transgender Medical Care" Internal Medicine Rounds, Brigham and Women's Hospital, Boston, MA |
| March, 2016 | "State-of-the-Art:  Hormone Therapy for Transgender Patients" Obstetrics-Gynecology Rounds, Brigham and Women's Hospital, Boston, MA |
| November, 2015 | "What Every Endocrinologist Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients" Endocrinology Rounds, Tufts Medical Center, Boston, MA |
| May, 2015 | "What Every Endocrinologist Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients" Endocrinology Rounds, Massachusetts General Hospital, Boston, MA |
| December, 2014 | "What to Know to Feel Safe Providing Hormone Therapy for Transgender Patients" Endocrinology Rounds, Beth Israel Deaconess Medical Center, Boston, MA |
| November, 2013 | "Transgender Therapy – What Every Physician Should Know" Medicine Grand Rounds, Boston Veterans Administration Hospital, Boston, MA |
| May, 2005 | "Transgender Therapy:  The Role of the Endocrinologist", Endocrinology Rounds, Tufts-New England Medical Center, Boston, MA |
| January, 2004 | "New Directions in Thyroid Hormone Action:  Skin and Hair", Endocrinology Rounds, Brigham and Women's Hospital, Boston, MA |
| October, 1999 | "The Many Faces of Hypothyroidism", Medicine Grand Rounds, Bedford Veterans Administration Hospital, Bedford, MA |

**Institutional, Icahn School of Medicine at Mount Sinai, New York, NY**

| | |
|---|---|
| October, 2019 | "Transgender Medicine", East Harlem HOP rounds, New York, NY |
| October, 2019 | "Transgender Medicine", Mount Sinai HIV rounds, New York, NY |
| August, 2019 | "Transgender Medicine", Mount Sinai Endocrinology Fellows Conference, New York, NY |
| February, 2019 | "Transgender Medicine", Mount Sinai Endocrinology Grand Rounds, New York, NY |
| February, 2019 | "Transgender Medicine", Mount Sinai Ob-Gyn Grand Rounds, New York, NY |
| April, 2018 | "21st-Century Strategies for Transgender Hormone Care", HIV Grand Rounds |

**Institutional, Boston University School of Medicine, Boston, MA**

| | |
|---|---|
| March, 2017 | "State of the Art Hormone Therapy for Transgender Patients", Section of Infectious Disease |

**Joshua D. Safer, MD, FACP, FACE**

January, 2017    "What you need to know – to supervise care for our transgender patients at BMC", Section of Endocrinology

February, 2016    "State of the Art Hormone Therapy for Transgender Patients", Department of Medicine

November, 2015    "What the Family Medicine Physician Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients", Department of Family Medicine

November, 2014    "What the Anesthesiologist Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients", Department of Anesthesia

January, 2014    "Update on the Current Guidelines for Transgender Hormone Therapy", Section of Endocrinology

October, 2011    "Transgender Therapy – What Every Physician Should Know", Department of Medicine

February, 2011    "Current Guidelines for Transgender Hormone Therapy: What Every Endocrinologist Should Know", Section of Endocrinology

November, 2005    "Thyroiditis and Other Insults to Thyroid Function" Core Curriculum in Adult Primary Care Medicine

November, 2005    "Interpretation of Thyroid Function Tests Made Easy" Core Curriculum in Adult Primary Care Medicine

January, 2005    "Transgender Therapy:  The Role of the Endocrinologist" Endocrinology Grand Rounds

December, 2004    "Update in Endocrinology:  Thyroid" Medicine Grand Rounds

January, 2004    "New Directions in Thyroid Hormone Action:  Skin and Hair" Medicine Grand Rounds

March, 2003    "Thyroid Hormone Action on Hair and Skin" Endocrinology Grand Rounds

November, 1999    "Central Resistance to Thyroid Hormone – From Bedside to Bench" Endocrinology Grand Rounds

**Joshua D. Safer, MD, FACP, FACE**

**Curriculum development with external dissemination**

2014-present     Web site for Association of Program Directors of Endocrinology and Metabolism (APDEM), which serves as ***the primary resource for endocrinology fellowship program directors throughout the United States and Canada***.

- Sample curricula
- Streaming lectures to support specific curricular needs to feel programmatic gaps at certain programs
- New assessment forms that map skills to milestones that conform to Next Accreditation System (NAS) standards of the Accreditation Council for Graduate Medical Education (ACGME)

2013-present     Dissemination of Transgender Medicine Curriculum with local modification to institutions in the United States and Canada

Curriculum adopted

**Johns Hopkins School of Nursing** (sample video: http://vimeo.com/jhunursing/review/97477269/abbcf6d33a)
**Ohio State University College of Medicine**
**University of British Columbia, Faculty of Medicine**
**University of Central Florida College of Medicine**
**Tufts University School of Medicine**

Curriculum in development

**Dartmouth School of Medicine**
**University of Vermont College of Medicine**

Work in progress in preparation for sharing transgender curriculum

Albany Medical College
Emory School of Medicine
George Washington University Medical School
Hofstra School of Medicine
University of California – San Diego School of Medicine
University of Kentucky College of Medicine
University of Louisville School of Medicine
University of Michigan Medical School
University of Minnesota Medical School
University of Nebraska School of Medicine
University of Pennsylvania School of Medicine
Washington University School of Medicine

**Joshua D. Safer, MD, FACP, FACE**

2013-2015     Co-author of the ***Medical Subspecialty Reporting Milestones used for evaluation of Internal Medicine subspecialty medicine fellowship programs throughout the Unites States*** by the Accreditation Council for Graduate Medical Education (ACGME).

https://www.acgme.org/acgmeweb/Portals/0/PDFs/Milestones/InternalMedicineSubspecialty Milestones.pdf

2011-2014     Web site content expert for APDEM, which served as ***the primary resource for endocrinology fellowship Program Directors throughout the United States and Canada***. Materials included sample curricula, streaming lectures to support specific curricular needs to feel programmatic gaps at certain programs, and guidance dealing with ACGME site-visits

**Other curriculum development**

2019-present     Massive Open On-line Course (MOOC) curricular content. Transgender Medicine for General Medical Providers, Icahn School of Medicine at Mount Sinai (https://www.coursera.org/courses?query=transgender%20medicine%20for%20general%20m edical%20providers&)

2016-2018     Curricular Content to teach transgender hormone therapy in the LGBT elective at Harvard Medical School

2016-2018     Curricular Content to teach transgender hormone therapy at Tufts University School of Medicine.

2011-2018     Fully revised curriculum for the Boston University Medical Center Fellowship Training Program in Endocrinology, Diabetes and Nutrition.

2010-2018     Curricula to teach transgender hormone therapy at Boston University School of Medicine.

2006-2014     Written examination in endocrinology to complement the multiple-choice examination for medical students — validation relative to success later in medical school is in progress.

**Joshua D. Safer, MD, FACP, FACE**

**Bibliography: (ORCID 🆔 # 0000 0003 2497 8401)**

<u>Names of mentees are underlined throughout the bibliography section</u>

** currently most influential papers are noted with double asterisks

**Original, Peer-Reviewed Articles**

1.   **Safer JD**, Langlois MF, <u>Cohen R</u>, Monden T, John-Hope D, Madura J, Hollenberg AN, Wondisford FE. Isoform variable action among thyroid hormone receptor mutants provides insight into pituitary resistance to thyroid hormone.  *Mol Endocrinol* 1997;11(1):16-26.  PMID  8994184

2.   Langlois MF, Zanger K, Monden T, **Safer JD**, Hollenberg AN, Wondisford FE.  A unique role of the beta-2 thyroid hormone receptor isoform in negative regulation by thyroid hormone - mapping of a novel amino-terminal domain important for ligand-independent activation.  *J Biol Chem* 1997;272(40):24927-24933.  PMID  9312095

3.   **Safer JD**, <u>Cohen RN</u>, Hollenberg AN, Wondisford, FE.  Defective release of corepressor by hinge mutants of the thyroid hormone receptor found in patients with resistance to thyroid hormone.  *J Biol Chem* 1998;273(46):30175-30182.  PMID  9804773

4.   **Safer JD**, O'Connor MG, Colan SD, Srinivasan S, Tollin SR, Wondisford FE.  The TR-beta gene mutation R383H is associated with isolated central resistance to thyroid hormone.  *J Clin Endocrinol Metab* 1999;84(9):3099-3109.  PMID  10487671

5.   **Safer JD**, <u>Fraser LM</u>, Ray S, Holick MF.  Topically applied triiodothyronine stimulates epidermal proliferation, dermal thickening, and hair growth in mice and rats.  *Thyroid* 2001;1(8):717-724.  PMID 11525263

6.   <u>Tangpricha V</u>, Chen BJ, Swan NC, Sweeney AT, de las Morenas A, **Safer JD**.  Twenty-one gauge needles provide more cellular samples than twenty-five gauge needles in fine needle aspiration biopsy of the thyroid.  *Thyroid* 2001;11(10):973-976.  PMID  11716046

7.   **Safer JD**, <u>Crawford TM</u>, <u>Fraser LM</u>, <u>Hoa M</u>, Ray S, Chen TC, Persons K, Holick MF.  Thyroid hormone action on skin:  diverging effects of topical versus intraperitoneal administration.  *Thyroid* 2003;13(2):159-165.  PMID  12699590

8.   Santini F, Ceccarini G, Montanelli L, Rosellini V, Mammoli C, Macchia P, Gatti G, Pucci E, Marsili A, Chopra IJ, Chiovato L, Vitto P, **Safer JD**, Braverman LE, Martino E, Pinchera A.  Role for inner ring deiodination preventing transcutaneous passage of thyroxine.  *J Clin Endocrinol Metab* 2003;88(6):2825-2830.  PMID  12788895

9.   **Safer JD**, <u>Crawford TM</u>, Holick MF.  A role for thyroid hormone in wound healing through keratin gene expression.  *Endocrinology* 2004;145(5):2357-2361.  PMID  14736740

10.  **Safer JD**, <u>Crawford TM</u>, Holick MF.  Topical thyroid hormone accelerates wound healing in mice.  *Endocrinology* 2005;146(10):4425-4430.  PMID  15976059

**Joshua D. Safer, MD, FACP, FACE**

11.    Saha AK, Persons K, **Safer JD**, Luo Z, Holick MF, Ruderman NB.  AMPK regulation of the growth of cultured human keratinocytes.  *Biochem Biophys Res Co* 2006;349(2):519-24.  PMID  16949049

12.    **Safer JD**, Ray S, Holick MF.  A topical PTH/PTHrP receptor antagonist stimulates hair growth in mice. *Endocrinology* 2007;148(3):1167-1170.  PMID  17170098

13.    **Safer JD**, Persons K, Holick MF.  A thyroid hormone deiodinase inhibitor can decrease cutaneous cell proliferation in vitro.  *Thyroid* 2009;19(2):181-185.  PMID  19191748

14.    Ariza MA, Loken WM, Pearce EN, **Safer JD**.  Male sex, African-American race/ethnicity, and T3 levels at diagnosis are predictors of weight gain following medication and radioactive iodine treatment for hyperthyroidism.  *Endocr Pract* 2010;16(4):609-616.  PMID  20350916

15.    Abraham TM, de las Morenas A, Lee SL, **Safer JD**.  In thyroid fine needle aspiration, use of bedside-prepared slides significantly increased diagnostic adequacy and specimen cellularity relative to solution-based samples.  *Thyroid* 2011;21(3):237-242.  PMID  21323589

16.    Huang MP, Rodgers KA, O'Mara R, Mehta M, Abuzahra HS, Tannenbaum AD, Persons K, Holick MF, **Safer JD**.  The thyroid hormone degrading Dio3 is the primary deiodinase active in murine epidermis. *Thyroid*  2011;21(11):1263-1268.  PMID  21936673

17.    Toraldo G, Bhasin S, Bakhit M, Guo W, Serra C, S, **Safer JD**, Bhawan J, Jasuja R.  Topical androgen antagonism promotes cutaneous wound healing without systemic androgen deprivation by blocking beta-catenin nuclear translocation and cross-talk with TGF-beta signaling in keratinocytes.  *Wound Repair Regen* 2012;20:61-73.  PMID  22276587

18**.    **Safer JD**, Pearce EN.  A simple curriculum content change increased medical student comfort with transgender medicine.  *Endocr Pract* 2013;19(4):633-637.  PMID  23425656
       - First ever demonstration of the effectiveness of an evidence-based approach to teaching transgender medicine to medical students

19.    Thomas DD, **Safer JD**.  A simple intervention raised resident-physician willingness to assist transgender patients seeking hormone therapy.  *Endocr Pract* 2015;21(10):1134-42.  PMID 26151424

20.    Mundluru SN, **Safer JD**, Larson, AR.  Unforeseen ethical challenges for isotretinoin treatment in transgender patients.  *Int J of Womens Dermatol* 2016;2(2):46-48.  PMID  28492004

21.    Eriksson SES, **Safer JD**.  Evidence-based curricular content improves student knowledge and changes attitudes towards transgender medicine.  *Endocr Pract* 2016;22(7):837-841.  PMID 27042742

22.    Chan B, Skocylas R, **Safer JD**.  Gaps in transgender medicine content identified among Canadian medical school curricula.  *Transgender Health* 2016;1(1):142-150.  PMID  29159305

23.    Myers SC, **Safer JD**.  Increased rates of smoking cessation observed among transgender women receiving hormone treatment.  *Endocr Pract* 2017;23(1):32-36.  PMID  27682351

**Joshua D. Safer, MD, FACP, FACE**

24.   Berli J, Knudson G, Fraser L, Tangpricha V, Ettner R, Ettner F, **Safer JD**, Graham j, Monstrey S, Schecter L.  Gender confirmation surgery: What surgeons need to know when providing care for transgender individuals.  *JAMA Surgery* 2017;152(4):394-400.  PMID 28196182

25.   Kailas M, Lu HMS, Rothman EF, **Safer JD**.  Prevalence and types of gender-affirming surgery among a sample of transgender endocrinology patients prior to state expansion of insurance coverage.  *Endocr Pract* 2017;23(7):780-786.  PMID 28448757

26.   Liang JJ, Gardner IH, Walker JA, **Safer JD**.  Observed deficiencies in medical student knowledge of transgender and intersex health.  *Endocr Pract* 2017;23(8):897-906.  PMID 28534684

27.   Park JA, **Safer JD**.  Clinical exposure to transgender medicine improves students' preparedness above levels seen with didactic teaching alone:  A key addition to the Boston University model for teaching transgender health care.  *Transgender Health* 2018;3(1),10-16.  PMID 29344576

28.   Liang JJ, Jolly D, Chan KJ, **Safer JD**.  Testosterone levels achieved by medically treated transgender women in a United States endocrinology clinic cohort.  *Endocr Pract* 2018; 24(2):135-142.  PMID 29144822

29.   Chan KJ, Jolly D, Liang JJ, Weinand JD, **Safer JD**.  Estrogen levels do not rise with testosterone treatment for transgender men.  *Endocr Pract* 2018; 24(4):329-333.  PMID 29561193

30.   Chan KJ, Liang JJ, Jolly D, Weinand JD, **Safer JD**.  Exogenous testosterone does not induce or exacerbate the metabolic features associated with PCOS among transgender men.  *Endocr Pract* 2018; 24(6):565-572.  PMID 29624102

31.   Bisson JR, Chan KJ, **Safer JD**.  Prolactin levels do not rise among transgender women treated with estradiol and spironolactone.  *Endocr Pract* 2018; 24(7):646-651.  PMID 29708436

32.   Getahun D, Nash R, Flanders D, Baird TC, Becerra-Culqui TA, Cromwell L, Hunkler E, Lash TL, Millman A, Quinn VP, Robinson B, Roblin D, Silverberg MJ, **Safer J**, Slovis J, Tangpricha V, Goodman M.  Cross-sex hormones and acute cardiovascular events in transgender persons: A cohort study.  *Ann Intern Med* 2018; 169(4):205-213.  PMID 29987313

33.   Martinson TG, Ramachandran S, Lindner R, Reisman T, **Safer JD**.  High body-mass index is a significant barrier to gender confirmation surgery for transgender and gender-nonbinary individuals.  *Endocr Pract* 2020; 26(1):6-15.  PMID 31461357

34.   Goldstein Z, Martinson TG, Ramachandran S, Lindner R, **Safer JD**.  Improved rates of cervical cancer screening among transmasculine patients through self-collected swabs for high-risk human papillomavirus DNA testing.  *Transgender Health* 2020; 5(1):10-17.  PMID 32322684

35.   Lichtenstein M, Stein L, Connolly E, Goldstein ZG, Martinson TG, Tiersten L, Shin SJ, Pang JH, **Safer JD**.  The Mount Sinai patient-centered preoperative criteria meant to optimize outcomes are less of a barrier to care than WPATH SOC 7 criteria before transgender-specific surgery. *Transgender Health* 2020; 5(3):166-172.  PMID 33644310

36.   Hirschmann J, Kozato A, Villagra C, Wetmore J, Jandorf L, Pang JH, Reynolds M, Dodge L, Mejia S, **Safer JD**.  An analysis of chaplains' narrative chart notes describing spiritual care visits with gender affirmation surgical patients.  *Transgender Health* 2020; In Press.  PMID

**Joshua D. Safer, MD, FACP, FACE**

37. Kozato A, Fox GWC, Yong PC, Shin SJ, Avanessian BK, Ting J, Ling Y, Karim S, **Safer JD**, Pang JH.  No venous thromboembolism increase among transgender female patients remaining on estrogen for gender affirming surgery.  *J Clin Endocrinol Metab* 2021; In Press.  PMID

38. Gorbea E, Gidumal S, Kozato A, Pang JH, **Safer JD**, Rosenberg J.  Insurance coverage of facial gender affirmation surgery - a review of Medicaid and commercial insurance.  *Otolaryngol Head Neck Surg* 2021; In Press.  PMID  33722109

39. Shin JS, Pang JH, Tiersten L, Jorge N, Hirschmann J, Kutsy P, Ashley K, Stein L, **Safer JD**, Barnett B.  The Mount Sinai inter-disciplinary approach to peri-operative care improved the patient experience for transgender individuals.  *Transgender Health* 2021; In Press.  PMID

40. Huber S, Ferrando C, **Safer JD**, Pang JH, Streed CG, Priestly J, Culligan P.  Development and validation of urologic and appearance domains of the post-affirming surgery form and function individual reporting measure (AFFIRM) for transwomen following genital surgery.  *J Urol* 2021; 206:1445-1453.  PMID

41. Rose AJ, Hughto JMW, Dunbar MS, Quinn EK, Deutch M, Feldman J, Radix A, **Safer JD**, Shipherd JC, Thompson J, Jasuja GK.  Trends in feminizing hormone therapy for transgender patients, 2006-2017.  *Transgender Health* 2021; In Press.  PMID

**Critical Reviews, Editorials, Chapters, Case Reports:**

**Editorials and Critical Reviews:**

42. **Safer JD**, Colan SD, Fraser LM, Wondisford FE.  A pituitary tumor in a patient with thyroid hormone resistance: A diagnostic dilemma.  *Thyroid* 2001;11(3):281-291.  PMID  11327621

43. **Safer JD**, Hennessey JV, Braverman LE.  Substituting brand name levothyroxine preparations with generics would increase treatment cost.  *Ann Intern Med* 2005; on-line available at http://www.annals.org/cgi/eletters/142/11/891#1882

44. Pietras SM, **Safer JD**.  A spurious elevation of both total thyroid hormone and thyroid hormone uptake measurements in the setting of autoantibodies may result in diagnostic confusion:  A case report and review of the related literature.  *Endocr Pract* 2008;14(6):738-742.  PMID  18996795

45. **Safer JD**, Tangpricha V.  Out of the Shadows:  It is time to mainstream treatment for transgender patients.  *Endocr Pract* 2008;14(2):248-50.  PMID  18308667

46. Feldman J, **Safer JD**, Hormone therapy in adults:  Suggested revisions to the sixth version of the Standards of Care.  *Int J Transgender Health* 2009;11(3):146-182.

47. Bhasin S, **Safer JD**, Tangpricha V.  The Hormone Foundation's patient guide to the endocrine treatment of transsexual persons.  *J Clin Endocrinol Metab* 2009;94(9).

48. **Safer JD**.  Thyroid hormone action on skin.  *Dermatoendocrinol* 2011;3(3):1-5.  PMID  22110782

**Joshua D. Safer, MD, FACP, FACE**

49.  Kannan S, **Safer JD**.  Finding the right balance between resistance & sensitivity -- A case report and brief review of the cardiac manifestations of the syndrome of resistance to thyroid hormone and the implications for treatment.  *Endocr Pract* 2012; 18(2):252-255.  PMID  22068246

50.  **Safer JD**.  Thyroid hormone action on skin.  *Curr Opin Endocrinol Diabetes Obes* 2012;19(5):388-293.  PMID 22914563

51.  **Safer JD**.  Thyroid hormone and wound healing.  *J Thyroid Res* 2013;doi:10.1155/2013/124538.  PMID 23577275

52.  **Safer JD**.  Transgender medical research, provider education, and patient access are overdue.  *Endocr Pract* 2013;19(4):575-6.  PMID 23337168

53.  Gardner IH, **Safer JD**.  Progress on the road to better medical care for transgender patients.  *Curr Opin Endocrinol Diabetes Obes* 2013;20(6):553-558.  PMID 24468757

54.  Gitlin SD, Flaherty J, Arrighi J, Swing S, Vasilias J, Brater DC, Breida M, Caverzagie K, Kane GC, Nelson Grier C, Parsons P, Smith B, Morrison L, Radwany S, Quill T, Kapur V, Roberts B, Silber M, DiBisceglie A, Fix O, Koteish A, Palumbo P, Trence D, Berkowitz L, Holmboe E, Hood S, Iobst W, Levin S, Yaich S, Foster J, Jackson M, Juvin J, Williams E, Addrizzo-Harris D, Buckley J, Markowitz P, Sessler C, Torrington K, Richter S, Szyjkowski R, Alguire P, Cooke M, Bolster M, Brown C, Jones T, Marks L, Pardi D, Rose Z, Shah B, Busby-Whitehead J, Granville L, Leipzig R, Collichio F, Raymond M, Von Roenn J, Albertson D, Coyle W, Sedlack R, Abbott B, Fessler H, Balasubramanian A, Danoff A, Gopalakrishnan G, Piquette C, Schulman D, Geraci M, Rockey D, **Safer J**, Armstrong W, Havlichek Jr D, Helmy T, Kolansky D, Patores S, Spevetz A, Biller B, Cantelmi A.  The Internal Medicine Subspecialty Milestone Project, a joint initiative of the Accreditation Council for Graduate Medical Education and the American Board of Internal Medicine, in collaboration with the Alliance for Academic Internal Medicine.  2014; online available at https://www.acgme.org/acgmeweb/Portals/0/PDFs/Milestones/InternalMedicineSubspecialty Milestones.pdf

55**.  Saraswat A, Weinand JD, **Safer JD**.  Evidence supporting the biological nature of gender identity.  *Endocr Pract* 2015; 21(2):199-204.  PMID 25667367
    - Review of the biological nature of transgender identity most referenced by popular media (Google)

56**.  Weinand JD, **Safer JD**.  Hormone therapy in transgender adults is safe with provider supervision; A review of hormone therapy sequelae for transgender individuals.  *J Clin Transl Endocr* 2015; 2:55-60.  PMID 28090436
    - The most comprehensive review of the relative safety of transgender hormone therapy

57.  Boh B, **Safer JD**.  State-of-the-art: Use of hormones in transgender individuals.  *Endocrine Society* 2016; on-line available at http://dx.doi.org/10.1210/MTP5.9781943550043.ch55

58.  **Safer JD**, Coleman E, Hembree, W.  There is reason for optimism: an introduction to the special issue on research needs in transgender health and medicine.  *Curr Opin Endocrinol Diabetes Obes* 2016; 23(2):165-167.  PMID 26702853

**Joshua D. Safer, MD, FACP, FACE**

59**.  **Safer JD**, Coleman E, Feldman J, Garofalo R, Hembree W, Radix A, Sevelius J.  Barriers to healthcare for transgender individuals.  *Curr Opin Endocrinol Diabetes Obes* 2016; 23(2):168-171. PMID  26910276
        - The most cited review of barriers to delivery of transgender healthcare in the United States in the medical system, medical curriculum, and medical culture

60.  Feldman J, Brown GR, Deutsch MB, Hembree W, Meyer W, Meyer-Bahlburg HFL, Tangpricha V, T'Sjoen G, **Safer JD**.  Priorities for transgender medical and healthcare research.  *Curr Opin Endocrinol Diabetes Obes* 2016; 23(2):180-187.  PMID  26825469

61.  Reisner SL, Deutsch MB, Bhasin S, Bockting W, Brown GR, Feldman J, Garofalo R, Kreukels B, Radix A, **Safer JD**, Tangpricha V, T'Sjoen G, Goodman M.  Advancing Methods for U.S. Transgender Health Research.  *Curr Opin Endocrinol Diabetes Obes* 2016; 23(2):198-207.  PMID 26845331

62.  **Safer JD**.  The large gaps in transgender medical knowledge among providers must be measured and addressed.  *Endocr Pract* 2016;22(7):902-903.  PMID  27214166

63.  Bouman WP, Suess Schwend A, Motmans J, Smiley A, **Safer JD**, Deutsch MB, Adams NJ, Winter S.  Language and trans health.  *Int J Transgender Health* 2017;18(1):1-6.

64.  **Safer JD**.  The recognition that gender identity is biological complicates some previously settled clinical decision making.  *AACE Clinical Case Rep* 2017;3(3):e289-e290.  PMID  27967232

65**.  Hembree WC, Cohen-Kettenis P, Gooren L, Hannema SE, Meyer WJ, Murad M, Rosenthal S, **Safer JD**, Tangpricha V, T'Sjoen G.  Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline.  *J Clin Endocrinol Metab* 2017; 102(11):1–35.  PMID 28945902
        - The most respected guideline for hormone treatment of transgender individuals

66.  **Safer JD**.  Transgender patients and health care providers.  *Health Affairs* 2017;36(12):2213. PMID 29200359

67.  Tangpricha V, Hannema SE, Irwig M, Meyer WJ, **Safer JD**, Hembree WC.  2017 American Association of Clinical Endocrinologists/Endocrine Society update on transgender medicine: case discussions.  *Endocr Pract* 2017;23(12):1430-1436.  PMID  29320643

68.  **Safer JD**.  Managing intersex and transgender health across the globe requires more than just understanding the science.  *AACE Clinical Case Rep* 2018;4(3):e267-e268.

69.  Narasimhan S, **Safer JD**.  Hormone therapy for transgender men.  *Clin Plast Surg* 2018;45(3):319-322.  PMID  29908619

70.  Korpaisarn S, **Safer JD**.  Gaps in transgender medical education among health care providers: A major barrier to care for transgender persons.  *Reviews in Endocrine and Metabolic Disorders* 2018;19(3):271-275.  PMID  29922962

71.  Klein P, Narasimhan S, **Safer JD**.  The Boston Medical Center experience:  An achievable model for the delivery of transgender medical care at an academic medical center.  *Transgender Health* 2018;3(1),136-140.  PMID  30065961

**Joshua D. Safer, MD, FACP, FACE**

72.  **Safer JD**.  Continuing gaps in transgender medicine education among health care providers. *Endocr Pract* 2018; 24(12):1106-1107.  PMID 30715908

73.  Goodman M, Getahun D, Silverberg MJ, **Safer J**, Tangpricha V.  Reply to letter to the editor: Cross-sex hormones and acute cardiovascular events in transgender persons.  *Ann Intern Med* 2019; 170(2):142-143.  PMID 30641565

74.  Iwamoto SJ, T'Sjoen G, **Safer JD**, Davidge-Pitts CJ, Wierman ME, Glodowski MB, Rothman MS.  Letter to the editor:  Progesterone is important for transgender women's therapy – Applying evidence for the benefits of progesterone in ciswomen. *J Clin Endocrinol Metab* 2019; 104(8):3127-3128.  PMID 30860591

75.  Rosenthal SM, Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, **Safer JD**, Tangpricha V, T'Sjoen GG.  Reply to letter to the editor:  Endocrine treatment of gender dysphoric/gender incongruent persons: An Endocrine Society* clinical practice guideline.  *J Clin Endocrinol Metab* 2019; 104(11):5102-5103.  PMID 31046093

76.  Moser SW, Schecter LS, Facque AR, Berli JU, Agarwal C, Satterwhite T, Bluebond-Langner R, Kuzon WM, Ganor O, **Safer JD**, Knudson G.  Nipple areolar complex reconstruction is an integral component of chest reconstruction in the treatment of transgender and gender diverse people.  *Int J Transgender Health* 2019; In Press.  PMID

77.  Korpaisarn S, **Safer JD**.  Etiology of gender identity.  *Endocrinol Metab Clin N Am* 2019; 48(2):323-329.  PMID 31027542

78**.  **Safer JD**, Tangpricha V.  Care of the transgender patient.  *Ann Intern Med* 2019; 171(1):ITC1-ITC6.  PMID 31261405
    - The highest profile review of transgender medicine oriented to primary care providers

79.  Goldstein Z, Khan M, Reisman T, **Safer JD**.  Managing the risk of venous thromboembolism in transgender adults undergoing hormone therapy.  *J Blood Med* 2019; 10:209-216.  PMID 31372078

80.  Rosen HN, Hamnvik OPR, Unnop J, Malabanan AO, **Safer JD**, Tangpricha V, Wattanachanya L, Yeap SS.  Bone densitometry in transgender and gender non-conforming (TGNC) individuals: The 2019 ISCD official positions.  *J Clin Densitometry* 2019; 22(4):544-553.  PMID 31327665

81.  **Safer JD**.  Hurdles to health care access for transgender individuals.  *Nat Hum Behav* 2019; 3:1132-1133.  PMID 31406336

82.  **Safer JD**.  Greater rigor studying the incidence of sexually transmissible infections among transgender individuals.  *Med J Aust* 2019; 211(9):401.  PMID 31595513

83.  **Safer JD**.  Advancing knowledge of transgender medical intervention effects.  *Nat Rev Urol* 2019; 16(11):642-643.  PMID 31399706

84.  Reisman T, Goldstein Z, **Safer JD**.  A review of breast development in cisgender women and implications for transgender women.  *Endocr Pract* 2019; 25:1338-1345.  PMID 31412232

**Joshua D. Safer, MD, FACP, FACE**

85**. **Safer JD**, Tangpricha V.  Care of transgender persons.  *N Engl J Med* 2019; 381(25):2451-2460. PMID  31851801
      - The highest profile review of transgender medicine

86. Libman H, **Safer JD**, Siegel JR, Reynolds EE.  Caring for the transgender patient: Grand rounds discussion from Beth Israel Deaconess Medical Center.  *Ann Intern Med* 2020; 172(3):202-209. PMID  32016334

87. Pang JH, **Safer JD**.  A beginning in the investigation of the metabolic consequences of transgender hormone treatment on young people.  *J Clin Endocrinol Metab* 2020; 105(3):1-2.  PMID 31803926

88. Hassett MJ, Somerfield MR, Baker ER, Cardoso F, Kansal KJ, Kwait DC, Plichta JK, Ricker C, Roshal A, Ruddy KJ, **Safer JD**, Van Poznak C, Yung RL, Giordano SH.  Management of Male Breast Cancer: ASCO Guideline.  *J Clin Oncol* 2020; 38(16):1849-1863.  PMID 32058842

89. <u>Prince JCJ</u>, **Safer JD**.  Endocrine treatment of transgender individuals:  Current guidelines and strategies.  *Expert Rev Endocrinol Metab* 2020; 15(6):395-403.  PMID

90. **Safer JD**, Tangpricha V.  Guidance for collecting sex/gender data in research.  *Endocr Pract* 2020; 26(10):1225-1226.  PMID  33471722

91. **Safer JD**.  Using evidence to fill gaps in the care of transgender people.  *Endocr Pract* 2020; 26(11):1387-1388.  PMID  33471668

92. <u>Slack DJ</u>, **Safer JD**.  Cardiovascular health maintenance in aging individuals: The implications for transgender men and women on hormone therapy.  *Endocr Pract* 2021; 27(1):63-70.  PMID 33475503

93. Walch A, Davidge-Pitts C, **Safer JD**, Lopez X, Tangpricha, V, Iwamoto SJ.  Proper care of transgender and gender diverse persons in the setting of proposed discrimination:  A policy perspective.  *J Clin Endocrinol Metab* 2021; 106(2):305-308.  PMID  33326028

94. Pang JH, **Safer JD**.  An opportunity to better assess breast development in transgender women.  *J Clin Endocrinol Metab* 2021; 106(3):e1453-e1454.  PMID  33332566

95. **Safer JD**.  Research gaps in medical treatment of transgender/non-binary people.  *J Clin Invest* 2021; 131(4):e142029.  PMID  33586675

96. Reisman T, **Safer JD**.  New data to challenge gender affirming hormone therapy prescribing practice.  *J Clin Endocrinol Metab* 2021; 106(5):e2365-e2366.  PMID  33524111

97. Walch A, Davidge-Pitts C, Lopez X, Tangpricha, V, Iwamoto SJ, **Safer JD**.  Response to Letter to the Editor from Malone: "Proper Care of Transgender and Gender Diverse Persons in the Setting of Proposed Discrimination: A Policy Perspective".  *J Clin Endocrinol Metab* 2021; 106(8): e3295–e3296.  doi:10.1210/clinem/dgab206

98. <u>Zucker R</u>, Reisman T, **Safer JD**.  Minimizing venous thromboembolism in feminizing hormone therapy: applying lessons from cisgender women and previous data.  *Endocr Pract* 2021; In Press. PMID

**Joshua D. Safer, MD, FACP, FACE**

99.     <u>Kumar A</u>, <u>Amakiri UO</u>, **Safer JD**.  Medicine as constraint: assessing the barriers to gender-affirming care.  *Cell Reports Medicine* 2022; In Press.  PMID

100.    **Safer JD**.  Are the pharmacokinetics of sublingual estradiol superior or inferior to those of oral estradiol?  *Endocr Pract* 2022; In Press.  PMID

**Textbook Chapters:**

101.    **Safer JD**, Wondisford, FE. 1997  TSH, normal physiology,  *Contemporary Endocrinology:  Diseases of the Pituitary*, Wierman ME, ed., Humana Press Inc., Totowa, NJ, 283-293

102.    **Safer JD**.  2003  Resistance to thyroid hormone,  *Contemporary Endocrinology:  Diseases of the Thyroid*, 2nd Edition, Braverman LE, ed., Humana Press Inc., Totowa, NJ, 199-216

103.    **Safer JD**.  2005  The skin in thyrotoxicosis,  *Werner and Ingbar's The Thyroid*, 9th Edition, Braverman LE and Utiger RD, eds., Lippincott Williams and Williams, Philadelphia, PA, 553-558

104.    **Safer JD**.  2005  The skin and connective tissue in hypothyroidism,  *Werner and Ingbar's The Thyroid*, 9th Edition, Braverman LE and Utiger RD, eds., Lippincott Williams and Williams, Philadelphia, PA, 769-773

105.    **Safer JD**, Holick MF.  2008  Potential therapeutic uses of thyroid hormone,  *Thyroid Disorders with Cutaneous Manifestations*, Heymann WR, ed.,  Springer-Verlag, London, UK, 181-186

106.    Leung AM, **Safer JD**.  2012  Thyrotoxicosis of extra thyroid origin,  *Werner and Ingbar's The Thyroid*, 10th Edition, Braverman LE and Cooper D, eds., Lippincott Williams and Williams, Philadelphia, PA, 429-433

107.    <u>Kurani PN</u>, Goldberg LJ, **Safer JD**.  2017  Evaluation and management of hirsutism in postmenopausal women,  *Essentials of Menopause Management: A Case-Based Approach*, Pal L and Sayegh RA, eds., Springer, London, UK, 209-221

108.    Sloan CA, **Safer JD**.  2017  The high risk client: Comorbid conditions that affect care,  *Adult Transgender Care: An Interdisciplinary Approach for Training Mental Health Professionals*, Kauth MR and Shipherd JC, eds., Routledge, Taylor and Francis, London, UK, 101-122

109.    <u>Webb R</u>, **Safer JD**.  2018  Transgender hormonal treatment,  *Yen and Jaffe's Reproductive Endocrinology, edition 8*, Strauss JS and Barbieri JL, eds., Elsevier, Maryland Heights, MO, 709-716

110.    <u>Myers SC</u>, **Safer JD**.  2019  Hormone therapy in transgender adults,  *Manual of Endocrinology and Metabolism, 5th Edition*, Lavin N, ed., Walters Kluwer, Philadelphia, PA, 893-899

111.    **Safer JD**, <u>Chan KJ</u>.  2019  Review of medical, socioeconomic, and systemic barriers to transgender care.  *Transgender Medicine, A Multidisciplinary Approach*, Poretsky L and Hembree WC, eds., Humana Press, Cham, Switzerland, 25-38

112.    <u>Qian R</u>, **Safer JD**.  2019  Hormone treatment for the adult transgender patient.  *Comprehensive Care of the Transgender Patient*, Ferrando CA, ed., Elsevier, Maryland Heights, MO, 34-96

113.   Tangpricha V, **Safer JD**.  2020  Hormone therapy for transgender women.  *Gender Confirmation Surgery*, Schechter LS, ed. Springer, Cham, Switzerland, 59-63

114.   **Safer JD**, Tangpricha V.  2020  Hormone therapy for transgender men.  *Gender Confirmation Surgery*, Schechter LS, ed. Springer, Cham, Switzerland, 65-67

115.   Park JA, **Safer JD**.  2020  Optimizing the use of gender-affirming therapies.  *Essentials of Men's Health*, Bhasin S, O'Leary MP, and Basaria SS, eds. McGraw Hill, New York, NY, 325-336

116.   Reisman T, **Safer JD**.  2022  Perioperative estrogen considerations for transgender women undergoing vaginoplasty.  *A Case-Based Guide to Clinical Endocrinology*, Davies TF, ed. Springer, Cham, Switzerland, https://doi.org/10.1007/978-3-030-84367-0_57

**Case Reports:**

117.   Koutkia P, **Safer JD**.  Adrenal metastasis secondary to papillary thyroid carcinoma.  *Thyroid* 2001; 11(11):1077-1079.  PMID  11762719

118.   Choong K, **Safer JD**.  Graves disease and gynecomastia in two roommates.  *Endocr Pract* 2011; 17(4):647-650.  PMID  21613048

119.   Safer DL, Bullock KD, **Safer JD**.  Obsessive-compulsive disorder presenting as gender dysphoria/gender incongruence: a case report and literature review.  *AACE Clinical Case Rep* 2016; 2:e268–e271.

120.   Stevenson MO, Wixon N, **Safer JD**.  Scalp hair regrowth in hormone-treated transgender woman.  *Transgender Health* 2017; 1(1):202-204.  PMID  28861534

121.   Sullivan CA, Hoffman JD, **Safer JD**.  17-β-hydroxysteroid dehydrogenase type 3 deficiency: Identifying a rare cause of 46, XY female phenotype in adulthood.  *J Clin Transl Endocr Case Rep* 2018; 7:5-7.

122.   Greenwald P, Dubois B, Lekovich J, Pang JH, **Safer JD**.  Successful IVF in a cisgender female carrier using oocytes retrieved from a transgender man maintained on testosterone.  *AACE Clinical Case Rep* 2022; 8:19-21.  PMID

**Joshua D. Safer, MD, FACP, FACE**

**Dissemination Through Lay Press and Social Media**

**Mass Audience Programming:**

"Transgender Health AMA" Reddit. July 24, 2017. Expert responses to questions about transgender medicine.
https://www.reddit.com/r/science/comments/6p7uhb/transgender_health_ama_series_im_joshua_safer/
over 150,000 views, over 4200 comments

"Gender Revolution with Katie Couric" National Geographic Channel. Couric, Katie. February 6, 2017.
Extended interview with Katie Couric threaded into a 2-hour television special. Trailer:
https://www.youtube.com/watch?v=y93MsRaC6Zw
broadcast in 143 countries

"Is gender identity biologically hard-wired?" Judd, Jackie. PBS NewsHour. May 13, 2015.
Extended interview for Jackie Judd http://www.pbs.org/newshour/bb/biology-gender-identity-children/
estimated just over 1,000,000 viewers per Nielsen

Joshua D. Safer, MD, FACP, FACE

| Innovation | Significance/impact |
|---|---|
| ***Development and leadership of the Transgender Medicine Clinical Center, Mount Sinai Health System and Icahn School of Medicine at Mount Sinai*** | • The Center for Transgender Medicine and Surgery at Mount Sinai is the first comprehensive center for transgender medical care in New York and the most comprehensive program in the United States<br>• The Center is one of only several such centers in North America that are housed in academic teaching hospitals where care can be integrated<br>• The Center is a model for such care delivery in North America. |
| ***Establishment, development, and leadership of the Transgender Medicine Clinical Center at Boston Medical Center*** | • The Center for Transgender Medicine and Surgery at BMC is the first comprehensive center for transgender medical care in New England<br>• The Center is one of only several such centers in North America that are housed in academic teaching hospitals where care can be integrated<br>• The Center is a model for such care delivery in North America. |
| ***Development and dissemination of the seminal reviews that are most widely cited in the lay press that explain the concept that gender identity is a biological phenomenon (see bibliography section above, e.g. PMID: 25667367).*** | • The concept that gender identity is a biological phenomenon has been a key component of the recent culture change in favor of mainstream medical care for transgender individuals (see media section above) |
| ***Development and dissemination of new and influential curricular content to teach the biology of gender identity in conventional medical education (see curriculum section above)*** | The teaching of evidence-based approaches to transgender medical care to:<br>• Medical students (see bibliography section above, e.g. PMID 23425656 and PMID  27042742)<br>• Physician trainees (see bibliography section above, e.g. PMID 26151424)<br>• Practicing physicians (see invited lectures section above) serves as a crucial component to the gained credence given to care for transgender individuals in conventional medical settings. |
| ***Development and dissemination of seminal reviews supporting the safety of transgender hormone treatment regimens (see invited lectures section above)*** | • Once mainstream medical providers learn of the biology underlying gender identity, their biggest concern is the relative safety of the medical interventions relative to the benefit.<br>• The development and dissemination of the seminal reviews and lectures supporting the safety of current treatment regimens serves as a further crucial component to the culture change among conventional medical providers in favor of routine medical care for transgender individuals |