# Exhibit 30

```
 1               IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                      CHARLESTON DIVISION
 4
 5    _____
                                   )
 6    B.P.J. by her next friend and)
      mother, HEATHER JACKSON,      )
 7                                  )
                 Plaintiff,         )
 8                                  )  No. 2:21-cv-00316
         vs.                        )
 9                                  )
      WEST VIRGINIA STATE BOARD OF )
10    EDUCATION, HARRISON COUNTY     )
      BOARD OF EDUCATION, WEST       )
11    VIRGINIA SECONDARY SCHOOL      )
      ACTIVITIES COMMISSION, W.      )
12    CLAYTON BURCH in his official)
      capacity as State             )
13    Superintendent, DORA STUTLER,)
      in her official capacity as   )
14    Harrison County               )
      Superintendent, and THE STATE)
15    OF WEST VIRGINIA,             )
                                    )
16              Defendants.         )
                                    )
17           And                    )
                                    )
18    LAINEY ARMISTEAD,             )
                                    )
19           Defendant-Intervenor.)
      _____)
20
                   REMOTE VIDEOTAPED DEPOSITION OF
21                     GREGORY BROWN, Ph.D.
                      Friday, March 25, 2022
22                          Volume I
23    Reported by:
      ALEXIS KAGAY
24    CSR No. 13795
      Job No. 5122856
25    PAGES 1 - 282
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON
 3                            DIVISION
 4
 5      _____
        B.P.J. by her next friend and)
 6      mother, HEATHER JACKSON,      )
                                      )
 7               Plaintiff,           )
                                      )
 8          vs.                       )  No. 2:21-cv-00316
                                      )
 9      WEST VIRGINIA STATE BOARD OF  )
        EDUCATION, HARRISON COUNTY    )
10      BOARD OF EDUCATION, WEST      )
        VIRGINIA SECONDARY SCHOOL     )
11      ACTIVITIES COMMISSION, W.     )
        CLAYTON BURCH in his official )
12      capacity as State            )
        Superintendent, DORA STUTLER,)
13      in her official capacity as   )
        Harrison County               )
14      Superintendent, and THE STATE)
        OF WEST VIRGINIA,             )
15                                    )
                    Defendants.       )
16                                    )
                    And               )
17                                    )
        LAINEY ARMISTEAD,             )
18                                    )
                    Defendant-Intervenor.)
19      _____)
20              Videotaped deposition of GREGORY BROWN, Ph.D.,
21      Volume I, taken on behalf of Plaintiff, with all
22      participants appearing remotely, beginning at 7:02 a.m.
23      and ending at 4:03 p.m. on Friday, March 25, 2022,
24      before ALEXIS KAGAY, Certified Shorthand Reporter
25      No. 13795.
```

Page 2

```
 1    APPEARANCES (via Zoom Videoconference):

 2

 3    For the Intervenor:

 4        ALLIANCE DEFENDING FREEDOM

 5        BY:  HAL FRAMPTON

 6        BY:  RACHEL CSUTOROS

 7        Attorneys at Law

 8        20116 Ashbrook Place

 9        Suite 250

10        Ashburn, Virginia 20147

11        HFrampton@adflegal.org

12

13    For West Virginia Secondary School Activities

14    Commission:

15        SHUMAN MCCUSKEY & SLICER

16        BY:  ROBERTA GREEN

17        Attorney at Law

18        1411 Virginia Street E

19        Suite 200

20        Charleston, West Virginia 25301-3088

21        RGreen@Shumanlaw.com

22

23

24

25
```

<div align="right">Page  3</div>

1    APPEARANCES (Continued):

2

3   For the State of West Virginia:

4       WEST VIRGINIA ATTORNEY GENERAL

5       BY:  DAVID TRYON

6       Attorney at Law

7       112 California Avenue

8       Charleston West Virginia 25305-0220

9       681.313.4570

10      David.C.Tryon@wvago.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1    APPEARANCES (Continued):

 2

 3    For The Plaintiff, B.P.J.:

 4       COOLEY

 5       BY:  ANDREW BARR

 6       BY:  ELIZABETH REINHARDT

 7       BY:  KATELYN KANG

 8       BY:  ZOE HOLSTROM

 9       BY:  KATHLEEN HARTNETT

10       BY:  JULIE VEROFF

11       Attorneys at Law

12       500 Boylston Street

13       14th Floor

14       Boston, Massachusetts 02116-3740

15       617.937.2305

16       ABarr@cooley.com

17       EReinhardt@cooley.com

18       EReinhardt@cooley.com

19       ZHolstrom@cooley.com

20       KHartnett@cooley.com

21       JVeroff@cooley.com

22

23

24

25
```

Page 5

```
 1    APPEARANCES (Continued):

 2

 3    For Plaintiff:

 4       LAMBDA LEGAL

 5       BY:  SRUTI SWAMINATHAN

 6       BY:  AVATARA SMITH

 7       BY:  CARL CHARLES

 8       Attorneys at Law

 9       120 Wall Street

10       Floor 19

11       New York, New York 10005-3919

12       SSwaminathan@lambdalegal.org

13       ASmith@lambdalegal.org

14       CCharles@lambdalegal.org

15

16    For the Plaintiff:

17       AMERICAN CIVIL LIBERTIES UNION

18       BY:  JOSHUA A. BLOCK

19       125 Broad Street

20       18th Floor

21       New York, New York 10004

22       JBlock@aclu.org

23       212.549.2500

24

25
```

Page 6

```
1    APPEARANCES (Continued):

2

3    For defendants Harrison County Board of Education and

4    Superintendent Dora Stutler:

5        STEPTOE & JOHNSON PLLC

6        BY:  JEFFREY M. CROPP

7        Attorney at Law

8        400 White Oaks Boulevard

9        Bridgeport, West Virginia 26330

10       304.933.8154

11       Jeffrey.cropp@steptoe-Johnson.com

12

13

14   For West Virginia Board of Education and Superintendent

15   Burch, Heather Hutchens as general counsel for the

16   State Department of Education:

17       BAILEY & WYANT, PLLC

18       BY:  MICHAEL TAYLOR

19       Attorney at Law

20       500 Virginia Street

21       Suite 600

22       Charleston, West Virginia 25301

23       MTaylor@Baileywyant.com

24

25
```

Page  7

```
 1    Also Present:

 2        LINDSAY DUPHILY - VERITEXT CONCIERGE

 3

 4    Videographer:

 5        KIMBERLEE DECKER

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  8

```
 1                        INDEX
 2    WITNESS                          EXAMINATION
 3    GREGORY BROWN, Ph.D.
 4    Volume I
 5
 6                   BY MR. BLOCK                 16
 7
 8
 9                       EXHIBITS
10    NUMBER              DESCRIPTION          PAGE
11    Exhibit 64   Declaration of Gregory A. Brown,   24
12                 PH.D., FACSM
13
14    Exhibit 65   Declaration of Professor Gregory   26
15                 Brown, Soule Matter
16
17    Exhibit 66   Expert Declaration of Gregory A.   26
18                 Brown, Ph.D., FACSM, Hecox Matter
19
20    Exhibit 67   White Paper - Concerning Male      28
21                 Physiological and Performance
22                 Advantages in Athletic
23                 Competition and the Effect of
24                 Testosterone Suppression on Male
25                 Athletic Advantage, Gregory A.
```

                                        Page 9

```
 1                        Brown, Ph.D., December 14, 2021

 2

 3    Exhibit 68    Video Clip                            59

 4

 5    Exhibit 69    Women's Sports Policy Working    111

 6                  Group Briefing Book a Request to

 7                  Congress and the Administration

 8                  to Safeguard Girls' and Women's

 9                  Sport & Include Transgender

10                  Athletes

11

12    Exhibit 70    Commonwealth of Pennsylvania     123

13                  House of Representatives

14                  Education Committee Public

15                  Hearing, Presentation on HB 972

16                  (GLEIM) Fairness in Women's

17                  Sports Act

18

19    Exhibit 71    "Proandrogenic and Antiandrogenic  139

20                  Progestins in Transgender Youth:

21                  Differential Effects on Body

22                  Composition and Bone Metabolism"

23

24    Exhibit 72    The Journal of Sexual Medicine    149

25                  "Transgender Health: Early
```

Page 10

1                    Hormonal Treatment Affects Body

2                    Composition and Body Shape in

3                    Young Transgender Adolescents"

4

5    Exhibit 73    Brown Blog Post              161

6

7    Exhibit 74    "Transwomen Competing in Women's  177

8                   Sports: What we know, and what we

9                   don't"

10

11   Exhibit 75    "Re-Affirming the Value of the    201

12                  Sports Exception to Title IX's

13                  General Non-Discrimination Rule"

14

15   Exhibit 76    "Transgender Women in the Female  209

16                  Category of Sport: Perspectives

17                  on Testosterone Suppression and

18                  Performance Advantage"

19

20   Exhibit 77    World Rugby Transgender Women    217

21                  Guidelines

22

23   Exhibit 78    "How does hormone transition in   219

24                  transgender women change body

25                  composition, muscle strength and

Veritext Legal Solutions
866 299-5127

1                       haemoglobin? Systematic review

2                       with a focus on the implications

3                       for sport participation"

4

5    Exhibit 79    "Integrating transwomen and          228

6                       female athletes with Differences

7                       of Sex Development (DSD) into

8                       Elite Competition: The FIMS 2021

9                       Consensus Statement"

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 12

```
 1                    Friday, March 25, 2022

 2                         7:02 a.m.

 3

 4        THE VIDEOGRAPHER:  Good morning.  We are on

 5   the record at 9:02 a.m. on March 25th of 2022.  All      07:02:02

 6   participants are attending remotely.

 7        Audio and video recording will continue to

 8   take place unless all parties agree to go off the

 9   record.

10        This is media unit 1 of the recorded          07:02:20

11   deposition of Gregory A. Brown, Ph.D., taken by counsel

12   for the plaintiff, in the matter of B.P.J., by her next

13   friend and mother, Heather Jackson, versus

14   West Virginia State Board of Education, et al., filed

15   in the United States District Court, for the Southern      07:02:36

16   District of West Virginia, Charleston Division, Case

17   Number 2:21-cv-00316.

18        My name is Kimberlee Decker from Veritext

19   Legal Solution (sic), and I am the videographer.  The

20   court reporter is Alexis Kagay.  I am not related to      07:02:57

21   any party in this action, nor am I financially

22   interested in the outcome.

23        Counsel and all present will now state their

24   appearances and affiliations for the record.  If there

25   are any objections to proceeding, please state them at      07:03:10
```

Veritext Legal Solutions
866 299-5127

```
 1    the time of your appearance, beginning with the

 2    noticing attorney.

 3              MR. BLOCK:  Good morning.  My name is

 4    Josh Block from the ACLU.  My pronouns are he/him.  And

 5    I am here on behalf of the plaintiff, B.P.J.        07:03:26

 6              And I'll let my co-counsel introduce

 7    themselves.

 8              MS. HARTNETT:  Good morning.  This is

 9    Kathleen Hartnett from Cooley for plaintiff.

10              MR. BARR:  Good morning.  Andrew Barr from   07:03:38

11    Cooley, also for plaintiff.

12              MS. KANG:  Good morning.  Katelyn Kang from

13    Cooley, also for plaintiff.

14              MS. REINHARDT:  Good morning.  Elizabeth

15    Reinhardt with Cooley for plaintiff.                07:03:52

16              MS. HELSTROM:  Hello.  This is Zoe Helstrom

17    with Cooley, also for plaintiff.

18              COUNSEL SWAMINATHAN:  Good morning.  This is

19    Sruti Swaminathan from Lambda Legal on behalf of

20    plaintiff.                                          07:04:04

21              MR. CHARLES:  Good morning.  Carl Charles,

22    he/him, with Lambda Legal for plaintiff.

23              MS. SMITH-CARRINGTON:  Good morning.  Avatara

24    Smith-Carrington from Lambda Legal on behalf of

25    plaintiff.                                          07:04:18
```

                                                          Page 14

```
 1            MR. FRAMPTON:  I -- I think that's everyone

 2      for plaintiff, but if not, correct me.

 3            This is Hal Frampton with Alliance Defending

 4      Freedom for the intervenor.

 5            MS. CSUTOROS:  This is Rachel Csutoros from      07:04:29

 6      Alliance Defending Freedom for the intervenor.

 7            MR. TRYON:  This is David Tryon with

 8      West Virginia state attorney general's office on behalf

 9      of the State of West Virginia.

10            MR. CROPP:  This is Jeffrey Cropp on behalf of   07:04:45

11      defendants Harrison County Board of Education and

12      Superintendent Dora Stutler.

13            MS. GREEN:  This is Roberta Green, Shuman

14      McCuskey Slicer, here on behalf of WVSSAC.

15            MR. TAYLOR:  This is Michael Taylor, law firm    07:05:04

16      of Bailey & Wyant, on behalf of the West Virginia State

17      Board of Education and W. Clayton Burch,

18      superintendent.

19            THE VIDEOGRAPHER:  Thank you.

20            Will the court reporter please swear in the

21      witness.

22

23                  GREGORY BROWN, Ph.D.,

24      having been administered an oath, was examined and

25      testified as follows:
```

Page 15

```
 1

 2                       EXAMINATION

 3   BY MR. BLOCK:

 4       Q   Good morning, Dr. Brown.  How are you today?

 5       A   I'm doing fine.  Thank you.              07:05:38

 6           How are you today, Mr. Block?

 7       Q   I'm good.  I'm good.

 8           This is our second time seeing each other

 9   virtually for a deposition, isn't it?

10       A   It is.  It is.                           07:05:48

11       Q   Well, could you state your name for the

12   record, please.

13       A   My name is Gregory Allen Brown.

14       Q   And have you had your deposition taken before?

15       A   Yes, I have.                            07:06:04

16           MR. FRAMPTON:  Josh, real -- real quick, just

17   before we get too far, I just want to memorialize for

18   the record, are we proceeding under the same agreement

19   that all objections except to form and scope are

20   reserved?                                        07:06:16

21           MR. BLOCK:  Yes.  And -- and I'd like to

22   actually also propose that, of course, any party is

23   free to object on their own, but it is also not

24   necessary for multiple parties to object to the same

25   question that -- an objection from one defendant or     07:06:33
```

Page 16

```
 1    intervenor will preserve the objections for everyone

 2    else as well.

 3            Is that also acceptable?

 4            MR. FRAMPTON:  That -- that's acceptable to

 5    the intervenor.                                    07:06:51

 6            MR. TRYON:  This is David Tryon.  That is

 7    acceptable to the State.

 8            MS. GREEN:  This is Roberta Green.  That's

 9    acceptable to WVSSAC.

10            MR. CROPP:  This is Jeffrey Cropp.  That's   07:07:03

11    acceptable to the Harrison County Board of Education

12    and Dora Stutler.

13            MR. TAYLOR:  This is Michael Taylor.  That's

14    acceptable for the State Board of Education and

15    Superintendent Burch.                              07:07:14

16            MR. BLOCK:  Excellent.

17    BY MR. BLOCK:

18        Q    So other than your deposition with me, have

19    you had any other depositions taken?

20        A    No, I have not.                           07:07:27

21        Q    All right.  Great.

22            So I'll just review with you some ground rules

23    again, which you're -- you're probably familiar with,

24    and I have three of them.

25            You know, the first is that -- actually, it's  07:07:35
```

Page 17

```
 1    less applicable for a video deposition, but it's

 2    important that all of your responses be verbal instead

 3    of head nods so that we can have a -- a transcript of

 4    your responses.

 5         Does that sound good to you?              07:07:53

 6    A   Yes.  Thank you.

 7    Q   Sure.  The second is that we need to make sure

 8    not to speak over each other.  So if you could wait for

 9    me to complete my question before answering and I'll

10    wait for you to complete your answer before I ask       07:08:06

11    another question.

12         Does that sound fair?

13    A   I'll do my best.

14    Q   So will I.

15         And the third is that, you know, as always,       07:08:16

16    it's my job to ask questions that you understand.  So

17    if there's anything about my question you don't

18    understand, I'm going to rely on you to explain to me

19    that you don't understand it, and I will do my best to

20    rephrase it.  But if you answer the question, I'm going  07:08:32

21    to assume that meant that you understood what I was

22    saying, okay?

23    A   Sounds fair.

24    Q   Terrific.

25         All right.  How did you prepare for the           07:08:44
```

Page 18

```
 1    deposition today?

 2         A   Reviewed what I had written for my

 3    declaration, the expert report.  I had a good

 4    breakfast, got a good night's sleep.  I have met with

 5    attorneys for Alliance Defending Freedom and          07:09:03

 6    David Tryon to brief me on, you know, what happens in a

 7    deposition, what I should expect.

 8              MR. FRAMPTON:  I'm going to instruct the

 9    witness, you don't -- anything that we discussed is

10    privileged.  So you can certainly tell him that you met  07:09:16

11    with us, but the substance of that discussion should

12    not be told.

13              THE WITNESS:  Okay.

14    BY MR. BLOCK:

15         Q   Did -- in preparation for the deposition, did  07:09:25

16    you review anything that was not cited in your report?

17         A   Yes.  Like previous exercise physiology

18    textbooks, lots of other things that probably weren't

19    cited in there, just in the course of general

20    knowledge.                                            07:09:47

21         Q   And -- and you -- you've reviewed those to

22    refresh your understanding of them in preparation for

23    today's deposition?

24         A   Yes.  And also in preparation for teaching my

25    classes and those types of things.                   07:10:00
```

Page 19

```
 1        Q    Did you conduct any additional research to

 2   prepare for today's deposition?

 3        A    Can you explain what you mean by "research"?

 4        Q    Well, I guess, did you look for new articles

 5   in the field or anything like that in preparation for     07:10:17

 6   the deposition?

 7        A    Yes.  In preparation for the deposition, I

 8   have looked to see if there have been any relevant new

 9   publications, and I haven't come up with any that I

10   haven't cited in the deposition.                          07:10:33

11        Q    Great.  Have you been retained as an expert

12   witness before?

13        A    Yes.

14        Q    I want to get a complete list of all of the

15   times you've been retained as an expert witness.          07:10:46

16             So could you tell me, to the best of your

17   recollection, the first time you were retained as an

18   expert witness?

19        A    That would be for the case of Soule versus the

20   Connecticut Interscholastic Athletic Association (sic).   07:11:05

21        Q    And who retained you for that case?

22        A    Alliance Defending Freedom.

23        Q    Great.  What is the next case in which you

24   were retained as an expert witness?

25        A    The next case is Hecox versus Little in the     07:11:17
```

Page 20

```
 1    state of Idaho.

 2         Q    And who retained you as an expert witness in

 3    that case?

 4         A    That was the Idaho attorney general's office.

 5         Q    And what's the next case where you were        07:11:31

 6    retained as an expert witness?

 7         A    The next case is in Florida, and I apologize,

 8    I cannot remember the names and initials on that versus

 9    State of Florida.

10         Q    And what's the general subject of that         07:11:42

11    litigation?

12         A    Similar to this one, State of Idaho, as

13    regarding a state law on women's participation in

14    women's sports.

15         Q    A Florida state law?                           07:11:57

16         A    Yes.

17         Q    And who retained you in that case?

18         A    Andy Bardos, if I remember correctly on his

19    last name.  I apologize if I don't get the

20    pronunciation correctly.  And that is -- they're         07:12:16

21    working for the State of Florida.

22         Q    Is there any other case in which you've been

23    retained as an expert witness?

24         A    I have agreed to serve as an expert witness in

25    the state of Arkansas if there is a case that were to     07:12:35
```

Page 21

```
1   come forth there.

2       Q   Related to sports?

3       A   Yes.  Yeah, same topic.

4       Q   But not as an expert in any other litigation

5   in Arkansas about other types of legislation; right?    07:12:47

6       A   That's correct.

7       Q   Is there any other case in which you've been

8   retrained as an expert witness?

9       A   Just want to verify that I said them.  So

10  Soule versus CIAC, Idaho, Florida, Arkansas and then    07:13:05

11  the current case.

12      Q   Okay.  How about in Tennessee, are you an

13  expert witness in Tennessee?

14      A   No.

15      Q   Have you been retained as a nontestifying      07:13:27

16  expert witness in connection with any litigation?

17      A   No.

18      Q   Okay.  All right.  So I'm going to just review

19  with you some previous expert reports you filed.

20          Actually, before I do that, have you filed an   07:13:43

21  expert report yet in the Florida litigation?

22      A   No.

23      Q   Okay.  All right.  So -- so this is going to

24  be the moment of truth.  I'm going to attempt to move a

25  document into Exhibit Share, and we'll see -- we'll see  07:13:57
```

                                                    Page 22

1    how that -- that works.  All right.

2            All right.  Let's see.

3            Actually, first, I'm going to try to get

4    your -- your current expert report into here.  Just

5    give me half a second.                          07:14:26

6        A    Take your time.

7        Q    Yeah, no, I might need to take my time.

8            All right.  No, here's the one in your case.

9            All right.  Moving it into our "Marked

10   Exhibits" folder.  And in a moment, like when you    07:14:40

11   refresh, you should hopefully see a document.

12       A    So is the document 2022.02.23 Brown Expert

13   Report PDF?

14       Q    Yes.  And -- and just --

15           MR. BLOCK:  Lindsay, does that automatically   07:15:09

16   get marked as a -- a sequential exhibit number?

17           MS. DUPHILY:  It -- I -- I'll fix it.  And

18   I'll show you -- you need to mark it as a -- introduce

19   it as an exhibit.  You just moved it.

20           MR. BLOCK:  I just moved it.  Okay.  So sorry.  07:15:22

21   How -- how do we --

22           MS. DUPHILY:  I can -- I can correct it.  Go

23   ahead and continue, and I will correct it.

24           MR. BLOCK:  Okay.  And -- thanks.

25           Will you be able to do that for the subsequent   07:15:28

                                                    Page 23

```
 1    ones, too?

 2          And sorry for my incompetence.

 3          MS. DUPHILY:  Why don't I just -- I will input

 4    the next ones and then show you on the break how to do

 5    it.                                         07:15:39

 6          (Exhibit 64 was marked for identification

 7       by the court reporter and is attached hereto.)

 8          MR. BLOCK:  Terrific.  Thank you so much.

 9    BY MR. BLOCK:

10       Q   All right.  Do you recognize this document?   07:15:41

11       A   Yes, I do.

12       Q   What is it?

13       A   It is my expert declaration for the case of

14    B.P.J. versus West Virginia.

15       Q   And when is it -- when is it dated?         07:16:01

16       A   It states:  "Executed on February 23, 2022."

17       Q   And that's your signature next to it?

18       A   Yes, that is.

19       Q   Okay.  So now I'm just going to take you

20    through some previous reports that you filed.       09:16:18

21          So if you hit refresh, you should see another

22    document titled "Brown PI decl."

23       A   Yes.

24       Q   Great.  Do you recognize that document?

25       A   Yes, I do.                                 09:17:01
```

Page 24

```
 1          Q   What is it?

 2          A   That is my expert declaration in the case of

 3    Soule versus Connecticut Association of Schools.

 4          Q   Great.  And when is that dated?

 5          A   Dated February 12th, 2020.                    09:17:22

 6          Q   Terrific.  Let me take a look at that.

 7              All right.  Let me show you another one, I'm

 8    sorry.

 9              MS. DUPHILY:  Maybe -- maybe we should

10    quickly, it's up to you --                              09:17:40

11              MR. BLOCK:  Yeah, let's do a little bit --

12    let's go off the record, and you can give me a

13    tutorial, and then we can be -- save time.

14              THE VIDEOGRAPHER:  We are off the record at

15    9:18 a.m.                                               09:17:49

16              (Recess.)

17              THE VIDEOGRAPHER:  We are on the record at

18    9:21 a.m.

19    BY MR. BLOCK:

20          Q   All right.  Dr. Brown, during our break, we   09:21:05

21    sort of recorrected and marked the exhibits we

22    previously looked at.

23              Could you, just for the record, look at the

24    document marked Exhibit 64, please.

25          A   All right.  Exhibit 064.                      09:21:26
```

                                                    Page 25

```
 1         Q    And what is that exhibit?

 2         A    That is my expert declaration for B.P.J.

 3    versus West Virginia.

 4              (Exhibit 65 was marked for identification

 5          by the court reporter and is attached hereto.)    09:21:35

 6    BY MR. BLOCK:

 7         Q    Terrific.  And -- now, can you look at the

 8    document marked Exhibit 65, please.

 9         A    All right.  065.

10         Q    And what is that --                           09:21:52

11         A    Yes --

12         Q    What -- what -- what is that document?

13         A    That is my declaration in the case of

14    Soule versus Connecticut Association of Schools.

15              MR. BLOCK:  Great.  All right.  And now I'm   09:22:10

16    going to give you another document to look at in a

17    minute.  In your folder should be appearing a document

18    marked Exhibit 66.

19              (Exhibit 66 was marked for identification

20          by the court reporter and is attached hereto.)    09:22:16

21    BY MR. BLOCK:

22         Q    Could you let me know when you see that

23    document?

24         A    Exhibit 066 - WV AG?

25         Q    Yes.                                          09:22:29
```

Page 26

```
 1        A    And on the first page of that, it's got, in

 2   large bold capital letters, "Exhibit B"?

 3        Q    Uh-huh.

 4        A    Okay.

 5        Q    Could you go to the second page?          09:22:46

 6        A    Yes.

 7        Q    All right.  And could -- do you recognize this

 8   document?

 9        A    Yes, I do.

10        Q    And what is it?                           09:22:50

11        A    That is my expert declaration for the case of

12   Hecox versus Little.

13        Q    Terrific.  And if you scroll down to -- to

14   near the end, which I -- if we can find the date on

15   which that one was executed.  It should be on page 69   09:23:05

16   of the PDF.

17             Are you -- do you see it?

18        A    I'm still scrolling.

19        Q    All right.  You can also type in "69" in

20   the -- the -- the top box, if that make it easier too.   09:23:33

21        A    Sorry.  Sorry, I tried to type in "69," and I

22   accidentally Google searched for that.

23        Q    Oh, well.  Have you gotten to it yet?

24        A    Still scrolling.

25        Q    All right.                                09:24:19
```

Page 27

```
 1              MS. DUPHILY:  If you download these exhibits,

 2     you can also access them easier with your software.

 3              MR. FRAMPTON:  I think he's almost there.

 4              THE WITNESS:  All right.  I see my signature

 5     page.  Well, yeah, executed 3rd June 2020.          09:24:34

 6     BY MR. BLOCK:

 7         Q   Terrific.  And then for this litigation of

 8     B.P.J., at the PI stage, you also submitted a copy of

 9     this Hecox declaration; is that right?

10         A   Yes.                                        09:24:53

11              MR. BLOCK:  Okay.  And then I want to show you

12     another document in a second.

13              So this document is going to be marked, as

14     soon as I'm able to mark it, as Exhibit 67.  Let me

15     know when it's visible for you.                     09:25:36

16              (Exhibit 67 was marked for identification

17          by the court reporter and is attached hereto.)

18              THE WITNESS:  All right.  Exhibit 067 -

19     Gregory Brown Male Athletic --

20     BY MR. BLOCK:                                       09:25:49

21         Q   Yes.

22         A   Yes.

23         Q   What is this document?

24         A   That is a "White Paper Concerning Male

25     Physiological and Performance Advantages in Athletic  09:25:58
```

                                                      Page 28

```
 1    Competition and The Effect of Testosterone Suppression

 2    on Male Athletic Advantage."

 3         Q   And it's dated December 14th, 2021; correct?

 4         A   That is correct.

 5         Q   Now, this document was not prepared as an          09:26:11

 6    expert report in -- in any litigation, was it?

 7              MR. FRAMPTON:  Object to the form.

 8    BY MR. BLOCK:

 9         Q   Why did you prepare this document?

10         A   I was asked by Alliance Defending Freedom to      09:26:25

11    prepare a white paper.

12         Q   Okay.  And what is a -- a white paper as

13    opposed to an expert report?

14              MR. FRAMPTON:  Same objection.

15              Go ahead.                                        09:26:36

16              THE WITNESS:  White paper is often used by an

17    organization, a company, something like that, for

18    gaining insight or information on a topic.

19    BY MR. BLOCK:

20         Q   Okay.  So did you -- what did you understand      09:26:48

21    to be the -- the purpose of this white paper?

22         A   My understanding was that this was for

23    Alliance Defending Freedom and affiliated and interest

24    organizations to be able to review the research that I

25    summarize in that paper.                                  09:27:10
```

                                                      Page 29

1       Q    Okay.  And did you -- did you have an

2   understanding that this white paper would be used for

3   any lobbying purposes?

4        MR. FRAMPTON:  Object to the form.

5   BY MR. BLOCK:                                    09:27:25

6       Q    You can answer, if you understand.

7       A    My understanding was that Alliance Defending

8   Freedom could do it with what they wanted and people

9   could ask them for it for purposes that people want to

10  use it for.                                      09:27:38

11      Q    But did you -- so did you know one way or

12  another whether the -- the document would be used for

13  purposes of lobbying?

14      A    I assumed that it would be introduced to

15  people who are interested in what the science says on   09:27:57

16  the matter of transgender athletes competing in women's

17  sports.

18      Q    And those would include legislators?

19      A    Yes.

20      Q    Okay.  And, in fact, you have testified in   09:28:11

21  support of legislation to restrict the ability of

22  transgender girls and women to participate in women's

23  sports; is that right?

24        MR. TRYON:  Objection --

25        MR. FRAMPTON:  Object to the form.          09:28:26

                                             Page 30

```
 1              MR. TRYON:  -- terminology.

 2              MR. FRAMPTON:  Josh, real quick, could we do

 3      our usual standing objection on terminology so that we

 4      don't have to jump in on that every time?

 5              MR. BLOCK:  You know -- yes.  Yes, you can.      09:28:37

 6      I -- I will have some questions on that, and you can --

 7      you -- you can -- if we could -- I'll give you that

 8      standing objection, but the witness has also used some

 9      of these terms himself in written reports, so I'm -- I

10      want to have a little colloquy with him about that.       09:28:57

11      BY MR. BLOCK:

12          Q    But -- but in the meantime, you -- you have in

13      fact testified in support of legislation similar to

14      the -- the legislation at issue in this case; is that

15      right?                                                    09:29:13

16              MR. FRAMPTON:  Object to the form.

17              Go ahead.

18              THE WITNESS:  Yes, I have testified in front

19      of legislative bodies regarding legislation clarifying

20      the participation of biological females in women's       09:29:25

21      sports.

22      BY MR. BLOCK:

23          Q    The participation of biological females, or

24      did you mean -- did you mean to say transgender females

25      or, to use your language, biological males?  I just      09:29:36
```

Page 31

```
 1    want to know the -- want to make sure you spoke

 2    correctly.

 3        A    The legislation was to limit the participation

 4    in girls and women's sports to biological females.

 5        Q    Great.  And so where -- which states did you      09:29:50

 6    testify in -- in support of legislation?

 7        A    I may not be able to remember all of them.  I

 8    will give you my best recollection.

 9             Ohio, Pennsylvania, Texas, South Dakota,

10    Maine, North Carolina are ones that I think I testified   09:30:14

11    either in person or through Zoom.

12        Q    And who asked you to testify in each of those

13    states?

14        A    That would vary from one state to the next.

15        Q    Okay.  So let -- let's take them one at a        09:30:36

16    time.

17             In Ohio, who asked you to testify?

18        A    Center for Christian Virtue.

19        Q    And in Texas, who asked you to testify?

20        A    Texas Values, if I remember correctly, is        09:30:50

21    their name.

22        Q    And in North Carolina, who asked you to

23    testify?

24        A    I can't remember their name exactly, but it

25    was something along North Carolina Family Values,         09:31:04
```

Page 32

1    something like that.

2         Q    In Pennsylvania, who asked you to testify?

3         A    Pennsylvania Family Alliance, if I remember

4    correctly.

5         Q    And in Maine, who asked you to testify?          09:31:17

6         A    That, I think, was Save Women's Sports.

7         Q    And do you know whether the legislatures in

8    any of those states received copies of your white

9    paper?

10        A    I do not know if they received copies of my     09:31:32

11   white paper.

12        Q    When you testified in those states, did you

13   refer to any of the analysis or research you conducted

14   in the white paper?

15        A    I -- many of those were testified last year      09:31:47

16   before I had completed the white paper.

17        Q    So what about the ones that were after you had

18   completed the white paper?

19        A    After completing the white paper, I know I had

20   referred to my previous expert declaration in           09:32:04

21   Connecticut and Idaho.  I don't remember if I referred

22   specifically to the white paper.

23        Q    So in Pennsylvania, you don't know if the

24   Pennsylvania legislature had a copy of your white paper

25   or not?                                                  09:32:21

Page 33

```
 1        A    No.  That was before I had written the white

 2   paper.

 3        Q    So when did you -- during what period of time

 4   did you write the white paper?

 5        A    Well, I started working on it essentially as      09:32:30

 6   soon as I had finished the declaration for Idaho, just

 7   as -- you know, trying to update as new research or new

 8   information became available.  And so it was over the

 9   course of a year and a half, year and three-quarters

10   that I was working on the -- the white paper.            09:32:50

11        Q    And had ADF asked you to -- to create the

12   right -- excuse me -- the white paper a year and a half

13   before the publication date?

14             MR. FRAMPTON:  Object to the form.

15             THE WITNESS:  No.  I was just updating the       09:33:05

16   information so that I would be current on the topic.

17   BY MR. BLOCK:

18        Q    And so when were you asked to -- to write down

19   that information in the form of a white paper?

20        A    Sometime this last fall.  I can't remember.      09:33:19

21   September, October, somewhere in those lines, but I

22   cannot remember exactly.

23        Q    Okay.  Were you paid for -- to write the white

24   paper?

25        A    No, I was not.                                   09:33:40
```

Page 34

```
 1        Q   So you have disclosed in your report that your

 2   hourly rate for preparing your expert report; is that

 3   right?

 4        A   That is correct.

 5        Q   But is it fair to say that a substantial        09:33:56

 6   portion of the expert report was based on the white

 7   paper?

 8            MR. FRAMPTON:  Object to the form.

 9            THE WITNESS:  That would be fair to say that.

10   BY MR. BLOCK:                                            09:34:05

11        Q   Okay.  So to the extent that any of the work

12   in the expert report was already conducted for the

13   white paper, then that was essentially done for free;

14   is that fair?

15            MR. FRAMPTON:  Same objection.                  09:34:19

16            Go ahead.

17            THE WITNESS:  Yes, it would be fair to say

18   that the white paper was not paid for, for my work on

19   that, and so overlap between the white paper and the

20   expert report was primarily volunteer work.             09:34:30

21   BY MR. BLOCK:

22        Q   And when you first became interested in the

23   topic of the participation of transgender people in

24   sports, you were the person who reached out to ADF; is

25   that right?                                              09:34:46
```

Page 35

```
 1         A    That is correct.

 2         Q    And why did you do that?

 3         A    I had seen a news report about the Soule

 4   versus Connecticut case and -- well, a -- a report.  I

 5   guess I shouldn't say "news" because I can't remember      09:35:00

 6   where I saw it.  And so I reached out to Alliance

 7   Defending Freedom to see if I could be of help.

 8         Q    So you -- you personally feel strongly about

 9   this issue; is that fair?

10              MR. FRAMPTON:  Object to the form.             09:35:16

11              THE WITNESS:  I don't know that I would

12   characterize my interest as a feeling so much as an

13   intellectual and professional interest.

14   BY MR. BLOCK:

15         Q    Is there any other circumstance in which       09:35:25

16   you've reached out to an organization to volunteer

17   yourself as an expert source?

18         A    Yes.

19         Q    What -- can you tell me what those situations

20   are?                                                      09:35:47

21         A    I have reached out to legislators in the state

22   of Nebraska to state that I am an exercise physiologist

23   and would be willing to help if they have questions on

24   litigation in this -- or legislation in this area, not

25   just trans women's -- transgender individuals in          09:36:07
```

Page 36

```
 1    sports, but relative to my professional expertise in

 2    exercise physiology.

 3        Q   Okay.  Any other instance?

 4        A   I am trying to remember.

 5            I -- I can't remember others.  They may have      09:36:30

 6    happened, where I reached out and did not get a

 7    response.

 8        Q   But sitting here today, you can't remember

 9    what those other instances were?

10        A   That is correct.                                   09:36:41

11        Q   Okay.  And you -- you're not sure that there

12    were other instances; is that right?

13        A   That is correct.

14        Q   All right.  So that -- that's all my questions

15    on that topic.                                              09:36:56

16            I do have some questions just about

17    terminology here.

18            You know what the term "cisgender" means;

19    right?

20            MR. FRAMPTON:  Object to the form.                  09:37:05

21            THE WITNESS:  Cisgender means a person whose

22    gender identity aligns with their biology.

23    BY MR. BLOCK:

24        Q   And you don't have any objection to using the

25    word "cisgender," do you?                                   09:37:17
```

                                                            Page 37

1         A    Yes, I do.

2         Q    You've used the word "cisgender" in other

3    publications, haven't you?

4         A    I have.

5         Q    Okay.  Why did you use the word "cisgender" in    09:37:28

6    those publications?

7         A    Because it is a frequently used term in the --

8    in this field, and so it is probably the appropriate

9    term to use.

10        Q    So why do you have an objection to using that    09:37:42

11   term in the deposition if -- if that's the appropriate

12   term to use?

13             MR. FRAMPTON:  Object to the form.

14             THE WITNESS:  I know of individuals who do not

15   like the term "cisgender" because when it is applied in    09:38:00

16   the term such as "cis male" or "cis female," they

17   consider it to be infringing upon their identity as

18   male or female and the "cis" is unnecessary.

19   BY MR. BLOCK:

20        Q    Do you consider the word -- the term    09:38:20

21   "cisgender male" to be infringing upon your identity as

22   a male?

23             MR. FRAMPTON:  Object to the form.

24             THE WITNESS:  No, I do not.

25   ///

```
 1    BY MR. BLOCK:

 2        Q   Okay.  Who are the individuals that -- that

 3    you know that view the term "cisgender" as infringing

 4    on their own identity?

 5        A   I could not tell you every person I know that      09:38:43

 6    states that.  I have colleagues and coworkers that have

 7    stated that to me in private conversations, family

 8    members that have stated that to me in private

 9    conversations.  Even students have stated to me that

10    they do not like being referred to as cisgender.          09:39:02

11        Q   And have any of those people, to the best of

12    your knowledge, been directly referred to as being

13    cisgender?

14        A   To my knowledge, yes, they have.

15        Q   Okay.  So -- but you -- you personally don't       09:39:19

16    view the term "cisgender male" as infringing on your

17    own identity; correct?

18        A   That is correct.

19        Q   Okay.  So if I use the term "cisgender" during

20    this deposition, you'll understand what I'm talking        09:39:34

21    about; correct?

22        A   Yes, I understand it is the term commonly used

23    in this type of matter, legally and professionally.

24        Q   Okay.  And if -- if I ask you to clarify

25    whether a particular statement that you made is            09:39:50
```

Page 39

1    referring to cisgender males, you -- you would be able

2    to clarify that for me; correct?

3              MR. FRAMPTON:  Object to the form.

4              THE WITNESS:  Yes, it is my understanding that

5    a cisgender male is an individual who is biologically     09:40:04

6    male and their gender identity is male.

7    BY MR. BLOCK:

8         Q   And you know what the term "transgender"

9    means; right?

10             MR. FRAMPTON:  Same objection.              09:40:15

11             THE WITNESS:  Yes.

12   BY MR. BLOCK:

13        Q   What does it mean?

14        A   Transgender is for someone whose gender

15   identity does not align with their biological sex.     09:40:25

16        Q   And you don't have any objection to using the

17   word "transgender" in this deposition, do you?

18        A   No, I do not.

19        Q   Okay.  And you've used the word "transgender"

20   in your own writings, haven't you?                 09:40:38

21        A   That is correct.

22        Q   Okay.  Do you know what the term "transgender

23   woman" means?

24             MR. FRAMPTON:  Same objection.

25             THE WITNESS:  I get confused with transgender     09:40:45

Page 40

```
 1    woman sometimes because I'm not sure if that means a

 2    trans woman or someone who is transgender that

 3    identifies as a woman.

 4          Does that make sense?

 5    BY MR. BLOCK:                                       09:41:00

 6       Q   Yeah.  Well, so do you know what the term

 7    "trans woman" means?

 8       A   Yes, I do.

 9       Q   Okay.  What -- what does the word "trans

10    woman" mean to you?                                 09:41:09

11       A   A trans woman is an individual who is

12    biologically male but whose gender identity is that of

13    a woman.

14       Q   And you've used the term "trans woman" in your

15    writings, haven't you?                              09:41:19

16       A   That is correct.

17       Q   Okay.  So if I ask you to clarify whether the

18    people you refer to in a question are trans women,

19    you'll be able to clarify that for me?

20          MR. FRAMPTON:  Object to the form.            09:41:34

21          THE WITNESS:  Yes, I will do my best.

22    BY MR. BLOCK:

23       Q   Okay.  And do you know what the term

24    "transgender girl" means?

25       A   Same as with transgender woman, it is        09:41:42
```

Veritext Legal Solutions
866 299-5127

1    sometimes confusing to me if they mean if this is a boy

2    that identifies as girl or a girl that identifies as

3    boy.

4         Q    How about if I use the term "trans girl,"

5    will -- do you understand what that would mean?          09:42:01

6         A    Yes, I understand "trans girl."

7         Q    Okay.  And what does trans girl mean to you?

8         A    A trans girl is a juvenile/youth/child whose

9    biological sex is male but who identifies as a girl.

10        Q    Okay.  You've been using the phrase          09:42:18

11   "biological sex"; correct?

12        A    That is correct.

13        Q    What is your understanding of what the term

14   "biological sex" means?

15        A    So sex is a biological variable.  Sex is      09:42:29

16   determined at conception with the conferral of sex

17   chromosomes.

18        Q    And is it your understanding that "biological

19   sex" refers to anything other than chromosomes?

20        A    Yes.                                          09:42:53

21        Q    So what else besides chromosomes does the term

22   "biological sex" refer to?

23        A    So if we are referring to a person who is a

24   biological male, they would have sex chromosomes of

25   male and their body system of organization,            09:43:08

                                                    Page 42

1   anatomically and physiologically, would be around the

2   production of small gametes, which means sperm.

3       Q   And how would you refer to the biological sex

4   of someone with complete androgen insensitivity

5   syndrome?                                          09:43:32

6           MR. FRAMPTON:  Object to the form.

7           THE WITNESS:  My understanding of someone with

8   complete androgen insensitivity syndrome is they are

9   biologically male, but they are not receptive to

10  androgens, but their body is still organized around the   09:43:43

11  production of sperm.

12  BY MR. BLOCK:

13      Q   And how would you refer to the biological sex

14  of someone with XXY chromosomes?

15      A   If I remember correctly --                 09:43:59

16          MR. TRYON:  I would like to just object to the

17  scope.

18          Thank you.

19          MR. FRAMPTON:  Objection; form, scope.

20          THE WITNESS:  If I remember correctly, XXY is   09:44:08

21  Turner syndrome, in which a person is biologically

22  male.  They have an extra X chromosome, but they are

23  still male.

24  BY MR. BLOCK:

25      Q   So you define biological sex as male if there   09:44:22

Page 43

```
 1    is a Y chromosome present?

 2            MR. FRAMPTON:  Object to the form, scope.

 3            THE WITNESS:  That is the beginning of sex

 4    determination, is if there is a Y or an X chromosome.

 5    BY MR. BLOCK:                                       09:44:44

 6        Q   Right.  So as to -- to clarify, so as long as

 7    there's a Y chromosome, you, in your understanding of

 8    the term "biological sex," would view that person as

 9    being biologically male?

10            MR. FRAMPTON:  Same objections, form and      09:44:56

11    scope.

12            Go ahead.

13            THE WITNESS:  That is my understanding, yes.

14    BY MR. BLOCK:

15        Q   Okay.  And when -- do you have any opinions on  09:45:02

16    whether a person with complete androgen insensitivity

17    syndrome should be allowed to play on sports teams for

18    girls and women?

19            MR. FRAMPTON:  Objection; form and scope.

20            Go ahead.                                     09:45:28

21            THE WITNESS:  So situations such as complete

22    androgen insensitivity syndrome is very debated in the

23    sports science community right now on how best to

24    handle those individuals and where they should

25    participate in sports.                               09:45:41
```

Page 44

```
 1    BY MR. BLOCK:

 2         Q   And what's your opinion?

 3             MR. FRAMPTON:  Same objections.

 4             THE WITNESS:  So I have been retained as an

 5    expert witness in this matter primarily dealing with      09:45:49

 6    biological male and biological female and not as an

 7    expert on disorders or differences of sexual

 8    development.  And so I would say I probably would not

 9    be the best person to offer a statement on where

10    someone with CAIS should participate.                     09:46:05

11    BY MR. BLOCK:

12         Q   But you just testified earlier that you view

13    someone with -- with CAIS as being a biological male,

14    isn't that so?

15         A   That is correct.                                 09:46:18

16         Q   And so if you're providing expert testimony on

17    the participation of biological males, wouldn't that

18    include testimony about a biological male with -- in

19    your words -- with CAIS?

20             MR. FRAMPTON:  Objection; form and scope.        09:46:33

21             THE WITNESS:  If I had been asked to provide

22    expert information on that matter, I could perhaps look

23    more into it, but I have not been asked to provide

24    expert witness, expert statement on where individuals

25    with disorders/differences of sexual development should   09:46:52
```

Page 45

```
 1    participate.

 2    BY MR. BLOCK:

 3         Q    Okay.  So you -- you have no expert opinion on

 4    the participation of people with DSDs in sports for

 5    girls and women; right?                            09:47:05

 6              MR. FRAMPTON:  Objection; form and scope.

 7              Go ahead.

 8              THE WITNESS:  In my declaration, there is a

 9    small statement in there about DSDs, and I will stand

10    by that statement.                                 09:47:15

11    BY MR. BLOCK:

12         Q    All right.  Well, let's look to that.

13              If you could turn to that -- that exhibit

14    and -- and identify for me the statement about DSDs.

15         A    Which exhibit number is that?            09:47:34

16         Q    That's a good question.  I think it's Exhibit

17    Number -- separate windows are tough.  I believe it's

18    the first one up there, Exhibit 64.

19              So it might be in paragraph 4 of your report,

20    if you could look at that.                         09:48:20

21         A    All right.  I am looking at paragraph 4.

22         Q    Okay.  Is this the reference to DSDs that

23    you're -- that you were referring to just now?

24         A    That is correct.

25         Q    Okay.  So the -- the first sentence -- the   09:48:31
```

Page 46

```
 1    first two sentences of that paragraph say (as read):

 2              "Although disorders of sexual

 3              development (DSDs) are sometimes

 4              confused with discussions of

 5              transgender individuals, the two are        09:48:43

 6              different phenomena.  DSDs are

 7              disorders of physical development.

 8              Many DSDs are 'associated with genetic

 9              mutations that are now well known to

10              endocrinologists and geneticists.'"        09:48:57

11              Did I read that correctly?

12         A    Yes, you did.

13         Q    Okay.  And so that's the extent of your expert

14    testimony about DSDs?

15         A    That is correct.                           09:49:07

16         Q    Okay.  Do you know if complete androgen

17    insensitivity syndrome is associated with a genetic

18    mutation?

19              MR. FRAMPTON:  Object to the form.

20              THE WITNESS:  I will stand by that statement 09:49:24

21    which is a quote from the endocrinology --

22    Endocrine Society.

23    BY MR. BLOCK:

24         Q    But sitting here today, you don't know whether

25    CAIS is associated with a genetic mutation, do you?      09:49:32
```

Page 47

     1              MR. FRAMPTON:  Same objection.

     2              THE WITNESS:  I do not know off the top of my

     3     head.

     4     BY MR. BLOCK:

     5         Q   Okay.  So -- so to the best of your knowledge,     09:49:44

     6     does H.B. 3293 make any distinction between people with

     7     DSDs and people who are transgender?

     8              MR. FRAMPTON:  Objection; form and scope.

     9              THE WITNESS:  I would need to refresh my

    10     reading on that bill to see what it states on that      09:50:06

    11     matter.

    12     BY MR. BLOCK:

    13         Q   So -- but the scope of your expert testimony,

    14     when you provide opinions about people who, in your

    15     language, are biological males, you are limiting your   09:50:14

    16     expert opinion to people who are biological males

    17     who -- who are either cisgender males or trans girls

    18     and trans women; is that right?

    19              MR. FRAMPTON:  Same objections.

    20              THE WITNESS:  Can you please restate the        09:50:39

    21     question for me?

    22     BY MR. BLOCK:

    23         Q   Yeah.  So -- so you're providing testimony

    24     about, quote, biological males; correct?

    25         A   Biological males and biological females.        09:50:46

                                                         Page 48

```
 1        Q    Okay.  So in terms of biological males, the

 2    only biological males you're addressing in your

 3    testimony, to -- to use your phrase, biological males,

 4    are cisgender boys and men and trans girls and women,

 5    but not any biological males, in your language, that      09:51:07

 6    have DSDs; is that fair?

 7              MR. FRAMPTON:  Objection; form and scope.

 8              Go ahead.

 9              THE WITNESS:  Yes, I was not asked to offer

10    expert opinion on differences or disorders of sexual     09:51:17

11    development.

12    BY MR. BLOCK:

13        Q    All right.  Including people who you consider

14    to be biological males who have DSDs; correct?

15              MR. FRAMPTON:  Same objection.                 09:51:28

16              THE WITNESS:  That is correct.

17    BY MR. BLOCK:

18        Q    Okay.  Do you know what the term "sex assigned

19    at birth" refers to?

20        A    Yes, I understand the term "sex assigned at     09:51:47

21    birth."

22        Q    Okay.  So -- so if I use the term "sex

23    assigned at birth," you can understand what I'm saying?

24        A    Yes, I can understand what you're saying.

25        Q    Okay.  Great.                                   09:51:56
```

Page  49

```
 1            I have some questions just about your

 2    education and research background, but, you know, I'd

 3    prefer not to belabor them by going through your CV

 4    line by line.  So I'm going to ask you questions, and

 5    if you think you need to refer specifically to your CV,    09:52:20

 6    we can do that, but I'm hoping that's not necessary.

 7            So as part of your formal education, you never

 8    took any courses regarding transgender people; is that

 9    right?

10        A   I did not take a course where the title of the    09:52:34

11    course was "Transgender Individuals."

12        Q   Okay.  And did you take a course where

13    transgender individuals were discussed?

14        A   Yes.

15        Q   And how many courses?                             09:52:52

16        A   That would be difficult to say.  To give a

17    number, I mean, I would be speculating right now.  It's

18    been 20 years.

19        Q   Do you -- do you have any specific

20    recollection of any courses where transgender people     09:53:10

21    were discussed?

22        A   I am pretty sure that transgender individuals

23    were discussed in the undergraduate Abnormal Psychology

24    class I took.  Very possibly in General Psychology.

25    Possibly discussed in any of the numerous physiology     09:53:25
```

Page 50

1    classes as an undergraduate or graduate student.

2    Possibly in the endocrinology class as a graduate

3    student.

4        Q    This is all just possibly; right?  You don't

5    have a specific recollection?                        09:53:44

6        A    Just thinking, also some of the sociology

7    classes may have included it.  But, again, it might

8    have; it might not have been.  And also, whether that

9    was a discussion that the instructor initiated or the

10   students initiated, I couldn't testify at this point.  09:54:00

11       Q    Okay.  You received your undergrad degree in

12   1997; right?

13       A    That is correct.

14       Q    Do you -- do you think it's -- it's plausible

15   that you had a lot of discussions about transgender    09:54:11

16   people from 1993 to 1997?

17       A    Yes, it's very plausible.

18       Q    Okay.  Have you ever -- as part of your --

19   obtaining any -- any of your degrees, did you ever

20   conduct any research concerning transgender people?    09:54:32

21       A    Can you clarify what you mean by "research"?

22       Q    I -- I mean original research, where you have

23   a hypothesis and you test it.

24       A    So, no, I did not conduct any primary research

25   on transgender individuals.                            09:54:55

Page 51

1        Q    Okay.  Did you conduct any other form of

2    research other than what you referred to as primary

3    research?

4        A    I probably looked for research papers or maybe

5    saw research papers on transgender individuals.  Again,    09:55:07

6    it may have been as part of an assigned reading in a

7    class, or it may have been something come across in

8    other reading for general knowledge.

9        Q    You're just saying that this could have

10   happened, but you don't have a specific recollection of    09:55:20

11   it, do you?

12       A    That is correct.  I did not write down in a

13   diary when I would read a paper.

14       Q    Well, no, but you -- sitting here today, you

15   don't have any recollection of ever reading a paper on    09:55:30

16   transgender people as part of obtaining your

17   undergraduate, your Master's or your Ph.D. degrees;

18   correct?

19       A    I don't think that's what I said.

20       Q    Well, so --                                       09:55:44

21       A    I think I said I -- I might have.  I didn't

22   say that I did not.

23       Q    Well, but you don't have any affirmative

24   memory of doing so?

25            MR. FRAMPTON:  Object to the form.               09:55:55

Page 52

```
 1          THE WITNESS:  What do you mean by "affirmative

 2    memory"?

 3    BY MR. BLOCK:

 4       Q   Well, by -- by saying you might have, that --

 5    that's different to me than saying you remember doing    09:56:04

 6    it in some form, but don't remember the exact time or

 7    place.  So I'm trying to clarify whether you remember

 8    doing it, but can't, you know, put your finger on

 9    exactly when it happened, or whether you're saying you

10    can't rule out the possibility that you did it.         09:56:20

11          So are you saying that you can't rule out the

12    possibility that you did it?

13       A   So I am saying that it's very likely that I

14    had discussions in classes on transgender individuals.

15    It's very likely that there was a paper that I read or   09:56:35

16    more than one paper regarding transgender individuals,

17    possibly even a textbook chapter.

18       Q   Okay.  And do you consider reading a textbook

19    chapter or paper for class to be academic research?

20       A   Reading a scholarly paper would be considered   09:56:56

21    academic research as it could lead to something like a

22    literature review, a meta-analysis, and it is an

23    essential part of the research process.

24       Q   Right.  But you didn't do any reading as part

25    of preparing for literature review or meta-analysis;    09:57:11
```

1    correct?

2        A   I did not include any in my literature review

3    or meta-analysis.  I may have done reading as part of

4    my Master's thesis and doctoral dissertation.

5            I know for a fact, because of the topic of my      09:57:38

6    Master's thesis and doctoral dissertation, I had to

7    read very widely on steroid hormone, biogenesis and

8    actions.

9        Q   So we had a discussion about some of this two

10   years ago.  Do you think your memory about what -- your      09:57:59

11   readings was more accurate two years ago or more

12   accurate today?

13           MR. FRAMPTON:  Object to the form.

14           THE WITNESS:  I would say more accurate today

15   because I have -- since you asked me this two years      09:58:14

16   ago, I've thought about it more to remember, okay, did

17   this happen in Abnormal Psychology, in Sports

18   Psychology, something like that.

19   BY MR. BLOCK:

20       Q   Okay.  So I just want to be clear about a      09:58:23

21   distinction between conducting reading as in a -- as a

22   class assignment and conducting reading as part of your

23   research process.  All right?  Does that distinction

24   make sense to you?

25       A   Yes.      09:58:41

                                            Page 54

1      Q    Okay.  So you've -- you've talked about maybe

2  reading a paper or a chapter as part of a class

3  assignment; correct?

4      A    Yes.

5      Q    Okay.  So in terms of reading as part of your    09:58:52

6  own independent research process, do you have any

7  recollection of doing any reading about transgender

8  people as part of your own independent research process

9  while obtaining your degrees?

10      A    I don't have a specific recollection of doing    09:59:09

11  that independently while reading my -- while performing

12  my Master's and doctoral research, but, again, I might

13  have.

14      Q    Okay.  So since receiving your doctorate until

15  the time when you first reached out to ADF, have you --   09:59:28

16  had you ever conducted any research concerning

17  transgender people?

18      A    Once again, please clarify what you mean by

19  "research."

20      Q    All right.  Well, let's do primary research.    09:59:42

21      A    No, I had not done primary research of

22  transgender individuals.

23      Q    Had you ever conducted any literature review

24  regarding transgender people?

25      A    I have not formally written a literature        09:59:56

Page 55

1    review.

2        Q    Had you ever written a meta-analysis about

3    transgender people?

4        A    No, I had not performed a meta-analysis

5    regarding transgender individuals.                    10:00:07

6        Q    Okay.  So what other professional research

7    might you have done regarding transgender people?

8        A    Trying to keep up with the legislation in

9    sports regarding the participation of transgender

10   individuals and then on seeing the legislation, out of   10:00:25

11   my own curiosity, looking to see what research was

12   informing that legislation.

13       Q    Okay.  In terms of original research that

14   you've done, have any of the subjects in your original

15   research been transgender, to the best of your          10:00:41

16   knowledge?

17       A    To the best of my knowledge, none of any

18   subjects have been transgender.

19       Q    Okay.  Have you worked with transgender people

20   in any capacity?                                        10:00:52

21           MR. FRAMPTON:  Object to the form.

22           THE WITNESS:  I -- I think there are

23   individuals at the university that are transgender that

24   I have worked with on committees or other things.

25   ///

```
 1    BY MR. BLOCK:

 2        Q    Okay.  How many transgender people do you

 3    think you've met?

 4            MR. FRAMPTON:  Same objection.

 5            THE WITNESS:  I can think of two by name and    10:01:22

 6    others that I've met, but -- I've met a lot of people,

 7    and so to try and come up with a number that were

 8    transgender is going to be very, very difficult.

 9    BY MR. BLOCK:

10        Q    Have you ever appeared on any podcasts?       10:01:41

11        A    Yes.

12        Q    Which ones?

13        A    I probably can't name all of them.

14        Q    Okay.

15        A    I can do my best.                             10:01:55

16        Q    Great.

17        A    So there was a podcast Muscle for Life with --

18    with Mike Matthews, I think.  I was on the Megyn Kelly

19    podcast.  I was on Munk Debates podcast.  I was on

20    Governor Ricketts' podcast.  There's another one out   10:02:18

21    there that I remember the podcast.  I don't remember

22    the name of it.

23        Q    Do you remember approximately when the

24    Megyn Kelly podcast was?

25        A    A little less than a year ago, if I remember   10:02:39
```

Veritext Legal Solutions
866 299-5127

1    right.

2         Q    And what was the topic of that podcast?

3         A    That was regarding the participation of

4    biological males in female sports.

5         Q    And what was the Munk Debates podcast?          10:02:51

6         A    That was also about biological males

7    participating in female -- in women's sports.

8         Q    And when -- when was that podcast?

9         A    Last summer, maybe late last summer.

10        Q    Okay.  And when you refer to biological males    10:03:12

11   in these podcasts, did you discuss at all people with

12   DSDs?

13        A    If we did, it was not a major topic of

14   discussion.

15        Q    Okay.  So your -- your podcast with            10:03:24

16   Governor Ricketts, that's on his show "The Nebraska

17   Way"; is that -- is that correct?

18        A    That is correct.

19        Q    Okay.  And you appeared on September 1st,

20   2021?                                                    10:03:42

21        A    I will trust you on the date on that.  I don't

22   remember myself.

23        Q    All right.  Does that sound around the time?

24        A    That sounds like the right time period.

25             MR. BLOCK:  Okay.  Great.                      10:03:53

                                                              Page 58

```
 1            So I'm going to introduce an exhibit marked 68

 2    and if you can open it up.

 3            The concierge -- it's an -- it's a video clip,

 4    and the concierge is going to have to play it for us.

 5            But let me know what appears on -- on your          10:04:18

 6    screen before -- before I ask the concierge to -- to

 7    play it.

 8            Do you see a file?

 9            (Exhibit 68 was marked for identification

10          by the court reporter and is attached hereto.)      10:04:28

11            THE WITNESS:  I see Exhibit 068 - Clip, space,

12    2005.

13    BY MR. BLOCK:

14       Q   Okay.  I'm going to have -- I'm going to ask

15    the concierge to play the clip now.  And it's -- it's a   10:04:37

16    little bit over a minute long.  I didn't want to -- you

17    to think that I've cut anything off here.  And then

18    after the clip plays, I'll ask you a few questions

19    about it.

20            Does that sound okay?                              10:04:50

21       A   Will the clip show up in the -- in this Zoom

22    meeting, or is it going to be a different window?

23       Q   It's going to show up as a screen share --

24       A   Okay.

25       Q   -- right now.                                      10:05:05
```

Page 59

```
 1              Can you see the screen share?

 2       A   Yes.

 3       Q   Great.

 4           (Video clip played.)

 5           MR. BLOCK:  Thank you to the concierge.      10:06:32

 6   BY MR. BLOCK:

 7       Q   Does -- does this video clip appear to be an

 8   accurate excerpt of your interview with

 9   Governor Ricketts?

10       A   Yes, that's me.                             10:06:41

11       Q   Okay.  Do you still agree with everything you

12   said in that video clip?

13           MR. FRAMPTON:  Objection; form and scope.

14           MR. TRYON:  Objection; scope.

15   BY MR. BLOCK:                                       10:06:50

16       Q   You can answer.

17       A   Can you repeat your question, please?

18       Q   Do you still agree with everything you said in

19   that video clip?

20       A   Yes, I do.                                  10:06:58

21       Q   Okay.  You're not a mental health expert;

22   right?

23       A   That is correct.

24       Q   You don't have any education or training

25   that -- that would provide a basis for you to offer an   10:07:10
```

Page 60

```
 1    expert opinion on the proper healthcare for transgender

 2    youth, do you?

 3              MR. FRAMPTON:  Objection; form and scope.

 4              Go ahead.

 5              THE WITNESS:  No, I would not be called upon     10:07:19

 6    to offer treatment for transgender individuals.

 7    BY MR. BLOCK:

 8         Q    But my question is, to offer an expert opinion

 9    on treatment for transgender individuals, you don't

10    have any, you know, credentials that would allow you to    10:07:34

11    provide an expert opinion on that topic, do you?

12              MR. FRAMPTON:  Same objection.

13              Go ahead.

14              THE WITNESS:  I have not been asked to offer

15    an expert opinion on the psychological or psychiatric     10:07:44

16    care of transgender individuals.

17    BY MR. BLOCK:

18         Q    But my question is, do you have the

19    credentials and training that would allow you to offer

20    such an opinion, if you were asked?                        10:07:52

21              MR. FRAMPTON:  Same objection.

22              THE WITNESS:  No, I do not have those

23    credentials or degrees.

24    BY MR. BLOCK:

25         Q    Okay.  In this clip, you used the word           10:08:07
```

Page 61

```
 1    "transgenderism"; right?

 2         A   That is correct.

 3         Q   Is that a medical term?

 4             MR. FRAMPTON:  Objection; form and scope.

 5             THE WITNESS:  I'm not sure what you mean, is    10:08:19

 6    it a medical term?

 7    BY MR. BLOCK:

 8         Q   What does transgenderism mean?

 9         A   An individual who is transgender.

10         Q   Okay.  In any of the -- the scholarly articles   10:08:28

11    that you've read about transgender people, have any of

12    them used the term "transgenderism"?

13         A   I cannot recall, to answer that question, if

14    they have or have not.

15         Q   Okay.  In the clip, you mentioned Ben Shapiro;   10:08:45

16    correct?

17         A   That is correct.

18         Q   Who is Ben Shapiro?

19         A   Ben Shapiro is an individual that does a lot

20    of podcasts, news clips, news interviews, speaking at    10:09:00

21    organizations on social and political matters.

22         Q   Do you -- do you think he's a reliable source

23    of authority on mental healthcare for transgender

24    youth?

25             MR. FRAMPTON:  Objection; form and scope.       10:09:19
```

Page 62

```
 1              THE WITNESS:  In the role that he is filling,

 2     I think Ben Shapiro is able to provide reliable

 3     information on what has been written in these matters.

 4     BY MR. BLOCK:

 5        Q   Okay.  And reliable enough that you -- you        10:09:32

 6     thought it was worth repeating to the audience of the

 7     podcast; correct?

 8              MR. FRAMPTON:  Same objections.

 9              THE WITNESS:  That is correct.

10     BY MR. BLOCK:                                            10:09:49

11        Q   Okay.  In what context have you heard his

12     opinions about transgender youth?

13        A   Do you mean context or format?

14        Q   Let's start with format.

15        A   So in a number of videos and radio clips and     10:10:02

16     seeing on the news, I have seen Ben Shapiro make

17     statements regarding transgender individuals.

18        Q   And has that affected your own opinion on

19     these issues?

20              MR. FRAMPTON:  Objection; form and scope.      10:10:21

21              THE WITNESS:  No, I don't think what he has

22     said has affected my opinion.

23     BY MR. BLOCK:

24        Q   Has it affected your opinion on mental

25     healthcare for transgender youth?                       10:10:37
```

Page 63

```
 1              MR. FRAMPTON:  Same objection.

 2              THE WITNESS:  I don't think it has affected my

 3    opinion on healthcare for transgender youth.

 4    BY MR. BLOCK:

 5         Q    Okay.  Is new toy syndrome a medical term?      10:10:47

 6              MR. FRAMPTON:  Same objections.

 7              THE WITNESS:  No.

 8    BY MR. BLOCK:

 9         Q    Okay.  Do you think that receiving

10    gender-affirming care is analogous to playing with a      10:10:56

11    new toy?

12              MR. FRAMPTON:  Objection; form and scope.

13              THE WITNESS:  I'm sorry, can you state the --

14    restate the question?

15    BY MR. BLOCK:                                             10:11:13

16         Q    Yeah.  Do you -- do you think transgender

17    youth receiving gender-affirming care is analogous to a

18    person playing with a new toy?

19              MR. FRAMPTON:  Same objections.

20              THE WITNESS:  In the context that I quoted      10:11:22

21    Ben Shapiro, in that interview, it is a good analogy.

22    BY MR. BLOCK:

23         Q    How is it a good analogy?

24         A    As I explained in that, also as it was

25    explained by Ben Shapiro, when people get a new toy,      10:11:37
```

                                                  Page 64

```
 1    they're often very happy with it, and then the newness

 2    wears off.  That is drawn as an analogy to what has

 3    been demonstrated in scholarly literature about

 4    transgender individuals.

 5         Q   What scholarly literature?              10:11:53

 6             MR. FRAMPTON:  Objection; form and scope.

 7             THE WITNESS:  The research is cited on the

 8    SEGM web page.

 9    BY MR. BLOCK:

10         Q   What's SEGM?                            10:12:05

11         A   I may not be able to tell you precisely, but

12    it is something like Society for Evidence-Based Gender

13    Medicine.

14         Q   And why have you been reading the SEGM web

15    page?                                           10:12:25

16             MR. FRAMPTON:  Objection; form and scope.

17             THE WITNESS:  It is a good place to find

18    information about transgender individuals to help make

19    sure that I am staying current on the information in

20    this area.                                      10:12:34

21    BY MR. BLOCK:

22         Q   How is information about the mental healthcare

23    of transgender individuals relevant to you in your

24    work?

25             MR. FRAMPTON:  Same objections.         10:12:48
```

Page 65

```
 1              THE WITNESS:  The mental healthcare is often

 2     associated with the use of either puberty blockers,

 3     testosterone suppression, estrogen administration,

 4     which then has physiological effects.

 5     BY MR. BLOCK:                                    10:13:06

 6         Q   So -- so you read about -- well, I -- I guess,

 7     could you explain further?  How -- how is utility of

 8     the mental healthcare relevant to your opinion about

 9     physiological issues and athletic advantages?

10              MR. FRAMPTON:  Same objection, form and scope.  10:13:27

11              THE WITNESS:  If an individual is being given

12     a physiologically active medicine, such as a puberty

13     blocker, such as testosterone suppression or

14     administration of estrogen, that will affect their

15     physiology, which then may or may not have an affect on  10:13:47

16     their ability to compete in athletics.

17              So it is important to know what is being done.

18     BY MR. BLOCK:

19         Q   Does -- does the mental health impacts of

20     those treatments matter in terms of the physiological   10:14:04

21     effects?

22         A   If the mental health treatment includes the

23     administration of physiological substances, then it

24     affects physiological responses.

25         Q   Yeah, so, I guess, that's not really answering   10:14:25
```

Page 66

```
 1    my question.

 2            So you -- you -- you talked about how, in your

 3    opinion, the positive mental effects of

 4    gender-affirming care for some people would -- are like

 5    a new toy, that they have a positive effect and then        10:14:39

 6    that positive mental health effect wears off, and my

 7    question is whether the -- the fact that you alleged

 8    that positive mental health effect would wear off has

 9    any implication for the physiological results of having

10    taken that medication.                                      10:15:04

11            Does that make sense?

12            MR. TRYON:  Objection --

13            MR. FRAMPTON:  Objection; form.

14            MR. TRYON:  -- form.

15            THE WITNESS:  I would ask you to try and break      10:15:11

16    that question down a little more.

17    BY MR. BLOCK:

18        Q  Sure.

19        A  I'm not sure where you're going.

20        Q  Sure.  So the -- if -- if -- assuming that --        10:15:17

21    taking it as an assumption, that puberty blockers and

22    gender-affirming hormones had no positive health

23    effects for mental health, how would that assumption

24    impact your opinion on the physiological effects of

25    taking those medications?                                   10:15:43
```

Page 67

```
 1              MR. FRAMPTON:  Objection; form and scope.

 2         Go ahead.

 3              THE WITNESS:  Well, puberty blockers and

 4    testosterone suppression and estrogen administration

 5    are physiological active substances.  What they do for    10:15:57

 6    mental health compared to what they do for athletic

 7    performance and physiological responses might be

 8    separate issues.

 9    BY MR. BLOCK:

10       Q   Okay.  So if they're separate issues, why do      10:16:08

11    you read about the mental health effects of taking

12    those medications?

13              MR. FRAMPTON:  Same objections.

14              THE WITNESS:  I think I previously answered

15    this question, to know what are the treatments that are   10:16:27

16    being used that could then affect physiological

17    responses to exercise.

18    BY MR. BLOCK:

19       Q   Okay.  So what other sources of information do

20    you consult on the -- the mental health effects of        10:16:39

21    puberty blockers and gender-affirming hormones?

22              MR. FRAMPTON:  Objection; scope.

23              THE WITNESS:  So I will find scholarly

24    articles and read those to find information.  A lot of

25    the information, if I find it on a web page, I will        10:17:01
```

Page 68

```
 1    look to see if it is to a scholarly journal, scholarly

 2    article that's reputable, but then I can verify that

 3    the information on the web page is valid, at least

 4    based on what has been presented in scholarly

 5    literature.  Of course, you see things in the news as      10:17:18

 6    well; right?

 7    BY MR. BLOCK:

 8        Q   Is there any scholarly article that -- that

 9    likens gender-affirming care to a new toy?

10            MR. FRAMPTON:  Objection; form and scope.          10:17:32

11            THE WITNESS:  I could not say.

12    BY MR. BLOCK:

13        Q   Okay.  What scholarly articles, sitting here

14    today, can -- can you think of having read on the topic

15    of mental healthcare for transgender youth?                10:17:46

16            MR. FRAMPTON:  Same objection; form and scope.

17            THE WITNESS:  So there was a review on the

18    effects of puberty blockers that was put out by Sweden,

19    Karolinski Institute, and so I read that article and

20    looked up a number of the articles that were referenced   10:18:11

21    in there.  Similar type of thing came out of

22    Great Britain, their national health organization,

23    something like that.  And so I looked at a lot of those

24    articles.

25            I -- I have also, again, coming across some on     10:18:24
```

Page 69

```
 1    PubMed or Google Scholar.  I've seen other articles

 2    looking at the effects of hormone treatment in

 3    transgender individuals and measures of mental health.

 4    BY MR. BLOCK:

 5         Q   And can you remember any of the articles on       10:18:39

 6    PubMed or Google Scholar?

 7         A   I cannot remember them by author or title.

 8         Q   Okay.  Have you read the Endocrine Society

 9    guidelines on providing gender-affirming care to

10    transgender people?                                         10:18:58

11         A   I --

12             MR. FRAMPTON:  Objection; scope.

13             Go ahead.

14             THE WITNESS:  I have read the information on

15    the web page.  I have read the article.  I cannot          10:19:04

16    remember which journal it's published in.

17    BY MR. BLOCK:

18         Q   Well, I'm sorry, what -- what -- what are you

19    referring to when you say a web page and an article?

20         A   So the Endocrine Society has a web page           10:19:22

21    regarding the administration of puberty blockers and

22    estrogen -- or testosterone suppression, estrogen

23    administration for -- for transgender individuals.  And

24    so I have read through that web page, and there is an

25    article associated with the information on that web         10:19:42
```

Page 70

```
 1    page that was published in a scholarly journal.

 2         Q   Okay.  And -- and that -- that would be the --

 3    the -- the 2017 guidelines for care of people with

 4    gender dysphoria and gender incongruence?

 5         A   That is my recollection, yes.               10:19:57

 6         Q   When did you read that?

 7         A   Sometime in the past year.

 8         Q   So at the time of our past deposition, you

 9    hadn't read that yet; is that correct?

10         A   As I recall, that is correct.               10:20:14

11         Q   Okay.  But -- but since then, you have read

12    it?

13         A   Yes.  You seem to make a strong suggestion

14    that I should read that.

15         Q   Okay.  Did you learn anything from reading it?  10:20:26

16         A   Yes, I did.

17         Q   What did you learn?

18         A   I learned that the recommendations of the

19    Endocrine Society for testosterone suppression result

20    in much, much lower testosterone concentration than    10:20:39

21    those recommended by world -- or, sorry, by world sport

22    or by the Olympics.

23         Q   Great.  Just to close the loop, can you think

24    of any other source of information or political

25    commentator you've heard and talk about transgender    10:21:05
```

Page 71

```
 1    youth who you think provides a good description of the

 2    science?

 3             MR. FRAMPTON:  Objection; form and scope.

 4             THE WITNESS:  So I've cited a number of papers

 5    in my article -- or, sorry, in my expert declaration.    10:21:25

 6    So I've read those articles of scholars.

 7             As far -- as far as political commentary, it's

 8    all over the place these days, so it's hard to identify

 9    who has or has not opined on that.

10        Q   All right.  Do you -- I'm going to turn to a     10:21:42

11    new line of questions.  Do you need a break before

12    then?

13        A   Yeah, let's take five.

14        Q   Okay.  Great.

15             THE VIDEOGRAPHER:  We are off the record at      10:21:59

16    10:22 a.m.

17             (Recess.)

18             THE VIDEOGRAPHER:  We are on the record at

19    10:29 a.m.

20             MR. BLOCK:  Great.                               10:29:11

21    BY MR. BLOCK:

22        Q   I want to go back in time and ask you about

23    the time that you first reached out to ADF on this

24    issue of the participation of transgender athletes.

25             Do you remember who you contacted at ADF?       10:29:30
```

Page 72

```
 1        A    I do not remember who I contacted.

 2        Q    And do you remember why you knew that ADF was

 3   the organization to contact?

 4        A    I saw a news clip or information online about

 5   the Soule versus CIAC case, and it identified Alliance      10:29:57

 6   Defending Freedom as representing Selina Soule.

 7        Q    Okay.  And, you know, at the time you first

 8   contacted ADF, had you done any research on the -- the

 9   effects of puberty blockers or gender-affirming

10   hormones on transgender people?                            10:30:19

11        A    Once again, what do you mean by "research"?

12        Q    Have you -- had you read anything on the -- on

13   the physiological effects of gender-affirming care at

14   the time you first reached out to ADF?

15        A    Yes, I had.                                      10:30:39

16        Q    What had you read?

17        A    I had read some articles on the effects of

18   gender-affirming hormone therapy, to use your

19   terminology on that, on various physiological factors,

20   such as muscle size or strength or muscle mass, those     10:30:55

21   types of things.

22        Q    You -- you had already read that research

23   before you reached out to ADF?

24        A    I had read some.

25        Q    Okay.  And had you read that research before    10:31:10
```

```
 1    you saw the news item about the transgender runners in

 2    Connecticut?

 3         A   Yes.

 4         Q   Okay.  So -- so you -- you had previously had

 5    occasion to read research on the effects of           10:31:26

 6    gender-affirming hormones on muscle mass, and then you

 7    saw the news clip about the runners in Connecticut, and

 8    then you contacted ADF?  That's the chronology of how

 9    it went?

10              MR. FRAMPTON:  Objection; form.             10:31:39

11              THE WITNESS:  Yes, that sounds like a correct

12    timeline.

13    BY MR. BLOCK:

14         Q   Okay.  And what -- what would have prompted

15    you to -- to do any research specifically on the      10:31:48

16    effects of gender-affirming hormones before seeing the

17    news item about transgender people in Connecticut?

18         A   As I had mentioned previously, staying up to

19    date on what the laws are or the rules, I guess would

20    be a more appropriate way to say it, regarding the    10:32:10

21    participation of transgender women in women's sports or

22    trans women in women's sports.  Student questions,

23    asking about that.  Particularly after 2019, when

24    Cecé Telfer won the 400-meter hurdles in Division II,

25    because I had some students that were there and had    10:32:35
```

Page 74

1    questions.

2         Q   What do you mean, that were there?

3         A   I have students that are student athletes that

4    compete in Division II women's track and field and were

5    at that national championship where Cecé Telfer won the     10:32:53

6    400-meter hurdles.

7         Q   And were those students upset that Cecé Telfer

8    had won?

9              MR. FRAMPTON:  Form.

10             THE WITNESS:  The students had questions and     10:33:05

11   many of them stated questions such as how can that be

12   fair.

13   BY MR. BLOCK:

14        Q   So were they upset?

15             MR. FRAMPTON:  Same objection.                   10:33:20

16             THE WITNESS:  I guess I would need more

17   clarification on "upset."

18   BY MR. BLOCK:

19        Q   So they didn't think it was fair?

20        A   That would be correct.                            10:33:32

21        Q   And so in response to those student questions,

22   you -- you started doing research; is that right?

23        A   I had been looking it prior to the student

24   questions, but in response to the student questions, I

25   suppose you could say I tried to dig deeper.               10:33:52

                                                    Page 75

```
 1        Q    Okay.  So what -- what -- how had you been

 2   looking into it before the student questions?

 3        A    Before the student questions, I would look at

 4   the policies as put out by the NCAA, put out by the

 5   N -- IOC and tried to look at research that informed    10:34:08

 6   those policies by searching Google Scholar, PubMed,

 7   reading news articles about it and see if they had

 8   links or information on research.

 9        Q    And what about Cecé's participation did the

10   students think were unfair?                             10:34:26

11        A    Cecé is a biological male and was competing in

12   women's sports.

13        Q    And why did they think that was unfair?

14        A    They thought it was unfair for a biological

15   male to compete in women's sports.                      10:34:43

16        Q    And when you say you did earlier research on

17   NCAA policy and the IOC, you know, what had prompted

18   you to do that research?

19        A    It's an important topic in sports, in my

20   field.  It's possible that the textbook I was using at  10:35:03

21   the time had a statement on it.

22        Q    Had you done any research on the participation

23   of Caster Semenya in the IOC?

24        A    I have read some news articles on

25   Caster Semenya and probably heard some things on        10:35:20
```

                                              Page 76

```
1    podcasts about Caster Semenya.

2         Q    Okay.  But you didn't do any research about

3    that?

4         A    I -- again, more than news articles, I cannot

5    recall a specific article that said this was            10:35:37

6    Caster Semenya's medical condition in the scholarly

7    literature.

8         Q    Okay.  But you were more interested in doing

9    research on transgender athletes than on athletes like

10   Caster Semenya; is that fair?                           10:35:54

11        MR. FRAMPTON:  Objection; form.

12        THE WITNESS:  That would be fair to say.

13   BY MR. BLOCK:

14        Q    Okay.  And why is that?

15        A    We are dealing with separate issues.         10:36:06

16   Disorders of sexual development are not the same as a

17   transgender individual.

18        Q    And so why were you more interested in the

19   participation -- researching the participation of

20   transgender individuals as opposed to individuals with 10:36:20

21   DSDs?

22        MR. FRAMPTON:  Same objection.

23        THE WITNESS:  The policies seem to, if I

24   recall, state "transgender individuals."  The student

25   questions were about transgender individuals.  The     10:36:35
```

Page 77

```
 1    stuff I was seeing in the news was about transgender

 2    individuals.

 3    BY MR. BLOCK:

 4        Q    When did the topic of the participation of

 5    transgender individuals in -- in sports first come to      10:36:45

 6    your attention?

 7        A    That would be very challenging to say, but I

 8    would say sometime after 2004.

 9        Q    Why sometime after 2004?

10        A    That seems to be the first IOC policy I           10:37:04

11    remember that addressed transgender individuals.

12        Q    And when did a transgender individual first

13    participate in the Olympics?

14        A    I don't know.

15        Q    You have no idea?                                 10:37:23

16        A    No.

17        Q    Do you know if it was, like, before 2010?

18        A    I don't know.

19        Q    Okay.  You have no -- do you have any

20    knowledge or recollection of any transgender people        10:37:45

21    participating in the Olympics?

22        A    Would you consider the participation of

23    Bruce Jenner to be a transgender individual

24    participating in the Olympics?

25        Q    About a -- a -- a transgender person competing    10:38:01
```

Page 78

1    post transition.

2         A   So I do know of someone that has done that.

3         Q   Who?

4         A   Laurel Hubbard.

5         Q   Okay.  Anyone before her?                    10:38:19

6         A   I cannot recall anyone before that.

7         Q   Okay.  When did you first -- when did you

8    first become -- well, let me -- I'll -- I'll -- I'll

9    come back to that.

10            When -- when is the first time a transgender   10:38:42

11   person -- a transgender woman competed in women's

12   tennis events?

13        A   I -- I don't know.

14        Q   You -- you have no idea?

15        A   There's something I seem to recall of a       10:39:05

16   situation that was in the '70s or '80s, but I can't

17   recall off the top of my head more specifics.

18        Q   Does the name Renée Richards refresh your

19   recollection about it?

20        A   So as you mention that, yes, the name          10:39:24

21   Renée Richards playing tennis -- again, I couldn't, at

22   this point in time, put it in a timeframe other than I

23   think it was probably before I was even in college.

24        Q   Okay.  And when did you first become aware

25   that that had happened?                               10:39:40

                                              Page 79

```
 1        A   Sometime in the past 15 or so years.  In my

 2   readings, I remember seeing something about

 3   Renée Richards.

 4        Q   Okay.  And did the readings -- what did the

 5   readings say about her?                        10:39:55

 6        A   I can't recall at this point in time.

 7        Q   Okay.  And did you have any feelings about

 8   whether it was fair for her to be participating in

 9   women's tennis in the '70s?

10           MR. FRAMPTON:  Objection; form and scope.   10:40:06

11           Go ahead.

12           THE WITNESS:  I -- I would, once again, go

13   back to my statement that if Renée Richards was a

14   biological male, then biological males have advantages

15   over biological females in sports.             10:40:23

16   BY MR. BLOCK:

17        Q   Yeah, but I'm just -- I'm asking about, sir,

18   when you formed an opinion about -- about

19   Renée Richards, if you do -- if you did form an opinion

20   about Renée Richards, like when you -- when you first   10:40:35

21   heard about it, did you have an opinion about it being

22   fair or unfair?

23           MR. FRAMPTON:  Same objection.

24           MR. TRYON:  Objection.

25           THE WITNESS:  So I -- I think I answered that   10:40:46
```

Page 80

```
 1    when I stated that biological males should not be

 2    competing in women's sports.

 3    BY MR. BLOCK:

 4        Q   Okay.  So -- but you had that opinion the

 5    first time you heard about Renée Richards; right?        10:40:58

 6            MR. FRAMPTON:  Same objections.

 7            THE WITNESS:  Again, where I can't put in a

 8    specific timeframe when I first heard about

 9    Renée Richards, I can't say if Renée Richards

10    influenced my opinion one way or another or what my     10:41:15

11    opinion was before reading that article.

12    BY MR. BLOCK:

13        Q   So did you have an opinion about the

14    participation of transgender athletes in women's sports

15    before you did further research on the topic?           10:41:32

16            MR. FRAMPTON:  Objection; form and scope.

17            THE WITNESS:  Well, as long as I can recall,

18    sports has been separated.  So you have sports for men,

19    meaning biological men, and sports for women, meaning

20    biological women, and that separation has been there.   10:41:51

21    Again, as long as I can recall, my knowledge of anatomy

22    and physiology, since I have been involved in study of

23    anatomy and physiology as a student, indicates there

24    are differences.

25    ///
```

Page 81

```
 1    BY MR. BLOCK:

 2         Q   Okay.  And so -- so that was your -- that was

 3    your sort of baseline assumption before you conducted

 4    research, that -- that it would be unfair to allow a

 5    transgender woman to participate in women's sports?        10:42:16

 6              MR. FRAMPTON:  Objection --

 7              MR. TRYON:  Objection.

 8              MR. FRAMPTON:  -- form.

 9              THE WITNESS:  I think it would be fair to say

10    that based on the experience that sports have been         10:42:26

11    separated by sex and knowing of the differences between

12    biological males and biological females, there's a --

13    they should be separated on sex.

14    BY MR. BLOCK:

15         Q   All right.  Just going to -- going on to a --     10:42:47

16    a new topic now.

17              In your report, you say that even before

18    puberty, prepubertal boys outperform prepuberto --

19    prepubertal girls in athletic competition; right?

20         A   Yes, I state that in my report.                   10:43:08

21         Q   Okay.  And you -- and you attribute those

22    differences in performances to biological factors

23    instead of social ones?

24              MR. FRAMPTON:  Objection; form.

25              You can --                                       10:43:17
```

Page 82

```
 1            THE WITNESS:  Yes, biological factors are the

 2    primary reason that boys outperform girls in athletic

 3    events.

 4    BY MR. BLOCK:

 5        Q   Yeah, so -- but for prepubertal boys and          10:43:29

 6    prepubertal girls, you attribute their difference in

 7    performance to biological factors?

 8        A   That is correct.

 9        Q   Okay.  What biological factors provide an

10    advantage to prepubertal boys over prepubertal girls?    10:43:48

11        A   Boys have more lean body mass, which includes

12    more lean muscle mass, than girls.  There are perhaps

13    other factors that contribute to that more lean body

14    mass and more muscle mass.

15        Q   What does that -- what does that mean, there      10:44:09

16    other factors that contribute to the more lean body

17    mass and lean muscle mass?

18        A   Well, having a Y chromosome compared to being

19    XX chromosome, there are a multitude of genes in

20    muscles that respond to the Y chromosome differently     10:44:30

21    than they do to X chromosomes.

22        Q   And is there any research on how they respond

23    before puberty?

24        A   The research is focused on the fact that there

25    is a difference in lean body mass before puberty.        10:44:50
```

Page 83

```
 1        Q    Okay.  So besides --

 2        A    To the best of my knowledge.

 3        Q    Sorry, I didn't mean to cut you off.

 4             Besides lean body mass and lean muscle mass,

 5   are there any other physiological differences connected   10:45:01

 6   to athletic performance between boys and girls --

 7             MR. FRAMPTON:  Same objection.

 8   BY MR. BLOCK:

 9        Q    -- before puberty?

10        A    Yes.  There are differences in overall growth   10:45:12

11   between boys and girls, as evidenced by the CDC and the

12   World Health Organization having separate growth charts

13   for both male and female fetuses and for boys and

14   girls.

15        Q    But -- but in terms of physiological          10:45:25

16   characteristics associated with athletic performance,

17   what other physiological differences besides 10 percent

18   difference in lean body mass and lean muscle mass?

19             MR. FRAMPTON:  Objection; form:

20             THE WITNESS:  I would say -- that is the one   10:45:43

21   that we will focus on because that is the one that has

22   been fairy well demonstrated.  There has to be

23   something else that contributes that lean body mass

24   biologically.

25   ///
```

                                                    Page 84

```
 1    BY MR. BLOCK:

 2        Q   Okay.  Do you -- but you can't think of any

 3    other measurable factor besides lean body mass that is

 4    tied to athletic performance advantages for prepubertal

 5    boys over prepubertal girls; right?              10:46:21

 6            MR. FRAMPTON:  Objection; form.

 7            Go ahead.

 8            THE WITNESS:  Well, the paper by Eiberg that's

 9    cited in my report demonstrated differences in VO2 max,

10    even when controlled for lean body mass, it seemed like  10:46:33

11    the boys' VO2 max was higher.

12    BY MR. BLOCK:

13        Q   Okay.  Did the McManis article also confirm

14    those findings?

15        A   I would need to look at the McManis article to  10:46:46

16    refer.  I cannot remember if McManis -- it was written

17    after Eiberg, I think, but I cannot remember if they

18    cite Eiberg.

19        Q   Okay.  Well, we might -- we might come back to

20    that.                                            10:47:33

21            The difference in lean body mass and lean

22    muscle mass that you refer to in your report is a

23    10 percent difference?

24            MR. FRAMPTON:  Objection; form.

25            Go ahead.                                10:47:40
```

Page 85

```
 1          THE WITNESS:  The 10 percent number is stated

 2    in the article by McManis.

 3    BY MR. BLOCK:

 4        Q   Do you have any other knowledge of the

 5    difference besides 10 percent?                    10:47:49

 6        A   I cite several articles demonstrating

 7    difference in body composition in children prepuberty.

 8    I would need to look at those articles to either

 9    calculate the difference myself or see if they specify

10    the difference.                                    10:48:05

11        Q   But in your report, you -- you quoted the

12    10 percent figure; correct?

13        A   That is correct.

14        Q   Okay.  If you could turn to your report, which

15    I believe is -- is Exhibit 46 -- 64.  I got that    10:48:24

16    flipped.

17        A   All right.

18        Q   Thank you.  I'm going to point you to a

19    specific paragraph in a second.

20          Paragraph 42 on page 17.                      10:49:27

21        A   Sorry, the page numbering on the document is

22    different than the page number that Acrobat --

23        Q   No.

24        A   -- is taking me to, so it will take me a

25    second, sorry.                                      10:49:59
```

Page 86

```
 1          Q    Sure thing.

 2          A    All right.   Paragraph 42.

 3          Q    You say (as read):

 4               "No -- No single physiological

 5               characteristic alone accounts for all          10:50:05

 6               or any one of the measured advantages

 7               that men enjoy in athletic

 8               performance."

 9               Do you see that?

10          A    Yes, I do.                                      10:50:13

11          Q    Okay.   So does a difference in lean body mass

12     account for all or any one of the measured advantages

13     that men enjoy in athletic performance?

14          A    Lean body mass is a major factor that provides

15     men -- males with athletic advantages over females.      10:50:34

16          Q    Does it -- does it alone account for all or

17     any one of the measured advantages that men enjoy in

18     athletic performance?

19               MR. FRAMPTON:   Objection; form.

20               THE WITNESS:   I think I've answered your       10:50:57

21     question by stating it's a major factor, but not the

22     only factor.

23     BY MR. BLOCK:

24          Q    Is -- are there any studies about the -- a

25     difference -- about the effect of a 10 percent           10:51:04
```

Page 87

```
 1    difference in lean body mass on athletic performance?

 2         A    I'm going to say yes, I'm sure there's studies

 3    that are correlating lean body mass with performance.

 4         Q    But my question is a 10 percent difference in

 5    lean body mass.                                        10:51:26

 6              MR. FRAMPTON:  Objection; form.

 7              THE WITNESS:  Again, there are -- I -- I will

 8    say there are studies that are correlating percent lean

 9    body mass with athletic performance in all sorts of

10    different events, and so that would include a          10:51:42

11    10 percent difference, along with other differences,

12    probably.

13    BY MR. BLOCK:

14         Q    You -- you don't cite anything in your report

15    that purports to study the effect of a -- a 10 percent  10:51:51

16    difference in lean body mass in athletic performance,

17    do you?

18              MR. FRAMPTON:  Same objection.

19              THE WITNESS:  Can you clarify what you're

20    trying to ask me there?                                10:52:05

21    BY MR. BLOCK:

22         Q    In your report, do you cite any studies

23    reflecting what affect a difference in -- I'll say that

24    again, sorry.

25              Do you, in your report, cite any studies     10:52:21
```

Page 88

```
 1    measuring the effect of a 10 percent difference in lean

 2    body mass on athletic performance?

 3            MR. FRAMPTON:  Objection; form.

 4            THE WITNESS:  I don't recall citing any

 5    studies that specifically identify how much a          10:52:35

 6    10 percent advantage enhances performance.

 7    BY MR. BLOCK:

 8        Q   Okay.  Thank you.

 9            Are you aware of any study proving that

10    differences in athletic performance between prepubertal  10:53:01

11    boys and girls are caused by biological factors and not

12    social ones?

13            MR. FRAMPTON:  Objection; form.

14            THE WITNESS:  From a scientific standpoint,

15    science does not prove.                                10:53:19

16    BY MR. BLOCK:

17        Q   Science does not prove what?

18        A   Science doesn't prove anything from a

19    scientific standpoint.

20        Q   Well, do you have -- are there any articles   10:53:31

21    that purport to exclude social factors as a cause of

22    difference in performance between prepubertal boys and

23    prepubertal girls?

24        A   Yes.  Eiberg.

25        Q   How does that purport to exclude social       10:53:47
```

Page 89

1    factors?

2         A   So Eiberg measured six- to seven-year-old boys

3    and girls, very objectively measured physical activity

4    in those children, measured very objectively VO2 max in

5    those children and body composition in those children        10:54:09

6    and found that even for the children of the same amount

7    of physical activity, boys have higher fitness.

8         Q   And what -- what do you mean, even for

9    children of the same physical activity?

10        A   So boys and girls that engage in the same          10:54:24

11   amount of physical activity -- running, jumping,

12   whatever constitutes physical activity -- the boys had

13   higher fitness.

14        Q   So -- but does this mean physical activity in

15   terms of what was measured, like for a particular           10:54:40

16   event, or -- or physical activity in all aspects of

17   their life?

18        A   This was physical activity as measured by an

19   accelerometer which measures the quantity and intensity

20   of physical activity during the time period the            10:54:54

21   accelerometer is worn.

22        Q   Okay.  So can you just explain to me how that

23   can give you information about, you know, whether these

24   boys and girls, as a general matter, like, were equally

25   physically active, like, outside of the laboratory?        10:55:16

                                                     Page 90

 1        A    Sure.  So an accelerometer is a small device

 2    that is typically worn on your belt, usually on your

 3    right hip, aligned over your knee, and then that

 4    accelerometer, because of the scientific engineering --

 5    okay, I'll call it voodoo magic, but that's not really      10:55:37

 6    the right way to say it.  The way the accelerator

 7    works, it measures the movement of the body, and then

 8    it quantifies that movement as far as intensity.

 9           And then after your study period, you have the

10    person wear the accelerometer for the period of time        10:55:54

11    you want, typically free living, you put it on the

12    children and ask them to wear it for a week or two

13    weeks or however long, then you come back, you connect

14    the accelerometer to the computer, it downloads the

15    information from the accelerometer, gives you what are      10:56:07

16    known as counts.  And again, you can quantify those

17    counts as sedentary, light, moderate or vigorous

18    intensity physical activity.

19           So between the two, you get an amount of

20    physical activity, an intensity of physical activity        10:56:22

21    for the given time period of study.

22        Q    And so what -- what this study found is that

23    people who were similarly -- like, just active during

24    the period in which they were wearing this device, the

25    boys were more physically fit than the girls?                10:56:45

Veritext Legal Solutions
866 299-5127

```
 1        A    Yes, for boys and girls with the same quantity

 2   of physical activity, same intensity, as equal as

 3   possible could be measured, the boys were more fit than

 4   the girls.

 5        Q    And how was fitness measured?              10:57:02

 6        A    Fitness was measured for body composition and

 7   VO2 max.

 8        Q    Got it.  Did the study measure any athletic

 9   performances?

10        A    This was not a study of competitive athletic   10:57:23

11   performances.

12        Q    Got it.  So it just -- it was about body

13   composition, meaning like percentage of fat?  Is that

14   what you meant by "body composition"?

15        A    That would be a measure of how much of your   10:57:40

16   body is fat, how much of your body is lean body mass.

17        Q    Got it.  And -- and VO2 is the other thing

18   measured?

19        A    So VO2 max is maximal aerobic capacity, which

20   accounts for 30 to 40 percent of the performance in   10:57:55

21   endurance-type activities.

22        Q    Okay.  So if what's being measured is the

23   percentage of lean body mass and we already know

24   that -- that prepubertal boys, on average, would have

25   10 percent more lean body mass than -- than girls, what   10:58:12
```

Page 92

```
1    does the study add to that, in terms of translating

2    that into an athletic advantage?

3             MR. FRAMPTON:  Objection; form.

4             THE WITNESS:  What the study is doing is

5    quantifying and clarifying the differences between boys   10:58:29

6    and girls that -- well, for the same amount of physical

7    activity, boys have a higher VO2 max than girls.

8        Q   Anything else besides the VO2 max?

9             MR. FRAMPTON:  Objection; form.

10            THE WITNESS:  And again, body composition,       10:58:51

11   which, again, lean body mass is another determinant of

12   potential for athletic performance and performance in

13   sorts.

14   BY MR. BLOCK:

15       Q   But -- but that's just confirming something      10:59:02

16   that we already know, that -- that prebertal boys --

17   prepubertal boys have, on average, 10 percent more lean

18   body mass?

19            MR. FRAMPTON:  Objection; form.

20            THE WITNESS:  If I recall, the study also        10:59:17

21   validated that for the same body composition, the boys

22   had a higher VO2 max.  I would need to refer to the

23   study to verify if that was in there.

24       Q   Okay.  Anything else that -- that you think

25   purports to exclude social causes as a difference in     10:59:41
```

Page 93

1    measured athletic performance --

2            MR. HAMPTON:  Objection; form.

3    BY MR. BLOCK:

4        Q    -- between prepubertal boys and prepubertal

5    girls?                                          10:59:56

6            MR. FRAMPTON:  Sorry, same objection.

7            Go ahead.

8            THE WITNESS:  So again, those papers that I

9    cite showing the differences in body composition

10   between prepubertal boys and prepubertal girls because   11:00:03

11   lean body mass is a biological factor.

12   BY MR. BLOCK:

13       Q    Right.  But besides body composition, I'm

14   talking about athletic performance.  And is there

15   anything else that purports exclude social causes for    11:00:17

16   differences in athletic performance as opposed to body

17   composition?

18           MR. FRAMPTON:  Same objection.

19           THE WITNESS:  To the best of my knowledge,

20   there are no studies quantifying the effects of social   11:00:30

21   causes on differences in athletic performance or

22   physiological factors of athletic performance between

23   boys and girls.

24   BY MR. BLOCK:

25       Q    In preparation for your report, did you         11:00:41

                                                  Page 94

```
1     conduct original research on the athletic performance

2     of prepubertal boys and prepubertal girls?

3          A   I have --

4              MR. FRAMPTON:  Objection; form.

5              Go ahead.                                11:00:59

6              THE WITNESS:  I have downloaded, as stated in

7     my report, data from Athletic.net, looking at the

8     performance of seven-and eight-year-old children, of

9     nine- and ten-year-old children, which are presumed to

10    be prepubertal, and not just the numbers in the report,  11:01:14

11    but other data, I have analyzed it statistically, and

12    the boys outperform the girls in all of the track

13    events that I analyzed.

14    BY MR. BLOCK:

15         Q   Have you tried to have your analysis published  11:01:25

16    anywhere?

17         A   The analysis is being presented at UNK Student

18    Research Day Thursday of next week.  After

19    presentation, the student author and I will probably

20    explore publication opportunities.                11:01:39

21    BY MR. BLOCK:

22         Q   All right.  But you haven't so far?

23         A   No, I have not submitted it for publication

24    yet.

25         Q   Okay.  You've been writing on this topic in     11:01:46
```

Page 95

1   the form of white papers and expert reports for over

2   two years now; right?

3       A   That is correct.

4       Q   Have you ever attempted to submit any of your

5   analysis for publication?                                11:02:02

6       A   I have not submitted these papers for

7   publication.

8       Q   But your -- have you ever, like, tried to

9   submit your research on this topic in -- in general for

10  publication?                                             11:02:18

11          MR. FRAMPTON:  Objection; form.

12          THE WITNESS:  So in general, do you mean

13  differences between boys and girls?

14  BY MR. BLOCK:

15      Q   I mean on the participation of transgender      11:02:27

16  girls and women.

17      A   So as stated in my declaration, I have the

18  Physiology Educator (sic) Community of Practice blog

19  post that I have written, that was reviewed prior to

20  being published on the web, and I have the presentation  11:02:43

21  I made at the American Physiological Society Sex and

22  Gender conference.

23      Q   Okay.  Anything else?

24      A   Those are the only two that I can remember

25  that I have put out for public dissemination.            11:02:58

                                                     Page 96

```
 1        Q    Okay.  And were -- were either of those two

 2    examples peer reviewed?

 3        A    They were both peer reviewed.

 4        Q    Okay.  Have you had -- well, we'll look at --

 5    we'll look at those in -- in a minute, but there's no      11:03:16

 6    other example of you attempting to submit work on this

 7    topic to a peer-reviewed publication?

 8        A    I have reached out to a journal editor about a

 9    possible letter to the editor, but the journal said

10    they don't publish letters to the editor.                 11:03:40

11        Q    Okay.  Why didn't you attempt to have your

12    white paper, you know, published by a peer-reviewed

13    journal?

14        A    Well, quite honestly, because Emma Hilton,

15    Tommy Lundberg, Joanna Harper and FIMS have all already   11:03:59

16    published on this and have done a pretty good job

17    reviewing the literature, so I'm not sure that another

18    review of the literature is going to add to the

19    scholarly knowledge.

20        Q    What did the letter to the editor that you       11:04:12

21    wanted to write say?

22        A    I just asked the editor if they would accept a

23    letter regarding the participation of trans women in

24    women's sports.

25        Q    What publications was that?                      11:04:27
```

Page 97

```
 1        A    I cannot remember if it was Medicine & Science

 2    in Sports & Exercise or the Journal of Strength and

 3    Conditioning Research.

 4        Q    Okay.  And did you say what the letter would

 5    opine about?                                            11:04:43

 6        A    No.

 7             MR. FRAMPTON:  Objection; form.

 8             THE WITNESS:   Sorry.

 9             I just asked if they would accept a letter on

10    the topic.                                              11:04:52

11    BY MR. BLOCK:

12        Q    Okay.  Are you aware of any studies that

13    specifically examine the athletic performance of

14    prepubertal transgender girls?

15             MR. FRAMPTON:  Objection; form.                11:05:07

16             THE WITNESS:  I am not aware of any studies

17    evaluating the performance of prepubertal biological

18    gir- -- biological boys competing in girls' sports.

19    BY MR. BLOCK:

20        Q    Okay.  So let's -- we agreed before that if I  11:05:18

21    say the term, you know, "trans girls," you understand

22    what I'm saying; right?

23        A    Yes.  I just am speaking to make sure I'm

24    clear to myself in what I'm saying.

25        Q    Okay.  So, you know, I -- I understand that    11:05:31
```

```
 1    there's physical fitness data on -- on prepubertal boys

 2    versus prepubertal girls, and my question is, are you

 3    aware of any data that specifically breaks out

 4    prepubertal trans girls and reports on their

 5    performance?                                          11:05:53

 6         A   I am not aware of any data analyzing trans

 7    girls.

 8         Q   Okay.  So are you aware of any data comparing

 9    the performance of prepubertal trans girls to

10    prepubertal cis girls?                                11:06:12

11         A   I am not aware of any research on that topic.

12         Q   Okay.  If you could turn to page -- sorry --

13    paragraph 114 of your report again.

14         A   Yes, paragraph 114, page 37.

15         Q   Okay.  I have to pull it up, too.            11:06:38

16             All right.  And it -- it continues from page

17    37 to 38.  You say (as read):

18             "While boys exhibit some performance

19             advantages even before puberty, it is

20             both true and" --                            11:06:52

21             Sorry, my -- my PDF -- I'll read this again

22    for the record.  I apologize.  (As read):

23             "While boys exhibit some performance

24             advantages even before puberty, it is

25             both true and well known to common          11:07:03
```

Page 99

```
 1            experience that the male advantage

 2            increases rapidly, and becomes much

 3            larger, as boys undergo puberty and

 4            become men.  Empirically, this can be

 5            seen by contrasting the modest              11:07:17

 6            advantages reviewed immediately above

 7            against the large performance

 8            advantages enjoyed by men that I have

 9            detailed in Section II."

10            Did I read that right?                      11:07:26

11      A    It sure seemed like you read it word for word.

12      Q    All right.  Thanks, I did my best.

13            So even though you contend that boys have a

14   performance advantage before puberty, you believe those

15   advantages are modest when compared with the large         11:07:41

16   performance advantages resulting from puberty?

17            MR. FRAMPTON:  Objection; form.

18            THE WITNESS:  Yes, they are smaller than the

19   advantages that occur after puberty.

20   BY MR. BLOCK:                                          11:07:55

21      Q    Okay.  And -- and "modest" was your word;

22   right?

23      A    Yes, "modest" was my word.

24      Q    Okay.  And do you think it's unfair for

25   prepubertal boys and girls in elementary school to --    11:08:11
```

                                                    Page 100

```
 1    to play on coed or mixed teams?

 2            MR. FRAMPTON:  Objection; form, scope.

 3            THE WITNESS:  Before puberty, boys have

 4    athletic advantages compared to girls.

 5    BY MR. BLOCK:                                    11:08:29

 6        Q    Do you think it's unfair for prepubertal boys

 7    and girls in elementary school to play on coed or mixed

 8    teams?

 9            MR. FRAMPTON:  Same objections.

10            THE WITNESS:  I really haven't been retained   11:08:38

11    as an expert witness to state fair or unfair in this

12    matter as much as to provide the information and allow

13    the policymakers to determine fair versus unfair.

14    BY MR. BLOCK:

15        Q    Okay.  So you're not, in your expert report,   11:08:50

16    providing an opinion on whether it's fair for trans

17    girls and women to compete on women's sports teams; is

18    that right?

19            MR. FRAMPTON:  Objection; form and scope.

20            Go ahead.                                11:09:05

21            THE WITNESS:  In my expert report, I have done

22    my best to focus on the known biological differences

23    between males and females, how those known biological

24    differences gives male an athletic advantage and how

25    that athletic advantage is not erased by a transgender   11:09:17
```

Page 101

```
 1    identity or the use of puberty blockers, gender --

 2    transgender hormones.

 3    BY MR. BLOCK:

 4        Q   Okay.  So you don't provide an expert opinion

 5    on whether the goals of fairness, safety and          11:09:30

 6    transgender inclusion are reconcilable?

 7            MR. FRAMPTON:  Objection; form.

 8            THE WITNESS:  If I recall correctly, I think I

 9    quote a source or two that state on that or perhaps

10    paraphrase a source or two on what has been stated on  11:09:49

11    that.

12    BY MR. BLOCK:

13        Q   Okay.  So -- so just to clarify the scope of

14    the opinions you're offering, you are not presenting an

15    expert opinion on whether it is fair or unfair for     11:09:57

16    girls and women who are transgender to participate on

17    girls and women's sports teams; correct?

18            MR. FRAMPTON:  Objection; form.

19            THE WITNESS:  I have tried to focus on the

20    biological differences and how those differences       11:10:16

21    provide male advantages and how those differences are

22    not erased due to transgender identity or

23    gender-affirming hormone therapy.  I have tried to not

24    give an opinion on fair versus unfair.

25    ///
```

                                              Page 102

```
  1    BY MR. BLOCK:

  2        Q    Okay.  And, you know, I apologize for being

  3    persnickety in the phrasing of the question, but I want

  4    to make sure that -- that -- that you're not answering

  5    about what you're focusing on.  I want to know whether    11:10:45

  6    any evidence is going to be submitted in the form of an

  7    expert opinion by you regarding fairness of girls and

  8    women who are transgender participating in -- in girls

  9    and women's sports.

 10              So I'm just going to ask it again, and I would   11:11:05

 11    just appreciate a "yes" or "no" answer, if you're

 12    capable of giving it.

 13              Are you providing an expert opinion in this

 14    case regarding whether it is fair or unfair for girls

 15    and women who are transgender to compete on girls and    11:11:18

 16    women's sports teams?

 17              MR. FRAMPTON:  Objection; form, scope.

 18              Go ahead.

 19              THE WITNESS:  I don't think I can answer that

 20    as a yes-or-no question because the information          11:11:30

 21    demonstrates that there's an advantage for biological

 22    males.  And so then we come to a question of fair,

 23    which is a very challenging metaphysical question that

 24    I would prefer others address.

 25    ///
```

Page 103

```
 1    BY MR. BLOCK:

 2         Q   So you -- you are not an expert on whether it

 3    is fair or unfair for girls and women who are

 4    transgender to participate on girls and women's sports

 5    teams?                                              11:12:01

 6              MR. FRAMPTON:  Objection; form.

 7              THE WITNESS:  I'm not a sports philosopher in

 8    whom that field would fall into.

 9    BY MR. BLOCK:

10         Q   Right.  Therefore, you are not providing an    11:12:15

11    expert opinion on whether it is fair or unfair for

12    girls and women who are transgender to participate on

13    girls and women's sports teams?

14              MR. FRAMPTON:  Same objection.

15              THE WITNESS:  As I've said, I've done my best   11:12:25

16    to try and stick to the data and not give my opinion on

17    what is fair or unfair.

18    BY MR. BLOCK:

19         Q   I'm sorry, Dr. Brown, this -- this really

20    should be like a -- a simple question.  Because when    11:12:35

21    you say "focus" and "I've tried to," that -- that's

22    just not answering my question.  I just really need a

23    question (sic) on whether evidence is going to be

24    submitted in this case, from you, in the form of an

25    expert opinion under Federal Rules of Evidence 702 on   11:12:50
```

Page 104

1    whether or not it is fair or unfair for girls and women

2    who are transgender to participate.

3              Regardless of whether it's your focus,

4    regardless of whether you're trying -- what you're

5    trying or not trying to do, I just need a "yes" or "no"    11:13:07

6    answer on whether you are providing an expert opinion

7    on the topic of fairness.

8              MR. FRAMPTON:  Same objection.

9              THE WITNESS:  So would you allow me a few

10   minutes to review the conclusions to my declaration?    11:13:21

11   Because I don't want to say something that is

12   contradictory to what I have said in what is submitted

13   as an expert declaration.

14             MR. BLOCK:  All right.  We can -- we can go

15   off the record, if you would like to do that right now.    11:13:38

16             Does counsel want to go off the record?

17             MR. FRAMPTON:  No, we don't need to go off the

18   record.  If he wants to review something, he can review

19   it.

20             MR. BLOCK:  Well, I'm not taking time out from    11:13:47

21   the deposition for him to review what -- what his

22   expert opinions are in -- in this case.

23             So, you know, if he wants to do it during a

24   break, you know, you're welcome to, but you're not

25   using my deposition time to answer a simple question.    11:14:00

Page 105

```
 1              I mean, this witness should know what he's

 2     providing an expert opinion on, so --

 3              MR. FRAMPTON:  And I think he's told you about

 4     three times now, but again, I don't need to argue that

 5     on the record.                                    11:14:13

 6     BY MR. BLOCK:

 7          Q   But you know you're not providing an expert

 8     opinion on whether it's fair or unfair for prepubertal

 9     girls and boys in elementary school to play on coed or

10     mixed sports teams?                               11:14:28

11          A   I think I've already answered that question

12     with my statement about focusing on what the science is

13     saying on who has advantages.

14          Q   All right.  Are you qualified to offer an

15     expert opinion on fairness?                       11:14:39

16              MR. FRAMPTON:  Objection; form.

17              THE WITNESS:  Who is a qualified expert to

18     offer an opinion on fairness?

19     BY MR. BLOCK:

20          Q   I don't know.  Are you?                  11:14:53

21              MR. FRAMPTON:  Same objection.

22              Go ahead.

23              THE WITNESS:  I think I can offer fairness as

24     far as my understanding of what the policies and

25     procedures are that are set to determine what is fair  11:15:08
```

Page 106

```
 1    in sports.

 2    BY MR. BLOCK:

 3         Q    Your personal opinion; right?

 4              MR. FRAMPTON:  Same objection.

 5              THE WITNESS:  No.  For instance, there are a      11:15:27

 6    lot of policies that specify the -- that use of

 7    performance-enhancing substances are unfair, in which

 8    that is something that I would teach in my sports -- my

 9    sport nutrition class.  Since I'm teaching it in a

10    class, I've been judged by my peers to be an expert on   11:15:41

11    that.

12    BY MR. BLOCK:

13         Q    Okay.  But are you qualified to offer an

14    expert opinion on whether it's fair or unfair for girls

15    and women who are transgender to compete in women's       11:15:50

16    sports?

17              MR. FRAMPTON:  Same objection.

18              THE WITNESS:  Am I qualified?  Well, the

19    policies state that it is not fair.  And so if I am

20    following the policy, I suppose I am an expert in that.   11:16:02

21    BY MR. BLOCK:

22         Q    I don't understand what that means.

23         A    So when I teach in my classes, in my field, in

24    my expertise, quite often we discuss and teach about

25    the policies on what is fair participation or unfair      11:16:20
```

Page 107

1    participation.  Since I'm teaching it and I'm judged by

2    my peers as an expert in it, then I would say I can

3    give an expert opinion on it.

4        Q   Who -- who are -- who -- who judges you as

5    quali- -- what peers judge you as qualified to -- to    11:16:40

6    give an expert opinion on whether it's fair for girls

7    and women who are transgender to compete in girls and

8    women's sports?

9        A   Well, my -- again, I've been accepted by my

10    peers as an expert to present on this topic, on the    11:16:59

11    participation and the physiological effects of

12    transgender individuals.

13        Q   Right.  My question was about fairness.

14        Have you been -- who, among your peers, have

15    said that you are qualified to opine on the fairness of    11:17:16

16    the participation of girls and women who are

17    transgender in -- in girls and women's sports?

18        A   My colleagues at the university I work at,

19    administrators at the university I work at, they honor

20    my opinion.    11:17:35

21        Q   I thought that your opinion in this matter

22    just reflects your own views, not the views of the

23    university; is that right?

24        A   That is correct.

25        Q   Okay.  So what do you mean by -- when you say    11:17:43

Page 108

```
1    that the university honors your opinion?

2         A    They allow me to express my opinion, and they

3    recognize that it falls within my discipline and my

4    field and the scope of my professional expertise.

5         Q    How did they recognize that?            11:18:03

6         A    They've told me.

7         Q    Who has told you?

8         A    The athletic director, the -- one of the

9    senior vice chancellors, I can't remember her full

10   title, another one of the vice chancellors for academic   11:18:24

11   and student affairs.

12        Q    Has any --

13        A    Along -- along with some of my colleagues in

14   the department.

15        Q    Did the university tell you to testify in this   11:18:32

16   case?

17        A    The university did not tell me to or not to

18   testify in this case.

19        Q    Okay.  Did any of the -- your -- your

20   colleagues that honor your opinions, are any of them    11:18:43

21   experts in fairness?

22             MR. FRAMPTON:  Objection; form.

23             THE WITNESS:  Well, one of them is a -- I

24   guess his area would be sports sociology and sports

25   psychology and does a lot of work in the area of    11:19:03
```

Page 109

1    policies and procedures for sports, so I would say that

2    he's probably an expert in fairness.

3    BY MR. BLOCK:

4        Q   Have you been invited by any sort of

5    professional policymaking organizations to participate    11:19:15

6    in crafting policies?

7        A   No, I have not.

8        Q   Okay.  Do you know whether West Virginia has

9    any laws or policies regarding sex-separated sports for

10   prepubertal children?                                     11:19:43

11           MR. FRAMPTON:  Objection; form.

12           THE WITNESS:  My understanding of the law that

13   we're meeting about now does specify that you

14   participate in sports based on biological sex.

15   BY MR. BLOCK:                                             11:19:57

16       Q   Do you -- do you know whether West Virginia

17   has any laws or policies regarding the participa- --

18   let me say this again.

19           Do you know whether West Virginia has any laws

20   or policies regarding sex-separated sports in            11:20:13

21   elementary school?

22           MR. FRAMPTON:  Objection; form.

23           THE WITNESS:  If I recall correctly, this law

24   applies to elementary school.

25   ///

Veritext Legal Solutions
866 299-5127

1    BY MR. BLOCK:

2        Q    Would your opinions in this case change if you

3    were to learn that the law doesn't apply to elementary

4    school?

5            MR. FRAMPTON:  Objection to form.              11:20:36

6            THE WITNESS:  No, my opinion would not change

7    because there are biological differences between males

8    and females that give males an inherent athletic

9    advantage.

10   BY MR. BLOCK:                                          11:20:45

11       Q    Do you think it's reasonable for a state to

12   say that it wants sex-separated teams beginning in

13   middle school, but not in elementary school?

14           MR. FRAMPTON:  Objection; form.

15           THE WITNESS:  I think it is reasonable since    11:21:06

16   most of the time younger children's leagues are

17   considered developmental and the children are not

18   competing for prizes or honors.  A lot of times that

19   competition begins in middle or high school.

20           MR. BLOCK:  Okay.  That -- that's a great       11:21:24

21   lead-in to the next exhibit.  So if you would give me a

22   second to make that happen.

23           (Exhibit 69 was marked for identification

24        by the court reporter and is attached hereto.)

25   ///

Page 111

```
 1    BY MR. BLOCK:

 2        Q   All right.  Soon appearing in your folder will

 3    be a document marked Exhibit 69.  Let me know when

 4    that's available.

 5            Do you see it?                            11:22:09

 6        A   Exhibit 69, Briefing Book, WSPWG?

 7        Q   Yes.  And you cite to this document in your

 8    report; right?

 9        A   Yes, I think I do.

10        Q   Okay.  Great.                            11:22:21

11            If you could turn to footnote 2, I believe,

12    footnote 2, page 8 of the document.

13            Can you let me know when you get to that?

14        A   Footnote 2, page 8 starts off with the word

15    "endocrinologists."                              11:22:51

16        Q   Yes.

17        A   Yes.

18        Q   Okay.  If you look at what that footnote 2,

19    like, refers to, in the third paragraph, beginning with

20    "at the same time."                              11:23:05

21            Do you see in the text "at the same time"?

22        A   Sorry.

23        Q   Yeah.  Sure.  The third paragraph from the top

24    of the page begin- --

25        A   Oh, sorry.  Sorry.  Yes, I've got it.    11:23:19
```

Veritext Legal Solutions
866 299-5127

```
 1        Q    Yeah.  The second sentence of that paragraph,

 2   it says (as read):

 3             "Because the onset of male puberty —

 4             normally around ages 11 - 12 in boys —

 5             is the physical justification for          11:23:30

 6             separate sex sport..."

 7             And then that's what triggers the footnote 2;

 8   correct?

 9        A    Yes.

10        Q    Okay.  And then footnote 2 says (as read):   11:23:39

11             "Endocrinologists explain that puberty

12             in boys should start between ages 9-13

13             and in girls between ages 8-12; that

14             puberty usually takes 4-5 years to

15             complete so that 95% of boys will have       11:23:53

16             started puberty by age 13.  This

17             timing is consistent with the formal

18             position of the Women's Sports

19             Foundation providing that '[p]rior to

20             puberty, females and males should            11:24:05

21             compete with and against each other on

22             coeducational teams.'"

23             Did I read that correctly?

24        A    Yes, you read that correctly.

25        Q    Okay.  And then it cites to a document from   11:24:21
```

Page 113

```
 1    the Women's Sports Foundation; correct?

 2         A   Yes.

 3         Q   Did you read that document?

 4         A   I cannot recall specifically if I've read that

 5    or not.  I think I probably did, but I can't recall.    11:24:29

 6         Q   Okay.  And so you understand that it's the

 7    position of the Women's Sports Foundation that prior to

 8    puberty, females and males should complete with and

 9    against each other on coeducational teams?

10         A   Well, that is what is stated in this document.   11:24:51

11         Q   Okay.  Do you feel like you -- do you feel

12    that you are qualified to offer an expert opinion on

13    the fairness of elementary school kids participating on

14    coeducational teams?

15              MR. FRAMPTON:  Objection; form.              11:25:08

16              THE WITNESS:  I think I can offer information

17    on the differences in -- the -- the biological

18    differences between boys and girls and how that gives

19    boys an advantage in athletics.

20    BY MR. BLOCK:                                          11:25:23

21         Q   Do you think the Women's Sports Foundation is

22    a better source of information than you on what

23    benefits prepubertal girls in athletic participation?

24              MR. FRAMPTON:  Objection; form.

25              THE WITNESS:  Can you rephrase that question?   11:25:40
```

Page 114

```
 1    BY MR. BLOCK:

 2         Q   Yeah, yeah.

 3             Who -- who -- who do you think is a better

 4    source of authority on -- on -- on -- on what is in the

 5    best interest of prepubertal girls when it comes to        11:25:53

 6    athletics, you or the Women's Sports Foundation?

 7             MR. FRAMPTON:  Objection; form.

 8             THE WITNESS:  I think this may be a situation

 9    where I don't agree with the Women's Sports Foundation.

10    BY MR. BLOCK:                                              11:26:08

11         Q   Okay.  If you go back to -- to your report, on

12    page 4, page 4 of your report.  It's not in numbered

13    paragraphs yet.  And this is Exhibit 64, I believe.

14         A   Okay.  Page 4 where I have "Overview"?

15         Q   Yes.                                              11:26:59

16         A   All right.

17         Q   In the first bullet point, you say (as read):

18             "At the level of (a) elite, (b)

19             collegiate, (c) scholastic, and (d)

20             recreational competition, men,                    11:27:10

21             adolescent boys, or male children,

22             have an advantage over equally aged,

23             gifted, and trained women, adolescent

24             girls, or female children in almost

25             all athletic events."                             11:27:19
```

Page 115

```
 1              Is that right?

 2        A    That is correct.

 3        Q    Okay.  So do you think that -- that

 4   prepubertal boys and prepubertal girls should not be

 5   playing in competition with each other in recreational    11:27:34

 6   events?

 7              MR. FRAMPTON:  Objection; form.

 8              THE WITNESS:  I think if they are competing

 9   for prizes, for awards, the boys have an advantage.

10   BY MR. BLOCK:                                             11:27:45

11        Q    And, therefore, they should not be competing

12   against each other for prizes and awards?

13              MR. FRAMPTON:  Objection; form, scope.

14              THE WITNESS:  I would say that if we are --

15   yeah, the boys should not be competing against the        11:28:06

16   girls if they're competing for prizes and awards.

17   BY MR. BLOCK:

18        Q    Do you think that in the case of transgender

19   girls and women after puberty, do you think they should

20   not be allowed to play on recreational teams with         11:28:24

21   cisgender girls and women?

22              MR. FRAMPTON:  Objection; form, scope.

23              THE WITNESS:  I have concerns about the safety

24   of cisgender girls and women competing against

25   biologically male -- sorry -- trans women.                11:28:45
```

Page 116

```
 1    BY MR. BLOCK:

 2         Q    Do you think that cisgender girls and women

 3    should be allowed to play on football teams with

 4    biological boys?

 5              MR. FRAMPTON:  Objection; form, scope.        11:29:00

 6              THE WITNESS:  If the girls are informed of the

 7    risks, then the girls should be able to make an

 8    informed choice on that matter.

 9    BY MR. BLOCK:

10         Q    So you don't think it's the -- the -- safety   11:29:13

11    reasons should prohibit cisgender girls and women from

12    playing football with cisgender boys?

13              MR. FRAMPTON:  Same objection.

14              THE WITNESS:  If the girls would like to play

15    on the boys' team and they and their parents make an    11:29:28

16    informed choice that they're willing to accept those

17    risks, then I think that is up to them to choose.

18    BY MR. BLOCK:

19         Q    Okay.  And -- and do you think that cisgender

20    girls and women should be allowed to play on wrestling   11:29:42

21    teams with cisgender boys and men?

22              MR. FRAMPTON:  Same objection.

23              THE WITNESS:  I would say the same statement,

24    if they are aware of the inherent risks and recognize

25    the advantages that males have, they can make that     11:29:56
```

Page 117

```
 1    choice.

 2    BY MR. BLOCK:

 3        Q   Going back to recreational competition, do you

 4    think that transgender girls and women should not be

 5    allowed to play recreational sports on girls and          11:30:07

 6    women's teams if the sport is a noncontact or collision

 7    sport?

 8            MR. FRAMPTON:  Same objection.

 9            THE WITNESS:  If it is a women's league, then

10    that should be limited to biological women.              11:30:25

11    BY MR. BLOCK:

12        Q   Even if they're not competing for prizes?

13            MR. FRAMPTON:  Same objection.

14            THE WITNESS:  Can I walk through this for just

15    a minute?                                                11:30:37

16    BY MR. BLOCK:

17        Q   Sure.

18        A   Oh.  So if women are signing up for a women's

19    recreational league, I think they do so with the

20    expectation they will be playing -- and even if it's     11:30:47

21    not competing for prizes, but they are competing --

22    with other women.  And so introducing a trans woman is

23    not fair to the women that have said that they are

24    competing against biological women.

25        Q   Why isn't it fair if they're not competing for   11:31:04
```

Veritext Legal Solutions
866 299-5127

```
 1    prizes?

 2            MR. FRAMPTON:  Same objection.

 3            THE WITNESS:  Well, if they are competing --

 4    even if it's not prizes, they are competing.

 5    BY MR. BLOCK:                                    11:31:21

 6        Q    What if they're just -- just participating

 7    together for recreational purposes?

 8            MR. FRAMPTON:  Objection; form.

 9            THE WITNESS:  Then I think that the cisgender

10    women still need to be fully informed of whether there  11:31:38

11    will be trans women or not, and then they could make

12    their choice on a recreational pickup game type of

13    play.

14    BY MR. BLOCK:

15        Q    Okay.  If -- how about riflery, should       11:31:47

16    transgender girls and women be allowed to play on a

17    recreational riflery league with cisgender girls and

18    women?

19            MR. FRAMPTON:  Objection; form and scope.

20            THE WITNESS:  Once again, if they are just out  11:32:14

21    shooting for fun and they're not competing and the

22    recognition is that it is not exclusively a women's

23    event.  All of those need to be considered.

24    BY MR. BLOCK:

25        Q    Do you think transgender girls and women have  11:32:28
```

Page 119

1    an athletic advantage over cisgender girls and women

2    when it comes to riflery?

3            MR. FRAMPTON:  Objection; form and scope.

4            THE WITNESS:  Yes, I do think that transgender

5    girls and women have an advantage over cisgender girls    11:32:41

6    and women because you still have to hold the rifle, you

7    still have to feel the recoil, and a larger individual

8    will have less felt recoil.

9    BY MR. BLOCK:

10       Q   So in terms of recreational activities, if a    11:33:16

11   policy said that transgender girls and women can't

12   compete in, you know, championship competition but can

13   compete on recreational teams with cisgender girls and

14   women and that policy is well known, is it your

15   position that transgender girls and women should still,    11:33:43

16   you know, not be allowed to compete on the -- to

17   participate on those recreational teams with cisgender

18   girls and women?

19           MR. FRAMPTON:  Objection; form and scope.

20           THE WITNESS:  It's kind of a long, complicated    11:33:57

21   question.  Can you simplify it for me?

22   BY MR. BLOCK:

23       Q   Well, your -- your answer on recreational

24   teams was that you want the cisgender people to be

25   informed that a transgender person might be there.    11:34:12

                                                    Page 120

```
 1            So my question is, assuming that they're

 2      informed, do you still think that transgender girls and

 3      women should not be allowed to participate on

 4      recreational teams with cisgender girls and women?

 5            MR. FRAMPTON:  Objection; form, scope.        11:34:27

 6            THE WITNESS:  So if the governing policies for

 7      that recreational league indicate that transgender

 8      girls and women can compete there and if it doesn't

 9      violate some type of law that would regulate the

10      funding for that recreational league and if the       11:34:36

11      women -- if everyone is fully informed of who they will

12      be playing with in this recreational league, then that

13      would be okay for the trans women to participate in

14      that league.

15      BY MR. BLOCK:                                          11:34:59

16         Q   But you think that the cisgender girls and

17      women would need to be specifically notified that there

18      is an identifiable trans participant on the team as

19      opposed to just knowing that as a matter of policy

20      there might be one?                                    11:35:15

21            MR. FRAMPTON:  Same objection.

22            THE WITNESS:  My experience tells me that a

23      lot of women would like to know that.

24      BY MR. BLOCK:

25         Q   Why?                                            11:35:23
```

Page 121

```
 1        A   Because --

 2            MR. FRAMPTON:  Same objection.

 3            Go ahead.

 4            THE WITNESS:  Because they want to know who

 5     they're competing against and because of our        11:35:29

 6     longstanding policy of sex-segregated sports, they want

 7     to know if they're playing on a coed team or a

 8     sex-segregated team.

 9     BY MR. BLOCK:

10        Q   When you say your experience tells you that   11:35:42

11     women would like to know that, what experience?

12        A    Talking with friends and family members,

13     students, colleagues, those types of things.

14            MR. BLOCK:  So I -- I am going to another

15     section.  I'm happy to continue going, unless you need  11:36:13

16     a -- a break.

17            THE WITNESS:  I need a bathroom break.

18            MR. BLOCK:  Sure.  See you in five minutes.

19            THE WITNESS:  All right.  Thanks.

20            THE VIDEOGRAPHER:  We are off the record at    11:36:24

21     11:36 a.m.

22            (Recess.)

23            THE VIDEOGRAPHER:  We are on the record at

24     11:47 a.m.

25            MR. BLOCK:  Great.                             11:47:20
```

Page 122

```
  1    BY MR. BLOCK:

  2        Q   Dr. Brown, during the break, did you have a

  3    chance to review your expert report to determine

  4    whether you're offering an opinions on fairness?

  5            MR. FRAMPTON:  Objection; form.           11:47:30

  6            THE WITNESS:  I didn't take advantage of that

  7    time to look at that.

  8            MR. BLOCK:  Okay.  I'm going to mark another

  9    exhibit here.  So this -- this exhibit, which will

 10    appear shortly, is going to be marked as Exhibit 70.   11:47:58

 11            (Exhibit 70 was marked for identification

 12          by the court reporter and is attached hereto.)

 13    BY MR. BLOCK:

 14        Q   Please let me know when it's up on your

 15    screen.                                          11:48:05

 16        A   All right.  Exhibit 70, 070 - 2021.

 17        Q   Yes.  Can you tell me -- well, first of all,

 18    have you ever seen this document?

 19        A   You know, I can't promise that I have seen

 20    this document.                                   11:48:38

 21        Q   Okay.  What does -- this is a document -- I've

 22    got to scroll back up to page 1 of this document

 23    myself.

 24            This document is a transcript of hearings

 25    in -- in the Pennsylvania house of representatives on   11:48:56
```

```
 1    H.B. 972, Fairness in Women's Sports Act.

 2            Is that -- do you agree that's what this

 3    document appears to be?

 4        A   Yes, that appears to be a transcript of a

 5    hearing on that.                                  11:49:14

 6        Q   Okay.  And that hearing was on August 4th,

 7    2021; correct?

 8        A   That's what it says.

 9        Q   Okay.  And do you remember providing testimony

10    as part of this hearing?                          11:49:24

11        A   I do remember providing testimony for that.

12        Q   Okay.  Terrific.

13            If you can go to page 15.

14        A   Sorry.  It's loading slowly.  As I scroll, I

15    have to wait for the page to load.                11:49:54

16        Q   Yeah.  No, I -- I appreciate that.

17        A   Okay.  Page 15?

18        Q   Yes.

19        A   Starts off "Biological sex confers"?

20        Q   Yeah.                                     11:50:03

21        A   Okay.

22        Q   "Biological" -- I'm just going to read it into

23    the record.  (As read):

24            "Biological sex confers inherent

25            athletic advantages to human males        11:50:09
```

Page 124

```
 1              compared to human females such that

 2              even before puberty, males have

 3              10 percent more muscle mass, less body

 4              fat, larger hearts and lungs, denser

 5              bones, and other anatomical and              11:50:20

 6              physiological traits that give males

 7              inherent athletic advantages over

 8              comparably aged and trained females."

 9              Did I read that right?

10      A    Yes.                                            11:50:31

11      Q    And do you recall giving that testimony?

12      A    Yes.

13      Q    Is it true that -- that prepubertal boys have

14   denser bones than prepubertal girls?

15      A    I would need to look back at my research        11:50:50

16   that -- you know, the papers that I've read to see on

17   that.

18      Q    Okay.  Is it -- is it true that prepubertal

19   boys have larger hearts and lungs than prepubertal

20   girls?                                                  11:51:01

21      A    They have larger lungs.  And again, I would

22   want to refer back to my research on the larger hearts.

23      Q    Okay.  Now, if you go to page 16.

24      A    Okay.

25      Q    Actually, go to page 17, line 3.                11:51:31
```

                                                        Page 125

```
 1              You say (as read):

 2          "And a male to female individual will

 3          never experience nor need to learn how

 4          to cope with menstrual-cycle

 5          challenges, whereas 50 to 71 percent          11:51:49

 6          of female athletes expressed concerns

 7          that their menstrual cycle may

 8          influence their physical performance."

 9          Did I read that right?

10      A   Yes, you did.                                11:52:03

11      Q   So is it your testimony that one advantage

12   that transgender girls and women have over cisgender

13   girls is that they don't have to worry about their

14   menstrual-cycle concerns?

15          MR. FRAMPTON:  Objection to the form and     11:52:09

16   scope.

17          Go ahead.

18          THE WITNESS:  Yes, that is what I said in this

19   situation in Philadelphia.

20   BY MR. BLOCK:                                       11:52:16

21      Q   Okay.  Do you --

22      A   Sorry, Harrisburg.

23      Q   Okay.  Are you offering that opinion in this

24   case?

25      A   I did not include that opinion in my written  11:52:23
```

                                                         Page 126

1    statement for this case.

2        Q    Okay.  Are you offering that opinions now in

3    this case?

4        A    I would offer that opinions now.

5        Q    Okay.  And -- so do you think that cisgender      11:52:33

6    girls who are not menstruating have an advantage over

7    cisgender girls who do menstruate?

8            MR. FRAMPTON:  Objection; form, scope.

9            THE WITNESS:  So the research regarding the

10   effects of the menstrual cycle on athletic performance    11:52:53

11   are very difficult and very confusing and some

12   instances so -- show that phase of the menstrual cycle

13   influence a performance, some do not.

14           But as I stated there, depending on which

15   survey you're looking at, 50 to 71 percent of female      11:53:11

16   athletes are concerned that their menstrual cycle will

17   negatively impair their performance.

18   BY MR. BLOCK:

19       Q    Okay.  Do you think we should have separate

20   teams for girls and women who menstruate and girls and    11:53:22

21   women who don't?

22           MR. FRAMPTON:  Same objection.

23           THE WITNESS:  No, I do not.

24   BY MR. BLOCK:

25       Q    Why not?                                          11:53:36

                                                   Page 127

```
 1        A    Because they're all biologically female.

 2        Q    Even though some of them would have the

 3   advantage of not having to worry about their menstrual

 4   cycle; is that right?

 5             MR. FRAMPTON:  Same objection.              11:53:46

 6             THE WITNESS:  Again, what -- can you please

 7   rephrase that?

 8             There were some questions -- some statements

 9   in there that were more absolute than I'm comfortable

10   answering.                                           11:54:00

11   BY MR. BLOCK:

12        Q    Okay.  So despite the fact that cisgender

13   girls and women who don't menstruate don't have to

14   worry about how their menstrual cycle will affect

15   athletic performance, you think that it's still fair  11:54:13

16   for girls and women who menstruate to participate on

17   the same sports teams as girls and women who don't

18   menstruate; correct?

19             MR. FRAMPTON:  Objection; form and scope.

20             THE WITNESS:  So when you're talking about  11:54:30

21   menstruate, I want to make sure we're on the same page

22   here.

23             Do you mean they have lost having their

24   menstrual cycle?

25   ///
```

Page 128

```
 1    BY MR. BLOCK:

 2        Q   I -- you know, I -- some -- that -- that could

 3    be one thing.  Some -- some girls and women who are cis

 4    don't have a menstrual cycle.

 5            So for whatever reason, a cisgender girl and      11:54:58

 6    women who do not menstruate, should they be playing on

 7    different teams from girls and women who do menstruate?

 8            MR. FRAMPTON:  Objection; form and scope.

 9            THE WITNESS:  So loss of the menstrual cycle

10    is generally a negative connotation for a woman in       11:55:15

11    terms of athletic performance.  It would indicate

12    somewhere progressing on the female athlete triad.  And

13    so they're still biological women.  They should still

14    be on the women's team.

15    BY MR. BLOCK:                                            11:55:39

16        Q   So is it really relevant one way or another

17    whether or not someone is menstruating to their

18    athletic performance?

19            MR. FRAMPTON:  Same objection.

20            THE WITNESS:  Again, 50 to 71 percent of         11:55:47

21    female athletes are concerned that their menstrual

22    cycle will influence their physical athletic

23    performance.

24    BY MR. BLOCK:

25        Q   So is it relevant to their athletic             11:56:01
```

Page 129

1    performance whether or not someone is menstruating?

2            MR. FRAMPTON:  Same objection.

3            THE WITNESS:  For some women, it is.  For some

4    women, it is not.

5    BY MR. BLOCK:                                    11:56:21

6        Q   In your report, you refer, several times, to

7    something called "puberty blockers"; right?

8        A   Yes.

9        Q   Okay.  So I want to make sure that we're using

10   the same terminology when we're using that phrase.    11:56:34

11           When I use the phrase "puberty blockers," I'm

12   referring to gonadotropin-releasing hormone analogues.

13           Is that consistent with your understanding of

14   the term "puberty blockers"?

15       A   I know the gonadotropin-releasing hormone.  I    11:56:53

16   cannot remember if the word is "analogues" or

17   "antagonists" or "agonists."

18       Q   Okay.  So GR- --

19       A   GnR- -- yes.

20       Q   I'm sorry, can you say that again?             11:57:06

21       A   Yeah.  G-N-R-H-As.  And again --

22       Q   So --

23       A   -- I cannot remember specifically what the A

24   stands for.

25       Q   So -- so it's your understanding that the term    11:57:13

                                                     Page 130

"hormone blockers" refers to GnRHa's; correct?

A Puberty blockers.

Q Sorry. Puberty blockers.

It's your understanding that the term "puberty blocker" refers to the GnRHa's; correct? 11:57:27

A That is correct.

Q Okay. Great.

If we go to paragraph 110 of your report -- again, that's Exhibit 64. Let me know when you're -- when you get there. 11:57:39

A Paragraph 110 is what I'm headed for?

Q Yep.

A All right. Paragraph 110, page 36.

Q Great. So in paragraph 110, you say -- if you go, like -- one, two, three, four -- five lines down, 11:58:18 after the parenthetical number 9, you say (as read):

"While it is outside my expertise, my understanding is that current practice with regard to administration of puberty blockers is similar in the 11:58:33 United States."

I think you're referring to as in the UK; is that correct?

A Yes.

Q Okay. And then you say (as read): 11:58:43

1              "Tanner stages 2 and 3 generally

2         encompass" --

3         You say "an range," but I think you mean "a

4    range" -- sorry -- "a age range" -- no, I messed that

5    up.  I'll say that again.  I apologize for inserting an    11:59:00

6    error into your -- your sentence.

7         You say (as read):

8              "Tanner stages 2 and 3 generally

9              encompass an age range from 10 to 14

10             years old, with significant                     11:59:07

11             differences between individuals."

12        And then you go on to say that you're not

13   aware of research directly addressing the implications

14   for athletic capability of the use of puberty blockers.

15        So, you know, my question is, when you wrote    11:59:24

16   that paragraph, did you think it -- did you consult the

17   Endocrine Society guidelines that we had previously

18   discussed?

19        MR. FRAMPTON:  Objection to form.

20        THE WITNESS:  I cannot recall if I              11:59:45

21   specifically looked at the Endocrine Society guidelines

22   as I was writing that.  As I -- as I said, "as I

23   recall," I think, is the wording I used.

24   BY MR. BLOCK:

25        Q   Okay.  Did you make any effort to determine    11:59:57

Page 132

1    what the -- the practice in the United States is with

2    regard to administering puberty blockers?

3             MR. FRAMPTON:  Objection; form.

4             Go ahead.

5             THE WITNESS:  Well, there's the              12:00:13

6    Endocrine Society guidelines, but those are not

7    specific to the United States, if I recall, and so I --

8    BY MR. BLOCK:

9         Q    Right.

10        A    -- don't know of a specific United States     12:00:22

11   policy compared to the UK policy.  I think it's more of

12   a this is the policy.

13        Q    Yeah, got it.

14             But did you make any effort to determine what

15   the practice is in the United States?              12:00:35

16        A    I'm -- yes, I know I did look into it.

17        Q    How?  How did you look into it?

18        A    Reading scholarly literature on the topic to

19   see what it says.  Looking at web pages on the topic.

20        Q    So -- so you read scholarly literature and web   12:00:57

21   pages on the topic and you couldn't determine whether

22   the practice in the United States is to administer

23   puberty blockers at Tanner II versus Tanner III?

24             MR. FRAMPTON:  Objection; form.

25             THE WITNESS:  As I said there, my -- that is    12:01:16

                                                    Page 133

```
 1    outside my scope of my expertise, and so I don't want

 2    to be construed as saying this is the policy.  So I was

 3    trying to make sure that I was not giving specific

 4    medical advice on when someone should be administering

 5    puberty blockers.                                 12:01:32

 6    BY MR. BLOCK:

 7         Q   If you submitted an article to a peer-reviewed

 8    journal and it included a sentence saying "while it is

 9    outside my expertise, my understanding is that," you

10    know, and then the sentence continued, do you think  12:01:48

11    that type of statement would be accepted in a

12    peer-reviewed article?

13         A   It would need to be taken in the context of

14    the type of article.  And some reviewers would find it

15    acceptable because -- acknowledging what I don't know,  12:02:06

16    and others would say perhaps not.

17         Q   Do you think that your expert report in this

18    case should be held to the same standards that a

19    peer-reviewed article would be held to?

20            MR. FRAMPTON:  Objection; form, scope.      12:02:21

21            THE WITNESS:  No, this is not held in the same

22    standards of a peer-reviewed article.

23    BY MR. BLOCK:

24         Q   Why not?

25         A   This is written for a different audience.   12:02:31
```

Page 134

```
 1        Q    So why -- why should it not be held to the

 2   same standards?

 3             MR. FRAMPTON:  Objection; form and scope.

 4             THE WITNESS:  Once again, this is written for

 5   a different audience.  This is not written for the        12:02:48

 6   other experts in the field.  This is written to provide

 7   information to policymakers and in a legal situation

 8   like this.

 9   BY MR. BLOCK:

10        Q    Well, but do you think that the -- regardless   12:02:58

11   of the style in which something is written, do you

12   think the same underlying rigor should be required for

13   an expert report as a peer-reviewed article?

14             MR. FRAMPTON:  Objection; form and scope.

15             THE WITNESS:  No, an expert report is not       12:03:17

16   going to be held to the same rigor as a peer-reviewed

17   article.

18   BY MR. BLOCK:

19        Q    Okay.  So you -- do you think that the

20   opinions expressed in an expert report don't have to be  12:03:27

21   as reliable as the opinions expressed in a

22   peer-reviewed article?

23             MR. FRAMPTON:  Objection; form and scope.

24             THE WITNESS:  The opinions in an expert report

25   need to be accurate, they need to be correct.            12:03:43
```

Page 135

1   BY MR. BLOCK:

2        Q   Yeah, but that wasn't my question.

3            Can you answer my question, please?

4        A   Can you restate my your question, please?

5            MR. BLOCK:  Could the reporter read back my        12:03:50

6   question?

7            THE REPORTER:  Yes.

8            (Record read.)

9            MR. FRAMPTON:  Objection; form and scope.

10           THE WITNESS:  Generally, in a peer-reviewed        12:04:16

11   article, you are not providing opinions; you are

12   summarizing literature.  And that's primarily what I've

13   done here, is summarize literature.

14   BY MR. BLOCK:

15       Q   Do you think the accuracy of the -- of your        12:04:26

16   summaries in an expert report should be held to the

17   same standard as the accuracy of summaries in a

18   peer-reviewed article?

19           MR. FRAMPTON:  Objection; form and scope.

20           THE WITNESS:  The information needs to be          12:04:43

21   correct, accurate, truthful.

22           MR. BLOCK:  Can you read back my question,

23   Reporter?

24           (Record read.)

25           MR. FRAMPTON:  Objection; form and scope.          12:05:06

Page 136

```
 1              THE WITNESS:  I thought I answered that by

 2     saying it needs to be accurate and correct and

 3     truthful.

 4     BY MR. BLOCK:

 5         Q   Can you answer the question?              12:05:13

 6              I -- I asked -- give me a "yes" or "no"

 7     answer, please.

 8              MR. FRAMPTON:  Same objection.

 9              THE WITNESS:  I don't know that this is really

10     a yes-or-no question.                             12:05:25

11     BY MR. BLOCK:

12         Q   Are there different standards of accuracy for

13     an expert report than for a peer-reviewed article?

14              MR. FRAMPTON:  Objection; form and scope.

15              THE WITNESS:  They both need to be accurate   12:05:45

16     and correct.  The writing style is so phenomenally

17     different.

18     BY MR. BLOCK:

19         Q   All right.  But they -- but the accuracy needs

20     to be the same; correct?                          12:05:58

21              MR. FRAMPTON:  Same objection.

22              THE WITNESS:  Yes, they need to be accurate

23     and correct.

24     BY MR. BLOCK:

25         Q   Okay.  Is it fair to say that you did not   12:06:03
```

Page 137

```
 1    approach the task of writing this report with the same

 2    analytical rigor that you would have approached the

 3    task of writing a peer-reviewed article?

 4          MR. FRAMPTON:  Objection; form and scope.

 5          THE WITNESS:  That would not be a correct      12:06:16

 6    statement.

 7    BY MR. BLOCK:

 8       Q   Okay.  Would you be comfortable submitting the

 9    opinions that you expressed in this report in a

10    peer-reviewed article?                               12:06:26

11       A   Yes, I would be comfortable submitting them in

12    a peer-reviewed article.

13       Q   Okay.  If we could go back to your report, to

14    paragraph 111.  So your report is Exhibit 64.

15       A   So paragraph 111 starts "Tack et al."         12:06:50

16       Q   Yes, it does.

17           It says (as read):

18           "Tack et al. (2018) observed that in

19           21 transgender-identifying biological

20           males, administration of antiandrogens        12:07:02

21           for 5-31 months (commencing at 16.3 ±

22           1.21 years of age)" --

23           And then I think it says "age" again in

24    parentheses.  Or -- or is that just in my copy?  I'm

25    sorry.  I -- this is the second time I've -- I've      12:07:17
```

                                                      Page 138

```
 1    introduced an error into your words, so I will start

 2    that over again.

 3              (As read):

 4              "111.  Tack et al. (2018) observed

 5              that in 21 transgender-identifying        12:07:31

 6              biological males, administration of

 7              antiandrogens for 5-31 months

 8              (commencing at 16.3 ± 1.21 years of

 9              age) resulted in nearly, but not

10              completely, halting of normal            12:07:45

11              age-related increases in muscle

12              strength."

13              Okay.  Did I read that correctly?

14        A    Yes, you did.

15              MR. BLOCK:  All right.  Sorry for the error    12:07:54

16    the first time around.

17              So I'm going to introduce an exhibit now.

18              Okay.  And so this exhibit, when it -- when it

19    pops up in your folder, will be marked Exhibit 71.

20              (Exhibit 71 was marked for identification    12:08:26

21         by the court reporter and is attached hereto.)

22    BY MR. BLOCK:

23        Q    Can you please let me know when you see it.

24        A    All right.  Exhibit 71.

25        Q    All right.  Is that -- is this the Tack    12:08:41
```

Page 139

```
 1    article that you are referring to?

 2         A   Yes, it is.

 3         Q   Okay.  Great.

 4             So do you think this article is relevant to

 5    the discussion about whether transgender girls who        12:08:53

 6    receive puberty blockers have an athletic advantage

 7    over cisgender girls?

 8         A   Yes, I think it is relevant.

 9         Q   Okay.  Now, if you remember the conversation

10    we had a few minutes ago, we agreed that puberty          12:09:06

11    blockers referreds to -- refers to GnRHa's; correct?

12         A   That is correct.

13         Q   Okay.  Did any of the transgender girls in the

14    study receive GnRHa's?

15         A   Not as I recall.                                 12:09:22

16         Q   In fact, the transgender girls in the study

17    actually received a different type of hormone

18    medication called progestins; isn't that right?

19         A   That is correct.

20         Q   So this isn't actually a study about puberty     12:09:43

21    blockers, is it?

22             MR. FRAMPTON:  Objection; form.

23             THE WITNESS:  I never said this was a study

24    about puberty blockers.

25    ///
```

Page 140

```
 1    BY MR. BLOCK:

 2        Q   Why did you include this paragraph in a

 3    discussion about the effects of puberty blockers?

 4        A   Well, I clarified, in this paragraph, that

 5    they were using antiandrogens.  Because as the authors    12:10:05

 6    have stated on page 2148 (as read):

 7              This will contribute to determining

 8              the place of GnRHa and progestins,

 9              respectively, in the pharmacological

10              treatment of trans youth and to           12:10:20

11              improving our knowledge on the

12              long-term effects of these

13              interventions, as has been suggested

14              recently.

15              And then they cite a source.              12:10:27

16        Q   So in paragraph 110 of your report, you begin

17    a discussion about the effects of puberty blockers on

18    athletic performance; correct?

19        A   Let me refer back to -- just to make sure

20    we've got the right paragraph number there.         12:10:47

21              Paragraph 110.  Yes, that paragraph does bring

22    up the idea of puberty suppression and puberty

23    blockers.

24        Q   Okay.  And then in paragraph 111, you discuss

25    this article by Tack; correct?                      12:11:22
```

Page 141

```
 1        A   That is correct.

 2        Q   And then in paragraph 112, you say (as read):

 3            "Klaver et al. (2018 at 256)

 4            demonstrated that the use of puberty

 5            blockers did not eliminate the                12:11:37

 6            differences in lean body mass between

 7            biological male and female teenagers."

 8            Correct?

 9        A   That is correct.

10        Q   And then paragraph 113, again, begins with the  12:11:44

11   words "the effects of puberty blockers"; isn't that

12   right?

13        A   That is correct.

14        Q   Okay.  So paragraph 110, 112 and 113 are all

15   discussing the effects of puberty blockers; correct?   12:11:55

16        A   Yes.

17        Q   And -- but paragraph 111, which is in between

18   110 and 112, is describing a study that does not

19   involve puberty blockers; correct?

20            MR. FRAMPTON:  Objection; form.               12:12:15

21            THE WITNESS:  That's correct.

22   BY MR. BLOCK:

23        Q   Do you think that someone reading your report

24   could form the false impression that this article in

25   fact discusses puberty blockers when in reality it     12:12:24
```

Page 142

```
 1    doesn't?

 2            MR. FRAMPTON:  Objection; form.

 3            THE WITNESS:  If someone is reading it and

 4    pays attention to the statement of antiandrogens, they

 5    would know that those are not puberty blockers.        12:12:35

 6    BY MR. BLOCK:

 7       Q   Do you -- I thought you said recently that

 8    this report is not meant for an audience of experts in

 9    the field; right?

10            MR. FRAMPTON:  Objection; form.              12:12:46

11            THE WITNESS:  That is correct.

12    BY MR. BLOCK:

13       Q   Okay.  So do you think a lay audience, not of

14    experts in the field, would immediately understand that

15    antiandrogens are different from puberty blockers in    12:12:58

16    the context of this discussion?

17            MR. FRAMPTON:  Objection; form.

18            THE WITNESS:  So that's a difficult question

19    for me to answer because as I read through it, I notice

20    paragraph 110, puberty blockers, 112, -13, -14, all     12:13:13

21    specifically state puberty blockers, 111 states

22    antiandrogens.  As I read that, as a critical thinker,

23    I would then say, well, why does this say antiandrogens

24    rather than puberty blockers and what -- learn the

25    difference.                                             12:13:32
```

Page 143

1    BY MR. BLOCK:

2        Q   So why does a paragraph in your report, in the

3    middle of discussing puberty blockers, talk about

4    antiandrogens at all?

5        A   Because, to the best of my knowledge, that is      12:13:43

6    the only research that is out there on the effects of

7    transgender hormone treatment in teenagers on muscle

8    strength.

9        Q   I see.  But wouldn't it be better to include

10   that article in the subsequent sections of your report    12:14:01

11   that discuss the effect of suppressing testosterone?

12           MR. FRAMPTON:  Objection; form.

13           THE WITNESS:  I think this is a matter of

14   opinion.  I think it fits well because this is focusing

15   on transgender youth.                                      12:14:17

16   BY MR. BLOCK:

17       Q   Oh, okay.  So your -- your testimony is this

18   section of the article is supposed to address the topic

19   of transgender youth in general and not the topic of

20   puberty suppression.  Is that your testimony?             12:14:32

21       A   No.  My testimony is this is about transgender

22   youth, including puberty suppression, and what we know

23   on the topic of transgender youth and how it would

24   affect athletic performance.

25       Q   I see.  Let's go to the beginning of this          12:14:49

```
 1    section, which is several pages up.  It's a long

 2    section.  But the section begins on page 28 of your

 3    report.  23 on the bottom pagination, 28 of the PDF.

 4    And paragraph 68.

 5         A   All right.                              12:15:28

 6         Q   Okay.  So beginning with paragraph 68, you are

 7    discussing -- oh, sorry.  I -- can we just go a little

 8    further down, to subsection A?  I skipped over it

 9    myself.  So this is actually paragraph 71.

10         A   Okay.                                   12:15:55

11         Q   Thank you.

12             So subsection A (as read):

13             "Boys exhibit advantages in athletic

14             performance even before puberty."

15             Did I correctly read that that's the    12:16:04

16    subsection?

17         A   Yes, that is correct.

18         Q   Okay.  And then, you know, if you -- if you

19    continue scrolling, you can take your time, it's a

20    bunch of paragraphs on, you know, physiological        12:16:14

21    characteristics before puberty, athletic performance

22    before puberty; correct?

23         A   Yes.

24         Q   All right.  And if you keep -- keep scrolling,

25    I think all the way until we get to -- I -- I believe  12:16:31
```

Page 145

1    it's paragraph 110.

2        A    Yes.

3        Q    All right.  So for all these paragraphs until

4    110, you've been discussing characteristics of boys

5    before puberty; correct?                          12:16:53

6        A    Yes.  The athletic differences and

7    physiological differences between biolo- -- between

8    boys and girls before puberty.

9        Q    Okay.  And then in paragraph 110, you say (as

10   read):                                            12:17:03

11           "For the most part, the data I review

12           above relate to pre-pubertal children.

13           Today, we also face the question of

14           inclusion in female athletics of males

15           who have undergone 'puberty             12:17:13

16           suppression.'"

17           Isn't that right?

18       A    Yes.

19       Q    Okay.  So what connects paragraph 110 to

20   everything that came before it, as I understand it, is   12:17:22

21   that it's supposed to provide information on athletic

22   performance and advantages of what you call biological

23   males who have not experienced endogenous, typically

24   male, puberty yet; correct?

25           MR. FRAMPTON:  Objection; form.           12:17:49

```
 1            THE WITNESS:  Yes, so if I understand what
 2    you're referring to there, there's a lot of paragraphs
 3    there about the differences between males and females
 4    before puberty.
 5    BY MR. BLOCK:                                    12:18:02
 6        Q    Right.  Okay.
 7            And so -- and what thematically connects that
 8    to puberty blockers is that -- the argument is that
 9    girls who are transgender and on puberty blockers never
10    experience, typically, male puberty; correct?    12:18:15
11            MR. FRAMPTON:  Same objection.  Objection to
12    form.
13            THE WITNESS:  Can you state that again,
14    please?
15    BY MR. BLOCK:                                    12:18:25
16        Q    Yeah.  So transgender girls on hormone
17    blockers never experience, typically, male puberty if
18    they begin the blockers at stage Tanner II; is that
19    right?
20            MR. FRAMPTON:  Objection; form, scope.    12:18:39
21            THE WITNESS:  That is my understanding.
22    BY MR. BLOCK:
23        Q    Okay.  And so that's thematically what
24    connects the discussion of prepubertal kids to the
25    discussion of trans girls on puberty blockers; correct?  12:18:52
```

Page 147

```
 1              MR. FRAMPTON:  Objection; form.

 2              THE WITNESS:  So what you're saying is there's

 3      kind of a rough transition there?

 4      BY MR. BLOCK:

 5          Q   Well, I -- I'm saying that -- I'm just asking      12:19:04

 6      why are they in the same subsection that discusses

 7      biological males before puberty?

 8          A   Well, because the puberty blockers would halt

 9      puberty.  That is the purpose of them.

10          Q   Exactly.  So this then leads to my question of      12:19:24

11      why do you then have a paragraph discussing

12      antiandrogens administered, you know, near the end of

13      puberty?

14              MR. FRAMPTON:  Objection; form.

15              THE WITNESS:  Because that is the only            12:19:42

16      information we have on teenagers and how their gender

17      treatment of hormones would be influenced.

18              If you look at some of those previous tables

19      and the tables in the appendix that go along with that,

20      they go up to 17-year-old children.                      12:19:57

21      BY MR. BLOCK:

22          Q   Right.  But the -- the subsection is talking

23      ability prepubertal children; right?

24              MR. FRAMPTON:  Objection; form.

25              THE WITNESS:  That is the primary focus of        12:20:06
```

```
1    that subjection, yes.

2    BY MR. BLOCK:

3        Q    Okay.  And the -- the teenagers discussed in

4    the Tack study are not prepubertal teenagers; correct?

5        A    That's correct.  They are mid-prepubertal.      12:20:26

6        Q    All right.  Well, now let's look at

7    paragraph 112 of your report which discusses a 2018

8    study by Klaver.

9            Is that your understanding of how to pronounce

10   the name Klaver?                                        12:20:41

11       A    Yes, that is my understanding of how to

12   pronounce the name.  Thanks for asking.

13           MR. BLOCK:  Okay.  Great.  And please feel

14   free to correct me if I pronounce anyone else's name

15   incorrectly.                                            12:20:54

16           All right.  I'm going to introduce an exhibit.

17   This exhibit, when it appears on your screen, is going

18   to be marked as Exhibit 72.

19           (Exhibit 72 was marked for identification

20            by the court reporter and is attached hereto.)  12:21:14

21   BY MR. BLOCK:

22       Q    Please let me know when it's visible.

23       A    Exhibit 072 - Klaver - Early Hormonal

24   Treatment...

25       Q    Right.  And is this the article that you're   12:21:28
```

Page 149

```
 1    referring -- that you are referring to in

 2    paragraph 112?

 3         A    I think so.  Without double-checking between

 4    my references cited, I -- I think this is the same

 5    article.                                          12:21:46

 6         Q    Okay.  Is it your understanding that the

 7    people in this study received puberty blockers at the

 8    beginning of Tanner II?

 9         A    As I recall, they received puberty blockers,

10    and I cannot recall the Tanner stage.  I remember it   12:22:06

11    giving the ages.

12         Q    Okay.  What -- what age?

13         A    Average age of fourteen and a half, if I

14    remember correctly.

15         Q    Okay.  And is fourteen and a half typically   12:22:15

16    the beginning of Tanner stage II?

17         A    Not typically.

18         Q    Okay.  So if you go to page 254 of the Klaver

19    study --

20         A    2-5-4, yes.                               12:22:37

21         Q    All right.  2-5-4.

22              And if you look at the column that says

23    "Transwomen," it says (as read):

24              "Age at start of GnRHa, 14.5 ± 1.8."

25              Is that right?                            12:22:59
```

Page 150

```
 1        A    Yes.

 2        Q    Okay.  And so accord- -- so with those

 3   figures, that means that the earliest that any of the

 4   trans girls in the study received puberty blockers was

 5   at age 12.7; correct?                              12:23:14

 6        A    Do you want me to take the time to do the math

 7   on that?

 8        Q    Well, 14.5 minus 1.8 is 12.7, but --

 9        A    So that's only one standard deviation.  That

10   only accounts for, basically, a third of the          12:23:37

11   individuals below and above that age.  So take out

12   another 1.8 to get two standard deviations away.

13        Q    Got it.

14        A    And you take they way that 1.8 again to

15   encompass the whole 99.99 percent.                    12:23:50

16        Q    Oh, okay.  So what's your understanding of the

17   youngest age at which someone -- the girls in the study

18   receive puberty blockers, just -- if you can do it

19   or -- without --

20        A    Just eyeball it.  I'll say 10.7.             12:24:04

21        Q    Okay.  Thank you.

22             But the average age is 14.5; right?

23        A    That is the average age, yes.

24        Q    Okay.  Great.

25             Now, you see in paragraph 112 of your report,  12:24:14
```

Page 151

```
 1    which -- let me pull it up directly so I don't misread

 2    it again.

 3            Paragraph 112 of your report, the first

 4    sentence you say (as read):

 5            "Klaver et al. (2018 at 256)                  12:24:29

 6            demonstrated that the use of puberty

 7            blockers did not eliminate the

 8            differences in lean body mass between

 9            biological male and female teenagers."

10            Did I read that right?                        12:24:40

11       A   I'm still getting to 112, sorry.

12            That -- that -- that sounds correct, but I'm

13    not --

14       Q   Right.

15       A   -- there to verify.                            12:24:49

16            All right.  Now I'm at 112.

17       Q   Okay.  I'll read it again.  (As read):

18            "Klaver et al. (2018 at 256)

19            demonstrated that the use of puberty

20            blockers did not eliminate the              12:25:03

21            differences in lean body mass between

22            biological male and female teenagers."

23            Did I read that sentence right?

24       A   Yes.

25       Q   Okay.  And then it says (as read):            12:25:09
```

Page 152

```
 1              "Subsequent use of puberty blockers

 2              combined with cross-sex hormone use

 3              (in the same subjects) still did not

 4              eliminate the differences in lean body

 5              mass between biological male and            12:25:19

 6              female teenagers."

 7              Is that right?

 8       A    Yes.

 9       Q    Okay.  Great.

10              Did Klaver report any findings on percentage    12:25:26

11    of body fat?

12       A    Let me look.

13              Yes.

14       Q    And -- and what were the findings on -- on

15    body fat?                                               12:25:45

16       A    Just looking at it to make sure I'm reading

17    these correctly.

18              So it gives -- this is table -- or, sorry,

19    figure 2.  At the top of figure 2, there is percent

20    body fat presented.                                     12:26:08

21       Q    Yep.  And the first part of that graph,

22    page 256, table 2, shows the percent body fat of the

23    trans women being virtually the same as the body fat of

24    the cis women; correct?

25       A    Sorry, how do you zoom on this Exhibit Share?    12:26:26
```

Page 153

```
 1              It's a tiny graph on my screen.

 2              MS. DUPHILY:  If you take your mouse on to the

 3      bottom and push, you should be able to see a plus and a

 4      minus to make it look bigger.

 5              THE WITNESS:  Okay.  Ah, there we are.        12:26:47

 6              All right.  Sorry, it's taking me a minute to

 7      zoom in on that.

 8              MR. BLOCK:  Sure thing.

 9              THE WITNESS:  Okay.  So to make sure we're

10      looking at the same figure, the trans women are shown   12:27:05

11      in the solid line, the trans men are shown in the light

12      gray line, the cis men are shown in the dotted line,

13      and the cis women are shown in the hash line; correct?

14      BY MR. BLOCK:

15          Q   Correct.                                        12:27:19

16          A   Okay.  So the percent body fat in the trans

17      women and the percent body fat in the cis women, the

18      lines overlap at the part indicated as "Start CHT."

19          Q   Okay.  So that indicates that by the time the

20      trans women in the study had begun CHT, their           12:27:42

21      percentages of body fat overlapped with the percentages

22      of body fat for cis women; right?

23          A   That is correct.

24          Q   Okay.  And is body fat -- percentage of body

25      fat a factor in athletic advantage?                     12:28:01
```

Page 154

1        A   Yes, it is.  Having excess body fat is

2   considered a disadvantage.

3        Q   Okay.  So why didn't you mention this finding

4   in your summary of the Klaver study?

5        A   Because I mentioned the next part of the          12:28:16

6   figure demonstrating that there was not elimination of

7   the difference in lean body mass.

8        Q   No, I understand that, but why did you just

9   report on the lean body mass and not the body fat

10  finding?                                                   12:28:31

11          MR. FRAMPTON:  Objection; form.

12          THE WITNESS:  Because lean body mass is a more

13  important determinant of athletic performance.

14  BY MR. BLOCK:

15       Q   I see.  Does your report ever say that lean      12:28:45

16  body mass is a more important determinant?

17          MR. FRAMPTON:  Objection; form.

18          THE WITNESS:  I have stated multiple times in

19  there that lean body mass is a determinant of athletic

20  performance, and I've stated that -- and I have stated    12:29:02

21  that excess body fat is a disadvantage.

22  BY MR. BLOCK:

23       Q   Okay.  But my question is, do you state that

24  lean body mass is a more important determinant?

25          MR. FRAMPTON:  Objection; form.                   12:29:19

Page 155

```
 1          THE WITNESS:  I don't recall where I specified

 2     which is more or least important in --

 3          MR. BLOCK:  Okay.

 4          THE WITNESS:  -- in regards to body

 5     composition.                                      12:29:23

 6     BY MR. BLOCK:

 7     Q    Okay.  You have a whole section in your report

 8     on the subject of body fat percentage; correct?

 9     A    Again, I would have to look to see if it's a

10     whole section, if we're talking about a couple     12:29:38

11     paragraphs, a couple of pages or whatnot, but, yes, I

12     talk about body composition.

13     Q    Okay.  And you don't cite this study when you

14     discuss body composition related to fat; correct?

15     A    So I'm -- you're saying that I'm not citing    12:29:51

16     Klaver in my previous discussions of body composition

17     as a determinant of athletic performance?

18     Q    In your discussion of the role of body fat in

19     the -- as a determinant of athletic performance, you

20     never cite to the findings of this Klaver article;   12:30:09

21     correct?

22     A    I -- I don't think so.  I think these are the

23     only paragraphs where I cite the Klaver articles, and

24     we're talking specifically about with the puberty

25     blockers.                                            12:30:23
```

Page 156

```
 1        Q   I see.  So -- but you -- you cite a finding of

 2    the Klaver article that you think is -- supports your

 3    view, but you don't cite a finding of the Klaver

 4    article that cuts against your view.  Is that a fair

 5    statement?                                      12:30:41

 6            MR. FRAMPTON:  Objection; form.

 7            THE WITNESS:  Yes, I would say that it's fair

 8    to say that I don't cite Klaver on the differences in

 9    percent body fat.

10    BY MR. BLOCK:                                   12:30:55

11        Q   Okay.  So you testified earlier that you think

12    that an expert report needs to be held to the same

13    standards of accuracy as a peer-reviewed article;

14    right?

15        A   Yes, that is correct.                   12:31:06

16            MR. FRAMPTON:  Objection --

17            THE WITNESS:  Oh, sorry.

18    BY MR. BLOCK:

19        Q   So do -- do you think your -- your paragraph

20    about Klaver is an accurate summary of the article in  12:31:14

21    its entirety?

22            MR. FRAMPTON:  Objection; form.

23            THE WITNESS:  The paragraph is not intended to

24    be a summary of the article in its entirety.

25    ///
```

Page 157

```
 1   BY MR. BLOCK:

 2       Q   Okay.  The paragraph is -- is just intended to

 3   pick out the portions of the article that support your

 4   argument; is that right?

 5           MR. FRAMPTON:  Objection; form.              12:31:33

 6           THE WITNESS:  The paragraph is intended to

 7   demonstrate that biological males retain athletic

 8   advantages.

 9   BY MR. BLOCK:

10       Q   Well, the -- the article doesn't say anything   12:31:44

11   about athletic advantages; correct?

12       A   I do not recall that the article uses the word

13   "athletic advantages."

14       Q   All right.  If you go to -- if you look at

15   page 255 of the Klaver article.  So I think that's,   12:32:02

16   like, one page before the -- the -- where we were

17   looking.

18       A   You're looking at table 2?

19       Q   No.  I'm -- I am just looking at the -- the --

20   the text of it.                                      12:32:25

21       A   Okay.

22       Q   If you look at the first full sentence in the

23   text that begins with "As a result."

24       A   Okay.

25       Q   Do you see that?                             12:32:45
```

Page 158

```
 1      A   Yes, I do.

 2      Q   All right.  It says (as read):

 3          "As a result of these changes, in

 4          young adult transwomen at age 22" --

 5          Excuse me.  (As read):                    12:32:56

 6          "As a result of these changes, in

 7          young adult transwomen at 22 years of

 8          age, SDS for WHR, body fat, and LBM

 9          showed greater similarity to ciswomen

10          than to cismen."                          12:33:08

11          Did I read that correctly?

12      A   Yes, you read that correctly.

13      Q   Okay.  And do you mention that finding in your

14   report?

15      A   I do not think I quote that in my report.   12:33:17

16      Q   Okay.  All right.

17          MR. BLOCK:  It's 1:30 -- can we go off the

18   record?

19          THE WITNESS:  Is that okay with you going off

20   the record?                                       12:33:41

21          MS. DUPHILY:  Kimberlee, are you there?

22          THE WITNESS:  Nope.

23          MS. DUPHILY:  We're going off the record at

24   approximately 1:32 p.m. [Sic]

25          (Recess.)                                  12:38:29
```

Page 159

```
 1              THE VIDEOGRAPHER:  We are on the record at
 2    12:38 p.m.
 3              MR. BLOCK:  Okay.  Great.
 4    BY MR. BLOCK:
 5       Q   I'd like to move on from the topic of puberty    12:38:43
 6    blockers and ask a few questions about trans women who
 7    suppress circulating levels of testosterone after
 8    puberty.
 9              Can we turn to page 56 of your report?
10       A   Come on.  Waiting for it to load.              12:39:04
11              All right.  So page 56 by the page numbers;
12    correct?
13       Q   Correct.
14       A   All right.  I'm there.
15       Q   Great.  So if you go to the third bullet        12:39:27
16    point, you say (as read):
17              "The administration of androgen
18              inhibitors and cross-sex hormones to
19              men or adolescent boys after the onset
20              of male puberty does not eliminate the      12:39:40
21              performance advantage that men and
22              adolescent boys have over women and
23              adolescent girls in almost all
24              athletic events."
25              Did I read that right?                      12:39:50
```

Page 160

```
1          A    Yes, you did.

2          Q    Okay.  Great.

3               Have you read the expert reports that -- the

4     expert reports that Dr. Safer submitted in this case?

5          A    Yes, I read the reports by Dr. Safer.          12:40:00

6          Q    All right.  You read both the initial and the

7     rebuttal reports?

8          A    Yes.

9          Q    Okay.  Isn't it fair to say that the effects

10    of male to female hormone treatment on important         12:40:10

11    determinants of athletic performance still remain

12    largely unknown?

13              MR. FRAMPTON:  Object to form.

14              THE WITNESS:  Sorry, I blanked out there for a

15    second after the objection.                              12:40:28

16              There are still a lot of questions.  There are

17    still a lot of questions.

18              MR. BLOCK:  Okay.  So I'd like to show you

19    another exhibit.  And we have to mark it as such.

20              All right.  This is going to hopefully appear  12:41:08

21    on your screen as Exhibit 73.

22              (Exhibit 73 was marked for identification

23          by the court reporter and is attached hereto.)

24    BY MR. BLOCK:

25          Q    Can you let me know when -- when you see it?   12:41:18
```

                                                    Page 161

```
 1          A    All right.  Exhibit 073 - Brown Blog Post.

 2          Q    Yes.  Do you recognize what this document is?

 3          A    Yes.

 4          Q    What is it?

 5          A    That is my blog post for the Physiology      12:41:38

 6     Educators Community of Practice about The Olympics,

 7     sex, and gender in the physiology classroom.

 8          Q    Okay.  What -- what is the Physi- --

 9     Physiology Educators Community of Practice blog?

10          A    So this is a blog sponsored by the American    12:41:58

11     Physiological Society and their -- specifically their

12     educators' interest group -- it probably has a

13     different name than that, but that's what it is -- just

14     sharing information for other teachers in physiology,

15     typically geared towards college-level educators.      12:42:16

16          Q    And is there a submission process?

17          A    Yes, there is.

18          Q    What -- what is that submission process?

19          A    Well, you have to contact the person that runs

20     the blog post and say you are interested.  They connect   12:42:33

21     you, then, to the editor for Advances in Physiology

22     Education who then asks what you would like to blog on

23     and lets you know of available times, and then once you

24     agree on that, you'll submit it.  And then, once again,

25     the editor reviews it, someone else associated also      12:42:55
```

                                                      Page 162

```
 1    reviews it prior to being put up on the web.

 2         Q   Okay.  And so did you reach out with your

 3    interest in -- in submitting something?

 4         A   Yes, I did.

 5         Q   You weren't invited to submit something;      12:43:13

 6    correct?

 7         A   I did receive an in- -- an e-mail inviting to

 8    submit to the Peacock blog, and I e-mailed back and

 9    said, yes, I'm interested.

10         Q   And did -- were you invited to submit         12:43:27

11    something on the topic of transgender women

12    participating in sports?

13         A   The invitation was not specific on what I

14    was -- would be blogging on.

15         Q   And was it an invitation to you individually, 12:43:43

16    or was it an invitation to a larger group?

17         A   I think both, honestly.  There is an

18    invitation that goes out, periodically, to the larger

19    group of published a paper in Advances in Physiology

20    Education and received an invitation to me.           12:44:03

21         Q   Okay.  And so did this blog go through a

22    revision process after you first submitted it?

23         A   There was one round of revisions, if I

24    remember correctly.

25         Q   Okay.  And do you remember what feedback you  12:44:23
```

Page 163

1    got during the revision process?

2         A    The feedback was very positive, and I was told

3    that this is an extremely important topic that needs to

4    be presented.  And I really think the feedback was

5    relevant to the -- the -- the graph that I had in there          12:44:41

6    to ensure that I had appropriate copyright permission

7    or whatever permission to have that reproduced.

8         Q    Okay.  Great.

9              This blog post doesn't discuss prepubertal

10   children; right?                                                 12:44:57

11        A    Sorry, I'm just reviewing it to see.

12             I don't recall that it discusses prepubertal

13   children.

14        Q    And the blog also doesn't discuss trans girls

15   and women who received puberty blockers and never went           12:45:25

16   through endogenous puberty; right?

17             MR. FRAMPTON:  Objection to the form.

18             THE WITNESS:  I don't recall discussing that

19   in there, and I'm not seeing it, as I look at the blog

20   post.                                                            12:45:43

21   BY MR. BLOCK:

22        Q    Okay.  So if you can just go to page 2, and if

23   you go to the first full paragraph on page 2, beginning

24   with the -- the second sentence, do you --

25        A    Yes.                                                   12:46:04

                                                        Page 164

```
 1        Q   -- see that?

 2        A   Yes, I do.

 3        Q   Okay.  So the second sentence there says (as

 4   read):

 5            "It is also important to note that the      12:46:18

 6            effects of male-to-female hormone

 7            treatment on the important

 8            determinants of athletic performance

 9            remain largely unknown."

10            Did I read that right?                      12:46:26

11        A   Yes, you did.

12        Q   Okay.  Do you still agree with that statement?

13        A   Yes, I still agree with that statement.

14        Q   And so you think it's important to note that

15   the effects remain largely unknown; correct?          12:46:36

16            MR. FRAMPTON:  Objection; form.

17            THE WITNESS:  Yes.  Prior to allowing

18   biological males to compete in female sports, we should

19   have a better understanding of how that process would

20   influence competition.                                12:46:52

21   BY MR. BLOCK:

22        Q   Okay.  So in your expert report, do you ever

23   note that the effects of male to female hormone

24   treatment on important determinants of athletic

25   performance advantage remain largely unknown?         12:47:05
```

Page 165

```
 1        A    I could look and see, but I think I say --

 2   state something in my conclusion where there are still

 3   a lot of variables that have not been measured.

 4   BY MR. BLOCK:

 5        Q    Okay.  In this paragraph that I was reading      12:47:20

 6   from, I'm just going to go into the next one.  It says

 7   (as read):

 8             "Measurements of VO2max in transwomen

 9             using direct or indirect calorimetry

10             are not available."                             12:47:35

11        Did I read that right, even if I didn't

12   pronounce it correctly?

13        A    Yes.

14        Q    Okay.

15        A    "Calorimetry" is how I say it because it kind   12:47:41

16   of flows when you say it fast.

17        Q    Okay.  That makes sense.

18        Do you ever note in your expert report that

19   measurements of VO2 max in trans women using direct or

20   indirect calorimetry are not available?                  12:47:59

21        A    Once again, I would need to refer back to my

22   report in the conclusions to see if I had included that

23   in there.

24        Q    Do you think it would make sense to have

25   included that in there?                                  12:48:16
```

Page 166

```
 1              MR. FRAMPTON:  Objection; form.

 2              THE WITNESS:  Yes, I think it would make sense

 3     to include that in there, but it also -- like I said, I

 4     cannot recall if I did or did not.

 5     BY MR. BLOCK:                                   12:48:33

 6          Q   Okay.  Well, let's -- well, let's look at your

 7     report on -- so if you begin on page 39 of your report.

 8          A   All right.

 9          Q   All right.  So this is -- Roman numeral V says

10     (as read):                                      12:49:04

11              "The available evidence shows that

12              suppression of testosterone in a male

13              after puberty has occurred does not

14              substantially eliminate the male

15              athletic advantage."                   12:49:14

16              Right?  That -- that's what section Roman

17     numeral V says; correct?

18          A   That is correct.

19          Q   Okay.  And then subsection A on that page

20     talks about (as read):                          12:49:25

21              "Empirical studies find that males

22              retain a strong performance advantage

23              even after lengthy testosterone

24              suppression."

25              Correct?                               12:49:31
```

Page 167

```
 1        A    Correct.

 2        Q    All right.  Then on 40, there's a subsection

 3    that says, "Hand Grip Strength."

 4        A    Okay.

 5        Q    Okay.  And if you -- apologies.  You know,    12:49:38

 6    I -- I should have directed you to page 46,

 7    subsection B of that.  So if you can just skip ahead to

 8    46.

 9        A    Okay.  Page 46.

10        Q    Great.  Thank you.                            12:50:00

11             So subsection B says (as read):

12             "Testosterone suppression does not

13             reverse important male physiological

14             advantages."

15             Right?                                        12:50:09

16        A    Yes.

17        Q    Okay.  And then if you turn the page, on 47,

18    at the -- page 47, at the bottom, there's a little

19    discussion on cardiovascular advantages; right?

20        A    Yes.                                          12:50:20

21        Q    All right.  And where would VO2 -- where would

22    the discussion of VO2 max go?  Would that be in the

23    "Cardiovascular Advantage" section or in a different

24    subsection of this discussion?

25             MR. FRAMPTON:  Object to the form.            12:50:40
```

Page 168

```
 1            THE WITNESS:  It would probably belong in the

 2    cardiovascular advantages.

 3    BY MR. BLOCK:

 4        Q   Okay.  So do you see, just in this subsection,

 5    a discussion of the fact that measurements of VO2 max in   12:50:51

 6    trans women using direct or indirect calorimetry are

 7    not available?

 8        A   I have not directly made that statement.

 9        Q   Okay.  And if -- toggling back over to -- to

10    Exhibit 73, your blog post, after that statement I just   12:51:17

11    read, you say (as read):

12            "Measurements of muscle strength in

13            standard lifts (e.g. bench press, leg

14            press, squat, deadlift, etc.) in

15            transwomen are not available."                     12:51:29

16            Is that correct?

17        A   That is correct.

18        Q   All right.  Do you disclose that information

19    in your expert report?

20            MR. FRAMPTON:  Objection to the form.             12:51:39

21            THE WITNESS:  In my expert report, I talk

22    about the measurements of strength that have been

23    conducted.

24    BY MR. BLOCK:

25        Q   But you do not discuss the measurements of        12:51:52
```

Page 169

1    strength that have not been conducted; correct?

2           MR. FRAMPTON:  Objection to the form.

3           THE WITNESS:  I'm scrolling up to see if I

4    have some statement in there about, you know, specific

5    measurements.                                    12:52:13

6           Here again, no, I do not specifically state

7    that those measurements have not been conducted.

8    BY MR. BLOCK:

9        Q   Okay.  And then in the next sentence of the

10   blog post, you say (as read):                    12:52:27

11          "Nor have there been evaluations of

12          the effects of male-to-female hormone

13          therapy on agility, flexibility, or

14          reaction time."

15          Is that right?                            12:52:37

16       A   That is correct.

17       Q   Okay.  And you do not, in your report, say

18   anything about whether -- about the effects of hormone

19   therapy on agility, flexibility or reaction time, do

20   you?                                             12:52:55

21          MR. FRAMPTON:  Objection to the form.

22          THE WITNESS:  On page 39, I state that only a

23   limited number of studies have directly measured the

24   effect of testosterone suppression and the

25   administration of female hormones on the athletic    12:53:05

                                                  Page 170

1    performance of males.  And so then I go through those

2    studies which, you know, by default, then says those

3    other things have not been studied.

4    BY MR. BLOCK:

5        Q   Okay.  But you do discuss agility, flexibility   12:53:18

6    and reaction time when you're discussing the advantages

7    of cisgender men over cisgender women; right?

8        A   Yes.

9        Q   Okay.  But then you don't have -- well, let me

10   just read the next part of the -- the blog post.  (As    12:53:39

11   read):

12           "There has been no controlled research

13           evaluating how male-to-female hormone

14           treatment influences the adaptations

15           to aerobic or resistance training."          12:53:50

16           Is that correct?

17       A   That is correct.

18       Q   And again, that's not something you mention in

19   your report; correct?

20           MR. FRAMPTON:  Objection to the form.         12:54:01

21           THE WITNESS:  It is indirectly stated with my

22   statement about limited number of studies.

23   BY MR. BLOCK:

24       Q   Okay.  And then the final sentence in that

25   paragraph is (as read):                                  12:54:10

                                               Page 171

```
 1              "And there are only anecdotal reports

 2         of the competitive athletic

 3         performance of transwomen before and

 4         after using male-to-female hormone

 5         treatment."                              12:54:20

 6         Is that right?

 7    A    That is correct.

 8    Q    Okay.  So it's fair to say that when you

 9  discuss Cecé Telfer in your report, that's an example

10  of one of the anecdotal reports you refer to in this    12:54:31

11  sentence; correct?

12    A    That's correct.

13    Q    Okay.  So the discussion of Cecé Telfer and

14  Lia Thomas and Andraya Yearwood and Terry Miller, those

15  are, to use your words from the blog post, quote, only    12:54:56

16  anecdotal reports; correct?

17         MR. FRAMPTON:  Objection to the form.

18         Go ahead.

19         THE WITNESS:  If I may state, in my

20  declaration, I do cite a prepublished study by           12:55:12

21  Michael Joyner that is evaluating -- or, sorry,

22  Senefeld and Joyner that is evaluating Lia Thomas.

23         But yes, those -- those would primarily be

24  anecdotal reports.

25  ///
```

```
 1    BY MR. BLOCK:

 2        Q    Okay.  If you go to the second sentence in the

 3    final paragraph, you say, (as read):

 4            In the end, whether it is safe and

 5            fair to include transgender athletes        12:55:46

 6            and athletes with DSD in women's

 7            sports comes down to a -- to a few

 8            facts that can be extrapolated, lots

 9            of opinions, and an interesting but

10            complicated discussion.                     12:55:57

11            Did I read that right?

12        A    I'm sorry, where were you reading that from?

13        Q    Yeah, it's the -- it's the second sentence in

14    the last paragraph of your blog post.

15        A    Okay.  There.                              12:56:12

16        Q    Okay.  I'll read it again.  (As read):

17            In the end, whether it is safe and

18            fair to include transgender athletes

19            and athletes with DSD in women's

20            sports comes down to a few facts that        12:56:21

21            can be extrapolated, lots of opinions,

22            and an interesting but complicated

23            discussion.

24            Is that right?

25        A    That is correct.                           12:56:31
```

                                                    Page 173

```
 1        Q   And you still agree with that statement?

 2        A   Yes.

 3        Q   Okay.  What do you -- what do you mean by

 4   "interesting but complicated discussion"?

 5        A   Well, as I was writing this for fellow          12:56:43

 6   educators, this could be a very complicated discussion

 7   because of -- this could be a very heated topic.

 8        Q   Okay.  So when you say that there -- "a few

 9   facts that can be extrapolated, lots of opinions, and

10   an interesting but complicated discussion," were you    12:57:09

11   referring at all to the underlying substance being

12   interesting but complicated?

13            MR. FRAMPTON:  Objection to the form.

14            THE WITNESS:  Yeah, I'm not sure what you mean

15   by "underlying substance."                              12:57:25

16   BY MR. BLOCK:

17        Q   Yeah, is the discussion of whether -- aside

18   from something being heated, is -- is the -- this topic

19   complicated?

20            MR. FRAMPTON:  Objection to the form.          12:57:40

21            THE WITNESS:  Yes, this is a complicated

22   topic.

23   BY MR. BLOCK:

24        Q   Okay.  So if we go to your report again --

25   let's see -- on page 57 of your report.                 12:57:57
```

Page 174

```
 1        A   All right.  Page 57.

 2        Q   So if you look just at the paragraph beginning

 3    with the word "but."

 4        A   Okay.  All right.

 5        Q   All right.  You say -- you know, actually,      12:58:32

 6    instead, let's go a few sentences above that, so in the

 7    middle of the previous paragraph beginning with -- the

 8    sentence beginning with "instead."

 9            Do you see that?

10        A   I'm sorry, which --                             12:58:49

11        Q   So this is about five -- five lines from the

12    top.

13        A   Okay.  Yes.  It says, "Instead, the IOC"?

14        Q   Yeah.  So this says --

15        A   Okay.                                           12:58:58

16        Q   -- (as read):

17            Instead, the IOC calls on other

18            sporting bodies to define criteria for

19            transgender inclusion, while demanding

20            that such criteria simultaneously           12:59:05

21            ensure fairness, safety, and inclusion

22            for all.  The recent -- recently

23            updated NCAA policy on transgender

24            participation also relies on other

25            sporting bodies to establish criteria       12:59:19
```

Page 175

```
 1              for transgender inclusion while

 2              calling for fair competition and

 3              safety.

 4              But what we currently know tells us

 5              that these policy goals—fairness,           12:59:28

 6              safety, and full transgender

 7              inclusion—are irreconcilable for many

 8              or most sports.

 9              Did I read those sentences correctly?

10      A    Yes, you did.                                 12:59:40

11      Q    Okay.  How come -- why, in your blog post, did

12   you not say that the goals of fairness, safety and full

13   transgender inclusion are irreconcilable?

14              MR. FRAMPTON:  Objection to the form.

15              THE WITNESS:  The purpose of the blog post was  12:59:58

16   to stimulate discussions in classroom while providing a

17   little bit of guidance, but not advocate for a specific

18   position within a classroom.

19   BY MR. BLOCK:

20      Q    Why didn't you say in your expert report that  01:00:13

21   whether it is safe and fair to include transgender

22   athletes and athletes with DSD in women's sports comes

23   down to a few facts that can be extrapolated, lots of

24   opinions, in an interesting but complicated discuss?

25              MR. FRAMPTON:  Objection to the form.       01:00:28
```

                                                        Page 176

1           THE WITNESS:  I think that a reasonable person

2    would come to those conclusions after reading all --

3    how many pages of my report?

4    BY MR. BLOCK:

5        Q    Okay.  So it's your expert testimony that          01:00:39

6    whether it is safe and fair to include trans girls and

7    women on girls and women's sports teams comes down to a

8    few facts that can be extrapolated, lots of opinions

9    and an interesting but complicated discussion?

10          MR. FRAMPTON:  Object to the form.                    01:01:01

11          THE WITNESS:  Yes, I will stand by that

12    statement in my blog post.

13          MR. BLOCK:  Okay.  Great.

14          So I'm going to now ask a few questions about

15    your other, you know -- your other publication or         01:01:17

16    submission on this topic.  Let me just move it into the

17    actual exhibits.

18          Let's see.  So I -- this is a PowerPoint

19    document.  It's going to marked as Exhibit 74, although

20    I am not sure that it is actually going to work,          01:02:07

21    showing up, so please let me know if it actually shows

22    up for you.

23          (Exhibit 74 was marked for identification

24       by the court reporter and is attached hereto.)

25          THE WITNESS:  All right.  I see Exhibit 074.          01:02:21

                                                    Page 177

```
 1           MR. BLOCK:  Okay.  And I think we're going to

 2    need some assistance in how -- how do we zoom in again,

 3    Concierge?

 4           MS. DUPHILY:  You just hold your mouse over

 5    the bottom of the image, and you'll see the positive      01:02:37

 6    and negative-looking glasses at the bottom, and you

 7    can -- there's a menu.

 8           Do you see that?

 9           MR. BLOCK:  Mouse over the image?

10           MS. DUPHILY:  You want to click on it when        01:02:54

11    you're --

12           MR. BLOCK:  All right.

13           MS. DUPHILY:  Did you do it?

14           MR. FRAMPTON:  With the witness, we're not

15    getting that.                                            01:03:03

16           MS. DUPHILY:  Hold on a minute.  Let me see.

17           MR. TRYON:  Yeah, this is Dave Tryon.  I've

18    seen that on other exhibits, but this one, it's not

19    showing up for me.

20           MR. BLOCK:  If you're able to download a          01:03:19

21    copy --

22           MS. DUPHILY:  Yeah, you're probably better off

23    downloading this because it's a PowerPoint.

24    BY MR. BLOCK:

25        Q   Have you been able to download it, Dr. Brown?    01:04:02
```

Veritext Legal Solutions
866 299-5127

```
 1        A   It appears that my computer is trying to

 2   update PowerPoint at this very moment.

 3        Q   Okay.

 4            MR. BLOCK:  So why don't we -- can we go off

 5   the record, please?                              01:04:12

 6            MR. FRAMPTON:  It looks like it's nearly --

 7            THE VIDEOGRAPHER:  We are off the record at

 8   1:04 p.m.

 9            (Recess.)

10            THE VIDEOGRAPHER:  We are on the record at    01:05:37

11   1:05 p.m.

12            MR. BLOCK:  Thanks.

13   BY MR. BLOCK:

14        Q   So is this a presentation that you authored,

15   Dr. Brown?                                       01:05:51

16        A   Yes, it is.

17        Q   And the title of this presentation is

18   "Transwomen Competing in Women's Sports: What We Know,

19   and What We Don't"; is that right?

20        A   That is correct.                         01:06:01

21        Q   Okay.  And what conference did you submit this

22   presentation to?

23        A   This was the American Physiological Society

24   Sex and Gender conference, if I remember the title

25   correctly.                                       01:06:18
```

Page 179

```
 1          Q    Yeah.  If I -- if I said it was called "The

 2     New Trends in Sex and Gender Medicine" conference, does

 3     that sound accurate to you?

 4          A    Yes.

 5          Q    Okay.  And am I right that the conference took     01:06:28

 6     place from October 19th to October 22nd?

 7          A    That sounds correct.

 8          Q    Okay.  Did you attend any meetings or panel

 9     discussions as part of this conference?

10          A    So this was a virtual conference for everyone.    01:06:42

11          Q    Uh-huh.

12          A    And so, yes, I sat in on discussions and panel

13     discussions and presentations and such.

14          Q    Okay.  Did you sit in on the panel discussion

15     at this conference titled "New Trends in Transgender      01:07:05

16     Medicine"?

17          A    I honestly can't remember if I sat in and

18     attended that or not.

19          Q    Okay.  You have no recollection one way or the

20     other?                                                    01:07:18

21          A    Yeah, I -- there was a lot of meetings, a lot

22     of presentations and a lot of discussions, so I can't

23     say exactly which ones I was in and which ones I was

24     not.

25          Q    Do you think it would have been informative to   01:07:32
```

Page 180

1    attend that presentation?

2         A    Yes.

3              MR. FRAMPTON:  Objection to the form.

4              THE WITNESS:  Sorry.

5              MR. FRAMPTON:  Go ahead.                    01:07:39

6    BY MR. BLOCK:

7         Q    You can answer.

8         A    Yes, it -- it would have been informative.

9         Q    Okay.  And do you think it would have been at

10   least as relevant to your research as Ben Shapiro?    01:07:49

11             MR. FRAMPTON:  Object to the form.

12             THE WITNESS:  It's possible that I had a

13   conflicting obligation that made it so I'm not able to

14   attend.  Again, I know that I did with all of them, I

15   wasn't able to attend every single session I wanted    01:08:04

16   because of other obligations.

17   BY MR. BLOCK:

18        Q    I see.  But -- but my question is, would -- it

19   would be a more reliable source of information than

20   Ben Shapiro, was my question.                         01:08:19

21             MR. FRAMPTON:  Object to the form.

22             THE WITNESS:  I guess that would depend on

23   what we're asking, Ben Shapiro is -- is speaking about

24   and where he is citing his sources versus what is being

25   discussed in that discussion.                         01:08:37

                                                    Page 181

```
 1    BY MR. BLOCK:

 2        Q    Okay.  Now, would -- would this

 3    presentation quali- -- would -- could this be

 4    prescribed as a poster presentation?

 5        A    Yes.                                    01:08:51

 6        Q    Okay.  Does your CV identify it as a poster

 7    presentation?

 8        A    I don't think my CV discriminates on my

 9    various academic presentations, as to what format they

10    were presented in.                               01:09:06

11        Q    Okay.  So it's not your regular practice to

12    denote whether a presentation is specifically a poster

13    presentation?

14        A    That is correct.

15        Q    Okay.  All right.  What was the review process 01:09:13

16    for submitting this?

17        A    So I -- I was encouraged by an editor from the

18    American Journal of Physiology to submit to this, after

19    having read my blog post.  I submitted it, paid the

20    abstract submission fee, like any other professional  01:09:34

21    conference, and awaited for acceptance of the abstract.

22        Q    And what -- were there edits to the abstract

23    sent back to you?

24        A    No.  They don't edit the abstracts.

25        Q    Okay.  All right.                       01:09:47
```

                                                    Page 182

```
 1            If you go to the bottom right-hand corner of

 2    this presentation, there's a box titled "What we don't

 3    know"; right?

 4        A    Correct.

 5        Q    Okay.  And then -- and this box says, "What We    01:10:09

 6    Don't Know," and then the first bullet is "No

 7    controlled training studies with male-to-female hormone

 8    use"; correct?

 9        A    Correct.

10        Q    Okay.  And -- and again, as we discussed         01:10:20

11    before, that -- that statement is not in your expert

12    report; right?

13            MR. FRAMPTON:  Object to the form.

14            THE WITNESS:  That statement is not verbatim

15    in my expert report.                                      01:10:36

16    BY MR. BLOCK:

17        Q    And then the second bullet point is "No

18    measurements of changes in VO2max, running economy,

19    lactate threshold, anaerobic power (e.g. Wingate test),

20    vertical jump, 1-Repetition Maximum (e.g. bench press,    01:10:47

21    leg press, squat, deadlift), or many other common

22    determinants of athletic performance"; correct?

23        A    That is correct.

24        Q    And that information in that bullet point is

25    not included in your expert report; correct?             01:11:05
```

Page 183

```
1            MR. FRAMPTON:  Object to the form.

2            THE WITNESS:  Again, in my expert report, I

3    state that there is limited evaluation.  I don't make

4    that statement exactly.

5    BY MR. BLOCK:                                01:11:17

6       Q   Okay.  How come this poster presentation

7    doesn't say that the policy goals of fairness, safety

8    and full transgender inclusion are irreconcilable for

9    many or most sports?

10           MR. FRAMPTON:  Object to the form.          01:11:28

11           THE WITNESS:  This poster was put together and

12   presented before the recent IOC or NCAA adjustments,

13   stating that that was a requirement.  And again, the

14   poster is summarizing the science of what we know and

15   what we do not know.                                01:11:48

16   BY MR. BLOCK:

17      Q   So would you feel comfortable making the

18   statement to a -- a peer-reviewed publication that the

19   policy goals of fairness, safety and full transgender

20   inclusion are irreconcilable?                       01:12:05

21      A   Yes, I would feel very comfortable saying that

22   in a peer-reviewed pol- -- publication or presentation.

23      Q   Can you tell me your understanding of what

24   this case is about?

25           MR. FRAMPTON:  Object to the form.          01:12:31
```

Page 184

```
 1              Go ahead.

 2              THE WITNESS:  So the State of West Virginia,

 3    like about currently 11 other states, if I recall,

 4    passed a law to limit participation in women's sports

 5    to biological women.                              01:12:43

 6              In this case, a young trans girl has retained

 7    some lawyers and filed a lawsuit asking to be able to

 8    participate in girls sports.

 9              The judge has given an injunction specifically

10    for the plaintiff, but not halting the law overall.   01:13:05

11    BY MR. BLOCK:

12        Q   And do you -- so the -- the plaintiff's name

13    is -- is Becky.

14              Do you oppo- -- do you think Becky should not

15    be allowed to participate on her middle school       01:13:23

16    cross-country team?

17              MR. FRAMPTON:  Object to the form and scope.

18              THE WITNESS:  So my understanding is the

19    plaintiff is biologically male, so a trans girl, who

20    wants to compete on girls sports.                   01:13:39

21    BY MR. BLOCK:

22        Q   Yes.  And -- and so what's the answer to my

23    question?

24        A   So --

25              MR. FRAMPTON:  Same objections.           01:13:54
```

Page 185

```
 1            THE WITNESS:  So if we were to follow the law,

 2    then the plaintiff should not be participating in

 3    girls' sports.

 4    BY MR. BLOCK:

 5        Q   Yeah, but it's your -- is it your expert        01:14:01

 6    opinions that Becky should not be participating in the

 7    girls' cross-country team at her middle school?

 8            MR. FRAMPTON:  Objection; form and scope.

 9            THE WITNESS:  So my expert statement, expert

10    declaration, is not meant to make judgments on an        01:14:17

11    individual basis, but overall policy and law.

12    BY MR. BLOCK:

13        Q   Okay.  Well, so you -- you made a distinction

14    between the fact that the injunction is -- applies only

15    to Becky and not to the -- the statute on its face, and  01:14:31

16    so I'm just trying to figure out whether your expert

17    opinion is only about other applications of the statute

18    to people beyond Becky or whether you are also offering

19    expert testimony with respect to the specific issue of

20    Becky's as-applied challenge.                            01:14:51

21            MR. FRAMPTON:  Objection; form and scope.

22            THE WITNESS:  I've not made any statements

23    that I'm aware of specific to an individual plaintiff

24    in this case or -- I don't think in any of the cases.

25    ///
```

Page 186

```
 1    BY MR. BLOCK:

 2         Q    Okay.  So you're not offering an expert

 3    opinions in this case with regard to whether Becky, as

 4    an individual, should be allowed to participate on her

 5    girl's cross-country team in middle school?          01:15:22

 6              MR. FRAMPTON:  Objection; form and scope.

 7              THE WITNESS:  I'm offering an expert opinion

 8    based on what the science says and what we know overall

 9    regarding differences between males and females and how

10    those differences are affected by transgender hormone   01:15:37

11    use.

12    BY MR. BLOCK:

13         Q    Okay.  And are you offering any opinion on

14    whether Becky, as an individual, has any athletic

15    advantages compared to cisgender girls?              01:15:52

16              MR. FRAMPTON:  Objection; form and scope.

17              THE WITNESS:  I'm not making statements

18    specific to Becky.  I am talking about boys and girls

19    overall.

20    BY MR. BLOCK:                                         01:16:07

21         Q    Okay.  And it's possible that Becky, as an

22    individual, as opposed to people with a male sex

23    assigned at birth overall -- let me just rephrase that.

24              It's possible that Becky, as an individual,

25    may not have any athletic advantages compared with    01:16:21
```

Page 187

1     cisgender girls; right?

2              MR. FRAMPTON:  Object to the form and scope.

3              THE WITNESS:  Based on the information I have

4     read, the information cited in my expert report, if we

5     are comparing the plaintiff to a similarly aged trained     01:16:34

6     and gifted girl, the plaintiff, as a biological male,

7     will have athletic advantages.

8     BY MR. BLOCK:

9         Q   Well, that -- that raises questions for me.

10             I -- I -- I guess my understanding of your        01:16:49

11    report was that you were discussing average group-based

12    differences between males and females; right?

13        A   If you look at my --

14             MR. FRAMPTON:  Objection; form.

15             Go ahead.                                          01:17:01

16             THE WITNESS:  If you look at my report, I -- I

17    provide information on individuals in the 10th

18    percentile, individuals in the 50th percentile,

19    individuals in the 90th percentile, and state multiple

20    times if we compare equally trained, gifted and            01:17:14

21    talented same-age individuals, the males have an

22    advantage.

23    BY MR. BLOCK:

24        Q   Well, what do you mean by "gifted"?

25        A   There are many gifts that could help a person      01:17:25

Page 188

```
 1    be a better athlete than others, whether --

 2        Q   So --

 3        A   -- whether it is something biological, whether

 4    that is something with family support.

 5        Q   Okay.  But -- so when -- when you're              01:17:43

 6    discussing the physiological characteristics that, on

 7    average, make cisgender boys have better outcomes in

 8    athletic performance than cisgender girls, you're not

 9    saying that every single cisgender boy has

10    physiological characteristics that make -- that give     01:18:03

11    them an advantage over the average cisgender girl of

12    the same age and training, are you?

13            MR. FRAMPTON:  Object to the form.

14            THE WITNESS:  When we look at the data, if you

15    compare comparably gifted aged and trained males and     01:18:24

16    females, the males have an advantage.

17    BY MR. BLOCK:

18        Q   Yeah, but you're -- you're smuggling in the

19    word "gifted" here, and you're including these

20    physiological characteristics as meaning gifted, it      01:18:34

21    sounds like.

22            I'm trying to isolate your testimony about

23    physiological advantages, okay?

24            And so it's possible there's -- there's plenty

25    of boys that are shorter than girls; right?              01:18:46
```

Page 189

1      A   Yes, there are some boys that are shorter than

2  some girls.

3      Q   Yes.  So not -- not every -- and there are

4  some boys that are shorter than the average girl of the

5  same age; correct?                                     01:19:04

6      A   Yes, there are some boys that are shorter than

7  the average girl.

8      Q   Okay.  So not -- not every -- so even if

9  males, on average, are taller than females, on average,

10  not every male is gifted with greater height than the   01:19:18

11  average girl of the same age; right?

12      A   50 percent of men are taller than 90 percent

13  of women.

14      Q   Yeah.  And I know you're -- you're -- you're

15  making a statement, though, that that doesn't answer my  01:19:38

16  question.  And so I'm taking that as -- is the answer

17  to my question "correct"?

18      A   Could you restate the question, please?

19      Q   Yes.  Not every boy is taller than the average

20  cisgender woman; right?                                 01:19:54

21          Let me switch from boys to gir- -- to a woman.

22          Not every cisgender boy is taller than the

23  average cisgender girl of the same age; correct?

24      A   If I can -- I'm -- I'm just a little confused

25  here because you are comparing an absolute of every boy  01:20:13

1    with average.

2        Q   Yes, I -- I -- I am.  I -- I'm saying that it

3    is entirely possible that there's an individual that is

4    not taller than the -- an individual who is a boy that

5    is not taller than the average girl, the mean -- or the    01:20:31

6    mean height of girls of the same age; right?

7        A   Yes.  So if you look at the distribution

8    curves for body height, boys on the shorter end of the

9    distribution curve may be shorter than girls in the

10   average of the distribution curve.                         01:20:47

11       Q   And -- and the same is true for speed; right?

12       A   If I may, I would actually like to refer back

13   to the graphs by Gabe Higgard so we could look and see

14   where the slowest boys are relative to the

15   50th percentile for the girls in those competitions.       01:21:09

16       Q   Okay.  We can -- so we -- I appreciate that.

17   We can refer back to that later.

18           Are -- are you familiar at all with Becky's

19   athletic performance?

20       A   No.  I know nothing of Becky's athletic            01:21:26

21   performance.

22       Q   Okay.  And you -- as we said before, you are

23   not providing expert testimony about her as an

24   individual; correct?

25       A   Right.  I'm providing testimony on overall         01:21:41

                                                     Page 191

```
 1     what we would see if we compare equal, as much as

 2     possible, males to females.

 3         Q   And is it your understanding of -- of this law

 4     that it prevents girls who are transgender from

 5     participating on the same sports teams as cisgender      01:22:06

 6     girls?

 7             MR. FRAMPTON:  Object to the form and scope.

 8             THE WITNESS:  My understanding is, yes, this

 9     states that people should participate in sports

10     based -- based on their biological sex.                  01:22:21

11     BY MR. BLOCK:

12         Q   Right.  And, therefore, transgender girls

13     should not be allowed to participate on the same sports

14     team as cisgender girls; correct?

15             MR. FRAMPTON:  Same objection.                   01:22:32

16             THE WITNESS:  Just going to rephrase that.

17             So trans girls should not be competing with

18     cis girls, yes.

19     BY MR. BLOCK:

20         Q   Okay.  Thank you.                                01:22:40

21             And you think H.B. 3293 -- well, let me say,

22     do you know what I'm talking about when I refer to

23     H.B. 3293?

24         A   I know we're talking about H.B.  I don't

25     remember the number.  I will assume that it is the law   01:22:57
```

Page 192

```
 1    in West Virginia.

 2        Q   Okay.  Great.

 3            You think H.B. 3293 is justified by science;

 4    right?

 5            MR. FRAMPTON:  Object to the form and scope.    01:23:06

 6            THE WITNESS:  Yes, I do.

 7    BY MR. BLOCK:

 8        Q   Okay.  And you think it's justified by science

 9    even though it applies to trans girls who, as a result

10    of puberty blockers and gender-affirming hormones,        01:23:23

11    never go through endogenous puberty; right?

12            MR. FRAMPTON:  Same objections.

13            THE WITNESS:  Yes.

14    BY MR. BLOCK:

15        Q   And you think H.B. 3293 is justified by          01:23:29

16    science even though it applies to trans girls and women

17    who go through endogenous puberty and then take

18    medication to lower their levels of circulating

19    testosterone; right?

20            MR. FRAMPTON:  Same objections.                  01:23:43

21            THE WITNESS:  Yes.

22    BY MR. BLOCK:

23        Q   Okay.  And you think H.B. 3293 is justified by

24    science even though it applies the same categorical

25    rule to all sex-separated sports instead of creating     01:23:50
```

Page 193

```
 1    different standards for different sports; is that

 2    right?

 3              MR. FRAMPTON:  Same objections.

 4              THE WITNESS:  Yes.

 5    BY MR. BLOCK:                                      01:24:01

 6        Q   Okay.  I would like to direct your attention

 7    to paragraph 8 of your report.  Let me know when you're

 8    there.

 9        A   It is on page 7, under item II, "Biological

10    men"?                                              01:24:29

11        Q   Yes.

12        A   Okay.

13        Q   Okay.  Make sure I'm there myself.

14              Okay.  So I'm just going to read this to you,

15    beginning with the second sentence.  (As read):    01:24:44

16              "I cited many" --

17              Actually, I'll begin with the first sentence.

18    Sorry.

19              You say (as read):

20              "Nevertheless, these differences have       01:24:52

21              been extensively studied and measured.

22              I cited many of these studies in the

23              first paper on this topic that I

24              prepared, which was submitted in

25              litigation in January 2020.                  01:25:03
```

Page 194

```
 1              Since then, in light of current

 2              controversies, several authors have

 3              compiled valuable collections or

 4              reviews of data extensively

 5              documenting this objective fact about        01:25:11

 6              the human species, as manifest in

 7              almost all sports, each of which I

 8              have reviewed and found informative.

 9              Did I read that correctly so far?

10      A    Yes, you did.                                   01:25:23

11      Q    Okay.  Thanks.

12              And you say (as read):

13              "These include Coleman (2020), Hilton

14              & Lundberg (2021), World Rugby (2020),

15              Harper (2021), Hamilton (2021), and a        01:25:36

16              'Briefing Book' prepared by the

17              Women's Sports Policy Working Group

18              (2021).

19              Did I read that right?

20      A    Yes.                                            01:25:46

21      Q    Okay.  And if you -- if you could look at

22      the -- that list that you gave, and I'd like you to --

23      to tell me -- and I -- and I will write it down --

24      which of those sources support excluding transgender

25      girls and women from sports if they have had puberty  01:26:08
```

Page 195

```
 1    blockers and gender-affirming hormones and, as a

 2    result, have not gone through endogenous puberty.

 3            MR. FRAMPTON:  Object to the form.

 4            THE WITNESS:  Can you please rephrase that

 5    question?  It was just kind of long.              01:26:21

 6    BY MR. BLOCK:

 7        Q   Yeah, sure.

 8            So I -- I'm talking about trans girls who have

 9    been on puberty blockers and, as a result, not

10    experienced endogenous puberty.                   01:26:33

11            Which of the sources identified in paragraph 8

12    support excluding those trans girls who are on puberty

13    blockers from participating in girls and women's

14    sports?

15            MR. FRAMPTON:  Object to the form.         01:26:47

16            THE WITNESS:  I cannot recall right now which

17    or if any of those papers discuss specifically puberty

18    blockers.

19    BY MR. BLOCK:

20        Q   Okay.  So -- so you can't recall whether any  01:26:58

21    of those papers discuss puberty blockers at all.  Is

22    that what you're saying?

23        A   I'm saying I cannot recall if they advocate

24    for preventing people who have used puberty blockers

25    from participating in girls' sports.              01:27:15
```

Page 196

1      Q   Okay.  Can you recall if any of them advocate

2   in favor of allowing girls who use puberty blockers to

3   participate in girls and women's sports?

4      A   Well, as we discussed earlier, the Women's

5   Sports Policy Working Group has a statement about that,   01:27:37

6   and I think World Rugby has a statement about that.

7      Q   Okay.  Any others?

8      A   I can't recall from the others.

9      Q   Okay.  So just in terms of what you can

10  recall, at least two of them advocate in favor of        01:27:52

11  allowing trans girls on puberty blockers to participate

12  and you can't recall if any of the others support

13  excluding girls who are transgender?

14         MR. TRYON:  Objection.

15         MR. FRAMPTON:  Same objection.  Form.            01:28:17

16         THE WITNESS:  So I can't recall specifically.

17  I think Hilton and Lundberg have some mention on that

18  topic, but again, I can't recall without referring back

19  to the paper to look.

20  BY MR. BLOCK:                                            01:28:28

21      Q   Okay.  And so which of the sources cited in

22  this paragraph advocate in favor of excluding trans

23  girls and women who go through puberty and then

24  suppress testosterone?

25         MR. FRAMPTON:  Objection; form.                  01:28:46

                                                Page 197

```
 1            Go ahead.

 2            THE WITNESS:  I think that is Hilton and

 3    Lundberg and World Rugby and Harper and Hamilton and

 4    the Women's Sports Policy Working Group.

 5    BY MR. BLOCK:                              01:28:55

 6        Q   Okay.  So it's Hilton and Lundberg and Harper

 7    and World Rugby and Women's Sports Policy Working

 8    Group?

 9        A   And, I think, Hamilton.

10        Q   Okay.  You think that those five sources      01:29:12

11    advocate in favor of excluding transgender girls and

12    women from participating on girls and women's sports

13    team if they have gone through endogenous puberty and

14    then lowered their levels of circulating testosterone?

15            MR. FRAMPTON:  Object to the form.            01:29:36

16            THE WITNESS:  Yes, I think those all indicate

17    that women deserve to compete in a protected category.

18    BY MR. BLOCK:

19        Q   Okay.  And then which of the sources cited in

20    paragraph 8 advocate in favor of having a categorical   01:29:49

21    rule that apply to all sports instead of

22    differentiating based on what sport is at issue?

23            MR. FRAMPTON:  Object to the form.

24            THE WITNESS:  So World Rugby is speaking

25    specifically about rugby; and, therefore, I would not   01:30:14
```

                                                    Page 198

1    expect it to talk too much about other sports.

2          If I recall correctly, Hamilton states

3    specifically that women deserve to compete in a

4    protected category, which implies all sports.

5          Hilton and Lundberg advocate for sex            01:30:31

6    segregation of sports, and, as far as I know, it's for

7    all sports.

8          And Harper indicates that trans women have a

9    retained athletic advantage compared to cisgender

10   women.                                                01:30:45

11   BY MR. BLOCK:

12      Q   And so just to clarify, my question isn't

13   whether or not there should be separation in those --

14   in all sports; the question is whether or not there

15   should be the same rules for excluding transgender     01:30:58

16   girls and women in all sports.

17          MR. FRAMPTON:  Objection; form.

18          THE WITNESS:  I guess you'll need to rephrase

19   the question because I thought I answered it.

20   BY MR. BLOCK:                                          01:31:17

21      Q   Yeah.  So IOC used to have a single standard

22   that applied to all sports.  They then changed their

23   policy so that individual standards could be crafted

24   for different sports.

25          H.B. 3293 has a single standard that applies    01:31:30

                                                           Page 199

```
 1    to all sports.

 2            My question is which of the sources support

 3    having a single standard that applies to all sports

 4    instead of having individual standards crafted to

 5    different sports.                               01:31:46

 6            MR. FRAMPTON:  Objection to the form.

 7            THE WITNESS:  I would need to review each of

 8    them to be specific and certain.  So going off of

 9    memory, Hilton and Lundberg, Hamilton, Women's

10    Sport (sic) Policy Working Group, again, as I recall,   01:32:05

11    without looking at them specifically, state that it

12    should be categorical women's sports and men's sports.

13            MR. BLOCK:  Okay.  Can we go off the record

14    for a second?

15            MR. FRAMPTON:  Sure.                     01:32:19

16            THE VIDEOGRAPHER:  We are off the record at

17    1:32 p.m.

18            (Recess.)

19            THE VIDEOGRAPHER:  We are on the record at

20    2:08 p.m.                                        02:08:00

21    BY MR. BLOCK:

22        Q   Good afternoon, Dr. Brown.

23        A   Mr. Block, how are you doing?

24        Q   I -- I'm good.

25            Okay.  So, you know, we -- just before the   02:08:12
```

1    break, we had just a series of questions about some of

2    the sources quoted in your report, and I'm trying to

3    just pull back, again, the -- the paragraph where this

4    was discussed.

5           This is paragraph 8, page 7, from your expert          02:08:32

6    report, you know, marked Exhibit 64.

7       A    Yes.

8       Q    And, you know, we -- we had a series of

9    questions about them.  And if you recall, my questions

10   focused on three features of H.B. 3293.  One is the          02:08:46

11   fact that it excludes trans girls and women even if

12   they've had blockers.  Two is that it includes trans

13   girls and women if they've gone through puberty and

14   suppressed their testosterone.  And three is that it

15   has an across-the-board rule.  And I asked you a series      02:09:09

16   of questions about those elements of it, and now I'm

17   going to turn to looking at the sources cited in

18   paragraph 8, with an eye towards those elements.  So

19   that's not a question for you; that's just to orient

20   you for the next couple of questions.                        02:09:27

21          MR. BLOCK:  So if you could look in your

22   exhibit file, Exhibit 75, that should be a PDF of

23   Coleman -- of the first Coleman article.  Coleman 2020.

24          (Exhibit 75 was marked for identification

25          by the court reporter and is attached hereto.)        02:09:46

                                                        Page 201

```
 1            THE WITNESS:  Yes.  By Doriane Coleman and

 2   Michael Joyner and Donna L.

 3   BY MR. BLOCK:

 4       Q   Yes.  All right.  So if we look at that

 5   article -- if you could turn to page 130 of her        02:10:12

 6   article.  Let me know when you're there.  It's near the

 7   end.

 8       A   Still scrolling.  Almost there.

 9            All right.  Page 130.  Duke Journal of Gender

10   and Law Policy, Volume 27:69, 2020.                     02:10:49

11       Q   Yep.  Okay.

12            Now, just to preface this, you know, this

13   article uses the phrase "category affirming" and

14   "category defeating."

15            Are you familiar with those terms?            02:11:01

16       A   If I remember correctly, category affirming

17   applies to male and female.  Is that correct?

18       Q   So my understanding, which I'll represent to

19   you, is that category affirming means that the

20   participation is consistent with the purposes of having  02:11:20

21   a female category, and category defeating means

22   allowing someone to participate would sort of defeat

23   the purpose of having a female category.

24            So if -- does that ring a bell at all for you?

25       A   Yes, it does.  It does.                        02:11:37
```

Page 202

```
 1        Q   Okay.  So if you look at the -- the paragraph

 2   beginning "In high school" --

 3        A   Uh-huh.

 4        Q   -- "In high school intramural."

 5            Do you see that?                           02:11:48

 6        A   Yes, I do.

 7        Q   Okay.  So it says (as read):

 8            "In high school intramural, junior

 9            varsity, and regular season play,

10            where institutional goals are          02:11:57

11            primarily related to health and

12            fitness and to the development of

13            social skills, unconditional inclusion

14            of gender diverse students according

15            to their gender identity rather than   02:12:06

16            their sex will usually be category

17            affirming."

18            Do you see that?

19        A   I do.

20        Q   Okay.  So that sentence indicates that it   02:12:12

21   would be consistent with the female category according

22   to Coleman 2020 to have -- to allow trans girls to

23   participate in intramural, junior varsity and regular

24   season play without any medical interventions

25   whatsoever.  Do you agree?                         02:12:39
```

Page 203

```
 1            MR. FRAMPTON:  Object to the form.

 2            THE WITNESS:  I'm looking at the sentence

 3    after that, however, which has some exceptions, which

 4    would include invitational and postseason

 5    opportunities.                                02:12:53

 6    BY MR. BLOCK:

 7       Q   Yes.  Is it your understanding that H.B. 3293

 8    is limited to excluding trans girls from invitational

 9    and postseason opportunities?

10            MR. FRAMPTON:  Object to the form.     02:13:04

11            THE WITNESS:  Yes, it is my understanding that

12    the law in West Virginia states that biological females

13    only compete in female sports.

14    BY MR. BLOCK:

15       Q   Right.  But not just -- not just the     02:13:22

16    invitational and postseason opportunities of female

17    sports; right?

18            MR. FRAMPTON:  Same objection.

19            THE WITNESS:  Yes, it is my understanding that

20    it is all parts of the sports.                02:13:31

21    BY MR. BLOCK:

22       Q   Right.  So the H.B. 3293 does not allow trans

23    girls to participate on girls' teams in the regular

24    season play of sports; correct?

25            MR. FRAMPTON:  Object to the form.     02:13:46
```

Page 204

1          THE WITNESS:  I will trust your interpretation

2     on that.

3     BY MR. BLOCK:

4          Q   Would you support a policy of allowing trans

5     girls to participate in regular season play?          02:14:01

6          MR. FRAMPTON:  Object to the form and scope.

7          THE WITNESS:  Inasmuch as biological males

8     have inherent athletic advantages over biological

9     females, I think the category should be retained.

10    BY MR. BLOCK:                                          02:14:19

11         Q   Yeah, I know.  I'm -- I'm sorry, I really just

12    need like a clear answer to my questions.

13              This article draws a distinction between

14    allowing trans girls to play in regular season play

15    versus in postseason opportunities.  I'm just trying to  02:14:30

16    get an answer from you about whether you agree with

17    that distinction or not.  So --

18         MR. FRAMPTON:  Objection to the form that

19    misstates the article.

20         MR. BLOCK:  Okay.                                 02:14:44

21    BY MR. BLOCK:

22         Q   So --

23         MR. FRAMPTON:  You can go ahead and answer.

24    BY MR. BLOCK:

25         Q   So do you think that trans girls should not be  02:14:45

                                                        Page 205

```
 1    allowed to play on girls' teams for regular season

 2    play?

 3              MR. FRAMPTON:  Object to the form.

 4              Go ahead.

 5              THE WITNESS:  I think that whether it's        02:14:58

 6    regular season, preseason, postseason, males have

 7    inherent athletic advantages; therefore, we should

 8    protect women's sports and men's sports.

 9    BY MR. BLOCK:

10        Q   So -- so that's a yes?                          02:15:13

11              MR. FRAMPTON:  Same objection.

12              THE WITNESS:  I think you could take that as a

13    yes.

14    BY MR. BLOCK:

15        Q   Thank you.                                      02:15:17

16              All right.  Then if you go down, continuing in

17    the article, the paragraph that says -- let me find

18    this.  All right.  The paragraph above that begins with

19    "where combined."  (As read):

20              Where combined teams or practices             02:15:44

21              coupled with sex segregated

22              competition cannot be -- cannot

23              accomplish institutional goals, the

24              accommodations approach detailed in

25              Part IIIC4 should be adopted."                02:15:55
```

                                                              Page 206

```
 1              And that cross references a section that I

 2      don't think we need to turn to for purposes of this

 3      question, but let me know if you disagree.

 4              Then the -- then the paragraph continues,

 5      so -- (as read):                              02:16:08

 6              "This will be the case" --

 7              Meaning the accommodations approach should be

 8      adopted.

 9              (As read):

10              -- "in circumstances where sex           02:16:14

11              segregated teams and events remain

12              necessary to secure parity of

13              opportunity for females.  Where the

14              accommodations approach is adopted,

15              trans students will train and compete     02:16:24

16              consistent with their gender identity

17              so long as their inclusion can be

18              relevantly conditioned.  The NCAA

19              transgender policy is illustrative of

20              a hormonal condition in this category;    02:16:38

21              others that do not require

22              medicalization— such as handicaps,

23              offsets, and quotas— exist as more

24              appropriate models for the high school

25              sports space.                            02:16:45
```

Page 207

```
 1            Do you see that?

 2      A   Yes, I see that.

 3      Q   Okay.  So am I correct in saying that this

 4  article points to the NCAA transgender policy as

 5  illustrative of a model of allowing trans girls to      02:16:58

 6  participate so long as their inclusion can be

 7  relatively -- relevantly conditioned?

 8            MR. FRAMPTON:  Object to the form.

 9            THE WITNESS:  And I'm unclear what they mean

10  by "relevantly conditioned," so I don't know how I can   02:17:21

11  answer that.

12  BY MR. BLOCK:

13      Q   Okay.  Why do you think they're citing the

14  NCAA transgender policy?

15      A   This is the old NCAA policy, not the current    02:17:35

16  NCAA policy, and the old NCAA policy did have a

17  statement about testosterone suppression.

18      Q   So -- and so they are citing testosterone

19  suppression as an example of an accommodations approach

20  that should be used in circumstances for sex-segregated  02:18:00

21  teams and events remain necessary to secure parity of

22  opportunity for females; right?

23            MR. TRYON:  Objection.

24            MR. FRAMPTON:  Object to the form.

25            THE WITNESS:  And again, what -- I'm still not  02:18:19
```

Page 208

```
 1    sure what you're asking me here.

 2    BY MR. BLOCK:

 3        Q    Sure.  I'm -- I'm asking, does this article

 4    support a policy of -- of excluding trans girls and

 5    women from all female athletic events, even if they      02:18:28

 6    suppress testosterone after puberty?

 7            MR. FRAMPTON:  Same objection.

 8            THE WITNESS:  As I read it, this article is

 9    kind of confusing on that.

10            MR. BLOCK:  Okay.  All right.  I'll -- I'll     02:18:50

11    leave that article at that.

12            Let's next look at the Hilton and Lundberg

13    article, which I will cue up for you.  For some reason,

14    Exhibit Share is being slow.

15            (Exhibit 76 was marked for identification       02:19:43

16         by the court reporter and is attached hereto.)

17    BY MR. BLOCK:

18        Q    Okay.  This should pop up on your exhibit list

19    as Exhibit 76.

20        A    All right.  Exhibit 076 - Hilton - Transgender  02:20:00

21    Women...?

22        Q    Yes.

23        A    Okay.

24        Q    So, you know, we discussed this, you know,

25    as -- you -- you cited this as an exam- -- as,           02:20:12
```

Page 209

```
 1    potentially, an example of an article supporting a

 2    categorical rule across sports; correct?

 3         A   That is correct.

 4         Q   Okay.  And you cited this, potentially, as an

 5    example of an article supporting an exclusion of trans     02:20:29

 6    girls and women even if they've suppressed

 7    testosterone; right?

 8              MR. FRAMPTON:  Same -- object to the form.

 9              THE WITNESS:  Yes.

10    BY MR. BLOCK:                                              02:20:40

11         Q   Okay.  Great.

12              So let's look on page 211 of this article.

13              Let me know when you're there.

14         A   All right.  Yep, page 211.

15         Q   Great.  All right.  Sorry.  One second.         02:21:08

16              All right.  If you look on the right-hand

17    column, the second -- the third sentence there, where

18    it begins, "It is also," do you see that?

19         A   So page 211, right-hand column?

20         Q   Second full paragraph, third sentence.          02:21:44

21         A   Yes.  "It is also important to recognize..."

22         Q   Yeah.  So that says (as read):

23              "It is also important to recognize the

24              performance in most sports may be

25              influenced by factors outside muscle           02:21:58
```

Page 210

```
1              mass and strength, and the balance

2              between inclusion, safety and fairness

3              therefore differs between sports."

4          Do you see that?

5      A   Yes.                                      02:22:06

6      Q   Okay.  Does that refresh your recollection at

7  all about whether or not this article advocates for a

8  single across-the-board rule?

9          MR. FRAMPTON:  Object to the form.

10             THE WITNESS:  It doesn't make a clear     02:22:21

11 statement one way or the other, necessarily.

12 BY MR. BLOCK:

13     Q   Okay.  So let's continue reading.

14         If you go to the final full paragraph.

15     A   Okay.                                     02:22:47

16     Q   The second sentence beginning with

17 "regardless."

18     A   Okay.

19     Q   Okay.  It says (as read):

20             "Regardless of what the future will     02:22:54

21             bring in terms of revised transgender

22             policies, it is clear that different

23             sports differ vastly in terms of

24             physiological determinants of success,

25             which may create safety considerations   02:23:05
```

Page 211

```
 1              and may alter the importance of

 2              retained performance advantages.

 3              Thus, we argue against universal

 4              guidelines for transgender athletes in

 5              sport and instead propose that each          02:23:17

 6              individual sports federation evaluate

 7              their own conditions for inclusivity,

 8              fairness and safety."

 9              Do you see that?

10      A    Yes, I do.                                      02:23:26

11      Q    Okay.  So is it fair to say that this article,

12   they state that they argue against universal guidelines

13   for transgender athletes in sport?

14              MR. FRAMPTON:  Object to form.

15              THE WITNESS:  Yes, that would be a correct   02:23:42

16   statement based on what is written right there.

17   BY MR. BLOCK:

18      Q    Okay.  So based on what is written right

19   there, they do not support a single categorical rule

20   that applies equally to all sporting events; correct?   02:23:52

21              MR. FRAMPTON:  Same objection.

22              THE WITNESS:  Based on that sentence, that is

23   correct.

24   BY MR. BLOCK:

25      Q    Okay.  Let's go to page 209 of this.            02:23:59
```

Page 212

```
 1              At the top of the page, on the left-hand

 2     column.

 3         A   Okay.

 4         Q   Okay.  The paragraph beginning -- I mean, not

 5     the paragraph.  The sentence beginning with the word    02:24:28

 6     "however."

 7              Do you see that --

 8         A   Yes.

 9         Q   -- right in the middle of that first

10     paragraph?                                              02:24:35

11              All right.  It says (as read):

12              "However, given the plausible

13              disadvantages with testosterone

14              suppression mentioned in this section,

15              together with the more marginal male         02:24:43

16              advantage in endurance-based sports,

17              the balance between inclusion and

18              fairness is likely closer to

19              equilibrium in weight-bearing

20              endurance-based sports compared with         02:24:55

21              strength-based sports where the male

22              advantage is still substantial.

23              Do you see that?

24         A   Yes, I do.

25         Q   All right.  So -- and feel free to read more   02:25:03
```

Page 213

```
 1    of that paragraph of which this is an excerpt, but is

 2    it fair to say that the authors of this article are

 3    saying there is a substantial advantage for

 4    strength-based sports for transgender women who

 5    suppress testosterone, but when it comes to -- when it    02:25:25

 6    comes to weightbearing endurance-based sports, the

 7    balance between inclusion and fairness is likely closer

 8    to equilibrium?

 9              MR. FRAMPTON:  Object to the form.

10              MR. TRYON:  Objection.                          02:25:45

11              THE WITNESS:  I think you need to take that

12    particular statement in context of the other

13    information presented in this article in which the

14    authors clearly demonstrate a 10 to 13 percent

15    advantage in endurance performance for males compared    02:25:57

16    to females relative to the 30 to 60 percent -- I guess

17    I could look up at the table and tell you exactly the

18    percent -- that they're showing for advantage in

19    strength-based sports.

20              And then if you look at the para- -- the        02:26:10

21    sentence right above what you've quoted, they mention

22    about unknown effects on vari- -- a number of the

23    determinants of endurance performance.

24              And so I really can't say too much beyond that

25    that is kind of a speculative statement.                  02:26:26
```

Page 214

```
 1    BY MR. BLOCK:

 2        Q   I see.  So if you look on page 208, there's a

 3    discussion about -- on the right-hand column, there's a

 4    discussion about hemoglob- -- hemoglobin levels being

 5    reduced with once testosterone is suppressed; correct?    02:26:48

 6        A   Yes.  Second paragraph down, page 208, starts

 7    "Circulating hemoglobin."

 8        Q   Right.  And if you -- and then if you look at

 9    the next paragraph, it also says (as read):

10            "The typical increase in body fat             02:27:07

11             noted in transgender women may also be

12             a disadvantage for sporting activities

13             (e.g. running) where body weight (or

14             fat distribution) presents a marginal

15             disadvantage."                               02:27:21

16             Right?

17        A   Correct.

18        Q   Okay.  All right.  I'll leave it at that

19    article.

20            We already -- you mentioned the World Rugby    02:27:36

21    policies, and you already noted that World Rugby allows

22    girls and women -- trans girls and women to -- I guess

23    I'll start over.

24            You already mentioned that World Rugby allows

25    trans women to participate in women's rugby if they've   02:27:55
```

Veritext Legal Solutions
866 299-5127

```
 1     had puberty blockers and, therefore, not experienced

 2     endogenous puberty; right?

 3              MR. FRAMPTON:  Object to form.

 4              Go ahead.

 5              I'm sorry.  I couldn't tell if you finished      02:28:11

 6     the question.

 7              Go --

 8              MR. FRAMPTON:  But objection.

 9              Go ahead and answer.

10              THE WITNESS:  All right.  That is my             02:28:14

11     understanding of what World Rugby has stated.

12     BY MR. BLOCK:

13        Q    Okay.  So you don't need me to put on the

14     screen a -- a copy of the World Rugby policy to -- to

15     point out that provision, do you?                        02:28:27

16        A    I would ask you to put it on the screen so we

17     can evaluate if they cite any sources to make that

18     statement.

19        Q    Sure.  Let's put that -- let's put it on the

20     screen.  One second.                                     02:28:40

21              MS. DUPHILY:  Did you say you wanted to put

22     something on the screen or --

23              MR. BLOCK:  No, I'll take -- I'll take care of

24     it.  I'm just looking up which specific one I want to

25     put up.                                                  02:29:03
```

Page 216

```
  1              MS. DUPHILY:   Okay.

  2              (Exhibit 77 was marked for identification

  3          by the court reporter and is attached hereto.)

  4      BY MR. BLOCK:

  5          Q   All right.  So this is going to pop up as        02:29:22

  6      marked as Exhibit 77.  Let me know when you see it.

  7          A   All right.  Exhibit 077 - World Rugby

  8      Transgender...?

  9          Q   Yes.  All right.  And you see it says, "Can

 10      transgender women play rugby?" right?                    02:29:58

 11          A   Yes.

 12          Q   Okay.  And the first bullet point says (as

 13      read):

 14              "Transgender women who transitioned

 15              pre-puberty and have not experienced            02:30:08

 16              the biological effects of testosterone

 17              during puberty and adolescence can

 18              play women's rugby (subject to

 19              confirmation of medical treatment and

 20              the timing thereof).                             02:30:18

 21              Right?

 22          A   Yes, I see that.

 23          Q   Okay.  The third bullet point also says (as

 24      read):

 25              "Transgender women can play                      02:30:22
```

                                                    Page 217

1          mixed-gender non-contact rugby."

2          Right?

3     A    Yes.

4     Q    Okay.  And if we -- scroll down.

5          Do you know -- do you know if World Rugby at        02:31:00

6     all talks about any advantages for -- between boys and

7     girls before puberty?

8     A    I don't recall this document from World Rugby

9     evaluating differences between boys and girls

10    prepuberty.                                              02:31:25

11    Q    Can you recall any document from World Rugby

12    evaluating that?

13    A    Sitting here right now, I cannot recall that

14    World Rugby has evaluated and cited sources on

15    differences before puberty or the effect of puberty      02:31:45

16    blockers on those differences.

17    Q    Okay.  All right.

18         So that's -- that's World Rugby.  So we can

19    put that down as not supporting a policy of excluding

20    trans girls and women from participating in girls and    02:32:04

21    women's sports if they've had puberty blockers;

22    correct?

23         MR. FRAMPTON:  Object to the form.

24         THE WITNESS:  I think it's important that

25    that's specific to rugby.                                02:32:18

                                                      Page 218

```
 1   BY MR. BLOCK:

 2       Q   I -- I understand.  But the -- the answer to

 3   my question is correct; right?

 4           MR. FRAMPTON:  Object to the form.

 5           THE WITNESS:  Isn't that what I said?         02:32:26

 6   BY MR. BLOCK:

 7       Q   No.  You -- you've made a different statement,

 8   so I -- I just -- I need you to answer my question

 9   before you make a different statement.

10           So it's fair to say that -- that            02:32:35

11   World Rugby -- this World Rugby policy does not support

12   excluding trans girls and women from girls and women's

13   teams in rugby if they have been on hormone blockers

14   and not experien- -- puberty blockers and not

15   experienced endogenous puberty; correct?            02:32:58

16           MR. FRAMPTON:  Object to the form.

17           THE WITNESS:  Yes, that is correct, as you

18   stated, the World Rugby statement is about rugby.

19           (Exhibit 78 was marked for identification

20       by the court reporter and is attached hereto.)   02:33:10

21   BY MR. BLOCK:

22       Q   Okay.  All right.  Now let's look at the

23   Harper 2021 article.

24           All right.  This is going to appear on your

25   screen as Exhibit 78.  Please let me know once you have  02:33:36
```

Page 219

1      it.

2           A    All right.  Exhibit 078 - Harper.

3           Q    All right.  See if I can grab -- all right.

4      So if you go to page 7.  Let me know when you're there.

5           A    All right.  Page 7 of 9.                    02:34:17

6           Q    Yeah.  So if you look at the first full

7      paragraph, beginning with "in contrast," do you see

8      that?

9           A    Yes.

10          Q    Okay.  It says (as read):                   02:34:35

11               "In contrast to strength-related data,

12               blood cell findings revealed a

13               different time course of change.

14               After 3-4 months on GAHT" -- which is

15               gender-affirming hormone therapy --        02:34:48

16               "the HCT or Hgb levels of transwomen

17               matched those of cisgender women, with

18               levels remaining stable within the

19               'normal' female range for studies

20               lasting up to 36 months."                  02:35:02

21               Do you see that?

22          A    Yes, I do.

23          Q    Okay.  And then if you look at the bottom of

24      the paragraph, so that's the top of the second column,

25      it says (as read):                                  02:35:19

                                                    Page 220

```
 1              "Given this, and that the changes in

 2              Hgb/HCT follow a different time course

 3              than strength changes, sport-specific

 4              regulations for transwomen in

 5              endurance versus strength sports may        02:35:30

 6              be needed."

 7         Do you see that?

 8    A    Yes, I see that.

 9    Q    Okay.  So is this Harper article advocating

10   for a single categorical rule that doesn't distinguish   02:35:41

11   between endurance sports and strength sports?

12              MR. FRAMPTON:  Object to the form.

13              THE WITNESS:  That would appear to be correct.

14   BY MR. BLOCK:

15    Q    Okay.  Now, if you look at the bottom right,      02:35:53

16   so the last paragraph, bottom right of page 7, it says

17   (as read):

18              "Although the data we present are

19              meaningful, the effects of GAHT on

20              these parameters, or indeed athletic        02:36:15

21              performance in transgender people who

22              engage in training and competition,

23              remain unknown."

24         Do you see that?

25    A    Yes.                                             02:36:23
```

Page 221

```
 1        Q    Okay.  Great.

 2             And then if we move down -- actually, never

 3    mind.  I'll come -- I'll come back to this article.

 4    I -- I have one more to quote for you, and then I'll

 5    come back to this article.                        02:36:44

 6             If you go to page 8, at the very end, the

 7    second to last sentence.

 8        A    Is that the one that starts "Whether

 9    transgender"?

10        Q    Yes.  It says (as read):                02:36:57

11             Whether --

12        A    Okay.

13        Q    (As read):

14             "Whether transgender and cisgender

15             women can engage in meaningful sport,    02:37:02

16             even after gender-affirming hormone

17             therapy, is a highly debated question.

18             However, before this question can be

19             answered with any certainty, the

20             intricacies and complexity of factors    02:37:12

21             that feed into the development of

22             high-performance athletes warrant

23             further investigation of attributes

24             beyond those assessed herein."

25             Do you see that?                         02:37:23
```

Page 222

```
 1          A    I see that.

 2          Q    Okay.  So do the authors of this article

 3   believe that the information they present here allows a

 4   policy maker to determine with any certainty whether

 5   transgender and cisgender women can engage in              02:37:38

 6   meaningful sport after GAHT?

 7               MR. FRAMPTON:  Object to the form.

 8               MR. TRYON:  Objection.

 9               THE WITNESS:  The authors state that that

10   question cannot be answered.                              02:37:52

11   BY MR. BLOCK:

12          Q    Okay.  And you -- do you think the question

13   can be answered?

14               MR. FRAMPTON:  Object to the form.

15               Go ahead.                                     02:38:05

16               THE WITNESS:  I think that the question can be

17   answered sufficiently that we should not do away with

18   existing policies until further information

19   demonstrating the removal of biological male advantage

20   has been obtained.                                        02:38:18

21   BY MR. BLOCK:

22          Q    Okay.  Let me ask that again.

23               So the -- the -- the -- because I'm just not

24   sure it came out clearly.

25               So the authors of this article say -- I'm just  02:38:32
```

Page 223

```
 1    going to read it again for the record.  (As read):

 2              "Whether transgender and cisgender

 3              women can engage in meaningful sport,

 4              even after gender-affirming hormone

 5              therapy, is a highly debated question.      02:38:47

 6              However, before this question can be

 7              answered with any certainty, the

 8              intricacies and complexity of factors

 9              that feed into the development of

10              high-performance athletes warrant         02:38:56

11              further investigation of attributes

12              beyond those assessed herein."

13              Do you agree or disagree with that statement?

14              MR. FRAMPTON:  Object to the form.

15              Go ahead.                                 02:39:08

16              THE WITNESS:  So what is the question I'm

17    agreeing with or not agreeing with?

18    BY MR. BLOCK:

19         Q   I -- I believe the question is that until --

20    until the intricacies and complexity of factors that   02:39:24

21    feed into the development of high-performance

22    athletes -- let me ask the question again in a -- in a

23    clearer way.

24              Do you -- the -- the question is, do you -- is

25    the information presented in this article sufficient   02:39:37
```

Page 224

1    for a policy maker to answer with any certainty whether

2    transgender and cisgender women can engage in

3    meaningful sport after gender-affirming hormone

4    therapy?

5           MR. FRAMPTON:  Same objection.                02:39:55

6           Go ahead.

7           THE WITNESS:  What is meant by "meaningful

8    sport"?

9    BY MR. BLOCK:

10       Q    What -- what do you think is meant by         02:39:59

11   "meaningful sport"?

12       A    I asked first.

13       Q    So you can't answer the question without

14   knowing more what they mean by "meaningful sport"?

15       A    Yes, I would like know what they mean more by  02:40:19

16   "meaningful sport."

17       Q    Okay.  Do you think that -- all right.  We can

18   come back to this article later too.

19           So a question about the Hamilton article.  You

20   have several times, if I'm right, referenced a          02:40:45

21   statement in the Hamilton article about how women have

22   a right to compete in a protected category; is that

23   right?

24       A    Yes, I have stated that.

25       Q    Okay.  Is there any other portion of the       02:41:02

                                                      Page 225

```
 1    Hamilton article that you remember?

 2            MR. FRAMPTON:  Object to the form.

 3            THE WITNESS:  I remember there was a lot of

 4    statements in the Hamilton article that seemed

 5    confusing and contradictory.                    02:41:18

 6    BY MR. BLOCK:

 7        Q    What do you mean by "confusing and

 8    contradictory"?

 9        A    Again, if I'm remembering the article

10    correctly, it seemed like they would make a statement   02:41:30

11    in one place about how trans women retain significant

12    advantages and then in another statement state

13    something about how those advantages wouldn't influence

14    sport performance and then come back and state that

15    those are advantages that influence sport performance.   02:41:48

16            I'm -- I'm grossly generalizing here, but that

17    was my impression because I read a lot of the article.

18        Q    Okay.  Which portions of the article did you

19    decide to cite in your report?

20            MR. FRAMPTON:  Object to the form.          02:42:06

21            THE WITNESS:  The -- if I'm remembering

22    correctly, that is a direct quote from Hamilton, that

23    cisgender women deserve to compete in a protected

24    category, and I thought that was a very clear statement

25    from that article.                              02:42:22
```

<div style="text-align: right">Page 226</div>

```
 1    BY MR. BLOCK:

 2        Q   Okay.  But -- but you had said before that

 3    several statements in the article are contradictory;

 4    right?

 5        A   Yes.                                      02:42:30

 6        Q   Okay.  And in your report, you quoted the

 7    statements that you believe support excluding trans

 8    girls and women from female sports; is that right?

 9            MR. FRAMPTON:  Object to the form.

10            THE WITNESS:  Yes, I quoted from Hamilton   02:42:56

11    those parts that -- yeah, as you said.

12    BY MR. BLOCK:

13        Q   Okay.  But you didn't quote any of the

14    portions of the Hamilton article that are contradictory

15    with that; right?                                02:43:19

16            MR. FRAMPTON:  Object to the form.

17            THE WITNESS:  I didn't put quotations in there

18    that were confusing and contradictory to other

19    quotations in the article.

20    BY MR. BLOCK:                                    02:43:28

21        Q   Well, so if there's two quotations in the

22    article, one of them supports allowing trans women to

23    participate and the other one opposes allowing

24    transgender women to participate, you decided to cite

25    to the quote that opposes allowing trans women to   02:43:42
```

Page 227

1    participate; right?

2            MR. FRAMPTON:  Object to the form.

3            THE WITNESS:  Yes, that is what I quoted.

4    BY MR. BLOCK:

5        Q    Okay.  And why did you choose to cite the       02:43:55

6    portions that you believe support opposing -- I'll ask

7    again.

8            Why did you choose to cite to the portions

9    that would support excluding transgender women instead

10   of the portions of the article that you think support    02:44:08

11   including them?

12           MR. FRAMPTON:  Object to the form.

13           THE WITNESS:  Because as I read the article

14   and evaluated the information, I thought it was a clear

15   statement opposing the inclusion of trans women in       02:44:22

16   women's sports.

17           (Exhibit 79 was marked for identification

18        by the court reporter and is attached hereto.)

19   BY MR. BLOCK:

20       Q    Okay.  So let's look at the -- let's look at     02:44:28

21   the article.

22           So this will appear on your screen in a second

23   as Exhibit 79.  Let me know when it appears.

24       A    All right.  Exhibit 079 - Hamilton.

25       Q    Okay.  Is this article that you were            02:45:19

Page 228

```
 1    referencing when you cited to the 2021 Hamilton

 2    article?

 3         A   Yes.  I think I also refer to it in my

 4    declaration as the FIMS 2021 statement.

 5         Q   Yeah.  What -- what is FIMS?            02:45:33

 6         A   It's the International Sports Medicine

 7    Federation.  I think it's French, is why it's like

 8    Federation International Medicine Sport.  That's why it

 9    becomes FIMS.

10         Q   Uh-huh.                                 02:45:46

11         A   Beyond that, it's just a -- it's a

12    professional organization of people interested in

13    sports medicine.

14         Q   Is -- in your -- your report, you say that the

15    statement is "signed by more than 60 sports medicine   02:46:01

16    experts from prestigious institutions around the

17    world"; is that right?

18         A   What page is that on my declaration so I make

19    sure I'm agreeing to a number that --

20         Q   Sure.  It's paragraph 167, which is page 56 of  02:46:16

21    the PDF.  And it's page 51 of the bottom pagination.

22         A   All right.  Yes, that is what I stated in my

23    declaration.

24         Q   Okay.  So the views expressed by this body,

25    you think, are entitled to significant weight; right?   02:46:36
```

                                          Page 229

```
 1              MR. FRAMPTON:  Object to the form.

 2              THE WITNESS:  It is an -- it is a statement

 3      from an organization that is, you know, a respected

 4      organization.

 5      BY MR. BLOCK:                                    02:46:58

 6          Q   Okay.  If you turn to page 2 of this, so

 7      page 1402, at the top left, there's a little box that

 8      says "Key Points."

 9              Do you see that?

10          A   Yes.                                     02:47:08

11          Q   Okay.  Key Points.  And the first point there

12      is (as read):

13              "The use of testosterone concentration

14              limits of 5 nmol/L in transwomen and

15              DSD women athletes is a justifiable     02:47:19

16              threshold based on the best available

17              scientific evidence."

18              Did I read that right?

19          A   You read that correctly.

20          Q   And so of the points in this article    02:47:29

21      highlighted as the key points, this is the first one;

22      right?

23              MR. FRAMPTON:  Object to the form.

24              THE WITNESS:  Yes, that appears to be the

25      first highlighted key point.                     02:47:39
```

Page 230

```
 1    BY MR. BLOCK:

 2        Q   Okay.  But you didn't choose to mention this

 3    first key point in your report; right?

 4        A   That is correct.

 5        Q   Okay.  Why not?                              02:47:49

 6        A   I disagree with that key point.

 7        Q   Okay.  So you only highlighted -- you only

 8    cited to the portions of this article that you agreed

 9    with; right?

10            MR. FRAMPTON:  Object to the form.           02:47:58

11            THE WITNESS:  I cited the information that I

12    agree with after evaluating the other scientific

13    information.

14    BY MR. BLOCK:

15        Q   Let's go to 1409.                            02:48:22

16            Do you see that?

17        A   Yes.

18        Q   Okay.  So the third bullet point here, when we

19    get to -- this is -- I'm sorry, under -- this whole

20    section of bullet points is under the subsection 5.7   02:48:41

21    "FIMS Consensus Statements for the Integration of DSD

22    Women and Transwomen Athletes into Elite Female Sport";

23    right?

24        A   That is correct.

25        Q   All right.  So based on the foregoing         02:48:53
```

Page 231

```
 1    information discussed in the article, these are the

 2    consensus statements that FIMS agreed upon; right?

 3         A    That's a reasonable conclusion, yes.

 4         Q    Okay.  So the third bullet point on the

 5    right-hand column is (as read):                    02:49:13

 6              "Transwomen have a (sic) right to

 7              compete in sports.  However, cisgender

 8              women have the right to compete in a

 9              protected category."

10              Is that right?                           02:49:26

11         A    That's correct.

12         Q    Okay.  And this bullet point is a bullet point

13    that you included in your report; right?

14         A    Correct.

15         Q    Okay.  Do you know if you included any of the  02:49:33

16    other bullet points in your report?

17         A    I don't think I included any of the other

18    bullet points.

19         Q    Okay.  So let's look at some of those other

20    bullet points.                                     02:49:46

21              If you go two bullet points down from the --

22    the one we just looked at, it says (as read):

23              "As each sport can vary greatly in

24              terms of physiological demands, we

25              support the view held also by others    02:49:58
```

```
 1            stating that individual

 2            sport-governing bodies should develop

 3            their own individual policies based on

 4            broader guidelines developed on the

 5            best available scientific evidence,          02:50:09

 6            determined experimentally from a

 7            variety of sources with a particular

 8            preference for studies on transwomen

 9            and DSD women athletes."

10            Did I read that right?                       02:50:19

11       A    Yes.

12       Q    Okay.  So this bullet point supports having

13   different policies developed by different sport's

14   governing bodies; right?

15            MR. FRAMPTON:  Object to the form.           02:50:32

16            THE WITNESS:  That is a great example of a

17   bullet point that seems contradictory to a previous

18   statement.

19   BY MR. BLOCK:

20       Q    Okay.  But this statement here does not      02:50:39

21   support an across-the-board policy that applies to all

22   difference types of sports; is that right?

23            MR. FRAMPTON:  Same objection.

24            Go ahead.

25            THE WITNESS:  That is correct.               02:50:54
```

Page 233

```
 1   BY MR. BLOCK:

 2        Q    And then two more bullet points down, it says

 3   (as read):

 4             "The use of serum testosterone

 5             concentrations as the primary            02:51:17

 6             biomarker to regulate the inclusion of

 7             athletes into male and female

 8             categories is currently the most

 9             justified solution as it is supported

10             by the available scientific literature  02:51:27

11             and should be implemented at the elite

12             level, where there is an emphasis on

13             performance enhancement."

14             Did I read that right?

15        A    Yes, you read that correctly.          02:51:38

16        Q    Okay.  And that's -- that's similar to the key

17   point that we talked about before, on the second page;

18   right?

19        A    That is similar to that previous key point.

20        Q    Okay.  And then if you turn the page, the   02:51:46

21   first full -- fir- -- excuse me -- the first full

22   bullet point at the top, you know, again, is --

23   essentially restates the -- the key point that we

24   discussed before; is that right?

25             MR. FRAMPTON:  Same objection.         02:52:04
```

Veritext Legal Solutions
866 299-5127

```
 1            Go ahead.

 2            THE WITNESS:  Yes.  That reiterates the

 3    5 nmol/L threshold for testosterone.

 4    BY MR. BLOCK:

 5        Q   Okay.  And then the sentence also says that      02:52:14

 6    that threshold may be modified as new evidence arises

 7    for an event or sport-specific concentrations; is that

 8    right?

 9        A   Yes, that is what it says.

10        Q   Okay.  And so -- so that -- that bullet point    02:52:28

11    and the other bullet point we looked at about the use

12    of serum testosterone and the other bullet point about

13    having individual policies for individual sports are

14    bullet points that you disagreed with; right?

15        A   That is correct.                                 02:52:49

16        Q   Okay.  And because you disagreed with them,

17    you did not include them in your report?

18            MR. FRAMPTON:  Object to the form.

19            Go ahead.

20            THE WITNESS:  That is correct.                   02:53:01

21    BY MR. BLOCK:

22        Q   Okay.  But at least according to this

23    document, the -- all the authors of this statement had

24    agreed on those bullet points as consensus statements;

25    right?                                                   02:53:19
```

Page 235

```
 1            MR. FRAMPTON:  Object to the form.

 2            THE WITNESS:  Assuming that the authors, you

 3    know, agreed to it with their signature, that is a

 4    reasonable assumption.

 5    BY MR. BLOCK:                                     02:53:31

 6        Q   Okay.  Great.

 7            And actually -- in fact -- one second.

 8            All right.  If you look at page 1403, it

 9    says -- at the bottom of that first paragraph, do you

10    see where it says "all statements"?                02:54:16

11        A   The bottom of which paragraph?

12        Q   Sorry.  On the right-hand column, on

13    page 1403, under the "Methods" section, do you see

14    that?  The paragraph begins with -- with "here."

15    "Here, we present."                                02:54:37

16        A   Yes.

17        Q   Okay.  So the last sentence -- the last two

18    sentences say (as read):

19            "All statements received unanimous

20            approval by all named authors except       02:54:48

21            for the statement on the testosterone

22            limit of 5 nmol/L, which received

23            majority approval and the voting

24            result is included in this (sic)

25            article."                                  02:54:59
```

```
 1              Do you see that?

 2      A    Yes, I see that.

 3      Q    All right.  So let's go down to what the

 4  voting results were for that.

 5              Okay.  It's actually on the bullet points that   02:55:20

 6  we looked at before, on 1410.

 7      A    On page 1410?

 8      Q    Uh-huh.

 9      A    All right.

10      Q    Okay.  So beginning with -- so the first --   02:55:38

11  the second full bullet point, it says (as read):

12              "The statement on the testosterone

13              concentration threshold for transwomen

14              and DSD women athletes was the only

15              point of contention for the FIMS            02:55:48

16              Panel.  All 70 authors voted, of whom

17              87% were in favour of the 5 nmol/L

18              threshold, 2% of the authors were in

19              favour of a threshold of 8 nmol/L, 2%

20              were in favour of a threshold around         02:56:04

21              the upper testosterone concentration

22              of normal healthy females of

23              0.2-1.7 nmol/L, and 8% of authors were

24              in favour of no change to the limit

25              until further evidence was acquired."        02:56:18
```

Page 237

```
 1              Do you see that?

 2        A    Yes, I see that.

 3        Q    Okay.  So -- so based on this paragraph, it

 4   appears that none of the 70 authors supported a policy

 5   of prohibiting trans women from participating, you       02:56:35

 6   know, regardless of how low they suppressed their

 7   circulating testosterone levels; right?

 8              MR. FRAMPTON:  Object to the form.

 9              THE WITNESS:  Can you restate the question?

10   BY MR. BLOCK:                                            02:56:58

11        Q    Sure.  Did any of the 70 au- -- 70 authors

12   vote in favor of prohibiting trans women completely

13   from prohibiting -- from -- from participating in

14   women's sports regardless of how low they -- they

15   lowered their levels of circulating testosterone?       02:57:15

16              MR. FRAMPTON:  Same objection.

17              THE WITNESS:  I would really like to read the

18   article more and not just look at this particular

19   statement on their decision on what they thought were

20   acceptable testosterone levels.                         02:57:27

21   BY MR. BLOCK:

22        Q    Okay.  But based on this paragraph, it appears

23   that none of the 70 authors supported a policy

24   analogous to H.B. 3293; right?

25              MR. FRAMPTON:  Same objection.                02:57:46
```

Page 238

```
 1            THE WITNESS:  And this is another example of

 2    something that is confusing and contradictory to me, is

 3    when they say that cisgender women deserve a protected

 4    category and then have this kind of a statement.

 5    BY MR. BLOCK:                                      02:57:57

 6        Q   Well, isn't one way to reconcile it that it's

 7    possible to have a protected category for cisgender

 8    women if appropriate conditions are placed on the

 9    participation of trans women?

10            MR. FRAMPTON:  Object to the form.         02:58:17

11            THE WITNESS:  My understanding of the

12    intention of the authors is then it would no longer be

13    a protected category.

14    BY MR. BLOCK:

15        Q   Well, it would be protected from participation  02:58:24

16    by cisgender men or anyone else with circulating levels

17    of testosterone over the threshold limit; right?

18            MR. FRAMPTON:  Same objection.

19            THE WITNESS:  Within the -- the field, a

20    protected category of women typically means biological  02:58:38

21    women.

22    BY MR. BLOCK:

23        Q   Okay.  Let's look at the next document.

24            All right.  And, actually, we already marked

25    this one as an exhibit.  This is the women's policy    02:58:57
```

Page 239

```
 1    briefing book.  So this is Exhibit 69, if you could

 2    pull it up again.

 3         A   All right.  Women's Sports Policy Working

 4    Group, Briefing Book?

 5         Q   Yes.                                    02:59:21

 6             All right.  If you look at page 15.

 7         A   All right.  Page 15.

 8         Q   So at the -- the top, you can see this is

 9    their Proposed Amendment to the Title IX Regulations.

10             Do you see that?                         03:00:04

11         A   Yes.

12         Q   Okay.  So if we scroll down to subsection C,

13    Treatment of Transgender Athletes, do you see that?

14         A   Yes.

15         Q   Okay.  So -- so subsection (c)(1) says (as  03:00:12

16    read):

17             Because trans girls/women who have not

18             begun male puberty do not have

19             significant male linked -- male

20             sex-linked advantages, they shall be      03:00:24

21             included in girls' and women's sports

22             without conditions or limitations.

23             Do you see that?

24         A   I see that.

25         Q   All right.  So to the extent that H.B. 3293  03:00:33
```

                                                    Page 240

```
 1    prohibits trans girls and women from participating in

 2    women's sports, even if they have not experienced

 3    endogenous male puberty, the authors of this briefing

 4    book would disagree with H.B. 3293, to that extent?

 5           MR. FRAMPTON:  Object to the form.          03:00:56

 6           THE WITNESS:  I don't think that I can speak

 7    on behalf of these authors for what they agree or

 8    disagree with regarding H.B. 323 (sic) -- whatever it

 9    is.  Sorry.

10    BY MR. BLOCK:                                      03:01:12

11        Q   Okay.  So do you think that subsection (c)(1)

12    is consistent with H.B. 3293?

13           MR. FRAMPTON:  Object to the form.

14           THE WITNESS:  Well, (c)(1) says they shall be

15    included in girls and women's sports.              03:01:28

16    BY MR. BLOCK:

17        Q   So the answer to my question is yes?

18           MR. FRAMPTON:  Object to the form.

19    BY MR. BLOCK:

20        Q   I mean -- no, I'll just ask that again.    03:01:40

21           Can you just give me a "yes" or "no" answer so

22    I don't have to worry about getting a clean transcript?

23           So just -- my question is, is section (c)(1)

24    consistent with H.B. 3293?

25           MR. FRAMPTON:  Same objection.              03:01:52
```

Page 241

```
 1          Go ahead.

 2          THE WITNESS:  I think there is an

 3   inconsistency there.

 4   BY MR. BLOCK:

 5      Q   Okay.  Thank you.                      03:02:02

 6          If you look at section (c)(3), it says (as

 7   read):

 8          "Trans girls/women who have

 9          experienced all or part of male

10          puberty and who have sufficiently       03:02:14

11          mitigated their male sex-linked

12          advantages — through surgery and/or

13          gender affirming hormones consistent

14          with the rules of their international

15          federations — may participate in        03:02:25

16          girls'/women's sport without

17          additional conditions or limitations."

18          Do you see that?

19      A   I see that.

20      Q   Okay.  And so section (c)(3) is also     03:02:32

21   inconsistent with H.B. 3293; correct?

22          MR. FRAMPTON:  Same objection.

23          Go ahead.

24          THE WITNESS:  I would say that it may or may

25   not, apparently depending on the rules of the    03:02:44
```

                                          Page 242

```
 1    international federations.

 2    BY MR. BLOCK:

 3        Q    Okay.  So are there any international

 4    federations, aside from rugby, that categorically

 5    exclude girls and women who are transgender from        03:02:58

 6    participating in the female category?

 7        A    There have been a lot of changes in those

 8    lately and a lot of organizations debating that, and so

 9    I can't say for certain whether there is or is not an

10    organization or no organizations that specifically      03:03:16

11    state that.

12        Q    But you consider yourself an expert on this

13    issue, don't you?

14        A    Yes.  And there's at lot of organizations that

15    are in process of making decisions, and so I can't say  03:03:29

16    what their decisions are when they have not released

17    their decisions.

18        Q    All right.  Well, has any organization

19    released a decision excluding trans girls and women

20    from participating in the female category, even if they 03:03:43

21    have lowered their circulating testosterone, besides

22    rugby?

23        A    I know swimming had a recent change, and I

24    can't remember the exact wording on that, and -- again,

25    that's what I can remember right now at this moment.     03:04:10
```

Page 243

```
 1        Q    All right.  Does -- did the recent change from

 2    swimming categorically exclude trans girls and women

 3    from participating in women's swimming events?

 4            MR. FRAMPTON:  Objection to the form.

 5            THE WITNESS:  I would need to look at the        03:04:28

 6    document to be sure.

 7    BY MR. BLOCK:

 8        Q    Isn't it true that the new swimming policy

 9    extended the period of hormone suppression to three

10    years?  Does that sound familiar to you?              03:04:46

11        A    As you say it, it sounds familiar, but I can't

12    be sure if I'm remembering it because you told me I

13    should remember it.

14        Q    Okay.  Well, we'll -- we'll get you a -- a

15    copy of that.                                          03:05:05

16            And then subsection (4) says (as read):

17            "Trans girls/women who have

18             experienced all or part of male

19             puberty and who have not, or only

20             insufficiently, mitigated their male         03:05:19

21             sex-linked advantages according to the

22             international federation standards in

23             their sport may be accommodated within

24             girls'/women's sports but not in

25             head-to-head competition with female         03:05:31
```

Page 244

```
 1            athletes."

 2            Do you see that?

 3     A    I see that.

 4     Q    Okay.  And so that also is inconsistent with

 5   H.B. 3293; correct?                                   03:05:39

 6            MR. FRAMPTON:  Object to the form.

 7            THE WITNESS:  This is somewhat of a confusing

 8   statement because how is somehow included in women's

 9   sports if they're not competing head-to-head with

10   women.                                                03:05:50

11   BY MR. BLOCK:

12     Q    Well, there's scrimmages and, you know, team

13   practices and other events that are not for trophies.

14            Those are some examples; right?

15     A    And I would ask, are they really included,      03:06:07

16   then, if they can only participate in limited aspects

17   of the sport.

18     Q    Okay.  But my question is whether or not this

19   is consistent with H.B. 3293.

20            And so section (c)(4) is inconsistent with    03:06:22

21   H.B. 3293; correct?

22            MR. FRAMPTON:  Object to the form.

23            THE WITNESS:  I would need to refer back to

24   the bill to be certain, but I think that your statement

25   is, yes, this is an inconsistency.                     03:06:39
```

Page 245

```
 1    BY MR. BLOCK:

 2        Q   Okay.  Let's go back to your report.  So

 3    that's Exhibit -- oh, I'm sorry, I just want to make

 4    sure we got through all of the sources cited in that

 5    paragraph of your report.  So let me -- let's turn to      03:07:09

 6    your report and just make sure we've -- we've looked at

 7    all of them because I don't want to leave any out.

 8            I believe -- is this on page 8?  Or

 9    paragraph 8?  It's paragraph 8, I believe.  On page 7,

10    paragraph 8.                                               03:07:30

11            Let me know when you're there.

12        A   I'm there.

13        Q   Okay.  So we looked at Coleman 2020; correct?

14        A   Yes.

15        Q   And Hilton and Lundberg 2021; correct?           03:07:42

16        A   Yes.

17        Q   And World Rugby?

18        A   Yes.

19        Q   And Harper 2021?

20        A   Yes.                                              03:07:53

21        Q   And Hamilton 2021?

22        A   Yes.

23        Q   And a briefing book prepared by the Women's

24    Sports Policy Working Group 2021; right?

25        A   Yes.                                              03:08:00
```

Page 246

```
 1        Q    Okay.  So now that we've looked at all of

 2   those, do any of them advocate in favor of excluding

 3   girls and women who are trans from participating in

 4   women's sports if they have had puberty blockers and

 5   not gone through endogenous puberty?              03:08:17

 6           MR. FRAMPTON:  Object to the form.

 7           Go ahead.

 8           THE WITNESS:  I still think that that

 9   statement from Hamilton, where they say women deserve a

10   protected category, with the understanding that    03:08:24

11   protected category, as it is used in the field, means

12   biological women only.

13   BY MR. BLOCK:

14        Q    Okay.  But other portions of the -- the

15   Hamilton statement don't support that; correct?    03:08:39

16        A    Correct.

17        Q    Okay.  So after reviewing all these sources,

18   let's see, how -- how many of them do we think support

19   excluding girls and women who are transgender if

20   they've experienced puberty and then suppressed their  03:09:04

21   testosterone?

22           MR. FRAMPTON:  Object to the form.

23           THE WITNESS:  So as we've reviewed these

24   sitting here, I would say Hamilton supports it, with

25   the caveat that it is, at times, contradictory.    03:09:20
```

Page 247

```
 1    BY MR. BLOCK:

 2        Q   Okay.  And did any of these sources support

 3    having a single across-the-board rule that applied to

 4    all sporting events?

 5            MR. FRAMPTON:  Object to the form.          03:09:37

 6            THE WITNESS:  Again, the same statement with

 7    Hamilton seems to state that, with the caveat that, I

 8    guess, you and I can agree there is some contradiction

 9    or confusion there.

10    BY MR. BLOCK:                                       03:09:51

11        Q   Okay.  Let's look at page 4 of your report.

12        A   All right.  Page 4, Overview.

13        Q   Yes.  If you look at the second bullet point.

14        A   Okay.

15        Q   It says (as read):                          03:10:13

16            "Biological male physiology is the

17            basis for the performance advantage

18            that men, adolescent boys, or male

19            children have over women, adolescent

20            girls, or female children in almost        03:10:25

21            all athletic events."

22            Did I read that right?

23        A   Yes, you read that correctly.

24        Q   Okay.  And so your expert opinions about

25    transgender women are based on the premise that       03:10:34
```

Page 248

```
 1    transgender women who have not had any gender-affirming

 2    medical interventions will have the same physiology as

 3    cisgender men; right?

 4            MR. FRAMPTON:  Object to the form.

 5            THE WITNESS:  Yes, they are still biological    03:10:51

 6    males.

 7    BY MR. BLOCK:

 8        Q    And will have the same physiological

 9    characteristics that are the basis for the performance

10    advantage; correct?                                    03:10:59

11            MR. FRAMPTON:  Same objection.

12            THE WITNESS:  That is correct.  Male

13    physiology is the basis of the performance advantage.

14    BY MR. BLOCK:

15        Q    So let's go back to that Hamilton article we   03:11:09

16    were discussing.  So that is, I believe, Exhibit 79.

17        A    All right.

18        Q    Okay.  Can you go to page 1402, please.

19        A    All right.  1402.

20        Q    Okay.  Pull that up.                           03:11:39

21            If you look on the right-hand column, on this

22    little table 1 --

23        A    Yes.

24        Q    -- do you see that?

25            And then you go -- one, two, three, four --    03:11:54
```

Page 249

```
 1    five items down there, there's a line that begins with

 2    "the assumption."

 3              Do you see that?

 4       A    I do see that.

 5       Q    Okay.  And that sentence says (as read):        03:12:04

 6              "The assumption that the physiology of

 7              elite DSD women and transwomen

 8              athletes is the same as elite male

 9              athletes is an oversimplified view."

10              Do you see that?                               03:12:15

11       A    I see that statement.

12       Q    Okay.  And you didn't cite to that statement

13    in your report; right?

14       A    I disagree with that statement.

15       Q    And, therefore, because you disagreed with it,  03:12:23

16    you chose not to cite it in your report?

17              MR. FRAMPTON:  Object to the form.

18              THE WITNESS:  I don't think it's appropriate

19    to cite a statement that I don't think I can defend.

20    BY MR. BLOCK:                                           03:12:36

21       Q    Okay.  Do you think it's appropriate to cite

22    an article who -- that contains many statements that --

23    that you don't think you can defend?

24              MR. FRAMPTON:  Object to the form.

25              THE WITNESS:  Yes.  Trying to cite that there  03:12:53
```

Page 250

```
 1     is a lot of information out there.

 2     BY MR. BLOCK:

 3          Q    I see.

 4               If we go to page 1406 -- well, actually,

 5     before going there, were you aware of this statement in    03:13:07

 6     the Hamilton article at the time that you wrote your

 7     report?

 8          A    Yes.  I cited the Hamilton article.  I had

 9     read it.

10          Q    All right.  You -- okay.  So you read the         03:13:22

11     whole thing, and then you picked out certain statements

12     to cite?

13          A    Correct.

14          Q    Okay.  So if you go to page 1406.

15               Do you -- do you see your role in this case as    03:13:45

16     an advocate for one side or the other?

17               MR. FRAMPTON:  Object to the form.

18               THE WITNESS:  I have been retained to give my

19     expert opinion, my expert analysis of the data.

20     BY MR. BLOCK:                                               03:14:01

21          Q    All right.  And to -- but do -- do you see

22     your role in this case as presenting the portions of

23     the data that support one side?

24               MR. FRAMPTON:  Object to the form.

25               THE WITNESS:  I think my role is to present       03:14:19
```

                                                    Page 251

1    the data and the information with which I agree with as

2    an expert.

3    BY MR. BLOCK:

4        Q    Okay.  So you -- you don't see your role in

5    this case as prevent- -- presenting an overview of the    03:14:32

6    data for and against H.B. 3293; right?

7              MR. TRYON:  Objection.

8              MR. FRAMPTON:  Object to form.

9              THE WITNESS:  I think I'm suppo- -- my role is

10   presenting the information from the best of my          03:14:52

11   expertise and analysis of it, which -- what I think is

12   the correct information.

13   BY MR. BLOCK:

14       Q    Okay.  Not -- so -- so you don't think -- if

15   the Court wanted just an overview of the information    03:15:07

16   out there for and against H.B. 3293, your expert report

17   wouldn't be the source of getting that; right?

18             MR. FRAMPTON:  Object to the form.

19             MR. TRYON:  Objection.

20             THE WITNESS:  I would think that would be a    03:15:27

21   specific request made by the Court to get information.

22   BY MR. BLOCK:

23       Q    So -- but you saw -- but you said, when you

24   wrote your blog post, that, you know, the purpose of

25   that blog post was to provide information for educators   03:15:46

Page 252

```
 1    to use on their own, to teach the subject; right?

 2        A   That is correct.

 3        Q   Okay.  And so you wrote that blog post with a

 4    different purpose in mind than you wrote this document;

 5    right?                                           03:16:03

 6        A   Yes.  The blog post was intended for

 7    educators.

 8        Q   And do you think that it's important for

 9    educators to have accurate information?

10            MR. FRAMPTON:  Object to the form.        03:16:20

11            THE WITNESS:  Yes, educators need accurate

12    information.

13    BY MR. BLOCK:

14        Q   Okay.  So do -- do you think educators need

15    information different from what the court needs?    03:16:26

16            MR. FRAMPTON:  Object to the form.

17            THE WITNESS:  Truthful information is truthful

18    information, and I've done my best to present truthful

19    information.

20    BY MR. BLOCK:                                    03:16:40

21        Q   Okay.  So let's go to 1406 of -- of Hamilton.

22            MR. TRYON:  Before you go on.

23            Mr. Frampton, I can't hear you when you're

24    objecting.  If you could speak a little louder, please.

25            MR. FRAMPTON:  Sure.                      03:17:08
```

Page 253

```
 1    BY MR. BLOCK:

 2         Q   So in -- in 1406, in the paragraph beginning

 3    with the words "despite the lack," do you see that?

 4         A   Page 1406?

 5         Q   Left -- left-hand column --              03:17:23

 6         A   Okay.  Yeah.  That's three down?

 7         Q   Yes.

 8         A   Okay.

 9         Q   Okay.  If you look at, I think, the third

10    sentence, after it says "Table 1," in parentheses, it    03:17:39

11    says (as read):

12              "Data showing lower baseline isometric

13              torque and muscle volume in transwomen

14              compared to cisgender males highlight

15              the problematic nature of inferring     03:17:50

16              that transwomen and cisgender males

17              are the same, as this ignores the

18              impact of gender-affirming treatments

19              such as HRT and GAS and the

20              psychological effects of gender         03:18:00

21              dysphoria such as low self-esteem,

22              anxiety and/or depression, and

23              becoming socially isolated."

24              Do you see that?

25         A   I see that.                              03:18:09
```

```
 1        Q    Okay.  Do you disagree that there is data

 2   showing lower baseline isometric torque and muscle

 3   volume for trans women compared to cisgender women?

 4        A    So if I'm remembering correctly, reference 51

 5   here is probably to the -- the article by Wiik and      03:18:26

 6   Lundberg and others.  That is the only paper I'm aware

 7   of that evaluated isometric torque and muscle volume in

 8   transgender individuals.

 9             Can I refer to that paper to verify?

10        Q    Yeah.  If you look at 51, it -- it does go     03:18:40

11   back to the -- the Wiik article.

12             You're saying you want to look directly at the

13   Wiik article?

14        A    I would like to.

15        Q    All right.  Well, we can try to make time for  03:18:51

16   that later.

17             So -- but sitting here, you're saying you're

18   not sure that that sentence accurately reports the --

19   the findings of the Wiik article?

20        A    Yeah, I can't remember for -- right now what   03:19:08

21   the baseline data were in the Wiik article, whether

22   they were statistically significant or just numerically

23   different or what.

24        Q    Okay.

25        A    I can see the graph in my mind, but not in     03:19:22
```

Page 255

```
 1     enough detail to completely answer that.

 2          Q    Okay.  Hold on one second.  All right.

 3               Let's go to the Harper article again.  So that

 4     is Exhibit 78.

 5          A    All right.                                03:20:13

 6          Q    So if you go to page 7 of the Harper.

 7          A    All right.

 8          Q    All right.  There's a paragraph that begins

 9     with "of interest."

10               Do you see that?                          03:20:42

11          A    Right-hand side, first full paragraph, under

12     the table?

13          Q    Yes.

14          A    Okay.

15          Q    All right.  Where it says (as read):      03:20:48

16               "Of interest, compared with cisgender

17               men, hormone-naive transwomen

18               demonstrate 6.4%-8.0% lower lean body

19               mass, 6.0%-11.4% lower muscle CSA and

20               approximately 10%-14% lower handgrip      03:21:05

21               strength."

22               Do you see that?

23          A    Yes.

24          Q    And then it says (as read):

25               "This disparity is noteworthy given       03:21:14
```

Veritext Legal Solutions
866 299-5127

1           that hormone-naive transwomen and

2           cisgender men have similar

3           testosterone levels."

4           Do you see that?

5      A    Yes.                                        03:21:20

6      Q    Okay.  So do you have any reason to disagree

7   with those reported findings?

8      A    I would like to include the next sentence,

9   where it says "explanations for this strength

10  difference are unclear," and continuing on with that,    03:21:37

11  indicating that the trans women may actively refrain

12  from building muscle and/or engaging in disordered

13  eating.

14          So there's a whole statement of speculative

15  explanations for that.                                   03:21:51

16     Q    So do you -- do you have any explanations for

17  those differences?

18     A    Well, we have no known biological markers in

19  which we can draw blood or a sample of something to say

20  that a person is transgender.  And so it would          03:22:10

21  apparently be a social explanation for why the

22  transgender individuals have lower handgrip strength

23  and smaller muscles.

24     Q    Okay.  And so does that -- does that affect

25  whether or not having lower handgrip strength and       03:22:31

                                               Page 257

```
 1    stronger (sic) muscles gives an advantage in athletic

 2    performance?

 3              MR. FRAMPTON:  Object to the form.

 4              Go ahead.

 5              THE WITNESS:  In those cited studies, the        03:22:43

 6    handgrip strength of the trans women was in the 90 to

 7    95th percentile for cisgender women.

 8              So while they may be slightly less strong than

 9    a typical male, they are considerably stronger than the

10    typical female.                                            03:22:57

11       Q   Okay.  Right.  But my -- but my question is,

12    in terms of comparing the strength of trans women to

13    the strength of cis men, don't those studies show that,

14    with respect to those indicators of athletic

15    performance, the trans women are not the same as the      03:23:19

16    cis men?

17              MR. FRAMPTON:  Object to the form.

18              THE WITNESS:  So, Mr. Block, are you trying to

19    say that smaller, weaker men are trans women?

20    BY MR. BLOCK:                                              03:23:37

21       Q   I'm -- I'm asking my question.

22              Can you answer my question, please?

23       A   Could you please clarify the question?

24       Q   Yes.

25              Don't those -- doesn't that data show that --   03:23:47
```

                                                    Page 258

```
 1    to use the words of Harper -- hormone-naive trans women
 2    may not, on average, have the same athletic attributes
 3    as cisgender men?
 4            MR. FRAMPTON:  Object to the form.
 5            Go ahead.                                   03:24:05
 6            THE WITNESS:  I think there are a whole lot of
 7    qualifying statements that need to be included in that.
 8    BY MR. BLOCK:
 9        Q   Okay.  And so putting aside the cause of these
10    differences, putting aside whether those causes are,   03:24:22
11    you know, physiological or as a result of social
12    factors, all right, at the end of the day, regardless
13    of the cause, doesn't this data reflect that on a
14    population level, hormone-naive trans women may not, on
15    average, have the same athletic attributes as cisgender 03:24:46
16    men?
17            MR. FRAMPTON:  Same objection.
18            Go ahead.
19            THE WITNESS:  Those studies were not
20    attempting to evaluate baseline population-wide         03:24:57
21    strength for trans women, and so I don't think that we
22    can accurately extrapolate them to the population of
23    trans women.
24    BY MR. BLOCK:
25        Q   Okay.  If the participa- -- in the             03:25:08
```

Page 259

```
 1    participants on -- in those studies had performed

 2    physical fitness tests alongside cisgender men, would

 3    it be reasonable to assume that the participants in

 4    these studies would not have performed as well on those

 5    physical fitness tests?                              03:25:26

 6           MR. FRAMPTON:  Object to form.

 7           THE WITNESS:  So if we are stating these

 8    participants, yes, these participants were not as

 9    strong as their comparison group.

10           But I do again want to caveat that neither of  03:25:40

11    these groups really were designed to represent

12    population-wide strength or body mass distributions.

13    BY MR. BLOCK:

14       Q    Now, you've discussed in your article -- or

15    your article -- you've discussed in your report, you   03:25:57

16    know, your view that once you have acquired muscle

17    mass, that lowering your circulating testosterone does

18    not sufficiently reduce that muscle mass to eliminate a

19    performance advantage; is that right?

20       A    I think you've appropriately characterized    03:26:20

21    what I've stated.

22       Q    Thank you.

23           And so in your article, do -- or in your

24    report, do you discuss at all whether if someone lowers

25    their circulating testosterone before acquiring a lot  03:26:37
```

                                                    Page 260

```
 1     of muscle mass or doing exercises or training, whether

 2     having a lower level of testosterone would restrict

 3     their ability to add new muscle mass?

 4           MR. FRAMPTON:  Object to the form.

 5           THE WITNESS:  I don't think I addressed that        03:27:04

 6     topic specifically, as far as how much reducing

 7     testosterone and then engaging in training can

 8     compensate for reduced testosterone.

 9     BY MR. BLOCK:

10         Q    Okay.  So let's say the -- the trans women in     03:27:16

11     this study and the cis men in the study both engage in

12     the same types of exercise regimens, but the trans

13     women, given their lower baselines and -- have these

14     lower baselines and have lowered their testosterone

15     before engaging in these exercise regimens, is it -- do   03:27:49

16     you have an expert opinion on whether you would expect

17     that these trans women, having lowered their

18     testosterone levels, would be able to acquire new

19     muscle mass at the same degree as the cis men who had

20     not lowered their testosterone levels?                    03:28:05

21           MR. FRAMPTON:  Object to the form.

22           THE WITNESS:  Based on research not cited in

23     my article, because I didn't think it was worth going

24     into in that particular publication -- or that expert

25     declaration, there is information that in middle-aged     03:28:20
```

                                                            Page 261

1    men who suppress their testosterone and such as a

2    treatment for prostate health problems, they're able to

3    engage in strength training to overcome the lost

4    testosterone.  And so that is the closest to a

5    speculative statement we can make regarding of how          03:28:43

6    transgender women, or trans women, would respond to

7    training.

8    BY MR. BLOCK:

9         Q   Okay.  If we go back to the Hamilton article

10   for a second.  I apologize.  If you go to 1407 of the       03:29:05

11   Hamilton article.

12             Let me know when you're there, okay?

13        A   All right.  1407.  I'm there.

14        Q   Uh-huh.  It says -- halfway through the -- the

15   first paragraph there, there's a sentence that begins       03:30:11

16   "in contrast."

17             Do you see that?

18        A   Page 1407.  Are we on the left-hand side?

19        Q   I'm sorry, on the right-hand side.

20        A   Ah, okay.  I wondered.                             03:30:26

21             There we go.  Right-hand side, just after

22   citation to 61, it says, "In contrast."

23        Q   Right.  It says (as read):

24             "In contrast, when bioavailable

25             testosterone was reduced to castrate            03:30:34

                                                               Page 262

```
 1            levels in young men, isometric

 2            strength did not increase after

 3            resistance exercise training."

 4            Are you familiar with that study that --

 5     that's being referred to?                        03:30:48

 6       A   I am not familiar with that study.

 7       Q   Okay.  If you look at footnote 62 of the

 8     article, it says it's a study by Kvorning,

 9     K-V-O-R-N-I-N-G, from 2006.

10            Just sitting here today, does -- are you   03:31:09

11     familiar with the Kvorning study from 2006?

12       A   That -- that study is not ringing a bell.

13       Q   Okay.

14            Okay.  The -- the name of the study is

15     "Suppression of endogenous testosterone production  03:31:27

16     attenuates the response to strength training: a

17     randomized, placebo-controlled, and blinded

18     intervention study."

19            Still doesn't ring a bell?

20       A   Still not ringing a bell.              03:31:40

21       Q   Okay.  So if -- if -- from the title of that

22     study, does the study seem to be in tension with the

23     study you just cited to me about how people, the

24     cisgender men, who are on therapies that lower their

25     tosterone -- testosterone being able to have strength  03:32:01
```

```
 1    training to overcome the deficit?

 2              MR. FRAMPTON:  Object to the form.

 3              THE WITNESS:  Looking at that study and the

 4    study I was referring to, it appears that the two are

 5    somewhat contradictory, but it's also hard to say with    03:32:21

 6    this saying young men and the older -- the other one

 7    was dealing with older men.

 8              Without looking at both studies side by side,

 9    it's really hard to make a comparison.

10    BY MR. BLOCK:                                             03:32:32

11        Q    Okay.  So in the -- in the Hamilton article,

12    after the sentence I read, it says (as read):

13              "Assuming these findings are

14              replicated and if extrapolated to

15              elite DSD women athletes and               03:32:46

16              transwomen athletes, they would imply

17              that decreasing bioavailable

18              testosterone concentrations would

19              mitigate to some extent any previous

20              sporting advantage due to the             03:32:57

21              previously high testosterone

22              concentrations."

23        Do you agree with that sentence?

24              MR. FRAMPTON:  Object to the form.

25              THE WITNESS:  Would mitigate to some extent,    03:33:12
```

Page 264

```
 1    yes.

 2    BY MR. BLOCK:

 3         Q    Okay.

 4              MR. BLOCK:  Can we take a break and go off the

 5    record?                                          03:33:19

 6              THE VIDEOGRAPHER:  We are off -- off the

 7    record at 3:33 p.m.

 8              (Recess.)

 9              THE VIDEOGRAPHER:  We are on the record at

10    3:43 p.m.                                         03:43:29

11    BY MR. BLOCK:

12         Q    Hi, Dr. Brown.  I -- I won't keep you too much

13    longer, but -- but I do have some -- I'm going to keep

14    you a little bit longer, though.

15              If --                                   03:43:39

16         A    No worries.

17         Q    If we could go to the Hilton article again,

18    which is marked as Exhibit -- I can't see it on my

19    computer.  One sec.  The Hilton article is Exhibit 76.

20         A    All right.                              03:44:05

21         Q    All right.  Thanks.

22              If you look at page 208, under 4.3.

23         A    Yes.

24         Q    All right.  Just the second sentence there, it

25    says (as read):                                   03:44:35
```

Page 265

```
 1              "Sex differences in endurance

 2          performance are generally smaller than

 3          for events relying more on muscle mass

 4          and explosive strength."

 5          Do you see that?                          03:44:43

 6      A   Yes, I see that.

 7      Q   Okay.  Do you -- do you agree with that

 8  statement?

 9      A   Typically, the differences between males and

10  females for endurance running events or swimming events   03:44:52

11  are somewhere in the range of 10 to 13 percent compared

12  to the 25 percent or more in strength sports.

13      Q   So -- so that means you agree with that

14  statement?

15      A   Yes.                                      03:45:08

16      Q   Okay.  Thanks.

17          All right.  If you look at, again, 208, it

18  says -- the paragraph before 4.3.

19      A   That big long one?

20      Q   Yep.                                      03:45:49

21          And near -- like two-thirds down, there's a

22  sentence that begins with "furthermore."

23          Do you see that?

24      A   Okay.  Furthermore, given the (sic) cohorts?

25      Q   Yeah.  So I -- I just want to direct your   03:46:01
```

Page 266

```
 1    attention to the first half of the sentence.  This is

 2    the Hilton article.  And it says (as read):

 3              "Furthermore, given that cohorts of

 4              transgender women often have slightly

 5              lower baseline measurements of muscle        03:46:15

 6              and strength than control males."

 7              Do you see that?

 8         A   Yes.

 9         Q   Okay.  And then if you follow that footnote,

10    it goes to footnote 53, and there's an article by      03:46:25

11    someone whose name I can't pronounce.  It's Van

12    C-A-E-N-E-G-E-M.

13              Are you able to click through to footnote 53?

14         A   Can we agree to call that Van C?

15         Q   Oh, good -- good call.  Yes.                  03:46:46

16         A   Yeah, I don't know how to say the last name

17    either.

18         Q   Okay.  All right.

19              And so could you -- you see the footnote?

20         A   Yes.                                          03:46:52

21         Q   Okay.  And the footnote is to an article that

22    says, "Preservation of volumetric bone density and

23    geometry in trans women during cross-sex hormonal

24    therapy: a prospective observational study"; right?

25         A   Yes.                                          03:47:06
```

Page 267

```
 1        Q   Okay.  And so Hilton cites this article for

 2   the proposition that -- I have to get -- I don't want

 3   to misquote her.  Hold on -- it says -- cites for the

 4   proposition that cohorts of transgender women often

 5   have slightly lower baseline measurements of muscle and   03:47:36

 6   strength than control males; right?

 7        A   Yes, that is what it says.

 8        Q   Okay.  And so that's a sim- -- that's similar

 9   to the statement in the Hamilton article; right?

10            MR. FRAMPTON:  Object to the form.             03:47:47

11            THE WITNESS:  I'm sorry, can we go back to

12   what the Hamilton article says, or could you --

13   BY MR. BLOCK:

14        Q   Sorry, I'm -- I just want to -- you know, we

15   looked at two sources that talk about how the baseline   03:47:54

16   measurements of trans women are not always the same as

17   the baseline measurements of control cis men.  And we

18   looked at two studies saying that, one was the Hamilton

19   study and one was the Harper study.  And all I want to

20   do is add this study as -- this article as a third       03:48:13

21   article making that observation.

22            Would you agree that this article is another

23   article that at least makes the observation that the

24   baseline measurements for trans women appear to often

25   be lower than the baseline measurements for cisgender    03:48:36
```

Page 268

```
 1    men who are used as controls?

 2              MR. FRAMPTON:  Object to the form.

 3              THE WITNESS:  I -- I think in this article by

 4    Hilton, a couple of key points here is where it says

 5    "cohorts of transgender women," not saying population      03:48:53

 6    representative sampling or anything like that.  And

 7    then there's a lot of further qualifications that you

 8    go on in that sentence emphasizing caution with

 9    interpreting these data.

10    BY MR. BLOCK:                                              03:49:10

11        Q   Yeah.  Well, so, actually, I have a question

12    for you.

13              So you talk about how these are just cohorts

14    of trans women, not population samples, but you cite to

15    these same articles in support of your argument that --  03:49:20

16    about the effects of gender-affirming hormones, don't

17    you?

18        A   Yes, I cite these articles.

19        Q   Okay.  So how come -- can't the same caveat be

20    made that whatever conclusions you're drawing about       03:49:39

21    trans women from these articles don't necessarily apply

22    to trans women at a population level?

23              MR. FRAMPTON:  Object to the form.

24              THE WITNESS:  These are the best sources of

25    information that we have, and the studies looking at      03:49:54
```

Page 269

```
 1    changes over time or changes in strength, muscle mass

 2    and such that I've cited, that was the purpose of the

 3    study, was to evaluate those changes and then

 4    statistically apply it to a population whereas those

 5    studies were not designed to get a population baseline    03:50:13

 6    sampling for normative data.

 7    BY MR. BLOCK:

 8         Q   Okay.  Well, that -- I'm glad you made that

 9    point because -- let's go to -- to your expert report

10    where -- on page -- on page -- let me make sure I have    03:50:28

11    the right page.

12              So page 2 -- actually, go to page 1, so I'm

13    not missing anything.

14              Let me know when you're at page 1.

15         A   So is page 1 Personal Qualifications and        03:51:02

16    Disclosure?

17         Q   It is.

18         A   Okay.

19         Q   So right before the bullet points, you say (as

20    read):                                                   03:51:08

21              "Articles that I have published that

22              are closely related to topics that I

23              discuss in this white paper

24              include..."

25              And then there's a list.  Right?              03:51:14
```

Veritext Legal Solutions
866 299-5127

```
 1        A   Yes.

 2        Q   And -- and then if you go to the -- the second

 3   to last bullet point.

 4        A   Yes.

 5        Q   Do you see that?                         03:51:26

 6            That says (as read):

 7            "A study finding (among other things)

 8            that height, body mass, and maximal

 9            oxygen consumption were higher in a

10            group of male NCAA Division 2 distance   03:51:36

11            runners, while women NCAA Division 2

12            distance runners had higher percent

13            body fat."

14            Do you see that?

15        A   Yes.                                     03:51:48

16        Q   Okay.  And we discussed this study during our

17   previous deposition.  Do you remember that?

18        A   Yeah.  It's a fun paper.

19        Q   Yeah.  But we discussed how this data about

20   height, body mass and oxygen consumption was base- --   03:52:00

21   was data -- baseline data that you took of -- of these

22   athletes, but the purpose of the study was not to do a

23   population-wide, you know, sampling of -- of height,

24   body mass and oxygen consumption; right?

25        A   Yes, that is correct.                    03:52:22
```

Page 271

```
 1        Q   Okay.  So -- so what you just said before,

 2   when we were talking about the -- the cohorts of trans

 3   women, you had said, well, the purpose of those studies

 4   was not to provide population sampling on, you know,

 5   the physiological characteristics of -- of the trans      03:52:43

 6   women in the study; therefore, you couldn't extrapolate

 7   that as a general matter, all trans women were likely

 8   to have similar characteristics.

 9           Is that -- is that a fair summary of what you

10   had just said?                                            03:52:59

11           MR. FRAMPTON:  Object to the form.

12           THE WITNESS:  Yes, that is a fair summary.

13   BY MR. BLOCK:

14        Q   But in your description of your study here, do

15   you think a reader, reading that sentence, would think   03:53:10

16   that you are making the statement that as a general

17   matter, on a population-wide basis, you found in your

18   study that height, body mass and mox -- maximal oxygen

19   consumption were higher for the male NCAA competitors

20   compared to female NCAA competitors?                      03:53:32

21           MR. FRAMPTON:  Object to the form.

22           THE WITNESS:  I'm kind of unclear with what

23   you're trying to ask.

24   BY MR. BLOCK:

25        Q   Yeah, so I'm saying that this happened to be    03:53:45
```

Page 272

```
 1    the data for a particular cohort that you're doing a

 2    different study on; correct?

 3            MR. FRAMPTON:  Object to the form.

 4            THE WITNESS:  So, yes, as I've stated, this is

 5    a group of male and female Division II distance        03:53:57

 6    runners.

 7    BY MR. BLOCK:

 8        Q   Okay.  And so that study wouldn't allow you to

 9    draw any conclusions generalizable to other males and

10    females about, you know, what their comparative height, 03:54:10

11    body mass and oxygen consumption would be; right?

12            MR. FRAMPTON:  Same objection.

13            THE WITNESS:  I don't think I've ever

14    purported that that was the purpose of this study.

15    BY MR. BLOCK:                                          03:54:24

16        Q   You don't think that someone reading that

17    sentence, where it says the study -- a study finding

18    these things, you don't think someone reading that

19    sentence would have the impression that that was the

20    purpose of the study?                                  03:54:40

21            MR. FRAMPTON:  Object to the form.

22            THE WITNESS:  Those were findings of the

23    study.  That's what I have states, is those are

24    findings of the study.

25    ///
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MR. BLOCK:

 2        Q   Was the rest of the -- is the rest of the

 3    study relevant to the topic of this case?

 4        A   You mean is that the male athletes were faster

 5    than the female athletes?                          03:55:10

 6        Q   I mean -- what -- what I mean is you -- you --

 7    you select this finding from the study, but were any

 8    other findings from that study relevant to this case?

 9        A   Yes, we could say that.  For the same heart

10    rate, the men were faster than the women.          03:55:32

11        Q   Okay.  Okay.  Let's go to -- to page 4.

12        A   On my declaration?

13        Q   Yeah.  Or your report.

14        A   Yeah, just make sure we're on the same -- so

15    this is the overview?                              03:55:54

16        Q   Yes.  And I just want to direct your attention

17    to the three bullet points that you've listed there.

18            Do you see them?

19        A   Yes, I do.

20        Q   Okay.  Are you offering any expert opinions in  03:56:11

21    this case other than the opinions contained in those

22    three bullet points?

23            MR. FRAMPTON:  Object to the form.

24            THE WITNESS:  Well, I -- I mean, those are the

25    basis for everything else, those three bullet points,  03:56:35
```

Page 274

```
 1    and most of the other information is trying to support

 2    and substantiate why I drew those conclusions.

 3    BY MR. BLOCK:

 4        Q   Okay.  So -- but there are no -- I appreciate

 5    that.                                               03:56:48

 6            There's -- you're not offering an opinions on

 7    any other issue, are you?

 8            MR. FRAMPTON:  Object to the form.

 9            THE WITNESS:  Kind of unclear what you're

10    asking.                                             03:57:07

11            I think it states there fairly clearly what

12    I'm -- the -- the statements I'm trying to make.

13    BY MR. BLOCK:

14        Q   Yeah, I'm just trying to nail down the full

15    scope of the expert opinions you're offering here.  And   03:57:24

16    so you're not offering any expert opinions on the

17    appropriateness of particular modes of healthcare for

18    trans people; is that right?

19        A   That is correct, I'm not offering an opinion

20    on healthcare for transgender individuals.          03:57:45

21        Q   Okay.  And you are not -- you discuss these

22    bullet points, what you say are advantages, but you are

23    not offering an opinions on whether particular policies

24    are fair or unfair in light of the data that you

25    present here, are you?                              03:58:08
```

Page 275

```
 1              MR. FRAMPTON:  Object to the form and scope.

 2         Go ahead.

 3              THE WITNESS:  So I think this comes back to

 4    our previous discussion where we discuss the

 5    irreconcilable differences between inclusion and          03:58:21

 6    fairness.

 7    BY MR. BLOCK:

 8         Q   Yes, it does, which is why I'm coming back to

 9    it.

10              So I -- I -- you know, I understand that, you    03:58:37

11    know, you have laid out your criteria, your -- excuse

12    me -- your credentials for proving -- for providing an

13    expert opinion on whether an advantage exists, and so

14    I -- I -- I just want to find out whether or not, you

15    know, the -- in light of that information you present     03:58:58

16    regarding the existence or nonexistence of an

17    advantage, whether a particular policy maker will then

18    decide that something is fair or unfair, is not -- is

19    not something that you are providing an expert opinion

20    on; right?                                                03:59:18

21              MR. FRAMPTON:  Same objection.

22         Go ahead.

23              THE WITNESS:  So I'm trying to detail the

24    advantages, the differences between males and females

25    biologically, documenting the advantages in athletic     03:59:30
```

Page 276

```
 1    performance the males have over female, documenting

 2    what we know regarding transgender individuals and

 3    their -- the treatments that they might receive and how

 4    that would affect athletic advantages, and then

 5    bringing up the point that there is, apparently, some     03:59:47

 6    irreconcilable differences -- I'm not sure if that's

 7    the best way to state it, but I state it in the

 8    document -- between goals of inclusion and fairness.

 9    BY MR. BLOCK:

10        Q    Yeah, I guess -- someone reading your           04:00:00

11    report -- you know, let's say someone reads all the

12    information in the report, absorbs all the facts, you

13    know, and then, you know, is asked, based on all the

14    facts presented in your report, is it fair to include

15    trans girls and women or not to include them, would you  04:00:21

16    have any greater expertise in answering that ultimate

17    question than anyone else who has absorbed the facts

18    you presented in your report?

19            MR. FRAMPTON:  Object to the form.

20            THE WITNESS:  Are you saying does every piece     04:00:46

21    of knowledge I've ever written put on -- on this

22    document and someone would know everything that I know?

23    BY MR. BLOCK:

24        Q    No.  I'm saying that based on these facts, you

25    know, someone needs to draw a conclusion about what's    04:01:02
```

Veritext Legal Solutions
866 299-5127

```
 1    fair, okay?  And so my question is -- you know, I

 2    understand that you're providing an expert -- you know,

 3    opinions on the -- the -- the -- the facts you say in

 4    your report.  All my question is that, you know, the

 5    second step of drawing a conclusion about what's fair      04:01:18

 6    or unfair is not something that you are an expert on;

 7    right?

 8            MR. FRAMPTON:  Object to the form.

 9            Go ahead.

10            THE WITNESS:  I would hope that someone would      04:01:33

11    read my document, and they're also going to read the

12    document from the other experts, weigh the evidence and

13    make a decision on what is -- what is fair.

14    BY MR. BLOCK:

15        Q   And -- and you are not offering, you know,        04:01:52

16    that decision, that ultimate decision, as part of your

17    expert report; right?  That's for someone else to

18    decide?

19            MR. FRAMPTON:  Object to the form.

20            THE WITNESS:  Yes, that is my intention, is        04:02:16

21    that someone else will weigh the information, weigh the

22    data and make their decision.

23            MR. BLOCK:  All right.  Thank you, Dr. Brown.

24    I have no further questions.

25            MR. FRAMPTON:  Anyone else?                        04:02:37
```

Page 278

1          MS. GREEN:  This is Roberta Green on behalf of

2     WVSSAC.  No questions.

3          THE VIDEOGRAPHER:  Can we go off the record,

4     Attorney Block?

5          MR. BLOCK:  Sure.  Unless anyone else wants to     04:02:52

6     say on the record that they don't have any other

7     questions.

8          MR. CROPP:  This is Jeffrey Cropp with

9     Harrison County Board of Education and Dora Stutler.  I

10    have no question.                                       04:02:57

11         MR TAYLOR:  Michael Taylor on behalf of the

12    State BOE and Superintendent Burch.  No questions.

13         MR. TRYON:  Dave Tryon.  No questions.

14         MR. FRAMPTON:  Hal Frampton for the

15    intervenor.  No questions.

16         It sounds like we're done.

17         MR. BLOCK:  See you in another two years,

18    Dr. Brown.

19         (Simultaneous speaking.)

20         MS. DUPHILY:  Hold on.  Let's take this off        04:03:24

21    the record.  One second.

22         THE VIDEOGRAPHER:  We are off the record at

23    4:03 p.m., and this concludes today's testimony given

24    by Gregory Brown.

25         The total number of media used was eight and       04:03:31

                                                    Page 279

1    will be retained by Veritext Legal Solutions.

2                    (TIME NOTED:  4:03 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 280

1              I, GREGORY BROWN, Ph.D., do hereby declare

2    under penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as appear

4    noted, in ink, initialed by me, or attached hereto;

5    that my testimony as contained herein, as corrected, is

6    true and correct.

7              EXECUTED this _____ day of _____,

8    20_____, at _____, _____.

                         (City)                    (State)

9

10

11

12        _____

                         GREGORY BROWN, Ph.D.

13                         Volume I

14

15

16

17

18

19

20

21

22

23

24

25

                                                  Page  281

1

2

3          I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby certify:

5          That the foregoing proceedings were taken

6    before me at the time and place herein set forth; that

7    any witnesses in the foregoing proceedings, prior to

8    testifying, were placed under oath; that a record of

9    the proceedings was made by me using machine shorthand

10   which was thereafter transcribed under my direction;

11   further, that the foregoing is an accurate

12   transcription thereof.

13         I further certify that I am neither financially

14   interested in the action nor a relative or employee of

15   any attorney of any of the parties.

16         IN WITNESS WHEREOF, I have this date subscribed

17   my name.

18

19   Dated: April 5, 2022

20

21

22   _____

              ALEXIS KAGAY

23            CSR NO. 13795

24

25

                                           Page 282