# Exhibit 32

1             IN THE UNITED STATES DISTRICT COURT
2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
3                     CHARLESTON DIVISION
4
5     _____
                                    )
6     B.P.J. by her next friend and)
      mother, HEATHER JACKSON,      )
7                                   )
              Plaintiff,            )
8                                   )  No. 2:21-cv-00316
          vs.                       )
9                                   )
      WEST VIRGINIA STATE BOARD OF )
10    EDUCATION, HARRISON COUNTY    )
      BOARD OF EDUCATION, WEST      )
11    VIRGINIA SECONDARY SCHOOL     )
      ACTIVITIES COMMISSION, W.     )
12    CLAYTON BURCH in his official)
      capacity as State            )
13    Superintendent, DORA STUTLER,)
      in her official capacity as   )
14    Harrison County              )
      Superintendent, and THE STATE)
15    OF WEST VIRGINIA,            )
                                    )
16              Defendants.         )
                                    )
17    LAINEY ARMISTEAD,             )
                                    )
18                                  )
      Defendant-Intervenor.         )
19    _____
20
             REMOTE VIDEOTAPED DEPOSITION OF
21             CHAD T. CARLSON, M.D., FACSM
                 Monday, March 28, 2022
22                     Volume I
23    Reported by:
      ALEXIS KAGAY
24    CSR No. 13795
      Job No. 5122881
25    PAGES 1 - 227

                                              Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                      CHARLESTON DIVISION
 4
 5    _____
                                  )
 6    B.P.J. by her next friend and)
      mother, HEATHER JACKSON,     )
 7                                 )
                  Plaintiff,       )
 8                                 )No. 2:21-cv-00316
          vs.                      )
 9                                 )
      WEST VIRGINIA STATE BOARD OF )
10    EDUCATION, HARRISON COUNTY   )
      BOARD OF EDUCATION, WEST     )
11    VIRGINIA SECONDARY SCHOOL    )
      ACTIVITIES COMMISSION, W.    )
12    CLAYTON BURCH in his official)
      capacity as State           )
13    Superintendent, DORA STUTLER,)
      in her official capacity as  )
14    Harrison County             )
      Superintendent, and THE STATE)
15    OF WEST VIRGINIA,            )
                                   )
16              Defendants.        )
                                   )
17    LAINEY ARMISTEAD,            )
                                   )
18                                 )
      Defendant-Intervenor.        )
19    _____
20          Videotaped deposition of CHAD T. CARLSON,
21    M.D., FACSM, Volume I, taken on behalf of Plaintiff,
22    with all participants appearing remotely, beginning
23    at 9:01 a.m. and ending at 3:19 p.m. on Monday,
24    March 28, 2022, before ALEXIS KAGAY, Certified
25    Shorthand Reporter No. 13795.
```

Page 2

```
 1    APPEARANCES (via Zoom Videoconference):

 2

 3   For the State of West Virginia:

 4      WEST VIRGINIA ATTORNEY GENERAL

 5         BY:  DAVID TRYON

 6         Attorney at Law

 7         112 California Avenue

 8         Charleston West Virginia 25305-0220

 9         681.313.4570

10         David.C.Tryon@wvago.gov

11

12   For the Intervenor:

13      ALLIANCE DEFENDING FREEDOM

14         BY:  HAL FRAMPTON

15         BY:  RACHEL CSUTOROS

16         Attorneys at Law

17         20116 Ashbrook Place

18         Suite 250

19         Ashburn, Virginia 20147

20         HFrampton@adflegal.org

21         RCsutoros@adflegal.org

22

23

24

25
```

```
 1    APPEARANCES (Continued):

 2

 3    For defendants Harrison County Board of Education

 4    and Superintendent Dora Stutler:

 5         STEPTOE & JOHNSON PLLC

 6         BY:  JEFFREY CROPP

 7         Attorney at Law

 8         400 White Oaks Boulevard

 9         Bridgeport, West Virginia 26330

10         304.933.8154

11         Jeffrey.Cropp@Steptoe-Johnson.com

12

13    For West Virginia Board of Education and

14    Superintendent Burch, Heather Hutchens as general

15    counsel for the State Department of Education:

16         BAILEY & WYANT, PLLC

17         BY:  KELLY MORGAN

18         Attorneys at Law

19         500 Virginia Street

20         Suite 600

21         Charleston, West Virginia 25301

22         KMorgan@Baileywyant.com

23

24

25

                                          Page  4
```

```
 1    APPEARANCES (Continued):

 2

 3    For The Plaintiff, B.P.J.:

 4         COOLEY

 5         BY:  ELIZABETH REINHARDT

 6         BY:  KATHLEEN HARTNETT

 7         BY:  ANDREW BARR

 8         BY:  KATELYN KANG

 9         BY:  ZOE HELSTROM

10         BY:  VALERIA PELET DEL TORO

11         BY:  JULIE VEROFF

12         Attorneys at Law

13         500 Boylston Street

14         14th Floor

15         Boston, Massachusetts 02116-3740

16         617.937.2305

17         EReinhardt@cooley.com

18         VPeletdeltoro@cooley.com

19         Khartnett@cooley.com

20         KKang@cooley.com

21         ABarr@cooley.com

22         ZHolestrom@cooley.com

23         JVeroff@cooley.com

24

25
```

Page 5

```
 1     APPEARANCES (Continued):

 2

 3     For West Virginia Secondary School Activities

 4     Commission:

 5          SHUMAN MCCUSKEY SLICER

 6          BY:  ROBERTA GREEN

 7          Attorney at Law

 8          1411 Virginia Street E

 9          Suite 200

10          Charleston, West Virginia 25301-3088

11          RGreen@Shumanlaw.com

12

13

14     For the Plaintiff:

15          AMERICAN CIVIL LIBERTIES UNION

16          BY:  JOSHUA A. BLOCK

17          125 Broad Street

18          18th Floor

19          New York, New York 10004

20          JBlock@aclu.org

21          212.549.2500

22

23

24

25
```

Page 6

```
 1    APPEARANCES (Continued):

 2

 3    For Plaintiff:

 4         LAMBDA LEGAL

 5         BY:  SRUTI SWAMINATHAN

 6         Attorney at Law

 7         120 Wall Street

 8         Floor 19

 9         New York, New York 10005-3919

10         SSwaminathan@lambdalegal.org

11

12

13

14

15

16    Also Present:

17         MITCH REISBORD - VERITEXT CONCIERGE

18

19    Videographer:

20         KIMBERLEE DECKER

21

22

23

24

25
```

1                         INDEX

2     WITNESS                              EXAMINATION

3     CHAD T. CARLSON, M.D., FACSM

4     Volume I

5

6                    BY MR. BLOCK                    13

7

8

9                        EXHIBITS

10    NUMBER              DESCRIPTION                PAGE

11    Exhibit 80    Declaration of Dr. Chad T.        27

12                  Carlson, M.D., FACSM

13

14    Exhibit 81    Declaration of Dr. Chad T.        28

15                  Carlson, M.D., FACSM White Paper

16

17    Exhibit 82    CMDA Ethics Statement,            33

18                  Transgender Identification

19

20    Exhibit 83    Tack Document, "Proandrogenic and 169

21                  Antiandrogenic Progestins in

22                  Transgender Youth: Differential

23                  Effects on Body Composition and

24                  Bone Metabolism"

25

                                         Page 8

```
 1    Exhibit 84    "Suppression of endogenous        176
 2                  testosterone production
 3                  attenuates the response to
 4                  strength training: a randomized,
 5                  placebo-controlled, and blinded
 6                  intervention study"
 7
 8    Exhibit 85    Rider Document "Health and Care    215
 9                  Utilization of Transgender and
10                  Gender Nonconforming Youth: A
11                  Population-Based Study"
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 9

```
 1                    Monday, March 28, 2022

 2                         9:01 a.m.

 3          THE VIDEOGRAPHER:  Good morning.  We are on

 4     the record at 9:01 a.m. on March 28th of 2022.

 5          All participants are attending remotely.      09:01:01

 6          Audio and video recording will continue to

 7     take place unless all parties agree to go off the

 8     record.

 9          This is media unit 1 of the recorded

10     deposition of Dr. Chad T. Carlson, taken by counsel   09:01:19

11     for the plaintiff, in the matter of B.P.J., by her

12     next friend and mother, Heather Jackson, versus

13     West Virginia State Board of Education, et al.,

14     filed in the U.S. District Court, Southern District

15     of West Virginia, Charleston Division, Case          09:01:38

16     Number 2:21-cv-00316.

17          My name is Kimberlee Decker from Veritext

18     Legal Solutions, and I am the videographer.  The

19     court reporter is Alexis Kagay.

20          I am not related to any party in this action,    09:01:54

21     nor am I financially interested in the outcome.

22          Counsel and all present will now state their

23     appearances and affiliations for the record.  If

24     there are any objections to proceeding, please state

25     them at the time of your appearance, beginning with   09:02:07
```

Page 10

```
 1    the noticing attorney.

 2          MR. BLOCK:  Good morning.  This is Josh Block

 3    from the ACLU on behalf of Plaintiff.  And I'll have

 4    my co-counsel introduce themselves.

 5          MS. HARTNETT:  Good morning.  This is          09:02:22

 6    Kathleen Hartnett from Cooley, LLP, for Plaintiff.

 7          MR. BARR:  Good morning.  Andrew Barr from

 8    Cooley, LLP, for Plaintiff.

 9          MS. KANG:  Good morning.  Katelyn Kang from

10    Cooley, LLP, for Plaintiff.                          09:02:38

11          MS. HELSTROM:  Hello.  This is Zoe Helstrom

12    from Cooley, LLP, for Plaintiff.

13          MS. PELET DEL TORO:  Good morning.  This is

14    Valeria Pelet del Toro from Cooley, LLP, for

15    Plaintiff.

16          COUNSEL SWAMINATHAN:  Good morning.  This is

17    Sruti Swaminathan from Lambda Legal on behalf of

18    Plaintiff.

19          MR. FRAMPTON:  Good morning.  Hal Frampton

20    from Alliance Defending Freedom on behalf of the     09:02:57

21    intervenor.

22          MS. CSUTOROS:  Hello.  Rachel Csutoros from

23    Alliance Defending Freedom on behalf of the

24    intervenor.

25          MR. TRYON:  This is David Tryon with the       09:03:05
```

Page 11

1    West Virginia Attorney General's Office representing

2    the State of West Virginia.

3         And just to clarify for the record, the time

4    starting was Central Time, so 9:00 a.m., Central

5    Time.                                              09:03:18

6         MR. CROPP:  This is Jeffrey Cropp with

7    Steptoe & Johnson representing defendant Harrison

8    County Board of Education and Dora Stutler.

9         MS. MORGAN:  This is Kelly Morgan with

10   Bailey & Wyant representing the West Virginia Board   09:03:34

11   of Education and Superintendent Burch.

12        MS. GREEN:  This is Roberta Green,

13   Shuman McCuskey Slicer, here on behalf of

14   West Virginia Secondary School Activities

15   Commission.

16        THE VIDEOGRAPHER:  Thank you.

17        Will the court reporter please swear in the

18   witness.

19        (Witness sworn.)

20        MR. BLOCK:  Great.

21

22         CHAD T. CARLSON, M.D., FACSM,

23   having been administered an oath, was examined and

24   testified as follows:

25

Page 12

```
 1                        EXAMINATION
 2    BY MR. BLOCK:
 3       Q   Good morning, Dr. Carlson.  My name is
 4    Josh Block from the ACLU.  I'll be taking your
 5    deposition today.                              09:04:22
 6           Could you state your whole name for the
 7    record.
 8       A   My name is Chad Thomas Carlson.
 9       Q   Have you ever had your deposition taken
10    before?                                        09:04:30
11       A   In a couple of local cases, yes.
12       Q   All right.  What were those?
13       A   I can't recall.  One was -- I -- I was
14    retained as a witness in a traffic case and can't
15    recall the -- and that never went to trial.  And  09:04:48
16    then I was retained as a witness in an injury case
17    in a gym, and that also never went to trial.  I was
18    deposed in a local case once.  I can't remember the
19    circumstance.  It was over ten years ago.
20       Q   Do you remember if those cases were -- if any  09:05:11
21    of those were in federal court?
22       A   No, never --
23       Q   Okay.
24       A   -- in federal court.
25       Q   Okay.  So maybe you'll remember some of this  09:05:17
```

Page 13

```
 1    discussion from ten years ago, but if not, here's a

 2    refresher.  I just want to go over ground rules

 3    for -- for the deposition, and I have -- I have

 4    three main ground rules.

 5         The first is that, you know, although we have   09:05:31

 6    the video, the court reporter is also trying to

 7    write down everything we say, so it's important that

 8    your responses be verbal, by saying "yes" or "no"

 9    instead of nodding or shaking your head.

10         Is that okay with you?                          09:05:46

11    A    I understand that, and that's fine.

12    Q    Great.  And -- and you didn't nod your head,

13    which is what some people do in response to that

14    first ground rule, so you're already off to a good

15    start.                                               09:05:59

16         The second is, again, related to the

17    transcript, that the court reporter can't write down

18    when two people are talking at the same time, so

19    it's important that you wait until I finish the

20    question before you answer, and in return, I'll wait  09:06:10

21    for you to finish your answer before I ask another

22    question.

23         Does that sound fair?

24    A    I appreciate that, and yes.

25    Q    Okay.  And the third is that, you know, it's    09:06:20
```

Page 14

```
 1    my job to ask questions that you understand and that

 2    you can provide an answer to.  So if anything in my

 3    question is unclear, I'm asking you to let me know,

 4    and I will rephrase it, okay?

 5        A    Okay.                                    09:06:35

 6        Q    And if you do answer the question, I'm going

 7    to take that to mean that you understood it.

 8             Does that sound okay to you?

 9        A    That's reasonable, yes.

10        Q    Okay.  How did you prepare for this       09:06:46

11    deposition?

12             MR. FRAMPTON:  Josh, real quick, before we do

13    that, this seems like a good time to memorialize our

14    typical understanding that all objections except to

15    form and scope are reserved; is that fair?         09:07:03

16             MR. BLOCK:  Yes.  And we will agree again

17    that although any defendant can object, an objection

18    by one defendant preserves the objection for all of

19    them.

20             MR. FRAMPTON:  Okay.  Thank you.          09:07:16

21             MR. TRYON:  This is Dave Tryon.  I agree with

22    that.

23             MR. BLOCK:  Okay.  And unless another party

24    speaks up, we'll take that as agreement for

25    everyone.                                          09:07:34
```

Page 15

1    BY MR. BLOCK:

2        Q    Okay.  How did you prepare for this

3    deposition?

4        A    I reread through my statement, I read through

5    the Safer rebuttal, and I met with counsel several      09:07:43

6    times and reviewed some of the citations in the

7    paper.

8        Q    In which paper?

9        A    In my white paper, sorry.

10       Q    When you say your white paper, are you          09:08:04

11   referring to your expert report submitted in

12   February of 2022?

13       A    Yes.

14       Q    Okay.  Did you review any other -- any

15   documents to prepare for this deposition besides       09:08:20

16   your report and Dr. Safer's report?

17       A    As I said, I reviewed some relevant papers,

18   yes.

19       Q    Did you review anything that wasn't already

20   cited in your expert report?                            09:08:36

21       A    I -- I reviewed the FIMS paper from 2021.  I

22   reviewed a paper by Klaver.  I reviewed some data

23   on (technical difficulty) by Tomkinson.

24       Q    I'm sorry, the audio cut out.

25       A    I said, I reviewed some data on youth          09:09:18

Veritext Legal Solutions
866 299-5127

```
 1    performance by Tomkinson.

 2         I reviewed Gregg Brown's report.

 3    Q   Did you review a transcript of Dr. Brown's

 4    deposition?

 5    A   Can you clarify what you're asking?          09:09:40

 6    Q   Yeah.  Did you -- so Dr. Brown had a

 7    deposition on Friday.

 8         Have you reviewed a transcript of that

 9    deposition?

10    A   No.                                          09:09:50

11    Q   Okay.  Is there any other additional research

12    you conducted?

13    A   Not that I can think of offhand.

14    Q   Okay.  So you -- you mentioned before, in

15    response to my questions about whether you've had a  09:10:11

16    deposition, some cases in which you had been a

17    witness.

18         In which of those cases were you retained as

19    an expert witness?

20    A   I believe the -- well, I was -- none of     09:10:30

21    these -- when -- when I was retained as -- I was

22    retained in a witness in all of them, I believe.

23    Q   Okay.  So you weren't -- you weren't like

24    a -- a firsthand witness to a traffic accident?

25    A   No.  No.  I -- no.  It had to do with the    09:10:49
```

Page 17

```
 1      nature of the injuries.
 2         Q   I see.  So other than those three cases we
 3      discussed, is there any other case in which you've
 4      been retained as an expert witness?
 5         A   Oh.  I'm sorry, yes, I have been retained by    09:11:03
 6      the State of Florida in a case similar to this.  I'm
 7      sorry.
 8         Q   And have you submitted an expert report in
 9      that Florida case?
10         A   I've submitted a different version of a white    09:11:20
11      paper -- of the white paper that I submitted to the
12      State of West Virginia.
13         Q   And have you been deposed in that case?
14         A   No.
15         Q   Is there any other case in which you've been    09:11:36
16      retained as an expert, even in a nontestifying role?
17         A   Not that I can recall, no.
18         Q   Okay.  If -- if you recall over the course of
19      this deposition, can you please bring that to my
20      attention?                                              09:11:51
21         A   Absolutely.
22         Q   Okay.  What -- what was your -- what is your
23      hourly rate as an expert witness in this case?
24         A   I'm being paid $650 an hour for review and
25      $800 an hour for deposition time.                       09:12:09
```

Page 18

```
 1        Q    And is that the hourly rate you use in the
 2   Florida case as well?
 3        A    Yes.
 4        Q    Is that your standard hourly rate for -- for
 5   whenever you appear as an expert witness?          09:12:25
 6        A    For local cases, no.
 7        Q    What's your hourly rate for local cases?
 8        A    I'd have to go back and look, but I believe
 9   it's somewhere around $500 an hour.
10        Q    And -- and how did you determine that as your  09:12:40
11   hourly rate?
12        A    How did I determine what?
13        Q    Sorry, the $650 an hour, how did you
14   determine that as your hourly rate?
15        A    I can't speak to that.  I -- it's the --      09:13:02
16   it's -- I was -- I tried to -- to be consistent with
17   each state that is talking to me, and that's the
18   rate we came down on.
19        Q    Okay.  So I have some questions for you just
20   about terminology so we can make sure we're          09:13:46
21   understanding each other.
22             Do you know what the term "cisgender" means?
23             MR. FRAMPTON:  Object to the form.
24             And, Josh, can we do our standing objection
25   as to terminology?                                   09:13:59
```

Page 19

```
 1            MR. BLOCK:  Yes, absolutely.

 2            MR. FRAMPTON:  Thank you.

 3     BY MR. BLOCK:

 4        Q   But you can answer.  Do you know what the

 5     term --                                       09:14:03

 6            MR. FRAMPTON:  Yes, go ahead and answer.

 7            THE WITNESS:  I'm familiar with the term,

 8     yes.

 9     BY MR. BLOCK:

10        Q   Okay.  What -- what do you understand the   09:14:07

11     term to mean?

12        A   Well, the terminology is not what I use, but

13     what I understand a cisgender individual to be is an

14     individual who, for example, is a biologically born

15     male who identifies as a male.                  09:14:29

16        Q   So if -- if I use the term "cisgender" in my

17     questions, you can understand what I'm talking

18     about?

19        A   I can understand what you're talking about.

20     I would prefer the term "natal male," but...     09:14:42

21        Q   Okay.  Well --

22        A   I can understand what you're talking about.

23        Q   Okay.  So -- so to you -- well --

24        A   Or "biological male."

25        Q   But to the extent that I want to distinguish   09:14:57
```

Page 20

```
 1    between someone who is transgender and someone who

 2    is not, I -- I may ask you questions that -- that

 3    use the term "cisgender."

 4         So just to confirm, I want to -- you will

 5    understand what I'm referring to when I say        09:15:15

 6    "cisgender"; correct?

 7      A   Yes, I will understand what you're referring

 8    to.

 9      Q   Okay.  And do you know what the term

10    "transgender" means?                               09:15:22

11      A   I believe I understand what you're saying,

12    yes.

13      Q   What -- what does it mean?

14      A   I believe a transgender male, most likely by

15    your definition, would be an individual that is born  09:15:33

16    a certain sex but identifies as the opposite sex.

17      Q   Okay.  So if I use the word "transgender,"

18    you'll know what I'm talking about?

19      A   Yes, if you use the word "transgender," I

20    will know what you're talking about.               09:15:55

21      Q   Do you have any objection to using the word

22    "transgender" yourself?

23      A   I -- I choose to use the -- the term

24    "biological male" and "biological female."  I

25    believe that that's an appropriate designator, but I   09:16:11
```

Page 21

```
1    have -- I can understand your terminology, and I'm

2    comfortable using it.

3        Q    So -- so how -- so, in your words, if -- if

4    you want -- you wanted to, you know, describe, you

5    know, a -- a transgender woman and to distinguish      09:16:27

6    between a transgender woman and a cisgender man, how

7    would you -- how would you explain the difference

8    between a transgender woman and a cisgender man,

9    using your preferred terminology?

10       A    I would probably use the --                    09:16:42

11           MR. FRAMPTON:  Object to the form.

12           Go ahead and answer.

13           THE WITNESS:  I would probably use the

14   descriptor and just say a biological male

15   identifying as female.                                  09:16:50

16           And, I'm sorry, you said cisgender what?

17   BY MR. BLOCK:

18       Q    Man.

19       A    Again, I would use the descriptor and say a

20   biological male identifying as male.                    09:16:59

21       Q    Do you -- do you think that -- do you think

22   that being transgender is a real thing?

23           MR. FRAMPTON:  Object to the form.

24           THE WITNESS:  Define what you mean by "real

25   thing."                                                 09:17:38
```

Page 22

```
 1    BY MR. BLOCK:

 2       Q    Well, do you think that -- do -- do you -- I

 3    think, you know -- well, what do you understand

 4    gender identity to be?

 5            MR. FRAMPTON:  Object to the form.          09:18:02

 6            Go ahead.

 7            THE WITNESS:  Well, I was retained in this

 8    case as a witness for sports safety, so I don't know

 9    that I was really retained to provide an opinion

10    here, but to the extent that I understand it, I      09:18:16

11    understand gender identity to mean the extent to

12    which a person perceives themselves as being a

13    certain sex.

14    BY MR. BLOCK:

15       Q    Did you receive any -- as part of your --    09:18:45

16    well, actually, I'll come back to that.  I'm sorry

17    for jumping ahead a little bit.

18            What -- you've been using the phrase

19    "biological sex."  What -- what's your understanding

20    of what that term means?                             09:18:58

21       A    I would look to the -- the common parlance of

22    that, which is the biological characteristics that a

23    person is born with that -- that identify them as

24    male or female.  And if you want to extend it to

25    chromosomal analysis, the great majority of people   09:19:22
```

Page 23

```
 1      that subcategorize into XY or XX.

 2          Q    And how would you refer to the biological sex

 3      for the minority of people that don't subcategorize

 4      into XY or XX?

 5          A    Well, I --                                      09:19:40

 6              MR. FRAMPTON:  Object to the form.

 7              Go ahead.

 8              THE WITNESS:  I'm a board-certified sports

 9      medicine physician.  I'm not an endocrinologist.

10      And even though I've studied endocrinology to some      09:19:49

11      extent in my training, I -- I wasn't really retained

12      to offer an opinion on that.

13      BY MR. BLOCK:

14          Q    Okay.  So you're not offering an opinion

15      today on -- on -- an expert opinion today on -- on      09:19:59

16      the definition of biological sex?

17              MR. FRAMPTON:  Object to the form.

18              Go ahead.

19              THE WITNESS:  I was -- I was retained today

20      to offer an opinion on the issue of sports safety as    09:20:14

21      pertains to biological males crossing over into

22      female sports.

23      BY MR. BLOCK:

24          Q    So do you -- are you offering an expert

25      opinion on the safety of people with DSDs,              09:20:29
```

Page 24

```
 1   differences of sexual development, participating in

 2   women's sports?

 3          MR. FRAMPTON:  Same objection.

 4          Go ahead.

 5          THE WITNESS:  My report does not speak to      09:20:46

 6   that specifically, no.

 7   BY MR. BLOCK:

 8      Q   Okay.  So do you know what complete androgen

 9   insensitivity syndrome is?

10      A   I'm familiar with it, yes.                     09:20:53

11      Q   Okay.  So you're not offering an expert

12   opinion on the safety implications of allowing

13   someone with complete androgen insensitivity

14   syndrome to participate in women's sports; right?

15          MR. FRAMPTON:  Object to the form.             09:21:09

16          Go ahead.

17          THE WITNESS:  Well, first of all, my report

18   speaks to safety issues and whether there are risks

19   for (technical difficulty) faster individuals to

20   participate in pools of athletes who don't share     09:21:30

21   those same traits.  It's not my job to create policy

22   or decide which groups are more appropriate.

23   BY MR. BLOCK:

24      Q   I understand that.  I'm just trying to

25   determine whether you're offering an expert opinion  09:21:44
```

Page 25

```
 1    on whether someone with complete androgen

 2    insensitivity syndrome, who has XY chromosomes, can

 3    safely participate in women's sports; right?  You're

 4    not offering that opinion today?

 5        A   I am not.                                    09:22:02

 6            MR. FRAMPTON:  Object to the form.

 7            Go ahead.

 8            THE WITNESS:  I -- I'm not offering that

 9    opinion, no.

10    BY MR. BLOCK:                                        09:22:07

11        Q   Okay.  Do you know what the term "sex

12    assigned at birth" is?

13        A   Do I know what the term -- can you --

14        Q   Do you understand --

15        A   I believe I do, yes.                         09:22:26

16        Q   Sure, sure.

17            What -- what do you understand the -- the

18    term "sex assigned at birth" to refer to?

19        A   I would bring that back to common parlance

20    and just say that it's -- it's the determination     09:22:39

21    that's made based on visual evidence at the time

22    that the baby is born.

23        Q   Okay.  Thank you.

24            All right.  Now we get to look at some

25    documents.  So if you can get your Exhibit Share     09:22:57
```

Page 26

```
1     ready, I'm going to mark the first document for you,

2     and it will, hopefully, appear in your -- your

3     folder as Exhibit 80.  Let's see if that actually

4     works.

5              (Exhibit 80 was marked for identification    09:23:20

6          by the court reporter and is attached hereto.)

7              THE WITNESS:  Do I need to hit refresh on

8     this computer?

9     BY MR. BLOCK:

10        Q   You -- you might.  Actually --                 09:23:27

11             MR. FRAMPTON:  I'll jump in.  Yeah, as he

12    adds exhibits, we're going to have to refresh for

13    the exhibit to pop up in your folder.

14             Right?

15             MR. BLOCK:  Yes.                               09:23:38

16             And could we go off the record for a second?

17    I have a question for the concierge, just about

18    the -- the --

19             MR. FRAMPTON:  Sure.  That's fine with me.

20             THE VIDEOGRAPHER:  We're off the record at    09:23:48

21    9:24 a.m.

22             (Recess.)

23             THE VIDEOGRAPHER:  We are on the record at

24    9:24 a.m.

25    ///
```

Page 27

1    BY MR. BLOCK:

2        Q    All right.  So if you can let me know when

3    Exhibit 80 appears in your folder.

4        A    Okay.  I see it.  I'm pulling it up.

5        Q    Great.  Do you recognize this document?        09:24:32

6        A    Yes.  I believe that this is the declaration

7    I signed with the State of West Virginia.

8        Q    Great.  And what's the date on the document?

9        A    February 23rd, 2022.

10       Q    And that's your signature along with it?        09:24:51

11       A    That is my signature, yes.

12       Q    Okay.  And have you filed any other reports

13   or declarations in this case?

14       A    I filed a copy of a white paper that speaks

15   to sports safety.                                        09:25:12

16           MR. BLOCK:  So I'm going to introduce

17   Exhibit 81, which should appear in your -- in your

18   folder in one second.

19           (Exhibit 81 was marked for identification

20        by the court reporter and is attached hereto.)    09:25:28

21           THE WITNESS:  Let me figure out how to close

22   out of this.

23           So is it Exhibit G?

24   BY MR. BLOCK:

25       Q    Yeah.  So if you --                            09:25:46

Page 28

```
 1       A    Yeah.

 2       Q    So if you look at the second page --

 3       A    Yes.

 4       Q    -- is that your -- your signature again,

 5    Dr. Chad T. Carlson, M.D.?                          09:25:54

 6       A    It is, yes.

 7       Q    Okay.  And is this the -- the declaration and

 8    copy of the white paper that you're referring to?

 9       A    This was executed June 22nd, 2021, so I

10    believe that this was prior to a preliminary          09:26:13

11    injunction.

12       Q    So it's submitted in connection with opposing

13    the motion for preliminary injunction in this case?

14       A    Correct, yes.

15       Q    Okay.  And if you go to the next page, it --   09:26:23

16    it says, "White Paper by Dr. Chad Thomas Carlson,

17    MD."

18            Do you see that?

19       A    I do, yes.

20       Q    And the date of that white paper is           09:26:35

21    June 22nd, 2021; correct?

22       A    Correct.

23       Q    So that's the same day as your declaration is

24    dated; correct?

25       A    I'd have to -- I can look, but I -- yes, it    09:26:45
```

                                                    Page 29

1    is.

2        Q    Have -- are there any earlier versions of

3    this white paper that you've authored?

4        A    Earlier than the June 22nd version that you

5    have here?                                          09:27:02

6        Q    Yes.

7        A    No.

8        Q    Okay.  So you -- did you author this white

9    paper specifically for purposes of this litigation?

10       A    When you say "this litigation," do you mean   09:27:14

11   West Virginia's suit?

12       Q    Yes.

13       A    No.  It just -- the -- the timing of

14   completion of it coincided with the -- the deadline

15   for the case.                                       09:27:32

16       Q    Who retained you to write this white paper?

17           MR. FRAMPTON:  Objection to form.

18           Go ahead.

19           THE WITNESS:  Alliance Defending Freedom.

20   BY MR. BLOCK:                                       09:27:42

21       Q    And when did they retain you to write the

22   white paper?

23       A    I was contacted by ADF in, I believe,

24   February of 2020, at a time that I was president of

25   our national academy.                               09:28:01

                                                 Page 30

```
 1        Q    What national academy?

 2        A    The American Medical Society for Sports

 3   Medicine.

 4             It was, I believe, Christiana Holcomb, and

 5   she said that they had interest in retaining an          09:28:15

 6   expert to speak on sports safety with transgender

 7   sports for a pending litigation.

 8        Q    And you said this was in February 2020?

 9        A    Yes.

10        Q    So about a year and a half before this white   09:28:31

11   paper was finalized?

12        A    Correct.

13        Q    Okay.  And did you -- so were you actually

14   retained in February 2020?

15        A    No.                                            09:28:47

16        Q    Okay.  When were you actually retained?

17        A    It would have been towards the end of 2020.

18        Q    And without --

19        A    I had -- sorry.

20        Q    No, you go ahead.                              09:28:59

21        A    I had made initial contact with Roger Brooks,

22   following their -- their initial contact, and we had

23   been scheduled to meet sometime the second week of

24   March, and that was right when COVID exploded.  I

25   own a private practice, and our -- our volume went      09:29:36
```

                                                    Page 31

```
 1    to about 15 percent of year before, and so we had

 2    other concerns, so...  It deferred conversation of

 3    this for a while.

 4        Q   Are things looking better now?

 5        A   Yes.                                   09:29:57

 6        Q   Good.  I'm glad to hear that.

 7            So you -- so when -- you -- you say the

 8    initial contact was from ADF to you, not you to ADF;

 9    correct?

10        A   Correct.                               09:30:11

11        Q   Okay.  And without revealing any contents of

12    your communications with ADF, do you have any

13    independent understanding of why you might have been

14    seen as a potential expert as opposed to some other

15    person who does sports medicine?                09:30:34

16            MR. FRAMPTON:  And just quickly, as -- as --

17    as Mr. Block instructed you, don't reveal the

18    substance of your conversations with folks at ADF,

19    but to the extent you can answer the question

20    without doing that, please do so.              09:30:49

21            THE WITNESS:  Well, I can't speak to what

22    people at ADF were thinking.  I should say that I --

23    I believe that the introduction was made through a

24    third party, and I -- I believe that they probably

25    got my name from Christian Medical/Dental        09:31:13
```

Page 32

```
 1    Association and their policy person, and I can't

 2    recall his name.  And I think that the fact that I

 3    was head of our national organization at the time

 4    probably played into it.

 5    BY MR. BLOCK:                                        09:31:40

 6        Q   What -- what is the Christian Medical/Dental

 7    Association?

 8        A   It's just an organization of Christian

 9    physicians and dentists.  I have very little

10    involvement with them.  I pay dues periodically.     09:31:55

11        Q   So you are a member of the Christian/Medical

12    Dental Association?

13        A   I might be.  I honestly don't recall whether

14    I'm current on my dues or not.

15        Q   Okay.  Have you read -- are you aware of the  09:32:10

16    Christian Medical/Dental Association's policies with

17    respect to transgender people?

18        A   No, I'm not.

19            MR. BLOCK:  Hold on.  I'm going to -- if you

20    give me half a second, I will show something to you.  09:32:41

21            This is going to pop up in your -- your

22    folder as Exhibit 82, I believe.  Let me know when

23    you see it.

24            (Exhibit 82 was marked for identification

25            by the court reporter and is attached hereto.)  09:33:16
```

Page 33

```
 1          THE WITNESS:  It's refreshing.  Hold on.

 2          Okay.  I see it.

 3     BY MR. BLOCK:

 4          Q   Okay.  Have you ever seen this document

 5     before?                                          09:33:23

 6          A   I don't believe so, no.

 7          Q   Okay.  If you look at the -- the document --

 8     here, I -- I want to give you, you know, the time,

 9     whatever time you need, to look at it, but I would

10     like to just direct your -- your attention to -- let  09:33:41

11     me scroll down myself.

12          So if you go to page 2 of that document, near

13     the end, it says "Accordingly" -- do you see the --

14     the line that begins "Accordingly"?

15          A   I do, yes.                              09:34:12

16          Q   Okay.  And it says (as read):

17          "Accordingly, CMDA opposes medical

18          assistance with gender

19          transitions (sic) on the following

20          grounds."                                   09:34:21

21          Do you see that?

22          A   Yes.

23          Q   Okay.  And do you -- do you also oppose

24     medical assistance with gender transition on

25     biblical grounds?                                09:34:36
```

Page 34

```
 1            MR. FRAMPTON:  Object to the form and scope.

 2            THE WITNESS:  Can you clarify that question?

 3     BY MR. BLOCK:

 4        Q   Sure.  It says (as read):

 5            "CMDA opposes medical assistance          09:34:44

 6            with gender transition on the

 7            following grounds."

 8            And then it's -- there's a capital letter A,

 9     and it says "Biblical."  And there's about seven

10     different entries under -- biblical reasons for      09:35:00

11     opposing medical assistance with gender transition.

12            And -- and my question is, do you agree with

13     this part of this CMDA statement?

14        A   Are you asking me to read --

15            MR. FRAMPTON:  Objection --                 09:35:16

16            THE WITNESS:  -- all of this?

17            MR. FRAMPTON:  -- to form and scope.

18            THE WITNESS:  Because I can right now.

19     BY MR. BLOCK:

20        Q   Yeah, sure.                                 09:35:22

21        A   Okay.  Give me some time.

22            I just want to clarify.  Are you asking me if

23     I agree with A, B, C, D, E -- and E?

24        Q   I asked -- I'm asking you if you agree with

25     A.                                                  09:38:00
```

Page 35

```
 1      A    Okay.  So I've -- I've read through that.

 2      Q    Okay.  And do you agree with it?

 3           MR. FRAMPTON:  Objection; form and scope.

 4           THE WITNESS:  There's a lot in there to

 5    unpack, so I -- I can't say I agree with all of        09:38:10

 6    that.  And I was retained as a witness in this case

 7    to speak to sports safety.  I wasn't retained to

 8    provide an opinion in this regard.

 9           And again, I had no interaction, really, with

10    CMDA as an organization.                                09:38:34

11    BY MR. BLOCK:

12      Q    Do you have any religious views about

13    transgender people that will have informed your

14    expert opinion in this case?

15           MR. FRAMPTON:  Objection; form and scope.        09:38:57

16           You can answer.

17           THE WITNESS:  I would say that my opinions in

18    this case are informed, just like UK Sport, entirely

19    on the science.  I don't believe my religious

20    opinions really play into this.  I would view my       09:39:19

21    role as providing a scientific opinion.

22    BY MR. BLOCK:

23      Q    Okay.  Does -- if you recall earlier, we --

24    we just had a discussion about, like, using the --

25    the word "transgender."                                09:39:40
```

Page 36

```
1              Do you have any religious beliefs that would

2       preclude you from using the word "transgender"?

3              MR. FRAMPTON:  Objection; form and scope.

4              THE WITNESS:  No.  I just -- I believe that

5       it's best to speak with clarity, and I believe that    09:39:56

6       in many circles of discussion with people who aren't

7       familiar with these types of terms, it gets very

8       confusing to people to keep track of what a

9       transgender woman is or what a transgender man is.

10      I have found that it's easier to refer to biological   09:40:15

11      males and females and then refer to their gender

12      identity.

13             THE REPORTER:  I'm so sorry to interrupt.

14      Mr. Frampton, I hear some background noise in your

15      room.  I don't know if there's a door you can shut.

16             MR. FRAMPTON:  I'm sorry.  This is

17      Hal Frampton.  It's -- it's -- I'm with the witness,

18      and it's not in our room.

19             THE REPORTER:  Okay.  Kimberlee, do you know

20      where it's coming from?

21             THE VIDEOGRAPHER:  It looked like it was his

22      mic.

23             But could we go off the record real quick?

24      Off the record, is that all right?

25             MR. FRAMPTON:  Sure.                            09:40:50
```

Page 37

```
 1            MR. BLOCK:  Yes.

 2            THE VIDEOGRAPHER:  Off the record at

 3     9:41 a.m.

 4            (Recess.)

 5            THE VIDEOGRAPHER:  We are on the record at    09:41:37

 6     9:42 a.m.

 7            MR. BLOCK:  Thanks.

 8     BY MR. BLOCK:

 9       Q    If you go to the -- the last page of this

10     document --                                           09:41:51

11       A    Sorry, I got to go back.

12       Q    Actually, page 14 of the document.

13       A    They aren't numbered, so --

14       Q    Which --

15       A    The last page -- the last page of text.       09:42:06

16       Q    This -- no, this should be the -- it's --

17     it's page 14 of the PDF.  If you click on the

18     PDF with the --

19       A    Oh, I see.  Yeah.  I -- I'm there.

20       Q    Okay.  So at the bottom, it says "A final      09:42:27

21     comment on language."

22            Do you see that?

23       A    Yes.

24       Q    Okay.  I'm just going to read this into the

25     record.  It says (as read):                           09:42:36
```

                                        Page 38

```
 1              "Terms should be as descriptively

 2          accurate as possible while avoiding

 3          ideological programming.  For

 4          instance, because an individual's

 5          intrinsic sex cannot be changed, and        09:42:44

 6          gender is essentially a biologically

 7          meaningless term or concept aside

 8          from biological sex, terms such as

 9          'transgender identity,' as if it

10          were an objective reality, should be        09:42:56

11          replaced by 'transgender-identified,

12          -identifying, or -identification,'

13          which are descriptively accurate.

14          Similarly, because 'gender

15          transition' is not ontologically or        09:43:05

16          biologically possible, more

17          descriptively accurate terms, such

18          as, 'attempted transition efforts,'

19          or 'attempted transition-affirming

20          treatments or procedures,' are more        09:43:16

21          accurate and preferred."

22          Did I read that correctly?

23     A    You read it correctory -- correctly, yes.

24     Q    Okay.  Thanks.

25          Do you think that using the term          09:43:24
```

Page 39

```
1     "transgender" amounts to ideological programming?

2            MR. TRYON:  Objection.

3            MR. FRAMPTON:  Objection; form and scope.

4            THE WITNESS:  You cut out.  I didn't hear the

5     question.  I'm sorry.                          09:43:36

6     BY MR. BLOCK:

7        Q   Sorry.  Sorry.

8            Do you think that the term "transgender" is a

9     form -- is ideological -- I'll rephrase it.

10           Do you think that using the term          09:43:45

11    "transgender" is ideological programming?

12           MR. FRAMPTON:  Objection; form and scope.

13           THE WITNESS:  Again, I was consulted into

14    this case as a board-certified physician to provide

15    an opinion on sports safety.  To the extent that I   09:43:59

16    have an opinion on gender terminology, you know,

17    I've never thought of it in that way, no.

18    BY MR. BLOCK:

19       Q   Okay.  And do you --

20       A   I've never even heard that description.    09:44:13

21       Q   Okay.  And do you think that -- that

22    transgender identity is not an objective reality?

23           MR. FRAMPTON:  Objection; form and scope.

24           THE WITNESS:  I don't believe I'm rendering

25    an opinion on that.                            09:44:42
```

Page 40

```
 1    BY MR. BLOCK:

 2        Q    And you're not qualified to render an opinion

 3    on that; correct?

 4        A    On whether transgender -- what was the --

 5    restate it.                                        09:44:53

 6        Q    Transgender identity is an objective reality.

 7             MR. FRAMPTON:  Objection; form and scope.

 8             THE WITNESS:  I don't believe I am -- I've

 9    been retained to provide an opinion on that

10    statement, no.                                     09:45:12

11    BY MR. BLOCK:

12        Q    Do you have a personal opinion on that

13    statement?

14             MR. FRAMPTON:  Objection; form and scope.

15             THE WITNESS:  Define what -- what's -- define 09:45:26

16    an objective reality when it comes to gender

17    identification.  Can you tell me that?

18    BY MR. BLOCK:

19        Q    Well, I'm just referring to the phrasing in

20    this document.  So do you not -- do you have an --   09:45:37

21        A    Restate your question one more time.

22        Q    Sure.  Do you have any personal opinions on

23    whether transgender identity is an objective

24    reality?

25             MR. FRAMPTON:  Objection; form and scope.   09:45:47
```

Page 41

```
 1          THE WITNESS:  I don't know what it means to

 2    say that -- I don't know what objective reality with

 3    respect to transgender identification even is, so I

 4    don't think I can answer that question.

 5    BY MR. BLOCK:                                    09:46:07

 6       Q   You're not offering any expert opinions in

 7    this case on whether gender identity has any

 8    biological underpinnings, are you?

 9       A   No, I'm not.  Again, I've been retained in

10    this case as a physician to provide on safety issues  09:46:37

11    with respect to individuals who have transgender

12    identification that are crossing over into other

13    sports.

14       Q   So -- so in that sentence, you use the term

15    "individuals who have transgender identification"    09:46:56

16    instead of "transgender individuals," which is

17    similar to what this document says people should use

18    in terms of language.  So I'm just trying to explore

19    why you're using the word "transgender

20    identification" instead of "transgender             09:47:10

21    individuals."

22          So why are you using the term "transgender

23    identification" instead of "transgender

24    individuals"?

25          MR. FRAMPTON:  Objection; form and scope.     09:47:21
```

Page 42

```
 1              THE WITNESS:  I -- I don't know that I can

 2      speak to that.  I mean, it -- it relates, in a

 3      sense, to the term "gender identity," does it not?

 4      BY MR. BLOCK:

 5          Q   How so?                                    09:47:36

 6          A   Well, transgender identification speaks to

 7      identification.  Identification is analogous to

 8      gender identity.  I'm just trying to avoid confusing

 9      terms.

10          Q   And you think saying "transgender          09:48:03

11      individuals" is a confusing term?

12          A   I didn't --

13              MR. FRAMPTON:  Objection --

14              THE WITNESS:  -- say that.

15              MR. FRAMPTON:  -- form and scope.          09:48:07

16              THE WITNESS:  You did.

17      BY MR. BLOCK:

18          Q   I'm sorry, you and your counsel were talking

19      over each other.

20              Do you think "transgender individuals" is a 09:48:15

21      confusing term?

22              MR. FRAMPTON:  Objection; form and scope.

23              Go ahead.

24              THE WITNESS:  I -- I didn't say that it's a

25      confusing term.  I don't think it's confusing.  I   09:48:23
```

Page 43

```
 1    don't have a problem using it.  I'm just -- I don't

 2    know.

 3    BY MR. BLOCK:

 4       Q   So -- so I'll ask, again, an earlier

 5    question.  Why do you use the phrase "transgender       09:48:40

 6    identification" instead of "transgender

 7    individuals"?

 8            MR. FRAMPTON:  Objection; form and scope.

 9            THE WITNESS:  I can't speak to that.  I -- I

10    can't tell you why I chose that term.                  09:48:57

11    BY MR. BLOCK:

12       Q   Okay.  You don't know why?

13       A   No.

14       Q   Okay.  Have you -- have you written anything

15    else on the topic of transgender people?               09:49:13

16       A   Written?

17       Q   Yes.  Besides this white paper and this

18    expert report.

19       A   Are you talking about -- define "written" for

20    me.                                                     09:49:34

21       Q   Well, I guess I'll go through different types

22    of writing.

23            Have you -- have you written any articles in

24    professional journals about transgender people or

25    the -- touching on the topic of transgender people?    09:49:46
```

Page 44

```
 1        A    No.

 2        Q    Have you written anything in popular media

 3    touching on the topic of transgender people?

 4        A    No.

 5        Q    Have you given any conference presentations    09:49:57

 6    or talks on the topic of -- touching on the topic of

 7    transgender people?

 8        A    No.

 9        Q    Have you disseminated any written document,

10    in any way, authored by you on the -- touching on     09:50:15

11    the topic of transgender people.

12             MR. FRAMPTON:  Object to the form.

13             Go ahead.

14             THE WITNESS:  Are you speaking to e-mail?

15    BY MR. BLOCK:                                          09:50:33

16        Q    Sure.  Have -- have you written -- have you

17    written e-mails on the -- touching on the topic of

18    transgender people?

19        A    Yes.

20        Q    Are these e-mails to -- to Listservs?          09:50:42

21        A    No.

22        Q    Who are these e-mails to?

23        A    So in my role as president of AMSSM and on my

24    time on the executive committee, occasionally this

25    issue would -- would crop up, and there were           09:51:07
```

Page 45

 1   discussions about it.

 2      Q   So I'd like, to the best of your ability, for

 3   you to recall the specific occasions on which this

 4   issue cropped up.

 5          Can you remember any of them?                    09:51:24

 6      A   Yep.  The first time that I can recall it --

 7   let me back up and just say that we have --

 8          MR. BLOCK:  The witness's video froze for me.

 9          THE VIDEOGRAPHER:  Yeah, he looks frozen.

10   Let's go off the record.                                09:51:54

11   BY MR. BLOCK:

12      Q   Sorry, you're -- you froze for -- for that

13   answer, so I think you were just telling me the --

14   the first occasion of the list in which this issue

15   cropped up.                                             09:52:06

16      A   So I said that I was going to back up for a

17   second and just say that our academy hosts several

18   meetings each year, one of which is the annual

19   meeting, and it's usually about five days long, and

20   it's -- it's structured with different symposia that    09:52:20

21   are themed.  And periodically, particularly since, I

22   don't know, 2016, maybe, when I was -- I don't --

23   I'd have to think what year I went on to exec, maybe

24   it was 2017, but there had been, once in a while,

25   inquiries by members about whether there would be a     09:52:43

                                               Page 46

```
 1    transgender medicine symposium at the annual
 2    meeting, because there had never been one before.
 3    And so in 2018, as we were -- as my program chair
 4    and I were putting together content for the meeting,
 5    this issue briefly came up around that.            09:53:03
 6       Q   Was there a transgender medicine component to
 7    that symposium?
 8       A   That was -- that was for the annual meeting
 9    we had in Houston in 2019, and, no, we did not
10    include that.                                      09:53:29
11       Q   Why not?
12       A   Well, there were lots of reasons, but we had
13    a budget that we had to work from, and we already
14    had a pretty strong sense of what we were wanting to
15    pay for to bring in other speakers to that meeting, 09:53:49
16    and I felt like if we were going to have a symposium
17    on transgender -- on the transgender athlete, that
18    it ought to be something that was structured with a
19    point/counterpoint format and that we would probably
20    want to bring in outside academicians to help create 09:54:12
21    that dialogue.
22       Q   Do most of -- do other components of the
23    symposia have point/counterpoint formats to them?
24       A   Often, yes.
25       Q   What are some examples of -- of other         09:54:40
```

Page 47

```
1    portions of the symposia that have had point and

2    counterpoint formats?

3        A    There's many examples, but one would be youth

4    sport specialization versus having your child play

5    in multiple different sports, point or counterpoint.    09:54:57

6        Q    So you said there were several reasons why

7    you didn't include a transgender medicine component

8    of the symposium.  What are some others?

9        A    As I said, we were -- we already had a sense

10   of what we wanted included in that meeting, and         09:55:22

11   there's always topics that need to be left for

12   future meetings, and that was --

13       Q    Was -- sorry.  Did you have a transgender

14   medicine component of a future meeting?

15       A    We haven't had an insight future meeting        09:55:38

16   since that Houston meeting because of COVID, so --

17   the 2020 meeting and the 2021 meeting were canceled.

18            Well, actually, I want to clarify.

19            The 2021 meeting was done virtually, and

20   there was a transgender component to that meeting,      09:55:55

21   yes.

22       Q    What was the transgender component?

23       A    I can't speak to it.  I -- I wasn't part of

24   it.

25       Q    What do you mean you weren't part of it?        09:56:10
```

Page 48

```
 1        A    I mean I didn't have anything to do with

 2   organizing it.

 3        Q    Did you attend it?

 4        A    No.

 5        Q    Why not?                                    09:56:23

 6        A    Because the meeting was virtual, and I was

 7   down in Florida with my family at the time, and we

 8   were, I believe, at a park that day.

 9        Q    Which one?

10        A    Which park?                                 09:56:38

11        Q    Yeah.

12        A    I don't remember which park we were at that

13   day, but it was -- it was either Hollywood Studios

14   or EPCOT or Magic Kingdom.  I don't know.

15        Q    Is there a way to watch the transgender     09:56:52

16   component of the virtual symposium after the fact?

17        A    I believe for a time there is.  I don't know

18   if I -- I don't know if it's still accessible,

19   but...

20        Q    Do you know who the speakers were at that    09:57:11

21   symposium -- at that transgender component of the

22   symposium?

23        A    No, I don't recall.

24        Q    Do you recall the topic?

25        A    You mean the specific topics within sports   09:57:21
```

Page 49

```
 1    and transgenderism?

 2       Q   Yeah.  At that symposium.

 3       A   No.

 4       Q   Now, by the time this symposium -- this

 5    portion of the symposium occurred -- well, actually,   09:57:45

 6    let me step back.

 7           Around when did this 2021 virtual symposium

 8    occur?

 9       A   In April of 2021.

10       Q   In that -- by the time it occurred, had you   09:58:03

11    already been retained by ADF?

12       A   Yes.

13       Q   So did you think that the content of the

14    symposium might relate to any of the topics on which

15    you would be opining for ADF?                          09:58:21

16           MR. FRAMPTON:  Object to the form.

17           Go ahead.

18           THE WITNESS:  I can't speak to that.  I was

19    already well into my work on the paper.

20    BY MR. BLOCK:                                          09:58:40

21       Q   Did you think that the contents of the

22    symposium might be helpful in providing you

23    additional relevant information for you paper?

24           MR. FRAMPTON:  Same objection.

25           THE WITNESS:  I -- I feel like the process     09:58:54
```

                                                        Page 50

```
 1    that we went through to create that paper, that I

 2    went through to create that paper, was thorough, and

 3    I'm confident that we canvassed most of the

 4    available literature on the subject prior to the

 5    date of the paper being submitted.              09:59:19

 6    BY MR. BLOCK:

 7        Q   You said "we canvassed."

 8            Who do you -- who do you mean by "we"?

 9            MR. FRAMPTON:  Object to the form.

10            THE WITNESS:  I mean Alliance Defending   09:59:37

11    Freedom and myself.

12    BY MR. BLOCK:

13        Q   Did Alliance Defending Freedom help provide

14    you with papers to review?

15            MR. FRAMPTON:  Objection to the form.     09:59:44

16            THE WITNESS:  When we first sat down to flesh

17    through what this paper might look like, I met with

18    one of the attorneys from Alliance Defending

19    Freedom, I outlined with him what we thought might

20    be an appropriate take on this paper, and then both  10:00:06

21    of us did literature searches.  I compiled what I

22    thought was relevant for the paper.

23            The paper is entirely mine.

24    BY MR. BLOCK:

25        Q   What do you mean by that?              10:00:38
```

Page 51

1      A    That every line in that paper is my own words

2    and thought.

3      Q    Is every line of the February 23rd, 2022,

4    paper also your own words and thought?

5      A    I've reviewed every line in -- in both          10:00:53

6    papers, made extensive edits through it, and it

7    represents my own thought completely, yes.

8      Q    All right.  Well, first you said every line

9    was your own words and thought, and then you said it

10   represents your thoughts completely, and so I just     10:01:15

11   want to get clarity.

12          Is every line of the February 23rd paper your

13   own words and thought?

14          MR. TRYON:  I'm just going to object and make

15   sure the witness understands that any communications   10:01:26

16   between him and either this office or ADF is covered

17   by the attorney-client privilege.

18          MR. FRAMPTON:  Yes, same -- same objection.

19          So we're not to discuss the substance of

20   those communications.                                  10:01:42

21          Go ahead.

22          THE WITNESS:  Can you repeat the question?

23   BY MR. BLOCK:

24      Q    Yeah.  Is every line of the February 23rd,

25   2022, paper your own words and thought?                10:01:52

Page 52

```
 1           MR. FRAMPTON:  Same objection.

 2           Go ahead.

 3           THE WITNESS:  The additions that were made to

 4      that paper are my additions, yes.

 5      BY MR. BLOCK:                                    10:02:18

 6       Q   When did you first become interested on the

 7      topic of transgender women competing in women's

 8      sports?

 9       A   I -- I would say that I first became aware of

10      it around the time that Joanna Harper had released  10:02:36

11      her paper.

12       Q   Which paper by Joanna Harper are you

13      referring to?

14       A   The -- the one where she published race times

15      of transgender athletes that transitioned and -- and  10:03:03

16      was comparing them to both their biological

17      competitors and then -- and then their

18      transgender -- was comparing race times and how they

19      stratified both and after transition.

20       Q   So this is her first paper?                 10:03:30

21       A   I -- yes.  It was the first paper she

22      published, yes.

23       Q   And when did you read that paper first?

24       A   I couldn't tell you.  Years ago.

25       Q   So you read it close to the time that it     10:03:42
```

Page 53

```
 1    first came out?

 2        A   I don't know if I -- I don't recall if I read

 3    it or if I was reading reference to it, but it would

 4    have been around that time.

 5        Q   What other reading on the topic of            10:03:54

 6    transgender women competing in women's sports had

 7    you done before you were first contacted by Alliance

 8    Defending Freedom?

 9        A   I don't know if it's -- it's not specific to

10    transgenderism and sport, but McHugh's paper in the   10:04:24

11    New Atlantis had come up around the issue, again,

12    when I was at AMSSM, so that -- that had led to

13    discussions about transgenderism.

14        Q   It led to discussions at ASSM (sic)?

15        A   Yeah, just with other -- other people there.  10:04:46

16        Q   And what were those discussions?

17        A   It -- well, the -- the paper had to do with

18    the biological underpinnings of -- of gender

19    identity.

20        Q   How --                                        10:05:01

21        A   But --

22        Q   How did -- I didn't mean to cut you off.  Go

23    on.

24        A   So to your point, it's not directly related

25    to transgenderism and sport.                          10:05:10
```

Page 54

```
 1        Q    So in what context did it arise for

 2    discussion at AMSSM, then?

 3        A    There was discussion about a paper in a

 4    non-published newsletter on transgenderism in

 5    sports, and there was discussion about the way that    10:06:00

 6    that paper was being presented and whether it was

 7    contextually sound.

 8        Q    So the paper was sent in a newsletter?

 9        A    The paper was submitted for publication in a

10    newsletter.                                            10:06:27

11        Q    In what newsletter?

12        A    It's called The Sideline Report.

13        Q    And who publishes The Sideline Report?

14        A    The American Medical Society for Sports

15    Medicine.                                              10:06:37

16        Q    And -- and who presented the paper for -- for

17    submission?

18        A    I don't recall his name.

19        Q    Do you remember what the paper said,

20    generally?                                             10:06:48

21        A    It was -- it was a -- again, I -- it's been

22    years since I've read that paper, but my

23    recollection of it is that it was somewhat skewed in

24    terms of its ideology.

25        Q    Skewed --                                     10:07:13
```

Page 55

```
 1        A    That it was -- it -- that it was not a

 2    balanced discussion of the pros and cons of

 3    transgender participation in sport.

 4        Q    So in which direction was it skewed?

 5        A    It was skewed towards more affirmative         10:07:32

 6    participation.

 7        Q    And so who -- who reviews the submissions to

 8    The Sideline Report?

 9        A    At the time, people on the executive

10    committee.  It was shared with them.                    10:07:50

11        Q    And were you on the executive committee at

12    that time?

13        A    Yes.

14        Q    And who raised concerns that it was not a

15    balanced discussion?                                    10:08:08

16             MR. FRAMPTON:  Objection to the form.

17             Go ahead.

18             THE WITNESS:  As I recall, I and some others

19    on the committee raised concerns.

20    BY MR. BLOCK:                                           10:08:24

21        Q    Did you say you and some others on the

22    committee?

23        A    Correct.

24        Q    And who is the person that brought the McHugh

25    article to folks' attention?                            10:08:37
```

Page 56

```
 1        A    I did.

 2             MR. FRAMPTON:   Same objection.

 3   BY MR. BLOCK:

 4        Q    Go ahead.

 5        A    I did.                               10:08:41

 6        Q    So had you already read the McHugh article

 7   before -- before this incident arose?

 8        A    Well, I hadn't read the entire article,

 9   because it's extremely long, but going back to what

10   we were talking about earlier, trying to decide what   10:09:01

11   a transgender symposium what point and counterpoint

12   might look like, one of the considerations at the

13   time was whether to bring one of those authors to,

14   you know, what would be the 2019 meeting to provide

15   input against -- to provide input in -- in context   10:09:27

16   of that issue.

17        Q    So around when was this discussion about

18   The Sideline Report article?   What time?

19             MR. FRAMPTON:   Objection to the form.

20             Go ahead.                            10:09:46

21             THE WITNESS:   I believe it would have been

22   sometime in early 2020.

23   BY MR. BLOCK:

24        Q    All right.   So -- so I have --

25        A    I don't recall that -- I -- I don't want to   10:10:01
```

Page 57

1    say that.  I don't recall that offhand.  I'd have to

2    go back and look.

3       Q    Okay.  So I want to make sure I just have a

4    complete list of incidents in which this came --

5    this topic related to transgender people came up for    10:10:06

6    discussion.

7           So I have, from you, this discussion about

8    the submission to The Sideline Report.  I have, from

9    you, this discussion in 2018 about whether or not to

10   have a transgender medicine component to the            10:10:27

11   upcoming symposium.

12          Are there any other times in which topics

13   related to transgender people came up at ASSM -- or

14   AMSSM?

15          MR. FRAMPTON:  Objection to the form.           10:10:41

16          Go ahead.

17          THE WITNESS:  I can't recall that issue

18   coming up in others, no.

19   BY MR. BLOCK:

20      Q    And so how did you become aware of McHugh's    10:10:57

21   paper?

22      A    It was all over the news at the time that it

23   came out.

24      Q    Where in the news?

25          MR. FRAMPTON:  Objection to the form.           10:11:20

                                                    Page 58

```
 1          Go ahead.
 2          THE WITNESS:  I can't tell you that.  I get
 3    my news from lots of sources, so I can't tell you
 4    where I first heard of it.
 5    BY MR. BLOCK:                                      10:11:27
 6      Q    Do you get your news from Ben Shapiro at all?
 7      A    No.
 8      Q    Do you view Ben Shapiro to be a reliable
 9    source of information?
10          MR. FRAMPTON:  Objection to the form.        10:11:37
11          Go ahead.
12          THE WITNESS:  I was not retained to provide
13    an opinion there, but -- again, I was retained to
14    provide an opinion as to the sports safety
15    implications for transgender athletes crossing over 10:11:51
16    into cisgender sporting events.
17          But to your point -- what -- what was your
18    question?
19    BY MR. BLOCK:
20      Q    Would -- would you view Ben Shapiro to be a  10:12:08
21    reliable source of information on these matters?
22      A    I have no --
23          MR. FRAMPTON:  Objection --
24          THE WITNESS:  -- opinion on that.
25          MR. FRAMPTON:  -- to the form.               10:12:16
```

                                              Page 59

 1    BY MR. BLOCK:

 2        Q   I'm -- I'm sorry, can you -- can you say it

 3    again?  Counsel and you were cross talking.

 4            So I'll ask it again and wait for your

 5    counsel to object, and then you can answer, okay?    10:12:24

 6            Do you view Ben Shapiro to be a reliable

 7    source of information on medical topics concerning

 8    transgender people?

 9            MR. FRAMPTON:  Objection to the form and

10    scope.                                               10:12:35

11            Go ahead.

12            THE WITNESS:  I have no opinion on that.

13    BY MR. BLOCK:

14        Q   Well, you don't have any -- I -- I need an

15    answer to the -- to the question.  So if you can     10:12:44

16    answer to the best of your ability --

17        A   I don't know enough about Ben Shapiro's

18    opinions to be able to state one way or the other

19    what I think of them.

20        Q   Okay.  Do you know who Ben Shapiro is?       10:12:58

21        A   Yes, I've heard of him.

22        Q   Okay.  Do you -- do you listen to him or --

23    or watch his shows?

24        A   No.

25        Q   Would you ever rely on Ben Shapiro in        10:13:13

                                                    Page 60

```
 1    providing an expert opinion?

 2          MR. FRAMPTON:  Objection to the form and

 3    scope.

 4          THE WITNESS:  Are you asking if I would rely

 5    on Ben Shapiro to provide an expert medical opinion?   10:13:20

 6    BY MR. BLOCK:

 7       Q   Yes.

 8       A   Of course not.

 9       Q   So at the time that you first talked with ADF

10    about, you know, what a white paper would look like,   10:13:40

11    had you already formed an opinion on the issue?

12          MR. FRAMPTON:  Objection; form and scope.

13          Go ahead.

14          THE WITNESS:  So, you know, I -- I've been

15    practicing sports medicine for 20-plus years now,      10:13:53

16    and I have lots of experience taking care of injured

17    athletes.  And so understanding that there was

18    perhaps the possibility of larger individuals

19    crossing over into sports where there were smaller

20    individuals and, you know, participating in contact    10:14:19

21    sports, I had concerns, but I hadn't really fully

22    fleshed out an opinion, no.  I believed that I went

23    into the process of data review with open eyes.

24       Q   What does that mean, you went into the

25    process of data review with open eyes?                 10:14:41
```

Page 61

```
 1      A    That I went to the data that was culled,

 2   looking to see what the data spoke to in terms of

 3   sports safety.  I didn't have a predetermined bias

 4   or view.  Well, I didn't have a predetermined answer

 5   to that question, that's what I would say.          10:15:09

 6      Q    Now, did -- were you -- when you discussed

 7   being retained to provide this white paper to ADF,

 8   were -- were you -- did you discuss compensation at

 9   the same time?

10      A    I don't -- I don't recall -- I don't believe  10:15:32

11   compensation came up until later.

12      Q    Do you know if you had arrived at the

13   conclusion that it was safe for transgender women to

14   participate, would you have received compensation

15   from ADF for -- for work done in reaching that        10:15:51

16   opinion?

17           MR. FRAMPTON:  Objection; form and scope.

18           THE WITNESS:  There's a lot in that question.

19   Can you restate it, please?

20   BY MR. BLOCK:                                         10:16:01

21      Q    Sure.  You said that when you began your

22   writing process, after being retained from ADF, you

23   didn't have a predetermined view of what the

24   question would be, and so my question is whether

25   your compensation was in any way related to whether   10:16:15
```

Page 62

```
 1    your ultimate answer was that it would be safe or

 2    unsafe for transgender women to participate.

 3        A    No, the --

 4             MR. FRAMPTON:  Objection.

 5             I'm sorry, let me do my objection.          10:16:31

 6             Objection.

 7             Answer his question.

 8             THE WITNESS:  No, to the best of my

 9    knowledge, my compensation was not tied to the

10    determination of literature review around this      10:16:39

11    subject.

12    BY MR. BLOCK:

13        Q    So when you did a literature review, are you

14    confident that you searched for everything that

15    would support or oppose the position you're          10:17:00

16    advocating for in your report?

17             MR. FRAMPTON:  Objection; form and scope.

18             THE WITNESS:  I'm confident that available

19    literature, pro and con, was accessed and reviewed.

20    BY MR. BLOCK:                                        10:17:18

21        Q    And are you confident that your report

22    adequately discusses the available literature, pro

23    and con?

24        A    Again --

25             MR. FRAMPTON:  Objection; form and scope.    10:17:29
```

Page 63

1          Go ahead.

2          THE WITNESS:  -- the -- the white paper is

3     not a comprehensive literature review on the

4     subject.  It is an assessment of how the literature

5     speaks to the issue of sports safety, particularly.    10:17:38

6     I included what I thought was relevant to that

7     discussion.

8     BY MR. BLOCK:

9        Q   So -- but in -- in your -- in deciding what

10    to include in your white paper, understanding that    10:17:55

11    you can find it specifically to the topic of safety,

12    did you include in the white paper everything

13    that -- you know, pro and con to your argument, or

14    did you just quote things that -- that you thought

15    supported your contention that it would be unsafe    10:18:17

16    for transgender women to participate?

17          MR. FRAMPTON:  Objection; form, scope.

18          THE WITNESS:  Well, obviously I can't speak

19    to how successful I was at -- while the final

20    reflects that, but I believe that it was fair    10:18:40

21    consideration given to what ought to go into that

22    paper and that the appropriate relevant things that

23    needed to be in there were in there.

24    BY MR. BLOCK:

25       Q   Did you view the purpose of the white paper    10:18:58

Page 64

```
 1    to provide an overview of -- overview of both sides

 2    of the argument, or did you view the purpose of the

 3    white paper to be, you know, making a specific

 4    argument that it was unsafe and -- and just

 5    providing, you know, citations to materials that       10:19:17

 6    supported that argument?

 7          MR. FRAMPTON:  Objection; form and scope.

 8          Go ahead.

 9          THE WITNESS:  I wouldn't say that the point

10    of the argument was to argue -- or the paper was to    10:19:27

11    argue that it was unsafe.  It was to -- it was to

12    lay out the evidence that says whether it was safe

13    or not and what -- and lay out the thought process

14    that would go into making that determination.

15    BY MR. BLOCK:                                          10:19:56

16       Q   If you could go to --

17       A   I think the underpinning of the whole thing

18    is my background as a physician and just the thought

19    processes that go into the practice of medicine on a

20    daily basis when you're looking at injury risk and    10:20:19

21    what -- what sorts of things factor into that.  So

22    that -- that underpins the paper before we even

23    start.

24       Q   And before starting on the paper, did you

25    have any experience in working with sports injuries   10:20:31
```

Page 65

```
 1    related to the participation of transgender people?

 2           MR. FRAMPTON:  Objection; form and scope.

 3           Go ahead.

 4           THE WITNESS:  Possibly.  I -- I see men and

 5    women, boys and girls, every day in the office.  I      10:20:53

 6    don't make a habit of asking them what their gender

 7    identity is.  I take care of them all as well as I

 8    possibly can.

 9    BY MR. BLOCK:

10       Q   To the best of your knowledge, did you ever     10:21:03

11    treat a sports injury for a transgender patient?

12       A   Again, I don't make a habit of asking that

13    question of my patients.  So whether I've seen a

14    transgender individual or not, I couldn't speak to

15    that.                                                   10:21:22

16       Q   So you -- you have no idea one way or another

17    whether you've treated a transgender patient?

18           MR. TRYON:  Objection.

19           MR. FRAMPTON:  Same objection; form and

20    scope.                                                  10:21:30

21           Go ahead.

22           THE WITNESS:  I -- I may have seen and

23    treated one or I -- I may not have.  I don't ask

24    that question of people.  And I see men and women,

25    boys and girls, in the office every day.               10:21:38
```

Page 66

```
 1    BY MR. BLOCK:

 2        Q   Well, so, I guess, if a -- if a

 3    transgender -- if you saw a transgender patient, you

 4    wouldn't be able to tell from their physiology what

 5    their -- what their, as you say, biological sex is?   10:22:00

 6            MR. TRYON:  Objection.

 7            MR. FRAMPTON:  Objection; form.

 8            Go ahead.

 9            THE WITNESS:  What do you mean by

10    physiological form?                                   10:22:13

11    BY MR. BLOCK:

12        Q   Let's say your -- a transgender -- let's say

13    a woman comes into your office with a -- you know, a

14    knee injury.  Would -- by inspecting their knee,

15    would you be able to tell whether or not this was a   10:22:36

16    cisgender woman or a transgender woman?

17            MR. FRAMPTON:  Objection; form and scope.

18            Go ahead.

19            THE WITNESS:  Not necessarily, no.

20    BY MR. BLOCK:                                         10:22:44

21        Q   Why not?

22        A   A knee doesn't have sex-identifying

23    characteristics to it.

24        Q   You wouldn't be able to tell from muscle mass

25    on the -- the patient's, you know, legs whether or    10:23:00
```

Page 67

```
1    not that patient was a transgender woman or a

2    cisgender woman?

3           MR. FRAMPTON:  Objection; form.

4           THE WITNESS:  I'm not sure where you're going

5    with this.  I'm not sure I understand the question.   10:23:17

6    BY MR. BLOCK:

7       Q   Well -- well -- well, these -- so you've

8    talked, in your paper, about physiological

9    differences between people with male sex assigned at

10   birth and female sex assigned at birth and about,    10:23:35

11   you know, how -- you know, how stark those

12   differences are and that they're not affected by

13   hormone therapy, and so I guess my question is, in

14   light of that, I find it a little surprising that --

15   that you would then say that you could examine or    10:23:49

16   treat a sports injury and not know whether the

17   person you're treating had a female sex assigned at

18   birth or a male sex assigned at birth.  So that's

19   the context for my question.

20      A   Well, I think the -- the initial --         10:24:05

21           MR. FRAMPTON:  Hold on.

22           Objection to the form.

23           MR. TRYON:  Objection.

24           MR. FRAMPTON:  Go ahead.

25           THE WITNESS:  The initial question was       10:24:10
```

Page 68

```
 1    whether I had ever treated transgender individuals,

 2    and what I told you was that I try to view my

 3    patients as the individual in front of me.  I don't

 4    routinely ask them what their gender identity is.

 5         If you're asking me if anecdotally I could      10:24:26

 6    identify a, to use your language, trans woman if I

 7    was doing a knee exam, I suppose I could, but I

 8    can't speak to that, and it's far afield of why I

 9    was retained in this case.

10    BY MR. BLOCK:                                         10:24:47

11       Q   So -- but to the best of your knowledge, you

12    don't know one way or another whether or not you've

13    ever treated a transgender patient?

14         MR. FRAMPTON:  Objection; form.

15         Go ahead.                                        10:24:56

16         THE WITNESS:  To the best of my knowledge, I

17    don't know whether I've treated a transgender

18    patient, no.

19    BY MR. BLOCK:

20       Q   Did you have any interactions with ADF before 10:25:03

21    you were first contacted as potentially being

22    retained as an expert?

23       A   No.

24       Q   Have you provided any testimony in support of

25    any legislation related to transgender people?        10:25:16
```

Page 69

```
 1      A    No.
 2      Q    Have you provided any testimony in support of
 3   legislation similar to the legislation challenged in
 4   this case?
 5      A    What are you asking?                        10:25:39
 6      Q    Well, yeah, I -- I -- I'm just trying to make
 7   sure I cover all the bases of my question.
 8           And so I've -- I've -- it has been argued in
 9   this case that the statute at issue here, H.B. 3293,
10   is not about transgender people, and so I -- I        10:26:10
11   didn't want you to answer my question based on a
12   similar type of distinction.
13           So -- so my question is, did you ever testify
14   in support of any legislation that would have the
15   affect of precluding transgender people from          10:26:25
16   participating on sports teams consistent with their
17   sex assigned -- with their gender identity?
18           MR. FRAMPTON:  Objection to the form.
19           Go ahead.
20           THE WITNESS:  I don't believe that I have     10:26:38
21   ever provided testimony to any legislative
22   committee, pending -- or pending legislation around
23   issues similar to what we're talking about today.
24   BY MR. BLOCK:
25      Q    Thank you.                                    10:26:59
```

Page 70

```
1            MR. BLOCK:  I -- I'm okay continuing, but do

2      you need a break?

3            MR. FRAMPTON:  We're at about an hour and a

4      half.  It's -- it's up to you, if you want five

5      minutes or if you want to go for another half hour    10:27:13

6      or whatever.

7            THE WITNESS:  Is this a good break point for

8      you, or do you --

9            MR. BLOCK:  Either way.  I can break in half

10     an hour or I can keep going.                           10:27:24

11           THE WITNESS:  I can use the restroom.

12           MR. BLOCK:  Okay.  So --

13           MR. FRAMPTON:  Then let's do five minutes.

14           MR. BLOCK:  Great.  See you in five.

15           MR. FRAMPTON:  All right.  Thank --            10:27:33

16           THE VIDEOGRAPHER:  We're off -- off the

17     record at 10:27 a.m.

18           (Recess.)

19           THE VIDEOGRAPHER:  We are on the record at

20     10:34 a.m.                                            10:34:34

21     BY MR. BLOCK:

22        Q   Good morning again.  I just have some

23     questions about your -- your training as related to

24     transgender people.

25           To the best of your recollection, as part of   10:34:49
```

Page 71

```
 1    your formal education for your undergraduate degree,

 2    did you ever take any courses regarding transgender

 3    people?

 4          MR. FRAMPTON:  Objection; form.

 5          Go ahead.                                    10:35:03

 6          THE WITNESS:  To the best of my recollection,

 7    I never took a course in trans- -- affecting -- or

 8    reflecting transgender people in undergraduate, no.

 9    BY MR. BLOCK:

10       Q   And did you ever conduct any research        10:35:12

11    concerning transgender people as an undergrad?

12          MR. FRAMPTON:  Object to the form.

13          Go ahead.

14          THE WITNESS:  No, I never conducted research

15    as an undergraduate on transgender people.          10:35:25

16    BY MR. BLOCK:

17       Q   And then as part of your formal education for

18    your M.D., did you ever take any courses regarding

19    transgender people?

20          MR. FRAMPTON:  Object to the form.            10:35:37

21          THE WITNESS:  No.  There were no courses on

22    transgender people offered during my training in

23    medical school.

24    BY MR. BLOCK:

25       Q   And did you -- did you ever conduct any      10:35:45
```

```
 1    research concerning transgender people in medical

 2    school?

 3          MR. FRAMPTON:  Object to the form.

 4          THE WITNESS:  No, I never conducted research

 5    on transgender people in medical school.        10:35:51

 6    BY MR. BLOCK:

 7      Q   Okay.  And in -- in your residency, did you

 8    receive any training related to transgender people?

 9          MR. FRAMPTON:  Object to the form.

10          Go ahead.                               10:36:04

11          THE WITNESS:  I can't recall offhand if there

12    were lectures on that subject during the time that I

13    was there.

14          To the best of my recollection, the answer to

15    that is no.                                    10:36:18

16    BY MR. BLOCK:

17      Q   And in your fellowship, did you receive any

18    training related to transgender people?

19          MR. FRAMPTON:  Same objection.

20          THE WITNESS:  Again, to the best of my        10:36:30

21    recollection, I do not recall specific training on

22    the transgender athlete during my fellowship.

23    BY MR. BLOCK:

24      Q   So you're not -- you're not an expert in the

25    treatment of transgender people; correct?        10:36:47
```

Page 73

```
 1            MR. FRAMPTON:  Object to the form, scope.

 2        Go ahead.

 3            THE WITNESS:  As I said, I'm a

 4    board-certified sports medicine physician.  I've

 5    been retained in this case to offer an opinion on      10:36:58

 6    sports safety.  I'm not a board-certified

 7    endocrinologist.

 8    BY MR. BLOCK:

 9        Q   Okay.  So I -- I just asked -- I need to

10    define the scope of the opinions you're offering.      10:37:08

11            So you're not -- you -- you are not an expert

12    in the treatment of transgender people; correct?

13            MR. FRAMPTON:  Object to the form.

14            THE WITNESS:  I do not treat transgender --

15    I -- I do not have training in the treatment of        10:37:22

16    transgender people.  I am not a board-certified

17    endocrinologist.

18    BY MR. BLOCK:

19        Q   And -- and you are not an expert in the

20    treatment of transgender people; correct?             10:37:31

21        A   Define --

22            MR. FRAMPTON:  Sam objection.

23            THE WITNESS:  Define "treatment" for me.

24    BY MR. BLOCK:

25        Q   Medical care for transgender people.          10:37:47
```

Page 74

```
 1          MR. FRAMPTON:  Same objection to the form.

 2      Go ahead.

 3          THE WITNESS:  I would be considered an expert

 4   for the sports medicine care of an injured athlete

 5   who happens to be transgender.              10:38:03

 6   BY MR. BLOCK:

 7      Q   Okay.  So --

 8      A   I'm not an -- I am not a board-certified

 9   endocrinologist.  So if your speaking to hormonal

10   manipulation, then no.                       10:38:12

11      Q   And you're not -- you're not an expert in

12   mental healthcare for transgender people; correct?

13          MR. FRAMPTON:  Object to the form.

14      Go ahead.

15          THE WITNESS:  Well, in the context of the  10:38:24

16   work that we do with patients every day, we have to

17   take into consideration mental health, so it touches

18   on what I do every day.

19   BY MR. BLOCK:

20      Q   How so?                              10:38:46

21      A   The -- I treat the person in front of me and

22   whatever they're bringing into the room.

23      Q   So you're -- you're not an expert in the

24   treatment of gender dysphoria, in particular, are

25   you?                                        10:39:07
```

Page 75

```
 1        A    Define "gender dysphoria."

 2        Q    It's the medical condition recognized in the

 3   DSM-V.

 4             Do you -- do you know what the DSM-V is?

 5        A    I'm familiar with it, yes.                    10:39:21

 6        Q    Okay.  So are -- are -- are you a -- an

 7   expert in mental healthcare for treating the

 8   condition of gender dysphoria as defined in the

 9   DSM-V?

10        A    I am a board-certified sports physician who   10:39:34

11   has been retained to provide information on safety

12   in athletes, some of whom may be transgender.

13        Q    Okay.  But you are not -- you have not been

14   retained to provide an expert opinion on the

15   treatment of gender dysphoria; correct?           10:39:53

16        A    Correct.

17        Q    Okay.  If we go down to -- if you would look

18   at Exhibit 80, please.  That's your expert report.

19        A    Exhibit 80, you said?

20        Q    Yeah.                                         10:40:36

21        A    Okay.

22        Q    And if you go to your abbreviated CV, which

23   is, you know, the last three pages.

24        A    Okay.

25        Q    And if you go to -- it's the paginated page  10:40:55
```

Page 76

```
 1    73 at the bottom.  There's a section of your CV that

 2    says "Special Qualifications."

 3         Do you see that?

 4     A   I do.

 5     Q   Okay.  I just have a couple of questions     10:41:06

 6    about -- about this.

 7         The -- the first entry under "Special

 8    Qualifications" is "Prior legal consulting work in

 9    cases with both local and national reach."

10         Do you see that?                             10:41:21

11     A   Yes.

12     Q   Okay.  What are the cases with national reach

13    that you're referring to?

14     A   This one.

15     Q   Any others?                                  10:41:48

16     A   The -- as I said, I've been retained in the

17    Florida case.

18     Q   Okay.  So further down, it says -- this is

19    about, like, the seventh bullet point -- it says (as

20    read):                                            10:41:56

21         "Extensive experience speaking to

22         large national groups on issues

23         pertaining to sports medicine,

24         including but not limited to:"

25         And then there's a list of things.           10:42:06
```

Page 77

```
 1          Do you -- do any of the topics you've spoken

 2     on include anything about transgender people?

 3       A    No, I have never --

 4          MR. FRAMPTON:  Objection to form.

 5          Go ahead.                                10:42:21

 6          THE WITNESS:  In my role as a sports

 7     physician, I have not spoken on the topic of

 8     transgenderism in sports.

 9     BY MR. BLOCK:

10       Q    In -- in any other role, have you spoken on    10:42:28

11     the topic of transgendered people in sports?

12       A    No.

13       Q    Now, the -- the second to last sub-bullet

14     point of the things you've spoken of says "Advocacy

15     in Sports Medicine."                         10:42:44

16          Do you see that?

17       A    Yes, I do.

18       Q    When you give speeches on the topic of

19     advocacy in sports medicine, what do you talk about?

20       A    So prior to being on executive, I was -- I    10:42:55

21     served two terms on the AMSSM's board of directors,

22     and I became noted as somebody who was involved in

23     public policy.  And I guess I'd define that by

24     advocating for sports medicine issues in the -- in

25     the public sphere.                           10:43:22
```

Page 78

```
 1            So during the time that I was on executive,

 2     we interviewed and hired our first lobbyist.  We

 3     developed a state by state network of physician

 4     members who would inform us of legislative issues

 5     going on around the United States.  We were involved   10:43:43

 6     in some creation of legislation.  That's -- that's

 7     the sort of advocacy that I'm talking about.

 8            So -- so the advocacy would be teaching other

 9     physicians how to advocate for sports medicine

10     issues in the legislative arena.                        10:44:08

11     Q    So what's an example of advocating for sports

12     medicine issues?

13     A    I helped Tom Latham write a bill that

14     would -- that clarified legal questions about

15     physicians who took care of teams across state lines   10:44:37

16     and didn't have licensure in the state that they

17     were traveling into, and that bill passed the

18     U.S. Congress and was signed by President Trump.

19     Q    Does AMSSM have any official position on the

20     participation of transgender athletes in sports?       10:45:04

21     A    I don't believe they do.

22     Q    Does AMSSM issue official positions on -- on

23     topics?

24     A    Occasionally, yes.

25     Q    Do you know whether AMSSM ever had any            10:45:25
```

Page 79

```
 1    discussions or debates about whether to form an

 2    official position on the topic of transgender

 3    athletes participating in sports?

 4       A   To the best of my recollection, not that

 5    specifically, no.                                  10:45:40

 6       Q   Anything -- to the best of your knowledge,

 7    has AMSSM taken -- had any discussions about taking

 8    an official position in any other topic related to

 9    transgender people?

10          MR. FRAMPTON:  Objection to the form.        10:45:57

11          Go ahead.

12          THE WITNESS:  There was a position statement

13    several years ago on mental health issues in

14    athletes, and I can't recall offhand whether the

15    transgender athlete was referenced to in that paper, 10:46:14

16    but I think it was, possibly.  I'm not sure.

17    BY MR. BLOCK:

18       Q   And were you involved in those discussions at

19    all?

20       A   No.  I was on executive at the time, so      10:46:27

21    drafts of those always came across for us to review,

22    but I don't recall the specifics of that paper.

23       Q   Going back to the -- the 2021 AMSSM

24    conference, why is it that you didn't have any

25    involvement in planning for the sessions related to  10:46:56
```

Page 80

1    transgender medicine?

2          MR. FRAMPTON:  Objection to the form.

3          Go ahead.

4          THE WITNESS:  Because the -- the format on

5    executive is that you're elected to a four-year        10:47:12

6    term.  And your first year, you're the second vice

7    president.  Your second year, you're the first vice

8    president.  Your third year, you're the president.

9    The fourth year, you're the immediate past

10   president.  All four years, you're a voting member    10:47:25

11   of executive.  The second vice president is

12   responsible for planning an upcoming annual meeting.

13         So those conversations that I was telling you

14   about occurred at the time that I was second vice

15   president and working on formulating what would be    10:47:46

16   the Houston meeting.

17   BY MR. BLOCK:

18      Q    And so other -- so you didn't have

19   discussions about the meetings other than that year

20   when you were the second vice president, is that      10:48:05

21   what you said?

22         MR. FRAMPTON:  Objection to form.

23         THE WITNESS:  My responsibility was for the

24   2019 annual meeting.

25   ///

                                              Page 81

```
 1    BY MR. BLOCK:

 2       Q   Okay.  And so you weren't involved in

 3    discussions for planning for the 2021 meeting?

 4           MR. FRAMPTON:  Same objection.

 5           Go ahead.                                  10:48:23

 6           THE WITNESS:  No, I was not.

 7    BY MR. BLOCK:

 8       Q   Okay.  So the 2021 -- actually, let me just

 9    introduce another exhibit.  Actually, I'll do it

10    later.                                            10:49:00

11           Let's go to your -- Exhibit 81, which is your

12    June 22nd, 2021, report and white paper.

13       A   Did you say 81?

14       Q   Yes.  It's the document that says "Exhibit G"

15    at the top, and then it is your declaration from    10:49:23

16    June 22nd, 2021.

17       A   Okay.

18       Q   Do you have that in front of you?

19       A   I do.

20       Q   Okay.  So in this June 2021 white paper, do   10:49:33

21    you express any opinions about whether prepubertal

22    boys have an athletic advantage over prepubertal

23    girls?

24       A   I don't want to overstate.  I can't recall

25    offhand, but I -- I don't think the focus of that   10:49:49
```

Page 82

```
 1    paper included prepubertal girls or boys.

 2        Q   Were they discussed at all?

 3        A   I can't recall.

 4        Q   If you can turn to, you know, page 7, just

 5    referring to the -- the document's pagination, not      10:50:11

 6    the -- not the PDF pagination, in -- in -- at the

 7    very top of page 7.  Let me know when you get there.

 8        A   Okay.  I'm there.

 9        Q   Okay.  So there's sub -- subparagraph D.

10            Do you see that?                                10:50:32

11        A   Yes.

12        Q   Okay.  Subparagraph D says (as read):

13            "Current research supports the

14            conclusion that suppression of

15            testosterone levels by males who               10:50:40

16            have already begun puberty will not

17            fully reverse the effects of

18            testosterone on skeletal size,

19            strength, or muscle hypertrophy,

20            leading to persistence of sex-based            10:50:53

21            differences in power, speed, and

22            force generating capacity."

23            Did I read that right?

24        A   It's "hypertrophy," but yes.

25        Q   All right.  Good.  My second question would    10:51:02
```

Page 83

1    be did I pronounce that word right.

2        A    Close.

3        Q    "Hypertrophy"?

4        A    "Hypertrophy."

5        Q    Okay.  Does that -- in this paragraph, do you    10:51:11

6    say anything about athletes before puberty?

7        A    That paragraph references males who have

8    already begun puberty.

9        Q    And there's no reference there to males

10   before puberty, is there?                                  10:51:32

11       A    No.

12       Q    Okay.

13       A    There is not.

14       Q    And now if we go to paragraph -- if we go to

15   page 18 -- I'm sorry -- paragraph 18, page 11, of          10:51:48

16   the same document.

17       A    Same pagination?

18       Q    Yeah.  So -- yeah.  So paragraph 18.  That's

19   the paragraph that begins with "External risk

20   factors."                                                  10:52:08

21       A    Yes, I see.

22       Q    And if you go five lines from the bottom,

23   there's a sentence that begins with "To the latter

24   point."

25       A    Uh-huh.                                           10:52:16

Page 84

```
 1       Q    Okay.  It says (as read):

 2            "To the latter point, children don't

 3            play contact sports with adults and,

 4            as has already been discussed, after

 5            the onset of puberty, men and women          10:52:24

 6            compete in categories specific to

 7            their own biological sex."

 8            Do you see that?

 9       A    Yes, I do.

10       Q    And I've read that correctly?              10:52:32

11       A    You did.

12       Q    Okay.  And so this sentence also refers to

13  men and women competing in -- I'll say this again.

14            You don't discuss anything about people

15  before puberty in this sentence, do you?            10:52:49

16            MR. FRAMPTON:  Objection to the form.

17            Go ahead.

18            THE WITNESS:  No, I don't.

19  BY MR. BLOCK:

20       Q    Okay.  Why did you say "after the onset of  10:52:57

21  puberty, men and women compete in categories

22  specific to their own biological sex"?

23       A    Well, that was probably overstated.  It --

24  those categories clearly exist prior to puberty as

25  well.                                                10:53:23
```

Page 85

```
 1        Q    Why -- why did you include the words "after

 2    the onset of puberty"?

 3             MR. FRAMPTON:  Objection to the form.

 4             Go ahead.

 5             THE WITNESS:  I believe because the divisions    10:53:30

 6    are consistent -- are most consistent after puberty.

 7    BY MR. BLOCK:

 8        Q    And every line of this paper is your own

 9    words and thought, right?

10        A    Correct.                                         10:53:57

11        Q    Okay.  And so you thought it was relevant to

12    include the words "after the onset of puberty" in

13    this sentence; correct?

14             MR. FRAMPTON:  Objection; form.

15             Go ahead.                                        10:54:07

16             THE WITNESS:  Yes.  For example,

17    six-year-olds will often play soccer together, boys

18    and girls.

19    BY MR. BLOCK:

20        Q    And do you think that that is a threat to the   10:54:21

21    safety of the girls?

22             MR. FRAMPTON:  Objection to the form.

23             THE WITNESS:  I didn't say that.

24    BY MR. BLOCK:

25        Q    Well, I'm -- I'm asking you.                    10:54:31
```

Page 86

```
 1            Is -- are six -- when six-year-old boys and

 2      six-year-old girls play soccer together, is that a

 3      threat to the safety of those six-year-old girls?

 4            MR. FRAMPTON:  Same objection.

 5            Go ahead.                                10:54:45

 6            THE WITNESS:  Generally, when six-year-olds

 7      play soccer together, there is not high risk to --

 8      BY MR. BLOCK:

 9         Q   I'm sorry, I -- I didn't hear the end of your

10      sentence.                                      10:55:06

11         A   I said --

12            MR. FRAMPTON:  Well, let me -- objection to

13      the form.

14            Go ahead and answer the question.

15            THE WITNESS:  Six-year-olds play soccer     10:55:15

16      together.  Their risks are -- the risk of injury, as

17      a group, is less.

18      BY MR. BLOCK:

19         Q   Do you think the -- the risk is increased

20      when boys play?                                10:55:33

21         A   To the extent that boys are faster than

22      girls, there could be increased risk.  The overall

23      speed and mass of six-year-olds is such that the

24      absolute risks are minuscule.

25         Q   Okay.  Are you providing an expert opinion   10:56:04
```

Page 87

```
 1     today on the safety implications of allowing

 2     prepubertal boys and prepubertal girls to play

 3     sports together on the same team?

 4             MR. FRAMPTON:  Objection to the form.

 5             Go ahead.                                10:56:25

 6             THE WITNESS:  I'm providing an opinion on the

 7     safety issues of boys and girls playing together on

 8     the same team, including prepube- -- the prepube- --

 9     the prepubertal population.

10     BY MR. BLOCK:                                    10:56:44

11       Q    So -- so you are -- you are also offering

12     testimony today on the safety of prepubertal boys

13     and prepubertal girls playing on the same team?

14       A    I'm offering an opinion on safety as it --

15     when -- particularly when boys cross over into       10:57:02

16     girls' sports, play on teams that are designated as

17     girls' teams, and those -- and the issues there have

18     to do with retained differences.

19       Q    Okay.  So just focusing on prepubertal

20     population -- okay, so nothing about after puberty,   10:57:38

21     just focusing on prepubertal population -- are --

22     you are offering testimony that it -- there are

23     safety risks of -- well, I'll take that back.

24             Just focusing on the prepubertal population,

25     are you offering testimony that it is not safe for   10:57:51
```

Page 88

```
1     prepubertal boys to play on -- on teams designated

2     for prepubertal girls?

3            MR. FRAMPTON:  Objection to the form.

4            THE WITNESS:  I believe that there is a

5     safety risk when -- that there can be a safety risk    10:58:06

6     when prepubertal boys cross over and play onto

7     girls' teams, yes.

8     BY MR. BLOCK:

9       Q   Is there a safety risk when prepubertal boys

10    and prepubertal girls play on coed teams?              10:58:20

11      A   Define a -- well, what coed team are you

12    talking about?

13      Q   Well, a team that --

14      A   Talking about -- are you talking about

15    recreational teams or competitive leagues?  What are   10:58:33

16    you talking about?

17      Q   Do you -- do you see a distinction between

18    the two?

19      A   Yes, I do.

20      Q   Okay.  So do you think -- are you testifying    10:58:47

21    that there's a safety risk when prepubertal boys and

22    prepubertal girls play on coed recreational teams?

23           MR. FRAMPTON:  Objection to the form.

24           THE WITNESS:  So recreational teams are

25    unique in that they're primarily designed for          10:59:02
```

Page 89

```
 1    enjoyment.  They're not primarily stratified for

 2    purpose of competition.  So oftentimes the rules in

 3    these leagues are altered to promote safety.

 4          MR. BLOCK:  So can you --

 5          Can the court reporter read back my question?  10:59:23

 6          THE REPORTER:  Yes.

 7          (Record read.)

 8          MR. FRAMPTON:  Objection to the form.

 9          Go ahead.

10          THE WITNESS:  There -- there could be safety  10:59:53

11    risks with coed participation, yes.

12    BY MR. BLOCK:

13      Q   On recreational teams?

14      A   It depends on how the sport is structured,

15    but yes.                                           11:00:03

16      Q   So you're comfortable saying when

17    six-year-olds play soccer together, the safety risks

18    are minuscule.  Is that true when seven-year-olds

19    play -- prepubertal boys and girls play soccer

20    together?                                          11:00:19

21          MR. FRAMPTON:  Object to the form.

22          Go ahead.

23          THE WITNESS:  I couldn't speak to that.

24    BY MR. BLOCK:

25      Q   But you can speak to six-year-olds?          11:00:26
```

Page 90

```
 1              MR. FRAMPTON:  Same objection.

 2              THE WITNESS:  I have.

 3              I thought I answered that question.

 4    BY MR. BLOCK:

 5       Q   Why -- why can you speak to the safety        11:00:35

 6    implications of six-year-olds, but not

 7    seven-year-olds?

 8              MR. FRAMPTON:  Object to the form.

 9              Go ahead.

10              THE WITNESS:  As boys age, they develop skill   11:00:52

11    sets, and those evolve year to year.

12    BY MR. BLOCK:

13       Q   So --

14       A   I -- I cannot speak to a peer-reviewed study

15    that designates age six from age seven, no.           11:01:05

16       Q   So the difference between, you know, six and

17    seven or, you know, six and eight is that the boys

18    are developing skill sets that they didn't have when

19    they were younger?

20       A   In part.                                       11:01:23

21              MR. FRAMPTON:  Objection to the form.

22    BY MR. BLOCK:

23       Q   Can you repeat your answer?

24              MR. FRAMPTON:  Yeah, my objection is noted.

25              Go ahead and repeat your answer.            11:01:32
```

Page 91

```
 1            THE WITNESS:  In part.
 2       BY MR. BLOCK:
 3         Q   Why -- what's the other part?
 4         A   Well, there are retained -- there are
 5       biological differences from the beginning, and then    11:01:43
 6       those biological differences start to combine with
 7       additional distincters that begin to lead to
 8       additive risk.
 9         Q   All right.  But -- but those additional
10       distincters are a result of them acquiring           11:02:09
11       additional skills?
12            MR. FRAMPTON:  Same objection.
13            Go ahead.
14            THE WITNESS:  Well, define "skills."  If by
15       "skills" you mean they're becoming faster, they're   11:02:23
16       starting to become stronger, then yes.
17       BY MR. BLOCK:
18         Q   Well, you know, I'm trying to -- what did you
19       mean when you said develop additional skills a
20       couple of questions ago?                             11:02:42
21         A   Well, if you look at data on youth, in
22       elementary-aged youth, there's several studies out
23       there looking at population data, and they -- they
24       come to pretty consistent findings, which is that
25       boys outperform girls in measures of strength and    11:03:04
```

Page 92

```
 1    speed and girls are generally more flexible.  And
 2    the findings --
 3       Q   Why --
 4       A   -- are pretty consistent from region to
 5    region and from investigator to investigator.        11:03:13
 6       Q   And why didn't you include a discussion of
 7    that in -- in this June 2021 paper?
 8       A   I referenced Dr. Brown's paper, and he goes
 9    through that fairly extensively.
10       Q   Well, do you reference Dr. Brown in this      11:03:29
11    June 2021 paper?
12       A   No.
13       Q   Okay.  So why didn't you discuss prepubertal
14    boys and girls in this June 2021 paper?
15          MR. FRAMPTON:  Object to the form.             11:03:46
16          Go ahead.
17          THE WITNESS:  That wasn't the focus of -- of
18    the paper.  The focus of that paper was primarily
19    the effect of testosterone on athletic development.
20    BY MR. BLOCK:                                        11:04:07
21       Q   Why did you make that the focus of your
22    June 2021 paper?
23          MR. FRAMPTON:  Object to the form.
24          THE WITNESS:  I don't recall offhand what
25    specifically went into that decision.               11:04:26
```

Page 93

```
 1    BY MR. BLOCK:

 2       Q    Can you recall what generally went into that

 3    decision?

 4            MR. FRAMPTON:   Same objection.

 5            THE WITNESS:   I would say the same thing.      11:04:37

 6    BY MR. BLOCK:

 7       Q    So you -- you don't know why you decided to

 8    focus on testosterone, you know, beginning with the

 9    onset of puberty for your June 2021 paper?

10            MR. TRYON:   Objection.                         11:04:53

11            MR. FRAMPTON:   Same objection.

12            THE WITNESS:   I -- I -- I can't recall

13    specifically why I excluded the prepubertal

14    population from that -- that paper.

15    BY MR. BLOCK:                                           11:05:03

16       Q    If we go to page -- to paragraph 40, on

17    page 21 of the same document.

18            THE WITNESS:   Let me know when you're there.

19            MR. FRAMPTON:   Sorry, Josh, you said page 40?

20            MR. BLOCK:   Paragraph 40, page --             11:05:28

21            MR. FRAMPTON:   Paragraph 40.   Thank you.   I'm

22    so sorry.

23            THE WITNESS:   I think he did say page 40.

24            Hold on.

25            Okay.                                           11:05:44
```

                                                        Page 94

```
 1    BY MR. BLOCK:

 2       Q   If you go -- one, two, three, four, five --

 3    seven -- seven or eight lines down, there's a

 4    sentence that begins with "All of us."

 5       A   Okay.                                    11:05:59

 6       Q   That sentence says (as read):

 7           "All of us are familiar with basic

 8           objective physiological differences

 9           between the sexes which become

10           apparent after the onset of puberty,     11:06:06

11           and persist throughout adulthood."

12           Did I read that right?

13       A   You did.

14       Q   And this sentence, again, is talking about

15    things that happen after the onset of puberty;  11:06:18

16    correct?

17       A   Correct.

18       Q   And there's nothing in this sentence

19    referring to prepubertal kids; correct?

20       A   That wasn't the focus of this paper, so yes.  11:06:29

21       Q   Okay.  Now let's actually go to page 40,

22    paragraph 79.  Let me know when you're there.

23       A   I'm there.

24       Q   So after -- in the middle of the paragraph,

25    after the parenthetical, that cites to Hilton,   11:06:59
```

Page 95

```
 1    DeVarona, and Harper, there's a sentence that begins

 2    with "As a medical doctor."

 3         Do you see that?

 4    A    I do.

 5    Q    Okay.  So the -- it says (as read):          11:07:08

 6         "As a medical doctor, I will focus

 7         on those" --

 8         I'll read this again, sorry.  (As read):

 9         "As a medical doctor, I will focus

10         on those specific sex-based               11:07:15

11         characteristics of males who have

12         undergone normal sex-determined

13         pubertal skeletal growth and

14         maturation that are relevant to the

15         safety of female athletes."             11:07:27

16         Did I read that right?

17    A    Yes.

18    Q    Okay.  And so -- so this June 2021 paper is

19    focusing on sex-based characteristics of males who

20    have undergone normal sex-determined prepubertal    11:07:50

21    skeletal growth and maturation?

22    A    Correct.

23    Q    Why did you focus on people who have

24    undergone normal sex-determined prepubertal skeletal

25    growth and maturation?                         11:08:03
```

Page 96

```
1        A    Well, I --

2             MR. FRAMPTON:  Objection to form.

3             Go ahead.

4             THE WITNESS:  I thought you asked me that

5        already, and I thought I answered that I -- I can't    11:08:14

6        recall what the reason was for specifically focusing

7        on adolescent, postadolescent, over prepubertal.

8        BY MR. BLOCK:

9        Q    You don't -- do you have -- you didn't have

10       any background, medical training, that would, you     11:08:24

11       know, provide you information on why focusing on

12       changes that occur during puberty would be

13       important?

14            MR. TRYON:  Objection.

15            MR. FRAMPTON:  Objection to the form.         11:08:40

16            THE WITNESS:  I already answered that

17       question.  I think my last answer was best -- or my

18       first answer was best, but if you want me to answer

19       again, I will tell you again that I don't remember

20       why postadolescent or prepubertal -- or the pubertal   11:09:00

21       phase was focused on exclusively.

22       BY MR. BLOCK:

23       Q    All right.  Now let's turn to your expert

24       report dated February 23rd, 2022.  So that's

25       Exhibit 80.                                        11:09:42
```

Page 97

```
 1        A    Okay.  I've got it.

 2        Q    So if you go to paragraph -- so page 9,

 3    paragraph 11 C.

 4        A    Okay.

 5        Q    And in the middle of paragraph 11 C, the --      11:10:07

 6    there's a sentence that begins with "Even before."

 7        A    Correct.

 8        Q    So there you say (as read):

 9             "Even before puberty, males have a

10             performance advantage over females             11:10:24

11             in most athletic events."

12             Correct?

13        A    That is correct.

14        Q    And that sentence wasn't contained in your

15    first version of your white paper from June 2021;       11:10:32

16    right?

17        A    As I said, that was not the focus of that

18    paper, so that's correct.

19        Q    Okay.  Why did you decide to include it in

20    this paper?                                             11:10:48

21        A    When --

22             MR. FRAMPTON:  Objection to the form.

23             Go ahead.

24             THE WITNESS:  When I was retained by

25    West Virginia in this case, discussions between         11:11:04
```

Page 98

```
 1    attorneys at ADF and attorneys at West Virginia --
 2          MR. TRYON:  I just want to insert here,
 3    please don't -- again, this is attorney-client --
 4    don't get into attorney-client protected
 5    information.  So discussions with counsel are        11:11:26
 6    protected.
 7          MR. FRAMPTON:  Right.
 8          MR. TRYON:  But to the extent that you can
 9    answer that without disclosing that -- those
10    communications, you may do so.                       11:11:32
11          MR. FRAMPTON:  Yeah, same -- same
12    instruction.
13          THE WITNESS:  Okay.  So I -- I -- I guess
14    what I would say is that the initial report was
15    filed -- was created prior to being retained by the  11:11:42
16    State of West Virginia and the updated paper that
17    you have was updated to include the prepubertal
18    population because my understanding is that the
19    defendant in this case is -- is young.
20    BY MR. BLOCK:                                         11:12:14
21      Q    Before you were asked to update the white
22    paper, did you have an expert opinion regarding the
23    safety implications of prepubertal boys and girls
24    playing together?
25          MR. FRAMPTON:  Objection to the form.           11:12:26
```

Page 99

```
1           THE WITNESS:  Many of the considerations that

2      exist in that first paper are relevant to the

3      prepubertal group.  I suspected that they would

4      probably hold, and I do believe that they hold.

5      BY MR. BLOCK:                                    11:12:58

6        Q   So -- so before you were asked to update your

7      paper, you had an expert opinion that it would be

8      unsafe for prepubertal girls and play -- and boys to

9      play together?

10          MR. FRAMPTON:  Objection to the form.        11:13:10

11          THE WITNESS:  As I said, I suspected that

12     there was probably risk in that population as well.

13     BY MR. BLOCK:

14       Q   Now, you talked about the literature review

15     you conducted for creating your white paper.  What   11:13:31

16     sort of literature review did you conduct for the

17     process of updating the right -- the white paper to

18     discuss prepubertal kids?

19       A   I went more into the picture on population

20     testing, looking at what differences in performance   11:14:01

21     were between boys and girls.  I looked at

22     international and national performance records,

23     databases.  I looked at ratified standards for --

24     that had been determined through, for instance, the

25     presidential physical fitness test.              11:14:35
```

Page 100

```
 1        Q    How did you identify what sources to look at?

 2        A    PubMed.  I own -- well, PubMed.

 3        Q    Did you review any sources that were not

 4     included in Dr. Brown's 2022 expert report?

 5             MR. FRAMPTON:  Objection to the form.        11:15:06

 6             THE WITNESS:  I couldn't speak to that

 7     because I haven't cross-referenced his bibliography

 8     to mine.

 9     BY MR. BLOCK:

10        Q    In paragraph 16, page 12 of your report,     11:15:26

11     could you turn to that?

12        A    Yes, I'm there.

13        Q    So -- so right before paragraph 17, the --

14     the final sentence in paragraph 16, it says (as

15     read):                                               11:15:53

16             "Although most easily documented in

17             athletes who have gone through

18             puberty, these differences are not

19             exclusively limited to

20             post-pubescent athletes either."           11:16:04

21             Did I read that right?

22        A    You did.

23        Q    Okay.  And how -- can you explain to me how

24     these differences are most easily documented in

25     athletes who have gone through puberty?              11:16:17
```

                                                   Page 101

```
 1      A   Of course.

 2          The differences between men and women with

 3   regards to strength and -- both upper and lower

 4   body -- and muscle mass and power increase,

 5   there's -- there's greater separation between the    11:16:48

 6   sexes after puberty has occurred.  That doesn't mean

 7   that there's no difference prior.

 8      Q   But you -- you say it's most easily

 9   documented.  What did you mean by "most easily

10   documented"?                                         11:17:07

11          MR. FRAMPTON:  Object to the form.

12          MR. BLOCK:  I'm sorry, what's the -- what's

13   the form objection to that?

14          MR. FRAMPTON:  The objection is I -- I

15   don't -- I don't think you've properly stated what   11:17:30

16   he said.

17   BY MR. BLOCK:

18      Q   What -- what did you mean when you said "most

19   easily documented"?

20      A   Meaning that the -- that wider differences     11:17:39

21   are more apparent than narrow differences.

22      Q   So paragraph 17 says (as read):

23          "I have reviewed the expert

24          declaration of Gregory A. Brown,

25          Ph.D., FACM of February 23, 2022,           11:17:58
```

```
 1              provided in this case..."
 2              Correct?
 3       A    Correct.
 4       Q    Okay.  And the date of this document that
 5    we're reading from is also February 23rd, 2022;      11:18:09
 6    correct?
 7       A    Correct.
 8       Q    Okay.  So how did you read Dr. Brown's expert
 9    declaration dated the same day as your declaration?
10       A    That was provided to me by attorneys at ADF.  11:18:31
11       Q    Did you read Dr. Brown's declaration after it
12    had already been signed?
13       A    I can't speak to when he signed that, so I
14    don't know the answer to that question.
15       Q    Did you review Dr. Brown's declaration on      11:18:52
16    February 23rd, 2022?
17       A    I don't recall when I reviewed it.
18       Q    Now, the sentence continues -- I'll just read
19    it from the beginning again.
20              (As read):                                 11:19:15
21              "I have reviewed the expert
22              declaration of Gregory A. Brown,
23              Ph.D., FACM of February 23, 2022,
24              provided in this case, which
25              includes evidence from a wide           11:19:23
```

                                                    Page 103

```
 1          variety of sources, including

 2          population-based mass testing data,

 3          as well as age-stratified

 4          competition results, all of which

 5          support the idea that prepubertal      11:19:35

 6          males run faster, jump higher and

 7          farther, exhibit higher aerobic

 8          power output, and have greater upper

 9          body strength (evidenced by stronger

10          hand grip and better performance      11:19:45

11          with chin-ups or bent arm hang) than

12          comparably aged females."

13          Did I read that right?

14     A    You did.

15     Q    Okay.  And then you go on to say that this is   11:19:55

16   documented in Presidential Fitness Test, Euro

17   Fitness Test and additional mass testing data from

18   the UK and Australia; correct?

19     A    Correct.

20     Q    Now, are those fitness tests what you were     11:20:05

21   referring to earlier when you were discussing

22   additional research you had done to update your

23   white paper?

24     A    Yes.

25     Q    Okay.  Do you actually cite to those fitness   11:20:18
```

Page 104

```
 1    test results in the bibliography of this white

 2    paper?

 3        A   I don't believe that that's in there.

 4        Q   Okay.  So does this refresh your recollection

 5    about whether you -- about how -- I'll take this --    11:20:36

 6    I'll -- strike that.  I'll ask again.

 7            Do you -- did you become aware of these

 8    differences in test results from reading Dr. Brown's

 9    declaration?

10        A   No.  I had been familiar with some of those    11:20:55

11    papers prior.

12        Q   When did you become familiar with them?

13        A   In the course of -- likely in the course of

14    initial review, on -- on PubMed searches.

15        Q   Can you turn to page 61 of the document?       11:21:24

16    That's your bibliography.

17        A   Okay.

18        Q   Can you point out to me the sources in the

19    bibliography addressing performance differences

20    between -- or -- or differences in body composition    11:22:03

21    between prepubertal girls and prepubertal boys?

22        A   We're speaking to performance differences;

23    correct?

24        Q   Or physiological differences.

25        A   Papers that I referenced are not in there.     11:23:25
```

Page 105

```
 1        Q    Okay.  Why not?

 2        A    I reviewed -- papers that I had reviewed

 3    beforehand were referenced within Dr. Brown's

 4    report.

 5        Q    On the -- if -- going back to paragraph 17,    11:24:26

 6    which is -- well, if you could go back to

 7    paragraph 17.  So that's pages 12 and 13.

 8             12 and 13.  Hopefully, I said that correctly.

 9             If you could go to the end of paragraph 17,

10    which is on page 13.                                    11:24:51

11        A    Okay.

12        Q    Let me know when you're there.

13        A    I'm there.

14        Q    Okay.  It says (as read):

15             In sum, a large and unbridgeable             11:25:01

16             performance gap exists between

17             the" -- "exists" --

18             Let me try that again.  I need another cup of

19    coffee.

20             It says (as read):                            11:25:11

21             "In sum, a large and unbridgeable

22             performance gap between the sexes is

23             well-studied and equally

24             well-documented, beginning in many

25             cases before puberty."                        11:25:20
```

Page 106

```
 1           Do you see that sentence?
 2      A    I do.
 3      Q    Okay.  Is -- do you believe that the
 4   performance gap before puberty is unbridgeable?
 5      A    No, that's not what I said.              11:25:37
 6      Q    That's why I'm asking the question.
 7      A    No.
 8      Q    Do -- do you --
 9      A    What -- what it says is large and
10   unbridgeable performance gap between the sexes is   11:25:46
11   well-studied beginning in many cases before puberty.
12      Q    Okay.  In -- in many cases, is there an
13   unbridgeable performance gap before puberty?
14      A    I believe, based on the -- I believe if you
15   look at the -- of how sex-based records break down,   11:26:14
16   that we're talking about upper-end performance that
17   it reflects, in -- as I said, in many cases, an
18   unbridgeable gap.
19      Q    How about average differences between boys
20   and girls before puberty, is the gap so large to be   11:26:44
21   unbridgeable?
22      A    Not in all cases, no.
23      Q    In which case is -- is it large enough to be
24   unbreakable?
25      A    Well, for example, boys can outperform girls   11:27:02
```

Veritext Legal Solutions
866 299-5127

1    as early as age seven and ups at between 100 and

2    1200 percent improved.

3        Q    And do you have an expert opinion on whether

4    or not those differences are attributable to innate

5    physiological characteristics?                          11:27:41

6        A    As -- as a physician who works with athletes

7    of all ages, every day, I do have an opinion that

8    biology plays a role in the measured performance

9    differences that exist in the literature with

10   respect to prepubertal children, yes.                   11:28:11

11       Q    So you said biology plays a role.

12            Is biology the exclusive thing that plays a

13   role?

14       A    I'm not aware of any peer-reviewed study that

15   looks at the exact contribution of biology versus       11:28:36

16   other causes when it comes to performance in

17   prepubertal children.

18       Q    Are you -- are you aware of any data

19   measuring the performance of transgender girls

20   before puberty in -- in athletic contests or            11:28:51

21   physical fitness studies?

22       A    I'm not aware of any literature looking

23   specifically at prepubertal transgender girls in --

24   in their performance of sport, no.

25       Q    Just to clarify the scope of your expert       11:29:14

```
1    opinions in this case, are you providing an expert

2    opinion in this case regarding athletic advantages

3    between males and females?

4         MR. FRAMPTON:  Objection; form.

5         Go ahead.                                   11:29:46

6         THE WITNESS:  I am providing an opinion in

7    this case on the safety issues that exist when those

8    of one sex cross over and participate in sports.

9    BY MR. BLOCK:

10     Q   So -- so your expert opinion in this case is   11:30:01

11   exclusively about the safety issues; correct?

12        THE VIDEOGRAPHER:  I believe Dr. Carlson's

13   Internet might have been having a problem.  You

14   might need to repeat your question.

15        MR. BLOCK:  Sure.                           11:30:37

16   BY MR. BLOCK:

17     Q   So your expert testimony in this case is

18   exclusively about the safety issues involved when

19   males and females play together; right?

20        MR. FRAMPTON:  Objection; form.            11:30:53

21        Go ahead.

22        THE WITNESS:  It is about the safety issues

23   that are involved when males and -- when males cross

24   over into women's sports particularly, and some of

25   that opinion relates to differences in certain      11:31:08
```

Page 109

```
 1    variables, such as speed.

 2    BY MR. BLOCK:

 3        Q   You're not providing an expert opinion on the

 4    fairness of allowing transgender girls to

 5    participate on girls' teams; right?              11:31:29

 6        A   I'm not providing an opinion on fairness as

 7    relates to transgender participation, no.

 8        Q   If you could go to paragraph 21 of your

 9    report -- it's on page 15.  So about four lines from

10    the top -- there's a sentence that begins with "To   11:32:12

11    the latter point."

12        A   "To the latter point, children don't play

13    contact sports..."?

14        Q   Yeah.  So it says (as read):

15            "To the latter point, children don't       11:32:28

16            play contact sports with adults and,

17            in a great majority of cases, men

18            and women compete in categories

19            specific to their own biological

20            sex."                                       11:32:37

21            Do you see that?

22        A   I do.

23        Q   Okay.  And so that sentence has been changed

24    from the version of that sentence that appeared in

25    your June 2021 report; correct?                     11:32:49
```

Page 110

```
 1      A   I can't recall.  I'd have to go back and look

 2   at that report.

 3      Q   Okay.  Let's go back and look at it.  It's on

 4   page 11 of your earlier report.

 5      A   Okay.                                    11:33:37

 6      Q   All right.  So on page 11 of your report,

 7   paragraph 18, a couple lines from the bottom, it

 8   says (as read):

 9           "To the latter point, children don't

10           play contact sports with adults and,      11:33:45

11           as has already been discussed, after

12           the onset of puberty, men and women

13           compete in categories specific to

14           their own biological sex."

15           Do you see that?                          11:33:54

16      A   I do.

17      Q   Okay.  And so then in your February report,

18   the -- the words after "the onset of puberty" are

19   taken out, and the words "in the great majority of

20   cases" are -- are put in; is that right?          11:34:10

21      A   Correct.

22      Q   Okay.  And so why did you make that change?

23      A   Well, I believe, as we had discussed, the

24   focus on the first draft was primarily in the

25   adolescent age and later, and the second draft was   11:34:23
```

                                                      Page 111

```
 1     expanded slightly to include consideration of the
 2     prepubertal athlete.  And since sport -- gender --
 3     or sex stratification in youth teams is still widely
 4     prevalent, they altered those words.
 5        Q   Are you providing an expert opinion in this      11:34:50
 6     case about transgender girls and women who never go
 7     through endogenous puberty as a result of puberty
 8     blockers followed by gender-affirming hormones?
 9            MR. FRAMPTON:  Objection; form.
10            THE WITNESS:  Can you -- you ask that one        11:35:07
11     more time?
12     BY MR. BLOCK:
13        Q   Yeah.  So are you providing an expert
14     report -- excuse me, I'll say it again.
15            Are you providing an expert opinion in this      11:35:14
16     case about transgender girls and women who never go
17     through endogenous puberty as a result of taking
18     puberty blockers followed by gender-affirming
19     hormones?
20            MR. FRAMPTON:  Same objection.                   11:35:29
21            Go ahead.
22            THE WITNESS:  So to the extent that they are
23     prepubertal biological males, yes.
24     BY MR. BLOCK:
25        Q   How about to the extent that they have           11:35:36
```

Page 112

```
 1    received puberty blockers followed by

 2    gender-affirming hormones to stimulate the

 3    equivalent of a typically female puberty?

 4         MR. FRAMPTON:  Objection; form.

 5         THE WITNESS:  My opinion in this case extends   11:35:51

 6    to sports safety issues in both the prepubertal and

 7    the pubertal population.

 8    BY MR. BLOCK:

 9      Q   Okay.  Does it address safety issues of the

10    participation of transgender girls and women who      11:36:11

11    receive puberty blockers and then receive

12    gender-affirming hormone therapy that has effects on

13    bone and muscle structure and causes them to

14    develop, you know, typically female hips and -- and

15    things like that?                                     11:36:26

16         MR. FRAMPTON:  Objection to form.

17         MR. TRYON:  Objection; form.

18         THE WITNESS:  That's -- that's a complex

19    question.  Can you unpack that a little bit?

20    BY MR. BLOCK:                                         11:36:39

21      Q   Sure.  So you, so far -- in response to my

22    questions about people who have blockers, you've

23    equated transgender girls who have blockers to

24    prepubertal boys and someone who has -- a

25    transgender girl who has puberty blockers and then    11:36:52
```

```
 1     receives gender-affirming hormones, you know,

 2     stimulates a lot of other changes that prepubertal

 3     boys don't have; correct?

 4          MR. FRAMPTON:  Objection to form.

 5          THE WITNESS:  I don't --                      11:37:05

 6          MR. FRAMPTON:  Go ahead.

 7          THE WITNESS:  I don't think that that's been

 8     widely looked at.  I know that there's -- I -- I

 9     don't think that that's been widely looked at or

10     extensively looked at, as to what the effects of     11:37:16

11     that treatment would be on athletic performance.

12     BY MR. BLOCK:

13       Q    Are you providing an expert opinion on what

14     the effects of that treatment would be on safety?

15          MR. FRAMPTON:  Object to the form.             11:37:36

16          Go ahead.

17          THE WITNESS:  I'm providing an opinion on the

18     potential effects on safety of a biological male,

19     even at age 10 or 11, pick your age, of crossing

20     over into a woman's sport and participating in       11:37:53

21     contact and collision sports.

22     BY MR. BLOCK:

23       Q    All right.  That's not the answer to my

24     question.  I -- I asked are you providing an expert

25     opinion on the safety of -- of some -- a transgender  11:38:03
```

Page 114

1  girl who has received blockers and then

2  gender-affirming hormones participating on girls'

3  sports teams.

4     A   Am I -- I -- I am providing an opinion on the

5  potential safety issues of a hypothetical individual    11:38:39

6  like this participating on girls' sport team --

7  girls' sports teams, yes.

8     Q   What -- what's your basis for providing an

9  expert opinion regarding a transgender girl who has

10  received blockers and then gone on to receive          11:38:57

11  gender-affirming hormones?

12     A   That would have to do with whether or not

13  there are differences between the sexes at the time

14  of puberty.

15     Q   Well, I'm talking about someone who has          11:39:21

16  received blockers but then received gender-affirming

17  hormones to stimulate the equivalent of a typically

18  female puberty.

19        Are you -- what's your basis for providing an

20  expert opinion on the safety risks of that person      11:39:39

21  participating on girls' sports?

22        MR. TRYON:  Objection.

23        THE WITNESS:  To my --

24        MR. FRAMPTON:  Objection to form.

25  ///

```
 1    BY MR. BLOCK:

 2        Q    You can answer.

 3        A    There's not extensive research looking at the

 4    situation that you're talking about.

 5        Q    So --                                        11:39:59

 6        A    The effect of sports -- of gender-affirming

 7    hormones on sports participation.

 8        Q    So if there's not a lot of research, do you

 9    have a basis for offering an expert opinion about

10    it?                                                   11:40:16

11             MR. FRAMPTON:   Same objection.

12             Go ahead.

13             THE WITNESS:   My opinion is grounded in an

14    understanding of what plays into injury risk and

15    differences that exist between the sexes.            11:40:30

16    BY MR. BLOCK:

17        Q    Do you know what differences exist for --

18    between a cisgender woman and a transgender woman

19    who received puberty blockers followed by

20    gender-affirming hormones?                           11:40:49

21             MR. TRYON:   Objection to form.

22             THE WITNESS:   My -- my understanding is there

23    is retained differences in lean body mass between

24    them.

25    ///
```

Page 116

```
 1    BY MR. BLOCK:

 2        Q    What's that understanding based on?

 3        A    The one study I'm familiar with that looked

 4    at that, which was authored by Klaver.

 5        Q    And that's a study that you didn't cite in     11:41:10

 6    your report; correct?

 7        A    Correct.

 8        Q    You only looked at that study for the first

 9    time in preparing for this deposition; correct?

10             MR. FRAMPTON:  Objection to the form.          11:41:22

11    BY MR. BLOCK:

12        Q    You can answer.

13        A    I looked at it in preparation for this

14    deposition, yes.

15        Q    So you looked at it for the first time after   11:41:37

16    you had already submitted your report; correct?

17        A    Correct.

18        Q    And is it your understanding that the people

19    in that study received puberty blockers at the

20    beginning of Tanner II?                                 11:41:49

21        A    Around -- I believe around age 13, 14.

22        Q    And as a medical doctor, what's your

23    understanding of when Tanner II typically begins for

24    boys?

25        A    Again, I'm a sports medicine physician.  I'm   11:42:05
```

Page 117

1    not an endocrinologist.

2       Q    Well --

3            MR. FRAMPTON:  Did it not pick up his answer?

4    I thought he answered the -- there was no reaction

5    when he said an age, so I just wanted to make sure     11:42:27

6    it was picked up.

7            MR. BLOCK:  It was not.

8            MR. FRAMPTON:  Okay.

9            THE WITNESS:  I said age 12.

10   BY MR. BLOCK:                                          11:42:34

11      Q    Age 12.

12           Have you done any modeling of the safety

13   risks associated with prepubertal boys playing on

14   sports teams with prepubertal girls?

15           MR. FRAMPTON:  Objection to the form.          11:42:57

16           Go ahead.

17           THE WITNESS:  Define what you mean by

18   "modeling."

19   BY MR. BLOCK:

20      Q    You discuss modeling of safety risks in your  11:43:08

21   report, don't you?

22      A    Correct.

23      Q    So that's what I mean by "modeling."

24           Have you conducted any modeling of the safety

25   risks of prepubertal boys playing on teams with       11:43:22

Page 118

```
 1    prepubertal girls?
 2       A    I'm not sure what you mean by modeling these
 3    risks.   The -- the extent to which prepubertal kids
 4    do or don't fit into that model depends on whether
 5    there are measurable differences between the sexes      11:43:50
 6    in terms of things like speed or strength.
 7       Q    And so --
 8       A    To the extent that there are measurable
 9    differences noted between them, then, yes, the model
10    applies.                                                11:44:13
11       Q    But you haven't actually done that modeling,
12    have you?
13          MR. FRAMPTON:   Objection to the form.
14          THE WITNESS:   I thought I answered that
15    question.   I'm not sure -- do you mean have I          11:44:22
16    published data on that?
17    BY MR. BLOCK:
18       Q    Not have you published it.   Have you done it
19    yourself?   Have you plugged the values into
20    equations and -- and come up with a model similar      11:44:35
21    to, you know, rugby's model?
22          MR. FRAMPTON:   Objection to the form.
23          Go ahead.
24          THE WITNESS:   Have I taken a calculator and
25    calculated this out with prepubertals?   I'm not sure  11:44:56
```

Page 119

1    I understand why that's necessary.

2         If -- if -- there either are or there aren't

3    differences between the sexes in terms of variables

4    that equate to athletic performance or -- or lead to

5    athletic performance, and if there are, then          11:45:19

6    absolute injury risk can be increased.

7    BY MR. BLOCK:

8       Q   So you don't -- no -- no matter how small a

9    difference is, you don't think that's relevant to

10   assessing, you know, safety risks?                    11:45:33

11        MR. FRAMPTON:  Object to the form.

12        THE WITNESS:  I'm not sure what you're asking

13   there, but -- but measurable differences can lead to

14   increased safety risk, yes.

15   BY MR. BLOCK:                                          11:45:55

16      Q   World Rugby actually calculated a -- a model

17   of the safety risks of an average man playing rugby

18   with an average woman; correct?

19      A   Correct.  That was part of their process.

20      Q   Okay.  And so they went through the steps of   11:46:12

21   actually calculating it; correct?

22      A   They did.

23      Q   Okay.  And -- but you did not go through

24   those steps for purposes of calculating a safety

25   risk of an -- prepubertal boys playing on teams with  11:46:26

                                                   Page 120

1     prepubertal girls; right?

2          MR. FRAMPTON:  Same objection.

3          THE WITNESS:  Well, I think I speak to the --

4     in the paper as to how that risk might be

5     calculated.                                    11:46:39

6     BY MR. BLOCK:

7        Q   Yeah, you -- you spoke to how it might be

8     calculated, but you didn't actually calculate it;

9     correct?

10       A   I'm not -- I'm not sure where you're going    11:46:46

11    with that, but --

12       Q   I just need a "yes" or "no" answer whether

13    you did it or not.

14          MR. FRAMPTON:  Object to the form.

15          Go ahead.                                 11:46:55

16    BY MR. BLOCK:

17       Q   You did not actually go through the steps of

18    calculating the model of the safety risk for

19    prepubertal boys playing with prepubertal girls?

20       A   I did not take, for example, an            11:47:02

21    eight-year-old male and -- his mass and speed into a

22    force equation and then compare it to another

23    eight-year-old female.  I'm not sure what that

24    was -- would accomplish.

25       Q   Okay.  So how -- so you don't have the -- the  11:47:19

                                           Page 121

```
 1    modeling data to compare the relative risk for

 2    prepubertal kids to the relative risk for men and

 3    women after puberty, do you?

 4       A    I do not have a database to present to you,

 5    no.                                              11:47:41

 6       Q    Is it your understanding that the risk is

 7    smaller for prepubertal kids than for people after

 8    puberty?

 9            MR. TRYON:  Objection; form of the question.

10            MR. FRAMPTON:  Same objection.           11:47:57

11            THE WITNESS:  Do you want to rephrase?

12    BY MR. BLOCK:

13       Q    Is -- is it your understanding that the

14    increased risk is smaller with respect to

15    prepubertal boys and girls than adult men and women?  11:48:10

16            MR. TRYON:  Objection to form.

17            THE WITNESS:  I'm asked -- I'm retained to

18    look to -- to weigh in on whether or not a risk

19    exists, and based on differences between the sexes,

20    even at a prepubertal age, a heightened risk exists.  11:48:28

21    BY MR. BLOCK:

22       Q    So -- wait, so -- so your expert opinion is

23    only whether or not there is exists -- a risk

24    exists, not on how great the risk is?

25            MR. FRAMPTON:  Object to the form.        11:48:42
```

Page 122

```
 1              THE WITNESS:  I can -- I can speak to the

 2      fact that the risk is going to be greater with a

 3      larger, faster, more powerful individual than it

 4      would be with somebody who is less so, but as long

 5      as there are retained differences, there's still      11:49:01

 6      risk.

 7      BY MR. BLOCK:

 8         Q   Have you calculated the difference in risk

 9      from a woman with PCOS participating in women's

10      sports?                                               11:49:19

11         A   I'm not -- I haven't been retained to weigh

12      in on individuals with disorders of sexual

13      development.

14         Q   Okay.  So do you -- you don't know one way or

15      another whether or not there's an increased risk      11:49:32

16      when a woman with PCOS plays with other women in --

17      in female sports?

18              MR. TRYON:  Objection to form.

19              MR. FRAMPTON:  Object to the form.

20              THE WITNESS:  I have not looked at that        11:49:49

21      specifically.

22      BY MR. BLOCK:

23         Q   So --

24         A   To my knowledge, there is not a peer-reviewed

25      study looking at individuals who have PCOS and their   11:49:56
```

Page 123

```
 1    imparted risk on an athletic field.
 2        Q   And there's no peer-reviewed study looking at
 3    prepubertal kids and their -- boys and their
 4    imparted risk on an athletic field, is there?
 5        A   That's why I was retained.                    11:50:18
 6        Q   Okay.  And there's no peer-reviewed study
 7    looking at transgender women and their risk to other
 8    women from participating in an athletic field;
 9    right?
10            MR. FRAMPTON:  Object to the form.            11:50:30
11            Go ahead.
12            THE WITNESS:  There are multiple studies that
13    show retention of significant differences in the
14    types of things that would lead to disparities in
15    strength, power, speed, etcetera, all of which can    11:50:47
16    contribute to heightened injury risk, which was the
17    underpinning of World Rugby's finding.
18    BY MR. BLOCK:
19        Q   Right.  But --
20            MR. BLOCK:  Can you read back my question,    11:50:58
21    Court Reporter.
22            (Record read.)
23            MR. FRAMPTON:  Same objection.
24            MR. TRYON:  Objection; form.
25            THE WITNESS:  To my knowledge, there has been 11:51:21
```

Page 124

```
 1    no peer-reviewed study looking at the injury risk

 2    that exists to cisgender women when transgender

 3    women cross over and play.  That issue is, to my

 4    knowledge, not often tracked.

 5    BY MR. BLOCK:                                   11:51:45

 6        Q   Can we look at page 2 of your report.

 7        A   Which report are you talking about?

 8        Q   Your -- your February report.

 9            MR. FRAMPTON:  I'm sorry, Josh, what -- what

10    page did you tell him to go to?                 11:52:05

11            MR. BLOCK:  Page 2.  Exhibit --

12            MR. TRYON:  Which exhibit is this, please?

13            MR. BLOCK:  80.  Exhibit 80.

14            THE WITNESS:  Okay.

15    BY MR. BLOCK:                                   11:52:26

16        Q   If you look at the -- the final sentence, at

17    the bottom, that begins with "As a medical doctor."

18        A   Okay.

19        Q   It says (as read):

20            "As a medical doctor who has spent      11:52:32

21            my career in sports medicine, it is

22            my opinion that World Rugby's

23            assessment of the evidence is

24            scientifically sound, and that

25            injury modeling meaningfully           11:52:41
```

Page 125

```
 1              predicts that biologically male

 2              transgender athletes do constitute a

 3              safety risk for the biologically

 4              female athlete in women's sports."

 5         Did I read that right?                    11:52:53

 6    A    Yes.

 7    Q    And so you think that World Rugby did a

 8  thorough job; correct?

 9    A    I think that their approach, as they've

10  described it, was sound.  I wouldn't say that they   11:53:10

11  did a thorough job, no.

12    Q    Why wouldn't you?

13    A    Because the research database that they

14  published relates completely to adult athletes or

15  postpubescent athletes.                           11:53:33

16    Q    How do you know that?

17    A    Because I've looked at it.

18    Q    When did you look at it to determine whether

19  it relates solely to adult athletes?

20         MR. FRAMPTON:  Object to the form.         11:53:46

21         Go ahead.

22         THE WITNESS:  I -- I can't tell you that

23  exactly.  It would have been around the time that I

24  was reformatting this report.

25  ///
```

Page 126

```
 1    BY MR. BLOCK:

 2       Q   So you looked more closely at that issue, you

 3    know, after the first version of your report was

 4    filed; right?

 5       A   Yes.                                    11:54:00

 6       Q   What is World Rugby's policy with respect to

 7    the participation of transgender women who have had

 8    puberty blockers followed by gender-affirming

 9    hormones?

10       A   By understanding is that they, in their   11:54:13

11    policy statement, have stated that those individuals

12    are not subject to the same exclusions.

13       Q   When did you become aware that World Rugby

14    allows those individuals to participate?

15          MR. FRAMPTON:  Object to the form.         11:54:36

16          THE WITNESS:  Well, it's -- it's in their

17    report.  So I don't recall.  I mean, at -- again, at

18    the point in time that I was reviewing their data.

19    I can't tell you when that was.

20    BY MR. BLOCK:                                    11:54:47

21       Q   When -- when you submitted your June 2021

22    report, were you aware that World Rugby allowed

23    transgender women to participate if they had

24    received blockers and never gone through endogenous

25    puberty?                                         11:55:02
```

                                                    Page 127

```
 1              MR. FRAMPTON:  Objection; form.

 2         Go ahead.

 3              THE WITNESS:  I can't -- I can't recall.  I

 4    can't speak to that.  Again, it wasn't really the

 5    focus of that report.                              11:55:17

 6    BY MR. BLOCK:

 7       Q    So do -- do you think that you know better

 8    than World Rugby about the safety risks of allowing

 9    a transgender woman to play if she's received

10    blockers followed by gender-affirming care?       11:55:31

11              MR. FRAMPTON:  Objection to form.

12              MR. TRYON:  Objection to form.

13              MR. FRAMPTON:  Go ahead.

14              THE WITNESS:  I think with any set of

15    guidelines, clinicians particularity, since these  11:55:41

16    types of things bear relevance on what we do, we

17    have to kind of look at everything and make

18    determinations based on what we know and what's

19    being said.

20              And so I -- I can agree with the bulk of the  11:55:54

21    findings of World Rugby, particularly with regards

22    to the type of athlete that's reflected in the

23    literature review that they've provided, and still

24    take exception with the idea that there isn't

25    risk -- that there isn't a risk consideration with  11:56:21
```

Page 128

```
 1    prepubertal athletes.

 2    BY MR. BLOCK:

 3       Q   Do -- you don't -- do you think that the

 4    degree of -- of risk is relevant in determining

 5    whether it justifies an exclusion?                    11:56:30

 6       A   That's a policy --

 7           MR. FRAMPTON:  Objection to form and scope.

 8           Go ahead.

 9           THE WITNESS:  That's a policy issue.  That's

10    not my job.  My job is just to say is there a risk.   11:56:40

11    BY MR. BLOCK:

12       Q   All right.  Well, there's increased risk from

13    the participation of a taller cisgender woman;

14    correct?

15       A   That's a vague question.  Can you restate it?  11:56:52

16       Q   Yeah.  So the taller -- so when -- the taller

17    a female athlete is, the more she increases the risk

18    of injury for other female athletes; correct?

19       A   Again, I don't feel like I can answer that

20    question.  You're not providing me with enough        11:57:19

21    context.

22       Q   Well, you said as long as there's a

23    difference, that that can create risk.

24           So doesn't height affect the safety risks for

25    other athletes?                                       11:57:33
```

Page 129

```
 1        A    Height in the context of what?  Give me
 2   context.
 3        Q    How about volleyball.
 4        A    Okay.  So ask it in -- in the context of
 5   volleyball.                                        11:57:49
 6        Q    So the taller a female athlete is, the
 7   greater risk she poses to other female athletes in
 8   volleyball; correct?
 9        A    So we're talking about biological females
10   playing with each other?  Is that what we're talking  11:57:59
11   about?
12        Q    Yes.
13        A    I -- I think with -- when it comes to
14   biological females playing together, they tend to --
15   there are outliers, of course, but they're outliers   11:58:16
16   within a relatively defined biological pool.
17             To your question, if you have a really tall
18   athlete in volleyball, at the net, they're going to
19   be able to spike the ball vertically, theoretically,
20   or forcefully, but it's not just height that plays    11:58:42
21   into that.  It's leg strength.  It's jumping
22   ability.  It's arm extension.  So you've got a
23   convergence of factors that are going to play into
24   it.
25             But -- but within the sexes, yeah, you can   11:58:55
```

Veritext Legal Solutions
866 299-5127

```
 1    have some individuals that provide -- who -- who are

 2    larger and taller, stronger than others.

 3          But that's not the same thing as blending

 4    sexes.

 5      Q   So -- but you're not -- you're not providing    11:59:17

 6    an expert opinion on the degree of risks; correct?

 7    You're just providing an expert opinion on whether a

 8    risk of any amount exists?

 9          MR. FRAMPTON:  Objection to the form.

10          THE WITNESS:  I was retained in this case to    11:59:33

11    provide an opinion on whether there -- there's a

12    safety risk associated with gender crossover in

13    interscholastic sports.

14    BY MR. BLOCK:

15      Q   So --                                           11:59:47

16      A   And it's not my role to determine the

17    relevance of absolute risk; it's just to say whether

18    a risk exists.

19      Q   Okay.  So you're not providing an expert

20    opinion comparing the degree of risk from allowing a  12:00:03

21    transgender woman to compete to the degree of risk

22    from allowing any particular cisgender woman to

23    compete?

24      A   Well, I didn't say that.

25          MR. FRAMPTON:  Objection to the form.           12:00:18
```

Page 131

```
 1    BY MR. BLOCK:

 2       Q    That's my question.

 3            So -- so you're -- are you -- are you -- are

 4    you providing an opinion that allowing a transgender

 5    woman who's received blockers to compete with other      12:00:27

 6    women provides a greater safety risk than allowing

 7    certain cisgender women to compete on the team?

 8            MR. FRAMPTON:  Objection to the form.

 9            THE WITNESS:  I am arguing that allowing a

10    transgender -- a biologically born male who              12:00:47

11    transitions to a female and plays on a female sports

12    team, I am arguing that there are safety risks

13    associated with that, yes.

14    BY MR. BLOCK:

15       Q    So -- so I'm focusing now --                     12:01:09

16       A    That have the potential to exceed that of

17    overall risks when cisgender athletes are playing

18    together.

19       Q    So I'm -- I'm focusing specifically on a

20    transgender woman who has received blockers followed     12:01:23

21    by gender-affirming care.  So I want to focus your

22    attention on that specific fact pattern.

23            The only physiological difference that has

24    been identified in your report, you know, for that

25    population of people, is potentially 10 percent          12:01:36
```

Page 132

```
 1      greater lean body mass.
 2              And my question is, are you providing an
 3      expert opinion on whether there's a greater risk for
 4      allowing that person to participate on a woman's
 5      team than allowing a cisgender woman with 10 percent   12:01:56
 6      greater body mass than the average woman participate
 7      on a woman's team?
 8              MR. FRAMPTON:  Objection to the form.
 9              Go ahead.
10              THE WITNESS:  You're comparing apples and      12:02:06
11      oranges because you're talking about a biological
12      male that brings a certain -- that can bring certain
13      characteristics to puberty with him.
14      BY MR. BLOCK:
15         Q   Well, the only characteristic identified is     12:02:21
16      10 percent difference in body mass.
17         A   That's the only characteristic you
18      identified.
19         Q   What -- what other physiological
20      characteristic, you know, exists?                      12:02:31
21         A   Again, going back to published data on
22      performance in the elementary school population,
23      there are consistent findings of greater strength
24      and speed in preadolescent boys than preadolescent
25      girls.                                                 12:02:56
```

Page 133

```
 1        Q    But those -- those aren't -- those aren't

 2    discussions of physiological -- innate physiological

 3    characteristics, are they?

 4        A    We don't know that.

 5             MR. FRAMPTON:  Object to the form.          12:03:04

 6             THE WITNESS:  We -- we -- I -- in fact, I

 7    suspect that there's a significant biological

 8    contribution to that.

 9    BY MR. BLOCK:

10        Q    So what -- what -- what study have you done   12:03:13

11    on physiological differences between prepubertal

12    boys and girls?

13        A    What study have I done?

14             MR. FRAMPTON:  Objection to the form.

15             THE WITNESS:  Is that what you said?         12:03:23

16    BY MR. BLOCK:

17        Q    Yeah.

18             MR. FRAMPTON:  Objection to the form.

19             Answer the question.

20             THE WITNESS:  I have not conducted a study on   12:03:27

21    physiological differences between preadolescent boys

22    and girls.

23    BY MR. BLOCK:

24        Q    All right.  Are there -- are there

25    differences in bone structure between preadolescent   12:03:35
```

Page 134

1    boys and girls, you know, relevant to athletic

2    performance?

3        A    I believe that the differences that exist

4    between boys and girls are performance based.  There

5    is a biological difference in lean body mass between    12:04:04

6    boys and girls that manifest at a very early age.

7    There are other performance-based measures that

8    contribute to risk that are well defined.

9        Q    So focusing on 10 percent difference in lean

10   body mass that -- on average, are you providing an      12:04:20

11   opinion on whether -- if the only physiological

12   difference is 10 percent lean body mass -- let me

13   phra that -- phrase that again.

14        Are you providing an expert opinion comparing

15   the risk associated with allowing a transgender         12:04:41

16   woman who has been on blockers and hormones and has

17   10 percent greater lean body mass than a cisgender

18   woman to the risk of allowing a cisgender woman with

19   10 percent greater lean body mass than an average

20   cisgender woman to participate in women's sports?       12:05:01

21        MR. TRYON:  Objection to form.

22        MR. FRAMPTON:  Objection to form and scope.

23        THE WITNESS:  That question has assumptions

24   in it that I think keep me from answering it.

25   ///

Page 135

```
 1    BY MR. BLOCK:

 2        Q    The --

 3        A    You're -- you're -- you're equating the two

 4    without acknowledging that there are sex-based

 5    differences in performance that play into injury        12:05:28

 6    risk that are brought to that point.

 7            So I don't know how to answer your question.

 8        Q    You -- you know, are -- you've said

 9    repeatedly you're not providing an opinion

10    quantifying the amount of risk; you're just            12:05:48

11    providing an opinion that some quantum of increased

12    risk exists; correct?

13        A    Correct.

14            MR. FRAMPTON:   Object to the form.

15    BY MR. BLOCK:                                          12:06:05

16        Q    I didn't hear the answer.

17        A    I'm providing an opinion as to the fact that

18    there is risk.

19        Q    And there is also increased risk when a

20    cisgender woman with 10 percent greater lean body      12:06:12

21    mass than an average cisgender woman participates in

22    women's sports; correct?

23            MR. TRYON:   Objection to form.

24            MR. FRAMPTON:   Same objection.

25            THE WITNESS:   Repeat that question.           12:06:27
```

Page 136

```
 1            MR. BLOCK:

 2       Q    There is an increased risk to safety when a

 3   cisgender woman with 10 percent greater lean body

 4   mass than an average cisgender woman participates in

 5   women's sports; correct?                          12:06:39

 6            MR. TRYON:  Objection.

 7            MR. FRAMPTON:  Objection.

 8            THE WITNESS:  I didn't say that.

 9   BY MR. BLOCK:

10       Q    Is there or is there not?               12:06:43

11       A    There's more than just that variable that

12   play into injury risk with --

13       Q    There might be -- there might -- I'm sorry, I

14   said I wouldn't cut you off.  Go ahead and answer.

15       A    If the question was is a cisgender woman with  12:07:02

16   10 percent increased lean body mass, in part, higher

17   injury risk to other female cisgender athletes, the

18   answer is you can't answer that question because

19   there are other things that play in.

20       Q    I don't --                              12:07:22

21       A    I'm saying is the -- you're phrasing this

22   question as if the only difference between an

23   individual who comes to the point of going onto

24   puberty blockers is a 10 percent difference in lean

25   body mass, and I'm telling you that there are    12:07:42
```

Page 137

1    population-based performance differences between the

2    sexes that exist prior to that.

3        Q   All right.  So --

4        A   I'm not sure how to answer that question.

5        Q   Are there any differences in the Klaver study   12:07:59

6    identified between cisgender women and the

7    transgender women in the study other than the

8    10 percent greater lean body mass?

9        A   Some differences in fat distribution.

10       Q   There are differences in -- in fat            12:08:17

11   distribution at the end of the period?

12       A   There are.

13       Q   You know what?  I'll come back to that.  I

14   don't want to waste my time.

15           I'm still struggling with your -- your answer   12:08:47

16   to whether or not you're capable of providing an

17   expert opinion comparing the risks of allowing a

18   transgender woman to participate to the risks of

19   allowing an unusually tall or an unusually strong

20   cisgender woman to participate.  So I --            12:09:03

21           MR. FRAMPTON:  Object --

22           MR. BLOCK:  I -- I haven't finished my

23   question yet.  You can object --

24           MR. FRAMPTON:  I'm sorry.  My apologies.

25           MR. BLOCK:  Yeah.  Okay.                     12:09:12

                                              Page 138

```
 1    BY MR. BLOCK:

 2        Q   So I'm -- I'm still struggling with that.

 3            So are you -- are you or are you not

 4    providing an expert opinion comparing the relative

 5    risks between transgender women participating and     12:09:26

 6    between unusually strong or tall cisgender women

 7    participating in women's sports?

 8        A   Yes.

 9            MR. FRAMPTON:  Object to form.

10    BY MR. BLOCK:                                         12:09:37

11        Q   Yes, you are?

12        A   Yes.

13        Q   How -- okay.  How are you able to provide

14    that opinion if you are unable to quantify the

15    amount of increased risk for -- when transgender      12:09:44

16    women participate?

17            MR. FRAMPTON:  Same objection.

18            Go ahead.

19            THE WITNESS:  You don't need to quantify risk

20    in a -- in a modeling scenario to know that risk is   12:10:05

21    increased.  The model -- going back to World Rugby,

22    to just consideration of issues like speed, power,

23    mass.

24    BY MR. BLOCK:

25        Q   How are you able to compare two things        12:10:34
```

Page 139

1    without quantifying them?

2      A    Well, I don't think either side has been

3    quantified, has it?

4      Q    Well, no.

5          So how do you know that the risks of allowing    12:10:47

6    a transgender woman who's been on blockers and

7    gender-affirming hormones to participate is greater

8    or less than the risk of allowing an unusually

9    strong or tall cisgender woman to participate on

10   women's sports?                                        12:11:06

11         MR. TRYON:  Objection --

12         THE WITNESS:  I think that goes --

13         MR. TRYON:  -- to the form of the question.

14         THE WITNESS:  -- to the whole -- the whole

15   heart of this case, which is that when you bring       12:11:11

16   biological males into a pool of biological females,

17   that you're bringing not just in body mass, but --

18   but a other list of -- of retained differences that

19   have the potential to be greater than -- than

20   anything that you're going to see in that second      12:11:37

21   pool of -- of athletes.

22         And -- and so normal variation between the

23   sexes and what that means for injury doesn't look

24   the same as what it -- what that risk would look

25   like if you're bringing somebody who isn't in that    12:11:56

Veritext Legal Solutions
866 299-5127

```
 1    category and placing them in that second group.

 2    That was the whole point of World Rugby's

 3    assertions.

 4    BY MR. BLOCK:

 5       Q   The differences between cisgender men and      12:12:06

 6    cisgender women are far greater than a 10 percent

 7    difference in lean body mass; correct?

 8       A   10 percent -- say that one more time.

 9       Q   The differences between cisgender men and

10    cisgender women that were analyzed by World Rugby      12:12:23

11    were far greater than a difference in 10 percent

12    lean body mass; correct?

13          MR. FRAMPTON:  Objection to the form.

14          Go ahead.

15          THE WITNESS:  I believe that's accurate.       12:12:36

16    I'm -- I would have to go back and look at the

17    report.

18    BY MR. BLOCK:

19       Q   So, in fact, the differences between adult

20    cisgender mean and adult cisgender women are far      12:12:45

21    greater than the differences between prepubertal

22    boys and prepubertal girls; correct?

23          MR. FRAMPTON:  Objection to the form.

24          THE WITNESS:  There is a -- are you talking

25    about lean body mass?                                12:13:03
```

Page 141

```
 1    BY MR. BLOCK:

 2        Q   I'm talking about across the board.

 3            MR. FRAMPTON:  Same objection.

 4            THE WITNESS:  The -- the differences are

 5    greater between adult men and women than prepubertal    12:13:14

 6    boys and girls, yes.

 7    BY MR. BLOCK:

 8        Q   They're -- they're far greater; correct?

 9        A   That's a subjective term, but I'll -- I'll

10    say they're greater.                                    12:13:27

11        Q   In fact, the differences is, between

12    cisgender men and cisgender women -- actually --

13    actually, let me -- let me quote the language from

14    your report.

15            Let's go to page 9, paragraph 11 C.             12:13:41

16            Are you there?

17        A   I'm there.

18        Q   You are?

19        A   I -- I am there.

20        Q   Yeah.  So it says (as read):                    12:14:07

21            "Males exhibit large average

22            advantages in size, weight, and

23            physical capacity over

24            females—often falling far outside

25            female ranges."                                 12:14:15
```

Page 142

```
 1            Do you see that?

 2      A   I do see that.

 3      Q   Okay.  So the differences in things before

 4   puberty, do the -- do the size, weight and physical

 5   capacity of prepubertal boys fall far outside the --    12:14:34

 6   the range of prepubertal girls?

 7      A   Well, I would say that the physical capacity

 8   of boys consistently is shown to exceed that of

 9   girls in many different ways of looking at it, yes.

10      Q   It falls far outside the female range?          12:14:52

11      A   Male -- males consistently exceed female

12   performance in the preadolescent population in

13   measurements such as upper body strength, speed,

14   etcetera.

15      Q   Does it fall outside the female range?          12:15:32

16          MR. FRAMPTON:  Objection to form.

17          THE WITNESS:  To some degree, when you look

18   at individual records in age-based categories, you

19   would have to say that they do.

20   BY MR. BLOCK:                                           12:16:10

21      Q   Are you thinking of anything in particular?

22      A   I'm thinking of categories in, for instance,

23   track and field and weight lifting records.

24      Q   There's weight lifting records for

25   prepubertal boys and girls?                             12:16:40
```

Page 143

```
 1        A    There are.

 2        Q    Like -- like, taking weights and -- and --

 3    and doing competition in weight lifting?

 4        A    There are.

 5        Q    Where?  Where -- where are those records?    12:16:51

 6    Are they published anywhere?

 7        A    I believe they are.  I'd have to -- I'd have

 8    to find them.

 9             MR. FRAMPTON:  Josh, we're -- we're over

10    90 minutes.  I don't want to cut you off, if you       12:17:17

11    want to finish something, but I think it is an

12    appropriate time for a break sometime in the near

13    future.

14             MR. BLOCK:  Yeah, sure, we can take a break.

15             Do you want to come back at -- how much time   12:17:31

16    do you need?  Half an hour or 45 minutes?

17             THE VIDEOGRAPHER:  Can we go off the record?

18             MR. FRAMPTON:  Yeah, let's go off the record.

19             Let's not do lunch at --

20             THE VIDEOGRAPHER:  Hold on.  Hold on.  Hold     12:17:44

21    on.

22             MR. FRAMPTON:  Oh, I'm sorry.

23             THE VIDEOGRAPHER:  Off the record at

24    12:18 p.m.

25             (Recess.)                                      12:27:58
```

Page 144

```
 1            THE VIDEOGRAPHER:  We are on the record at
 2     12:28, Central Time.
 3     BY MR. BLOCK:
 4       Q   Dr. Carlson, we've previously discussed that
 5     you're not an endocrinologist; right?              12:28:28
 6       A   Correct.  I'm a board-certified sports
 7     medicine physician.
 8       Q   And you're not an expert in transgender
 9     medicine; right?
10       A   I do not care for -- I do not run a clinic    12:28:40
11     for transgender people, no.
12       Q   Do you -- do you have any expertise in -- in
13     the physiological changes that occur to a
14     transgender person's body if they have puberty
15     blockers followed by gender-affirming hormones?     12:29:07
16            MR. FRAMPTON:  Object to the form.
17            Go ahead.
18            THE WITNESS:  I'm not a board-certified
19     endocrinologist.  I know what I know based on review
20     of the literature.                                  12:29:19
21     BY MR. BLOCK:
22       Q   All right.  So do you have any expertise to
23     be an expert witness and offer an expert opinion on
24     the physiological changes that occur when a
25     transgender person has puberty blockers followed by  12:29:30
```

Page 145

1     gender-affirming hormones?

2          MR. FRAMPTON:  Object to the form.

3          THE WITNESS:  As that touches on

4     participation in sports, I am offering an opinion on

5     the safety profile of transgender athletes crossing        12:29:52

6     over into other -- to -- to a cisgender sport that

7     they're -- into cisgender sports.

8     BY MR. BLOCK:

9        Q   That wasn't my question.

10         Do you have any expert -- do you have any          12:30:10

11    reasons for offering an expert opinion on what

12    physiological changes occur to a person's body if

13    they have puberty blockers followed by

14    gender-affirming hormones?

15         MR. FRAMPTON:  Object to the form.                 12:30:25

16         THE WITNESS:  If you're asking if I can speak

17    to the one study that I'm aware of that looks at

18    that, then, yes, I -- I suppose I can speak to it.

19    BY MR. BLOCK:

20       Q   No.  So you're only aware of one study          12:30:43

21    that -- that speaks to the physiological changes

22    that occur when you have puberty blockers followed

23    by gender-affirming hormones?

24       A   In -- I've -- I've told you the study that

25    I'm familiar with.                                      12:31:11

                                            Page 146

```
 1      Q   All right.  So -- so you -- you've read a

 2   study by Klaver to prepare for this deposition.  And

 3   other than that, do you have any knowledge of the

 4   physiological changes that occur when someone has

 5   puberty blockers followed by gender-affirming        12:31:22

 6   hormones?

 7      A   I'm not aware of other studies looking at

 8   what you're referencing.

 9      Q   Do you have any other form of knowledge about

10   it?                                                  12:31:37

11      A   About it being the physiologic changes

12   associated with the use of puberty blockers?

13      Q   Followed by gender-affirming hormones.

14      A   I'm going to be careful what I say here

15   because much of what I've written in that white      12:32:13

16   paper speaks to the effect of gender-affirming

17   hormone therapy.  So I want to parse that out from

18   the issue of puberty blocker administration.

19      Q   Are you still thinking about it?

20      A   I thought I answered the question.           12:33:39

21      Q   No, I'm sorry, if you did, it didn't come

22   out.  So I -- are you still thinking about it?

23          What -- what was the answer to your

24   question -- to my question?

25      A   I said that I want to be careful how I parse  12:33:48
```

Page 147

```
 1    that because a lot of my -- the information in my
 2    white paper speaks to the impact on athletic
 3    performance of gender-affirming hormones, and I want
 4    to make sure that you're only speaking to puberty
 5    blockers specifically.                              12:34:11
 6      Q   I'm speaking to puberty blockers followed by
 7    gender-affirming hormones, which is different from
 8    taking gender-affirming hormones after having
 9    already undergone puberty.
10         And so my question, do you have any basis of   12:34:24
11    knowledge, other than this paper that you recently
12    read, about the physiological changes that occur
13    when someone has puberty blockers followed by
14    gender-affirming hormones?
15         MR. TRYON:  Objection to form.                 12:34:42
16         THE WITNESS:  That presupposes that, you
17    know, the individuals that have transitioned, you
18    know, in mid adolescence or what have you, weren't
19    on pubertal blockers either.
20         So I don't -- I -- I -- I'm not -- I'm not     12:35:00
21    trying to be evasive.  I'm just trying to understand
22    your question.  Because what I'm telling you is
23    that -- that I believe that there's basis on -- in
24    the literature that's available to say that
25    individuals that get to the cusp of puberty have --  12:35:24
```

Page 148

```
 1    that there are measurable differences in performance

 2    that they bring with them and -- and that those

 3    differences are going to, in some way, equate to

 4    heightened risk.

 5    BY MR. BLOCK:                                    12:35:42

 6        Q    And I'm asking you to --

 7        A    So -- and I get that you're -- you're trying

 8    to limit this conversation to the effect of pubertal

 9    blockers, and what I'm telling you is that if -- if

10    you're going to -- you can't talk about that in a    12:35:56

11    vacuum.  There's other differences once that

12    individual jumps over into sports play with the

13    opposite sex will come into view.

14        Q    Do you have any expert basis -- do you have

15    any basis for offering an expert opinion on what     12:36:15

16    physiological differences are carried forward from

17    having puberty blockers followed by gender-affirming

18    hormones other than this article that you read

19    recently?

20        A    I don't believe that --                     12:36:31

21            MR. FRAMPTON:  Objection --

22            THE WITNESS:  -- that there are --

23            MR. FRAMPTON:  -- to the form.

24            Go ahead.  Go ahead.

25            THE WITNESS:  To my knowledge, there are not  12:36:37
```

Page 149

```
 1    peer-reviewed studies looking at the effect of

 2    puberty blockers on performance.  So I don't -- I

 3    don't believe that that question can be answered.

 4    BY MR. BLOCK:

 5       Q   So you -- you've made an assertion about        12:36:48

 6    physiological differences being carried forward.  My

 7    question is whether you have any expert basis, of

 8    any kind, other than this article that you recently

 9    read, to testify about the effects of gen- -- of

10    having puberty blockers followed by gender-affirming   12:37:09

11    hormones on someone's physiology.

12       A   You said --

13           MR. TRYON:  Objection as to form.

14           THE WITNESS:  -- performance.

15           MR. TRYON:  Dr. Carlson --                      12:37:22

16           THE WITNESS:  You said performance.

17           MR. TRYON:  -- please -- Dr. Carlson, can you

18    please just let me object first?  Thanks.

19           Objection as to form.

20           Go ahead.                                       12:37:29

21           THE WITNESS:  You're using two different

22    terms.  You -- you said performance earlier.

23    BY MR. BLOCK:

24       Q   Physiology.

25           Do you have any expert basis of any kind to     12:37:34
```

                                                        Page 150

```
 1    offer an opinion on what physiological

 2    characteristics exist for someone who has had

 3    puberty blockers followed by gender-affirming

 4    hormones?

 5           MR. TRYON:  Same objection.              12:37:50

 6           MR. FRAMPTON:  Same objection.

 7           THE WITNESS:  My opinion on physiology for

 8    puberty-blocking hormones would be limited to that

 9    paper, but my opinion with respect to performance, I

10    believe, carries more weight because, to my          12:38:06

11    knowledge, there aren't studies looking at that

12    question.

13    BY MR. BLOCK:

14       Q    But you don't have any basis for offering an

15    expert opinion on performance of people who have had  12:38:24

16    puberty blockers followed by gender-affirming

17    hormones either because there's no studies of that;

18    correct?

19           MR. FRAMPTON:  Objection --

20           THE WITNESS:  It cuts both ways.         12:38:35

21           MR. FRAMPTON:  -- to form.

22    BY MR. BLOCK:

23       Q    So -- but you don't have a -- fine.

24           But answer my question.

25           You don't have an expert basis for offering   12:38:43
```

Page 151

```
 1    an opinion on it one way or another; correct?

 2           MR. FRAMPTON:  Objection to the form.

 3           THE WITNESS:  The opinion on safety in

 4    athletes who are crossing over into other gender

 5    sports takes into account considerations that go      12:38:57

 6    well beyond what you're talking about, so I don't --

 7    I don't accept the assumptions of the question.

 8    BY MR. BLOCK:

 9       Q   My -- my question was do you have any basis

10    for offering an expert opinion on performance          12:39:19

11    advantages for people who have had puberty blockers

12    followed by gender-affirming hormones since there's

13    no studies of that one way or the other.

14           MR. FRAMPTON:  Objection to the form.

15           THE WITNESS:  And what I have told you --       12:39:37

16           Sorry.

17           And what I have told you, I -- I thought,

18    several times, is that those individuals come into

19    puberty carrying categorical distinctions that are

20    sex based that contribute to risk, regardless of       12:39:57

21    whether or not they transition.

22    BY MR. BLOCK:

23       Q   But you have no expert basis for saying that

24    they carry it through puberty and transition.

25    You -- you're are offering an opinion about what        12:40:08
```

Page 152

1    happens before puberty and transition, but there's

2    no studies at all about, you know, what happens

3    after transition.  That's just something that you're

4    saying, but there's no studies about it; correct?

5        A    Well, again --                                12:40:21

6             MR. FRAMPTON:  Objection to the form.

7             Go ahead and answer.

8             THE WITNESS:  Again, I've said many times

9    that there are not published studies looking at

10   performance in the individuals that you're          12:40:33

11   describing once they've transitioned through

12   puberty.

13   BY MR. BLOCK:

14       Q    Does sex-determined pubertal skeletal growth

15   and maturation have an effect on -- on the safety of  12:41:34

16   allowing an athlete to compete?

17       A    In the assumptions I'm making, it's not key.

18       Q    It's not.

19            Well, let's go to -- to page -- I'll come

20   back to it.                                          12:41:53

21            Do -- does bone length have a -- does bone

22   size have an effect on muscle size?

23       A    Does bone size have an effect on muscle size?

24       Q    Yes.  Does the -- does the size of someone's

25   bones affect how, like, much muscle mass they can    12:42:42

                                                    Page 153

```
 1    put on those bones?

 2        A    There is an association there.

 3        Q    It's just an association?

 4        A    They play against each other.  Large muscle

 5    mass creates greater bone mineralization too, just    12:43:05

 6    from the tug of the muscles on bones.  So there's an

 7    association, yes.

 8        Q    Let's go to page?  Page 1 of your report.

 9        A    Which report are we talking about?

10        Q    Your -- your February report.              12:43:34

11        A    Okay.

12        Q    The final sentence of this first paragraph,

13    you say (as read):

14             "And in fact, biologically male

15             transgender athletes have competed      12:43:53

16             in a wide range of high school,

17             collegiate, and professional girls'

18             or women's sports, including, at

19             least, basketball, soccer,

20             volleyball, softball, lacrosse, and    12:44:01

21             even women's tackle football."

22             Correct?

23        A    That's what that says.

24        Q    Okay.  Are you aware of any injuries

25    resulting from their participation in those sports?    12:44:11
```

Page 154

```
 1        A   I'm not -- I'm not --

 2            MR. BLOCK:  I think Mr. Carlson froze.

 3            THE VIDEOGRAPHER:  Yeah, just -- we should

 4     pause a sec.

 5            (Technical issues.)                      12:44:32

 6            THE WITNESS:  Because it's not adequately --

 7            Sorry, I don't know if it's when I go to look

 8     at the document or what, but -- can you see me now?

 9     BY MR. BLOCK:

10        Q   You'll have to answer that again.        12:44:39

11            So are you aware of any injuries that have

12     resulted from the participation of those transgender

13     athletes?

14        A   This issue is inadequately tracked, so no,

15     I'm not aware.                                  12:44:57

16        Q   Okay.

17        A   Well, actually, that's not true.

18            Rephrase your question.  I want to make sure

19     I'm understanding it.

20        Q   You wrote that (as read):                12:45:08

21            "In fact, biologically male

22            transgender athletes have competed

23            in a wide range of high school,

24            collegiate, and professional girls'

25            or women's sports, including, at        12:45:15
```

                                                Page 155

```
 1              least, basketball, soccer,

 2              volleyball, softball, lacrosse, and

 3              even women's tackle football."

 4         And my question is, are you aware of any

 5    injuries that resulted from the participation of      12:45:25

 6    transgender girls and women in those sports?

 7      A   And so my answer would be that's not

 8    adequately tracked, and so no, I'm not familiar.

 9      Q   Are you aware of any evidence that the

10    participation of transgender women in these events    12:45:40

11    actually has increased the frequency and severity of

12    injury suffered by such gender female athletes?

13      A   You're speaking to those sports listed?

14      Q   Yes.

15      A   Again, it's inadequately tracked, so I'm not   12:46:01

16    familiar.

17      Q   And let's go to paragraph 47 of that

18    document, the same document.  Page 27, paragraph 47.

19      A   Page 27, you said?

20      Q   Yeah.  In paragraph 47, at the bottom.         12:46:29

21      A   Okay.

22      Q   It says (as read):

23              "In 2014, a male mixed-martial art

24              fighter identifying as female and

25              fighting under the name Fallon Fox          12:46:40
```

                                            Page 156

1              fought a woman named Tamikka Brents,

2              and caused significant facial

3              injuries in the course of their

4              bout."

5         And then if you continue going -- this --          12:46:51

6    this quote that you have in, you know, indentation

7    has a footnote 15.

8         Do you see that?

9    A    I do.

10   Q    Okay.  And the -- the website that that           12:47:04

11   quotes to -- that that footnote goes to is

12   bjj-world.com/transgender.mma-fighter-fallon-fox-

13   breaks-skull-of-her-female-opponent; is that right?

14   A    That's what I see, yes.

15   Q    Okay.  Did Fallon Fox actually break the          12:47:28

16   skull of her opponent?

17   A    Well, I don't believe that -- I don't believe

18   that he did, no.

19   Q    What -- what -- what --

20   A    I didn't make that claim.  That's a link to a     12:47:40

21   website page that just references to the event,

22   so...

23   Q    Right.  So what -- actually, the -- the

24   injury that actually was sustained was an orbital

25   fracture; correct?                                     12:47:52

Page 157

```
 1       A    Yeah, it was a facial fracture.

 2       Q    Okay.  And do you know how common orbital

 3   fractures are in MMA events?

 4       A    I -- I couldn't give you a specific --

 5   incidents, no.                                        12:48:08

 6       Q    No.

 7            So -- so you don't know the rates of -- of

 8   orbital fractures, you know, among cisgender MMA

 9   competitors fighting each other; correct?

10       A    No, I could give not give you that statistic.  12:48:18

11   I -- I -- I don't recall it.

12       Q    Do you know who the plaintiff is in this

13   case?

14       A    I -- I do not know who the plaintiff is.  I

15   know of -- the initials of the plaintiff.             12:48:44

16       Q    Okay.  Do you know how old the plaintiff is?

17       A    I -- I actually couldn't tell you that.

18       Q    Okay.  Do you know what sports the plaintiff

19   plays?

20       A    I believe the plaintiff is a runner, but I'm  12:48:53

21   not sure.

22       Q    Do you know how the plain- -- do you know how

23   the plaintiff has scored in physical fitness tests?

24       A    No.  I have no idea about the specifics of

25   this case.                                            12:49:11
```

                                                      Page 158

```
 1      Q    Okay.  Do you know if, you know, whatever

 2   things you were referring to before, about, you

 3   know, skills, you know, acquired of preper --

 4   prepubertal boys, do you -- do you know anything

 5   about whether the plaintiff, you know, has any of      12:49:26

 6   those skills?

 7      A    I don't.  And I believe that -- I told you

 8   that I -- I don't -- I'm not familiar with the

 9   particulars of your plaintiff.  And to the extent

10   that -- you know, this -- this is a -- I'm familiar    12:49:45

11   with the -- I -- I'm under the impression that the

12   law that's being challenged -- I'm -- I'm not

13   familiar with the particulars of this case.

14      Q    Do you know how much lean body mass the

15   plaintiff has?                                         12:50:10

16      A    I do not know how much lean body mass the

17   plaintiff has.

18      Q    Do you know if the plaintiff in this case has

19   any physiological characteristics that would impact

20   safety that are different than the physiological       12:50:25

21   characteristics of a cisgender girl?

22      A    I do not.

23           MR. FRAMPTON:  Object to the form.

24   BY MR. BLOCK:

25      Q    Sorry, could -- could I hear the answer --     12:50:36
```

Page 159

```
 1            MR. FRAMPTON:  That was probably garbled, but

 2      I object to the form.

 3            Go ahead and answer the question.

 4            THE WITNESS:  I do not.

 5      BY MR. BLOCK:                                    12:50:44

 6         Q   Do you know whether the participation of this

 7      plaintiff in sports would pose any more of a safety

 8      risk than the participation of any other cisgender

 9      girl in sports?

10            MR. FRAMPTON:  Object to the form.          12:51:02

11            THE WITNESS:  Because I don't know the

12      particulars of this person, I certainly could not

13      speak to that.

14      BY MR. BLOCK:

15         Q   Are you providing an -- expert testimony at   12:51:15

16      all regarding safety risks from cross-country?

17         A   I was asked to provide a report on safety

18      risks as relates to participation in -- of athletes

19      in contact in collision sports, but that's

20      defined -- the -- the nature of that is defined      12:51:42

21      within my paper.

22         Q   Okay.  So it does not -- so contact and

23      collision sports does not include cross-country;

24      correct?

25         A   That's correct.                              12:51:52
```

Page 160

```
 1        Q    And contact and collision sports doesn't

 2    include track and field; correct?

 3        A    Correct.

 4        Q    Okay.  Do you -- would it be fair to say that

 5    the effects of male-to-female hormones on important      12:52:27

 6    determinants of athletic performance still remain

 7    largely unknown?

 8        A    I -- I -- I didn't hear -- the effects of

 9    male and female hormones on what?

10        Q    On determinants of athletic performance        12:52:42

11    remain largely unknown.

12            MR. FRAMPTON:  Object to the form.

13            Go ahead.

14            THE WITNESS:  What do you mean by "largely

15    unknown"?                                                12:52:52

16    BY MR. BLOCK:

17        Q    I don't know.  Do you think it's a fair

18    statement, that they remain largely unknown?

19            MR. FRAMPTON:  Object to the form.

20            THE WITNESS:  I think that there's good         12:53:04

21    evidence that testosterone has a significant impact

22    on performance.

23    BY MR. BLOCK:

24        Q    But do you think the effects of lowering

25    circulating testosterone on athletic performance        12:53:17
```

Page 161

1    remains largely unknown?

2          MR. FRAMPTON:  Same objection.

3          THE WITNESS:  I wouldn't say largely unknown.

4    I'd say it's evolving and we've learned a lot over

5    the last few years.                          12:53:33

6    BY MR. BLOCK:

7      Q   Has there been any controlled research

8    evaluating how lowering circulating testosterone

9    influences aerobic or resistance training?

10     A   There is -- there is a study on Air Force    12:53:45

11   cadets answering that question.

12     Q   Has there been any study of the effects of

13   lowering circulating testosterone on bench presses

14   or leg presses or squats or dead lifts?

15         MR. FRAMPTON:  Object to form.            12:54:20

16         THE WITNESS:  I believe that those studies --

17   there are studies looking at the effect of

18   testosterone on things like punching power and...

19   BY MR. BLOCK:

20     Q   Anything else?                           12:54:56

21     A   There -- there are -- there are studies

22   looking at -- I'm sorry, say the question one more

23   time.

24     Q   Sure.  Are there studies looking at the

25   effects of lowering circulating testosterone on    12:55:12

                                         Page 162

```
 1    muscle strength in standard lifts, like bench press,

 2    leg press, squats, dead lifts?

 3          MR. FRAMPTON:  Objection to the form.

 4          Go ahead.

 5          THE WITNESS:  I believe that there are      12:55:29

 6    studies looking at the effect of testosterone

 7    reduction on...

 8    BY MR. BLOCK:

 9       Q   I'm sorry, did you finish answering the

10    question?                                         12:56:09

11       A   Are you talking about in transgender

12    athletes, or are you talking about transgender

13    individuals as a whole?

14       Q   Either one.

15       A   There -- there are -- there are studies    12:56:28

16    looking at the effect of transition on loss of

17    muscle mass, and there are studies looking at

18    proxies for upper body strength, like grip strength,

19    and there are studies looking at proxies for

20    punching power.                                    12:56:57

21       Q   But their -- their studies are looking at

22    proxies for those things as opposed to measuring

23    muscle -- muscle strength, you know, through bench

24    presses, leg presses, squats or other traditional

25    measurements of strength; correct?                12:57:14
```

```
 1              MR. FRAMPTON:  Objection to the form.
 2              THE WITNESS:  Well, you -- I mean, you -- you
 3         began this by speaking of -- well, I told you that
 4         there was a study on Air Force cadets and part of
 5         that was push-up.  So that's a -- and -- and these       12:57:26
 6         are -- these proxies are accepted proxies for what
 7         we're talking about, so...
 8         BY MR. BLOCK:
 9         Q    So I -- just the answer to my question --
10         A    The answer to your question is -- is that            12:57:41
11         there have been studies looking at the effect of
12         testosterone suppression in transgender individuals
13         on measures of strength and power, lean mass.
14         Q    On -- on proxies for those things; correct?
15         A    Yes.  Accepted proxies.  Noncontroversial            12:58:03
16         proxies.
17         Q    So in -- let's look at paragraph 90 of your
18         report.
19         A    Okay.
20         Q    Paragraph 90 says (as read):                         12:58:43
21              "In addition, multiple studies have
22              found that testosterone suppression
23              may modestly reduce, but not does
24              not come close to eliminating the
25              male advantage in muscle mass and                    12:58:56
```

                                          Page 164

```
 1            lean body mass, which together

 2            contribute to the greater average

 3            male weight.  Researches looking at

 4            transitioning adolescents found that

 5            the weight of biological male              12:59:05

 6            subjects increased rather than

 7            decreased after treatment with an

 8            antiandrogen testosterone

 9            suppressor."

10            Did I read that right?                     12:59:15

11       A    Yes.

12       Q    Okay.  So -- and then you cite to a study by

13    Tack in 2018; correct?

14       A    Correct.

15       Q    Okay.  So did the Tack study find that after  12:59:30

16    taking antiandrogen testosterone suppressor, the

17    transgender subjects's muscle mass and lean body

18    mass increased?

19       A    I believe that the Tack study looked at

20    several things, one of which was grip strength, and  12:59:58

21    found that grip strength did not decrease.

22       Q    So that's not my question.  My question is,

23    did the Tack study find that muscle mass and lean

24    body mass increased?

25       A    I believe that muscle mass helps stabl- --   01:00:18
```

Page 165

```
 1     I'd have to go back and look at that.

 2          Can I see my report?

 3     Q   Your report is there --

 4     A   I'm sorry, I -- I'd have to go back and --

 5     and -- and reference that, but --              01:00:42

 6     Q   Okay.  Well --

 7     A   I can't recall.

 8     Q   Okay.  So this first sentence in paragraph 90

 9     talks about how testosterone suppression doesn't

10     come close to eliminating the male advantage in   01:00:52

11     muscle mass and lean body mass; correct?

12          That's what the first sentence talks about?

13     A   Correct.

14     Q   All right.  And the second sentence says that

15     the Tack study found that the weight of biological 01:01:06

16     male subjects increased rather than decreased;

17     correct?

18     A   Correct.

19     Q   So is it a fair inference from the first

20     sentence, followed by the second sentence, that   01:01:21

21     you're implying here that what increases was muscle

22     mass and lean body mass?

23          MR. FRAMPTON:  Objection --

24          THE WITNESS:  No --

25          MR. FRAMPTON:  -- to the form.              01:01:32
```

Page 166

```
 1          Go ahead.
 2          THE WITNESS:  No, I'm not trying to imply
 3    that.
 4    BY MR. BLOCK:
 5      Q   You're not trying to imply that.              01:01:38
 6          So then why is it relevant that the weight
 7    increased?
 8      A   Well, lean body mass -- where lean body mass
 9    settles is relevant.  That's one thing.  But overall
10    weight of the individual, again, within an injury     01:01:58
11    model, matters, too.
12      Q   Sure.  But in this paragraph -- so the first
13    sentence discusses muscle mass and lean body mass;
14    correct?
15      A   Correct.                                        01:02:11
16      Q   And then the second sentence mentions the
17    Tack study; correct?
18      A   Well, I -- I would say that the first
19    sentence speaks to the advantage in muscle mass and
20    lean body mass, and then it references to average    01:02:24
21    male weight.  So all three are referenced there.
22      Q   Okay.  And the second sentence talks about
23    the Tack study; correct?
24      A   Correct.
25      Q   And then the third sentence talks about a      01:02:35
```

Page 167

1   Harper study and talks about their lean body mass

2   and muscle area; correct?

3       A   That -- that is a -- the Harper references to

4   a -- a review paper.

5       Q   Okay.  But the --                          01:03:03

6       A   So -- yeah, so I'd have to go back and look

7   at that review paper to see what the original

8   citation is that that's referencing.

9       Q   Sure.  But in your paragraph 90, the first

10  sentence, the third sentence and the fourth sentence   01:03:23

11  refer to muscle mass or muscle area or lean body

12  mass; right?

13          MR. FRAMPTON:  Objection to the form.

14          Go ahead.

15          THE WITNESS:  Which sentences again?        01:03:41

16  BY MR. BLOCK:

17      Q   The first, the third and the fourth.

18      A   The first sentence refers to muscle mass,

19  lean body mass and -- and average weight.  The third

20  references lean body mass and muscle area.         01:04:01

21          And you said the fourth?

22      Q   Yep.

23      A   References muscle area.

24      Q   Do any of those sentences reference fat?

25      A   Well, they do indirectly, when you're      01:04:27

Page 168

```
 1    referring to lean body mass and shifts in lean body

 2    mass.

 3       Q   Do they do -- do they do directly, reference

 4    fat?

 5           MR. FRAMPTON:  Object to the form.              01:04:47

 6           Go ahead.

 7           THE WITNESS:  They do not directly.  They do

 8    indirectly.

 9           MR. BLOCK:  So if you look in your exhibit

10    folder, I'm going to mark this Exhibit 83.  It          01:04:56

11    should soon appear.

12           (Exhibit 83 was marked for identification

13            by the court reporter and is attached hereto.)

14    BY MR. BLOCK:

15       Q   Let me know when it's up.                       01:05:16

16       A   It's up.  I'm just looking to see if I can

17    zoom this.  Right here.

18           Okay.

19       Q   Is -- is this the Tack study that you're

20    referring to?                                          01:05:37

21       A   Yes.

22       Q   Okay.  If you can turn to page 2151 of the

23    study.

24       A   Okay.

25       Q   Okay.  If you look in the second -- in the      01:06:07
```

Page 169

```
 1    right column, you know, the first full paragraph,

 2    it -- it says (as read):

 3         "Trans girls treated with CA showed

 4         a significant increase in fat mass

 5         (Figure 1D) and decrease in lean            01:06:22

 6         mass (Figure 1C), resulting in an

 7         increased body fat percentage,

 8         without changes in total mass."

 9         Did I read that right?

10    A    Yes.                                         01:06:34

11    Q    Okay.  So according to the summary, was there

12    actually an increase in -- in total mass for these

13    trans girls?

14         MR. FRAMPTON:  Object to the form.

15         Go ahead.                                    01:07:04

16         THE WITNESS:  Can I have a minute to look at

17    this paper?

18    BY MR. BLOCK:

19    Q    Yeah, sure.

20    A    Thanks.                                      01:07:17

21         Reference weight before hormonal therapy

22    averaged 63.7 kilograms; afterwards, averaged

23    66.3 kilograms.

24    Q    So what do you interpret to be the -- what --

25    what do you think -- what do you interpret the       01:08:34
```

Page 170

1   sentence we just read to refer to when it says

2   "without changes in total mass"?

3       A    That's speaking to a shift in -- you -- you

4   are correct that there is no change in body weight

5   associated with that statement.                          01:09:21

6       Q    Okay.  And so this -- did this study find

7   that -- that muscle mass in the transgender girls

8   actually increased?

9       A    Well, one of the -- the changes in lean body

10  mass in this study were negative.                         01:10:36

11      Q    Okay.  The study --

12      A    But we don't know where they settled compared

13  to a cisgender population because it wasn't

14  analyzed.

15      Q    Okay.                                            01:10:51

16      A    We do know that grip strength didn't change.

17      Q    How -- is increase in fat generally

18  associated with enhanced athletic performance?

19      A    In the conte- -- it can be with -- as a --

20  energy stored, but in the context of this, no.           01:11:24

21      Q    Okay.  On grip strength -- let's look further

22  down in that paragraph we were reading from, on page

23  2151.

24      A    Uh-huh.

25      Q    So this is the -- the beginning of the final   01:11:38

                                                    Page 171

```
 1    sentence.
 2         Do you see that?
 3    A    Yes, I do.
 4    Q    So it says (as read):
 5         No significant changes in grip            01:11:47
 6         strength were observed in trans
 7         girls during the study period,
 8         resulting in decreased Z scores
 9         compared with the -- compared with
10         age-matched peers of the same gender      01:11:57
11         recorded at birth.
12         Do you see that?
13    A    I do.
14    Q    What does that mean, by negative Z scores?
15    A    That's a comparison of your score to        01:12:04
16    age-matched norms.
17    Q    Okay.  So in -- in context, does this mean
18    that compared to -- that the cisgender boys that
19    these subjects are being compared to continue to
20    increase their grip strength while the grip strength   01:12:27
21    of the transgender girls remained flat?
22    A    Yes, that's accurate.
23    Q    Okay.  So the -- the use -- suppressing
24    testosterone had an effect on the ability to
25    increase grip strength; correct?                01:12:47
```

                                          Page 172

```
 1            MR. FRAMPTON:  Object to the form.

 2            THE WITNESS:  In this case, yes.

 3    BY MR. BLOCK:

 4       Q   Okay.  If we can go to page 55, bottom of

 5    paragraph 95.                                    01:13:13

 6       A   Are we back on my report?

 7       Q   Yeah, we are.  Thanks.

 8       A   Page 55, paragraph what?

 9       Q   95.  So the -- the -- the bottom half of the

10    paragraph that's, you know, continuing.          01:13:37

11       A   Okay.

12       Q   So -- so let's go just from the middle of

13    that paragraph.

14            Do you see "the important point to make"?  Do

15    you see where you write that?                    01:13:53

16       A   I do.

17       Q   Okay.  So you write (as read):

18            "The important point to make is that

19            the only effect strength training

20            could have on these athletes is to       01:13:59

21            counteract and reduce the limited

22            loss of muscle mass and strength

23            that does otherwise occur to some

24            extent over time with testosterone

25            blockade.  There has been at least        01:14:10
```

Page 173

```
 1              one study that illustrates this,

 2              although only over a short period,

 3              measuring strength during a

 4              twelve-week period where

 5              testosterone was suppressed to              01:14:19

 6              levels of 2 nmol/L.  During that

 7              time, subjects actually increased

 8              leg lean mass by 4% and total lean

 9              mass by 2%, and subject performance

10              on the 10 rep max leg press improved      01:14:31

11              by 32%, while their bench press

12              performance improved by 17%."

13              And you cite to -- to Kvorning, K-V-O-R-N-I

14      N-G, 2006; right?

15         A   Correct.                                   01:14:47

16         Q   Okay.  So do you -- do you recall what this

17      study -- this Kvorning study was analyzing?

18         A   I believe that it was analyzing

19      non-transgender subjects who were -- (technical

20      difficulty).                                      01:15:18

21              MR. FRAMPTON:  Sorry, he did answer --

22              THE WITNESS:  Did you hear me?

23              MR. FRAMPTON:  -- the question.  Did it not

24      come through?

25              MR. BLOCK:  It didn't come through.       01:15:22
```

                                                  Page 174

```
 1              MR. FRAMPTON:  I'm sorry.

 2              Answer it again.

 3              THE WITNESS:  I -- I said I believed that it

 4      refers to non-transgender subjects who underwent

 5      hormonal suppression.                              01:15:30

 6      BY MR. BLOCK:

 7         Q   Okay.  And are -- does it -- are those

 8      non-tran- -- are those non-transgender subjects

 9      compared to a -- a different group, a control group

10      of any kind?                                       01:15:39

11         A   I -- I don't recall.  I'd have to go back and

12      look.

13         Q   Okay.  Let's do that.  I -- I have it already

14      for you.

15              MR. FRAMPTON:  Sorry, I'm just going to tilt  01:15:59

16      his screen a little bit.  It looks like his chin is

17      getting cut off.  I can't tell if that's just on my

18      screen or -- or not.

19              MR. BLOCK:  No, it's -- it's on -- it's on

20      mine, too.                                         01:16:09

21              MR. FRAMPTON:  Okay.

22              MR. BLOCK:  Thank you.

23              (Exhibit 84 was marked for identification

24          by the court reporter and is attached hereto.)

25              MR. BLOCK:  So popping up in your exhibit   01:16:16
```

Page 175

```
 1    files should be a -- a document marked Exhibit 84.

 2          THE WITNESS:  Okay.

 3    BY MR. BLOCK:

 4       Q   Let me know when it's there.

 5       A   I have it.                                    01:16:36

 6       Q   Okay.  Okay.  And so this document is titled

 7    "Suppression of endogenous testosterone production

 8    attenuates the response to strength training: a

 9    randomized, placebo-controlled, and blinded

10    intervention study."                               01:16:55

11          Did I read that right?

12       A   You did.

13       Q   And this is the study you were citing to;

14    correct?

15       A   Correct.                                    01:17:01

16       Q   And, you know, randomized,

17    placebo-controlled, and blinded is pretty much

18    the -- the best a study can be, right?  That's, you

19    know, the gold standard, isn't it?

20          MR. FRAMPTON:  Object to the form.           01:17:11

21          Go ahead.

22          THE WITNESS:  Well, yeah, double blinded

23    would be the gold standard, but yes.

24    BY MR. BLOCK:

25       Q   Good point.                                 01:17:18
```

Page 176

```
 1              And so just reading from the -- the abstract

 2      a little bit, if you go, you know, five lines down

 3      from the abstract, it says (as read):

 4              "We hypothesized that suppression of

 5              endogenous testosterone would          01:17:31

 6              inhibit the adaptations to strength

 7              training in otherwise healthy men."

 8              Right?

 9         A    Right.

10         Q    And so tell me if my description of what   01:17:47

11      happened is right.  You know, they -- they took two

12      groups of, you know, cisgender men, and for one

13      group, they suppressed their testosterone, and then

14      they had both groups undergo a strength-training

15      period of eight weeks; is that right?           01:18:07

16         A    Correct.

17         Q    Okay.  And then they compared the two groups;

18      right?

19              Is that right?

20         A    I -- I want to make sure I'm answering you   01:18:27

21      correctly, so give me a minute.

22         Q    Fair.  I just wanted to make sure.

23         A    Yeah, so -- just so that I'm clear, can you

24      restate your question again?

25         Q    Yeah.  So, you know, after having the two   01:19:14
```

Page 177

1     groups undergo this period of strength training,

2     they then compared the results of the two groups;

3     right?

4         A    Yes.

5         Q    Okay.  If we can just look at -- if we can          01:19:29

6     just look at page E1329.  Let me know when you're

7     there.

8         A    Go ahead.

9         Q    Okay.  So if you look at the paragraph

10    beginning -- so the final paragraph on this page, on     01:20:08

11    1329, it says (as read):

12             "The placebo group adapted to the

13             strength training period by

14             significantly larger increases in

15             both lean leg mass and isometric                 01:20:18

16             strength.  Although those in the

17             goserelin group were able to have

18             the same progression in training

19             load as those in the placebo group,

20             they did not gain muscle mass or                 01:20:31

21             increased isometric strength in the

22             laboratory test."

23             Right?

24        A    That's what that says.

25        Q    Okay.  And then if we can just go to the --      01:20:38

                                                    Page 178

```
 1    well, let's just -- I'll ask you questions about

 2    that.

 3          So the -- the -- tell me if I'm wrong about

 4    this, but the study, you know, seems to support an

 5    argument that reducing circulating testosterone       01:20:55

 6    affects a biological male's ability to increase

 7    muscle mass and strength.  Is that a fair -- in

 8    response to training.  Is that a fair statement?

 9          MR. FRAMPTON:  Object to the form.

10          Go ahead.                                        01:21:18

11          THE WITNESS:  I would say that it -- it does

12    show that the effects -- that it does affect the

13    ability to improve strength training, yes.

14    BY MR. BLOCK:

15       Q   And so when -- when athletes --                01:21:33

16       A   I would say affects, not eliminate, but...

17       Q   Okay.  When -- when athletes train for

18    athletic competitions, they engage in new strength

19    training; right?

20       A   Depending on the sport, yes.                   01:21:55

21       Q   Okay.  So is it -- so -- yeah, I understand

22    that -- you know, that your report talks about the

23    ability of suppressing testosterone to reduce muscle

24    and strength that's already been acquired, but does

25    your report address the effects of lowering           01:22:17
```

Page 179

```
 1    testosterone on the ability of someone to build new

 2    strength and muscle?

 3           MR. FRAMPTON:  Object to the form.

 4           THE WITNESS:  Yeah, can I go back to my

 5    report to answer that?                            01:22:32

 6    BY MR. BLOCK:

 7       Q   Yes, sure.

 8       A   I'm back on page 55, if you want to go there.

 9       Q   Of your report?

10       A   Yes.  Where -- where you started.          01:23:02

11       Q   Yeah.

12       A   So -- and I'm sorry, restate your question

13    one more time.

14       Q   Sure.  Does your report address the effects

15    of suppressing testosterone on an -- on an athlete's  01:23:16

16    ability to -- to acquire new increases in mass and

17    strength?

18           MR. FRAMPTON:  Objection to the form.

19           Go ahead.

20           THE WITNESS:  I think it speaks to it here.  01:23:31

21    It doesn't speak to the degree to which it affects

22    it, but it -- what this study says is that gains are

23    feasible.

24    BY MR. BLOCK:

25       Q   Sure.  Does -- does this study compare the   01:23:46
```

Page 180

1    amount of gains that a cisgender man who's lowered

2    testosterone would have to the gains that a

3    cisgender woman would have?

4        A    No, the study looked at men.

5        Q    All right.  So we -- we don't really have a      01:24:04

6    basis to -- to know one way or the other whether a

7    cisgender woman receiving the same strength training

8    would have increases in -- in muscle mass that are

9    greater or less than the increases that the

10   cisgender men who lowered testosterone had; right?      01:24:27

11       A    Well, I think what's relevant to the

12   discussion is that a cisgender male can enter into a

13   strength training program at the time that hormonal

14   therapy has started.

15            That male, in many cases, will already have      01:24:43

16   retained differences in lean muscle mass and

17   strength when comparing to a cisgender female

18   population.

19            And rather than come in -- (technical

20   difficulty) -- they have the capability of coming in    01:24:58

21   higher.

22            So I think that's the relevant comparison.

23       Q    And you said in many cases they would have

24   muscle mass that's greater than the cisgender

25   female, but if they don't already have that muscle      01:25:06

                                                    Page 181

```
 1    mass, then they will have a harder time acquiring it

 2    than they otherwise would have had; right?

 3            MR. FRAMPTON:  Objection --

 4            THE WITNESS:  I didn't say that.

 5            MR. FRAMPTON:  -- to the form.              01:25:20

 6            Go ahead.

 7    BY MR. BLOCK:

 8       Q   I'm saying that.  I'm asking that.

 9            You know, you said that in many cases, a -- a

10    cisgen- -- a transgender girl will have entered into   01:25:27

11    a tournament already having acquired certain muscle

12    mass.

13            And so my question is about, you know, people

14    who lowered testosterone, you know, before, you

15    know, acquiring any muscle mass and the effects that   01:25:48

16    lowering testosterone would have on their ability to

17    acquire it.

18       A   That doesn't --

19            MR. FRAMPTON:  Objection to the form.

20            THE WITNESS:  -- have anything to do with      01:25:59

21    what we're talking about.  We're talking about --

22    you brought up the issue of whether or not

23    individuals who enter into a strength-training

24    program at the time that they are starting hormonal

25    therapy gain ground or not.                            01:26:12
```

                                                   Page 182

```
 1            And that study showed that -- that you can

 2    gain ground, and it was done in a male population,

 3    the applicably of -- applicability of which, to this

 4    conversation, is that those males can then, in turn,

 5    cross over into a female sport when they now have      01:26:27

 6    greater lean muscle mass than they had before they

 7    started, and they already had a retained advantage.

 8            I'm not sure --

 9    BY MR. BLOCK:

10       Q   The study is about cisgender men who have       01:26:44

11    already completed puberty; right?

12       A   Again, I would have to go back and look at

13    the age range of the study, but I believe that

14    that's true.

15       Q   All right.  So transgender girls who            01:26:55

16    transition before completing puberty will not have

17    the same amount of muscle mass as a cisgender man

18    who has completed puberty; right?

19            MR. FRAMPTON:  Object to the form.

20            THE WITNESS:  Say -- say that one more time.    01:27:14

21    BY MR. BLOCK:

22       Q   Do people --

23       A   Transgender girls who have not -- what did

24    you say?

25       Q   Who have not completed puberty do not have      01:27:20
```

Page 183

1    the same amount of muscle mass as cisgender men who

2    have completed puberty; right?

3        A   I'll grant you that.  Yes, that's true.

4        Q   Okay.  So lowering testosterone, according to

5    the study, has an effect on their ability to          01:27:34

6    accumulate new muscle mass; right?

7        A   Well, you -- you left that study.  We're no

8    longer talking about that study.  I can't speak to

9    the applicability of that study on the scenario that

10   you just gave.  They're two different things.         01:27:53

11       Q   Okay.  So you -- you can't -- you can't speak

12   to the applicability of studies on the effects of

13   lowering circulating testos- -- circulating

14   testosterone on transgender girls who have not

15   completed puberty?                                    01:28:07

16       A   That's not what I said.  I said I can't speak

17   to the applicability of the study you raised to the

18   scenario that you then went to.

19       Q   Why not?

20       A   Because this study is looking at the effects   01:28:17

21   of strength training in men who are transitioning.

22       Q   So why is it relevant to this report?

23       A   This report, what do you mean?

24           MR. FRAMPTON:  Object to the form.

25   ///

```
 1    BY MR. BLOCK:
 2       Q   I mean, you're -- you're discussing the study
 3    because it has -- you think it has some relevance to
 4    the participation of transgender women; right?
 5       A   Yes.  I spoke to that already.              01:28:52
 6       Q   Okay.  Do you think it has relevance only to
 7    the participation of transgender women who have
 8    completed puberty, or does it also have relevance to
 9    the participation of transgender women who received
10    puberty blockers or hormones before completing       01:29:04
11    puberty?
12           MR. FRAMPTON:  Object to the form.
13           THE WITNESS:  The -- the study wasn't
14    designed to look to that group, so I have no way to
15    speak to that.  And that study hasn't -- and that    01:29:16
16    has not been looked at.
17    BY MR. BLOCK:
18       Q   So -- so you don't think it's relevant to the
19    participation of transgender girls and women who
20    have not completed puberty; right?                   01:29:24
21           MR. FRAMPTON:  Object to the form.
22           THE WITNESS:  I didn't say that.  You did.
23    BY MR. BLOCK:
24       Q   So -- so is it -- is it relevant or isn't it,
25    to -- to girls -- participation of girls and women   01:29:32
```

Page 185

```
 1    who are transgender who have not completed puberty?

 2       A   So --

 3           MR. FRAMPTON:  Same objection.

 4           THE WITNESS:  -- I'm a little bit

 5    uncomfortable with the assumptions that I've got to     01:29:43

 6    make to answer that question, but to step out of

 7    what you're saying and say in theory, is this study

 8    applicable to prepubertal kids who are entered into

 9    a strength-training program at the time that they

10    start hormonal manipulation, possibly.                 01:30:03

11           MR. FRAMPTON:  We're at -- we're at 1:30

12    here.  I think that we probably would like to do a

13    lunch break sometime soon, but I'm not -- I'm not

14    telling you you've got to do that now, by any

15    stretch, if you were trying to complete a line of      01:30:28

16    questioning or something.

17           MR. BLOCK:  Yeah -- yeah, I would.  Just give

18    me ten more minutes, and then we can take a break.

19           MR. FRAMPTON:  Yeah.

20           MR. BLOCK:  Is that okay with you,              01:30:40

21    Dr. Carlson?

22           THE WITNESS:  Yeah, that's fine.

23           Can I have 30 seconds just to pop some food

24    in my mouth?  Is that all right?

25           MR. BLOCK:  Sure.  Can we go off the record     01:30:49
```

Page 186

```
 1    for 30 seconds?

 2          THE VIDEOGRAPHER:  We are off the record at

 3    1:31 p.m.

 4          (Recess.)

 5          THE VIDEOGRAPHER:  We are on the record at      01:31:34

 6    1:32 p.m.

 7          MR. BLOCK:  Great.  Thank you.

 8          THE VIDEOGRAPHER:  Central Time.  Sorry,

 9    Central Time.

10    BY MR. BLOCK:                                         01:31:57

11       Q   If you go to page 54, near the end of

12    paragraph 93.

13       A   Back on my report?

14       Q   Yeah.

15       A   54, paragraph what?                            01:32:13

16       Q   93.  So at the very end, paragraph 93.

17          When you're discussing this Lapauw 2008 and

18    Hilton 2021 study, you say -- this is like five

19    paragraphs from the bottom -- (as read):

20          "The authors also noted that since             01:32:32

21          males who identify as women often

22          have lower baseline (i.e., before

23          hormone treatment) muscle mass than

24          the general population of males..."

25          And then it continues, but I --                01:32:44
```

                                                    Page 187

```
 1        A    Sorry, I was -- I was trying to find my place

 2    when you started reading, so I'm -- I'm on that page

 3    now.

 4        Q    Sure.  Do you -- okay.

 5             So about five lines from the bottom of          01:32:53

 6    paragraph 93, you say -- in -- when discussing this

 7    Hilton study, you say (as read):

 8             "The authors also noted that since

 9             males who identify as women often

10             have lower baseline (i.e., before              01:33:09

11             hormone treatment) muscle mass than

12             the general population of males..."

13             And then the sentence continues, but I just

14    want to ask you a question about this part where you

15    say that the authors of the study noted that males     01:33:23

16    who identify as women often have lower baseline

17    muscle mass than the general population of males.

18             So do you -- do you have any reason to

19    disagree with them, that -- that transgender women

20    often have lower baseline muscle mass than the         01:33:44

21    population of cisgender males?

22        A    No.  I think there are -- a fair read of

23    studies that do exist says that in many cases

24    transgender -- I'm going to use your term --

25    transgender females come into baseline with some       01:34:03
```

Page 188

```
 1    lower measures of lean muscle mass and -- but the
 2    relevant -- and so the relevant question is where do
 3    they fall related to cisgender females, but to your
 4    point.
 5       Q   So the -- so my -- so my question is, do --      01:34:25
 6    so by lowering their levels of circulating
 7    testosterone, that would affect their ability to
 8    acquire new muscle mass like at the same rate as a
 9    cisgender male; correct?
10         MR. FRAMPTON:  Objection to the form.             01:34:48
11         THE WITNESS:  Their -- their ability to
12    acquire lean muscle mass at the same rate as a
13    representative cisgender male population would be --
14    studies show that it would show less, yes.
15         Is that what you were asking?                     01:35:18
16    BY MR. BLOCK:
17       Q   Yeah, I was asking whether or not lowering
18    their circulating testosterone would impair their
19    ability to increa- -- to develop new muscle mass at
20    the same rate as a cisgender male who is -- has       01:35:29
21    regular levels of circulating testosterone.
22       A   At the same rate, yes.
23       Q   And do you know how -- whether -- do you know
24    what the effects of lowering testosterone has on
25    a -- a transgender woman's ability to acquire new     01:35:48
```

Page 189

```
 1    muscle mass compared to how quickly a cisgender

 2    woman can acquire new muscle mass?

 3            MR. FRAMPTON:  Object to the form.

 4            Go ahead.

 5            THE WITNESS:  Restate that question.          01:36:06

 6    BY MR. BLOCK:

 7       Q   Yeah, sure.  So I -- do you -- do you -- are

 8    you aware of any data comparing the ability of a

 9    transgender woman who's lowered circulating

10    testosterone to acquire new muscle mass against the   01:36:20

11    ability of a cisgender woman to acquire new muscle

12    mass?

13            MR. FRAMPTON:  Same objection.

14            Go ahead and answer.

15            THE WITNESS:  This comparison to cisgender     01:36:30

16    women, trying to think of a specific study.  Wiik.

17            I'd have to look at -- I'd have to go back

18    and look at my references.

19       Q   Sure.

20            MR. BLOCK:  Okay.  We can take a break for --  01:37:07

21    for lunch now.  Let's go off the record.

22            THE VIDEOGRAPHER:  We are off the record at

23    1:37 p.m., Central Time.

24            (Lunch recess.)

25            THE VIDEOGRAPHER:  We are on the record at     02:15:44
```

Page 190

```
 1     2:16 p.m., Central Time.

 2     BY MR. BLOCK:

 3         Q   Good afternoon, Dr. Carlson.

 4         A   Hello.

 5         Q   I'd like to direct your attention to        02:15:54

 6     Exhibit 80, so your February 2022 report, on

 7     page 15.  Let me know when you're there.

 8         A   Okay.  I am on page 15.

 9         Q   Okay.  And if you can look at footnote 10.

10         A   Okay.                                        02:16:38

11         Q   Are you there?

12         A   I -- I said, "Okay."  I'm sorry.

13         Q   Okay.  So in the footnote, you know, it says

14     (as read):

15             In some cases, safety requires even          02:16:49

16             further division or exclusion.  A

17             welterweight boxer would not compete

18             against a heavyweight, nor a

19             heavyweight wrestle against

20             smaller -- a smaller athlete.  In            02:16:59

21             the case of youth sports, when

22             children are at an age where growth

23             rates can vary widely, leagues will

24             accommodate for naturally-occurring

25             large discrepancies in body size by          02:17:10
```

Page 191

```
 1              limiting larger athletes from

 2              playing positions where their size

 3              and strength is likely to result in

 4              injury to smaller players.  Thus, in

 5              youth football, players exceeding a          02:17:21

 6              certain weight threshold may be

 7              temporarily restricted to playing on

 8              the line and disallowed from

 9              carrying the ball, or playing in the

10              defensive secondary, where they              02:17:32

11              could impose high-velocity hits on

12              smaller players.

13              Did I read that correctly?

14        A    Yes, you did.

15        Q    Okay.  Great.  So, you know -- so my question   02:17:39

16   is, this is an example of a way to improve safety

17   even within a team solely consisting of boys or

18   solely consisting of girls; correct?

19        A    Correct.

20        Q    Okay.                                          02:18:09

21        A    I mean, it doesn't all speak to team sports,

22   but yes.

23        Q    Okay.  Now, would this also be a way to

24   increase safety in a coed team?

25        A    That does occur in some coed rec sports, yes.   02:18:18
```

                                                    Page 192

1      Q   Okay.  So there are ways to make rule

2   modifications to account for safety concerns without

3   completely excluding certain members of the team?

4          MR. FRAMPTON:  Object to the form.

5          THE WITNESS:  The way that you -- the -- the      02:18:35

6   type of changes that we're talking about can be

7   made, but they alter the nature of the sport itself,

8   so...  You -- you cannot do it without changing the

9   essence of what the sport is.

10  BY MR. BLOCK:                                            02:19:07

11     Q   So if --

12     A   Whether that's acceptable or not acceptable,

13  that's not really what I was retained for.

14     Q   Okay.  So if we could go to paragraph 42.

15     A   Okay.                                             02:19:35

16     Q   All right.  So if you go to the second

17  sentence, where it says "this is one reason."

18         Do you see that?

19     A   I'm reading the first, so just give me a

20  second.                                                  02:19:47

21         I see it.

22     Q   Okay.  So you see "This is one reason that

23  rule modifications often exist in leagues where coed

24  participation occurs."  And then for footnote 14,

25  you say, "For example, see" this website "(detailing   02:20:08

                                                     Page 193

```
1    variety of rule modifications applied in co-ed

2    basketball)."  And then you say, "Similarly, coed

3    soccer leagues often prohibit so-called 'slide

4    tackles,' which are not prohibited in either men's

5    or women's soccer."                               02:20:28

6         Do you see those sentences?

7      A   I do.

8      Q   Okay.  And so, again, would it be possible to

9    make similar rule modifications if a transgender

10   participant is playing?                           02:20:39

11        MR. FRAMPTON:  Object to the form.

12        Go ahead.

13        THE WITNESS:  Can -- you can change a

14   sport -- you can change the rules of the sport any

15   way you want, but you can't do that without changing  02:20:50

16   the essence of the sport.

17   BY MR. BLOCK:

18     Q   Okay.  But are these rule changes for these

19   coed participation sports adequate, in your opinion,

20   to minimize safety concerns?                      02:21:05

21        MR. FRAMPTON:  Object to the form.

22        THE WITNESS:  I'm not sure I can speak to

23   adequate or not.  That implies that safety

24   guardrails can -- that there's an end to it, but --

25   restate your question, I'm sorry.                 02:21:36
```

Page 194

```
 1    BY MR. BLOCK:
 2       Q   I said, are these rule changes that you
 3    discuss in footnote 14, in your opinion, adequate --
 4    adequate to minimize safety risks from coed
 5    participation?                                      02:21:54
 6            MR. FRAMPTON:  Object to the form.
 7            THE WITNESS:  I believe that they -- I -- I
 8    would assume that in the leagues that use them, that
 9    they serve the purpose of risk reduction in those
10    leagues.  Not total risk reduction, relative risk   02:22:36
11    reduction.
12    BY MR. BLOCK:
13       Q   Is it ever possible to totally eliminate risk
14    from participating in contact or collision sports?
15       A   No, of course not.                           02:22:45
16       Q   But --
17       A   Well, yes.  By not playing.
18       Q   Okay.  So -- but -- so do you think sports
19    should be eliminated to eliminate the possibility of
20    risk?                                               02:23:01
21            MR. FRAMPTON:  Object to the form.
22            THE WITNESS:  Well, that's -- that's a
23    societal -- that's not why I was retained for this.
24    I was retained to speak to safety issues as exist in
25    sport, not whether a sport ought to continue.       02:23:20
```

Page 195

```
 1    BY MR. BLOCK:
 2       Q    What -- do you think there's safety risks
 3    involved when a -- a cisgender high school girl
 4    competes at -- competes on a football team with
 5    cisgender boys?                                    02:23:46
 6       A    Do I think that there are risks?  Is that
 7    what you said?
 8       Q    Are there risks to that cisgender girl.
 9       A    Well, if -- if -- if we're going to say that
10    there -- sports is not a zero sum risk, then any   02:23:59
11    participation involves some risk.
12       Q    Okay.  Well, do you think it's safe for a
13    high school girl to play tackle football with a high
14    school boy?
15           MR. FRAMPTON:  Object to the form.          02:24:16
16           THE WITNESS:  You want to specify that
17    question more or just leave it the way it is?
18    BY MR. BLOCK:
19       Q    I want -- do you think it's safe for a high
20    school girl to play tackle football with a high    02:24:29
21    school boy?
22           MR. FRAMPTON:  Same objection.
23           Go ahead.
24           THE WITNESS:  I think that there is
25    heightened risk for a high school girl to play     02:24:36
```

Page 196

```
 1    football with a high school boy; however, there's a
 2    couple of things to say about that.
 3         First of all, that individual can select
 4    certain positions that are going to reduce the risk
 5    more than others.  So, for instance, you might have    02:24:55
 6    somebody who kicks the ball off, who -- (technical
 7    difficulty).
 8         Second, in that case, it's an individual
 9    choosing to participate and assuming that risk.
10         But as to whether there is risk, yeah,           02:25:15
11    there's risk.
12    BY MR. BLOCK:
13       Q   Are you able to compare that risk to the risk
14    of 11-year-old boys and girls playing soccer
15    together?                                              02:25:27
16         MR. FRAMPTON:  Object to the form.
17         THE WITNESS:  Am I able to compare the risk
18    of a high school female playing football on a men's
19    team with 11-year-old boy and girls playing soccer
20    together?  Is that what you're asking?                 02:25:48
21    BY MR. BLOCK:
22       Q   That's what I'm asking.
23         MR. FRAMPTON:  Same objection.
24         THE WITNESS:  That's not something that's
25    been looked at.                                        02:25:57
```

Veritext Legal Solutions
866 299-5127

```
 1          If you're asking me whether there's a general

 2     increase in risk, I would say yes.

 3     BY MR. BLOCK:

 4       Q   An increase in risk for the football fact

 5     pattern?                                          02:26:13

 6          MR. FRAMPTON:  Object to the form.

 7          THE WITNESS:  That's not what you asked.

 8     BY MR. BLOCK:

 9       Q   Well, I'm just trying to understand what you

10     said at the end.                                  02:26:19

11          You said, If you're asking if it's a general

12     increase in risk, I'd say yes.

13          I just wanted to just clarify what you were

14     referring to at the end.

15       A   I'm not sure what you were asking.  So you   02:26:29

16     were asking whether --

17       Q   What's -- what's -- sorry, I -- I can clarify

18     my question.  Would that help?

19       A   Yes, I think so.

20       Q   Yeah, what's riskier, an 11-year-old girl    02:26:40

21     playing soccer with an 11-year-old boy or a

22     17-year-old girl playing football with a 17-year-old

23     boy?

24       A   Well, that's anecdote and --

25          MR. TRYON:  Objection.                        02:26:56
```

Page 198

```
1    BY MR. BLOCK:

2        Q   Go on.

3            MR. TRYON:  Go ahead.

4            THE WITNESS:  Me?  Okay.

5            That's anecdote.  And it's obviously going to   02:27:06

6    depend on this situation.

7            If you're comparing a high school placekicker

8    and that's all she does to two 11-year-olds where

9    there's wide discrepancy between a larger, faster

10   male and a smaller, slower female, then there's         02:27:28

11   going to be more risk in the soccer side of it.  If

12   you're comparing a high school female who's playing

13   linebacker, the risk might fall to the other side.

14   But those are hypotheticals around, again,

15   anecdotes, so...                                        02:27:51

16   BY MR. BLOCK:

17       Q   Isn't this whole -- isn't your expert report

18   all about hypotheticals and anecdotes?

19           MR. FRAMPTON:  Object to the form.

20           THE WITNESS:  I wouldn't say that they're        02:28:03

21   about anecdotes.  I would say that it's based on

22   modeling assumptions that -- informed by research

23   that speaks to a sex-based difference.

24   BY MR. BLOCK:

25       Q   And those same modeling assumptions would        02:28:24
```

                                                    Page 199

```
 1    allow you to compare the risks of 11-year-olds

 2    playing soccer together to 17-year-olds playing

 3    football together; right?

 4         MR. FRAMPTON:  Object to the form.

 5         THE WITNESS:  To your point, I look at --      02:28:44

 6    yes, the -- the -- the modeling risks apply to many

 7    different age categories.

 8    BY MR. BLOCK:

 9    Q    Is there any data at all on injuries to

10    cisgender prepubertal girls from playing with        02:29:09

11    cisgender prepubertal boys?

12    A    I'm not aware of that specifically, no.

13    Q    On page -- paragraph 78.  Let me know when

14    you're at paragraph 78.

15    A    Okay.                                           02:30:09

16    Q    Okay.  Paragraph 78, you say (as read):

17         "Of course there exists variation in

18         all these factors within a given

19         group of males or females.  However,

20         it is also true that within               02:30:17

21         sex-specific pools, size

22         differential is somewhat predictable

23         and bounded, even considering

24         outliers."

25         Did I read that right?                     02:30:25
```

Page 200

```
 1        A    Yes.

 2        Q    Okay.  So I think this goes back a little bit

 3    to our discussion from -- from before, having a

 4    larger cisgender woman on a girls' -- a woman's

 5    sports team is riskier to the other participants      02:30:43

 6    than having a smaller cisgender woman on that team;

 7    correct?

 8        A    I don't -- you're equating size to risk in a

 9    way that make it hard to answer that question.  You

10    haven't told me the sport.  You haven't told me the   02:31:18

11    other characteristics of the athletes.  So it could

12    run either way.

13             Injury risk is a net effect.  You could have

14    a -- well, I'll just leave it at that.

15        Q    Okay.  So you say size differential here, so  02:31:37

16    that's why I talked about size.

17             When you -- when you said it's also true that

18    within sex-specific pools, size differential is

19    somewhat predictable.

20             What point were you making when you said      02:31:51

21    that?

22        A    I -- I -- I suppose a more artful way to say

23    that would be physical attributes are somewhat --

24    or -- or performance-based attributes -- physical

25    and performance attributes are somewhat predictable   02:32:35
```

Page 201

1   and bounded.

2       Q    And so your concern about allowing

3   transgender women to participate on women's teams is

4   that you would be introducing athletes into the pool

5   that fall outside of the outer bounds that would          02:32:50

6   exist if it were just limited to cisgender women

7   athletes?

8           MR. FRAMPTON:  Objection --

9           THE WITNESS:  It --

10           MR. FRAMPTON:  -- to form.                        02:33:04

11   BY MR. BLOCK:

12       Q    Go ahead.

13       A    My concern would be that in -- in the

14   aggregate, there are more than any one -- there's

15   more than any one attribute that makes up a male,       02:33:12

16   and that taken as a whole, those attributes fall

17   outside the bounds of -- into the other pool.

18       Q    And is that going to be true for every

19   transgender woman?

20       A    I can't speak to how that would apply to any    02:33:38

21   given -- (technical difficulty) -- but from a

22   population standpoint, it would certainly hold true.

23       Q    So what if eligibility were limited to

24   transgender women whose physical attributes fell

25   within the -- the predictable and bounded range of      02:34:18

Page 202

```
 1    physical attributes for cisgender women, would that

 2    raise safety concerns?

 3         MR. FRAMPTON:  Object to the form.

 4         THE WITNESS:  There's problems, first of all,

 5    with measurement validity when we're talking about      02:34:33

 6    an unlimited -- kind of an unbounded list of

 7    biological categories.  So that's a problem.

 8         So I -- I don't -- I think there's an

 9    assumption underneath all of that that says that you

10    can kind of boil down a transgender and cisgender       02:34:49

11    female into the exact same categories, and I -- I

12    don't know that that's true.

13    BY MR. BLOCK:

14      Q   Do you know the effects of lowering

15    testosterone to levels of circulating testosterone      02:35:11

16    typical of women on all the various physiological

17    attributes that would play into the analysis of

18    safety?

19      A   That's an evolving area of study, and it

20    hasn't been completely studied yet, but the -- but      02:35:40

21    the -- the net effect of the studies that we do have

22    seem to tilt in the same direction, which is that

23    there is retained difference.

24      Q   In your report, you talk about internal risk

25    factors and external risk factors; correct?            02:36:32
```

                                                    Page 203

```
 1       A    Correct.

 2       Q    Okay.  And if you look at your report on --

 3   go to section -- on page 33, section VI.

 4       A    Are you talking about paragraph 57?

 5       Q    Yeah, yeah.  But I'm focusing on the headline   02:37:08

 6   "Enhanced Female Vulnerability to Certain Injuries,"

 7   right?  Do you see that?

 8       A    I see that.

 9       Q    Okay.  And then there's -- there's a

10   subsection A on concussions and a subsection B on       02:37:23

11   ACL tears.

12            Are the things discussed in this section an

13   example of internal risk factors?

14       A    Well, I -- you know, when you go back and you

15   look at the discussion around injury epidemiology,     02:37:45

16   I -- I think I make it clear that -- that those are

17   often blended.

18            And so in the case of both concussion and ACL

19   risk, there are -- there are innate things about the

20   female that seem to predispose them to those           02:38:04

21   injuries, but at the same time, those injuries can

22   be imparted by being struck, so...

23       Q    And are -- is there any data on the

24   susceptibility of transgender girls and women to

25   those injuries, you know, if they have had puberty     02:38:30
```

Page 204

```
 1    blockers followed by gender-affirming hormones?
 2           MR. FRAMPTON:  Object to the form.
 3           THE WITNESS:  I'm not aware of research
 4    specifically looking at the risk of a transgender
 5    female who's prepubertal to ACL risk or concussion    02:38:52
 6    risk.
 7           Did I say transgender prepu- -- pre- --
 8    prepubertal females?
 9    BY MR. BLOCK:
10      Q   I thought you did.  Or at least that's what I    02:39:16
11    understood.
12      A   I just wanted to clarify.
13      Q   So if you -- turn to page 4 in your report.
14      A   Okay.
15      Q   On the second -- the -- the -- you know,         02:39:47
16    actually, let's go to Exhibit 81.  So this is the
17    first white paper you -- you -- you made.  Page 3.
18    It's page 3 of Exhibit 81, on the -- the internal
19    pagination.
20      A   Okay.  I'm -- I'm there.                          02:40:09
21      Q   Okay.  So this paragraph, it says (as read):
22           "Unfortunately, apart from
23           World Rugby's careful review, the
24           public discourse is lacking any
25           careful consideration of the          02:40:31
```

Page 205

```
 1              question of safety.  As a physician

 2              who has spent my career caring for

 3              athletes, I find this silence about

 4              safety both surprising and

 5              concerning.  It is my hope through        02:40:39

 6              this white paper to equip and

 7              motivate sports leagues and policy

 8              makers to give adequate attention to

 9              the issue of safety for female

10              athletes."                                02:40:49

11         Did I read that right?

12    A    Yes, you did.

13    Q    Okay.  And does this white paper disclose

14  anywhere that you were hired to write it by ADF?

15         MR. FRAMPTON:  Object to the form.           02:41:04

16         THE WITNESS:  I don't think that that's in

17  there, no.

18  BY MR. BLOCK:

19    Q    Okay.  When -- when you say in the white

20  paper that you find the silence about safety both  02:41:18

21  surprising and concerning, when did you acquire that

22  opinion?

23    A    I imagine in the context of culling together

24  this material.

25    Q    So you didn't mean to say that you were just  02:41:43
```

Page 206

```
 1     a doctor listening to the discourse and just spurred
 2     into action organically by your surprising concern
 3     about the lack of discussion of safety?
 4          MR. FRAMPTON:  Object to the form.
 5          THE WITNESS:  Well, I think going back to        02:42:05
 6     what we were talking about earlier, I -- I -- you
 7     know, this -- this issue has become more prominent
 8     on the public radar, particularly over the last five
 9     years, and -- you know, so from the beginning, when
10     I was with AMSSM, you know, those conversations were  02:42:22
11     cropping up.
12          And as I said earlier, I had some concerns
13     about the issue of safety when it came to size
14     differential, but those concerns -- I -- I believe
15     that those concerns have been validated by review of  02:42:43
16     the available evidence in conjunction with my
17     experience as a physician.
18     BY MR. BLOCK:
19       Q   Going back to your -- your February 2022
20     report, on page 7.                                     02:43:11
21       A   Okay.
22       Q   So in this paragraph, you discuss various
23     sports that fall within your definition of contact
24     or collision, and I wanted to --
25       A   What -- what page are you on?                     02:43:41
```

Page 207

```
 1        Q    Page 7 of your February 22 report,

 2    Exhibit 80.

 3             Oh, no, I'm sorry --

 4        A    I'm not seeing that.

 5        Q    No, no, no, no.  I was looking at the wrong    02:43:57

 6    one, I apologize.  It was my -- my fault.

 7             This would then be page -- page 9 of your --

 8    of that one.

 9        A    Okay.

10        Q    So you're -- you're discussing here -- you're   02:44:21

11    listing various sports that fall within your

12    definition of collision and contact.

13        A    Uh-huh.

14        Q    And we have boxing, wrestling, rugby,

15    ice hockey, football, basketball.  And then we also    02:44:36

16    have mixed martial arts, field hockey, soccer,

17    rugby, lacrosse, volleyball, baseball and softball.

18             Do you think that the increased risk that you

19    talk about is equally present to the same degree in

20    all of these sports that you list?                     02:45:05

21        A    No, I wouldn't say that.

22        Q    Okay.  So there's some contact in collision

23    sports where there's a greater increased risk than

24    another contact in collision sports; right?

25        A    That's correct.                               02:45:17
```

Page 208

```
 1      Q    Which of these contact and collision sports

 2   do you think have the least degree of increased

 3   risk?

 4      A    Of the sports listed there, I would -- I -- I

 5   would qualify this and say -- you know, I would need    02:45:39

 6   to rely on epidemiological statistics, but I would

 7   guess that in terms of traumatic injury, volleyball

 8   is probably near the bottom.

 9           MR. BLOCK:  If you could just give me another

10   five minutes, I'll -- I'll just come back with any      02:46:21

11   remaining questions I have.

12           Can -- can we go off the record?

13           THE VIDEOGRAPHER:  We are off the record at

14   2:46 p.m., Central Time.

15           (Recess.)                                        02:56:18

16           THE VIDEOGRAPHER:  We are on the record at

17   2:56 p.m., Central Time.

18   BY MR. BLOCK:

19      Q    Okay.  So just a few more questions,

20   Dr. Carlson, but I won't keep you too much longer.      02:56:31

21           If you could go to -- oh, jeez.  I thought I

22   had the paper -- page -- this is it.  Page 28 of

23   your -- of Exhibit 80, your February 2022 report.

24      A    Page 28?

25      Q    Yeah.  Paragraph 49.                            02:57:09
```

Page 209

```
 1        A    Okay.
 2        Q    Just four lines down, you -- you say, in a
 3   parenthetical, that prime athletic years are ages 18
 4   to 29.
 5             Do you see that?                          02:57:43
 6        A    Yes.
 7        Q    Could you explain why those are the prime
 8   athletic years?
 9        A    Well, it's -- I don't recall offhand how I
10   came to include that in, so...  But looking at it,   02:58:04
11   it's roughly from the age of the end of puberty
12   through your third decade.  That makes sense to me.
13        Q    Why does it make sense to you that the prime
14   athletic years would begin roughly at the age of the
15   end of puberty?                                      02:58:25
16        A    We -- we've already spoken somewhat to the
17   effect of puberty on performance.
18        Q    So the -- the further along on -- you are on
19   puberty, the greater effect it will have on your
20   performance?                                         02:58:50
21        A    I -- I think that that term -- or that --
22   that phrase could be rephrased in -- in other ways.
23   Because obviously it depends on the sport; right?
24   So take gymnastics, for example, the prime years for
25   an Olympic gymnast are not going to fall in that     02:59:16
```

                                              Page 210

```
 1    range.
 2       Q   Do you think that a trans girl has an
 3    athletic advantage over a cisgender girl in girls'
 4    gymnastics?
 5       A   I have never --                          02:59:30
 6          MR. FRAMPTON:  Object to the form.
 7          Go ahead.
 8          THE WITNESS:  I have never considered that.
 9    BY MR. BLOCK:
10       Q   Well, sitting here, considering it now, can   02:59:40
11    you -- what's your opinion?
12       A   Do I think a trans girl has an advantage over
13    a cis girl in women's gymnastics?
14       Q   Yes.
15          MR. FRAMPTON:  Object to the form.         02:59:50
16          Go ahead.
17          THE WITNESS:  It would depend on the
18    apparatus that you're talking about, I suppose.  For
19    instance, assuming that that individual may have an
20    advantage in vault.  But again, you're -- we're   03:00:08
21    talking about anecdotal hypothesis about individuals
22    and not population, so -- you know, I -- I don't
23    know that I can really answer that question.
24    BY MR. BLOCK:
25       Q   Well, at a population level, do you think   03:00:26
```

Page 211

```
 1      transgender girls have an athletic advantage over

 2      cisgender girls in girls gymnastics?

 3             MR. FRAMPTON:  Same objection, form and

 4      scope.

 5             Go ahead.                              03:00:36

 6             THE WITNESS:  Certainly not all the way

 7      around, but there may be aspects of different events

 8      in gymnastics that they -- they may have a -- they

 9      may have some advantage within.

10      BY MR. BLOCK:                                 03:00:56

11         Q   So are you -- would you -- do you feel

12      confident in that answer?  I know I just asked you

13      to give it off the top of your head, so is that, you

14      know, an answer that you -- you feel sure about

15      or --                                         03:01:07

16         A   Well, that study -- that -- that has never

17      been looked at, as far as I'm aware, in a

18      peer-reviewed study, but to the extent that you're

19      making me answer it, I think I've given you an

20      answer.                                       03:01:20

21         Q   Okay.  If you could go to --

22         A   Sorry, I didn't hear you.

23         Q   No, sorry, I -- I -- I stopped my sentence

24      halfway through.

25             If you can go to page 59.              03:01:47
```

Page 212

```
1        A   Okay.

2        Q   Okay.  So in the second sentence of that

3    paragraph, you say (as read):

4            "While, as I have noted, some

5            biological males have indeed              03:02:20

6            competed in a variety of girls' and

7            women's contact sports, the numbers

8            up till now have been small."

9            Excuse me.

10           "But recent studies have reported          03:02:31

11           very large increases in the number

12           of children and young people

13           identifying as transgender compared

14           to historical experience.  For

15           example, an extensive survey of 9th        03:02:39

16           and 11th graders in Minnesota found

17           that 2.7% identified as transgender

18           or gender-nonconforming—— well over

19           100 times historical rates..."

20           And you cite that to Rider 2018 for that.   03:02:54

21           Did I read that right?

22       A   I believe so.

23       Q   Okay.  Well, first of all, are you aware of

24   any statistics about the number of people

25   identifying as transgender in West Virginia?      03:03:07
```

Page 213

```
 1      A    I believe I have read at some point in time

 2    that the percentage of transgender-identifying

 3    people in West Virginia is high to the national

 4    average.

 5      Q    Okay.  How about transgender youth?        03:03:26

 6      A    I -- I can't remember if what I read was

 7    specific to transgender youth or not.

 8      Q    And do you know whether any transgender girl

 9    besides the plaintiff in this case has ever competed

10    in girls or women's sports in West Virginia?       03:03:42

11      A    Again, I couldn't speak to that.

12      Q    Okay.  So --

13      A    I was -- I wasn't retained for that, so I

14    don't know.

15      Q    So this -- this study by Rider 2018, in     03:03:52

16    Minnesota, do you know what percentage of the

17    2.7 percent of students in that study identified as

18    transgender as opposed to gender nonconforming?

19      A    I don't recall that, no.

20      Q    Okay.  Do you recall ever looking it up?    03:04:19

21      A    I'm sure at -- at some point I did look it

22    up, but I don't recall what the number is.

23         MR. BLOCK:  Okay.  So if you could check your

24    inbox -- I mean, exhibit box, Exhibit 85.  We can

25    look at it together.  Let me know when you see it.  03:04:57
```

Page 214

```
 1              (Exhibit 85 was marked for identification

 2          by the court reporter and is attached hereto.)

 3              THE WITNESS:  I said I have it up.

 4      BY MR. BLOCK:

 5          Q   Okay.  Great.  Could you go to page 2.      03:05:20

 6          A   I'm there.

 7          Q   Okay.  So if you -- just scroll down to --

 8      just -- actually, you don't even have to scroll

 9      down.  The second sentence on page 2, where it

10      describes -- it begins with "gender nonconforming."  03:05:41

11          A   Yes.

12          Q   Okay.  So page -- so this sentence says (as

13      read):

14              "Gender nonconforming describes

15              individuals whose gender expression       03:05:54

16              does not follow stereotypical

17              conventions of masculinity and

18              femininity and who may or may not

19              identify as transgender."

20              Do you see that?                          03:06:04

21          A   Yes, I see that.

22          Q   Okay.  Do you think that -- to the extent

23      that the study is talking about gender nonconforming

24      people, do you think it's still relevant to

25      assessing an increase in transgender people       03:06:17
```

Veritext Legal Solutions
866 299-5127

```
 1    participating in girls and women's sports?

 2          MR. FRAMPTON:  Object to the form.

 3          THE WITNESS:  I -- the definition that you

 4    just read for me is not the same thing as a

 5    transgender individual as you've defined it.        03:06:38

 6    BY MR. BLOCK:

 7      Q   Okay.  Now, if you go to -- if you go to the

 8    first page of the study, for the abstract, if you go

 9    to "Results."

10      A   Yes, I see that.                              03:07:17

11      Q   So it says (as read):

12          "We found that students who are TGNC

13           reported significantly poorer

14           health, lower rates of preventative

15           health checkups, and more nurse            03:07:26

16           office visits than cisgender youth.

17          Do you see that?

18      A   I do see that.

19      Q   All right.  As a general matter, at a

20    population level, if a group of folks reports        03:07:38

21    significantly poorer health than a control group, is

22    that usually a sign of athletic advantage?

23          MR. FRAMPTON:  Object to the form.

24          Go ahead.

25          THE WITNESS:  That's so far removed from      03:07:55
```

Page 216

```
 1    specifics of athletic advantage that I don't know

 2    that I can answer that, what -- what -- what plays

 3    into poorer health.

 4    BY MR. BLOCK:

 5       Q   Okay.  Well, do -- do you think that having a    03:08:15

 6    poor -- poorer health -- well, what connection do

 7    you have -- do you see, if any, between, you know,

 8    someone having poorer health and being a good

 9    athlete?

10          MR. FRAMPTON:  Object to the form.              03:08:35

11          THE WITNESS:  Again, I -- I think without

12    knowing how poorer health is defined here, I

13    hesitate to answer that question.

14    BY MR. BLOCK:

15       Q   Okay.  Well, is it fair to say that there are   03:08:47

16    a variety of ways in which, at a population level,

17    the -- the health of transgender girls and women may

18    be different than the health of cisgender boys and

19    men?

20          MR. FRAMPTON:  Same objection.                  03:09:10

21          THE WITNESS:  Again, I'm a board-certified

22    sports medicine physician, I'm not an

23    endocrinologist, and you're asking questions about

24    population distinctions between transgender and

25    cisgender individuals.  I don't know that I was       03:09:24
```

Page 217

```
 1    retained to ask -- answer those questions.

 2    BY MR. BLOCK:

 3       Q   So -- so you can't offer an expert opinion on

 4    how similar or dissimilar transgender girls and

 5    women are to cisgender boys and men --              03:09:43

 6           MR. FRAMPTON:  Object to --

 7           THE WITNESS:  I didn't --

 8           MR. FRAMPTON:  -- the form.

 9           THE WITNESS:  -- say that.  You were asking

10    me about their population -- the reflection of       03:09:53

11    overall health on that population versus cisgender.

12           Is that what you're asking me?

13    BY MR. BLOCK:

14       Q   Well, I asked you that, and then I asked you

15    another question, which is, you know, the basis for  03:10:10

16    your expert opinion opining on the similarities

17    between cisgender girls and women -- excuse me.  I

18    was asking the basis for your expert opinion opining

19    on the similarities between transgender girls and

20    women and cisgender boys and men.                    03:10:27

21       A   Between trans- --

22           MR. FRAMPTON:  Object to the form.

23           Go ahead.

24           THE WITNESS:  Between transgender boys and

25    women, is that what you said?                        03:10:39
```

Page 218

```
 1    BY MR. BLOCK:

 2       Q    Transgender girls and women compared to

 3    cisgender boys and men.  What's the basis of your

 4    expertise in drawing a comparison between those two

 5    groups of people?                                   03:10:52

 6       A    So you're talking about trans women --

 7       Q    Yes.

 8       A    -- or trans men?

 9       Q    Sorry, I'm talking about trans girls and

10    women and cis --                                    03:11:01

11       A    Can you rephrase --

12       Q    -- boys and men --

13       A    -- the question because I'm not sure -- I

14    want to understand what you're saying.

15       Q    Yeah.  People assigned a male sex assigned at  03:11:09

16    birth who have female gender identities are the

17    people I'm referring to as trans girls and women.

18       A    Okay.

19       Q    And my question is, do you have any expert

20    basis to opine on how similar that group of people   03:11:30

21    are to cisgender boys and men?

22            MR. FRAMPTON:  Object to the form.

23            Go ahead.

24            THE WITNESS:  Yes, I do.

25    ///
```

Page 219

```
 1    BY MR. BLOCK:

 2        Q    And what -- what is that expert basis?  What

 3    is the basis for that expert opinion?

 4        A    I'm a board-certified sports medicine

 5    physician, and I can speak to the safety issues        03:11:53

 6    involved with these two populations.

 7        Q    But are you -- you don't -- what information

 8    do you have about the -- you know, the -- the health

 9    and physical profile of transgender girls and women?

10            MR. FRAMPTON:  Object to the form.            03:12:12

11            THE WITNESS:  I think I told you that, A, I

12    was retained to speak to the issues around these

13    populations that deal with sports safety.

14    BY MR. BLOCK:

15        Q    And -- okay.  So what's the basis of your    03:12:42

16    ability to render an expert opinion, though?

17            MR. FRAMPTON:  Object to the form.

18            Go ahead.

19            THE WITNESS:  Sure, I understand the

20    question.  I'm sorry.                                  03:12:55

21            I -- I'm not sure how that relates to what

22    we're looking at here.

23    BY MR. BLOCK:

24        Q    Sure.  Sure.  And I -- I -- I won't keep you

25    too much longer.                                       03:13:06
```

Page 220

```
 1          I understand everything you've opined on in

 2    your report about cisgender boys and men and their

 3    differences between cisgender girls and women.  You

 4    know, this case is about transgender girls and women

 5    and that population, you would agree, is different     03:13:26

 6    in some ways, at least, from cisgender boys and men;

 7    right?

 8          MR. FRAMPTON:  Object to the form.

 9          Go ahead.

10          THE WITNESS:  There aren't population-level      03:13:35

11    studies that have really looked at that.  You can --

12    so I don't know that we can say that.

13    BY MR. BLOCK:

14       Q   So without population studies that have

15    looked at transgender girls and women, we can't say   03:13:57

16    whether they are the same as cisgender boys and men;

17    right?

18          MR. FRAMPTON:  Object to the form.

19          THE WITNESS:  Are you saying that -- are you

20    asking if there are baseline characteristic           03:14:18

21    differences between transgender women and cisgender

22    women?

23    BY MR. BLOCK:

24       Q   Sure.  That's one of them.  Sure, yes.  No,

25    no, no, no.  No.  I'm asking between transgender      03:14:35
```

Page 221

```
 1    women and cisgender men.

 2          Are there baseline differences between

 3    transgender women and cisgender men?

 4       A   We don't have good studies that were designed

 5    to look at large populations to answer baseline     03:14:51

 6    questions.  We have inferences we can make about

 7    certain studies.  That's it.

 8       Q   Okay.

 9          MR. BLOCK:  All right.  Thank you,

10    Dr. Carlson.  That's all the questions I have.      03:15:02

11          THE WITNESS:  Thank you.

12          THE VIDEOGRAPHER:  Any other questions?

13          MR. TRYON:  This is Dave --

14          THE VIDEOGRAPHER:  Okay.

15          MR. TRYON:  This is Dave Tryon from the State  03:15:13

16    of West Virginia.  I -- I have no questions for the

17    witness.

18          MR. CROPP:  This is Jeffrey Cropp for the

19    defendants Harrison County Board of Education and

20    Superintendent Dora Stutler.  I have no questions.   03:15:24

21          MS. MORGAN:  This is Kelly Morgan on behalf

22    of the West Virginia Board of Education and

23    Superintendent Burch.  I have no questions.

24          Thank you very much.

25          MS. GREEN:  This is Roberta Green on behalf    03:15:36
```

Page 222

```
 1    of WVSSAC.  I have no questions.

 2            Thank you.

 3            THE VIDEOGRAPHER:  We are off the record

 4    at --

 5            MR. FRAMPTON:  Hang on.  Hang on.  Hang on.    03:15:50

 6    Hang on.

 7            I have -- I think I've got probably one just

 8    to follow-up on Mr. Block's last question.

 9            Dr. Carlson, do we have information on

10    whether there are retained physical advantages when    03:16:04

11    people undergo a transition from -- undergo a

12    transition from male to female?

13            MR. BLOCK:  Objection to form.

14            THE WITNESS:  Yes.

15            MR. FRAMPTON:  Okay.  That's all I had.         03:16:19

16            MR. BLOCK:  All right.  So I have another

17    question.

18    BY MR. BLOCK:

19       Q    What -- can you please describe the studies

20    that we have that provide information that form the     03:16:36

21    basis of your answer to counsel's question?

22       A    Retained differences in -- well, the Roberts

23    study, for one.  The Roberts study showed retained

24    differences in speed.

25       Q    Are there any others?                          03:17:12
```

Page 223

1      A    There are -- there are studies that look at

2    retained differences in -- in muscle mass and -- so

3    the Wiik study.

4      Q    And we don't --

5      A    Many of these are cited in my report.          03:17:51

6      Q    And -- and we don't have any studies on the

7    differences between transgender girls and women and

8    cisgender boys and men before transition, do we?

9          MR. FRAMPTON:  Object to the form.

10         Go ahead.                                         03:18:08

11         THE WITNESS:  Say that one more time.

12   BY MR. BLOCK:

13     Q    We don't have any studies on the differences

14   between transgender girls and women and cisgender

15   boys and men before transition, do we?              03:18:16

16         MR. FRAMPTON:  Same objection.

17         Go ahead.

18         THE WITNESS:  I don't believe -- again, I

19   can't recall if the Klaver study made that

20   comparison, so I'd have to go back and look at it.   03:18:46

21         MR. BLOCK:  No further questions.

22         THE VIDEOGRAPHER:  Anyone else?

23         MR. FRAMPTON:  I don't have anything further.

24         THE VIDEOGRAPHER:  We are off the record at

25   3:19 p.m., Central Time.  This completes today's    03:19:02

Page 224

1    deposition of Dr. Chad Carlson.

2          The total number of media units used was

3    eight and will be retained by Veritext Legal

4    Solutions.

5                    (TIME NOTED:  3:19 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  225