# Exhibit 33



Team Results Management

# Mountain Hollar MS Invitational  MS

72 Followers    Sign In to Follow

 OFFICIAL    Thu, Sep 2, 2021    📍 University High School

← Womens 3,200 Meters Junior Varsity

All Grades ▾   All Teams ▾   All Divisions ▾   ⚙ Other Filters ▾   ✏ Highlighter

## Team Spread ▾

Spread between runners on each te…

06:00
04:00
02:00
00:00

First Athlete   1 ▾    Last Athlete   5 ▾

## Official Team Scores   —

| 1. | Suncrest | 29 |
| 2. | South (Morgantown) | 39 |
| 3. | Mountaineer (Morgantown) | 78 |
| 4. | Bridgeport | 99 |

| # | Gr | Athlete | Time | Team |
|---|---|---|---|---|
| 1. | 8 | Stella Bleech | 15:54.3 | South (Morgantown) |
| 2. | 8 | Chloe Sickles | 16:00.4 | South (Morgantown) |
| 3. | 6 | Emma Zhou | 16:12.8 | Suncrest |
| 4. | 7 | Janie Gilchrest | 16:14.5 | Suncrest |
| 5. | 8 | Mia McCutcheon | 16:19.7 | Suncrest |
| 6. | 7 | Linsey Kramer | 16:41.3 | East Fairmont |
| 7. | 8 | Maliah Dalton | 16:41.8 | South (Morgantown) |
| 8. | 7 | Maddie Fritsch | 16:48.6 | Mountaineer (Morgantown) |
| 9. | 6 | JJ Monroy | 16:53.8 | Suncrest |
| 10. | 7 | Paige Snyder | 16:55.4 | East Fairmont |
| 11. | 7 | Olivia Lupo | 17:00.9 | Suncrest |
| 12. | 6 | Chelsea Payne | 17:02.9 | Braxton County |
| 13. | 7 | Graylee Linville | 17:09.8 | Bridgeport |
| 14. | 7 | Lauren Krantz | 17:10.6 | Suncrest |
| 15. | 7 | Elizabeth Esposito | 17:11.9 | Suncrest |
| 16. | 7 | Ayla McCasi | 17:13.9 | South (Morgantown) |
| 17. | 7 | Kylie Cline | 17:20.7 | Covenant Christian |
| 18. | 8 | Miley Dong | 17:21.8 | Suncrest |
| 19. | 8 | Adrienne Reger | 17:25.3 | Mountaineer (Morgantown) |
| 20. | 7 | Grayson Martucci | 17:27.8 | Suncrest |
| 21. | 6 | Anna Houde | 17:32.8 | Suncrest |
| 22. | 6 | Emma Kniceley-See | 17:34.4 | Bridgeport |
| 23. | 6 | Kelea Anderson | 17:38.3 | Suncrest |
| 24. | 6 | Maria Strager | 17:41.9 | Mountaineer (Morgantown) |
| 25. | 7 | A. Monroe | 17:49.4 | Suncrest |
| 26. | 8 | Allie Myers | 17:49.6 | Suncrest |
| 27. | 8 | Brynn Lewis | 18:01.1 | Suncrest |
| 28. | 8 | Emily McDonald | 18:12.6 | South (Morgantown) |
| 29. | 8 | Samantha Zizzi | 18:16.1 | South (Morgantown) |
| 30. | 6 | Arianna Howell | 18:17.7 | South (Morgantown) |
| 31. | 8 | Anna McBee | 18:25.3 | Mountaineer (Morgantown) |
| 32. | 6 | Maggie Bailey | 18:30.3 | Suncrest |
| 33. | 8 | Avery Dickerson | 18:33.8 | South (Morgantown) |
| 34. | 6 | Elaina Beard | 18:42.9 | South (Morgantown) |
| 35. | 8 | Nataline Wolfe | 18:54.2 | Mountaineer (Morgantown) |
| 36. | 6 | Braydan Whitesel | 18:59.8 | Braxton County |
| 37. | 8 | Maya Ramsey-Murry | 19:06.3 | Suncrest |
| 38. | 7 | Hannah Staley | 19:28.2 | Suncrest |
| 39. | 6 | Emily Liu | 19:53.9 | Suncrest |
| 40. | 7 | Maria Abelsayed | 20:00.9 | Suncrest |

| | | | | |
|---|---|---|---|---|
| 41. | 7 | Zuzanna Michalski | 20:14.3 | Mountaineer (Morgantown) |
| 42. | 7 | Addison Berg | 20:28.6 | Covenant Christian |
| 43. | 8 | Payton Janssen | 20:43.7 | Bridgeport |
| 44. | 6 | Rylee Lemley | 20:52.8 | Mountaineer (Morgantown) |
| 45. | 6 | Sara Minchau | 20:54.5 | Mountaineer (Morgantown) |
| 46. | 0 | Brigid Wilson | 20:56.9 | Suncrest |
| 47. | 7 | Ashlyn Poach | 21:42.5 | St. Francis Central Catholic |
| 48. | 6 | Margaret (Maggie) Cable | 21:46.1 | Bridgeport |
| 49. | 6 | Claire Jones | 22:02.3 | South (Morgantown) |
| 50. | 6 | Alden Owen | 22:24.4 | St. Francis Central Catholic |
| 51. | 6 | Becky Pepper-Jackson | 22:33.9 | Bridgeport |
| 52. | 8 | Faith Noss | 22:42.7 | Central Preston |
| 53. | 7 | Caitlin Murray | 22:55.7 | Bridgeport |
| 54. | 7 | Alexis Thomas | 22:55.9 | South (Morgantown) |
| 55. | 7 | Elsa Meyer | 23:48.1 | Suncrest |
| 56. | 8 | Shea Lingo | 23:52.8 | Suncrest |
| 57. | 8 | Macy Giles | 24:12.1 | South (Morgantown) |
| 58. | 7 | Lilah Allison | 24:23.5 | Suncrest |
| 59. | 6 | Peyton Ice | 24:34.7 | East Fairmont |
| 60. | 7 | Elizaveta Abbitt | 24:51.2 | St. Francis Central Catholic |
| 61. | 8 | Keirston Pugh | 24:55.9 | Bridgeport |
| 62. | 7 | Olivia Markley | 25:03.8 | East Fairmont |
| 63. | 7 | Baylee Yost | 25:29.2 | Suncrest |
| 64. | 7 | Amelia Fisher | 26:47.8 | Mountaineer (Morgantown) |
| 65. | 6 | Emma Sherwin | 26:50.2 | Mountaineer (Morgantown) |
| 66. | 6 | Havanna Davis | 30:26.8 | Suncrest |

2022 RunnerSpace.com                                                                                    2022 Athletic.net - All rights reserved