# Exhibit 34



Team Results Management

# Doddridge Invitational  MS

0 Followers   Sign In to Follow

OFFICIAL    Thu, Sep 16, 2021   Doddridge County Park

## Womens 3,000 Meters Middle School

All Grades ▼   All Teams ▼   All Divisions ▼   ☰ Other Filters ▼   ✎ Highlighter

### Official Team Scores

| | | |
|---|---|---|
| 1. | Pleasants County | 61 |
| 2. | Braxton County | 76 |
| 3. | East Fairmont | 110 |
| 4. | Tyler Consolidated | 122 |
| 5. | Warren Local | 138 |
| 6. | Mountaineer (Clarksburg) | 166 |
| 7. | Taylor County | 197 |
| 8. | West Fairmont | 210 |
| 9. | Bridgeport | 213 |
| 10. | Wirt County | 273 |
| 11. | Buckhannon-Upshur | 281 |
| 12. | Ritchie County | 286 |
| 13. | Washington Irving | 320 |
| 14. | Lincoln | 385 |
| 15. | Westwood | 427 |

### 📊 Charts & Hypothetical Scores

Did you know meets hosted by ⭐ Site Supporters display additional analysis tools?

Are you a meet host? Learn About Supporter Benefits

| # | Gr | Name | Time | Team |
|---|---|---|---|---|
| 1. | 7 | Anna Bennett | 12:00.24 | Pleasants County |
| 2. | 8 | Kailee Haymond | 12:31.40 | East Fairmont |
| 3. | 8 | Addison Lloyd | 12:59.85 | Braxton County |
| 4. | 7 | Makenna Martin | 13:13.89 | Tyler Consolidated |
| 5. | 8 | Tillie Cinalli | 13:20.28 | West Fairmont |
| 6. | 8 | Bailey Pritt | 13:25.51 | Braxton County |
| 7. | 7 | Marley Sias | 13:25.77 | Doddridge County |
| 8. | 7 | Maddie Smith | 13:33.78 | Pleasants County |
| 9. | 6 | Annabelle Skidmore | 13:34.41 | East Fairmont |
| 10. | 7 | Julia Angiulli | 13:37.77 | Mountaineer (Clarksburg) |
| 11. | 8 | Bentlee Williams | 13:39.15 | Ritchie County |
| 12. | 6 | Avry Bennett | 13:41.59 | Pleasants County |
| 13. | 8 | Kaitlyn Key | 13:45.11 | Mountaineer (Clarksburg) |
| 14. | 7 | Mackinzey Budner | 13:46.29 | Braxton County |
| 15. | 7 | Maddy Cox | 13:47.57 | Tyler Consolidated |
| 16. | 7 | Ella Egidi | 13:50.85 | West Fairmont |
| 17. | 8 | Sophia Austin | 14:03.10 | Taylor County |
| 18. | 8 | Kaelyn Robinson | 14:04.38 | Wirt County |
| 19. | 6 | Mariah Whitlock | 14:06.40 | Pleasants County |
| 20. | 8 | Hollyn Reed | 14:07.19 | Warren Local |
| 21. | 8 | Sophie Stuck | 14:10.78 | East Fairmont |
| 22. | 6 | Hayden Henderson | 14:13.00 | Bridgeport |
| 23. | 8 | Payton Trent | 14:14.16 | Doddridge County |
| 24. | 8 | Ashley McBrayer | 14:25.36 | Bridgeport |
| 25. | 7 | Leah Payne | 14:29.83 | Braxton County |
| 26. | 7 | Savana Burd | 14:33.84 | Pleasants County |
| 27. | 8 | Abby Whited | 14:40.57 | Warren Local |
| 28. | 7 | Aslee Pate | 14:43.89 | Warren Local |
| 29. | 7 | Madison Altman | 14:52.44 | Washington Irving |
| 30. | 7 | Lily Dillaman | 15:05.31 | Tyler Consolidated |
| 31. | 8 | Brea Lathon | 15:15.32 | Mountaineer (Clarksburg) |
| 32. | 7 | Camryn Westbrook | 15:16.49 | Tyler Consolidated |
| 33. | 6 | Reece Carpenter | 15:17.18 | Braxton County |
| 34. | 8 | Natalee Cartwright | 15:18.76 | Taylor County |
| 35. | 7 | Suzanna Whipkey | 15:19.69 | Warren Local |

| # | Gr | Name | Time | Team |
|---|---|---|---|---|
| 36. | 7 | Kylie Cline | 15:20.97 | Covenant Christian |
| 37. | 6 | Madison Knabenshue | 15:21.68 | Buckhannon-Upshur |
| 38. | 8 | Cate Edgell | 15:25.72 | Warren Local |
| 39. | 8 | Cassidy McCarthy | 15:29.05 | Warren Local |
| 40. | 7 | Avery Moore | 15:30.57 | West Fairmont |
| 41. | 7 | Paige Snyder | 15:31.35 | East Fairmont |
| 42. | 6 | Natalie Beltner | 15:36.94 | Taylor County |
| 43. | 8 | Annika Shuman | 15:39.36 | Mountaineer (Clarksburg) |
| 44. | 7 | Nevaeh Bolin | 15:40.56 | Ritchie County |
| 45. | 7 | Piper Woofter | 15:41.55 | East Fairmont |
| 46. | 6 | Liza Saas | 15:43.62 | Washington Irving |
| 47. | 8 | Absidee Carpenter | 15:45.71 | East Fairmont |
| 48. | 7 | Ryleigh Bills | 15:46.26 | East Fairmont |
| 49. | 6 | Andi Fiber | 15:49.01 | Tyler Consolidated |
| 50. | 6 | Addison Sole | 15:52.64 | Taylor County |
| 51. | 6 | Addi McGrady | 15:53.95 | Pleasants County |
| 52. | 8 | Lauren Pritt | 15:54.66 | Braxton County |
| 53. | 7 | Audrey Duckworth | 15:57.28 | Braxton County |
| 54. | 7 | Savannah Holden | 15:58.87 | South Harrison |
| 55. | 8 | Chloe Marsh | 15:59.26 | Bridgeport |
| 56. | 8 | Issabella Speece | 16:00.13 | Wirt County |
| 57. | 6 | Haley Woody | 16:12.03 | Buckhannon-Upshur |
| 58. | 7 | Jenna Willey | 16:12.53 | Lincoln |
| 59. | 8 | Lilly Haught | 16:18.77 | Tyler Consolidated |
| 60. | 6 | LenaRose Walker | 16:21.19 | Buckhannon-Upshur |
| 61. | 8 | Olivia Pursley | 16:24.74 | Wirt County |
| 62. | 7 | Linsey Kramer | 16:27.30 | East Fairmont |
| 63. | 6 | Destinee Gray | 16:31.57 | Pleasants County |
| 64. | 6 | Olivia Kimball | 16:32.52 | Pleasants County |
| 65. | 7 | Jordyn McIntyre | 16:40.49 | Bridgeport |
| 66. | 6 | Emma Kniceley-See | 16:40.90 | Bridgeport |
| 67. | 8 | Grace Dearth | 16:46.01 | Warren Local |
| 68. | 7 | Adalyn Moreland | 16:47.91 | Warren Local |
| 69. | 6 | Emma Ahmed | 16:50.77 | Bridgeport |
| 70. | 7 | Peyton Stevens | 16:51.80 | Taylor County |
| 71. | 8 | Lily Cross | 16:52.96 | Wirt County |
| 72. | 6 | Chelsea Payne | 16:56.79 | Braxton County |
| 73. | 6 | Isabella Eddy | 16:58.08 | Lincoln |
| 74. | 7 | Jahna Brown | 16:59.20 | Tyler Consolidated |
| 75. | 7 | Anya Morehead | 17:02.83 | Buckhannon-Upshur |
| 76. | 7 | Rania Singh | 17:03.24 | Warren Local |
| 77. | 6 | Anna Wycoff | 17:05.47 | East Fairmont |
| 78. | 7 | Avery Kessler | 17:13.69 | South Harrison |
| 79. | 7 | Zoey Bunner | 17:20.92 | Ritchie County |
| 80. | 8 | Kenna Keener | 17:25.26 | Taylor County |
| 81. | 7 | Lauren Brown | 17:25.54 | South Harrison |
| 82. | 6 | MillieCate Currey | 17:25.73 | Bridgeport |
| 83. | 6 | Chloe Lewis | 17:25.91 | Buckhannon-Upshur |
| 84. | 8 | Kamryn Watkins | 17:26.10 | Westwood |
| 85. | 7 | Brooklyn Davis | 17:26.62 | Pleasants County |
| 86. | 7 | Ayla Lilly | 17:36.60 | West Fairmont |
| 87. | 7 | Graylee Linville | 17:39.26 | Bridgeport |
| 88. | 6 | Colleen Freed | 17:41.70 | Ritchie County |
| 89. | 6 | Isabella Bowers | 17:48.16 | Buckhannon-Upshur |
| 90. | 7 | Rayonna Cain | 17:50.94 | Mountaineer (Clarksburg) |
| 91. | 7 | Autumn Cecil | 17:52.63 | Pleasants County |
| 92. | 6 | Ciarra Spring | 17:53.10 | Taylor County |
| 93. | 7 | Adreona Moore | 17:55.20 | Washington Irving |
| 94. | 7 | Annelise Mace | 18:01.32 | Bridgeport |
| 95. | 8 | Paiton Thompson | 18:05.51 | Bridgeport |
| 96. | 8 | Novalee Bennett | 18:06.60 | Braxton County |
| 97. | 8 | Bella Casto | 18:11.22 | Westwood |
| 98. | 6 | Alexis Buffey | 18:15.84 | West Fairmont |
| 99. | 6 | Lyla Garcia | 18:30.05 | West Fairmont |
| 100. | 6 | Reagan Sturgeon | 18:41.15 | Pleasants County |
| 101. | 7 | Olivia Roberts | 18:44.28 | Tyler Consolidated |
| 102. | 7 | Sophia Fox | 18:47.12 | Buckhannon-Upshur |
| 103. | 8 | Cynthia Wigel | 19:10.95 | Wirt County |
| 104. | 7 | Emily Brackman | 19:15.00 | Washington Irving |
| 105. | 7 | Addison Berg | 19:27.35 | Covenant Christian |
| 106. | 8 | Payton Janssen | 19:35.99 | Bridgeport |
| 107. | 7 | Kate Urso | 19:37.61 | Notre Dame |
| 108. | 8 | Regan Hardway | 19:42.54 | West Fairmont |
| 109. | 6 | Katrina Guthrie | 19:46.20 | Lincoln |
| 110. | 6 | Margaret (Maggie) Cable | 19:49.23 | Bridgeport |
| 111. | 6 | Ainsley Alexander | 19:54.42 | Taylor County |
| 112. | 6 | Alyena Mcle | 19:57.22 | Buckhannon-Upshur |
| 113. | 6 | Kaitlin Davis | 19:57.95 | Buckhannon-Upshur |
| 114. | 8 | Jacelyn Niethamer | 20:19.84 | Westwood |
| 115. | 8 | Ava Scolapio | 20:34.53 | Washington Irving |
| 116. | 8 | Erika Church | 20:35.32 | Lincoln |
| 117. | 8 | Giana Armistead | 20:39.78 | West Fairmont |
| 118. | 6 | Amelia Weekley | 20:44.27 | Pleasants County |
| 119. | 7 | Marley Rider | 21:00.11 | West Fairmont |
| 120. | 8 | Natalie Klemm | 21:03.86 | Warren Local |
| 121. | 7 | Bella Allen | 21:10.10 | Pleasants County |
| 122. | 8 | Breanna Cutright | 21:14.63 | Mountaineer (Clarksburg) |
| 123. | 6 | Becky Pepper-Jackson | 21:50.47 | Bridgeport |

| | | | |
|---|---|---|---|
| 124. | 7 Olivia Markley | 21:57.35 | East Fairmont |
| 125. | 7 Claire McElwayne | 22:01.21 | Notre Dame |
| 126. | 7 Mercy Frase | 22:02.14 | South Harrison |
| 127. | 6 Makinsey Jeffers | 22:02.35 | Pleasants County |
| 128. | 8 Keirsten Pugh | 22:06.93 | Bridgeport |
| 129. | 6 Heaven Pittman | 22:09.28 | Tyler Consolidated |
| 130. | 6 Annaleigh Pierce | 22:10.80 | Lincoln |
| 131. | 7 Caitlin Murray | 22:25.51 | Bridgeport |
| 132. | 8 Ali Wilfong | 22:27.85 | Taylor County |
| 133. | 6 Raley Cochran | 22:42.76 | Lincoln |
| 134. | 6 Peyton Ice | 22:46.22 | East Fairmont |
| 135. | 6 Taylor Krolick | 23:11.16 | Ritchie County |
| 136. | 8 Autumn Wolfe | 23:18.39 | Westwood |
| 137. | 8 Kate Gaines | 23:26.56 | Westwood |
| 138. | 6 MaraBeth Hines | 23:49.05 | Buckhannon-Upshur |
| 139. | 6 Jordan Cox | 23:55.91 | Taylor County |
| 140. | 6 Arabella Jones | 24:06.51 | Taylor County |
| 141. | 7 Cailee Singh | 24:24.88 | Lincoln |
| 142. | 6 Haley Cross | 24:54.03 | Wirt County |
| 143. | 8 Elizabeth Conley | 25:08.96 | Washington Irving |
| 144. | 8 Andrea Huffman | 25:16.94 | Ritchie County |
| 145. | 6 Skylar Hayes | 25:36.46 | Lincoln |
| 146. | 8 Aaliyah Dodrill | 25:40.69 | Lincoln |
| 147. | 6 Lillie Nardella | 27:40.92 | Notre Dame |
| 148. | 6 Bella Yates | 28:48.53 | Bridgeport |
| 149. | 6 Zoe Fisher | 29:16.46 | Tyler Consolidated |
| 150. | 6 Sierra Perdue | 30:00.69 | Wirt County |



2022 RunnerSpace.com                                                                                                                    2022 Athletic.net - All rights reserved