# Exhibit 37

**Sarah Stewart**
Government Affairs Counsel
Superintendent's Office



**West Virginia** DEPARTMENT OF
**EDUCATION**

1900 Kanawha Boulevard, East
Charleston, WV 25305-0330
304.558.2691 t
304.558.0045 f
304.807.6040 c
wvde.us

f | i · YT

The information contained in this e-mail message may be confidential or otherwise exempt from public disclosure and is for the intended recipient only. Any unauthorized use, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us by return email and delete the original message.

**From:** Melissa White <Melissa.White@wvhouse.gov>
**Sent:** Monday, March 15, 2021 9:44 AM
**To:** Sarah Stewart <sarah.a.stewart@k12.wv.us>
**Subject:** FW: Transgender participation in secondary schools bill

[EXTERNAL SENDER]: Do not click links, open attachments or reply to this email unless you recognize the sender and know the content is safe.

Sarah,

Per our discussion.

Thank you,
Melissa

Melissa J. White
Chief Counsel
Committee on Education
West Virginia House of Delegates
Room 432M
1900 Kanawha Boulevard, East
Charleston, WV 25305

**From:** Melissa White
**Sent:** Thursday, March 11, 2021 9:53 AM
**To:** Bernie Dolan <bernie.dolan@wvssac.org>; Bernie Dolan <bdolan@k12.wv.us>
**Subject:** Transgender participation in secondary schools bill

Bernie,

3

WVSBOE 000008

Attached is a draft of an originating bill regarding transgender participation in sports. I kept it short: There are obviously certain things that would need to be handled in a rule, unless you have language that you would like to see in the bill. Please let me know your thoughts and if there are any unintended consequences. The Chairman does not want to keep girls from participating in boys sports when there are not girls teams.

Thanks,
Melissa

Melissa J. White
Chief Counsel
Committee on Education
West Virginia House of Delegates
Room 432M
1900 Kanawha Boulevard, East
Charleston, WV 25305

4