# Exhibit 42

**Page Vault**

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/jordan.bridges.353/posts/3963151450395149 |
| Captured site IP: | 157.240.229.35 |
| Page loaded at (UTC): | Fri, 04 Jun 2021 18:57:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Jun 2021 19:13:04 GMT |
| Capture tool: | v7.7.13 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | dcc5c34d-d043-40ed-ab39-e36d3e84fa3c |
| User: | doj-chayes |
| Estimated post date | Tue, 16 Mar 2021 12:00:00 GMT |
| Post author | Jordan Bridges |
| Post reaction count | 265 |
| Post comment count | 147 |

PDF REFERENCE #: 4e7XRX71cUdx8EVoMTDm61



Document title: Facebook
Capture URL: https://www.facebook.com/jordan.bridges.353/posts/3963151450395149
Capture timestamp (UTC): Fri, 04 Jun 2021 19:13:04 GMT
Estimated post date: Tue, 16 Mar 2021 12:00:00 GMT

Page 1 of 1

![Page Vault]

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/jordan.bridges.353/posts/3963151450395149 |
| Captured site IP: | 157.240.229.35 |
| Page loaded at (UTC): | Fri, 04 Jun 2021 18:57:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Jun 2021 19:13:48 GMT |
| Capture tool: | v7.7.13 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 1627b63a-b9f2-44c9-bb0b-fa6cdda10163 |
| User: | doj-chayes |
| Estimated post date | Tue, 16 Mar 2021 12:00:00 GMT |
| Post author | Jordan Bridges |
| Post reaction count | 265 |
| Post comment count | 147 |



Document title: Facebook
Capture URL: https://www.facebook.com/jordan.bridges.353/posts/3963151450395149
Capture timestamp (UTC): Fri, 04 Jun 2021 19:13:48 GMT
Estimated post date: Tue, 16 Mar 2021 12:00:00 GMT

Page Vault

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/jordan.bridges.353/posts/3963151450395149 |
| Captured site IP: | 157.240.229.35 |
| Page loaded at (UTC): | Fri, 04 Jun 2021 18:57:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Jun 2021 19:15:04 GMT |
| Capture tool: | v7.7.13 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 3695f9c0-4eec-4076-917e-9cb4e6e38898 |
| User: | doj-chayes |
| Estimated post date | Tue, 16 Mar 2021 12:00:00 GMT |
| Post author | Jordan Bridges |
| Post reaction count | 265 |
| Post comment count | 147 |

PDF REFERENCE #:    xmCDRE87bSvARqL2mYrPL6



Document title: Facebook
Capture URL: https://www.facebook.com/jordan.bridges.353/posts/3963151450395149
Capture timestamp (UTC): Fri, 04 Jun 2021 19:15:04 GMT
Estimated post date: Tue, 16 Mar 2021 12:00:00 GMT

Page 1 of 1

PageVault

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/jordan.bridges.353/posts/3963151450395149 |
| Captured site IP: | 157.240.229.35 |
| Page loaded at (UTC): | Fri, 04 Jun 2021 18:57:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Jun 2021 19:15:42 GMT |
| Capture tool: | v7.7.13 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 122aced0-21cb-4397-b197-c6bf21e92e6b |
| User: | doj-chayes |
| Estimated post date | Tue, 16 Mar 2021 12:00:00 GMT |
| Post author | Jordan Bridges |
| Post reaction count | 265 |
| Post comment count | 147 |

PDF REFERENCE #:     cDKZ4knbdBSBZwYp8yuFe9



Document title: Facebook
Capture URL: https://www.facebook.com/jordan.bridges.353/posts/3963151450395149
Capture timestamp (UTC): Fri, 04 Jun 2021 19:15:42 GMT
Estimated post date: Tue, 16 Mar 2021 12:00:00 GMT
Page 1 of 1

PageVault

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/jordan.bridges.353/posts/3963151450395149 |
| Captured site IP: | 157.240.229.35 |
| Page loaded at (UTC): | Fri, 04 Jun 2021 18:57:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Jun 2021 19:18:36 GMT |
| Capture tool: | v7.7.13 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 76057521-0996-4408-8ecc-997f1ec74ca7 |
| User: | doj-chayes |
| Estimated post date | Tue, 16 Mar 2021 12:00:00 GMT |
| Post author | Jordan Bridges |
| Post reaction count | 265 |
| Post comment count | 147 |

PDF REFERENCE #:    dAB34mwvkoB1mfyqjdQLB6



Page Vault

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/jordan.bridges.353/posts/3963151450395149 |
| Captured site IP: | 157.240.229.35 |
| Page loaded at (UTC): | Fri, 04 Jun 2021 18:57:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Jun 2021 19:19:21 GMT |
| Capture tool: | v7.7.13 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | f815bea6-aff8-465a-8e76-722a9569c6ab |
| User: | doj-chayes |
| Estimated post date | Tue, 16 Mar 2021 12:00:00 GMT |
| Post author | Jordan Bridges |
| Post reaction count | 265 |
| Post comment count | 147 |

PDF REFERENCE #:   odWVVn8YPkA975cX12YXXP



Document title: Facebook
Capture URL: https://www.facebook.com/jordan.bridges.353/posts/3963151450395149
Capture timestamp (UTC): Fri, 04 Jun 2021 19:19:21 GMT
Estimated post date: Tue, 16 Mar 2021 12:00:00 GMT

Page 1 of 1