# Exhibit 43

4/19/22, 10:57 AM  MSNBC on Twitter: ".@SRuhle asks WV Gov. Justice about signing a bill restricting transgender athletes. Ruhle: "Can you give …

Case 2:21-cv-00316 Document 289-44 Filed 04/21/22 Page 2 of 4 PageID #: 3988

# Twitter

### Explore
### Settings

← Tweet

**MSNBC** ✓
@MSNBC

.@SRuhle asks WV Gov. Justice about signing a bill restricting transgender athletes.

Ruhle: "Can you give me one example of a transgender child trying to get an unfair advantage? Just one in your state, you signed a bill about it."

Justice: "No, I can't really tell you one."



7:07 AM · Apr 30, 2021 · Wildmoka

**5,212** Retweets  **1,961** Quote Tweets  **19K** Likes

This Tweet was deleted by the Tweet author. Learn more

**Cheryl Gregory** @clg0519 · Apr 30, 2021
nailed it
💬 1   🔁   ♥ 2

**Thomas Jr.** @ThomasJ11742717 · Apr 30, 2021
Replying to @MSNBC and @SRuhle
One thing is normal in the GOP
Suppression of people
💬 1   🔁 6   ♥ 37

**erik forrest jackson** @MrErikJackson · Apr 30, 2021
Replying to @MSNBC and @SRuhle
I am LIVING for the incensed flick of the glasses at :49
💬 3   🔁 2   ♥ 19

**David Lytle** ✓ @davitydave · Apr 30, 2021
Can someone gif that please?
💬   🔁   ♥ 1

**Molly** @mememoreme · Apr 30, 2021

## Search Twitter

### New to Twitter?
Sign up now to get your own personalized timeline!

[G] Sign up with Google
[🍎] Sign up with Apple
Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**MSNBC** ✓
@MSNBC
The place for in-depth analysis, political commentary and diverse perspectives. Home of @MSNBCDaily.

**Stephanie Ruhle** ✓
@SRuhle
Mom, Host of 11th Hour with Stephanie Ruhle on @MSNBC weeknights 11PM ET, NBC News Business Analyst, lover of numbers & even place settings.

### What's happening

Music · LIVE
🎵 All the action from the first weekend of Coachella 2022

The Associated Press ✓ · 2 hours ago
Cheers and fears emerge as U.S. ends its nationwide travel mask mandate

Bloomberg Wealth ✓ · 2 hours ago
Millennials save for retirement years earlier than boomers because they have to

Trending in United States
**Masks**
394K Tweets

Music · Trending
**Cudi**
11.5K Tweets

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More…
© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in

4/19/22, 10:57 AM    MSNBC on Twitter: "@SRuhle asks WV Gov. Justice about signing a bill restricting transgender athletes: Ruhle: 'Can you give …

Case 2:21-cv-00316 Document 289-44 Filed 04/21/22 Page 3 of 4 PageID #: 13989

Seems like a helluva guy.

💬 26   🔁 43   ♡ 1,350   ⬆️

**Molly** @mememoreme · Apr 30, 2021

Also, I wouldn't want him anywhere near my daughter - as a coach or as a governor.

💬 16   🔁 18   ♡ 756   ⬆️

Show replies

**Berks**🌎🎪☪️ @bshires1010 · Apr 30, 2021
Replying to @MSNBC and @SRuhle
That was great journalism at work. TY

💬   🔁   ♡ 12   ⬆️

**RobbieRob** @RobertW97616297 · Apr 30, 2021
Replying to @MSNBC and @SRuhle
I was told to or else!

GIF  ALT

💬   🔁   ♡ 3   ⬆️

**wolfonthehill** @wolfonthehill · Apr 30, 2021
Replying to @MSNBC and @SRuhle
This is how questions should be framed. Well-done.

💬   🔁   ♡ 31   ⬆️

# Explore
⚙️ Settings

🔍 Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in   S

4/19/22, 10:57 AM
MSNBC on Twitter: "@CBrumecasks WV Gov. Justice about signing a bill restricting transgender athletes: 'Ruhle: Can you give …
Case 2:21-cv-00316 Document 289-44 Filed 04/21/22 Page 4 of 4 PageID #: 13990

Search Twitter

Explore

Settings

Don't miss what's happening

People on Twitter are the first to know.

Log in  S