IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.           CIVIL ACTION NO. 2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

**ORDER**

Pending before the court is the parties' Joint Motion to File Exhibits Under Seal. [ECF No. 280]. For good cause shown, that motion is **GRANTED.** The exhibits attached to this Motion are to be filed **UNDER SEAL**. It is further **ORDERED** that the reference list submitted in support of this motion to seal [ECF No. 282] is to remain **SEALED.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     May 5, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE