# SUPPLEMENTAL APPENDIX TO DEFENDANT-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT

TABLE OF CONTENTS:

SUPPLEMENTAL APPENDIX TO DEFENDANT-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT

|  | Description | Appendix Page Number(s) |
|---|---|---|
| 1 | Supplemental Declaration of Lainey Armistead | 4 |
| 2 | Declaration and Expert Report of Dr. Deanna Adkins, M.D. | 7 |
| 3 | Rebuttal Expert Report and Declaration of Dr. Deanna Adkins, M.D. | 38 |
| 4 | Declaration and Expert Report of Dr. Joshua Safer, M.D. | 73 |
| 5 | Rebuttal Expert Report and Declaration of Dr. Joshua Safer, M.D. | 123 |
| 6 | Rebuttal Expert Report and Declaration of Dr. Aron Janssen. M.D. | 136 |
| 7 | Declaration and Expert Report of Mary Fry, PH.D | 167 |
| 8 | Deposition Transcript of James M. Cantor, PH.D. | 209 |
| 9 | Deposition Transcript of Gregory A. Brown, PH.D., FACM | 351 |
| 10 | Errata Sheet to Deposition of Gregory A. Brown, PH.D., FACM | 479 |
| 11 | Deposition Transcript of Dr. Chad T. Carlson, M.D., FACM | 484 |
| 12 | Errata Sheet to Deposition of Dr. Chad T. Carlson, M.S., FACM | 588 |
| 13 | Deposition Transcript of Dr. Stephen Levine, M.D. | 594 |
| 14 | Deposition Transcript of David Mazza and Dora Stutler | 729 |

| 15 | Enrolled Version of HB 3293 | 833 |
| 16 | B.P.J.'s Redacted Birth Certificate | 840 |
| 17 | Errata Sheet to Deposition of Dr. Aron Janssen. M.D. | 841 |
| 18 | Errata Sheet to Deposition of Mary Fry, PH.D | 842 |
| 19 | Errata Sheet to Deposition of B.P.J. | 847 |

Armistead Supp. App. 0003

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| B.P.J, by her next friend and mother, HEATHER JACKSON<br><br>*Plaintiff,*<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA<br><br>*Defendants*<br><br>and<br><br>LAINEY ARMISTEAD<br><br>*Defendant-Intervenor.* | Case No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## SUPPLEMENTAL DECLARATION OF LAINEY ARMISTEAD IN SUPPORT OF SUMMARY JUDGMENT

I, Lainey I. Armistead, under penalty of perjury, declare as follows:

1.     I am a twenty-two-year-old resident of Charleston, West Virginia, in Kanawha County, and have personal knowledge of the information below.

2.     I am a junior and female athlete at West Virginia State University (WVSU) in Charleston, West Virginia.

3.     Though I am currently completing my sixth semester at WVSU, I have accrued enough credits to fulfill the baccalaureate requirements of my degree.

1

Armistead Supp. App. 0004

Supplemental Declaration of Lainey Armistead
In Support of Summary Judgment

4.      I had originally planned to continue studying at WVSU this fall in order to compete on WVSU's women's soccer team and earn credits towards a master's degree in public policy.

5.      But after carefully evaluating my options and plans for the future, I just recently decided to alter course and graduate from WVSU in May of 2022.

6.      In August of 2022, I plan to move to Florida and begin law school.

7.      Because of the academic rigor and time investment required in law school, I do not currently intend to play soccer on the university's women's soccer team. But I do intend to find a women's soccer club team on which to compete during law school.

8.      Soccer continues to be a life passion of mine. I still have three years of NCAA eligibility left at this time and I am open to utilizing that eligibility after law school if the right opportunity presents itself.

9.      My experience playing competitive soccer was formative for me. It made me the person I am today, and it was pivotal in helping me earn a college scholarship. Women's sports opened doors for me—including placing me in a position to pursue my dream of being a lawyer someday.

10.      Women have worked so hard to be taken seriously on the field of play, and to enjoy the same quality of opportunities as their male counterparts. I want to protect those hard-earned gains for future little girls—including, perhaps, my own future daughters. And that's why I continue to care deeply about this case and will do what's necessary to remain a part of it.

Armistead Supp. App. 0005

Supplemental Declaration of Lainey Armistead
In Support of Summary Judgment

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Lainey Armistead_

Lainey Armistead

Dated: May 11, 2022

3

Armistead Supp. App. 0006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON, )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>*Defendants*, )<br>)<br>and )<br>)<br>LAINEY ARMISTEAD, )<br>)<br>*Defendant-Intervenor*. )<br>)<br>) | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**DECLARATION AND EXPERT REPORT OF DEANNA ADKINS, MD**

1.      I have been retained by counsel for Plaintiff as an expert in connection with the above-captioned litigation.

2.      I intend to provide my expert opinion on: (1) the nature and impact of treatment protocols for transgender youth; and (2) the different biological characteristics of sex and the ways in which they may not align within a person.

Armistead Supp. App. 0007

3.      I have knowledge of the matters stated in this declaration and expert report and have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of this declaration.

4.      In preparing this declaration and expert report, I reviewed the text of House Bill 3293 at issue in this matter. I also relied on my scientific education and training, my research experience, and my knowledge of the scientific literature in the pertinent fields. The materials I have relied upon in preparing this declaration and expert report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on these subjects. I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

## BACKGROUND AND QUALIFICATIONS

5.      I received my medical degree from the Medical College of Georgia in 1997. I served as the Fellowship Program Director of Pediatric Endocrinology at Duke University School of Medicine for fourteen years and am currently the Director of the Duke Center for Child and Adolescent Gender Care.

6.      I have been licensed to practice medicine in the state of North Carolina since 2001.

7.      I have extensive experience working with children with endocrine disorders and I am an expert in the treatment of children with differences or disorders of sex development and in the treatment of children with gender dysphoria.

8.      I am a member of the American Academy of Pediatrics, the North Carolina Pediatric Society, the Pediatric Endocrine Society, and The Endocrine Society. I am also a

Armistead Supp. App. 0008

member of the World Professional Association for Transgender Health ("WPATH"), the leading association of medical and mental health professionals in the treatment of transgender people.

9.      I am the founder of the Duke Center for Child and Adolescent Gender Care ("Gender Care Clinic"), which opened in 2015. I currently serve as the director of the clinic. The Gender Care Clinic treats children and adolescents aged 7 through 22 with gender dysphoria and/or differences or disorders of sex development. I had been caring for these patients in my routine practice for many years prior to opening the clinic.

10.      I currently treat approximately 400 transgender and intersex young people from North Carolina and across the Southeast at the Gender Care Clinic. I have treated approximately 500 transgender and intersex young people in my career.

11.      As part of my practice, I stay familiar with the latest medical science and treatment protocols related to differences or disorders of sex development and gender dysphoria.

12.      I am regularly called upon by colleagues to assist with the sex assignment of infants who cannot be classified as male or female at birth due to a range of variables in which sex-related characteristics are not completely aligned as male or female.

13.      I have testified twice as an expert at trial or deposition in the past four years.

**TREATMENT PROTOCOLS FOR TRANSGENDER PEOPLE**

14.      A transgender person has a gender identity that differs from the person's sex assigned at birth.

15.      A person's gender identity refers to a person's inner sense of belonging to a particular gender, such as male or female. Everyone has a gender identity.

16.      Children usually become aware of their gender identity early in life.

Armistead Supp. App. 0009

17.    For some people, their gender identity does not align with the sex they are assigned at birth. This misalignment can create significant distress, known as gender dysphoria, for people with this experience and can be felt in children as young as 2 years old.

18.    A person's gender identity (regardless of whether that identity matches other sex-related characteristics) cannot be voluntarily changed, and is not undermined or altered by the existence of other sex-related characteristics that do not align with it.

19.    According to the American Psychiatric Association's Diagnostic & Statistical Manual of Mental Disorders ("DSM V"), "gender dysphoria" is the diagnostic term for the condition where clinically significant distress results from the lack of congruence between a person's gender identity and the sex they are designated at birth. In order to be diagnosed with gender dysphoria, the incongruence must have persisted for at least six months and be accompanied by clinically significant distress or impairment in social, occupational, or other important areas of functioning.

20.    Gender dysphoria is a serious medical condition that, if left untreated, can result in severe anxiety and depression, self-harm, and suicidality.[1]

21.    Before receiving treatment, many people with gender dysphoria have high rates of anxiety, depression, and suicidal ideation. I have seen in my patients that without appropriate treatment, this distress impacts every aspect of life.

---

[1] Spack NP, Edwards-Leeper L, Feldmain HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. 2012; 129(3):418-425. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics*. 2016; 137:1-8.

Armistead Supp. App. 0010

22.     Experiences of discrimination and gender-minority stress associated with rejection and non-affirmation are correlated with suicidal ideation and suicidality, respectively.[2] The only treatment to avoid this serious harm is to recognize the gender identity of patients with gender dysphoria and follow appropriate treatment protocols to affirm gender identity and alleviate distress.

23.     When appropriately treated, gender dysphoria is easily managed. I currently treat hundreds of transgender patients. All of my patients have suffered from persistent gender dysphoria, which has been alleviated through clinically appropriate treatment.

24.     The Endocrine Society and the World Professional Association for Transgender Health have published widely accepted standards of care for treating gender dysphoria,[3] including the forthcoming Standards of Care Version 8. The precise treatment for gender dysphoria depends on each person's individualized need, and the medical standards of care differ depending on whether the treatment is for a pre-pubertal child, an adolescent, or an adult.

25.     The medical treatment for gender dysphoria is to eliminate the clinically significant distress by helping a transgender person live in alignment with their gender identity. This treatment is sometimes referred to as "gender transition," "transition related care," or

---

[2] World Prof'l Ass'n for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Chapter Draft for Public Comment-Mental Health (8th Version, forthcoming 2022). https://www.wpath.org/media/cms/Documents/SOC%20v8/SOC8%20Chapters%20for%20Public%20Comment/SOC8%20Chapter%20Draft%20for%20Public%20Comment%20-%20Mental%20Health.pdf?_t=1638409644

[3] Hembree WC, et al.  Endocrine treatment of gender-dysphoria/gender incongruent persons: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab* 2017; 102: 3869–3903; World Prof'l Ass'n for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (7th Version, 2011), https://www.wpath.org/media/cms/Documents/SOC%20v7/SOC%20V7_English2012.pdf?_t=1613669341

Armistead Supp. App. 0011

"gender affirming care." The American Academy of Pediatrics agrees that this care is safe, effective, and medically necessary for the health and wellbeing of children and adolescents suffering from gender dysphoria.[4]

26.     The Endocrine Society Guidelines were developed through rigorous scientific processes which "followed the approach recommended by the Grading of Recommendations, Assessment, Development, and Evaluation group, an international group with expertise in the development and implementation of evidence-based guidelines."  The guidelines affirm that patients with gender dysphoria often must be treated with "a safe and effective hormone regimen that will (1) suppress endogenous sex hormone secretion determined by the person's genetic/gonadal sex and (2) maintain sex hormone levels within the typical range for the person's affirmed gender."

27.     Before puberty, treatment does not include any drug or surgical intervention. For this group of patients, treatment is limited to "social transition," which means allowing a transgender child to live and be socially recognized in accordance with their gender identity. This can include allowing children to wear clothing that aligns with their gender identity, to cut or grow their hair, to use new or different names and pronouns, and to access activities in line with their gender identity instead of the sex assigned to them at birth. Social transition is a critical part of treatment of patients with gender dysphoria of all ages and it is the only treatment for pre-pubertal children. There are no known risks to social transition or to affirming

---

[4] Rafferty J, Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence and Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness, *Pediatrics* October 2018; 142(4): 2018-2162.

Armistead Supp. App. 0012

transgender youth who have been properly diagnosed with gender dysphoria by competent medical providers.

28.     It undermines social transition – a critical part of gender dysphoria treatment – to force a person with gender dysphoria to live in a manner that does not align with the person's gender identity. For example, requiring a girl who is transgender to participate in single-sex activities for boys can be deeply harmful and disruptive to treatment. In the context of activities like athletics, which are typically separated by sex, I know from experience with my patients that it can be extremely harmful for transgender youth to be excluded from the team consistent with their gender identity.

29.     For many transgender youth, going through endogenous puberty can cause extreme distress. Puberty blocking treatment allows transgender youth to avoid going through their endogenous puberty thereby avoiding the heightened gender dysphoria and permanent physical changes that puberty would cause.

30.     Puberty blocking treatment works by pausing endogenous puberty at whatever stage it is at when the treatment begins. This has the impact of limiting the influence of a person's endogenous hormones on the body. For example, after the initiation of puberty blocking treatment, a girl who is transgender will experience none of the impacts of testosterone that would be typical if she underwent her full endogenous puberty.

31.     When treating a transgender young person, when medically indicated, I prescribe puberty blocking treatment at the Tanner 2 stage of puberty. For girls who are transgender, this means that puberty is put on pause usually around the time that the patient has circulating testosterone at a level of 50 ng/dL or 1.735 nMol/L. If managed appropriately, a patient that undergoes puberty blocking treatment at this stage and then proceeds to gender-affirming

Armistead Supp. App. 0013

hormone therapy will never have circulating testosterone above what is typical of girls who are not transgender.

32.     Under the Endocrine Society Clinical Guidelines, once a transgender youth establishes further maturity and competence to make decisions about additional treatment along with their parent and/or guardian, it may then be medically necessary and appropriate to provide gender-affirming hormone therapy to initiate puberty consistent with gender identity. For girls who are transgender, this means administering both testosterone suppressing treatment as well as estrogen to initiate hormonal puberty consistent with the patient's female gender identity. For boys who are transgender, this means administering testosterone.

33.     Hormone therapy and social transition can significantly change a transgender youth's physical appearance. For example, boys who are transgender and treated with puberty blockers and gender affirming hormones will receive the same amount of testosterone during puberty that non-transgender boys generate with their testes. They will grow darker and thicker facial and body hair, experience fat distribution away from the hips, have decreased breast growth, and develop lower vocal pitch. Likewise, girls who are transgender and treated with puberty blockers and gender affirming hormones will receive the same amount of estrogen during puberty that non-transgender girls generate endogenously. They will develop breast tissue, fat will be distributed to their hips, their skin will soften, and their vocal pitch will not deepen further.

34.     Treatment for transgender youth is safe, effective, and essential for their well-being. My patients who receive medically appropriate hormone therapy and who are treated consistent with their gender identity in all aspects of life experience significant improvement in their health.

Armistead Supp. App. 0014

35.     For many patients, social transition and hormone therapy are sufficient forms of treatment for gender dysphoria. Others also need one or more forms of surgical treatment to alleviate gender dysphoria. Boys who are transgender may receive chest reconstruction surgery no earlier than 16. Genital surgery for women and men who are transgender is not performed until the person has reached the age of at least 18. Genital surgery for women who are transgender can result in a vulva and vagina—external genitalia typical of women—as well as removal of the testes, which eliminates the need for medical testosterone suppression. Because surgery does not produce ovaries, women who are transgender who have had this form of surgery typically continue to need estrogen therapy.

36.     Consistent with extensive research literature, my clinical experience with my patients has been that they suffer and experience worse health outcomes when they are ostracized from their peers through policies that exclude them from spaces and activities that other girls and boys are able to participate in consistent with gender identity.

### SEX ASSIGNMENT AND BIOLOGICAL SEX CHARACTERISTICS

37.     HB 3293 requires school athletics to be separated based on "biological sex" defined as "an individual's physical form as a male or female based solely on the individual's reproductive biology and genetics at birth." W. Va. Code §18-2-25d(b)(1). In addition to being counter to medical science, the notion of a singular "biological sex," is inherently flawed.

38.     When a child is born, a sex assignment is usually made based on the infant's externally visible genitals. This designation is then recorded and usually becomes the sex designation listed on the infant's birth certificate.

39.     Usually, though not always, a person's gender identity aligns with the sex designation based on the person's genitals at birth.

Armistead Supp. App. 0015

40.    For people who are transgender and people with differences of sex development (DSDs), however, there is not complete alignment between gender identity and physical sex-related characteristics.

41.    Sex-related characteristics include external genitalia, internal reproductive organs, gender identity, chromosomes, and secondary sex characteristics. These biological sex-related characteristics do not always align as completely male or completely female in a single individual. And none of these characteristics exists in a binary. As the Endocrine Society guidelines explain, the terms "[b]iological sex, biological male or female . . . are imprecise and should be avoided." Generally speaking, "[t]hese terms refer to physical aspects of maleness and femaleness [but] these may not be in line with each other (e.g., a person with XY chromosomes may have female-appearing genitalia)."[5]

42.    Although we generally label infants as "male" or "female" based on observing their external genitalia at birth, external genitalia are not always clearly identifiable as typically male or typically female. And external genitalia do not account for the full spectrum of sex-related characteristics nor are they alone a proxy for how we understand sex.

-------

[5] Hembree, Wiley C., et al., Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline, J Clin Endocrinol Metab, Vol. 102, Issue 11, 1 November 2017, 3869–3903.; Berenbaum S., et al., Effects on gender identity of prenatal androgens and genital appearance: Evidence from girls with congenital adrenal hyperplasia. J Clin Endocrinol Metab 2003; 88(3): 1102-6; Dittmann R, et al., Congenital adrenalhyperplasia. I: Gender-related behavior and attitudes in female patients and sisters. Psychoneuroendocrinology 1990; 15(5-6): 401-20; Cohen-Kettenis P. Gender change in 46,XYpersons with 5alpha-reductase-2 deficiency and 17beta-hydroxysteroid dehydrogenase-3 deficiency. Arch Sex Behav 2005; 34(4): 399-410; Reiner W, Gearhart J. Discordant sexual identity in some genetic males with cloacal exstrophy assigned to female sex at birth. N Engl J Med 2004; 350(4): 333-41.

Armistead Supp. App. 0016

43.    In one out of every 1,000 live births, the infant's genitals are not typically male or female.

44.    For people with DSDs, sex assignment at birth can involve the evaluation of the chromosomes, the external genitalia, the internal genitalia, hormonal levels, and sometimes, specific genes. There are also cases in which the appearance of the external genitalia can change at puberty as well as variations in the appearance of secondary sex characteristics that may signal a difference in sex development in a person.

45.    When assignment of sex of an infant with a DSD is made at birth, that assignment is temporary until the individual can express their gender identity. In cases where the initial designation was incorrect, appropriate medical protocols instruct that the sex should be updated to align with the individual's gender identity. Similarly, if the sex designation of an infant without a DSD turns out to be inconsistent with the individual's gender identity, as for transgender people, the sex should be updated to align with the individual's gender identity.

46.    Where surgery has been done on children with DSDs before the child's understanding and expression of their gender identity, significant distress can result. Many of these children have had to endure further surgeries to reverse earlier surgical intervention because their gender identity did not match the initial sex designation.

47.    At least one out of every 300 people in the world has an intersex variation, meaning that the person's sex characteristic do not all align as typically male or typically female.

48.    Some examples of these variations include:

a.    People with Complete Androgen Insensitivity (CAIS) have 46-XY chromosomes, and internal testes that produce testosterone, but do not have the tissue receptors that respond to testosterone or other androgens. The body,

11

Armistead Supp. App. 0017

therefore, does not develop a penis, thicker facial hair, or other secondary sex characteristics more commonly associated with men. At birth, based on the appearance of the external genitalia, people with CAIS are generally assigned female. If their testes are left in place, the body will convert the hormones into estrogen. Many do not find out they have XY chromosomes or testes until they do not start menstruating at the expected age.

b.   Androgen Insensitivity can also be partial (known as PAIS). People with PAIS have XY chromosomes, testes, and some (but still lower than typical) response to testosterone. They may be born with genitals that appear like a typical penis, a typical vulva, or somewhere in between.

c.   People with Swyer Syndrome have XY chromosomes and "streak" gonads (gonadal tissue that did not develop into testes or ovaries). Externally, a child with Swyer Syndrome usually develops a vulva. Because their gonads do not produce hormones, they will not develop most secondary sex characteristics without hormone treatment.

d.   People with Klinefelter Syndrome have 47,XXY chromosomes and internal and external genitalia typically associated with males, however, their testicles may have reduced testosterone production. This may lead to breast development, low muscle mass and body hair, and infertility.

e.   People with Turner Syndrome have 45,XO chromosomes which means they have one fewer copy of the X chromosome than expected. In utero, they form sex characteristics typically associated with females, including internal structures like a uterus and fallopian tubes, but the ovaries may degenerate

Armistead Supp. App. 0018

before birth (or in some cases, not until young adulthood), leading to an inability to make estrogen. Many people with Turner Syndrome will not go through puberty without hormone therapy.

f.  People with Mosaicism have different sets of chromosomes in different cells. Mosaic karyotypes happen as a result of atypical cell division early in embryonic development and could involve various combinations among XX, XY, XO, XXY, and other chromosome patterns. Configuration of gonadal tissue, genitals, and hormone production and response can all vary.

g.  People with ovotestes (sometimes known as Ovotesticular DSD) have gonads that contain both ovarian and testicular tissue. Their chromosomes may be XX, XY, or Mosaic. Genital appearance at birth can be male-typical, female-typical, or something else.

h.  Congenital Adrenal Hyperplasia (CAH) can occur in people with XX or XY chromosomes. People with CAH and 46,XX chromosomes have ovaries, a uterus, and a higher-than-typical production of androgens in utero that can lead to the development of genital differences at birth – such as an enlarged clitoris that may look like a penis, or the lack of a vaginal opening. CAH can also cause the development of typically masculine features like increased muscle mass and body hair.

i.  People with 5-alpha reductase deficiency (5-ARD) have XY chromosomes, but they have an enzyme deficiency that inhibits conversion of testosterone to dihydrotestosterone (the active form of testosterone) to varying degrees. This can impact genital development, and at birth, people with 5-ARD may have

Armistead Supp. App. 0019

genitals that appear female-typical, neither male-typical nor female-typical, or mostly male-typical with differences like hypospadias (where the urethra is located somewhere other than the tip of the penis). During puberty, hormonal changes allow them to make more dihydrotestosterone, causing the development of some secondary sex characteristics typically associated with males, as well as genital masculinization.

49.    As the examples above underscore, from a medical perspective, chromosomes, reproductive anatomy, and endogenous hormones alone do not determine a person's sex, nor does a single sex-related characteristic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on

1/21/2022

Deanna Adkins, MD

14

# BIBLIOGRAPHY

1. American Academy of Child & Adolescent Psychiatry. Conversion Therapy. 2018. https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy. aspx.

2. American Medical Association. Health care needs of lesbian, gay, bisexual and transgender populations. H-160.991. 2017. https://policysearch.ama-assn.org/policyfinder/detail/H-160.991%20?uri=%2FAMADoc%2FHOD.xml-0-805.xml.

3. Berenbaum S., et al., Effects on gender identity of prenatal androgens and genital appearance: Evidence from girls with congenital adrenal hyperplasia.*J Clin Endocrinol Metab* 2003; 88(3):1102-6.

4. Coates S, Wolfe S. Assessment of gender and sex in children in Noshpitz J,ed. Handbook of Child and Adolescent Psychiatry: Clinical Assessment/Intervention. New York: John Wiley and Sons; 2004:242-52.

5. Cohen-Bendahan C, van de Beek C, Berenbaum S. Prenatal sex hormone effects on child and adult sex-typed behavior: methods and findings. *NeurosciBiobehav Rev* 2005; 29(2):353-84.

6. Cohen-Kettenis P. Gender change in 46,XY persons with 5alpha-reductase-2deficiency and 17beta-hydroxysteroid dehydrogenase-3 deficiency. *Arch Sex Behav* 2005; 34(4):399-410.

7. Cools, M., Nordenström, A., Robeva, R. et al. Caring for individuals with adifference of sex development (DSD): a Consensus Statement. *Nat Rev Endocrinol* 14, 415–429 (2018).

8. Dittmann R, Kappes M, Kappes M, et al., Congenital adrenal hyperplasia. I:Gender-related behavior and attitudes in female patients and sisters. *Psychoneuroendocrinology* 1990; 15(5-6):401-20.

9. Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental health andself-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry*, 56(2), 116-123.

10. Hembree, Wiley C., et al., Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline, *J Clin Endocrinol Metab*, Vol. 102, Issue 11, 1 November 2017, 3869–3903.

Armistead Supp. App. 0021

11. Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. *Obstet Gynecol*. 2014;124(6):1120-1127.

12. Maxwell S, Noyes N, Keefe D, Berkeley AS, Goldman KN. Pregnancy Outcomes After Fertility Preservation in Transgender Men. *Obstet Gynecol*.2017;129(6):1031-1034.

13. Meyer-Bahlburg H. Gender identity outcome in female-raised 46,XY personswith penile agenesis, cloacal exstrophy of the bladder, or penile ablation. *Arch Sex Behav* 2005; 34(4):423-38.

14. Neblett MF 2nd, Hipp HS. Fertility Considerations in Transgender Persons. *Endocrinol Metab Clin North Am*. 2019;48(2):391-402.

15. Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mentalhealth of transgender children who are supported in their identities. *Pediatrics*, 137(3).

16. Rafferty, J., & Committee on Psychosocial Aspects of Child and Family Health. (2018). Ensuring comprehensive care and support for transgenderand gender-diverse children and adolescents. *Pediatrics*, 142(4).

17. Reiner W. Assignment of sex in neonates with ambiguous genitalia. *CurrOpin Pediatri* 1999;11(4):363-5; Byne W, Sekaer C. *The question of psychosexual neutrality at birth*. In Legato M, ed. Principles of Gender Specific Medicine. San Diego: Academic Press, 2004:155-66.

18. Reiner W, Gearhart J. Discordant sexual identity in some genetic males withcloacal exstrophy assigned to female sex at birth. *N Engl J Med* 2004;350(4):333-41.

19. Spack NP, Edwards-Leeper L, Feldmain HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. 2012; 129(3):418-425. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics*. 2016; 137:1-8

20. Turban JL, King D, Carswell JM, et al. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*. 2020;145(2):e20191725.

21. West Virginia House Bill 3293 https://www.wvlegislature.gov/Bill_Text_HTML/2021_SESSIONS/RS/signed_bills/house/HB3293%20SUB%20ENR_SIGNED.pdf

22. Wiepjes, C. M., et al. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets. *The Journalof Sexual Medicine*, 15(4), 582-590.

23. World Prof'l Ass'n for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Chapter Draft for Public Comment-Mental Health (8th Version, forthcoming 2022).

https://www.wpath.org/media/cms/Documents/SOC%20v8/SOC8%20Chapters%20for%20Public%20Comment/SOC8%20Chapter%20Draft%20for%20Public%20Comment%20-%20Mental%20Health.pdf?_t=1638409644

24. Wylie et al. (2017); Euling SY, Herman-Giddens ME, Lee PA, et al. Examination of U.S. puberty-timing data from 1940 to 1994 for seculartrends: panel Findings. *Pediatrics*. 2008;1221: S172–S191.

25. Wyshak, Grace, PhD and Frisch, Rose E., Evidence for a Secular Trend inAge of Menarche, April 29, 1982, *N Engl J Med* 1982; 306:1033-1035.

Armistead Supp. App. 0023

## DUKE UNIVERSITY MEDICAL CENTER

## CURRICULUM VITAE

Date Prepared: January 21, 2022

| | |
|---|---|
| Name: | Deanna Adkins, BS, MD |
| Primary Academic Appointment: | Associate Professor of Pediatrics, Career Track |
| Primary Academic Department : | Pediatrics |
| Secondary Appointment : | n/a |
| Present Academic Rank and Title : | Associate Professor |
| Date and Rank of First Duke Faculty Appointment: | July 1, 2004 Clinical Associate |
| Medical Licensure: | Since March 15, 2001 |
| License #: | 200100207 NC |
| Date: | 06/29/2022 expires |
| Specialty Certification(s) and Dates: | 10/16/2001-2018 General Pediatrics<br>8/18/2003 and current-Pediatric Endocrinology |
| Date of Birth: | 06/29/1970 |
| Place: | Albany, GA USA |
| Citizen of: | USA |
| Visa Status: | n/a |

| Education | Institution | Date (Year) | Degree |
|---|---|---|---|
| High School | Tift County High School | 1988 | Graduated with High Honors |
| College | Georgia Institute of Technology | 1993 | BS Applied Biology/Genetics High Honors |

Armistead Supp. App. 0024

| Education | Institution | Date (Year) | Degree |
|---|---|---|---|
| Graduate or Professional School | Medical College of Georgia | 1997 | MD |

**Professional Training and Academic Career**

| Institution | Position/Title | Dates |
|---|---|---|
| University of North Carolina Hospitals, Chapel Hill, North Carolina | Pediatrics Resident | 1997-2000 |
| University of North Carolina Hospitals, Chapel Hill, North Carolina | Pediatric Endocrine Fellow | 2000-2004 |
| Duke University Medical Center, Durham, North Carolina | Clinical Associate/Medical Instructor | 2004-2008 |
| Duke University Medical Center, Durham, North Carolina | Assistant Professor Track IV | 2008-2020 |
| Duke University Medical Center, Durham, North Carolina | Fellowship Program Director Pediatric Endocrinology- Associate PD- | 2008-2010 & 2014-12/2019 2010-2014 |
| Duke University Medical Center, Durham, North Carolina | Director Duke Child and Adolescent Gender Care Clinic | July 2015-present |
| Duke University Medical Center, Durham, North Carolina | Medical Director-Duke Children's Specialty of Raleigh | 3/2017-1/2022 |
| Duke University Medical Center, Durham, North Carolina | Associate Professor Pediatrics | 1/2020-present |
| Duke University Medical Center, Durham, North Carolina | Co-Director Duke Sexual and Gender Health and Wellness Program | 10/2021-present |

Armistead Supp. App. 0025

**Publications**
<u>Refereed Journals</u>

<u>Original Manuscripts:</u>

1. Zeger M, **<u>Adkins D</u>**, <u>Fordham LA</u>, <u>White KE</u>, <u>Schoenau E</u>, <u>Rauch F</u>, <u>Loechner KJ</u>. " Hypophosphatemic rickets in opsismodysplasia," J Pediatr Endocrinol Metab. 2007 Jan;20(1):79-86. PMID: 17315533

2. Worley G, Crissman BG, Cadogan E, Milleson C, **Adkins DW**, Kishnani PS "Down Syndrome Disintegrative Disorder: New-Onset Autistic Regression, Dementia, and Insomnia in Older Children and Adolescents With Down Syndrome"<u>.</u>. J Child Neurol. 2015 Aug;30(9):1147-52. doi: 10.1177/0883073814554654. Epub 2014 Nov 3.PMID:25367918

3. Tejwani R, Jiang R, Wolf S, **Adkins DW**, Young BJ, Alkazemi M, Wiener JS, Pomann GM, Purves JT, Routh JC**,"** <u>Contemporary Demographic, Treatment, and Geographic Distribution Patterns for Disorders of Sex Development</u>".Clin Pediatr (Phila). 2017 Jul 1:9922817722013. doi: 10.1177/0009922817722013. PMID:28758411

4. Lapinski J1, Covas T2, Perkins JM3, Russell K4, **Adkins D** 5, Coffigny MC6, Hull S7. "Best Practices in Transgender Health: A Clinician's GuidePrim Care". 2018 Dec;45(4):687-703. doi: 10.1016/j.pop.2018.07.007. Epub 2018 Oct 5. PMID: 30401350 DOI: 10.1016/j.pop.2018.07.007

5. Paula Trief, Nicole Foster, Naomi Chaytor, Marisa Hilliard, Julie Kittelsrud, Sarah Jaser, Shideh Majidi, Sarah Corathers, Suzan Bzdick, **Adkins DW**, Ruth Weinstock; "Longitudinal Changes in Depression Symptoms and Glycemia in Adults with Type 1 Diabetes", Diabetes Care; 2019 Jul;42(7):1194-1201. doi: 10.2337/dc18-2441. Epub 2019 May; PMID: 31221694

6. Mann, Courtney M., Kristen Russell, Alexy Hernandez, Nicole Lucas, Erik Savereide, Dane R. Whicker, **Deanna W. Adkins**, Nancy L. Zucker, Raye Dooley, and Bryce B. Reeve. "<u>Concept elicitation for the development of quality measures in transgender health</u>." In *Quality of Life Research*, 28:S104–S104. SPRINGER, 2019.

7. M. Hassan Alkazemi, MD, MS, Leigh Nicholl, MS, Ashley W. Johnston, MD, Steven Wolf, MS, Gina-Maria Pomann, PhD, Diane Meglin, MSW, **Deanna Adkins, MD**, Jonathan C. Routh, MD, MPH; Community Perspectives on Difference of Sex Development (DSD) Diagnoses: a Crowdsourced Survey, 2020 Jun;16(3):384.e1-384.e8. doi: 10.1016/j.jpurol.2020.03.023. Epub 2020 Apr 27.PMID: 32409277

8. McGuire H, Frey L, Woodcock LR, Dake E, Carl A, Matthews D, Russell K, **Adkins DA** "Differences in Patient and Parent Informant Reports of Depression and Anxiety Symptoms in a Clinical Sample of Transgender and Gender Diverse Youth" LGBT Health 2021-LGBT Health. Aug-Sep 2021;8(6):404-411. doi: 10.1089/lgbt.2020.0478. Epub 2021 Aug 12

<u>Non Author publications</u>

1. Turner DA, Curran ML, Myers A, Hsu DC, Kesselheim JC, Carraccio CL and the Steering Committee of the Subspecialty Pediatrics Investigator Network (SPIN). Validity of Level of Supervision Scales for Assessing Pediatric Fellows on the Common Pediatric Subspecialty Entrustable Professional Activities. *Acad Med*. 2017 Jul 11. doi: 10.1097/ACM.0000000000001820. PMID:28700462

2. Mink R, Carraccio C, High P, Dammann C, McGann K, Kesselheim J, Herman B. Creating the Subspecialty Pediatrics Investigator Network (SPIN). Creating the Subspecialty Pediatrics Investigator Network Richard Mink, MD, MACM1, Alan Schwartz, PhD2, Carol Carraccio, MD, MA3, Pamela High, MD4, Christiane Dammann, MD5, Kathleen A. McGann, MD6, Jennifer Kesselheim, MD, EdM7, J Peds 2018 Jan;192:3-4.e2. PMID: 29246355 DOI: 10.1016/j.jpeds.2017.09.079

3. Erratum 2018. PMID: 29246355 DOI: <u>10.1016/j.jpeds.2017.09.079</u>

4. <u>Mink RB</u>[1], <u>Myers AL</u>, <u>Turner DA</u>, <u>Carraccio CL</u>. Competencies, Milestones, and a Level of Supervision Scale for Entrustable Professional Activities for Scholarship. <u>Acad Med.</u> 2018 Jul 10. doi: 10.1097/ACM.0000000000002353. [Epub ahead of print] PMID: 29995669 DOI:<u>10.1097/ACM.0000000000002353</u> Mink RB, Schwartz A, Herman BE,

<u>Editorials</u>

a. Editorial Charlotte News and Observer-"**NC pediatric specialists say HB2 'flawed' and 'harmful,' call for repeal**"; April 18, 2016; authors: Deanna

Adkins, Ali Calikoglu, Nina Jain, Michael Freemark, Nancie MacIver, Robert Benjamin, Beth Sandberg, etc.

b. Editorial Raleigh News and Observer-*"Beverly Gray: Repeal HB2"* May 2016: authors Beverly Gray, Deanna Adkins, Judy Sidenstein, Jonathan Routh, Haywood Brown, Clayton Afonso, William Meyer, Kristen Russell, Caroline Duke, Nancy Zucker, Kevin Weinfurt, Jennifer St. Claire, Angela Annas, Katherine Keitcher

## Chapters in Books

1. Endocrinology Chapter writer and editor in **Fetal and Neonatal Physiology for the Advanced Practice Nurse**; Editors: Amy Jnah DNP, NNP-BC, Andrea Nicole Trembath MD, MPH, FAAP. December 21, 2018 ISBN-10 0826157319

2. Chapter in **Dental Clinics of North America Adolescent Oral Health Edition** Understanding and Caring for LGBTQ+ Youth for the Oral Health Care Provider; Authors Joshua Raisin, DDS, Deanna Adkins MD, Scott B. Schwartz, DDS, MPH. 2021

3. Intersex Identity and Gender Assignment; **Encyclopedia of Adolescent Health**; Editor Brian Eichner, MD; Author Deanna Adkins MD 2021-pending

## Selected Abstracts:

1. Redding-Lallinger RC, **Adkins DW,** Gray N: The use of diaries in the study of priapism in sickle cell disease. Poster Abstract in Blood November 2003

2. **Adkins, D.W.** and Calikoglu, A.S.:  Delayed puberty due to isolated FSH deficiency in a male.  Pediatric Research Suppl. 51:  Abstract #690. page 118A, 2004

3. Zeger, M.P.D**., Adkins, D.W.,** White, K., Loechner, K.L.: Opsismodysplasia and Hypophosphatemic Rickets. Pediatric Research Suppl.-from PAS 2005

4. Kellee M. Miller[1], David M. Maahs[2], **Deanna W. Adkins**[3], Sureka Bollepalli[4], Larry A. Fox[5], Joanne M. Hathway[6], Andrea K. Steck[2], Roy W. Beck[1] and Maria J. Redondo[7] for the T1D Exchange Clinic Network; Twins Concordant for Type 1 Diabetes in the T1D Exchange -poster at ADA scientific sessions 6/2014

5. Laura Page, MD; Benjamin Mouser, MD; Kelly Mason, MD; Richard L. Auten, MD; **Deanna Adkins, MD** CHOLESTEROL SUPPLEMENTATION IN SMITH-LEMLI-OPITZ: A Case of Treatment During Neonatal Critical Illness; - poster   06/2014

6. Lydia Snyder**, MD, Deanna Adkins, MD,** Ali Calikoglu, MD; Celiac Disease and Type 1 Diabetes: Evening of Scholarship UNC  Chapel Hill 3/2015 poster

7. **Deanna W. Adkins, MD,** Kristen Russell, LCSW, Dane Whicker, PhD, Nancy Zucker, Ph. D**:** Departments of Pediatrics and Psychiatry, Duke University Medical Center*;* Evaluation of Eating Disturbance and Body Image Disturbance in the Trans Youth Population; WPATH International Scientific Meeting June 2016; Amsterdam, The Netherlands

8. Rohit Tejwani**, Deanna Adkins,** Brian J. Young, Muhammad H. Alkazemi,Steven Wolf[3], John S. Wiener, J. Todd Purves, and Jonathan C. Routh; Contemporary Demographic and

Armistead Supp. App. 0028

Treatment Patterns for Newborns Diagnosed with Disorders of Sex Development; Poster presentation at AUA meeting 2016

9. S.A. Johnson, **D.W. Adkins,** Case Report: The Co-diagnosis of Hypopituitarism with Klinefelter in a patient with short stature; Pediatric Academic Society Meeting 2018

10. Lapinski J, Dooley R, Russell K, Whicker D, Gray, B**, Adkins DW; Title:** Developing a Pediatric Gender Care Clinic at a Major Medical Setting in the South; Workshop Philadelphia Trans Wellness Conference 2018

11. Jessica Lapinski, DO, Deanna Adkins, MD, Tiffany Covas, MD, MPH, Kristen Russell, MSW, LCSW; An Interdisciplinary Approach to Full Spectrum Transgender Care; WPATH Conference Buenos Aires, Argentina, November 3, 2018

12. Leigh Spivey, MS, Nancy Zucker, PhD, Erik Severiede, B.S., Kristen Russell, LCSW, Deanna Adkins, MD; USPATH Washington, DC Sept. 2019. Platform presentation; "Psychological Distress Among Clinically Referred Transgender Adolescents: A latent Profile Analysis"

Non-Refereed Publications
 i. Print
   i. Editorial Charlotte News and Observer-"**NC pediatric specialists say HB2 'flawed' and 'harmful,' call for repeal**"; April 18, 2016
   ii. Editorial News and Observer-HB2 May 2016 -"**Beverly Gray: Repeal HB2**" May 2016
 ii. Digital
   i. Supporting and Caring for Transgender Children-HRC guide 2017
   ii. Initial endocrine workup and referral guidelines for primary care Providers-Pediatric Endocrine Society Education Committee Website Publication
   iii. Only Human Podcast August 2, 2016; https://www.wnycstudios.org/podcasts/onlyhuman/episodes/id-rather-have-living-son-dead-daughter
 iii. Media and Community Interviews
   i. Greensboro News and Record Community Forum October 2017-*Transgender Panel Moderator*
   ii. Playmakers Repertory Company-Chapel Hill: *Draw the Circle* Transgender Community Panel 2017
   iii. Duke Alumni Magazine
   iv. Duke Stories
   v. DukeMed Alumni Magazine
   vi. NPR Podcast Only Human piece on caring for transgender youth and follow up piece 1 year later
   vii. ABC11, WRAL, WNCN News Coverage
   viii. News and Observer: Charlotte and Raleigh
   ix. Duke Chronicle and Daily Tarheel  Article
   x. Huffington Post Article
   xi. https://www.businessinsider.com/the-olympics-uses-testosterone-to-treat-trans-athletes-like-cheaters-2021-7

Armistead Supp. App. 0029

xii.  https://www.wral.com/top-transgender-doctor-warns-teen-treatment-ban-could-be-deadly/19618762/
xiii.  http://www.ncpolicywatch.com/2021/04/07/experts-bills-targeting-trans-people-get-the-science-wrong/

Published Scientific Reviews for Mass Distribution

Position and Background Papers

Other Publications

**Editorial Experience**
    Editorial Boards
    Ad Hoc scientific review journals
        Hormone Research, Lancet, NC Medical journal, Journal of Pediatrics, Pediatrics, Transgender Health, International Journal of Pediatric Endocrinology, Journal of Adolescent Health

**Consultant Appointments**
    North Carolina Newborn Screening Committee
    Human Rights Campaign Transgender Youth Advisory Board

**Scholarly Societies**

**Professional Awards and Special Recognitions**

ESPE Fellows Summer School, 2001
NIH Loan Repayment Program Recipient
Lawson Wilkins AstraZeneca Research Fellow, 2003-2004
HEI 2017 Leaders in LGBTQ Healthcare Equality
Inside Out Durham Appreciation Award
Duke Health System Diversity and Inclusion Award January 2018
America's Top Doctor's 2020, 2021
Duke Health System Diversity and Inclusion Award January 2020- CDHD Course Team Teaching for Equity Fellow 2021

Armistead Supp. App. 0030

**Organizations and Participation**

| Organization | Role | Dates |
|---|---|---|
| American Academy of Pediatrics | Member<br>Council on Information Technology<br>    Member<br>      Reviewer COCIT<br>Member Section on Endocrinology | 1998 to present<br><br><br><br>2004 to present |
| Pediatric Endocrine Society | Member<br>  Member Education Committee<br>     SIG member-Transgender, DSD, liaison to Advocacy SIG<br>      Writer Web Publication for Pediatricians | 2000 to present |
| NC Pediatric Society | Member | 1998 to present |
| Endocrine Society | Member | 2000 to present |
| WPATH-International Transgender Society | Member | 2014 to present |

**External Support**

| Approximate Duration | PI | % Effort | Purpose | Amount Duration |
|---|---|---|---|---|
| Past | JAEB Center-Deanna Adkins | 0.5% | Type 1 diabetes research | $<br>5yr |
| | | | | |
| Past | Josiah Trent Foundation Grant-Deanna Adkins | 0.5% | Transgender and eating disorder research | $5000<br>3 yr |
| Pending: Submitted | NIH-Kate Whetten | 0.1% | Analysis of TransgenderHealth in Adolescents in Rural Africa, India, and Thailand | Consultant |

Armistead Supp. App. 0031

| Approximate Duration | PI | % Effort | Purpose | Amount Duration |
|---|---|---|---|---|
| Re-Submitting June 2021 | NIH R21 Deanna Adkins | 2% | Development of New Gender Dysphoria Measures in Youth | Co PI |
| ReSubmitting June 2021 | NIH R21 Sarah Legrand | 2% | Glow and Grow | consultant |
| Submitted November 2020 | CMS-Deanna Adkins and Rob Benjamin | 1% | Innovations Grant | Co PI |
| Submitted Sept 2020 | Kate Whetten | 2% | SAHMSA Grant for development of multidisciplinary LGBTQ education | Co PI |
| Gifts | Private Family | | | |

**Mentoring Activities**

| Faculty | |
|---|---|
| | |
| Fellows, Doctoral, Post docs | Nancie MacIver-fellow |
| | Dorothee Newbern-fellow |
| | Krystal Irizarry-fellow |
| | Kelly Mason-fellow |
| | Laura Page-fellow |
| | Elizabeth Sandberg fellow UNC |
| | Dane Whicker-psychology post doc |
| | Leigh Spivey-psychology post doc |
| | Joey Honeycutt, Chaplain Intern |
| | Kathryn Blew-research mentor |
| Residents | Yung-Ping Chin-mentor |
| | Kristen Moryan-mentor |
| | Jessica Lapinski-mentor |
| | Kathryn Blew-research mentor |
| | Matthew Pizzuto, Briana Scott-Coach, Laura Hampton Coach |

Armistead Supp. App. 0032

| Medical students | Tulsi Patel-continuity clinic mentor |
| | Sonali Biswas-research mentor 3rd year project |
| | Katha Desai-research mentor 3rd year project |
| Undergraduates | Erik Severeide-Duke University |
| | Lindsay Carey-Dickinson College |
| | Jeremy Gottlieb-Duke University |
| | Jay Zussman-Duke University |
| | Beles Abebe-Duke University |
| High School Students | Aeryn Colton-Intern Apex High School |
| Graduate Student MBS program | Nicholas Hastings |
| UNC Gillings School of Public Health MPH students | Lauren Frey, Emily Dake, Alexandra Carle, Lindsay Woodcock, Hunter McGuire |
| Nurse Practioners | ECU, Duke-multiple |
| DNP candidates | Ethan Cicero-PhD committee member |
| | Amanda Lund-PhD committee member |
| Pediatric Dental Fellow UNC | Joshua Raisin-research associate |

**Education / Teaching Activities**
**Didactic classes**

 <u>High School</u>
   c.  Cary Academy: Work Experience Program 2021

 <u>Undergraduate</u>
   1.  Creating Excellence and Ambulatory Nursing 2008
   2.  Profile in Sexuality Research Series at Duke CGSD 2016
   3.  Duke School of Nursing BSN Course on Sexual and Gender Health guest lecturer: fall 2017, spring 2018, fall 2018, spring 2019, fall 2019, spring 2020, fall 2020, spring 2021, fall 2021
   4.  Duke School of Nursing Lecture on Transgender Care-recorded for reuse
   5.  Duke Physician Assistant Program guest lecturer; fall 2017, spring 2018
   6.  Duke Global Health Course guest lecturer fall 2016
   7.  Duke Neuroscience course on Gender and Sex guest lecturer fall 2016
   8.  Duke Ethics Interest group guest lecturer fall 2018, 2020
   9.  Duke EMS group lecture fall 2018
   10. Duke Physician Assistant Program LGBTQ+ Rotation Educator 2019 to present
   11. Global Health Sexual and Gender Minority Seminar Lecturer 2020

Armistead Supp. App. 0033

**UME:**
1. Cultural Determinants of Health and Health Disparities Course: Facilitator and developed one class; 2017-18 and 2018-19, 2019-20, 2020-21, 2021-22; Steering Committee member for course development
2. UNC School of Medicine Lecturer for LGBTQ Health series 2016-recorded for reuse
3. Duke Pediatrics Interest Group lecture Nov 2020
4. Duke Med Pediatrics Interest Group lecture fall 2018, 2020
5. Lecturer Body and Disease Course MS1 2019, 2020, 2021 Clinical Correlation Differences of Sex Development
6. Lecturer Body and Disease Course MS1 2020, 2021 Transgender Medicine
7. Lecture on Cancer in Transgender and Intersex Individuals April 14, 2021 Mount Sinai School of Medicine
8. Lecture on Transgender Medicine Univ. of Tenn. Health Science Center School of Medicine May 7,2021

**Graduate School Courses:**
1. Master of Biomedical Science Program-guest lecturer on Transgender Medicine fall 2016
2. School of Nursing Graduate Intensive Course Lecturer on Sexual and Gender Health; fall 2017, spring 2018, fall 2018, spring 2019, Fall 2019
3. Fuqua School of Business Med Panel and presentation fall 2017
4. Master of Biomedical Science Program Mentor 2019-2020
5. Endocrinology for Nurse Practioners Duke Neonatal Nurse Practioner Program August 2021

**DUHS Employee Education**
1. Annual Duke Human Resources Lunch and Learn on Gender Diversity 2016, 2017, 2018
2. Over 100 lectures across the institution on gender including CHC front desk/nursing staff, hospital wide social work/case management, radiology, PDC clinic front desk/nursing staff
3. Steering Committee for Sexual and Gender Identity Epic Module development and Educational module development
4. DCRI Pride invited speaker
5. Duke Children's staff update 2021

**GME:**
1. Adult Endocrinology Fellows every year on growth and/or gender
2. Pediatric Residency Noon conferences on Growth and Gender-yearly
3. Reproductive Endocrinology Noon Conferences every 2 to 3 years
4. Psychiatry Noon Conferences periodically
5. Family Practice Noon Conference periodically
6. Pediatric Endocrine Fellow lectures twice a year or more
7. Pediatrics grand rounds: Vitamin D, Type 2 diabetes, Pubertal Development, Gender Diverse Youth

Armistead Supp. App. 0034

8.  Duke Urology Grand Rounds 2016
9.  Duke Ob/Gyn Grand Rounds 2017
10. Webinar for Arkansas Children's Hospital on transgender care 2018
11. Reproductive Challenges for Transgender people-Reproductive Endocrinology-2020
12. Metabolic Bone Disease in Neonates-NICU fellows 2019
13. Duke Psychiatry Grand Rounds 2017
14. Duke Pathology Grand Rounds fall 2020
15. Duke Family Medicine Community Rotation Educator 2019 to present
16. NC NAPNAP Symposium Keynote Speaker October 10, 2020
17. Duke Internal Medicine LEADS program speaker; Transgender Care 8/3/2021
18. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021Harvard Equity and Social Justice Webinar

**Development of Courses Educational programs**
1.  Pituitary Day October 2019-full day multispecialty seminar for caregivers of patients with hypopituitarism-Organized and developed the curriculum
2.  Development of Gender Diversity Education for Health System education
3.  Steering Committee for Cultural Determinants and Health Disparities Course
4.  Helping to Adapt Resident Coaching Program to Pediatric Fellowships
5.  Developed half day course for Duke Student Health on Care of the Gender Diverse Student with multiple disciplines included
6.  Course Director: American Diabetes Association Camp Carolina Trails rotation for fellows and residents: 2009, 2011 – 2019
7.  Medical Education for Camp Morris 2019, 2021

**Development of Assessment Tools and Methods**
1.  Currently under development with Population Health Sciences-method to assess gender dysphoria; received Brief High Intensity Production (BHIP) grant for this collaboration; NIH grant Submitted March 2020; I am writing the portion of grant giving background on the population and the need for better measures.
2.  Collaborating with the Duke Chaplain group to develop a spiritual assessment tool for gender diverse children and their families. Completed 2019

**Educational leadership roles**
1.  Fellowship Program Director Pediatric Endocrinology 2008-2019
2.  Course Director: American Diabetes Association Camp Carolina Trails rotation for fellows and residents: 2009, 2011 to 2019

**Educational Research**
1.  Working with coaching program for residents modified and applied in pediatric fellows
2.  Worked with the Council on Pediatric Subspecialties EPA study

**Invited Lectures and Presentations**
1.  NC Peds Conference: Pubertal Development 2016

Armistead Supp. App. 0035

2. Trent Center for Ethics Lecture May 2017: Transgender Medicine: a Wealth of Ethical Issues
3. Visiting Professorship: ECU Brody School of Medicine Invited Professor October 2017
4. College of Diplomates-pediatric dentistry society-Webinar on transgender care 4/1/2020
5. NAPNAP keynote speaker Annual Meeting October 2020
6. Wake County Duke CME program: Type 2 diabetes treatments in pediatrics 2019
7. Lecture on Cancer in Transgender and Intersex Individuals April 14, 2021 Mount Sinai School of Medicine
8. Lecture on Transgender Medicine Univ. of Tenn. Health Science Center School of Medicine May 7,2021
9. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021Harvard Equity and Social Justice Webinar

**International Meetings**
1. WPATH Amsterdam 2016
2. WPATH Buenos Aires 2018

**National Scientific Meetings (invited)**
1. Transgender SIG Developing a Patient Registry
2. Patient Advocacy for Transgender Youth Philadelphia 2018

**Instructional Courses, Workshops, Symposiums (National)**
1. Time to Thrive Arkansas Children's Hospital April 2018
2. National Transgender Health Summit UCSF Jan 2018: Providers as Advocates Workshop
3. Magic Foundation-Chicago, IL Annual Speaker on Precocious Puberty, Adrenal Insufficiency, and Growth Hormone at National Conference 2016, 2017, 2019, 2020, 2021
4. The Seminar-Fort Lauderdale, FL Invited Speaker on Care of Transgender Youth 2017

**Regional Presentations and Posters**
a. North Carolina Pediatric Society: Pubertal Development Presentation–Pinehurst, NC 2017
b. North Carolina Psychiatric Association: Caring for Transgender Children Presentation and Workshop on key concepts in care of transgender child-Asheville, NC 2017
c. ECU Campus Health Presentation Caring for Transgender Patients 2018
d. Radiology Technology Symposium Presentation on Caring for Transgender Patients 2018
e. Duke CME in Wake County-Update on Type 2 Diabetes Treatments Feb 2019
f. Hilton Head Pediatric CME Course-Update on Type 2 Diabetes, Short Stature, and Caring for Transgender Patients June 2019
g. Wake County Duke Pediatrics CME Type 2 diabetes treatments Feb 2019
h. NAPNAP Annual Meeting Keynote Speaker 2020

Armistead Supp. App. 0036

      i.  Sexual and Gender Minorities Research Symposium Duke Feb 2020; speaker and organizer

**Local Presentations**
1. Grand Rounds: 2016 to present-Duke Pediatrics twice, Moses Cones Pediatrics, ECU Ob/Gyn, Duke Ob/Gyn, Duke Psychiatry, Duke Urology, Duke Adult Endocrinology, Duke Pathology
2. Prior to 2016-Rex Grand rounds: Salt and Water balance, New treatments in Pediatric Diabetes, Adrenal Insufficiency, Duke peds grand rounds Bone Health, Type 2 Diabetes Mellitus
3. Duke Women's Weekend 2018 hosted by Duke Alumni Association
4. NCCAN Social Work Training 2016
5. NAPNAP lecture 2016 and 2018 and 2020
6. Profiles in Sexuality Research Presentation at Duke Center for Sexual and Gender Diversity 2017
7. Duke LGBTQ Alumni Weekend Presentation 2017
8. UNC Chapel Hill Campus Health Presentation 2018
9. Duke Student Health Presentation 2017, 2018, 2019 (workshop)

**Clinical Activity**
1. Duke Consultative Services of Raleigh-2.5 days per week in endocrinology and diabetes
2. Duke Child and Adolescent Gender Care Clinic 1.2 day per week at the CHC
3. Inpatient Consult Service Pediatric Endocrinology 1 week per month

Administrative and Leadership Positions
1. Medical Director Duke Children's and WakeMed Consultative Services of Raleigh
2. Director Duke Child and Adolescent Gender Care Clinic
3. Pediatric Endocrinology Fellowship Program Director 2008-2019

Committees
1. Graduate Medical Education Committee-2008-2019
2. School of Medicine Sexual and Gender Diversity Council 2015 to present
3. Pediatrics Clinical Practice Committee-2015? To present
4. Pediatric Diversity and Inclusion Committee

Community
1. Test proctor local schools
2. Guest lecture GSA multiple years
3. Diabetes Camp over 10 years
4. 100 Women who give a hoot
5. Collaborated to bring "Becoming Johanna" to Duke along with multiple screenings with the director and the lead actor
6. Teddy Bear Hospital volunteer both years

Armistead Supp. App. 0037

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON, | ) ) | |
| *Plaintiff*, | ) | Civil Action No. 2:21-cv-00316 |
| v. | ) ) | Hon. Joseph R. Goodwin |
| WEST VIRGINIA STATE BOARD OF EDUCATION, et al., | ) ) ) | |
| *Defendants*, | ) ) | |
| and | ) ) | |
| LAINEY ARMISTEAD, | ) ) | |
| *Defendant-Intervenor*. | ) ) ) ) | |

**EXPERT REBUTTAL REPORT AND DECLARATION OF DEANNA ADKINS, M.D.**

I, Deanna Adkins, M.D., hereby declare as follows:

1.     I have been retained by counsel for Plaintiff as an expert in connection with the above-captioned litigation.

2.     I have actual knowledge of the matters stated in this rebuttal report and declaration ("Adkins Rebuttal") and have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of the report.  I refer herein to my initial expert report in this matter as "Adkins Report."

3.     My credentials are set forth in my initial report executed on January 21, 2022.

4.     I reviewed the reports of Dr. Stephen Levine and Dr. James M. Cantor (referred to herein as the "Levine Report" and "Cantor Report" respectively).  I respond in this report to some of the central points in those disclosures.  I do not specifically address each study or article cited

Armistead Supp. App. 0038

but instead explain the overall problems with some of the conclusions that Dr. Levine and Dr. Cantor draw and provide data showing why such conclusions are in error.  I reserve the right to supplement my opinions if necessary as the case proceeds.

5.      I have knowledge of the matters stated in this report and have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of this declaration.

6.      In preparing this report, I reviewed the text of House Bill 3293 ("H.B. 3293") at issue in this matter.  I also relied on my scientific education and training, my research experience, and my knowledge of the scientific literature in the pertinent fields.  The materials I have relied upon in preparing this declaration and expert report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on these subjects.  I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

## SEX ASSIGNMENT AND BIOLOGICAL SEX CHARACTERISTICS

7.      Dr. Levine does not appear to have any experience with the process of assigning sex to newborns at birth.  Despite that lack of experience, he disputes the scientific consensus described in my initial report that the term "biological sex" is imprecise and should be avoided, as the Endocrine Society has advised.[1]  Adkins Report ¶ 41; Levine Report ¶¶ 19-20.  Dr. Levine

---

[1] Hembree, Wiley C., et al., Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline, J Clin Endocrinol Metab, Vol. 102, Issue 11, 1 November 2017, 3869–3903.; Berenbaum S., et al., Effects on gender identity of prenatal androgens and genital appearance: Evidence from girls with congenital adrenal hyperplasia. J Clin Endocrinol Metab 2003; 88(3): 1102-6; Dittmann R, et al., Congenital adrenal hyperplasia. I: Gender-related behavior and attitudes in female patients and sisters. Psychoneuroendocrinology 1990; 15(5-6): 401-20; Cohen-Kettenis P. Gender change in 46,XY persons with 5alpha-reductase-2 deficiency and 17beta-hydroxysteroid dehydrogenase-3 deficiency. Arch Sex Behav 2005; 34(4): 399-410; Reiner W, Gearhart J. Discordant sexual identity in some genetic males with cloacal exstrophy assigned to female sex at birth. N Engl J Med 2004; 350(4): 333-41.

Armistead Supp. App. 0039

instead asserts that sex is "determined at conception."  Levine Report ¶ 20.  His only reference for that claim does not support it, but rather is a one-page, undated handout by the National Institutes of Health ("NIH") Office of Research on Women's Health on the topic of sex and gender influences on health.  *Id.*[2]  Dr. Levine's repeated assertions that sex is "binary" (*e.g.*, Levine Report ¶ 24) ignore the extensive explanation in my initial report about the many differences of sex development that occur naturally in the population, affecting approximately one out of every 300 births.  Adkins Report ¶¶ 47-49.  The NIH recognizes "gender minorities" including transgender individuals.  Indeed, the NIH has a whole section devoted to research to improve care for these populations as well as to ensure adequate inclusion of these populations in all research.  (*See* NIH policy regarding Sexual and Gender Minorities, https://dpcpsi.nih.gov/sgmro.)  A paper from Bhargava that Dr. Levine relies on in the Levine Report also goes into great detail about human reproductive development and how many other genes, hormones, and other processes that occur well after conception are necessary for typical male or female reproductive tracts to develop.  The paper further supports the conclusion that there is wide variation in presentation of human reproductive organs depending on whether all of these steps occur appropriately.  There are scientifically validated tools including the Prader Scale that are used to describe variability in external genitalia of humans at birth.  These tools are widely used in endocrinology and urology.

8.     In addition, Dr. Levine offers selective references to an NIH requirement to include "sex as a biological variable" in research, Levine Report ¶ 21, and an Endocrine Society statement authored by Bhargava, et al. with observations about applying that requirement.  Levine Report ¶¶ 21-22.  None of these sources contradict my opinions in this case.

---

[2] *See id.* (citing National Institutes of Health, Office of Research on Women's Health. *How Sex and Gender Influence Health and Disease*, https://orwh.od.nih.gov/sites/orwh/files/docs/SexGenderInfographic_11x17_508.pdf).

Armistead Supp. App. 0040

9.      Dr. Levine also invokes human brain development and "differences between genders in function studies" to support his claim that sex is a binary concept established at birth, Levine Report ¶ 23, but ignores the literature showing that transgender women share some gender-differentiated brain structures with cisgender women, and that transgender men share some gender-differentiated brain structures with cisgender men. (*See* Bhargava et al. 2021.) Additionally, there are several studies that show an increase in the likelihood of being transgender with certain variations in the androgen receptor, as well as in utero exposure to certain hormones and hormone related medications.

10.      Dr. Levine seeks to refute the biological underpinnings for transgender status by reference to supposed changes in incidence of gender dysphoria, changes in the ratio of transgender boys versus girls, alleged "clustering" among friend groups, claims of desistance, and nonscientific labels some individuals use such as gender fluidity. Levine Report ¶¶ 97-102. He also invokes these examples to contest the explanation in my initial report that gender identity is not subject to voluntary change. Adkins Report ¶ 18; *see also* Cantor Report ¶ 13. But the increase in the number of people known to be transgender in no way suggests that people's gender identity can be changed. We are able to see and treat more transgender people now because of increased societal acceptance and improved medical treatments over the past decade. And that some people describe their gender as fluid does not mean that they can change their gender identity. Gender identity—whether cisgender, transgender, or something that does not fall into a binary male or female category—cannot be changed voluntarily or by external factors and is therefore fixed. That some people have changing understandings of their gender identity or express it differently at different times in no way changes that.

Armistead Supp. App. 0041

11.     It is also not the case that there are high numbers of transgender people who "desist" in their transgender identity once they reach puberty.   Adolescents with persistent gender dysphoria after reaching Tanner Stage 2 almost always persist in their gender identity in the long-term, whether or not they were provided gender-affirming care.[3]  No medical treatment is provided to transgender youth until they have reached Tanner Stage 2.   But for pre-pubertal children who may explore transgender identity and later realize that they are not transgender, that does not mean their gender identity is not "fixed" but rather that their understanding of it evolved.

12.     Dr. Levine and Dr. Cantor misconstrue my statements in my opening report that differences of sex development help us understand the importance of one's gender identity. Adkins Report ¶¶ 42-47.   As I explained, surgical interventions undertaken on children with differences of sex development to supposedly normalize their genital structures, without adequate information about the child's gender identity, have sometimes had disastrous results because gender identity cannot be involuntarily altered.   Adkins Report ¶ 46.   Dr. Levine asserts that it is "an error to conflate the two distinct concepts."   Levine Report ¶¶ 105-107; *see also* Cantor Report ¶¶ 25-26.   But my testimony is not that having a difference of sex development and being transgender are the same, but that the similarities in these conditions help demonstrate that gender identity is deeply rooted for people who are transgender or intersex, just as for cisgender people. Dr. Levine suggests that if you identify with a gender other than those that are represented by your chromosomes that you are transgender.   Levine Report ¶¶ 109-111.   Under that inaccurate premise, all women with complete androgen insensitivity, who have XY chromosomes and cannot sense

---

[3] Turban JL, DeVries ALC, Zucker K. Gender Incongruence & Gender Dysphoria. In Martin A, Bloch MH, Volkmar FR (Editors): *Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook*, Fifth Edition. Philadelphia: Wolters Kluwer 2018.

Armistead Supp. App. 0042

testosterone at all, would also be categorized as transgender.  Dr. Levine's theory is erroneous and does not represent my testimony, or the relevant science, on the matter.

13.     Although in medicine we endeavor through research and scholarship to learn the causes of various conditions, illness, and diseases, we do not do so to the exclusion of providing decades-long documented safe and efficacious treatment to the patient immediately in front of us. Such is the case with gender-affirming care and patients with gender dysphoria.  It is unnecessary for us to know the exact cause of a medical condition before we can provide treatment to alleviate distress and suffering.  There are many other conditions in medicine that do not have a known genetic cause, and yet we still provide medical treatments that have been shown for decades to be helpful in treatment as we continue to study and learn more about their precise causes or etiologies These conditions include autism as well as the multitude of different medical issues that affect people with Down syndrome.  For example, I would not hesitate to treat someone with Down syndrome who has hyper- or hypo-thyroidism, which is common in this patient population, simply because I did not know the exact explanation or source for the hyper or hypo-thyroidism.  In the medical profession, there are well-documented research and clear treatments for autism and Down syndrome, and I do not need to know the exact reason behind the condition before I would use those treatments to save the lives of my patients.

## TREATMENT PROTOCOLS FOR GENDER DYSPHORIA

14.     Dr. Levine offers a variety of opinions about treatment models for persons who are transgender, Levine Report ¶¶ 34-54, with an emphasis on treatment for prepubertal children.  It is worth clarifying that opinions about this population are irrelevant to this case based on my understanding of H.B. 3293, which does not apply to elementary schools, and therefore generally does not affect prepubertal children.  Additionally, while the vast majority of Dr. Levine's opinions

Armistead Supp. App. 0043

appear focused on the appropriate behavioral and medical care for minors with gender dysphoria, H.B. 3293 (which is about sports participation) does not have any effect on those decisions, which are reserved to parents, their children, and their team of medical and mental health care providers.

15.     Dr. Levine and Dr. Cantor repeatedly express concerns about the purported lack of mental health evaluation before medical interventions are determined to be medically indicated for adolescents (*e.g.*, Levine Report ¶¶ 73, 83; Cantor Report ¶¶ 14, 19), but this misunderstands the standards of care and how practitioners administer this care.  Both the Endocrine Society Clinical Practice Guideline (the "Endocrine Society Guideline") and the World Professional Association of Transgender Health Standards of Care (the "WPATH SOC") require mental health assessments and informed consent processes before any medical treatment is initiated.  In my experience treating over 600 youth with gender dysphoria during my tenure at the Duke Center for Child and Adolescent Gender Care (commonly referred to as the Duke Gender Clinic), each patient undergoes a psychological assessment and, if medical interventions are deemed medically appropriate, an extensive informed consent process before such interventions are provided.  Any and all decisions about medical care involve not just the adolescent, but also their legal guardians, ensuring that informed consent is provided both by the patient and adults responsible for their care. Additionally, Dr. Cantor's suggestion that gender dysphoric children should be treated *exclusively* with counseling as opposed to any gender affirming medical care underscores his lack of clinical experience in providing any treatment whatsoever to this population.  Cantor Report ¶ 17.  Cantor's assertion that my opinion about possible outcomes of untreated gender dysphoria misrepresents Spack et al.'s views or conclusions from the 2012 article are also unfounded.  *Id*.  Dr. Cantor cherry-picked various sentences from the Spack article and strung them together to fit his hypothesis, even going so far as to ignore the clear statement from the article that "Our

Armistead Supp. App. 0044

observations reflect the Dutch finding that psychological functioning improves with medical intervention and suggests that the patients' psychiatric symptoms might be secondary to a medical incongruence between mind and body, not primarily psychiatric." (Spack, *et al.,* 2012, at 422-23). Finally, Dr. Levine incorrectly and without evidence asserts that the role of psychotherapy in the treatment of gender dysphoria was "downgraded" in the WPATH SOC Version 7.  Levine Report ¶¶ 70, 73.  Dr. Levine's apparent concern is that if patients are not "required" to undergo psychotherapy for an arbitrary amount of time even when it is clear that medical treatment is indicated, advocates of conversion therapy like himself will be unable to "enable[e] a patient to return to or achieve comfort with the gender identity aligned with his or her biology"—in other words, to not be transgender.  The medical community has learned a great deal from the harms inflicted on transgender patients by delaying medical intervention because of the faulty assumption that being transgender was an inherent pathology.  Levine Report ¶ 5.

16.     Contrary to Dr. Levine's suggestions, providers who treat patients do not encourage any patient to initiate gender-affirming care, nor do they rush patients into medical treatment.  *See, e.g.*, Levine ¶¶ 123, 126.  Nor does gender-affirming care consist of treatment "on-demand" as Dr. Cantor repeatedly suggests.  *See, e.g.*, Cantor Report ¶ 45.  Consistent with the WPATH SOC and the Endocrine Society Guideline, each patient in my clinic is met first by mental health providers who explore the patient's medical and mental health history and identity.  When following the Standards of Care, no provider rushes any patient into any treatment, much less medical treatment, and no treatment is initiated without the mental health evaluations and a thorough informed consent process for patients and their guardians.

17.     Dr. Levine and Dr. Cantor express a view that care should be withheld from adolescents so that they can be encouraged to identify with their birth-assigned sex.  This view

8

contravenes the standard of care; encourages "conversion therapy," which has been widely discredited as unethical and profoundly harmful; and is wholly unsupported by any scientific evidence, as both admit. Levine Report ¶ 49 (admitting that "there is no evidence beyond anecdotal reports that psychotherapy can enable a return" to identifying as one's birth-assigned sex); Cantor Report ¶ 42 (admitting "there has not yet been any such study" that supports withholding care). Additionally, being deprived of access to medically necessary care for gender dysphoria can impose serious and potentially irreversible harms. Many physiological changes that happen during endogenous puberty cause severe distress for patients with gender dysphoria and can be difficult, if not impossible, to reverse with subsequent treatment. Based on my clinical experience, patients with severe dysphoria who are able to receive medically indicated treatment as adolescents experience substantial mental health improvements.

## WPATH IS A PROFESSIONAL MEDICAL ORGANIZATION

18.     Dr. Levine critiques WPATH because it is "a voluntary membership organization" and "attendance at its biennial meetings has been open to trans individuals who are not licensed professionals." Levine Report ¶ 67. This critique is misplaced, as an organization can both advocate for patients and pursue rigorous scientific research, which WPATH and many other medical associations do. This is not an isolated or new phenomenon in medicine. The American Diabetes Association, for example, is a professional association that both advocates for patients with diabetes and is a scientific organization that conducts research, hosts meetings with open attendance, and reports on developments in the field. Similarly, rigorously researched papers are presented at the WPATH biennial meetings and well-funded scientific scholarship is reported on to other attendees. I have attended many of these meetings and have heard open, collegial and cordial debate. I have not had the experience suggested by Dr. Levine in the last decade, nor has

Armistead Supp. App. 0046

he, as he has admittedly not been a member of WPATH for more than two decades.  Levine Report ¶ 66.

19.     Dr. Levine additionally critiques WPATH and its members, claiming, "some current members of WPATH have little ongoing experience with the mentally ill" and recognizing and treating psychiatric comorbidities.  Levine Report ¶ 73.  In my clinic, as is recommended by the Endocrine Society Guideline, every patient is treated by a multidisciplinary team that includes a social worker, psychologist, psychiatrist, and endocrinologist.  The mental health providers are all well-trained faculty and clinicians at Duke University Medical School with years of experience diagnosing and treating mental health conditions.  For patients who have other mental health diagnoses, they are treated by a team of mental health providers before medical treatment for gender dysphoria is initiated.  Clinic protocol requires written confirmation from the patient's mental health team that any other underlying mental health conditions are well-managed, and the patient is able to begin treatment.

20.     Similarly, Dr. Levine asserts that the 2017 Endocrine Society Guidelines are not "standards of care."  Levine Report ¶¶ 85-86.  Dr. Levine misinterprets my testimony in that the titles of the clinical care recommendations based in the medical literature published by the Endocrine Society are all titled "clinical care guidelines."  These guidelines are meant to be useful to providers in this field, and are recommendations from the Endocrine Society to improve care for transgender individuals.

**SAFETY AND EFFICACY OF TREATMENTS**

*Safety and Efficacy of Puberty-Delaying Treatment*

21.     Puberty blockers have been used to treat patients with gender dysphoria since at least 2004 in the United States.  We have almost 20 years of data showing the safety and efficacy

Armistead Supp. App. 0047

of this treatment for patients with gender dysphoria.  We have over 30 years of data about the safety of this treatment based on data from treating children with precocious (i.e., early onset) puberty.  Even with all of this supporting data, the Duke Gender Clinic still does not treat patients with a "one-size-fits-all approach" that Drs. Levine and Cantor proclaim exists.  Not all patients who are experiencing their endogenous puberty when they present for care at our clinic are indicated for treatment with puberty blockers.  This avenue of treatment is a case-by-case decision made with the expertise and thoughtful analysis of the entire multidisciplinary team, and with the patient and their family weighing the risks and benefits of each treatment path.

22.     Though Dr. Levine warns throughout his report about delaying puberty, pubertal suppression in transgender youth does not delay puberty beyond the typical age range.  Pubertal development has a very wide age variation among individuals.  Puberty in individuals assigned male at birth typically begins anywhere from age nine to age 14, and sometimes does not complete until a person's early twenties.  For those individuals assigned female at birth, puberty typically occurs sometime within the ages of eight to 17, generally beginning between the ages of eight and 13.  Protocols used to treat adolescents with gender dysphoria would tend to put them in the latter third of typical pubertal age ranges but nothing outside of the typical range.[4]  Though some peers of a patient on pubertal suppression may undergo pubertal changes earlier than the gender dysphoric patient, many peers will have comparably timed or even later puberty.  There is no data to support Dr. Levine's assertion that delaying puberty within these normal age ranges will have negative social and developmental consequences, including Dr. Levine's unsupported claim that

---

[4] Hembree, W.C., Cohen-Kettenis, P.T., Gooren, L., et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of Clinical Endocrinology & Metabolism*. 2017; 102(11): 3869-903; Euling, S.Y., Herman-Giddens, M.E., Lee, P.A., et al. Examination of U.S. Puberty-Timing Data from 1940 to 1994 for Secular Trends: Panel Findings. *Pediatrics*. 2008; 121 (Supplemental 3): S172-S191.

Armistead Supp. App. 0048

transgender youth will experience psychosocial harms from their purportedly delayed puberty. Levine Report ¶ 192.  Contrary to the suggestions by Dr. Cantor and Dr. Levine, my clinical experience has shown that adolescents who access needed gender-affirming medical treatment have improved social and romantic relationships and are able to develop positive peer relationships with cisgender and transgender people alike.

23.     Dr. Levine claims that patients treated with puberty-delaying medication will experience a range of health consequences.  Levine Report ¶¶ 185-94.  For example, he says that patients treated with puberty suppressants will be at an elevated risk of lower bone density.  Levine Report ¶ 186.  During the course of treatment, patients may have reduced bone mineral density, but after two years on hormone therapy, their bone structure and strength generally matches that of cisgender people who went through the same puberty.  This has been shown in research[5] and has also been my experience with patients.  Additionally, studies have shown no changes in bone mineralization among patients with central precocious puberty treated with pubertal suppression for a period of four years.[6]  As with all of the risks of puberty suppression, the risks related to bone mineralization and the state of the evidence are discussed extensively with patients and their parents during the informed consent process.

24.     Dr. Levine's claim that brain development occurring during puberty is negatively affected by pubertal suppression is not accurate.  Levine Report ¶ 187.  Patients with gender dysphoria who are treated with puberty-delaying medication undergo hormonal puberty with all

---

[5] van der Loos, M.A., Hellinga, I., Vlot, M.C., et al. Development of Hip Bone Geometry During Gender-Affirming Hormone Therapy in Transgender Adolescents Resembles That of the Experienced Gender When Pubertal Suspension Is Started in Early Puberty. *Journal of Bone and Mineral Research*. 2021; 36(5): 931-41. doi: https://doi.org/10.1002/jbmr.4262.

[6] Park, H.K., Lee, H.S., Ko, J.H., et al. The effect of gonadotrophin-releasing hormone agonist treatment over 3 years on bone mineral density and body composition in girls with central precocious puberty. *Clinical Endocrinology*. 2012; 77(5): 743-48.

Armistead Supp. App. 0049

the same brain and other bodily system development.[7] Dr. Levine's claim is inaccurate for the additional reason that some people never go through hormonal puberty, such as patients with Turner Syndrome, and still have normal brain development with respect to cognition and executive function. His claim also seems to imply that youth with gender dysphoria have their puberty delayed beyond the typical age range, but, as I discussed above, this is not accurate. He also implies that gender dysphoric youth treated with pubertal suppression remain on puberty blockers longer than those treated for precocious puberty. Levine Report ¶ 184. This is also not accurate. The longest period of time that my patients with gender dysphoria are treated with pubertal suppression before the introduction of pubertal hormones is approximately three years. By contrast, many patients with precocious puberty are treated with pubertal suppression for five to seven years.

25. As I explained in my initial report, Adkins Report ¶ 30, puberty-delaying medication simply pauses development at the stage it has reached at the time treatment is initiated. On its own, pubertal-delaying medication has no permanent effects on the maturation of sexual organs. For patients treated with puberty blockers who do not go on to gender-affirming hormones, once they stop taking blockers, puberty—including maturation of sexual organs—resumes. Dr. Levine's concerns about potentially diminished sexual response are also misplaced. Levine Report ¶ 199. For transgender women on estrogen who experience sexual side effects from the treatment, these are effectively managed through dosing as well. None of these side effects are inevitable, unmanageable, or unique to this treatment, and all potential side effects are discussed with patients

---

[7] Staphorsius, A. S., Kreukels, B. P., Cohen-Kettenis, P. T., et al. Puberty suppression and executive functioning: An fMRI-study in adolescents with gender dysphoria. *Psychoneuroendocrinology*. 2015; 56: 190-99. doi: https://doi.org/10.1016/j.psyneuen.2015.03.007.

Armistead Supp. App. 0050

during the informed consent process required to initiate treatment.  And, in my experience, many patients experience no side effects whatsoever from treatment, and instead experience exactly their intended effect: the diminishment of distress caused by untreated gender dysphoria.  There is also data that shows that the majority of transgender individuals see an improvement in their sexual satisfaction after gender-affirming care.

26.     Dr. Levine's theories about the unknown impact of puberty blockers on fertility and the supposed "irreversibility" of this treatment are again uninformed.  Levine Report ¶¶ 179, 180, 185.  In addition to treating precious puberty and gender dysphoria, puberty blockers are used to *preserve* gonadal function and ensure fertility when patients undergo gonadotoxic treatments.  For example, puberty blockers have been shown to protect gonadal function and preserve fertility in patients undergoing cancer and rheumatologic treatment.[8]  Puberty delaying medication is supported as the standard of care to preserve fertility in oncology patients who may undergo gonadal injuring treatments. When patients are no longer undergoing this treatment, their natal gonads resume their normal function and development.  It is precisely for this reason, and for the decades of safe and efficient use of these treatments for children with precocious puberty that puberty blockers are relied upon as the least invasive intervention for medical treatment of gender dysphoria.

27.     An additional claim by Dr. Levine that lacks evidentiary bases is that an "irreversible" and "inevitable" outcome of the administration of puberty blockers is the later use

---

[8] Int J Rheum Dis. 2018 Jun ; 21(6):1287-1292. doi: 10.1111/1756-185X.13318.
Effect of a gonadotropin-releasing hormone analog for ovarian function preservation after intravenous cyclophosphamide therapy in systemic lupus erythematosus patients: a retrospective inception cohort study; nt J Mol Sci 2020 Oct 21;21(20):7792. doi: 10.3390/ijms21207792.
Advances in the Treatment and Prevention of Chemotherapy-Induced Ovarian Toxicity
Hyun-Woong Cho, et al.

Armistead Supp. App. 0051

of hormone therapy. In contrast to Dr Levine's baselessly imagined world of unethical medical professionals, in actual medical practice in actual medical clinics like mine, no treatment is decided in advance for every single patient, and that is a foremost standard of care.  While the majority of my patients who undergo puberty delaying treatment do go on to initiate hormone therapy, some do not.  Dr. Levine' imbedded premise is that puberty blockers work as a cause-and-effect mechanism for later use of hormone therapy, but that misses reality entirely, when the cause for any medical treatment is the appropriate management of gender dysphoria with the goal of finding the best treatment possible for each patient, without a predetermined idea of what that will be.

28.     Finally, Dr. Levine makes it appear as if the Endocrine Society has significant reservations about puberty-delaying treatment by again misquoting and misrepresenting quoted portions of the 2017 Guidelines.  Levine Report ¶¶ 87, 188. To begin with, Dr. Levine asserts that on page 3872, the Guidelines "go no further than 'suggest[ing]' use of puberty blockers."  *Id.* ¶ 87.  This quote can be found nowhere on page 3872.  Instead, in the abstract section labeled "Conclusion" beginning on the first page of the Guidelines (3869) and continuing onto page 3870 is the direct quote "We ***recommend*** treating gender-dysphoric/gender-incongruent adolescents who have entered puberty at Tanner Stage G2/B2 by suppression with gonadotropin-releasing hormone agonists."  (emphasis added).  Levine then goes on to quote several disconnected sentences from the Guidelines out of context as support for his wholly unsupported hypothesis that there is a "negative impact" on brain development of adolescents treated with puberty delaying medication. Levine Report ¶¶ 187-88.  Notably, while Dr. Levine offers no insight about the impact of the anxiety, depression, and overall distress caused by untreated gender dysphoria on adolescent brain development, he maintains that the Guidelines support his unsubstantiated hypothesis by "acknowledging as much."  Levine Report ¶ 188.  The Guidelines do no such thing; instead they

Armistead Supp. App. 0052

merely acknowledge the data existing at the current moment, and like any field of medicine, the need for additional study and information.  For example, Dr. Levine's first out of context quote ignores the Guidelines' following statements from the same page that "[i]nitial data in GD/gender-incongruent subjects demonstrated *no change* of absolute areal BMD [bone mineral density] during 2 years of GnRH analog therapy but a decrease in BMD z scores."  The Guidelines also note, and Levine omits, that "[r]esearchers reported normal BMD z scores at age 35 years in one individual who used GnRH analogs from age 13.7 until age 18.6 years before initiating sex hormone treatment."  Additionally, Dr. Levine leaves out the entire first half of the sentence before his reference to "animal data," from page 3883, which in complete form states that "[a] single cross-sectional study demonstrated no compromise of executive function."  Regardless of Dr. Levine's mischaracterizations of the purpose or words of the Endocrine Society Guidelines, in the five years since they were published, additional research has been completed by clinicians and researchers in the area, resulting in findings like those recently included in a study in the Best Practice & Research Clinical Endocrinology and Metabolism: "With more than 30 years of experience, we can affirm that GnRHa treatment is safe.  The most frequently documented side effects are headaches and hot flashes."[9]

### Safety and Efficacy of Hormone Therapy

29.    Dr. Levine expresses concern that the evidence supporting hormone therapy for treatment of gender dysphoria is graded as low quality.  Levine Report ¶¶ 144-47.  It is common that standard treatments in medicine generally, and endocrinology specifically, receive reviews that the quality of evidence is "low" or "very low" because of the evidence available at the moment

---

[9] Leandro Soriano-Guillén, Jesús Argente, Central precocious puberty, functional and tumor-related, Best Practice & Research Clinical Endocrinology & Metabolism, Volume 33, Issue 3, 2019, 101262, ISSN 1521-690X, https://doi.org/10.1016/j.beem.2019.01.003.

Armistead Supp. App. 0053

a review is conducted and because of the limited and rigid definitions of "evidence" used by the reviewing organizations.   For example, the Endocrine Society also has a Clinical Practice Guideline for the Treatment of Pediatric Obesity which was released the same year as the Endocrine Society Guideline for the Treatment of Gender Dysphoric Persons.   In the Pediatric Obesity Guideline, the Guideline's strong recommendation for the prevention of obesity is that clinicians prescribe "healthy eating habits"—an obviously time-tested and well-founded recommendation—but this recommendation has a "very low" quality rating of the evidence—just like puberty blockers.   Similarly, the Cochrane Database of Systemic Reviews on which Dr. Levine relies has similar levels of evidence for treatments that are standard of care in medicine.   For example, in 2021 the Cochrane Database provided a review of "early versus delayed appendectomy for abscess."   Despite appendectomies being one of the oldest and most common surgical procedures completed on children in the United States, the Cochrane Review looked at 66 years' worth of study and research and found just two studies with 80 total patients that were acceptable for their review and from that data deemed that the evidence is "of very low quality." (Cochrane Database 2017).

30.     Finally, Dr. Levine's assertion that random control trials are necessary in order to establish any worthwhile science on the safe and effective medical treatment for gender dysphoria is unethical.   When withholding treatment is more dangerous (likely to result in death or injury) than providing that treatment, clinicians will, with informed consent and appropriate screening mechanisms, use that treatment even if the amount of evidence supporting the treatment is not vast.   In the case of gender-affirming hormone therapy, available data supports that these treatments lower suicide attempts and suicidal ideation as much as four-fold.   When combined with the fact that the second leading cause of death in all adolescents is suicide, there are ample

17

Armistead Supp. App. 0054

reasons to utilize this treatment pathway even if evidence does not meet the stringent levels of the Cochrane Review.  Significantly, there are no reported deaths in youth from receiving puberty blockers or hormone therapy.  Given that withholding this care increases the likelihood of death, it is unethical to do so in order to perform a randomized control trial ("RCT").  RCTs are only ethically performed between treatments that are at equal in treating a condition.  Providing gender-affirming care to transgender young people and not providing it are not equal in treating the condition, as  decades of evidence of the death of transgender individuals before gender-affirming hormone treatments were available demonstrate.

31.     Dr. Levine warns of risks of infertility related to gender-affirming hormone therapy, Levine Report ¶ 197, but many transgender individuals conceive children both during and after undergoing hormone therapy.[10]  Pregnancy among trans men after undergoing testosterone therapy is very common.[11]  A recent eight-year study found that four months after stopping testosterone treatment, transgender men had comparable egg yields to non-transgender women.[12]  Going directly from pubertal suppression to gender-affirming hormones does affect fertility.  For these patients, and any patients treated with estrogen, who are concerned about the impact of estrogen

---

[10] Light A.D., Obedin-Maliver J., Sevelius J.M., et al. Transgender men who experienced pregnancy after female-to-male gender transitioning. *Obstetrics Gynecology*. 2014; 124(6): 1120-27; Maxwell S., Noyes N., Keefe D., Berkeley A.S., et al. Pregnancy Outcomes After Fertility Preservation in Transgender Men. *Obstetrics Gynecology*. 2017; 129(6):1031-34; Neblett M.F. & Hipp H.S. Fertility Considerations in Transgender Persons. *Endocrinology and Metabolism Clinics*. 2019; 48(2): 391-402.

[11] See, *e.g.*, Moseson, H., Fix, L., Hastings, J., et al. Pregnancy intentions and outcomes among transgender, nonbinary, and gender-expansive people assigned female or intersex at birth in the United States: Results from a national, quantitative survey. *International Journal of Transgender Health*. 2020; 22(1-2): 30-41. doi: .

[12] Leung, A., Sakkas, D., Pang, S., et al. Assisted reproductive technology outcomes in female-to-male transgender patients compared with cisgender patients: a new frontier in reproductive medicine. *Fertility and Sterility*. 2019; 112(5): 858-65.

Armistead Supp. App. 0055

on fertility, fertility preservation remains a viable option we communicate to patients.   More generally, many medical interventions necessary to preserve a person's health and well-being can impact an individual's fertility, but as with virtually every decision in medicine, we carefully weigh the risks and the benefits of treatment and proceed with the treatment after informed consent.

32.   Dr. Levine asserts that transgender people "most likely [] require regular administration of hormones for the rest of their lives."  Levine Report ¶ 129.  Some patients may take hormones for some number of years and then decide to discontinue the treatment if dysphoria is well-managed.  For those who do remain on maintenance doses of hormone therapy for their lifetime, the risks of ongoing hormone therapy can be well-managed and are not unlike risks associated with those present for other patients who undergo long-term hormone therapy for different conditions like hypothyroidism, Kleinfelter's Syndrome, Turner Syndrome, or hypopituitism.  Generally, in endocrinology, our treatment goals for all patients are to maintain hormone levels at the range of normal human physiology, regardless of a person's chromosomes, reproductive anatomy, or gender identity.  When this is done, the body knows no difference in the source of the hormones and functions in normal physiologic fashion, regardless of whether the patient is cisgender or transgender.

33.   Ultimately, Dr. Levine's and Dr. Cantor's reports reveal a central opinion is that it is not healthy to be transgender and that government policies and medical practice should undertake efforts to make people not transgender (*i.e.*, use endless psychotherapy to encourage people to live in accordance with their assigned sex at birth rather than their gender identity, deny them medical treatment when it is indicated, ignore their distress unless science and medicine is 100 percent certain there is no possible risk to any intervention).  This approach to the management of any condition is counter to medicine and science overall.  And attempts to "treat" transgender

19

people in this manner is historically well-known to be not only entirely ineffective, but to be extremely harmful and is considered unethical by every major medical association.[13]  My clinical experience and the peer-reviewed literature overwhelmingly demonstrate that gender-affirming medical care drastically improves the health and well-being of adolescents with gender dysphoria for whom the care is medically indicated.

---

[13]  American Academy of Child & Adolescent Psychiatry. Conversion Therapy. 2018. https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx;  American Medical Association. Health care needs of lesbian, gay, bisexual and transgender populations. H-160.991.       2017.       https://policysearch.ama-assn.org/policyfinder/detail/H-160.991%20?uri=%2FAMADoc%2FHOD.xml-0-805.xml/

Armistead Supp. App. 0057

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ___10th___ day of March 2022.

_____
Deanna Adkins, M.D.

21

Armistead Supp. App. 0058

DUKE UNIVERSITY MEDICAL CENTER

CURRICULUM VITAE

Date Prepared: January 21, 2022

| | |
|---|---|
| Name: | Deanna Adkins, BS, MD |
| Primary Academic Appointment: | Associate Professor of Pediatrics, Career Track |
| Primary Academic Department : | Pediatrics |
| Secondary Appointment : | n/a |
| Present Academic Rank and Title : | Associate Professor |
| Date and Rank of First Duke Faculty Appointment: | July 1, 2004 Clinical Associate |
| Medical Licensure: | Since March 15, 2001 |
| License #: | 200100207 NC |
| Date: | 06/29/2022 expires |
| Specialty Certification(s) and Dates: | 10/16/2001-2018 General Pediatrics<br>8/18/2003 and current-Pediatric Endocrinology |
| Date of Birth: | 06/29/1970 |
| Place: | Albany, GA USA |
| Citizen of: | USA |
| Visa Status: | n/a |

| Education | Institution | Date (Year) | Degree |
|---|---|---|---|
| High School | Tift County High School | 1988 | Graduated with High Honors |
| College | Georgia Institute of Technology | 1993 | BS Applied Biology/Genetics High Honors |

Armistead Supp. App. 0059

| Education | Institution | Date (Year) | Degree |
|---|---|---|---|
| Graduate or Professional School | Medical College of Georgia | 1997 | MD |

**Professional Training and Academic Career**

| Institution | Position/Title | Dates |
|---|---|---|
| University of North Carolina Hospitals, Chapel Hill, North Carolina | Pediatrics Resident | 1997-2000 |
| University of North Carolina Hospitals, Chapel Hill, North Carolina | Pediatric Endocrine Fellow | 2000-2004 |
| Duke University Medical Center, Durham, North Carolina | Clinical Associate/Medical Instructor | 2004-2008 |
| Duke University Medical Center, Durham, North Carolina | Assistant Professor Track IV | 2008-2020 |
| Duke University Medical Center, Durham, North Carolina | Fellowship Program Director Pediatric Endocrinology- Associate PD- | 2008-2010 & 2014-12/2019 2010-2014 |
| Duke University Medical Center, Durham, North Carolina | Director Duke Child and Adolescent Gender Care Clinic | July 2015-present |
| Duke University Medical Center, Durham, North Carolina | Medical Director-Duke Children's Specialty of Raleigh | 3/2017-1/2022 |
| Duke University Medical Center, Durham, North Carolina | Associate Professor Pediatrics | 1/2020-present |
| Duke University Medical Center, Durham, North Carolina | Co-Clinical Lead Duke Sexual and Gender Wellness Program | 10/2021-present |

Armistead Supp. App. 0060

**Publications**
<u>Refereed Journals</u>

<u>Original Manuscripts:</u>

1. Zeger M, **<u>Adkins D</u>**, <u>Fordham LA</u>, <u>White KE</u>, <u>Schoenau E</u>, <u>Rauch F</u>, <u>Loechner KJ</u>. " Hypophosphatemic rickets in opsismodysplasia," J Pediatr Endocrinol Metab. 2007 Jan;20(1):79-86. PMID: 17315533

2. Worley G, Crissman BG, Cadogan E, Milleson C, **Adkins DW**, Kishnani PS "Down Syndrome Disintegrative Disorder: New-Onset Autistic Regression, Dementia, and Insomnia in Older Children and Adolescents With Down Syndrome".. J Child Neurol. 2015 Aug;30(9):1147-52. doi: 10.1177/0883073814554654. Epub 2014 Nov 3.PMID:25367918

3. Tejwani R, Jiang R, Wolf S, **Adkins DW**, Young BJ, Alkazemi M, Wiener JS, Pomann GM, Purves JT, Routh JC**,"** <u>Contemporary Demographic, Treatment, and Geographic Distribution Patterns for Disorders of Sex Development</u>".Clin Pediatr (Phila). 2017 Jul 1:9922817722013. doi: 10.1177/0009922817722013. PMID:28758411

4. Lapinski J1, Covas T2, Perkins JM3, Russell K4, **Adkins D** 5, Coffigny MC6, Hull S7. "Best Practices in Transgender Health: A Clinician's GuidePrim Care". 2018 Dec;45(4):687-703. doi: 10.1016/j.pop.2018.07.007. Epub 2018 Oct 5. PMID: 30401350 DOI: 10.1016/j.pop.2018.07.007

5. Paula Trief, Nicole Foster, Naomi Chaytor, Marisa Hilliard, Julie Kittelsrud, Sarah Jaser, Shideh Majidi, Sarah Corathers, Suzan Bzdick, **Adkins DW**, Ruth Weinstock; "Longitudinal Changes in Depression Symptoms and Glycemia in Adults with Type 1 Diabetes", Diabetes Care; 2019 Jul;42(7):1194-1201. doi: 10.2337/dc18-2441. Epub 2019 May; PMID: 31221694

6. Mann, Courtney M., Kristen Russell, Alexy Hernandez, Nicole Lucas, Erik Savereide, Dane R. Whicker, **Deanna W. Adkins**, Nancy L. Zucker, Raye Dooley, and Bryce B. Reeve. "**Concept elicitation for the development of quality measures in transgender health**." In *Quality of Life Research*, 28:S104–S104. SPRINGER, 2019.

7. M. Hassan Alkazemi, MD, MS, Leigh Nicholl, MS, Ashley W. Johnston, MD, Steven Wolf, MS, Gina-Maria Pomann, PhD, Diane Meglin, MSW, **Deanna Adkins, MD**, Jonathan C. Routh, MD, MPH; Community Perspectives on Difference of Sex Development (DSD) Diagnoses: a Crowdsourced Survey, 2020 Jun;16(3):384.e1-384.e8. doi: 10.1016/j.jpurol.2020.03.023. Epub 2020 Apr 27.PMID: 32409277

8. McGuire H, Frey L, Woodcock LR, Dake E, Carl A, Matthews D, Russell K, **Adkins DA** "Differences in Patient and Parent Informant Reports of Depression and Anxiety Symptoms in a Clinical Sample of Transgender and Gender Diverse Youth" LGBT Health 2021-LGBT Health. Aug-Sep 2021;8(6):404-411. doi: 10.1089/lgbt.2020.0478. Epub 2021 Aug 12

9. Lund A, **Adkins DA**, Simmons C, *"Simulation-Based Teaching to Improve Perioperative Care of Transgender Patients"*. In press. Clinical Simulation in Nursing

<u>Non Author publications</u>

1. Turner DA, Curran ML, Myers A, Hsu DC, Kesselheim JC, Carraccio CL and the Steering Committee of the Subspecialty Pediatrics Investigator Network (SPIN).  Validity of Level of Supervision Scales for Assessing Pediatric Fellows on the Common Pediatric Subspecialty Entrustable Professional Activities. *Acad Med*. 2017 Jul 11. doi: 10.1097/ACM.0000000000001820. PMID:28700462

2. Mink R, Carraccio C, High P, Dammann C, McGann K, Kesselheim J, Herman B. Creating the Subspecialty Pediatrics Investigator Network (SPIN). Creating the Subspecialty Pediatrics Investigator Network Richard Mink, MD, MACM1, Alan Schwartz, PhD2, Carol Carraccio, MD, MA3, Pamela High, MD4, Christiane Dammann, MD5, Kathleen A. McGann, MD6, Jennifer Kesselheim, MD, EdM7, J Peds 2018 Jan;192:3-4.e2. PMID: 29246355 DOI: 10.1016/j.jpeds.2017.09.079

3. Erratum 2018. PMID: 29246355 DOI: <u>10.1016/j.jpeds.2017.09.079</u>

4. <u>Mink RB</u>[1], <u>Myers AL</u>, <u>Turner DA</u>, <u>Carraccio CL</u>. Competencies, Milestones, and a Level of Supervision Scale for Entrustable Professional Activities for Scholarship. <u>Acad Med.</u> 2018 Jul 10. doi: 10.1097/ACM.0000000000002353. [Epub ahead of print] PMID: 29995669 DOI:<u>10.1097/ACM.0000000000002353</u> Mink RB, Schwartz A, Herman BE,

<u>Editorials</u>

Armistead Supp. App. 0062

a. Editorial Charlotte News and Observer-"**NC pediatric specialists say HB2 'flawed' and 'harmful,' call for repeal**"; April 18, 2016; authors: Deanna Adkins, Ali Calikoglu, Nina Jain, Michael Freemark, Nancie MacIver, Robert Benjamin, Beth Sandberg, etc.

b. Editorial Raleigh News and Observer-"**Beverly Gray: Repeal HB2"** May 2016: authors Beverly Gray, Deanna Adkins, Judy Sidenstein, Jonathan Routh, Haywood Brown, Clayton Afonso, William Meyer, Kristen Russell, Caroline Duke, Nancy Zucker, Kevin Weinfurt, Jennifer St. Claire, Angela Annas, Katherine Keitcher

Chapters in Books

1. Endocrinology Chapter writer and editor in **Fetal and Neonatal Physiology for the Advanced Practice Nurse**; Editors: Amy Jnah DNP, NNP-BC, Andrea Nicole Trembath MD, MPH, FAAP. December 21, 2018 ISBN-10 0826157319

2. Chapter in **Dental Clinics of North America Adolescent Oral Health Edition** Understanding and Caring for LGBTQ+ Youth for the Oral Health Care Provider; Authors Joshua Raisin, DDS, Deanna Adkins MD, Scott B. Schwartz, DDS, MPH. 2021

3. Intersex Identity and Gender Assignment; **Encyclopedia of Adolescent Health**; Editor Brian Eichner, MD; Author Deanna Adkins MD 2021-pending

Selected Abstracts:

1. Redding-Lallinger RC, **Adkins DW**, Gray N: The use of diaries in the study of priapism in sickle cell disease. Poster Abstract in Blood November 2003

2. **Adkins, D.W.** and Calikoglu, A.S.:  Delayed puberty due to isolated FSH deficiency in a male.  Pediatric Research Suppl. 51:  Abstract #690. page 118A, 2004

3. Zeger, M.P.D**., Adkins, D.W.,** White, K., Loechner, K.L.: Opsismodysplasia and Hypophosphatemic Rickets. Pediatric Research Suppl.-from PAS 2005

4. Kellee M. Miller[1], David M. Maahs[2], **Deanna W. Adkins**[3], Sureka Bollepalli[4], Larry A. Fox[5], Joanne M. Hathway[6], Andrea K. Steck[2], Roy W. Beck[1] and Maria J. Redondo[7] for the T1D Exchange Clinic Network; Twins Concordant for Type 1 Diabetes in the T1D Exchange -poster at ADA scientific sessions 6/2014

5. Laura Page, MD; Benjamin Mouser, MD; Kelly Mason, MD; Richard L. Auten, MD; **Deanna Adkins, MD** CHOLESTEROL SUPPLEMENTATION IN SMITH-LEMLI-OPITZ: A Case of Treatment During Neonatal Critical Illness; - poster   06/2014

6. Lydia Snyder**, MD, Deanna Adkins, MD,** Ali Calikoglu, MD; Celiac Disease and Type 1 Diabetes: Evening of Scholarship UNC  Chapel Hill 3/2015 poster

7. **Deanna W. Adkins, MD,** Kristen Russell, LCSW, Dane Whicker, PhD, Nancy Zucker, Ph. D**:** Departments of Pediatrics and Psychiatry, Duke University Medical Center; Evaluation of Eating Disturbance and Body Image Disturbance in the Trans Youth Population; WPATH International Scientific Meeting June 2016; Amsterdam, The Netherlands

Armistead Supp. App. 0063

8. Rohit Tejwani**, Deanna Adkins,** Brian J. Young, Muhammad H. Alkazemi,Steven Wolf[3], John S. Wiener, J. Todd Purves, and Jonathan C. Routh; Contemporary Demographic and Treatment Patterns for Newborns Diagnosed with Disorders of Sex Development; Poster presentation at AUA meeting 2016

9. S.A. Johnson, **D.W. Adkins,** Case Report: The Co-diagnosis of Hypopituitarism with Klinefelter in a patient with short stature; Pediatric Academic Society Meeting 2018

10. Lapinski J, Dooley R, Russell K, Whicker D, Gray, B**, Adkins DW; Title:** Developing a Pediatric Gender Care Clinic at a Major Medical Setting in the South; Workshop Philadelphia Trans Wellness Conference 2018

11. Jessica Lapinski, DO, Deanna Adkins, MD, Tiffany Covas, MD, MPH, Kristen Russell, MSW, LCSW; An Interdisciplinary Approach to Full Spectrum Transgender Care; WPATH Conference Buenos Aires, Argentina, November 3, 2018

12. Leigh Spivey, MS, Nancy Zucker, PhD, Erik Severiede, B.S., Kristen Russell, LCSW, Deanna Adkins, MD; USPATH Washington, DC Sept. 2019. Platform presentation; "Psychological Distress Among Clinically Referred Transgender Adolescents: A latent Profile Analysis"

<u>Non-Refereed Publications</u>
   i. Print
      i. Editorial Charlotte News and Observer-"**NC pediatric specialists say HB2 'flawed' and 'harmful,' call for repeal**"; April 18, 2016
      ii. Editorial News and Observer-HB2 May 2016 -"**Beverly Gray: Repeal HB2**" May 2016
   ii. Digital
      i. Supporting and Caring for Transgender Children-HRC guide 2017
      ii. Initial endocrine workup and referral guidelines for primary care Providers-Pediatric Endocrine Society Education Committee Website Publication
      iii. Only Human Podcast August 2, 2016; https://www.wnycstudios.org/podcasts/onlyhuman/episodes/id-rather-have-living-son-dead-daughter
   iii. Media and Community Interviews
      i. Greensboro News and Record Community Forum October 2017-*Transgender Panel Moderator*
      ii. Playmakers Repertory Company-Chapel Hill: *Draw the Circle* Transgender Community Panel 2017
      iii. Duke Alumni Magazine
      iv. Duke Stories
      v. DukeMed Alumni Magazine
      vi. NPR Podcast Only Human piece on caring for transgender youth and follow up piece 1 year later
      vii. ABC11, WRAL, WNCN News Coverage
      viii. News and Observer: Charlotte and Raleigh
      ix. Duke Chronicle and Daily Tarheel  Article
      x. Huffington Post Article

Armistead Supp. App. 0064

xi. https://www.businessinsider.com/the-olympics-uses-testosterone-to-treat-trans-athletes-like-cheaters-2021-7

xii. https://www.wral.com/top-transgender-doctor-warns-teen-treatment-ban-could-be-deadly/19618762/

xiii. http://www.ncpolicywatch.com/2021/04/07/experts-bills-targeting-trans-people-get-the-science-wrong/

Published Scientific Reviews for Mass Distribution

Position and Background Papers

Other Publications

**Editorial Experience**
Editorial Boards
Ad Hoc scientific review journals
Hormone Research, Lancet, NC Medical journal, Journal of Pediatrics, Pediatrics, Transgender Health, International Journal of Pediatric Endocrinology, Journal of Adolescent Health

**Consultant Appointments**
North Carolina Newborn Screening Committee
Human Rights Campaign Transgender Youth Advisory Board

**Scholarly Societies**

**Professional Awards and Special Recognitions**

ESPE Fellows Summer School, 2001
NIH Loan Repayment Program Recipient
Lawson Wilkins AstraZeneca Research Fellow, 2003-2004
HEI 2017 Leaders in LGBTQ Healthcare Equality
Inside Out Durham Appreciation Award
Duke Health System Diversity and Inclusion Award January 2018
America's Top Doctor's 2020, 2021
Duke Health System Diversity and Inclusion Award January 2020- CDHD Course Team
Teaching for Equity Fellow 2021

Armistead Supp. App. 0065

**Organizations and Participation**

| Organization | Role | Dates |
|---|---|---|
| American Academy of Pediatrics | Member<br>Council on Information Technology<br>Member<br>Reviewer COCIT<br>Member Section on Endocrinology | 1998 to present<br><br><br><br>2004 to present |
| Pediatric Endocrine Society | Member<br>Member Education Committee<br>SIG member-Transgender, DSD, liaison to Advocacy SIG<br>Writer Web Publication for Pediatricians | 2000 to present |
| NC Pediatric Society | Member | 1998 to present |
| Endocrine Society | Member | 2000 to present |
| WPATH-International Transgender Society | Member | 2014 to present |

**External Support**

| Approximate Duration | PI | % Effort | Purpose | Amount Duration |
|---|---|---|---|---|
| Past | JAEB Center-Deanna Adkins | 0.5% | Type 1 diabetes research | $<br>5yr |
| | | | | |
| Past | Josiah Trent Foundation Grant-Deanna Adkins | 0.5% | Transgender and eating disorder research | $5000<br>3 yr |
| Pending: Submitted | NIH-Kate Whetten | 0.1% | Analysis of TransgenderHealth in Adolescents in Rural Africa, India, and Thailand | Consultant |

Armistead Supp. App. 0066

| Approximate Duration | PI | % Effort | Purpose | Amount Duration |
|---|---|---|---|---|
| Re-Submitting June 2022 | NIH R21 Deanna Adkins | 2% | Development of New Gender Dysphoria Measures in Youth | Co PI |
| ReSubmitting February 2022 | NIH R21 Sarah Legrand | 2% | Glow and Grow | consultant |
| Submitted November 2020 | CMS-Deanna Adkins and Rob Benjamin | 1% | Innovations Grant | Co PI 3 yrs |
| Gifts | Private Family | | Multiple including leadership training initiatives as well as other LGBTQ work | Approx. $18,000 Unlimited duration |

**Mentoring Activities**

| Faculty | |
|---|---|
| | |
| Fellows, Doctoral, Post docs | Nancie MacIver-fellow |
| | Dorothee Newbern-fellow |
| | Krystal Irizarry-fellow |
| | Kelly Mason-fellow |
| | Laura Page-fellow |
| | Elizabeth Sandberg fellow UNC |
| | Dane Whicker-psychology post doc |
| | Leigh Spivey-psychology post doc |
| | Joey Honeycutt, Chaplain Intern |
| | Kathryn Blew-research mentor |
| Residents | Yung-Ping Chin-mentor |
| | Kristen Moryan-mentor |
| | Jessica Lapinski-mentor |
| | Kathryn Blew-research mentor |
| | Matthew Pizzuto, Briana Scott-Coach, Laura Hampton Coach |

9 |

| Medical students | Tulsi Patel-continuity clinic mentor |
| | Ernest Barrel-continuity clinic mentor |
| | Sonali Biswas-research mentor 3rd year project |
| | Katha Desai-research mentor 3rd year project |
| Undergraduates | Erik Severeide-Duke University |
| | Lindsay Carey-Dickinson College |
| | Jeremy Gottlieb-Duke University |
| | Jay Zussman-Duke University |
| High School Students | Aeryn Colton-Intern Apex High School |
| Graduate Student MBS program | Nicholas Hastings |
| UNC Gillings School of Public Health MPH students | Lauren Frey, Emily Dake, Alexandra Carle, Lindsay Woodcock, Hunter McGuire |
| Nurse Practioners | ECU, Duke-multiple |
| DNP candidates | Ethan Cicero-PhD committee member |
| | Amanda Lund-PhD committee member |
| Pediatric Dental Fellow UNC | Joshua Raisin-research associate |

**Education / Teaching Activities**
**Didactic classes**

High School
   c.  Cary Academy: Work Experience Program 2021

Undergraduate
1. Creating Excellence and Ambulatory Nursing 2008
2. Profile in Sexuality Research Series at Duke CGSD 2016
3. Duke School of Nursing BSN Course on Sexual and Gender Health guest lecturer: fall 2017, spring 2018, fall 2018, spring 2019, fall 2019, spring 2020, fall 2020, spring 2021, fall 2021
4. Duke School of Nursing Lecture on Transgender Care-recorded for reuse
5. Duke Physician Assistant Program guest lecturer; fall 2017, spring 2018
6. Duke Global Health Course guest lecturer fall 2016
7. Duke Neuroscience course on Gender and Sex guest lecturer fall 2016
8. Duke Ethics Interest group guest lecturer fall 2018, 2020
9. Duke EMS group lecture fall 2018
10. Duke Physician Assistant Program LGBTQ+ Rotation Educator 2019 to present
11. Global Health Sexual and Gender Minority Seminar Lecturer 2020

Armistead Supp. App. 0068

**UME:**
1. Cultural Determinants of Health and Health Disparities Course: Facilitator and developed one class; 2017-18 and 2018-19, 2019-20, 2020-21, 2021-22; Steering Committee member for course development
2. UNC School of Medicine Lecturer for LGBTQ Health series 2016-recorded for reuse
3. Duke Pediatrics Interest Group lecture Nov 2020
4. Duke Med Pediatrics Interest Group lecture fall 2018, 2020
5. Lecturer Body and Disease Course MS1 2019, 2020, 2021 Clinical Correlation Differences of Sex Development
6. Lecturer Body and Disease Course MS1 2020, 2021 Transgender Medicine
7. Lecture on Cancer in Transgender and Intersex Individuals April 14, 2021 Mount Sinai School of Medicine
8. Lecture on Transgender Medicine Univ. of Tenn. Health Science Center School of Medicine May 7,2021

**Graduate School Courses:**
1. Master of Biomedical Science Program-guest lecturer on Transgender Medicine fall 2016
2. School of Nursing Graduate Intensive Course Lecturer on Sexual and Gender Health; fall 2017, spring 2018, fall 2018, spring 2019, Fall 2019
3. Fuqua School of Business Med Pride Panel and presentation fall 2017
4. Master of Biomedical Science Program Mentor 2019-2020
5. Endocrinology for Nurse Practioners Duke Neonatal Nurse Practioner Program August 2021

**DUHS Employee Education**
1. Annual Duke Human Resources Lunch and Learn on Gender Diversity 2016, 2017, 2018
2. Over 100 lectures across the institution on gender including CHC front desk/nursing staff, hospital wide social work/case management, radiology, PDC clinic front desk/nursing staff
3. Steering Committee for Sexual and Gender Identity Epic Module development and Educational module development
4. DCRI Pride invited speaker
5. Duke Children's staff update 2021

**GME:**
1. Adult Endocrinology Fellows every year on growth and/or gender
2. Pediatric Residency Noon conferences on Growth and Gender-yearly
3. Reproductive Endocrinology Noon Conferences every 2 to 3 years
4. Psychiatry Noon Conferences periodically
5. Family Practice Noon Conference periodically
6. Pediatric Endocrine Fellow lectures twice a year or more

Armistead Supp. App. 0069

7. Pediatrics grand rounds: Vitamin D, Type 2 diabetes, Pubertal Development, Gender Diverse Youth
8. Duke Urology Grand Rounds 2016
9. Duke Ob/Gyn Grand Rounds 2017
10. Webinar for Arkansas Children's Hospital on transgender care 2018
11. Reproductive Challenges for Transgender people-Reproductive Endocrinology-2020
12. Metabolic Bone Disease in Neonates-NICU fellows 2019
13. Duke Psychiatry Grand Rounds 2017
14. Duke Pathology Grand Rounds fall 2020
15. Duke Family Medicine Community Rotation Educator 2019 to present
16. NC NAPNAP Symposium Keynote Speaker October 10, 2020
17. Duke Internal Medicine LEADS program speaker; Transgender Care 8/3/2021
18. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021Harvard Equity and Social Justice Webinar

## Development of Courses Educational programs
1. Pituitary Day October 2019-full day multispecialty seminar for caregivers of patients with hypopituitarism-Organized and developed the curriculum
2. Development of Gender Diversity Education for Health System education
3. Steering Committee for Cultural Determinants and Health Disparities Course
4. Helping to Adapt Resident Coaching Program to Pediatric Fellowships
5. Developed half day course for Duke Student Health on Care of the Gender Diverse Student with multiple disciplines included
6. Course Director: American Diabetes Association Camp Carolina Trails rotation for fellows and residents: 2009, 2011 – 2019
7. Medical Education for Camp Morris 2019, 2021

## Development of Assessment Tools and Methods
1. Currently under development with Population Health Sciences-method to assess gender dysphoria; received Brief High Intensity Production (BHIP) grant for this collaboration; NIH grant Submitted March 2020; I am writing the portion of grant giving background on the population and the need for better measures.
2. Collaborating with the Duke Chaplain group to develop a spiritual assessment tool for gender diverse children and their families. Completed 2019

## Educational leadership roles
1. Fellowship Program Director Pediatric Endocrinology 2008-2019
2. Course Director: American Diabetes Association Camp Carolina Trails rotation for fellows and residents: 2009, 2011 to 2019

## Educational Research
1. Working with coaching program for residents modified and applied in pediatric fellows
2. Worked with the Council on Pediatric Subspecialties EPA study

Armistead Supp. App. 0070

**Invited Lectures and Presentations**
1. NC Peds Conference: Pubertal Development 2016
2. Trent Center for Ethics Lecture May 2017: Transgender Medicine: a Wealth of Ethical Issues
3. Visiting Professorship: ECU Brody School of Medicine Invited Professor October 2017
4. College of Diplomates-pediatric dentistry society-Webinar on transgender care 4/1/2020
5. NAPNAP keynote speaker Annual Meeting October 2020
6. Wake County Duke CME program: Type 2 diabetes treatments in pediatrics 2019
7. Lecture on Cancer in Transgender and Intersex Individuals April 14, 2021 Mount Sinai School of Medicine
8. Lecture on Transgender Medicine Univ. of Tenn. Health Science Center School of Medicine May 7,2021
9. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021Harvard Equity and Social Justice Webinar

**International Meetings**
1. WPATH Amsterdam 2016
2. WPATH Buenos Aires 2018

**National Scientific Meetings (invited)**
1. Transgender SIG Developing a Patient Registry
2. Patient Advocacy for Transgender Youth Philadelphia 2018

**Instructional Courses, Workshops, Symposiums (National)**
1. Time to Thrive Arkansas Children's Hospital April 2018
2. National Transgender Health Summit UCSF Jan 2018: Providers as Advocates Workshop
3. Magic Foundation-Chicago, IL Annual Speaker on Precocious Puberty, Adrenal Insufficiency, and Growth Hormone at National Conference 2016, 2017, 2019, 2020, 2021
4. The Seminar-Fort Lauderdale, FL Invited Speaker on Care of Transgender Youth 2017

**Regional Presentations and Posters**
a. North Carolina Pediatric Society: Pubertal Development Presentation–Pinehurst, NC 2017
b. North Carolina Psychiatric Association: Caring for Transgender Children Presentation and Workshop on key concepts in care of transgender child-Asheville, NC 2017
c. ECU Campus Health Presentation Caring for Transgender Patients 2018
d. Radiology Technology Symposium Presentation on Caring for Transgender Patients 2018
e. Duke CME in Wake County-Update on Type 2 Diabetes Treatments Feb 2019
f. Hilton Head Pediatric CME Course-Update on Type 2 Diabetes, Short Stature, and Caring for Transgender Patients June 2019

Armistead Supp. App. 0071

g.  Wake County Duke Pediatrics CME Type 2 diabetes treatments Feb 2019
h.  NAPNAP Annual Meeting Keynote Speaker 2020
i.  Sexual and Gender Minorities Research Symposium Duke Feb 2020; speaker and organizer

**Local Presentations**
1.  Grand Rounds: 2016 to present-Duke Pediatrics twice, Moses Cones Pediatrics, ECU Ob/Gyn, Duke Ob/Gyn, Duke Psychiatry, Duke Urology, Duke Adult Endocrinology, Duke Pathology
2.  Prior to 2016-Rex Grand rounds: Salt and Water balance, New treatments in Pediatric Diabetes, Adrenal Insufficiency, Duke peds grand rounds Bone Health, Type 2 Diabetes Mellitus
3.  Duke Women's Weekend 2018 hosted by Duke Alumni Association
4.  NCCAN Social Work Training 2016
5.  NAPNAP lecture 2016 and 2018 and 2020
6.  Profiles in Sexuality Research Presentation at Duke Center for Sexual and Gender Diversity 2017
7.  Duke LGBTQ Alumni Weekend Presentation 2017
8.  UNC Chapel Hill Campus Health Presentation 2018
9.  Duke Student Health Presentation 2017, 2018, 2019 (workshop)

**Clinical Activity**
1.  Duke Consultative Services of Raleigh-2.5 days per week in endocrinology and diabetes
2.  Duke Child and Adolescent Gender Care Clinic 1.2 day per week at the CHC
3.  Inpatient Consult Service Pediatric Endocrinology 1 week per month

Administrative and Leadership Positions
1.  Medical Director Duke Children's and WakeMed Consultative Services of Raleigh
2.  Director Duke Child and Adolescent Gender Care Clinic
3.  Pediatric Endocrinology Fellowship Program Director 2008-2019

Committees
1.  Graduate Medical Education Committee-2008-2019
2.  School of Medicine Sexual and Gender Diversity Council 2015 to present
3.  Pediatrics Clinical Practice Committee-2015? To present
4.  Pediatric Diversity and Inclusion Committee

Community
1.  Test proctor local schools
2.  Guest lecture GSA multiple years
3.  Diabetes Camp over 10 years
4.  100 Women who give a hoot
5.  Collaborated to bring "Becoming Johanna" to Duke along with multiple screenings with the director and the lead actor
6.  Teddy Bear Hospital volunteer both years

Armistead Supp. App. 0072

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON, <br><br> *Plaintiff*, <br><br> v. <br><br> WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA, <br><br> *Defendants*, <br><br> and <br><br> LAINEY ARMISTEAD, <br><br> *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316 <br><br> Hon. Joseph R. Goodwin |

**EXPERT REPORT AND DECLARATION OF
JOSHUA D. SAFER, MD, FACP, FACE**

1.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.      The purpose of this expert report and declaration is to offer my expert opinion on: (1) relevant medical and scientific background regarding gender identity and the attempted regulation of transgender women playing women's sports, including the Endocrine Society's Guidelines for providing gender-affirming care to transgender people; (2) the policies of athletic organizations regarding the participation of transgender women in women's sports, the difficulties that have arisen when athletic associations have attempted to define a person's sex,

1

Armistead Supp. App. 0073

and the relationship of these policies to the scholastic context; and (3) whether there is any medical justification for West Virginia's exclusion of transgender women and girls from school sports, including whether the available scientific evidence supports West Virginia's assertion that "classification of athletic teams according to" an "individual's reproductive biology and genetics at birth sex" "is necessary to promote equal athletic opportunities for the female sex."

3.      I have knowledge of the matters stated in this expert report and declaration and have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of this declaration and in the attached bibliography.

4.      In preparing this expert report and declaration, I relied on my scientific education and training, my research experience, and my knowledge of the scientific literature in the pertinent fields. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

## PROFESSIONAL BACKGROUND

5.      I am a Staff Physician in the Endocrinology Division of the Department of Medicine at the Mount Sinai Hospital and Mount Sinai Beth Israel Medical Center in New York, NY. I serve as Executive Director of the Center for Transgender Medicine and Surgery at Mount Sinai. I also hold an academic appointment as Professor of Medicine in Mount Sinai's Icahn School of Medicine. A true and correct copy of my CV is attached hereto as Exhibit A.

6.      I have been Board Certified in Endocrinology, Diabetes and Metabolism by the American Board of Internal Medicine since 1997.

2

Armistead Supp. App. 0074

7.      I graduated from the University of Wisconsin in Madison with a Bachelor of Science degree in 1986. I earned my Doctor of Medicine degree from the University of Wisconsin in 1990. I completed intern and resident training at Mount Sinai School of Medicine, Beth Israel Medical Center in New York, New York from 1990 to 1993. From 1993 to 1994, I was a Clinical Fellow in Endocrinology at Harvard Medical School and Beth Israel Deaconess Medical Center in Boston, Massachusetts. I stayed at the same institution, serving as a Clinical and Research Fellow in Endocrinology under Fredric Wondisford, from 1994 to 1996.

8.      Since 1997, I have evaluated and treated patients along with conducting research in endocrinology. Since 2004, my patient care and research has been focused on the medicine/science specific to transgender people. I have led several other programs either in transgender medicine or in general endocrinology. In particular, I served as the Medical Director of the Center for Transgender Medicine and Surgery, Boston Medical Center, Boston, MA (2016-2018); as the Director of Medical Education, Endocrinology Section, Boston University School of Medicine, Boston, MA (2007-2018); as the Program Director for Endocrinology Fellowship Training, Boston University Medical Center, Boston, MA (2007-2018); and as Director of the Thyroid Clinic, Boston Medical Center, Boston, MA (1999-2003).

9.      I have authored or coauthored over 100 peer-reviewed papers including many critical reviews; textbook chapters; and case reports in endocrinology and transgender medicine.

10.     Among my publications are the latest review of transgender medicine in the New England Journal of Medicine and the latest review of transgender medicine in the Annals of Internal Medicine. *See* Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451-2460; Safer JD, Tangpricha V. Care of the transgender patient. *Ann Intern Med* 2019; 171:ITC1-ITC16. I am also a co-author of the sections of UpToDate that relate to gender-

Armistead Supp. App. 0075

affirming hormone treatment for transgender people. UpToDate is an evidence-based, physician authored, on-line medical guide and is currently the most widely used such guide among medical providers.

11.     I was the inaugural President of the United States Professional Association for Transgender Health ("USPATH"). I have served in several other leadership roles in professional societies related to endocrinology and transgender health. These societies include the Alliance of Academic Internal Medicine, the American College of Physicians Council of Subspecialty Societies, the American Board of Internal Medicine, the Association of Program Directors in Endocrinology and Metabolism, and the American Thyroid Association.

12.     Since 2014, I have held various roles as a member of the World Professional Association for Transgender Health ("WPATH"), the leading international organization focused on transgender health care. WPATH has approximately 2,000 members throughout the world and is comprised of physicians, psychiatrists, psychologists, social workers, surgeons, and other health professionals who specialize in health care for transgender people. From 2016 to the present, I have served on the Writing Committee for Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People.

13.     I have served in various roles as a member of the Endocrine Society since 2014. I served on a nine-expert Task Force to develop the Endocrine Treatment of Transgender Persons Clinical Practice Guideline from 2014 to 2017. The experts on the Task Force which included me, a methodologist, and a medical writer co-authored the "Endocrine Treatment of Gender-Dysphoria/Gender Incongruent Persons: An Endocrine Society Clinical Practice Guideline," ("Endocrine Society Guidelines"), available at https://academic.oup.com/jcem/article/102/11/3869/4157558.

4

Armistead Supp. App. 0076

14.     I have served as a Transgender Medicine Guidelines Drafting Group Member for the International Olympic Committee ("IOC") since 2017.

15.     Since 2019, I have also served as a drafting group member of the transgender medical guidelines of World Athletics, formerly known as the International Amateur Athletic Federation ("IAAF").

16.     I have not previously testified as an expert witness in either deposition or at trial. I am being compensated at an hourly rate of $250 per hour for preparation of expert declarations and reports, and $400 per hour for time spent preparing for or giving deposition or trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## RELEVANT MEDICAL AND SCIENTIFIC BACKGROUND

17.      "Gender identity" is the medical term for a person's internal, innate sense of belonging to a particular sex. *See* Endocrine Society Guidelines, Tbl.1 *and* Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451–2460, Tbl.1.

18.     Although the detailed mechanisms are unknown, there is a medical consensus that there is a significant biologic component underlying gender identity. Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451-2460; Safer JD, Tangpricha V. Care of the transgender patient. *Ann Intern Med* 2019; 171:ITC1-ITC16. A person's gender identity is durable and cannot be changed by medical intervention.

19.     The terms "gender identity," "gender roles," and "gender expression" refer to different things.

20.     Gender roles are behaviors, attitudes, and personality traits that a society (in a given culture and historical period) designates as masculine or feminine and/or that society

5

Armistead Supp. App. 0077

associates with or considers typical of the social role of men or women. *See* Endocrine Society Guidelines Tbl.1. The convention that girls wear pink and have longer hair, or that boys wear blue and have shorter hair, are examples of socially constructed gender roles from a particular culture and historical period.

21.     By contrast, "gender identity" does not refer to a set of socially contingent behaviors, attitudes, or personality traits that a society designates as masculine or feminine. It is an internal and largely biological phenomenon.

22.      Gender expression is how a person communicates gender identity both internally and to others. *See* Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451–2460, Tbl.1. For example, a person with a female gender identity might express her identity through typically feminine outward expressions of gender roles like wearing longer hair or more typically feminine clothing.

23.     The phrase "biological sex" is an imprecise term that can cause confusion. A person's sex encompasses the sum of several different biological attributes, including sex chromosomes, certain genes, gonads, sex hormone levels, internal and external genitalia, other secondary sex characteristics, and gender identity. Those attributes are not always aligned in the same direction. *See* Endocrine Society Guidelines; Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451–2460.

24.     Before puberty, boys and girls typically have the same levels of circulating testosterone. After puberty, the typical range of circulating testosterone for non-transgender women is similar to before puberty (<1.7 nmol/L), and the typical range of circulating testosterone for non-transgender men is 9.4-35 nmol/L. *See* Endocrine Society Guidelines (p 3888) *and* Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019.

Armistead Supp. App. 0078

25.     Before puberty, age-grade competitive sports records show minimal or no differences in athletic performance between non-transgender boys and non-transgender girls before puberty. But after puberty, non-transgender boys and men as a group have better average performance outcomes in most athletic competitions when compared to non-transgender girls and women as a group. Based on current research comparing non-transgender boys and men with non-transgender girls and women before, during, and after puberty, the primary known biological driver of these average group differences is testosterone starting at puberty, and not reproductive biology or genetics. *See* Handelsman DJ, et al. Circulating testosterone as the hormonal basis of sex differences in athletic performance. *Endocrine Reviews* 2018; 39:803–829, (p 820) (summarizing evidence rejecting hypothesis that physiological characteristics are driven by Y chromosome).

26.     Although there are ranges of testosterone that are considered typical for non-transgender men and women, many non-transgender women have testosterone levels outside the typical range.

a.     Approximately 6% to 10% of women have a condition called polycystic ovary syndrome (PCOS), which can raise women's testosterone levels up to 4.8 nmol/L.

b.     Some elite female athletes have "46,XY DSDs," a group of conditions where individuals have XY chromosomes but are born with typically female external genitalia and assigned a female sex at birth. Among individuals with 46,XY DSD some may have inactive testosterone receptors (a syndrome called "complete androgen insensitivity syndrome, CAIS") which means they don't respond to testosterone despite very high levels. Usually, these individuals have female gender identity and have external genitalia

7

that are typically female. They do not develop the physical characteristics associated with typical male puberty.

      c.      Other individuals with 46,XY DSD may have responsive testosterone receptors. These individuals may have female gender identity but at puberty they may start to develop higher levels of testosterone along with secondary sex characteristics that are typically masculine.

**WORLD ATHLETICS POLICIES FOR WOMEN WITH HYPERANDROGENISM AND WOMEN WHO ARE TRANSGENDER**

      27.      World Athletics is the international governing body for the sport of track-and-field athletics. Beginning in 2011, World Athletics (then known as IAAF) began requiring that women with elevated levels of circulating testosterone lower their levels of testosterone below a threshold amount in order to compete in elite international women's sports competitions. Under the 2011 regulations, women with hyperandrogenemia (defined as serum testosterone levels above the normal range) were allowed to compete only if they demonstrated that they had testosterone levels below 10 nmol/L or that they had CAIS, preventing their bodies from responding to testosterone.[1]

      28.      In 2018 the IAAF issued revised regulations lowering the maximum testosterone threshold to 5 nmol/L.[2] The revised regulations were upheld by the Court of Arbitration for Sport ("CAS") in 2019.

---

[1] A copy of the 2011 regulation is available at https://www.bmj.com/sites/default/files/response_attachments/2014/06/IAAF%20Regulations%20(Final)-AMG-30.04.2011.pdf

[2] A copy of the 2018 regulations is available at https://www.iaaf.org/download/download?filename=fd2923ad-992f-4e43-9a70-78789d390113.pdf&urlslug=IAAF%20Eligibility%20Regulations%20for%20the%20Female%20Classification%20%5BAthletes%20with%20Differences%20of%20Sex%20Development%5D%20in%20force%20as%20from%208%20May%202019

8

Armistead Supp. App. 0080

29.     In 2019, the IAAF adopted regulations allowing women who are transgender to participate in elite international women's sports competitions if their total testosterone level in serum is beneath a particular threshold for at least one year before competition. The IAAF set the threshold at 5 nmol/L, which was the same threshold set by the IAAF's 2018 regulations for non-transgender women with hyperandrogenism that had been upheld by the CAS when contested.[3]

30.     The IAAF rules are consistent with the Endocrine Society Guidelines for the treatment of women who are transgender, which recommend that hormone therapy target circulating testosterone levels to a typical female range at or below 1.7 nmol/L (Endocrine Society Guidelines, p. 3887) and with the study of testosterone levels achieved in practice by medically treated women who are transgender (Liang JJ, et al. Testosterone levels achieved by medically treated transgender women in a United States endocrinology clinic cohort. *Endocrine Practice* 2018; 24:135-142).

## INTERNATIONAL OLYMPIC COMMITTEE POLICIES FOR WOMEN WHO ARE TRANSGENDER

31.     Formal eligibility rules for the participation of transgender women in the Olympics were published in 2003. The 2003 rules required that transgender women athletes could compete in women's events only if they had genital surgery, a gonadectomy (*i.e.*, removal of the testes), and legal documentation of female sex.[4]

---

[3] A copy of the 2019 regulations is available at
https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwi8qbO
nsNL0AhUBkIkEHWdpAiQQFnoECAUQAQ&url=https%3A%2F%2Fwww.worldathletics.org
%2Fdownload%2Fdownload%3Ffilename%3Dace036ec-a21f-4a4a-9646-
fb3c40fe80be.pdf%26urlslug%3DC3.5%2520-
%2520Eligibility%2520Regulations%2520Transgender%2520Athletes&usg=AOvVaw1aPuD3g
Uoz5hcGKgmumVb5
[4] A copy of the 2003 policy is available at https://olympics.com/ioc/news/ioc-approves-
consensus-with-regard-to-athletes-who-have-changed-sex-1

9

32.     However, many women who are transgender are treated with medicines alone and don't have gonadectomy. As well, many jurisdictions do not have systems to document the sex of transgender people. In some jurisdictions, being transgender is illegal, and disclosure that someone is transgender can be unsafe.

33.     Therefore, in 2015, the IOC adopted new guidance modeled after the IAAF's 2011 regulations for non-transgender women with hyperandrogenism. Under the 2015 IOC guidance, women who are transgender were required to demonstrate that their total testosterone level in serum was below 10 nmol/L for at least one year prior to competition. The 10 nmol/L threshold was the same threshold set by the IAAF's 2011 regulations.[5]

34.     In 2021, the IOC adopted a new "Framework on Fairness, Inclusion, and Non-Discrimination on the Basis of Gender Identity and Sex Variations" (the "2021 framework"), which replaces the 2015 guidance.[6]

35.      Unlike the IOC's 2003 and 2015 policies, the IOC's 2021 framework does not attempt to adopt a single set of eligibility standards for the participation of transgender athletes that would apply universally to every IOC sport. Instead, the 2021 framework provides a set of governing principles for sporting bodies to follow when adopting eligibility rules for their particular sport.

36.     Under the 2021 framework, "[n]o athlete should be precluded from competing or excluded from competition on the .exclusive ground of an unverified, alleged or perceived unfair

---

[5] A copy of the 2015 policy is available at
https://stillmed.olympic.org/Documents/Commissions_PDFfiles/Medical_commission/2015-11_ioc_consensus_meeting_on_sex_reassignment_and_hyperandrogenism-en.pdf
[6] A copy of the 2021 framework is available at
https://stillmed.olympics.com/media/Documents/News/2021/11/IOC-Framework-Fairness-Inclusion-Non-discrimination-2021.pdf?_ga=2.207516307.1210589288.1636993769-1638189514.1636993769

Armistead Supp. App. 0082

competitive advantage due to their sex variations, physical appearance and/or transgender status." Principle 5.1. "Until evidence . . . determines otherwise, athletes should not be deemed to have an unfair or disproportionate competitive advantage due to their sex variations, physical appearance and/or transgender status." Principles 5.2.

37.     The 2021 framework further provides that "[a]ny restrictions arising from eligibility criteria should be based on robust and peer reviewed research that: (a) demonstrates a consistent, unfair, disproportionate competitive advantage in performance and/or an unpreventable risk to the physical safety of other athletes; (b) is largely based on data collected from a demographic group that is consistent in gender and athletic engagement with the group that the eligibility criteria aim to regulate; and (c) demonstrates that such disproportionate competitive advantage and/or unpreventable risk exists for the specific sport, discipline and event that the eligibility criteria aim to regulate." Principle 6.1

### NCAA POLICIES FOR WOMEN WHO ARE TRANSGENDER

38.     Since 2011, the National College Athletics Association ("NCAA") has allowed women who are transgender to participate on the same teams as other women after one year of testosterone suppression. Under the NCAA policy transgender student-athletes certified that they have been on hormone therapy for a period of one year. The NCAA policy did not require ongoing testosterone testing.

39.     The NCAA recently announced that it has revised its policy to adopt a "sport-by-sport approach" that "aligns transgender student-athlete participation for college sports with recent policy changes." *See* NCAA Media Center: Board of Governors updates transgender participation policy (Jan. 19, 2022), at https://www.ncaa.org/news/2022/1/19/media-center-board-of-governors-updates-transgender-participation-policy.aspx. "Like the Olympics, the

Armistead Supp. App. 0083

updated NCAA policy calls for transgender participation for each sport to be determined by the policy for the national governing body of that sport, subject to ongoing review and recommendation by the NCAA Committee on Competitive Safeguards and Medical Aspects of Sports to the Board of Governors." *Id.* The new NCAA policy contemplates that for certain sports, the national governing body for the sport may require transgender athletes "to document sport-specific testosterone levels." *Id.*

### PARTICIPATION OF GIRLS AND WOMEN WHO ARE TRANSGENDER IN THE SCHOLASTIC CONTEXT

40.     The policies developed by World Athletics and the IOC for transgender athletes were based on the particular context of elite international competition. Not all of the same considerations apply in scholastic contexts.

41.     The World Athletics and prior IOC policies were more stringent than the prior NCAA policy because those organizations were concerned with creating policies that cannot be manipulated by governments that are not bound by the rule of law. For example, there have been many well-known examples of state-sponsored doping scandals. The Russian Olympic team is currently banned from international competition due to an organized doping effort. Also, there have been cases where governments have issued fraudulent birth certificates and identification documents. In 2000, Yang Yun was a medal winner in Gymnastics from the Chinese team. She later reported that she was 14-years-old at the time in violation of the rule that all athletes for her events had to be at least 16-years-old. In 2008, He Kexin was 14-years-old when participating in Gymnastics for the Chinese team in violation of the same rule that athletes be at least 16-years-old in those events. A new passport for Ms. He had hastily appeared 6 months prior to the Olympic Games that year with a new birth year so that Ms. He could qualify.

12

42.     To confront the significant problem of state-sponsored cheating, World Athletics and the IOC have to develop eligibility criteria for transgender athletes that can be independently verified to prevent manipulation by non-transgender athletes, and that do not depend on the gender marker listed on identification documentation issued by an athlete's home country. Those concerns do not apply to scholastic athletic competitions in the United States. Scholastic athletic associations can rely on school records to show that an athlete is a girl who is transgender and has socially transitioned to live consistently with her gender identity as a girl.

43.     The eligibility criteria for World Athletics and the IOC were also created as part of a system in which elite athletes in international competitions are already regulated and monitored in some circumstances like for doping. Within that context, testing female athletes' levels of testosterone is somewhat analogous to the types of restrictions and invasion of privacy that already exist. By contrast, in athletic competitions that are not as heavily regulated and monitored, it is hard to justify singling out girls who are transgender, girls with 46,XY DSDs, or girls who may just appear more typically masculine for special testosterone requirements that impose a significant additional burden.

44.     The concerns that animated the World Athletics and prior IOC policies are even more attenuated for students in middle school and high school, where athletes' ages typically range from 11-18, with different athletes in different stages of pubertal development. Increased testosterone begins to affect athletic performance at the beginning of puberty, but those effects continue to increase each year of puberty until about age 18, with the full impact of puberty resulting from the cumulative effect of each year. As a result, a 14, 15, or 16-year old has experienced less cumulative impact from testosterone than a 17 or 18-year old.

13

Armistead Supp. App. 0085

45.     Finally, unlike elite international competitions, schools and colleges often provide athletic competition as part of a broader educational mission. In that context, when scholastic athletics are a component of the educational process, institutions may adopt policies designed to emphasize inclusion and to provide the most athletic opportunities to the greatest number of people.

## WEST VIRGINIA'S HB 3293

46.     There is no medical justification for West Virginia's categorical exclusion of girls who are transgender from participating in scholastic athletics on the same teams as other girls.

47.     HB 3293 states that "[c]lassification of teams according to biological sex is necessary to promote equal athletic opportunities for the female sex." The law defines "biological sex" as "an individual's physical form as a male or female based solely on the individual's reproductive biology and genetics at birth."

48.     West Virginia's definition of "biological sex" does not reflect any medical understanding of that ambiguous term. As noted above, a person's sex encompasses the sum of several different biological attributes, including sex chromosomes, certain genes, gonads, sex hormone levels, internal and external genitalia, other secondary sex characteristics, and gender identity. Those attributes are not always aligned in the same direction. *See* Endocrine Society Guidelines; Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451-2460. For example, if West Virginia defines "biological sex" solely based on "reproductive biology and genetics at birth" it is not clear how West Virginia would define the "biological sex" of children with "46,XY DSDs," who have XY chromosomes but typically female external reproductive anatomy.

14

49.     Even as applied to people without intersex characteristics or 46,XY DSDs, the statutory definition of "biological sex" is inconsistent with West Virginia's stated goal of "promot[ing] equal athletic opportunities for the female sex."   By excluding girls who are transgender based on "biological sex," and defining that term to mean "reproductive biology and genetics at birth," West Virginia categorically prevents girls who are transgender from participating on girls' teams regardless of whether they are pre-pubertal, receiving puberty blockers, or receiving gender-affirming hormone therapy. But based on current research, the primary known biological cause of average differences in athletic performance between non-transgender men as a group and non-transgender women as a group is circulating testosterone—not "reproductive biology and genetics at birth."   A person's genetic makeup and internal and external reproductive anatomy are not useful indicators of athletic performance and have not been used in elite competition for decades.

50.     With respect to average athletic performance, girls and women who are transgender and who do not go through endogenous puberty are somewhat similarly situated to women with XY chromosomes who have complete androgen insensitivity syndrome. It has long-been recognized that women with CAIS have no athletic advantage simply by virtue of having XY chromosomes. *See also* Handelsman DJ, *et al.* Circulating testosterone as the hormonal basis of sex differences in athletic performance. Endocrine Reviews 2018; 39:803–29, p .820 (summarizing evidence rejecting hypothesis that physiological characteristics are driven by Y chromosome).

51.     HB 3293 is also dramatically out of step with even the most stringent policies of elite international athletic competitions for girls and women who are transgender and who have gone through endogenous puberty. Unlike the policies of the IOC, World Athletics, or the

15

Armistead Supp. App. 0087

NCAA, HB 3293 excludes girls and women who are transgender from participating on girls' and women's sports teams even if they have suppressed their circulating levels of testosterone through gender-affirming hormone therapy.

52.     Some critics of the prior IOC guidelines and World Athletics and NCAA policies have speculated that lowering the level of circulating testosterone does not fully mitigate the athletic advantage derived from endogenous puberty. But there is no basis to assert with any degree of confidence that this hypothesis is true. Based on the limited data available, it is equally or more plausible to hypothesize that women who are transgender could be at a net *disadvantage* in particular sports after receiving gender affirming hormone therapy, as compared to non-transgender women.

53.     For example, transgender women who go through typically male puberty will tend to have larger bones than non-transgender women, even after receiving gender-affirming hormone therapy. But larger bones may be a disadvantage for transgender women who have typically female levels of circulating testosterone. Muscle mass will be decreased with the shift to female levels of circulating testosterone. Having larger bones without corresponding levels of testosterone and muscle mass would mean that a runner has a bigger body to propel with less power to propel it.

54.     Similarly, in a sport where athletes compete in different weight classes (*e.g.* weight lifting), the fact that a transgender woman has bigger bones may be a disadvantage because her ratio of muscle-to-bone will be much lower than the ratio for other women in her weight class who have smaller bones.

55.     There are only two studies examining the effects of gender-affirming hormone therapy on the athletic performance of transgender female athletes. The first is a small study of

16

eight long-distance runners who are transgender women. The study showed that after undergoing gender-affirming medical intervention, which included lowering their testosterone levels, the athletes' performance was reduced so that their performance when compared to non-transgender women was proportionally the same as their performance had been before treatment relative to non-transgender men. *See* Harper J. Race times for transgender athletes. *Journal of Sporting Cultures and Identities* 2015; 6:1–9.

56.     A more recent study retrospectively reviewed the military fitness test results of 46 transgender women in the U.S. Air Force before and after receiving gender-affirming hormone therapy. These authors found that any advantage transgender women had over non-transgender women in performing push-ups and sit-ups was negated after 2 years. The study also found that before beginning gender affirming hormone therapy, transgender women completed the 1.5 mile run 21% faster on average than non-transgender women; and after 2 years of gender-affirming hormone therapy, transgender women completed the 1.5 mile run 12% faster on average than non-transgender women. *See* Roberts TA, Smalley J, Ahrendt D. Effect of gender affirming hormones on athletic performance in transwomen and transmen: implications for sporting organisations and legislators. *Br J Sports Med*. 2020.

57.     Neither of these limited studies proves there are meaningful athletic advantages for transgender women after receiving gender-affirming hormone therapy, which could only be shown by longitudinal transgender athlete case-comparison studies that control for variations in hormonal exposure and involve numerous indices of performance. Moreover, the ability to perform push-ups and sit-ups or to run 1.5 miles does not necessarily translate into an athletic advantage in any particular athletic event. Because different sports require different types of physical performance, the studies suggest that the existence and extent of a performance

Armistead Supp. App. 0089

advantage may vary from sport to sport and should not be subject to a categorical across-the-board rule.

58.     Even if evidence were eventually to show that on average transgender women have some level of advantage compared to average non-transgender women, those findings would have to be placed in context of all the other intra-sex genetic variations among athletes that can enhance athletic performance among different women or different men.

59.     For example, in the academic literature, there are gene sequence variations that can be associated with athleticism referred to as "performance enhancing polymorphisms" or "PEPs." A PEP is a variation in the DNA sequence that is associated with improved athletic performance. For example, variations in mitrochondrial DNA have been associated with greater endurance capacity and greater mitochondrial density in muscles. Other PEPs are associated with blood flow or muscle structure. *See* Ostrander EA, et al. Genetics of athletic performance. *Annu Rev Genomics Hum Genet* 2009; 10:407–429.

60.     As the IOC's 2021 framework recognizes, there is no inherent reason why transgender women's physiological characteristics related to athletic performance should be treated as any more of an "unfair" advantage than the advantages that already exist among different women athletes. The 2021 framework instructs that, even at the most elite level of competition, sporting organizations should base eligibility restrictions on whether there exists "a consistent, unfair, and disproportionate competitive advantage" when viewed within the broader context of all the other intra-sex variations that may give a comparative athletic advantage to a particular athlete.

Armistead Supp. App. 0090

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



Executed on January 21, 2022                    Joshua D. Safer, MD, FACP, FACE

Armistead Supp. App. 0091

## BIBLIOGRAPHY

Handelsman DJ, et al. Circulating testosterone as the hormonal basis of sex differences in athletic performance. *Endocrine Reviews* 2018; 39:803–829.

Harper J. Race times for transgender athletes. *Journal of Sporting Cultures and Identities* 2015; 6:1–9.

Hembree WC, et al. Endocrine treatment of gender-dysphoria/gender incongruent persons: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab* 2017; 102: 3869–3903.

Ostrander EA, et al. Genetics of athletic performance. *Annu Rev Genomics Hum Genet* 2009; 10:407–429.

Roberts TA, et al. Effect of gender affirming hormones on athletic performance in transwomen and transmen: implications for sporting organisations and legislators. *Br J Sports Med*. 2020; 0:1–7. doi:10.1136/bjsports-2020-102329

Rogol AD, Pieper LP. The interconnected histories of endocrinology and eligibility in women's sports. *Horm Res Paediatr* 2018; 90:213–220.

Safer JD, Tangpricha V. Care of the transgender patient. *Ann Intern Med* 2019; 171:ITC1-ITC16.

Safer JD, Tangpricha V. Care of transgender persons. *N Engl J Med* 2019; 381:2451-2460.

Armistead Supp. App. 0092

# EXHIBIT A

Armistead Supp. App. 0093

# CURRICULUM VITAE

**Joshua D. Safer, MD, FACP, FACE**
**January 6, 2022**
Office Address: 275 7th Avenue, 15th Floor
New York, NY 10001
Tel: (212) 604-1790
E-mail: jsafer0115@gmail.com

## Academic Training

| | | |
|---|---|---|
| 1990 | MD | University of Wisconsin School of Medicine, Madison, WI |
| 1986 | BS | University of Wisconsin, Madison, WI, Economics |

## Postdoctoral Training

| | |
|---|---|
| 1994 - 1996 | Clinical and Research Fellow, Endocrinology, under Fredric Wondisford, Harvard Medical School - Beth Israel Deaconess Medical Center, Boston, MA |
| 1993 - 1994 | Clinical Fellow, Endocrinology, Harvard Medical School and Beth Israel Deaconess Medical Center, Boston, MA |
| 1990 - 1993 | Intern and Resident, Department of Medicine, The Mount Sinai School of Medicine, Beth Israel Medical Center, New York City, NY |

## Academic Appointments

| | |
|---|---|
| 2019 - present | Professor of Medicine, Icahn School of Medicine at Mount Sinai, New York, NY |
| 2006 - 2018 | Associate Professor of Medicine and Molecular Medicine, Boston University School of Medicine |
| 1999 - 2005 | Assistant Professor of Medicine, Boston University School of Medicine |
| 1996 - 1999 | Instructor in Medicine, Harvard Medical School |
| 1993 - 1996 | Fellow in Medicine, Harvard Medical School |

## Hospital Appointments

| | |
|---|---|
| 2018 - present | Staff Physician, The Mount Sinai Hospital, New York City, NY |
| 2018 - present | Staff Physician, Mount Sinai Beth Israel Medical Center, New York City, NY |
| 1999 - 2018 | Staff Physician, Boston University Medical Center, Boston, MA |
| 2001 - 2006 | Staff Physician, Veterans Administration Boston Health Care, Boston, MA |
| 1996 - 1999 | Staff Physician, Beth Israel Deaconess Medical Center, Boston, MA |
| 1990 - 1993 | House Staff, Beth Israel Medical Center, New York City, NY |

## Other Medical Staff Appointments

| | |
|---|---|
| 2004 - 2013 | Staff Physician, Massachusetts Institute of Technology Medical, Cambridge, MA |
| 1994 - 1999 | Physician, Harvard Vanguard Medical Associates, Boston, MA |
| 1987 - 1996 | Captain, United States Army Reserve, Medical Corps |

Armistead Supp. App. 0094

**Joshua D. Safer, MD, FACP, FACE**

## Honors:

| | |
|---|---|
| 2019 | Fellow, American College of Endocrinology |
| 2019 | Preaw Hanseree Memorial Lecture, University of Wisconsin-Madison |
| 2017 | Lesbian, Gay, Bisexual and Transgender Health Award, Massachusetts Medical Society |
| 2012 | Outstanding Service Award, Association of Program Directors in Endocrinology and Metabolism |
| 2007 | Fellow, American College of Physicians |
| 2004 | Boston University School of Medicine Outstanding Student Mentor Award |
| 2001 | Abbott Thyroid Research Advisory Council Award |
| 1996 | Knoll Thyroid Research Clinical Fellowship Award, Endocrine Society |
| 1995 | Trainee Investigator Award for Excellence in Scientific Research, American Federation for Clinical Research (AFCR) |
| 1994 | Trainee Investigator Award for Excellence in Scientific Research, AFCR |
| 1990 | The University of Wisconsin Medical Alumni Association Award |
| 1988-1990 | Senior Class President, University of Wisconsin, School of Medicine |

## Licensure and Certification

| | |
|---|---|
| 1997 | Board Certification in Endocrinology, Diabetes and Metabolism, American Board of Internal Medicine, recertified 2007, 2017 |
| 1994 | Board Certification in Internal Medicine, American Board of Internal Medicine, recertified 2007 |
| 1993 | Massachusetts License Registration #77459, inactive |
| 1990 | New York License Registration #187263-1 |

## Departmental and University Committees

### *Icahn School of Medicine at Mount Sinai*
| | |
|---|---|
| 2020-present | Mount Sinai Disparities and Equity Research Taskforce Steering Committee |

### *Boston Medical Center*
| | |
|---|---|
| 2016-2018 | Physician Satisfaction Task Force, Department of Medicine |
| 2016-2018 | Transgender Patient Task Force |
| 2006-2017 | Pharmacy and Therapeutics Committee, Health Net Plan |

### *Boston University School of Medicine*
| | |
|---|---|
| 2009-2018 | Admissions Committee |
| 2005 | Review Committee, Department of Medicine Pilot Project Grants |
| 2000 | Residency and Fellowship Core Curriculum Committee, |
| 2000-2018 | Internship Selection Committee, Residency Program in Medicine |

Armistead Supp. App. 0095

**Joshua D. Safer, MD, FACP, FACE**

***Boston University Goldman School of Dental Medicine***

2003-2018        Course Directors Committee, Goldman School of Dental Medicine

**Teaching Experience and Responsibilities**

***Icahn School of Medicine at Mount Sinai***

2019-present        Lecturer in Endocrinology, Second-year Pathophysiology Course

***Tufts University School of Medicine***

2016-2018        Lecturer in Endocrinology, Second-year Pathophysiology Course

***Boston University School of Medicine***

2003-2018        Course Director, Disease and Therapy - Endocrinology Section

1999-2018        Regular lectures to medical students, residents, and fellows on thyroid disease, diabetes insipidus, and transgender medicine

***Boston University Goldman School of Dental Medicine***

2002-2018        Course Director, General Medicine and Dental Correlations

2002-2018        Course Director, Medical Concerns in the Dental Patient

January 6, 2022

Armistead Supp. App. 0096

**Joshua D. Safer, MD, FACP, FACE**

**Major Administrative Responsibilities**

| | |
|---|---|
| 2018-present | Executive Director, Center for Transgender Medicine and Surgery, Mount Sinai Health System, New York City, NY |
| 2016-2018 | Medical Director, Center for Transgender Medicine and Surgery, Boston Medical Center, Boston, MA |
| 2007-2018 | Director, Medical Education, Endocrinology Section, Boston University School of Medicine, Boston, MA |
| 2007-2018 | Program Director, Endocrinology Fellowship Training, Boston University Medical Center, Boston, MA |
| 1999-2003 | Director, Thyroid Clinic, Boston Medical Center, Boston, MA |

## Other Professional Activities

**Professional Societies: Memberships**

| | |
|---|---|
| 2016-present | United States Professional Association for Transgender Health (USPATH) |
| 2014-present | World Professional Association for Transgender Health (WPATH) |
| 2007-present | Association of Program Directors in Endocrinology and Metabolism (APDEM) |
| 2007-present | Association of Specialty Professors (ASP), Alliance of Academic Internal Medicine (AAIM) |
| 1999-present | American Association of Clinical Endocrinologists |
| 1998-2018 | American Thyroid Association |
| 1995-present | Endocrine Society |
| 1994-present | American College of Physicians |
| 1994-1996 | American Federation for Medical Research |
| 1993-2018 | Massachusetts Medical Society |

**Professional Societies:  Offices Held and Committee Assignments**

**International**

***World Athletics (formerly IAAF)***
| | |
|---|---|
| 2019-present | Drafting Group Member, Transgender Medical Guidelines |

***International Olympic Committee (IOC)***
| | |
|---|---|
| 2017-present | Drafting Group Member, Transgender Medical Guidelines |

***World Professional Association for Transgender Health (WPATH)***
| | |
|---|---|
| 2016-present | Writing Committee Member, Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People |
| 2016-2018 | Co-Chair, Scientific Committee, International Meeting, Buenos Aires - 2018 |
| 2015-2016 | Chair, Scientific Committee, International Meeting, Amsterdam - 2016 |
| 2015-present | Task Force Member, Global Education Institute |
| 2015-present | Media Liaison |

Armistead Supp. App. 0097

**Joshua D. Safer, MD, FACP, FACE**

*TransNet – International Consortium for Transgender Medicine and Health Research*
2014-present     Secretary and Co-Chair, Steering Committee


**National**

*United States Professional Association for Transgender Health (USPATH)*
2018-2019     President

*Alliance of Academic Internal Medicine*
2016-2019     Chair, Compliance Committee
2016-2017     Committee member, Compensation
2015-2016     President, Association of Specialty Professors (ASP)
2014-2017     Council member
2014-2019     Task Force member, Program Planning
2014-2019     Work Group member, Survey Center
2013-2015     Chair, Program Planning Committee, ASP
2012-2017     Council member, ASP
2012-2013     Chair, Membership Services Committee, ASP
2010-2015     Chair, Program Directors Site Visit Training Seminar, ASP
2007-2013     Committee member, Membership Services, ASP

*American College of Physicians*
2016-2018     Council of Subspecialty Societies member

*Endocrine Society*
2020-present     Transgender Medicine, Special Interest Group member
2017-present     Advisory Board member, Transgender/Disorders of Sex Development
2017-2020     Committee member, Clinical Endocrine Education
2014-present     Media Liaison for Transgender Medicine
2014-2017     Task Force member, Endocrine Treatment of Transgender Persons Clinical Practice
                     Guideline

*American Board of Internal Medicine*
2013-2018     Task Force member, Endocrinology Procedures
2013              Task Force member, ASP/AAIM/ACGME/ABIM Joint Next Accreditation System
                     Internal Medicine Subspecialty Milestones

*Association of Program Directors in Endocrinology and Metabolism*
2017-2018     Secretary-Treasurer
2012-2018     Task Force member, Next Accreditation System Endocrinology Milestones
2011-2012     Task Force member, Procedures Accreditation
2010-2012     Council member
2009-2016     Chair, Site Visit/Curriculum Web-Toolbox Committee

*American Thyroid Association*
2006-2009     Publications Committee member
2004              Program Committee member

January 6, 2022

Armistead Supp. App. 0098

**Joshua D. Safer, MD, FACP, FACE**

**Editorships and Editorial Boards**

| | |
|---|---|
| 2018-present | Associate Editor, *Transgender Health* |
| 2017-present | Editorial Advisory Board, *Endocrine News* |
| 2016-present | Transgender Section Co-Editor, *UpToDate* |
| 2015-present | Editorial Board, *Transgender Health* |
| 2015-present | Editorial Board, *International Journal of Transgender Health* |
| 2013-2018 | Associate Editor, *Journal of Clinical & Translational Endocrinology* |
| 2007-present | Editorial Board, *Endocrine Practice* |

**External Medical Advising and Consulting**

**International**

| | |
|---|---|
| 2016-present | International transgender athlete guidelines, Medical and Scientific Commission, International Olympic Committee |

**National**

| | |
|---|---|
| 2017 | Transgender medical and surgical treatment, National Collegiate Athletic Association, |
| 2017 | Safety for transgender medical treatment, Food and Drug Administration, United States |
| 2015-present | Transgender workforce and military readiness, Department of Defense, United States |
| 2014 | Transgender prison population health, Federal Bureau of Prisons, United States |

**Regional**

| | |
|---|---|
| 2011-2018 | Transgender prison population health, Massachusetts Department of Correction |

Armistead Supp. App. 0099

**Joshua D. Safer, MD, FACP, FACE**

**Past Other Support**

| | |
|---|---|
| 2018-2022 | Keith Haring Foundation, **PI:  Joshua D. Safer**, Pilot Program to Develop Clinical Program in Transgender Medicine for Children and Adolescents |
| 2015-2016 | R13 HD084267, **Multi-PI:  Joshua D. Safer**, TransNet: Developing a Research Agenda in Transgender Health and Medicine |
| 2014-2015 | Boston Foundation, Equality Fund, **PI:  Joshua D. Safer**, Pilot Program to Educate Physicians in Transgender Medicine |
| 2013-2014 | Evans Foundation, **PI:  Joshua D. Safer**, A Pilot Curriculum in Transgender Medicine |
| 2001-2003 | Thyroid Research Advisory Council, **PI:  Joshua D. Safer**, Thyroid Hormone Action on Skin |
| 2001-2002 | Evans Foundation, **PI:  Joshua D. Safer**, Thyroid Hormone Action on Skin |
| 1996-2001 | K08 DK02423, **PI:  Joshua D. Safer**, Characterization of Central Resistance to Thyroid Hormone |

**Joshua D. Safer, MD, FACP, FACE**

### Conferences Organized

**International Conferences**

***World Professional Association for Transgender Health***
November, 2020  Bi-annual meeting, Planning Committee (remote)

November, 2018  Bi-annual meeting, Scientific Co-Chair, Buenos Aires, Argentina

June, 2016      Bi-annual meeting, Scientific Co-Chair, Amsterdam, Netherlands

November, 2015  Global Education Initiative, inaugural conference, Chicago, IL

***TransNet – International Consortium for Transgender Health and Medicine Research***
May, 2016       International meeting to set transgender medicine research priorities, Amsterdam, Netherlands

May, 2015       NIH conference to set transgender medicine research priorities, Bethesda, MD

June, 2014      Inaugural meeting, Chicago, IL

**National Conferences**

February, 2019   Live Surgery Course for Gender Affirmation Procedures, Mount Sinai Hospital and WPATH, New York City, NY

April, 2018      Live Surgery Course for Gender Affirmation Procedures, Mount Sinai Hospital and WPATH, New York City, NY

January, 2017    United States Professional Association for Transgender Health (USPATH) bi-annual meeting, Los Angeles, CA

November, 2015   NIH/Alliance for Academic Internal Medicine - Physician Researcher Workforce Taskforce Meeting, Washington, DC

October, 2015    National Internal Medicine Subspecialty Summit, Atlanta, GA

June, 2013       Special Symposium: "Transgender Medicine – What Every Physician Should Know" Annual Meeting of the Endocrine Society, San Francisco, CA

April, 2011      2011 ASP Accreditation Seminar "Meeting the ACGME and RRC-IM Standards for Successful Fellowship Programs" Arlington, VA

***Alliance for Academic Internal Medicine***
April, 2015      2015 ASP Accreditation Seminar "Moving Your Fellowship Program Forward" Spring Meeting, Houston, TX

April, 2014      2014 ASP Accreditation Seminar "NAS for Medical Subspecialties Is Almost Here" Spring Meeting, Nashville, TN

Armistead Supp. App. 0161

**Joshua D. Safer, MD, FACP, FACE**

| | |
|---|---|
| May, 2013 | 2013 ASP Accreditation Seminar "A Changing Landscape in Subspecialty Fellowship Education" Spring Meeting, Lake Buena Vista, FL |
| April, 2012 | 2012 ASP Accreditation Seminar "Meeting ACGME and RRC-IM Standards for Successful Fellowship Programs" Spring Meeting, Atlanta, GA |

## Invited Lectures and Presentations

### International

| | |
|---|---|
| January, 2020 | "Transgender Medicine", World Professional Association for Transgender Health Global Education Initiative, Hanoi, Vietnam |
| September, 2019 | "Transgender Women" International Association of Athletics Federations (IAAF), Lausanne, Switzerland |
| November, 2018 | "Transgender Medicine", World Professional Association for Transgender Health Annual Meeting, Buenos Aires, Argentina |
| October, 2018 | "Transgender Medicine", Canadian Endocrine Diabetes Meeting, Halifax, NS, Canada |
| June, 2018 | "21$^s$-Century Strategies:  Transgender Hormone Care" CMIN Summit 2018, Porto, Portugal |
| February, 2017 | "A 21st-Century Framework to for Transgender Medical Care" Sheba Hospital, Tel Aviv, Israel |
| October, 2016 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" EndoBridge, Antalya, Turkey |
| May, 2016 | "Transgender Women" International Olympic Committee Headquarters, Lausanne, Switzerland |
| October, 2015 | "Workshop on Guidelines for Transgender Health Care" Canadian Professional Association for Transgender Health, Halifax, NS |
| March, 2015 | "Endocrinology - Hormone Induced Changes" Transgender Health Care in Europe, European Professional Association for Transgender Health, Ghent, Belgium |
| June, 2014 | "What to Know to Feel Safe Providing Hormone Therapy for Transgender Patients" International Congress of Endocrinology, Chicago, IL |
| September, 2011 | "Transgender Therapy – The Endocrine Society Guidelines" World Professional Association for Transgender Health, Atlanta, GA |
| February, 2007 | "Treating skin disease by manipulating thyroid hormone action" Grand Rounds, Meier Hospital, Kfar Saba, Israel |
| March, 2004 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Grand Rounds, Meier Hospital, Kfar Saba, Israel |

January 6, 2022

Armistead Supp. App. 0162

**Joshua D. Safer, MD, FACP, FACE**

**National**

May, 2021     "Transgender Medicine", University of Cincinnati Medicine Grand Rounds, Cincinnati, OH (scheduled)

September, 2020  "Transgender Medicine", Peds Place Conference, University of Arkansas, AR (remote)

September, 2020  "Transgender Medicine", University of California-Irvine Medicine Grand Rounds, Irvine, CA (remote)

June, 2020     "Transgender Medicine", Inova Fairfax Medicine Grand Rounds, Fairfax, VA (remote)

December, 2019  "Transgender Medicine", Vanderbilt University Surgery Grand Rounds, Nashville, TN

November, 2019  "Transgender Medicine", Medical College of Wisconsin CME, Milwaukee, WI

September, 2019  "Transgender Medicine", Beth Israel Deaconess Medicine Grand Rounds, Boston, MA

September, 2019  "Transgender Medicine", United States Professional Association for Transgender Health Annual Meeting, Washington, DC

June, 2019     "Transgender Medicine", Mount Sinai Hospital Internal Medicine CME, New York, NY

April, 2019     "A 21st-Century Strategy for Hormone Treatment of Transgender Individuals" National Transgender Health Summit, Oakland, CA

March, 2019     "Transgender Medicine" National Eating Disorders Meeting, New York, NY

January, 2019     "Transgender Medicine" Yale School of Medicine Obstetrics and Gynecology Grand Rounds, New Haven, CT

January, 2019     "Transgender Medicine" Yale School of Medicine Endocrinology Grand Rounds, New Haven, CT

January, 2019     "Transgender Medicine" Drexel School of Medicine Medicine Grand Rounds, Philadelphia, PA

September, 2018  "Current Guidelines and Strategy for Hormone Treatment of Transgender Individuals" Minnesota-Midwest Chapter - American Association of Clinical Endocrinologists Annual Meeting, Minneapolis, MN

July, 2018     "21st-Century Strategies for Transgender Hormone Care" Ohio River Valley Chapter - American Association of Clinical Endocrinologists Meeting, Indianapolis, IN

June, 2018     "21s-Century Strategies:  Transgender Hormone Care" University of Connecticut School of Medicine, Hartford, CT

Armistead Supp. App. 0103

**Joshua D. Safer, MD, FACP, FACE**

| | |
|---|---|
| May, 2018 | "A 21st-Century Strategy for Hormone Treatment of Transgender Individuals" American Association of Clinical Endocrinologists Annual Meeting, Boston, MA |
| March, 2018 | "21st-Century Strategies for Transgender Hormone Care" New Jersey Chapter - American Association of Clinical Endocrinologists Meeting, Morristown, NJ |
| February, 2018 | "A Strategy for the Medical Care of Transgender Individuals" Keynote Address for the International Society for Clinical Densitometry Annual Meeting, Boston, MA |
| November, 2017 | "A 21st-Century Strategy for Hormone Treatment of Transgender Individuals" National Transgender Health Summit, Oakland, CA |
| September, 2017 | "Transgender Therapy – The Endocrine Society Guidelines" Endocrine Society: Clinical Endocrinology Update, Chicago, IL |
| May, 2017 | "Transgender Medicine – a 21st Century Strategy for Patient Care" University of Arizona College of Medicine, Tucson, AR |
| April, 2017 | "Transgender Care Across the Age Continuum" Annual Meeting of the Endocrine Society, Orlando, FL |
| March, 2017 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" Brown University School of Medicine, Providence, RI |
| March, 2017 | "What to Know: A 21st-Century Approach to Transgender Medical Care" United States Food and Drug Administration (FDA), Washington, DC |
| February, 2017 | "A 21st-Century Approach to Transgender Medical Care" United States Professional Association for Transgender Health, Los Angeles, CA |
| February, 2017 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" Southern States American Association of Clinical Endocrinologists Annual Meeting, Memphis, TN |
| December, 2016 | "Transgender Medical Care in the United States Armed Forces" Global Education Initiative, World Professional Association for Transgender Health, Arlington, VA |
| December, 2016 | "Foundations in Hormone Treatment" Global Education Initiative, World Professional Association for Transgender Health, Arlington, VA |
| November, 2016 | "Developing a Transgender/Gender-Identity Curriculum for Medical Students" Association of American Medical Colleges National Meeting, Seattle, WA |
| September, 2016 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" Endocrine Society: Clinical Endocrinology Update, Seattle, WA |
| August, 2016 | "A 21st-Century Approach to Hormone Treatment of Transgender Individuals" Oregon Health and Science University Ashland Endocrine Conference, Ashland, OR |
| March, 2016 | "State-of-the-Art: Use of Hormones in Transgender Individuals" Annual Meeting of the Endocrine Society, Boston, MA |

January 6, 2022

Armistead Supp. App. 0164

**Joshua D. Safer, MD, FACP, FACE**

| | |
|---|---|
| October, 2015 | "What Every Endocrinologist Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients" University of Utah School of Medicine, Salt Lake City, UT |
| April, 2015 | "What to Know –to Feel Safe Providing Hormone Therapy for Transgender Patients" Pritzker School of Medicine, University of Chicago, Chicago, IL |
| March, 2015 | "What to Know –to Feel Safe with Hormone Therapy for Transgender Patients" Annual Transgender Health Symposium, Medical College of Wisconsin, Milwaukee, WI |
| May, 2014 | "Transgendocrinology" Annual Meeting of the American Association of Clinical Endocrinologists, Las Vegas, NV |
| May, 2013 | "Transgender Therapy – Hormone Action and Nuance" National Transgender Health Summit, Oakland, CA |
| April, 2013 | "Transgender Therapy – What Every Provider Needs to Know" Empire Conference: Transgender Health and Wellness, Albany, NY |
| April, 2013 | "Transgender Therapy – What Every Endocrinologist Needs to Know" University of Maryland School of Medicine, Baltimore, MD |
| November, 2012 | "Transgender Therapy – What Every Endocrinologist Should Know" New York University School of Medicine, New York, NY |
| May, 2010 | "Transgender Treatment: What Every Endocrinologist Needs to Know" Brown University School of Medicine, Providence, RI |
| November, 2009 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Emory University School of Medicine, Atlanta, GA |
| November, 2009 | "Primary Care Update in the Treatment of Thyroid Disorders" Emory University School of Medicine, Atlanta, GA |
| October, 2008 | "Topical Iopanoic Acid Stimulates Epidermal Proliferation through Inhibition of the Type 3 Thyroid Hormone Deiodinase" Annual Meeting of the American Thyroid Association, Chicago, IL |
| February, 2005 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Endocrinology Grand Rounds, University of Minnesota, Minneapolis, MN |
| February, 2005 | "Thyroid Hormone Action on Skin and Hair: What We Thought We Knew" Dermatology Grand Rounds, University of Minnesota, Minneapolis, MN |
| December, 2004 | "Transgender Therapy:  The Role of the Endocrinologist" Endocrinology Grand Rounds, Brown Medical Center, Providence, RI |
| November, 2003 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Endocrinology Grand Rounds, Dartmouth Medical Center, Hanover, NH |

January 6, 2022

Armistead Supp. App. 0165

**Joshua D. Safer, MD, FACP, FACE**

**Regional**

| | |
|---|---|
| May, 2021 | "Transgender Medicine", New York GYN Society, New York, NY (scheduled) |
| July, 2020 | "Transgender Medicine", LGBT Health Conference CME, New York, NY |
| February, 2020 | "Transgender Medicine", Englewood Hospital Medicine Grand Rounds, Englewood, NJ |
| February, 2020 | "Transgender Medicine", Endocrinology Grand Rounds, Columbia College of Physicians and Surgeons, New York, NY |
| January, 2020 | "Transgender Medicine", CEI, Lake Placid, NY |
| November, 2019 | "Transgender Medicine", Weill Cornell Reproductive Endocrine Grand Rounds, New York, NY |
| November, 2019 | "Transgender Medicine", Acacia Network Grand Rounds, New York, NY |
| October, 2019 | "Transgender Medicine", American Association of Clinical Endocrinologists - New Jersey, annual meeting, Morristown, NJ |
| October, 2019 | "Transgender Medicine", Community Health Network annual conference, New York, NY |
| October, 2019 | "Transgender Medicine", Westchester Medical Center Medicine Grand Rounds, Valhalla, NY |
| September, 2019 | "Transgender Medicine", Weill Cornell Reproductive Endocrine CME, New York, NY |
| September, 2019 | "Transgender Competency for Medical Providers", Working Group on Gender, Columbia College of Physicians and Surgeons, New York, NY |
| April, 2019 | "Transgender Medicine", Weill Cornell Urology Grand Rounds, New York, NY |
| June, 2018 | "21$^s$-Century Strategies:  Transgender Hormone Care" Medicine Grand Rounds, Staten Island University Hospital, Staten Island, NY |
| February, 2018 | "Transgender Medicine – 21st Century Strategies for Patient Care" Medicine Rounds, Newton-Wellesley Hospital, Newton, MA |
| October, 2017 | "Transgender Medicine – 21st Century Strategies for Patient Care" Medicine Rounds, Beth Israel-Milton Hospital, Milton, MA |
| September, 2017 | "Transgender Medicine – 21st Century Strategies for Patient Care" Obstetrics-Gynecology Grand Rounds, Brigham and Women's Hospital, Boston, MA |
| June, 2017 | "State-of-the-Art:  Hormone Therapy for Transgender Patients" Reproductive Endocrinology Rounds, Massachusetts General Hospital, Boston, MA |
| May, 2017 | "A 21st-Century Strategy for Medical Treatment of Transgender Individuals" Boston Medical Center and Boston University School of Medicine, Boston, MA |

Armistead Supp. App. 0166

**Joshua D. Safer, MD, FACP, FACE**

March, 2017          "A 21st-Century Strategy for Medical Treatment of Transgender Individuals" Tufts Medicine Grand Rounds, Boston, MA

January, 2017        "What to Know: A 21st-Century Approach to Transgender Medical Care" Internal Medicine Rounds, Brigham and Women's Hospital, Boston, MA

March, 2016          "State-of-the-Art:  Hormone Therapy for Transgender Patients" Obstetrics-Gynecology Rounds, Brigham and Women's Hospital, Boston, MA

November, 2015   "What Every Endocrinologist Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients" Endocrinology Rounds, Tufts Medical Center, Boston, MA

May, 2015            "What Every Endocrinologist Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients" Endocrinology Rounds, Massachusetts General Hospital, Boston, MA

December, 2014   "What to Know to Feel Safe Providing Hormone Therapy for Transgender Patients" Endocrinology Rounds, Beth Israel Deaconess Medical Center, Boston, MA

November, 2013   "Transgender Therapy – What Every Physician Should Know" Medicine Grand Rounds, Boston Veterans Administration Hospital, Boston, MA

May, 2005            "Transgender Therapy:  The Role of the Endocrinologist", Endocrinology Rounds, Tufts-New England Medical Center, Boston, MA

January, 2004        "New Directions in Thyroid Hormone Action:  Skin and Hair", Endocrinology Rounds, Brigham and Women's Hospital, Boston, MA

October, 1999        "The Many Faces of Hypothyroidism", Medicine Grand Rounds, Bedford Veterans Administration Hospital, Bedford, MA

**Institutional, Icahn School of Medicine at Mount Sinai, New York, NY**

October, 2019        "Transgender Medicine", East Harlem HOP rounds, New York, NY

October, 2019        "Transgender Medicine", Mount Sinai HIV rounds, New York, NY

August, 2019         "Transgender Medicine", Mount Sinai Endocrinology Fellows Conference, New York, NY

February, 2019       "Transgender Medicine", Mount Sinai Endocrinology Grand Rounds, New York, NY

February, 2019       "Transgender Medicine", Mount Sinai Ob-Gyn Grand Rounds, New York, NY

April, 2018           "21st-Century Strategies for Transgender Hormone Care", HIV Grand Rounds

**Institutional, Boston University School of Medicine, Boston, MA**

March, 2017          "State of the Art Hormone Therapy for Transgender Patients", Section of Infectious Disease

January 6, 2022

Armistead Supp. App. 0107

**Joshua D. Safer, MD, FACP, FACE**

| | |
|---|---|
| January, 2017 | "What you need to know – to supervise care for our transgender patients at BMC", Section of Endocrinology |
| February, 2016 | "State of the Art Hormone Therapy for Transgender Patients", Department of Medicine |
| November, 2015 | "What the Family Medicine Physician Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients", Department of Family Medicine |
| November, 2014 | "What the Anesthesiologist Should Know to Feel Safe Providing Hormone Therapy for Transgender Patients", Department of Anesthesia |
| January, 2014 | "Update on the Current Guidelines for Transgender Hormone Therapy", Section of Endocrinology |
| October, 2011 | "Transgender Therapy – What Every Physician Should Know", Department of Medicine |
| February, 2011 | "Current Guidelines for Transgender Hormone Therapy: What Every Endocrinologist Should Know", Section of Endocrinology |
| November, 2005 | "Thyroiditis and Other Insults to Thyroid Function" Core Curriculum in Adult Primary Care Medicine |
| November, 2005 | "Interpretation of Thyroid Function Tests Made Easy" Core Curriculum in Adult Primary Care Medicine |
| January, 2005 | "Transgender Therapy:  The Role of the Endocrinologist" Endocrinology Grand Rounds |
| December, 2004 | "Update in Endocrinology:  Thyroid" Medicine Grand Rounds |
| January, 2004 | "New Directions in Thyroid Hormone Action:  Skin and Hair" Medicine Grand Rounds |
| March, 2003 | "Thyroid Hormone Action on Hair and Skin" Endocrinology Grand Rounds |
| November, 1999 | "Central Resistance to Thyroid Hormone – From Bedside to Bench" Endocrinology Grand Rounds |

Armistead Supp. App. 0108

**Joshua D. Safer, MD, FACP, FACE**

**Curriculum development with external dissemination**

2014-present        Web site for Association of Program Directors of Endocrinology and Metabolism (APDEM), which serves as ***the primary resource for endocrinology fellowship program directors throughout the United States and Canada***.

- Sample curricula
- Streaming lectures to support specific curricular needs to feel programmatic gaps at certain programs
- New assessment forms that map skills to milestones that conform to Next Accreditation System (NAS) standards of the Accreditation Council for Graduate Medical Education (ACGME)

2013-present        Dissemination of Transgender Medicine Curriculum with local modification to institutions in the United States and Canada

Curriculum adopted

**Johns Hopkins School of Nursing** (sample video: http://vimeo.com/jhunursing/review/97477269/abbcf6d33a)
**Ohio State University College of Medicine**
**University of British Columbia, Faculty of Medicine**
**University of Central Florida College of Medicine**
**Tufts University School of Medicine**

Curriculum in development

**Dartmouth School of Medicine**
**University of Vermont College of Medicine**

Work in progress in preparation for sharing transgender curriculum

Albany Medical College
Emory School of Medicine
George Washington University Medical School
Hofstra School of Medicine
University of California – San Diego School of Medicine
University of Kentucky College of Medicine
University of Louisville School of Medicine
University of Michigan Medical School
University of Minnesota Medical School
University of Nebraska School of Medicine
University of Pennsylvania School of Medicine
Washington University School of Medicine

Armistead Supp. App. 0109

**Joshua D. Safer, MD, FACP, FACE**

2013-2015   Co-author of the ***Medical Subspecialty Reporting Milestones used for evaluation of Internal Medicine subspecialty medicine fellowship programs throughout the Unites States*** by the Accreditation Council for Graduate Medical Education (ACGME).

https://www.acgme.org/acgmeweb/Portals/0/PDFs/Milestones/InternalMedicineSubspecialty Milestones.pdf

2011-2014   Web site content expert for APDEM, which served as ***the primary resource for endocrinology fellowship Program Directors throughout the United States and Canada***. Materials included sample curricula, streaming lectures to support specific curricular needs to feel programmatic gaps at certain programs, and guidance dealing with ACGME site-visits

**Other curriculum development**

2019-present   Massive Open On-line Course (MOOC) curricular content. Transgender Medicine for General Medical Providers, Icahn School of Medicine at Mount Sinai (https://www.coursera.org/courses?query=transgender%20medicine%20for%20general%20m edical%20providers&)

2016-2018   Curricular Content to teach transgender hormone therapy in the LGBT elective at Harvard Medical School

2016-2018   Curricular Content to teach transgender hormone therapy at Tufts University School of Medicine.

2011-2018   Fully revised curriculum for the Boston University Medical Center Fellowship Training Program in Endocrinology, Diabetes and Nutrition.

2010-2018   Curricula to teach transgender hormone therapy at Boston University School of Medicine.

2006-2014   Written examination in endocrinology to complement the multiple-choice examination for medical students — validation relative to success later in medical school is in progress.

January 6, 2022

Armistead Supp. App. 0110

**Joshua D. Safer, MD, FACP, FACE**

**Bibliography: (ORCID ⬤ # 0000 0003 2497 8401)**

Names of mentees are underlined throughout the bibliography section

** currently most influential papers are noted with double asterisks

**Original, Peer-Reviewed Articles**

1.    **Safer JD**, Langlois MF, Cohen R, Monden T, John-Hope D, Madura J, Hollenberg AN, Wondisford FE. Isoform variable action among thyroid hormone receptor mutants provides insight into pituitary resistance to thyroid hormone. *Mol Endocrinol* 1997;11(1):16-26. PMID 8994184

2.    Langlois MF, Zanger K, Monden T, **Safer JD**, Hollenberg AN, Wondisford FE. A unique role of the beta-2 thyroid hormone receptor isoform in negative regulation by thyroid hormone - mapping of a novel amino-terminal domain important for ligand-independent activation. *J Biol Chem* 1997;272(40):24927-24933. PMID 9312095

3.    **Safer JD**, Cohen RN, Hollenberg AN, Wondisford, FE. Defective release of corepressor by hinge mutants of the thyroid hormone receptor found in patients with resistance to thyroid hormone. *J Biol Chem* 1998;273(46):30175-30182. PMID 9804773

4.    **Safer JD**, O'Connor MG, Colan SD, Srinivasan S, Tollin SR, Wondisford FE. The TR-beta gene mutation R383H is associated with isolated central resistance to thyroid hormone. *J Clin Endocrinol Metab* 1999;84(9):3099-3109. PMID 10487671

5.    **Safer JD**, Fraser LM, Ray S, Holick MF. Topically applied triiodothyronine stimulates epidermal proliferation, dermal thickening, and hair growth in mice and rats. *Thyroid* 2001;1(8):717-724. PMID 11525263

6.    Tangpricha V, Chen BJ, Swan NC, Sweeney AT, de las Morenas A, **Safer JD**. Twenty-one gauge needles provide more cellular samples than twenty-five gauge needles in fine needle aspiration biopsy of the thyroid. *Thyroid* 2001;11(10):973-976. PMID 11716046

7.    **Safer JD**, Crawford TM, Fraser LM, Hoa M, Ray S, Chen TC, Persons K, Holick MF. Thyroid hormone action on skin: diverging effects of topical versus intraperitoneal administration. *Thyroid* 2003;13(2):159-165. PMID 12699590

8.    Santini F, Ceccarini G, Montanelli L, Rosellini V, Mammoli C, Macchia P, Gatti G, Pucci E, Marsili A, Chopra IJ, Chiovato L, Vitto P, **Safer JD**, Braverman LE, Martino E, Pinchera A. Role for inner ring deiodination preventing transcutaneous passage of thyroxine. *J Clin Endocrinol Metab* 2003;88(6):2825-2830. PMID 12788895

9.    **Safer JD**, Crawford TM, Holick MF. A role for thyroid hormone in wound healing through keratin gene expression. *Endocrinology* 2004;145(5):2357-2361. PMID 14736740

10.   **Safer JD**, Crawford TM, Holick MF. Topical thyroid hormone accelerates wound healing in mice. *Endocrinology* 2005;146(10):4425-4430. PMID 15976059

**Joshua D. Safer, MD, FACP, FACE**

11.  Saha AK, Persons K, **Safer JD**, Luo Z, Holick MF, Ruderman NB.  AMPK regulation of the growth of cultured human keratinocytes.  *Biochem Biophys Res Co* 2006;349(2):519-24.  PMID  16949049

12.  **Safer JD**, Ray S, Holick MF.  A topical PTH/PTHrP receptor antagonist stimulates hair growth in mice.  *Endocrinology* 2007;148(3):1167-1170.  PMID  17170098

13.  **Safer JD**, Persons K, Holick MF.  A thyroid hormone deiodinase inhibitor can decrease cutaneous cell proliferation in vitro.  *Thyroid* 2009;19(2):181-185.  PMID  19191748

14.  Ariza MA, Loken WM, Pearce EN, **Safer JD**.  Male sex, African-American race/ethnicity, and T3 levels at diagnosis are predictors of weight gain following medication and radioactive iodine treatment for hyperthyroidism.  *Endocr Pract* 2010;16(4):609-616.  PMID  20350916

15.  Abraham TM, de las Morenas A, Lee SL, **Safer JD**.  In thyroid fine needle aspiration, use of bedside-prepared slides significantly increased diagnostic adequacy and specimen cellularity relative to solution-based samples.  *Thyroid* 2011;21(3):237-242.  PMID  21323589

16.  Huang MP, Rodgers KA, O'Mara R, Mehta M, Abuzahra HS, Tannenbaum AD, Persons K, Holick MF, **Safer JD**.  The thyroid hormone degrading Dio3 is the primary deiodinase active in murine epidermis.  *Thyroid*  2011;21(11):1263-1268.  PMID  21936673

17.  Toraldo G, Bhasin S, Bakhit M, Guo W, Serra C, S, **Safer JD**, Bhawan J, Jasuja R.  Topical androgen antagonism promotes cutaneous wound healing without systemic androgen deprivation by blocking beta-catenin nuclear translocation and cross-talk with TGF-beta signaling in keratinocytes.  *Wound Repair Regen* 2012;20:61-73.  PMID  22276587

18**.  **Safer JD**, Pearce EN.  A simple curriculum content change increased medical student comfort with transgender medicine.  *Endocr Pract* 2013;19(4):633-637.  PMID  23425656
- First ever demonstration of the effectiveness of an evidence-based approach to teaching transgender medicine to medical students

19.  Thomas DD, **Safer JD**.  A simple intervention raised resident-physician willingness to assist transgender patients seeking hormone therapy.  *Endocr Pract* 2015;21(10):1134-42.  PMID  26151424

20.  Mundluru SN, **Safer JD**, Larson, AR.  Unforeseen ethical challenges for isotretinoin treatment in transgender patients.  *Int J of Womens Dermatol* 2016;2(2):46-48.  PMID  28492004

21.  Eriksson SES, **Safer JD**.  Evidence-based curricular content improves student knowledge and changes attitudes towards transgender medicine.  *Endocr Pract* 2016;22(7):837-841.  PMID  27042742

22.  Chan B, Skocylas R, **Safer JD**.  Gaps in transgender medicine content identified among Canadian medical school curricula.  *Transgender Health* 2016;1(1):142-150.  PMID  29159305

23.  Myers SC, **Safer JD**.  Increased rates of smoking cessation observed among transgender women receiving hormone treatment.  *Endocr Pract* 2017;23(1):32-36.  PMID  27682351

Armistead Supp. App. 0112

**Joshua D. Safer, MD, FACP, FACE**

24.  Berli J, Knudson G, Fraser L, Tangpricha V, Ettner R, Ettner F, **Safer JD**, Graham j, Monstrey S, Schecter L.  Gender confirmation surgery: What surgeons need to know when providing care for transgender individuals.  *JAMA Surgery* 2017;152(4):394-400.  PMID 28196182

25.  Kailas M, Lu HMS, Rothman EF, **Safer JD**.  Prevalence and types of gender-affirming surgery among a sample of transgender endocrinology patients prior to state expansion of insurance coverage.  *Endocr Pract* 2017;23(7):780-786.  PMID  28448757

26.  Liang JJ, Gardner IH, Walker JA, **Safer JD**.  Observed deficiencies in medical student knowledge of transgender and intersex health.  *Endocr Pract* 2017;23(8):897-906.  PMID 28534684

27.  Park JA, **Safer JD**.  Clinical exposure to transgender medicine improves students' preparedness above levels seen with didactic teaching alone:  A key addition to the Boston University model for teaching transgender health care.  *Transgender Health* 2018;3(1),10-16.  PMID 29344576

28.  Liang JJ, Jolly D, Chan KJ, **Safer JD**.  Testosterone levels achieved by medically treated transgender women in a United States endocrinology clinic cohort.  *Endocr Pract* 2018; 24(2):135-142.  PMID 29144822

29.  Chan KJ, Jolly D, Liang JJ, Weinand JD, **Safer JD**.  Estrogen levels do not rise with testosterone treatment for transgender men.  *Endocr Pract* 2018; 24(4):329-333.  PMID 29561193

30.  Chan KJ, Liang JJ, Jolly D, Weinand JD, **Safer JD**.  Exogenous testosterone does not induce or exacerbate the metabolic features associated with PCOS among transgender men.  *Endocr Pract* 2018; 24(6):565-572.  PMID 29624102

31.  Bisson JR, Chan KJ, **Safer JD**.  Prolactin levels do not rise among transgender women treated with estradiol and spironolactone.  *Endocr Pract* 2018; 24(7):646-651.  PMID 29708436

32.  Getahun D, Nash R, Flanders D, Baird TC, Becerra-Culqui TA, Cromwell L, Hunkler E, Lash TL, Millman A, Quinn VP, Robinson B, Roblin D, Silverberg MJ, **Safer J**, Slovis J, Tangpricha V, Goodman M.  Cross-sex hormones and acute cardiovascular events in transgender persons: A cohort study.  *Ann Intern Med* 2018; 169(4):205-213.  PMID 29987313

33.  Martinson TG, Ramachandran S, Lindner R, Reisman T, **Safer JD**.  High body-mass index is a significant barrier to gender confirmation surgery for transgender and gender-nonbinary individuals.  *Endocr Pract* 2020; 26(1):6-15.  PMID 31461357

34.  Goldstein Z, Martinson TG, Ramachandran S, Lindner R, **Safer JD**.  Improved rates of cervical cancer screening among transmasculine patients through self-collected swabs for high-risk human papillomavirus DNA testing.  *Transgender Health* 2020; 5(1):10-17.  PMID 32322684

35.  Lichtenstein M, Stein L, Connolly E, Goldstein ZG, Martinson TG, Tiersten L, Shin SJ, Pang JH, **Safer JD**.  The Mount Sinai patient-centered preoperative criteria meant to optimize outcomes are less of a barrier to care than WPATH SOC 7 criteria before transgender-specific surgery.  *Transgender Health* 2020; 5(3):166-172.  PMID 33644310

36.  Hirschmann J, Kozato A, Villagra C, Wetmore J, Jandorf L, Pang JH, Reynolds M, Dodge L, Mejia S, **Safer JD**.  An analysis of chaplains' narrative chart notes describing spiritual care visits with gender affirmation surgical patients.  *Transgender Health* 2020; In Press.  PMID

Armistead Supp. App. 0f13

Joshua D. Safer, MD, FACP, FACE

37.   Kozato A, Fox GWC, Yong PC, Shin SJ, Avanessian BK, Ting J, Ling Y, Karim S, **Safer JD**, Pang JH.  No venous thromboembolism increase among transgender female patients remaining on estrogen for gender affirming surgery.  *J Clin Endocrinol Metab* 2021; In Press.  PMID

38.   Gorbea E, Gidumal S, Kozato A, Pang JH, **Safer JD**, Rosenberg J.  Insurance coverage of facial gender affirmation surgery - a review of Medicaid and commercial insurance.  *Otolaryngol Head Neck Surg* 2021; In Press.  PMID 33722109

39.   Shin JS, Pang JH, Tiersten L, Jorge N, Hirschmann J, Kutsy P, Ashley K, Stein L, **Safer JD**, Barnett B.  The Mount Sinai inter-disciplinary approach to peri-operative care improved the patient experience for transgender individuals.  *Transgender Health* 2021; In Press.  PMID

40.   Huber S, Ferrando C, **Safer JD**, Pang JH, Streed CG, Priestly J, Culligan P.  Development and validation of urologic and appearance domains of the post-affirming surgery form and function individual reporting measure (AFFIRM) for transwomen following genital surgery.  *J Urol* 2021; 206:1445-1453.  PMID

41.   Rose AJ, Hughto JMW, Dunbar MS, Quinn EK, Deutch M, Feldman J, Radix A, **Safer JD**, Shipherd JC, Thompson J, Jasuja GK.  Trends in feminizing hormone therapy for transgender patients, 2006-2017.  *Transgender Health* 2021; In Press.  PMID

**Critical Reviews, Editorials, Chapters, Case Reports:**

**Editorials and Critical Reviews:**

42.   **Safer JD**, Colan SD, Fraser LM, Wondisford FE.  A pituitary tumor in a patient with thyroid hormone resistance: A diagnostic dilemma.  *Thyroid* 2001;11(3):281-291.  PMID  11327621

43.   **Safer JD**, Hennessey JV, Braverman LE.  Substituting brand name levothyroxine preparations with generics would increase treatment cost.  *Ann Intern Med* 2005; on-line available at http://www.annals.org/cgi/eletters/142/11/891#1882

44.   Pietras SM, **Safer JD**.  A spurious elevation of both total thyroid hormone and thyroid hormone uptake measurements in the setting of autoantibodies may result in diagnostic confusion:  A case report and review of the related literature.  *Endocr Pract* 2008;14(6):738-742.  PMID  18996795

45.   **Safer JD**, Tangpricha V.  Out of the Shadows:  It is time to mainstream treatment for transgender patients.  *Endocr Pract* 2008;14(2):248-50.  PMID  18308667

46.   Feldman J, **Safer JD**, Hormone therapy in adults:  Suggested revisions to the sixth version of the Standards of Care. *Int J Transgender Health* 2009;11(3):146-182.

47.   Bhasin S, **Safer JD**, Tangpricha V.  The Hormone Foundation's patient guide to the endocrine treatment of transsexual persons.  *J Clin Endocrinol Metab* 2009;94(9).

48.   **Safer JD**.  Thyroid hormone action on skin.  *Dermatoendocrinol* 2011;3(3):1-5.  PMID  22110782

Armistead Supp. App. 0114

**Joshua D. Safer, MD, FACP, FACE**

49.  Kannan S, **Safer JD**.  Finding the right balance between resistance & sensitivity -- A case report and brief review of the cardiac manifestations of the syndrome of resistance to thyroid hormone and the implications for treatment.  *Endocr Pract* 2012; 18(2):252-255.  PMID  22068246

50.  **Safer JD**.  Thyroid hormone action on skin.  *Curr Opin Endocrinol Diabetes Obes* 2012;19(5):388-293. PMID  22914563

51.  **Safer JD**.  Thyroid hormone and wound healing.  *J Thyroid Res* 2013;doi:10.1155/2013/124538. PMID  23577275

52.  **Safer JD**.  Transgender medical research, provider education, and patient access are overdue. *Endocr Pract*  2013;19(4):575-6.  PMID  23337168

53.  Gardner IH, **Safer JD**.  Progress on the road to better medical care for transgender patients.  *Curr Opin Endocrinol Diabetes Obes* 2013;20(6):553-558.  PMID  24468757

54.  Gitlin SD, Flaherty J, Arrighi J, Swing S, Vasilias J, Brater DC, Breida M, Caverzagie K, Kane GC, Nelson Grier C, Parsons P, Smith B, Morrison L, Radwany S, Quill T, Kapur V, Roberts B, Silber M, DiBisceglie A, Fix O, Koteish A, Palumbo P, Trence D, Berkowitz L, Holmboe E, Hood S, Iobst W, Levin S, Yaich S, Foster J, Jackson M, Juvin J, Williams E, Addrizzo-Harris D, Buckley J, Markowitz P, Sessler C, Torrington K, Richter S, Szyjkowski R, Alguire P, Cooke M, Bolster M, Brown C, Jones T, Marks L, Pardi D, Rose Z, Shah B, Busby-Whitehead J, Granville L, Leipzig R, Collichio F, Raymond M, Von Roenn J, Albertson D, Coyle W, Sedlack R, Abbott B, Fessler H, Balasubramanian A, Danoff A, Gopalakrishnan G, Piquette C, Schulman D, Geraci M, Rockey D, **Safer J**, Armstrong W, Havlichek Jr D, Helmy T, Kolansky D, Patores S, Spevetz A, Biller B, Cantelmi A.  The Internal Medicine Subspecialty Milestone Project, a joint initiative of the Accreditation Council for Graduate Medical Education and the American Board of Internal Medicine, in collaboration with the Alliance for Academic Internal Medicine.  2014; online available at https://www.acgme.org/acgmeweb/Portals/0/PDFs/Milestones/InternalMedicineSubspecialty Milestones.pdf

55**.  Saraswat A, Weinand JD, **Safer JD**.  Evidence supporting the biological nature of gender identity. *Endocr Pract* 2015; 21(2):199-204.  PMID  25667367
           - Review of the biological nature of transgender identity most referenced by popular media (Google)

56**.  Weinand JD, **Safer JD**.  Hormone therapy in transgender adults is safe with provider supervision; A review of hormone therapy sequelae for transgender individuals.  *J Clin Transl Endocr* 2015; 2:55-60.  PMID  28090436
           - The most comprehensive review of the relative safety of transgender hormone therapy

57.  Boh B, **Safer JD**.  State-of-the-art: Use of hormones in transgender individuals.  *Endocrine Society* 2016; on-line available at http://dx.doi.org/10.1210/MTP5.9781943550043.ch55

58.  **Safer JD**, Coleman E, Hembree, W.  There is reason for optimism: an introduction to the special issue on research needs in transgender health and medicine.  *Curr Opin Endocrinol Diabetes Obes* 2016; 23(2):165-167.  PMID  26702853

Armistead Supp. App. 0115

**Joshua D. Safer, MD, FACP, FACE**

59**.  **Safer JD**, Coleman E, Feldman J, Garofalo R, Hembree W, Radix A, Sevelius J.  Barriers to healthcare for transgender individuals.  *Curr Opin Endocrinol Diabetes Obes* 2016; 23(2):168-171.  PMID  26910276
    - The most cited review of barriers to delivery of transgender healthcare in the United States in the medical system, medical curriculum, and medical culture

60.  Feldman J, Brown GR, Deutsch MB, Hembree W, Meyer W, Meyer-Bahlburg HFL, Tangpricha V, T'Sjoen G, **Safer JD**.  Priorities for transgender medical and healthcare research.  *Curr Opin Endocrinol Diabetes Obes* 2016; 23(2):180-187.  PMID  26825469

61.  Reisner SL, Deutsch MB, Bhasin S, Bockting W, Brown GR, Feldman J, Garofalo R, Kreukels B, Radix A, **Safer JD**, Tangpricha V, T'Sjoen G, Goodman M.  Advancing Methods for U.S. Transgender Health Research.  *Curr Opin Endocrinol Diabetes Obes* 2016; 23(2):198-207.  PMID 26845331

62.  **Safer JD**.  The large gaps in transgender medical knowledge among providers must be measured and addressed.  *Endocr Pract* 2016;22(7):902-903.  PMID  27214166

63.  Bouman WP, Suess Schwend A, Motmans J, Smiley A, **Safer JD**, Deutsch MB, Adams NJ, Winter S.  Language and trans health.  *Int J Transgender Health* 2017;18(1):1-6.

64.  **Safer JD**.  The recognition that gender identity is biological complicates some previously settled clinical decision making.  *AACE Clinical Case Rep* 2017;3(3):e289-e290.  PMID  27967232

65**.  Hembree WC, Cohen-Kettenis P, Gooren L, Hannema SE, Meyer WJ, Murad M, Rosenthal S, **Safer JD**, Tangpricha V, T'Sjoen G.  Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline.  *J Clin Endocrinol Metab* 2017; 102(11):1–35.  PMID  28945902
    - The most respected guideline for hormone treatment of transgender individuals

66.  **Safer JD**.  Transgender patients and health care providers.  *Health Affairs* 2017;36(12):2213.  PMID 29200359

67.  Tangpricha V, Hannema SE, Irwig M, Meyer WJ, **Safer JD**, Hembree WC.  2017 American Association of Clinical Endocrinologists/Endocrine Society update on transgender medicine: case discussions.  *Endocr Pract* 2017;23(12):1430-1436.  PMID  29320643

68.  **Safer JD**.  Managing intersex and transgender health across the globe requires more than just understanding the science.  *AACE Clinical Case Rep* 2018;4(3):e267-e268.

69.  Narasimhan S, **Safer JD**.  Hormone therapy for transgender men.  *Clin Plast Surg* 2018;45(3):319-322.  PMID  29908619

70.  Korpaisarn S, **Safer JD**.  Gaps in transgender medical education among health care providers: A major barrier to care for transgender persons.  *Reviews in Endocrine and Metabolic Disorders* 2018;19(3):271-275.  PMID  29922962

71.  Klein P, Narasimhan S, **Safer JD**.  The Boston Medical Center experience:  An achievable model for the delivery of transgender medical care at an academic medical center.  *Transgender Health* 2018;3(1),136-140.  PMID  30065961

Armistead Supp. App. 0116

**Joshua D. Safer, MD, FACP, FACE**

72.     **Safer JD**.  Continuing gaps in transgender medicine education among health care providers.  *Endocr Pract* 2018; 24(12):1106-1107.  PMID 30715908

73.     Goodman M, Getahun D, Silverberg MJ, **Safer J**, Tangpricha V.  Reply to letter to the editor:  Cross-sex hormones and acute cardiovascular events in transgender persons.  *Ann Intern Med* 2019; 170(2):142-143.  PMID 30641565

74.     Iwamoto SJ, T'Sjoen G, **Safer JD**, Davidge-Pitts CJ, Wierman ME, Glodowski MB, Rothman MS.  Letter to the editor:  Progesterone is important for transgender women's therapy – Applying evidence for the benefits of progesterone in ciswomen.  *J Clin Endocrinol Metab* 2019; 104(8):3127-3128.  PMID 30860591

75.     Rosenthal SM, Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, **Safer JD**, Tangpricha V, T'Sjoen GG.  Reply to letter to the editor:  Endocrine treatment of gender dysphoric/gender incongruent persons: An Endocrine Society* clinical practice guideline.  *J Clin Endocrinol Metab* 2019; 104(11):5102-5103.  PMID 31046093

76.     Moser SW, Schecter LS, Facque AR, Berli JU, Agarwal C, Satterwhite T, Bluebond-Langner R, Kuzon WM, Ganor O, **Safer JD**, Knudson G.  Nipple areolar complex reconstruction is an integral component of chest reconstruction in the treatment of transgender and gender diverse people.  *Int J Transgender Health* 2019; In Press.  PMID

77.     <u>Korpaisarn S</u>, **Safer JD**.  Etiology of gender identity.  *Endocrinol Metab Clin N Am* 2019; 48(2):323-329.  PMID 31027542

78**.   **Safer JD**, Tangpricha V.  Care of the transgender patient.  *Ann Intern Med* 2019; 171(1):ITC1-ITC6.  PMID 31261405
        - The highest profile review of transgender medicine oriented to primary care providers

79.     Goldstein Z, Khan M, Reisman T, **Safer JD**.  Managing the risk of venous thromboembolism in transgender adults undergoing hormone therapy.  *J Blood Med* 2019; 10:209-216.  PMID 31372078

80.     Rosen HN, Hamnvik OPR, Unnop J, Malabanan AO, **Safer JD**, Tangpricha V, Wattanachanya L, Yeap SS.  Bone densitometry in transgender and gender non-conforming (TGNC) individuals: The 2019 ISCD official positions.  *J Clin Densitometry* 2019; 22(4):544-553.  PMID 31327665

81.     **Safer JD**.  Hurdles to health care access for transgender individuals.  *Nat Hum Behav* 2019; 3:1132-1133.  PMID 31406336

82.     **Safer JD**.  Greater rigor studying the incidence of sexually transmissible infections among transgender individuals.  *Med J Aust* 2019; 211(9):401.  PMID 31595513

83.     **Safer JD**.  Advancing knowledge of transgender medical intervention effects.  *Nat Rev Urol* 2019; 16(11):642-643.  PMID 31399706

84.     Reisman T, Goldstein Z, **Safer JD**.  A review of breast development in cisgender women and implications for transgender women.  *Endocr Pract* 2019; 25:1338-1345.  PMID 31412232

January 6, 2022

Armistead Supp. App. 0117

**Joshua D. Safer, MD, FACP, FACE**

85**.  **Safer JD**, Tangpricha V.  Care of transgender persons.  *N Engl J Med* 2019; 381(25):2451-2460.  PMID  31851801
        - The highest profile review of transgender medicine

86.  Libman H, **Safer JD**, Siegel JR, Reynolds EE.  Caring for the transgender patient: Grand rounds discussion from Beth Israel Deaconess Medical Center.  *Ann Intern Med* 2020; 172(3):202-209.  PMID  32016334

87.  Pang JH, **Safer JD**.  A beginning in the investigation of the metabolic consequences of transgender hormone treatment on young people.  *J Clin Endocrinol Metab* 2020; 105(3):1-2.  PMID  31803926

88.  Hassett MJ, Somerfield MR, Baker ER, Cardoso F, Kansal KJ, Kwait DC, Plichta JK, Ricker C, Roshal A, Ruddy KJ, **Safer JD**, Van Poznak C, Yung RL, Giordano SH.  Management of Male Breast Cancer: ASCO Guideline.  *J Clin Oncol* 2020; 38(16):1849-1863.  PMID  32058842

89.  <u>Prince JCJ</u>, **Safer JD**.  Endocrine treatment of transgender individuals:  Current guidelines and strategies.  *Expert Rev Endocrinol Metab* 2020; 15(6):395-403.  PMID

90.  **Safer JD**, Tangpricha V.  Guidance for collecting sex/gender data in research.  *Endocr Pract* 2020; 26(10):1225-1226.  PMID  33471722

91.  **Safer JD**.  Using evidence to fill gaps in the care of transgender people.  *Endocr Pract* 2020; 26(11):1387-1388.  PMID  33471668

92.  <u>Slack DJ</u>, **Safer JD**.  Cardiovascular health maintenance in aging individuals: The implications for transgender men and women on hormone therapy.  *Endocr Pract* 2021; 27(1):63-70.  PMID 33475503

93.  Walch A, Davidge-Pitts C, **Safer JD**, Lopez X, Tangpricha, V, Iwamoto SJ.  Proper care of transgender and gender diverse persons in the setting of proposed discrimination:  A policy perspective.  *J Clin Endocrinol Metab* 2021; 106(2):305-308.  PMID  33326028

94.  Pang JH, **Safer JD**.  An opportunity to better assess breast development in transgender women.  *J Clin Endocrinol Metab* 2021; 106(3):e1453-e1454.  PMID  33332566

95.  **Safer JD**.  Research gaps in medical treatment of transgender/non-binary people.  *J Clin Invest* 2021; 131(4):e142029.  PMID  33586675

96.  Reisman T, **Safer JD**.  New data to challenge gender affirming hormone therapy prescribing practice.  *J Clin Endocrinol Metab* 2021; 106(5):e2365-e2366.  PMID  33524111

97.  Walch A, Davidge-Pitts C, Lopez X, Tangpricha, V, Iwamoto SJ, **Safer JD**.  Response to Letter to the Editor from Malone: "Proper Care of Transgender and Gender Diverse Persons in the Setting of Proposed Discrimination: A Policy Perspective".  *J Clin Endocrinol Metab* 2021; 106(8): e3295–e3296.  doi:10.1210/clinem/dgab206

98.  <u>Zucker R</u>, Reisman T, **Safer JD**.  Minimizing venous thromboembolism in feminizing hormone therapy: applying lessons from cisgender women and previous data.  *Endocr Pract* 2021; In Press.  PMID

**Joshua D. Safer, MD, FACP, FACE**

99.   Kumar A, Amakiri UO, **Safer JD**.  Medicine as constraint: assessing the barriers to gender-affirming care.  *Cell Reports Medicine* 2022; In Press.  PMID

100.   **Safer JD**.  Are the pharmacokinetics of sublingual estradiol superior or inferior to those of oral estradiol?  *Endocr Pract* 2022; In Press.  PMID

**Textbook Chapters:**

101.   **Safer JD**, Wondisford, FE. 1997  TSH, normal physiology,  *Contemporary Endocrinology:  Diseases of the Pituitary*, Wierman ME, ed., Humana Press Inc., Totowa, NJ, 283-293

102.   **Safer JD**.  2003  Resistance to thyroid hormone,  *Contemporary Endocrinology:  Diseases of the Thyroid*, 2nd Edition, Braverman LE, ed., Humana Press Inc., Totowa, NJ, 199-216

103.   **Safer JD**.  2005  The skin in thyrotoxicosis,  *Werner and Ingbar's The Thyroid*, 9th Edition, Braverman LE and Utiger RD, eds., Lippincott Williams and Williams, Philadelphia, PA, 553-558

104.   **Safer JD**.  2005  The skin and connective tissue in hypothyroidism,  *Werner and Ingbar's The Thyroid*, 9th Edition, Braverman LE and Utiger RD, eds., Lippincott Williams and Williams, Philadelphia, PA, 769-773

105.   **Safer JD**, Holick MF.  2008  Potential therapeutic uses of thyroid hormone,  *Thyroid Disorders with Cutaneous Manifestations*, Heymann WR, ed.,  Springer-Verlag, London, UK, 181-186

106.   Leung AM, **Safer JD**.  2012  Thyrotoxicosis of extra thyroid origin,  *Werner and Ingbar's The Thyroid*, 10th Edition, Braverman LE and Cooper D, eds., Lippincott Williams and Williams, Philadelphia, PA, 429-433

107.   Kurani PN, Goldberg LJ, **Safer JD**.  2017  Evaluation and management of hirsutism in postmenopausal women,  *Essentials of Menopause Management: A Case-Based Approach*, Pal L and Sayegh RA, eds., Springer, London, UK, 209-221

108.   Sloan CA, **Safer JD**.  2017  The high risk client: Comorbid conditions that affect care,  *Adult Transgender Care: An Interdisciplinary Approach for Training Mental Health Professionals*, Kauth MR and Shipherd JC, eds., Routledge, Taylor and Francis, London, UK, 101-122

109.   Webb R, **Safer JD**.  2018  Transgender hormonal treatment,  *Yen and Jaffe's Reproductive Endocrinology, edition 8*, Strauss JS and Barbieri JL, eds., Elsevier, Maryland Heights, MO, 709-716

110.   Myers SC, **Safer JD**.  2019  Hormone therapy in transgender adults,  *Manual of Endocrinology and Metabolism, 5th Edition*, Lavin N, ed., Walters Kluwer, Philadelphia, PA, 893-899

111.   **Safer JD**, Chan KJ.  2019  Review of medical, socioeconomic, and systemic barriers to transgender care.  *Transgender Medicine, A Multidisciplinary Approach*, Poretsky L and Hembree WC, eds., Humana Press, Cham, Switzerland, 25-38

112.   Qian R, **Safer JD**.  2019  Hormone treatment for the adult transgender patient.  *Comprehensive Care of the Transgender Patient*, Ferrando CA, ed., Elsevier, Maryland Heights, MO, 34-96

January 6, 2022

Armistead Supp. App. 0119

Joshua D. Safer, MD, FACP, FACE

113.   Tangpricha V, **Safer JD**.  2020  Hormone therapy for transgender women.  *Gender Confirmation Surgery*, Schechter LS, ed. Springer, Cham, Switzerland, 59-63

114.   **Safer JD**, Tangpricha V.  2020  Hormone therapy for transgender men.  *Gender Confirmation Surgery*, Schechter LS, ed. Springer, Cham, Switzerland, 65-67

115.   Park JA, **Safer JD**.  2020  Optimizing the use of gender-affirming therapies.  *Essentials of Men's Health*, Bhasin S, O'Leary MP, and Basaria SS, eds. McGraw Hill, New York, NY, 325-336

116.   Reisman T, **Safer JD**.  2022  Perioperative estrogen considerations for transgender women undergoing vaginoplasty.  *A Case-Based Guide to Clinical Endocrinology*, Davies TF, ed. Springer, Cham, Switzerland, https://doi.org/10.1007/978-3-030-84367-0_57

**Case Reports:**

117.   Koutkia P, **Safer JD**.  Adrenal metastasis secondary to papillary thyroid carcinoma.  *Thyroid* 2001; 11(11):1077-1079.  PMID  11762719

118.   Choong K, **Safer JD**.  Graves disease and gynecomastia in two roommates.  *Endocr Pract* 2011; 17(4):647-650.  PMID  21613048

119.   Safer DL, Bullock KD, **Safer JD**.  Obsessive-compulsive disorder presenting as gender dysphoria/gender incongruence: a case report and literature review.  *AACE Clinical Case Rep* 2016; 2:e268–e271.

120.   Stevenson MO, Wixon N, **Safer JD**.  Scalp hair regrowth in hormone-treated transgender woman.  *Transgender Health* 2017; 1(1):202-204.  PMID  28861534

121.   Sullivan CA, Hoffman JD, **Safer JD**.  17-β-hydroxysteroid dehydrogenase type 3 deficiency: Identifying a rare cause of 46, XY female phenotype in adulthood.  *J Clin Transl Endocr Case Rep* 2018; 7:5-7.

122.   Greenwald P, Dubois B, Lekovich J, Pang JH, **Safer JD**.  Successful IVF in a cisgender female carrier using oocytes retrieved from a transgender man maintained on testosterone.  *AACE Clinical Case Rep* 2022; 8:19-21.  PMID

Armistead Supp. App. 0120

**Joshua D. Safer, MD, FACP, FACE**

**Dissemination Through Lay Press and Social Media**

**Mass Audience Programming:**

"Transgender Health AMA" Reddit. July 24, 2017. Expert responses to questions about transgender medicine.
https://www.reddit.com/r/science/comments/6p7uhb/transgender_health_ama_series_im_joshua_safer/
over 150,000 views, over 4200 comments

"Gender Revolution with Katie Couric" National Geographic Channel. Couric, Katie. February 6, 2017.
Extended interview with Katie Couric threaded into a 2-hour television special. Trailer:
https://www.youtube.com/watch?v=y93MsRaC6Zw
broadcast in 143 countries

"Is gender identity biologically hard-wired?" Judd, Jackie. PBS NewsHour. May 13, 2015.
Extended interview for Jackie Judd http://www.pbs.org/newshour/bb/biology-gender-identity-children/
estimated just over 1,000,000 viewers per Nielsen

Armistead Supp. App. 0121

Joshua D. Safer, MD, FACP, FACE

| Innovation | Significance/impact |
|---|---|
| *Development and leadership of the Transgender Medicine Clinical Center, Mount Sinai Health System and Icahn School of Medicine at Mount Sinai* | • The Center for Transgender Medicine and Surgery at Mount Sinai is the first comprehensive center for transgender medical care in New York and the most comprehensive program in the United States<br>• The Center is one of only several such centers in North America that are housed in academic teaching hospitals where care can be integrated<br>• The Center is a model for such care delivery in North America. |
| *Establishment, development, and leadership of the Transgender Medicine Clinical Center at Boston Medical Center* | • The Center for Transgender Medicine and Surgery at BMC is the first comprehensive center for transgender medical care in New England<br>• The Center is one of only several such centers in North America that are housed in academic teaching hospitals where care can be integrated<br>• The Center is a model for such care delivery in North America. |
| *Development and dissemination of the seminal reviews that are most widely cited in the lay press that explain the concept that gender identity is a biological phenomenon (see bibliography section above, e.g. PMID: 25667367).* | • The concept that gender identity is a biological phenomenon has been a key component of the recent culture change in favor of mainstream medical care for transgender individuals (see media section above) |
| *Development and dissemination of new and influential curricular content to teach the biology of gender identity in conventional medical education (see curriculum section above)* | The teaching of evidence-based approaches to transgender medical care to:<br>• Medical students (see bibliography section above, e.g. PMID 23425656 and PMID  27042742)<br>• Physician trainees (see bibliography section above, e.g. PMID 26151424)<br>• Practicing physicians (see invited lectures section above) serves as a crucial component to the gained credence given to care for transgender individuals in conventional medical settings. |
| *Development and dissemination of seminal reviews supporting the safety of transgender hormone treatment regimens (see invited lectures section above)* | • Once mainstream medical providers learn of the biology underlying gender identity, their biggest concern is the relative safety of the medical interventions relative to the benefit.<br>• The development and dissemination of the seminal reviews and lectures supporting the safety of current treatment regimens serves as a further crucial component to the culture change among conventional medical providers in favor of routine medical care for transgender individuals |

January 6, 2022

Armistead Supp. App. 0122

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J. by her next friend and mother, HEATHER JACKSON,

*Plaintiff*,

v.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,

*Defendants*,

and

LAINEY ARMISTEAD,

*Defendant-Intervenor*.

Civil Action No. 2:21-cv-00316

Hon. Joseph R. Goodwin

**REBUTTAL EXPERT REPORT AND DECLARATION OF
JOSHUA D. SAFER, MD, FACP, FACE**

1.　　I have been retained by counsel for Plaintiff as an expert in connection with the above-captioned litigation.

2.　　My background and credentials are set forth in my previous expert report and declaration dated January 21, 2022 ("Safer Rep."). I incorporate all conclusions and facts set forth in my previously submitted report into this rebuttal report as if fully stated herein.

3.　　I reviewed the expert reports of Gregory A. Brown, Ph.D. and Chad. A. Carlson, M.D., submitted in this case on February 23, 2022 ("Brown Rep." and "Carlson Rep."). I provide

1

Armistead Supp. App. 0123

this rebuttal report to explain the overall problems with the conclusions they draw and provide data showing why such conclusions are in error. I reserve the right to supplement my opinions in response to new information if necessary as the case proceeds.

## SUMMARY OF OPINIONS

4.      In this rebuttal report, I address four topics raised in the expert reports of Dr. Brown and Dr. Carlson that are related to this lawsuit.[1]

    a.  H.B. 3293's definition of "biological sex" as "reproductive biology and genetics at birth" is inaccurate and misleading. Especially in the context of transgender people or people with intersex characteristics, "biological sex" includes all the biological components of sex, including hormones and the biological underpinnings of gender identity.

    b.  Circulating testosterone is the primary known biological driver of average differences in athletic performance, not "reproductive biology and genetics at birth." Differences in athletic performance between cisgender boys and girls before puberty are minor and cannot reliably be attributed to biological factors instead of social ones.

    c.  Concerns about athletic advantage do not provide a scientific basis for H.B. 3293's categorical ban of transgender girls and women from all girls' teams sponsored by

---

[1] It is my understanding that H.B. 3293 seeks to exclude girls and women who are transgender if they are a student at a secondary school or institution of higher education in West Virginia. As a result, several of the studies discussed and conclusions reached by Dr. Brown and Dr. Carlson in their reports are unrelated to H.B. 3293 (e.g., discussions regarding elite athletes, such as Olympians). Although there are several issues with Dr. Carlson's and Dr. Brown's statements regarding these inapposite studies and the conclusions they reach are nothing more than conjecture, given that these studies are not related to H.B. 3293, I do not exhaustively respond to each inaccurate or misleading statement here.

Armistead Supp. App. 0124

a secondary school or institution of higher education in West Virginia. There is no basis to expect that transgender girls who receive puberty delaying medication followed by gender affirming hormones would have an athletic advantage, and Dr. Brown's sweeping arguments about an athletic advantage for transgender women who suppress testosterone after puberty are based on supposition and conjecture, not evidence.

d. Concerns about safety also do not provide a scientific basis for H.B. 3293's categorical ban of transgender girls and women from all girls' teams sponsored by a secondary school or institution of higher education in West Virginia. Dr. Carlson's speculative arguments about safety risks apply only to contact and collision sports, and actual safety concerns can be addressed through even-handed rules instead of discriminating based on transgender status.

### H.B. 3293'S DEFINITION OF "BIOLOGICAL SEX" IS INACCURATE AND MISLEADING

5.      Ignoring all the other biological components of sex, H.B. 3293 defines "biological sex" exclusively as "an individual's physical form as a male or female based solely on the individual's reproductive biology and genetics at birth."   As I explained in my initial report, however, the phrase "biological sex" is an imprecise term that can cause confusion, especially in the context of transgender people and people with intersex characteristics. A person's sex encompasses the sum of several different biological attributes, including sex chromosomes, certain genes, gonads, sex hormone levels, internal and external genitalia, other secondary sex characteristics, and the biological underpinnings of gender identity. Those attributes are not always aligned in the same direction. *See* Hembree WC, et al. *Endocrine Treatment of Gender-Dysphoria/Gender Incongruent Persons: An Endocrine Society Clinical Practice Guideline*. J Clin

3

Armistead Supp. App. 0125

Endocrinol Metab 2017; 102:3869–3903 ("Endocrine Society Guidelines 2017") at 3875; Safer JD, Tangpricha V. *Care of Transgender Persons*. N Engl J Med 2019; 381:2451-2460 ("*N Engl J Med* 2019").

6.      In response to my initial report, Dr. Brown states that sex is rooted in biology. (Brown Rep. ¶¶ 1-3). I agree. But the fact that sex is rooted in biology does not mean that sex is defined exclusively by genetics or reproductive biology at birth. As reflected in the same sources cited by Dr. Brown, dimorphous sexual characteristics in men and women are produced by a combination of genes, prenatal androgen exposure to sex hormones, epigenetics and other environmental factors. Bhargava, A. et al. *Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement*. Endocr Rev. 2021; 42:219-258 ("Bhargava 2021") at 221-228; *N Engl J Med* 2019; Safer JD, Tangpricha V. *Care of the Transgender Patient*. Ann Intern Med 2019; 171: ITC1-ITC16 ("*Ann Intern Med* 2019").

7.      In addition, although the precise biological causes of gender identity are unknown, gender identity itself has biological underpinnings, possibly as a result of variations in prenatal exposure to sex hormones, gene sequences, epigenetics, or a combination of factors. And when transgender people receive puberty-delaying treatment and gender-affirming hormones, they develop other biological and physiological sex characteristics that align with their gender identity and not with their sex recorded at birth. Endocrine Society Guidelines 2017 at 3874-75, 3888-89; Bhargava 2021 at 227; *N Engl J Med* 2019; *Ann Intern Med* 2019.

**THE PRIMARY KNOWN BIOLOGICAL DRIVER OF AVERAGE DIFFERENCES IN ATHLETIC PERFORMANCE IS CIRCULATING TESTOSTERONE**

8.      As explained in my previous report, the primary known biological cause of average differences in athletic performance between non-transgender men as a group and non-transgender women as a group is circulating testosterone—not "reproductive biology and genetics at birth."

4

The existing "evidence makes it highly likely that the sex difference in circulating testosterone of adults explains most, if not all, of the sex differences in sporting performance." *See* Handelsman DJ, et al. *Circulating Testosterone as the Hormonal Basis of Sex Differences in Athletic Performance*. Endocrine Reviews 2018; 39:803-829 ("Handelsman 2018") at 823 (summarizing evidence rejecting hypothesis that physiological characteristics are driven by Y chromosome).[2]

9.      Neither Dr. Brown nor Dr. Carlson disputes that circulating testosterone is the largest biological driver of average differences in athletic performance (Brown Rep. ¶ 114; Carlson Rep. ¶ 16), but Dr. Brown contends that cisgender boys and transgender girls have at least some biological advantages in athletic performance over cisgender girls even before puberty. In support, Dr. Brown relies primarily on demographic data from physical fitness tests or athletics in which prepubertal cisgender boys have outperformed prepubertal cisgender girls. But there is no reliable basis for Dr. Brown to attribute those differences to biology instead of social factors such as greater societal encouragement of athleticism in boys, greater opportunities for boys to play sports, or different preferences of the boys and girls surveyed. *See* Handelsman DJ. *Sex Differences in Athletic Performance Emerge Coinciding with the Onset of Male Puberty*. Clin Endocrinol *(Oxf)*. 2017;87(1):68–72 ("Handelsman 2017").

10.     Dr. Brown also points out that there are physiological differences between cisgender boys and cisgender girls before puberty, largely as a result of exposure to hormones in

---

[2] Dr. Brown cites to Handelsman in his report but continually misrepresents Handelman's findings, notably omitting key portions of the reference. For example, Dr. Brown writes, "[t]here is convincing evidence that the sex differences in muscle mass and strength are sufficient to account for the increased strength and aerobic performance of men compared with women and is in keeping with the differences in world records between the sexes." (Brown Rep. ¶ 55, citing Handelsman 2018). But Dr. Brown omits the following sentence which explains that "[t]he basis for the sex difference in muscle mass and strength *is the sex difference in circulating testosterone*." (Handelsman 2018 at 816) (emphasis added).

5

Armistead Supp. App. 0127

utero or during infancy. (Brown Rep. ¶ 71 (citing McManus, A. and N. Armstrong, *Physiology of Elite Young Female Athletes*. J Med & Sport Sci 2011; 56:23-46)). But the article cited by Dr. Brown never draws a causal connection between those physiological differences and any differences in athletic performance between cisgender prepubertal boys and girls. Throughout the article, McManus and Armstrong acknowledge that differences between cisgender prepubertal boys and girls in various measurements are minimal or nonexistent. *See Id*. at 24 ("Prior to 11 years of age differences in average speed are minimal"); at 27 ("small sex difference in fat mass and percent body fat are evident from mid-childhood"); at 29 ("bone characteristics differ little between boys and girls prior to puberty"); at 32 ("There is little evidence that prior to puberty pulmonary structure or function limits oxygen uptake"); at 34 ("[N]o sex differences in arterial compliance have been noted in pre- and early- pubertal children").

11.     There is also no basis to confidently predict that patterns about the athletic performance of prepubertal cisgender boys will be the same for prepubertal transgender girls. To the extent that differences in performance are influenced by social influences, biases, or preferences, the experience of transgender girls might be more similar to the experience of cisgender girls than to cisgender boys. And to the extent that differences in performance are shown to have some connection to epigenetics or exposure to sex hormones in utero or infancy, we do not know whether those biological factors are always equally true for transgender girls in light of scientific studies documenting potential biological underpinnings of gender identity.

12.     For example, studies have shown that even before initiating hormone therapy transgender women tend to have lower bone density than cisgender men. Van Caenegem E, Taes Y, Wierckx K, Vandewalle S, Toye K, Kaufman JM, et al. *Low Bone Mass is Prevalent in Male-to-Female Transsexual Persons Before the Start of Cross-Sex Hormonal Therapy and*

Armistead Supp. App. 0128

*Gonadectomy*. Bone 2013;54(1):92–7. We do not know whether those differences are explained by social factors or biological ones. But regardless of the cause, it cannot be assumed that the physiological characteristic of cisgender boys and men will automatically apply to transgender girls and women even in the absence of gender affirming hormones.

## CONCERNS ABOUT ATHLETIC ADVANTAGE
## DO NOT PROVIDE A SCIENTIFIC BASIS FOR H.B. 3293

13.    In my previous report, I explained why "[t]here is no medical justification for West Virginia's categorical exclusion of girls who are transgender from participating in scholastic athletics on the same teams as other girls." (Safer Rep. ¶ 46). By excluding girls who are transgender based on "biological sex," and defining that term to mean "reproductive biology and genetics at birth," West Virginia categorically prevents girls who are transgender from participating on all girls' teams sponsored by a secondary school or institution of higher education in West Virginia regardless of the particular sport at issue and regardless of whether they are pre-pubertal, receiving puberty blockers, or receiving gender-affirming hormone therapy. That sweeping and categorical ban is dramatically out of step with even the most stringent policies of elite international athletic competitions for girls and women who are transgender.

14.    To support this sweeping ban, Dr. Brown makes a variety of claims that are either irrelevant or are based on speculation and inferences that are not supported by the data that we currently have.

15.    As an initial matter, Dr. Brown provides no scientific support for excluding girls and women who are transgender and who had puberty blockers before endogenous puberty. To the contrary, even some of the most exclusionary policies cited by Dr. Brown allow transgender girls and women to participate if they did not experience endogenous puberty. *See* World Rugby Transgender Women's Guidelines 2020 ("Transgender women who transitioned pre-puberty and

<div align="center">7</div>

Armistead Supp. App. 0129

have not experienced the biological effects of testosterone during puberty and adolescence can play women's rugby").[3]

16.     Dr. Brown contends that "there is no published scientific evidence that the administration of puberty blockers to males before puberty eliminates the pre-existing athletic advantage that prepubertal [transgender girls] have over prepubertal [cisgender] females." (Brown Rep. at 56). But as I explain above, there is no evidence that prepubertal transgender girls have any such pre-existing biological athletic advantages. *See supra* ¶¶ 9-12.

17.     Dr. Brown's assertions also rest on a misunderstanding of the treatment of gender dysphoria. Indeed, Dr. Brown admits that his speculation about puberty blockers is outside his area of expertise. (Brown Rep. ¶ 110). Under current standards of care, transgender adolescents are eligible to receive puberty blockers when they reach Tanner 2—not Tanner 3—which is early enough to prevent endogenous puberty from taking place. *See* Endocrine Society Guidelines 2017 at 3869-3903. Following administration of puberty blockers, transgender girls and women will have also received gender-affirming care to allow them to go through puberty consistent with their female gender identity. As a result of a typically female puberty, these transgender girls and women will develop many of the same physiological and anatomical characteristics of cisgender girls and women, including bone size (Brown Rep. ¶¶ 46-48), skeletal structure (*id.* at ¶ 49), and "distinctive aspects of the female pelvis geometry [that] cut against athletic performance" (*id.* at ¶ 50). Thus, a transgender girl or women who received puberty blockers followed by gender-affirming hormones does not have the same physiology as a prepubertal cisgender boy.[4]

---

[3] *See* https://www.world.rugby/thegame/player-welfare/guidelines/transgender/women
[4] Dr. Brown cites to a study measuring body composition among transgender people who received puberty delaying medication followed by gender affirming hormones. (Brown Rep. ¶¶ 112-13 (citing Klaver M, et al. *Early Hormonal Treatment Affects Body Composition and Body Shape in*

8

18.     Dr. Brown also cannot point to data justifying H.B. 3293's exclusion of transgender girls and women who experience endogenous puberty and then lower their levels of circulating testosterone. As I explained in my original report, concerns about athletic competition among college students and adults are more attenuated for students in middle school and high school, where athletes' ages typically range from 11-18, with different athletes in different stages of pubertal development. Increased testosterone begins to affect athletic performance at the beginning of puberty, but those effects continue to increase each year of puberty until about age 18, with the full impact of puberty resulting from the cumulative effect of each year. As a result, a 14, 15, or 16-year old has experienced less cumulative impact from testosterone than a 17 or 18-year old.

19.     But even with respect to college students, Dr. Brown's sweeping arguments are not supported by his data. There have been only two studies that examined the effects of gender-affirming hormone therapy on the athletic performance of transgender female athletes. (Safer Rep. ¶¶ 55-57). The first is a small study of eight adult long-distance runners showing that when women who are transgender have lowered circulating testosterone, their performance when compared to non-transgender women was proportionally the same as their performance had been before treatment relative to non-transgender men. Harper J. *Race Times for Transgender Athletes*. Journal of Sporting Cultures and Identities 2015; 6:1-9. The second is a retrospective study that reviewed military fitness test results, showing that two years of gender-affirming hormone therapy negated any advantage transgender women had over non-transgender women in performing push-ups and

---

*Young Transgender Adolescents*. J Sex Med 2018; 15: 251-260)). This study confirms that the transgender women after treatment had body composition patterns that more closely resembled cisgender women than cisgender men (or cisgender prepubertal boys). The minimal remaining differences reported in some measurements are not large enough to plausibly confer a material athletic advantage, and those differences are likely attributable to the fact that the subjects do not appear to have started receiving treatments until ages 12.8 to 13.5 at the earlies. By contrast, the start of Tanner 2 for transgender girls usually begins at about age 11.5.

Armistead Supp. App. 0131

sit-ups, but did not completely negate transgender women's faster times in racing 1.5 miles. Roberts TA, et al. *Effect of gender affirming hormones on athletic performance in transwomen and transmen: implications for sporting organizations and legislators.* Br J Sports Med. 2020; 0:1–7. doi:10.1136/bjsports-2020-102329.

20.     Neither of these studies provides enough data to support Dr. Brown's sweeping claim that transgender women who have lowered circulating testosterone have an advantage over cisgender women in all athletic events. To support that inference, Dr. Brown cites to a variety of studies of transgender women measuring discrete physiological characteristics such as muscle size or grip strength. (Brown Rep. ¶¶ 153-56). Dr. Brown predicts that if puberty-influenced characteristics like bone and muscle size are not completely reversed by testosterone suppression, then those characteristics will continue to provide an advantage for transgender women. But because changes in testosterone affect different parts of the body in different ways, we do not have enough information to confidently predict whether the combined effect of the changes will be an advantage or a disadvantage.

21.     The study about military fitness tests (Roberts 2020) illustrates the point. Roberts TA, et al. *Br J Sports Med*. 2020; 0:1–7. After two years of suppressing testosterone any advantage that the transgender women had in performing push-ups or sit-ups was eliminated. But because the transgender women in the study weighed more than the cisgender women even after suppressing testosterone, the transgender women had to use more muscle strength to perform the same number of push-ups. In other words, the transgender women may have had more muscle strength, but that greater strength did not translate into an athletic advantage in a push-up contest. Because different sports require different types of physical performance, the existence and extent

Armistead Supp. App. 0132

of any performance advantage based on grip strength or leg-muscle size may vary from sport to sport and cannot support a categorical across-the-board rule.

22.     Dr. Brown also refers to widely publicized anecdotes about isolated cases of transgender girls and women winning state championships in high school sports or NCAA championships in college. But transgender athletes and women have been competing in NCAA and secondary school athletics for many years at this point, and they remain dramatically underrepresented amongst champions. The occasional championships that have been widely publicized do not come close to constituting the rates one would expect if they won at rates that are proportional to their overall percentage of the population (which is approximately 1%).

### CONCERNS ABOUT SAFETY DO NOT PROVIDE
### A SCIENTIFIC BASIS FOR H.B. 3293

23.     Dr. Carlson argues in his report that allowing transgender girls and women to participate on women's teams "creates significant additional risk of injury for the [cisgender] female participants competing alongside these transgender athletes." (Carlson Rep. at 2).

24.     Even on their own terms, none of Dr. Carlson's arguments support H.B. 3293's categorical ban of all girls who are transgender from all girls' sports teams. Dr. Carlson's safety arguments relate solely to contact and collision sports and to physical characteristics developed during puberty. By contrast, H.B. 3293 applies even to non-contact sports like cross-country, and it applies even to transgender girls and women who have never experienced endogenous puberty as a result of hormone blocking medication and gender-affirming hormones.[5]

---

[5] The declaration Dr. Carlson submitted earlier in this case dealt exclusively with physiological characteristics acquired during puberty. In his more recent report, Dr. Carlson vaguely asserts that "the conclusions of this paper can apply to a certain extent before . . . puberty" (Carlson Rep. at 56) but he does not attempt to argue that the relatively small differences in performance or physiology observed before puberty come anywhere close to creating an actual safety risk.

Armistead Supp. App. 0133

25.     To the extent that Dr. Carlson's arguments related to some applications of H.B. 3293, those arguments are based on stereotypes and suppositions, not actual evidence that transgender girls and women pose a safety threat. Although transgender girls and women have been playing in NCAA and secondary school sports for at least the past 10 years, Dr. Carlson does not identify any instance in which a cisgender girl or woman has actually been injured as a result of competing against a girl or woman who is transgender. Rather, he theorizes that a greater number of people are identifying as transgender and that sporting organizations should adopt restrictions preemptively in response to what he characterizes as "this rapid social change." (Carlson Rep. at 59).

26.     Dr. Carlson repeats the same mistakes as Dr. Brown by drawing unsubstantiated inferences about transgender women based on data from cisgender men and from measurements of discrete characteristics. As discussed above, we do not currently have sufficient information to predict how all the physiological effects of testosterone suppression will interact in combination each other or whether they will produce the same kinetic energy as typically produced by cisgender men. For instance, having larger bones without corresponding levels of testosterone and muscle mass would mean that a runner has a bigger body to propel with less power to propel it.

27.     Dr. Carlson does not offer a cogent explanation for why alleged safety concerns based on average differences in size and strength should be addressed with an across-the-board exclusion of transgender women as opposed to tailored, non-discriminatory policies. Like Dr. Brown's arguments about athletic advantage, Dr. Carlson's arguments about safety must be considered in the context of all the intra-sex variations in height, weight, and muscle mass that pose comparable safety risks. Athletic organizations can protect athlete safety for women without drawing categorical lines based on transgender status.

Armistead Supp. App. 0134

## CONCLUSION

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on ___3/10/2022___                    _____

                                               Joshua D. Safer, MD, FACP, FACE

13

Armistead Supp. App. 0135

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**REBUTTAL EXPERT REPORT AND DECLARATION OF
ARON JANSSEN, M.D.**

I, Aron Janssen, M.D., hereby declare as follows:

1.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.  I submit this expert declaration based on my personal knowledge.

2.      The purpose of this declaration is to respond to the expert reports of Dr. Stephen Levine, MD and Dr. Stephen Cantor, Ph.D., submitted by Defendants in this case, which misrepresent current standards of care for treating gender dysphoria in children and adolescents, the practices commonly known as gender-affirming care, and the scientific data supporting those practices.

1

Armistead Supp. App. 0136

3.      I have knowledge of the matters stated in this declaration and have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of this declaration.

4.      In preparing this declaration, I reviewed:  the Complaint in this action, the expert reports of Dr. Joshua D. Safer, M.D., and Dr. Deanna Adkins, M.D., submitted by Plaintiff, and the expert reports of Dr. Levine and Dr. Cantor submitted by Defendants.  I also relied on my scientific education and training, my research experience, my knowledge of the scientific literature in the pertinent fields, and my clinical experience treating children, adolescents, and adults with gender dysphoria.  A true and accurate copy of my curriculum vitae is attached hereto as Exhibit A.  It documents my education, training, research, and years of experience in this field and includes a list of my publications from the last 10 years, which I also rely upon to support my opinions.

5.      The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field regularly rely upon when forming opinions on these subjects.  I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

**BACKGROUND QUALIFICATIONS**

6.      I am the Vice Chair of the Pritzker Department of Psychiatry and Behavioral Health at the Ann and Robert H. Lurie Children's Hospital of Chicago ("Children's Hospital"), where I also serve as Clinical Associate Professor of Child and Adolescent Psychiatry and Medical Director for Outpatient Psychiatric Services.

7.      I previously served as Co-Director of the New York University Pediatric Consultation Liaison Service for the New York University Department of Child and Adolescent Psychiatry.  I also was the Founder and Clinical Director of the New York University Gender and Sexuality Service, which I founded in 2011.

Armistead Supp. App. 0137

8.      I am Board Certified in Child, Adolescent, and Adult Psychiatry.  In my clinical practice, I have seen approximately 500 transgender patients.

9.      I am an Associate Editor of the peer-reviewed publication *Transgender Health*.  I am also a reviewer for *LGBT Health* and *Journal of the American Academy of Child and Adolescent Psychiatry*, both of which are peer-reviewed journals.

10.     I am the author or co-author of 16 articles on care for transgender patients and am the co-author of *Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook*, Springer Publishing, 2018.  I have also authored or co-authored numerous book chapters on treatment for transgender adults and youth.

11.     I have been a member of the World Professional Association for Transgender Health ("WPATH") since 2011.  I have been actively involved in WPATH's revision of its Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People ("Standards of Care"), serving as a member of revision committees for both the child and adult mental health chapters of the forthcoming eighth edition of WPATH's Standards of Care.

12.     I am involved in a number of international, national, and regional committees that contribute to the scholarship and provision of care to transgender people.  I am the Chair of the American Academy of Child and Adolescent Psychiatry's Sexual Orientation and Gender Identity Committee.  I serve as a member of the Transgender Health Committee for the Association of Gay and Lesbian Psychiatrists.  I also am the Founder and Director of the Gender Variant Youth and Family Network.

13.     I have not testified as an expert at trial or by deposition in the last four years.

14.     I am being compensated for my work on this matter at a rate of $400 per hour for preparation of this report and for time spent preparing for and giving local deposition or trial testimony.  In addition, I would be compensated $2,500 per day for deposition or trial testimony

Armistead Supp. App. 0138

requiring travel and $300 per hour for time spent travelling, plus reasonable expenses. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

### SUMMARY OF OPINIONS

15.     My understanding is that this case is a legal challenge to a West Virginia law ("H.B. 3293") that prohibits girls and women who are transgender from participating on girls' and women's sports teams in "[i]nterscholastic, intercollegiate, intramural, or club athletic teams or sports that are sponsored by any public secondary school or a state institution of higher education." W. Va. Code § 18-2-25d(c)(1). In their expert reports, Dr. Levine and Dr. Cantor do not offer any expert opinions directly relating to H.B. 3293 or the participation of transgender athletes. Instead, Dr. Levine and Dr. Cantor launch a broadside attack against the prevailing model of gender-affirming care for transgender youth that has been endorsed by the American Academy of Child and Adolescent Psychiatry, the American Academy of Pediatrics, the American Psychological Association, the American Psychiatric Association, and the American Medical Association, among many other mainstream medical organizations.

16.     As an initial matter, it is important to note that Dr. Levine and Dr. Cantor's litany of criticisms are largely irrelevant to the population of people affected by H.B. 3293. Most of Dr. Levine and Dr. Cantor's arguments relate to (a) prepubertal children who "desist" from expressing a transgender identity once they reach puberty and (b) transgender boys who first seek treatment for gender dysphoria during adolescence. But H.B. 3293 does not affect elementary school students or transgender boys. It affects transgender girls and women in middle school, high school, and college.

4

17.      As I explain in this report, Dr. Levine and Dr. Cantor's criticisms are also utterly unfounded.  First, Dr. Levine and Dr. Cantor lack experience with gender dysphoria in children and adolescents—the groups whom their reports discuss.

18.      Second, with respect to prepubertal children, Dr. Levine and Dr. Cantor present a caricatured description of prevailing standards of care that reflects a profound misunderstanding of the subject.  Gender-affirming care for prepubertal children is not synonymous with "transition on demand" (Cantor Rep. ¶ 45) or a rubber-stamp recommendation that every prepubertal child expressing feelings of gender dysphoria be encouraged to socially transition.  Treatment is individualized based on the needs of the child and the family and other psychosocial considerations and is decided upon only after a discussion of possible benefits and risks.  For prepubertal transgender children with intense, persistent gender dysphoria, there is substantial evidence that, in appropriate cases, socially transitioning can have significant mental health benefits.

19.      Third, Dr. Levine and Dr. Cantor's criticisms of gender-affirming care for adolescents—like their criticisms of gender-affirming care for prepubertal children—also reflect a distorted interpretation of the relevant scientific literature and a caricatured understanding of what gender-affirming care is.  Studies have repeatedly documented that puberty-blocking medication and gender-affirming hormone therapy are associated with mental health benefits in both the short and long term.  Contrary to the portrayal in Dr. Levine and Dr. Cantor's reports, gender-affirming treatment also requires a careful and thorough assessment of a patient's mental health, including co-occurring conditions, history of trauma, and substance use, among many other factors.

20.      Finally, while purporting to offer expert opinions on mental health care for transgender youth, Dr. Levine and Dr. Cantor do not appear to offer any expert opinions on the mental health impact of H.B. 3293 itself.  Excluding transgender adolescent girls and women from

5

Armistead Supp. App. 0140

female sports teams will not cure their gender dysphoria or improve their mental health.  To the contrary, stigma and discrimination have been shown to have a profoundly harmful impact on the mental health of transgender people and other minority groups.

## DISCUSSION

Dr. Levine and Dr. Cantor Lack Experience with Gender Dysphoria in Children and Adolescents

21.    According to his CV, Dr. Levine is not board certified in child and adolescent psychiatry, which requires specialized training in child development that is essential for working with transgender young people and their families.  His declaration and CV also indicate that he does not have significant clinical experience working with adolescents experiencing gender dysphoria, the patient population at the heart of this case.

22.    Moreover, Dr. Levine repeatedly acknowledges in his report that he has no first-hand knowledge of how gender-affirming mental health care is actually provided to children and adolescents.  His descriptions are based on second-hand conversations and often sensationalized media reports.  (*See, e.g.*, Levine Rep. ¶¶ 49, 118 (offering opinions based on anecdotal reports from the internet).)

23.    Dr. Cantor appears to have no experience in child or adolescent psychology and no relevant experience with respect to gender dysphoria in childhood and adolescence.  His academic career has focused on pedophilia and sexual paraphilias in adults.

### Gender-Affirming Care for Prepubertal Children

24.    Dr. Levine and Dr. Cantor devote substantial portions of their expert reports to criticizing the positions of mainstream medical organizations with respect to gender-affirming care for prepubertal transgender children.  (*See, e.g.*, Levine Rep. ¶¶ 42-43, 114-17, 130-34; Cantor Rep. ¶¶ 36-45, 82-87.)  According to Dr. Levine and Dr. Cantor, studies have indicated that gender dysphoria in prepubertal children may desist by the time the children reach puberty, and thus

6

medical professionals should adopt a "watchful waiting" approach and avoid affirming a prepubertal child's gender identity.

25.     Before addressing Dr. Levine and Dr. Cantor's arguments about prepubertal children, it is important to emphasize that those arguments are irrelevant to what I understand to be the issues in this case.  H.B. 3293 does not apply to elementary schools, and the plaintiff in this case is an 11-year-old middle school student.  The relevant population affected by H.B. 3293 is composed of transgender adolescents and young adults, not prepubertal children.

26.     With respect to prepubertal children, Dr. Levine and Dr. Cantor present a caricatured description of prevailing standards of care that reflects a profound misunderstanding of the subject.  Mental health providers cannot change a prepubertal child's gender identity or prevent them from being transgender, just as mental health providers cannot change a cisgender child's gender identity.  Prepubertal children who "desist" are children with non-conforming gender expression who realize with the onset of puberty that their gender identity is consistent with their sex assigned at birth.  Their understanding of their gender identity changes with the onset of puberty, but their gender identity does not.  We cannot definitively determine which prepubertal children will go on to identify as transgender when they reach adolescence, but we know that children with gender dysphoria who persist into puberty are more likely to have expressed a consistent, persistent, and insistent understanding of their gender identity from a young age.[1]

27.     Gender-affirming care for prepubertal children is not synonymous with "transition on demand" (Cantor Rep. ¶ 45) or a rubber-stamp recommendation that every prepubertal child expressing feelings of gender dysphoria be encouraged to socially transition.  Treatment is

---

[1] Steensma, T.D., *et al*. (2013).  *Factors Associated with Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-Up Study*.  J. AM. ACAD. CHILD ADOLESC. PSYCHIATRY. 52(6):582-90 ("Steensma 2013").

Armistead Supp. App. 0142

individualized based on the needs of the child and the family and other psychosocial considerations, and is decided upon only after a discussion of possible benefits and risks.[2]  As part of those discussions, the child and their family are advised that prepubertal children do not always go on to identify as transgender when they reach adolescence, and that children are encouraged to continue developing an understanding of their gender identity without expectation of a specific outcome even after social transition takes place.[3]

28.    The focus of gender-affirming care is supporting overall health and wellbeing, regardless of whether the young person continues to identify as transgender.  In this manner, the primary goal of gender-affirming care is to help a child understand their own gender identity and build resilience and mental wellness in a child and family, without privileging any one outcome over another.

29.    Important considerations in deciding whether social transition is in a child's best interest include: whether there is a consistent, stable articulation of a gender different from the child's sex assigned at birth, which should be distinguished from merely dressing or acting in a gender non-conforming manner; whether the child is expressing a strong desire or need to transition; the degree of distress the child is experiencing as a result of the gender dysphoria; and whether the child will be emotionally and physically safe during and following transition.[4]

---

[2] *See* Hidalgo, M.A., *et al*. (2013).  *The Gender Affirmative Model: What We Know and What We Aim to Learn*.  HUMAN DEV.  56(5):285-90.

[3] *See* American Psychological Association. (2015).  *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*.  AM. PSYCHOLOGIST. 70(9):832-64 ("APA 2015"); Edwards-Leeper, L., & Spack, N.P. (2012).  *Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center*.  J. HOMOSEXUALITY.  59(3):321-36 ("Edwards-Leeper 2012").

[4] APA 2015.

8

Armistead Supp. App. 0143

30.     A treatment plan is informed by a psychosocial assessment, which may vary greatly depending on the patient's presentation and the complexity of the issues the patient is navigating. Further, in conducting that assessment, the mental health provider is drawing from their professional training and experience in working with transgender young people, exercising professional judgment, and tailoring the assessment to each individual patient.

31.     There is also no requirement that prepubertal children who socially transition receive mental health therapy.  Many prepubertal children who express a gender identity different from their sex assigned at birth do not experience any co-occurring conditions or other psychological distress requiring treatment.[5]  Mental health therapy may be useful for some prepubertal children but is not necessary or appropriate for everyone.  Forcing children to undergo therapy when it is not medically indicated is both harmful and unethical.

32.     What makes gender-affirming care "gender affirming" is that it does not presume that being transgender is incompatible with a young person's short- and long-term health and wellbeing.  Simply being transgender or gender nonconforming is not a medical condition or pathology to be treated.  As the DSM-5 recognizes, diagnosis and treatment are "focus[ed] on dysphoria as the clinical problem, not identity per se."  American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders (DSM-5)*, 451 (2013).  The DSM-5 unequivocally repudiated the outdated view that being transgender is a pathology by revising the diagnostic criteria (and name) of gender dysphoria to recognize the clinical distress as the focus of the treatment, not the patient's transgender status.

---

[5] *See* Levine Rep. ¶ 30 (acknowledging that "[y]oung children who are living a transgender identity commonly suffer materially fewer symptoms of concurrent mental distress than do older patients."); de Vries, A.L.C, *et al.* (2011).  *Psychiatric comorbidity in gender dysphoric adolescents*.  J. CHILD PSYCHOLOGY & PSYCHIATRY.  52(11):1195-202 (noting that 67.6% had no concurrent psychiatric disorder).

Armistead Supp. App. 0144

33.     In criticizing what they imagine to be gender-affirming care, Dr. Levine and Dr. Cantor do not merely advocate for "watchful waiting" to see whether dysphoria persists into adolescence before any treatment is provided.  Instead, they offer wild speculation that mental health professionals can and should intervene and provide therapy to encourage the patient to identify with their sex assigned at birth, which they believe will reduce the likelihood that gender dysphoria will persist.  Both Dr. Levine and Dr. Cantor candidly admit that there is no credible scientific research indicating that such practices are either possible or ethical.  (*See* Levine Rep. ¶ 49 ("To my knowledge, there is no evidence beyond anecdotal reports that psychotherapy can enable a return to male identification for genetically male boys, adolescents, and men, or return to female identification for genetically female girls, adolescents, and women."); Cantor Rep. ¶ 42 (speculating that "therapeutic intervention [could] facilitate or speed desistance" while admitting "there has not yet been any such study").)

34.     Although Dr. Levine refers to his preferred modality as the "psychotherapy model" (Levine Rep. ¶¶ 46-48), this approach is more appropriately characterized as the "gender identity conversion model" because its goal is to bring the patient's gender identity into alignment with their assigned sex and foreclose gender transition as a treatment for gender dysphoria.  A recent study found that people who reported experiencing those conversion efforts were more likely to have reported attempting suicide, especially those who reported receiving such therapy in childhood.[6]  That conclusion is further supported by the extensive evidence that rejection of a young person's gender identity by family and peers is the strongest predictor for adverse mental

---

[6] Turban, J.L., *et al*. (2020).  *Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults*. JAMA PSYCHIATRY.  77(1):68-76.

10

Armistead Supp. App. 0145

health outcomes.[7]   Attempting to change a person's gender identity is not an appropriate therapeutic modality, and such practices have been widely recognized as discredited, harmful, and ineffective.[8]

35.     In contrast, for prepubertal transgender children with intense, persistent gender dysphoria, there is substantial evidence that, in appropriate cases, socially transitioning can have significant mental health benefits.  While not true for every transgender child, transgender children as a group have higher rates of depression, anxiety, and suicidal thoughts and behaviors.  Research indicates that social transition significantly improves the mental health of transgender young people, bringing their mental health profiles into close alignment with their non-transgender peers, finding only slightly higher levels of anxiety and no elevated levels of depression.[9]

36.     Dr. Levine and Dr. Cantor criticize research demonstrating the benefits of social transition and argue that even after socially transitioning, transgender youth as a group can

---

[7] Ryan, C., *et al*. (2010).  *Family Acceptance in Adolescence and the Health of LGBT Young Adults*. J. CHILD ADOLESC. PSYCHIATRIC NURSING. 23(4):205-13; Klein, A., & Golub, S.A. (2016). *Family Rejection as a Predictor of Suicide Attempts and Substance Misuse Among Transgender and Gender Nonconforming Adults*.  LGBT HEALTH. 3(3):193-99.

[8] *See* American Academy of Child & Adolescent Psychiatry Policy Statement: Conversion Therapy (2018); American Psychiatric Association Position Statement on Conversion Therapy and LGBTQ Patients (2018); American Psychological Association Resolution on Gender Identity Change Efforts (2021).

[9] *See* Gibson, D.J., *et al*. (2021).  *Evaluation of Anxiety and Depression in a Community Sample of Transgender Youth*.  JAMA NETWORK OPEN. 4(4):e214739; Durwood, L., *et al*. (2017).  *Mental Health and Self-Worth in Socially Transitioned Transgender Youth*.  J. AM. ACAD. CHILD ADOLESC. PSYCHIATRY. 56(2):116-23; Olson, K.R., *et al*. (2016).  *Mental Health of Transgender Children Who Are Supported in Their Identities*. PEDIATRICS.  137(3):e20153223 ("Olson 2016").
        Dr. Cantor points to a critique of Olson 2016 which attempted—unsuccessfully—to show statistical errors in the paper.  (Cantor Rep. ¶¶ 15-16, 100 (citing Schumm, W. R., & Crawford, D.W. (2020).  *Is Research on Transgender Children What It Seems? Comments on Recent Research on Transgender Children with High Levels of Parental Support*.  THE LINACRE QUARTERLY. 87(1):9-–24).)  The small statistical errors in Olson 2016 had already been corrected in 2018 and did not alter any of the study's findings.  *See* Olson, K.R., *et al*.  (2018).  *Mental Health of Transgender Children Who Are Supported in Their Identities* (Errata).  PEDIATRICS. 142(2):e20181436.

11

Armistead Supp. App. 0146

experience higher rates of anxiety and depression than cisgender children of the same age.  To be sure, stigma and discrimination have been shown to have a profoundly harmful impact on mental health of transgender people and other minority groups.[10]  But preventing a child from socially transitioning does not prevent the child from being transgender, and social transition is a treatment for gender dysphoria, not a panacea for all co-occurring mental health concerns.  Dr. Levine and Dr. Cantor offer no support whatsoever for their apparent assumption that mental health outcomes would be improved by preventing social transition from occurring.

37.     There is also no evidence supporting Dr. Levine's speculation that allowing prepubertal children to socially transition puts children on a "conveyor belt" path to becoming transgender adolescents and adults.  (*See* Levine Rep. ¶¶ 131-34.)  Rather, the evidence shows that the same prepubertal children who are likely to have a stable transgender identity into adolescence are the children who are most likely to articulate a strong and consistent need to socially transition.[11]  For example, a recent study found that a group of transgender children who transitioned before puberty and a group of transgender children who waited to transition until after puberty both showed the same intensity of cross-gender identification.  In other words, socially transitioning before puberty did not increase children's cross-gender identification, and deferring transition did not decrease cross-gender identification.[12]  Intense cross-gender identification and a strong, persistent desire to transition is simply an indicator that a child is more likely to be transgender and not merely gender nonconforming.

---

[10] White Hughto, J.M., *et al*. (2015).  *Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions*.  Soc. Sci. Med.  147:222-31 ("White Hughto 2015").

[11] Steensma 2013.

[12] Rae, J.R., *et al*. (2019).  *Predicting Early-Childhood Gender Transitions*.  Psychological Sci. 30(5):669-81.

Armistead Supp. App. 0147

Gender-Affirming Care for Adolescents

38.     Dr. Levine and Dr. Cantor also devote much of their reports to criticizing the provision of gender-affirming care for adolescents, arguing that the benefits of puberty-blocking medication are overstated and that adolescents should have more rigorous mental health screening. As with their criticisms of gender-affirming care for prepubertal children, Dr. Levine and Dr. Cantor do not explain how any of their criticisms are relevant to the issue of whether girls and women who are transgender should be able to participate on female sports teams in secondary school and college.

39.     Dr. Levine and Dr. Cantor's criticisms of gender-affirming care for adolescents— like their criticisms of gender-affirming care for prepubertal children—also reflect a distorted interpretation of the relevant scientific literature and a caricatured understanding of what gender-affirming care is.  Despite Dr. Levine's suggestion to the contrary, there is no "watchful waiting" approach for transgender adolescents.  Even practitioners who oppose social transition in childhood provide gender-affirming care for transgender adolescents, including puberty-blocking medication and gender-affirming hormone treatments for gender dysphoria.[13]  As with their criticism of care for prepubertal children, Dr. Levine and Dr. Cantor criticize the methodology of studies supporting gender-affirming care while proposing a "therapy only" treatment without any empirical or scientific support whatsoever.

40.     Studies have repeatedly documented that puberty blocking medication and gender-affirming hormone therapy are associated with mental health benefits in both the short and long

---

[13] Jack Turban, Annelou DeVries & Kenneth Zucker, "Gender Incongruence & Gender Dysphoria," in *Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook* (A Martin, *et al*., eds., 5th ed., 2018).

13

Armistead Supp. App. 0148

term.[14]  In addition to forestalling increased distress and dysphoria resulting from the physical changes accompanying puberty, puberty-delaying medication followed by gender-affirming hormones brings a transgender person's body into greater alignment with their identity over the long term and reduces the number of surgeries a transgender person may need as an adult.  The benefits of puberty-blocking medication thus increase over the long term as the person progresses into adulthood.[15]

---

[14] *See* Tordoff, D.M., *et al.* (2022).  *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care*.  JAMA NETWORK OPEN. 5(2):e220978 at 1 (finding that receipt of gender-affirming care, including puberty blockers and gender-affirming hormones, was associated with 60% lower odds of moderate or severe depression and 73% lower odds of suicidality over a 12-month follow-up); Green, A.E., *et al.*  (2021).  *Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*.  J. ADOLESC. HEALTH [ePublication ahead of print] at 1 (finding that access to gender-affirming hormones during adolescence was associated with lower odds of recent depression and having attempted suicide in the past year); Turban, J.L., *et al.* (2020) *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*. PEDIATRICS. 145(2):e20191725 at 1 (finding that access to puberty blockers during adolescence is associated with a decreased lifetime incidence of suicidal ideation among adults); Achille, C., *et al.* (2020). *Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results*.  INT'L J. PEDIATRIC ENDOCRINOLOGY.  2020:8 at 1 (finding that endocrine intervention was associated with decreased depression and suicidal ideation and improved quality of life for transgender youth); Kuper, L.E., *et al.* (2020).  *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*. PEDIATRICS. 145(4):e20193006 at 1 (showing hormone therapy in youth is associated with reducing body dissatisfaction and modest improvements in mental health); van der Miesen, A.I.R., *et al*. (2020).  *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers*. J. ADOLESC. HEALTH. 66(6):699-704 at 699 (showing fewer emotional and behavioral problems after puberty suppression, and similar or fewer problems compared to same-age cisgender peers) ("van der Miesen 2020"); Costa, R., *et al*. (2015).  *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*.  J. SEXUAL MEDICINE. 12(11):2206-14 at 2206 (finding increased psychological function after six months of puberty suppression); de Vries, A.L.C., *et al*. (2014).  *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*.  PEDIATRICS. 134(4):696-704 (following a cohort of transgender young people in the Netherlands from puberty suppression through surgical treatment and finding that the cohort had global functioning that was equivalent to the Dutch population) ("de Vries 2014").

[15] de Vries 2014.

Armistead Supp. App. 0149

41.     Dr. Cantor fails to discuss many of the studies documenting the benefits of puberty-blocking medication.  For the studies he does discuss, Dr. Cantor's primary criticism is that many of the prospective cohort studies offered psychosocial support in addition to puberty blockers and hormones, which prevented the study from isolating whether the benefit is associated with the puberty blocker, the gender-affirming hormones, or some combination.  (Cantor Rep. ¶¶ 64, 66.)  But, as Dr. Cantor himself notes, elsewhere "in medical research, where we cannot manipulate people in ways that would clear up difficult questions, all studies will have a fault.  In science, we do not, however, reject every study with any identifiable short-coming—rather, we gather a diversity of observations, made with their diversity of compromises to safety and ethics (and time and cost, etc.)."  (Cantor Rep. ¶ 87.)  When viewed as a comprehensive body of research, the weight of the evidence and the experience of clinicians has demonstrated that puberty-blocking medication and hormones have been associated with a variety of mental health benefits across different contexts.

42.     There is also no credible basis for Dr. Levine's assertion that an adolescent's decision to begin puberty-blocking medication "act[s] as a psychosocial 'switch,' decisively shifting many children to a persistent transgender identity."  (Levine Rep. ¶ 137.)  Studies showing that a high percentage of transgender adolescents who receive puberty blockers ultimately decide to move forward with gender-affirming hormone therapy more likely reflect the fact that participants were rigorously screened and had demonstrated sustained, persistent gender dysphoria before receiving medical treatment.

43.     Instead of addressing the proper treatment for transgender adolescents in need of care, Dr. Levine and Dr. Cantor devote most of their attention to the possibility that a person could be misdiagnosed with gender dysphoria and then later regret their medical transition.  For example, Dr. Levine and Dr. Cantor devote a great deal of space to discussing a theory that an increasing

Armistead Supp. App. 0150

number of people who are assigned female at birth are suddenly identifying as males in mid-to-late adolescence as a result of peer pressure and social contagion.  (Levine Rep. ¶¶ 38, 118-20; Cantor Rep. ¶¶ 73-74.)   The theory that some adolescents experience "rapid-onset gender dysphoria" (Levine Rep. ¶ 118; Cantor Rep. ¶¶ 73-74) as a result of social influences is based almost exclusively on one highly controversial study.[16]  Although purporting to provide a basis for Dr. Levine's speculations, the study was based on an anonymous survey, allegedly of parents, about the etiology of their child's gender dysphoria.  Participants were recruited from websites promoting this social contagion theory, and the children were not surveyed or assessed by a clinician.  Those serious methodological flaws render the study meaningless.  The only conclusion that can be drawn from that study is that a self-selected sample of anonymous people recruited through websites that predisposed participants to believe transgender identity can be influenced by social factors do, in fact, believe those social factors influence children to identify as transgender.[17]

44.    Some transgender people who do not come forward until adolescence may have experienced symptoms of gender dysphoria for long periods of time but been uncomfortable disclosing those feelings to parents.  Other transgender people do not experience distress until they experience the physical changes accompanying puberty.  In either case, gender-affirming care requires a comprehensive assessment and persistent, sustained gender dysphoria before medical treatment is prescribed.

---

[16] *See* Littman, L. (2018).  *Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria*.  PLoS ONE.  13(8):e0202330.

[17] Aside from these serious methodological flaws, Littman's hypothesis of "rapid onset gender dysphoria" focuses specifically on gender dysphoria in boys who are transgender and were assigned a female sex at birth.  By contrast, the restrictions in H.B. 3293 are limited to girls and women who are transgender and were assigned a male sex at birth.  As with their arguments about prepubertal children, Dr. Levine and Dr. Cantor's arguments about boys who are transgender are not relevant to the population actually affected by H.B. 3293.

16

Armistead Supp. App. 0151

45.     Contrary to the portrayal in Dr. Levine and Dr. Cantor's reports, gender-affirming treatment also requires a careful and thorough assessment of a patient's mental health, including co-occurring conditions, history of trauma, and substance use, among many other factors.[18]  As a result, I have had patients who presented with some symptoms of gender dysphoria, but who ultimately did not meet the diagnostic criteria for a variety of reasons, and therefore I recommended treatments other than transition to alleviate their psychological distress.

46.     Dr. Levine and Dr. Cantor also devote substantial space to discussing the possibility that a person could be misdiagnosed with gender dysphoria instead of another mental health condition.  (*See, e.g.* Levine Rep. ¶¶ 118-26; Cantor Rep. ¶¶ 73-74, 76-80.)  Studies on transgender young people have long reported data on co-occurring conditions.  Indeed, Dr. Cantor specifically cites to one of my own articles on the topic.  (Cantor Rep. ¶ 76 (citing Janssen, A., *et al*.  (2019).  *The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study.*  ARCHIVES OF SEXUAL BEHAVIOR.  48(7):2003-09).)

47.     The existence—and prevalence—of co-occurring conditions among transgender young people is unsurprising.  Transgender young people must cope with many stressors, from the fear of rejection by family and peers to pervasive societal discrimination.  Not to mention, their underlying gender dysphoria can cause significant psychological distress which, if left untreated, can result in or exacerbate the co-occurring conditions identified in studies on transgender young people.[19]  And, given that transgender young people typically delay disclosing their transgender status or initially experience family rejection following disclosure, it is not uncommon for

---

[18] Olson-Kennedy, J., *et al*. (2019).  *Creating the Trans Youth Research Network: A Collaborative Research Endeavor.*  TRANSGENDER HEALTH.  4(1):304-12; Edwards-Leeper 2012.

[19] van der Miesen 2020; Turban, J.L., *et al*. (2021).  *Timing of Social Transition for Transgender and Gender Diverse Youth, K-12 Harassment, and Adult Mental Health Outcomes.*  J. ADOLESC. HEALTH.  69(6):991-98.

17

Armistead Supp. App. 0152

transgender young people to engage with psychological or psychiatric care for other reasons prior to being diagnosed with gender dysphoria.

48.     Requiring that a transgender patient resolve all co-occurring conditions, many of which are chronic with no reasonable expectation that they be "resolved," prior to receiving gender-affirming care—as suggested by Dr. Cantor—is not possible, nor is it ethical.  (Cantor Rep. ¶¶ 14, 35, 69, 92, 110.)  No relevant organizations cite the need for co-occurring mental health conditions to be resolved before a patient may receive gender-affirming care.  Rather, such conditions should be reasonably well-controlled and not impair the ability of the patient to make an informed decision or interfere with the accuracy of the diagnosis of gender dysphoria.  Indeed, some co-occurring conditions (for example, Attention Deficit Hyperactivity Disorder and Autism Spectrum Disorder, to name a few) could be chronic disorders where complete resolution is impossible and the goal of treatment is mitigating harm and improving functioning,

49.     It is important to note that distress associated with untreated gender dysphoria can also amplify co-occurring conditions that developed independently of the gender dysphoria.  Thus, treating the underlying gender dysphoria is essential to alleviating the psychological distress associated with co-occurring conditions.

<u>Discriminating Against Transgender Students Does Not Improve Their Mental Health</u>

50.     The overarching theme of Dr. Levine and Dr. Cantor's reports is that transgender people as a group have greater rates of a variety of negative social outcomes and co-occurring conditions over the course of their lives and that, to avoid those negative outcomes and conditions, mental health providers should withhold gender-affirming care to discourage transgender youth from growing into transgender adults.[20]

---

[20] Dr. Levine bizarrely speculates that once a transgender person's siblings "marry and have children," they will not "wish the transgender individual to be in contact with those children," and

Armistead Supp. App. 0153

51.     Discriminating against transgender people, or withholding gender-affirming care, will not prevent those people from being transgender.  And excluding transgender adolescent girls and women from female sports teams will not cure their gender dysphoria or improve their mental health.  To the contrary, as noted previously, stigma and discrimination have been shown to have a profoundly harmful impact on the mental health of transgender people and other minority groups.[21]

52.     No reasonable mental health professional with relevant experience treating children and adolescents could conclude that H.B. 3293 is anything but harmful to the mental health of transgender youth.  Exclusion and isolation are harmful for all adolescents, but particularly so for transgender youth who face the additional burden of societal stigma.  Preventing transgender youth from participating in the same activities as their peers—or forcing transgender youth to be treated inconsistent with their gender identity—undermines their ability to socially transition and prevents transgender youth from accessing important educational and social benefits of the school environment.[22]

---

that transgender people will be less likely to find "individuals willing to develop a romantic and intimate relationship with them."  (Levine Rep. ¶¶ 202-03.)  Dr. Levine offers no statistical support for these assertions and, in my experience, clinical practice has shown the opposite to be true.

[21] White Hughto 2015.

[22] American Psychological Association Resolution on Supporting Sexual/Gender Diverse Children and Adolescents in Schools (2020) at 5 (supporting inclusion of transgender youth in school activities and sports consistent with their gender identity); Clark, C.M., & Kosciw, J.G. (2022). *Engaged or excluded: LGBTQ youth's participation in school sports and their relationship to psychological well-being*. PSYCHOLOGY IN THE SCHOOLS.  59:95-114 (finding transgender youth who participated in sports had increased well-being and greater school belonging).

19

Armistead Supp. App. 0154

## CONCLUSION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _3/10/2022_____

_____

Aron Janssen, MD

20

Armistead Supp. App. 0155

# Curriculum Vitae

Aron Janssen, M.D.
312-227-7783
aronjans@gmail.com

## Personal Data

| | |
|---|---|
| Born | Papillion, Nebraska |
| Citizenship | USA |

## Academic Appointments

| | |
|---|---|
| 2011-2017 | Clinical Assistant Professor of Child and Adolescent Psychiatry |
| 2011-2019 | Founder & Clinical Director, NYU Gender and Sexuality Service |
| | Director, LGBT Mental Health Elective, NYULMC |
| 2015-2019 | Co-Director, NYU Pediatric Consultation Liaison Service |
| | New York University Department of Child and Adolescent Psychiatry |
| 2017-present | Clinical Associate Professor of Child and Adolescent Psychiatry |
| 2019-present | Vice Chair, Pritzker Department of Psychiatry and Behavioral Health |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |
| 2020-present | Medical Director, Outpatient Psychiatric Services |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |

## Education

| Year | Degree | Field | Institution |
|---|---|---|---|
| 6/97 | Diploma | | Liberty High School |
| 5/01 | B.A. | Biochemistry | University of Colorado |
| 5/06 | M.D. | Medicine | University of Colorado |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 2006-2009 | Psychiatry Residency | Ze'ev Levin, M.D. | NYU Department of Psychiatry |
| 2009-2011 | Child and Adolescent Psychiatry Fellowship – Fellow and Clinical Instructor | | |
| | | Jess Shatkin, M.D. | NYU Dept of Child/Adolescent Psychiatry |

## Licensure and Certification

| | |
|---|---|
| 2007-present | New York State Medical License |
| 2011-present | Certification in Adult Psychiatry, American Board of Psychiatry and Neurology |
| 2013-present | Certification in Child and Adolescent Psychiatry, ABPN |

## Academic Appointments

| | |
|---|---|
| 2009-2011 | Clinical Instructor, NYU Department of Child and Adolescent Psychiatry |
| 2011-2017 | Clinical Asst Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2017-2019 | Clinical Assoc Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2011-present | Clinical Director, NYU Gender and Sexuality Service |
| 2015-2019 | Co-Director, NYU Pediatric Consultation-Liaison Service |
| 2019-present | Associate Professor of Child and Adolescent Psychiatry, Northwestern University |
| 2019-present | Vice Chair of Clinical Affairs, Pritzker Department of Psychiatry and Behavioral Health, Lurie Children's Hospital of Chicago |

1

Armistead Supp. App. 0156

**Major Committee Assignments**

International, National and Regional

| | |
|---|---|
| 2021-present | Sexual Orientation and Gender Identity Committee, Chair, AACAP |
| 2019-present | WPATH Standards of Care Revision Committee, Children |
| 2019-present | WPATH Standards of Care Revision Committee, Adult Mental Health |
| 2015-2019 | Department of Child Psychiatry Diversity Ambassador |
| 2013-2021 | Sexual Orientation and Gender Identity Committee Member, AACAP |
| 2012-present | Founder and Director, Gender Variant Youth and Family Network |
| 2012-present | Association of Gay and Lesbian Psychiatrists, Transgender Health Committee |
| 2012-2019 | NYULMC, Chair LGBTQ Advisory Council |
| 2012-2019 | NYULMC, Child Abuse and Protection Committee |
| 2013-2015 | NYULMC, Pediatric Palliative Care Team |
| 2003-2004 | American Association of Medical Colleges (AAMC), Medical Education Delegate |
| 2004-2006 | AAMC, Western Regional Chair |

Psychiatry Residency

| | |
|---|---|
| 2006-2009 | Resident Member, Education Committee |
| 2007-2008 | Resident Member, Veterans Affairs (VA) Committee |

Medical School

| | |
|---|---|
| 2002-2006 | Chair, Diversity Curriculum Development Committee |
| 2002-2006 | AAMC, Student Representative |
| 2003-2004 | American Medical Student Assoc. (AMSA) World AIDS Day Coordinator |
| 2003-2004 | AMSA, Primary Care Week Coordinator |
| 2004-2006 | Chair, Humanism in Medicine Committee |

**Memberships, Offices, and Committee Assignments in Professional Societies**

| | |
|---|---|
| 2006-present | American Psychiatric Association (APA) |
| 2009-present | American Academy of Child and Adolescent Psychiatry (AACAP) |
| 2011-present | World Professional Association for Transgender Health (WPATH) |
| 2011-present | Director, Gender Variant Youth and Family Network, NYC |
| 2013-2019 | Chair, NYU Langone Medical Center LGBTQ Council |
| 2015-present | Clinical Associate Editor, *Transgender Health* |

**Editorial Positions**

| | |
|---|---|
| 2016-present | Clinical Assistant Editor, *Transgender Health* |
| 2014-present | Ad Hoc Reviewer, *LGBT Health.* |
| 2016-present | Ad Hoc Reviwer, *JAACAP* |
| 2018-present | Associate Editor, *Transgender Health* |

**Principal Clinical and Hospital Service Responsibilities**

| | |
|---|---|
| 2011-2019 | Staff Psychiatrist, Pediatric Consultation Liaison Service |
| 2011-2019 | Faculty Physician, NYU Child Study Center |
| 2011-2019 | Founder and Clinical Director, NYU Gender & Sexuality Service |
| 2015-2019 | Co-Director, Pediatric Consultation Liaison Service |
| 2019-present | Vice Chair, Pritzker Dept of Psychiatry and Behavioral Health |
| 2019-present | Chief Psychiatrist, Gender Development Program |

Armistead Supp. App. 0157

2020-present          Medical Director, Outpatient Psychiatry Services

**Relevant Program Development**
Gender and Sexuality Service
-founded by Aron Janssen in 2011, who continues to direct the service
-first mental health service dedicated to transgender youth in NYC
-served over 200 families in consultation, with 2-3 referrals to the gender clinic
  per week
-trained over 500 mental health practitioners in transgender mental health – 1 or
  2 full day trainings in partnership with the Ackerman Institute's Gender and
  Family Project (GFP) and with WPATH Global Educational Initiative (GEI)
-New hires in Adolescent Medicine, Psychology, Plastic Surgery, Urology, Gynecology,
  Endocrinology, Social Work, Department of Population Health with focus on
  transgender care has led to expansion of available services for transgender youth
  at NYULMC in partnership with the Gender and Sexuality Service
-development of partnerships with Ackerman Institute, Callen-Lorde Health Center –
  both institutions have been granted access to our IRB and have agreed to develop
  shared research and clinical priorities with the Gender and Sexuality Service. Two
  active projects are already underway
-multiple IRB research projects underway, including in partnership with national and
  international clinics
-model has been internationally recognized


**Clinical Specialties/Interests**
Gender and Sexual Identity Development
Co-Occurring Mental Health Disorders in Transgender children, adolescents and adults
Pediatric Consultation/Liaison Psychiatry
Psychotherapy
-Gender Affirmative Therapy, Supportive Psychotherapy, CBT, MI

**Teaching Experience**
2002-2006          Course Developer and Instructor, LGBT Health (University of Colorado School
  of Medicine
2011-2019          Instructor, Cultural Competency in Child Psychiatry (NYU Department of Child
  and Adolescent Psychiatry) – 4 hours per year
2011-2019          Course Director, Instructor "Sex Matters: Identity, Behavior and Development" –
  100 hours per year
2011-2019          Course Director, LGBT Mental Health Elective (NYU Department of Psychiatry)
  - 50 hours of direct supervision/instruction per year
2011-2019          Course Director, Transgender Mental Health (NYU Department of Child and
  Adolescent Psychiatry – course to begin in Spring 2018.
2015-2019          Instructor, Gender & Health Selective (NYU School of Medicine) – 4 hours per
  year.

**Academic Assignments/Course Development**
New York University Department of Child and Adolescent Mental Health Studies
-Teacher and Course Director: "Sex Matters: Identity, Behavior and Development."
  A full semester 4 credit course, taught to approximately 50 student per year since

3

Armistead Supp. App. 0158

2011, with several students now in graduate school studying sexual and gender identity development as a result of my mentorship.

NYU Department of Child and Adolescent Psychiatry
     -Instructor: Cultural Competency in Child and Adolescent Psychiatry
     -Director: LGBTQ Mental Health Elective
World Professional Association of Transgender Health
     -Official Trainer: Global Education Initiative – one of two child psychiatrists charged with training providers in care of transgender youth and adults.

**Peer Reviewed Publications**

1. Janssen, A., Erickson-Schroth, L., "A New Generation of Gender: Learning Patience from our Gender Non-Conforming Patients," Journal of the American Academy of Child and Adolescent Psychiatry, Volume 52, Issue 10, pp. 995-997, October, 2013.
2. Janssen, A., et. al. "Theory of Mind and the Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning Autism Spectrum
3. Janssen A, Huang H, and Duncan C., Transgender Health. February 2016, "Gender Variance Among Youth with Autism: A Retrospective Chart Review." 1(1): 63-68. doi:10.1089/trgh.2015.0007.
4. Goedel WC, Reisner SL, Janssen AC, Poteat TC, Regan SD, Kreski NT, Confident G, Duncan DT. (2017). Acceptability and Feasibility of Using a Novel Geospatial Method to Measure Neighborhood Contexts and Mobility Among Transgender Women in New York City. Transgender Health. July 2017, 2(1): 96-106.
5. Janssen A., et. al., "Gender Variance Among Youth with ADHD: A Retrospective Chart Review," in review
6. Janssen A., et. al., "Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents," Journal of Child & Adolescent Psychology, 105-115, January 2018.
7. Janssen A., et. al., "A Review of Evidence Based Treatments for Transgender Youth Diagnosed with Social Anxiety Disorder," Transgender Health, 3:1, 27–33, DOI: 10.1089/ trgh.2017.0037.
8. Janssen A., et. al., "'The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior, 2019. # 3563492
9. Kimberly LL, Folkers KM, Friesen P, Sultan D, Quinn GP, Bateman-House A, Parent B, Konnoth C, Janssen A, Shah LD, Bluebond-Langner R, Salas-Humara C., "Ethical Issues in Gender-Affirming Care for Youth," Pediatrics, 2018 Dec;142(6).
10. Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, Shumer D, Register-Brown K, Sadikova E, Anthony LG., "Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals," Journal of the American Academy of Child and Adolescent Psychiatry, 2018 Nov;57(11):885-887.
11. Goedel William C, Regan Seann D, Chaix Basile, Radix Asa, Reisner Sari L, Janssen Aron C, Duncan Dustin T, "Using global positioning system methods to explore mobility patterns and exposure to high HIV prevalence neighbourhoods among transgender women in New York City," Geospatial Health, 2019 Jan; 14(2): 351-356.
12. Madora, M., Janssen, A., Junewicz, A., "Seizure-like episodes, but is it really epilepsy?" Current Psychiatry. 2019 Aug; 18(8): 42-47.

Armistead Supp. App. 0159

13. Janssen, A., Busa, S., Wernick, J., "The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior. 2019 Oct; 48(7): 2003-2009.

14. Wernick Jeremy A, Busa Samantha, Matouk Kareen, Nicholson Joey, Janssen Aron, "A Systematic Review of the Psychological Benefits of Gender-Affirming Surgery," Urol Clin North Am. 2019 Nov; 46(4): 475-486.

15. Strang, J.F., Knauss, M., van der Miesen, A.I.R., McGuire, J., Kenworthy, L., Caplan, R., Freeman, A.J., Sadikova, E., Zacks, Z., Pervez, N., Balleur, A., Rowlands, D.W., Sibarium, E., McCool, M.A., Ehrbar, R.D., Wyss, S.E., Wimms, H., Tobing, J., Thomas, J., Austen, J., Pine, E., Willing, L., Griffin, A.D., Janssen, A., Gomez-Lobo, A., Brandt, A., Morgan, C., Meagher, H., Gohari, D., Kirby, L., Russell, L., Powers, M., & Anthony, L.G., (in press 2020). A clinical program for transgender and gender-diverse autistic/neurodiverse adolescents developed through community-based participatory design. *Journal of Clinical Child and Adolescent Psychology.* DOI 10.1080/15374416.2020.1731817

16. Coyne, C. A., Poquiz, J. L., Janssen, A., & Chen, D. Evidence-based psychological practice for transgender and non-binary youth: Defining the need, framework for treatment adaptation, and future directions. Evidence-based Practice in Child and Adolescent Mental Health.

17. Janssen, A., Voss, R.. Policies sanctioning discrimination against transgender patients flout scientific evidence and threaten health and safety. Transgender Health.

18. Dubin, S., Cook, T., Liss, A., Doty, G., Moore, K., Janssen, A. (In press 2020). Comparing Electronic Health Records Domains' Utility to Identify Transgender Patients. Transgender Health, DOI 10.1089/trgh.2020.0069

**Published Abstracts**

1. Thrun, M., Janssen A., et. al. "Frequency of Patronage and Choice of Sexual Partners may Impact Likelihood of HIV Transmission in Bathhouses," original research poster presented at the 2007 Conference on Retroviruses and Opportunistic Infections, February, 2007.

2. Janssen, A., "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting, October 2012.

3. Janssen, A., "Gender Variance in Childhood and Adolescents: Training the Next Generation of Psychiatrists," 23rd Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, February 2014.

4. Janssen, A., "When Gender and Psychiatric Acuity/Comorbidities Overlap: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," AACAP Annual Meeting, October 2014.

5. Janssen, A., "Patient Experiences as Drivers of Change: A unique model for reducing transgender health disparities as an academic medical center," Philadelphia Transgender Health Conference, June 2016.

6. Janssen, A., "How much is too much?  Assessments & the Affirmative Approach to TGNC Youth," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

Armistead Supp. App. 0160

7. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

8. Janssen, A., "Gender Variance Among Youth with Autism: A Retrospective Chart Review," Research Poster, 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

9. Janssen, A., "Gender Fluidity and Gender Identity Development," Center for Disease Control – STD Prevention Conference, September 2016.

10. Janssen, A., "Transgender Identities Emerging During Adolescents' Struggles With Mental Health Problems," AACAP Annual Conference, October 2016.

11. Janssen, A., "How Much is Too Much? Assessments and the Affirmative Approach to Transgender and Gender Diverse Youth," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.

12. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.

13. Sutter ME, Bowman-Curci M, Nahata L, Tishelman AC, Janssen AC, Salas-Humara C, Quinn GP. Sexual and reproductive health among transgender and gender-expansive AYA: Implications for quality of life and cancer prevention. Oral presentation at the Oncofertility Consortium Conference, Chicago, IL. November 14, 2017.

14. Janssen, A., Sidhu, S., Gwynette, M., Turban, J., Myint, M., Petersen, D., "It's Complicated: Tackling Gender Dysphoria in Youth with Autism Spectrum Disorders from the Bible Belt to New York City," AACAP Annual Conference, October 2017.

15. May 2018: "A Primer in Working with Parents of Transgender Youth," APA Annual Meeting.

16. October 2018: "Gender Dysphoria Across Development" – Institute for AACAP Annual Conference.

17. November 2018: "Gender Variance Among Youth with Autism," World Professional Association for Transgender Health Biannual Conference.

18. March 2019: "Gender Trajectories in Child and Adolescent Development and Identity," Austin Riggs Grand Rounds.

19. Janssen, A., et. al., "Ethical Principles in Gender Affirming Care," AACAP Annual Conference, October 2019.

20. Janssen, A., "Gender Diversity and Gender Dysphoria in Youth," EPATH Conference, April 2019

21. Englander, E., Janssen A., et. al., "The Good, The Bad, and The Risky: Sexual Behaviors Online," AACAP Annual Conference, October 2020

22. Englander, E., Janssen, A., et. al., "Love in Quarantine," AACAP Annual Conference, October 2021

23. Janssen, A., Leibowitz, S., et. al., "The Evidence and Ethics for Transgender Youth Care: Updates on the International Standards of Care, 8th Edition," AACAP Annual Conference, October 2021

24. Turban, J., Janssen, A., et. al., "Transgender Youth: Understanding "Detransition," Nonlinear Gender Trajectories, and Dynamic Gender Identities," AACAP Annual Conference, October 2021

Armistead Supp. App. 0161

**Books**

1. Janssen, A., Leibowitz, S (editors), Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook, Springer Publishing, 2018.

**Book Chapters**

1. Janssen, A., Shatkin, J., "Atypical and Adjunctive Agents," Pharmacotherapy for Child and Adolescent Psychiatric Disorders, 3rd Edition, Marcel Dekker, Inc, New York, 2012.
2. Janssen, A; Liaw, K: "Not by Convention: Working with People on the Sexual & Gender Continuum," book chapter in The Massachusetts General Hospital Textbook on Cultural Sensitivity and Diversity in Mental Health. Humana Press, New York, Editor R. Parekh, January 2014.
3. Janssen, A; Glaeser, E., Liaw, K: "Paving their own paths: What kids & teens can teach us about sexual and gender identity," book chapter in Cultural Sensitivity in Child and Adolescent Mental Health, MGH Psychiatry Academy Press, Editor R. Parekh, 2016
4. Janssen A., "Gender Identity," Textbook of Mental and Behavioral Disorders in Adolescence, February 2018.
5. Busa S., Wernick, J., & Janssen, A. (In Review) Gender Dysphoria in Childhood. Encyclopedia of Child and Adolescent Development. Wiley, 2018.
6. Janssen A., Busa S., "Gender Dysphoria in Childhood and Adolescence," Complex Disorders in Pediatric Psychiatry: A Clinician's Guide, Elsevier, Editors Driver D., Thomas, S., 2018.
7. Wernick J.A., Busa S.M., Janssen A., Liaw K.RL. "Not by Convention: Working with People on the Sexual and Gender Continuum." Book chapter in The Massachusetts General Hospital Textbook on Diversity and Cultural Sensitivity in Mental Health, editors Parekh R., Trinh NH. August, 2019.
8. Weis, R., Janssen, A., & Wernick, J. The implications of trauma for sexual and reproductive health in adolescence. In *Not Just a nightmare: Thinking beyond PTSD to help teens exposed to trauma.* 2019
9. Connors J., Irastorza, I., Janssen A., Kelly, B., "Child and Adolescent Medicine," The Equal Curriculum: The Student and Educator Guide to LGBTQ Health, editors Lehman J., et al. November 2019.
10. Janssen, A., et. al., "Gender and Sexual Diversity in Childhood and Adolescence," Dulcan's Textbook of Child and Adolescent Psychiatry, 3rd edition, editor Dulcan, M., (in press)
11. Busa S., Wernick J, Janssen, A., "Gender Dysphoria," The Encyclopedia of Child and Adolescent Development, DOI: 10.1002/9781119171492. Wiley, December 2020.

**Invited Academic Seminars/Lectures**

1. April 2006: "How to Talk to a Gay Medical Student" – presented at the National AAMC Meeting.
2. March 2011: "Kindling Inspiration: Two Model Curricula for Expanding the Role of Residents as Educators" – workshop presented at National AADPRT Meeting.
3. May 2011: Janssen, A., Shuster, A., "Sex Matters: Identity, Behavior and Development," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.

Armistead Supp. App. 0162

4.  March 2012: Janssen, A., Lothringer, L., "Gender Variance in Children and Adolescents," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.
5.  June 2012: Janssen, A., "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, Woodhull Department of Psychiatry
6.  October 2012: "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender  (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting.
7.  March 2013: "Gender Variance in Childhood and Adolescence," Sexual Health Across the Lifespan: Practical Applications, Denver, CO.
8.  October 18th, 2013: "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, NYU Department of Endocrinology.
9.  October, 2014: GLMA Annual Conference: "Theory of Mind and Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning ASD," Invited Presentation
10. October 2014: New York Transgender Health Conference: "Mental Health Assessment in Gender Variant Children," Invited Presentation.
11. November, 2014: Gender Spectrum East: "Affirmative Clinical Work with Gender-Expansive Children and Youth: Complex Situations."
12. October 2015: "Gender Dysphoria and Complex Psychiatric Co-Morbidity," LGBT Health Conference, Invited Speaker
13. October 2015: "Transgender Health Disparities: Challenges and Opportunities," Grand Rounds, Illinois Masonic Department of Medicine
14. November 2015: "Autism and Gender Variance," Gender Conference East, Invited Speaker
15. February 2016: "Working with Gender Variant Youth,"  New York State Office of Mental Health State Wide Grand Rounds, Invited Speaker
16. March, 2016: "Working with Gender Variant Youth," National Council for Behavioral Health Annual Meeting, Invited Speaker
17. March 2016: "Gender Variance Among Youth with Autism: A Retrospective Chart Review and Case Presentation," Working Group on Gender, Columbia University, Invited Speaker.
18. September, 2016: "Best Practices in Transgender Mental Health: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," DeWitt Wallace Institute for the History of Psychiatry, Weill Cornell.
19. October, 2016: "LGBTQ Youth Psychiatric Care," Midwest LGBTQ Health Symposim
20. October, 2016: "Gender Fluidity and Gender Identity Development," NYU Health Disparities Conference.
21. February, 2017: "Best Practices in Transgender Mental Health," Maimonides Grand Rounds
22. March, 2017: "Transgender Health: Challenges and Opportunities," Invited speaker, Center for Disease Control STD Prevention Science Series.
23. September 2017: "Autism and Gender Dysphoria," Grand Rounds, NYU Department of Neurology.
24. November 2017: "Consent and Assent in Transgender Adolescents," Gender Conference East.

Armistead Supp. App. 0163

25. November 2017: "Transgender Mental Health: Challenges and Opportunities," Grand Rounds, Lenox Hill Hospital.
26. April 2018: "Gender Trajectories in Childhood and Adolescent Development and Identity," Sex, Sexuality and Gender Conference, Harvard Medical School.
27. September 2019: "Social and Psychological Challenges of Gender Diverse Youth," Affirmative Mental Health Care for Gender Diverse Youth, University of Haifa.
28. October 2019: "Best Practices in Transgender Mental Health," Grand Rounds, Rush Department of Psychiatry.
29. February 2020: "The Overlap of Autism and Gender Dysphoria," Grand Rounds, Northwestern University Feinberg School of Medicine Department of Psychiatry
30. February 2020: "Gender Dysphoria and Autism," Grand Rounds, University of Illinois at Chicago Department of Psychiatry
31. September 2021: "Gender Diversity and Autism," Grand Rounds, Kaiser Permanente Department of Pediatrics
32. October 2021: Gender Dysphoria and Autism," Grand Rounds, Case Western Reserve University Department of Psychiatry.

**Selected Invited Community Seminars/Lectures**

1. April 2012: "Gender and Sexuality in Childhood and Adolescence," Commission on Race, Gender and Ethnicity, NYU Steinhardt Speakers Series.
2. February 2013: "Supporting Transgender Students in School," NYC Independent School LGBT Educators Panel, New York, NY.
3. June 2013: "LGBT Health," Presentation for Neuropsychology Department
4. August 2013: "Chronic Fatigue Syndrome: Etiology, Diagnosis and Management," invited presentation.
5. September 2013: Panelist, "LGBTQ Inclusive Sex Education."
6. April 2015: Transgender Children, BBC News, BBCTwo, invited expert
7. January 2016: Gender Dysphoria and Autism – Ackerman Podcast - http://ackerman.podbean.com/e/the-ackerman-podcast-22-gender-dysphoria-autism-with-aron-janssen-md/
8. February 2016: "Best Practices in Transgender Mental Health," APA District Branch Meeting, Invited Speaker.
9. May 2016: "Best Practices in Transgender Mental Health," Washington D.C., District Branch, APA, Invited Speaker
10. July 2016: "Transgender Youth," Union Square West
11. November 2017: "Understanding Gender: Raising Open, Accepting and Diverse Children," Heard in Rye, Conversations in Parenting.
12. January 2018: "The Emotional Life of Boys," Saint David's School Panel, Invited Speaker
13. June 2018: "Supporting Youth Engaged in Gender Affirming Care," NYU Child Study Center Workshop.
14. October 2018: "Medicine in Transition: Advances in Transgender Mental Health," NYCPS HIV Psychiatry and LGBT Committee Meeting.
15. October 2018: "Understanding Gender Fluidity in Kids," NYU Slope Pediatrics.
16. October, 2021: Issues of Ethical Importance: Health Care for Pediatric LGBTQ+ Patients, American Medical Association, Invited Talk

**Selected Mentoring of Graduate Students, Residents, Post-Doctoral Fellows**

Armistead Supp. App. 0164

| 2013-2014 | Rebecca Hopkinson, Adult Psychiatry Resident, Provided clinical supervision for one year and training in transgender mental health. Dr. Hopkinson works as at Attending Child Psychiatrist at Seattle Children's and works with transgender youth |
| 2013-2014 | Sara Weekly, Chief Child and Adolescent Psychiatry Resident.  Provided clinical supervision.  Dr. Weekly is now an attending physician at Bay Area Children's Association in Oakland, California. |
| 2013-present | Elizabeth Glaeser, Undergraduate Student.  Provided research and administrative supervision.  Elizabeth is now a PhD candidate in Psychology at Columbia and the director of research at the Gender and Family Project |
| 2014-2015 | Laura Erickson Schroth, Adult Psychiatry Resident.  Provided clinical supervision for one year and training in transgender mental health.  Dr. Erickson Schroth is the editor of Trans Bodies, Trans Selves, and Attending Psychiatrist at the Hetrick Martin Institute |
| 2015-2016 | Brandon Ito, Child Psychiatry Fellow, Provided Clinical Supervision.  Dr. Ito is now an Attending Child and Adolescent Psychiatrist at UCLA. |
| 2015-2017 | Howard Huang, Undergraduate Student.  Provided research supervision.  Howard is now a PhD candidate in psychology at Boston College, pursuing work in gender and sexuality with published peer-reviewed literature. |
| 2016-2019 | Samantha Busa, PsyD, Post-Doctoral Fellow.  Provide clinical supervision in transgender helath.  Dr. Busa joined the NYU Gender and Sexuality Service as faculty in 2017. |
| 2016-2019 | Lara Brodsinzky, PhD, Attending Psychologist.  Provide clinical supervision in transgender health.  Dr. Brodsinzky is an Attending Psychologist on the NYU Pediatric Consultation Liaison Service. |
| 2016-2019 | Jeremy Wernick, MSW.  Provide clinical and administrative supervision. |
| 2017-2019 | Serena Chang, Child Psychiatry Fellow; provide clinical and research supervision. |

## Major Research Interests

Gender and Sexual Identity Development
Member, Research Consortium for Gender Identity Development
Delirium: Assessment, Treatment and Management
Suicide Prevention

## Research Studies

| Study Title | IRB Study# | Dates |
|---|---|---|
| Suicide Attempts Identified in a Children's Hospital Before and During COVID-19 | 2021-4428 | 2/26/21-present |
| Lurie Children's Sex & Gender Development Program Clinical Measure Collection | 2019-2898 | 2019-present |
| Adolescent Gender Identity Research Study (principal investigator) - unfunded | s15-00431 | 4/15-5/19 |
| Co-Occurrence of Autism Spectrum Disorders and Gender Variance: Retrospective Chart Review (principal investigator) - unfunded | s14-01930 | 10/14-5/19 |

10

Armistead Supp. App. 0165

| | | |
|---|---|---|
| Expert Consensus on Social Transitioning Among Prepubertal Children Presenting with Transgender Identity and/or Gender Variance: A Delphi Procedure Study (principal investigator) - unfunded | s13-00576 | 3/16-5/19 |
| Co-Occurrence of ADHD/Gender Dysphoria (principal investigator) - unfunded | s16-00001 | 1/16-5/19 |
| PICU Early Mobility- unfunded | s16-02261 | 12/16-5/19 |
| Metformin for Overweight and Obese Children and Adolescents with Bipolar Spectrum Disorders Treated with Second-Generation Antipsychotics – Funded by PCORI | s16-01571 | 8/16-5/19 |

**Other**

Grant Funding:
Zero Suicide Initiative, PI Aron Janssen, M.D.
Awarded by Cardinal Health Foundation, 9/2020
Total amount: $100,000

Direct income for the department generated by teaching Sex Matters: Identity, Behavior and Development for the Child and Adolescent Mental Health Studies (CAMS) undergraduate program at NYU:

| Time Frame | Income |
|---|---|
| 2011 - 2016 | $1,968,950 |

**Selected Media Appearances:**

Guest Expert on Gender Identity on Anderson, "When Your Husband Becomes Your Wife," Air Date February 8th, 2012
Guest Host, NYU About Our Kids on Sirius XM, 2011
NYU Doctor Radio: LGBT Health, September 2013
NYU Doctor Radio: LGBT Kids, November 2013
NYU Doctor Radio: LGBT Health, July 2014
NYU Doctor Radio: Gender Variance in Childhood, December 2014
BBC Two: Transgender Youth, April 2015
NYU Doctor Radio: Transgender Youth, June 2015
Fox-5 News: Trump's proposed military ban and Transgender Youth, July, 2017
Healthline.com: Mental Health Experts Call President's Tweets 'Devastating' for Trans Teens, July, 2017
Huffington Post: What the Military Ban Says to Our Transgender Youth: August, 2017
Metro: How to talk to your transgender kid about Trump, August 2017
NYU Doctor Radio: Transgender Youth, August 2017

Armistead Supp. App. 0166

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>       *Plaintiff*,<br><br>   v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>       *Defendants*,<br><br>   and<br><br>LAINEY ARMISTEAD,<br><br>       *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**EXPERT REPORT AND DECLARATION OF PROFESSOR MARY D. FRY, PHD**

1.      I have been retained by counsel for Plaintiff as an expert in connection with the above-captioned litigation.

2.      The purpose of this expert report and declaration is to offer my expert opinion on: (1) the psychological and behavioral benefits of sports for youth and young adults (including collegiate athletes); and (2) the conditions that lend themselves to youth and young adults participating in athletics and accessing those benefits when they do participate.

1

Armistead Supp. App. 0167

3.      I have knowledge of the matters stated in this expert report and declaration. I have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of this expert report and declaration and in the attached bibliography.

4.      In preparing this expert report and declaration, I reviewed West Virginia H.B. 3293, the bill at issue in this litigation.

5.      In preparing this expert report and declaration, I relied on my education and training, my professional and research experience, and my knowledge of the literature in the pertinent fields. The materials I have relied upon in preparing this expert report and declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I may wish to supplement these opinions or the bases for them as a result of new research or publications or in response to statements and issues that may arise in my area of expertise.

**PROFESSIONAL BACKGROUND**

6.      I am a Professor in the Department of Health, Sport & Exercise Sciences at the University of Kansas in Lawrence, Kansas. A true and correct copy of my Curriculum Vitae is attached hereto as Exhibit A.

7.      In 1984, I graduated from Texas Wesleyan University in Fort Worth, Texas with a Bachelor of Science in Physical Education. After graduating, I spent about five years teaching physical education and coaching tennis at schools and summer camps in Texas and North Carolina.

8.      I graduated with a Master of Science in Sport Psychology/Pedagogy from the University of North Carolina in Greensboro, North Carolina in 1990. Then, in 1994, I graduated with a doctorate in Sport & Exercise Psychology from Purdue University in West Lafayette, Indiana. From 1994 to 1999, I served as an Assistant Professor in the University of Memphis's

2

Department of Human Movement Sciences and Education. I continued at the same institution from 1999 to 2007 as an Associate Professor in the Department of Human & Sport Sciences. I joined the faculty of the University of Kansas in 2007, where I continue to teach and research as a Professor today.

9.      I have authored or coauthored 69 papers in peer-reviewed journals, including many studies in sport psychology and youth athlete motivation. I have coauthored seven book chapters and one book, titled *A Coach's Guide to Maximizing the Youth Sport Experience: Work Hard and Be Kind*. I have also given 118 presentations on my research at both international and national conferences, as well as dozens of local and regional presentations.

10.     I have taught and/or developed six undergraduate level courses and 12 graduate level courses in sport and exercise psychology. The courses I developed include Psychosocial Aspects of Sport, Applied Sport Psychology, Developmental Perspectives in Youth Sport, and Special Course: Sport Psychology Within Youth Sport.

11.     On a national level, I have served with the Association of Applied Sport Psychology ("AASP") as a member of the Program Review Committee (2008-present), a Subject Matter Expert for the Certification Exam Committee (2018), and a member of the Ad-Hoc Future of AASP Committee (2012-2015). For the AASP, I have served as an Executive Board Member (2004-2006), two three-year terms as a member of the Social Psychology Section Committee (1996-99; 2001-2003), and as a member of the Dissertation Award Committee (1998; 2002). I have also served on the Editorial Board for *Physical Activity Today* (1997-2001) and on the Program Review Committee for the American Alliance of Health, Physical Education, Recreation & Dance (2009-2017), in addition to chairing the Committee in 2010. I also serve on the National Advisory Board for the Positive Coaching Alliance.

Armistead Supp. App. 0169

12.     I have undertaken editorial roles on professional journals within my field, including as Associate Editor (2009-2012) and Editorial Board Member (2000-2009; 2013-present) for the *Journal of Applied Sport Psychology*; Associate Editor (2008-present) for the *Journal of Sport Psychology in Action;* Section Editor (2003-2006) and Reviewer (1994-present) for the *Research Quarterly for Exercise and Sport*; and Editorial Board Member (2011-present) for *Sport, Exercise, and Performance Psychology*.

13.     I have served on the Kansas University Certificate in Sport Committee (2017-2018), and the Kansas University Center for Undergraduate Research, Advisory Board (2016-2018), among other roles at the University.

14.     I am, or have been, a member of several professional organizations, including the American Psychological Association (2017-present), the Kansas Alliance for Health, Physical Education, Recreation, & Dance (2008-present), the American Alliance for Health, Physical Education, Recreation, and Dance (1988-2017), and the North American Society for the Psychology of Sport and Physical Activity (1988-2000).

15.     I also have experience applying sport psychology in the field, which include mental skills interventions for various athletes and teams, including with high school and university athletes (2000-present), a high school baseball team (2013-2018), a youth baseball team (2009-2011), a Division I collegiate volleyball team (2008-2010), a high school basketball team (2006-2007), and a Division I cross-country team (2006).

16.     I have not previously testified as an expert witness in either deposition or at trial.

17.     I am being compensated at an hourly rate of $250 per hour. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

Armistead Supp. App. 0170

## FOCUSING SOLELY ON PERFORMANCE OUTCOMES UNDERMINES THE BENEFITS OF SPORT FOR YOUTH AND YOUNG ADULT ATHLETES

18.     For youth and young adult student-athletes, athletics serve a different purpose than for athletes who participate in professional athletics or world elite competition. A myopic focus on winning in youth and young adult athletics ignores the other important benefits that school athletics offer young athletes, such as teamwork and camaraderie, which are advanced when all athletes have the opportunity to play the sport they love and reap the benefits of such participation.

19.     The National Collegiate Athletic Association (NCAA) estimates that there are eight million high school student-athletes in the United States.[1] Of those millions of athletes, only about 6% go on to compete at the college level in any division (with only about 2% earning an athletic scholarship).[2] By the numbers alone, the primary purpose of high school sports is not about preparing youth for college sports. For the 93% of high school athletes who do not compete in college as well as for those who do, youth sport creates a myriad of benefits unrelated to preparing athletes to compete in college.

20.     Then for collegiate athletics, most athletes do not go on to have athletic careers beyond college in an elite sports context. According to the NCAA: "Fewer than two percent of NCAA student-athletes go on to be professional athletes."[3] That percentage does not include National Association of Intercollegiate Athletics (for small college sports) and junior college student-athletes, who are less likely to have professional sports careers. Accordingly, among total numbers of collegiate athletes in the United States, the total percentage of athletes who go on to participate in elite, professional athletics after college is even lower than two percent.

---

[1] https://www.ncaa.org/about/resources/research/estimated-probability-competing-college-athletics
[2] *Id.*; https://www.ncaa.org/student-athletes/future/scholarships
[3] https://www.nfhs.org/media/886012/recruiting-fact-sheet-web.pdf

Armistead Supp. App. 0171

21.     There are many benefits to young people from participating in athletic activities, discussed further herein. But understanding what motivates youth and young adults to participate in athletics in the first place is essential for understanding how they can access these benefits. One critical way to increase participation in athletics is to understand the factors that motivate individuals to stay engaged at different ages and in different contexts. Understanding motivation also helps to explain how the benefits youth and young adults derive from participating in sport translate to other aspects of their lives.

22.     In simple terms, motivation is the desire to do activities. More formally, it is defined as "the process that influences initiation, direction, magnitude, perseverance, continuation, and quality of goal-directed behavior" (Maehr & Zusho, 2009). Motivation is about why, how, when, and in what circumstances people employ their resources.

23.     One of the most-researched motivational theories in the field of sport psychology is achievement goal perspective theory, which was developed to address how motivation could be heightened and sustained over time (Nicholls 1984, 1989). Achievement goal perspective theory includes three components that together can work to optimize motivation among all individuals, including youth and young adults participating in sports.

24.     <u>First</u> is the developmental component of achievement goal perspective theory. Young children are incapable of accurately comparing their ability to others, overestimate their ability, and are naturally focused on their effort as a marker of success. By the time they enter adolescence, however, they are able to distinguish the concepts of effort, luck, and ability.

25.     <u>Second</u>, around 12 years of age, children achieve a mature understanding of the concept of ability and at that time adopt their own personal definitions of success, or "goal orientations." The primary goal orientations are task and ego. Individuals with a "high task

6

Armistead Supp. App. 0172

orientation" define success based on their effort, improvement, and mastery of tasks over time. In contrast, a high ego orientation occurs when individuals define success in normative terms, only feeling successful when they outperform others. Individuals are to some degree both task- and ego-oriented; in fact, they can be high and/or low in both orientations.

26.     Third, motivations are shaped by outside factors, which can reinforce a task orientation as opposed to an ego orientation. Specifically, athletes can perceive the environment that is created by coaches (but can also be influenced by parents and teammates) (Ames, 1992a, 1992b; Nicholls, 1984, 1989) as a task-involving or ego-involving climate.  When the environment created by coaches and others is a caring environment, athletes are more likely to perceive the overall climate as task-involving.  A caring environment is one where athletes feel safe, welcome, comfortable, and valued, and are treated with kindness and respect by all in the sport setting (Newton et al., 2007).  A climate that is both task-involving and caring is one in which coaches do the following: recognize and reward effort and improvement; foster cooperation among teammates; make everyone feel they play an important role on the team; treat mistakes as part of the learning process; and encourage an atmosphere where everyone is treated with mutual kindness and respect.

27.     A high task orientation, described above in Paragraph 25 is the key to optimizing motivation over time because effort and improvement – the keys to task orientation – are variables that individuals can more easily control. High task orientation results in athletes being more likely to seek challenge, exert high effort, and persist over time (Maehr & Zusho, 2009).

28.     Perhaps the strongest finding within the goal orientation research links task orientation with high enjoyment. Throughout childhood and adolescence, and across a range of sports, athletes who define success based on their personal effort and improvement have more fun

Armistead Supp. App. 0173

playing their sport than those high in ego orientation (Schneider, Harrington, & Tobar, 2017; Seifriz, Duda, & Chi, 1992; Stephens, 1998; Stuntz & Weiss, 2009; van de Pol & Kavussanu, 2011). Importantly, goal orientations are also associated with the sources of enjoyment athletes identify. For example, youth athletes with a high task orientation more often report experiencing enjoyment from learning and having positive team interactions. In contrast, athletes high in ego orientation more often report experiencing enjoyment as a result of winning and having high perceived competence (Lochbaum & Roberts, 1993).

29.    Another benefit of high task orientation in youth athletes is the strong and positive association with interpersonal and team dynamics (Balaguer, Duda, & Crespo, 1999; Ommundsen, Roberts, Lemyre, & Miller, 2005). Task orientation is positively correlated with peer acceptance, less conflict with peers, and greater satisfaction with the coach.

30.    Athletes high in task orientation also report greater confidence and perceived ability, and task orientation has been correlated with both self and team efficacy and greater perceived competence (Magyar & Feltz, 2003; Seifriz et al., 1992; Stuntz & Weiss, 2009). Further, athletes high in task orientation report utilizing more adaptive coping strategies (Kim, Duda, & Gano-Overway, 2011; McCarthy, 2011). These adaptive outcomes have been found for middle school, high school, and collegiate athletes.

31.    By contrast, ego orientation (i.e., the non-pejorative, descriptive term for defining success based on ability and performance outcomes), is not correlated with perceived ability in general.  Confidence of athletes high in ego orientation was more often based on their perceptions of ability and having a strong physical presence, whereas athletes high in task orientation based their perceptions of confidence on their sense of feeling well prepared and mentally strong (Magyar and Feltz, 2003).

8

Armistead Supp. App. 0174

32.     Athletes high in ego orientation report lower companionship and greater conflict with teammates (Balaguer et al., 1999), and there is no evidence to suggest they reap the benefits of enhanced social relationships that athletes with high task orientation do (Ommundsen et al., 2005). Despite the ego-involving climate's emphasis on performance outcomes, results across studies suggest that the benefits of a task-involving climate may have a direct impact on athletic performance and ultimately improve performance outcomes (Jackson & Roberts, 1992; McDonald, Cote, & Deakin, 2011). By contrast, no evidence currently points to an ego-involving climate leading to greater performance outcomes with young athletes.

33.     There is also a consistently significant relationship between ego orientation and anxiety (Lochbaum et al., 2016). Young athletes with high ego orientation participating in a variety of sports have reported higher trait and state cognitive and somatic anxiety, as well as greater concentration disruption, maladaptive perfectionism, and concern over making mistakes (Grossbard, Cumming, Standage, Smith, & Smoll, 2007; Hall, Kerr, & Matthews, 1998; Ommundsen & Pedersen, 1999; Ommundsen et al., 2005; White & Zellner, 1996).

34.     Even for athletes who are themselves highly ego-oriented, and who prioritize winning and external rewards, a task-involving and caring climate is preferable. Such a climate encourages young athletes to orient themselves toward a task-involved model for motivation and away from the stress-inducing ego-orientation, which will in turn garner the young person the benefits associated with a task-orientation. For example, Division I college athletes who perceived a task-involving climate on their teams reported having stronger mental skills including their use of goal setting, ability to concentrate, remain worry free, cope with adversity and peak under pressure, act with confidence, and be open to receiving feedback from coaches (Fry, Iwasaki, & Hogue, 2021). These findings would suggest that athletes with strong mental skills might also

9

Armistead Supp. App. 0175

perform better. Further, perceptions of an ego-involving climate have been linked to higher salivary cortisol responses (Hogue, Fry, & Fry, 2017). Cortisol is an important and necessary hormone, but in excess it can break down muscle tissue and interfere with the immune system.

35.     Thus, the benefits associated with youth and young adult sport are not limited to whether athletes are winning competitions, where they are ranked in their sport, or what level of publicity they are getting. In fact, a focus exclusively on those things not only undermines an athlete's success in those areas but can compromise the holistic range of benefits derived from youth and young adult sport. Ultimately, athletes are more likely to reap the positive benefits associated with youth and young adult sports if they are task-involved, which places greater emphasis on effort, than if they are ego-involved, which would put greater emphasis on trappings of individual success.

36.     It should be noted that the research findings described above, which highlight the relationships between goal orientations and numerous outcome variables, have been consistent for both boys and girls. In other words, within the body of research on athletes' goal orientations, results across studies reveal that task orientation is more often positively correlated with adaptive outcomes (e.g., intrinsic motivation), and ego orientation is more often negatively associated with maladaptive outcomes (e.g., worry) for both boys and girls (Fry & Moore, 2019; Roberts, 2012; Roberts, Nerstad, & Lemyre, 2018).

**EXCLUDING TRANSGENDER STUDENTS FROM PARTICIPATING IN
YOUTH AND YOUNG ADULT ATHLETICS WOULD DEPRIVE THEM AND THEIR
TEAMMATES OF A WIDE RANGE OF BENEFITS**

37.     A goal of youth sport is to help young athletes have positive experiences across sport. This includes creating space for athletes to have fun, develop skills, make friends, increase their levels of physical activity, continue their participation over time, and learn valuable life

10

Armistead Supp. App. 0176

lessons (Thompson, 2010). If transgender students are arbitrarily excluded from youth sports, they are, in turn, deprived of those positive experiences and outcomes and their teammates are deprived of a genuinely optimal sport experience.

38.     Athletes who participate in high school sport are more likely to finish college, and more likely to be actively engaged in planning for their future after their sport career ends (Chamberlin & Fry, 2020; Troutman & Defur, 2007). Many of the benefits to youth who participate in athletics are documented throughout life. For example, women who participated in high school sport see greater success in the business world (ESPNW & EY, 2017; Sasaki, 2020). When athletes are excluded from participating in sport, or are in a climate where they do not feel accepted or respected, they do not have the opportunity to reap these benefits.

39.     In addition, arbitrarily excluding transgender students from teams undermines a task-involving climate, which, in turn, diminishes the positive outcomes for all youth and collegiate athletes. (Balaguer, Duda, & Crespo, 1999; Ommundsen, Roberts, Lemyre, & Miller, 2005). Fostering task orientation positively correlates with peer acceptance, less conflict with peers, and greater satisfaction with the coach. These outcomes help athletes have a sport experience that make them want to keep playing sport. Because these positive benefits are fostered in a task-involving environment, arbitrary exclusions can cause harm not only to the athletes who are excluded, but also to the other athletes on the team.

40.     When a team, league, or organization adopts an ego-promoting philosophy, and cares only about performance outcomes, the broader benefits of sport are diminished for all involved (both with regard to their future athletic careers and lives outside of sport). As noted above, the overwhelming majority of high school athletes will never go on to compete in college, and the overwhelming majority of college athletes will never go on to compete on professional

11

Armistead Supp. App. 0177

teams. Focusing only on the highest-performing athletes or post-graduate elite athletics compromises the other critical benefits of sports for youth and young adults.

41.     The climate of youth sport must be geared to include all participants, so that teams are more likely to help every athlete maximize their potential. From an educational perspective, it is optimal to encourage all athletes to do the best that they can, and to help all athletes enjoy the sport that they love.

42.     For coaches of youth and young adult athletes, one important message is that, for the overwhelming majority of people, the period of time that a person participates in organized athletics is short and maximizing the benefits of that participation is essential. As Jim Thompson, Founder and former-CEO of the Positive Coaching Alliance notes: "Here's the bottom line for parents. Your child's experience with youth sports will come to an end, and it may happen suddenly. If you are like me, you will look back and think, 'I wish I had enjoyed it more. I wish I hadn't obsessed so much about how well my child was performing, or the team's record, or whether he or she was playing as much as I wanted, or why the coach didn't play him or her in the right position. I wish I had just enjoyed the experience more.' Because the youth sports experience is so intense, we tend to forget how short it is and what a small amount of time parents and children get to spend together over the course of life."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 24, 2022

Professor Mary D. Fry, PhD

12

## BIBLIOGRAPHY

Allen, J., Taylor, J., Dimeo, P, Dixon, S., & Robinson, L. (2015). Predicting elite Scottish athletes' attitudes towards doping: Examining the contribution of achievement goals and motivational climate. *Journal of Sports Sciences*, 33, 899–906.

Ames, C. (1992a). Achievement goals, motivational climate, and motivational processes. In *Motivation in sport and exercise* (pp. 161–176). Champaign, IL: Human Kinetics.

Ames, C. (1992b). Classrooms: Goals, Structures, and Student Motivation. *Journal of Educational Psychology*, *84*(3), 261–271. https://doi.org/10.1037/0022-0663.84.3.261

Balaguer, I., Duda, J. L., & Crespe, M. (1999). Motivational climate and goal orientations as predictors of perceptions of improvement, satisfaction, and coach ratings among tennis players. *Scandinavian Journal of Medicine and Science in Sports, 9*, 381-388.

Boixadós, M., Cruz, J., Torregrosa, M., & Valiente, L. (2004). Relationships among motivational climate, satisfaction, perceived ability, and fair play attitudes in young soccer players. *Journal of Applied Sport Psychology*, *16*(4), 301–317. https://doi.org/10.1080/10413200490517977

Boyce, B. A., Gano-Overway, L. a., & Campbell, A. L. (2009). Perceived motivational climate's influence on goal orientations, perceived competence, and practice strategies across the athletic season. *Journal of Applied Sport Psychology*, *21*(January), 381–394. https://doi.org/10.1080/10413200903204887

Boyd, M., Kim, M., Ensari, N. & Yin, Z. (2014). Perceived motivational team climate in relation to task and social cohesion among male college athletes. *Journal of Applied Social Psychology, 44,* 115–123.

Cumming, S. P., Smoll, F. L., Smith, R. E., & Grossbard, J. R. (2007). Is winning everything? The relative contributions of motivational climate and won-lost percentage in youth sports. *Journal of Applied Sport Psychology*, *19*(3), 322–336. https://doi.org/10.1080/10413200701342640

Duda, J. L. (2013). The conceptual and empirical foundations of Empowering Coaching TM: Setting the stage for the PAPA project. *International Journal of Sport and Exercise Psychology*, *11*(4), 311–318. https://doi.org/10.1080/1612197X.2013.839414

Duda, J. L., & Nicholls, J. G. (1992). Dimensions of achievement motivation in schoolwork and sport. *Journal of Educational Psychology*, *84*(3), 290–299. https://doi.org/10.1037/0022-0663.84.3.290

Fry, M. D., & Hogue, C. M. (2018). Psychological considerations for children and adolescents in sport and performance. Oxford Research Encyclopedia of Psychology.

13

Armistead Supp. App. 0179

Fry, M., & Moore, E. (2018). Motivation in sport: Theory and application. In M. H. Anshel (Ed.), T.Petrie, E. Labbe, S. Petruzello, & J. Steinfeldt (Assoc. Eds.), APA Handbook of Sport and Exercise Psychology. Vol 1. Sport Psychology (pp. 273–299). Sport psychology. Washington DC: American Psychological Association.

Fry, M. D., & Newton, M. (2003). Application of Achievement Goal Theory in an urban youth tennis setting. *Journal of Applied Sport Psychology*, *15*(1), 50–66. https://doi.org/10.1080/10413200305399

Fry, M. D., Gano-Overway, L., Guivernau, M., Kim, M., & Newton, M. (2020). A coach's guide to maximizing the youth sport experience: Work hard, be kind. New York: Routledge.

Fry, M. D., & Gano-Overway, L. A. (2010). Exploring the contribution of the caring climate to the youth sport experience. *Journal of Applied Sport Psychology*, 22(3), 294–304.

Fry, M. D., Iwasaki, S., & Hogue, C. (2021). The relationship between the perceived motivational climate in elite collegiate sport and athlete psychological coping skills. *Journal of Clinical Sport Psychology*, 15(4), 334–350.

Gano-Overway, L. A., Newton, M., Magyar, T. M., Fry, M. D., Kim, M.-S., & Guivernau, M. R. (2009). Influence of caring youth sport contexts on efficacy-related beliefs and social behaviors. *Developmental Psychology*, *45*(2), 329–340. https://doi.org/10.1037/a0014067.

Grossbard, J. R., Cumming, S. P., Standage, M., Smith, R. E., & Smoll, F. L. (2007). Social desirability and relations between goal orientations and competitive trait anxiety in young athletes. *Psychology of Sport and Exercise, 8*(4), 491–505. https://doi.org/10.1016/j.psychsport.2006.07.009

Hall, H. K., Kerr, A. W., & Matthews, J. (1998). Precompetitive anxiety in sport: The contribution of achievement goals and perfectionism. *Journal of Sport & Exercise Psychology, 20*(2), 194–217.

Harwood, C. G., Keegan, R. J., Smith, J. M. J., & Raine, A. S. (2015). A systematic review of the intrapersonal correlates of motivational climate perceptions in sport and physical activity. *Psychology of Sport and Exercise*, *18*, 9–25. https://doi.org/10.1016/j.psychsport.2014.11.005

Hogue, C. M., Fry, M. D., & Fry, A. C. (2017). The differential impact of motivational climate on adolescents' psychological and physiological stress responses. *Psychology of Sport and Exercise*, *30*, 118–127. https://doi.org/10.1016/j.psychsport.2017.02.004

Iwasaki, S., & Fry, M. D. (2016). Female adolescent soccer players' perceived motivational climate, goal orientations, and mindful engagement. *Psychology of Sport and Exercise*, *27*, 222–231. https://doi.org/10.1016/j.psychsport.2016.09.002

14

Armistead Supp. App. 0180

Jackson, S. A., & Roberts, G. C. (1992). Positive performance states of athletes: Toward a conceptual understanding of peak performance. *Sport Psychologist, 6*(2), 156–171.

Kavussanu, M., & Roberts, G. C. (2001). Moral functioning in sport: An achievement goal perspective. *Journal of Sport & Exercise Psychology, 23*(1), 37–54.

Kim, M., Duda, J. L., & Gano-Overway (2011). Predicting occurrence of and responses to psychological difficulties: The interplay between achievement goals, perceived ability and motivational climates among Korean athletes. *International Journal of Sport and Exercise Psychology, 9*, 31–47.

Lochbaum, M., Cetinkalp, Z. K., Graham, K., Wright, T., & Zazo, R. (2016). Task and ego goal orientations in competitive sport: A quantitative review of the literature from 1989 to 2016. *Kinesiology*, 48, 3–29.

Maehr, M. L., & Zusho, A. (2009). Achievement goal theory: The past, present, and future. In K.R. Wentzel & A. Wigfield (Eds.), Handbook of motivation at school (pp. 77–104). New York, NY: Routledge.

Magyar & Feltz (2003). The influence of dispositional and situational tendencies on adolescent girls' sport confidence sources. *Psychology of Sport and Exercise, 4*, 175–190.

McCarthy, J. J. (2011). Exploring the Relationship Between Goal Achievement Orientation and Mindfulness in Collegiate Athletics. *Journal of Clinical Sport Psychology, 5*(1), 44–57.

MacDonald, D. J., Cote, J., Eys, M., Deakin, J. (2011). The role of enjoyment and motivational climate in relation to the personal development of team sport athletes. *Sport Psychologist, 25*, 32–46.

Newton, M., Duda, J. L., & Yin, Z. (2000). Examination of the psychometric properties of the perceived motivational climate in sport questionnaire-2 in a sample of female athletes. *Journal of Sports Sciences*, 18(4), 275–290. https://doi.org/10.1080/026404100365018

Newton, M., Fry, M. D., Watson, D. L., Gano-Overway, L. A., Kim, M., Magyar, T. M., & Guivernau, M. R. (2007). Psychometric properties of the Caring Climate Scale in a physical activity setting. *Revista de Psicología Del Deporte*, 16, 67–84. Retrieved from file:///C:/Users/zar4559/Downloads/22-22-1-PB.pdf

Nicholls, J. G. (1984). Achievement motivation: Conceptions of ability, subjective experience, task choice, and performance. *Psychological Review*, *91*(3), 328–346. https://doi.org/10.1037/0033-295X.91.3.328

Nicholls, J. G. (1989). *The competitive ethos and democratic education*. Cambridge, MA: Harvard University Press.

Olympiou, A., Jowett, S., & Duda, J. L. (2008). The psychological interface between the coach-

Armistead Supp. App. 0181

created motivational Climate and the coach-athlete relationship in team sports. *Sport Psychologist, 22*(4), 423–438. Retrieved from http://search.ebscohost.com/login.aspx?direct=true&db=s3h&AN=35719365&lang=es&site=ehost-live&scope=site

Ommundsen, Y & Petersen, B.H. (1999). The role of achievement goal orientations and perceived ability upon somatic and cognitive indices of sport competition trait and anxiety. *Scandinavian Journal of Medicine and Science in Sports, 9*, 333–343.

Ommundsen, Y., Roberts, G. C., Lemyre, P.-N., & Miller, B. W. (2006). Parental and coach support or pressure on psychosocial outcomes of pediatric athletes in soccer. *Clinical Journal of Sport Medicine: Official Journal of the Canadian Academy of Sport Medicine, 16*(6), 522–526. https://doi.org/10.1097/01.jsm.0000248845.39498.56

Poux, K. N., & Fry, M. D. (2015). Athletes' perceptions of their team motivational climate, career exploration and engagement, and athletic identity. *Journal of Clinical Sport Psychology, 9*(4), 360–372. https://doi.org/10.1123/jcsp.2014-0050

Roberts, G. C. (2013). Advances in motivation and sport exercise. In D. C. Roberts, G. C. & Treasure (Ed.), *Advances in motivation in sport and exercise* (3rd Ed), pp. 5–58. Champaign, IL: Human Kinetics.

Roberts, G. C., Nerstad, G. L., & Lemyre, P. N. (2018). Motivation in sport and performance. In O. Braddick (Ed.), Oxford Research Encyclopedia of Psychology (pp. 1–46). Oxford University Press.

Sarrazin, P., Roberts, G. C., Cury, F., Biddle, S., & Famose, J.-P. (2002). Exerted effort and performance in climbing among boys: The influence. *Research Quarterly for Exercise and Sport, 73*(4).

Sasaki, J. (2020). How can winning on the playing field prepare you for success in the boardroom? EY: Building a better world. https://www.ey.com/en_gl/women-fast-forward/how-can-winning-on-the-playing-field-prepare-you-for-success-in-the-boardroom

Schneider, R. A. Y., Harrington, M., & Tobar, D. (2017). Goal orientation and how a task or ego mentality can affect the enjoyment for college hockey players. *College Student Journal, 51*(1), 57–62.

Seifriz, J. J., Duda, J. L., & Chi, L. (1992). The relationship of perceived motivational climate to intrinsic motivation and beliefs about success in basketball. *Journal of Sport & Exercise Psychology, 14*, 375–391.

Stephens, D. E., & Kavanagh, B. (2003). Aggression in Canadian youth ice hockey: The role of moral atmosphere. *International Sports Journal, 7*, 109–119.

Stuntz & Weiss (2009). Achievement goal orientations and motivational outcomes in youth

16

sport: The role of social orientations. *Psychology of Sport and Exercise, 10*, 255–262.

Theeboom, M., Knop, P. De, & Weiss, M. R. (1995). Motivational climate, psychological responses, and motor skill development in children's sport: A field-based intervention study. *Journal of Sport & Exercise*, *17*, 294–311.

Thompson, J. (2010). Positive coaching: Building character and self-esteem through sports. New York: Brown & Benchmark.

Troutman, K., & Dufur, M. (2007). From high school jocks to college grads: Assessing the long-term effects of high school sport participation on females' educational attainment. Youth & Society, 38(4), 443-462. doi:10.1177/0044118X06290651

Tudor, M. L., & Ridpath, B. D. (2018). Does the perceived motivational climate significantly predict academic and/or athletic motivation among NCAA Division I college athletes. *Journal of Contemporary Athletics, 12*(4), 291–307.

van De Pol, P. K. C., Kavussanu, M., (2011). Acheivement goals and motivational responses in tennis: Does the context matter? *Psychology of Sport & Exercise, 12,* 176–183.

White, S., & Zellner (1996). The relationship between goal orientation, beliefs about the causes of sport success, and trait anxiety among high school, intercollegiate, and recreational sport participants. *Sport Psychologist, 10*, 58–72.

Xiang, P., Bruene, A., & McBride, R. E. (2004). Using achievement goal theory to assess an elementary physical education running program. *Journal of School Health, 74*, 220–225.

Armistead Supp. App. 0183

# EXHIBIT A

Armistead Supp. App. 0184

## CURRICULUM VITAE

**NAME:**    Mary D. Fry (Previously Mary D. Walling before 8/95)
**DEPARTMENT:** Health, Sport & Exercise Sciences
**RANK:**    Professor

**DEPARTMENT ADDRESS:**

Department, of Health, Sport & Exercise Sciences
Robinson Center, Room 161F
1301 Sunnyside Ave.
University of Kansas
Lawrence, KS 66045
(785) 864-1862(O); mfry@ku.edu (email)

**EDUCATION**

| DEGREE | DISCIPLINE | INSTITUTION | YEAR |
|---|---|---|---|
| BS | Physical Education | Texas Wesleyan University | 1984 |
| MS | Sport Psychology/Pedagogy | University of North Carolina- Greensboro | 1990 |
| PhD | Sport & Exercise Psychology | Purdue University | 1994 |

**EXPERIENCE**

| RANK/POSITION | DEPARTMENT/DIVISION | INSTITUTION/ORG. | PERIOD |
|---|---|---|---|
| Professor | Health, Sport & Exercise Sci | University of Kansas | 2019 |
| Associate Professor | Health, Sport & Exercise Sci | University of Kansas | 2007-2019 |
| Associate Professor | Human & Sport Sciences | University of Memphis | 1999-2007 |
| Assistant Professor | Human Movement Sciences & Education | University of Memphis | 1994-1999 |
| Editorial Assistant | Journal of Applied Sport Psychology | | 1992-1994 |
| Associate Investigator | Indiana Youth Risk Behavior | Indiana Dept. of Education/Centers Study for Disease Control | 1992 |
| Research Consultant | Grant to Study Youth Sports | National Institute for Fitness & Sport Indianapolis, IN | 1991 |
| Teaching Assistant | Health, Kinesiology & Leisure Studies | Purdue University | 1990-1992 |
| Teaching Assistant | Sport & Exercise Science | U. North Carolina-Greensboro | 1989-1990 |

| RANK/POSITION | DEPARTMENT/DIVISION. | INSTITUTION/ORG. | PERIOD |
|---|---|---|---|
| Middle School Teacher | Physical Education | Allen Middle School Greensboro, NC | 1988-89 |
| High School Teacher | Physical Education/English & Head Tennis Coach | Martin High School Arlington, TX | 1987- 88 |
| High School Teacher | Physical Education/English & Head Tennis Coach | Richland High School Fort Worth, TX | 1984-87 |
| Instructor | University of Texas-Austin | Summer Tennis Camps | 1988 & 1989 |

Armistead Supp. App. 0185

**Certification**. Secondary Teacher Certification in English and Physical Education in the State of Texas, 1984.

## HONORS/AWARDS:

Coleman Griffith Lecture, Association of Applied Sport Psychology (2021)
Del Shankel Teaching Excellence Award (Recipient 2021; Finalist 2018, 2919)
Budig Teaching Professorship, University of Kansas (2018)
Outstanding Mentor, McNair Scholars Program (2017)
KU Woman of Distinction, (2014-2015)
Joyce Elaine Pauls Morgan HSES Teaching Award (2013)
Budig Teaching Professorship, Nominee (2012)
Bird Outstanding Mentor Award, Nominee (2011)
Service Award, School of Education, University of Kansas, Nominee (2011)
KU Keeler Professorship, University of Kansas (2010).
Fellow, Association of Applied Sport Psychology (2009).
Outstanding Research Article published in *Research Quarterly for Exercise & Sport* (1997). Presented by the Research Consortium of the American Alliance of Health, Physical Education, Recreation, & Dance.
Outstanding Doctoral Dissertation, North American Society for the Psychology of Physical Activity (1994).
Student Representative, CIC Big Ten Conference "Capstone of Knowledge" hosted by Michigan University, December, 1992.

## RESEARCH PUBLICATIONS
### Refereed Journal Publications

Easton, L., **Fry, M. D.** Hogue, C. M., & Iwasaki, S. (in press). Goal orientations predict exercisers' effort and enjoyment while engaged in exercise and reasons for using a fitness tracker. Acta Facultatis Educationis Physicae Universitatis Comenianae.

**Fry, M. D.,** Iwasaki, S., & Hogue, C. M. (in press). The relationship between the perceived motivational climate in elite collegiate sport and athlete psychological coping skills. *Journal of Clinical Sport Psychology.*

Hogue, C. M., **Fry, M. D.,** & Fry, A. C. (in press). The protective impact of learning to juggle in a caring, task-involving climate versus and ego-involving climate on participants' inflammation, cortisol, and psychological responses. *International Journal of Sport and Exercise Psychology.*

Iwasaki, S., **Fry, M. D.,** & Hogue, C.M. (in press). The relationship among male high school athletes' perceptions of the motivational climate, mindful engagement, and coachability. *Journal of Clinical Sport Psychology.*

Scott, C., **Fry, M.D.,** Wineinger, T., & Iwasaki, S., & Fry, M. D. (in press). Creating an optimal motivational team climate to help collegiate athletes thrive during the COVID-19 pandemic. *Journal of Sport Psychology in Action.*

Scott, C., **Fry, M. D.,** Weingartner, H., & Wineinger, T. (in press). Collegiate sport club athletes' psychological well-being and perceptions of their team climate. *Recreational Sports Journal.*

2

Armistead Supp. App. 0186

Wineinger, T., **Fry, M. D.,** & Moore, E. W. (2021). Validation of climate and motivational measures for use in the biology laboratory setting. *Journal of Biological Education.*

Brown, T. C., **Fry, M. D.,** Breske, M., Iwasaki, S., & Wilkinson, T. (2019). Motivational climate and athletes' likelihood of reporting concussions in a youth competitive soccer league. *Journal of Sport Behavior, 42*(1), 29-47.

**Fry, M. D.,** Reid, C., Iwasaki, S., & Thompson, J. (2019). Bridging theory, research, and practice in youth sports: Sport Psychology's Partnership with Positive Coaching Alliance to enhance youth sport. *Journal of Sport Psychology in Action*, *10*, 1-10.

Hogue, C. M. **Fry, M. D.,** & Iwasaki, S. (2019). The impact of the perceived motivational climate in physical education on adolescent greater life stress, coping appraisals, and experience of shame. *Sport, Exercise, & Performance Psychology, 8*, 273-289.

Glover, K., & **Fry, M. D.** (2018). Helping WIN provide a winning environment for girls in their summer camps. *Journal of Sport Psychology in Action*, *9*, 1-12.

Miller, S., & **Fry, M. D.** (2018). Relationship between climate to body esteem and social physique anxiety within college physical activity classes. *Journal of Clinical Sport Psychology,12, 525-543.*

Wineinger, T. O. & **Fry, M. D.** (2018). The power of a caring/task-involving climate to help students find their life's passion. *Kansas Association for Health, Physical Education, Recreation, & Dance Journal, 90* (1), 49-56.

Breske, M. P., **Fry, M. D.,** Fry, A. C., & Hogue, C. M. (2017). The effects of goal priming on cortisol responses in an ego-involving climate. *Psychology of Sport and Exercise, 32,* 74-82.

Brown, T. C., **Fry, M. D.,** & Moore, E. W. G. (2017). A motivational climate intervention and exercise-related outcomes: A longitudinal perspective. *Motivation Science, 3,* 337-353

Chamberlin, J. & **Fry, M. D**. (2017). High school athletes' perceptions of the motivational climate in their off-season training programs. *Journal of Strength and Conditioning Research, 31*, 736-742.

Fontana, M. S., & **Fry, M. D**. (2017). Creating and validating the shame in sport questionnaire. *Journal of Sport Behavior, 40, 278-296.*

Hogue, C. M., **Fry, M. D.,** & Fry, A. C. (2017). The differential impact of motivational climates on adolescents' psychological and physiological stress responses. *Psychology of Sport and Exercise*, 30, 118-127. http://dx.doi.org/10.1016/j.psychsport.2017.02.004

Fontana, M. S., **Fry, M. D**., & Cramer, E. (2017). Exploring the relationship between athletes' perceptions of the motivational climate to their compassion, self-compassion, shame, and pride in adult recreational sport. *Measurement in Physical Education and Exercise Science, 21,*101-111.

Moore, E. W., G, & **Fry, M. D**. (2017). National franchise members' perceptions of the exercise psychosocial environment, ownership, and satisfaction. *Sport, Exercise, & Performance Psychology*, 6, 188-198.

Moore, E. G. W., & **Fry, M. D.** (2017). Physical education students' ownership, empowerment, and satisfaction with PE and physical activity. *Research Quarterly for Exercise and Sport, 88,*468-478. https://doi.org/10.1080/02701367.2017.1372557

Iwasaki, S., & **Fry, M. D**. (2016). Female adolescent soccer players' perceived motivational climate, goal orientations, and mindful engagement. *Psychology of Sport & Exercis*e, 27, 222-231. http://dx.doi.org/10.1016/j.psychsport.2016.09.002

Armistead Supp. App. 0187

Claunch, J., & **Fry, M. D**. (2016). Native American football coaches' experience of a a motivational climate collaboration with sport psychology researchers. *International Journal of Sport Science & Coaching, 11,* 482-495. DOI: 10.1177/1747954116655047

Brown, T. C., & **Fry, M. D**. (2015). Effects of an intervention with recreation center staff to foster a caring, task-involving climate. *Journal of Clinical Sport Psychology, 9*, 41-58.

Fontana, M., Bass, J., & **Fry, M. D**. (2015). From Smith Center to Coney Island: Examining the coaching climate in the United States sporting culture. *Journal of Contemporary Athletics, 9*, 211-226.

**Fry, M. D.,** & Brown, T. C. (2015). A caring/task-involving climate intervention for youth sport camp leaders. *Kansas Association for Health, Physical Education, and Recreation Journal.*

Moore, E. W. G, Brown, T. C., & **Fry, M. D**. (2015). Psychometric Properties of the Abbreviated Perceived Motivational Climate in Exercise Questionnaire. *Measurement in Physical Education and Exercise Science, 19*(4), 186-199.

Poux, K., & **Fry, M. D**. (2015). Athletes' perceptions of their team motivational climate, career exploration and engagement, and athletic identity. *Journal of Clinical Sport Psychology,9,* 360-372. http://dx.doi.Org/10,1123/jcsp.2014-0050

Brown, T. C. & **Fry, M. D**. (2014). College exercise class climates, physical self concept, and psychological well-being. *Journal of Clinical Sport Psychology, 8, 299-313.*

Brown, T. C. & **Fry, M. D**. (2014). Motivational climate, staff and members' behaviors, and members' psychological well-being at a large national fitness franchise. *Research Quarterly for Exercise and Sport, 85, 208-217.*

Moore, W. E. G, & **Fry, M. D.** (2014). Psychometric support for the Ownership in Exercise and Empowerment in Exercise Scales. *Measurement in Physical Education and exercise Science, 18*, 1-17.

Brown, T. C., & **Fry, M. D**. (2014). Evaluating the pilot of Strong Girls: A life skills/physical activity program for third and fourth grade girls. *Journal of Applied Sport Psychology. 26*, 52-65.

Brown, T. C. & **Fry, M. D**. (2013). Association between females' perceptions of college aerobic class motivational climates and their responses. *Women & Health, 58, 843-857.*

Brown, T. C., **Fry, M. D.,** & Little, T. (2013). The psychometric properties of the Perceived Motivational Climate in Exercise Questionnaire. *Measurement in Physical Education and Exercise Science 17(1), 17-39.*

Hogue, C. M., Pornprasertmanit, S., **Fry, M. D**., Rhemtulla, M., & Little, T. (2013). Planned missing data designs for spline growth models in salivary cortisol research. *Measurement in Physical Education and Exercise Science, 17, 310-325.*

Iwasaki, S., & **Fry, M. D**. (2013). Evaluations of youth sport programs requested by sport administrators. *The Sport Psychologist, 27, 360-371.*

Hogue, C.M., **Fry, M. D**., Fry, A.C., Pressman, S. D. (2013). The influence of a motivational climate intervention on participants' salivary cortisol and psychological responses. *Journal of Sport and Exercise Psychology, 35, 85-97.*

**Fry, M. D.,** Guivernau, M., Kim, M., Newton, M., Gano-Overway, L, & Magyar, M. (2012). Youth perceptions of a caring climate, emotional regulation, and psychological well-being. *Sport, Exercise, & Performance Psychology*, *1(1)*, 44-57.

Huddleston, H., **Fry, M. D.,** & Brown, T. C. (2012). Corporate fitness members' perceptions of the environment and their intrinsic motivation. *Ravista de Psiocologia del Deporte.*

Armistead Supp. App. 0188

21(1),15-23.

Brown, T.C., & **Fry, M. D**. (2011). Helping members commit to exercise: Specific strategies to impact the climate at fitness centers. J*ournal of Sport Psychology in Action, 2,* 70-80.

Brown, T. C., & **Fry, M. D**. (2011). Strong Girls: A physical activity/life skills intervention for girls transitioning to junior high. J*ournal of Sport Psychology in Action, 2,* 57-69.

**Fry, M. D.** (2010). Creating a positive climate for young athletes from day 1. *Journal of Sport Psychology in Action, 1(1), 33-41.*

**Fry, M. D.,** & Gano-Overway, L. (2010). Exploring the contribution of the caring climate to the youth sport experience. *Journal of Applied Sport Psychology, 22(3),* 294-304.

Dodd, R., Brown, T., & **Fry, M**. D. (2010). Young athlete's perceptions of their coaches' and teammates' caring and uncaring behaviors. *Kansas Association of Health Physical Education Recreation and Dance Journal*, *83(1),* 38-45.

Binkley, S. E., **Fry, M. D.,** & Brown, T.C. (2009). The relationship of college students' perceptions of their BMI and weight status to their physical self-concept. *American Journal of Health Education, 40, 139-145.*

Gano-Overway, L. A., Magyar, T. M., Kim, M., Newton, M., **Fry, M. D**., & Guivernau, M. R. (2009). Influence of caring youth sport contexts on efficacy-related beliefs and social behaviors. *Developmental Psychology, 45, 329-340*.

Newton, M., **Fry, M.D.**, Gano-Overway, L., Kim, M., Watson, D., & Givernau, M. (2007). Psychometric properties of the Contextual Caring Scale in a physical activity setting. *Revista de Psicología del Deporte, 16*, 67-84.

Newton, M., Watson, D., **Fry, M**., Gano-Overway, L, Kim, M., & Givernau, M. (2007). The impact of caring in physical activity. *Urban Review, 39, 281-299.*

Haneishi, K., Fry A.C., Moore C.A., Schilling B.K., Li Y., and **Fry M.D.** (2007). Cortisol and stress responses during a game and practice in female collegiate soccer players". *Journal of Strength and Conditioning Research, 21*, 583-588.

Magyar, M., Kim, M., Givernau, M., Gano-Overway, L., Newton, M., & **Fry, M**. (2007). The influence of leader efficacy and emotional intelligence on personal caring. *Journal of Teaching in Physical Education*, *26*, 310-319.

Bone, J., & **Fry, M.D**. (2006). The influence of injured athletes' perceptions of social support from ATCs on athletes' beliefs about rehabilitation. *Journal of Sport Rehabilitation, 15, 156-167*.

Fry, A.C., Ciroslan D., **Fry M.D.**, LeRoux C.D., Schilling B.K., and Chiu L.Z.F. (2006), Anthropometric and performance variables discriminating elite junior weightlifters. *Journal of Strength and Conditioning Research, 20, 861-866*.

Smith, S., **Fry, M. D.**, Ethington, C., & Li, Y. (2005). The effects of athletes' perceptions of their coaching behaviors on their perceptions of the motivational climate. *Journal of Applied Sport Psychology, 17, 1-8.*

**Fry, M. D.,** & Newton, M. (2003). Application of achievement goal theory in an urban youth tennis setting. *Journal of Applied Sport Psychology 15, 50-66*.

Abma, C. L.,**Fry, M. D.**, Li, Y., & Relyea, G. (2002). Differences in imagery content and imagery ability between high and low confident track and field athletes. *Journal of Applied Sport Psychology*, *13*, 341-349.

**Walling, M. D**., Duda, J. L., & Crawford, T. (2002). Goal orientations, outcome, and responses to youth sport competition among high/low perceived ability athletes. *International Journal of Sport Psychology, 14*, 140-156.

Armistead Supp. App. 0189

**Fry, M. D.** [2000).  A developmental examination of children's understanding of task difficulty in the physical domain. *Journal of Applied Sport Psychology*, *12,* 180-202.

**Fry, M. D.** (2000). A developmental analysis of children's and adolescents' understanding of luck and ability in the physical domain. *Journal of Sport and Exercise Psychology*, *22*, 145-166.

Fry, A.C., Webber, J. M., Weiss, L.W., **Fry, M. D**., & Li, Y. (2000).  Impaired performances with excessive high-intensity free-weight training.  *Journal of Strength and Conditioning Research*, *14*, 54-61.

**Fry, M. D.,** & Lattimore, D. (2000).  Fostering a positive motivational climate in physical education.  *Tennessee Educational Leadership Journal*, *27*, 39-43.

**Fry, M. D.,** & Fry, A. C. (1999).  Goal perspectives and motivational responses of elite junior weightlifters.  *Journal of Strength and Conditioning Research, 13*, 311-317.

Newton, M., & **Fry, M. D**. (1998).  Senior Olympians achievement goals and beliefs concerning success.  *Journal of Aging and Physical Activity*, *6*, 256-270.

**Fry, M. D.** (1998).  Al Oerter:  An Olympian's views as seen from a sport psychology perspective. *Strength and Conditioning*, *20*, 7-14.

**Fry, M. D.** & Duda, J. L.  (1997).  A developmental examination of children's understanding of effort and ability in the physical and academic domains.  *Research Quarterly for Exercise and Sport*, *66*, 331-344.

**Walling, M. D**., & Duda, J. L.  (1995).  Goals and their associations with beliefs about success in and perceptions of the purpose of physical education.  *Journal of Teaching in Physical Education, 14*, 140-156.

**Walling, M. D.,** & Duda, J. L.  (1995).  Motivating kids:  Balance learning and fun. *Sport Psychology Training Bulletin*, *4*, 1-8.

Duda, J. L., Chi, L., Newton, M. L., **Walling, M. D.,** & Catley, D.  (1995). Task and ego orientation and intrinsic motivation in sport.  *International Journal of Sport Psychology*, *26*, 40-63.

**Walling, M. D.,** & Martinek, T.  (**1995**).  Learned helplessness in a sixth-grade physical education student:  A case study.  *Journal of Teaching in Physical Education*, *14*, 454-466.

**Walling, M. D.,** Duda, J. L., & Chi, L.  (1993).  The perceived motivational climate in sport questionnaire: Construct and predictive validity.  *Journal of Sport and Exercise Psychology*, *15*, 172-183.

**Invited Book Chapters**

Gano-Overway, L., & **Fry, M. D.** (in press). Caring climates. In L. Davis, R. Keegan, & S. Jowett (Eds.), *Social Psychology of Sport* (Second Edition). Champaign, IL: Human Kinetics.

**Fry, M. D.,** & Fontana, M. (in press). Did you hear the one about the hilarious professor? Yeah, me neither: Incorporating humor in sport psychology to enhance motivation and relieve stress. In K. Vaidya (Ed.), *Teach Exercise & Sport With a Sense of Humor: Why and How to Be a Funnier and More Effective Exercise & Sport Teacher and Laugh All the Way to Your Classroom?* Curious Academic Publishing.

Armistead Supp. App. 0190

**Fry, M. D.,** & Hogue, C. M. (2021). Foundational psychological theories, models, and constructs. *Certified Mental Performance Consultant Essentials Resource Guide.* Association for Applied Sport Psychology.

**Fry, M. D.,** & Moore, E. W. G. (2019). *Motivation in sport: Theory to application*. In M. H. Anshel (Ed.), T. Petrie, E. Labbe, S. Petruzello, & J. Steinfeldt (Assoc. Eds.), APA *handbook of sport and exercise psychology: Vol. 1. Sport psychology.* Washington DC: American Psychological Association.

**Fry, M. D.,** & Hogue, C. M. (2018). Psychological considerations for children in sport and performance. In Oliver Braddick (Ed.), *Oxford Research Encyclopedia of Psychology*. New York: Oxford University Press.

**Fry, M. D.** (2014*)*. Sport and Exercise Psychology as a Venue to Develop "Difference Makers". In K. Vaidya (Ed.), *Exercise and Sports for the Curious: Why Study Exercise and Sports*. Curious Academic Publishing.

**Fry, M. D.** (2001).  The development of motivation in children. In G. Roberts (Ed.), *Motivation in sport and exercise (2nd Ed.)*, pp. 51-78, Champaign, IL: Human Kinetics.

**Book**

**Fry, M. D.,** Gano-Overway, L., Guivernau, M., Kim, M., & Newton, M. (2020). *A Coach's Guide to Maximizing the Youth Sport Experience: Work Hard and Be Kind*. NY: Routledge.

**PRESENTATIONS**
**Invited International Presentations**

**Fry, M. D.** (2019). *Achievement goal perspective theory as a framework for interventions in sport and physical activity*. Autonomous University of Baja California; Ensenada, Mexico.

**Fry, M. D.** (2019). *Utilizing goal orientations as a lens to optimize athletes' motivation*. Autonomous University of Baja California; Ensenada, Mexico.

**Fry, M. D.** (2019). *Building a caring and task-involving climate in sport through words, activities, and core values*. Autonomous University of Baja California; Ensenada, Mexico.

**Fry, M. D.** (2019). *Team building to foster positive relationships on sport teams*. Autonomous University of Baja California; Ensenada, Mexico.

 **Fry, M. D**. (2016). *The power of a caring and task-involving climate in sport*. Children International; Guatemala City, Guatemala/.

**Fry, M. D**. (2005, March). *Creating a positive motivational climate in physical activity settings*. Sao Paulo, Brazil.

Duda, J. L., & **Walling, M. D.** (1993, November).  *Toward a developmental theory of motivation in sport*. University of Barcelona, Barcelona, *Spain.*

**Walling, M. D.** (1993, November). *The examination of Nicholls' developmental theory of motivation in the physical domain*. University of Valencia, Valencia, Spain.

**Walling, M. D.**  (1993, November).  *Motivational aspects in physical education for school-age Children*. National Physical Education Institute, Lleida, Spain.

Duda, J. L., & **Walling, M. D.**  (1993, November).  *A conceptual and empirical examination of the motivational climate created by coaches*. University of Barcelona, Barcelona, Spain.

Armistead Supp. App. 0191

**Refereed Presentations at National Conferences**

Scott, C., **Fry, M. D.,** Wineinger, T. O., & Iwasaki, S. (2021). *Staying positive during the COVID-19 Pandemic: The impact of collegiate team climate*. Association for Applied Sport Psychology, Virtual.

Wineinger, T. O., Rosen, D., & **Fry, M. D.** (2021). *The influence of a motivational intervention on participants' physiological measures of effort and muscle performance*. Association for Applied Sport Psychology, Virtual.

Scott, C., **Fry, M. D.,** Wineinger, T., & Weingartner, H. (2020). *Collegiate sport club athletes' perceptions of the climate on their teams and indices of their psychological well-being*. Association for Applied Sport Psychology, Virtual.

Wineinger, T. O., & **Fry, M. D.** (2020). *A sport psychology lab partners with the Women's Intersport Network (WIN) to optimize young girls' sport camp experiences*. Association for Applied Sport Psychology, Virtual.

**Fry, M. D.,** Claunch, J., Hogue, C. M., Iwasaki, S., & Peynetsa, I. (2019). *A coaching education collaboration for American Indian Youth Sport Coaches on the Zuni Reservation*. Association for Applied Sport Psychology. Portland, OR.

Moore, E. W. G., **& Fry, M. D.** (2018). *Elementary physical education students' motivational climate perceptions predict goal orientations and physical education satisfaction*. International Society of Behavioral Nutrition and Physical Activity. Hong Kong.

Pan, T. Y., Davis, A. M., Atchley, R. A., Forbush, K. T., Wallace, D. P., Savage, C. R., & **Fry, M.D.** (2018). *The longitudinal relationship between obesity and depression in children*. American Psychological Association, San Francisco, CA.

Warlick, C., Krieshok, T., Frey, B., Kerr, B., . . . & **Fry, M. D. (2018).** *Does hope matter? Examining a popular positive psychology construct in a DBT intensive-outpatient community health population*. Association for Behavioral and Cognitive Therapies.

Breske, M., **Fry, M. D.,** A., & Hogue, C. M. (2017). *The effects of goal priming on cortisol responses in an ego-involving climate*. Association for Applied Sport Psychology, Orlando, FL.

Chamberlin, J., **Fry, M. D.,** & Iwasaki, S. (2017). *The influence of high school athletes' perceptions of the motivational climate on athletic identity and academic endeavors*. Association for Applied Sport Psychology, Orlando, FL.

Easton, L., **Fry, M. D.,** & Iwasaki, S. (2017). *The relationship of fitness center members' goal orientations and perceptions of the motivational climate to variables related to well-being and motivational responses*. Association for Applied Sport Psychology, Orlando, FL.

Fontana, M. & **Fry, M. D.** (2017). *Exploring the relationship between motivational climate and shame*. Association for Applied Sport Psychology, Orlando, FL.

**Fry, M. D.,** Thompson, J., Iwasaki, S., & Reid, C. (2017). *Bridging theory, research, and practice in youth sports: sport psychology's partnership with positive coaching alliance to enhance youth sport*. Association for Applied Sport Psychology, Orlando, FL.

Glover, K., **Fry, M. D.,** & Weingartner, H. (2017). *Helping a women's intersport network provide a winning experience for girls in their summer sport camps*, Association for Applied Sport Psychology, Orlando, FL.

Armistead Supp. App. 0192

Iwasaki, S., & **Fry, M. D.** (2017). *An exploration of the relationship among female adolescent athletes' perceptions of the motivational climate, goal orientation, refocusing, and peak ability*. International Society of Sport Psychology 14th World Congress, Sevilla, Spain.

Tyler, E., Warlick, C., Cole, B., & **Fry, M. D.** (2017). *Collegiate student-athletes' perceptions of their sport team climate and level of hope*. Association for Applied Sport Psychology, Orlando, FL.

Tyler, E., Warlick, C., Cole, B., & **Fry, M. D.** (2017). *Relationship among student-athletes' perceptions of the climate, locker room talk, and sexual behaviors.* Association for Applied Sport Psychology, Orlando, FL.

Hogue, C. M., **Fry, M. D.,** & Fry, A. C. (2017). *Adolescents' Physiological Stress Responses to Motivational Climate in a Physical Education Setting*. Society for Physical Education and Health, Boston, MA.

Claunch, J. & **Fry, M. D.** (2016). *Setting the stage for a motivational climate collaboration*. Association for Applied Sport Psychology, Phoenix, AZ.

Chamberlin, J., **Fry, M. D.,** & Iwasaki, S. (2016). *High school athletes' perceptions of the motivational climate in their off-season Training Programs*. Association for Applied Sport Psychology, Phoenix, AZ.

Easton, L., Iwasaki, S., & **Fry, M. D.** (2016). *The relationship of members' perceptions of the motivational climate to their Psychological well-being at a university medical center fitness facility*. Association for Applied Sport Psychology, Phoenix, AZ.

**Fry, M. D.,** Iwasaki, S., Vanorsby, H., & Breske, M. (2016). *Masters' swimmers' perceptions of the climate in their training facilities and their motivational responses*. Association for Applied Sport Psychology, Phoenix, AZ.

**Fry, M. D.,** Solomon, G., Iwasaki, S., Madeson, M., Vanorsby, H., Meisinger, R., & Haberer, J. (2016). *Division I athletes' perceptions of their team climate, mental skills, and mindfulness*. Association for Applied Sport Psychology, Phoenix, AZ.

Hogue, C. M., **Fry, M. D.,** & Fry, A. C. (2016). *Physiological and psychological stress responses to a motivational climate intervention*. Association for Applied Sport Psychology, Phoenix, AZ.

Fontana, M., & **Fry, M. D.** (2016). *Creating and validating the Shame in Sport Questionnaire.* Association for Applied Sport Psychology, Phoenix, AZ.

Hogue, C. M., & **Fry, M. D.** (2016). *Leader observations of participant behaviors during a motivational climate intervention: A qualitative investigation*. Association for Applied Sport Psychology, Phoenix, AZ.

Iwasaki, S., & **Fry, M. D.** (2016). *Male High School Athletes' Perceptions of Their Team Climate and Mindful Engagement*. Association for Applied Sport Psychology, Phoenix, AZ.

Iwasaki, S., **Fry, M. D.,** Vanorsby, H., Breske, M. (2016). *Master swimmers' perceptions of the climate in their training facilities and their motivational responses*. Association for Applied Sport Psychology, Phoenix, AZ.

Brown, T. C., M. S., **Fry, M. D.,** Breske, M., Iwasaki, S., & Wilkinson, T. (2015). *High school athletes' perceptions of their sport team climate and their willingness to report concussion symptoms*. Association for Applied Sport Psychology, Indianapolis, IN.

**Fry, M. D**., Brown, T. C., Iwasaki, S., Breske, M., & Wilkinson, T. (2015). *Middle school athletes' perceptions of their sport team climate and their willingness to report concussion symptoms*. Association for Applied Sport Psychology, Indianapolis, IN.

Armistead Supp. App. 0193

**Fry, M. D.,** & Easton, L. (2015). *Health in Action: Helping students design creative interventions onsite*. Kansas Alliance for Physical Education, Health, Recreation, & Dance, Wichita, KS.

Fontana, M. S., Iwasaki, S., Hogue, C., Claunch, J., Poux, K., & **Fry, M. D.** (2014). *Initiating mental skills training with a high school freshman baseball*. Association for Applied Sport Psychology, Las Vegas, NE.

Fry, A.C., **Fry, M. D.**, Sterczala, A. J., Chiu, L. Z. F., Schilling, B., & Weiss, L. W. (2014). *High power resistance exercise overreaching can be monitored with a training questionnaire*. National Strength and Conditioning Association, Las Vegas, NE.

Medina, R, **Fry, M. D.,** & Iwasaki, S. (2014). *Youngsters' perceptions of the climate and their experiences in recreational exercise classes*. Association for Applied Sport Psychology, Las Vegas, NE.

Rosen, D., & **Fry, M. D.** (2014). *Motivational climate and seniors' experiences in group exercise classes*. Association for Applied Sport Psychology, Las Vegas, NE.

Hogue, C. M., & **Fry, M. D.** (2013). *A qualitative examination of participant reactions to a motivational climate intervention*. Association for Applied Sport Psychology, New Orleans, LA.

Kwon, S., & **Fry, M. D.** (2013*). Mediational role of interest and intrinsic motivation between perceived caring climate and satisfaction and attitudes among physical education students*. Association for Applied Sport Psychology, New Orleans, LA.

Moore, E. W. G., & **Fry, M. D.** (2013). *PE teachers' perspective on a motivational climate professional development session*. Association for Applied Sport Psychology, New Orleans, LA.

Claunch, J. & **Fry, M. D.** (2013). *Transformative learning experience: Collegiate football coaches' perceptions of participating in a motivational climate intervention*. Association for Applied Sport Psychology, New Orleans, LA.

Moore, E. W. G., & **Fry, M. D.** (2012). *Goal orientations, motivational climate, and outcomes in physical education across one semester*. Association for Applied Sport Psychology to held in Atlanta, GA.

Kwon, S., & **Fry, M. D.** (2012). *The change of physical educators' enjoyment and intrinsic motivation of track and field through PST*. Association for Applied Sport Psychology, Atlanta, GA.

Iwasaki, S., & **Fry, M. D.** (2012). *Physical education students' perceptions of the climate and their psychological well-being*. Association for Applied Sport Psychology, Atlanta, GA.

Hogue, CM., **Fry, M.D.,** Fry, A.C., & Pressman, S. D. (2012). *Participant salivary cortisol and psychological responses to a motivational climate intervention*. Association for Applied Sport Psychology, Atlanta, GA.

**Fry, M. D.,** Brown, T. C., & Iwasaki, S. (2012). *Girls' self perceptions after participating in a positive life skills/physical activity program*. Association for Applied Sport Psychology, Atlanta, GA.

Brown, T. C., & **Fry, M. D.** (2012). *Results of a caring, task-involving climate intervention at a recreation center*. Association for Applied Sport Psychology, Atlanta, GA.

Kwon, S., & **Fry, M. D.** (2011). *The effects of athletes' self-management on their self-confidence*. Association for Applied Sport Psychology, Honolulu, HI.

Andre, M. J., Fry, A.C., Gallagher, P. M., Vardiman, P., **Fry, M. D.** Kudrna, B., Gandy-Moody,

Armistead Supp. App. 0194

N., & McCartney, M. (2011). *The effects of a pre-workout caffeine supplement on endogenous growth hormone levels.* A presentation made at the meeting of the National Strength and Conditioning Association, Las Vegas, NE.

Hogue, C. M., Iwasaki, S., & **Fry, M. D.** (2011). *A case study of a physical activity/mental skills training intervention with a young athlete.* Association for Applied Sport Psychology, Honolulu, HI.

Iwasaki, S., & **Fry, M. D.** (2011). *The exploration of motivational climate in a youth sport basketball camp.* Association for Applied Sport Psychology, Honolulu, HI.

**Fry, M. D.** (2011). *From the Strong Girls' viewpoints: Research results from semester 1.* Association for Applied Sport Psychology, Honolulu, HI.

**Fry, M. D.** (2011). *The exercise climate: An introduction to the research on examining task-involving and caring climates in the exercise domain.* Association for Applied Sport Psychology, Honolulu, HI.

**Fry, M. D.,** Hogue, C. M., Sauer, S. (2011). *Using digital storytelling as a creative tool in health.* American Alliance of Health, Physical Education, Recreation, & Dance, San Diego, CA.

Kwon, S., & **Fry, M. D.** (2010). *Relationship of exercisers' perceptions of the motivational climate to their flow experience.* Association of Applied Sport Psychology, Providence, RI.

Iwasaki, S., Merczek, K., & **Fry, M. D.** (2010). *Young athletes' experiences in a volleyball camp.* Association of Applied Sport Psychology, Providence, RI.

Iwasaki, S., Sogabe, A., **Fry, M. D.,** & Christensen, E. (2010, June). *Differences in aggression and social skills among judo and non-judo practitioners.* American College of Sports Medicine, Baltimore, MD.

Hogue, C. M., **Fry, M. D.,** & Brown, T. C. (2010). *Incorporating team building activities in a summer day camp for children: Lessons learned.* Association of Applied Sport Psychology, Providence, RI.

Brown, T. C., & **Fry, M. D.** (2010). *Caring climate intervention for sport skills and fitness camp leaders.* Association of Applied Sport Psychology, Providence, RI.

Brown, T. C., & **Fry, M. D.** (2010). *Teaching life skills in a physical activity after-school program.* American School Health Association, Kansas City, MO.

Moore, E. W., & **Fry, M. D.** (2009). *The effect of a caring and task-involving climate on student empowerment and ownership in physical activity classes.* Association for Applied Sport Psychology, Salt Lake City, UT.

Kwon, S., & **Fry, M. D.** (2009). *Members' perceptions of their fitness club climate and their exercise flow.* Association for Applied Sport Psychology, Salt Lake City, UT.

Hogue, C. M., **Fry, M. D.,** & Dodd, R. (2009). *Athletes' perceptions of the climate at their training centers and their motivational responses.* Association for Applied Sport Psychology, Salt Lake City, UT.

**Fry, M. D.** (2009). *From theory to practice: Creating positive and caring environments in the real world.* Association for Applied Sport Psychology, Salt Lake City, UT.

Brown, T. C., & **Fry, M. D.** (2009). *Students' perceptions of their exercise class environment and their psychological well-being.* Association for Applied Sport Psychology, Salt Lake City, UT.

Marshall, K., Stephens, L., Grindle, V., **Fry, M. D.,** & Li, Y. (2009). *Mental imagery and EEG*

Armistead Supp. App. 0195

*activity in elite and novice collegiate soccer players*. Association for Applied Sport Psychology to be, Tampa, FL.

Brown, T. C., & **Fry, M. D.** (2009). *Participants' perceptions of a caring and positive climate in their exercise classes*. American Alliance of Health, Physical Education, Recreation, & Dance, Tampa, FL.

**Fry, M. D.**, Dodd, R. K., & Brown, T. C. (2008). *Young athletes' perceptions of their coaches' and teammates' caring and uncaring behaviors*. Association for Applied Sport Psychology, St. Louis, MO.

Binkley, S.E., & **Fry, M. D.** (2007). *The relationship of college students' perceptions of their BMI and weight status to their physical self-concept.* Association for Applied Sport Psychology, Louisville, KY.

Smith, H., **Fry, M.D.**, Li, Y., & Weiss, L. (2006). *The relationship of anxiety and self-confidence to treadmill exercise tolerance tests performance by sedentary obese women*. Association for the Advancement of Applied Sport Psychology, Miami, FL.

McCarty, L., **Fry, M.D.**, & Curly, C. (2006). *The relationship of a caring climate to motivational responses and psychological well-being in youth baseball*. Association for the Advancement of Applied Sport Psychology, Miami, FL.

Gano-Overway, L. A., Newton, M., Magyar, AM., **Fry, M. D**., Kim, M., & Guivernau, M. (2006). *Caring, self-regulatory efficacy, empathic efficacy, and prosocial/antisocial behaviors in a physical activity setting.* Association for the Advancement of Applied Sport Psychology, Miami, FL.

Fry, A.C., Haneishi, K., Moore, C.A., Schilling, B.K., Li, Y., & **Fry, M.D.** (2006). *Cortisol and stress responses during a game and practice in female collegiate soccer players*. National Conference on Student Assessment, Washington, D.C.

Bricker, J. B., & **Fry, M. D** (2005). *The influence of injured athletes' perceptions of social support from their certified athletic trainers on athletes' beliefs about rehabilitation*. Association for the Advancement of Applied Sport Psychology, Vancouver, British Columbia, Canada.

Magyar, M., Guivernau, M., Gano-Overway, L., Newton, M., **Fry, M.D.**, Kim, M., & Watson, D. (2005). *Exploring the relationship between the caring climate and achievement goal theory among underserved youth in physical activity*. American Alliance of Health, Physical Education, Recreation & Dance, Chicago, IL.

**Fry, M.D.,** & Newton, M. (2004, September). *The development of the Caring Climate Questionnaire*. Association for the Advancement of Applied Sport Psychology, Minneapolis, MN.

Smith, S., **Fry, M.D.,** & Ethington, C. (2004, September). *The effect of female athletes' perceptions of their coaches' behaviors on their perceptions of the motivational climate.* Association for the Advancement of Applied Sport Psychology, Minneapolis, MN.

McCay, K., & **Fry, MD.** (2004, September). *The examination of goal perspective theory in relationship to measures of psychological well-being.* Association for the Advancement of Applied Sport Psychology, Minneapolis, MN.

McCay, K., & **Fry, M.D.** (2004, March). *Predictors of adolescent depression: The role of physical activity and body image*. Society of Behavioral Medicine, Baltimore, MD.

Henry, H., & **Fry, M.D.** (2003, October). *Corporate fitness members' perceptions of the*

Armistead Supp. App. 0196

*motivational climate, their intrinsic motivation, and perceptions of being valued by their employer*. Association for the Advancement of Applied Sport Psychology, Philadelphia, PA.

**Fry, M.D.,** Pittman, L., McCay, K., & Wendell, M. (2003, October). *A qualitative examination of underserved 4th grade girls' views about physical education*. Association for the Advancement of Applied Sport Psychology, Philidelphia, PA.

**Fry, M. D.,** Abma, C., Wood, J., & Melland, B. (2002, October). *The effects of an after-school physical activity and life skills program on 4th graders' self concept, motivational perspectives, and fitness levels*. Association for the Advancement of Applied Sport Psychology, Tucson, AZ.

Abma, C., & **Fry, M. D**. (2002, October). *The effects of an imagery intervention on the trait confidence levels of female college volleyball players*. Association for the Advancement of Applied Sport Psychology, Tucson, AZ.

Duda, J.L., Smith, M., & **Fry, M. D**. (2002, June). *An examination of learned helpless responses among young children engaged in physical tasks*. North American Society for the Psychology of Sport and Physical Activity, Baltimore, MD.

Newton, M., **Fry, M.D.,** & Bernhardt, P. (2001, October). *Examination of the interactive relationship of goal orientations, perceptions of the motivational climate, and perceived ability in youth tennis players*. Association for the Advancement of Applied Sport Psychology, Orlando, FL.

Abma, C. & **Fry., M. D**. (2001, May). *A qualitative examination of underserved 8th grade female students' attitudes about physical education.* 10th World Congress of Sport Psychology held in Skiathos, Greece.

Lattimore, D., **Fry, M. D.,** & Balas, C. (2000, October). *Students' perceptions of the motivational climate and their motivational responses in physical education*. Association for the Advancement of Applied Sport Psychology, Nashville, TN.

**Fry, M. D.,** Lattimore, D., & Balas, C. (2000, October). *A developmental examination of children's accuracy in judging their physical ability in physical education*. Association for the Advancement of Applied Sport Psychology, Nashville, TN.

**Fry, M.D.,** & Newton, M. (1999, September). *Goal orientations, perceptions of the motivational climate, and motivational responses of urban youth tennis players*. Association for the Advancement of Applied Sport Psychology, Banff, Canada.

**Fry, M. D.,** Lattimore, D., & Balas, C. (1999, September). *A developmental analysis of conceptions of effort and physical ability among underserved youth*. Association for the Advancement of Applied Sport Psychology, Banff, Canada.

Harber, M. P., **Fry, M. D.,** & Fry, A. C. (1998). *Sources of stress identified by elite collegiate weightlifters*. A paper presented at the annual meeting of the National Strength and Conditioning Association, Nashville, TN.

**Fry, M. D.,** Fry, A. C., & Newton, M. (1997, September). *Sources of stress identified by elite junior weightlifters*. Association for the Advancement of Applied Sport Psychology, San Diego, CA.

Newton, M., **Fry, M. D**., & Sandberg, J. (1997). *Goal orientations and purposes of sport and beliefs concerning success among senior Olympians*. North American Society for the Psychology of Sport and Physical Activity, Denver, CO.

**Fry, M. D.** (1997, March). *Symposium: Goal perspectives in physical education and sport:*

Armistead Supp. App. 0197

*Theory into practice*. American Alliance for Health, Physical Education, Recreation, and Dance, St. Louis, MO.

**Fry, M. D.** (1996, October). *Children's understanding of luck and ability: A developmental analysis*. Association for the Advancement of Applied Sport Psychology, Williamsburg, VA.

**Fry, M. D.** (1996, October). *The motivational climate in sport and physical education: An introduction to theory and research*. Association for the Advancement of Applied Sport Psychology, Williamsburg, VA.

**Fry, M. D.,** & Fry, A. C. (1996, June). *Goal perspectives and motivational responses of elite junior weightlifters*. National Strength and Conditioning Association, Atlanta, GA.

**Fry, M. D.,** & Alexander, C. (1996, June). *Children's understanding of task difficulty: A developmental analysis.* North American Society for the Psychology of Sport and Physical Activity, Cleveland's House, Canada.

Duda, J. L., & **Walling, M. D.** (1995, October). *Views about the Motivational climate and their self perceptions/affective correlates: The case for young elite female gymnasts.* Association for the Advancement of Applied Sport Psychology, New Orleans, LA.

Newton, M. L., & **Walling, M. D.** (1995, October). Goal orientations and beliefs about the causes of success among senior Olympic games participants. North American Society for the Psychology of Sport and Physical Activity, Asilomar, CA.

**Walling, M. D.** (1994, October). *Developmental differences in children's views regarding physical competence*. Association for the Advancement of Applied Sport Psychology, Lake Tahoe, NV.

**Walling, M. D.,** & Duda, J. L. (1994, June). *Children's understanding of effort and ability in the physical domain*. North American Society for the Psychology of Sport and Physical Activity, Clearwater Beach, FL.

**Walling, M. D.,** Duda, J. L., Newton, M., & White, S. (1993, October). *The Task and Ego Orientation in Sport Questionnaire: Further analysis with youth sport participants*. Association for the Advancement of Applied Sport Psychology, Montreal, CANADA.

**Walling, M. D.,** & Duda, J. L. (1993, March). *Goals and their associations with beliefs about success in and perceptions of the purpose of physical education*. American Alliance for Health, Physical Education, Recreation, and Dance, Washington, DC.

**Walling, M. D.** (1993, February). *Children's conceptions of effort and ability in the physical domain: A dissertation in progress*. Midwest Sport Psychology Symposium, Miami University, Oxford, OH.

**Walling, M. D.,** Duda, J. L., & Crawford, T. (1992, October). *The relationship between goal orientations and positive attitudes toward sport and exercise among young athletes*. Association for the Advancement of Applied Sport Psychology, Colorado Springs, CO.

**Walling, M. D.,** Duda, J. L., & Crawford, T. (1992, June). *The psychometric properties of the perceived motivational climate in sport questionnaire: Further investigation*. North American Society for the Psychology of Sport and Physical Activity, Pittsburgh, PA.

**Walling, M. D.,** Crawford, T., Duda, J. L., & Wigglesworth, J. (1992, April). *Are we having fun yet and will we want to play again?: The interrelationships between goal perspectives and other motivational variables in youth sport athletes*. American Alliance for Health, Physical Education, Recreation, and Dance, Indianapolis, IN.

**Walling, M. D.,** & Catley, D. (1992, April). J*ack and Jill in physical education class: Do they*

Armistead Supp. App. 0198

*think their instructor treats them differently?* American Alliance for Health, Physical Education, Recreation, and Dance, Indianapolis, IN.

**Walling, M. D.,** & Catley, D. (1992, February). *Sex role stereotyping among college instructors and students' perceptions of instructor gender bias.* Midwest Sport Psychology Symposium, Purdue University, West Lafayette, IN.

**Walling, M. D.,** Catley, D., & Taylor, A. (1991, June). *The interrelationships between goal perspectives, perceived competence, and indices of intrinsic motivation*. North American Society for the Psychology of Sport and Physical Activity, Asilomar, CA.

**Walling, M. D.** (1991, April). *Learned helplessness: A case study of a sixth-grade physical education student*. American Alliance for Health, Physical Education, Recreation and Dance, San Francisco, CA.

**Webinar**

Fry, M. D., & Hogue, C. M. (2019). *Theories and Models in Sport Psychology: A Review.* Association for the Advancement of Applied Sport Psychology.

**State/Regional Presentations**

Gray, R., & **Fry, M. D.** (2020). *Employing a buddy system to foster physical activity among college students with a physical disability.* Midwest Sport Psychology Symposium, Illinois State University.

Wineinger, T., & **Fry, M. D.** (2020). A collaboration between a sport psychology lab with a youth sport organization: Helping WIN create an optimal sport experience. Midwest Sport Psychology Symposium, Illinois State University.

**Fry, M. D.** (2018). *Three ideas for incorporating sport psychology into practice and competition*. Greenbush Coaches' Workshop.

**Fry, M. D.** (2018). *Three more ideas for incorporating sport psychology into practice and competition*. Greenbush Coaches' Workshop.

**Fry, M. D.** (2017). *Sport Psychology: Setting a Positive Tone for the Team* (Sessions A & B, repeated). Greenbush Fall Coaches' Workshop.

**Fry, M. D.** (2016). *KU Graduate Programs in Health, Sport & Exercise Science*. Morehouse College Graduate Program Fair (February, 2016).

**Fry, M. D.** (2016, Fall). *Keys to Helping Athletes Develop Strong Mental Skills: The Role of Sport Psychology*. Keynote for Greenbush Coaching Conference, Eudora, KS.

**Fry, M. D.** (2016, Spring). *Working with and bringing out the best in difficult athletes*. Greenbush Coaching Conference, Eudora, KS.

**Fry, M. D.** (2015). *Bringing out the Best in Every Swimmer: The Contribution of Sport Psychology*. Keynote delivered to US Master Swim at their National Conference; Kansas City, KS.

**Fry, M. D.** (2015). *Caring Climates for Physical Activity Settings*. University of Milwaukee, Wisconsin.

**Fry, M. D.** (2015). *Creating a Caring Climate to Maximize Athletes' Potential On and Off the Field*. Keynote presented at the Positive Coaching Alliance Trainers' Institute.

**Fry, M. D.** (2015). *Maximizing Athletes' Potential On and Off the Field*. Keynote delivered to X's and O's Coaching Education Workshop, Emporia State University, Emporia, KS.

**Fry, M. D.** (2015). *Setting the Stage for Coaches to Optimize Athletes' Motivation*. Big XII invited lecture at Texas Christian University; Fort Worth, TX.

**Fry, M. D.,** Moore, E., W., G., Iwasaki, S., Fontana, M., Hogue, C., Claunch, J., & McGhee, R. (2012). *Building Mentally Strong Athletes: Ideas for Incorporating Mental Skills Training with Sport Teams*. Kansas Alliance for Health, Physical Education, Recreation, & Dance in Lawrence, KS.

**Fry, M. D.** (2012). *Strong Girls: Hearing About the Benefits of a Physical Activity/Positive Life Skills Program from the Leaders and Kids*. Kansas Alliance for Health, Physical Education, Recreation, & Dance in Lawrence, KS.

Moore, E. W., & **Fry, M. D**. (2010). *Kids don't care what you know until they know that you care: Tips for building caring environments*. Kansas Alliance for Health, Physical Education, Recreation & Dance, Wichita, KS.

Brown, T., **Fry, M. D**., & Hogue, C. (2010). *Positive life skills for every walk of life*. Kansas Alliance for Health, Physical Education, Recreation & Dance, Wichita, KS.

**Fry, M. D.,** Brown, T., Moore, E. W., Hogue, C., Sauer, S., & Beyer, J. (2010). *Team time: Team building activities for any group to use and process*. Kansas Alliance for Health, Physical Education, Recreation & Dance, Wichita, KS.

Williamson, K., & **Fry, M. D.** (2009). *Bringing out the best in your athletes: Making sport fun again while enhancing your team's competitive edge*. Kansas Alliance for Health, Physical Education, Recreation & Dance, Pittsburg, KS.

Moore, W. E., & **Fry, M. D.** (2009). *Are we building character or characters?: Strategies for promoting integrity among young athletes*. Kansas Alliance for Health, Physical Education, Recreation & Dance held in Pittsburg, KS.

Brown, T. C., & **Fry, M. D.** (2009*). Ideas to implement in a youth physical activity life skills program*. Kansas Alliance for Health, Physical Education, Recreation and Dance held in Pittsburg, KS.

**Fry, M. D.,** Dodd, R., Brown, T. C. (2008). *Getting them interested and coming back: Creating a positive and caring environment in exercise settings.* Kansas Association of Health, Physical Education, Recreation and Dance, Emporia, KS.

**Fry, M. D.** (2005). *Creating a Positive Climate and Optimizing Motivation in Physical Education & on Sport Teams.* An invited presentation for the Lutheran Schools Midsouthern Regional Conference held in Memphis, TN.

**SUPPORT**

| **EXTERNAL FUNDING** | **AGENCY/SOURCE** | **AMOUNT** | **PERIOD** |
|---|---|---|---|
| Creating Optimal Climate for Youth With Congenital Heart Disease | American Council on Exercise | $2400 | 2021-2022 |
| Climate Free Throw Intervention | Association for Applied Sport Psychology | $4980 | 2021-2022 |
| Strong Girls | Association for Applied Sport Psychology | $4625 | 2019-2020 |
| Rock Chalk, Zuni | Running Strong for American Indian Youth | $5000 | 2017-2018 |
| KU PCA Initiative | Positive Coaching Alliance/ | $75,000 | 2017-2020 |

| | David and Margaret Shirk Physical Education Programs Fund | | |
|---|---|---|---|
| Strong Girls: A positive life skills intervention for 3rd-5th girls | Kohl's Cares for Kids | $4000 | 2011 |
| Students' salivary stress responses when juggling in two distinct motivational climates | Association of Applied Sport Psychology | $2800 | 2010-11 |
| Effects of resistance exercise and a Pre-workout dietary supplement on Physiological adaptations | Labrada | $5000 | 2010 |
| Strong Girls: A positive life skills physical activity intervention for elementary school girls | Association of Applied Sport Psychology | $3220 | 2009-10 |
| Fostering & maintaining motivation among urban youth tennis players | United States Tennis Association | $10,000 | 1997-98 |

| **EXTERNAL PROPOSALS NOT FUNDED** | **AGENCY/SOURCE** | **AMOUNT** | **PERIOD** |
|---|---|---|---|
| Children's International Guatemala & US Collaboration | ASportsUnited: International Sports Programming Initiative | $224,953 | 2012 |
| Dare to Care: Tackling Childhood Obesity | Albert Foundation | $46,000 | 2013 |
| Strong Girls: A positive life skills/physical activity program | Live-Well Lawrence-Kansas Health Foundation | $5000 | 2011 |
| Strong Girls: A positive life skills/physical activity program for girls | Payless Foundation | $15, 000 | 2011 |
| Strong Girls: A positive life skills/ Physical activity program for children | Sprint Foundation | $168, 000 | 2011 |

| **SUPPORT INTERNAL FUNDING** | **AGENCY/SOURCE** | **AMOUNT** | **PERIOD** |
|---|---|---|---|
| Research Excellence Initiative" A Collaboration to Train Biology Lab Instructors to Create a Caring & Task Involving Climate | University of Kansas; College of Liberal Arts & Sciences | $30, 000 (under review) | 2019-2020 |

Armistead Supp. App. 0201

| | | | |
|---|---|---|---|
| Strong Girls: A community life skills/physical activity research and service project for elementary girls in Lawrence. | University of Kansas KU SOE Academic Year Research Support | $8000 | 2011 |
| Examining the motivational climate in a national fitness company. | University of Kansas Faculty Research Grant | $5000 | 2010 |
| Strong Girls: A physical activity and life skills intervention for faculty adolescent girls. | University of Kansas Research Grant | $6000 | 2009 |
| A team building/mental skills intervention for children enrolled in a summer camp. | University of Kansas New Faculty Research Grant | $8000 | 2008 |
| The relationship between young athletes' perceptions of a caring climate on their sport teams to their motivational responses | University of Memphis Faculty Research Grant | $6000 | 2005 |
| Effect of a strength training intervention for underserved elementary students | University of Memphis Faculty Research Grant | $4000 | 2000-02 |
| An examination of black females' perceptions of physical activity | Center for Research on Educational Policy, University of Memphis | $5000 | 2000 |
| Children's perceptions of ability and their motivational responses in physical education class. | Center for Research on Educational Policy, University of Memphis | $3800 | 1999 |
| The motivational implications of students' understanding of effort and ability in the physical domain. | University of Memphis Faculty Research Grant | $4000 | 1995 |
| Children's understanding of luck and ability, and task difficulty. | University of Memphis Faculty Research Grant | $3000 | 1994 |
| Developmental differences in children's conceptions of ability, effort, and task difficulty in the physical domain. | Purdue Foundation Grant | $9,900 (per year for 2 years) | 1992-94 |

Armistead Supp. App. 0202

**Memberships in Professional Organizations**

American Psychological Association (2017-present)

American Alliance for Health, Physical Education, Recreation, and Dance (1988-2017).

Association for Applied Sport Psychology, Member (1991-present).

Kansas Alliance for Health, Physical Education, Recreation, & Dance (2008-present).

North American Society for the Psychology of Sport and Physical Activity, Member (1988-2000).

Indiana Association for Health, Physical Education, Recreation, and Dance, Member (1993-1994).

Tennessee Association for Health, Physical Education, Recreation, and Dance, Member (1994-2000).

**Teaching Responsibilities:**

**Undergraduate**

| | |
|---|---|
| EXSS 3307 | Psychosocial Aspects of Sport [UMemphis] |
| EXSS 3450 | Psychological Aspects of Exercise [UMemphis]* |
| EXSS 4605 | Internship in Exercise & Sport Science [UMemphis] |
| EXSS 4999 | Senior Project in Health, Physical Education, & Recreation [UMemphis]* |
| HSES 385 | Psychological Aspects of Exercise [KansasU]* |
| HSES 440 | Applied Sport Psychology [KansasU]* |

**Graduate**

| | |
|---|---|
| EXSS 7173 | Sport and Exercise Psychology [UMemphis]* |
| EXSS 6903 | Developmental Perspectives in Youth Sport [UMemphis]* |
| EXSS 7133 | Current Readings:  Motivation in Physical Activity Settings [UMemphis]* |
| EXSS 7907 | Special Topics: Applied Sport Psychology [UMemphis]* |
| HSES 798 | Special Course: Creating a Positive Environment in Physical Activity Settings [KansasU]* |
| HSES 798 | Special Course: Sport Psychology Within Youth Sport [KansasU]* |
| HSES 798 | Special Course: Advanced Sport Psychology [KansasU]** |
| HSES 804 | Sport Psychology [KansasU]** |
| HSES 806 | Stress Management [KansasU]* |
| HSES 823 | Behavior Modification [KansasU] |
| HSES 892 | Psychological Foundations of Sport and Physical Activity [KansasU] * |
| HSES 982 | Research Ethics [KansasU] |

*Courses I developed.

**Community Presentations**

**Fry, M. D.** (November, 2017). *Lead campus participation in celebration of World Kindness Day.*

**Fry, M. D.** (June, 2016). *Mental Skills: A Key Ingredient for Excellence in Cross* Country. Workshop for Eudora High School Cross Country Team; Eudora, KS.

**Fry, M. D.** (2016). *Creating a Caring and Task-Involving Climate in CI's Game On Program*. A presentation for CI Employees at the International Headquarters Office in Kansas City, KS.

**Fry, M. D.** (2016). *Team Building: The Potential for Children International*. Workshop for Children International Employees at the National Headquarters office in

Armistead Supp. App. 0203

Kansas City, KS.

**Fry, M. D.** (2015). *Activities and Strategies to Help Children and Adolescents Thrive in Physical Activity Settings.* Topeka Parks and Recreation Conference; Topeka, KS.

**Fry, M. D.** (2015). *Fostering Wellness at the Worksite.* Live Well Lawrence; Lawrence, KS.

**Fry, M. D.** (2011, Nov.). Guest panelist for KU Alternative Breaks, University of KS

**Fry, M. D.** (2011, Nov.). Guest speaker for Multicultural Education, University of KS.

**Fry, M. D.** (2011, Nov.). Guest speaker for Coaching Football Class, University of KS.

**Fry, M. D.** (2011, Oct.). Guest speaker for KU Bowling Team, University of KS.

**Fry, M. D.** (2011, April). Guest speaker for Positive Psychology Class, University of KS.

**Fry, M. D.** (2011, March). Guest speaker for Coaching Softball Class, University of KS.

**Fry, M.D.** (2011, Feb.). Guest speaker for Coaches Meeting for Sunflower Soccer Association, Topeka, KS.

**Fry, M. D.** (2010). Guest speaker for Healthy Musicians Class (2-hour workshop), University of KS.

**Fry, M. D.** (2009). Guest speaker for Life Skills Class at Atchison Community High School, KS.

**Fry, M. D.** (2005, Feb.). Caring communities within physical activity settings. An invited presentation to a Memphis Chapter of the Philanthropic Educational Organization.

**Fry, M. D.** (2001-present). Coordinate mental skills and physical activities for youngsters (i.e., cancer patients & their siblings) at Target House in Memphis, TN. Have conducted approximately 12 1.5-2 hour sessions.

**Fry, M. D.** (2002, July 17th). The role of sport psychology in the prevention of and rehabilitation after injury. A presentation for coaches attending the Memphis Interscholastic Athletic Association Conference.

**Fry, M. D.** (May, 2002). Presented stress management session for Cancer Support Group at Pentecostal Church in Memphis, TN.

**Fry, M. D.** (2001-present). Coordinate mental skills and physical activities for youngsters (i.e., cancer patients & their siblings).

**Fry, M. D.** (2000 & 2001, March-April). Coordinator for Short Putts to Spring Workshops for the MidSouth Junior Golf Association. Presenter for 2 of the 5 workshops on team building skills.

**Fry, M. D.** (1996). Optimizing arousal levels in tennis. A presentation to the Women's tennis team at The University of Memphis.

**Fry, M. D.** (1995, October). *Mental skills training in track and field.* A presentation to the Women's track and cross country teams at The University of Memphis.

**Walling, M. D.** (1995, February). *Maximizing your children's motivation in swimming: An educational sport psychology perspective.* A presentation to the Booster Club parents of the University of Memphis Swim Club.

**Walling, M. D.** (1995, February). *Fostering effort and enjoyment with your tennis players: A sport psychology perspective.* An invited talk which was part of a workshop sponsored by the USTA, the National Umpires Association and the Memphis City Schools for high school tennis coaches.

**Walling, M. D.** (1994). *Sport psychology with a developmental twist.* An invited presentation to the Sport Psychology Colloquium, Department of Psychology, University of Memphis.

**Walling, M. D.** (1993, October). *The influence of parents on young gymnasts' levels of stress and motivation.* An invited presentation sponsored by the United States Gymnastics Federation, Indianapolis, IN.

Armistead Supp. App. 0204

**Walling, M. D.** (1992, October).  *The mechanics of sport psychology:  What we do and how it impacts you and your family.*  Presentation to the Purdue Mechanical Engineering Advisory Board Spouses.

**Walling, M. D.** (1991, July).  *Stress Management.*  Invited presentation sponsored by the National Institute for Fitness and Sport.

**Walling, M. D.,** & Newton, M.  (1991, October).  *Sport Psychology for the Weekend Athlete.*  Invited presentation sponsored by the Eli Lilly Corporation, Indianapolis, IN.

## Departmental/University Service

KU Faculty Research Grant Review Committee (2021-2023)
Wolfe Teaching Award, School of Education (2021)
KU Title IX Committee (2020)
Kansas Women's Leadership Institute, Net-Walk Mentor Participant (2016-2017).
KU Certificate in Sport Committee (2017-2018).
KU Center for Undergraduate Research, Advisory Board (2016-2018).
KU Calendar Committee (2016-2018; Chair, 2017-2019).
SOE Scholarship & Awards Committee (2013-2019).
SOE Convocation Volunteer (2009-present).
HSES Faculty Search Committees (2009, 2010, 2012, 2013, 2014, 2015).
HSES Scholarship & Awards Committee (2010-2013), University of Kansas.
HSES Personnel Committee (2011-present), University of Kansas.
HSES Graduate Curriculum Committee (2008-2014), University of Kansas.
SOE Diversity Committee (2013-2016), University of Kansas.
SOE Technology Committee (2011-2013), University of Kansas.
SOE Governance Committee (2011-2013), University of Kansas.
SOE Personnel Committee (2007-2010), University of Kansas.
University of Kansas, Dean of the School of Education 5-year Review Committee (2014).
President's Tenure & Promotions Appeal Committee. (2007-2009). The University of Memphis.
HSS Community Affairs Committee (2004-2006). The University of Memphis.
Coordinator of Achievement Motivation Seminar (2003).  The University of Memphis, Dept. HMSE.
PETE Unit Head, Dept. of HMSE, University of Memphis (2001-2003).
HMSE Tenure and Promotion Committee (1999-2000; Chair 2000-2001), The University of Memphis.
HMSE Coordinator for the Science Olympiad sponsored by The University of Memphis for high school honor science students in the Western portion of TN (1995-1999).
Dean's Council for Teacher Education (1994-1995), University of Memphis.
HMSE Material Resources Committee (1994-1995; 1998-2000, 2002; 2000-2001, Chair), University of Memphis.
HMSE Ad Hoc Committee on Internships (1994-1995), University of Memphis.
HMSE Recruitment Committee (1995-1996).
HMSE Physical Education Teacher Education Unit (1994-present; Unit Head-2001-2002), University of Memphis.
HMSE Ad Hoc Committee on Proposing a PhD Program (1995-1997).
HMSE Undergraduate Council (1994-95 & 1997-1998)

Armistead Supp. App. 0205

HMSE Academic Council (1996-1998).
HMSE Graduate Studies and Research Council (1995-2001; chair from 1996-1998)
College of Education Graduate Council (1996-1998).
Graduate Coordinator for the Department of Human Movement Sciences and Education, (1996-1998).

**Service to National Organizations**

Creating a Caring Climate Within and Across an Athletic Program, Positive Coaching Alliance Workshop (2020).
Subject Matter Expert for the Certification Exam Committee, Association of Applied Sport Psychology (2018).
Member of Ad-Hoc Committee to Study Future of AASP, Association of Applied Sport Psychology (2012-2015).
Member of the Social Psychology Section Committee, Association for the Advancement of Applied Sport Psychology (AAASP). Appointed for a 3-year-term, 1996-99; 2001-2003.
Member of AAASP Dissertation Award Committee (1998 & 2002).
Member of Editorial Board for *Physical Activity Today* (American Alliance for Health, Physical Education, Recreation and Dance publication), 1997-2001.
Member of Sport Psychology Program Area Review Committee for the 1996 Annual Meeting of the North American Society for the Psychology of Sport and Physical Activity (NASPSPA).
Executive Board Member, Association for the Advancement of Applied Sport Psychology, (2004-2006).
Member of Program Review Committee, American Alliance of Health, Physical Education, Recreation & Dance (2009- 2017); Chaired committee in 2010.
Member of Program Review Committee, Association for Applied Sport Psychology (2008-present).

**Reviewing/Editing Responsibilities**

Associate Editor (2009-2012); Editorial Board Member (2000-2009; 2013-present) and Reviewer (1992-1999). *Journal of Applied Sport Psychology.*
Associate Editor. *Sport Psychology in Action* (2008-present).
Editorial Board Member. *Sport, Exercise, and Performance Psychology* (2011-present; American Psychological Association Journal).
Sport & Exercise Psychology Section Editor (2003-2006) and Reviewer (1994-present). *Research Quarterly for Exercise and Sport.*
Co-editor with David R. Black of Abstracts Column. *Peer Facilitator Quarterly* (1993-1994).
Reviewer. *Education and Treatment of Children* (1993-1995).
Reviewer. *Journal of Health Education* (1993-1995).
Reviewer. *The Sports Psychologist* (1997-present).
Reviewer. *International Journal of Sport Psychology.* (1997-present).
Reviewer. *Journal of Sport and Exercise Psychology* (1993-present).
Reviewer. *Journal of Strength and Conditioning* (1998-present).
Reviewer & Editorial Board Member. *Journal of Strength and Conditioning Research* (Reviewer, 1996-present; Editorial Board Member, 1996-1998).

Armistead Supp. App. 0206

**Contributor to Community/National Forum**

**Fry, M. D.,** & Brown, T. C. (2021-present). Co-Directors of Strong Girls, an after-school physical activity and lifeskill program for adolescent girls. University of Kansas.

**Fry, M. D.** (Fall, 2017). *Participating in a Positive Sport Climate Reaps Many Benefits for Young People*. Column written for the National Dropout Prevention Coalition-Newsletter.

**Fry, M. D**. (2017). *The Power of the Positive*. Contributor to the Positive Coaching Alliance Video.

DeAngelis, T. (2016) *Psychologists' research points ways to keep youth athletes in sports*. American Psychological Association Monitor Newsletter [KU Sport & Exercise Psychology Lab featured]

**Fry, M.D.** (2003). *Coaches' rant can bench kids for life*. Invited guest column in the Viewpoint Section of the <u>Commercial Appeal</u>, April 7, 2003.

**Fry, M.D.** (2003, March). *Strategies for creating a task-involving climate with underserved youth.* An invited presentation to the Dept. of EXSS at the University of Mississippi.

**Fry, M.D.** (2002). Presenter of workshop entitled: *The Climate Counts: Techniques and Strategies for Fostering a Task-Involving Motivational Climate.*

**Fry, M. D.,** & Newton, M. L.  (1997, December).  *TARGETing success in volleyball:  Creating a positive motivational climate.*  Invited speaker at the American Volleyball Coaches Association (AVCA) National Convention preceding the NCAA Final Four Tournament in Spokane, WA.

**Fry, M. D.**  (1996, April).  Invited speaker at Colonial Junior High's Career Day.

**Fry, M. D.**  (February, 1995 & October, 1996).  Invited guest on Eddie Cantler's talk-show, "The Trainer's Corner" seen on the Library Channel, Memphis, TN.

**Walling, M. D.** (1995).  Choosing quality youth sport programs for children: The critical role of parents. *Journal of Kinetic Arts*, *1* (5).


**Applied Sport Psychology Experiences**

Fry, M. D. (2008-present). Mental Skills Interventions with high school & university athletes.

Fry, M. D. (2013-2018). Mental Skills Intervention with a high school baseball team.

Fry, M. D. (2009-2011). Mental Skills Intervention with a youth baseball team.

Fry, M. D. (2008-2010). Mental Skills Intervention with a Division 1 collegiate volleyball team.

Fry, M.D. (2006-2007). Mental Skills Intervention with a high school basketball team.

Fry, M.D. (2006). Mental Skills Intervention with a Division 1 cross country team.

Fry, M.D. (2005-2006). Mental Skills activities with a high school golfer.

Fry, M.D. (2003). Mental Skills Activities provided to the Dolphins, a youth synchronized swim program in Memphis.

Fry, M.D. (2001-2007). Mental Skills Games and Activities Sessions provided to residents of Target House (i.e., long-term treatment patients at St. Jude Hospital).

Fry, M. D. (2001, Spring).  The Strength Club. An after-school mental skills training program for elementary-aged children.

Fry, M. D. (1996, Spring).  Consultation with members of a Division 1 collegiate Track and Field Team.

Armistead Supp. App. 0207

Walling, M. D. (1994, December).  Member of Sport Psychology Coaching Staff for the Talent Opportunity Program (TOP) Camp sponsored by the United States Gymnastics Federation (USGF).  Tulsa, OK

Walling, M. D.  (1992, October).  *Effective Goal Setting in Volleyball*.  Presentation to the West Lafayette High School Volleyball Team.

Walling, M. D. (1992, April).  *Stress Management in Spor*t.  Presentation to the Women's Crew Team, Purdue University.

Walling, M. D. (1992).  Consultation with High School Tennis Player Over a Season.


**Chair**, Graduate Student Advisory Council, Department of Health, Kinesiology, and Leisure Studies at Purdue University, 1991-1992.

Armistead Supp. App. 0208

```
1              IN THE UNITED STATES DISTRICT COURT
2          FOR THE WESTERN DISTRICT OF WEST VIRGINIA
3                    CHARLESTON DIVISION
4
5    _____
                                     )
6    B.P.J. by her next friend and)
     mother, HEATHER JACKSON,      )
7                                  )
             Plaintiff,            )
8                                  )  No. 2:21-cv-00316
        vs.                        )
9                                  )
     WEST VIRGINIA STATE BOARD OF )
10   EDUCATION, HARRISON COUNTY    )
     BOARD OF EDUCATION, WEST      )
11   VIRGINIA SECONDARY SCHOOL     )
     ACTIVITIES COMMISSION, W.     )
12   CLAYTON BURCH in his official)
     capacity as State            )
13   Superintendent, DORA STUTLER,)
     in her official capacity as  )
14   Harrison County              )
     Superintendent, and THE STATE)
15   OF WEST VIRGINIA,            )
                                   )
16          Defendants,            )
                                   )
17   LAINEY ARMISTEAD,             )
                                   )
18          Defendant-Intervenor.)
     _____)
19
                   VIDEOTAPED DEPOSITION OF
20                 JAMES M. CANTOR, PhD
                  Monday, March 21, 2022
21                     Volume I
22
     Reported by:
23   ALEXIS KAGAY
     CSR No. 13795
24   Job No.  5122845
25   PAGES 1 - 316
```

Page 1

Armistead Supp. App. 0209

```
 1        IN THE UNITED STATES DISTRICT COURT
 2   FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3                CHARLESTON DIVISION
 4
 5   _____
                               )
 6   B.P.J. by her next friend and)
     mother, HEATHER JACKSON,    )
 7                               )
          Plaintiff,             )
 8                               ) No. 2:21-cv-00316
        vs.                      )
 9                               )
     WEST VIRGINIA STATE BOARD OF )
10   EDUCATION, HARRISON COUNTY  )
     BOARD OF EDUCATION, WEST    )
11   VIRGINIA SECONDARY SCHOOL   )
     ACTIVITIES COMMISSION, W.   )
12   CLAYTON BURCH in his official)
     capacity as State           )
13   Superintendent, DORA STUTLER,)
     in her official capacity as )
14   Harrison County             )
     Superintendent, and THE STATE)
15   OF WEST VIRGINIA,           )
                                 )
16        Defendants,            )
                                 )
17   LAINEY ARMISTEAD,           )
                                 )
18        Defendant-Intervenor.  )
     _____)
19
20      Videotaped deposition of JAMES M. CANTOR,
21   Volume I, taken on behalf of Plaintiff, with all
22   participants appearing remotely, beginning at 9:03 a.m.
23   and ending at 5:33 p.m. on Monday, March 21, 2022,
24   before ALEXIS KAGAY, Certified Shorthand Reporter
25   No. 13795.
```
Page 2

```
 1   APPEARANCES (Via Zoom Videoconference):
 2
 3   For West Virginia Secondary School Activities
 4   Commission:
 5      SHUMAN MCCUSKEY & SLICER
 6      BY: ROBERTA GREEN
 7      Attorney at Law
 8      1411 Virginia Street E
 9      Suite 200
10      Charleston, West Virginia 25301-3088
11      RGreen@Shumanlaw.com
12
13   For the State of West Virginia:
14      WEST VIRGINIA ATTORNEY GENERAL
15      BY: DAVID TRYON
16      Attorney at Law
17      112 California Avenue
18      Charleston West Virginia 25305-0220
19      681.313.4570
20      David.C.Tryon@wvago.gov
21
22
23
24
25
```
Page 3

```
 1   APPEARANCES (Continued):
 2
 3   For West Virginia Board of Education and Superintendent
 4   Burch, Heather Hutchens as general counsel for the
 5   State Department of Education:
 6      BAILEY & WYANT, PLLC
 7      BY: KELLY MORGAN
 8      Attorney at Law
 9      500 Virginia Street
10      Suite 600
11      Charleston, West Virginia 25301
12      KMorgan@Baileywyant.com
13
14   For Plaintiff:
15      LAMBDA LEGAL
16      BY: SRUTI SWAMINATHAN
17      BY: TARA BORELLI
18      BY: MAIA ZELKIND
19      Attorneys at Law
20      120 Wall Street
21      Floor 19
22      New York, New York 10005-3919
23      SSwaminathan@lambdalegal.org
24      TBorelli@lambdalegal.org
25      MZelkind@lambdalegal.org
```
Page 4

```
 1   APPEARANCES (Continued):
 2
 3   For The Plaintiff, B.P.J.:
 4      COOLEY
 5      BY: KATHLEEN HARTNETT
 6      BY: VALERIA M. PELET DEL TORO
 7      BY: KATELYN KANG
 8      BY: ANDREW BARR
 9      BY: ELIZABETH REINHARDT
10      BY: JULIE VEROFF
11      BY: ZOE HOLSTEROM
12      Attorneys at Law
13      500 Boylston Street
14      14th Floor
15      Boston, Massachusetts 02116-3740
16      617.937.2305
17      Khartnett@cooley.com
18      KKang@Cooley.com
19      VPeletdeltoro@cooley.com
20      ABarr@cooley.com
21      EReinhardt@cooley.com
22      JVeroff@cooley.com
23      ZHolstrom@cooley.com
24
25
```
Page 5

2 (Pages 2 - 5)

Armistead Supp. App. 0210

1  APPEARANCES (Continued):
2
3  For the Intervenor:
4     ALLIANCE DEFENDING FREEDOM
5     BY:  TRAVIS C. BARHAM
6     BY:  CATIE KELLEY
7     BY:  HAL FRAMPTON
8     BY:  TYSON LANGHOFER
9     Attorneys at Law
10    1000 Hurricane Shoals Road, NE 30043
11    Tbarham@adflegal.org
12    CKelley@adflegal.org
13    HFrampton@adflegal.org
14    TLanghofer@adflegal.org
15
16  For defendants Harrison County Board of Education and
17  Superintendent Dora Stutler:
18     STEPTOE & JOHNSON PLLC
19     BY:  JEFFREY M. CROPP
20     Attorney at Law
21     400 White Oaks Boulevard
22     Bridgeport, West Virginia 26330
23     304.933.8154
24     Jeffrey.cropp@steptoe-Johnson.com
25

Page 6

1  APPEARANCES (Continued):
2
3  For West Virginia Board of Education and Superintendent
4  Burch, Heather Hutchens as general counsel for the
5  State Department of Education:
6     BAILEY & WYANT, PLLC
7     BY:  KELLY MORGAN
8     Attorney at Law
9     500 Virginia Street
10    Suite 600
11    Charleston, West Virginia 25301
12    KMorgan@Baileywyant.com
13
14
15  For the Plaintiff:
16     AMERICAN CIVIL LIBERTIES UNION
17     BY:  JOSHUA A. BLOCK
18     125 Broad Street
19     18th Floor
20     New York, New York 10004
21     JBlock@aclu.org
22     212.549.2500
23
24
25

Page 7

1  APPEARANCES (Continued):
2
3  Also Present:
4     LINDSAY DUPHILY - VERITEXT CONCIERGE
5
6  Videographer:
7     DAVE HALVORSON
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1                  INDEX
2  WITNESS                        EXAMINATION
3  JAMES M. CANTOR, PhD
4  Volume I
5
6         BY COUNSEL SWAMINATHAN        15
7         BY MR. BARHAM           306
8
9
10              EXHIBITS
11  NUMBER        DESCRIPTION        PAGE
12  Exhibit 44  Declaration of James M. Cantor,   32
13         PhD
14
15  Exhibit 45  Declaration of James M. Cantor,   34
16         PhD
17
18  Exhibit 46  "The Kinsey Institute Interview   145
19         Series: A Conversation with
20         doctor James Cantor"
21
22  Exhibit 47  Responses to Plaintiff's First et  176
23         of Interrogatories to Defendant
24         State of West Virginia
25

Page 9

3 (Pages 6 - 9)

1  Exhibit 48  Sexology Today! Article          186
2
3  Exhibit 49  Sexology Today! Article          190
4
5  Exhibit 50  "Mental Health Outcomes in       227
6              Transgender and Nonbinary Youths
7              Receiving Gender-Affirming Care"
8
9  Exhibit 51  "Association of Gender-Affirming  230
10             Hormone Therapy with Depression,
11             Thoughts of Suicide and Attempted
12             Suicide among Transgender and
13             Nonbinary Youth"
14
15 Exhibit 52  "Longitudinal impact of          235
16             gender-affirming endocrine
17             intervention on the mental health
18             and well-being of transgender
19             youths: Preliminary results"
20
21 Exhibit 53  "Body Dissatisfaction and mental 239
22             health outcomes of youth on
23             gender-affirming hormone therapy"
24
25 Exhibit 54  "Psychological Functioning in    243

Page 10

1              transgender adolescents before
2              and after gender-affirmative care
3              compared with cisgender general
4              population peers"
5
6  Exhibit 55  "Psychological support, puberty  247
7              suppression and psychosocial
8              functioning in adolescents with
9              gender dysphoria"
10
11 Exhibit 56  "Young Adult Psychological       250
12             Outcome After Puberty Suppression
13             and Gender Reassignment"
14
15 Exhibit 57  "Long-term Follow-up of          254
16             Transsexual persons undergoing
17             sex reassignment surgery: Cohort
18             study in Sweden"
19
20 Exhibit 58  "Mental health of transgender    259
21             children who are supported in
22             their identities"
23
24 Exhibit 59  Florida Department of Children   261
25             and Families v Adoption of XXG

Page 11

1  Exhibit 60  Olson 2016, Errata Issued        265
2
3  Exhibit 61  "Evaluation of anxiety and       268
4              depression in a community sample
5              of transgender youth"
6
7  Exhibit 62  "A Bill of Transsexual Rights" - 274
8              JamesCantor.org
9
10 Exhibit 63  Sexology Today! Article          286
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 12

1         Monday, March 21, 2022
2            9:03 a.m.
3
4      THE VIDEOGRAPHER:  Okay.  Good morning.  We
5  are on the record at 9:03 a.m. on March 21st, 2022.   06:03:33
6    This is media unit 1 in the video-recorded
7  deposition of Dr. James Cantor, in the matter of
8  B.P.J. by Heather Jackson versus West Virginia State
9  Board of Education, et al., filed in the U.S.
10 District Court for the Southern District of West     06:03:55
11 Virginia, in the Charleston Division.  The case
12 number is 2:21-cv-00316.
13    This deposition is being held virtually.
14    My name is Dave Halvorson.  I'm the
15 videographer here from Veritext.  And I'm here with   09:03:59
16 the court reporter, Alexis Kagay, also from
17 Veritext.
18    Counsel, can you please all identify
19 yourselves so the witness can be sworn in.
20    COUNSEL SWAMINATHAN:  Sure thing.           09:04:11
21    So this is Sruti Swaminathan with
22 Lambda Legal, and I am counsel for Plaintiff.  And
23 I'll allow my co-counsel from Lambda Legal to start
24 the introductions.
25    MS. BORELLI:  This is Tara Borelli from      09:04:24

Page 13

4 (Pages 10 - 13)

1 Lambda Legal, for Plaintiff.
2      MS. HARTNETT:  Hi.  This is Kathleen Hartnett
3 from Cooley, LLP, for Plaintiff.
4      MR. BARR:  Good morning.  This is Andrew Barr
5 from Cooley, for Plaintiff.                    09:04:41
6      MS. REINHARDT:  This is Elizabeth Reinhardt
7 with Cooley, LLP, for Plaintiff.
8      MS. KANG:  This is Katelyn Kang from Cooley,
9 LLP, for Plaintiff.
10      MS. PELET DEL TORO:  This is Valeria Pelet    09:04:50
11 del Toro from Cooley, for Plaintiff.
12      MR. BLOCK:  This is Josh Block from the ACLU,
13 for Plaintiff.
14      THE VIDEOGRAPHER:  Is that --
15      COUNSEL SWAMINATHAN:  I believe that's    09:05:15
16 everyone on our end.
17      THE VIDEOGRAPHER:  Okay.
18      MR. TRYON:  This is David Tryon.  I'm with
19 the West Virginia Attorney General's Office,
20 representing the State of West Virginia.        09:05:24
21      MR. BARHAM:  This is Travis Barham with
22 Alliance Defending Freedom, Counsel for Intervenors,
23 defending the deposition.
24      MR. CROPP:  This is Jeffrey Cropp on behalf
25 of defendants Harrison County Board of Education and  09:05:37

                                    Page 14

1 for your time today.  As I said, my name is
2 Sruti Swaminathan, and I'm an attorney with
3 Lambda Legal.
4      I use they/them pronouns, so if you have any
5 need to refer to me specifically, feel free to call    09:06:43
6 me Counsel Swaminathan or Attorney Swaminathan.
7      I represent B.P.J., the plaintiff in this
8 matter.  And, yeah, again, thank you for -- for
9 bearing with me today.
10      So how are you?                    09:06:59
11   A  I'm fine.  Thank you.
12   Q  And would you please state and spell your
13 name for the record.
14   A  Dr. James Michael Cantor, J-a-m-e-s
15 M-i-c-h-a-e-l C-a-n-t-o-r.                09:07:12
16   Q  Thank you.
17      And, Dr. Cantor, what pronouns do you use?
18   A  He/him.
19   Q  Great.  So let me explain some ground rules
20 so that the court reporter can establish a clean    09:07:23
21 transcript today.
22      I'll ask you questions, and you must answer
23 unless your counsel instructs you otherwise.
24      Do you understand?
25   A  Yes, I do.                        09:07:33

                                    Page 16

1 Superintendent Dora Stutler.
2      MS. MORGAN:  This is Kelly Morgan on behalf
3 of the West Virginia Board of Education and
4 Superintendent Burch.
5      MS. GREEN:  This is Roberta Green on behalf    09:05:52
6 of West Virginia Secondary School Activity (sic)
7 Commission.
8      THE VIDEOGRAPHER:  Okay.  If that's every- --
9 maybe Mr. Frampton?  Is that --
10      MR. FRAMPTON:  Sure, I'll identify myself,    09:06:10
11 although I'm not really participating.
12      Hal Frampton from Alliance Defending Freedom,
13 for the Intervenor.
14      THE VIDEOGRAPHER:  Okay.
15      Okay.  Can we please swear in the witness.    09:06:31
16      (Witness sworn.)
17      THE VIDEOGRAPHER:  Okay.  Please proceed.
18
19      JAMES M. CANTOR, PhD,
20 having been administered an oath, was examined and
21 testified as follows:
22
23      EXAMINATION
24 BY COUNSEL SWAMINATHAN:
25   Q  Good morning, Dr. Cantor.  Thank you again    09:06:33

                                    Page 15

1   Q  And I will note, I might be looking above
2 you, as you can see me, the camera is just a little
3 bit below me, so apologies for that.
4      Okay.  And so, again, if your counsel objects
5 to my questions, you still need to answer my    09:07:47
6 questions unless they specifically instruct you not
7 to answer.
8      Do you understand that?
9   A  I do.
10   Q  Great.  If you don't understand my question,    09:07:53
11 please let me know.  I'm happy to try to rephrase it
12 or make it clear for you.
13      If you do answer my question, I will assume
14 that you understood.  Is that fair?
15   A  Yes.                            09:08:06
16   Q  We can take a break whenever you need.  I
17 will try to naturally break every hour or so.
18 However, if I've asked a question or if I'm in the
19 middle of a line of questions, I'd appreciate if you
20 can provide me with an answer before we take a    09:08:17
21 break.
22      Do you understand that?
23   A  Yes.
24   Q  Great.  Let's do our best not to speak over
25 each other today.  And as you are doing right now,    09:08:26

                                    Page 17

5 (Pages 14 - 17)

Armistead Supp. App. 0213

1  please use verbal answers so that the court reporter
2  can transcribe your answers accurately.
3  Unfortunately, nodding your head or shaking your
4  head cannot be captured by the court reporter.
5       Do you understand that?          09:08:42
6   A  Yes, I do.
7   Q  Great.  And so before we too -- get too far
8  along today in the -- the substantive portion, I
9  want to note for you that we're going to be talking
10 quite a bit about healthcare that's commonly used to   09:08:52
11 treat gender dysphoria for transgender people.
12      For the purposes of this deposition, when I
13 say "cisgender," I mean someone whose gender
14 identity matches the sex they were assigned at
15 birth.                           09:09:07
16      Do you understand?
17  A  Yes, I do.
18  Q  For the purposes of this deposition, when I
19 say "transgender," I mean someone whose gender
20 identity does not match the sex they were assigned   09:09:14
21 at birth.
22      Do you understand?
23      MR. TRYON:  Objection; terminology.
24 BY COUNSEL SWAMINATHAN:
25  Q  You can answer.                  09:09:23

Page 18

1   A  I understand what you mean, yes.
2   Q  Great.  So if I refer to "care" as
3  gender-affirming care or gender-confirming care, I
4  am referring to medical care provided to transgender
5  people to treat gender dysphoria.        09:09:34
6       Do you understand?
7       MR. TRYON:  Objection; terminology.
8       THE WITNESS:  To clarify, so when you say
9  "care," you mean specifically medical care?
10 BY COUNSEL SWAMINATHAN:               09:09:46
11  Q  I mean medical care.
12  A  I understand.
13  Q  Great.  And, again, when I say "B.P.J.," I am
14 referring to the plaintiff in the case.
15      Do you understand?              09:09:56
16  A  Yes, I do.
17  Q  Great.  So you understand that you are
18 testifying under oath today, just as if you were
19 testifying in court; correct?
20  A  Yes, I do.                     09:10:07
21  Q  Is there anything that would prevent you from
22 testifying truthfully today?
23  A  No.
24  Q  Is there any reason you're aware of that
25 would prevent you from completely and accurately   09:10:17

Page 19

1  answering my questions?
2   A  No.
3   Q  Are you taking notes during this deposition?
4   A  I wrote down one note to remind myself that
5  when you use the word "care," you're referring     09:10:30
6  specifically to medical care.
7   Q  Okay.  Have you been deposed before,
8  Dr. Cantor?
9   A  Yes.
10  Q  How many times?                 09:10:42
11  A  About a dozen.
12  Q  About a dozen.
13      Let's go each -- through each occurrence
14 individually, starting with the first time you were
15 deposed.                         09:10:49
16      When was that, to your recollection?
17  A  It would have been about eight to ten years
18 ago.
19  Q  And what was the nature of the case?
20  A  What the diagnostic cutoffs are for -- for a   09:11:01
21 formal diagnosis of pedophilia or related
22 conditions.
23  Q  And what was your role in the case?
24  A  I was summarizing the science indicating that
25 sexual interest in a particular age range, 11 to   09:11:16

Page 20

1  14 years old, is diagnosable as a mental illness.
2   Q  And what course -- court was this in?
3   A  Oh, I don't remember the city.  It was in the
4  state of Illinois.
5   Q  Do you, by chance, happen to remember the     09:11:36
6  name of the case, either the plaintiff or the
7  defendant?
8   A  No, not offhand.
9   Q  Okay.  How about the second time you were
10 deposed?                         09:11:45
11  A  The same situation.  There were about six
12 such cases in Illinois.
13  Q  And so six out of the 12 or a dozen or so
14 cases that you mentioned deal with the same subject?
15  A  Roughly, yes.                   09:12:02
16  Q  What about the other six?
17  A  Of those, roughly three more were a similar
18 kind of question, but in New York State.  Another
19 one, also in New York, was pertaining to whether
20 BDSM would count as a mental illness, but that case   09:12:23
21 did not go through to completion.  And then the
22 remaining cases were about trans issues.
23  Q  So about how many cases were about
24 transgender issues?
25  A  I think it's two others.           09:12:42

Page 21

6 (Pages 18 - 21)

Armistead Supp. App. 0214

1   Q   Could you tell me more about those two
2   specific instances of your testimony?
3   A   One was a -- the Josephson case, and one is
4   the Cross case.
5   Q   And tell me about the Josephson case.          09:13:06
6   When -- when did you provide -- or when were you
7   deposed in that case?
8   A   Roughly a year ago.
9   Q   Roughly a year ago.
10      And what was your role in connection with     09:13:14
11  that deposition?
12  A   To summarize the science on gender identity
13  issues.
14  Q   Okay.  And what court was that case in?
15  A   It was in -- I -- I believe that one was      09:13:29
16  Loudoun County.
17  Q   And then the second case you mentioned was
18  the Cross case.
19  A   Correct.
20  Q   And what was the nature of that case?         09:13:39
21  A   Similar, to summarize the science on gender
22  identity issues.
23  Q   Was that also within the past year that you
24  provided --
25  A   Yes.                                           09:13:49

Page 22

1   Q   -- that testimony?
2   A   Yes.
3   Q   And was that in the same court as the
4   Josephson case or a different court?
5   A   A different court.                             09:13:56
6   Q   Do you remember which court that was?
7   A   No, I don't.
8   Q   And so we just spoke about times that you've
9   been deposed.  In any of these cases, did it require
10  you to testify in court as well?                   09:14:07
11  A   Yes.
12  Q   In which cases were you required to testify
13  in court?
14  A   Hold on.  I take that back.  It was one of
15  the two New York cases that required me to testify  09:14:26
16  in court.
17  Q   So not either of the cases related to
18  transgender individuals?
19  A   Correct.
20  Q   Okay.  And so we just spoke about testimony    09:14:40
21  that you've given.  Have you provided expert
22  testimony in any other litigation?
23  A   No.
24  Q   This is the first case in which you've
25  provided expert testimony?                          09:14:55

Page 23

1   A   I think I might have misunderstood your
2   question.  In each of these cases, I was serving as
3   an expert witness.
4   Q   Oh, in each of these cases, you were an
5   expert witness, not a fact witness --              09:15:07
6   A   Correct.
7   Q   -- correct?  Okay.
8      But other than these cases, there are no
9   other cases in which you've provided expert
10  testimony; right?                                   09:15:14
11  A   Correct.
12  Q   Okay.  Has anyone ever tried to exclude the
13  testimony that you've provided in a case?
14  A   The opposing counsel, but that's -- only the
15  opposing counsel.                                   09:15:33
16  Q   In how many of the 12 cases that you just
17  mentioned to me has opposing counsel tried to
18  exclude your testimony?
19  A   All of them.
20  Q   All of them?  So let's go through them.        09:15:42
21      Sorry, apologies.  I think I cut you off
22  there.
23  A   I guess I'm wondering about how you're using
24  the word "tried" to exclude.  When you say that, I
25  mean, you know, try to verify my credentials and    09:15:59

Page 24

1   determine whether I'm qualified to comment at all,
2   but not any extraordinary, in other words, outside
3   of routine, ensuring that I qualify as an expert.
4   Q   So in your mind, what -- what would you
5   categorize as extraordinary in your verse?          09:16:22
6   A   Anything other than the questioning that
7   we're going through right now.
8   Q   Okay.  And, to your knowledge, on what
9   grounds did opposing counsel in these cases try to
10  exclude your testimony?                             09:16:31
11  A   I don't --
12      MR. BARHAM:  Objection as to form.
13      THE WITNESS:  I don't recall the details.
14  BY COUNSEL SWAMINATHAN:
15  Q   Okay.  But it is your understanding that some  09:16:41
16  form of this effort has happened in all 12 of the
17  cases that you've provided expert testimony?
18  A   Some form, yes.
19  Q   Has any testimony you provided been
20  successfully excluded in any of these 12 cases?     09:16:54
21  A   No.
22  Q   Okay.  Did any of these cases involve
23  prepubertal or adolescent transgender children?
24  A   Not specific -- children, no.
25  Q   Who did they involve in terms of transgender   09:17:13

Page 25

7 (Pages 22 - 25)

Armistead Supp. App. 0215

**Page 26**

1  individuals?
2      You spoke of two cases, correct, that focused
3  on transgender people?
4      A  Correct.  My role was to summarize the
5  science of those issues, not anything about a      09:17:27
6  specific person.
7      Q  Okay.  In terms of summarizing the science,
8  did the science that you provided testimony on focus
9  on prepubertal or adolescent transgender children?
10     A  It included that, but wasn't limited to      09:17:41
11  prepubertal children.
12     Q  Would you say that it was the focus of your
13  testimony?
14         MR. BARHAM:  Objection; form.
15         THE WITNESS:  I wouldn't say focus, no.      09:17:51
16  BY COUNSEL SWAMINATHAN:
17     Q  Have you ever testified regarding athletics?
18     A  No.
19     Q  Have you ever testified regarding transgender
20  or gender-dysphoric athletes?      09:18:04
21     A  No.
22     Q  Have you ever testified regarding transgender
23  adolescents who are participating in athletics?
24         MR. BARHAM:  Objection; terminology.
25         THE WITNESS:  Not as -- not specifically, but  09:18:20

**Page 27**

1  they would be included as part of my summarizing the
2  science overall.
3  BY COUNSEL SWAMINATHAN:
4      Q  And how would -- or how has your summary of
5  the science focused on transgender -- transgender      09:18:29
6  adolescents in athletics?
7      A  I don't think I understand the question.
8      Q  You said that your testimony or, you know,
9  the -- the research that you have produced in
10  connection with your testimony on the science may      09:18:45
11  encompass transgender adolescents participating in
12  athletics; is that correct?
13     A  I --
14         MR. BARHAM:  Objection; terminology.
15         THE WITNESS:  I don't recall the subject of      09:18:58
16  athletics being relevant to any of the prior cases,
17  no.
18  BY COUNSEL SWAMINATHAN:
19     Q  Okay.  So my apologies, I must have
20  misunderstood.      09:19:07
21      So you're saying that the science that you've
22  provided testimony on may encompass matters related
23  to transgender adolescents; is that right?
24     A  The topic was broadly the science of
25  transsexuality and everything within it.  So it      09:19:18

**Page 28**

1  could include that, but it wasn't the topic relevant
2  to any of those cases.
3      Q  To your understanding, did it include that?
4  Did your testimony focus on anything specific to
5  transgender adolescents?      09:19:33
6      A  No, it didn't.
7      Q  Okay.  And just to be sure --
8         MR. BARHAM:  I'm sorry, I -- I think there
9  may have been -- I -- I didn't catch the last word
10  of your question, so could you kingly repeat that.      09:19:45
11         COUNSEL SWAMINATHAN:  I apologize.
12         Court reporter, can you please repeat the
13  question that I just posed to Dr. Cantor?
14         (Record read.)
15         COUNSEL SWAMINATHAN:  Are you okay with that,  09:20:09
16  Counsel?
17         THE WITNESS:  It -- it included transgender
18  adolescents, but not specifically athletes.
19  BY COUNSEL SWAMINATHAN:
20     Q  Right.  I understand.  I -- I just want to      09:20:17
21  make sure your counsel is okay, has understood the
22  question.
23         MR. BARHAM:  Thank you.
24         COUNSEL SWAMINATHAN:  Great.
25  ///

**Page 29**

1  BY COUNSEL SWAMINATHAN:
2      Q  And, again, Dr. Cantor, you've not been
3  retained as an expert witness in any other case that
4  we haven't already talked about; right?
5      A  Correct.      09:20:35
6      Q  Great.  Did you prepare for this deposition
7  today?
8      A  Yes, I did.
9      Q  Without disclosing any communications you may
10  have had with counsel, what did you do to prepare      09:20:47
11  for today's deposition?
12     A  Reread my notes, which I've been accumulating
13  for many years, reread individual papers that were
14  relevant and ensured that I was including anything
15  new that came out since the last time I went through  09:21:05
16  the literature.
17     Q  So who provided you with the documents that
18  you just mentioned?
19      I heard your own notes and then new articles
20  that may have come out in the -- in the past few      09:21:18
21  years on this literature.
22      And apologies, could you remind me what else
23  you said you reviewed?
24     A  It was my -- oh, and a scan of the literature
25  to see if there was anything new.      09:21:31

8 (Pages 26 - 29)

Armistead Supp. App. 0216

| | |
|---|---|
| 1  Q  And so was this all research that you | 1  A  No. |
| 2  independently conducted, or did anyone provide you | 2  Q  Did you discuss this case with anyone other |
| 3  with any of the materials that you reviewed? | 3  than your attorneys? |
| 4  A  All me. | 4  A  No. |
| 5  Q  Did you meet with your defense counsel?  09:21:43 | 5  Q  Did you bring anything with you today?  09:24:05 |
| 6  A  We met in rehearsal for today, but not over | 6  A  A blank notepad, the aforementioned documents |
| 7  the material -- of my research of the material. | 7  so I could refer to them on the way, and the details |
| 8  Q  Who are your attorneys, by the way? | 8  of the address to how to get here. |
| 9  A  Who are my attorneys? | 9  Q  Did anyone get you a water bottle? |
| 10  Q  Who is your attorney today?  Who is  09:22:07 | 10  A  And a water bottle.  09:24:23 |
| 11  representing you in connection with this deposition? | 11  Q  Great.  I'm glad you have that. |
| 12  A  Just Travis. | 12     Okay.  So if you could please go into the |
| 13  Q  Just Travis. | 13  "Marked Exhibits" folder, I'm going to introduce |
| 14     And so you said you've met with Travis once | 14  tab 2, which is a document that has been marked as |
| 15  in preparation for this deposition; right?  09:22:18 | 15  Exhibit 45 -- 44, apologies.  09:24:37 |
| 16  A  We met briefly yesterday, and then there was | 16     (Exhibit 44 was marked for identification |
| 17  a meeting on Friday to rehearse today. | 17     by the court reporter and is attached hereto.) |
| 18     MR. TRYON:  Counsel, I would also -- this is | 18     MR. BARHAM:  Counsel, I'm in the "Marked |
| 19  David Tryon.  I will also note that I also represent | 19  Exhibits" folder, and I'm not seeing this document. |
| 20  Dr. Cantor in this deposition.  09:22:34 | 20     COUNSEL SWAMINATHAN:  Apologies, my --  09:24:52 |
| 21     COUNSEL SWAMINATHAN:  Great.  Thank you, | 21  I'll -- I'll let you know when -- when it's in |
| 22  Mr. Tryon. | 22  there, and then you might need to give the -- the |
| 23     And did you meet with Dr. Cantor at all in | 23  page a little bit of a refresh.  It's -- it takes a |
| 24  preparation for this deposition? | 24  moment to load. |
| 25     MR. TRYON:  I'm sorry, are you asking me that  09:22:48 | 25     Counsel, are you able to see the document and  09:25:35 |
| Page 30 | Page 32 |
| 1  question? | 1  is the witness able to see the document now? |
| 2     COUNSEL SWAMINATHAN:  Yes. | 2     MR. BARHAM:  Yes. |
| 3     MR. TRYON:  I think you should direct your | 3     COUNSEL SWAMINATHAN:  Great. |
| 4  questions to Dr. Cantor. | 4  BY COUNSEL SWAMINATHAN: |
| 5  BY COUNSEL SWAMINATHAN:  09:22:55 | 5  Q  Dr. Cantor, why don't you take a moment to  09:25:46 |
| 6  Q  Dr. Cantor, did you meet with Mr. Tryon in | 6  review what the document is. |
| 7  preparation for this deposition? | 7  A  I'm sorry, this is a 100-page document? |
| 8  A  Yes.  He was present, virtually, on Friday. | 8  Q  Take a look at the first few pages to get |
| 9  Q  On Friday, but not yesterday? | 9  your understanding of what it is. |
| 10  A  Correct.  09:23:02 | 10     So have you seen this document before?  09:26:15 |
| 11  Q  So beyond the scan of research that you've | 11  A  Yes.  This is my -- the report I prepared for |
| 12  done in preparation for this deposition, did you | 12  today. |
| 13  review any specific documents? | 13  Q  Did you author this document? |
| 14  A  Yes.  The documents are noted in my report. | 14  A  Yes, I did. |
| 15  Q  What were those documents?  09:23:17 | 15  Q  Did anyone else help you draft this document?  09:26:27 |
| 16  A  As best as I can recall, they were the | 16  A  No. |
| 17  declarations of Dr. Adkins, Jensen, Safer and the | 17  Q  When was this document created? |
| 18  related rebuttals. | 18  A  Both -- primarily, over the course of the |
| 19  Q  Did you review any documents beyond those | 19  last two years or so. |
| 20  that you just listed that are not cited in your  09:23:38 | 20  Q  Is there an execution date on the document?  09:26:48 |
| 21  expert report? | 21     I believe it might be on page 2. |
| 22  A  No. | 22  A  I see a date on page 46, 31 March 2021. |
| 23  Q  Did you conduct any additional research to | 23  Q  On page 6, you said? |
| 24  prepare for this deposition beyond what you did for | 24  A  36 (sic), I think that was. |
| 25  your expert report?  09:23:52 | 25     And the date of execution is 22 June 2021.  09:27:14 |
| Page 31 | Page 33 |

9 (Pages 30 - 33)

Armistead Supp. App. 0217

1   Q  Great.  Thank you so much.
2      And, Dr. Cantor, why was this document
3   created?
4      A  In preparation for today, that was the
5   request put to me from the attorneys of West      09:27:26
6   Virginia.
7      Q  Thank you.
8      And if you could please go into the "Marked
9   Exhibits" folder, I'd like you -- I'd like to
10  introduce tab 1, which has been marked as        09:27:38
11  Exhibit 45.
12     (Exhibit 45 was marked for identification
13     by the court reporter and is attached hereto.)
14     COUNSEL SWAMINATHAN:  Counsel and Dr. Cantor,
15  let me know when you're able to -- to see that    09:28:06
16  document.
17  BY COUNSEL SWAMINATHAN:
18     Q  Do you have it up in front of you?
19     A  Yes, I do.
20     Q  Great.  Have you seen this document before?  09:28:31
21     A  Yes, I have.
22     Q  What is it?
23     A  This is the report I prepared for today.
24     Q  Did you author this document?
25     A  Yes, I did.                                09:28:44

Page 34

1   Q  Did anyone else help you draft this document?
2      MR. BARHAM:  Counsel, I'm going to
3   interrupt -- interrupt you because I'm confused
4   why -- how this document differs from the prior one
5   that we just reviewed.                           09:29:01
6      COUNSEL SWAMINATHAN:  So my understanding is
7   that this is Dr. Cantor's report executed on
8   February 23rd, 2022, and the prior document was
9   Dr. Cantor's expert report submitted in
10  conjunction -- in connection with the preliminary  09:29:20
11  injunction motion, dated June 22nd, 2021.
12     MR. BARHAM:  Thank you.
13  BY COUNSEL SWAMINATHAN:
14     Q  So, Dr. Cantor, when was this document
15  created?                                         09:29:34
16     A  This was executed on February 23, 2022.
17     Q  And why was this document created?
18     A  In preparation for today, at the request of
19  the attorneys.
20     Q  Great.  And if you can, can you please turn  09:29:51
21  to page 69 of this PDF.  Apologies for the long
22  scroll.
23     So what you should see on page 69 is the
24  start of Appendix 1 to your expert report.
25     A  Yes.                                       09:30:46

Page 35

1   Q  Are you there?
2      Have you seen --
3      A  Yes.
4      Q  -- this document before?
5      A  Yes, I have.                              09:30:50
6      Q  What is it?
7      A  That's my CV.
8      Q  And did you author this document?
9      A  Yes, I did.
10     Q  Did anyone assist you in authoring this    09:30:56
11  document?
12     A  No.
13     Q  When was it created?
14     A  It's been accumulating over the course of my
15  career.                                          09:31:07
16     Q  And is there anything in this copy of your CV
17  that needs to be updated or corrected?
18     A  One second.
19     Q  Yeah, please take a moment to review.  I
20  believe there are 32 pages.  You've done a lot over  09:31:21
21  the course of your career.
22     A  Nothing to add.  It's current.
23     Q  Great.  So I want to talk to you a bit about
24  your education history.
25     So, Dr. Cantor, where did you complete your   09:31:52

Page 36

1   undergraduate education?
2      A  Rensselaer Polytechnic Institute.
3      Q  It's commonly known as RPI; right?
4      A  Yes, it is.
5      Q  Did you enjoy your time at RPI?            09:32:07
6      A  Yes.
7      Q  What did you study?
8      A  Interdisciplinary science, with
9   concentrations in computer science, mathematics and
10  physics.                                         09:32:18
11     Q  And so my next set of questions pertain just
12  to your undergraduate education at RPI.
13     As a part of your formal education for your
14  undergraduate degree, did you ever take any courses
15  focused on child psychology?                     09:32:33
16     A  As an undergraduate, no.
17     Q  As an undergraduate.
18     A  No.
19     Q  How about adolescent psychology?
20     A  No.                                        09:32:42
21     Q  Did you conduct any research on those
22  subjects?
23     A  No.
24     Q  As a part of your formal education for your
25  undergraduate degree, did you ever take any courses  09:32:56

Page 37

10 (Pages 34 - 37)

Armistead Supp. App. 0218

1  regarding transgender or gender-dysphoric people?
2     A  No.
3     Q  Did you ever conduct any research concerning
4  transgender or gender-dysphoric people?
5     A  No.                              09:33:09
6     Q  Did you have any other educational training
7  related to transgender or gender-dysphoric people at
8  RPI?
9     A  No.
10    Q  Okay.  What did you study next?        09:33:18
11    A  After that, I did start studying psychology
12  at the graduate level.
13    Q  And where did you complete -- I see here a
14  Master's of Arts; correct?
15    A  Correct.                          09:33:33
16    Q  Where did you complete your Master's of Arts?
17    A  Boston University.
18    Q  And so I believe you said you studied
19  psychology; is that correct?
20    A  Correct.                          09:33:47
21    Q  So apologies for my naivety here, but as you
22  were getting your Master's of Arts, would that be a
23  major in psychology or a psychology focus?
24    A  At the graduate level, there are no majors.
25  The degree is in that subject matter specifically.  09:33:59

Page 38

1  So it would be a Master of Arts in psychology.
2     Q  I appreciate that clarification.  Thank you.
3        When did you graduate?
4     A  1992.
5     Q  And so my next set of questions are going to   09:34:18
6  pertain solely to your Master's education.
7        So as part of your formal education for your
8  Master's of Arts, did you ever take any courses
9  focused on child psychology?
10    A  Yes.                              09:34:31
11    Q  Can you describe those courses to me?
12    A  The course specifically was in cognitive
13  development and testing.
14    Q  And how about adolescent psychology?
15    A  It was blended in.                  09:34:45
16    Q  Okay.  And so beyond this one course in
17  cognitive development, were there any other courses
18  focused on child or adolescent psychology?
19    A  Not focused on them, no.
20    Q  Okay.  Did you conduct any research on those   09:34:58
21  subjects, specifically speaking about child and
22  adolescent psychology?
23    A  No.
24    Q  As a part of your formal education for your
25  Master's of Arts, did you ever take any courses   09:35:15

Page 39

1  regarding transgender or gender-dysphoric people?
2     A  No.
3     Q  Did you ever conduct any research concerning
4  transgender or gender-dysphoric people?
5     A  No.                              09:35:30
6     Q  And so what did you study next after your
7  time at Boston University?
8     A  I worked for several years as a research
9  assistant in neuropsychology and then began my
10  doctoral studies in psychology.              09:35:50
11    Q  So how long were you a research assistant in
12  neuropsychology?
13    A  About three years.
14    Q  So you took a three-year gap between pursuing
15  your doctorate degree, after completing your      09:36:02
16  Master's of Arts?
17    A  Roughly, yes.
18    Q  And where did you spend those three years as
19  a research assistant?
20    A  I remained in Boston -- remained in Boston --   09:36:12
21  remained in Boston.
22        COUNSEL SWAMINATHAN:  I apologize.  Did
23  anyone else hear that a few times or --
24  BY COUNSEL SWAMINATHAN:
25    Q  Are you able to hear me clearly, Dr. Cantor?   09:36:25

Page 40

1     A  I think so.
2     Q  Okay.  Cool.  Great.  Thank you.
3        And so where -- where in Boston did you
4  complete that research assistant three-year
5  position?                              09:36:36
6     A  It was the -- it's listed on my CV.  I don't
7  immediately recall the formal name of the hospital.
8     Q  Okay.  Would it be the Queen Elizabeth
9  Hospital?
10    A  No.                              09:36:52
11    Q  No?
12    A  It was the Boston VA, part of their
13  Memory Disorders Research Center, which predates
14  when I began recording my jobs on my CV.
15    Q  Okay.  So that -- that job is --         09:37:19
16        (Simultaneous speaking.)
17    A  Correct.  It was -- it was at the Boston VA,
18  which has a formal name that I don't recall, and I
19  was in the Memory Disorders Research Center.
20    Q  Great.  And just for -- for my clarity, it is   09:37:32
21  not listed on your CV; correct?
22    A  Correct.
23    Q  Okay.  And so you said you -- after you
24  finished your research assistant in neuropsychology,
25  three-year experience, you went on to get your   09:37:47

Page 41

11 (Pages 38 - 41)

Armistead Supp. App. 0219

1  doctorate degree; is that right?
2   A  Yes.
3   Q  Again, apologies if I botch the -- the
4  language here, but what did you focus on as a part
5  of your doctorate degree?                    09:38:03
6   A  Clinical psychology.
7   Q  Clinical psychology.
8     And where did you complete your doctorate
9  degree?
10   A  McGill University.            09:38:12
11   Q  So, again, my next set of questions pertain
12  solely to your time at McGill.
13     So as part of your formal education for your
14  doctorate degree in clinical psychology, did you
15  ever take any courses focused on child psychology?   09:38:28
16   A  Not courses focused on it, no.  The design of
17  the program at McGill often blended child,
18  adolescent and adult psychology together.
19   Q  I see.  Can you describe that a bit more?
20   A  For example, in learning to do testing, one   09:38:50
21  would be trained both in the standard intelligence
22  test for adults as well as the standard intelligence
23  test for children.
24   Q  Thank you.  I appreciate that.
25     And so, you know, my question pertaining to   09:39:06

Page 42

1  adolescent psychology, it's your understanding that
2  the courses were a blend of child, adolescent and
3  adult psychology; correct?
4   A  Many of them, yes.
5   Q  Many of them.            09:39:17
6     And you have never specifically taken a
7  course that focused solely on adolescent psychology
8  at McGill; right?
9   A  Correct.
10   Q  Okay.  Did you, as a part of your normal   09:39:28
11  education, ever take any courses regarding
12  transgender or gender-dysphoric people at McGill?
13   A  Not any courses focused on it, but there were
14  courses focused on human sexuality, which, of
15  course, included transsexuality.         09:39:50
16   Q  Can you describe that a bit more?  Why would
17  your course on human sexuality include
18  transsexuality?
19   A  Why would it include?
20   Q  Let me rephrase it.  How did it include?   09:40:00
21   A  By summarizing the existing research at the
22  time and what was thought in the field at the time.
23   Q  And how many courses would you say you took
24  that focused on human sexuality?
25     MR. BARHAM:  Objection; terminology.   09:40:18

Page 43

1     MR. TRYON:  Objection.  Dave Tryon speaking.
2     THE WITNESS:  The organization -- the
3  organization of a doctoral program wasn't around
4  courses at all.  The primary focus of -- at the
5  doctoral level is on performing research, learning   09:40:38
6  how to perform research and proper research
7  methodology in whatever field the student is
8  pursuing.
9     In my case, that was sexuality.  So
10  everything I did at the doctoral level was one way   09:40:49
11  or another targeted towards sexuality, even though
12  there were -- even if not as part of the formal
13  course.
14  BY COUNSEL SWAMINATHAN:
15   Q  That is very helpful.  I obviously do not   09:41:01
16  have a doctorate degree, so that's a helpful
17  explanation for me to understand how the program is
18  structured.
19     So let me ask another question.
20     How much of your research, in your study of   09:41:13
21  sexuality, concerned transgender and
22  gender-dysphoric people in particular?
23     MR. BARHAM:  Objection; terminology.
24     You can answer, if you can.
25     THE WITNESS:  It's a little hard to estimate.   09:41:34

Page 44

1  Roughly 10 to 20 percent was specifically on
2  trans-related issues, and in others, because trans
3  populations were -- were included one way or
4  another, there was a little bit of all of them.
5  BY COUNSEL SWAMINATHAN:            09:41:52
6   Q  And what was the nature of that research,
7  typically, in the 10 to 20 percent that you had just
8  mentioned?
9   A  Primarily brain development, cognitive
10  development, and I'm also called upon, very   09:42:04
11  frequently, to consult in the statistics and how to
12  analyze existing data.
13   Q  Okay.  Did you have any other educational
14  training at the doctorate level related to
15  transgender people?            09:42:21
16   A  What do you mean, educational training?
17   Q  Beyond the independent research that you
18  conducted or the research that you conducted with
19  supervision at McGill, did you have any other
20  educational training, such as a practicum, related   09:42:34
21  to transgender people?
22     MR. TRYON:  Objection; form of the -- form of
23  the question.
24     THE WITNESS:  Not practicum related
25  specifically to transgender people, but I did   09:42:50

Page 45

12 (Pages 42 - 45)

1  practicum related to human sexuality, which
2  necessarily included transgender people.
3  BY COUNSEL SWAMINATHAN:
4    Q  Can you describe that practicum?
5    A  I was seeing patients for -- mostly for      09:43:05
6  one-on-one therapy, regardless of the issue that
7  they came in with.  That can be anything from sexual
8  dysfunctions, curiosities about their own sexual
9  interests, and dysphoric transgender issues.
10   Q  Got it.  And you said you were seeing      09:43:20
11 patients.  How old were these patients, typically?
12   A  Young adults and up.
13   Q  And what do you understand "young adults" to
14 mean, in terms of an age?
15   A  Late teens.                          09:43:34
16   Q  So late teens and onward you would --
17   A  Yes.
18   Q  Okay.  About how many patients do you think
19 you've seen during your time at McGill in -- in
20 these practica that you just spoke about?      09:43:52
21   A  Roughly 30.
22   Q  Okay.  Thank you.
23      And so what did you do after obtaining your
24 doctorate degree?
25   A  I continued as a postdoctoral researcher at   09:44:07

Page 46

1  the University of Toronto and at the Centre for
2  Addiction and Mental Health.
3    Q  Is it okay with you if I refer to the
4  Centre for Addiction and Mental Health, as CAMH?
5    A  Yes.                              09:44:26
6    Q  Is it commonly known as CAMH, or am I --
7    A  Usually they pronounce it CAMH.
8    Q  CAMH.  I will do the same.
9      COUNSEL SWAMINATHAN:  And, Court Reporter,
10 that is C-A-M-H when I refer to "CAMH."      09:44:38
11 BY COUNSEL SWAMINATHAN:
12   Q  Okay.  Can you describe your fellowship
13 experience at CAMH?
14   A  I started at -- there was an overlap year
15 between the doctoral studies and my postdoctoral   09:44:50
16 studies.  The final year of a Ph.D. is an internship
17 program, which is very much like an advanced
18 practicum program.
19      Within the internship, I was half-time of the
20 entire year in their Gender Identity Clinic and   09:45:05
21 half-time for a full year in their Sexual Behaviours
22 Clinic, which worked primarily with sexual
23 offenders.  I continued that work and continued the
24 related research then for the seven years after
25 receiving my doctorate, staying at the same      09:45:24

Page 47

1  institution.
2      The -- the projects themselves were primarily
3  focussed on brain function and development of each
4  of the sexual issues.
5    Q  Got it.  And so you said during your      09:45:34
6  internship period you had a position with the
7  Gender Identity Clinic and then separately the
8  Sexual Behaviours Clinic; is that correct?
9    A  Yes.
10   Q  What responsibilities did you have during   09:45:46
11 your time in those clinics?
12   A  I was conducting one-on-one therapy with
13 individual people, pursuing or wondering if they
14 should pursue medical transition, group therapy of
15 people just living their lives as trans people and   09:46:06
16 requiring support, and among the sexual -- in the
17 SBC, in the Sexual Behaviours Clinic, with the sex
18 offenders, it was rehabilitation.
19   Q  And what qualified you to provide the
20 one-on-one therapy that you just spoke about for   09:46:25
21 individuals pursuing medical transition and group
22 therapy?  Was there any additional certificate or
23 training that you needed in order to provide this
24 therapy?
25   A  The training of those issues was -- for those 09:46:39

Page 48

1  issues is -- it's a lot of reading and then
2  one-on-one study with other experts who are
3  extremely experienced with -- with trans issues.  I
4  studied under Ray Blanchard at CAMH.
5    Q  Did you study under anyone else besides   09:47:03
6  Ray Blanchard?
7    A  There were other instructors.  He ran the
8  lab.  The other primary input to my education was a
9  trans clin- -- she herself was a trans clinician,
10 Maxine Petersen.                        09:47:24
11   Q  And so did either Ray Blanchard or
12 Maxine Petersen serve as a supervisor to you in each
13 of those positions?
14   A  Yes.  Both of them.
15   Q  Okay.  Did you have anyone to supervise under 09:47:35
16 you in those positions at the Gender Identity Clinic
17 and the Sexual Behaviours Clinic?
18   A  Not while I was an intern or -- not while I
19 was an intern and not while I was a postdoc.
20   Q  What did you do next, after interning at   09:47:58
21 those clinics?
22   A  After the internship and I received my
23 doctorate, then I was appointed as a postdoctoral
24 fellow at CAMH.
25   Q  So my next set of questions pertain to your   09:48:08

Page 49

13 (Pages 46 - 49)

Armistead Supp. App. 0221

1 fellowship.
2     So as a part of your fellowship, did your
3 work focus on child psychology?
4     A  Did my focus -- it didn't focus on child
5 psychology, no.                              09:48:25
6     Q  And apologies, can we go back one minute
7 to -- you -- you had stated that you provided
8 one-on-one therapy to individuals pursuing medical
9 transition/group therapy.
10     What was the average age of those patients    09:48:37
11 that you provided the one-on-one therapy to?
12     A  Average age?
13     Q  Yeah.
14     A  Early 40s.
15     Q  What do you think was the youngest age of the  09:48:51
16 patient, to your recollection?  I understand it was
17 a bit of time ago.
18     A  Youngest would have been late teens, early
19 20s.
20     Q  Okay.  Great.  And, sorry, back to your    09:49:03
21 fellowship.  We just spoke about child psychology,
22 and you mentioned that it did not focus on child
23 psychology; correct?
24     A  Correct.
25     Q  How about adolescent psychology?           09:49:15

Page 50

1     A  Again, it didn't focus on adolescent
2 psychology, but most of the assessments that we were
3 doing and the research we were doing was entire
4 lifespan.  So, of course, childhood and adolescence
5 is a predominant part of that, but not the focus of   09:49:34
6 it.
7     Q  I see.  And so, again, you'll have to educate
8 me a bit, but as a part of your postdoctoral
9 fellowship, do you take any courses?
10     A  No.                                        09:49:48
11     Q  No?  It's --
12     A  Oh, I should take that back.  There are no
13 courses built into the program itself, but I often
14 opted to take extra courses just to fill in extra
15 material that I needed, such as in neuroscience or    09:49:59
16 similar advanced statistics.
17     Q  So beyond neuroscience, what other courses
18 did you elect to take during your postdoctoral
19 fellowship?
20     A  Just those two deals, neuroscience and     09:50:12
21 statistics.
22     Q  And statistics.  Okay.
23     And were those, like, online courses, or were
24 they courses offered through CAMH?
25     A  They were courses through the Univer- --   09:50:22

Page 51

1 through the University of Toronto.  CAMH is a
2 teaching hospital of the University of Toronto.
3     Q  Great.  And so, as part of your fellowship,
4 did any of your work focus on transgender or
5 gender-dysphoric adults?                       09:50:38
6     A  Not at that time, no.
7     Q  What about transgender or gender-dysphoric
8 adolescents?
9     A  Not at that time, no.
10     Q  Okay.  Have you completed any other studies?   09:50:57
11     A  Altogether, I -- oh, when you say "studies,"
12 you don't mean published studies; you mean --
13     Q  Right.  Educational pursuits of degrees and
14 things like that.
15     A  No.  That's my full formal education.       09:51:14
16     Q  And I don't mean to say that you haven't done
17 so much already.  I just wanted to make sure that
18 we've covered all of the bases.
19     And what is your current occupation right
20 now?                                          09:51:26
21     A  I'm in private practice as a clinical
22 psychologist.
23     Q  And where do you conduct your private
24 practice?
25     A  In Toronto.                               09:51:35

Page 52

1     Q  In Toronto.  Okay.
2     So I see on page 1 and 2 of your CV, which
3 hopefully you still have in front of you, you list
4 your employment history.  I would love to walk
5 through your employment history, but if it's okay     09:51:54
6 with you, in chronological order.  So if we can turn
7 to page 2.
8     A  Yes.
9     Q  I see that you completed predoctoral
10 practicum at the Queen Elizabeth Hospital in          09:52:07
11 Montreal, Canada; is that correct?
12     A  Yes.
13     Q  And that was in the department of psychiatry?
14     A  Yes.
15     Q  And you were there from May 1994 to          09:52:16
16 December 1994; is that correct?
17     A  Yes.
18     Q  What was your title in this position?
19     A  They used a French word that I don't
20 remember.  A "stagiaire."  A -- a local Montreal,     09:52:37
21 Quebec, term.  The best English translation would be
22 trainee in psychology.
23     Q  Do you speak French?
24     A  No, I don't.
25     Q  Trainee.  Okay.  Great.                    09:52:51

Page 53

14 (Pages 50 - 53)

Armistead Supp. App. 0222

1      Can you tell me a bit about your work in this
2  position?
3      A  My focus then was general psychotherapy with
4  outpatients who would typically come in to that
5  clinic with a series of disorders, mainly     09:53:08
6  depressions and anxieties.
7      Q  And did you work in this position focus on
8  children?
9      A  No.
10     Q  What about adolescents?              09:53:17
11     A  Didn't focus on them, no.
12     Q  No.  So you predominantly worked with adults
13  who came in with depression and anxiety disorders?
14     A  Correct.
15     Q  Okay.  And then I see that you completed a    09:53:31
16  predoctoral practicum at the Royal Victoria Hospital
17  in Montreal; is that right?
18     A  Yes.
19     Q  And this was in the sex and couples therapy
20  unit?                                    09:53:45
21     A  That's correct.
22     Q  And you were there for a little under four
23  years.  It says September 1993 to June 1997; is that
24  right?
25     A  Correct.  I continued seeing clients there    09:53:55

Page 54

1  over the course of my doctoral studies.
2      Q  Got it.  Okay.
3      So can you tell me about your work in this
4  position and whether you had a similar French title
5  there?                                   09:54:07
6      What -- what was your title?
7      A  My -- I don't remember -- I don't remember my
8  title.
9      Q  Okay.  No problem.
10     A  It was in English.  It's an English-speaking    09:54:19
11  hospital.  My functions there were sex therapy and
12  couples therapy, the full range of sexual disorders
13  and the range of issues that -- that interfere with
14  romantic relationships.
15     Q  Got it.  So did the majority of your work in    09:54:34
16  this position focus on adults?
17     A  Yes.
18     Q  Okay.  And in this position, did you conduct
19  any research or, you know, have any, like, work
20  experience in the field of transgender or     09:54:49
21  gender-dysphoric people?
22     A  Not specific to them, no.
23     Q  Okay.  And then I see that you were a
24  teaching assistant at McGill in the Department of
25  Psychology; is that right?                 09:55:05

Page 55

1      A  Yes.
2      Q  And was this during your doctorate degree as
3  well?
4      A  Yes.
5      Q  Okay.  And so that was from September 1993 to    09:55:13
6  May 1998 --
7      A  Yes.
8      Q  -- is that right?
9      Okay.  Who were you a teaching assistant for?
10  Was it for a professor, or were you a general     09:55:25
11  teaching assistant for the program?
12     A  Two different professors.  One was
13  Rhonda Amsel for statistics courses, and the other
14  was Irv Binik for sexuality courses.
15     Q  Can you repeat the name of the professor who    09:55:41
16  focused on sexuality courses?
17     A  Irv, I-r-v, Binik, B-i-n-i-k.
18     Q  And so what courses within sexuality did
19  Irv Binik teach?
20     A  The name of the course itself was     09:55:58
21  Human Sexuality.
22     Q  It was called Human Sexuality.  Okay.
23     And has he taught any other courses at
24  McGill, to your knowledge, or during the time that
25  you were there?                          09:56:07

Page 56

1      A  I think that's the only course he taught
2  while I was there, yes.
3      Q  So in your role as a teaching assistant, were
4  you required to conduct any research on transgender
5  or gender-dysphoric people?               09:56:28
6      A  As a part of that course, no.
7      Q  As a part of that course.  No?
8      A  Correct.  Not as part of that course.
9      Q  Okay.  And then you went on to work as a
10  clinical psychology intern, as we spoke about, at    09:56:45
11  CAMH; right?
12     A  Correct.
13     MR. BARHAM:  Counsel, we've been going about
14  an hour.  Would this be a natural time for a
15  five-minute break?                       09:56:55
16     COUNSEL SWAMINATHAN:  Absolutely.  Let's take
17  a break, and we can come back at 10:05, if that
18  works.
19     Do you want to take a seven-minute break?
20     MR. BARHAM:  Sure.  That sounds good.    09:57:05
21     COUNSEL SWAMINATHAN:  Okay.  We can go off
22  the record.
23     THE VIDEOGRAPHER:  Yes, we are going off the
24  record at 9:57 a.m., and this is the end of Media
25  Unit No. 1.                              09:57:12

Page 57

15 (Pages 54 - 57)

Armistead Supp. App. 0223

1    (Recess.)
2        THE VIDEOGRAPHER:  All right.  We are back on
3    the record at 10:08 a.m., and this is the beginning
4    of Media Unit No. 2.
5        Go ahead, please.                    10:08:34
6    BY COUNSEL SWAMINATHAN:
7    Q   Okay.  Dr. Cantor, before the break, you
8    testified that you had studied under two
9    individuals, Blanchard and Petersen; is that
10   correct?                               10:08:46
11   A   Yes.
12   Q   And that's Ray Blanchard and Maxine Petersen;
13   right?
14   A   Yes.
15   Q   And you mentioned that they are extremely    10:08:56
16   knowledgeable on issues of transgender identities
17   and gender-dysphoric people; right?
18   A   Yes.
19   Q   And their focus is -- they -- they focus on
20   adults who identify as transgender or who suffer   10:09:14
21   from gender dysphoria; right?
22   A   Their writings and their careers have spanned
23   the entire lifespan, but most of their work was with
24   adults.
25   Q   Adults.  Okay.                         10:09:31

                                        Page 58

1        And so we spoke about your time at the -- at
2    CAMH as a clinical psychology intern, but then you
3    moved to the law and mental health program, is that
4    correct, at CAMH?
5    A   The Sexual Behaviours Clinic is part of the    10:09:49
6    law and mental health program.
7    Q   Oh, okay.  So let me ask it a different way.
8        What did you do after you were a clinical
9    psychology intern at CAMH?
10   A   After I was an intern was when I started my    10:10:02
11   postdoctoral -- postdoctoral studies.
12   Q   And so this is when you were a psychologist
13   within the law and mental health program?
14   A   Yes.
15   Q   Okay.  Can you tell me about your work in     10:10:16
16   that position?
17   A   That's when I began my brain-based research
18   on the development of atypical human sexualities.
19   Q   And did your work in this position focus on
20   child psychology?                        10:10:37
21   A   It's a little hard to say.  What I was
22   researching on was brain development, which begins
23   at conception, continues, of course, quite
24   dramatically over the course of gestation, continues
25   to develop over the course of childhood and     10:10:56

                                        Page 59

1    adolescence and ends in adulthood.
2    Q   Got it.  So this brain development research
3    that you did, did you focus only on brain
4    development as it relates to atypical sexualities?
5    A   Although the questions I was asking were      10:11:12
6    about human sexuality, I simultaneously needed to
7    account for all of the other possible things that
8    were going on in the brain; and so, therefore, they
9    became related, even though those weren't the topics
10   of my specific efforts.                    10:11:35
11   Q   Your work in this position didn't focus on
12   children and adolescents with gender dysphoria;
13   right?
14   A   It's a little tough to say.  It's tough to
15   say.  Everything I look at in a brain scan is an    10:11:54
16   accumulation of everything that happens over life,
17   very much of which happens in childhood and before
18   childhood.  So I was looking at the effects in the
19   brain of everything that happened over childhood
20   accumulated -- accumulating, but I wasn't looking   10:12:10
21   during childhood.
22   Q   It's fair to say that it didn't focus on
23   child (sic) and adolescents with gender dysphoria;
24   right?
25       MR. BARHAM:  Objection; terminology.         10:12:25

                                        Page 60

1        THE WITNESS:  It depends on what one means by
2    "focus."
3    BY COUNSEL SWAMINATHAN:
4    Q   You didn't work with children and adolescents
5    with gender dysphoria in this position directly, did   10:12:33
6    you?
7    A   Not while they were children and adolescents,
8    no.
9    Q   Okay.  Did you conduct research specifically
10   related to children and adolescents with gender      10:12:46
11   dysphoria, or did you focus more holistically on
12   brain development from birth to adulthood?
13       MR. TRYON:  Objection; form.
14       THE WITNESS:  I didn't -- my research
15   subjects, while they were research subjects, were no   10:13:06
16   longer children, but we would often focus on events
17   that happened during childhood and adolescence.
18   BY COUNSEL SWAMINATHAN
19   Q   I see.  So what approximate -- or age -- or
20   what was the average age of the research subjects     10:13:19
21   that you worked with?
22   A   The research subjects then ran the -- the
23   gamut from 18 to simulating.
24   Q   Okay.  And, again, this research was related
25   to brain development as connected to atypical       10:13:40

                                        Page 61

                                        16 (Pages 58 - 61)

1 sexualities, right, the research you --
2    A  Yes.
3    Q  -- you just mentioned?
4    Okay. Thank you.
5    And then you went on to be the research        10:13:49
6 section head at CAMH; right?
7    A  Correct.
8    Q  And you were the section head from
9 December 2009 to September 2012; right?
10    A  Correct.                              10:14:03
11    Q  Great. What was your title beyond research
12 section head in this position? Did you hold any
13 other titles?
14    A  Psychologist.
15    Q  Psychologist. Okay.                     10:14:15
16    Can you tell me about your work in this
17 position?
18    Mainly what I'm trying to understand is how
19 much of your practice was research versus clinical
20 psychology.                                  10:14:30
21    A  It's -- it's tough to pull them apart at that
22 level. I was simultaneously doing frontline
23 clinical work but also systematically recording the
24 results of that work, those of my colleagues, those
25 of my then-students in order to analyze patterns in   10:14:47

Page 62

1 hypersexual.
2    I also participated in research and the
3 development of what I'll call ordinary -- the
4 development of sexual orientation.
5    Q  So would you say that your work was primarily   10:16:19
6 focused on pedophilia and hypersexuality?
7    MR. TRYON: form.
8    THE WITNESS: Primarily, sure.
9 BY COUNSEL SWAMINATHAN:
10    Q  And then you went on to become the head of      10:16:35
11 research at the Sexual Behaviours Clinic; right?
12    A  Yes.
13    Q  And that was from November 2010 to
14 April 2014; correct?
15    A  Yes.                                  10:16:49
16    Q  And you were still at CAMH?
17    A  Yes.
18    Q  Great. So can you tell me about your work in
19 this position?
20    A  Only my position title changed.          10:17:03
21    Q  So your work remained the same, but you were
22 promoted to head of research?
23    A  Correct.
24    Q  What is the difference between research
25 section head and head of research?             10:17:16

Page 64

1 the data of what everybody was seeing.
2    So what was done for research purposes was
3 also done for clinical purposes and vice versa.
4    Q  I see. And so during your time as research
5 section head, did any of your research involve,      10:15:04
6 specifically, gender dysphoria or transgender
7 medicine?
8    MR. BARHAM: Objection; form.
9    THE WITNESS: I would hesitate -- it didn't
10 focus, but was repeatedly included. In order to do   10:15:25
11 any of the -- or in order to do research on any of
12 these topics, because they interrelate, we also --
13 at least indirectly, also include the other atypical
14 sexualities.
15 BY COUNSEL SWAMINATHAN:                        10:15:39
16    Q  I see. So what was your work primarily
17 focused on, though, during your time as research
18 section head?
19    A  My work, as I said, was primarily focused on
20 how atypical sexualities develop.              10:15:52
21    Q  And in your understanding, how do they
22 develop?
23    A  Well, that could be any atypical sexuality.
24 Some -- those include pedophilia, other paraphilias,
25 transsexuality, people who call themselves          10:16:08

Page 63

1    A  There isn't one. There was a reorganization
2 of the departments. The titles in the department
3 were realigned to match those in other departments.
4    Q  I see. Thank you.
5    And so in this position, as you continued on,   10:17:33
6 am I correct to say that your work still focused
7 primarily on pedophilia, hypersexuality and your
8 work with sex offenders? Is that correct?
9    A  Yes.
10    Q  Okay. And did your work, in terms of the      10:17:49
11 patients you saw, at all focus on children and
12 adolescents?
13    MR. BARHAM: Objection; form.
14    THE WITNESS: Not --
15    MR. TRYON: Objection.                       10:18:06
16    THE WITNESS: Not while they were children
17 and adolescents, but very many of the issues that we
18 were dealing with were issues that occurred during
19 childhood and adolescence.
20 BY COUNSEL SWAMINATHAN:                        10:18:11
21    Q  I see. But the patients themselves, at the
22 time you saw them, were not children or adolescents;
23 right?
24    A  Correct.
25    Q  Got it. And then you were a senior scientist   10:18:20

Page 65

17 (Pages 62 - 65)

Armistead Supp. App. 0225

1  as a part of the complex mental illness program;
2  right?
3    A  Correct.
4    Q  And that was from January 2012 to May 2018?
5    A  Correct.                        10:18:42
6    Q  What was your responsibility or, you know,
7  what were you duties under the title of senior
8  scientist?
9    A  The duties were the same as before, but,
10  again, in the administrative structure of the        10:18:53
11  hospital, one often had dual titles.
12    Q  I see.  So when you adopted the title of
13  senior scientist, you were still the head of
14  research; is that correct?
15    A  Yes.                          10:19:09
16    Q  So why did they give you this additional
17  title?
18    A  That was a higher rank than psychologist.
19    Q  I see.  And did your roles change at all from
20  head of research to then adopting this dual role as   10:19:23
21  senior scientist and head of research?
22    A  No.  My functions were the same.
23    Q  Did you have a change in supervision at all?
24    A  I'm not sure what you mean.
25      Whom I was supervising or whom I was           10:19:41

Page 66

1  supervised by?
2    Q  Apologies.  Was who you reported to in your
3  prior role as head of research still the same person
4  or group of people you reported to as senior
5  scientist?                         10:19:54
6    A  Yes.
7    Q  Who were those individuals?
8    A  Oh, I don't recall his name.  He was the head
9  of the law and mental health program.
10    Q  So the head of the law and mental health      10:20:12
11  program in the 2012 to 2018 timeframe.  Is that fair
12  to say?
13    A  Yes.
14    Q  And I take it from your slight
15  misunderstanding of my prior question that you have  10:20:29
16  supervised people in those positions as well; right?
17    A  Yes.
18    Q  And so when you were a senior scientist, who
19  did you supervise in that position?
20    A  Students whom I was training at the time.     10:20:41
21    Q  And so these are students of the University
22  of Toronto?
23    A  No.  They were usually students really coming
24  to CAMH from all over the world for their
25  internships and their training.             10:21:02

Page 67

1    Q  I see.  Okay.
2      And so at any given time, how many students
3  would you say, on average, you supervise?
4    A  Three to five.
5    Q  Okay.  And what kind of work were those      10:21:13
6  students typically engaging in when they were under
7  your supervision?
8    A  A lot of the cognitive testing and treatment
9  with people with atypical sexualities.
10    Q  And what did -- what did their assignments    10:21:27
11  look like?  What -- what did they work on, when you
12  say that they focused on cognitive treatment and
13  atypical sexualities?
14    A  There was a great deal of -- of testing.  Our
15  object was to try to record, objectively, what other  10:21:45
16  clinicians were perceiving subjectively.
17    Q  And how did you do that?  How did you -- how
18  did your clinic test objectively?
19    A  Sometimes through document checks.  Sometimes
20  through formal testing, using standardized         10:22:03
21  instruments.
22    Q  Okay.  And so in your position as senior
23  scientist and, you know, under -- while you were
24  supervising these CAMH interns, did you ever work
25  directly with children or adolescents with gender    10:22:21

Page 68

1  dysphoria?
2    A  Directly, no.
3    Q  Did your testing ever involve issues
4  pertaining to child or adolescent psychology?
5    A  Issues pertaining to, yes.            10:22:39
6    Q  What would you describe those issues as?
7    A  Events occurring during those periods of
8  life.
9    Q  And how would you obtain data on those
10  events?                          10:22:52
11    A  Sometimes through interview with the patient.
12  Sometimes through review of documents.
13    Q  Got it.  And so when you say you've
14  interviewed the patients, you're interviewing them
15  as adults, and they're recounting their childhood    10:23:05
16  experiences; correct?
17    A  Yes.
18    Q  And when you say "records," who provides you
19  with the medical records of these patients?
20    A  Typically, they were provided by a court,     10:23:18
21  parole or probation officers or the patients'
22  lawyers.
23    Q  I see.  Okay.  So how -- how do these
24  patients come to you?  How do you -- or a better
25  question is, how do you find these patients that you  10:23:34

Page 69

18 (Pages 66 - 69)

Armistead Supp. App. 0226

Page 70

```
 1  work with?
 2     A  Well, I didn't really find them at all.
 3  Typically, these would be assigned to the hospital,
 4  and then the hospital would get them to the
 5  appropriate clinic, and then I saw everybody who      10:23:48
 6  came to that clinic, or I was ultimately responsible
 7  for the research going on with everybody in that
 8  clinic.
 9     Q  I see.  So how -- or why would these patients
10  be referred to your hospital?                          10:24:00
11     MR. TRYON:  Objection.
12     THE WITNESS:  Either through --
13     MR. BARHAM:  Objection as to form.
14     THE WITNESS:  Typically, they were -- they
15  had committed a sexual offense and served their        10:24:11
16  sentence and were being released to parole and
17  probation, and so the parole and probation system
18  wanted as much information as possible in order to
19  put the person -- to help maximize the person's
20  benefit from their -- from their rehabilitation time   10:24:27
21  and from their parole and probation time.
22     Other people self-referred because they had a
23  question or concern with some issue and there was
24  nobody else with the expertise to be able to answer
25  it -- to be able to address it.                        10:24:42
```

Page 71

```
 1  BY COUNSEL SWAMINATHAN:
 2     Q  Two quick follow-up questions.
 3     So what was most typically the offense that
 4  these patients had committed when they came to your
 5  hospital?                                              10:24:51
 6     MR. TRYON:  Objection.
 7     THE WITNESS:  I would hesitate to say to the
 8  hospital.  But the ones who ended up in my clinic
 9  were there specifically for a sex-related --
10  sex-related reason.  Roughly two-thirds of those       10:25:03
11  would be related to or potentially related to a
12  sexual offense.
13  BY COUNSEL SWAMINATHAN:
14     Q  Can you describe for me what you mean by
15  "sexual offense"?  What does sexual offense            10:25:18
16  encompass?
17     MR. TRYON:  Objection.
18     And before you answer, I just -- I don't know
19  what HIPAA laws are in Canada, but I just want to
20  caution the witness to make sure that you're not       10:25:28
21  violating any confidentiality requirements of -- of
22  Canadian law.
23     COUNSEL SWAMINATHAN:  Thank you, Counsel.
24  Your objection is noted.
25  ///
```

Page 72

```
 1  BY COUNSEL SWAMINATHAN:
 2     Q  You can answer, Dr. Cantor.
 3     A  I understand.
 4     Typically, these were touching of a child or
 5  child pornog- -- or child pornography possession.      10:25:42
 6     Q  Thank you.  I appreciate that.
 7     So you also said that some of these patients
 8  were self-referred; right?
 9     A  Yes.
10     Q  Approximately what percentage of your          10:25:55
11  patients were self-referred as opposed to coming to
12  you from a different -- coming to the hospital from
13  a different method?
14     A  Roughly a quarter to a third.
15     Q  I appreciate it.                                10:26:13
16     And then your position has changed again, but
17  maybe you can let me know if -- was there any
18  difference between your role as a senior scientist
19  and a senior scientist, inaugural member, as noted
20  on your resumé?                                        10:26:29
21     A  No, there was no difference.
22     Q  What -- what does it mean to be an inaugural
23  member?
24     A  It was -- it was an inaugural -- an inaugural
25  member of that now newly formed institution.  It was   10:26:45
```

Page 73

```
 1  a large donation to the hospital, which, again,
 2  triggered a another reorganization.
 3     Q  Oh, okay.  So what was the Campbell Family
 4  Mental Health Research Institute previously known an
 5  as?                                                    10:27:01
 6     A  It wasn't previously known.  The Campbell
 7  family was the source of the large donation which
 8  triggered the renaming and the reorganization.
 9     Q  I see.  So it was -- it's completely separate
10  from the complex mental illness program or the        10:27:10
11  Sexual Behaviours Clinic?
12     A  I don't recall the administrative details,
13  but as I say, it was a shuffling rather than a -- it
14  was more a shuffling than anything else.
15     Q  So were the people that you worked with in     10:27:24
16  that position largely the same as previous
17  positions, in terms of your coworkers?
18     A  Yes.  Nothing from my day-to-day work
19  changed.
20     Q  Got it.  And the -- the work that you had      10:27:36
21  just described to me, that you had done in your role
22  as senior scientist, that work was the same as
23  senior scientist, inaugural member?
24     A  Correct.
25     Q  Okay.  And you were there until May 2018;      10:27:48
```

19 (Pages 70 - 73)

Armistead Supp. App. 0227

1  right?
2     A  Yes.
3     Q  And then finally, I think we're getting to
4  where you are presently, which is the director of
5  the Toronto Sexuality Centre; correct?        10:28:01
6     A  Yes.
7     Q  And so you are currently the director of the
8  Toronto Sexuality Centre, but you're also conducting
9  your own private practice; is that right?
10    A  That is my private practice.        10:28:14
11    Q  Oh, that is your private practice.  Okay.
12       And so can you tell me about your private
13  practice?  Approximately how many patients do you
14  have as a part of your private practice?
15    A  Roughly 50, currently.        10:28:28
16    Q  So you have about 50 patients.  Does this
17  fluctuate a lot, or is it typically around 50?
18    A  I do my best to keep the number pretty
19  constant.
20    Q  Okay.  And why is that?        10:28:47
21    A  Oh, for the -- for the workload.
22    Q  Got it.  And so you've been in your private
23  practice for about five years now; is that right?
24    A  Yes.
25    Q  When you first started your private practice,  10:29:01

Page 74

1  approximately how many patients did you have?
2     A  I want to say zero, and then I worked it up
3  from there.
4     Q  And how are patients typically finding you or
5  coming to you for -- for your treatment?        10:29:20
6     A  Generally from routine advertising.  Perhaps
7  a quarter of them are referred specifically from
8  other clinicians who feel that they're not qualified
9  to deal with, whatever sexual issues, will send
10  their client to me.        10:29:38
11    Q  You said "routine advertising."  What does
12  routine advertising for your practice look like?
13    A  An ad in Psychology Today and websites.
14    Q  Any social media?
15    A  No.        10:29:53
16    Q  And you said sometimes other clinicians refer
17  patients to you because they are unable to meet the
18  needs of what the patient is looking for; right?
19    A  Correct.
20    Q  And so what would you describe your specialty  10:30:05
21  to be that these other clinicians don't possess?
22    A  Human sexuality, which is left out of most
23  mental health training programs altogether.
24    Q  And I know we've spoken about this briefly
25  before, but what all do you understand to fall under  10:30:24

Page 75

1  human sexuality again?
2     A  Sexual functioning, sexual attraction --
3  sexual functioning and sexual attraction patterns.
4     Q  And so of your 50 patients, approximately --
5  you know, what's the average age of your 50        10:30:40
6  patients?
7     A  Average?  30 to 35.
8     Q  How old is your youngest patient, without
9  disclosing any HIPAA violative information?
10    A  Youngest would be, I think, early 20s.        10:30:57
11    Q  Early 20s.  And how about the oldest?
12    A  Oldest would be late 60s.
13    Q  So as your role as director, is it -- am I
14  correct that it's solely just your private practice,
15  not your research?  There's no -- no more research        10:31:18
16  component of this position?
17    A  Not paid.
18    Q  So at the Toronto Sexuality Centre, you're
19  praid -- you're paid for the work that you do in
20  conjunction with your private practice; right?        10:31:36
21    A  Correct.
22    Q  And any other research you do, there's no
23  payment from this entity for that research; right?
24    A  Correct.
25    Q  Okay.  So in any of these positions that        10:31:47

Page 76

1  we've spoken about, have you provided care directly
2  to transgender people?
3     A  I'm sorry, would you ask that again?
4     Q  Sure.  So in any of these positions, have you
5  provided care to transgender people?        10:32:03
6        MR. BARHAM:  Objection; form.
7        THE WITNESS:  Yes.
8  BY COUNSEL SWAMINATHAN:
9     Q  Which positions have you provided care to
10  transgender people?        10:32:15
11    A  Right now, asking as to the Toronto Sexuality
12  Centre?
13    Q  Any others?
14    A  I -- I don't have any other clinical
15  positions.  I'm -- again, I'm checking your        10:32:28
16  question.
17       When you asked me about my experiences with
18  trans people, you mean the -- my clinical
19  experiences within the Toronto Sexuality Centre?
20    Q  Exactly.  And I'm just trying to ensure that        10:32:43
21  I haven't missed any other practices that, you know,
22  you may have had with respect to, you know,
23  providing direct care to -- transgender people.
24       So I understand your answer to be the Toronto
25  Sexuality Centre; is that correct?        10:32:57

Page 77

Veritext Legal Solutions
866 299-5127        Armistead Supp. App. 0228

**Page 78**

1   A  Yes, I -- I -- that includes trans people and
2  people with transitions.
3   Q  Okay.  And, again, none of this care was
4  provided to transgender prepubertal kids; right?
5   A  Correct.           10:33:15
6   Q  And none of this care was provided to
7  transgender adolescents; right?
8   A  Some would be adolescents.  I -- I see
9  clients at ages 16 and up.
10   Q  16 and up.         10:33:32
11     And you said your youngest client at the
12  moment is in their early 20s, but you have seen
13  clients who have been under the age of 18; is that
14  right?
15   A  Yes.           10:33:45
16   Q  How many transgender people under the age of
17  18 have you provided care to?
18   A  Six to eight.
19   Q  Okay.
20   A  While they were in that age.    10:33:58
21   Q  Got it.  And what about under the age 16,
22  have you ever provided care to any transgender
23  adolescent or prepubertal kid under the age of 16?
24   A  No.
25   Q  Okay.  Did any of the care that you provided  10:34:11

**Page 79**

1  to transgender and gender-dysphoric people involve
2  prescribing puberty-delaying treatment?
3   A  No.  I'm not licensed for providing medical
4  care.
5   Q  And so you're not licensed to provide -- or,  10:34:31
6  sorry, prescribe hormone therapy; right?
7   A  That is correct.
8   Q  Okay.  So your care primarily involved
9  counseling; right?
10   A  Yes.          10:34:44
11   Q  So with respect to any employment that you've
12  held, have you ever been subject to discipline by
13  your employer?
14   A  No.
15   Q  No?  And you've spent a significant portion  10:34:55
16  of your career at CAMH; right?
17   A  Yes.
18   Q  Okay.  How have you gotten along with your
19  colleagues over the span of -- it looks like over
20  20 -- 20 years?  22 years?  How have you gotten  10:35:15
21  along with your colleagues there?
22   A  In general, very well.
23   Q  And apologies, just one -- one clarification.
24     So you said that you're not licensed to
25  prescribe puberty-delaying treatment or cross-sex  10:35:29

**Page 80**

1  hormones; right?
2   A  Correct.
3   Q  Are you qualified to refer patients to
4  providers who are licensed to provide that care?
5   A  I'm not -- the question doesn't quite make  10:35:49
6  sense to me.
7   Q  Great.  I'm -- I'm happy to rephrase.
8     Have you ever provided a referral for one of
9  your patients to obtain puberty-delaying treatment
10  or cross-sex hormones from, let's say, an   10:36:03
11  endocrinologist?
12   A  It's tough to say.  Again, the Canadian
13  medical system doesn't work quite the same way as
14  the American way does.  A letter from me would
15  generally be sufficient for a medical provider who  10:36:27
16  is looking for a licensed mental healthcare provider
17  to say that a person is mentally healthy and ready
18  to engage in a medical treatment, but we don't send
19  the referral -- but -- but in the U.S., I understand
20  there are certain legal ramifications how that  10:36:53
21  referral happens, which isn't necessarily relevant
22  to where I am.
23   Q  I see.  So you would provide a letter to
24  another mental health provider who works with a
25  patient, who would then be able to provide a  10:37:05

**Page 81**

1  referral to the medical doctor to prescribe these
2  treatments; right?
3   A  No.  I would be that other mental health
4  provider.
5   Q  So you would receive a letter from another  10:37:18
6  practitioner and then that -- you would be the
7  decision-maker as to whether the person is ready for
8  a referral to a medical doctor to receive these
9  treatments; is that correct?
10   A  No.  Usually, I would be the initiator.  I  10:37:35
11  mean, a -- a -- any given patient might come to me
12  through another provider, but that doesn't require
13  anything -- anything formal or anything in writing.
14     If the request or the -- if what is
15  appropriate to the case is that the person does go  10:37:52
16  on for medical treatment, then I would write a
17  letter indicating that patient's preparedness for
18  that medical treatment.
19   Q  I see.  And so how often have you written
20  such a letter?  How -- how many times, to your  10:38:03
21  approximate recollection?
22   A  Two, three dozen.
23   Q  Two, three dozen.
24     And do you typically write these letters for
25  those who are above the age of 16?  10:38:17

21 (Pages 78 - 81)

Armistead Supp. App. 0229

Page 82

```
1    A  Yes.
2    Q  Have you ever written a letter for a patient
3  of yours who was under the age of 16 to receive
4  puberty-delaying treatment or hormone therapy?
5    A  No.                               10:38:33
6    Q  Has any patient under the age of 16 come to
7  you with that request?
8    A  I don't see patients under 16.
9    Q  How about under 18?  Has any patient between
10 the ages of 16 and 18 come to you with a request   10:38:46
11 seeking puberty-delaying treatment or, sorry, at
12 that point cross-sex hormones?
13   A  I haven't had such a request, no.
14   Q  Okay.  Sorry, we were just speaking about
15 your colleagues at CAMH, and I was asking you, you  10:39:00
16 know, how have you gotten along with your colleagues
17 there, and you said fine; is that correct?
18   A  Generally, quite well, yes.
19   Q  Generally, quite well.
20      Did you ever have any disagreements with      10:39:11
21 other employees of CAMH?
22   A  Yes.
23   Q  What kinds of disagreements have you had?
24      MR. BARHAM:  I'm going to object and advise
25 not to disclose any confidential information.       10:39:31
```

Page 83

```
1       THE WITNESS:  Generally, these were, you
2  know, minor administrative disagreements about how
3  something should be done or -- or efficiency.
4       The largest disagreement I had was not
5  related to gender -- to gender issues at all, but it  10:39:51
6  ultimately was what motivated my leaving the
7  hospital.
8  BY COUNSEL SWAMINATHAN:
9    Q  It was not related to issues of gender
10 dysphoria or related to transgender people?          10:40:04
11   A  Correct.
12   Q  And it caused you to leave the hospital.
13      And was that in 2018?
14   A  Yes.
15   Q  Okay.  So you've never had any issue come up   10:40:18
16 relating to the topic of transgender people; right?
17   A  When you now say "never had any issue come
18 up," we're -- we're still talking in which -- in
19 which context?
20   Q  Apologies.  Let me -- let me clarify.         10:40:38
21      So you said that there was a disagreement in
22 2018 that caused you to leave CAMH; right?
23   A  I wouldn't say that there was a disagreement
24 in 2018.  It took me several years to -- to get
25 to -- to get to that point, but certainly --        10:40:54
```

Page 84

```
1  but that was the formal date of when -- when I left
2  CAMH.
3    Q  I understand.
4       What was that disagreement?
5    A  It had become very apparent to me that the    10:41:05
6  psychiatric staff was misusing hospital time for
7  their own private practices, and I was ultimately
8  unable to change that from happening in a
9  substantial way.  I thought it was grossly unethical
10 and no longer wanted any part of a clinic that would 10:41:24
11 -- that would allow that.
12   Q  And were these psychiatric staff individuals
13 that you supervised?
14   A  No.
15   Q  No?  And to your knowledge, if -- if you      10:41:34
16 know, how were they misusing hospital time?
17   A  They were seeing private patients and using
18 hospital resources for those private patients.
19   Q  And would those patients be coming to the
20 hospital, or would these be virtual sessions?        10:41:51
21   A  Coming to the hospital.
22   Q  Yeah, I'm just trying to get a better
23 understanding of whether, you know, these
24 psychiatric staff were seeing these patients and the
25 patients were not registered in the hospital         10:42:06
```

Page 85

```
1  records.
2       Is -- is that what happened?
3    A  The --
4       MR. BARHAM:  I'm going to object and caution
5  you about resealing confidential information.        10:42:16
6       COUNSEL SWAMINATHAN:  Objection noted.  Thank
7  you.
8       THE WITNESS:  That's not how the system
9  exactly was set up.  Because of the nature of the
10 laboratory, it was permitted to see nonhospital      10:42:35
11 patients, but hour by hour and patient by patient,
12 they were encroaching on hours that should have been
13 reserved for hospital patients, but hospital
14 patients were getting displaced for the private
15 patients.                                            10:42:49
16   Q  And how, exactly, did this -- this misuse of
17 time lead you to your decision to leave the hospital
18 entirely?
19   A  It became apparent -- it became apparent that
20 some money resources had been bled away from the     10:43:12
21 clinic that there were no -- at one time, the -- the
22 regular patients who were regularly getting referred
23 ceased being referred.  The referral sources
24 realized that the delays got so long, they didn't
25 bother referring anybody anymore, and if there are   10:43:27
```

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0230

1  no people, then -- if there are no referrals,
2  there's no clinic.  If there's no clinic, there's no
3  research.
4      I was able to correct it for a time, but I
5  was unable to get the hospital to change its policy    10:43:40
6  to make it permanent.
7      Q  I see.  And so your disagreement with how the
8  hospital handled that situation is what caused you
9  to leave; right?
10     A  Yes.                    10:43:53
11     Q  And prior to that, I think you testified that
12  you've had no other disagreements during your time
13  at CAMH with respect to topics concerning
14  transgender people; right?
15         MR. TRYON:  Objection; form.        10:44:12
16         THE WITNESS:  Correct.
17  BY COUNSEL SWAMINATHAN:
18     Q  You've never disagreed with any employee as
19  to what proper care for transgender individuals
20  should be?                    10:44:19
21         MR. TRYON:  Objection.
22         THE WITNESS:  Not that I recall, no.
23  BY COUNSEL SWAMINATHAN:
24     Q  Okay.  So let's move to page 3 of your CV, if
25  you still have that up in front of you.        10:44:33

Page 86

1     A  Yes.
2     Q  Great.  Can you take a moment to review?
3         I -- I believe pages 3 through 7 list
4  publications that you have authored and coauthored;
5  right?                        10:44:57
6     A  Yes.
7     Q  Okay.  Approximately how long have you been
8  authoring publications?
9     A  You said three pages?  I'm counting five.
10    Q  3 through 7, sorry.  3, 4, 5, 6 --        10:45:11
11    A  Oh, pages 3 through 7?
12    Q  Yes, yes.
13    A  I understand.
14        Yes, I'm sorry, what was your question again?
15    Q  Approximately how long have you been        10:45:23
16  authoring publications?
17    A  Oh, almost 30 years.
18    Q  Almost 30 years.
19        And what topics do you predominantly write
20  about?                        10:45:33
21    A  Human sexuality and atypical sexualities.
22    Q  And within human sexuality and atypical
23  sexuality, what subjects do you primarily focus on?
24    A  Sexual orientation, paraphilias and gender
25  identity.                    10:45:51

Page 87

1     Q  And you have 64 articles listed here under
2  "Publications"; right?
3     A  That's -- yes.
4     Q  When did you start writing and researching
5  about paraphilias?                10:46:06
6     A  Specifically about the paraphilias, soon
7  after I arrived at CAMH.
8     Q  Okay.  So that would be around 1998, '99
9  timeframe?
10    A  Roughly, yes.                10:46:21
11    Q  Okay.  And how many of these publications
12  focus on transgender and gender-dysphoric people?
13    A  I have listed them on my CV.  I'd have to
14  count.  It's roughly a half dozen.
15    Q  Why don't we go through these pages together.  10:46:39
16        So your first publication titled "Transgender
17  and gender diverse children and adolescents:
18  Fact-checking of AAP policy," authored by J. Cantor
19  in 2020; is that correct?
20    A  Yes.                    10:46:58
21    Q  And you would say that publication pertains
22  to issues of transgender and gender dysphoria in
23  people; right?
24    A  Yes.
25    Q  Great.  I'm looking down the list now.        10:47:08

Page 88

1         Is there anything else on page 3, any other
2  publication listed on page 3 that deals specifically
3  with transgender individuals or individuals
4  diagnosed with gender dysphoria?
5     A  No.                    10:47:29
6     Q  Okay.  Let's go to page 4.  Can we go through
7  this same exercise?
8         Is this there any publication on this page
9  that relates specifically to transgender individuals
10  or individuals with gender dysphoria?        10:47:52
11    A  Only indirectly, number 26, Fazio and Cantor.
12    Q  What do you mean by "indirectly"?
13    A  One of the ways -- left-handedness is more
14  common among people who are trans or gay, for that
15  matter, than -- than not.            10:48:18
16    Q  And that's the only -- that's the only way
17  that this article is connected to issues concerning
18  people who are transgender and gender dysphoric;
19  right?
20    A  Yes.                    10:48:33
21    Q  Okay.  Great.  Let's go to page 5 of your
22  list of publications.
23    A  Yes.
24    Q  Can we go through that same exercise?
25        I can see that number 30 concerns paraphilia,  10:48:43

Page 89

23 (Pages 86 - 89)

Armistead Supp. App. 0231

1  gender dysphoria and hypersexuality, so I assume
2  that article relates to transgender or
3  gender-dysphoric people in some regard; right?
4      A  Yes.
5      Q  Is there any other article on that page that      10:48:57
6  relates to what we're speaking about?
7      A  That particular one, that's a -- the relevant
8  chapter in the Oxford Textbook of Psychopathology.
9  I just finished writing the new version of that, but
10  it's not yet in my CV.  The book hasn't come out      10:49:17
11  yet.
12      Q  Okay.  Great.  So just number 30; right?
13          Then can we --
14      A  Hang on.  I'm going through the rest of the
15  list.                                    10:49:32
16      Q  Oh, apologies.
17      A  Again, indirectly, number 37, Cantor, 2012,
18  "Is homosexuality a paraphilia?"  Again, gender
19  identity factors indirectly, in answering that
20  question.                                10:49:48
21      Q  So, again, your testimony is that 37
22  indirectly focuses on transgender people and gender
23  identity disorders as related to homosexuality as a
24  paraphilia; is that right?
25      A  The evidence -- exactly as the -- the title      10:50:03

Page 90

1  states, reviewing the evidence and the arguments
2  that have been posed for each side.
3      Q  So how does this article specifically address
4  issues of transgender people and gender dysphoria
5  individuals?                             10:50:21
6      A  There is a specific paraphilia called
7  "autogynephilia" which is strongly related to the
8  motivator -- which is strongly -- which is one of
9  the strongest motivatives for adults who want to
10  transition, specifically from male to female.      10:50:36
11      Q  So --
12      A  Whether they --
13      Q  Apologies.  Continue.
14      A  Whether they consider themselves heterosexual
15  or homosexual is often rooted at what their stage of      10:50:45
16  transition is.  So it makes the question of
17  whether -- sexual orientations of paraphilia a
18  little more complicated.
19      Q  Got it.  And as you just testified,
20  autogynephilia applies to adults; right?      10:51:00
21      A  That's not exactly it, no.  Usually in a
22  clinic, autogynephilia is the primary motivator
23  behind most -- most people who start becoming gender
24  dysphoric in adulthood, but that doesn't mean it's
25  limited to adulthood.                    10:51:21

Page 91

1      Q  Got it.  Are there any other articles on this
2  page that relate to transgender --
3      A  Yes.
4      Q  -- or gender dysphoria?
5      A  Yes.  Number 40, which is the then prior      10:51:33
6  version of that chapter for the Oxford Textbook of
7  Psychopathology, but the chapter was retitled, so
8  the phrase "gender identity" doesn't appear in the
9  title in that -- in that title.  Or it doesn't
10  appear in the title in that version.      10:51:50
11      Q  So this chapter titled "Sexual disorders"
12  encompasses information about transgender identities
13  and gender dysphoria; is that right?
14      A  Yes.
15      Q  Okay.  Anything else on this page?      10:51:59
16      A  No.
17      Q  Okay.  We're almost done with this exercise.
18  Page 6.  Are there any articles on page 6 of
19  your CV that focus --
20      A  Yes.  Number 53, Zucker, et al.      10:52:26
21      Q  Okay.  "The Recalled Childhood Gender
22  Identity/Gender Role Questionnaire:  Psychometric
23  properties."
24          So this publication focuses on issues
25  pertaining to transgender and gender-dysphoric      10:52:42

Page 92

1  individuals; right?
2      A  Children specifically, yes.
3      Q  Children specifically.  Okay.
4          Anything else on this page?
5      A  No.                              10:52:51
6      Q  And the last page, page 7, are there any
7  articles on this page that pertain to transgender
8  individuals or gender-dysphoric individuals?
9      A  No.
10      Q  Great.  So you've identified six articles for      10:53:15
11  me, and, if you don't mind, I'd like to go through
12  those six articles in a little bit more depth.  So
13  if you could turn back to page 3.
14          Would it be fair to describe your work that
15  you've done in connection with these articles as      10:53:40
16  research?
17      A  Broadly speaking, in different contexts,
18  people use the word "research" different ways.
19      Q  I don't want to misrepresent your work, so
20  how -- how would you describe what goes into the      10:53:52
21  publication of these articles?  Would you call it
22  research or study?
23          Is "study" a more appropriate word?
24      A  Again, these mean different things in
25  science, and we would use different words in      10:54:11

Page 93

24 (Pages 90 - 93)

Armistead Supp. App. 0232

1 different contexts.
2    Usually when I use the word "research," we're
3 talking about actually collecting original data,
4 analyzing patterns and then reporting the results of
5 those analyses.                         10:54:24
6 Q  Okay.
7 A  In science, of course, when there are many
8 such -- many such observations reported, we then go
9 through and read -- read those, accumulate those and
10 find patterns in those sets of observations.      10:54:34
11    So some people would call that research;
12 others, not.  There also exists people who just
13 refer -- review all of the research and summarize it
14 all into one.  That also would legitimately be
15 called research.                         10:54:51
16 Q  Okay.  So why don't we go through these and
17 you can correct me if I'm mischaracterizing
18 anything.
19    But article 1, to me, seems like a review; is
20 that correct?                            10:55:02
21 A  That would be fair to say.  In -- as I say,
22 some people would call that research.
23 Q  Okay.  So why did you author this article?
24 A  When the AAP first published its paper, it
25 very obviously, to me, contained glaring error after   10:55:24

Page 94

1 glaring error.  It repeatedly said whatever original
2 studies made such a claim.  I was well aware of that
3 original study and knew that it made no such claim.
4    At that time, especially, there were
5 relatively few people who knew any of the research   10:55:43
6 on gender identity, so I simply conducted a
7 fact-check of all the claims that were made by the
8 AAP.
9 Q  So this article doesn't include any original
10 research of yours; right?                   10:55:54
11 A  I did not collect data for it.
12 Q  Okay.  Who requested that you write this
13 article?
14 A  No one.
15 Q  No one?                            10:56:06
16    So it was your decision to fact-check the AAP
17 policy; right?
18 A  Yes.
19 Q  It wasn't at the request of any other entity?
20 A  Correct.                           10:56:16
21 Q  Okay.  And let's go on to number 26, which I
22 believe is the next publication, on page 4.
23 A  Yes.
24 Q  So this is an article that you authored along
25 with Fazio; is that correct?                10:56:38

Page 95

1 A  Yes.
2 Q  Who is Fazio?
3 A  She was a graduate student who was studying
4 under me for her internship and then --
5 Q  Got it.                            10:56:47
6 A  -- and then post-doc.
7    MR. TRYON:  Pardon me, Counsel, which number
8 are we on?
9    COUNSEL SWAMINATHAN:  Apologies.  We are on
10 page 4 of Dr. Cantor's CV and Article No. 26.    10:56:54
11    MR. TRYON:  Thank you.
12    COUNSEL SWAMINATHAN:  No worries.
13 BY COUNSEL SWAMINATHAN:
14 Q  Okay.  And so this is the article that you
15 mentioned tangentially related to transgender people   10:57:05
16 and gender identity disorders because of the
17 left-handed association; is that correct?
18 A  Yes.
19 Q  Okay.  And did you author this article out of
20 your own volition, or were you requested by a      10:57:26
21 certain entity to -- to research this issue?
22 A  Neither.  It was Fazio's initially.
23 Q  Okay.  And so you were supervising Fazio's
24 research; is that correct?
25 A  This portion of it, yes.               10:57:41

Page 96

1 Q  Okay.  Great.
2    And can we go to number 30 now, which is at
3 the top of page 5 of your CV?
4 A  Yes.
5 Q  You mention that there is a new version of   10:57:58
6 this Oxford textbook that is in the works right now;
7 right?
8 A  Yes.
9 Q  And in this current version, you wrote this
10 chapter with Sutton, K. S.; is that right?      10:58:14
11 A  Yes.
12 Q  Who is Sutton?
13 A  He was a postdoctoral fellow of mine at the
14 time.
15 Q  I see.  And you coauthored this article in   10:58:27
16 2014; is that right?
17 A  That's the year it came out.  I don't
18 remember the date when we submitted the manuscript.
19 Q  Okay.  A quick clarifying question.
20    Is there a reason that your name is first in   10:58:42
21 this article and Sutton's is second, but in the
22 prior article we were looking at, Fazio's name was
23 first and your name was second?
24 A  Just reflecting proportion of -- of effort
25 into it.  As I say, I -- with Fazio, I was      10:59:00

Page 97

25 (Pages 94 - 97)

Armistead Supp. App. 0233

1 participating only in a particular portion. And
2 with Sutton, I was the primary author and Sutton
3 added in other details.
4 Q Got it. Okay.
5     And so, can you remind me again, how exactly   10:59:12
6 does this article relate to transgender people or
7 people with gender dysphoria?
8 A A section of that chapter is specifically
9 about transgenderism.
10 Q What is that chapter focused on?   10:59:24
11 A I'm sorry, I'm no longer sure that we're
12 talking about the same chapter. I'm talking about
13 the chapter with Sutton.
14 Q What -- what -- you mentioned that a portion
15 of the chapter focuses on transgender identities;   10:59:41
16 right?
17 A Yes.
18 Q I'm asking you to describe that portion a
19 little bit more for me.
20 A Oh. In that portion, we reviewed what, until   10:59:52
21 then, was known about gender -- gender identity,
22 gender dysphoria and transsexualism in children and
23 adults.
24 Q And this was independent research that you
25 and Sutton conducted?   11:00:04

Page 98

1 A It was a review, as I said, of what was
2 already known about those topics at that time.
3 Q Got it. And were there any findings that you
4 presented that were separate from what data was
5 already existing in this review that you mentioned?   11:00:22
6 Was there any new finding that came out of this
7 article?
8 A Not an empirical finding. When we saw
9 patterns in the research or comparisons between
10 different kinds of atypical sexualities and so on,   11:00:39
11 we would -- we would add those, but the focus of the
12 chapter and the purpose of the textbook was to
13 convey to readers what was already established in
14 the science.
15 Q And -- and I assume this chapter was reviewed   11:00:51
16 by others; right?
17 A Yes. That particular book, the Oxford
18 Textbook of Psychopathology, is one of the best
19 known such texts in the world.
20 Q Assume that it's a peer-reviewed text; right?   11:01:06
21 A I would hesitate to call it peer reviewed.
22 It's not peer reviewed in the way that journal
23 articles are peer reviewed. In journal articles,
24 it's initiated by the author, sent into the journal
25 and the journal can either publish or not publish   11:01:25

Page 99

1 it.
2 Q Uh-huh.
3 A Book chapters are by invitation. The book
4 editors then select topic experts and -- and invite
5 them to submit a chapter for the book.   11:01:38
6 Q Got it.
7 A That chapter gets peer reviewed in the way
8 that it's sent to other topic experts for -- for
9 feedback, but it's not reviewed in the same should
10 we consider this at all, I don't know anything about   11:01:49
11 this topic and then need an expert to tell me, which
12 would happen in the journal peer review system.
13 Q Understood. So you were invited to author
14 this chapter by Blaney and Millon; is that correct?
15 A Correct.   11:02:02
16 Q Okay. And when did they extend this
17 invitation to you? Because previously when I said
18 that, you know, it was published in 2014, you
19 mentioned that the work that has been put into it
20 was ongoing prior to 2014.   11:02:17
21     So when -- when did they approach you about
22 authoring this chapter?
23 A I don't recall exactly. It would have been
24 about a year and a half to two years ahead of time.
25 Q Okay. Great.   11:02:29

Page 100

1     And then you mentioned number 37, article 37,
2 is related to transgender identities and gender
3 dysphoria as related to autogynephilia; is that
4 correct?
5 A The -- yes, the nexus between the topics is   11:02:42
6 autogynephilia. In order to answer the questions
7 that I had set for myself requires that people know
8 each chunks of that literature.
9 Q Got it. Okay.
10     And article 40, you also mention that the   11:03:03
11 title is "Sexual disorders," but that's only because
12 it's a previous version of the title that did not
13 include issues of gender identity; is that correct?
14 A Yes.
15 Q And the textbook actually includes   11:03:17
16 information pertinent to transgender individuals and
17 gender identity disorders; is that right?
18 A Correct. In the years after that, it
19 became -- it became more and more uncontested
20 whether gender identity should automatically be   11:03:36
21 called a -- a disorder at all. So by parsing out
22 the title, we removed the word "disorder"
23 altogether.
24 Q I see. And this -- this came out in 2009; is
25 that right?   11:03:52

Page 101

26 (Pages 98 - 101)

Armistead Supp. App. 0234

1    A   Correct.
2    Q   And then the last one you mentioned was on
3    page 6 of 32 of your CV, and it's Article No. 53,
4    the Zucker article.  And you mentioned that this
5    article focuses on children with gender identity       11:04:05
6    disorders; is that right?
7    A   Yes.
8    Q   Can you tell me more about this -- and
9    however you call it, a study or research that went
10   into this article?                                     11:04:29
11   A   I provided primarily statistical input into
12   the article.  The topic on it was how to find the
13   most objective and reliable way to ask about events
14   in childhood and how cross-gender they were.
15   Q   So what do you mean by "statistical input"?         11:04:49
16   A   Because I have a substantial background in
17   statistics, I'm often asked to -- to add to the
18   statistical analyses that -- or to double-check the
19   statistical analyses that any researcher is doing.
20   Q   So is this Zucker article a compilation of          11:05:06
21   original research?
22   A   It is an original piece of research, yes.
23   Q   It is an original piece of research.
24       And your contribution to the article was to
25   ensure that the statistical analysis was sound; is     11:05:19

Page 102

1    that correct?
2    A   I don't think it's fair to limit my
3    contribution to that, but that was my predominant
4    role.
5    Q   Fair to say it was your predominant              11:05:31
6    contribution; right?
7    A   Yes.
8        COUNSEL SWAMINATHAN:  I just want to check in
9    because I think it's been about an hour.  So I was
10   wondering if you need a break.  Or, Counsel Travis,  11:05:40
11   if -- if you want to take another short five-minute
12   break.
13       THE WITNESS:  I'm okay.
14       COUNSEL SWAMINATHAN:  You're okay --
15       MR. BARHAM:  I'm fine with continuing.          11:05:47
16       COUNSEL SWAMINATHAN:  Okay.  Sounds good.
17   BY COUNSEL SWAMINATHAN:
18   Q   So of these six publications that we just
19   talked about, none of these publications focus on
20   transgender people in athletics; right?             11:06:02
21   A   Correct.
22   Q   Do any of these publications relate to the
23   issues in this case?
24       MR. TRYON:  Objection.
25       THE WITNESS:  Do they relate?  I -- I'm       11:06:22

Page 103

1    not -- I'm not sure I know how to answer that
2    question.
3    BY COUNSEL SWAMINATHAN:
4    Q   Sure.  Let me ask a better question.
5        What is your understanding of what this case   11:06:33
6    is about?
7    A   Well, there's what the case is about and
8    there's what I've been asked to contribute --
9    Q   Sure.  My question is, what is your
10   understanding of what this case is about?           11:06:43
11   A   Is whether it's fair and appropriate for
12   biological males to participate in -- on biological
13   female teams.
14   Q   And do any of these publications inform your
15   opinion on the issues that you just identified?     11:07:03
16   A   I --
17       MR. BARHAM:  Objection; form.
18       THE WITNESS:  I would hesitate to say
19   "inform" because several of my publications in turn
20   reflect what's in the rest of the empirical         11:07:21
21   literature, and it's the entire empirical literature
22   that informs my opinion.  It can't really be
23   separated.  But none -- none of my opinion about
24   this case developed from my publications.  Rather,
25   my publications and my opinion both come from the   11:07:40

Page 104

1    sum of the scientific literature.
2    BY COUNSEL SWAMINATHAN:
3    Q   I appreciate that explanation.  Thank you.
4        Let's go on to the next section of your CV.
5        So on, let's see, page 8, you have a list of   11:07:55
6    letters and commentaries that you have authored and
7    coauthored; right?
8    A   Yes.
9    Q   Approximately how long have you been offering
10   letters and commentaries?                           11:08:18
11   A   Roughly 20 years.
12   Q   And what topics do you predominantly comment
13   on?
14   A   Atypical sexuality in humans.
15   Q   When did you start commenting on atypical      11:08:32
16   sexualities?
17   A   The first publication on it was in 2000.
18   Q   And is that the -- Publication No. 14 that
19   was listed -- that's listed here on page 8?
20   A   Yes, it is.                                     11:08:56
21   Q   And do any of these publications focus on
22   transgender people or people with gender dysphoria?
23   A   Yes.
24   Q   Which ones?
25   A   Numbers 6, 9, 10, 11.  And I don't recall if   11:09:11

Page 105

27 (Pages 102 - 105)

Armistead Supp. App. 0235

1  number 12 did, but I think not.
2  Q  Okay.  So we're working with number 6, 9, 10
3  and 11, right, under "Letters and Commentaries"?
4  A  Yes.
5  Q  And Letter No. -- or Letter or Commentary      11:09:59
6  No. 6, this is a comment that you wrote in response
7  to Italiano's 2012 comment on an article that you
8  had written in 2011; is that right?
9  A  Yes.
10  Q  Does this comment have anything to do with      11:10:20
11  transgender children and adolescents playing sports?
12  A  No.
13  Q  Let's turn to number 9, which is -- is this a
14  letter, or is this commentary?
15  A  A letter.                                        11:10:44
16  Q  A letter.
17  A  The difference -- there really -- it's a
18  general standard whether they say "commentary" or
19  "letter."  There's no rigorous or systematic
20  difference between the terms.                      11:10:54
21  Q  Got it.  Thank you.
22      And so this was in 2011, entitled "New MRI
23  studies support the Blanchard typology of
24  male-to-female transsexualism."
25      Did I read that accurately?                    11:11:03

Page 106

1  A  I'm sorry, say that again.
2  Q  The -- it's titled "New MRI studies support
3  the Blanchard typology of male-to-female
4  transsexualism."
5      Did I read that accurately?                     11:11:16
6  A  Yes.
7  Q  Okay.  And did this letter have anything to
8  do with transgender children or adolescents playing
9  sports?
10  A  No.                                              11:11:34
11  Q  No?  Let's look at number 10.  This is --
12  this is authored by Zucker, Bradley, Own-Anderson,
13  Kibblewhite and yourself; is that correct?
14  A  Yes.
15  Q  And it's titled "Is gender identity disorder    11:11:51
16  in adolescents coming out of the closet?"; correct?
17  A  Yes.
18  Q  Can you tell me a bit about this letter or
19  commentary?  Why was it written?
20  A  So we were observing, in those days -- we're    11:12:14
21  now going back almost 15 years -- seeing the
22  beginnings of the great increase in the number of
23  adolescents presenting to clinics expressing gender
24  dysphoria.
25  Q  Okay.  And is this a piece of original          11:12:30

Page 107

1  research, or is this a review of existing research?
2  A  Original research.
3  Q  Who funded this research?
4  A  It wasn't funded in a direct way.  It
5  required no -- it required no funding.  It wasn't    11:12:54
6  the kind of a study that required hiring new people
7  or equipment.
8  Q  I see.  So there was no grant application
9  process or something similar associated with this
10  publication; right?                                11:13:07
11  A  Correct.
12  Q  How did the authors of this study, including
13  yourself, come together to conduct this research?
14  A  They were already colleagues at CAMH.
15  Q  Got it.  So these are all employees of CAMH?   11:13:25
16  A  At that time, yes.
17  Q  Were any of these authors students or --
18  sorry, fellows?
19  A  I don't recall if Kibblewhite was.  They may
20  have been.                                         11:13:47
21  Q  Okay.  And you said that this study was not
22  directly funded.  Was it indirectly funded in any
23  way?
24  A  It would be reasonable to say that the
25  hospital's salary support of the staff was an      11:14:00

Page 108

1  indirect funding, but it wasn't related to any --
2  any one particular study at all.
3  Q  Got it.  And just to clarify, this is a study
4  that you-all came together to carry out on -- on
5  your own, not at the request of anyone?             11:14:17
6  A  Correct.
7  Q  Okay.  And is this study related to
8  transgender children or adolescents participating in
9  athletics specifically?
10  A  No.                                              11:14:30
11  Q  Okay.  And then you said, finally, number 11
12  under "Letters and Commentaries."  It's a review, in
13  2003, of the book The Man Who Would Be Queen by
14  J. Michael Bailey.  Did I read that accurate?
15  A  Yes.                                             11:14:52
16  Q  What is The Man Who Would Be Queen?
17  A  It was a book by J. Michael Bailey, published
18  at the time, describing for the lay public gender
19  identity and transsexualism in children -- well, in
20  children and adults.                               11:15:10
21  Q  Did the book focus on children or adults?
22  A  I don't think it's fair to say it focused on
23  either.  It spanned a lifetime.
24  Q  Understood.  I'm just trying to understand
25  because it says "The Man Who Would Be Queen,"       11:15:26

Page 109

28 (Pages 106 - 109)

Armistead Supp. App. 0236

1  instead of "The Boy."  So I was just wondering how
2  old the protagonist of this book is, to your
3  recollection.
4     A   There wasn't a single protagonist.  There
5  were multiple protagonists.                    11:15:38
6     Q   What was the average age of the multiple
7  protagonists in this book?
8     A   Oh, I don't recall, and I'm not sure that
9  that's meaningful.  That is, in the book, Bailey was
10  describing the phenomena of transsexuality and    11:16:00
11  gender dysphoria and then used individual cases and
12  describes people in order to -- in order to help,
13  you know, color the -- the issue for -- for the
14  audience, but it wasn't -- it wasn't of a number of
15  people by which one could calculate an average.  He    11:16:20
16  described a couple of children, and he described a
17  couple of adults, and he tried to -- did his best to
18  describe people who were transitioning in each
19  direction.
20     Q   I understand.  I'm -- sorry.  I was just    11:16:30
21  trying to clarify whether this was book was similar
22  to, you know, the clinical work that you do, where
23  you speak to adults or people over the age of 16
24  and, you know, retroactively gain their childhood --
25  gain knowledge of their childhood experiences or if    11:16:47

Page 110

1  this book, the individual cases that you mentioned,
2  were actually children versus adults.
3        And you say it's a mix of both; right?
4     A   It includes cases of both.
5     Q   Yeah.  Okay.  That -- that's all I was    11:17:01
6  wondering.  Thank -- thank you.
7        And so why did you review this book?
8     A   For the same reason I -- I -- for the same
9  reason that I wrote the AAP study.  The book was
10  fascinating, well written, very informative,    11:17:19
11  useful -- and useful to society, but also very
12  controversial.  So I thought it would be useful, as
13  one of the few people qualified to -- to do so, to
14  compare the book with -- with the actual research at
15  the time.                    11:17:37
16     Q   Did anyone request you to write this review?
17     A   No.
18     Q   Did you speak to Michael Bailey while writing
19  this review?
20     A   I don't recall.  I had already met him before    11:17:47
21  I wrote the review.  I don't recall contacting him
22  at all while I was writing.
23     Q   And so to your recollection and speaking
24  about it more generally, this book has to do with
25  the full age range of transgender identities, and,    11:18:20

Page 111

1  in your testimony, it does not focus solely on adult
2  transitioners; right?
3     A   It's not limited -- it's not at all limited
4  to adults.
5     Q   It's not at all limited to adults, but more    11:18:33
6  generally, it speaks to adults as opposed to
7  children?
8        MR. TRYON:  Objection; form.
9        THE WITNESS:  I hesitate to say that it
10  speaks to either one any more than the other.    11:18:45
11  BY COUNSEL SWAMINATHAN:
12     Q   Okay.  That's fair.
13        And then at the bottom of the page and then
14  the next page, you have a list of your publications,
15  specifically your editorials, and that is your CV    11:18:59
16  page 8 and 9.
17     A   Yes.
18     Q   Okay.  And so approximately how long have you
19  been authoring editorials?
20     A   About 20 years.                    11:19:18
21     Q   20 years.  And what topics do you
22  predominantly write on in terms of your editorial
23  publications?
24     A   Primarily on the editorial process itself.
25  I'm on the editorial board for the Archives of    11:19:32

Page 112

1  Sexual Behavior, and I serve as editor in chief for
2  the journal Sexual Abuse.
3        So it's routine for editors and editorial
4  board members to comment on the structure and
5  recurrences within the journal itself.                    11:19:47
6     Q   When did you start sitting on the board, the
7  editor -- as -- as the editor in chief of the
8  journal Sexual Abuse?
9     A   It's on my CV.  I don't recall the year.
10     Q   Approximately how long do you remember    11:20:03
11  sitting on the board for or sitting in that
12  position?
13     A   Roughly 15 to 20 years.
14     Q   Okay.  And so you have ten publications
15  listed here under "Editorials"; is that right?    11:20:18
16     A   Yes.
17     Q   And from my view of the ten editorials, is it
18  fair to say that you predominantly comment on sexual
19  abuse?
20     A   I wasn't -- no, I wasn't commenting on sexual    11:20:35
21  abuse itself.  I was commenting on the journal
22  entitled Sexual Abuse.
23     Q   Okay.  So when you're commenting on the
24  journal entitled Sexual Abuse, what is the nature of
25  this commentary?                    11:20:52

Page 113

29 (Pages 110 - 113)

1    A   Number of publications, people coming and
2  leaving the editorial board, my plans for the
3  journal for the future.  We weren't talking about
4  the topic within the journal.  We were talking about
5  the journal as the topic.                11:21:05
6    Q   I see.  Okay.  So these are -- these are
7  comments on kind of the -- the structure or the
8  future of the journal itself, not specific
9  substantive reviews of the articles contained within
10  these journals; is that right?          11:21:21
11    A   Yes.
12    Q   Okay.  And then on page 10 of your CV, you've
13  listed your funding history; is that right?
14    A   Yes.
15    Q   And so these two pages list the funding that   11:21:38
16  you've been the recipient of over the course of your
17  career; right?
18    A   Yes.
19    Q   Is this a comprehensive list of the grants
20  you've received?                        11:21:54
21    A   Yes.
22    Q   And you were a co-investigator for four out
23  of the seven times that you received funding for a
24  study; right?
25    A   Just checking.                     11:22:08

Page 114

1    Q   No problem.
2    A   Yes, that's correct.
3    Q   And you were a principal investigator, then,
4  for three out of the seven times you received
5  funding for a study; correct?           11:22:26
6    A   Yes.
7    Q   Were any of these seven awards of funds
8  related to the study or treatment of gender
9  dysphoria for transgender people?
10    A   Yes.                              11:22:40
11    Q   Can you point me to which ones, please?
12    A   The first one, "Brain function and
13  connectomics following sex hormone treatment in
14  adolescents experience gender dysphoria."
15    Q   Uh-huh.                           11:22:54
16    A   And Effects of hormone treatment on brain
17  development:  A magnetic resonance imaging of --
18  study of adolescents with gender dysphoria.
19    Q   Great.  Thank you.
20        I would love to talk about those two studies   11:23:19
21  a bit further.  So if we could start with the first
22  one, which I understand to believe was granted in
23  July of 2018.
24        So I see that it says $650,000 and -- sorry,
25  $650,250, and then it has a forward slash, 5 years.   11:23:36

Page 115

1        So is that the amount of funds that were
2  awarded over a period of five years?
3    A   Yes, that's correct.
4    Q   Not each year; right?  It's a totality of the
5  funds received over five years?         11:23:51
6    A   Correct.
7    Q   Okay.  And when it says "July, 2018," does it
8  mean that you -- like, the funds started coming in
9  in July 2018 and continue on to, presumably,
10  July 2023; is that correct?             11:24:07
11    A   June 2023, but yes.
12    Q   Okay.  June 2023.
13        And so can you describe the study to me?
14    A   The study itself is to take brain scans of
15  kids throughout the process of -- throughout their   11:24:28
16  process of transitions.
17    Q   Okay.  And how did you discover this
18  opportunity?
19    A   I had worked, at least indirectly, with some
20  of these authors before.  It's -- they're -- they --   11:24:41
21  they're running the study, but, of course, they
22  needed somebody with a background in brain imaging,
23  in statistics and in human sexuality, including
24  gender identity.
25    Q   So who are Doug VanderLaan and            11:24:58

Page 116

1  Meng-Chuan Lai?
2    A   They now are two sex researcher
3  neuroscientists specializing in child gender
4  identity.
5    Q   They specialize in child gender identity      11:25:12
6  disorders; is that right?
7    A   Yes.
8    Q   What about Megha Mallar Chakravarty, Nancy
9  Lobaugh, M. Palmert and Skorska?
10        Apologies if I mispronounced any of those.   11:25:25
11    A   No problem.
12        They're other statisticians and
13  neuroscientists involved in the data collection for
14  MRI research.
15    Q   Are those folks also focused on child gender   11:25:38
16  dysphoria identities?
17    A   No.
18    Q   No?  Okay.
19        And who applied for the funding for this
20  study?                                  11:25:56
21    A   Dr. VanderLaan.
22    Q   VanderLaan.
23        And are you aware of what papers were
24  submitted in connection with that application?
25    A   I don't understand the question.  Papers      11:26:07

Page 117

30 (Pages 114 - 117)

Armistead Supp. App. 0238

1 submitted for an application?
2    Q  I assume that to apply for a grant, there's
3 some sort of application process; is that correct?
4    A  Yes.
5    Q  Were you involved in that application        11:26:19
6 process, or was that solely done by Doug VanderLaan?
7    A  I was involved in relevant parts of it.
8    Q  What was your involvement?
9    A  To review, check and add to the sections on
10 statistics, neuro- -- and neuroimaging research        11:26:38
11 methods.
12    Q  Got it.  Okay.
13       And I assume the study is still ongoing;
14 right?
15    A  Yes, it is.                    11:26:48
16    Q  It is.
17       And you don't have any findings to report
18 right now; right?
19    A  No, not yet.
20    Q  Okay.  And just to check in -- or is this        11:26:59
21 study at all related to the participation of
22 transgender children and adolescents in athletics
23 specifically?
24    A  It's not a topic of the study.
25    Q  Okay.  And it looks like you said there was        11:27:17

Page 118

1 another study where the principal investigator,
2 Doug VanderLaan, and co-investigators, Bain, Cantor
3 Chakravarty, Chavez, Lobaugh and Zucker, bas- -- or
4 the date is September 2015.  That's the other study
5 that you mentioned is relevant to transgender and        11:27:39
6 gender-dysphoric individuals; right?
7    A  It's a grant, not a study.
8    Q  Sorry, grant.  Apologies.
9       Can you tell me about that grant?
10    A  It was very similar to the first one.  In        11:27:51
11 fact -- well, the one we first discussed, even
12 though it, chronologically, is first.  The
13 chronologically first one bled into or ran into or
14 became the second one, which is continuing the
15 first.                        11:28:08
16    Q  I see.  So were there independent results
17 that were obtained from -- from this research, or
18 did that research continue on into the grant that we
19 just spoke about?
20    A  That research is continuing on into the        11:28:24
21 current one.
22    Q  Great.  And so it looks like it's the same
23 agency that awarded both grants; right?
24    A  Correct.
25    Q  And this time, they provided you $952,955,        11:28:37

Page 119

1 again, over the course of five years, starting from
2 September 2015; is that right?
3       MR. TRYON:  Objection; form of the question.
4       THE WITNESS:  Yes.
5 BY COUNSEL SWAMINATHAN:                11:29:01
6    Q  So am I correct that your team of
7 investigators applied for a second grant to continue
8 the research that they were doing as a part of this
9 initial awarding?
10    A  Correct.                    11:29:12
11    Q  Is there a reason that they gave you less
12 money the second time?
13    A  Less was needed.
14    Q  Less was needed?
15    A  Yes.                        11:29:20
16    Q  Why was less needed the second time around?
17    A  Changes in staff and then -- and student
18 needs, just the size of the lab that needed to be --
19 needed to be supported.
20       Also, in the second stage of the study, there   11:29:35
21 are now ongoing participants who require brain
22 scanning at regular intervals, which is unlike the
23 earlier part of the study where it was a much wider
24 range of people getting scanned.
25    Q  I see.  And, again, did this first stage of        11:29:49

Page 120

1 the study involve the participation of transgender
2 children or adolescents in athletics?
3    A  The -- the way you phrased your question is a
4 little funny.  The -- the topic of the study wasn't
5 focused on it, but I would not be at all surprised        11:30:08
6 if some of the participants in the study were in
7 turn involved in athletics.
8    Q  Do you anticipate reporting specifically on
9 athletic performance of transgender athletes in
10 these studies?                    11:30:27
11    A  I don't anticipate reporting on that, no.
12    Q  No?  And you don't know for sure that these
13 study participants may or may not be athletes as
14 well; right?
15    A  Correct.                    11:30:39
16    Q  Okay.
17       COUNSEL SWAMINATHAN:  Okay.  How about we
18 take a five-minute break.
19       MR. BARHAM:  Sounds good.
20       COUNSEL SWAMINATHAN:  Can we go off the        11:30:51
21 record?
22       THE VIDEOGRAPHER:  Yes.  We are going off the
23 record at 11:31 a.m., and this is the end of Media
24 Unit No. 2.
25       (Recess.)                11:47:06

Page 121

31 (Pages 118 - 121)

Armistead Supp. App. 0239

1    THE VIDEOGRAPHER:  All right.  We are back on
2  the record at 11:47 a.m., and this is the beginning
3  of Media Unit No. 3.
4    Go ahead, please.
5  BY COUNSEL SWAMINATHAN:                    11:47:15
6  Q  Okay.  So, Dr. Cantor, can you please turn to
7  page 16 of your CV.
8  A  I'm there.
9  Q  Awesome.  So page 16 through 18, I
10  understand, lists your paper presentations and    11:47:39
11  symposia; is that correct?
12  A  Yes.
13  Q  What topics do you predominantly present on?
14  A  The same topics that -- that I research on,
15  atypical human sexuality.                    11:47:56
16  Q  And when did you start presenting on atypical
17  human sexuality?
18  A  In the 1990s, I believe it was.  Roughly
19  30 years.
20  Q  And it looks like you have 38 presentations    11:48:09
21  listed here; right?
22  A  Yes.
23  Q  We're going to go through a similar exercise.
24    Would you please look at page 16 and tell me
25  whether any of these paper presentations and    11:48:28

Page 122

1  symposia focus on transgendered people or
2  gender-dysphoric people.
3  A  Yes.  Number 1.  And that's the only one on
4  this page.
5  Q  Great.  And then can we do that same exercise    11:48:59
6  for page 17 of 32, please, which are 14 through 25.
7  A  Number 23 and number 25.
8  Q  Great.  And then the last page, on page 18,
9  please.
10  A  None on that page.                    11:50:33
11  Q  Great.  So if we can turn back to page 16 and
12  look at the first presentation that you have listed.
13    So I understand it's a presentation given by
14  yourself in April 2020, and it's titled "I'd rather
15  have a trans kid than a dead kid: Critical    11:50:51
16  assessment of reported rates of suicidality in trans
17  kids."
18    Did I read that correctly?
19  A  Yes.
20  Q  And this was presented at the annual meeting    11:51:01
21  of the Society for the Sex Therapy and Research;
22  right?
23  A  Yes.
24  Q  And I assume it was online due to COVID?
25  A  That's correct.                    11:51:12

Page 123

1  Q  Okay.  Who were you asked to present at this
2  annual meeting by?
3    MR. BARHAM:  Objection; form.
4    MR. TRYON:  Objection; vague.
5    THE WITNESS:  I wasn't -- I wasn't asked.    11:51:28
6  BY COUNSEL SWAMINATHAN:
7  Q  You weren't asked?
8  A  Correct.  I submitted a proposal to -- to
9  present, and it was accepted.
10  Q  When was it accepted?                    11:51:33
11  A  Oh, I don't remember the date.  In general,
12  they were four to six months ahead of the date of
13  the conference itself.
14  Q  Got it.  And what did you have to submit in
15  order to vie for a spot to present at this annual    11:51:47
16  meeting?
17  A  A form and a, roughly, one-paragraph summary.
18  Q  And to the best of your recollection, what
19  did you say in that one-paragraph summary?
20  A  Roughly the same material that's contained in    11:52:03
21  my report.
22  Q  Can you give me a brief summary of what you
23  mean by that?
24  A  That very many people exaggerate the amount
25  of suicide and suicidality that occur -- -- that's    11:52:14

Page 124

1  reported amongst trans populations.
2  Q  Got it.  And were you paid to give that
3  presentation?
4  A  No.
5  Q  No?  And you said this presentation focuses    11:52:30
6  on transgender children and adolescents or some
7  other population?
8  A  Transgender children and adolescents.
9  Q  Does this -- did the presentation you give at
10  all focus on transgender children and adolescents    11:52:45
11  participating in athletics?
12  A  No.
13  Q  No?  Okay.
14    Then you told me that number 23 also focuses
15  on transgender people and gender-dysphoric people;    11:52:58
16  right?
17    It's a presentation from August 2003.  And I
18  take it where you're the only person listed in the
19  front, you are the only presenter; is that right?
20  A  Yes.                    11:53:16
21  Q  Okay.  And so this presentation was titled
22  "Sex reassignment on demand: The clinician's
23  dilemma."  And this paper was presented at the 111th
24  annual meeting of the American Psychological
25  Association in Toronto, Canada; is that correct?    11:53:34

Page 125

32 (Pages 122 - 125)

1   A  Yes.
2   Q  So was this an American Psychological
3  Association annual meeting in Canada?
4   A  Yes.
5   Q  Do they typically have their annual meetings    11:53:49
6  in Canada?
7   A  Oddly, more -- more frequently than you would
8  think.  A -- Toronto is a very popular city for --
9  for the APA.
10   Q  Interesting.  Okay.    11:54:00
11       And so you testified that in the previous
12  presentation that we spoke about, you submitted a
13  form requesting to present at that meeting.
14       Did you do the same for this annual meeting?
15   A  I don't remember the exact process anymore,    11:54:15
16  but it was roughly the same.
17   Q  So you requested your -- your participation
18  in this meeting as opposed to someone reaching out
19  to you, asking you to present at this meeting;
20  right?    11:54:29
21   A  Correct.
22   Q  Okay.  And what were you presenting on?
23   A  I was presenting on my experiences, now
24  having had the first several years of my experience
25  working with people, in turn working with their    11:54:45

Page 126

1  gender identities.
2   Q  So you were presenting on your own
3  experience; right?
4   A  I was couching everything in my experience,
5  but it was meant to be a tutorial to help other    11:55:03
6  clinicians who were preparing to do the same thing.
7   Q  Did you present any data at this annual
8  meeting?
9   A  No, I did not.
10   Q  No?  Did you present any original research of    11:55:15
11  yours at this annual meeting?
12   A  No, I did not.
13   Q  Okay.  And at this meeting, did any portion
14  of your presentation focus on transgender children
15  or adolescents?    11:55:32
16   A  No.
17   Q  Okay.  25, I believe you said, was the -- the
18  last one that focuses on transgender identities and
19  people with gender dysphoria; right?
20   A  That sounds right, yes.    11:55:55
21   Q  Okay.  And so this was a presentation given
22  in 2002, August 2002.  And, again, you were a sole
23  presenter here.  And your presentation -- or your --
24  title of your paper that was presented at the 110th
25  annual meeting of the American Psychological    11:56:18

Page 127

1  Association, this time in Chicago, was titled
2  "Gender role in autogynephilic transsexuals:  The
3  more things change..."; is that correct?  Did I read
4  that correctly?
5   A  Yes.    11:56:38
6   Q  Is there anything after that ellipses that
7  was just left out because of lack of space, or is
8  that --
9   A  No.  The ellipses were part of the title.
10   Q  Part of the tile.  Okay.    11:56:46
11       And did you submit a similar form to present
12  at the 110th annual meeting of the -- are you okay
13  if I call it the APA?  Is that an acronym you're
14  familiar with?
15   A  I'm familiar with it.  I'm fine in this    11:56:59
16  context.  My single hesitation is that it's easy to
17  confuse the American Psychological Association with
18  the American Psychiatric Association since both get
19  abbreviated APA.
20   Q  I will go through the process of saying the    11:57:15
21  whole term.
22       So for the 110th annual meeting of the
23  American Psychological Association, were you asked
24  to present at this meeting, or did you submit a
25  form, similar to the 111th?    11:57:30

Page 128

1   A  I submitted an application to present.
2   Q  Okay.  And I assume that application was
3  accepted?
4   A  Yes.
5   Q  Were you paid to give that presentation?    11:57:43
6   A  No.
7   Q  No?  And can you tell me a bit about the
8  substance of that presentation?
9   A  Yes.  I was presenting to the audience the
10  existence of autogynephilia, which most people,    11:58:04
11  especially then, were very unfamiliar with.
12   Q  So you said most people were unfamiliar with
13  it then.
14       Do you know of anyone else who was as
15  familiar or similarly familiar with autogynephilia,    11:58:21
16  at the time, as you were?
17   A  Yes.
18   Q  Any prominent researches come to mind?  Would
19  you be able to -- to name a few?
20   A  Certainly.  Even the names that have been    11:58:37
21  mentioned already, J. Michael Bailey, Ray Blanchard
22  and Maxine Petersen.
23   Q  Any others come to mind?
24   A  Again, it's a large literature.  Many people
25  have published on it.  The largest other name that    11:58:51

Page 129

33 (Pages 126 - 129)

Armistead Supp. App. 0241

1  quickly comes to mind is Anne Lawrence.  Again,
2  herself an openly trans woman.
3      Q   And, again, you said that at the time,
4  though, it wasn't a very well-known subject for most
5  people at this conference?              11:59:09
6      A   Correct.
7      Q   And, again, this presentation did not focus
8  on transgender children and adolescents with gender
9  dysphoria; right?
10     A   Correct.                         11:59:26
11     Q   And it didn't focus on transgender children
12 and adolescents participating in athletics, did it?
13     A   Correct, it did not.
14     Q   Okay.  And then if you could turn to page 25
15 of your CV.  I think it's PDF page 93.        11:59:48
16     A   Yes.
17     Q   I understand that this is a list of teaching
18 and training, and so I assume that to mean that you
19 were the supervisor of these students or fellows
20 listed on this page; right?              12:00:14
21     A   Correct.
22     Q   Is this a comprehensive list, in addition to
23 the back, which says -- on page 26, which continues
24 the list at CAMH clinical supervision, doctoral- and
25 masters-level practice, do these two pages cover
                                          Page 130

1      A   Again, some of the -- although some of the
2  clients weren't in to talk about trans issues
3  themselves, some of them happened to have been
4  trans. So it was related, but not a primary focus of
5  the treatment.                          12:02:33
6      Q   Got it.  So it was not a primary focus of the
7  treatment, but their identities might have been
8  relevant to transgender issues and gender dysphoria;
9  is that correct?
10     A   Yes, that's correct.             12:02:44
11     Q   Okay.  Did your supervision ever involve
12 research around puberty-delaying treatment
13 prescribed to transgender children?
14     A   No.
15     Q   What about transgender adolescents?     12:02:59
16     A   No.
17     Q   Did your supervision ever involve research
18 around prescribing hormones to transgender adults?
19     A   No.
20     Q   Did your supervision ever involve research   12:03:14
21 and -- sorry, strike that.
22         Did your supervision ever involve prescribing
23 hormones to transgender adults?
24     A   No.
25     Q   Okay.  We're finally through your resumé,  12:03:33
                                          Page 132

1  your teaching and training experience?
2      A   Yes.
3      Q   Okay.  So did you ever provide educational
4  training to the individuals that you supervised
5  related to transgender people?           12:00:43
6      A   One second.  I'm just running through them in
7  my head.
8      Q   No problem.
9      A   Some of the students had some trans clients
10 or a gender dysphoria-related question over the    12:01:21
11 course of a specific case, but none -- and some of
12 my students were co-supervised by other supervisors
13 who took the lead role, specifically in their
14 gender -- in cases that they did have with gender
15 dysphoria, but I myself didn't do the primary     12:01:41
16 supervision of a case specifically about gender
17 dysphoria.
18     Q   Got it.  So you did not specifically take the
19 lead role in supervising them on issues of gender
20 dysphoria; right?                        12:01:56
21     A   Correct.
22     Q   Okay.  Did your supervision of these students
23 ever involve providing care to transgender adults?
24     A   Yes.
25     Q   Can you tell me about that?         12:02:17
                                          Page 131

1  which may provide some sense of relief, and I want
2  to talk more about your involvement in this case.
3          So how did you first learn about this case?
4      A   I was contacted by the lawyers, who informed
5  me.                                     12:03:58
6      Q   Who were those lawyers?
7      A   The ADF team.  I don't -- oh, no, no, no.
8  I'm sorry.  No, I was contacted by the attorney
9  general's office in West Virginia, who -- who told
10 me about the case and asked if I would be willing to  12:04:19
11 participate.
12     Q   And when did that contact occur?
13     A   I don't recall exactly.  Roughly six months
14 ago.
15     Q   Okay.  And had you worked with anyone from    12:04:31
16 the AG office of West Virginia before?
17     A   Before this --
18         MR. BARHAM:  Objection; form.
19 BY COUNSEL SWAMINATHAN:
20     Q   I'm sorry, before --              12:04:47
21     A   No, I hadn't.
22     Q   Had you spoken to anyone at the AG's office
23 of West Virginia before this case?
24     A   No.
25     Q   Okay.  And why did you agree to serve as an   12:04:55
                                          Page 133

                                          34 (Pages 130 - 133)

Armistead Supp. App. 0242

1 expert in this case?
2     MR. TRYON: Objection to the extent that it
3 calls for any attorney-client information.
4     You can answer to the extent you do not
5 reveal any communications with your attorneys.    12:05:11
6     COUNSEL SWAMINATHAN: Objection noted.
7     Thank you, Counsel.
8     THE WITNESS: I felt interested and
9 qualified.
10 BY COUNSEL SWAMINATHAN:    12:05:21
11   Q  Okay. And, again, you said that you were
12 first reached out to by the AG's office of
13 West Virginia.
14     When did you hear from ADF, again?
15     MR. BARHAM: Objection. To the extent that    12:05:32
16 it calls for any communication between the witness
17 and legal staff, I'm going to instruct him not to
18 answer so as to preserve the attorney-client
19 privilege.
20     COUNSEL SWAMINATHAN: Sure. I'm -- I'm not    12:05:50
21 asking the witness to disclose any attorney-client
22 communications. I'm simply asking him when he was
23 first contacted by any member of the Alliance
24 Defending Freedom team.
25     MR. BARHAM: You can answer.    12:06:07

Page 134

1     THE WITNESS: A few months after I was
2 contacted by the West Virginia AG's office.
3 BY COUNSEL SWAMINATHAN:
4   Q  So that would put you at about three months
5 ago, right, since you said it was about six months    12:06:14
6 ago that you were contacted by the West Virginia
7 AG's office?
8   A  That's roughly correct.
9   Q  Roughly correct. Okay.
10     And who reached out to you?    12:06:31
11   A  Oh, I don't remember who from the team. I
12 believe it was Roger Brooks.
13   Q  Okay. And, again, I am not seeking any
14 communications you had with counsel, but I just
15 wanted to know the timing of that.    12:06:43
16     And so you said you agreed to serve as an
17 expert in the case, as you were interested and
18 qualified; correct?
19   A  Yes.
20   Q  What is your understanding of why you were    12:06:56
21 qualified to serve as an expert in this case?
22   A  Because I have a very substantial background
23 in the relevant subject matter and science.
24   Q  And can you describe your interest more, in
25 this case?    12:07:15

Page 135

1   A  My interest is indeed in the science and in
2 any opportunity that I have to provide that science
3 so it can be used for public policy.
4   Q  Got it. Okay.
5     And so you said the AG's office reached out    12:07:31
6 to you about six months ago, but if you remember,
7 the document that we reviewed, which is marked
8 Exhibit 44, which is the declaration that you
9 submitted in conjunction with the preliminary
10 injunction motion, that motion was dated -- or    12:07:49
11 sorry, that declaration was dated June 22nd, 2021;
12 right?
13   A  Yes, that's the date.
14   Q  So if the AG's office of West Virginia
15 contacted you about six months ago, which is about    12:08:08
16 October, who contacted you in connection with
17 drafting this declaration in June of 2021?
18   A  Again, I believe the person I was contacted
19 by was Roger Brooks.
20   Q  So during the period of June 2021, you had    12:08:46
21 only spoken to Roger Brooks, not anyone at the AG's
22 office of West Virginia; right?
23     MR. TRYON: Objection.
24     THE WITNESS: I think --
25     MR. BARHAM: Object -- objection as to form.    12:09:08

Page 136

1     THE WITNESS: Unless I misunderstood your
2 question, the original question was contacted for
3 this case. I had received contact from the ADF team
4 regarding prior cases. And the other exhibit is
5 from a deposition I gave in a prior case that was    12:09:25
6 then reused for this case.
7     So the date of the prior document I prepared
8 is dated for -- from the prior case rather than when
9 I was contacted for this case.
10     COUNSEL SWAMINATHAN: Court reporter, can you    12:09:46
11 please read back my original question?
12     THE REPORTER: Yes. So the last one was
13     "Q  So during the period of June 2021..."
14     Is that the question you want read back?
15     COUNSEL SWAMINATHAN: Actually, I think it's    12:08:48
16 either the question before that -- it's the one
17 pertaining to when he was first contacted about this
18 case.
19     (Record read.)
20 BY COUNSEL SWAMINATHAN:    12:10:28
21   Q  And, Dr. Cantor, you testified that, you
22 know, this was an expert report in connection with
23 another case, but I presume someone contacted you
24 about the declaration that you submitted on
25 June 22nd, 2021, in this case, which has your    12:10:36

Page 137

35 (Pages 134 - 137)

Armistead Supp. App. 0243

1  signature on the second page of the PDF; right?
2    A  It has my signature, yes.
3        The AG in West Virginia already had a copy of
4  my prior report and asked me if it would be okay for
5  them to use that, to which I agreed.           12:10:55
6    Q  Yeah.  So who contacted you and asked you
7  whether it was agreeable for them to use this prior
8  expert report?
9    A  The AG's office.
10    Q  And when did that contact happen?        12:11:09
11    A  That's what was about six months ago.
12    Q  How could that possibly be about six months
13  ago if it was executed with your signature on
14  June 22nd, 2021?
15    A  Oh, now I'm seeing it -- okay.  Now I got it.  12:11:21
16        So it would have been older than six months
17  ago.  As I said, it was really only -- only rough,
18  my estimation of the time.
19    Q  Got it.  And so -- I appreciate that.
20        And so this report was not tailored to this  12:11:42
21  case at all?
22    A  The prior case?  The --
23    Q  I apologize.  I can be more clear.
24        So this report that was attached to the
25  declaration of the June 22nd, 2021, executed     12:11:59
                                        Page 138

1  document was not changed at all when used in this
2  case; am I right?
3    A  The submission to -- to the prior case wasn't
4  changed at all when it was submitted for use in this
5  case, and then I updated it for -- to submit a     12:12:21
6  report specific to this case.
7    Q  Right.  I'm just trying to understand that
8  this expert report that was attached to the
9  declaration on June 22nd, 2021, was not changed at
10  all from its prior use in the Allan Josephson case;  12:12:38
11  is that right?
12    A  Correct.
13    Q  Okay.  Thank you.
14        And so you testified earlier that your main
15  area of expertise is studying atypical sexual     12:12:53
16  patterns -- or atypical sexualities and paraphilias;
17  right?
18    A  Yes.
19    Q  What is your understanding of a paraphilia?
20    A  Oh, goodness.  The term "paraphilia" is used  12:13:10
21  different ways by different people in different
22  contexts.  Most broadly it refers to the highly
23  atypical sexual interest that dominate a person's
24  life and interact with or prevent them from having
25  a -- an otherwise typical sexual life.       12:13:34
                                        Page 139

1    Q  So do you view being transgender as a
2  paraphilia?
3    A  No.
4    Q  No.  Okay.
5        And how much time do you spend researching  12:13:53
6  paraphilias?
7    A  Oh, currently?
8    Q  Currently, yes.
9    A  About half my time.
10    Q  Okay.  And you said that you also focus on  12:14:15
11  atypical sexualities.  And would that include
12  hypersexuality?  Is that an atypical sexuality?
13    A  Yes.
14    Q  What is hypersexuality?
15    A  Generally, these are people who are trying to  12:14:31
16  reduce their sexual behaviors in one way or another.
17        There is no formal definition.
18    Q  And how much time do you spend researching
19  hypersexuality?
20    A  These days, roughly 10 percent.        12:14:47
21    Q  Okay.  And I think you mentioned that you
22  also spend time researching sex addiction; is that
23  correct?
24    A  Yes.
25    Q  What is sex addiction?               12:15:03
                                        Page 140

1    A  "Sex addiction" is a popular term.  It's
2  essentially a synonym for hypersexuality.
3    Q  Oh, okay.  So would you say that you spend
4  about 10 percent of your time, in that same 10
5  percent that we spoke about for hypersexuality,    12:15:21
6  researching sex addiction?
7    A  Yes.
8    Q  Okay.  And I understand that you also
9  research pedophilia; correct?
10    A  Yes.                              12:15:31
11    Q  What do you understand pedophilia to be?
12    A  The sexual attraction to children.  The
13  formal diagnosis is more rigid.
14    Q  Apologies, I -- the formal diagnosis is what?
15    A  More rigid.                        12:15:50
16    Q  More rigid.
17        What -- what is the formal diagnosis?
18    A  The formal diagnosis of pedophilic disorder
19  is somebody who's sexually attracted to prepubescent
20  children more than they are attracted to adults.    12:16:02
21    Q  Thank you.
22        And so how much time do you spend researching
23  pedophilic disorders?
24    A  Currently, roughly 10 to 20 percent.
25    Q  Okay.  And so we were speaking earlier about  12:16:21
                                        Page 141

36 (Pages 138 - 141)

1 autogynephilia, and I just want to get a clear
2 understanding.
3     So is autogynephilia a paraphilia?
4 A  Yes, it is.
5 Q  Why is it a paraphilia?         12:16:33
6 A  It's a highly atypical sexual interest
7 pattern that can interfere or interact with a
8 person's usual sexual life.
9 Q  Okay.  But being transgender is not a
10 paraphilia; right?                12:16:51
11    MR. BARHAM:  Objection.
12    THE WITNESS:  Correct.
13 BY COUNSEL SWAMINATHAN:
14 Q  Okay.  So we've got about, I think, 80
15 percent of your time covered now with -- with what  12:17:02
16 we've spoken about, about what your research focuses
17 on.
18    What does the other 20 percent focus on?
19 A  I wouldn't add the percentages quite so
20 easily because these topics overlap so much.  For   12:17:18
21 example, a person with -- with autogynephilia, but
22 doesn't want to be autogynephilic, might refer to
23 themselves as a sexual addict because they feel like
24 that they're addicted to the related pornography.
25    So which way it gets classified depends on   12:17:39
Page 142

1 A  Be the source of the desire to change.
2 Q  Is there anything else that comes to mind
3 when you said that there are multiple contributing
4 factors that prevent -- or that in your mind do not
5 categorize transgender -- diagnoses of gender   12:19:23
6 dysphoria as paraphilias?
7    We mentioned autogynephilia, and we mentioned
8 homosexuality.  Are there any others?
9 A  The remaining predominant one I would
10 describe, as I described them in my report,   12:19:39
11 individuals, typically young, who mistake the
12 emotions that they're having to be gender dysphoria
13 when they're actually motivated by something else,
14 for example, a desire not to be associated with the
15 sex that they would be biologically associated with.  12:19:58
16 Q  And so beyond what you just described, what
17 other emotions are these young individuals feeling
18 that would make them want to be the other sex?
19 A  That's a subject of ongoing -- ongoing
20 investigation.  We have some educated guesses, but I   12:20:18
21 can't say that the question has been entirely --
22 entirely answered.
23 Q  And so similar to autogynephilia or
24 homosexuality, is there a term to describe these --
25 the experiences of these young individuals who   12:20:35
Page 144

1 what classification system a person -- a person is
2 using.
3 Q  And so you testified earlier that
4 autogynephilia is a paraphilia, but being
5 transgender is not a paraphilia.         12:17:56
6    Why is a transgender identity not a
7 paraphilia?
8 A  More than one thing can motivate a person to
9 want to live as the other sex.  Autogynephilia is
10 only one of them.                12:18:14
11 Q  So being transgender is not a paraphilia
12 because there are multiple -- multiple reasons for
13 why an individual can identify as transgender; is
14 that right?
15 A  Yes, that's correct.         12:18:30
16 Q  Okay.  And what are the other reasons behind
17 autogynephilia that go into that?
18 A  The other primary one that's been identified
19 is sexual orientation, homosexuality.
20 Q  So homosexuality is, in your mind, a   12:18:47
21 contributing factor to someone identifying as
22 transgender?
23 A  It can motivate a person to feel gender
24 dysphoric, yes.
25 Q  What do you mean by "motivate"?   12:19:01
Page 143

1 mistake emotions that they are having for gender
2 dysphoria?
3 A  I can't think of a widespread term, no.
4 Q  Is there any term that you use for it, to
5 describe that phenomenon?         12:20:52
6 A  No, I don't think so.
7 Q  Okay.  So is it your testimony that anyone
8 who is transgender is transgender either due to
9 autogynephilia, homosexuality or a mistake they've
10 made as a -- as a younger individual and the   12:21:13
11 emotions that they are misconstruing as
12 gender-dysphoric feelings?  Is that your
13 understanding?
14 A  That's the best summary we have of the -- of
15 the existing research, yes.         12:21:27
16 Q  Okay.  When did you become interested in sex
17 research?
18 A  Oh, I think I was probably always interested
19 in sex research, and then I just found a way to make
20 a living at it.                12:21:45
21 Q  Okay.  So I'm going to introduce tab 4, which
22 will be marked as Exhibit 46.  And it will take one
23 minute to show up, so please give the system a
24 second.
25    (Exhibit 46 was marked for identification   12:21:59
Page 145

37 (Pages 142 - 145)

1      by the court reporter and is attached hereto.)
2          COUNSEL SWAMINATHAN:  And, Travis, we can
3  break after this -- after this exhibit.
4  BY COUNSEL SWAMINATHAN:
5      Q  Can you see it there, Dr. Cantor?          12:22:16
6      A  Not yet.  Ooh.  Oh, yeah.
7      Q  Great.  Okay.
8          And so this is an -- my -- my understanding
9  of this document is that the Kinsey Institute, which
10 is associated with Indiana University, has an          12:22:35
11 interview series, and they had a conversation with
12 Dr. James Cantor, which I presume is you, in this
13 context; is that true?
14     A  Yes, it is.
15     Q  Do you remember this interview?          12:22:49
16     A  I can't say that I remember it specifically.
17 I give a lot of interviews.  But I remember its
18 author, Justin Lehmiller, and I remember, roughly,
19 the -- the kind of interview.  But as I say, I can't
20 take this specific interview out of the many that I          12:23:08
21 do.
22     Q  That's fair.
23         I would love to give you just a -- a moment
24 to review, if you want to reflesh -- refresh your
25 recollection.          12:23:20
                                              Page 146

1      And I believe the question on the first page,
2  by Lehmiller, is (as read):
3          "As a sex researcher, one of the
4          most common questions you get asked
5          is how you got into this line of          12:23:48
6          work in the first place.  So let's
7          start there—what is it that drew you
8          to this field of study?  What's the
9          story behind how you became a sex
10         researcher?"          12:24:01
11         Did I read that correctly?
12     A  Yes.
13     Q  And when you answered, it says (as read):
14         "Cantor: I think it was mostly dumb
15         luck."          12:24:12
16         Did I read that correctly?
17     A  Yes.
18     Q  What do you mean when you say that it was
19 mostly dumb luck that you got into the sex
20 researcher line of work?          12:24:24
21     A  I was referring, at that point, specifically
22 to the people who were my supervisors when I started
23 my clinical internship.  It's because they had a --
24 it's because they were doing active sex research and
25 the atypical sexualities that I got exposed to it          12:24:43
                                              Page 147

1  with the depth that I did, with, you know -- with
2  experts as well known as -- as they were.
3          I didn't pick that internship site because of
4  the research that was going on there.  I went for a
5  relatively usual clinical experience where I thought          12:25:00
6  my clinical experience with the trans patients would
7  be the most relevant to my career.
8          And it's just because the other half of my
9  exposure was with sex offenders and sex offender
10 research that I realized that there was an          12:25:17
11 opportunity there for me to think and research more
12 broadly than I was -- than I had planned.
13     Q  And you said you have done a number of these
14 interviews, correct, over the course of your career?
15     A  Yes.          12:25:32
16     Q  And, you know, you strive to give accurate
17 information in these interviews to the questions
18 you're asked; right?
19     A  Yes.
20     Q  Yes.  Okay.          12:25:42
21         Can you turn to the next page, please?  I
22 think it's page 2 of the document.
23         And Lehmiller asks you what your primary area
24 of research and what methods do you typically use to
25 answer your research questions.          12:25:59
                                              Page 148

1          Lehmiller asks you this question right after
2  the first paragraph at the top.
3          And your response is, quote, (as read):
4          "My primary research opportunities
5          have involved studying sex          12:26:11
6          offenders, mostly pedophiles and
7          persons with other atypical
8          sexualities whose behaviours led
9          them into the legal system."
10         Did I read that correctly?          12:26:23
11     A  Yes.
12     Q  And would it be fair for me to say that most
13 of the patients that you work with are those who
14 have had contact with the legal system?
15     A  Depending on how you count them.          12:26:32
16     Q  Can you tell me a bit more about that?  I
17 think I'm -- I'm trying to understand.  Because you
18 mentioned you have about 50 patients in your private
19 practice at any given point in time.  Of those --
20     A  Right.          12:26:51
21     Q  -- patients, are -- are they mostly folks who
22 have had some contact with the legal system?
23     A  No, they are not.  And that's why, as I say,
24 it's difficult to be able to count this way.
25         When I was doing research on sex offenders at          12:27:04
                                              Page 149

                                    38 (Pages 146 - 149)

1  CAMH, my clinical contact was largely limited to
2  roughly an hour or two per person, focused very
3  specifically on history-taking and very specifically
4  on the elements that would be useful in getting that
5  person into the right kind of a treatment program.   12:27:24
6       So those people count in very many thousands
7  because it's an hour or two per person.
8  Q  Got it.
9  A  Actual ongoing treatment with a psychotherapy
10 patient is an hour with that person per week, going   12:27:36
11 on for many months.
12 Q  So --
13 A  So just counting number of people is
14 incomparable unless you're counting the number of
15 people in a comparable situation.   12:27:48
16 Q  Totally understood.
17      So the distinction there is that the
18 population that you worked with at CAMH is different
19 than the population that you're currently working
20 with in your private practice; is that right?   12:27:56
21 A  Correct.
22 Q  Okay.  And is it accurate to say that your
23 primary research opportunities have involved
24 studying sex offenders?
25 A  That would be fair, yes.   12:28:06

Page 150

1  Q  So how many of your current patients, without
2  violating any HIPAA laws, have been adjudicated as
3  sex offenders?
4  A  Current patients?
5  Q  Yes.   12:28:25
6  A  None.
7  Q  None?  And how many, approximately, if you
8  can give me a percentage, of the patients that you
9  saw at CAMH have been adjudicated as sex offenders?
10 A  80 percent --   12:28:38
11 Q  80 --
12 A  -- ish.
13 Q  Okay.
14      COUNSEL SWAMINATHAN:  So this might be a good
15 place for us to break, for you to get lunch.   12:28:45
16      If we can go off the record.
17      THE VIDEOGRAPHER:  Yep.  We are going off the
18 record at 12:28 p.m., and this is the end of Media
19 Unit No. 3.
20      (Recess.)   01:20:01
21      THE VIDEOGRAPHER:  All right.  We are back on
22 the record at 1:20 p.m., and this is the beginning
23 of Media Unit No. 4.
24      Go ahead, please.
25 ///

Page 151

1  BY COUNSEL SWAMINATHAN:
2  Q  So, Dr. Cantor, I understand you just had
3  your lunch break.  Did you have any conversations
4  with your counsel during the lunch break?
5  A  Not about the case, no.   01:20:19
6  Q  They -- to clarify, they weren't about the
7  substance of the deposition; right?
8  A  Correct.
9  Q  Great.  So earlier this morning, you
10 testified that in preparing for this deposition, you   01:20:30
11 did a review to find updates in the literature; is
12 that correct?
13 A  Yes.
14 Q  When did you complete this review?
15 A  Oh, I would hesitate to say that I ever   01:20:41
16 completed it or ever would complete it.  I'm, you
17 know, often scouring the literature, and I'm often
18 made aware of new papers as they come out, and I
19 keep a list to go -- to go back through them.
20 Q  Understood.  I -- I think --   01:20:58
21 A  So --
22 Q  -- a better question then is, when did you
23 conduct your review in preparation for this
24 deposition?
25 A  Right up through, let's say, a few weeks   01:21:03

Page 152

1  before I submitted the final version.  I don't
2  remember the exact date.
3  Q  Got it.  And did you indeed find any updates
4  in the literature that you thought to include in
5  your updated report?   01:21:23
6  A  I don't recall specifically.  As I say, I
7  keep a reading pile and a reading list, and every
8  time I need to produce a document, I go through it
9  and -- and update it.  I can't say that I have a
10 specific recollection of the size of that pile   01:21:38
11 before this specific report.
12 Q  Got it.  So would you be able to give me a
13 more general understanding of whether there was new
14 literature that you reviewed in connection with
15 drafting your second report?   01:21:50
16 A  Yes, there -- there was a -- it had -- yes,
17 there's been a pretty substantial increase relative
18 to the very slow rate at which this literature
19 was -- was growing.  So there was a substantial
20 amount published in 2020 and 2021 that -- that I   01:22:11
21 needed to -- to include and -- that I needed to
22 include.
23 Q  And sitting here right now, you just can't
24 remember the names of the specific articles or
25 literature ; right?   01:22:25

Page 153

39 (Pages 150 - 153)

Armistead Supp. App. 0247

1    A   No, I can't.  Generally, I do it
2    chronologically.
3    Q   Okay.  I'm going to ask you a bit about the
4    individual plaintiff in this case.
5        So do you know who B.P.J. is?          01:22:33
6    A   Only in theory.  I've never met the person.
7    I couldn't -- and, of course, I have no direct
8    contact with the -- with the client themself.
9    Q   And you've never spoken to anyone in her
10   family either; right?                      01:22:51
11   A   Correct.
12   Q   You've personally not spoken to anyone at her
13   school; right?
14   A   Correct.
15   Q   Have you reviewed any of B.P.J.'s medical   01:22:59
16   records?
17   A   If I have, I'm not recalling.  In general, I
18   go through a medical record to take note of
19   anything, you know, specific of relevance.  If I did
20   in this, I would have made such a note, and I don't   01:23:19
21   recall doing so.
22   Q   So it's your testimony today that you -- you
23   have not reviewed any of B.P.J.'s medical records;
24   right?
25   A   Yes.                                     01:23:30

                                              Page 154

1    Q   Okay.  Did you read B.P.J.'s declaration in
2    this case?
3    A   Not that I recall, no.
4    Q   You read the intervenor's declaration in this
5    case; right?                               01:23:46
6    A   The interview?
7    Q   The intervenor.  My apologies.
8    A   I'm sorry, who is this?
9    Q   Lainey Armistead, the intervenor in this
10   case.                                      01:23:57
11   A   I'm -- did I see a copy of that?
12   Q   I'm just trying to get an understanding of
13   whether you read her declaration or not.
14       If you -- what might be helpful is if you
15   turn to Exhibit 45, which is your expert report that   01:24:10
16   you prepared in 2022, and on page 4 of that expert
17   report -- I'll -- I'll wait for you to -- to get
18   there so we can review.
19   A   Oh, yes.
20   Q   So fair to say number 9 on page 4 of your   01:24:40
21   expert report says (as read):
22       "To prepare the expert report, I
23       reviewed the following resources
24       related to this litigation."
25       And A is H.B. 3293.                      01:24:48

                                              Page 155

1    B, the amended complaint in this litigation.
2    C, Ms. Armistead's declaration.
3        Do you see that?
4    A   Yes, I do.
5    Q   Why did you read the intervenor's           01:25:00
6    declaration?
7    A   I was provided each of those documents in the
8    beginning.  I reviewed the documents to see if
9    there's anything -- if there's anything relevant.
10   There wasn't anything relevant that I could -- that   01:25:09
11   I anticipated being in the report, so, of course, I
12   concentrated on the materials that were relevant.
13   Q   Got it.  And is there any reason that you
14   were not provided the plaintiff's declaration in
15   this case, to your knowledge?                01:25:24
16   A   I -- I couldn't say why I -- I have no idea
17   why I wouldn't have been given something.  I -- no,
18   I have no idea why I wouldn't have been supplied
19   with a -- with a copy.
20   Q   That's fair.  Okay.                       01:25:38
21       So we're going to continue with Exhibit 45,
22   which is your report, and can you please turn to
23   page 3, which is just the page before the one you
24   were on.
25       Can you please take a moment to review this   01:25:51

                                              Page 156

1    page and let me know when you're ready.
2    A   Okay.
3    Q   So the last paragraph on the page reads,
4    quote, (as read):
5        "In addition, I have been asked to          01:26:28
6        provide an expert opinion on how
7        relevant professional organizations
8        have addressed these questions and
9        whether any of them have taken any
10       meritorious position that would          01:26:37
11       undermine West Virginia's Protect
12       Women's Sport Act (H.B. 3293)
13       ('Act').  As I explain in detail in
14       this report, it is my opinion that
15       Plaintiffs' expert reports display a       01:26:49
16       wide variety of flaws that call
17       their conclusions into question and
18       that no professional organization
19       has articulated a meritorious
20       position that calls into question         01:26:59
21       the basis for the Act."
22       Did I read that correctly?
23   A   Yes.
24   Q   So with respect to the Act, your role in this
25   case is to review the opinions of various           01:27:09

                                              Page 157

                                        40 (Pages 154 - 157)

Armistead Supp. App. 0248

1 professional organizations and determine if they
2 have taken any meritorious positions that would
3 undermine the Act; right?
4     A   That included that, yes.
5     Q   Are you offering any positions in support of   01:27:21
6 the Act?
7     A   I don't think I can be said to be offering
8 any opinions in support or against the Act so much
9 as providing the information that's in the science,
10 and then the political and legal process need to   01:27:43
11 integrate it into policy in the way that they do,
12 but I'm not making any specific recommendation about
13 any specific act.
14     Q   So it's fair to say that you're not offering
15 any positions in support of H.B. 3293; right?   01:27:57
16         MR. TRYON:  Objection to form.
17     A   Not in support of it.  I can only say what
18 elements of it are consistent or inconsistent with
19 the existing science.
20 BY COUNSEL SWAMINATHAN:                    01:28:13
21     Q   And are those opinions of whether they are
22 consistent or inconsistent included in your report?
23     A   Yes.
24     Q   So is your main role here today to show that
25 the organizations have not, in your view, undermined   01:28:26
                                        Page 158

1 the Act?
2     A   I'm sorry, say that again.
3     Q   Is your role in providing your expert
4 testimony to show that the professional
5 organizations have not, in your view, undermined the   01:28:38
6 Act?
7         MR. BARHAM:  Objection to form.
8         THE WITNESS:  Is my position -- I'm sorry,
9 one more time.
10 BY COUNSEL SWAMINATHAN:                    01:28:52
11     Q   No problem.  I want to make this as clear as
12 possible for you.
13         I'm just trying to understand that your role
14 is to show that no professional organization has
15 articulated a meritorious position that calls into   01:29:02
16 question the basis for the Act; right?
17         MR. TRYON:  Objection.
18         MR. BARHAM:  Objection to form.
19         THE WITNESS:  I -- I don't think I can say
20 that that is my purpose, although I'm aware of the   01:29:13
21 legal context in which the questions are being asked
22 of me.  But I'm not -- being asked of me.  But --
23 but my only opinions are -- can be about -- can only
24 be about what is or is not supported by the science.
25 Where it goes from there is up to the -- it's up to   01:29:31
                                        Page 159

1 others.
2 BY COUNSEL SWAMINATHAN:
3     Q   Understood.  So rather than your purpose,
4 just one, you know, objective that you achieved via
5 drafting this report is to opine on whether any   01:29:44
6 professional organization has articulated a
7 meritorious position that calls into question the
8 basis for the Act; right?
9         MR. TRYON:  Objection.
10         THE WITNESS:  If I'm understanding properly   01:29:57
11 the way you're asking the question, it's am I only
12 going to give opinions one side versus the other,
13 which is not correct.  My role has been to assess
14 altogether the role of the science regardless of
15 which way those facts fall, not to cite the facts   01:30:16
16 merely on one side of the argument.
17 BY COUNSEL SWAMINATHAN:
18     Q   Right.  And so you spoke about the science.
19         So how do you believe that the Act is
20 supported by the science that you're referring to?   01:30:27
21         MR. BARHAM:  Objection as to form.
22         THE WITNESS:  That question -- that question
23 goes outside what I was -- what I've been asked to
24 do.  I was -- I'm not and did not include in my
25 report the science specific to athletic performance.   01:30:56
                                        Page 160

1 As my report contains, it is an overview and --
2 describing the science of gender identity in
3 general, which, of course, will get adopted into the
4 question, but I am not offering an opinion on the
5 amount, for example, by which being born male might   01:31:19
6 serve as an athletic advantage relative to other
7 females.  I was not asked that question, and that
8 question is not in my report, but that's the part
9 that's most pertinent to the -- to the long
10 question.                                  01:31:32
11 BY COUNSEL SWAMINATHAN:
12     Q   So how is the science that you discuss in the
13 report relevant to the Act?
14         MR. BARHAM:  Objection to the scope and form.
15         THE WITNESS:  In order for any government to   01:31:54
16 institute policies that best integrate the science
17 into whatever they do, they need to know that
18 science.  The same for Courts.  So in order to
19 balance whatever a Court perceives as the relevant
20 issues, they need that information before them to   01:32:10
21 make the -- to make any decision.
22 BY COUNSEL SWAMINATHAN:
23     Q   But you're not a lawmaker; correct?
24     A   Correct.
25     Q   And you're not offering an expert opinion   01:32:23
                                        Page 161

                                        41 (Pages 158 - 161)

Armistead Supp. App. 0249

**Page 162**

```
 1  regarding whether science supports the Act; right?
 2     A  I wasn't asked to review the part of the
 3  science that is most directly involved in the Act,
 4  that is to say, specifically differences in athletic
 5  performance between the genders -- sexes, I should    01:32:45
 6  say.
 7     Q  But it's fire say that you're not offering an
 8  expert opinion regarding whether science supports
 9  the Act; right?
10        MR. TRYON:  Objection.                           01:32:54
11        THE WITNESS:  I -- the questions, as posed to
12  me and as phrased in my report, are neither to
13  support nor to detract from the law but merely
14  summarize the science and indicate parts of overlap
15  and parts of contradiction.  None of it is in -- is   01:33:21
16  in -- is a means to accomplish any specific end.
17  BY COUNSEL SWAMINATHAN:
18     Q  Dr. Cantor, I think my question might be a
19  yes-or-no question.  I am just asking, you know,
20  whether you believe that you're offering testimony    01:33:36
21  today and in connection with your report as to
22  whether science supports this act.
23        I understand that earlier you said you were
24  not offering an opinion on whether -- on -- on
25  either side, whether to support or not support        01:33:53
```

**Page 163**

```
 1  the Act.
 2        So I think my question might be a yes-or-no
 3  question.
 4     A  I don't think it is a yes-or-no question.
 5  Science is, you know, complicated.  There are --      01:34:03
 6  this issue is complicated.  And it's quite feasible
 7  that, you know, pieces of science will support some
 8  aspects and not others.
 9     Q  Okay.  So, again, if you can clarify, what in
10  your report is relevant to the Act?  What testimony   01:34:19
11  that you've offered in your report is relevant to
12  the Act?
13     A  All of it.
14     Q  How is all of what you offer relevant to
15  the Act?                                              01:34:32
16     A  In a decision made to affect trans people,
17  one needs to be, as much as possible, aware of the
18  science of trans people.
19     Q  Okay.  And so it's your testimony that all of
20  the opinions that you offer in your report are        01:34:54
21  opinions related to H.B. 3293; is that correct?
22     A  Yes.
23     Q  Okay.  And you agree that the Act is a
24  decision that's made to affect trans people;
25  correct?                                              01:35:17
```

**Page 164**

```
 1     A  I'm not a lawyer, but --
 2        MR. TRYON:  Objection.
 3        THE WITNESS:  I'm not a lawyer myself, but I
 4  think that's fair for me to say, yes.
 5  BY COUNSEL SWAMINATHAN:                                01:35:25
 6     Q  Okay.  And what is your understanding of
 7  H.B. 3293?
 8     A  That it requires people who were born male to
 9  play -- it forbids people who were born male from
10  playing on female teams.                               01:35:36
11     Q  And have you read the text of the Act?
12     A  Yes, I have.
13     Q  You've read it from top to bottom?
14     A  From what I believe to be the top and what I
15  believe to be the bottom, yes.                         01:35:49
16     Q  Okay.  So what is your understanding of what
17  the, quote, basis for the Act is?
18        MR. BARHAM:  Objection as to form and the
19  scope.
20        THE WITNESS:  To ask for the basis of the Act   01:36:14
21  I think is to ask what is on the minds of the
22  political system and the politicians who created it,
23  which, of course, I can't know.
24  BY COUNSEL SWAMINATHAN:
25     Q  I'm -- I'm definitely not asking you to read    01:36:27
```

**Page 165**

```
 1  into the minds of the politicians.
 2        I'm -- I'm going to read again the last
 3  sentence on page 3 of your expert report that says
 4  (as read):
 5        "As I explain in detail in this               01:36:36
 6        report, it is my opinion that
 7        Plaintiffs' expert reports display a
 8        wide variety of flaws that call
 9        their conclusions into question and
10        that no professional organization         01:36:46
11        has articulated a meritorious
12        position that calls into question
13        the basis for the Act."
14        So I am simply asking you what your
15  understanding of the basis for the Act is.           01:37:01
16     A  That the Act was necessary to improve the
17  lives of the students on these teams.
18     Q  Can you be more specific about "the students
19  on these teams"?  What do you mean by that?
20     A  To balance the rights, needs and privileges    01:38:00
21  of each of the groups.
22     Q  Who are the groups that we're speaking about?
23     A  The people on the teams, the -- the
24  competitors, the trans students and then their,
25  typically, non-trans teammates.                       01:38:13
```

42 (Pages 162 - 165)

Armistead Supp. App. 0250

1  Q  And which teams are we specifically talking
2  about?
3  A  I wasn't -- I wasn't talking about any
4  particular sport, but this -- this would be any
5  sex-segregated teams.                01:38:28
6  Q  Okay.  And how did you develop the
7  understanding that you just shared with me?
8  A  I take it on general principles as the
9  purpose behind any law is to improve the situation
10 for the citizens relevant to it.     01:38:48
11 Q  And how does this act impact the live --
12 lives of trans students?
13 A  I have no direct knowledge of that kind of
14 impact outside of what's reported in the science,
15 and I'm not aware of there being any objective signs  01:39:05
16 measuring such an outcome.
17     COUNSEL SWAMINATHAN:  Court Reporter, can you
18 please read back Dr. Cantor's answer before this
19 one?
20     (Recess.)                        01:39:16
21 BY COUNSEL SWAMINATHAN:
22 Q  So, Dr. Cantor, do you think that the Act
23 improves the lives of trans students?
24 A  There's no way for me to know that without
25 data, and we don't have any.         01:39:43
Page 166

1  Q  Do you have data on how it improves the lives
2  of non-transgender students?
3  A  No.  The topic hasn't been studied.
4  Q  So your report discusses prepubertal kids;
5  right?                               01:40:05
6  A  In part, yes.
7  Q  A portion of your report discusses
8  prepubertal kids; right?
9  A  Yes.
10 Q  That discussion does not pertain to the    01:40:13
11 population affected by H.B. 3293; correct?
12     MR. BARHAM:  Objection; form, scope and
13 terminology.
14     MR. TRYON:  Objection.
15     THE WITNESS:  No, that's not correct.      01:40:27
16 BY COUNSEL SWAMINATHAN:
17 Q  How does your discussion about prepubertal
18 kids pertain to the population affected by H.B.
19 3293?
20 A  The prepubertal kids become pubertal kids,  01:40:37
21 then become adolescents, even though they are
22 participating in these teams.  For example, in
23 teenagehood, they still are members of -- they are
24 still a member of the demographic group where they
25 were.  So they would still represent a phenomenon of  01:40:52
Page 167

1  child-onset gender dysphoria even after they cease
2  to be a child.
3  Q  What is your understanding of who is impacted
4  by H.B. 3293?
5  A  Participant-- everyone who participates and  01:41:11
6  follows in the -- the relevant sports.
7  Q  And you said that prepubertal kids -- your --
8  your discussion on prepubertal kids pertains to the
9  population affected by H.B. 3293 because prepubertal
10 kids become pubertal kids who become adolescents;   01:41:28
11 right?
12 A  Correct.  The classifications are according
13 to when the -- the dysphoria starts, not where it
14 currently is.
15 Q  So is it your opinion that adolescents are   01:41:40
16 still prepubertal kids?
17 A  No, they are not.
18 Q  Your report discusses adult-onset gender
19 dysphoria; right?
20 A  Yes, it does.                        01:41:58
21 Q  That discussion also does not pertain to the
22 population affected by H.B. 3293; right?
23 A  That is not correct.
24 Q  Can you explain to me how adult-onset gender
25 dysphoria pertains to the population affected by    01:42:15
Page 168

1  H.B. 3293?
2  A  That's now a different question.  You're now
3  asking me about adult onset rather than adult trans
4  people who may or may not have been dysphoric
5  earlier.                             01:42:29
6  Q  Can you explain that difference to me?
7  A  The -- the science demonstrates over and over
8  again that the age -- the age of development at
9  which one starts to feel highly dysphoric allows us
10 to predict the -- predict many other phenomena and  01:42:46
11 the life trajectory that the person is on.
12     If a person is adult onset, which not always,
13 but in most of the literature is midlife, 30s and
14 40s, this would be past the student athletics age,
15 but if the person has -- but that's different from  01:43:06
16 people who had childhood-onset dysphoria, continue
17 to have that dysphoria and then eventually become
18 adults.
19 Q  What studies are you talking about when you
20 just mentioned that there are studies with data that  01:43:23
21 show over and over?
22 A  The -- the -- the studies that show over and
23 over -- which specific point?
24 Q  Well, you just -- you tell me.  You -- you
25 were just talking about studies that show that       01:43:42
Page 169

43 (Pages 166 - 169)

Armistead Supp. App. 0251

1 adult-onset gender -- the differences between
2 adult-onset gender dysphoria and gender dysphoria in
3 adults; right?
4    A  Right.
5    Q  I'm -- I'm just trying to understand what        01:43:54
6 studies you were relying on when you just gave me
7 that explanation of the differences.
8    A  Oh.  There are many dozen such studies,
9 including those cited in my report.  These are the
10 studies that demonstrate that it's the adult onset,    01:44:08
11 not the childhood onset which experience, for
12 example, autogynephilia.
13   Q  So you say there are dozens, and I absolutely
14 do not expect you to recant every study cited in
15 your report, but can you name a few studies that      01:44:23
16 you're referring to?
17   A  I can't recite their titles.  The original
18 author who started most of those were Ray Blanchard,
19 and then many others have continued, such as
20 Anne Lawrence, who I mentioned earlier.                01:44:40
21   Q  And you've cited -- cited these studies in
22 your report; is that correct?
23   A  I don't recall exactly which of those studies
24 that I mentioned, but in the section on adult-onset
25 gender dysphoria, I provide the appropriate topic --   01:44:54
                                          Page 170

1 provide the appropriate summary, with references.
2    Q  Okay.  And the discussion of adult-onset
3 gender dysphoria is not relevant to the Act;
4 correct?
5       MR. BARHAM:  Objection; asked and answered.   01:45:11
6       MR. TRYON:  Objection.
7       THE WITNESS:  It -- no, it -- it is
8 relevant -- no, it is relevant.
9 BY COUNSEL SWAMINATHAN:
10   Q  I'm sorry, I don't think I heard an answer as  01:45:25
11 to why it is relevant.
12   A  Oh, I'm sorry.  It's relevant in order to
13 help understand, especially with so much
14 misinformation being circulated today, which facts
15 apply to which group.                                 01:45:42
16   Q  Which groups are you speaking about?
17   A  Which onset -- which age -- which type of
18 onset of gender dysphoria we're talking about.
19   Q  And --
20   A  But --                      01:45:56
21   Q  I'm sorry, go -- I apologize for cutting you
22 off.
23   A  Adult-onset gender-dysphoric individuals who
24 come in and are otherwise mentally healthy are shown
25 to do very, very well after transition.  But one      01:46:10
                                          Page 171

1 needs to know that phenomenon is limited to the
2 adult onset type so as to as to misapply it to the
3 childhood onset types.
4       So even though the law would not directly
5 pertain to the behaviors of the adult onset type,     01:46:22
6 one needs to understand the functioning of the adult
7 onset type so as not to confuse the information
8 about it with information about the childhood onset
9 type.
10   Q  But we agree that the Act does not apply to    01:46:35
11 the adults that we're speaking about; right?
12      MR. TRYON:  Objection.
13      THE WITNESS:  As I -- as I've just -- as I
14 just explained, it's not relevant in a direct way,
15 but in order to understand the information about      01:46:49
16 childhood onset, one requires information about
17 adult onset with which to contrast it.
18 BY COUNSEL SWAMINATHAN:
19   Q  Okay.  And your report also discusses people
20 with the female sex assigned at birth?                01:47:02
21   A  Yes.
22      MR. TRYON:  Objection; terminology.
23 BY COUNSEL SWAMINATHAN:
24   Q  That discussion also does not pertain to the
25 population affected by H.B. 3293; right?              01:47:17
                                          Page 172

1       MR. TRYON:  Objection.
2       MR. BARHAM:  Objection; form, scope,
3 terminology.
4       THE WITNESS:  No, that is not correct either.
5 BY COUNSEL SWAMINATHAN:                              01:47:25
6    Q  So how does -- how does your report's
7 discussion about people with a female sex assigned
8 at birth pertain to the population effected by H.B.
9 3293?
10      MR. BARHAM:  Objection; terminology.          01:47:36
11      THE WITNESS:  For the same reason.  There's a
12 great deal of information being offered -- being
13 offered which pertains only to a certain subtype of
14 gender dysphoria, and in order to make sure that
15 like goes with like, one needs to understand all of  01:47:51
16 them so information about one kind of transition
17 doesn't get confused with other kinds of transition.
18 BY COUNSEL SWAMINATHAN:
19   Q  Is it fair for me to say that H.B. 3293 does
20 not determine whether a person with the female sex   01:48:07
21 assigned at birth can play on any specific sports
22 team; correct?
23      MR. BARHAM:  Objection --
24      MR. TRYON:  Objection.
25      MR. BARHAM:  -- form, scope and terminology.  01:48:20
                                          Page 173

44 (Pages 170 - 173)

Armistead Supp. App. 0252

| | |
|---|---|
| 1   THE WITNESS:  As I read the law, it doesn't | 1  BY COUNSEL SWAMINATHAN: |
| 2  alter directly or doesn't affect the -- the | 2   Q  What is your understanding of the impact |
| 3  behaviors available for -- it is a one-way ban, | 3  on -- of H.B. 3293 on the decision to transition for |
| 4  not -- it bans people born as male to play on female | 4  children and adolescents suffering from gender |
| 5  teams, but not people born female to play on male   01:48:40 | 5  dysphoria?                             01:50:46 |
| 6  teams, is my understanding of the law. | 6   A  I'm not aware of that ever having been |
| 7  BY COUNSEL SWAMINATHAN: | 7  studied. |
| 8   Q  Got it.  And are you offering an expert | 8     COUNSEL SWAMINATHAN:  Okay.  I'm going to |
| 9  opinion on whether transgender girls and women | 9  introduce tab 5, which has been marked as |
| 10  should be allowed to play on sports teams consistent  01:48:52 | 10  Exhibit 47.                            01:51:00 |
| 11  with their gender identity? | 11     (Exhibit 47 was marked for identification |
| 12   A  I'm not -- not offering such an opinion of my | 12      by the court reporter and is attached hereto.) |
| 13  own.  I'm just evaluating what's been circulating | 13  BY COUNSEL SWAMINATHAN: |
| 14  relative to the existing science. | 14   Q  Again, it takes a moment to refresh and load, |
| 15   Q  So would you agree that H.B. 3293 is a    01:49:03 | 15  so please let me know when you have it.       01:51:32 |
| 16  one-way ban? | 16   A  I have it. |
| 17     MR. TRYON:  Objection. | 17   Q  Great.  And have you seen this document |
| 18     MR. BARHAM:  Objection; form and scope. | 18  before, Dr. Cantor? |
| 19     THE WITNESS:  Again, I'm not a lawyer.  I'm | 19   A  It's not looking familiar to me, no. |
| 20  not aware of a technical definition for one way, but  01:49:19 | 20   Q  It's not looking familiar to you.       01:52:03 |
| 21  it certainly seems to fit that. | 21     You did not help author this document, then, |
| 22  BY COUNSEL SWAMINATHAN: | 22  I understand; right? |
| 23   Q  So the population of people affected are not | 23   A  No. |
| 24  people with adult-onset gender dysphoria; right?  We | 24   Q  Okay.  I will represent to you that these are |
| 25  agree -- we discussed that; right?         01:49:33 | 25  the State of West Virginia's responses to plaintiff  01:52:19 |
| Page 174 | Page 176 |

| | |
|---|---|
| 1     MR. TRYON:  Objection. | 1  B.P.J.'s first set of interrogatories, dated |
| 2     THE WITNESS:  The law doesn't pertain to | 2  November 23rd, 2021. |
| 3  their behavior specifically, correct. | 3     I'm going to be focusing on page 9 of the |
| 4  BY COUNSEL SWAMINATHAN: | 4  document, if you are able to turn to page 9. |
| 5   Q  And are you offering an opinion on whether an  01:49:40 | 5   A  One moment.                        01:52:40 |
| 6  11-year-old transgender girl who has been on puberty | 6   Q  No problem.  Take your time. |
| 7  blockers since Tanner stage II should be allowed to | 7   A  Got it. |
| 8  play on the girls' cross-country team consistent | 8   Q  Great.  And so Interrogatory No. 6, which is |
| 9  with her gender identity? | 9  at the top of the document, asks the State to |
| 10   A  I'm not offering a specific opinion like    01:49:54 | 10  "Identify all governmental interests that YOU" --   01:52:56 |
| 11  that, no. | 11  the State of West Virginia -- "believe are advanced |
| 12   Q  Okay.  Are you opining that H.B. 3293 is | 12  by H.B. 3293." |
| 13  justified because it discourages children and | 13     Do you see that? |
| 14  adolescents from being on a pathway toward life as a | 14   A  Yes, I do. |
| 15  transgender person?                    01:50:12 | 15   Q  And the state, in its response, says (as    01:53:08 |
| 16     MR. TRYON:  Objection. | 16  read): |
| 17     THE WITNESS:  No, that -- no, I'm not. | 17     "Without waiver of any objections, |
| 18  BY COUNSEL SWAMINATHAN: | 18     the State asserts the following |
| 19   Q  Do you believe that H.B. 3293 discourages | 19     interests, primarily and in general, |
| 20  children and adolescents from being on a pathway    01:50:22 | 20     which are advanced by the Protection    01:53:19 |
| 21  toward life as a transgender person? | 21     of Women's Sports Act." |
| 22     MR. BARHAM:  Objection. | 22     And there are three items listed under there. |
| 23     MR. TRYON:  Objection. | 23  The first is "To protect Women's Sports."  The |
| 24     THE WITNESS:  There's no way for me to know | 24  second, "To follow Title IX."  And the third, "To |
| 25  that.                              01:50:33 | 25  protect women's safety in female athletic sports."   01:53:33 |
| Page 175 | Page 177 |

45 (Pages 174 - 177)

Armistead Supp. App. 0253

1     Do you see that?
2   A  Yes, I do.
3   Q  Okay.  So are you offering an expert opinion
4   with respect to whether H.B. 3293 serves the
5   interest of protecting women's sports?          01:53:46
6   A  I haven't been asked that, no.
7   Q  Okay.  And are you offering an opinion with
8   respect to whether H.B. 3293 serves the interest of
9   following Title IX?
10   A  I haven't been asked that, no.          01:54:03
11   Q  Okay.  And are you offering an opinion with
12   respect to whether H.B. 3293 serves the interest of
13   protecting women's safety in female athletic sports?
14   A  I have not been asked that, no.
15   Q  And are you aware that H.B. 3293 applies to     01:54:20
16   college athletes as well?
17   A  Yes.
18   Q  Do you have any opinions on whether H.B. 3293
19   should apply to college athletes?
20   A  I have no opinion in any direction.          01:54:33
21   Q  So it's -- it's fair to say that you
22   don't have an opinion on -- on that issue; right?
23   A  Yes.
24   Q  Okay.  So I want to talk a bit about your
25   experience with the treatment of gender dysphoria.     01:54:56

Page 178

1   I understand earlier that you testified that
2   you're not an endocrinologist; right?
3   A  Yes.
4   Q  And you personally have not diagnosed any
5   child or adolescent with gender dysphoria; right?     01:55:05
6   A  Correct.
7   Q  And you personally have never treated any
8   child or adolescent for gender dysphoria; right?
9   A  Correct.
10   Q  Okay.  And you don't provide psychotherapy     01:55:18
11   counseling to children or adolescents with gender
12   dysphoria; right?
13   A  Age 16 or above, I do.  Under age 16, I do
14   not.
15   Q  And so it was your testimony earlier that you     01:55:38
16   see about six to eight patients age 16 to 18;
17   correct?
18   A  Roughly, yes.
19   Q  Roughly.  And so roughly, of those six to
20   eight patients, how many of those patients come to     01:55:49
21   you suffering from gender dysphoria?
22   A  Those -- those people come to me -- I'm
23   sorry, could you ask that again?
24   Q  Sure.  I -- I must have phrased it poorly.
25   So of the six to eight patients that you see,     01:56:11

Page 179

1   on average, who are ages 16 to 18, how many of them
2   have a gender dysphoria diagnosis?
3   A  I don't recall if they came in already with
4   such a diagnosis or at least I don't recall how many
5   would have had -- would have already been assigned     01:56:46
6   such a diagnosis by another clinician before they
7   got to me.
8   Q  Would you be able to share with me roughly
9   how many of them identify as transgender or gender
10   dysphoric?          01:57:01
11   A  When they come to me, they're not sure of
12   what their identity is.  That's often among their
13   questions.
14   Q  Okay.  And what professional training or
15   expertise do you possess to provide psychotherapy     01:57:14
16   counseling to those adolescents who come to you
17   questioning whether they have gender dysphoria or
18   not?
19   A  Do you mean my licensing or education?
20   Q  Your licensing.          01:57:30
21   A  My licensing is as a clinical psychologist,
22   registered in Ontario, specifically for adults and
23   adolescents age 16 and up.
24   Q  Okay.  And so that licensing does not
25   pertain -- or allow you to provide psychotherapy     01:57:41

Page 180

1   counseling to anyone under the age of 16; correct?
2   A  Correct.
3   Q  Okay.  Are you familiar with the term
4   "affirmation on demand"?
5   A  Yes.          01:57:56
6   Q  What does that term mean?
7   A  It refers to permitting a person to engage in
8   whatever available methods to acknowledge or to
9   medically induce their transition with no other --
10   with no evaluation or supervision.          01:58:15
11   Q  Has any patient ever come to you asking for
12   affirmation on demand?
13   A  No.
14   Q  What is your basis for saying that providers
15   are providing affirmation on demand to children and     01:58:31
16   adolescents with gender dysphoria?
17   A  Through several venues.  I get that
18   information from parents, from people, you know, in
19   society who e-mail me asking for help.  There's a
20   large number of media reports of it happening     01:58:49
21   throughout the world, U.S., Canada and Europe.  And
22   there's now been -- there are now several
23   governmental entities, mostly in Europe, are now
24   beginning more formal investiga- -- investigations
25   of it.          01:59:05

Page 181

46 (Pages 178 - 181)

1  Q  Okay.  So let me see if I understand this
2  correctly.
3     You said parents, people who e-mail you, news
4  sources and information put out by government
5  entities, most commonly in Europe; is that correct?  01:59:17
6  Those are the sources from which you've heard that
7  providers are providing affirmation on demand?
8  A  That question sounds slightly different to
9  me.
10     There's affirmation on demand as an idea.     01:59:36
11  Q  Uh-huh.
12  A  And then there are the actual processes that
13  clinics are doing in which they're providing
14  affirmation without sufficient evaluation.  So it's
15  starting to approach affirmation on demand, which     01:59:51
16  would be the name for the most extreme version.
17  Q  I see.  And so have you spoken to providers
18  who claim to provide affirmation on demand to
19  children and adolescents with gender dysphoria?
20  A  No.  The people who are -- seem to be     02:00:11
21  providing it deny that that's what they're doing.
22  Q  Have you -- are you personally aware of any
23  providers who fail to conduct the sufficient
24  evaluation that you just mentioned that teeters on
25  the edge of affirmation on demand?     02:00:25

Page 182

1  A  I'm not clear on what you mean by "personally
2  aware" beyond the way that I already described how I
3  become aware of it.
4  Q  I think I'm just trying to understand more
5  how that you know for certain providers are     02:00:46
6  providing affirmation on demand.
7  A  Again, that -- that seems to be the question
8  you asked before, where it's a series of different
9  kinds of sources.
10  Q  But none of those sources are actual     02:01:00
11  providers who provide this care; right?
12  A  Again, as I said already, most of the people
13  who seem to be providing something that would
14  reasonably be called that deny that that's what
15  they're doing.     02:01:16
16  Q  Has anyone at your hospital, to your
17  knowledge, provided affirmation on demand?
18  A  When you say my hospital, I assume you mean
19  my former affiliation at CAMH.
20  Q  Yes.  Apologies.     02:01:33
21     Has anyone, to your knowledge, at CAMH
22  provided affirmation on demand?
23  A  No.  The clinic there is known for being
24  cautious.
25  Q  So you've not talked to any other providers     02:01:48

Page 183

1  who have claimed to provide affirmation on demand;
2  right?
3  A  Correct.  The people who seem to be providing
4  it deny that that's what they're providing.
5  Q  Okay.  And your only evidence that     02:02:03
6  affirmation on demand is being provided is from
7  parents, from people and society directly e-mailing
8  you, from news sources and from the government
9  entity releases that you spoke about earlier; right?
10  A  Correct.     02:02:19
11  Q  Okay.  Have you read any studies that show
12  that providers are providing affirmation on demand
13  to children and adolescents with gender dysphoria?
14  A  No.  No, I'm not.  As I say, the -- the
15  providers don't acknowledge that that's what they're  02:02:38
16  doing to begin with, leaving little opportunity to
17  study it at all.
18  Q  Okay.  What do you understand desistance to
19  mean in the context of gender dysphoria?
20  A  Different people use the words in slightly     02:02:53
21  different ways or with different cutoffs, but in
22  general, they -- they refer to a person realizing
23  that they weren't actually trans after all.
24  Q  So you said different people have maybe
25  different definitions.     02:03:08

Page 184

1     What is your definition of desistance?
2  A  I don't think I can really say that I have a
3  definition so much as I do my best to understand
4  what the person taking to me or the document that
5  I'm reading, what they meant by it and then going     02:03:25
6  with, you know, whatever meaning it is that -- that
7  they meant.
8  Q  I guess I'm trying to understand.
9     So in your professional practice, what
10  different variations of understanding of the word     02:03:43
11  "desistance" have you encountered?
12  A  Generally, they would differ according to how
13  far along the transition process the person was to
14  begin with.  A person suspecting that they might be
15  trans and then figuring out that they're not is very  02:03:59
16  different from a person who transitions, socially
17  changed a name and then changed it back, which is
18  still again very different from somebody who has
19  taken hormones or gone through surgery and then
20  regrets that.     02:04:14
21  Q  Okay.  You spoke about regret.
22     What do you understand regret to mean in the
23  context of desistance?
24  A  Wishes that they had never gone through
25  transition to begin with.     02:04:24

Page 185

47 (Pages 182 - 185)

1    Q   Okay.  And are you aware of any studies
2    tracking desistance in adolescents with gender
3    dysphoria?
4    A   I'm aware of studies that have included it
5    inside of a larger study of the phenomenon -- of        02:04:41
6    trans adolescents in general.  There have -- I've
7    seen that there exists now a small handful of
8    studies trying to survey those kids.  I haven't
9    studied them yet in any depth, however.
10    Q   Okay.  Would you know the names of any of        02:05:06
11    these small handful of studies you just mentioned?
12    A   Not offhand, no.
13    Q   Would you know any of the authors of these
14    studies or the people who are in the process of
15    collecting this data?        02:05:21
16    A   Not offhand, no.
17    Q   Okay.  And are any of these studies cited in
18    your report?
19    A   No, they are not.
20    Q   Okay.  So I'm going to introduce tab 7, which  02:05:29
21    is going to be marked as Exhibit 48.  Give me one
22    moment for it to show up on your end.
23        Are you --
24        (Exhibit 48 was marked for identification
25    by the court reporter and is attached hereto.)  02:06:07

Page 186

1        THE WITNESS:  Yes.
2    BY COUNSEL SWAMINATHAN
3    Q   Great.  Do you recognize this blog post,
4    Dr. Cantor?
5    A   Yes, I do.        02:06:16
6    Q   So this is a blog post entitled "Do trans
7    kids stay trans when they grow up?"
8        You authored this post in Sexology Today!;
9    correct?
10    A   Correct.        02:06:29
11    Q   And you wrote this in 2016.  It says
12    January 11th, 2016; correct?
13    A   That's right.
14    Q   Okay.  And so I want to turn your attention
15    to the -- the second paragraph of -- the top of the  02:06:43
16    page.  You write (as read):
17        "Only very few trans- kids still
18        want to transition by the time they
19        are adults.  Instead, they generally
20        turn out to be regular gay or        02:06:57
21        lesbian folks."
22        Did I read that accurately?
23    A   Yes.
24    Q   What does "regular gay or lesbian folks"
25    mean?        02:07:08

Page 187

1    A   No other sexual interest phenomena that would
2    better account or better describe what they're
3    interested -- what they're interested in.
4    Q   What are non-regular gay or lesbian folks,
5    then?        02:07:24
6    A   For example, somebody with a -- with a
7    paraphilia or with a fetish that makes the
8    determination of their sexual orientation a bit
9    moot.
10    Q   What does that mean, to make it a bit moot?  02:07:36
11    A   That their sexual interest pattern doesn't
12    follow along what most people are generally familiar
13    with in -- in discussing attraction to men or
14    attraction to women.
15    Q   Okay.  So if a child's gender dysphoria were  02:07:53
16    to persist and they continued to want to transition
17    by the time they are adults, what are they, in your
18    view?
19    A   If -- they would most -- they would be in the
20    running to qualify -- the emotion they would be        02:08:11
21    describing would be gender dysphoria.  Whether they
22    qualify for the diagnosis depends on -- would
23    require a more fulsome assessment.
24    Q   Would they be irregular, in your mind?
25    A   They would be atypical in that it is        02:08:25

Page 188

1    statistically a rarer phenomenon than cisgender is.
2    Q   I heard you say, just a few seconds ago, they
3    would be in the running for, and then you kind of
4    cut off, I thought.
5        What did you mean to say when you said they  02:08:44
6    would be in the running for?  Would they be in the
7    running for being transgender?
8    A   Yes, that would be possible, but I can't make
9    that kind of conclusion without the person
10    undergoing, as I say, a more fulsome assessment,        02:08:57
11    looking for other possible motivators for why they
12    might feel gender dysphoria.
13    Q   So what do you -- let's see.
14        Are you aware that gender identity and sexual
15    orientation are distinct concepts?        02:09:12
16    A   Yes.
17    Q   Yes?  Are you aware that someone can be
18    transgender and gay?
19    A   Yes, although the particular phrases become a
20    little bit more complicated when a person is        02:09:24
21    changing sex and you're trying to say what they're
22    attracted to relative to the sex they are.
23    Q   And is it equally as complicated for the
24    understanding that someone can be transgender and a
25    lesbian?        02:09:43

Page 189

48 (Pages 186 - 189)

Armistead Supp. App. 0256

1    A  Is it complicated?  Yes.
2    Q  Is it more complicated than someone being
3  transgender and gay?
4    A  No.  This is the same complication.
5    Q  The same complication.  Okay.        02:09:56
6      Dr. Cantor, do you believe that social
7  transition for gender-dysphoric adolescents after
8  age 12 is appropriate?
9    A  That's an empirical question -- that's an
10  empirical question, and the science unde--- is    02:10:17
11  still somewhat undecided about it.
12    Q  I'm just asking for your opinion, though.
13      Do you believe that social transition for
14  gender-dysphoric adolescents after age 12 is
15  appropriate?                    02:10:35
16    A  It's not possible to have an opinion outside
17  of the science.
18      COUNSEL SWAMINATHAN:  Okay.  I'm going to
19  introduce tab 23, which is now going to be marked as
20  Exhibit 49.                    02:10:49
21      (Exhibit 49 was marked for identification
22      by the court reporter and is attached hereto.)
23      THE WITNESS:  I see it.
24  BY COUNSEL SWAMINATHAN:
25    Q  Great.  And if you can turn to the second    02:11:15

Page 190

1  transition for gender-dysphoric adolescents at age
2  12?
3    A  No.
4    Q  No?  So this article is authored in July of
5  2020.                        02:12:29
6      So has your opinion changed from July 2020 --
7  July 2020 to now?
8    A  Science has changed, and as I say, my opinion
9  just follows the science.
10    Q  How has the science changed?        02:12:42
11    A  The -- several of the papers that were being
12  circulated in the late 2019s have turned out to be
13  wrong.  Some were retracted.  Some were reanalyzed,
14  and it was shown that their results were not correct
15  to begin with.  And it was recognized that those    02:13:02
16  studies which did seem to be indicating an
17  improvement over -- over transition, such kids were
18  receiving psychotherapy in addition to receiving
19  medical transition.
20      Once that was recognized, we could no longer    02:13:15
21  conclude that it was any -- the medical
22  transition -- that it was the medical transition or
23  any other transition being the source of the benefit
24  rather than the psychotherapy itself.
25      So once the evidence supporting earlier    02:13:28

Page 192

1  page of this article, which is an article titled
2  "When is a TERF" --
3      COUNSEL SWAMINATHAN:  For the court reporter,
4  that's T-E-R-F.
5  BY COUNSEL SWAMINATHAN:              02:11:26
6    Q  -- "not a TERF'?" authored on July 20- --
7  July 8th, 2020.
8      And this is an article written by you, right,
9  Dr. Cantor?
10    A  Yes, it is.                02:11:36
11    Q  And if you turn to page 2, you'll see, around
12  the middle of the page, the -- the third paragraph
13  that begins with (as read):
14      "I support age 12, not for any
15      ideological reason, but because that    02:11:51
16      is what the (current) evidence
17      supports: The majority of
18      prepubescent kids cease to feel
19      trans during puberty, but the
20      majority of kids who continue to    02:12:04
21      feel trans after puberty rarely
22      cease."
23      Do you see that?
24    A  Yes, I do.
25    Q  So is it fair to say that you support social    02:12:09

Page 191

1  transition evaporated, then one's opinion of that
2  science has to change with it.
3    Q  So you mentioned studies that have been
4  changed or retracted.  What studies are you talking
5  about?                        02:13:42
6    A  It's a series of -- a series of studies, all
7  of which have been -- are cited in my report.
8    Q  Can you name a few of those studies?
9    A  I'm better with names if I could have my
10  report in front of me at the same time.        02:13:56
11      MR. BARHAM:  The latest report is Exhibit 45;
12  is that correct?
13      COUNSEL SWAMINATHAN:  That is correct.
14      THE WITNESS:  Bränström and Pachankis 2019
15  became retracted.                02:14:53
16  BY COUNSEL SWAMINATHAN:
17    Q  Any others?
18    A  Olson, et al., was demonstrated to be
19  incorrect.
20      The Costa study, although it came out        02:15:37
21  earlier, it then became better known once the other
22  studies started -- after the other studies started
23  showing that they were in error.
24    Q  And you're talking about the Costa 2015; is
25  that correct?                    02:16:00

Page 193

49 (Pages 190 - 193)

Armistead Supp. App. 0257

1　A　Yes.
2　Q　Okay.
3　A　So those are the --
4　Q　Okay.  Thank you, Dr. --
5　A　Those are the ones -- okay.　　　02:16:06
6　Q　So, Dr. Cantor, what is the Dutch protocol?
7　A　The Dutch protocol started outside of Canada.
8　The largest clinic for children's gender dysphoria
9　was in the Netherlands.  They also took a
10　conservative method, like -- like the clinics in　02:16:26
11　Canada, where children who were otherwise qualified
12　would be allowed to begin taking puberty blockers at
13　age 14 and then cross-sex hormones at age 16.
14　Q　And the Dutch protocol allowed for a social
15　transition after age 12; right?　　　02:16:46
16　A　It was during adolescence.  I don't recall
17　the specific age.
18　Q　Let me turn your attention to a page in your
19　report that might help you reflect (sic) your
20　recollection.　　　02:17:02
21　　　So if you could turn to page 19 of your
22　report.
23　A　One moment.
24　Q　No problem.
25　　　And at the top of the page, it says that "The　02:17:23

Page 194

1　components of the Dutch Approach are: no social
2　transition at all considered before age 12..." which
3　they describe as the watchful waiting period.
4　A　Correct.
5　Q　So is it fair to say that the Dutch protocol　02:17:36
6　allows for social transition after age 12?
7　A　Allows for it?  Yes.
8　Q　So is it your opinion as you testify today
9　that you disagree with the Dutch protocol with
10　respect to the age at which it allows for social　02:17:53
11　transition?
12　A　There were some pieces missing in that.
13　　　As I said, the Dutch protocol, at the time,
14　was developed on the data that was available at that
15　time.  Both have changed -- well, the Dutch　02:18:15
16　protocol, as we call it, hasn't changed, but the
17　clinics themselves have -- are now becoming more
18　conservative, as the original version of the Dutch
19　protocol has not been as well replicated.
20　　　But instead of clinics raising their　02:18:29
21　standards, like is happening throughout Europe,
22　clinics in the U.S. who are receiving reports are
23　lowering their standards.
24　Q　I see.  And so if you look at page 18 of your
25　report, just the page before, and you look at　02:18:42

Page 195

1　paragraph 46, in the last sentence of your
2　paragraph, you state, quote, (as read):
3　　　"Internationally, the Dutch Approach
4　　　is currently the most widely
5　　　accepted and utilized method for　　　02:18:54
6　　　treatment of children who present
7　　　with gender dysphoria."
8　　　End quote.
9　　　Do you agree with that statement?
10　A　Yes, that would -- that would still be fair　02:19:02
11　to say.
12　Q　Okay.  Dr. Cantor, what puberty-blocking
13　drugs are you aware of?
14　A　Oh, I couldn't tell them to you by name so
15　much as by function.　　　02:19:20
16　Q　What are you aware of about the function of
17　puberty-blocking treatment?
18　A　Well, there are a series of signals in the
19　brain that indicate to different parts of the brain
20　and different parts of the body when to -- that they　02:19:34
21　should be maturing.  The puberty blocker stops --
22　stops that cycle.
23　Q　And, again, you are not an expert in the
24　different types of prescription drugs that are used
25　as puberty-blocking agents; right?　　　02:19:50

Page 196

1　A　That is correct.
2　Q　Okay.  You have never obtained informed
3　consent to provide puberty blockers; right?
4　A　Correct.
5　Q　And you've never had a patient sign an　　　02:20:03
6　informed consent form relating to puberty blockers;
7　right?
8　A　Correct.
9　Q　You personally have no experience with
10　monitoring patients who are undergoing　　　02:20:15
11　puberty-blocking treatment; right?
12　A　Correct.
13　Q　You don't know what type of monitoring is
14　typically done or not done for those patients;
15　right?　　　02:20:28
16　A　That's part of medical practice.
17　Q　That's not your practice; right?
18　A　Correct.
19　Q　Okay.  Dr. Cantor, you know what cross-sex
20　hormones are; correct?　　　02:20:46
21　A　Yes.
22　Q　For transgender women, estrogen is the
23　hormone that's typically prescribed; correct?
24　　　MR. BARHAM:  Objection as to terminology.
25　　　THE WITNESS:  Yes.　　　02:20:55

Page 197

50 (Pages 194 - 197)

Armistead Supp. App. 0258

1    BY COUNSEL SWAMINATHAN:
2    Q   And for transgender men, testosterone is the
3    hormone that's typically prescribed; correct?
4         MR. BARHAM:  Objection; terminology.
5         THE WITNESS:  Correct.              02:21:07
6    BY COUNSEL SWAMINATHAN:
7    Q   Have you ever obtained informed consent to
8    provide cross-sex hormones to anyone?
9    A   No.
10   Q   You've never had a patient sign an informed   02:21:15
11   consent form relating to cross-sex hormones; right?
12   A   Correct.
13   Q   Okay.  Have you advised patients about
14   potential risks and benefits of cross-sex hormones?
15   A   No, I have not.              02:21:33
16   Q   Okay.  Aside from the literature you have
17   reviewed, you personally don't know what doctors
18   tell their patients about cross-sex hormones; right?
19        MR. BARHAM:  Objection as to form and scope.
20        THE WITNESS:  That's not entirely true.  For   02:21:55
21   example, people who have detransitioned or people
22   who have transitioned, when it's relevant, you know,
23   will discuss with me conversations that they've had
24   with their physicians.
25   ///

Page 198

1    BY COUNSEL SWAMINATHAN:
2    Q   Okay.  So your knowledge of what doctors tell
3    their patients about cross-sex hormones comes from
4    what your patients who have detransitioned have told
5    you; is that fair?              02:22:17
6    A   In part.  The other sources are the sources
7    that I mentioned earlier, e-mails and other contacts
8    from -- from family members, requests for -- for
9    consultation, media -- and media outlets.
10   Q   Got it.  Thank you.  Okay.              02:22:34
11       Did you review --
12       COUNSEL SWAMINATHAN:  Actually, I just want
13   to check in.  You're -- are you okay to keep going?
14   But it has been about an hour and ten minutes.  If
15   you need a break, that's totally fine.              02:22:44
16       THE WITNESS:  I'm good.
17       COUNSEL SWAMINATHAN:  You're good?  Okay.
18   BY COUNSEL SWAMINATHAN:
19   Q   Did you review the 2017 Endocrine Society
20   guidelines in full before forming your opinions in   02:22:56
21   this case?
22   A   Yes, I have.
23   Q   You have?  You've read them from top to
24   bottom as well?
25   A   Yes, I have.              02:23:04

Page 199

1    Q   When's the last time you've done that?
2    A   Oh.  Last week.
3    Q   Last week.  And are you aware that the
4    Endocrine Society guidelines recommend treating
5    gender-dysphoric and gender-incongruent adolescents   02:23:18
6    who have entered puberty at Tanner stage II by
7    suppression with gonadotropin-releasing hormone
8    agonists?
9    A   I'm aware that that's in that document, yes.
10   Q   Okay.  And if we can take a look back -- I --   02:23:30
11   I assume you still have your report pulled up.  If
12   you can take a look at page 3 of your report.
13   A   I'm there.
14   Q   And you look at paragraph 8, subset (e), you
15   state that (as read):              02:23:59
16       "Affirmation of a transgender
17       identity in minors who suffer from
18       early-onset or adolescent-onset
19       gender dysphoria is not an accepted
20       'standard of care.'"              02:24:10
21   Which is in quotes.
22       Is that correct?
23   A   That's correct.
24   Q   So this opinion conflicts with the
25   Endocrine Society recommendations; right?   02:24:20

Page 200

1    A   Yes, it does.
2    Q   And you yourself are not a part of the
3    Endocrine Society; right?
4    A   That is correct.
5    Q   You've never advised the Endocrine Society in   02:24:31
6    any capacity; right?
7    A   That is correct.
8    Q   You personally were not involved with the
9    development of the original Endocrine Society
10   guidelines back in 2009; right?              02:24:47
11   A   Correct.
12   Q   You were not involved with the development of
13   the updated guidelines in 2017; right?
14   A   Correct.
15   Q   Do you know what kind of scientific              02:24:59
16   literature review the Endocrine Society conducted in
17   developing the 2017 updates?
18   A   I'm not aware of its details, no.
19   Q   Are you aware of what kind of outside experts
20   the Endocrine Society may have consulted in              02:25:16
21   developing the 2017 updates?
22   A   I'm aware that they had such people whom they
23   requested, yes.
24   Q   Are you aware of any of these people by name?
25   A   The only one I know by name is from his   02:25:32

Page 201

51 (Pages 198 - 201)

Armistead Supp. App. 0259

1  involvement in this case, Dr. Jensen.
2  Q   Okay.  And you don't hold yourself out as an
3  expert in how the Endocrine Society developed the
4  original 2009 guidelines for treatment of gender
5  dysphoria; right?                            02:25:50
6  A   It's a little hard to imagine such a question
7  being used to determine whether a person can be
8  called an expert on -- on anything.  That's a very
9  narrow topic.  However, there has been systematic
10  evaluation of the Endocrine Society's guidelines.   02:26:08
11  Q   I guess my question is that you don't hold
12  yourself out personally as an expert in how the
13  Endocrine Society developed the original 2009
14  guidelines; right?
15  A   Yes, that would be true.              02:26:23
16  Q   Okay.  And the same -- you don't hold
17  yourself out as an expert in how the
18  Endocrine Society developed the 2017 updates; right?
19  A   That, again, would, I think, be true.
20  Q   Okay.  You know what the WPATH is, right, the  02:26:40
21  World Professional Association for Transgender
22  Health?
23  A   Yes, I am.
24  Q   Sorry, yes, you do or yes, you --
25  A   Yes, I am aware.                     02:26:54

Page 202

1  Q   Oh, okay.  Do you know that WPATH
2  publishes standards of care for the health of
3  transgender people?
4  A   Yes, I'm aware.
5  Q   Are you aware that WPATH has been publishing   02:27:07
6  these standards since 1979?
7  A   Yes, I am.
8  Q   Okay.  To your knowledge, what is the latest
9  standard of care available from WPATH?
10  A   They're in the middle of revising them now.   02:27:21
11  I don't remember the year of the current -- current
12  version, but --
13  Q   Do you know the number of the current
14  version?
15  A   No.  I don't recall.                 02:27:33
16  Q   Do you know when the most recent version was
17  published?
18  A   Not without looking it up.  I don't remember
19  the year, no.
20  Q   So in your report, you express some opinions   02:27:47
21  about the WPATH Standards of Care; right?
22  A   Correct.
23  Q   Before you wrote this report, did you sit
24  down and review the WPATH Standards of Care?
25  A   Yes.  Yes, I did.                    02:28:00

Page 203

1  Q   When did you review them?
2  A   That was now three or four years ago.
3  Q   And have you reviewed all of the articles
4  cited in the "References" section of the WPATH
5  Standards of Care?                           02:28:27
6  A   I haven't looked through the reference list
7  to see how many of them I would have read, no.
8  Q   So you haven't reviewed the reference list;
9  right?
10  A   Well, I haven't reviewed the reference list   02:28:37
11  to see how many of those references I happened to
12  know, no.
13  Q   Okay.  And you yourself are not a part of the
14  WPATH; right?
15  A   Correct.                             02:28:48
16  Q   Have you ever been a member of WPATH?
17  A   No.
18  Q   Have you ever advised the WPATH in any
19  capacity?
20  A   No.                                  02:29:01
21  Q   Okay.  You personally have not been involved
22  with the development of WPATH Standards of Care,
23  Version 7; right?
24  A   Correct.
25  Q   Okay.  Do you know that WPATH is currently    02:29:13

Page 204

1  working on Version 8 of their standards of care?
2  A   Yes, I am.
3  Q   You personally have not been involved in the
4  development of WPATH Standards of Care, Version 8;
5  right?                                       02:29:29
6  A   Correct.
7  Q   And you don't hold yourself out as an expert
8  in how Version 8 is currently being developed;
9  right?
10  A   Again, I hesitate to say that that is a       02:29:40
11  subject in which there exists expertise.  It's
12  within my topic of expertise, but I wouldn't say
13  that I am an expert in that topic specifically.
14  Q   Okay.  And in this particular case, you're
15  not offering any expert opinions on how Version 8 of  02:29:59
16  the WPATH Standards of Care are currently being
17  developed; right?
18  A   Correct.  The comments in my report included
19  evaluation of Version 7.
20  Q   Okay.  So, Dr. Cantor, I would love for you   02:30:16
21  to turn to page 16 of your expert report.
22  A   Got it.
23  Q   Great.  If you could just have that open.
24        So do you agree that the number and
25  percentage of prepubertal kids with gender dysphoria  02:30:40

Page 205

52 (Pages 202 - 205)

1 who do not go on to identify as transgender is
2 currently unknown?
3    A  No, I don't think that's exactly fair to say.
4 What --
5    Q  So -- what do you base your opinion --        02:31:11
6       MR. BARHAM:  I'd ask that -- I'd ask that you
7 allow him to finish his answer before answer- --
8 asking the next question.
9       COUNSEL SWAMINATHAN:  Apologies, Counsel.
10 BY COUNSEL SWAMINATHAN:        02:31:20
11    Q  Please finish your answer, Dr. Cantor.
12    A  There have been 11 studies, and all of them
13 show that the large majority cease to want to
14 transition by puberty, but the exact number changes
15 study by study.  So I can't say that the number is     02:31:31
16 known, in that we haven't found the same number
17 coming up over and over again, but it would be
18 unfair to say that, you know, the entire range of
19 possible numbers are equally possible.  They're not.
20 The studies have consistently even, even        02:31:46
21 unanimously, said that it was the large majority
22 desist, but we still can't give a -- a specific
23 number better than a range.
24    Q  So you agree that the number and percentage
25 of prepubertal kids with gender dysphoria who do not  02:32:03

Page 206

1 go on to identify as transgender is currently
2 unknown; right?
3       MR. BARHAM:  Objection; asked and answered.
4       MR. TRYON:  Objection.
5       THE WITNESS:  Again, I can't say that there    02:32:12
6 is a specific number, but the range is unanimously,
7 in every single study, the large majority.
8 BY COUNSEL SWAMINATHAN:
9    Q  And which studies are you referring to?
10    A  There were 11, and they were the -- the 11    02:32:29
11 studies listed on my blog, which you posted.
12    Q  I think I have maybe shown you two blog posts
13 now.  Was it tab 40 -- sorry -- Exhibit 48?  Is that
14 the one you're referring to?
15    A  I don't remember the tab number, but only one  02:32:45
16 of those two had a list of studies, and the other
17 was, you know, just text from me.
18    Q  Okay.  Do you agree that the number and
19 percentage of adolescents with gender dysphoria who
20 do not go on to identify as transgender is currently  02:33:00
21 unknown?
22    A  That is much less known, correct.
23    Q  Okay.  And I take it you are not offering any
24 expert opinions on what number or percentage of
25 adolescents with gender dysphoria do not go on to    02:33:16

Page 207

1 identify as transgender; right?
2    A  I don't -- no, I'm not off- -- I'm not
3 offering such a percentage, no.  We have -- we don't
4 have the kind of prospective systematic studies to
5 give us a better idea of the range.  Instead, we    02:33:37
6 have studies which retrospectively try to ask
7 questions from these people, but those studies don't
8 give us an estimate of how many people have already
9 desisted and, therefore, never took the
10 questionnaire to begin with.        02:33:53
11    Q  Okay.  And, Dr. Cantor, you agree that no
12 study supports the withholding of gender-affirming
13 treatment after the onset of puberty; right?
14       MR. BARHAM:  Objection as to terminology.
15       THE WITNESS:  Could you ask that again,        02:34:11
16 please?
17 BY COUNSEL SWAMINATHAN:
18    Q  Sure.  You agree that no study supports the
19 withholding of gender-affirming treatment after the
20 onset of puberty; right?        02:34:19
21    A  That no study supports the withholding.
22       MR. BARHAM:  Objection
23       THE WITNESS:  That's --
24       MR. BARHAM:  Objection as to terminology.
25       THE WITNESS:  That's true in only a very    02:34:37

Page 208

1 vacuous way in that that's not how science, never
2 mind medical science, is conducted.  In science, we
3 begin with the null hypothesis.  Everything starts
4 with a null hypothesis.  The onus of proof belongs
5 to the person saying that doing something will do    02:35:12
6 something.  It's not possible to prove a null
7 hypothesis.  We start with it and wait for proof
8 that doing something has whatever intended effect.
9       All of that is to say it's not possible to
10 conduct a study that would prove what happens when   02:35:30
11 you do nothing.  We start with that point.
12 BY COUNSEL SWAMINATHAN:
13    Q  So what is the basis for your opinion that
14 it's not possible to prove what the effects of,
15 quote, doing nothing are?        02:35:46
16    A  That's a fundamental tenet of science.
17 That's what I call the -- as I said, that's called
18 the null hypothesis.  It's a basic functioning of
19 the scientific process.
20    Q  And so there's -- I'm right, though, that    02:35:58
21 there's no study that has tracked what you call as
22 doing nothing in adolescents who are suffering from
23 gender dysphoria; right?
24       MR. TRYON:  Objection.
25       THE WITNESS:  Correct, there is no such    02:36:17

Page 209

53 (Pages 206 - 209)

Armistead Supp. App. 0261

1 study.
2 BY COUNSEL SWAMINATHAN:
3    Q  Okay.  You recognize that your theory of
4 withholding social transition to see if prepubertal
5 kids with gender dysphoria desist is an outlier in    02:36:27
6 the scientific community?
7       MR. BARHAM:  Objection as to form and
8 terminology.
9       THE WITNESS:  No, I would not say that at
10 all.                                      02:36:41
11 BY COUNSEL SWAMINATHAN:
12    Q  What do you base your -- that answer on?
13    A  I'm in regular contact with a -- with very,
14 very many scientists in my field, and they generally
15 agree with me.  It's -- and they generally agree    02:36:51
16 with -- agree with me.  It's the outliers who tend
17 to speak most often, loudest and most publicly.  So
18 the public mind is very, very different from the
19 collection of scientists.
20    Q  So you said very, very many people agree with    02:37:08
21 you.  How many people are you talking about?
22    A  Oh.  Several scores.  I -- of the ones I
23 interact with, close to a hundred.
24    Q  Can you define score for me?
25    A  20.                                  02:37:34

Page 210

1    Q  So several scores.  Would you say 40 to 60 is
2 an accurate capture of how many people you spoke to?
3    A  Probably closer to a hundred.
4    Q  Okay.  And who are these hundred people?  I'm
5 not asking you to identify all 100 by name, but who,    02:37:54
6 generally, are they?
7    A  Sex researchers and sex therapists.
8    Q  Okay.  So beyond the conversations that you
9 had with these scores of individuals, do you have
10 any other basis for believing that practitioners    02:38:15
11 support withholding social transition in prepubertal
12 patients with gender disorder?
13       MR. BARHAM:  Objection as to form and
14 terminology.
15       THE WITNESS:  No.  That's my primary source.    02:38:33
16 BY COUNSEL SWAMINATHAN:
17    Q  And do any of those hundred or so individuals
18 actually treat transgender patients?
19    A  Yes.  None of them does it as a specific
20 specialty, but very many of them, of the clinicians    02:38:55
21 among them, have or have had trans clients among
22 their patient base.
23    Q  Okay.  Can you please turn to page 18 of your
24 report --
25       COUNSEL SWAMINATHAN:  And, actually, I think    02:39:26

Page 211

1 this might be a good time for a five-minute break.
2 I think we've been going for about an hour and
3 20 minutes now.
4    Q  Can we go off the record?
5       THE VIDEOGRAPHER:  Yep.  We are going off the    02:39:34
6 record and -- at, let's see, 2:39 p.m., and this is
7 the end of Media Unit No. 4.
8       (Recess.)
9       THE VIDEOGRAPHER:  All right.  We are back on
10 the record at 2:53 p.m., and this is the beginning    02:53:07
11 of Media Unit No. 5.
12       Go ahead, please.
13 BY COUNSEL SWAMINATHAN:
14    Q  Dr. Cantor, can you please turn to page 12 of
15 your expert report, which is Exhibit 45.    02:53:16
16    A  Got it.
17    Q  Okay.  So paragraph 29, on page 12, you state
18 (as read):
19       "For example, there exist only very
20       few cases of transition regret among    02:53:48
21       adult transitioners, whereas the
22       research has unanimously shown that
23       the majority of children with gender
24       dysphoria desist—that is, cease to
25       experience such dysphoria by or    02:54:01

Page 212

1       during puberty."
2       Did I read that correctly?
3    A  Yes.
4    Q  What is your basis for this assertion?
5    A  The 11 studies that were also cited in my    02:54:16
6 blog.
7    Q  Is there a reason you didn't cite any of
8 those studies here, in your report?
9    A  I didn't include --
10    Q  I just mean in this paragraph, on this page,    02:54:35
11 is there a reason there's no footnotes --
12    A  Oh, in that paragraph, on that page?  No.
13 Only because there was an introductory paragraph,
14 you know, before the rest of the document.
15    Q  And those 11 studies are the -- same    02:54:52
16 studies that you mentioned before that you said were
17 on your blog?
18    A  Correct.
19    Q  Okay.  And on page 18 of your expert report,
20 on -- in paragraph 45 of page 18, you state (as    02:55:10
21 read):
22       "Because only a minority of gender
23       dysphoric children persist in
24       feeling gender dysphoric in the
25       first place, 'transition-on-demand'    02:55:25

Page 213

54 (Pages 210 - 213)

Armistead Supp. App. 0262

1    increases the proba-" --
2        I assume you mean "probability."  It says
3    "probably" here.
4    A  Oh, goodness.  That's right.
5    Q  That's right?  Okay.                    02:55:33
6        (As read):
7        -- "increases the probability of
8        unnecessary transition and
9        unnecessary medical risks."
10       Is that fair, as it's read?            02:55:42
11   A  Yes.
12   Q  Okay.  What's your basis for this opinion?
13   A  I want to say mathematics.
14   Q  What do you mean by that?
15   A  The -- if only few people regretted      02:56:01
16   transition, then transitioning everybody would be
17   the wrong decision for only few people.  If most
18   people cease to want to transition eventually, then
19   transitioning all of them would be making a much
20   larger number of errors.                   02:56:23
21   Q  What do you mean by "transitioning all of
22   them"?
23   A  If the people were given transition on
24   demand.
25   Q  So what do you understand the term       02:56:33
                                            Page 214

1    "transition on demand" to mean?
2    A  That we give the person -- we recognize
3    whatever element of that person as soon as they make
4    that request.
5    Q  So I just want to make sure I understand.  02:56:49
6        You are saying that your opinion for -- or
7    your basis for stating that a minority of
8    gender-dysphoric children persist is based in math;
9    is that correct?
10   A  No.  I'm saying that the -- the conclusion  02:57:00
11   that we will have more errors and make more mistakes
12   if we don't consider that statistic.  That's math.
13   Q  I guess I'm understanding what -- or trying
14   to understand, what is the basis for that statistic,
15   that only a minority of gender-dysphoric children   02:57:17
16   persist?
17   A  Those 11 studies, which were summarized --
18   which were summarized in my blog, together with the
19   number -- the exact numbers of people who continue
20   to want to transition after puberty and those which  02:57:33
21   ceased to.
22       These people only came into the clinics when
23   they started expressing their gender dysphoria.  If
24   they were transitioned after that first appointment,
25   because we didn't yet know which ones were going to  02:57:48
                                            Page 215

1    persist and which ones were going to desist, then we
2    would only know that if we transi-- transitioned
3    all of them that first day, most of those would end
4    up being a mistake because we know that most of
5    those will -- will have ceased to want to transition  02:58:06
6    by puberty.
7    Q  And is the reason that you don't state --
8    sorry, strike that.
9        To your knowledge, are people being
10   transitioned on the first day?              02:58:20
11   A  Those are the reports that we referred to
12   earlier that there are becoming more and more cases
13   getting reported to me or to the -- or via their
14   families or in the media.  Or, as I say, now that
15   there are investigations going on in other   02:58:40
16   countries, that's what they're continuing to find.
17   Q  Okay.
18   A  Transition on demand is the most extreme
19   version of it, but -- but the difference is whether
20   -- the meaningful part is whether these people are   02:58:51
21   being transitioned before a meaningful assessment
22   and a meaningful attempt to -- to estimate who might
23   persist, who might not, or if we're even capable of
24   doing that with enough precision to be risking the
25   kind of medical risks that come into play.   02:59:09
                                            Page 216

1    Q  Okay.  And so, again, you have no direct
2    knowledge of this, but the reports you refer to are
3    the parental anecdotes that are communicated to you,
4    the e-mails that you receive, the government
5    entities putting out information and the news   02:59:26
6    sources that you just mentioned; right?
7    A  We're saying that people are being
8    transitioned on demand, yes.
9    Q  Yes.
10   A  And when I say media reports, those are no   02:59:36
11   longer, necessarily, individual cases.  These are
12   also administrators in schools and so on who are
13   indicating what the policies are in that school or
14   parents talking about policies in the -- in social
15   groups and so on.  So these are people not going to   02:59:54
16   clinics at all; they're merely being socially
17   transitioned by -- you know, within their social
18   groups.
19   Q  Can you tell me more about those media
20   reports?                                   03:00:04
21       You know, you -- you mentioned an example of
22   a school.  Can you give me a more detail about that
23   particular report from a school?
24   A  No.  I haven't recorded -- I don't recall
25   particulars.                               03:00:17
                                            Page 217

                                    55 (Pages 214 - 217)

| | |
|---|---|
| 1  Q  Of any of the media reports that you're | 1  A  Yes. |
| 2  referencing, you don't recall particulars? | 2  Q  Great.  And so do you see that it's titled |
| 3  A  Not -- not at this time, no.  Those, I | 3  "References" at the top of the page? |
| 4  haven't been accumulating. | 4  A  Yes. |
| 5  Q  Okay.  Can you please turn to page 27 of your   03:00:27 | 5  Q  Great.  And so pages 53 to 61 of your report   03:02:56 |
| 6  report? | 6  includes a list of articles that you cite to in your |
| 7  A  Got it. | 7  report, and I've done my best to count them, but |
| 8  Q  Great.  And so if you look at paragraph 69, | 8  there are 106 articles cited in your report. |
| 9  you state the following, quote, (as read): | 9     Do you see that? |
| 10  "...a child experiencing depression   03:00:48 | 10  A  I didn't count them either, but that sounds   03:03:18 |
| 11  from social isolation might develop | 11  about right. |
| 12  hope—" -- | 12  Q  Okay.  How did you find these articles? |
| 13  A  I'm sorry, where did you say you were? | 13  A  Oh.  I've been accumulating these articles |
| 14  Q  Oh, apologies.  It's the end of page 26, top | 14  throughout my career, starting with my education and |
| 15  of page 27.  It's the sentence beginning "For   03:01:03 | 15  the classic -- and the classic articles with them,   03:03:33 |
| 16  example." | 16  and then I read new ones as they come out and get |
| 17  A  Got it. | 17  discussed within my field. |
| 18  Q  Apologies.  So let me read that again. | 18  Q  So you found every single one of these |
| 19     So you state, quote, (as read): | 19  articles in your references list.  Is that accurate? |
| 20  "For example, a child experiencing   03:01:13 | 20  A  Yes.  Yes.  Yes, it is.   03:03:47 |
| 21  depression from social isolation | 21  Q  None of these articles were provided to you |
| 22  might develop hope—and the | 22  by some other source? |
| 23  unrealistic expectation—that | 23  A  Oh.  I can't recall if there was a particular |
| 24  transition will help them fit in, | 24  e-mail from a colleague who told me, have you seen |
| 25  this time as and with the other   03:01:27 | 25  this or that article.  I would -- I can't remember   03:04:03 |
| Page 218 | Page 220 |
| 1  sex." | 1  specifics, but I would not be at all surprised if I |
| 2     Did I read that accurately? | 2  received one of these articles as a manuscript, as a |
| 3  A  Yes. | 3  peer reviewer, before even it was published. |
| 4  Q  So what is the basis of this opinion? | 4     Also, very commonly in science, it's a |
| 5  MR. TRYON:  This is Dave Tryon.   03:01:37 | 5  scientist spending many, many years releasing study   03:04:22 |
| 6     I'm just going to object that this is one | 6  after study, and before the study comes out, there |
| 7  sentence out of an entire paragraph. | 7  are poster conferences and presentations. |
| 8     COUNSEL SWAMINATHAN:  Your objection is | 8  So I'm aware that they are coming even before -- |
| 9  noted, Counsel. | 9  long before they come in print. |
| 10  BY COUNSEL SWAMINATHAN:   03:01:50 | 10     So there are those indirect methods that --   03:04:34 |
| 11  Q  Dr. Cantor, you can answer. | 11  that are possible. |
| 12  A  It's an explanation -- I offer it as a | 12  Q  But no one sent you any of these articles in |
| 13  possible explanation which accounts for all of the | 13  connection with your preparation of this report; |
| 14  existing observations. | 14  right? |
| 15  Q  Are you aware of any study that shows that a   03:01:59 | 15  A  No.  Yes, that is correct, no one has.   03:04:45 |
| 16  child experiencing depression from social isolation | 16  Q  Okay.  So you said you accumulated this list |
| 17  might develop hope and the unrealistic expectation | 17  of articles over the course of your career; right? |
| 18  that transition will help them fit in? | 18  A  Yes. |
| 19  A  No.  That particular hypothesis hasn't | 19  Q  You've known about the existence of many of |
| 20  been -- hasn't been tested.   03:02:17 | 20  these articles well before agreeing to serve as an   03:05:02 |
| 21  Q  Have you spoken to anyone about this | 21  expert in this case; right? |
| 22  hypothesis? | 22  A  Most of them, yes. |
| 23  A  Oh.  Yes, relatively and commonly. | 23  Q  Most of them. |
| 24  Q  Okay.  Can you please turn to page 53 of your | 24     So when did you begin your research for |
| 25  expert report?   03:02:35 | 25  drafting the expert report, version 2022?   03:05:13 |
| Page 219 | Page 221 |

56 (Pages 218 - 221)

1    A   It would have been within a few days after I
2  first received the -- the request to participate at
3  all.
4    Q   Okay.  And so have you read every article
5  included in this list?                    03:05:36
6    A   Yes, I have, with the caveat that some of
7  them are standard reference texts where only certain
8  portions of the text are relevant.
9    Q   Okay.  And so when you were looking for
10 articles to include in your report, had you already  03:05:53
11 formed an opinion about whether transgender women
12 and girls have an athletic advantage over cisgender
13 women?
14       MR. BARHAM:  Objection as to scope and
15 terminology.                               03:06:05
16       THE WITNESS:  I was already very, very well
17 aware of the state of the literature before I
18 received any notice of this particular case than
19 when I -- so it was on the basis of the knowledge of
20 the literature that I already had that gave me, you  03:06:36
21 know, some idea of what the liter- -- literature had
22 and then my searching for any other articles,
23 including articles that weren't relevant or weren't
24 part of this particular question that I continued to
25 accumulate, and I found nothing that changed my mind  03:06:59

Page 222

1  as I was doing research for this case.
2  BY COUNSEL SWAMINATHAN:
3    Q   So prior to this case, what -- what was and,
4  I guess, in your testimony now, continues to be your
5  opinion on whether transgender women and girls have  03:07:18
6  an athletic advantage over cisgender women?
7    A   I wasn't --
8        MR. BARHAM:  Objection as to scope.
9        THE WITNESS:  I wasn't asked that question as
10 part of this report.                        03:07:28
11 BY COUNSEL SWAMINATHAN:
12   Q   Do you have any opinion on that question
13 outside of, you know, your involvement in this case?
14   A   Only my other knowledge -- my other knowledge
15 of the studies that had been done on male and female  03:07:46
16 child performance.
17   Q   Do any of these 106 or so articles relate to
18 athletic performance?
19   A   No.  I wasn't asked to summarize that part of
20 the literature.                             03:08:02
21   Q   Okay.  And just to be clear, do you think
22 this list of articles is comprehensive of the
23 existing research on transgender children and
24 adolescents?
25   A   I would say comprehensive in scope and topic,  03:08:15

Page 223

1  that is, the range of -- of the facts that are
2  listed -- listed in it, but, again, I wasn't asked
3  to do it specifically on athleticism.
4    Q   Leaving aside athleticism, do you think this
5  list of articles accurately captures the most  03:08:35
6  reputable studies on transgender children and
7  adolescents?
8    A   Yes, I think that --
9        MR. TRYON:  Objection.
10   A   I think that would be fair to say, yes.    03:08:47
11 BY COUNSEL SWAMINATHAN:
12   Q   Okay.  Do you think these are articles that
13 you have not included in this list that may present
14 data that is contrary to your report?
15   A   No, there isn't.                       03:08:58
16   Q   Okay.  Do you think there are articles that
17 you have not included in this list that may reach
18 conclusions that are contrary to your report?
19   A   There exists such conclusions, and they've
20 been published.  I would have to check to see to  03:09:21
21 what extent those are merely opinions in -- in
22 letters and commentaries, for example, opposed to
23 derived from -- derived as conclusions from specific
24 data.
25   Q   So your testimony is that there may be some  03:09:40

Page 224

1  studies that reach conclusions that are contrary to
2  your report?
3        MR. BARHAM:  Objection as to form and scope.
4        THE WITNESS:  No.  The opposite.  It's -- I'm
5  not aware of any studies that are based on data that  03:09:50
6  contradict these, although people may have expressed
7  contradictory opinions.
8  BY COUNSEL SWAMINATHAN:
9    Q   Via letter and commentary; is that correct?
10   A   Correct.                             03:10:01
11   Q   Okay.  Great.
12       Can you please turn to page 24 of the same
13 exhibit, so continuing with your report.
14   A   Got it.
15   Q   Great.  And so the heading above paragraph 62  03:10:22
16 of your report -- it starts with the letter "c" --
17 says, quote, (as read):
18       "Studies by other clinicians in
19       other countries have failed to
20       reliably replicate the positive      03:10:39
21       components of the results reported
22       by the Dutch clinicians in de Vries
23       et al. 2011."
24       COUNSEL SWAMINATHAN:  And for the court
25 reporter, that's D-E, space, capital V-R-I-E-S.  03:10:49

Page 225

57 (Pages 222 - 225)

Armistead Supp. App. 0265

**Page 226**

```
 1  BY COUNSEL SWAMINATHAN:
 2   Q  Do you see that?
 3   A  Oh, you're talking to me?
 4      Yes, I do.
 5   Q  I'm sorry.  Yes.              03:10:59
 6      What did you mean by this?
 7   A  Exactly what it says.  There was initially
 8  some research demonstrating improvement among these
 9  kids after transition, but when other countries and
10  other facilities tried to do it, they were unable to  03:11:17
11  replicate those results.  They were not finding
12  improvement.
13   Q  So what are the positive components of the
14  results reported by the Dutch clinicians in
15  de Vries, et al., 2011?                  03:11:33
16   A  They reported some improvements in some
17  psychological parameters and social function.
18   Q  Any other positive components?
19   A  I would have to reread the original to see if
20  that's an exhaustive list, but they were essentially  03:11:46
21  all of those.
22   Q  Are you aware that there are additional
23  scientific peer-reviewed studies showing the
24  positive effects of gender-affirming care?
25   A  Yes, there are.                03:12:00
```

**Page 227**

```
 1   Q  Okay.  So are you aware of the 2022 Tordoff,
 2  et al., study titled "Mental Health Outcomes in
 3  Transgender and Nonbinary Youths Receiving
 4  Gender-Affirming Care"?
 5   A  Yes, I am.                     03:12:17
 6      COUNSEL SWAMINATHAN:  Okay.  I'm going to
 7  introduce tab 8, which has been marked as
 8  Exhibit 50.
 9      (Exhibit 50 was marked for identification
10      by the court reporter and is attached hereto.)  03:12:45
11  BY COUNSEL SWAMINATHAN:
12   Q  Let me know when you're able to see it,
13  Dr. Cantor.
14   A  I am.
15   Q  Okay.  Great.                 03:12:54
16      And you can see at the top that this study
17  was conducted by Diana Tordoff, Jonathon Wanta,
18  Arin Collin, Cesalie Stepney, David Inwards-Breland,
19  and Kim Ahrens; is that correct?
20   A  Yes, that's what I see.       03:13:13
21   Q  Are you familiar with any of these people?
22   A  No, I'm not.
23   Q  You don't have any personal connections to
24  any of these people; right?
25   A  Correct.                       03:13:26
```

**Page 228**

```
 1   Q  Okay.  Do you agree that the Journal of
 2  American Medical Association is a highly respected
 3  publication?
 4   A  That's not this journal.
 5   Q  Oh, apologies.  The JAMA Network.      03:13:39
 6      Do you agree that the JAMA Network is a
 7  highly respected entity?
 8   A  No, it is not.  It's relying on the fame of
 9  JAMA itself.
10   Q  It's relying on the fame of what?  I      03:13:55
11  apologize.
12   A  JAMA, the Journal of the American Medical
13  Association.  This is an online offshoot of that.
14   Q  Okay.  And you don't know whether the
15  researchers are highly respected researchers in the  03:14:04
16  field, right, because you don't know who they are?
17   A  Correct.
18   Q  Okay.  Do you know whether this particular
19  study is a peer-reviewed publication?
20   A  To the best of my knowledge, it is.      03:14:19
21   Q  Okay.  Are you aware that this study found
22  that gender-affirming care was associated with
23  60 percent lower odds of moderate or severe
24  depression and 73 percent lower odds of suicidality
25  over a 12-month follow-up?               03:14:37
```

**Page 229**

```
 1   A  Not in the way that you said you were going
 2  to use the meaning of the word "care," no.
 3   Q  So what -- what did you understand this study
 4  to find in the way that you would identify care?
 5   A  Well, these kids were -- were receiving      03:14:53
 6  medical care, and 65 percent of them were also
 7  receiving psychotherapy at the same time.
 8   Q  So for purposes of the question I'm asking
 9  you, can you understand gender-affirming care to
10  include psychotherapy and medical care?  Is that      03:15:09
11  fair?
12   A  For the purpose of this question?  Sure.
13      MR. BARHAM:  Objection to terminology.
14  BY COUNSEL SWAMINATHAN:
15   Q  Let me repeat my question, then.          03:15:16
16      Are you aware that this study found that
17  gender-affirming care, both psychotherapy and
18  medical care, was associated with 60 percent lower
19  odds of moderate or severe depression and 73 percent
20  lower odds of suicidality over a 12-month follow-up?  03:15:29
21   A  I'm aware that that was their conclusion,
22  yes.
23   Q  Okay.  And at the time you authored your
24  report, were you aware of those studies?
25   A  No.  It had not yet come out.           03:15:43
```

58 (Pages 226 - 229)

1    Q   Okay.  And are you aware of the 2021 Green,
2    et al., study titled "Association of
3    Gender-Affirming Hormone Therapy With Depression,
4    Thoughts of Suicide, and Attempted Suicide Among
5    Transgender and Nonbinary Youth"?          03:16:01
6    A   Yes, I am.
7    Q   Great.
8        COUNSEL SWAMINATHAN:  I'm going to introduce
9    tab 9, which is going to be marked as Exhibit 51.
10       It should pop up on your screen shortly.      03:16:19
11       (Exhibit 51 was marked for identification
12       by the court reporter and is attached hereto.)
13   BY COUNSEL SWAMINATHAN:
14       Q   And as you pull that up, Dr. Cantor, I just
15   want to confirm, did you identify the Tordoff study    03:16:37
16   as a part of your continued update to the literature
17   that you were doing before sitting for this
18   deposition?
19       A   Well, as I say, that -- that study only just
20   came out.  It -- it wasn't available when I       03:16:58
21   submitted my study.  And then I became notified of
22   its existence, you know, when it did -- first came
23   out, but my -- but my -- I shouldn't have said
24   "study."  Report.  I'm sorry.  But my report was
25   already submitted when it did come out.  So --    03:17:12

Page 230

1    Q   I -- I --
2    A   -- had my report been due in six months, it
3    would have been edited.
4    Q   I understand that.  I just meant in the
5    review that you said you did in preparing for this    03:17:21
6    deposition, was this one of the studies that you had
7    reviewed prior to sitting for this deposition?
8    A   The Green study?
9    Q   The Tordoff study.
10   A   Oh, the -- the Tordoff study?          03:17:33
11       Again, didn't exist when I prepared.
12   Q   Okay.  So it's -- it didn't exist in the past
13   few weeks?
14   A   The --
15   Q   Tordoff study.               03:17:43
16   A   When you said in preparation, do you mean for
17   sitting here physically today, or do you mean for my
18   submitted report?
19   Q   I mean for sitting here physically today.
20   A   For sitting here physically today, I did -- I  03:17:54
21   did review Tordoff, yes.
22   Q   Got it.  Okay.  Thank you.
23       And now we can turn our attention to the 2021
24   Green study, and as you can see, the authors of this
25   study are Amy Green, Jonah DeChants, Myeshia Price    03:18:13

Page 231

1    and Carrie Davis.
2        Do you see that?
3    A   Yes, I do.
4    Q   Are you familiar with any of these
5    individuals?                03:18:27
6    A   Not meaningfully.  Myeshia Price, I think I
7    had a three e-mail exchange with a few years ago.
8    Nothing substantive or relevant to today's case.
9    Q   Your e-mails did not pertain to transgender
10   people or gender dysphoria at all?          03:18:47
11   A   They did pertain to transgender individuals,
12   not athleticism, not today's case, but I couldn't --
13   I don't recall what aspects of gender dysphoria the
14   discussion was.
15   Q   Do you remember if the discussion was focused  03:19:05
16   on adults suffering from gender dysphoria?
17   A   I don't recall.
18   Q   Okay.  That's fair.
19       And so do you see that the study was
20   published -- or accepted on October 28, 2021?  And   03:19:19
21   do you agree that the Journal of Adolescent Health
22   is a highly respected publication?
23   A   Yes, to the best of my knowledge.
24   Q   Is it a peer-reviewed publication?
25   A   So far as I know.             03:19:36

Page 232

1    Q   So are you aware that this study found that
2    access to gender-affirming hormones during
3    adolescence was associated with lower odds of recent
4    depression and having attempted suicide in the past
5    year?                   03:19:55
6    A   In a retrospective survey, I'm aware of that,
7    yes.
8    Q   Yes.  At the time you authored your report,
9    were you aware of this study?
10   A   Yes, I was.               03:20:02
11   Q   Did you cite this study in your report?
12   A   No, I did not.
13   Q   Why didn't you cite this Green 2021 study in
14   your report?
15   A   It's not -- it's not methodologically sound   03:20:16
16   enough.  This was a retrospective instead of a
17   prospective study.  Retrospective studies are not
18   able to come to the kind of conclusions that -- that
19   are not -- retrospective studies are only able to
20   produce correlations.  We cannot, from a       03:20:38
21   correlation, say anything about causality.
22   Q   Do you cite any retrospective studies in your
23   report?
24   A   I would have to go through and check.
25   Q   Off the top of your head, can you think of    03:20:59

Page 233

59 (Pages 230 - 233)

Armistead Supp. App. 0267

1 any retrospective studies you may have cited in your
2 report?
3    A  I can't think of one offhand, no.
4    Q  Were any of the 11 studies that you mentioned
5 that support your theory of desistance retrospective   03:21:17
6 studies?
7    A  No.  It was -- specifically was of
8 prospective studies.
9    Q  Okay.  And so it's your testimony that none
10 of the studies that you've cited in your report are   03:21:31
11 retrospective; right?
12    MR. BARHAM:  Objection as to form and
13 terminology.
14    THE WITNESS:  No.  I just can't recall
15 offhand if any were.                       03:21:41
16 BY COUNSEL SWAMINATHAN:
17    Q  So there may be some retrospective studies
18 that you rely on in drafting your report?
19    MR. TRYON:  Objection.
20    THE WITNESS:  Yes.  But not from making a   03:21:51
21 causal conclusion.
22 BY COUNSEL SWAMINATHAN:
23    Q  Okay.  And are you aware of the 2012 Achille,
24 et al., study titled "Longitudinal impact of
25 gender-affirming endocrine intervention on the   03:22:06

Page 234

1 mental health and well-being of transgender youths"?
2    A  Yes, I am.  It's cited in my report.
3    Q  Great.  Would --
4    COUNSEL SWAMINATHAN:  I'm going to introduce
5 tab 10, which I believe now marks Exhibit 52.   03:22:21
6    (Exhibit 52 was marked for identification
7    by the court reporter and is attached hereto.)
8 BY COUNSEL SWAMINATHAN:
9    Q  And let me know when you're able to see it,
10 Dr. Cantor.                                 03:22:52
11    A  Yes, I can see.
12    Q  Okay.  Great.
13    So this study is published in the
14 International Journal of Pediatric Endocrinology;
15 correct?                                    03:23:14
16    A  Yes, it is.
17    Q  And is -- the authors are Chris- --
18 Christal Achille -- I apologize if I'm
19 mispronouncing that -- Tenille Taggart, Nicholas
20 Eaton, Jennifer Osipoff, Kimberly Tafuri, Andrew   03:23:15
21 Lane and Thomas Wilson.
22    Do you see that?
23    A  Yes, I do.
24    Q  Are you familiar with any of these
25 individuals?                                03:23:37

Page 235

1    A  No, I'm not.
2    Q  Okay.  And it looks like this study was
3 conducted in 2020, at some point.  I don't see the
4 date on it.
5    But is it fair to say that it was -- it came   03:23:54
6 out in 2020?
7    A  The -- the study was conducted between 2013
8 and 2018.
9    Q  But the results were published, apologies, in
10 2020?                                       03:24:08
11    A  It came out in print in 2020.
12    Q  Okay.  And have you read this study before?
13    A  Yes, I have.
14    Q  And are you aware that is study found that
15 endocrine intervention was associated with decreased   03:24:23
16 depression and suicidal ideation and improved
17 quality of life for transgender youth?
18    A  I'm aware that that's what the paper said,
19 yes.
20    Q  And at the time you authored your report,   03:24:33
21 were you aware of this study?
22    A  Yes, I was.
23    Q  And you cite this study in your report;
24 right?
25    A  Correct.                             03:24:43

Page 236

1    Q  Why didn't you cite this particular
2 conclusion drawn from the study, that the endocrine
3 intervention was associated with decreased
4 depression and suicidal ideation and improved
5 quality of life for transgender youth?      03:25:00
6    A  Because the improvements are also plausibly
7 attributed -- attributable to the psychotherapy that
8 the clients were -- that the patients were getting.
9    Q  But, Dr. Cantor, isn't it true that no study,
10 including the Dutch study, had a control group of   03:25:17
11 people who received solely therapy, but no blockers
12 or hormones?
13    A  That is not correct.
14    Q  Which -- can you tell me what study has a
15 control group of people who received therapy, but no   03:25:29
16 blockers and hormones?
17    A  Costa, et al., 2015.
18    Q  Can you spell that for the court reporter?
19    A  C-O-S-T-A --
20    Q  Uh-huh.                             03:25:37
21    A  -- et al.
22    Q  2015?
23    A  Yes.
24    Q  Am I accurate in saying that the Dutch
25 protocol did not have a control group of people who   03:25:49

Page 237

60 (Pages 234 - 237)

Armistead Supp. App. 0268

1  received therapy, but no blockers and hormones?
2      A   That is correct.
3      Q   And so would you agree that this Achille
4  study is similarly situated to the Dutch protocol,
5  in terms of what -- in terms of the two          03:26:07
6  interventions, both psychotherapy and hormone
7  treatment, occurring at the same time?  Is that fair
8  to say?
9      A   No, it's not.  The research method being used
10 is not related to the clinical method being used.   03:26:23
11 The research method is how one analyzes what's been
12 doing clinically.
13     Q   Okay.  So you mentioned that Costa, et al.,
14 2015, does have a control group.  Are there any
15 other studies that you can think of?           03:26:40
16     A   No, not offhand.
17     Q   Okay.  And are you aware of the 2020 Kuper,
18 et al., study titled "Body Dissatisfaction and
19 Mental Health Outcomes of Youth on Gender-Affirming
20 Hormone Therapy"?                     03:27:04
21     A   I believe that one's in my report also.
22         Can I refer to it just a second?
23     Q   Absolutely.
24         COUNSEL SWAMINATHAN:  I will introduce it as
25 tab 11, which is Exhibit 53.                03:27:16
                                          Page 238

1      (Exhibit 53 was marked for identification
2      by the court reporter and is attached hereto.)
3      THE WITNESS:  Oh, no, I meant my report.
4  BY COUNSEL SWAMINATHAN:
5      Q   Oh, sure.  Feel free to reference your   03:27:20
6  report.
7      Do you see Exhibit 53, in the share?
8      MR. BARHAM:  Counsel, the witness is still
9  looking at his expert report, I see.
10     COUNSEL SWAMINATHAN:  Oh, apologies.  I'm   03:28:08
11 unable to see his hands by the --
12     MR. BARHAM:  It's okay.
13     THE WITNESS:  All right.  Got it.  Okay.
14 Ready.  Yes, Kuper.
15 BY COUNSEL SWAMINATHAN:             03:28:19
16     Q   No problem.
17     So, again -- so this study is conducted by
18 Laura Kuper, Sunita Stewart, Stephanie Preston,
19 May Lau and Ximena Lopez.
20     Do you see that?            03:28:33
21     A   One second.  We need to switch windows.
22     Q   No problem.
23     A   Yes, I have it.
24     Q   Okay.  Are you familiar with any of those
25 individuals?                      03:29:00
                                          Page 239

1      A   No, I am not.
2      Q   And so this study was downloaded from the
3  American Academy of Pediatrics; is that correct?
4      You can see that --
5      A   It was published in the journal Pediatrics   03:29:25
6  which is owned by the American Association of
7  Pediatrics.
8      Q   Yes, apologies.
9      I was just pointing towards the bottom of the
10 page where it says this particular article was   03:29:35
11 downloaded from www.aappublications.org/news, and it
12 was accepted for publication on December 6, 2019.
13     Do you see that?
14     A   Yes, I do.
15     Q   Okay.  Is this a peer-reviewed publication?   03:29:55
16     A   Yes, it is.
17     Q   Okay.  And are you aware that the results of
18 this study show that hormone therapy for youth is
19 associated with reducing body dissatisfaction and
20 modest improvements in mental health?          03:30:09
21     A   That's not what I would call the whole truth.
22     Q   What would you call the whole truth?
23     A   That this group of patients were -- were
24 given many, many different mental health factors.
25 The majority of those showed no differences, but the
                                          Page 240

1  report and the media reports about this are only
2  talking about the positive ones, despite that there
3  was no difference -- that there was generally no
4  difference.
5      Q   You said that this study has faced media   03:30:42
6  criticisms.  Is that fair?
7      A   Media attention, I would say.
8      Q   Media attention.
9      What outlets of media have reported that
10 there were no positive results from this study?   03:30:57
11     A   I didn't say that there were media reports
12 saying no positive results.  The reverse.  The media
13 had been reporting only the positive results.
14     Q   So there were positive results as a result of
15 this study; right?                  03:31:14
16     MR. TRYON:  Objection.
17     THE WITNESS:  Some of the measures indicated
18 positive results, but when one -- when one runs
19 many, many, many statistical tests, some of them
20 will always look like they're positive.       03:31:26
21 BY COUNSEL SWAMINATHAN:
22     Q   I see.  But it's fair to say that there were
23 positive results reported from the study; right?
24     A   No, I'm not sure that is fair to say.  As I
25 say, it's a statistical property that if you roll   03:31:42
                                          Page 241

61 (Pages 238 - 241)

Armistead Supp. App. 0269

1  the dice enough times, you will eventually get snake
2  eyes.  If you only report the snake eyes and fail to
3  report everything else, it's not fair to say that
4  you actually caused snake eyes.
5      Q  Dr. Cantor, so it's your testimony today that   03:31:58
6  there are no positive results from this Kuper 2020,
7  et al., study?
8      MR. BARHAM:  Objection as to form.
9      THE WITNESS:  No, that's not my testimony
10 either.                              03:32:10
11 BY COUNSEL SWAMINATHAN:
12     Q  So your testimony is what, that there -- you
13 just --
14     A  The positive results they found are easily
15 attributable to a statistical fluke or game plan     03:32:19
16 rather than an actual reflection of changes in the
17 actual age and groups.
18     Q  Okay.  So that method also applies to studies
19 showing negative reports; right?
20     A  The principle applies to -- no, it does not.   03:32:38
21 The problem of false positives only applies to
22 positive results.
23     Q  Interesting.  So it then isn't true for the
24 negative results of other studies, but it only
25 applies to the false positives.  Is that your       03:32:59

Page 242

1  testimony?
2      A  Not exactly.  I think we're using the word
3  "negative" in different ways.
4      Q  Okay.
5      A  In statistics, the word "negative" means we   03:33:11
6  didn't find anything.  Everything stays flat.
7  Everything remains exactly where it was.
8      I'm wondering if you're using the word
9  "negative" to mean unfortunate or deleterious.
10     Q  No, I think -- I think I -- I understand       03:33:25
11 your -- the way you've been using "negative," so --
12     A  Okay.  In statistics, it is indeed true that
13 the methods used to find positive results are
14 different from the ones that we use for analyzing
15 negative results.  They are not equal.             03:33:38
16     Q  Okay.  And are you aware of the 2020
17 van der Miesen, et al., study titled "Psychological
18 Functioning in Transgender Adolescents Before and
19 After Gender-Affirmative Care Compared With
20 Cisgender General Population Peers"?               03:33:58
21     A  Yes, I am.  It also is in my report.
22     COUNSEL SWAMINATHAN:  I'm going to introduce
23 tab 12, which will be Exhibit 54.
24     (Exhibit 54 was marked for identification
25     by the court reporter and is attached hereto.)   03:34:06

Page 243

1      THE WITNESS:  Hang on.  If I can just refer
2  to my report again for the van der Miesen section.
3  BY COUNSEL SWAMINATHAN:
4      Q  No problem.  I can speed it up for you and
5  say that you have cited this report on page 25 and   03:34:19
6  26.
7      A  Perfect.  Thank you.
8      Q  No problem.
9      Just a -- one more question regarding the --
10 the statistics we were just talking about.  So --   03:34:37
11     A  One second.
12     Okay.  I'm ready.
13     Q  Is your -- is it your understanding that data
14 can be skewed or explained by alternate causation in
15 all of these studies?                    03:34:59
16     A  I don't think you're using the word "skew"
17 the way we use it in statistics.
18     Can you phrase the question a different way?
19     Q  Sure.  Isn't it possible that data can be
20 represented or explained by alternative causation in   03:35:19
21 all of these studies?
22     MR. TRYON:  Objection; form of the question.
23     THE WITNESS:  I don't know what you mean by
24 alternative causality, was it, you said?
25 ///

Page 244

1  BY COUNSEL SWAMINATHAN:
2      Q  Yeah, of -- you know, you said earlier that,
3  you know, there -- there are alternate reasons for
4  why some studies -- some of the results of certain
5  studies may be misrepresented in how the results are   03:35:46
6  presented; right?
7      A  Some people will cherry-pick which results
8  they report, yes.
9      Q  Right.  And so are you saying that, you know,
10 if you roll the dice enough times, you can get       03:36:02
11 results that you want and that's what some of these
12 researches have done?
13     A  Yes, that's true.
14     Q  Yeah.  And isn't that true that that's a
15 possibility for all studies?              03:36:20
16     A  Yes, it is.
17     MR. TRYON:  Objection.
18 BY COUNSEL SWAMINATHAN:
19     Q  Okay.
20     A  Yes, it is.  And in figuring out what the       03:36:26
21 probability of that happening is for any particular
22 study is itself an important branch of statistics.
23     Q  And so I think you have Exhibit 54 up, is
24 that correct, the van der Miesen study?
25     A  Yes.                              03:36:49

Page 245

62 (Pages 242 - 245)

Armistead Supp. App. 0270

1    Q   Great.  So this study was conducted -- or it
2    looks like it was a team of van der Miesen,
3    Steensma, de Vries, Bos and Popma, is that correct,
4    as the -- the authors of this study?
5    A   Yes, it is.                    03:37:13
6    Q   Okay.  And do you know any of these folks?
7    A   No.  I've never met anybody.
8    Q   Okay.  And so this study was published in
9    2020 in the Journal of Adolescent Health; is that
10   right?                            03:37:27
11   A   Yes, it is.
12   Q   And are you aware that the results of this
13   study showed fewer emotional and behavioral problems
14   after puberty suppression and similar or fewer
15   problems compared to same-age cisgender peers?   03:37:38
16   A   Yes, I am.
17   Q   Okay.  And at the time you authored your
18   report, were you aware of this study?
19   A   Yes, I was.  It's referenced in it.
20   Q   Did you reference this finding in your   03:37:56
21   report?
22   A   I -- I referenced the finding and also
23   then -- the people in this clinic also received
24   psychotherapy along with their medical care.
25   Q   Similar to the Dutch study; right?   03:38:10

Page 246

1    A   This is one of the Dutch studies.
2    Q   This is a later version; correct?
3    A   That's right.
4    Q   2020.
5        And are you -- actually, we -- we just spoke   03:38:24
6    about the 2015 Costa, et al., article; right?  So I
7    assume you are familiar with "Psychological Support,
8    Puberty Suppression and Psychosocial Functioning in
9    Adolescents with Gender Dysphoria"?
10   A   That is correct.                03:38:40
11   Q   Okay.
12       COUNSEL SWAMINATHAN:  I'm going to introduce
13   tab 13, which will be marked as Exhibit 55.
14       (Exhibit 55 was marked for identification
15       by the court reporter and is attached hereto.)   03:38:44
16   BY COUNSEL SWAMINATHAN:
17   Q   And I'll represent to you that you do cite
18   this study as well in your report, on page 22, if --
19   if you would like to reference that, but I won't be
20   referring to your report in asking my questions.   03:39:11
21       MR. BARHAM:  Do you want the report?
22       THE WITNESS:  No.  I'm fine with this.
23       I see it.
24   BY COUNSEL SWAMINATHAN:
25   Q   Great.  And so let's look at the authors of   03:39:21

Page 247

1    this study.  It's Rosalia Costa, Michael Dunsford,
2    Elin Skagerberg, Victoria Holt, Polly Carmichael and
3    Marco Colizzi.
4        Do you see that?
5    A   Yes, I do.                    03:39:40
6    Q   Do you know any of these folks?
7    A   No, I don't.
8    Q   Okay.  And this study was published in the
9    Journal of Sexual Medicine; is that correct?
10   A   Yes, it is.                    03:39:48
11   Q   Do you agree that the Journal of Sexual
12   Medicine is a highly respected publication?
13   A   No, I don't.
14   Q   Why do you disagree?
15   A   I had interactions with not the current   03:40:08
16   editor, but the prior editor of the journal.
17   Together with reviews and instructions to peer
18   reviewers, he asked specifically that authors
19   increase the number of papers citing that particular
20   journal and manuscripts sent to that journal which   03:40:28
21   would elevate that journal's -- it's called an
22   impact factor.  The number of citations to studies
23   in it is a measure of how important the journal is.
24       So the prior editor was trying to gain the
25   system.  So at that point, I refused any further   03:40:45

Page 248

1    contact with the -- with the journal itself or that
2    editor.
3        As I said, there's a new editor.  I have had
4    some contact with -- with the new editor, who no
5    longer participates in that policy, but I remain   03:40:52
6    rather skeptical of the journal itself.
7    Q   Have you ever submitted any of your studies
8    to be published in the Journal of Sexual Medicine?
9    A   I don't recall.  If I did, it would have been
10   one soon after the journal started.             03:41:18
11   Q   Okay.  And is this Journal of Sexual Medicine
12   a peer-reviewed publication?
13   A   Yes, it is.
14   Q   And are you aware that the results of this
15   study found increased psychological function after   03:41:36
16   six months of puberty suppression in adolescents
17   with gender dysphoria?
18   A   I'm aware that that's what it reported.
19   Q   Did you include that finding in your report?
20   A   Yes, I did, together with the caveat that   03:41:51
21   becau- -- that they were also receiving mental
22   healthcare at the same time.
23       This -- this paper didn't have a medical
24   care -- medical care only.
25   Q   Okay.  And are you aware of the 2014   03:42:07

Page 249

63 (Pages 246 - 249)

Armistead Supp. App. 0271

1  de Vries, et al., study titled "Young Adult
2  Psychological Outcome After Puberty Suppression and
3  Gender Reassignment"?
4      A. Yes, I am.
5          COUNSEL SWAMINATHAN:  I'm going to introduce   03:42:25
6  tab 14, which will be marked as Exhibit 56.
7          (Exhibit 56 was marked for identification
8          by the court reporter and is attached hereto.)
9          THE WITNESS:  I have it.
10 BY COUNSEL SWAMINATHAN:                               03:42:50
11     Q. Great.  And so let's look at the authors.
12 There's Annelou de Vries, Jenifer McGuire,
13 Thomas Steensma, Eva Wagenaar, Theo Doreleijers and
14 Peggy Cohen-Kettenis.
15         Do you see that?                              03:43:11
16     A. Yes, I do.
17     Q. Are you familiar with any of these folks?
18     A. By reputation only.
19     Q. Who are you familiar with by reputation?
20     A. De Vries, because of the number of studies   03:43:21
21 that -- that they've been involved with, and
22 Dr. Cohen-Kettenis with her -- through her
23 association with Dr. Zucker.
24     Q. Have you met either de Vries or
25 Cohen-Kettenis before?                                03:43:36

Page 250

1      A. No, I have not.
2      Q. Have you communicated with them via e-mail?
3      A. No, I have not.
4      Q. Or by phone?
5      A. No.                                            03:43:45
6      Q. Okay.  And so this study was accepted for
7  publication on July 7th, 2014, and it's published in
8  the Pediatrics journal that we just referred to
9  earlier.
10         Are you aware that this study followed a     03:44:02
11 cohort of transgender young people in the
12 Netherlands, from puberty suppression through
13 surgical treatment?
14     A. Yes, I am.
15     Q. And, in fact, these are some of the same     03:44:12
16 authors who wrote the Dutch study that you
17 described, in great length, in your report; right?
18     A. This is indeed the Dutch team, and it was on
19 the basis of these results that they began forming
20 what we're now calling the Dutch model.             03:44:30
21     Q. And are you aware that this study found that
22 the cohort had global functioning that was
23 equivalent to the Dutch population?
24     A. Yes, I am.
25     Q. And you included this study in your report;  03:44:44

Page 251

1  right?
2      A. Yes, I did.
3      Q. And did you take similar issue with the fact
4  that this study did not have a control of folks who
5  received psychotherapy only?                          03:44:57
6      A. The issue wasn't that it lacked a group of
7  psychotherapy only; the problem is that the study
8  had no method of separating how much of its result
9  was due to psychotherapy versus due to medical
10 intervention.                                          03:45:27
11     Q. And that's typically done using a control
12 group, though; right?
13     A. That's one of the ways to do that, yes.
14     Q. What are some of the other ways to do that?
15     A. It's an advanced statistical technique called 03:45:38
16 "allocation of variance," essentially.
17     Q. Okay.
18     A. Or there's a better term.  I'll get it.
19 "Covariance analysis."
20     Q. Covariance analysis.                           03:45:57
21         And so is it fair to say that the positive
22 findings of the Dutch study have indeed been
23 replicated?
24     A. No, not meaningfully.
25     Q. What is the difference between having been    03:46:19

Page 252

1  replicated and having been replicated meaningfully?
2      A. Other studies that have attempted to
3  replicate it have changed parts of the protocol in
4  one way or another or changed the ways that they
5  measure the outcomes in order to make direct         03:46:40
6  comparison difficult.
7      Q. So the de -- de Vries, as you pronounced it,
8  2014 study, in your opinion, did not replicate the
9  positive findings of the Dutch study?
10     A. De Vries, 2014, is the Dutch study.           03:46:57
11     Q. This is -- so I believe we're talking about
12 several Dutch studies at this -- at this point.
13         So you had testified earlier that, I believe,
14 the Dutch study was replicated in 2020 as well; is
15 that correct?                                          03:47:21
16     A. Are you referring to the van der Miesen
17 study?
18     Q. I am, yes.
19     A. No.  The van der Miesen 2020 study, from the
20 Dutch group, would not be fairly called a           03:47:46
21 replication of their own 2011 and 2014 studies.
22     Q. So why isn't it a fair replication?
23     A. It's a different patient sample approaching
24 the clinics now than in the years when -- when the
25 first studies came out.                                03:48:08

Page 253

64 (Pages 250 - 253)

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0272

1    Q   What would you say the primary difference in
2  the patiel -- patient sample is?
3    A   The psychological profiles, their ages, their
4  sex ratios.
5    Q   Any other differences?                03:48:22
6    A   Those are the major ones.
7    Q   Okay.
8        COUNSEL SWAMINATHAN:  So I'm going to
9  introduce tab 15, which has been marked as
10 Exhibit 57.                                  03:48:37
11       (Exhibit 57 was marked for identification
12       by the court reporter and is attached hereto.)
13 BY COUNSEL SWAMINATHAN:
14   Q   Let me know when you're able to access it,
15 please.                                      03:49:24
16   A   Yes, I have it now.
17   Q   Great.  And so this is the 2011 Dhejne study;
18 correct?
19   A   It's Swedish.
20   Q   How would you pronounce that?         03:49:39
21   A   Oh, oh, oh, you mean the -- the author's
22 name.  I'm sorry.  You said "Dane," and my brain
23 registered Danish.
24   Q   No.
25   A   Actually, I don't know how to pronounce this   03:49:49
                                            Page 254

1  author's name.
2    Q   I've heard "Dhejne" for "Dejne," so I'm
3  going to go with "Dhejne" today.
4        But do you see that this study was conducted
5  by Cecilia Dhejne, Paul Lichtenstein, Marcus Boman,   03:50:01
6  Anna Johansson, Niklas Långström and Mikael Landén?
7        Do you see that?
8    A   Yes.
9    Q   And it's titled "Long-Term Follow-Up of
10 Transsexual Persons Undergoing Sex Reassignment       03:50:13
11 Surgery: Cohort Study in Sweden."
12       Did I read that correctly?
13   A   Yes.
14   Q   You cite this study in your report; correct?
15   A   Yes, I believe I do.  Let me just refer to my   03:50:26
16 own report with context.
17       Do you have the page number offhand.
18   Q   I do.  It's page 5 of your report.
19   A   Thank you.
20       Yes, ready.                          03:51:10
21   Q   So one of the points for which you cite this
22 study is to say that Swedish patients who underwent
23 gender-affirming firming surgery had a 19.1 times
24 greater suicide rate than the control group; right?
25   A   Yes.                                 03:51:30
                                            Page 255

1    Q   Okay.  Beyond the Dhejne study, are you aware
2  of any other authority for that claim?
3    A   Not offhand, no.
4    Q   Okay.  And who is the control group for the
5  Dhejne study?                               03:51:45
6    A   The Danish population, average.
7    Q   And you understand that the control group
8  consisted of patients without gender dysphoria;
9  right?
10   A   Yes.                                 03:51:58
11   Q   Okay.  So what this Dhejne study compared was
12 the suicide rate for patients who underwent
13 gender-affirming surgery against the general Swedish
14 population; right?
15   A   Correct.                             03:52:12
16   Q   Okay.  And the suicide rate for patients who
17 underwent gender-affirming surgery was not compared
18 against patients who were transgender, but had no
19 access to medical care; right?
20   A   Correct.                             03:52:27
21   Q   Okay.  So no one in the control group was
22 transgender; right?
23   A   There's no way to say that.  I would hesitate
24 to call the remain-- -- the demographics of the
25 remaining population a control group.  They didn't   03:52:42
                                            Page 256

1  exactly participate at all except via government
2  statistic.
3    Q   And they were ten randomly selected control
4  persons who were matched by sex and birth year;
5  right?                                      03:52:57
6    A   I would have to recheck the original study
7  for the details, but that sounds about correct.
8    Q   Okay.  You know that there are studies that
9  find that patients with gender dysphoria who don't
10 undergo gender-affirming surgery have a higher risk   03:53:08
11 of suicide compared to the general population.  Are
12 you aware of that?
13   A   Yes, I am.
14   Q   Okay.  If you could please turn to page 7 of
15 this study.                                 03:53:22
16   A   Yes.
17   Q   And the font size is quite small, but if you
18 look at the left side of the page and the third full
19 paragraph in that left column, it starts with "For
20 the purpose of evaluating."                 03:53:45
21       Can you take a moment to read that paragraph,
22 please?
23   A   Yes.
24   Q   So the authors recognize that persons with
25 gender dysphoria before sex reassignment may differ   03:54:26
                                            Page 257

                                    65 (Pages 254 - 257)

1  from control patients who do not have gender
2  dysphoria; right?
3      A  I'm sorry, say that again.
4      Q  Sure.  The authors of this study recognize
5  that people with gender dysphoria before sex        03:54:39
6  reassignment may differ from control patients who do
7  not have gender dysphoria; right?
8      A  That is correct.
9      Q  They say "In other words" -- this is a quote
10  directly from the study (as read):               03:54:55
11      "In other words, the results should
12      not be interpreted such as sex
13      reassignment per se increases
14      morbidity and mortality."
15      Do you see that?              03:55:05
16  A  Yes, I do.
17      Q  You agree that this study does not support
18  the conclusion that sex reassignment by itself
19  increases the risk of suicide; right?
20      A  That would be a bizarre conclusion, correct.  03:55:19
21      Q  Okay.  And this study does not support the
22  conclusion that sex reassignment by itself increases
23  risk of other morbidities; right?
24      A  I'm sorry, ask that again.
25      Q  Sure.  This study does not support the      03:55:36

Page 258

1  conclusion that sex reassignment by itself increases
2  risks of other morbidities; right?
3      A  By itself, no.
4      Q  Okay.  And the authors even go on to say
5  "Things might have been even worse without sex       03:55:54
6  reassignment."
7      Do you see that?
8      A  Yes, I do.
9      Q  Okay.
10      COUNSEL SWAMINATHAN:  And I'm going to        03:56:05
11  introduce tab 16, which has been marked as
12  Exhibit 58.
13      (Exhibit 58 was marked for identification
14      by the court reporter and is attached hereto.)
15      THE WITNESS:  I have it.              03:56:40
16  BY COUNSEL SWAMINATHAN:
17      Q  Great.  And so I believe we referenced this
18  study earlier in our conversation.  This is a study
19  titled "Mental Health of Transgender Children Who
20  Are Supported in Their Identities," and the authors  03:56:52
21  are Kristina Olson, Lily Durwood, Madeleine DeMeules
22  and Katie McLaughlin.
23      Do you see that?
24      A  Yes, I do.
25      Q  Are you familiar with any of these authors?  03:57:02

Page 259

1      A  No, I am not.
2      Q  Do you recognize this study?
3      A  By title, I do.  For content, I need to check
4  my report again.
5      Q  Okay.  I'll represent to you that you do cite  03:57:18
6  this study in your report, and if helpful, I can
7  point you to the paragraph number.  It's
8  paragraph --
9      A  Okay.
10      Q  -- paragraph 15 of your report.  And I'll get  03:57:32
11  the page number for you.  Pages 5 to 6 of your
12  report.
13      A  Hold on.
14      Yeah, I have it.
15      Q  Great.  And so in paragraph 15 of your        03:57:59
16  report, you state, quote, (as read):
17      "Olson's report turned out to be
18      incorrect.  The Olson data were
19      reanalyzed and after correcting for
20      statistical errors in the original       03:58:08
21      analysis, the data instead showed
22      that the gender dysphoric children
23      under Olson's care did, in fact,
24      exhibit significantly lower mental
25      health."               03:58:20

Page 260

1      And the cite you have for -- for that
2  statement is "Schumm & Crawford, 2020: Schumm, et
3  al., 2019."
4      Did I read that accurately?
5      A  Yes, that's correct.              03:58:34
6      Q  Okay.  And so is it your understanding that
7  the Olson data was reanalyzed by Schumm and
8  Crawford?
9      A  Yes.
10      Q  Have you independently conducted your own      03:58:47
11  statistical analysis of the Olson data?
12      A  No, I have not.
13      Q  Okay.  Have you asked any other
14  statistician's opinion on whether Olson's
15  statistical analysis was wrong?              03:59:02
16      A  No, I have not.
17      Q  Okay.  Do you know if Schumm's statistical
18  analysis has ever been questioned in a court of law?
19      A  Not that I know of, no.
20      Q  Okay.              03:59:19
21      COUNSEL SWAMINATHAN:  So I'm going to
22  introduce tab 17, which will be marked as
23  Exhibit 59.
24      (Exhibit 59 was marked for identification
25      by the court reporter and is attached hereto.)  04:00:02

Page 261

66 (Pages 258 - 261)

1  BY COUNSEL SWAMINATHAN:
2    Q  Let me know when you're able to see it.
3    A  I can see it.
4    Q  Great.  And so I'll represent to you that
5  this is a copy of an opinion from the District Court  04:00:11
6  of Appeal of Florida, Third District, and the title
7  of the case is Florida Department of Children and
8  Families, Appellant, versus Adoption of -- in re
9  Matter of Adoption of X.X.G. and N.R.G., Appellees.
10       Do you see that?                    04:00:29
11   A  Yes, I do.
12   Q  Are you familiar with this case?
13   A  No, I am not.
14   Q  You don't know what it's about; right?
15   A  Correct.                           04:00:44
16   Q  Okay.  I'll represent to you that in this
17  case, Dr. Schumm conducted a methodological analysis
18  of the works of psychologists on homosexual
19  parenting.  So this is a case about the adoption of
20  children by a gay parent.  And I'll -- I'll make  04:00:57
21  that representation to you, but also please feel
22  free to review the document in further detail, if
23  you -- if you need to.  But if not, I would like to
24  turn your attention to pages 7 and 8 of the PDF.
25  Start on page 7:                        04:01:12

Page 262

1    A  I'm there.
2    Q  Great.  And so if you could read from "We
3  consider first the Department's experts."  If you
4  could read that paragraph and let me know when you
5  are done.                             04:01:46
6    A  Just the one paragraph on that page?
7    Q  Yes.  Just on that page.  I just want you to
8  have the understanding that Dr. Schumm was one of
9  the department's witnesses in this case.
10       And then if you turn to the next page,    04:02:06
11  page 8.  If you can read the paragraph -- it's a
12  lengthy paragraph -- on the left-hand side of the
13  page, along with the final paragraph at the bottom,
14  and let me know when you're finished with that, that
15  would be great.                        04:02:26
16   A  Okay.
17   Q  Okay.  And so what you just read, it states
18  the following (as read):
19       "Dr. Schumm admitted that he applies
20       statistical standards that depart      04:03:34
21       from conventions in the field.  In
22       fact, Dr. Cochran and Dr. Lamb
23       testified that Dr. Schumm's
24       statistical re-analysis contained a
25       number of fundamental errors.         04:03:43

Page 263

1    Dr. Schumm ultimately concluded that
2    based on his re-analysis of the
3    data, there are statistically
4    significant differences between
5    children of gay and lesbian parents     04:03:54
6    as compared to children of
7    heterosexual parents.  Dr. Schumm
8    understands that much of the
9    scientific community disagrees with
10   his conclusions and concedes to the     04:04:01
11   possibility that some gay parents
12   may be beneficial to some children."
13       Did I read this correctly?
14   A  Yes, as best I can see.
15   Q  Had you previously been aware that Dr. Schumm  04:04:12
16  admitted in a court of law that he applies
17  statistical standards that depart from conventions
18  in the field?
19   A  I'm sorry, is that what I read?
20   Q  You can see it says "Dr. Schumm admitted that  04:04:27
21  he applies statistical standards that depart from
22  conventions in the field," in the middle of page 8.
23   A  Yes, I see it.
24   Q  If you had known this information, would that
25  have affected your thinking about whether Schumm was  04:04:45

Page 264

1  a reliable source for the reanalysis of the Olson
2  data?
3    A  No, I don't think so.
4    Q  Why not?
5    A  Because of the lack of the response from the  04:04:59
6  original team that he commented on.
7    Q  What do you mean by that?
8    A  Olson never replied to Schumm's correction,
9  and Schumm's correction, in this instance, was
10  published, unlike what's being described in the case  04:05:15
11  you just put before me.
12   Q  And are you aware that there was a correction
13  issued for the 2016 Olson article?
14   A  Yes, I am.
15       COUNSEL SWAMINATHAN:  I'm going to introduce  04:05:28
16  tab 18, which will be marked as Exhibit 60.
17       (Exhibit 60 was marked for identification
18       by the court reporter and is attached hereto.)
19  BY COUNSEL SWAMINATHAN:
20   Q  Let me know when you have the document up.    04:05:58
21   A  I do.
22   Q  Okay.  So I'm going to represent to you that
23  this is an errata of the Olson 2016 "Mental Health
24  of Transgender Children Who Are Supported in Their
25  Identities," and this errata was published in      04:06:08

Page 265

67 (Pages 262 - 265)

Armistead Supp. App. 0275

1  August 2018, as you can see at the bottom of the
2  page.
3      A  Yes.
4      Q  So if you read the second paragraph on that
5  page, the only correcting to the article was a        04:06:26
6  missing comma, not any changes to the statistics in
7  the Olson analysis; correct?
8      A  Correct.
9      Q  And I'm going to ask you to look back at what
10  was previously marked as Exhibit 44 -- sorry --        04:06:38
11  Exhibit 45, which is your report, again, and if you
12  could please turn to page 6.
13      A  Yes.
14      Q  In paragraph 16 of your report, on page 6,
15  you state, quote, (as read):                          04:07:09
16      "I conducted an electronic search of
17      the research literature to identify
18      any responses from the Olson team
19      regarding the Schumm and Crawford
20      re-analysis of the Olson data and        04:07:20
21      was not able to locate any.  I
22      contacted Professor Schumm by email
23      on August 22, 2021 to verify that
24      conclusion, to which he wrote there
25      has been:  'No response [from        04:07:34

Page 266

1      Olson].'"
2      End quote.
3      Did I read that correctly?
4      A  Yes.
5      Q  Did you ever reach out directly to        04:07:41
6  Kristina Olson regarding the results of this study?
7      A  No, I did not.
8      Q  Why not?
9      A  It wasn't pertinent to my analysis.  Had she
10  had a response, it should have been published.        04:07:58
11      Q  Did you ever reach out to anyone else on the
12  Olson team regarding the results of this study?
13      A  No, I did not.
14      Q  Okay.  Are you aware of the 2021 Gibson,
15  et al., study titled "Evaluation of Anxiety and        04:08:12
16  Depression in a Community Sample of Transgender
17  Youth"?
18      A  Not by title.  Did I cite that one?
19      Q  I don't believe you have included this study
20  in your report.                                       04:08:30
21      A  Okay.
22      Q  But as you said, you may have discovered it
23  in your further research, but I will show it to you
24  so that we are on the same page of what we're
25  talking about.                                        04:08:42

Page 267

1      COUNSEL SWAMINATHAN:  So I'm going to
2  introduce tab 19, which will be marked as
3  Exhibit 61.
4      (Exhibit 61 was marked for identification
5      by the court reporter and is attached hereto.)  04:08:53
6  BY COUNSEL SWAMINATHAN:
7      Q  Also, while we're waiting for that exhibit to
8  load, is there any reason that you felt the need to
9  reach out to Professor Schumm, but not
10  Kristina Olson, with respect to the Olson study?        04:09:03
11      A  Only that given my known reputation, given
12  that -- the great polarization in the field, I
13  didn't anticipate a cordial or appropriate response
14  from Olson.  It didn't seem to be -- there didn't
15  seem to be a point to me.                             04:09:30
16      Q  What is your known reputation that you
17  referred to in the field?
18      A  I'm known as highly critical of a lot of the
19  claims that people are making.
20      Q  And is that what leads to what you refer to        04:09:41
21  as the great polarization?
22      A  Leads to, no.  I think it's an element of.
23      Q  What are the other elements?
24      A  Well, that the same thing happens to anybody
25  who says anything critical about anybody's thinking        04:09:56

Page 268

1  on either side of such questions.
2      Q  How do you know that?
3      A  I'm frequently a target of it.  I'm
4  frequently in contact with other targets of it.  It
5  has become one of the most frequently discussed        04:10:19
6  issues, not -- in the media and among academics.
7      Q  So what evidence do you have that you are
8  frequently a target of this -- you know, the
9  polarization that you speak of?
10      A  On social media, the way that my views are        04:10:31
11  misrepresented in -- I wouldn't say mainstream
12  media, but in minority media, I'm frequently
13  misrepresented in -- in -- in similar ways.
14      Q  Okay.  And so please let me know if Exhibit
15  61 has entered your file share.                       04:10:56
16      A  Yes, I see it.
17      Q  Okay.  Great.
18      So this is a study conducted by Gibson --
19  Dominic Gibson, Jessica Glazier and Kristina Olson.
20      Do you see that?                                  04:11:17
21      A  Yes, I do.
22      Q  And this was a 2021 study.
23      Do you see that?
24      At the bottom of the page, you can --
25      A  Yes, I do.                                     04:11:31

Page 269

68 (Pages 266 - 269)

Armistead Supp. App. 0276

1   Q   Great.  And so do you see that Kristina Olson
2   is an author -- one of the authors of this study?
3   A   Yes, I see.
4   Q   And you told me that you had not seen this
5   study before; correct?                    04:11:48
6   A   Correct.
7   Q   So I want to give you a second to review the
8   introduction and perhaps the -- first page, as
9   much --
10   A   Okay.  Give me a moment.            04:12:10
11   Q   Absolutely.
12   A   Yes.
13   Q   Great.  So as you can see, this study has a
14   bigger sample size than the 2016 Olson study;
15   correct?                                  04:14:12
16   A   Yes.
17   Q   And you said you were not aware of this more
18   recent study at the time you authored your report;
19   right?
20   A   I would hesitate to say that I was unaware   04:14:18
21   entirely, but at least when I was going through the
22   literature, it did not fit what I thought was
23   relevant, so I passed it by.
24   Q   Why didn't you think this study was relevant?
25   A   Oh, I thought -- as I said, I imagine in the   04:14:36

Page 270

1   mindset then, I still didn't see how it was
2   relevant -- still don't see exactly how it was
3   relevant or would add anything above the studies I
4   already cited.
5   Q   So it's your testimony that the study didn't   04:14:45
6   add any new findings or new opinions to the studies
7   that you had already relied on in offering your
8   report; right?
9   A   I would have to read it in full in order to
10   be able to say that for sure.  When you asked had I   04:14:59
11   seen it before, I can't say whether I actually said
12   (sic) it before and rejected it or if I, in fact,
13   hadn't seen it before, for whatever reason.
14   Q   And, Dr. Cantor, do you agree that
15   transgender or gender-dysphoric youth experience   04:15:19
16   significantly higher levels of anxiety and
17   depression than their cisgender peers?
18   A   That's what the science seems to indicate,
19   yes.
20   Q   So if you look at page 3 of this study,     04:15:32
21   understanding that you have not had the time to
22   fully review it, at the top of the page, the
23   paragraph starting "Nonetheless," this study found
24   that many socially transitioned transgender or
25   gender-dysphoric youth experienced levels of anxiety   04:15:56

Page 271

1   and depression in the normative range and equal to
2   or only slightly higher than their sibling --
3   siblings and cisgender peers.
4       Do you see that?
5   A   Yes, I do.                          04:16:09
6   Q   So are you aware of any studies showing that
7   the existence of a Y chromosome provides an athletic
8   advantage if a person does not go through endogenous
9   male puberty?
10       MR. BARHAM:  Objection as to form and scope.   04:16:25
11       MR. TRYON:  Objection.
12       THE WITNESS:  I'm sorry, could you say that
13   again?
14   BY COUNSEL SWAMINATHAN:
15   Q   Sure.  Are you aware of any studies showing   04:16:32
16   that the existence of a Y chromosome in an -- in an
17   individual provides an athletic advantage if a
18   person does not go through endogenous male puberty?
19       MR. TRYON:  Objection.
20       THE WITNESS:  I have seen such studies, but   04:16:58
21   because that question was outside of the scope of
22   what was -- of the questions posed to me, I didn't
23   study them closely.
24   BY COUNSEL SWAMINATHAN:
25   Q   Can you name some of those studies that     04:17:08

Page 272

1   you've seen?
2   A   No, not offhand.
3   Q   Okay.  Are you aware of any studies showing
4   that the existence of genitalia associated with the
5   male sex assigned at birth provides an athletic     04:17:22
6   advantage?
7       MR. BARHAM:  Objection as to form, scope and
8   terminology.
9       MR. TRYON:  Same objection.
10       THE WITNESS:  The studies that I saw didn't   04:17:33
11   break down sex into the various components or
12   evidence that indicates sex.
13   BY COUNSEL SWAMINATHAN:
14   Q   Is it fair to say that you haven't seen a
15   study showing that the existence of genitalia     04:17:44
16   associated with the male sex assigned at birth
17   specifically provides an athletic advantage?
18   A   No --
19       MR. TRYON:  Same objection.
20       THE WITNESS:  No, that's not exactly the same   04:17:56
21   thing.  The studies typically compare boys versus
22   girls.  They didn't compare any of the components
23   that led them to know or believe that the boys were
24   boys and the girls were girls.  They divided boys
25   and girls, but they didn't analyze differences     04:18:10

Page 273

69 (Pages 270 - 273)

Armistead Supp. App. 0277

1 specifically according to chromosomes or genitalia.
2 BY COUNSEL SWAMINATHAN:
3   Q  Can you recall the names of any of those
4 studies that you're referring to?
5   A  No.  I didn't study them as closely since      04:18:21
6 they weren't part of the questions posed to me.
7   Q  Okay.
8      COUNSEL SWAMINATHAN:  I'm going to show you
9 tab 21, which will be marked as Exhibit 62.
10     (Exhibit 62 was marked for identification       04:18:32
11 by the court reporter and is attached hereto.)
12     THE WITNESS:  I hit the wrong button.
13     MR. BARHAM:  Is this a good break time?
14     COUNSEL SWAMINATHAN:  Sure.
15     Do you need a break, Dr. Cantor?              04:19:22
16     Can we go off the record?
17     No problem.
18     THE VIDEOGRAPHER:  Yes.  We are going off the
19 record at 4:19 p.m., and this is the end of Media
20 Unit No. 5.                                        04:19:32
21     (Recess.)
22     THE VIDEOGRAPHER:  Okay.  We are back on the
23 record, 4:31 p.m., and this is the beginning of
24 Media Unit No. 6.
25     Go ahead, please.                            04:31:03

Page 274

1      COUNSEL SWAMINATHAN:  Great.
2 BY COUNSEL SWAMINATHAN:
3   Q  So, Dr. Cantor, I believe just before the
4 break I was introducing tab 21, which is marked as
5 Exhibit 62, into the Exhibit Share.  Please let me    04:31:10
6 know if you've been able to access it.
7   A  Yes, I can see it.
8   Q  Great.  And have you seen this one page
9 before?
10  A  Yes.  I wrote it.                            04:31:43
11  Q  Okay.  And so JamesCantor.org is your
12 website; right?
13  A  Yes, it is.
14  Q  Great.  And why did you include this bill of
15 transsexual rights on your website?             04:31:54
16  A  Typically addressing the other pole of this
17 highly polarized debate.
18  Q  So the first bill of rights states that
19 "People who are transsexual have the right to
20 respect."                                        04:32:10
21     Do you agree with this statement?
22  A  Yes, I do.
23  Q  Great.  And under the statement, it reads (as
24 read):
25     "As societies and institutions              04:32:22

Page 275

1 become increasingly aware of their
2 transsexual members and
3 participants, they become
4 increasingly confronted by the needs
5 to assimilate and accommodate what       04:32:30
6 they used to ignore.  Taking on
7 these tasks from a position of basic
8 respect will go a long way in
9 establishing inclusive policies and
10 healthy environments."                    04:32:41
11     Did I read that accurately?
12  A  Yes.
13  Q  What inclusive policies are you referring to
14 here on your website?
15  A  I wasn't referring to any particular policy.   04:32:53
16  Q  So when you say "Taking on these tasks from a
17 position of basic respect will go a long way in
18 establishing inclusive policies," what did you mean
19 inclusive -- what did you mean when you wrote
20 "inclusive policies"?                            04:33:11
21  A  Policies that would help transsexuals feel
22 included in the rest of society.
23  Q  Got it.  And what did you understand -- or
24 what do you understand the phrase "healthy
25 environments" to mean?                           04:33:22

Page 276

1  A  I wasn't trying to make a -- I wasn't trying
2 to be specific, certainly not when I wrote this,
3 which, I think, now was more than ten years ago.  I
4 was referring in general to how caustic environments
5 were -- were becoming for everybody in those days.    04:33:41
6      Unfortunately, environments have become all
7 the more, as they say, polarized.
8   Q  Do you still agree with this statement as it
9 reads on your website?
10  A  I -- I agree with the statement, but, of       04:33:52
11 course, we're in a very different context now.
12 Society, I mean, is in a very different context now.
13  Q  What's different about the context now as
14 compared to when you authored this portion of your
15 website?                                         04:34:14
16  A  Oh, goodness.  Most of the child transition
17 issues have now become mainstream issues, and people
18 are making extreme statements and cherry-picking and
19 overstating the reality on both sides.
20  Q  So I pulled this document, as you can see at   04:34:34
21 the corner of the page, on March 17th, 2022, at
22 7:14 a.m.  I was up early that day.
23     Is there a reason that you haven't updated
24 your website in the last ten years?
25  A  Oh, I just became involved in other projects.  04:34:52

Page 277

70 (Pages 274 - 277)

Armistead Supp. App. 0278

1  It also became easier to communicate with the public
2  in other venues.  Again, ten years ago, we barely
3  had any -- we barely had any social media.  I'm not
4  even sure we had Twitter then.  So now there are
5  just other venues by which to communicate these        04:35:11
6  types of ideas.
7      Q   Got it.  Okay.
8          And so the second bill of rights states (as
9  read):
10         "People considering transition have        04:35:18
11         the right to be free from undue
12         pressure to transition -- to
13         de-transition, or not to transition.
14         Do you agree that people considering
15  transition have the right to be free from undue        04:35:28
16  pressure to not transition?
17     A   Yes.
18     Q   And under this statement, it reads (as read):
19         "Some aspects of transition, such as
20         medical interventions, affect only        04:35:44
21         the person undergoing the process,
22         and some aspects of transition
23         directly affect other people in
24         their lives.  People considering and
25         undergoing transition have the right        04:35:55

Page 278

1  to make their choices on the basis
2  of these only, and not for any
3  political, religious, or societal
4  statement that it might be perceived
5  to be making."        04:36:06
6          Did I read that correctly?
7      A   Yes.
8      Q   Do you agree that medical interventions and
9  transitioning affect only the person undergoing the
10  process?        04:36:17
11     A   That would depend on the medical intervention
12  itself.  That's not a -- medical interventions
13  aren't one thing.
14     Q   Got it.  So it's a -- as your words say,
15  "Some aspects of transition, such as medical        04:36:34
16  interventions, affect only the person undergoing the
17  process..."
18         What did you mean by that?
19     A   I was allowing for the possibility, such as,
20  for example, cosmetic -- purely cosmetic changes are  04:36:46
21  for the person themselves, but someone who is going
22  to be -- replace wearing false breasts with breast
23  implants, to the outside world, it will look the
24  same, but it will feel very different to the person.
25     Q   So apologies, you said that medical        04:37:03

Page 279

1  intervention such as cosmetic changes?  So is -- is
2  a cosmetic change like wearing a, you know, fake
3  breast-augmenting device a medical intervention?
4      A   I didn't mean to and still don't mean to be
5  that precise so much as to point out to readers        04:37:21
6  that -- that there exists interventions which may
7  have absolutely nothing to do with -- with anybody
8  other than the transsexual person themselves.  I
9  didn't mean to try to enumerate or express an
10  opinion about any particular one of them.        04:37:40
11     Q   But you agree that those interventions can be
12  medical, correct, as --
13     A   Yes.
14     Q   Okay.  And you then go on to state that (as
15  read):        04:37:47
16         "People considering and undergoing
17         transition have the right to make
18         their choices on the basis of these
19         only, and not for any political,
20         religious, or societal statement..."        04:38:00
21         Do you agree that it should be the
22  transgender person's choice whether to go through
23  medical treatment?
24     A   Phrase that again, please.
25     Q   Do you agree that it should be the        04:38:16

Page 280

1  transgender or gender-dysphoric person's choice
2  whether or not to go through medical treatment?
3      A   Broadly speaking, yes.  There can, however,
4  and there do legitimately -- there will legitimately
5  exist exceptions to that.        04:38:39
6      Q   Okay.  But broadly speaking, yes?
7      A   In general, it is that person to -- it's up
8  to that person to decide whether to do it.  But, of
9  course, if there's a medical reason not to do it
10  that the person is ignoring, it is indeed up to the   04:38:48
11  actual medical staff to ensure that those procedures
12  are not engaged in, even if it is the wishes of the
13  patient.
14     Q   Okay.  And if you turn to the next page,
15  page 2 of 3 of your bill of transsexual rights,        04:39:05
16  number 5 states (as read):
17         "People in the process of transition
18         have the right to health care that
19         respects the gender in which they
20         live, including to be addressed by        04:39:14
21         pronouns and other language that
22         acknowledges that gender."
23         Did I read that correctly?
24     A   I'm sorry, which number are you reading from?
25     Q   Number 5.        04:39:34

Page 281

71 (Pages 278 - 281)

1  A  Ah.
2      MR. TRYON:  Counsel, I'm going to object to
3  questions, continued questions, on this.  It's
4  outside the scope.
5      COUNSEL SWAMINATHAN:  Thank you, Counsel.    04:39:43
6  Your objection is noted.
7      THE WITNESS:  I'm sorry, I just reread it.
8      And, I'm sorry, what was your question again?
9  BY COUNSEL SWAMINATHAN:
10  Q  I hadn't asked one yet, but I will --    04:39:54
11  A  Oh.
12  Q  -- ask it now.
13     Do you agree that people in the process of
14  transition have the right to be addressed by
15  pronouns and other language that acknowledges the    04:39:59
16  gender in which they live?
17     MR. BARHAM:  Objection as to form and scope.
18     THE WITNESS:  In the context in which I wrote
19  it, yes.  In today's context, where -- where the
20  right is -- "exaggerated" isn't the right word, but    04:40:26
21  being abused or used for disingenuous purposes would
22  be a reasonable limit to that which really did not
23  meaningfully exist when I first -- first wrote this.
24  BY COUNSEL SWAMINATHAN:
25  Q  So do you agree, generally, that people in    04:40:47

Page 282

1  the process of transition have the right to be
2  addressed by pronouns and other language that
3  acknowledges the gender in which they live, aside
4  from these ulterior instances that you just
5  referenced?                               04:41:03
6      MR. BARHAM:  Objection as to form and scope.
7      MR. TRYON:  Same objection.
8      THE WITNESS:  Again, in general, yes.  But
9  transition -- the word "transition" and the process
10  of transition now is used and meant very differently    04:41:17
11  from how it was a decade ago.
12  BY COUNSEL SWAMINATHAN:
13  Q  How is it used differently?
14  A  It's used more broadly, it's used
15  prematurely, and it's used by people who are    04:41:29
16  completely outside any healthcare context.
17  Q  Is it always used more broadly and more
18  prematurely now?
19  A  I don't really understand the question.
20  Q  Is it always the case that the language that    04:41:51
21  you're taking issue with today is due to the fact
22  that it's being used prematurely in individuals who
23  are gender dysphoric?
24     MR. TRYON:  Objection to the form.
25     THE WITNESS:  I'm sorry, I'm still not quite    04:42:09

Page 283

1  understanding the question.
2      COUNSEL SWAMINATHAN:  Court Reporter, can you
3  please read back Dr. Cantor's answer before, where
4  he expresses the understanding issue?
5      (Record read.)
6      THE REPORTER:  The one before that, do you
7  want me to --
8      COUNSEL SWAMINATHAN:  That's good.
9      THE REPORTER:  Okay.
10  BY COUNSEL SWAMINATHAN:
11  Q  So, Dr. Cantor, I was just saying, do you
12  believe that it's always the case that the word is
13  used more broadly and more prematurely?
14  A  There are people who still use it properly,
15  yes.                                   04:42:58
16  Q  Okay.  So you were a member of the Society
17  for the Scientific Study of Sexuality; correct?
18  A  Yes, that's correct.
19  Q  What is the purpose of the society?
20  A  Their stated purpose is to forward and    04:43:15
21  promote the conduct and dissemination of sex
22  research.
23  Q  How did you get involved in that society?
24  A  Oh, I joined when I was a student, as, in
25  those days, it was -- it was a well-known large    04:43:36

Page 284

1  organization, and it had -- it was relatively easy
2  to get into.  One, essentially, could get into it
3  just by signing up.
4  Q  Were there any fees associated with the
5  society?                               04:43:51
6  A  Yes, there were.
7  Q  Were they annual membership fees?
8  A  Yes, they were.
9  Q  Are you able to give me an approximation of
10  what those fees were to be a member of the society?    04:44:02
11  A  I don't really recall.  They weren't
12  substantial.  And, of course, for students, even
13  lower, when I first joined.
14  Q  And how long have you been a member of this
15  society?                               04:44:21
16  A  I would have to look it up.  It was roughly
17  15 to 20 years before I resigned.
18  Q  Okay.  And what did your membership involve?
19  A  Oh, at that point, really just membership and
20  discussions going -- well, actually, technically,    04:44:49
21  too, I suppose.  One was participation, largely in
22  their -- in their Listserv discussions with -- with
23  other sex researchers.  And the other, I was on the
24  editorial board of their journal, the Journal of Sex
25  Research.                              04:45:07

Page 285

72 (Pages 282 - 285)

1   Q  And so am I understanding it correctly that
2  you had to be a member in order to access the
3  Listserv for the Society for the Scientific Study of
4  Sexuality?
5   A  Yes, the Listserv was meant for members.   04:45:16
6   Q  Okay.  And you said that you resigned from
7  the society; is that correct?
8   A  That is correct.
9   Q  When did you resign?
10   A  I would have to look up the date.  It was   04:45:29
11  roughly two or three years ago now.
12   Q  Okay.
13      COUNSEL SWAMINATHAN:  I'm going to introduce
14  tab 22, which has been marked as Exhibit 30 -- or
15  63.                                        04:45:59
16      (Exhibit 63 was marked for identification
17      by the court reporter and is attached hereto.)
18  BY COUNSEL SWAMINATHAN:
19   Q  Please let me know when you're able to see
20  it.                                        04:46:01
21   A  Got it.
22   Q  Great.  And so this is a blog post in
23  Sexology Today!; correct?
24   A  Yes, it is.
25   Q  And remind me again, what -- what is   04:46:34
                                                Page 286

1   Q  Apologies.  It's toward the middle of the
2  page.  I think the fourth paragraph down.
3   A  Yes.
4   Q  Okay.  Why were you removed from -- or why
5  were you suspended from the Listserv?      04:47:49
6   A  That's a good question.  There's the reason
7  they gave me, and there's the reason that everybody
8  suspects, but nobody will say out loud.
9   Q  Can you describe that a bit more?
10   A  They believe -- or they told me that what I   04:48:05
11  said they deemed to be disrespect- -- disrespectful.
12   Q  What did you say that they deemed to be
13  disrespectful?
14   A  I sincerely don't remember.
15   Q  Did -- to your recollection, did what you   04:48:30
16  said -- did what you say deal with issues relating
17  to transgender people or gender-dysphoric people?
18   A  Yes.  We were debating something about the
19  science or findings that were reported in the
20  science and whether it matched up with whatever it   04:48:51
21  was somebody else was saying.  That led to a -- and
22  that led to a debate.  I don't remember without, you
23  know, going back through my old e-mails exactly what
24  it -- what it was.
25   Q  Got it.  Can you turn to the next page of the   04:49:06
                                                Page 288

1  Sexology Today!?
2   A  It's my blog.
3   Q  It's your blog.  Okay.
4      And this blog post was published on
5  August 10th, 2020; correct?              04:46:45
6   A  Yes, that's correct.
7   Q  And I'm not going to assume, but since it's
8  your blog, I assume you authored this blog post;
9  right?
10   A  Yes.                                04:46:59
11   Q  Okay.  And so I see here that you had a
12  27-year association with the Society for the
13  Scientific Study of Sexuality.
14      Does that ring a bell?
15   A  Yes.  Longer than I remember.        04:47:09
16   Q  And I see here that the society had removed
17  you from the online forum; is that right?
18   A  That's right.
19   Q  It says (as read):
20      "I then received an unsigned email   04:47:24
21      informing me that I had been
22      suspended from the listserv."
23      Did I read that correctly?
24   A  I'm not seeing that line, but it sounds
25  familiar.                             04:47:34
                                                Page 287

1  exhibit, please?
2   A  Got it.
3   Q  Okay.  And there's a footnote 1 at the bottom
4  of the page.  Can you please review that footnote?
5   A  Yes.                                04:49:29
6   Q  So this is an e-mail that you received from
7  the board of directors?
8   A  Yes, it is.
9   Q  Is the paragraph under the first sentence,
10  the one beginning with "Nasty, discourteous, unkind,   04:49:43
11  uncivil, attacking, inappropriate, unprofessional,
12  harassing, threatening, hateful, racist, sexist,
13  homophobic, erotophobic, derogatory, or
14  objectionable remarks or jokes that might be
15  offensive to other people, abusive, defamatory,   04:50:01
16  libelous, pornographic, obscene, invasive of
17  another's privacy, or otherwise torturous or un- --
18  torturous or unlawful messages will NOT be deemed
19  appropriate.  Courtesy is highly valued" -- is what
20  I just read one of the Listserv's guidelines?   04:50:21
21   A  Yes, I believe it is.
22   Q  And did the Society for the Scientific Study
23  of Sexuality believe that you violated one of these
24  guidelines?
25   A  There's no way to know what the society   04:50:32
                                                Page 289

73 (Pages 286 - 289)

Armistead Supp. App. 0281

1  thought.  The board of directors voted that I did,
2  but the enormous debate and the other resignations
3  from the society at the -- at the same time
4  suggested that was not the opinion of the society;
5  it was just -- whichever relevant members of the      04:50:51
6  board.
7      Q   Does this e-mail reflesh -- refresh your
8  recollection of what opinion you expressed that
9  caused them to suspend your membership from the
10  Listserv?                                             04:51:07
11     A   No, it doesn't.  I didn't express -- I never
12  expressed anything on that Listserv that I hadn't
13  expressed in many other venues, including with other
14  professionals, with other sex researchers.
15     Q   And so can you please look at the next page,   04:51:20
16  at footnote 3?
17         And I believe footnote 3 spans three pages,
18  from 3 of 9 to 5 of 9, of the exhibit.
19         And this looks like it's an e-mail from you
20  to the Society of Scientific Study of Sexuality       04:51:47
21  members dated July 20th, 2020, at 4:48 p.m.; is that
22  correct?
23     A   That time is correct.  But, no, I did not
24  write that.
25     Q   This is not your e-mail?                       04:52:02

Page 290

1      A   Footnote -- in footnote 3, no, it is not.
2      Q   Whose e-mail is this?
3      A   Zoe Peterson, then-president of quad S.
4      Q   Okay.  And --
5      A   I believe she signed it at -- yes, that's her  04:52:16
6  signature at the bottom of it.
7      Q   Great.  And so this e-mail was written by
8  Zoe Peterson in response to your resignation from
9  the society and your suspension from the Listserv?
10     A   I hesitate to say what she wrote -- I          04:52:33
11  hesitate to say that she wrote it in response to me.
12  I think she wrote it in response to the enormous
13  discussion on the list that happened, saying that
14  the society disagreed with what the board did in
15  banning me from the Listserv.                         04:52:50
16     Q   I see.  Okay.
17         And so this e-mail did go out after you were
18  banned from the Listserv; right?
19     A   Correct.  Some of the other members continued
20  to forward to me relevant e-mails about the debate    04:53:00
21  that was going on which I then couldn't see.
22     Q   Okay.  And if you look at page 4 of the
23  exhibit, at the bottom of the page.
24     A   Yes.
25     Q   There's a paragraph starting with "Finally,    04:53:17

Page 291

1  and most importantly, to our transgender,
2  non-binary, and gender nonconforming members who
3  raised this issue and who have expressed that they
4  have felt -- they have long felt hurt, disrespected,
5  marginalized, and unprotected on our listserv and     04:53:33
6  within our organization, I hear you and I thank you
7  for sharing your experiences and reactions with such
8  honesty and courage."
9          Do you see that?
10     A   Yes, I do.                                     04:53:46
11     Q   Do you know why Zoe Peterson included that in
12  her e-mail?
13     A   I assume that she was trying to demonstrate
14  that people who were resigning should stop resigning
15  and that she was on what she considered to be the     04:54:02
16  politically correct avenue.
17     Q   So when she says "Finally, and most
18  importantly, to our transgender, non-binary, and
19  gender nonconforming members who raised this issue,"
20  what issue is she talking about?                      04:54:19
21     A   That's a very good question.
22     Q   Do you know the answer to that question?
23     A   No, I don't.
24     Q   Do you have any understanding that may inform
25  what the issue that she is referring to may be?       04:54:34

Page 292

1      A   No.  My experience is that people are
2  misrepresenting issues and exaggerating them in
3  order to come out with whatever political outcome
4  they want.  It is exactly because this is so vague
5  that I can't come to any other conclusion but that     04:54:51
6  this is another one of those.
7      Q   So is it your testimony that this response
8  from Zoe Peterson was not in reaction to your
9  suspension from the Listserv?
10     A   That's not exactly --                          04:55:11
11         MR. BARHAM:  Objection as to form.
12         THE WITNESS:  That's not exactly true either.
13  We had a long chain of events, each leading to the
14  next, leading to the next, leading to the next.  So
15  there's an association, but not a direct              04:55:27
16  association.  And I have no reason to think that she
17  was writing to me.  And she's a politician,
18  president of the organization.  I also can't easily
19  discount that she's writing it for purely political
20  purposes and the content -- I -- I -- I can't know    04:55:41
21  how much she genuinely believes the content.
22  BY COUNSEL SWAMINATHAN:
23     Q   So can you tell me more generally what the
24  chain of issues was about?
25     A   No.  I honestly can't recall.  I'm in many,    04:55:55

Page 293

74 (Pages 290 - 293)

Armistead Supp. App. 0282

1 many debates on many, many different Listservs over
2 the years, and I can't any longer recall which
3 particular issue sparked this particular debate.
4     Q   And you said that Zoe Peterson is a
5 politician because she's the president of the       04:56:13
6 Society for the Scientific Study of Sexuality.  Why
7 did you --
8     A   She --
9     Q   -- say that?
10     A   She's writing as a politician, in her       04:56:15
11 political capacity.
12     Q   What is her political capacity as president
13 for the Society for the Scientific Study of
14 Sexuality?
15     A   I don't understand that question outside       04:56:33
16 of -- you answered it exactly within the question.
17     Q   I guess I'm just trying to understand what
18 makes Zoe Peterson a politician beyond her title as
19 president of the society.
20     A   That she is in charge of ensuring that the       04:56:45
21 board of directors has sufficient respect in order
22 to run the organization.  They were losing an
23 enormous amount of respect over their treatment of
24 me, and she was trying to shore up what she could.
25     Q   How did you know that they were losing an       04:57:01
Page 294

1     Q   Do you remember the names of those
2 individuals?
3     A   No, I don't.
4     Q   And how many members were are the society, in
5 total?       04:58:23
6     A   That's a good question.  Only a relatively
7 small number of members are on the Listserv, only a
8 small number of those who are on the Listserv ever
9 participate in the Listserv, but I don't know the
10 numbers of each of those categories.       04:58:40
11     Q   How many members would you say actively
12 participate on the Listserv?
13     A   I'd guess about a hundred.
14     Q   Okay.  And so of those hundred, you say only
15 three or four of them would agree with your       04:59:02
16 retracted access to the Listserv; is that correct?
17     A   Well, no.
18     MR. TRYON:  Objection.
19     THE WITNESS:  We weren't disagreeing over my
20 access to the Listserv; we were disagreeing over       04:59:18
21 whatever scientific issue it was that we were
22 disagreeing over.
23 BY COUNSEL SWAMINATHAN:
24     Q   Were there folks who were in support of your
25 resignation and your removal from the Listserv?       04:59:29
Page 296

1 enormous amount of respect as a result of your ban
2 from the Listserv and your resignation?
3     A   Oh, dozens and dozens and dozens of people
4 were e-mailing me directly immediately afterwards.
5 They were saying things to the list.  Even though I   04:57:17
6 couldn't see the list, they were cc'ing me on their
7 responses so I could see it as they were sending it,
8 as people --
9     Q   You said --
10     A   -- people who resigned.       04:57:26
11     Q   Apologies, I interrupted your answer.  Please
12 continue.
13     A   As people were resigning from the
14 organization, they were e-mailing me to let me know
15 that they were resigning from the organization.       04:57:36
16     Q   You say dozens and dozens and dozens, does
17 that mean about 36 people?
18     A   Oh, again, I couldn't count.  Somewhere on
19 the order of under 50 would -- seems about -- feels
20 about right.       04:57:51
21     Q   Did any members disagree with you in the
22 Society for the Scientific Study of Sexuality?
23     A   That I recall, three or four people who were
24 post-- if that many -- who were posting during the
25 debate itself.       04:58:13
Page 295

1     A   The only ones I heard about were the people
2 that Zoe Peterson referred to.  I never knew their
3 names.  I don't know who reported me to whom, under
4 what circumstances, the number of people.
5     Q   Okay.  And so if we -- so sitting here today,   04:59:53
6 you're -- you're not aware of what the issue was
7 that caused?
8     A   I don't recall, no.
9     Q   Okay.  And remind me again -- so you said
10 Sexology Today! is your blog; right?       05:00:08
11     A   That's correct.
12     Q   Do you control all the content of
13 Sexology Today!?
14     A   Yes, I do.  Except sometimes people post
15 comments.       05:00:23
16     Q   So the actual blog posts are all your
17 writing, but the comments came from other people; is
18 that correct?
19     A   Yes, that's correct.
20     Q   Okay.  About how many blog posts have you       05:00:34
21 offered on Sexology Today!?
22     A   Oh, 20ish, maybe.
23     Q   And when did you start your website?
24     A   Maybe 15 years ago.
25     Q   And so why did you feel the need to write   05:00:56
Page 297

75 (Pages 294 - 297)

Armistead Supp. App. 0283

1 this open letter of resignation from the Society for
2 the Scientific Study of Sexuality on your blog post?
3    A  Oh, because they were failing at their -- at
4 their own mission.  I was promoting science.  Again,
5 I don't remember which particular issue within it,   05:01:14
6 but it was science -- it was what was being shown in
7 the science despite whether anybody else liked what
8 was being shown in the science.  By blocking me and
9 what I was saying, they were blocking the progress
10 of science -- of science itself and the purpose of   05:01:31
11 the organization.
12    Q  And I understand that you can't remember the
13 incident that led to your resignation and your
14 banning from the Listserv, but do you believe that
15 you made any statements that would have been   05:01:45
16 perceived as offensive to any members of the
17 society?
18    A  I can't automatically collapse together what
19 is offensive and what is called offensive.  I
20 sincerely don't believe and I don't think that any   05:02:09
21 objective observer would label anything that I had
22 ever said as offensive, but that's very different
23 from whether somebody would call it offensive in
24 order to keep me from saying it because they didn't
25 like its implications.   05:02:24

Page 298

1    Q  I understand.  So it's possible that they
2 either didn't like your implications of what you
3 said or they were actually taking offense with what
4 you had said; is that correct?  Those -- those are
5 two plausible reactions?   05:02:38
6       MR. TRYON:  Objection to the form of the
7 question.
8       THE WITNESS:  Yes, both of those are at least
9 theoretically possible.
10 BY COUNSEL SWAMINATHAN:   05:02:51
11    Q  Okay.  And so, you know, we were talking
12 earlier about what you understand gender-affirming
13 care to mean versus how I use the phrase.
14       So it your opinion that the word "transition"
15 can only be applied in the healthcare setting?   05:03:08
16    A  It depends on the context.  It is relatively
17 recent that social transition has come to be called
18 transition at all.  So if one is reading older
19 posts, older papers, older words, "transition"
20 usually would refer to somebody who has embarked in   05:03:31
21 a recognized program and is going through steps.
22 When -- people use the word "transition" today much,
23 much more broadly.
24    Q  Okay.  And so as you sit here today, is it
25 your understanding that the words -- the word   05:03:51

Page 299

1 "transition" should only be applied in the
2 healthcare setting?
3       MR. TRYON:  Objection.
4       MR. BARHAM:  Objection --
5       MR. TRYON:  Objection.   05:04:02
6       MR. BARHAM:  Objection as to form.
7       THE WITNESS:  I can't say that I have any
8 opinion about how it should be used.  The only
9 important criterion to me is that a term, any term,
10 is used consistently and concretely and   05:04:18
11 objectively -- and as objectively as possible.
12       If "transition" is going to continue to mean
13 something very, very broad, then we are, once again,
14 going to need a term to refer to the more specific
15 situations, as long as we're involved in those   05:04:40
16 specific situations.
17 BY COUNSEL SWAMINATHAN:
18    Q  And, Dr. Cantor, what is your understanding
19 of a competitive sport?
20       MR. BARHAM:  Objection as to form and scope.   05:04:54
21       MR. TRYON:  I also object.
22       THE WITNESS:  I would have to say that I
23 really have no understanding of "competitive sport"
24 other than a layperson's.
25 ///

Page 300

1 BY COUNSEL SWAMINATHAN:
2    Q  Do you have any understanding of what a
3 physical advantage is in a sport?
4       MR. TRYON:  Objection.
5       MR. BARHAM:  Objection to form and scope.   05:05:19
6       THE WITNESS:  Again, I know the particular
7 terms in the same way that any -- that the lay
8 public would, but when questions -- when questions
9 are posed or an issue is -- arises where there is a
10 quantitative or numeric answer to it, I now have a   05:05:35
11 level of expertise for analyzing those statistics
12 for answering the question that other people don't.
13 BY COUNSEL SWAMINATHAN:
14    Q  Has anyone ever posed that question to you
15 before me today?   05:05:50
16    A  Not in a formal context, no.
17    Q  Would you be able to tell me what your
18 understanding is of a physical advantage in a
19 competitive sport, as you sit here today?
20       MR. TRYON:  Objection; scope and form.   05:06:05
21       MR. BARHAM:  Same.
22       THE WITNESS:  Too var-- any variable that
23 has a causal relationship with the outcome of how
24 that sport is -- is evaluated.
25 ///

Page 301

76 (Pages 298 - 301)

Armistead Supp. App. 0284

BY COUNSEL SWAMINATHAN:

1  Q  And do you agree that there are some
2  competitive sports teams where physical size is an
3  advantage?
4  A  That would certainly seem so, yes.         05:06:29
5  Q  Okay.
6  COUNSEL SWAMINATHAN:  I'm going to introduce
7  tab 23, which will -- which was previously marked as
8  Exhibit 49.  And the article is another blog post
9  from Sexology Today! titled "When is a 'TERF' not a   05:06:54
10  TERF?"
11  THE WITNESS:  Got it.
12  BY COUNSEL SWAMINATHAN:
13  Q  Great.  And you authored this article in
14  July of 2020; correct?                      05:07:14
15  A  Correct.
16  Q  And in this article, you write -- and I'll
17  turn your attention to the middle of the post.  It
18  says (as read):
19  "I must first challenge the        05:07:27
20  ironically binary premise that
21  'exclusion' is all or none.  It's
22  only in the current climate of
23  extremism that no moderate views get
24  discussed.  Here is a range of some   05:07:40

Page 302

1  areas in which sex/gender require
2  protection:"
3  And you list employment, housing, public
4  accommodation, with ellipses, locker rooms/showers,
5  with nudity, and in parentheses, sauna, hottub,   05:07:57
6  ellipses, close parentheses, locker room/washrooms,
7  sex segregated.  And the final item you list is
8  competitive sports team, where physical size is an
9  advantage.
10  Did I read that correctly?             05:08:18
11  A  Yes.
12  Q  Great.  And so in this blog post, you say
13  that sex/gender require protection in competitive
14  sports teams where physical size is an advantage; is
15  that correct?                               05:08:39
16  A  I offered it as more of an example of -- of
17  an extreme on a range, but it's hard to think of
18  something that would be even more extreme than that,
19  yes.
20  Q  Is it your belief that cross-country is a   05:08:48
21  sport where physical size is an advantage?
22  MR. TRYON:  Objection; scope.
23  THE WITNESS:  I don't know.  I would have
24  to -- I haven't read that part of the literature.
25  ///

Page 303

BY COUNSEL SWAMINATHAN:

1  Q  Have you seen any evidence that shows that
2  physical sides provide -- physical size provides an
3  advantage in cross-country?
4  MR. TRYON:  Objection; scope.        05:09:15
5  MR. BARHAM:  Objection.
6  THE WITNESS:  No, I haven't read those
7  studies.
8  BY COUNSEL SWAMINATHAN:
9  Q  Okay.  Sitting here today, do you have any   05:09:19
10  opinion whether or not the plaintiff in this case,
11  B.P.J., should be allowed to run on the girls'
12  cross-country team?
13  MR. BARHAM:  Objection as to scope and form.
14  MR. TRYON:  Same objection.          05:09:36
15  THE WITNESS:  I have no opinion in the actual
16  outcome.
17  COUNSEL SWAMINATHAN:  Okay.  I think this is
18  a good point for a break.  I'm just going to confer
19  with my co-counsel and see if we have anything else   05:09:44
20  left to discuss with Dr. Cantor.
21  But does regrouping at 5:120 work -- sorry --
22  5:20 work for everyone, a ten-minute break?
23  MR. BARHAM:  Sure.
24  COUNSEL SWAMINATHAN:  Go off the record.   05:10:00

Page 304

1  THE VIDEOGRAPHER:  Yep.  We're going off the
2  record.  The time is 5:10 p.m., and this is the end
3  of Media Unit No. 6.
4  (Recess.)
5  THE VIDEOGRAPHER:  All right.  We are back on   05:26:05
6  the record at 5:26 p.m., and this is the beginning
7  of Media Unit No. 7.
8  Go ahead, please.
9  BY COUNSEL SWAMINATHAN:
10  Q  Dr. Cantor, I'm going to ask you to take a   05:26:15
11  look back at your 2022 expert report, page 3.
12  A  I'm sorry, what page again?
13  Q  Page 3.
14  A  Got it.
15  Q  Great.  And before we conclude today, I just   05:26:41
16  to confirm that you are offering no opinions beyond
17  the principal opinions that you on this page of the
18  report and the paragraph at the bottom of the page.
19  Is that accurate?
20  A  Yes, it is.                          05:26:56
21  Q  Great.
22  COUNSEL SWAMINATHAN:  Thank you so much for
23  your time, Dr. Cantor.
24  I have no further questions right now.  I'll
25  tender the witness, but reserve my right to ask   05:27:03

Page 305

77 (Pages 302 - 305)

Armistead Supp. App. 0285

1  questions should defense counsel ask questions.
2      So thank you so much.
3
4              EXAMINATION
5  BY MR. BARHAM:                    05:27:07
6   Q  I do have a few quick questions for you,
7  Dr. Cantor.
8      I want to refer to your expert report and
9  page 32 of your CV.  Unfortunately, I don't know
10 which page that is in the deck.          05:27:30
11     THE WITNESS:  It's the last page of it, is
12 it?
13 BY MR. BARHAM:
14  Q  Correct.
15  A  Goodness, next life, I get a shorter career.   05:27:57
16     Here we go.
17  Q  Earlier today, when we were discussing your
18 expert testimony, were you referring -- did you have
19 this page in front of you at the time?
20  A  No, I did not.                    05:28:10
21  Q  On here, there is a 2019 case in probate and
22 family court, a custody hearing in Boston,
23 Massachusetts.
24     Do you see that line on page 32?
25  A  Yes, I do.                        05:28:27
Page 306

1   Q  Could you describe the general issue
2  involving your expert testimony in that case?
3   A  Yes.  Two women, a lesbian couple, were
4  divorcing.  They had joint custody of their child
5  whom they were fighting over.  The child had gender   05:28:38
6  dysphoria.  Now it's a female.  One parent believed
7  that the child should transition; the other parent
8  did not.
9   Q  Earlier today, we were also discussing the
10 instances in which you have provided care for    05:28:57
11 transgender individuals.
12     Is it the case that you have only provided
13 care for transgender individuals in your current
14 clinic?
15  A  No.  I was also providing care while I was at   05:29:15
16 CAMH.
17     COUNSEL SWAMINATHAN:  Can I just interrupt
18 you for one quick second, Dr. Cantor?
19     Travis, I'm having trouble hearing you.
20     MR. BARHAM:  Oh, I apologize.        05:29:26
21     COUNSEL SWAMINATHAN:  If you could get closer
22 to the mic, I would greatly appreciate that.
23     And sorry, again, to disrupt.
24     MR. BARHAM:  Court Reporter -- is the court
25 reporter having similar issues, or have we been able
Page 307

1  to get all those questions into the transcript?
2      THE REPORTER:  I've been able to get them
3  all.  It is a little bit difficult to hear you,
4  though.
5      MR. BARHAM:  I apologize.  I slid too far
6  over to my binder.
7      THE REPORTER:  Thank you.
8      MR. BARHAM:  I will address that.
9      THE REPORTER:  Thank you.
10 BY MR. BARHAM:                    05:29:46
11  Q  Dr. Cantor, we also were earlier discussing
12 the different types of gender dysphoria, adult
13 onset, adolescent onset and childhood onset.
14     If we're dealing with -- if you're confronted
15 with an individual in, say, his early -- his or her   05:30:04
16 early 20s who is experiencing gender dysphoria,
17 which category would that individual likely fall
18 into?  What -- what categories would be possible?
19  A  Both categories are possible.  Early 20s, the
20 adult onset would be more likely, but we can't be   05:30:31
21 quite as sure today as we could, say, 10, 15 years
22 ago.  But they're -- until relatively recently, the
23 children who came in were children, prepubescent,
24 and the adults who came in were generally
25 middle-aged.  We didn't get anybody coming in during   05:30:47
Page 308

1  their teens or 20s.  And so the nicknames for
2  these -- for these two groups simply became child
3  onset and adult onset.
4      As years have gone on and more people started
5  presenting, there's now a little bit more overlap   05:31:02
6  between.
7      So when age can't be used in order to provide
8  very obvious categorization -- if somebody comes in
9  clinically, we would start ask -- asking other
10 questions that -- that would tell us what group they   05:31:16
11 belong to, such as their sexual interest patterns,
12 whether they were attracted to men, women, both and
13 so on.
14  Q  And when you said a moment ago that both
15 categories would be possible, what are the two   05:31:31
16 categories that you had in mind?
17  A  It's possible that the --
18     COUNSEL SWAMINATHAN:  Objection to the form.
19     THE WITNESS:  It's possible that the person
20 would be an adult-onset case, but coming into a   05:31:40
21 clinic relatively early, especially now that trans
22 issues are talked about so much more.  Or as a
23 childhood-onset case who didn't come in for the
24 medical or other -- other care until atypically
25 late.                            05:31:57
Page 309

78 (Pages 306 - 309)

Armistead Supp. App. 0286

1    MR. BARHAM:  All right.  I believe those are
2  all the questions I need to ask.
3    Mr. Tryon, do you need to supplement?
4    MR. TRYON:  Maybe I could ask just one
5  question, Mr. -- Dr. Cantor.          05:32:13
6
7          EXAMINATION
8  BY MR. TRYON:
9    Q  So in the event that you were to determine
10  that someone in that age category, who was a college   05:32:18
11  student, were suffering from adult-onset dysphoria,
12  would then adult-onset dysphoria become relevant in
13  connection with the statute which we have in place
14  here, which we are discussing here?
15    COUNSEL SWAMINATHAN:  Objection to form.      05:32:41
16    THE WITNESS:  Yes, it would become relevant.
17    MR. TRYON:  I have no other questions.
18    MS. DUPHILY:  Should we go off the record?
19    COUNSEL SWAMINATHAN:  Sounds great.
20    THE VIDEOGRAPHER:  All right.          05:33:02
21    MR. BARHAM:  Does this conclude the
22  deposition, or are we taking a break?
23    THE VIDEOGRAPHER:  This --
24    COUNSEL SWAMINATHAN:  It concludes our
25  questioning from plaintiff's side.          05:33:06

Page 310

1    THE VIDEOGRAPHER:  Everybody's had a chance;
2  otherwise, we'll --
3    MS. GREEN:  Actually -- this is Roberta Green
4  on behalf of WVSSAC, and I would just like to note
5  for the record that we have no questions.       05:33:17
6    THE VIDEOGRAPHER:  Okay.
7    MR. CROPP:  This is Jeffrey Cropp for the
8  Harrison County Board of Education and Dora Stutler.
9  We have no questions.
10    THE VIDEOGRAPHER:  Okay.          05:33:24
11    MS. MORGAN:  This is Kelly Morgan on behalf
12  of the West Virginia Board of Education and
13  Superintendent Burch.  I don't have any questions.
14    Thank you.
15    THE VIDEOGRAPHER:  Okay.  I think that's      05:33:40
16  everyone now.  So with -- with that, I will take us
17  off the record.
18    Okay.  We are off the record at 5:33 p.m.,
19  and this ends today's testimony given by Dr. Cantor.
20    The total number of media used was seven and   05:33:54
21  will be retained by Veritext Legal Solutions.
22    (TIME NOTED:  5:33 p.m.)
23
24
25

Page 311

1
2
3
4
5    I, JAMES M. CANTOR, do hereby declare under
6  penalty of perjury that I have read the foregoing
7  transcript; that I have made any corrections as
8  appear noted, in ink, initialed by me, or attached
9  hereto; that my testimony as contained herein, as
10  corrected, is true and correct.
11    EXECUTED this _____ day of _____,
12  20____, at _____, _____.
                  (City)              (State)
13
14
15
16    _____
          JAMES M. CANTOR
17          VOLUME I
18
19
20
21
22
23
24
25

Page 312

1
2
3    I, the undersigned, a Certified Shorthand
4  Reporter of the State of California, do hereby
5  certify:
6    That the foregoing proceedings were taken
7  before me at the time and place herein set forth;
8  that any witnesses in the foregoing proceedings,
9  prior to testifying, were placed under oath; that a
10  record of the proceedings was made by me using
11  machine shorthand which was thereafter transcribed
12  under my direction; further, that the foregoing is
13  an accurate transcription thereof.
14    I further certify that I am neither
15  financially interested in the action nor a relative
16  or employee of any attorney of any of the parties.
17    IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19    Dated: MARCH 28, 2022
20
21
22
23
24    _____
          ALEXIS KAGAY
25          CSR NO. 13795

Page 313

79 (Pages 310 - 313)

1 TRAVIS C. BARHAM, ESQ.

2 tbarham@adflegal.org

3                     MARCH 28, 2022

4 RE: BPJ V. WEST VIRGINIA STATE BOARD OF EDUCATION

5 MARCH 21, 2022, JAMES M. CANTOR, JOB NO. 5122845

6 The above-referenced transcript has been

7 completed by Veritext Legal Solutions and

8 review of the transcript is being handled as follows:

9 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10    to schedule a time to review the original transcript at

11    a Veritext office.

12 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13    Transcript - The witness should review the transcript and

14    make any necessary corrections on the errata pages included

15    below, notating the page and line number of the corrections.

16    The witness should then sign and date the errata and penalty

17    of perjury pages and return the completed pages to all

18    appearing counsel within the period of time determined at

19    the deposition or provided by the Code of Civil Procedure.

20 __ Waiving the CA Code of Civil Procedure per Stipulation of

21    Counsel - Original transcript to be released for signature

22    as determined at the deposition.

23 __ Signature Waived – Reading & Signature was waived at the

24    time of the deposition.

25

Page 314

1 BPJ V. WEST VIRGINIA STATE BOARD OF EDUCATION

2 JAMES M. CANTOR (#5122845)

3        E R R A T A  S H E E T

4 PAGE_____ LINE_____ CHANGE_____

5 _____

6 REASON_____

7 PAGE_____ LINE_____ CHANGE_____

8 _____

9 REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____    _____

24 WITNESS                     Date

25

Page 316

1 _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2    Transcript - The witness should review the transcript and

3    make any necessary corrections on the errata pages included

4    below, notating the page and line number of the corrections.

5    The witness should then sign and date the errata and penalty

6    of perjury pages and return the completed pages to all

7    appearing counsel within the period of time determined at

8    the deposition or provided by the Federal Rules.

9 __ Federal R&S Not Requested - Reading & Signature was not

10    requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 315

80 (Pages 314 - 316)

Armistead Supp. App. 0288

[& - 2022]

| & | | | |
|---|---|---|---|
| **&** 3:5 4:6 6:18 7:6 261:2 314:23 315:9 | **11:47** 122:2 **11th** 187:12 **12** 21:13 24:16 25:16,20 106:1 190:8,14 191:14 192:2 194:15 195:2,6 212:14,17 228:25 229:20 243:23 | 265:16 **186** 10:1 **18th** 7:19 **19** 4:21 194:21 268:2 **19.1** 255:23 **190** 10:3 **1979** 203:6 | **2013** 236:7 **2014** 64:14 97:16 100:18,20 249:25 251:7 253:8,10,21 **2015** 119:4 120:2 193:24 237:17,22 238:14 247:6 |

**0**

**00316** 1:8 2:8 13:12
**02116-3740** 5:15

**1**

**1** 1:25 13:6 34:10 35:24 53:2 57:25 94:19 123:3 289:3 315:1
**10** 45:1,7 105:25 106:2 107:11 114:12 140:20 141:4,4,24 235:5 308:21
**100** 33:7 211:5
**1000** 6:10
**10004** 7:20
**10005-3919** 4:22
**106** 220:8 223:17
**10:05** 57:17
**10:08** 58:3
**10th** 287:5
**11** 20:25 105:25 106:3 109:11 175:6 206:12 207:10,10 213:5 213:15 215:17 234:4 238:25
**110th** 127:24 128:12,22
**111th** 125:23 128:25
**112** 3:17
**11776** 313:24
**11:31** 121:23

**120** 4:20
**125** 7:18
**12:28** 151:18
**13** 247:13
**13795** 1:23 2:25 313:25
**14** 21:1 105:18 123:6 194:13 250:6
**1411** 3:8
**145** 9:18
**14th** 5:14
**15** 9:6 107:21 113:13 254:9 260:10,15 285:17 297:24 308:21
**16** 78:9,10,21,23 81:25 82:3,6,8,10 110:23 122:7,9,24 123:11 179:13,13 179:16 180:1,23 181:1 194:13 205:21 259:11 266:14
**17** 123:6 261:22
**176** 9:22
**17th** 277:21
**18** 61:23 78:13,17 82:9,10 122:9 123:8 179:16 180:1 195:24 211:23 213:19,20

**1990s** 122:18
**1992** 39:4
**1993** 54:23 56:5
**1994** 53:15,16
**1997** 54:23
**1998** 56:6 88:8
**1:20** 151:22

**2**

**2** 32:14 33:21 53:2 53:7 58:4 121:24 148:22 191:11 281:15
**20** 45:1,7 79:20,20 105:11 112:20,21 113:13 141:24 142:18 191:6 210:25 212:3 285:17 312:12
**200** 3:9
**2000** 105:17
**2002** 127:22,22
**2003** 109:13 125:17
**2009** 62:9 101:24 201:10 202:4,13
**2010** 64:13
**2011** 106:8,22 225:23 226:15 253:21 254:17
**2012** 62:9 66:4 67:11 90:17 106:7 234:23

**2016** 12:1 187:11 187:12 265:13,23 270:14
**2017** 199:19 201:13,17,21 202:18
**2018** 66:4 67:11 73:25 83:13,22,24 115:23 116:7,9 236:8 266:1
**2019** 193:14 240:12 261:3 306:21
**2019s** 192:12
**2020** 88:19 123:14 153:20 191:7 192:5,6,7 236:3,6 236:10,11 238:17 242:6 243:16 246:9 247:4 253:14,19 261:2 287:5 290:21 302:15
**2021** 33:22,25 35:11 136:11,17 136:20 137:13,25 138:14,25 139:9 153:20 177:2 230:1 231:23 232:20 233:13 266:23 267:14 269:22
**2022** 1:20 2:23 13:1,5 35:8,16

Page 1

Armistead Supp. App. 0289

[2022 - 6]

155:16 221:25 227:1 277:21 305:11 313:19 314:3,5

**2023** 116:10,11,12

**2025.520** 314:9,12

**20ish** 297:22

**20s** 50:19 76:10,11 78:12 308:16,19 309:1

**20th** 290:21

**21** 1:20 2:23 13:1 274:9 275:4 314:5

**212.549.2500** 7:22

**21st** 13:5

**22** 33:25 79:20 247:18 266:23 286:14

**227** 10:5

**22nd** 35:11 136:11 137:25 138:14,25 139:9

**23** 35:16 123:7 125:14 190:19 302:8

**230** 10:9

**235** 10:15

**239** 10:21

**23rd** 35:8 177:2

**24** 225:12

**243** 10:25

**247** 11:6

**25** 123:6,7 127:17 130:14 244:5

**250** 11:11

**25301** 4:11 7:11

**25301-3088** 3:10

**25305-0220** 3:18

**254** 11:15

**259** 11:20

**26** 89:11 95:21 96:10 130:23 218:14 244:6

**261** 11:24

**26330** 6:22

**265** 12:1

**268** 12:3

**27** 218:5,15 287:12

**274** 12:7

**28** 232:20 313:19 314:3

**286** 12:10

**29** 212:17

**2:21** 1:8 2:8 13:12

**2:39** 212:6

**2:53** 212:10

**3**

**3** 86:24 87:3,10,10 87:11 89:1,2 93:13 122:3 151:19 156:23 165:3 200:12 271:20 281:15 290:16,17,18 291:1 305:11,13

**30** 46:21 76:7 87:17,18 89:25 90:12 97:2 122:19 286:14 315:1

**30043** 6:10

**304.933.8154** 6:23

**306** 9:7

**30s** 169:13

**31** 33:22

**316** 1:25

**32** 9:12 36:20 102:3 123:6 306:9 306:24

**3293** 155:25 157:12 158:15 163:21 164:7

167:11,19 168:4,9 168:22 169:1 172:25 173:9,19 174:15 175:12,19 176:3 177:12 178:4,8,12,15,18

**34** 9:15

**35** 76:7

**36** 33:24 295:17

**37** 90:17,21 101:1 101:1

**38** 122:20

**4**

**4** 87:10 89:6 95:22 96:10 145:21 151:23 155:16,20 212:7 291:22

**40** 92:5 101:10 207:13 211:1

**400** 6:21

**40s** 50:14 169:14

**44** 9:12 32:15,16 136:8 266:10

**45** 9:15 32:15 34:11,12 155:15 156:21 193:11 212:15 213:20 266:11

**46** 9:18 33:22 145:22,25 196:1

**47** 9:22 176:10,11

**48** 10:1 186:21,24 207:13

**49** 10:3 190:20,21 302:9

**4:19** 274:19

**4:31** 274:23

**4:48** 290:21

**5**

**5** 87:10 89:21 97:3 115:25 176:9 212:11 255:18 260:11 274:20 281:16,25 290:18

**50** 10:5 74:15,16 74:17 76:4,5 149:18 227:8,9 295:19

**500** 4:9 5:13 7:9

**51** 10:9 230:9,11

**5122845** 1:24 314:5 316:2

**52** 10:15 235:5,6

**53** 10:21 92:20 102:3 219:24 220:5 238:25 239:1,7

**54** 10:25 243:23,24 245:23

**55** 11:6 247:13,14

**56** 11:11 250:6,7

**57** 11:15 254:10,11

**58** 11:20 259:12,13

**59** 11:24 261:23,24

**5:10** 305:2

**5:120** 304:22

**5:20** 304:23

**5:26** 305:6

**5:33** 2:23 311:18 311:22

**6**

**6** 33:23 87:10 92:18,18 102:3 105:25 106:2,6 177:8 240:12 260:11 266:12,14 274:24 305:3

Page 2

[60 - addressed]

**60** 12:1 211:1
228:23 229:18
265:16,17
**600** 4:10 7:10
**60s** 76:12
**61** 12:3 220:5
268:3,4 269:15
**617.937.2305** 5:16
**62** 12:7 225:15
274:9,10 275:5
**63** 12:10 286:15,16
**64** 88:1
**65** 229:6
**650,000** 115:24
**650,250** 115:25
**681.313.4570** 3:19
**69** 35:21,23 218:8

**7**

**7** 87:3,10,11 93:6
186:20 204:23
205:19 257:14
262:24,25 305:7
**73** 228:24 229:19
**7:14** 277:22
**7th** 251:7

**8**

**8** 105:5,19 112:16
200:14 205:1,4,8
205:15 227:7
262:24 263:11
264:22
**80** 142:14 151:10
151:11
**8th** 191:7

**9**

**9** 105:25 106:2,13
112:16 155:20
177:3,4 230:9
290:18,18

**93** 130:15
**952,955** 119:25
**99** 88:8
**9:03** 2:22 13:2,5
**9:57** 57:24

**a**

**a.m.** 2:22 13:2,5
57:24 58:3 121:23
122:2 277:22
**aap** 88:18 94:24
95:8,16 111:9
**abarr** 5:20
**abbreviated**
128:19
**able** 32:25 33:1
34:15 40:25 70:24
70:25 80:25 86:4
129:19 149:24
153:12 177:4
180:8 227:12
233:18,19 235:9
254:14 262:2
266:21 271:10
275:6 285:9
286:19 301:17
307:25 308:2
**absolutely** 57:16
170:13 238:23
270:11 280:7
**abuse** 113:2,8,19
113:21,22,24
**abused** 282:21
**abusive** 289:15
**academics** 269:6
**academy** 240:3
**accepted** 124:9,10
129:3 196:5
200:19 232:20
240:12 251:6
**access** 233:2
254:14 256:19

275:6 286:2
296:16,20
**accommodate**
276:5
**accommodation**
303:4
**accomplish** 162:16
**account** 60:7
188:2
**accounts** 219:13
**accumulate** 94:9
222:25
**accumulated**
60:20 221:16
**accumulating**
29:12 36:14 60:20
218:4 220:13
**accumulation**
60:16
**accurate** 109:14
148:16 150:22
211:2 220:19
237:24 305:19
313:13
**accurately** 18:2
19:25 106:25
107:5 187:22
219:2 224:5 261:4
276:11
**achieved** 160:4
**achille** 234:23
235:18 238:3
**acknowledge**
181:8 184:15
**acknowledges**
281:22 282:15
283:3
**aclu** 14:12
**aclu.org** 7:21
**acronym** 128:13

**act** 157:12,13,21
157:24 158:3,6,8
158:13 159:1,6,16
160:8,19 161:13
162:1,3,9,22 163:1
163:10,12,15,23
164:11,17,20
165:13,15,16
166:11,22 171:3
172:10 177:21
**action** 313:15
**active** 147:24
**actively** 296:11
**activities** 1:11
2:11 3:3
**activity** 15:6
**actual** 111:14
150:9 182:12
183:10 242:16,17
281:11 297:16
304:16
**ad** 75:13
**add** 36:22 99:11
102:17 118:9
142:19 271:3,6
**added** 98:3
**addict** 142:23
**addicted** 142:24
**addiction** 47:2,4
140:22,25 141:1,6
**addition** 130:22
157:5 192:18
**additional** 31:23
48:22 66:16
226:22
**address** 32:8
70:25 91:3 308:8
**addressed** 157:8
281:20 282:14
283:2

Armistead Supp. App. 0291

[addressing - agreed]

**addressing**  275:16
**adf**  133:7 134:14
  137:3
**adflegal.org**  6:11
  6:12,13,14 314:2
**adjudicated**  151:2
  151:9
**adkins**  31:17
**administered**
  15:20
**administrative**
  66:10 73:12 83:2
**administrators**
  217:12
**admitted**  263:19
  264:16,20
**adolescence**  51:4
  60:1 61:17 65:19
  194:16 233:3
**adolescent**  25:23
  26:9 37:19 39:14
  39:18,22 42:18
  43:1,2,7 50:25
  51:1 69:4 78:23
  179:5,8 200:18
  232:21 246:9
  308:13
**adolescents**  11:1,8
  26:23 27:6,11,23
  28:5,18 52:8
  54:10 60:12,23
  61:4,7,10 65:12,17
  65:22 68:25 78:7
  78:8 88:17 106:11
  107:8,16,23 109:8
  115:14,18 118:22
  121:2 125:6,8,10
  127:15 130:8,12
  132:15 167:21
  168:10,15 175:14
  175:20 176:4

179:11 180:16,23
  181:16 182:19
  184:13 186:2,6
  190:7,14 192:1
  200:5 207:19,25
  209:22 223:24
  224:7 243:18
  247:9 249:16
**adopted**  66:12
  161:3
**adopting**  66:20
**adoption**  11:25
  262:8,9,19
**adult**  11:11 42:18
  43:3 112:1 168:18
  168:24 169:3,3,12
  170:1,2,10,24
  171:2,23 172:2,5,6
  172:17 174:24
  212:21 250:1
  308:12,20 309:3
  309:20 310:11,12
**adulthood**  60:1
  61:12 91:24,25
**adults**  42:22 46:12
  46:13 52:5 54:12
  55:16 58:20,24,25
  69:15 91:9,20
  98:23 109:20,21
  110:17,23 111:2
  112:4,5,6 131:23
  132:18,23 141:20
  169:18 170:3
  172:11 180:22
  187:19 188:17
  232:16 308:24
**advanced**  47:17
  51:16 177:11,20
  252:15
**advantage**  161:6
  222:12 223:6

272:8,17 273:6,17
  301:3,18 302:4
  303:9,14,21 304:4
**advertising**  75:6
  75:11,12
**advise**  82:24
**advised**  198:13
  201:5 204:18
**affect**  163:16,24
  174:2 278:20,23
  279:9,16
**affiliation**  183:19
**affirmation**  181:4
  181:12,15 182:7
  182:10,14,15,18
  182:25 183:6,17
  183:22 184:1,6,12
  200:16
**affirmative**  11:2
  243:19
**affirming**  10:7,9
  10:16,23 19:3
  208:12,19 226:24
  227:4 228:22
  229:9,17 230:3
  233:2 234:25
  238:19 255:23
  256:13,17 257:10
  299:12
**aforementioned**
  32:6
**ag**  133:16 138:3
**ag's**  133:22 134:12
  135:2,7 136:5,14
  136:21 138:9
**age**  20:25 46:14
  50:10,12,15 61:19
  61:20 76:5 78:13
  78:16,20,21,23
  81:25 82:3,6
  110:6,23 111:25

169:8,8,14 171:17
  179:13,13,16
  180:23 181:1
  190:8,14 191:14
  192:1 194:13,13
  194:15,17 195:2,6
  195:10 242:17
  246:15 309:7
  310:10
**aged**  308:25
**agency**  119:23
**agents**  196:25
**ages**  78:9 82:10
  180:1 254:3
**ago**  20:18 22:8,9
  50:17 133:14
  135:5,6 136:6,15
  138:11,13,17
  189:2 204:2 232:7
  277:3 278:2
  283:11 286:11
  297:24 308:22
  309:14
**agonists**  200:8
**agree**  133:25
  163:23 172:10
  174:15,25 196:9
  205:24 206:24
  207:18 208:11,18
  210:15,15,16,20
  228:1,6 232:21
  238:3 248:11
  258:17 271:14
  275:21 277:8,10
  278:14 279:8
  280:11,21,25
  282:13,25 296:15
  302:2
**agreeable**  138:7
**agreed**  135:16
  138:5

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0292

**[agreeing - approaching]**

**agreeing**  221:20
**ah**  282:1
**ahead**  58:5 100:24
  122:4 124:12
  151:24 212:12
  274:25 305:8
**ahrens**  227:19
**al**  13:9 92:20
  193:18 225:23
  226:15 227:2
  230:2 234:24
  237:17,21 238:13
  238:18 242:7
  243:17 247:6
  250:1 261:3
  267:15
**alexis**  1:23 2:24
  13:16 313:24
**allan**  139:10
**alliance**  6:4 14:22
  15:12 134:23
**allocation**  252:16
**allow**  13:23 84:11
  180:25 206:7
**allowed**  174:10
  175:7 194:12,14
  304:12
**allowing**  279:19
**allows**  169:9 195:6
  195:7,10
**alter**  174:2
**alternate**  244:14
  245:3
**alternative**  244:20
  244:24
**altogether**  52:11
  75:23 101:23
  160:14
**amended**  156:1
**american**  7:16
  80:14 125:24

126:2 127:25
  128:17,18,23
  228:2,12 240:3,6
**amount**  116:1
  124:24 153:20
  161:5 294:23
  295:1
**amsel**  56:13
**amy**  231:25
**analyses**  94:5
  102:18,19
**analysis**  102:25
  252:19,20 260:21
  261:11,15,18
  262:17 263:24
  264:2 266:7,20
  267:9
**analyze**  45:12
  62:25 273:25
**analyzes**  238:11
**analyzing**  94:4
  243:14 301:11
**anderson**  107:12
**andrew**  5:8 14:4
  235:20
**anecdotes**  217:3
**anna**  255:6
**anne**  130:1 170:20
**annelou**  250:12
**annual**  123:20
  124:2,15 125:24
  126:3,5,14 127:7
  127:11,25 128:12
  128:22 285:7
**another's**  289:17
**answer**  16:22 17:5
  17:7,13,20 18:25
  44:24 70:24 71:18
  72:2 77:24 101:6
  104:1 134:4,18,25
  148:25 166:18

171:10 206:7,7,11
  210:12 219:11
  284:3 292:22
  295:11 301:10
**answered**  144:22
  147:13 171:5
  207:3 294:16
**answering**  20:1
  90:19 301:12
**answers**  18:1,2
**anticipate**  121:8
  121:11 268:13
**anticipated**  156:11
**anxieties**  54:6
**anxiety**  12:3 54:13
  267:15 271:16,25
**anybody**  85:25
  246:7 268:24
  280:7 298:7
  308:25
**anybody's**  268:25
**anymore**  85:25
  126:15
**apa**  126:9 128:13
  128:19
**apart**  62:21
**apologies**  17:3
  24:21 27:19 29:22
  32:15,20 35:21
  38:21 42:3 50:6
  67:2 79:23 83:20
  90:16 91:13 96:9
  117:10 119:8
  141:14 155:7
  183:20 206:9
  218:14,18 228:5
  236:9 239:10
  240:8 279:25
  288:1 295:11
**apologize**  28:11
  40:22 138:23

171:21 228:11
  235:18 307:20
  308:5
**apparent**  84:5
  85:19,19
**appeal**  262:6
**appear**  92:8,10
  312:8
**appearances**  3:1
  4:1 5:1 6:1 7:1 8:1
**appearing**  2:22
  314:18 315:7
**appellant**  262:8
**appellees**  262:9
**appendix**  35:24
**application**  108:8
  117:24 118:1,3,5
  129:1,2
**applied**  117:19
  120:7 299:15
  300:1
**applies**  91:20
  178:15 242:18,20
  242:21,25 263:19
  264:16,21
**apply**  118:2
  171:15 172:10
  178:19
**appointed**  49:23
**appointment**
  215:24
**appreciate**  17:19
  39:2 42:24 72:6
  72:15 105:3
  138:19 307:22
**approach**  100:21
  182:15 195:1
  196:3
**approaching**
  253:23

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0293

[appropriate - attorney]

**appropriate**  70:5
81:15 93:23
104:11 170:25
171:1 190:8,15
268:13 289:19
**approximate**
61:19 81:21
**approximately**
72:10 74:13 75:1
76:4 87:7,15
105:9 112:18
113:10 151:7
**approximation**
285:9
**april**  64:14 123:14
**archives**  112:25
**area**  139:15
148:23
**areas**  303:1
**argument**  160:16
**arguments**  91:1
**arin**  227:18
**arises**  301:9
**armistead**  1:17
2:17 155:9
**armistead's**  156:2
**arrived**  88:7
**article**  10:1,3
12:10 89:17 90:2
90:5 91:3 94:19
94:23 95:9,13,24
96:10,14,19 97:15
97:21,22 98:6
99:7 101:1,10
102:3,4,5,10,12,20
102:24 106:7
191:1,1,8 192:4
220:25 222:4
240:10 247:6
265:13 266:5
302:9,14,17

**articles**  29:19 88:1
92:1,18 93:7,10,12
93:15,21 99:23,23
114:9 153:24
204:3 220:6,8,12
220:13,15,19,21
221:2,12,17,20
222:10,22,23
223:17,22 224:5
224:12,16
**articulated**  157:19
159:15 160:6
165:11
**arts**  38:14,16,22
39:1,8,25 40:16
**aside**  198:16 224:4
283:3
**asked**  17:18 77:17
102:17 104:8
124:1,5,7 128:23
133:10 138:4,6
147:4 148:18
157:5 159:21,22
160:23 161:7
162:2 171:5 178:6
178:10,14 183:8
207:3 223:9,19
224:2 248:18
261:13 271:10
282:10
**asking**  30:25 60:5
77:11 82:15 98:18
126:19 134:21,22
160:11 162:19
164:25 165:14
169:3 181:11,19
190:12 206:8
211:5 229:8
247:20 309:9
**asks**  148:23 149:1
177:9

**aspects**  163:8
232:13 278:19,22
279:15
**assertion**  213:4
**asserts**  177:18
**assess**  160:13
**assessment**  123:16
188:23 189:10
216:21
**assessments**  51:2
**assigned**  18:14,20
70:3 172:20 173:7
173:21 180:5
273:5,16
**assignments**  68:10
**assimilate**  276:5
**assist**  36:10
**assistant**  40:9,11
40:19 41:4,24
55:24 56:9,11
57:3
**associated**  108:9
144:14,15 146:10
228:22 229:18
233:3 236:15
237:3 240:19
273:4,16 285:4
**association**  10:9
96:17 125:25
126:3 128:1,17,18
128:23 202:21
228:2,13 230:2
240:6 250:23
287:12 293:15,16
**assume**  17:13 90:1
99:15,20 118:2,13
123:24 129:2
130:18 183:18
200:11 214:2
247:7 287:7,8
292:13

**athletes**  26:20
28:18 121:9,13
178:16,19
**athletic**  121:9
160:25 161:6
162:4 177:25
178:13 222:12
223:6,18 272:7,17
273:5,17
**athleticism**  224:3
224:4 232:12
**athletics**  26:17,23
27:6,12,16 103:20
109:9 118:22
121:2,7 125:11
130:12 169:14
**attached**  32:17
34:13 138:24
139:8 146:1
176:12 186:25
190:22 227:10
230:12 235:7
239:2 243:25
247:15 250:8
254:12 259:14
261:25 265:18
268:5 274:11
286:17 312:8
**attacking**  289:11
**attempt**  216:22
**attempted**  10:11
230:4 233:4 253:2
**attention**  187:14
194:18 231:23
241:7,8 262:24
302:18
**attorney**  3:7,14,16
4:8 6:20 7:8 14:19
16:2,6 30:10
133:8 134:3,18,21
313:16

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0294

**[attorneys - barham]**

**attorneys** 4:19
5:12 6:9 30:8,9
32:3 34:5 35:19
134:5
**attracted** 141:19
141:20 189:22
309:12
**attraction** 76:2,3
141:12 188:13,14
**attributable** 237:7
242:15
**attributed** 237:7
**atypical** 59:18
60:4 61:25 63:13
63:20,23 68:9,13
87:21,22 99:10
105:14,15 122:15
122:16 139:15,16
139:23 140:11,12
142:6 147:25
149:7 188:25
**atypically** 309:24
**audience** 110:14
129:9
**augmenting** 280:3
**august** 125:17
127:22 266:1,23
287:5
**author** 33:13
34:24 36:8 94:23
96:19 98:2 99:24
100:13 146:18
170:18 176:21
270:2
**author's** 254:21
255:1
**authored** 87:4
88:18 95:24 105:6
107:12 187:8
191:6 192:4
229:23 233:8

236:20 246:17
270:18 277:14
287:8 302:14
**authoring** 36:10
87:8,16 100:22
112:19
**authority** 256:2
**authors** 108:12,17
116:20 186:13
231:24 235:17
246:4 247:25
248:18 250:11
251:16 257:24
258:4 259:4,20,25
270:2
**autogynephilia**
91:7,20,22 101:3,6
129:10,15 142:1,3
142:21 143:4,9,17
144:7,23 145:9
170:12
**autogynephilic**
128:2 142:22
**automatically**
101:20 298:18
**available** 174:3
181:8 195:14
203:9 230:20
**avenue** 3:17
292:16
**average** 50:10,12
61:20 68:3 76:5,7
110:6,15 180:1
256:6
**awarded** 116:2
119:23
**awarding** 120:9
**awards** 115:7
**aware** 19:24 95:2
117:23 152:18
159:20 163:17

166:15 174:20
176:6 178:15
182:22 183:2,3
186:1,4 189:14,17
196:13,16 200:3,9
201:18,19,22,24
202:25 203:4,5
219:15 221:8
222:17 225:5
226:22 227:1
228:21 229:16,21
229:24 230:1
233:1,6,9 234:23
236:14,18,21
238:17 240:17
243:16 246:12,18
249:14,18,25
251:10,21 256:1
257:12 264:15
265:12 267:14
270:17 272:6,15
273:3 276:1 297:6
**awesome** 122:9

**b**

**b** 56:17 156:1
315:1
**b.p.j.** 1:6 2:6 5:3
13:8 16:7 19:13
154:5 304:12
**b.p.j.'s** 154:15,23
155:1 177:1
**back** 23:14 50:6
50:20 51:12 57:17
58:2 93:13 107:21
122:1 123:11
130:23 137:11,14
151:21 152:19
166:18 185:17
200:10 201:10
212:9 266:9
274:22 284:3

288:23 305:5,11
**background**
102:16 116:22
135:22
**bailey** 4:6 7:6
109:14,17 110:9
111:18 129:21
**baileywyant.com**
4:12 7:12
**bain** 119:2
**balance** 161:19
165:20
**ban** 174:3,16
295:1
**banned** 291:18
**banning** 291:15
298:14
**bans** 174:4
**barely** 278:2,3
**barham** 6:5 9:7
14:21,21 25:12
26:14,24 27:14
28:8,23 32:18
33:2 35:2,12
43:25 44:23 57:13
57:20 60:25 63:8
65:13 70:13 77:6
82:24 85:4 103:15
104:17 121:19
124:3 133:18
134:15,25 136:25
142:11 159:7,18
160:21 161:14
164:18 167:12
171:5 173:2,10,23
173:25 174:18
175:22 193:11
197:24 198:4,19
206:6 207:3
208:14,22,24
210:7 211:13

Page 7

Armistead Supp. App. 0295

## [barham - board]

222:14 223:8
225:3 229:13
234:12 239:8,12
242:8 247:21
272:10 273:7
274:13 282:17
283:6 293:11
300:4,6,20 301:5
301:21 304:6,14
304:24 306:5,13
307:20,24 308:5,8
308:10 310:1,21
314:1
**barr**  5:8 14:4,4
**bas**  119:3
**base**  206:5 210:12
211:22
**based**  59:17 215:8
225:5 264:2
**bases**  52:18
**basic**  209:18 276:7
276:17
**basis**  157:21
159:16 160:8
164:17,20 165:13
165:15 181:14
209:13 211:10
213:4 214:12
215:7,14 219:4
222:19 251:19
279:1 280:18
**bdsm**  21:20
**bearing**  16:9
**becau**  249:21
**becoming**  91:23
195:17 216:12
277:5
**began**  40:9 41:14
59:17 251:19
**beginning**  2:22
58:3 122:2 151:22

156:8 181:24
212:10 218:15
274:23 289:10
305:6
**beginnings**  107:22
**begins**  59:22
191:13
**behalf**  2:21 14:24
15:2,5 311:4,11
**behavior**  113:1
175:3
**behavioral**  246:13
**behaviors**  140:16
172:5 174:3
**behaviours**  47:21
48:8,17 49:17
59:5 64:11 73:11
149:8
**belief**  303:20
**believe**  14:15
22:15 33:21 36:20
38:18 87:3 95:22
115:22 122:18
127:17 135:12
136:18 147:1
160:19 162:20
164:14,15 175:19
177:11 190:6,13
235:5 238:21
253:11,13 255:15
259:17 267:19
273:23 275:3
284:12 288:10
289:21,23 290:17
291:5 298:14,20
310:1
**believed**  307:6
**believes**  293:21
**believing**  211:10
**bell**  287:14

**belong**  309:11
**belongs**  209:4
**beneficial**  264:12
**benefit**  70:20
192:23
**benefits**  198:14
**best**  17:24 31:16
53:21 74:18 99:18
110:17 124:18
145:14 161:16
185:3 220:7
228:20 232:23
264:14
**better**  69:24 84:22
104:4 152:22
188:2,2 193:9,21
206:23 208:5
252:18
**beyond**  31:11,19
31:24 39:16 45:17
51:17 62:11
144:16 183:2
211:8 256:1
294:18 305:16
**bigger**  270:14
**bill**  12:7 275:14,18
278:8 281:15
**binary**  292:2,18
302:21
**binder**  308:6
**binik**  56:14,17,19
**biological**  104:12
104:12
**biologically**
144:15
**birth**  18:15,21
61:12 172:20
173:8,21 257:4
273:5,16
**bit**  17:3 18:10
32:23 36:23 42:19

43:16 45:4 50:17
51:8 54:1 93:12
98:19 107:18
115:21 129:7
149:16 154:3
178:24 188:8,10
189:20 288:9
308:3 309:5
**bizarre**  258:20
**blanchard**  49:4,6
49:11 58:9,12
106:23 107:3
129:21 170:18
**blaney**  100:14
**blank**  32:6
**bled**  85:20 119:13
**blend**  43:2
**blended**  39:15
42:17
**block**  7:17 14:12
14:12
**blocker**  196:21
**blockers**  175:7
194:12 197:3,6
237:11,16 238:1
**blocking**  196:12
196:17,25 197:11
298:8,9
**blog**  187:3,6
207:11,12 213:6
213:17 215:18
286:22 287:2,3,4,8
287:8 297:10,16
297:20 298:2
302:9 303:12
**board**  1:9,10 2:9
2:10 4:3 6:16 7:3
13:9 14:25 15:3
112:25 113:4,6,11
114:2 285:24
289:7 290:1,6

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0296

[board - care]

291:14 294:21
311:8,12 314:4
316:1
**body** 10:21 196:20
238:18 240:19
**boman** 255:5
**book** 90:10 99:17
100:3,3,5 109:13
109:17,21 110:2,7
110:9,21 111:1,7,9
111:14,24
**borelli** 4:17 13:25
13:25
**born** 161:5 164:8
164:9 174:4,5
**bos** 246:3
**boston** 5:15 38:17
40:7,20,20,21 41:3
41:12,17 306:22
**botch** 42:3
**bother** 85:25
**bottle** 32:9,10
**bottom** 112:13
164:13,15 199:24
240:9 263:13
266:1 269:24
289:3 291:6,23
305:18
**boulevard** 6:21
**boy** 110:1
**boylston** 5:13
**boys** 273:21,23,24
273:24
**bpj** 314:4 316:1
**bradley** 107:12
**brain** 45:9 48:3
59:17,22 60:2,3,8
60:15,19 61:12,25
115:12,16 116:14
116:22 120:21
196:19,19 254:22

**branch** 245:22
**break** 17:16,17,21
57:15,17,19 58:7
103:10,12 121:18
146:3 151:15
152:3,4 199:15
212:1 273:11
274:13,15 275:4
304:19,23 310:22
**breast** 279:22
280:3
**breasts** 279:22
**breland** 227:18
**bridgeport** 6:22
**brief** 124:22
**briefly** 30:16
75:24
**bring** 32:5
**broad** 7:18 300:13
**broadly** 27:24
93:17 139:22
148:12 281:3,6
283:14,17 284:13
299:23
**brooks** 135:12
136:19,21
**bränström** 193:14
**built** 51:13
**burch** 1:12 2:12
4:4 7:4 15:4
311:13
**button** 274:12

**c**

**c** 6:5 16:15,15
47:10 156:2
225:16 237:19
314:1
**ca** 314:9,12,20
**calculate** 110:15
**california** 3:17
313:4

**call** 16:5 63:25
64:3 93:21 94:11
94:22 99:21 102:9
128:13 157:16
165:8 195:16
209:17,21 240:21
240:22 256:24
298:23
**called** 45:10 56:22
91:6 94:15 101:21
183:14 202:8
209:17 248:21
252:15 253:20
298:19 299:17
**calling** 251:20
**calls** 134:3,16
157:20 159:15
160:7 165:12
**camera** 17:2
**camh** 47:4,6,7,8
47:10,13 49:4,24
51:24 52:1 57:11
59:2,4,9 62:6
64:16 67:24 68:24
79:16 82:15,21
83:22 84:2 86:13
88:7 108:14,15
130:24 150:1,18
151:9 183:19,21
307:16
**campbell** 73:3,6
**canada** 53:11
71:19 125:25
126:3,6 181:21
194:7,11
**canadian** 71:22
80:12
**cantor** 1:20 2:20
9:3,12,15,20 13:7
15:19,25 16:14,17
20:8 28:13 29:2

30:20,23 31:4,6
33:5 34:2,14
35:14 36:25 40:25
58:7 72:2 88:18
89:11 90:17 119:2
122:6 137:21
146:5,12 147:14
152:2 162:18
166:22 176:18
187:4 190:6 191:9
194:6 196:12
197:19 205:20
206:11 208:11
212:14 219:11
227:13 230:14
235:10 237:9
242:5 271:14
274:15 275:3
284:11 300:18
304:21 305:10,23
306:7 307:18
308:11 310:5
311:19 312:5,16
314:5 316:2
**cantor's** 35:7,9
96:10 166:18
284:3
**capable** 216:23
**capacity** 1:12,13
2:12,13 201:6
204:19 294:11,12
**capital** 225:25
**capture** 211:2
**captured** 18:4
**captures** 224:5
**care** 10:7 11:2
19:2,3,3,4,9,9,11
20:5,6 77:1,5,9,23
78:3,6,17,22,25
79:4,8 80:4 86:19
131:23 183:11

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0297

[care - childhood]

200:20 203:2,9,21
203:24 204:5,22
205:1,4,16 226:24
227:4 228:22
229:2,4,6,9,10,17
229:18 243:19
246:24 249:24,24
256:19 260:23
281:18 299:13
307:10,13,15
309:24
**career** 36:15,21
79:16 114:17
148:7,14 220:14
221:17 306:15
**careers** 58:22
**carmichael** 248:2
**carrie** 232:1
**carry** 109:4
**case** 13:11 19:14
20:19,23 21:6,20
22:3,4,5,7,14,17
22:18,20 23:4,24
24:13 29:3 32:2
44:9 81:15 103:23
104:5,7,10,24
131:11,16 133:2,3
133:10,23 134:1
135:17,21,25
137:3,5,6,8,9,18
137:23,25 138:21
138:22 139:2,3,5,6
139:10 152:5
154:4 155:2,5,10
156:15 157:25
199:21 202:1
205:14 221:21
222:18 223:1,3,13
232:8,12 262:7,12
262:17,19 263:9
265:10 283:20

284:12 304:11
306:21 307:2,12
309:20,23
**cases** 21:12,14,22
21:23 23:9,12,15
23:17 24:2,4,8,9
24:16 25:9,17,20
25:22 26:2 27:16
28:2 110:11 111:1
111:4 131:14
137:4 212:20
216:12 217:11
**catch** 28:9
**categories** 296:10
308:18,19 309:15
309:16
**categorization**
309:8
**categorize** 25:5
144:5
**category** 308:17
310:10
**catie** 6:6
**causal** 234:21
301:23
**causality** 233:21
244:24
**causation** 244:14
244:20
**caused** 83:12,22
86:8 242:4 290:9
297:7
**caustic** 277:4
**caution** 71:20 85:4
**cautious** 183:24
**caveat** 222:6
249:20
**cc'ing** 295:6
**ccp** 314:9,12
**cease** 168:1 191:18
191:22 206:13

212:24 214:18
**ceased** 85:23
215:21 216:5
**cecilia** 255:5
**center** 41:13,19
**centre** 47:1,4 74:5
74:8 76:18 77:12
77:19,25
**certain** 80:20
96:21 173:13
183:5 222:7 245:4
**certainly** 83:25
129:20 174:21
277:2 302:5
**certificate** 48:22
313:3
**certified** 2:24
313:3
**certify** 313:5,14
**cesalie** 227:18
**chain** 293:13,24
**chakravarty**
117:8 119:3
**challenge** 302:20
**chance** 21:5 311:1
**change** 66:19,23
84:8 86:5 128:3
144:1 193:2 280:2
316:4,7,10,13,16
316:19
**changed** 64:20
72:16 73:19 139:1
139:4,9 185:17,17
192:6,8,10 193:4
195:15,16 222:25
253:3,4
**changes** 120:17
206:14 242:16
266:6 279:20
280:1
**changing** 189:21

**chapter** 90:8 92:6
92:7,11 97:10
98:8,10,12,13,15
99:12,15 100:5,7
100:14,22
**chapters** 100:3
**charge** 294:20
**charleston** 1:3 2:3
3:10,18 4:11 7:11
13:11
**chavez** 119:3
**check** 95:7,16
102:18 103:8
118:9,20 199:13
224:20 233:24
260:3
**checking** 77:15
88:18 114:25
**checks** 68:19
**cherry** 245:7
277:18
**chicago** 128:1
**chief** 113:1,7
**child** 37:15 39:9
39:18,21 42:15,17
43:2 50:3,4,21,22
59:20 60:23 69:4
72:4,5,5 117:3,5
117:15 168:1,2
179:5,8 218:10,20
219:16 223:16
277:16 307:4,5,7
309:2
**child's** 188:15
**childhood** 51:4
59:25 60:17,18,19
60:21 61:17 65:19
69:15 92:21
102:14 110:24,25
169:16 170:11
172:3,8,16 308:13

Armistead Supp. App. 0298

[childhood - collection]

309:23
**children** 11:21,24
 25:23,24 26:9,11
 42:23 54:8 60:12
 61:4,7,10,16 65:11
 65:16,22 68:25
 88:17 93:2,3
 98:22 102:5
 106:11 107:8
 109:8,19,20,21
 110:16 111:2
 112:7 118:22
 121:2 125:6,8,10
 127:14 130:8,11
 132:13 141:12,20
 175:13,20 176:4
 179:11 181:15
 182:19 184:13
 194:11 196:6
 212:23 213:23
 215:8,15 223:23
 224:6 259:19
 260:22 262:7,20
 264:5,6,12 265:24
 308:23,23
**children's** 194:8
**choice** 280:22
 281:1
**choices** 279:1
 280:18
**chris** 235:17
**christal** 235:18
**chromosome**
 272:7,16
**chromosomes**
 274:1
**chronological** 53:6
**chronologically**
 119:12,13 154:2
**chuan** 117:1

**chunks** 101:8
**circulated** 171:14
 192:12
**circulating** 174:13
**circumstances**
 297:4
**cisgender** 11:3
 18:13 189:1
 222:12 223:6
 243:20 246:15
 271:17 272:3
**citations** 248:22
**cite** 160:15 213:7
 220:6 233:11,13
 233:22 236:23
 237:1 247:17
 255:14,21 260:5
 261:1 267:18
**cited** 31:20 170:9
 170:14,21,21
 186:17 193:7
 204:4 213:5 220:8
 234:1,10 235:2
 244:5 271:4
**citing** 248:19
**citizens** 166:10
**city** 21:3 126:8
 312:12
**civil** 7:16 314:19
 314:20
**ckelley** 6:12
**claim** 95:2,3
 182:18 256:2
**claimed** 184:1
**claims** 95:7 268:19
**clarification** 39:2
 79:23
**clarify** 19:8 83:20
 109:3 110:21
 152:6 163:9

**clarifying** 97:19
**clarity** 41:20
**classic** 220:15,15
**classification**
 143:1
**classifications**
 168:12
**classified** 142:25
**clayton** 1:12 2:12
**clean** 16:20
**clear** 17:12 138:23
 142:1 159:11
 183:1 223:21
**clearly** 40:25
**client** 75:10 78:11
 134:3,18,21 154:8
**clients** 54:25 78:9
 78:13 131:9 132:2
 211:21 237:8
**climate** 302:23
**clin** 49:9
**clinic** 47:20,22
 48:7,8,17 49:16,17
 54:5 59:5 64:11
 68:18 70:5,6,8
 71:8 73:11 84:10
 85:21 86:2,2
 91:22 183:23
 194:8 246:23
 307:14 309:21
**clinical** 42:6,7,14
 52:21 57:10 59:2
 59:8 62:19,23
 63:3 77:14,18
 110:22 130:24
 147:23 148:5,6
 150:1 180:21
 238:10
**clinically** 238:12
 309:9

**clinician** 49:9
 180:6
**clinician's** 125:22
**clinicians** 68:16
 75:8,16,21 127:6
 211:20 225:18,22
 226:14
**clinics** 48:11 49:21
 107:23 182:13
 194:10 195:17,20
 195:22 215:22
 217:16 253:24
**close** 210:23 303:6
**closely** 272:23
 274:5
**closer** 211:3
 307:21
**closet** 107:16
**coauthored** 87:4
 97:15 105:7
**cochran** 263:22
**code** 314:9,12,19
 314:20
**cognitive** 39:12,17
 45:9 68:8,12
**cohen** 250:14,22
 250:25
**cohort** 11:17
 251:11,22 255:11
**colizzi** 248:3
**collapse** 298:18
**colleague** 220:24
**colleagues** 62:24
 79:19,21 82:15,16
 108:14
**collect** 95:11
**collecting** 94:3
 186:15
**collection** 117:13
 210:19

Veritext Legal Solutions
866 299-5127                Armistead Supp. App. 0299

[college - confidentiality]

college 178:16,19
310:10
collin 227:18
color 110:13
column 257:19
come 29:20 54:4
57:17 69:24 81:11
82:6,10 83:15,17
90:10 104:25
108:13 129:18,23
152:18 171:24
179:20,22 180:11
180:16 181:11
216:25 220:16
221:9 229:25
230:25 233:18
293:3,5 299:17
309:23
comes 130:1 144:2
199:3 221:6 309:8
coming 67:23
72:11,12 75:5
84:19,21 107:16
114:1 116:8
206:17 221:8
308:25 309:20
comma 266:6
comment 25:1
105:12 106:6,7,10
113:4,18
commentaries
105:6,10 106:3
109:12 224:22
commentary
106:5,14,18
107:19 113:25
225:9
commented 265:6
commenting
105:15 113:20,21
113:23

comments 114:7
205:18 297:15,17
commission 1:11
2:11 3:4 15:7
committed 70:15
71:4
common 89:14
147:4
commonly 18:10
37:3 47:6 182:5
219:23 221:4
communicate
278:1,5
communicated
217:3 251:2
communication
134:16
communications
29:9 134:5,22
135:14
community 12:4
210:6 264:9
267:16
comparable
150:15
compare 111:14
273:21,22
compared 11:3
243:19 246:15
256:11,17 257:11
264:6 277:14
comparison 253:6
comparisons 99:9
competitive
300:19,23 301:19
302:3 303:8,13
competitors
165:24
compilation
102:20

complaint 156:1
complete 36:25
38:13,16 41:4
42:8 152:14,16
completed 52:10
53:9 54:15 152:16
314:7,17 315:6
completely 19:25
73:9 283:16
completing 40:15
completion 21:21
315:10
complex 66:1
73:10
complicated 91:18
163:5,6 189:20,23
190:1,2
complication
190:4,5
component 76:16
components 195:1
225:21 226:13,18
273:11,22
comprehensive
114:19 130:22
223:22,25
computer 37:9
concedes 264:10
concentrated
156:12
concentrations
37:9
conception 59:23
concepts 189:15
concern 70:23
concerned 44:21
concerning 38:3
40:3 86:13 89:17
concerns 89:25
concierge 8:4

conclude 192:21
305:15 310:21
concluded 264:1
concludes 310:24
conclusion 189:9
215:10 229:21
234:21 237:2
258:18,20,22
259:1 266:24
293:5
conclusions
157:17 165:9
224:18,19,23
225:1 233:18
264:10
concretely 300:10
conditions 20:22
conduct 31:23
37:21 38:3 39:20
40:3 52:23 55:18
57:4 61:9 108:13
152:23 182:23
209:10 284:21
conducted 30:2
45:18,18 95:6
98:25 201:16
209:2 227:17
236:3,7 239:17
246:1 255:4
261:10 262:17
266:16 269:18
conducting 48:12
74:8
confer 304:19
conference 124:13
130:5 221:7
conferences 221:7
confidential 82:25
85:5
confidentiality
71:21

Page 12

Armistead Supp. App. 0300

[confirm - correct]

**confirm** 230:15 305:16

**confirming** 19:3

**conflicts** 200:24

**confronted** 276:4 308:14

**confuse** 128:17 172:7

**confused** 35:3 173:17

**conjunction** 35:10 76:20 136:9

**connected** 61:25 89:17

**connection** 22:10 27:10 30:11 35:10 93:15 117:24 136:16 137:22 153:14 162:21 221:13 310:13

**connections** 227:23

**connectomics** 115:13

**consent** 197:3,6 198:7,11

**conservative** 194:10 195:18

**consider** 91:14 100:10 215:12 263:3

**considered** 195:2 292:15

**considering** 278:10,14,24 280:16

**consisted** 256:8

**consistent** 158:18 158:22 174:10 175:8

**consistently** 206:20 300:10

**constant** 74:19

**consult** 45:11

**consultation** 199:9

**consulted** 201:20

**contact** 133:12 137:3 138:10 149:14,22 150:1 154:8 210:13 249:1,4 269:4 314:9

**contacted** 133:4,8 134:23 135:2,6 136:15,16,18 137:2,9,17,23 138:6 266:22

**contacting** 111:21

**contacts** 199:7

**contained** 94:25 114:9 124:20 263:24 312:9

**contains** 161:1

**content** 260:3 293:20,21 297:12

**context** 83:19 128:16 146:13 159:21 184:19 185:23 255:16 277:11,12,13 282:18,19 283:16 299:16 301:16

**contexts** 93:17 94:1 139:22

**continue** 91:13 116:9 119:18 120:7 156:21 169:16 191:20 215:19 295:12 300:12

**continued** 4:1 5:1 6:1 7:1 8:1 46:25 47:23,23 54:25 65:5 170:19 188:16 222:24 230:16 282:3 291:19

**continues** 59:23 59:24 130:23 223:4

**continuing** 103:15 119:14,20 216:16 225:13

**contradict** 225:6

**contradiction** 162:15

**contradictory** 225:7

**contrary** 224:14 224:18 225:1

**contrast** 172:17

**contribute** 104:8

**contributing** 143:21 144:3

**contribution** 102:24 103:3,6

**control** 237:10,15 237:25 238:14 252:4,11 255:24 256:4,7,21,25 257:3 258:1,6 297:12

**controversial** 111:12

**conventions** 263:21 264:17,22

**conversation** 9:19 146:11 259:18

**conversations** 152:3 198:23 211:8

**convey** 99:13

**cool** 41:2

**cooley** 5:4 14:3,5,7 14:8,11

**cooley.com** 5:17 5:18,19,20,21,22 5:23

**copy** 36:16 138:3 155:11 156:19 262:5

**cordial** 268:13

**corner** 277:21

**correct** 19:19 22:19 23:19 24:6 24:7,11 26:2,4 27:12 29:5 31:10 38:14,15,19,20 41:17,21,22 43:3,9 48:8 50:23,24 53:11,16 54:14,21 54:25 57:8,12 58:10 59:4 62:7 62:10 64:14,23 65:6,8,24 66:3,5 66:14 69:16 73:24 74:5 75:19 76:14 76:21,24 77:25 78:5 79:7 80:2 81:9 82:17 83:11 86:4,16 88:19 94:17,20 95:20,25 96:17,24 100:14 100:15 101:4,13 101:18 102:1 103:1,21 107:13 107:16 108:11 109:6 115:2,5 116:3,6,10 118:3 119:24 120:6,10 121:15 122:11 123:25 124:8

Page 13

Armistead Supp. App. 0301

[correct - couple]

125:25 126:21
128:3 130:6,10,13
130:21 131:21
132:9,10 135:8,9
135:18 139:12
140:23 141:9
142:12 143:15
148:14 150:21
152:8,12 154:11
154:14 160:13
161:23,24 163:21
163:25 167:11,15
168:12,23 170:22
171:4 173:4,22
175:3 179:6,9,17
181:1,2 182:5
184:3,10 187:9,10
187:12 192:14
193:12,13,25
195:4 197:1,4,8,12
197:18,20,23
198:3,5,12 200:22
200:23 201:4,7,11
201:14 203:22
204:15,24 205:6
205:18 207:22
209:25 213:18
215:9 221:15
225:9,10 227:19
227:25 228:17
235:15 236:25
237:13 238:2
240:3 245:24
246:3 247:2,10
248:9 253:15
254:18 255:14
256:15,20 257:7
258:8,20 261:5
262:15 266:7,8
270:5,6,15 280:12
284:17,18 286:7,8

286:23 287:5,6
290:22,23 291:19
292:16 296:16
297:11,18,19
299:4 302:15,16
303:15 306:14
312:10
**corrected**   36:17
312:10
**correcting**   260:19
266:5
**correction**   265:8,9
265:12
**corrections**   312:7
314:14,15 315:3,4
**correctly**   123:18
128:4 147:11,16
149:10 157:22
182:2 213:2
255:12 264:13
267:3 279:6
281:23 286:1
287:23 303:10
**correlation**   233:21
**correlations**
233:20
**cosmetic**   279:20
279:20 280:1,2
**costa**   193:20,24
237:17 238:13
247:6 248:1
**couching**   127:4
**counsel**   4:4 7:4 9:6
13:18,20,22,23
14:15,22 15:24
16:6,23 17:4
18:24 19:10 24:14
24:15,17 25:9,14
26:16 27:3,18
28:11,15,16,19,21
28:24 29:1,10

30:5,18,21 31:2,5
32:18,20,25 33:3,4
34:14,14,17 35:2,6
35:13 40:22,24
44:14 45:5 46:3
47:9,11 57:13,16
57:21 58:6 61:3
61:18 63:15 64:9
65:20 71:1,13,23
71:23 72:1 77:8
83:8 85:6 86:17
86:23 96:7,9,12,13
103:8,10,14,16,17
104:3 105:2
112:11 120:5
121:17,20 122:5
124:6 133:19
134:6,7,10,20
135:3,14 137:10
137:15,20 142:13
146:2,4 151:14
152:1,4 158:20
159:10 160:2,17
161:11,22 162:17
164:5,24 166:17
166:21 167:16
171:9 172:18,23
173:5,18 174:7,22
175:4,18 176:1,8
176:13 187:2
190:18,24 191:3,5
193:13,16 198:1,6
199:1,12,17,18
206:9,9,10 207:8
208:17 209:12
210:2,11 211:16
211:25 212:13
219:8,9,10 223:2
223:11 224:11
225:8,24 226:1
227:6,11 229:14

230:8,13 234:16
234:22 235:4,8
238:24 239:4,8,10
239:15 241:21
242:11 243:22
244:3 245:1,18
247:12,16,24
250:5,10 254:8,13
259:10,16 261:21
262:1 265:15,19
268:1,6 272:14,24
273:13 274:2,8,14
275:1,2 282:2,5,5
282:9,24 283:12
284:2,8,10 286:13
286:18 293:22
296:23 299:10
300:17 301:1,13
302:1,7,13 304:1,9
304:18,20,25
305:9,22 306:1
307:17,21 309:18
310:15,19,24
314:18,21 315:7
**counseling**   79:9
179:11 180:16
181:1
**count**   21:20 88:14
149:15,24 150:6
220:7,10 295:18
**counting**   87:9
150:13,14
**countries**   216:16
225:19 226:9
**country**   175:8
303:20 304:4,13
**county**   1:10,14
2:10,14 6:16
14:25 22:16 311:8
**couple**   110:16,17
307:3

Armistead Supp. App. 0302

[couples - decision]

**couples** 54:19
55:12
**courage** 292:8
**course** 21:2 33:18
36:14,21 39:12,16
43:7,15,17 44:13
51:4 55:1 56:20
57:1,6,7,8 59:23
59:24,25 94:7
114:16 116:21
120:1 131:11
148:14 154:7
156:11 161:3
164:23 221:17
277:11 281:9
285:12
**courses** 37:14,25
39:8,11,17,25
42:15,16 43:2,11
43:13,14,23 44:4
51:9,13,14,17,23
51:24,25 56:13,14
56:16,18,23
**court** 1:1 2:1
13:10,16 16:20
18:1,4 19:19 21:2
22:14 23:3,4,5,6
23:10,13,16 28:12
32:17 34:13 47:9
69:20 137:10
146:1 161:19
166:17 176:12
186:25 190:22
191:3 225:24
227:10 230:12
235:7 237:18
239:2 243:25
247:15 250:8
254:12 259:14
261:18,25 262:5
264:16 265:18

268:5 274:11
284:2 286:17
306:22 307:24,24
**courtesy** 289:19
**courts** 161:18
**covariance** 252:19
252:20
**cover** 130:25
**covered** 52:18
142:15
**covid** 123:24
**coworkers** 73:17
**crawford** 261:2,8
266:19
**created** 33:17 34:3
35:15,17 36:13
164:22
**credentials** 24:25
**criterion** 300:9
**critical** 123:15
268:18,25
**criticisms** 241:6
**cropp** 6:19 14:24
14:24 311:7,7
**cross** 22:4,18
79:25 80:10 82:12
102:14 175:8
194:13 197:19
198:8,11,14,18
199:3 303:20
304:4,13
**csr** 1:23 313:25
**curiosities** 46:8
**current** 36:22
52:19 97:9 119:21
151:1,4 191:16
203:11,11,13
248:15 302:23
307:13
**currently** 74:7,15
140:7,8 141:24

150:19 168:14
196:4 204:25
205:8,16 206:2
207:1,20
**custody** 306:22
307:4
**cut** 24:21 189:4
**cutoffs** 20:20
184:21
**cutting** 171:21
**cv** 1:8 2:8 13:12
36:7,16 41:6,14,21
53:2 86:24 88:13
90:10 92:19 96:10
97:3 102:3 105:4
112:15 113:9
114:12 122:7
130:15 306:9
**cycle** 196:22

**d**

**d** 225:25
**dane** 254:22
**danish** 254:23
256:6
**data** 45:12 63:1
69:9 94:3 95:11
99:4 117:13 127:7
166:25 167:1
169:20 186:15
195:14 224:14,24
225:5 244:13,19
260:18,21 261:7
261:11 264:3
265:2 266:20
**date** 33:20,22,25
84:1 97:18 119:4
124:11,12 136:13
137:7 153:2 236:4
286:10 313:17
314:16 315:5
316:24

**dated** 35:11
136:10,11 137:8
177:1 290:21
313:19
**dave** 8:7 13:14
44:1 219:5
**david** 3:15 14:18
30:19 227:18
**david.c.tryon** 3:20
**davis** 232:1
**day** 73:18,18
216:3,10 277:22
312:11
**days** 107:20
140:20 222:1
277:5 284:25
**de** 225:22 226:15
246:3 250:1,12,20
250:24 253:7,7,10
278:13
**dead** 123:15
**deal** 21:14 68:14
75:9 173:12
288:16
**dealing** 65:18
308:14
**deals** 51:20 89:2
**debate** 275:17
288:22 290:2
291:20 294:3
295:25
**debates** 294:1
**debating** 288:18
**decade** 283:11
**december** 53:16
62:9 240:12
**dechants** 231:25
**decide** 281:8
**decision** 81:7
85:17 95:16
161:21 163:16,24

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0303

[decision - development]

176:3 214:17
**deck** 306:10
**declaration** 9:12
9:15 136:8,11,17
137:24 138:25
139:9 155:1,4,13
156:2,6,14
**declarations** 31:17
**declare** 312:5
**decreased** 236:15
237:3
**deemed** 288:11,12
289:18
**defamatory**
289:15
**defendant** 1:18
2:18 9:23 21:7
**defendants** 1:16
2:16 6:16 14:25
**defending** 6:4
14:22,23 15:12
134:24
**defense** 30:5 306:1
**define** 210:24
**definitely** 164:25
**definition** 140:17
174:20 185:1,3
**definitions** 184:25
**degree** 37:14,25
38:25 40:15 42:1
42:5,9,14 44:16
46:24 56:2
**degrees** 52:13
**del** 5:6 14:10,11
**delaying** 79:2,25
80:9 82:4,11
132:12
**delays** 85:24
**deleterious** 243:9
**demand** 125:22
181:4,12,15 182:7

182:10,15,18,25
183:6,17,22 184:1
184:6,12 213:25
214:24 215:1
216:18 217:8
**demeules** 259:21
**demographic**
167:24
**demographics**
256:24
**demonstrate**
170:10 292:13
**demonstrated**
193:18
**demonstrates**
169:7
**demonstrating**
226:8
**deny** 182:21
183:14 184:4
**depart** 263:20
264:17,21
**department** 4:5
7:5 11:24 53:13
55:24 65:2 262:7
**department's**
263:3,9
**departments** 65:2
65:3
**depend** 279:11
**depending** 149:15
**depends** 61:1
142:25 188:22
299:16
**deposed** 20:7,15
21:10 22:7 23:9
**deposition** 1:19
2:20 13:7,13
14:23 18:12,18
20:3 22:11 29:6
29:11 30:11,15,20

30:24 31:7,12,24
137:5 152:7,10,24
230:18 231:6,7
310:22 314:19,22
314:24 315:8,10
**depression** 10:10
12:4 54:13 218:10
218:21 219:16
228:24 229:19
230:3 233:4
236:16 237:4
267:16 271:17
272:1
**depressions** 54:6
**depth** 93:12 148:1
186:9
**der** 243:17 244:2
245:24 246:2
253:16,19
**derived** 224:23,23
**derogatory** 289:13
**describe** 39:11
42:19 43:16 46:4
47:12 69:6 71:14
75:20 93:14,20
98:18 110:18
116:13 135:24
144:10,24 145:5
188:2 195:3 288:9
307:1
**described** 73:21
110:16,16 144:10
144:16 183:2
251:17 265:10
**describes** 110:12
**describing** 109:18
110:10 161:2
188:21
**description** 9:11
**design** 42:16

**desire** 144:1,14
**desist** 206:22
210:5 212:24
216:1
**desistance** 184:18
185:1,11,23 186:2
234:5
**desisted** 208:9
**despite** 241:2
298:7
**detail** 157:13
165:5 217:22
262:22
**details** 25:13 32:7
73:12 98:3 201:18
257:7
**determination**
188:8
**determine** 25:1
158:1 173:20
202:7 310:9
**determined**
314:18,22 315:7
**detract** 162:13
**detransitioned**
198:21 199:4
**develop** 59:25
63:20,22 166:6
218:11,22 219:17
**developed** 104:24
195:14 202:3,13
202:18 205:8,17
**developing** 201:17
201:21
**development**
39:13,17 45:9,10
48:3 59:18,22
60:2,4 61:12,25
64:3,4 115:17
169:8 201:9,12
204:22 205:4

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0304

[device - document]

**device** 280:3

**dhejne** 254:17
255:2,2,3,5 256:1
256:5,11

**diagnosable** 21:1

**diagnosed** 89:4
179:4

**diagnoses** 144:5

**diagnosis** 20:21
141:13,14,17,18
180:2,4,6 188:22

**diagnostic** 20:20

**diana** 227:17

**dice** 242:1 245:10

**differ** 185:12
257:25 258:6

**difference** 64:24
72:18,21 106:17
106:20 169:6
216:19 241:3,4
252:25 254:1

**differences** 162:4
170:1,7 240:25
254:5 264:4
273:25

**different** 23:4,5
56:12 59:7 72:12
72:13 93:17,18,24
93:25 94:1 99:10
139:21,21,21
150:18 169:2,15
182:8 183:8
184:20,21,21,24
184:25 185:10,16
185:18 196:19,20
196:24 210:18
240:24 243:3,14
244:18 253:23
277:11,12,13
279:24 294:1
298:22 308:12

**differently** 283:10
283:13

**differs** 35:4

**difficult** 149:24
253:6 308:3

**dilemma** 125:23

**direct** 31:3 77:23
108:4 154:7
166:13 172:14
217:1 253:5
293:15

**direction** 110:19
178:20 313:12

**directly** 61:5
68:25 69:2 77:1
108:22 162:3
172:4 174:2 184:7
258:10 267:5
278:23 295:4

**director** 74:4,7
76:13

**directors** 289:7
290:1 294:21

**disagree** 195:9
248:14 295:21

**disagreed** 86:18
291:14

**disagreeing**
296:19,20,22

**disagreement** 83:4
83:21,23 84:4
86:7

**disagreements**
82:20,23 83:2
86:12

**disagrees** 264:9

**discipline** 79:12

**disclose** 82:25
134:21

**disclosing** 29:9
76:9

**discount** 293:19

**discourages**
175:13,19

**discourteous**
289:10

**discover** 116:17

**discovered** 267:22

**discuss** 32:2
161:12 198:23
304:21

**discussed** 119:11
174:25 220:17
269:5 302:25

**discusses** 167:4,7
168:18 172:19

**discussing** 188:13
306:17 307:9
308:11 310:14

**discussion** 167:10
167:17 168:8,21
171:2 172:24
173:7 232:14,15
291:13

**discussions** 285:20
285:22

**disingenuous**
282:21

**disorder** 101:21
101:22 107:15
141:18 211:12

**disorders** 41:13,19
54:5,13 55:12
90:23 92:11 96:16
101:11,17 102:6
117:6 141:23

**displaced** 85:14

**display** 157:15
165:7

**disrespect** 288:11

**disrespected** 292:4

**disrespectful**
288:11,13

**disrupt** 307:23

**dissatisfaction**
10:21 238:18
240:19

**dissemination**
284:21

**distinct** 189:15

**distinction** 150:17

**district** 1:1,2 2:1,2
13:10,10 262:5,6

**diverse** 88:17

**divided** 273:24

**division** 1:3 2:3
13:11

**divorcing** 307:4

**doc** 96:6

**doctor** 9:20 81:1,8

**doctoral** 40:10
44:3,5,10 47:15
55:1 130:24

**doctorate** 40:15
42:1,5,8,14 44:16
45:14 46:24 47:25
49:23 56:2

**doctors** 198:17
199:2

**document** 32:14
32:19,25 33:1,6,7
33:10,13,15,17,20
34:2,16,20,24 35:1
35:4,8,14,17 36:4
36:8,11 68:19
136:7 137:7 139:1
146:9 148:22
153:8 176:17,21
177:4,9 185:4
200:9 213:14
262:22 265:20
277:20

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0305

[documents - early]

**documents** 29:17
31:13,14,15,19
32:6 69:12 156:7
156:8
**doing** 17:25 51:3,3
62:22 102:19
120:8 147:24
149:25 154:21
182:13,21 183:15
184:16 209:5,8,15
209:22 216:24
223:1 230:17
238:12
**dominate** 139:23
**dominic** 269:19
**donation** 73:1,7
**dora** 1:13 2:13
6:17 15:1 311:8
**doreleijers** 250:13
**double** 102:18
**doug** 116:25 118:6
119:2
**downloaded** 240:2
240:11
**dozen** 20:11,12
21:13 81:22,23
88:14 170:8
**dozens** 170:13
295:3,3,3,16,16,16
**dr** 13:7 15:25
16:14,17 20:8
28:13 29:2 30:20
30:23 31:4,6,17
33:5 34:2,14 35:7
35:9,14 36:25
40:25 58:7 72:2
96:10 117:21
122:6 137:21
146:5,12 152:2
162:18 166:18,22
176:18 187:4

190:6 191:9 194:4
194:6 196:12
197:19 202:1
205:20 206:11
208:11 212:14
219:11 227:13
230:14 235:10
237:9 242:5
250:22,23 262:17
263:8,19,22,22,23
264:1,7,15,20
271:14 274:15
275:3 284:3,11
300:18 304:21
305:10,23 306:7
307:18 308:11
310:5 311:19
**draft** 33:15 35:1
**drafting** 136:17
153:15 160:5
221:25 234:18
**dramatically**
59:24
**drawn** 237:2
**drew** 147:7
**drugs** 196:13,24
**dual** 66:11,20
**due** 123:24 145:8
231:2 252:9,9
283:21
**dumb** 147:14,19
**dunsford** 248:1
**duphily** 8:4
310:18
**durwood** 259:21
**dutch** 194:6,7,14
195:1,5,9,13,15,18
196:3 225:22
226:14 237:10,24
238:4 246:25
247:1 251:16,18

251:20,23 252:22
253:9,10,12,14,20
**duties** 66:7,9
**dysfunctions** 46:8
**dysphoria** 11:9
18:11 19:5 58:21
60:12,23 61:5,11
63:6 69:1 83:10
88:22 89:4,10
90:1 91:4 92:4,13
98:7,22 101:3
105:22 107:24
110:11 115:9,14
115:18 117:16
127:19 130:9
131:10,15,17,20
132:8 144:6,12
145:2 168:1,13,19
168:25 169:16,17
170:2,2,25 171:3
171:18 173:14
174:24 176:5
178:25 179:5,8,12
179:21 180:2,17
181:16 182:19
184:13,19 186:3
188:15,21 189:12
194:8 196:7
200:19 202:5
205:25 206:25
207:19,25 209:23
210:5 212:24,25
215:23 232:10,13
232:16 247:9
249:17 256:8
257:9,25 258:2,5,7
307:6 308:12,16
310:11,12
**dysphoric** 26:20
38:1,4,7 40:1,4
43:12 44:22 46:9

52:5,7 55:21 57:5
58:17 79:1 88:12
89:18 90:3 91:24
92:25 93:8 119:6
123:2 125:15
143:24 145:12
169:4,9 171:23
180:10 190:7,14
192:1 200:5
213:23,24 215:8
215:15 260:22
271:15,25 281:1
283:23 288:17

---

**e**

**e** 3:8 16:14,15
181:19 182:3
184:7 191:4 199:7
200:14 217:4
220:24 225:25,25
232:7,9 251:2
288:23 289:6
290:7,19,25 291:2
291:7,17,20
292:12 295:4,14
314:9,12 315:1
316:3,3,3
**earlier** 120:23
139:14 141:25
143:3 152:9
162:23 169:5
170:20 179:1,15
184:9 192:25
193:21 199:7
216:12 245:2
251:9 253:13
259:18 299:12
306:17 307:9
308:11
**early** 50:14,18
76:10,11 78:12
200:18 277:22

Page 18

Armistead Supp. App. 0306

[early - establishing]

308:15,16,19
309:21
easier  278:1
easily  142:20
242:14 293:18
easy  128:16 285:1
eaton  235:20
edge  182:25
edited  231:3
editor  113:1,7,7
248:16,16,24
249:2,3,4
editorial  112:22
112:24,25 113:3
114:2 285:24
editorials  112:15
112:19 113:15,17
editors  100:4
113:3
educate  51:7
educated  144:20
education  1:10,10
2:10,10 4:3,5 6:16
7:3,5 13:9 14:25
15:3 36:24 37:1
37:12,13,24 39:6,7
39:24 42:13 43:11
49:8 52:15 180:19
220:14 311:8,12
314:4 316:1
educational  38:6
45:13,16,20 52:13
131:3
effect  209:8
effected  173:8
effects  60:18
115:16 209:14
226:24
efficiency  83:3
effort  25:16 97:24

efforts  60:10
eight  20:17 78:18
179:16,20,25
either  21:6 23:17
49:11 70:12 99:25
109:23 112:10
137:16 145:8
154:10 162:25
173:4 220:10
242:10 250:24
269:1 293:12
299:2
elect  51:18
electronic  266:16
element  215:3
268:22
elements  150:4
158:18 268:23
elevate  248:21
elin  248:2
elizabeth  5:9 14:6
41:8 53:10
ellipses  128:6,9
303:4,6
email  266:22
287:20
embarked  299:20
emotion  188:20
emotional  246:13
emotions  144:12
144:17 145:1,11
empirical  99:8
104:20,21 190:9
190:10
employee  86:18
313:16
employees  82:21
108:15
employer  79:13
employment  53:4
53:5 79:11 303:3

encompass  27:11
27:22 71:16
encompasses
92:12
encountered
185:11
encroaching  85:12
ended  71:8
endocrine  10:16
199:19 200:4,25
201:3,5,9,16,20
202:3,10,13,18
234:25 236:15
237:2
endocrinologist
80:11 179:2
endocrinology
235:14
endogenous  272:8
272:18
ends  60:1 311:19
engage  80:18
181:7
engaged  281:12
engaging  68:6
english  53:21
55:10,10
enjoy  37:5
enormous  290:2
291:12 294:23
295:1
ensure  77:20
102:25 281:11
ensured  29:14
ensuring  25:3
294:20
entered  200:6
269:15
entire  47:20 51:3
58:23 104:21
206:18 219:7

entirely  85:18
144:21,22 198:20
270:21
entities  181:23
182:5 217:5
entitled  106:22
113:22,24 187:6
entity  76:23 95:19
96:21 184:9 228:7
enumerate  280:9
environments
276:10,25 277:4,6
equal  243:15
272:1
equally  189:23
206:19
equipment  108:7
equivalent  251:23
ereinhardt  5:21
erotophobic
289:13
errata  12:1 265:23
265:25 314:14,16
315:3,5
error  94:25 95:1
193:23
errors  214:20
215:11 260:20
263:25
especially  95:4
129:11 171:13
309:21
esq  314:1
essentially  141:2
226:20 252:16
285:2
establish  16:20
established  99:13
establishing  276:9
276:18

Page 19

[estimate - expertise]

**estimate** 44:25
208:8 216:22
**estimation** 138:18
**estrogen** 197:22
**et** 9:22 13:9 92:20
193:18 225:23
226:15 227:2
230:2 234:24
237:17,21 238:13
238:18 242:7
243:17 247:6
250:1 261:2
267:15
**europe** 181:21,23
182:5 195:21
**eva** 250:13
**evaluated** 301:24
**evaluating** 174:13
257:20
**evaluation** 12:3
181:10 182:14,24
202:10 205:19
267:15
**evaporated** 193:1
**event** 310:9
**events** 61:16 69:7
69:10 102:13
293:13
**eventually** 169:17
214:18 242:1
**everybody** 63:1
70:5,7 214:16
277:5 288:7
**everybody's** 311:1
**evidence** 90:25
91:1 184:5 191:16
192:25 269:7
273:12 304:2
**exact** 126:15 153:2
206:14 215:19

**exactly** 77:20 85:9
85:16 90:25 91:21
98:5 100:23
133:13 170:23
206:3 226:7 243:2
243:7 257:1 271:2
273:20 288:23
293:4,10,12
294:16
**exaggerate** 124:24
**exaggerated**
282:20
**exaggerating**
293:2
**examination** 9:2
15:23 306:4 310:7
**examined** 15:20
**example** 42:20
142:21 144:14
161:5 167:22
170:12 188:6
198:21 212:19
217:21 218:16,20
224:22 279:20
303:16
**exceptions** 281:5
**exchange** 232:7
**exclude** 24:12,18
24:24 25:10
**excluded** 25:20
**exclusion** 302:22
**executed** 35:7,16
138:13,25 312:11
**execution** 33:20
33:25
**exercise** 89:7,24
92:17 122:23
123:5
**exhaustive** 226:20
**exhibit** 9:12,15,18
9:22 10:1,3,5,9,15

10:21,25 11:6,11
11:15,20,24 12:1,3
12:7,10 32:15,16
34:11,12 136:8
137:4 145:22,25
146:3 155:15
156:21 176:10,11
186:21,24 190:20
190:21 193:11
207:13 212:15
225:13 227:8,9
230:9,11 235:5,6
238:25 239:1,7
243:23,24 245:23
247:13,14 250:6,7
254:10,11 259:12
259:13 260:24
261:23,24 265:16
265:17 266:10,11
268:3,4,7 269:14
274:9,10 275:5,5
286:14,16 289:1
290:18 291:23
302:9
**exhibits** 9:10
32:13,19 34:9
**exist** 212:19
231:11,12 281:5
282:23
**existence** 129:10
221:19 230:22
272:7,16 273:4,15
**existing** 43:21
45:12 99:5 108:1
145:15 158:19
174:14 219:14
223:23
**exists** 94:12 186:7
205:11 224:19
280:6

**expect** 170:14
**expectation**
218:23 219:1
**experience** 41:25
47:13 55:20
115:14 126:24
127:3,4 131:1
148:5,6 170:11
178:25 197:9
212:25 271:15
293:1
**experienced** 49:3
271:25
**experiences** 69:16
77:17,19 110:25
126:23 144:25
292:7
**experiencing**
218:10,20 219:16
308:16
**expert** 23:21,25
24:3,5,9 25:3,17
29:3 31:21,25
35:9,24 100:11
134:1 135:17,21
137:22 138:8
139:8 155:15,16
155:21,22 157:6
157:15 159:3
161:25 162:8
165:3,7 174:8
178:3 196:23
202:3,8,12,17
205:7,13,15,21
207:24 212:15
213:19 219:25
221:21,25 239:9
305:11 306:8,18
307:2
**expertise** 70:24
139:15 180:15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0308

[expertise - fine]

205:11,12 301:11
**experts** 49:2 100:4
  100:8 148:2
  201:19 263:3
**explain** 16:19
  157:13 165:5
  168:24 169:6
**explained** 172:14
  244:14,20
**explanation** 44:17
  105:3 170:7
  219:12,13
**exposed** 147:25
**exposure** 148:9
**express** 203:20
  280:9 290:11
**expressed** 225:6
  290:8,12,13 292:3
**expresses** 284:4
**expressing** 107:23
  215:23
**extend** 100:16
**extent** 134:2,4,15
  224:21
**extra** 51:14,14
**extraordinary**
  25:2,5
**extreme** 182:16
  216:18 277:18
  303:17,18
**extremely** 49:3
  58:15
**extremism** 302:24
**eyes** 242:2,2,4

**f**

**f** 191:4
**faced** 241:5
**facilities** 226:10
**fact** 24:5 88:18
  95:7,16 119:11
  251:15 252:3

260:23 263:22
  271:12 283:21
**factor** 143:21
  248:22
**factors** 90:19
  144:4 240:24
**facts** 160:15,15
  171:14 224:1
**fail** 182:23 242:2
**failed** 225:19
**failing** 298:3
**fair** 17:14 60:22
  67:11 93:14 94:21
  103:2,5 104:11
  109:22 112:12
  113:18 146:22
  149:12 150:25
  155:20 156:20
  158:14 164:4
  173:19 178:21
  191:25 195:5
  196:10 199:5
  206:3 214:10
  224:10 229:11
  232:18 236:5
  238:7 241:6,22,24
  242:3 252:21
  253:22 273:14
**fairly** 253:20
**fake** 280:2
**fall** 75:25 160:15
  308:17
**false** 242:21,25
  279:22
**fame** 228:8,10
**familiar** 128:14,15
  129:15,15 176:19
  176:20 181:3
  188:12 227:21
  232:4 235:24
  239:24 247:7

250:17,19 259:25
  262:12 287:25
**families** 11:25
  216:14 262:8
**family** 73:3,7
  154:10 199:8
  306:22
**far** 18:7 185:13
  232:25 308:5
**fascinating** 111:10
**fazio** 89:11 95:25
  96:2 97:25
**fazio's** 96:22,23
  97:22
**feasible** 163:6
**february** 35:8,16
**federal** 315:1,8,9
**feedback** 100:9
**feel** 16:5 75:8
  142:23 143:23
  169:9 189:12
  191:18,21 239:5
  262:21 276:21
  279:24 297:25
**feeling** 144:17
  213:24
**feelings** 145:12
**feels** 295:19
**fees** 285:4,7,10
**fellow** 49:24 97:13
**fellows** 108:18
  130:19
**fellowship** 47:12
  50:1,2,21 51:9,19
  52:3
**felt** 134:8 268:8
  292:4,4
**female** 91:10
  104:13 106:24
  107:3 164:10
  172:20 173:7,20

174:4,5 177:25
  178:13 223:15
  307:6
**females** 161:7
**fetish** 188:7
**fewer** 246:13,14
**field** 43:22 44:7
  55:20 147:8
  210:14 220:17
  228:16 263:21
  264:18,22 268:12
  268:17
**fighting** 307:5
**figuring** 185:15
  245:20
**file** 269:15
**filed** 13:9
**fill** 51:14
**final** 47:16 153:1
  263:13 303:7
**finally** 74:3 109:11
  132:25 291:25
  292:17
**financially** 313:15
**find** 69:25 70:2
  94:10 102:12
  152:11 153:3
  216:16 220:12
  229:4 243:6,13
  257:9
**finding** 75:4 99:6
  99:8 226:11
  246:20,22 249:19
**findings** 99:3
  118:17 252:22
  253:9 271:6
  288:19
**fine** 16:11 82:17
  103:15 128:15
  199:15 247:22

Page 21

Armistead Supp. App. 0309

[finish - full]

**finish** 206:7,11
**finished** 41:24
　90:9 263:14
**fire** 162:7
**firming** 255:23
**first** 9:22 20:14
　23:24 33:8 74:25
　88:16 94:24 97:20
　97:23 105:17
　115:12,21 119:10
　119:11,12,13,15
　120:25 123:12
　126:24 133:3
　134:12,23 137:17
　147:1,6 149:2
　177:1,23 213:25
　215:24 216:3,10
　222:2 230:22
　253:25 263:3
　270:8 275:18
　282:23,23 285:13
　289:9 302:20
**fit** 174:21 218:24
　219:18 270:22
**five** 57:15 68:4
　74:23 87:9 103:11
　116:2,5 120:1
　121:18 212:1
**flat** 243:6
**flaws** 157:16 165:8
**floor** 4:21 5:14
　7:19
**florida** 11:24
　262:6,7
**fluctuate** 74:17
**fluke** 242:15
**focus** 26:8,12,15
　28:4 38:23 42:4
　44:4 50:3,4,4,22
　51:1,5 52:4 54:3,7
　54:11 55:16 58:19

58:19 59:19 60:3
60:11,22 61:2,11
61:16 63:10 65:11
87:23 88:12 92:19
99:11 103:19
105:21 109:21
112:1 123:1
125:10 127:14
130:7,11 132:4,6
140:10 142:18
**focused** 26:2 27:5
37:15 39:9,18,19
42:15,16 43:7,13
43:14,24 56:16
63:17,19 64:6
65:6 68:12 98:10
109:22 117:15
121:5 150:2
232:15
**focuses** 90:22
92:24 98:15 102:5
125:5,14 127:18
142:16
**focusing** 177:3
**focussed** 48:3
**folder** 32:13,19
34:9
**folks** 117:15
149:21 187:21,24
188:4 246:6 248:6
250:17 252:4
296:24
**follow** 11:15 71:2
177:24 188:12
228:25 229:20
255:9
**followed** 251:10
**following** 115:13
155:23 177:18
178:9 218:9
263:18

**follows** 15:21
168:6 192:9 314:8
**font** 257:17
**footnote** 289:3,4
290:16,17 291:1,1
**footnotes** 213:11
**forbids** 164:9
**foregoing** 312:6
313:6,8,12
**form** 25:12,16,18
26:14 45:22,22
61:13 63:8 64:7
65:13 70:13 77:6
86:15 104:17
112:8 120:3 124:3
124:17 126:13
128:11,25 133:18
136:25 158:16
159:7,18 160:21
161:14 164:18
167:12 173:2,25
174:18 197:6
198:11,19 210:7
211:13 225:3
234:12 242:8
244:22 272:10
273:7 282:17
283:6,24 293:11
299:6 300:6,20
301:5,20 304:14
309:18 310:15
**formal** 20:21
37:13,24 39:7,24
41:7,18 42:13
44:12 52:15 68:20
81:13 84:1 140:17
141:13,14,17,18
181:24 301:16
**formed** 72:25
222:11

**former** 183:19
**forming** 199:20
251:19
**forth** 313:7
**forum** 287:17
**forward** 115:25
284:20 291:20
**found** 145:19
206:16 220:18
222:25 228:21
229:16 233:1
236:14 242:14
249:15 251:21
271:23
**four** 54:22 114:22
124:12 204:2
295:23 296:15
**fourth** 288:2
**frampton** 6:7 15:9
15:10,12
**frcp** 315:1
**free** 16:5 239:5
262:22 278:11,15
**freedom** 6:4 14:22
15:12 134:24
**french** 53:19,23
55:4
**frequently** 45:11
126:7 269:3,4,5,8
269:12
**friday** 30:17 31:8
31:9
**friend** 1:6 2:6
**front** 34:18 53:3
86:25 125:19
193:10 306:19
**frontline** 62:22
**full** 47:21 52:15
55:12 111:25
199:20 257:18
271:9

Page 22

Armistead Supp. App. 0310

[fully - go]

fully  271:22
fulsome  188:23
  189:10
function  48:3
  115:12 196:15,16
  226:17 249:15
functioning  10:25
  11:8 76:2,3 172:6
  209:18 243:18
  247:8 251:22
functions  55:11
  66:22
fundamental
  209:16 263:25
funded  108:3,4,22
  108:22
funding  108:5
  109:1 114:13,15
  114:23 115:5
  117:19
funds  115:7 116:1
  116:5,8
funny  121:4
further  115:21
  248:25 262:22
  267:23 305:24
  313:12,14
future  114:3,8

g

gain  110:24,25
  248:24
game  242:15
gamut  61:23
gap  40:14
gay  89:14 187:20
  187:24 188:4
  189:18 190:3
  262:20 264:5,11
gender  10:7,9,16
  10:23 11:2,9,13
  18:11,13,19 19:3,3

19:5 22:12,21
  26:20 38:1,4,7
  40:1,4 43:12
  44:22 47:20 48:7
  49:16 52:5,7
  55:21 57:5 58:17
  58:21 60:12,23
  61:5,10 63:6
  68:25 79:1 83:5,5
  83:9 87:24 88:12
  88:17,22 89:4,10
  89:18 90:1,3,18,22
  91:4,23 92:4,8,13
  92:21,22,25 93:8
  95:6 96:16 98:7
  98:21,21,22 101:2
  101:13,17,20
  102:5,14 105:22
  107:15,23 109:18
  110:11 115:8,14
  115:18 116:24
  117:3,5,15 119:6
  123:2 125:15
  127:1,19 128:2
  130:8 131:10,14
  131:14,16,19
  132:8 143:23
  144:5,12 145:1,12
  161:2 168:1,18,24
  170:1,2,2,25 171:3
  171:18,23 173:14
  174:11,24 175:9
  176:4 178:25
  179:5,8,11,21
  180:2,9,17 181:16
  182:19 184:13,19
  186:2 188:15,21
  189:12,14 190:7
  190:14 192:1
  194:8 196:7 200:5
  200:5,19 202:4

205:25 206:25
  207:19,25 208:12
  208:19 209:23
  210:5 211:12
  212:23 213:22,24
  215:8,15,23
  226:24 227:4
  228:22 229:9,17
  230:3 232:10,13
  232:16 233:2
  234:25 238:19
  243:19 247:9
  249:17 250:3
  255:23 256:8,13
  256:17 257:9,10
  257:25 258:1,5,7
  260:22 271:15,25
  281:1,19,22
  282:16 283:3,23
  288:17 292:2,19
  299:12 303:1,13
  307:5 308:12,16
genders  162:5
general  3:14 4:4
  7:4 11:3 54:3
  56:10 79:22
  106:18 124:11
  153:13 154:17
  161:3 166:8
  177:19 184:22
  186:6 243:20
  256:13 257:11
  277:4 281:7 283:8
  307:1
general's  14:19
  133:9
generally  75:6
  80:15 82:18,19
  83:1 111:24 112:6
  140:15 154:1
  185:12 187:19

188:12 210:14,15
  211:6 241:3
  282:25 293:23
  308:24
genitalia  273:4,15
  274:1
genuinely  293:21
gestation  59:24
getting  38:22 74:3
  85:14,22 120:24
  150:4 216:13
  237:8
gibson  267:14
  269:18,19
girl  175:6
girls  174:9 175:8
  222:12 223:5
  273:22,24,24,25
  304:12
give  32:22 66:16
  124:22 125:2,9
  129:5 145:23
  146:17,23 148:16
  151:8 153:12
  160:12 186:21
  206:22 208:5,8
  215:2 217:22
  270:7,10 285:9
given  23:21 68:2
  81:11 123:13
  127:21 149:19
  156:17 214:23
  240:24 268:11,11
  311:19
glad  32:11
glaring  94:25 95:1
glazier  269:19
global  251:22
go  20:13 21:21
  24:20 32:12 34:8
  50:6 57:21 58:5

Page 23

Armistead Supp. App. 0311

[go - happen]

81:15 88:15 89:6
89:6,21,24 93:11
94:8,16 95:21
97:2 105:4 121:20
122:4,23 128:20
143:17 151:16,24
152:19,19 153:8
154:18 171:21
206:1 207:1,20,25
212:4,12 233:24
255:3 259:4 272:8
272:18 274:16,25
276:8,17 280:14
280:22 281:2
291:17 304:25
305:8 306:16
310:18
**goes** 93:20 159:25
160:23 173:15
**going** 18:9 25:7
32:13 35:2 39:5
57:13,23 60:8
70:7 82:24 85:4
90:14 107:21
121:22 122:23
134:17 145:21
148:4 150:10
151:17 154:3
156:21 160:12
165:2 176:8 177:3
185:5 186:20,21
190:18,19 199:13
212:2,5 215:25
216:1,15 217:15
219:6 227:6 229:1
230:8,9 235:4
243:22 247:12
250:5 254:8 255:3
259:10 261:21
265:15,22 266:9
268:1 270:21

274:8,18 279:21
282:2 285:20
286:13 287:7
288:23 291:21
299:21 300:12,14
302:7 304:19
305:1,10
**gonadotropin**
200:7
**good** 13:4 14:4
15:25 57:20
103:16 121:19
151:14 199:16,17
212:1 274:13
284:8 288:6
292:21 296:6
304:19
**goodness** 139:20
214:4 277:16
306:15
**gotten** 79:18,20
82:16
**government**
161:15 182:4
184:8 217:4 257:1
**governmental**
177:10 181:23
**graduate** 38:12,24
39:3 96:3
**grant** 108:8 118:2
119:7,8,9,18 120:7
**granted** 115:22
**grants** 114:19
119:23
**great** 16:19 17:10
17:24 18:7 19:2
19:13,17 28:24
29:6 30:21 32:11
33:3 34:1,20
35:20 36:23 41:2
41:20 50:20 52:3

53:25 62:11 64:18
68:14 80:7 87:2
88:25 89:21 90:12
93:10 97:1 100:25
107:22 115:19
119:22 123:5,8,11
146:7 152:9
173:12 176:17
177:8 187:3
190:25 205:23
218:8 220:2,5
225:11,15 227:15
230:7 235:3,12
246:1 247:25
250:11 251:17
254:17 259:17
260:15 262:4
263:2,15 268:12
268:21 269:17
270:1,13 275:1,8
275:14,23 286:22
291:7 302:14
303:12 305:15,21
310:19
**greater** 255:24
**greatly** 307:22
**green** 3:6 15:5,5
230:1 231:8,24,25
233:13 311:3,3
**grossly** 84:9
**ground** 16:19
**grounds** 25:9
**group** 48:14,21
50:9 67:4 167:24
171:15 237:10,15
237:25 238:14
240:23 252:6,12
253:20 255:24
256:4,7,21,25
309:10

**groups** 165:21,22
171:16 217:15,18
242:17 309:2
**grow** 187:7
**growing** 153:19
**guess** 24:23 185:8
202:11 215:13
223:4 294:17
296:13
**guesses** 144:20
**guidelines** 199:20
200:4 201:10,13
202:4,10,14
289:20,24

| h |
|---|

**h** 16:15 47:10
316:3
**h.b.** 155:25 157:12
158:15 163:21
164:7 167:11,18
168:4,9,22 169:1
172:25 173:8,19
174:15 175:12,19
176:3 177:12
178:4,8,12,15,18
**hal** 6:7 15:12
**half** 47:19,21
88:14 100:24
140:9 148:8
**halvorson** 8:7
13:14
**hand** 263:12
**handed** 96:17
**handedness** 89:13
**handful** 186:7,11
**handled** 86:8
314:8
**hands** 239:11
**hang** 90:14 244:1
**happen** 21:5
100:12 138:10

Page 24

Armistead Supp. App. 0312

[happened - hypersexual]

**happened**  25:16
60:19 61:17 85:2
132:3 204:11
291:13
**happening**  84:8
181:20 195:21
245:21
**happens**  60:16,17
80:21 209:10
268:24
**happy**  17:11 80:7
**harassing**  289:12
**hard**  44:25 59:21
202:6 303:17
**harrison**  1:10,14
2:10,14 6:16
14:25 311:8
**hartnett**  5:5 14:2,2
**hateful**  289:12
**head**  18:3,4 62:6,8
62:12 63:5,18
64:10,22,25,25
66:13,20,21 67:3,8
67:10 131:7
233:25
**heading**  225:15
**health**  10:5,17,22
11:20 47:2,4 59:3
59:6,13 67:9,10
73:4 75:23 80:24
81:3 202:22 203:2
227:2 232:21
235:1 238:19
240:20,24 246:9
259:19 260:25
265:23 281:18
**healthcare**  18:10
80:16 249:22
283:16 299:15
300:2

**healthy**  80:17
171:24 276:10,24
**hear**  40:23,25
134:14 292:6
308:3
**heard**  29:19
171:10 182:6
189:2 255:2 297:1
**hearing**  306:22
307:19
**heather**  1:6 2:6
4:4 7:4 13:8
**held**  13:13 79:12
**help**  33:15 35:1
70:19 110:12
127:5 171:13
176:21 181:19
194:19 218:24
219:18 276:21
**helpful**  44:15,16
155:14 260:6
**hereto**  32:17 34:13
146:1 176:12
186:25 190:22
227:10 230:12
235:7 239:2
243:25 247:15
250:8 254:12
259:14 261:25
265:18 268:5
274:11 286:17
312:9
**hesitate**  63:9 71:7
99:21 104:18
112:9 152:15
205:10 256:23
270:20 291:10,11
**hesitation**  128:16
**heterosexual**
91:14 264:7

**hframpton**  6:13
**hi**  14:2
**higher**  66:18
257:10 271:16
272:2
**highly**  139:22
142:6 169:9 228:2
228:7,15 232:22
248:12 268:18
275:17 289:19
**hipaa**  71:19 76:9
151:2
**hiring**  108:6
**history**  36:24 53:4
53:5 114:13 150:3
**hit**  274:12
**hold**  23:14 62:12
202:2,11,16 205:7
260:13
**holistically**  61:11
**holsterom**  5:11
**holt**  248:2
**homophobic**
289:13
**homosexual**  91:15
262:18
**homosexuality**
90:18,23 143:19
143:20 144:8,24
145:9
**honestly**  293:25
**honesty**  292:8
**hope**  218:12,22
219:17
**hopefully**  53:3
**hormone**  10:10,23
79:6 82:4 115:13
115:16 197:23
198:3 200:7 230:3
238:6,20 240:18

**hormones**  80:1,10
82:12 132:18,23
185:19 194:13
197:20 198:8,11
198:14,18 199:3
233:2 237:12,16
238:1
**hospital**  41:7,9
52:2 53:10 54:16
55:11 66:11 70:3
70:4,10 71:5,8
72:12 73:1 83:7
83:12 84:6,16,18
84:20,21,25 85:13
85:13,17 86:5,8
183:16,18
**hospital's**  108:25
**hottub**  303:5
**hour**  17:17 57:14
85:11,11 103:9
150:2,7,10 199:14
212:2
**hours**  85:12
**housing**  303:3
**huh**  100:2 115:15
182:11 237:20
**human**  43:14,17
43:24 46:1 56:21
56:22 59:18 60:6
75:22 76:1 87:21
87:22 116:23
122:15,17
**humans**  105:14
**hundred**  210:23
211:3,4,17 296:13
296:14
**hurricane**  6:10
**hurt**  292:4
**hutchens**  4:4 7:4
**hypersexual**  64:1

Armistead Supp. App. 0313

**hypersexuality**
64:6 65:7 90:1
140:12,14,19
141:2,5
**hypothesis** 209:3,4
209:7,18 219:19
219:22

**i**

**idea** 156:16,18
182:10 208:5
222:21
**ideas** 278:6
**ideation** 236:16
237:4
**identification**
32:16 34:12
145:25 176:11
186:24 190:21
227:9 230:11
235:6 239:1
243:24 247:14
250:7 254:11
259:13 261:24
265:17 268:4
274:10 286:16
**identified** 93:10
104:15 143:18
**identify** 13:18
15:10 58:20
143:13 177:10
180:9 206:1 207:1
207:20 208:1
211:5 229:4
230:15 266:17
**identifying** 143:21
**identities** 11:22
58:16 92:12 98:15
101:2 111:25
117:16 127:1,18
132:7 259:20
265:25

**identity** 18:14,20
22:12,22 47:20
48:7 49:16 87:25
90:19,23 92:8,22
95:6 96:16 98:21
101:13,17,20
102:5 107:15
109:19 116:24
117:4,5 143:6
161:2 174:11
175:9 180:12
189:14 200:17
**ideological** 191:15
**ignore** 276:6
**ignoring** 281:10
**ii** 175:7 200:6
**illinois** 21:4,12
**illness** 21:1,20
66:1 73:10
**imagine** 202:6
270:25
**imaging** 115:17
116:22
**immediately** 41:7
295:4
**impact** 10:15
166:11,14 176:2
234:24 248:22
**impacted** 168:3
**implants** 279:23
**implications**
298:25 299:2
**important** 245:22
248:23 300:9
**importantly** 292:1
292:18
**improve** 165:16
166:9
**improved** 236:16
237:4

**improvement**
192:17 226:8,12
**improvements**
226:16 237:6
240:20
**improves** 166:23
167:1
**inappropriate**
289:11
**inaugural** 72:19
72:22,24,24 73:23
**incident** 298:13
**include** 28:1,3
43:17,19,20 63:13
63:24 95:9 101:13
140:11 153:4,21
153:22 160:24
213:9 222:10
229:10 249:19
275:14
**included** 26:10
27:1 28:17 43:15
45:3 46:2 63:10
158:4,22 186:4
205:18 222:5
224:13,17 251:25
267:19 276:22
292:11 314:14
315:3
**includes** 78:1
101:15 111:4
220:6
**including** 29:14
108:12 116:23
170:9 222:23
237:10 281:20
290:13
**inclusive** 276:9,13
276:18,19,20
**incomparable**
150:14

**incongruent** 200:5
**inconsistent**
158:18,22
**incorrect** 193:19
260:18
**increase** 107:22
153:17 248:19
**increased** 249:15
**increases** 214:1,7
258:13,19,22
259:1
**increasingly** 276:1
276:4
**independent** 45:17
98:24 119:16
**independently**
30:2 261:10
**index** 9:1
**indiana** 146:10
**indicate** 162:14
196:19 271:18
**indicated** 241:17
**indicates** 273:12
**indicating** 20:24
81:17 192:16
217:13
**indirect** 109:1
221:10
**indirectly** 63:13
89:11,12 90:17,19
90:22 108:22
116:19
**individual** 29:13
48:13 110:11
111:1 143:13
145:10 154:4
217:11 272:17
308:15,17
**individually** 20:14
**individuals** 23:18
26:1 48:21 50:8

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0314

[individuals - involve]

58:9 67:7 84:12
86:19 89:3,3,9,10
91:5 93:1,8,8
101:16 119:6
131:4 144:11,17
144:25 171:23
211:9,17 232:5,11
235:25 239:25
283:22 296:2
307:11,13
**induce** 181:9
**inform** 104:14,19
292:24
**information** 70:18
76:9 82:25 85:5
92:12 101:16
134:3 148:17
158:9 161:20
172:7,8,15,16
173:12,16 181:18
182:4 217:5
264:24
**informative**
111:10
**informed** 133:4
197:2,6 198:7,10
**informing** 287:21
**informs** 104:22
**initial** 120:9
**initialed** 312:8
**initially** 96:22
226:7
**initiated** 99:24
**initiator** 81:10
**injunction** 35:11
136:10
**ink** 312:8
**input** 49:8 102:11
102:15
**inside** 186:5

**instance** 265:9
**instances** 22:2
283:4 307:10
**institute** 9:18 37:2
73:4 146:9 161:16
**institution** 48:1
72:25
**institutions** 275:25
**instruct** 17:6
134:17
**instructions**
248:17
**instructors** 49:7
**instructs** 16:23
**instruments** 68:21
**integrate** 158:11
161:16
**intelligence** 42:21
42:22
**intended** 209:8
**interact** 139:24
142:7 210:23
**interactions**
248:15
**interdisciplinary**
37:8
**interest** 20:25
135:24 136:1
139:23 142:6
178:5,8,12 188:1
188:11 309:11
**interested** 134:8
135:17 145:16,18
188:3,3 313:15
**interesting** 126:10
242:23
**interests** 46:9
177:10,19
**interfere** 55:13
142:7

**intern** 49:18,19
57:10 59:2,9,10
**international**
235:14
**internationally**
196:3
**interning** 49:20
**interns** 68:24
**internship** 47:16
47:19 48:6 49:22
96:4 147:23 148:3
**internships** 67:25
**interpreted**
258:12
**interrelate** 63:12
**interrogatories**
9:23 177:1
**interrogatory**
177:8
**interrupt** 35:3,3
307:17
**interrupted**
295:11
**intervals** 120:22
**intervenor** 1:18
2:18 6:3 15:13
155:7,9
**intervenor's** 155:4
156:5
**intervenors** 14:22
**intervention** 10:17
234:25 236:15
237:3 252:10
279:11 280:1,3
**interventions**
238:6 278:20
279:8,12,16 280:6
280:11
**interview** 9:18
69:11 146:11,15
146:19,20 155:6

**interviewed** 69:14
**interviewing**
69:14
**interviews** 146:17
148:14,17
**introduce** 32:13
34:10 145:21
176:9 186:20
190:19 227:7
230:8 235:4
238:24 243:22
247:12 250:5
254:9 259:11
261:22 265:15
268:2 286:13
302:7
**introducing** 275:4
**introduction**
270:8
**introductions**
13:24
**introductory**
213:13
**invasive** 289:16
**investiga** 181:24
**investigation**
144:20
**investigations**
181:24 216:15
**investigator**
114:22 115:3
119:1
**investigators**
119:2 120:7
**invitation** 100:3
100:17
**invite** 100:4
**invited** 100:13
**involve** 25:22,25
63:5 69:3 79:1
121:1 131:23

Page 27

Armistead Supp. App. 0315

[involve - know]

132:11,17,20,22
285:18
**involved**  79:8
117:13 118:5,7
121:7 149:5
150:23 162:3
201:8,12 204:21
205:3 250:21
277:25 284:23
300:15
**involvement**  118:8
133:2 202:1
223:13
**involving**  307:2
**inwards**  227:18
**ironically**  302:21
**irregular**  188:24
**irv**  56:14,17,19
**ish**  151:12
**isolation**  218:11
218:21 219:16
**issue**  46:6 70:23
83:15,17 96:21
110:13 163:6
178:22 252:3,6
283:21 284:4
292:3,19,20,25
294:3 296:21
297:6 298:5 301:9
307:1
**issued**  12:1 265:13
**issues**  21:22,24
22:13,22 26:5
45:2 46:9 48:4,25
49:1,3 55:13
58:16 65:17,18
69:3,5,6 75:9 83:5
83:9 88:22 89:17
91:4 92:24 101:13
103:23 104:15
131:19 132:2,8

161:20 269:6
277:17,17 288:16
293:2,24 307:25
309:22
**italiano's**  106:7
**item**  303:7
**items**  177:22
**ix**  177:24 178:9

## j

**j**  16:14 88:18
109:14,17 129:21
**jackson**  1:6 2:6
13:8
**jama**  228:5,6,9,12
**james**  1:20 2:20
9:3,12,15,20 13:7
15:19 16:14
146:12 312:5,16
314:5 316:2
**jamescantor.org**
12:8 275:11
**january**  66:4
187:12
**jblock**  7:21
**jeffrey**  6:19 14:24
311:7
**jeffrey.cropp**  6:24
**jenifer**  250:12
**jennifer**  235:20
**jensen**  31:17 202:1
**jessica**  269:19
**job**  1:24 41:15
314:5
**jobs**  41:14
**johansson**  255:6
**johnson**  6:18
**johnson.com**  6:24
**joined**  284:24
285:13
**joint**  307:4

**jokes**  289:14
**jonah**  231:25
**jonathon**  227:17
**josephson**  22:3,5
23:4 139:10
**josh**  14:12
**joshua**  7:17
**journal**  99:22,23
99:24,25 100:12
113:2,5,8,21,24
114:3,4,5,8 228:1
228:4,12 232:21
235:14 240:5
246:9 248:9,11,16
248:20,20,23
249:1,6,8,10,11
251:8 285:24,24
**journal's**  248:21
**journals**  114:10
**julie**  5:10
**july**  115:23 116:7
116:9,10 191:6,7
192:4,6,7 251:7
290:21 302:15
**june**  33:25 35:11
54:23 116:11,12
136:11,17,20
137:13,25 138:14
138:25 139:9
**justified**  175:13
**justin**  146:18
**jveroff**  5:22

## k

**k**  56:17 97:10
**kagay**  1:23 2:24
13:16 313:24
**kang**  5:7 14:8,8
**katelyn**  5:7 14:8
**kathleen**  5:5 14:2
**katie**  259:22

**keep**  74:18 152:19
153:7 199:13
298:24
**kelley**  6:6
**kelly**  4:7 7:7 15:2
311:11
**kettenis**  250:14,22
250:25
**khartnett**  5:17
**kibblewhite**
107:13 108:19
**kid**  78:23 123:15
123:15
**kids**  78:4 116:15
123:17 167:4,8,18
167:20,20 168:7,8
168:10,10,16
186:8 187:7,17
191:18,20 192:17
205:25 206:25
210:5 226:9 229:5
**kim**  227:19
**kimberly**  235:20
**kind**  21:18 68:5
108:6 114:7
146:19 150:5
166:13 173:16
189:3,9 201:15,19
208:4 216:25
233:18
**kinds**  82:23 99:10
173:17 183:9
**kingly**  28:10
**kinsey**  9:18 146:9
**kkang**  5:18
**kmorgan**  4:12
7:12
**knew**  95:3,5 297:2
**know**  17:11 24:25
27:8 32:21 34:15
42:25 55:19 66:6

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0316

[know - letters]

68:23 71:18 72:17
75:24 76:5 77:21
77:22 82:16 83:2
84:16,23 100:10
100:18 101:7
104:1 110:13,22
110:24 121:12
129:14 135:15
137:22 148:1,16
152:17 154:5,19
157:1 160:4
161:17 162:19
163:5,7 164:23
166:24 172:1
175:24 176:15
181:18 183:5
185:6 186:10,13
197:13,19 198:17
198:22 201:15,25
202:20 203:1,13
203:16 204:12,25
206:18 207:17
213:14 215:25
216:2,4 217:17,21
222:21 223:13
227:12 228:14,16
228:18 230:22
232:25 235:9
244:23 245:2,3,9
246:6 248:6
254:14,25 257:8
261:17,19 262:2
262:14 263:4,14
265:20 269:2,8,14
273:23 275:6
280:2 286:19
288:23 289:25
292:11,22 293:20
294:25 295:14
296:9 297:3
299:11 301:6

303:23 306:9
**knowledge** 25:8
56:24 84:15
110:25 156:15
166:13 183:17,21
199:2 203:8 216:9
217:2 222:19
223:14,14 228:20
232:23
**knowledgeable**
58:16
**known** 37:3 47:6
73:4,6 98:21 99:2
99:19 130:4 148:2
183:23 193:21
206:16 207:22
221:19 264:24
268:11,16,18
284:25
**kristina** 259:21
267:6 268:10
269:19 270:1
**kuper** 238:17
239:14,18 242:6

**l**

**l** 16:15
**lab** 49:8 120:18
**label** 298:21
**laboratory** 85:10
**lack** 128:7 265:5
**lacked** 252:6
**lai** 117:1
**lainey** 1:17 2:17
155:9
**lamb** 263:22
**lambda** 4:15 13:22
13:23 14:1 16:3
**lambdalegal.org**
4:23,24,25
**landén** 255:6

**lane** 235:21
**langhofer** 6:8
**language** 42:4
281:21 282:15
283:2,20
**large** 73:1,7
129:24 181:20
206:13,21 207:7
284:25
**largely** 73:16
150:1 285:21
**larger** 186:5
214:20
**largest** 83:4
129:25 194:8
**late** 46:15,16
50:18 76:12
192:12 309:25
**latest** 193:11
203:8
**lau** 239:19
**laura** 239:18
**law** 3:7,16 4:8,19
5:12 6:9,20 7:8
59:3,6,13 67:9,10
71:22 162:13
166:9 172:4 174:1
174:6 175:2
261:18 264:16
**lawmaker** 161:23
**lawrence** 130:1
170:20
**laws** 71:19 151:2
**lawyer** 164:1,3
174:19
**lawyers** 69:22
133:4,6
**lay** 109:18 301:7
**layperson's**
300:24

**lead** 85:17 131:13
131:19
**leading** 293:13,14
293:14
**leads** 268:20,22
**learn** 133:3
**learning** 42:20
44:5
**leave** 83:12,22
85:17 86:9
**leaving** 83:6 114:2
184:16 224:4
**led** 149:8 273:23
288:21,22 298:13
**left** 75:22 84:1
89:13 96:17 128:7
257:18,19 263:12
304:21
**legal** 4:15 13:22,23
14:1 16:3 80:20
134:17 149:9,14
149:22 158:10
159:21 311:21
314:7
**legitimately** 94:14
281:4,4
**lehmiller** 146:18
147:2 148:23
149:1
**length** 251:17
**lengthy** 263:12
**lesbian** 187:21,24
188:4 189:25
264:5 307:3
**letter** 80:14,23
81:5,17,20 82:2
106:5,5,14,15,16
106:19 107:7,18
225:9,16 298:1
**letters** 81:24 105:6
105:10 106:3

Page 29

Armistead Supp. App. 0317

[letters - machine]

109:12 224:22
**level**  38:12,24 44:5
  44:10 45:14 62:22
  130:25 301:11
**levels**  271:16,25
**libelous**  289:16
**liberties**  7:16
**licensed**  79:3,5,24
  80:4,16
**licensing**  180:19
  180:20,21,24
**lichtenstein**  255:5
**life**  60:16 69:8
  139:24,25 142:8
  169:11 175:14,21
  236:17 237:5
  306:15
**lifespan**  51:4
  58:23
**lifetime**  109:23
**liked**  298:7
**lily**  259:21
**limit**  103:2 282:22
**limited**  26:10
  91:25 112:3,3,5
  150:1 172:1
**lindsay**  8:4
**line**  17:19 147:5
  147:20 287:24
  306:24 314:15
  315:4 316:4,7,10
  316:13,16,19
**list**  53:3 87:3
  88:25 89:22 90:15
  105:5 112:14
  114:15,19 130:17
  130:22,24 152:19
  153:7 204:6,8,10
  207:16 220:6,19
  221:16 222:5
  223:22 224:5,13

224:17 226:20
  291:13 295:5,6
  303:3,7
**listed**  31:20 41:6
  41:21 88:1,13
  89:2 105:19,19
  113:15 114:13
  122:21 123:12
  125:18 130:20
  177:22 207:11
  224:2,2
**lists**  122:10
**listserv**  285:22
  286:3,5 287:22
  288:5 290:10,12
  291:9,15,18 292:5
  293:9 295:2 296:7
  296:8,9,12,16,20
  296:25 298:14
**listserv's**  289:20
**listservs**  294:1
**liter**  222:21
**literature**  29:16
  29:21,24 101:8
  104:21,21 105:1
  129:24 152:11,17
  153:4,14,18,25
  169:13 198:16
  201:16 222:17,20
  222:21 223:20
  230:16 266:17
  270:22 303:24
**litigation**  23:22
  155:24 156:1
**little**  17:2 32:23
  44:25 45:4 54:22
  59:21 60:14 91:18
  93:12 98:19 121:4
  184:16 189:20
  202:6 308:3 309:5

**live**  143:9 166:11
  281:20 282:16
  283:3
**lives**  48:15 165:17
  166:12,23 167:1
  278:24
**living**  48:15
  145:20
**llp**  14:3,7,9
**load**  32:24 176:14
  268:8
**lobaugh**  117:9
  119:3
**local**  53:20
**locate**  266:21
**locked**  314:12
  315:1
**locker**  303:4,6
**long**  11:15 35:21
  40:11 85:24 87:7
  87:15 105:9
  112:18 113:10
  161:9 221:9 255:9
  276:8,17 285:14
  292:4 293:13
  300:15
**longer**  61:16 84:10
  98:11 192:20
  217:11 249:5
  287:15 294:2
**longitudinal**  10:15
  234:24
**look**  33:8 60:15
  68:11 75:12
  107:11 122:24
  123:12 195:24,25
  200:10,12,14
  218:8 241:20
  247:25 250:11
  257:18 266:9
  271:20 279:23

285:16 286:10
  290:15 291:22
  305:11
**looked**  204:6
**looking**  17:1 60:18
  60:20 75:18 80:16
  88:25 97:22
  176:19,20 189:11
  203:18 222:9
  239:9
**looks**  79:19 118:25
  119:22 122:20
  236:2 246:2
  290:19
**lopez**  239:19
**losing**  294:22,25
**lot**  36:20 49:1 68:8
  74:17 146:17
  268:18
**loud**  288:8
**loudest**  210:17
**loudoun**  22:16
**love**  53:4 115:20
  146:23 205:20
**lower**  228:23,24
  229:18,20 233:3
  260:24 285:13
**lowering**  195:23
**luck**  147:15,19
**lunch**  151:15
  152:3,4
**långström**  255:6

| m |
|---|

**m**  1:20 2:20 5:6
  6:19 9:3,12,15
  15:19 16:14,15
  47:10 117:9 312:5
  312:16 314:5
  316:2
**machine**  313:11

Page 30

Armistead Supp. App. 0318

madeleine 259:21
magnetic 115:17
maia 4:18
mail 181:19 182:3
 220:24 232:7
 251:2 289:6 290:7
 290:19,25 291:2,7
 291:17 292:12
mailing 184:7
 295:4,14
mails 199:7 217:4
 232:9 288:23
 291:20
main 139:14
 158:24
mainstream
 269:11 277:17
major 38:23 254:6
majority 55:15
 191:17,20 206:13
 206:21 207:7
 212:23 240:25
majors 38:24
maker 81:7
making 158:12
 214:19 234:20
 268:19 277:18
 279:5
male 91:10 106:24
 107:3 161:5 164:8
 164:9 174:4,5
 223:15 272:9,18
 273:5,16
males 104:12
mallar 117:8
man 109:13,16,25
manuscript 97:18
 221:2
manuscripts
 248:20

march 1:20 2:23
 13:1,5 33:22
 277:21 313:19
 314:3,5
marco 248:3
marcus 255:5
marginalized
 292:5
marked 32:13,14
 32:16,18 34:8,10
 34:12 136:7
 145:22,25 176:9
 176:11 186:21,24
 190:19,21 227:7,9
 230:9,11 235:6
 239:1 243:24
 247:13,14 250:6,7
 254:9,11 259:11
 259:13 261:22,24
 265:16,17 266:10
 268:2,4 274:9,10
 275:4 286:14,16
 302:8
marks 235:5
massachusetts
 5:15 306:23
master 39:1
master's 38:14,16
 38:22 39:6,8,25
 40:16
masters 130:25
match 18:20 65:3
matched 257:4
 288:20
matches 18:14
material 30:7,7
 51:15 124:20
materials 30:3
 156:12
math 215:8,12

mathematics 37:9
 214:13
matter 13:7 16:8
 38:25 89:15
 135:23 262:9
matters 27:22
maturing 196:21
maximize 70:19
maxine 49:10,12
 58:12 129:22
mccuskey 3:5
mcgill 42:10,12,17
 43:8,12 45:19
 46:19 55:24 56:24
mcguire 250:12
mclaughlin 259:22
mean 18:13,19
 19:1,9,11 24:25
 45:16 46:14 52:12
 52:12,16 66:24
 71:14 72:22 77:18
 81:11 89:12 91:24
 93:24 102:15
 116:8 124:23
 130:18 143:25
 147:18 165:19
 180:19 181:6
 183:1,18 184:19
 185:22 187:25
 188:10 189:5
 213:10 214:2,14
 214:21 215:1
 226:6 231:16,17
 231:19 243:9
 244:23 254:21
 265:7 276:18,19
 276:25 277:12
 279:18 280:4,4,9
 295:17 299:13
 300:12

meaning 185:6
 229:2
meaningful 110:9
 216:20,21,22
meaningfully
 232:6 252:24
 253:1 282:23
means 61:1 162:16
 243:5
meant 127:5 185:5
 185:7 231:4 239:3
 283:10 286:5
measure 248:23
 253:5
measures 241:17
measuring 166:16
media 13:6 57:24
 58:4 75:14 121:23
 122:3 151:18,23
 181:20 199:9,9
 212:7,11 216:14
 217:10,19 218:1
 241:1,5,7,8,9,11
 241:12 269:6,10
 269:12,12 274:19
 274:24 278:3
 305:3,7 311:20
medical 19:4,9,11
 20:6 48:14,21
 50:8 69:19 79:3
 80:13,15,18 81:1,8
 81:16,18 154:15
 154:18,23 192:19
 192:21,22 197:16
 209:2 214:9
 216:25 228:2,12
 229:6,10,18
 246:24 249:23,24
 252:9 256:19
 278:20 279:8,11
 279:12,15,25

Armistead Supp. App. 0319

[medical - money]

280:3,12,23 281:2
281:9,11 309:24
**medically** 181:9
**medicine** 63:7
248:9,12 249:8,11
**meet** 30:5,23 31:6
75:17
**meeting** 30:17
123:20 124:2,16
125:24 126:3,13
126:14,18,19
127:8,11,13,25
128:12,22,24
**meetings** 126:5
**megha** 117:8
**member** 72:19,23
72:25 73:23
134:23 167:24
204:16 284:16
285:10,14 286:2
**members** 113:4
167:23 199:8
276:2 286:5 290:5
290:21 291:19
292:2,19 295:21
296:4,7,11 298:16
**membership**
285:7,18,19 290:9
**memory** 41:13,19
**men** 188:13 198:2
309:12
**meng** 117:1
**mental** 10:5,17,21
11:20 21:1,20
47:2,4 59:3,6,13
66:1 67:9,10 73:4
73:10 75:23 80:16
80:24 81:3 227:2
235:1 238:19
240:20,24 249:21
259:19 260:24

265:23
**mentally** 80:17
171:24
**mention** 97:5
101:10
**mentioned** 21:14
22:17 24:17 29:18
45:8 50:22 58:15
62:3 96:15 98:14
99:5 100:19 101:1
102:2,4 111:1
119:5 129:21
140:21 144:7,7
149:18 169:20
170:20,24 182:24
186:11 193:3
199:7 213:16
217:6,21 234:4
238:13
**merely** 160:16
162:13 217:16
224:21
**meritorious**
157:10,19 158:2
159:15 160:7
165:11
**messages** 289:18
**met** 30:6,14,16
111:20 154:6
246:7 250:24
**method** 72:13
194:10 196:5
238:9,10,11
242:18 252:8
**methodological**
262:17
**methodologically**
233:15
**methodology** 44:7
**methods** 118:11
148:24 181:8

221:10 243:13
**mic** 307:22
**michael** 16:14
109:14,17 111:18
129:21 248:1
**middle** 17:19
191:12 203:10
264:22 288:1
302:18 308:25
**midlife** 169:13
**miesen** 243:17
244:2 245:24
246:2 253:16,19
**mikael** 255:6
**millon** 100:14
**mind** 25:4 93:11
129:18,23 130:1
143:20 144:2,4
188:24 209:2
210:18 222:25
309:16
**minds** 164:21
165:1
**mindset** 271:1
**mine** 97:13
**minor** 83:2
**minority** 213:22
215:7,15 269:12
**minors** 200:17
**minute** 50:6 57:15
57:19 103:11
121:18 145:23
212:1 304:23
**minutes** 199:14
212:3
**misapply** 172:2
**mischaracterizing**
94:17
**misconstruing**
145:11

**misinformation**
171:14
**mispronounced**
117:10
**mispronouncing**
235:19
**misrepresent**
93:19
**misrepresented**
245:5 269:11,13
**misrepresenting**
293:2
**missed** 77:21
**missing** 195:12
266:6
**mission** 298:4
**mistake** 144:11
145:1,9 216:4
**mistakes** 215:11
**misunderstanding**
67:15
**misunderstood**
24:1 27:20 137:1
**misuse** 85:16
**misusing** 84:6,16
**mix** 111:3
**model** 251:20
**moderate** 228:23
229:19 302:24
**modest** 240:20
**moment** 32:24
33:5 36:19 78:12
87:2 146:23
156:25 176:14
177:5 186:22
194:23 257:21
270:10 309:14
**monday** 1:20 2:23
13:1
**money** 85:20
120:12

Page 32

Armistead Supp. App. 0320

[monitoring - number]

**monitoring** 197:10
197:13
**month** 228:25
229:20
**months** 124:12
133:13 135:1,4,5
136:6,15 138:11
138:12,16 150:11
231:2 249:16
**montreal** 53:11,20
54:17
**moot** 188:9,10
**morbidities**
258:23 259:2
**morbidity** 258:14
**morgan** 4:7 7:7
15:2,2 311:11,11
**morning** 13:4 14:4
15:25 152:9
**mortality** 258:14
**mother** 1:6 2:6
**motion** 35:11
136:10,10
**motivate** 143:8,23
143:25
**motivated** 83:6
144:13
**motivatives** 91:9
**motivator** 91:8,22
**motivators** 189:11
**move** 86:24
**moved** 59:3
**mri** 106:22 107:2
117:14
**multiple** 110:5,6
143:12,12 144:3
**myeshia** 231:25
232:6
**mzelkind** 4:25

**n**

**n** 16:15 56:17
**n.r.g.** 262:9
**naivety** 38:21
**name** 13:14 16:1
16:13 21:6 41:7
41:18 56:15,20
67:8 97:20,22,23
129:19,25 170:15
182:16 185:17
193:8 196:14
201:24,25 211:5
254:22 255:1
272:25 313:18
**names** 129:20
153:24 186:10
193:9 274:3 296:1
297:3
**nancy** 117:8
**narrow** 202:9
**nasty** 289:10
**natural** 57:14
**naturally** 17:17
**nature** 20:19
22:20 45:6 85:9
113:24
**ne** 6:10
**necessarily** 46:2
80:21 217:11
**necessary** 165:16
314:14 315:3
**need** 16:5 17:5,16
32:22 100:11
103:10 153:8
158:10 161:17,20
199:15 239:21
260:3 262:23
268:8 274:15
297:25 300:14
310:2,3

**needed** 48:23
51:15 60:6 116:22
120:13,14,16,18
120:19 153:21,21
**needs** 36:17 75:18
120:18 163:17
165:20 172:1,6
173:15 276:4
**negative** 242:19
242:24 243:3,5,9
243:11,15
**neither** 96:22
162:12 313:14
**netherlands** 194:9
251:12
**network** 228:5,6
**neuro** 118:10
**neuroimaging**
118:10
**neuropsychology**
40:9,12 41:24
**neuroscience**
51:15,17,20
**neuroscientists**
117:3,13
**never** 43:6 83:15
83:17 86:18 154:6
154:9 179:7
185:24 197:2,5
198:10 201:5
208:9 209:1 246:7
265:8 290:11
297:2
**new** 4:22,22 7:20
7:20 21:18,19
23:15 29:15,19,25
90:9 97:5 99:6
106:22 107:2
108:6 152:18
153:13 220:16
249:3,4 271:6,6

**newly** 72:25
**news** 182:3 184:8
217:5 240:11
**nexus** 101:5
**nicholas** 235:19
**nicknames** 309:1
**niklas** 255:6
**nodding** 18:3
**non** 165:25 167:2
188:4 292:2,18
**nonbinary** 10:6,13
227:3 230:5
**nonconforming**
292:2,19
**nonhospital** 85:10
**normal** 43:10
**normative** 272:1
**notating** 314:15
315:4
**note** 17:1 18:9
20:4 30:19 154:18
154:20 311:4
**noted** 31:14 71:24
72:19 85:6 134:6
219:9 282:6
311:22 312:8
**notepad** 32:6
**notes** 20:3 29:12
29:19
**notice** 222:18
**notified** 230:21
**november** 64:13
177:2
**nudity** 303:5
**null** 209:3,4,6,18
**number** 9:11
13:12 74:18 89:11
89:25 90:12,17
92:5,20 95:21
96:7 97:2 101:1
106:1,2,13 107:11

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0321

**[number - oh]**

107:22 109:11
110:14 114:1
123:3,7,7 125:14
148:13 150:13,14
155:20 181:20
203:13 205:24
206:14,15,16,23
206:24 207:6,15
207:18,24 214:20
215:19 248:19,22
250:20 255:17
260:7,11 263:25
281:16,24,25
296:7,8 297:4
311:20 314:15
315:4
**numbers**  105:25
206:19 215:19
296:10
**numeric**  301:10

**o**

**o**  16:15 237:19
**oaks**  6:21
**oath**  15:20 19:18
313:9
**object**  68:15 82:24
85:4 136:25 219:6
282:2 300:21
**objection**  18:23
19:7 25:12 26:14
26:24 27:14 43:25
44:1,23 45:22
60:25 61:13 63:8
64:7 65:13,15
70:11,13 71:6,17
71:24 77:6 85:6
86:15,21 103:24
104:17 112:8
120:3 124:3,4
133:18 134:2,6,15
136:23,25 142:11

158:16 159:7,17
159:18 160:9,21
161:14 162:10
164:2,18 167:12
167:14 171:5,6
172:12,22 173:1,2
173:10,23,24
174:17,18 175:1
175:16,22,23
197:24 198:4,19
207:3,4 208:14,22
208:24 209:24
210:7 211:13
219:8 222:14
223:8 224:9 225:3
229:13 234:12,19
241:16 242:8
244:22 245:17
272:10,11,19
273:7,9,19 282:6
282:17 283:6,7,24
293:11 296:18
299:6 300:3,4,5,6
300:20 301:4,5,20
303:22 304:5,6,14
304:15 309:18
310:15
**objectionable**
289:14
**objections**  177:17
**objective**  102:13
160:4 166:15
298:21
**objectively**  68:15
68:18 300:11,11
**objects**  17:4
**obscene**  289:16
**observations**  94:8
94:10 219:14
**observer**  298:21

**observing**  107:20
**obtain**  69:9 80:9
**obtained**  119:17
197:2 198:7
**obtaining**  46:23
**obvious**  309:8
**obviously**  44:15
94:25
**occupation**  52:19
**occur**  124:25
133:12
**occurred**  65:18
**occurrence**  20:13
**occurring**  69:7
238:7
**october**  136:16
232:20
**oddly**  126:7
**odds**  228:23,24
229:19,20 233:3
**offender**  148:9
**offenders**  47:23
48:18 65:8 148:9
149:6,25 150:24
151:3,9
**offense**  70:15 71:3
71:12,15,15 299:3
**offensive**  289:15
298:16,19,19,22
298:23
**offer**  163:14,20
219:12
**offered**  51:24
163:11 173:12,13
297:21 303:16
**offering**  105:9
158:5,7,14 161:4
161:25 162:7,20
162:24 174:8,12
175:5,10 178:3,7
178:11 205:15

207:23 208:3
271:7 305:16
**offhand**  21:8
186:12,16 234:3
234:15 238:16
255:17 256:3
273:2
**office**  14:19 133:9
133:16,22 134:12
135:2,7 136:5,14
136:22 138:9
314:11
**officers**  69:21
**official**  1:12,13
2:12,13
**offshoot**  228:13
**oh**  21:3 24:4 29:24
51:12 52:11 59:7
67:8 73:3 74:11
74:21 87:11,17
90:16 98:20 110:8
124:11 133:7
135:11 138:15
139:20 140:7
141:3 145:18
146:6 152:15
155:19 170:8
171:12 196:14
200:2 203:1
210:22 213:12
214:4 218:14
219:23 220:13,23
226:3 228:5
231:10 239:3,5,10
254:21,21,21
270:25 277:16,25
282:11 284:24
285:19 295:3,18
297:22 298:3
307:20

Veritext Legal Solutions
866 299-5127
Armistead Supp. App. 0322

[okay - opinion]

**okay**  13:4 14:17
15:8,14,15,17 17:4
20:7 21:9 22:14
23:20 24:7,12
25:8,15,22 26:7
27:19 28:7,15,21
32:12 38:10 39:16
39:20 41:2,8,15,23
43:10 45:13 46:18
46:22 47:3,12
49:15 50:20 51:22
52:10 53:1,5,25
54:15 55:2,9,18,23
56:5,9,22 57:9,21
58:7,25 59:7,15
61:9,24 62:4,15
65:10 68:1,5,22
69:23 73:3,25
74:11,20 76:25
78:3,19,25 79:8,18
82:14 83:15 86:24
87:7 88:8,11 89:6
89:21 90:12 92:15
92:17,21 93:3
94:6,16,23 95:12
95:21 96:14,19,23
97:1,19 98:4
100:16,25 101:9
103:13,14,16
106:2 107:7,25
108:21 109:7,11
111:5 112:12,18
113:14,23 114:6
114:12 116:7,12
116:17 117:18
118:12,20,25
121:16,17 122:6
124:1 125:13,21
126:10,22 127:13
127:17,21 128:10
128:12 129:2

130:14 131:3,22
132:11,25 133:15
133:25 134:11
135:9,13 136:4
138:4,15 139:13
140:4,10,21 141:3
141:8,25 142:9,14
143:16 145:7,16
145:21 146:7
148:20 150:22
151:13 154:3
155:1 156:20
157:2 163:9,19,23
164:6,16 166:6
171:2 172:19
175:12 176:8,24
178:3,7,11,21,24
179:10 180:14,24
181:3 182:1 184:5
184:11,18 185:21
186:1,10,17,20
187:14 188:15
190:5,18 194:2,4,5
196:12 197:2,19
198:13,16 199:2
199:10,13,17
200:10 202:2,16
202:20 203:1,8
204:13,21,25
205:14,20 207:18
207:23 208:11
210:3 211:4,8,23
212:17 213:19
214:5,12 216:17
217:1 218:5
219:24 220:12
221:16 222:4,9
223:21 224:12,16
225:11 227:1,6,15
228:1,14,18,21
229:23 230:1

231:12,22 232:18
234:9,23 235:12
236:2,12 238:13
238:17 239:12,13
239:24 240:15,17
242:18 243:4,12
243:16 244:12
245:19 246:6,8,17
247:11 248:8
249:11,25 251:6
252:17 254:7
256:1,4,11,16,21
257:8,14 258:21
259:4,9 260:5,9
261:6,13,17,20
262:16 263:16,17
265:22 267:14,21
269:14,17 270:10
273:3 274:7,22
275:11 278:7
280:14 281:6,14
284:9,16 285:18
286:6,12 287:3,11
288:4 289:3 291:4
291:16,22 296:14
297:5,9,20 299:11
299:24 302:6
304:10,18 311:6
311:10,15,18
**old**  21:1 46:11
76:8 110:2 175:6
288:23
**older**  138:16
299:18,19,19
**oldest**  76:11,12
**olson**  12:1 193:18
259:21 260:18
261:7,11 265:1,8
265:13,23 266:7
266:18,20 267:1,6
267:12 268:10,10

268:14 269:19
270:1,14
**olson's**  260:17,23
261:14
**once**  30:14 192:20
192:25 193:21
300:13
**one's**  193:1 238:21
**ones**  71:8 105:24
115:11 194:5
210:22 215:25
216:1 220:16
241:2 243:14
254:6 297:1
**ongoing**  100:20
118:13 120:21
144:19,19 150:9
**online**  51:23
123:24 228:13
287:17
**onset**  168:1,18,24
169:3,12,16 170:1
170:2,10,11,24
171:2,17,18,23
172:2,3,5,7,8,16
172:17 174:24
200:18,18 208:13
208:20 308:13,13
308:13,20 309:3,3
309:20,23 310:11
310:12
**ontario**  180:22
**onus**  209:4
**onward**  46:16
**ooh**  146:6
**open**  205:23 298:1
**openly**  130:2
**opine**  160:5
**opining**  175:12
**opinion**  104:15,22
104:23,25 157:6

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0323

[opinion - paper]

157:14 161:4,25
162:8,24 165:6
168:15 174:9,12
175:5,10 178:3,7
178:11,20,22
190:12,16 192:6,8
193:1 195:8
200:24 206:5
209:13 214:12
215:6 219:4
222:11 223:5,12
253:8 261:14
262:5 280:10
290:4,8 299:14
300:8 304:11,16
**opinions** 157:25
158:8,21 159:23
160:12 163:20,21
178:18 199:20
203:20 205:15
207:24 224:21
225:7 271:6
305:16,17
**opportunities**
149:4 150:23
**opportunity**
116:18 136:2
148:11 184:16
**opposed** 72:11
112:6 126:18
224:22
**opposing** 24:14,15
24:17 25:9
**opposite** 225:4
**opted** 51:14
**order** 48:23 53:6
62:25 63:10,11
70:18 101:6
110:12,12 124:15
161:15,18 171:12
172:15 173:14

253:5 271:9 286:2
293:3 294:21
295:19 298:24
309:7
**ordinary** 64:3
**organization** 44:2
44:3 157:18
159:14 160:6
165:10 285:1
292:6 293:18
294:22 295:14,15
298:11
**organizations**
157:7 158:1,25
159:5
**orientation** 64:4
87:24 143:19
188:8 189:15
**orientations** 91:17
**original** 94:3 95:1
95:3,9 102:21,22
102:23 107:25
108:2 127:10
137:2,11 170:17
195:18 201:9
202:4,13 226:19
257:6 260:20
265:6 314:10,21
**osipoff** 235:20
**outcome** 11:12
166:16 250:2
293:3 301:23
304:17
**outcomes** 10:5,22
227:2 238:19
253:5
**outlets** 199:9
241:9
**outlier** 210:5
**outliers** 210:16

**outpatients** 54:4
**outside** 25:2
160:23 166:14
190:16 194:7
201:19 223:13
272:21 279:23
282:4 283:16
294:15
**overall** 27:2
**overlap** 47:14
142:20 162:14
309:5
**overstating** 277:19
**overview** 161:1
**owned** 240:6
**oxford** 90:8 92:6
97:6 99:17

**p**

**p.m.** 2:23 151:18
151:22 212:6,10
274:19,23 290:21
305:2,6 311:18,22
**pachankis** 193:14
**page** 9:11 32:23
33:7,21,22,23
35:21,23 53:2,7
86:24 89:1,2,6,8
89:21 90:5 92:2
92:15,18,18 93:4,6
93:6,7,13 95:22
96:10 97:3 102:3
105:5,19 112:13
112:14,16 114:12
122:7,9,24 123:4,6
123:8,8,10,11
130:14,15,20,23
138:1 147:1
148:21,22 155:16
155:20 156:23,23
157:1,3 165:3
177:3,4 187:16

191:1,11,12
194:18,21,25
195:24,25 200:12
205:21 211:23
212:14,17 213:10
213:12,19,20
218:5,14,15
219:24 220:3
225:12 240:10
244:5 247:18
255:17,18 257:14
257:18 260:11
262:25 263:6,7,10
263:11,13 264:22
266:2,5,12,14
267:24 269:24
270:8 271:20,22
275:8 277:21
281:14,15 288:2
288:25 289:4
290:15 291:22,23
305:11,12,13,17
305:18 306:9,10
306:11,19,24
314:15 315:4
316:4,7,10,13,16
316:19
**pages** 1:25 33:8
36:20 87:3,9,11
88:15 114:15
130:25 220:5
260:11 262:24
290:17 314:14,17
314:17 315:3,6,6
**paid** 76:17,19
125:2 129:5
**palmert** 117:9
**paper** 94:24
122:10,25 125:23
127:24 236:18
249:23

Page 36

Armistead Supp. App. 0324

[papers - people]

**papers** 29:13
117:23,25 152:18
192:11 248:19
299:19
**paragraph** 124:17
124:19 149:2
157:3 187:15
191:12 196:1,2
200:14 212:17
213:10,12,13,20
218:8 219:7
225:15 257:19,21
260:7,8,10,15
263:4,6,11,12,13
266:4,14 271:23
288:2 289:9
291:25 305:18
**parameters**
226:17
**paraphilia** 89:25
90:18,24 91:6,17
139:19,20 140:2
142:3,5,10 143:4,5
143:7,11 188:7
**paraphilias** 63:24
87:24 88:5,6
139:16 140:6
144:6
**pardon** 96:7
**parent** 262:20
307:6,7
**parental** 217:3
**parentheses** 303:5
303:6
**parenting** 262:19
**parents** 181:18
182:3 184:7
217:14 264:5,7,11
**parole** 69:21 70:16
70:17,21

**parsing** 101:21
**part** 27:1 37:13,24
39:7,24 41:12
42:4,13 43:10
44:12 50:2 51:5,8
52:3 57:6,7,8 59:5
66:1 74:14 84:10
120:8,23 128:9,10
161:8 162:2 167:6
197:16 199:6
201:2 204:13
216:20 222:24
223:10,19 230:16
274:6 303:24
**participant** 168:5
**participants** 2:22
120:21 121:6,13
276:3
**participate** 104:12
133:11 222:2
257:1 296:9,12
**participated** 64:2
**participates** 168:5
249:5
**participating**
15:11 26:23 27:11
98:1 109:8 125:11
130:12 167:22
**participation**
118:21 121:1
126:17 285:21
**particular** 20:25
44:22 90:7 98:1
99:17 109:2 166:4
189:19 205:14
217:23 219:19
220:23 222:18,24
228:18 237:1
240:10 245:21
248:19 276:15
280:10 294:3,3

298:5 301:6
**particulars** 217:25
218:2
**parties** 313:16
**parts** 118:7 162:14
162:15 196:19,20
253:3
**passed** 270:23
**pathway** 175:14
175:20
**patiel** 254:2
**patient** 50:16
69:11 75:18 76:8
80:25 81:11 82:2
82:6,9 85:11,11
150:10 181:11
197:5 198:10
211:22 253:23
254:2 281:13
**patient's** 81:17
**patients** 46:5,11
46:11,18 50:10
65:11,21 69:14,19
69:21,24,25 70:9
71:4 72:7,11
74:13,16 75:1,4,17
76:4,6 80:3,9 82:8
84:17,18,19,24,25
85:11,13,14,15,22
148:6 149:13,18
149:21 151:1,4,8
179:16,20,20,25
197:10,14 198:13
198:18 199:3,4
211:12,18 237:8
240:23 255:22
256:8,12,16,18
257:9 258:1,6
**pattern** 142:7
188:11

**patterns** 62:25
76:3 94:4,10 99:9
139:16 309:11
**paul** 255:5
**payment** 76:23
**pdf** 35:21 130:15
138:1 262:24
314:12 315:1
**pediatric** 235:14
**pediatrics** 240:3,5
240:7 251:8
**pedophiles** 149:6
**pedophilia** 20:21
63:24 64:6 65:7
141:9,11
**pedophilic** 141:18
141:23
**peer** 99:20,21,22
99:23 100:7,12
221:3 226:23
228:19 232:24
240:15 248:17
249:12
**peers** 11:4 243:20
246:15 271:17
272:3
**peggy** 250:14
**pelet** 5:6 14:10,10
**penalty** 312:6
314:16 315:5
**people** 18:11 19:5
26:3 38:1,4,7 40:1
40:4 43:12 44:22
45:15,21,25 46:2
48:13,15,15 55:21
57:5 58:17 63:25
67:4,16 68:9
70:22 73:15 77:2
77:5,10,18,23 78:1
78:2,16 79:1
83:10,16 86:1,14

Armistead Supp. App. 0325

**[people - plaintiff]**

88:12,23 89:14,18
90:3,22 91:4,23
93:18 94:11,12,22
95:5 96:15 98:6,7
101:7 103:20
105:22,22 108:6
110:12,15,18,23
111:13 114:1
115:9 120:24
123:1,2 124:24
125:15,15 126:25
127:19 129:10,12
129:24 130:5
131:5 139:21
140:15 147:22
150:6,13,15
163:16,18,24
164:8,9 165:23
169:4,16 172:19
173:7 174:4,5,23
174:24 179:22
181:18 182:3,20
183:12 184:3,7,20
184:24 186:14
188:12 198:21,21
201:22,24 203:3
208:7,8 210:20,21
211:2,4 214:15,17
214:18,23 215:19
215:22 216:9,20
217:7,15 225:6
227:21,24 232:10
237:11,15,25
245:7 246:23
251:11 258:5
268:19 275:19
277:17 278:10,14
278:23,24 280:16
281:17 282:13,25
283:15 284:14
288:17,17 289:15

292:14 293:1
295:3,8,10,13,17
295:23 297:1,4,14
297:17 299:22
301:12 309:4
**perceived**  279:4
298:16
**perceives**  161:19
**perceiving**  68:16
**percent**  45:1,7
140:20 141:4,5,24
142:15,18 151:10
228:23,24 229:6
229:18,19
**percentage**  72:10
151:8 205:25
206:24 207:19,24
208:3
**percentages**
142:19
**perfect**  244:7
**perform**  44:6
**performance**
121:9 160:25
162:5 223:16,18
**performing**  44:5
**period**  48:6 116:2
136:20 137:13
195:3 314:18
315:7
**periods**  69:7
**perjury**  312:6
314:17 315:6
**permanent**  86:6
**permitted**  85:10
**permitting**  181:7
**persist**  188:16
213:23 215:8,16
216:1,23
**person**  26:6 67:3
70:19 80:17 81:7

81:15 125:18
136:18 142:21
143:1,1,8,23 150:2
150:5,7,10 154:6
169:11,12,15
173:20 175:15,21
181:7 184:22
185:4,13,14,16
189:9,20 202:7
209:5 215:2,3
272:8,18 278:21
279:9,16,21,24
280:8 281:7,8,10
309:19
**person's**  70:19
139:23 142:8
280:22 281:1
**personal**  227:23
**personally**  154:12
179:4,7 182:22
183:1 197:9
198:17 201:8
202:12 204:21
205:3
**persons**  11:16
149:7 255:10
257:4,24
**pertain**  37:11 39:6
42:11 49:25 93:7
167:10,18 168:21
172:5,24 173:8
175:2 180:25
232:9,11
**pertaining**  21:19
42:25 69:4,5
92:25 137:17
**pertains**  88:21
168:8,25 173:13
**pertinent**  101:16
161:9 267:9

**petersen**  49:10,12
58:9,12 129:22
**peterson**  291:3,8
292:11 293:8
294:4,18 297:2
**ph.d.**  47:16
**phd**  1:20 9:3,13,16
15:19
**phenomena**
110:10 169:10
188:1
**phenomenon**
145:5 167:25
172:1 186:5 189:1
**phone**  251:4
**phrase**  92:8
244:18 276:24
280:24 299:13
**phrased**  121:3
162:12 179:24
**phrases**  189:19
**physical**  301:3,18
302:3 303:8,14,21
304:3,3
**physically**  231:17
231:19,20
**physicians**  198:24
**physics**  37:10
**pick**  148:3 245:7
**picking**  277:18
**piece**  102:22,23
107:25
**pieces**  163:7
195:12
**pile**  153:7,10
**place**  147:6 151:15
213:25 310:13
313:7
**placed**  313:9
**plaintiff**  1:7 2:7,21
4:14 5:3 7:15

Page 38

Armistead Supp. App. 0326

[plaintiff - practice]

13:22 14:1,3,5,7,9
14:11,13 16:7
19:14 21:6 154:4
176:25 304:11
**plaintiff's** 9:22
156:14 310:25
**plaintiffs** 157:15
165:7
**plan** 242:15
**planned** 148:12
**plans** 114:2
**plausible** 299:5
**plausibly** 237:6
**play** 164:9 173:21
174:4,5,10 175:8
216:25
**playing** 106:11
107:8 164:10
**please** 13:18 15:15
15:17 16:12 17:11
18:1 28:12 32:12
34:8 35:20 36:19
58:5 115:11 122:4
122:6,24 123:6,9
137:11 145:23
148:21 151:24
156:22,25 166:18
176:15 206:11
208:16 211:23
212:12,14 218:5
219:24 225:12
254:15 257:14,22
262:21 266:12
269:14 274:25
275:5 280:24
284:3 286:19
289:1,4 290:15
295:11 305:8
**pllc** 4:6 6:18 7:6
**point** 82:12 83:25
115:11 147:21

149:19 169:23
209:11 236:3
248:25 253:12
260:7 268:15
280:5 285:19
304:19
**pointing** 240:9
**points** 255:21
**polarization**
268:12,21 269:9
**polarized** 275:17
277:7
**pole** 275:16
**policies** 161:16
217:13,14 276:9
276:13,18,20,21
**policy** 86:5 88:18
95:17 136:3
158:11 249:5
276:15
**political** 158:10
164:22 279:3
280:19 293:3,19
294:11,12
**politically** 292:16
**politician** 293:17
294:5,10,18
**politicians** 164:22
165:1
**polly** 248:2
**polytechnic** 37:2
**poorly** 179:24
**pop** 230:10
**popma** 246:3
**popular** 126:8
141:1
**population** 11:4
125:7 150:18,19
167:11,18 168:9
168:22,25 172:25
173:8 174:23

243:20 251:23
256:6,14,25
257:11
**populations** 45:3
125:1
**pornog** 72:5
**pornographic**
289:16
**pornography** 72:5
142:24
**portion** 18:8 79:15
96:25 98:1,14,18
98:20 127:13
167:7 277:14
**portions** 222:8
**posed** 28:13 91:2
162:11 272:22
274:6 301:9,14
**position** 41:5 48:6
53:18 54:2,7 55:4
55:16,18 59:16,19
60:11 61:5 62:12
62:17 64:19,20
65:5 67:19 68:22
72:16 73:16 76:16
113:12 157:10,20
159:8,15 160:7
165:12 276:7,17
**positions** 49:13,16
67:16 73:17 76:25
77:4,9,15 158:2,5
158:15
**positive** 225:20
226:13,18,24
241:2,10,12,13,14
241:18,20,23
242:6,14,22
243:13 252:21
253:9
**positives** 242:21
242:25

**possess** 75:21
180:15
**possession** 72:5
**possibility** 245:15
264:11 279:19
**possible** 60:7
70:18 159:12
163:17 189:8,11
190:16 206:19,19
209:6,9,14 219:13
221:11 244:19
299:1,9 300:11
308:18,19 309:15
309:17,19
**possibly** 138:12
**post** 96:6 187:3,6
187:8 286:22
287:4,8 295:24
297:14 298:2
302:9,18 303:12
**postdoc** 49:19
**postdoctoral**
46:25 47:15 49:23
51:8,18 59:11,11
97:13
**posted** 207:11
**poster** 221:7
**posting** 295:24
**posts** 207:12
297:16,20 299:19
**potential** 198:14
**potentially** 71:11
**practica** 46:20
**practice** 52:21,24
62:19 74:9,10,11
74:13,14,23,25
75:12 76:14,20
130:25 149:19
150:20 185:9
197:16,17

Page 39

Armistead Supp. App. 0327

[practices - process]

**practices** 77:21
84:7
**practicum** 45:20
45:24 46:1,4
47:18 53:10 54:16
**practitioner** 81:6
**practitioners**
211:10
**praid** 76:19
**precise** 280:5
**precision** 216:24
**predates** 41:13
**predict** 169:10,10
**predoctoral** 53:9
54:16
**predominant** 51:5
103:3,5 144:9
**predominantly**
54:12 87:19
105:12 112:22
113:18 122:13
**preliminary** 10:19
35:10 136:9
**prematurely**
283:15,18,22
284:13
**premise** 302:21
**preparation** 30:15
30:24 31:7,12
34:4 35:18 152:23
221:13 231:16
**prepare** 29:6,10
31:24 155:22
**prepared** 33:11
34:23 137:7
155:16 231:11
**preparedness**
81:17
**preparing** 127:6
152:10 231:5

**prepubertal** 25:23
26:9,11 78:4,23
167:4,8,17,20
168:7,8,9,16
205:25 206:25
210:4 211:11
**prepubescent**
141:19 191:18
308:23
**prescribe** 79:6,25
81:1
**prescribed** 132:13
197:23 198:3
**prescribing** 79:2
132:18,22
**prescription**
196:24
**present** 8:3 31:8
122:13 124:1,9,15
126:13,19 127:7
127:10 128:11,24
129:1 196:6
224:13
**presentation**
123:12,13 125:3,5
125:9,17,21
126:12 127:14,21
127:23 129:5,8
130:7
**presentations**
122:10,20,25
221:7
**presented** 99:4
123:20 125:23
127:24 245:6
**presenter** 125:19
127:23
**presenting** 107:23
122:16 126:22,23
127:2 129:9 309:5

**presently** 74:4
**preserve** 134:18
**president** 291:3
293:18 294:5,12
294:19
**pressure** 278:12
278:16
**preston** 239:18
**presumably** 116:9
**presume** 137:23
146:12
**pretty** 74:18
153:17
**prevent** 19:21,25
139:24 144:4
**previous** 73:16
101:12 126:11
**previously** 73:4,6
100:17 264:15
266:10 302:8
**price** 231:25 232:6
**primarily** 33:18
45:9 47:22 48:2
63:16,19 64:5,8
65:7 79:8 87:23
102:11 112:24
177:19
**primary** 44:4 49:8
91:22 98:2 131:15
132:4,6 143:18
148:23 149:4
150:23 211:15
254:1
**principal** 115:3
119:1 305:17
**principle** 242:20
**principles** 166:8
**print** 221:9 236:11
**prior** 27:16 35:4,8
67:3,15 86:11
92:5 97:22 100:20

137:4,5,7,8 138:4
138:7,22 139:3,10
223:3 231:7
248:16,24 313:9
**privacy** 289:17
**private** 52:21,23
74:9,10,11,12,14
74:22,25 76:14,20
84:7,17,18 85:14
149:18 150:20
**privilege** 134:19
**privileges** 165:20
**proba** 214:1
**probability** 214:2
214:7 245:21
**probably** 145:18
211:3 214:3
**probate** 306:21
**probation** 69:21
70:17,17,21
**problem** 55:9
115:1 117:11
131:8 159:11
177:6 194:24
239:16,22 242:21
244:4,8 252:7
274:17
**problems** 246:13
246:15
**procedure** 314:19
314:20
**procedures** 281:11
**proceed** 15:17
**proceedings** 313:6
313:8,10
**process** 108:9
112:24 116:15,16
118:3,6 126:15
128:20 158:10
185:13 186:14
209:19 278:21

Armistead Supp. App. 0328

[process - publication]

279:10,17 281:17 282:13 283:1,9
processes  182:12
produce  153:8 233:20
produced  27:9
professional  157:7 157:18 158:1 159:4,14 160:6 165:10 180:14 185:9 202:21
professionals  290:14
professor  56:10,15 266:22 268:9
professors  56:12
profiles  254:3
program  42:17 44:3,17 47:17,18 51:13 56:11 59:3 59:6,13 66:1 67:9 67:11 73:10 150:5 299:21
programs  75:23
progress  298:9
projects  48:2 277:25
prominent  129:18
promote  284:21
promoted  64:22
promoting  298:4
pronounce  47:7 254:20,25
pronounced  253:7
pronouns  16:4,17 281:21 282:15 283:2
proof  209:4,7
proper  44:6 86:19
properly  160:10 284:14

properties  92:23
property  241:25
proportion  97:24
proposal  124:8
prospective  208:4 233:17 234:8
protagonist  110:2 110:4
protagonists  110:5 110:7
protect  157:11 177:23,25
protecting  178:5 178:13
protection  177:20 303:2,13
protocol  194:6,7 194:14 195:5,9,13 195:16,19 237:25 238:4 253:3
prove  209:6,10,14
provide  17:20 22:6 30:2 48:19 48:23 79:5 80:4 80:23,25 131:3 133:1 136:2 157:6 170:25 171:1 179:10 180:15,25 182:18 183:11 184:1 197:3 198:8 304:3 309:7
provided  19:4 22:24 23:21,25 24:9,13 25:17,19 26:8 27:22 29:17 50:7,11 69:20 77:1,5,9 78:4,6,17 78:22,25 80:8 102:11 119:25 156:7,14 183:17 183:22 184:6

220:21 307:10,12 314:19 315:8
provider  80:15,16 80:24 81:4,12
providers  80:4 181:14 182:7,17 182:23 183:5,11 183:25 184:12,15
provides  69:18 272:7,17 273:5,17 304:3
providing  77:23 79:3 131:23 158:9 159:3 181:15 182:7,13,21 183:6 183:13 184:3,4,12 307:15
psychiatric  84:6 84:12,24 128:18
psychiatry  53:13
psychological  10:25 11:6,11 125:24 126:2 127:25 128:17,23 226:17 243:17 247:7 249:15 250:2 254:3
psychologist  52:22 59:12 62:14,15 66:18 180:21
psychologists  262:18
psychology  37:15 37:19 38:11,19,23 38:23 39:1,9,14,18 39:22 40:10 42:6 42:7,14,15,18 43:1 43:3,7 50:3,5,21 50:23,25 51:2 53:22 55:25 57:10 59:2,9,20 62:20

69:4 75:13
psychometric  92:22
psychopathology  90:8 92:7 99:18
psychosocial  11:7 247:8
psychotherapy  54:3 150:9 179:10 180:15,25 192:18 192:24 229:7,10 229:17 237:7 238:6 246:24 252:5,7,9
pubertal  167:20 168:10
puberty  11:6,12 79:2,25 80:9 82:4 82:11 132:12 175:6 191:19,21 194:12 196:12,17 196:21,25 197:3,6 197:11 200:6 206:14 208:13,20 213:1 215:20 216:6 246:14 247:8 249:16 250:2 251:12 272:9,18
public  109:18 136:3 210:18 278:1 301:8 303:3
publication  88:16 88:21 89:2,8 92:24 93:21 95:22 105:17,18 108:10 228:3,19 232:22 232:24 240:12,15 248:12 249:12 251:7

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0329

[publications - reactions]

**publications** 87:4
87:8,16 88:2,11
89:22 103:18,19
103:22 104:14,19
104:24,25 105:21
112:14,23 113:14
114:1
**publicly** 210:17
**publish** 99:25,25
**published** 52:12
94:24 100:18
109:17 129:25
153:20 203:17
221:3 224:20
232:20 235:13
236:9 240:5 246:8
248:8 249:8 251:7
265:10,25 267:10
287:4
**publishes** 203:2
**publishing** 203:5
**pull** 62:21 230:14
**pulled** 200:11
277:20
**purely** 279:20
293:19
**purpose** 99:12
159:20 160:3
166:9 229:12
257:20 284:19,20
298:10
**purposes** 18:12,18
63:2,3 229:8
282:21 293:20
**pursue** 48:14
**pursuing** 40:14
44:8 48:13,21
50:8
**pursuits** 52:13
**put** 34:5 70:19
100:19 135:4

182:4 265:11
**putting** 217:5

**q**

**quad** 291:3
**qualified** 25:1
48:19 75:8 80:3
111:13 134:9
135:18,21 194:11
**qualify** 25:3
188:20,22
**quality** 236:17
237:5
**quantitative**
301:10
**quarter** 72:14
75:7
**quebec** 53:21
**queen** 41:8 53:10
109:13,16,25
**question** 17:10,13
17:18 21:18 24:2
27:7 28:10,13,22
31:1 42:25 44:19
45:23 67:15 69:25
70:23 77:16 80:5
87:14 90:20 91:16
97:19 104:2,4,9
117:25 120:3
121:3 131:10
137:2,2,11,14,16
144:21 147:1
149:1 152:22
157:17,20 159:16
160:7,11,22,22
161:4,7,8,10
162:18,19 163:2,3
163:4 165:9,12
169:2 182:8 183:7
190:9,10 202:6,11
206:8 222:24
223:9,12 229:8,12

229:15 244:9,18
244:22 272:21
282:8 283:19
284:1 288:6
292:21,22 294:15
294:16 296:6
299:7 301:12,14
310:5
**questioned** 261:18
**questioning** 25:6
180:17 310:25
**questionnaire**
92:22 208:10
**questions** 16:22
17:5,6,19 20:1
31:4 37:11 39:5
42:11 49:25 60:5
71:2 101:6 147:4
148:17,25 157:8
159:21 162:11
180:13 208:7
247:20 269:1
272:22 274:6
282:3,3 301:8,8
305:24 306:1,1,6
308:1 309:10
310:2,17 311:5,9
311:13
**quick** 71:2 97:19
306:6 307:18
**quickly** 130:1
**quite** 18:10 59:23
80:5,13 82:18,19
142:19 163:6
257:17 283:25
308:21
**quote** 149:3 157:4
164:17 196:2,8
209:15 218:9,19
225:17 258:9
260:16 266:15

267:2
**quotes** 200:21

**r**

**r** 16:15 56:17
191:4 225:25
316:3,3
**r&s** 315:1,9
**racist** 289:12
**raised** 292:3,19
**raising** 195:20
**ramifications**
80:20
**ran** 49:7 61:22
119:13
**randomly** 257:3
**range** 20:25 55:12
55:13 111:25
120:24 206:18,23
207:6 208:5 224:1
272:1 302:25
303:17
**rank** 66:18
**rarely** 191:21
**rarer** 189:1
**rate** 153:18 255:24
256:12,16
**rates** 123:16
**ratios** 254:4
**ray** 49:4,6,11
58:12 129:21
170:18
**reach** 224:17
225:1 267:5,11
268:9
**reached** 134:12
135:10 136:5
**reaching** 126:18
**reaction** 293:8
**reactions** 292:7
299:5

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0330

[read - refer]

**read** 28:14 94:9,9
106:25 107:5
109:14 123:18
128:3 137:11,14
137:19 147:2,11
147:13,16 149:3
149:10 155:1,4,13
155:21 156:5
157:4,22 164:11
164:13,25 165:2,4
166:18 174:1
177:16 184:11
187:16,22 191:13
196:2 199:23
200:15 204:7
212:18 213:2,21
214:6,10 218:9,18
218:19 219:2
220:16 222:4
225:17 236:12
255:12 257:21
258:10 260:16
261:4 263:2,4,11
263:17,18 264:13
264:19 266:4,15
267:3 271:9
275:24 276:11
278:9,18 279:6
280:15 281:16,23
284:3,5 287:19,23
289:20 302:19
303:10,24 304:7
312:6
**readers** 99:13
280:5
**reading** 49:1
153:7,7 185:5
281:24 299:18
314:23 315:9
**reads** 157:3
275:23 277:9

278:18
**ready** 80:17 81:7
157:1 239:14
244:12 255:20
**realigned** 65:3
**reality** 277:19
**realized** 85:24
148:10
**realizing** 184:22
**really** 15:11 67:23
70:2 104:22
106:17 138:17
185:2 282:22
283:19 285:11,19
300:23
**reanalysis** 265:1
**reanalyzed** 192:13
260:19 261:7
**reason** 19:24
71:10 97:20 111:8
111:9 120:11
156:13 173:11
191:15 213:7,11
216:7 268:8
271:13 277:23
281:9 288:6,7
293:16 316:6,9,12
316:15,18,21
**reasonable** 108:24
282:22
**reasonably** 183:14
**reasons** 143:12,16
245:3
**reassignment**
11:13,17 125:22
250:3 255:10
257:25 258:6,13
258:18,22 259:1,6
**rebuttals** 31:18
**recall** 25:13 27:15
31:16 41:7,18

67:8 73:12 86:22
100:23 105:25
108:19 110:8
111:20,21 113:9
133:13 153:6
154:21 155:3
170:23 180:3,4
194:16 203:15
217:24 218:2
220:23 232:13,17
234:14 249:9
274:3 285:11
293:25 294:2
295:23 297:8
**recalled** 92:21
**recalling** 154:17
**recant** 170:14
**receive** 81:5,8 82:3
217:4
**received** 49:22
114:20,23 115:4
116:5 137:3 221:2
222:2,18 237:11
237:15 238:1
246:23 252:5
287:20 289:6
**receiving** 10:7
47:25 192:18,18
195:22 227:3
229:5,7 249:21
**recess** 58:1 121:25
151:20 166:20
212:8 274:21
305:4
**recheck** 257:6
**recipient** 114:16
**recite** 170:17
**recognize** 187:3
210:3 215:2
257:24 258:4
260:2

**recognized** 192:15
192:20 299:21
**recollection** 20:16
50:16 81:21 110:3
111:23 124:18
146:25 153:10
194:20 288:15
290:8
**recommend** 200:4
**recommendation**
158:12
**recommendations**
200:25
**record** 13:5 16:13
28:14 57:22,24
58:3 68:15 121:21
121:23 122:2
137:19 151:16,18
151:22 154:18
212:4,6,10 274:16
274:19,23 284:5
304:25 305:2,6
310:18 311:5,17
311:18 313:10
**recorded** 13:6
217:24
**recording** 41:14
62:23
**records** 69:18,19
85:1 154:16,23
**recounting** 69:15
**recurrences** 113:5
**reduce** 140:16
**reducing** 240:19
**refer** 16:5 19:2
32:7 47:3,10
75:16 80:3 94:13
142:22 184:22
217:2 238:22
244:1 255:15
268:20 299:20

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0331

[refer - rephrase]

300:14 306:8
**reference**  204:6,8
204:10 222:7
239:5 246:20
247:19
**referenced**  246:19
246:22 259:17
283:5 314:6
**references**  171:1
204:4,11 220:3,19
**referencing**  218:2
**referral**  80:8,19
80:21 81:1,8
85:23
**referrals**  86:1
**referred**  70:10,22
72:8,11 75:7
85:22,23 216:11
251:8 268:17
297:2
**referring**  19:4,14
20:5 85:25 147:21
160:20 170:16
207:9,14 247:20
253:16 274:4
276:13,15 277:4
292:25 306:18
**refers**  139:22
181:7
**reflect**  104:20
194:19
**reflecting**  97:24
**reflection**  242:16
**reflesh**  146:24
290:7
**refresh**  32:23
146:24 176:14
290:7
**refused**  248:25
**regard**  90:3

**regarding**  26:17
26:19,22 38:1
40:1 43:11 137:4
162:1,8 244:9
266:19 267:6,12
**regardless**  46:6
160:14
**registered**  84:25
180:22 254:23
**regret**  185:21,22
212:20
**regrets**  185:20
**regretted**  214:15
**regrouping**  304:22
**regular**  85:22
120:22 187:20,24
188:4 210:13
**regularly**  85:22
**rehabilitation**
48:18 70:20
**rehearsal**  30:6
**rehearse**  30:17
**reinhardt**  5:9 14:6
14:6
**rejected**  271:12
**relate**  92:2 98:6
103:22,25 223:17
**related**  20:21
23:17 27:22 31:18
38:7 45:2,14,20,24
46:1 47:24 60:9
61:10,24 71:9,10
71:11,11 83:5,9,10
90:23 91:7 96:15
101:2,3 109:1,7
115:8 118:21
131:5,10 132:4
142:24 155:24
163:21 238:10
**relates**  60:4 89:9
90:2,6

**relating**  83:16
197:6 198:11
288:16
**relationship**
301:23
**relationships**
55:14
**relative**  153:17
161:6 174:14
189:22 313:15
**relatively**  95:5
148:5 219:23
285:1 296:6
299:16 308:22
309:21
**released**  70:16
314:21
**releases**  184:9
**releasing**  200:7
221:5
**relevance**  154:19
**relevant**  27:16
28:1 29:14 80:21
90:7 118:7 119:5
132:8 135:23
148:7 156:9,10,12
157:7 161:13,19
163:10,11,14
166:10 168:6
171:3,8,8,11,12
172:14 198:22
222:8,23 232:8
270:23,24 271:2,3
290:5 291:20
310:12,16
**reliable**  102:13
265:1
**reliably**  225:20
**relied**  271:7
**relief**  133:1

**religious**  279:3
280:20
**rely**  234:18
**relying**  170:6
228:8,10
**remain**  249:5
256:24
**remained**  40:20
40:20,21 64:21
**remaining**  21:22
144:9 256:25
**remains**  243:7
**remarks**  289:14
**remember**  21:3,5
23:6 53:20 55:7,7
97:18 113:10
124:11 126:15
135:11 136:6
146:15,16,17,18
153:2,24 203:11
203:18 207:15
220:25 232:15
287:15 288:14,22
296:1 298:5,12
**remind**  20:4 29:22
98:5 286:25 297:9
**remotely**  2:22
**removal**  296:25
**removed**  101:22
287:16 288:4
**renaming**  73:8
**rensselaer**  37:2
**reorganization**
65:1 73:2,8
**repeat**  28:10,12
56:15 229:15
**repeatedly**  63:10
95:1
**rephrase**  17:11
43:20 80:7

Veritext Legal Solutions
866 299-5127
Armistead Supp. App. 0332

[replace - researchers]

**replace** 279:22
**replicate** 225:20
226:11 253:3,8
**replicated** 195:19
252:23 253:1,1,14
**replication** 253:21
253:22
**replied** 265:8
**report** 31:14,21,25
33:11 34:23 35:7
35:9,24 118:17
124:21 137:22
138:4,8,20,24
139:6,8 144:10
153:5,11,15
155:15,17,21,22
156:11,22 157:14
158:22 160:5,25
161:1,8,13 162:12
162:21 163:10,11
163:20 165:3,6
167:4,7 168:18
170:9,15,22
172:19 186:18
193:7,10,11
194:19,22 195:25
200:11,12 203:20
203:23 205:18,21
211:24 212:15
213:8,19 217:23
218:6 219:25
220:5,7,8 221:13
221:25 222:10
223:10 224:14,18
225:2,13,16
229:24 230:24,24
231:2,18 233:8,11
233:14,23 234:2
234:10,18 235:2
236:20,23 238:21
239:3,6,9 241:1

242:2,3 243:21
244:2,5 245:8
246:18,21 247:18
247:20,21 249:19
251:17,25 255:14
255:16,18 260:4,6
260:10,12,16,17
266:11,14 267:20
270:18 271:8
305:11,18 306:8
**report's** 173:6
**reported** 1:22 67:2
67:4 94:8 123:16
125:1 166:14
216:13 225:21
226:14,16 241:9
241:23 249:18
288:19 297:3
**reporter** 2:24
13:16 16:20 18:1
18:4 28:12 32:17
34:13 47:9 137:10
137:12 146:1
166:17 176:12
186:25 190:22
191:3 225:25
227:10 230:12
235:7 237:18
239:2 243:25
247:15 250:8
254:12 259:14
261:25 265:18
268:5 274:11
284:2,6,9 286:17
307:24,25 308:2,7
308:9 313:4
**reporting** 94:4
121:8,11 241:13
**reports** 157:15
165:7 181:20
195:22 216:11

217:2,10,20 218:1
241:1,11 242:19
**represent** 16:7
30:19 167:25
176:24 247:17
260:5 262:4,16
265:22
**representation**
262:21
**represented**
244:20
**representing**
14:20 30:11
**reputable** 224:6
**reputation** 250:18
250:19 268:11,16
**request** 34:5 35:18
81:14 82:7,10,13
95:19 109:5
111:16 215:4
222:2
**requested** 95:12
96:20 126:17
201:23 315:1,9,10
**requesting** 126:13
**requests** 199:8
**require** 23:9 81:12
120:21 188:23
303:1,13
**required** 23:12,15
57:4 108:5,5,6
**requirements**
71:21
**requires** 101:7
164:8 172:16
**requiring** 48:16
**reread** 29:12,13
226:19 282:7
**resealing** 85:5
**research** 27:9 30:1
30:7 31:11,23

37:21 38:3 39:20
40:3,8,11,19 41:4
41:13,19,24 43:21
44:5,6,6,20 45:6
45:17,18 47:24
51:3 55:19 57:4
59:17 60:2 61:9
61:14,15,20,22,24
62:1,5,11,19 63:2
63:4,5,11,17 64:2
64:11,22,24,25
66:14,20,21 67:3
70:7 73:4 76:15
76:15,22,23 86:3
93:16,18,22 94:2
94:11,13,15,22
95:5,10 96:21,24
98:24 99:9 102:9
102:21,22,23
108:1,1,2,3,13
111:14 117:14
118:10 119:17,18
119:20 120:8
122:14 123:21
127:10 132:12,17
132:20 141:9
142:16 145:15,17
145:19 147:24
148:4,10,11,24,25
149:4,25 150:23
212:22 221:24
223:1,23 226:8
238:9,11 266:17
267:23 284:22
285:25
**researcher** 46:25
102:19 117:2
147:3,10,20
**researchers** 211:7
228:15,15 285:23
290:14

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0333

[researches - right]

researches  129:18
245:12
researching  59:22
88:4 140:5,18,22
141:6,22
reserve  305:25
reserved  85:13
resign  286:9
resignation  291:8
295:2 296:25
298:1,13
resignations  290:2
resigned  285:17
286:6 295:10
resigning  292:14
292:14 295:13,15
resonance  115:17
resources  84:18
85:20 155:23
respect  77:22
79:11 86:13
157:24 178:4,8,12
195:10 268:10
275:20 276:8,17
294:21,23 295:1
respected  228:2,7
228:15 232:22
248:12
respects  281:19
response  106:6
149:3 177:15
265:5 266:25
267:10 268:13
291:8,11,12 293:7
responses  9:22
176:25 266:18
295:7
responsibilities
48:10
responsibility
66:6

responsible  70:6
rest  90:14 104:20
213:14 276:22
result  241:14
252:8 295:1
results  10:19
62:24 94:4 119:16
192:14 225:21
226:11,14 236:9
240:17 241:10,12
241:13,14,18,23
242:6,14,22,24
243:13,15 245:4,5
245:7,11 246:12
249:14 251:19
258:11 267:6,12
resumé  72:20
132:25
retained  29:3
311:21
retitled  92:7
retracted  192:13
193:4,15 296:16
retroactively
110:24
retrospective
233:6,16,17,19,22
234:1,5,11,17
retrospectively
208:6
return  314:17
315:6
reused  137:6
reveal  134:5
reverse  241:12
review  31:13,19
33:6 36:19 69:12
87:2 94:13,19
99:1,5 100:12
108:1 109:12
111:7,16,19,21

118:9 146:24
152:11,14,23
155:18 156:25
157:25 162:2
199:11,19 201:16
203:24 204:1
231:5,21 262:22
270:7 271:22
289:4 314:8,10,13
315:2
reviewed  29:23
30:3 35:5 98:20
99:15,20,21,22,23
100:7,9 136:7
153:14 154:15,23
155:23 156:8
198:17 204:3,8,10
226:23 228:19
231:7 232:24
240:15 249:12
reviewer  221:3
reviewers  248:18
reviewing  91:1
reviews  114:9
248:17
revising  203:10
rgreen  3:11
rhonda  56:13
right  17:25 24:10
25:7 27:23 28:20
29:4 30:15 37:3
42:1 43:8 52:13
52:19 54:17,24
55:25 56:8 57:11
58:2,13,17,21
60:13,24 62:1,6,9
64:11 65:23 66:2
67:16 72:8 74:1,9
74:23 75:18 76:20
76:23 77:11 78:4
78:7,14 79:6,9,16

80:1 81:2 83:16
83:22 86:9,14
87:5 88:2,23
89:19 90:3,12,24
91:20 92:13 93:1
95:10,17 97:6,7,10
97:16 98:16 99:16
99:20 101:17,25
102:6 103:6,20
105:7 106:3,8
108:10 111:3
112:2 113:15
114:10,13,17,24
116:4 117:6
118:14,18,18
119:6,23 120:2
121:14 122:1,21
123:22 125:16,19
126:20 127:3,19
127:20 130:9,20
131:20 135:5
136:12,22 138:1
139:2,7,11,17
142:10 143:14
148:18 149:1,20
150:5,20 151:21
152:7,25 153:23
153:25 154:10,13
154:24 155:5
158:3,15 159:16
160:8,18 162:1,9
167:5,8 168:11,19
168:22 170:3,4
172:11,25 174:24
174:25 176:22
178:22 179:2,5,8
179:12 183:11
184:2,9 187:13
191:8 194:15
196:25 197:3,7,11
197:15,17 198:11

Armistead Supp. App. 0334

[right - scientists]

198:18 200:25
201:3,6,10,13
202:5,14,18,20
203:21 204:9,14
204:23 205:5,9,17
207:2 208:1,13,20
209:20,23 212:9
214:4,5 217:6
220:11 221:14,17
221:21 227:24
228:16 234:11
236:24 239:13
241:15,23 242:19
245:6,9 246:10,25
247:3,6 251:17
252:1,12 255:24
256:9,14,19,22
257:5 258:2,7,19
258:23 259:2
262:14 270:19
271:8 275:12,19
278:11,15,25
280:17 281:18
282:14,20,20
283:1 287:9,17,18
291:18 295:20
297:10 305:5,24
305:25 310:1,20
**rights** 12:7 165:20
275:15,18 278:8
281:15
**rigid** 141:13,15,16
**rigorous** 106:19
**ring** 287:14
**risk** 257:10 258:19
258:23
**risking** 216:24
**risks** 198:14 214:9
216:25 259:2
**road** 6:10

**roberta** 3:6 15:5
311:3
**roger** 135:12
136:19,21
**role** 20:23 22:10
26:4 57:3 66:20
67:3 72:18 73:21
76:13 92:22 103:4
128:2 131:13,19
157:24 158:24
159:3,13 160:13
160:14
**roles** 66:19
**roll** 241:25 245:10
**romantic** 55:14
**room** 303:6
**rooms** 303:4
**rooted** 91:15
**rosalia** 248:1
**rough** 138:17
**roughly** 21:15,17
22:8,9 40:17 45:1
46:21 71:10 72:14
74:15 88:10,14
105:11 113:13
122:18 124:17,20
126:16 133:13
135:8,9 140:20
141:24 146:18
150:2 179:18,19
179:19 180:8
285:16 286:11
**routine** 25:3 75:6
75:11,12 113:3
**royal** 54:16
**rpi** 37:3,5,12 38:8
**rules** 16:19 315:8
**run** 294:22 304:12
**running** 116:21
131:6 188:20
189:3,6,7

**runs** 241:18

**s**

**s** 16:14 97:10
225:25 237:19
291:3 316:3
**safer** 31:17
**safety** 177:25
178:13
**salary** 108:25
**sample** 12:4
253:23 254:2
267:16 270:14
**sauna** 303:5
**saw** 65:11,22 70:5
99:8 151:9 273:10
**saying** 27:21
128:20 181:14
209:5 215:6,10
217:7 237:24
241:12 245:9
284:11 288:21
291:13 295:5
298:9,24
**says** 54:23 109:25
115:24 116:7
130:23 147:13
155:21 165:3
177:15 187:11
194:25 214:2
225:17 226:7
240:10 264:20
268:25 287:19
292:17 302:19
**sbc** 48:17
**scan** 29:24 31:11
60:15
**scanned** 120:24
**scanning** 120:22
**scans** 116:14
**schedule** 314:10

**school** 1:11 2:11
3:3 15:6 154:13
217:13,22,23
**schools** 217:12
**schumm** 261:2,2,7
262:17 263:8,19
264:1,7,15,20,25
266:19,22 268:9
**schumm's** 261:17
263:23 265:8,9
**science** 20:24
22:12,21 26:5,7,8
27:2,5,10,21,24
37:8,9 93:25 94:7
99:14 135:23
136:1,2 158:9,19
159:24 160:14,18
160:20,25 161:2
161:12,16,18
162:1,3,8,14,22
163:5,7,18 166:14
169:7 174:14
190:10,17 192:8,9
192:10 193:2
209:1,2,2,16 221:4
271:18 288:19,20
298:4,6,7,8,10,10
**scientific** 105:1
201:15 209:19
210:6 226:23
264:9 284:17
286:3 287:13
289:22 290:20
294:6,13 295:22
296:21 298:2
**scientist** 65:25
66:8,13,21 67:5,18
68:23 72:18,19
73:22,23 221:5
**scientists** 210:14
210:19

Page 47

Armistead Supp. App. 0335

[scope - sexist]

**scope** 161:14
164:19 167:12
173:2,25 174:18
198:19 222:14
223:8,25 225:3
272:10,21 273:7
282:4,17 283:6
300:20 301:5,20
303:22 304:5,14
**score** 210:24
**scores** 210:22
211:1,9
**scouring** 152:17
**screen** 230:10
**scroll** 35:22
**se** 258:13
**search** 266:16
**searching** 222:22
**second** 21:9 22:17
36:18 97:21,23
119:14 120:7,12
120:16,20 131:6
138:1 145:24
153:15 177:24
187:15 190:25
238:22 239:21
244:11 266:4
270:7 278:8
307:18
**secondary** 1:11
2:11 3:3 15:6
**seconds** 189:2
**section** 62:6,8,12
63:5,18 64:25
98:8 105:4 170:24
204:4 244:2
**sections** 118:9
**see** 17:2 29:25
32:25 33:1,22
34:15 35:23 38:13
42:19 51:7 53:2,9

54:15 55:23 61:19
63:4,16 65:4,21
66:12,19 68:1
69:23 70:9 73:9
78:8 80:23 81:19
82:8 85:10 86:7
89:25 97:15
101:24 105:5
108:8 114:6
115:24 119:16
120:25 146:5
155:11 156:3,8
177:13 178:1
179:16,25 182:1
182:17 189:13
190:23 191:11,23
195:24 204:7,11
210:4 212:6 220:2
220:9 224:20
226:2,19 227:12
227:16,20 231:24
232:2,19 235:9,11
235:22 236:3
239:7,9,11,20
240:4,13 241:22
247:23 248:4
250:15 255:4,7
258:15 259:7,23
262:2,3,10 264:14
264:20,23 266:1
269:16,20,23
270:1,3,13 271:1,2
272:4 275:7
277:20 286:19
287:11,16 291:16
291:21 292:9
295:6,7 304:20
306:24
**seeing** 32:19 46:5
46:10 54:25 63:1
84:17,24 107:21

138:15 287:24
**seeking** 82:11
135:13
**seen** 33:10 34:20
36:2 46:19 78:12
176:17 186:7
220:24 270:4
271:11,13 272:20
273:1,14 275:8
304:2
**segregated** 166:5
303:7
**select** 100:4
**selected** 257:3
**self** 70:22 72:8,11
**send** 75:9 80:18
**sending** 295:7
**senior** 65:25 66:7
66:13,21 67:4,18
68:22 72:18,19
73:22,23
**sense** 80:6 133:1
**sent** 99:24 100:8
221:12 248:20
**sentence** 70:16
165:3 196:1
218:15 219:7
289:9
**separate** 73:9 99:4
**separated** 104:23
**separately** 48:7
**separating** 252:8
**september** 54:23
56:5 62:9 119:4
120:2
**series** 9:19 54:5
146:11 183:8
193:6,6 196:18
**serve** 49:12 113:1
133:25 135:16,21
161:6 221:20

**served** 70:15
**serves** 178:4,8,12
**serving** 24:2
**sessions** 84:20
**set** 37:11 39:5
42:11 49:25 85:9
101:7 177:1 313:7
**sets** 94:10
**setting** 299:15
300:2
**seven** 47:24 57:19
114:23 115:4,7
311:20
**severe** 228:23
229:19
**sex** 11:17 18:14,20
48:17 54:19 55:11
65:8 71:9,10
79:25 80:10 82:12
115:13 117:2
123:21 125:22
140:22,25 141:1,6
143:9 144:15,18
145:16,19 147:3,9
147:19,24 148:9,9
149:5,25 150:24
151:3,9 166:5
172:20 173:7,20
189:21,22 194:13
197:19 198:8,11
198:14,18 199:3
211:7,7 219:1
254:4 255:10
257:4,25 258:5,12
258:18,22 259:1,5
273:5,11,12,16
284:21 285:23,24
290:14 303:1,7,13
**sexes** 162:5
**sexist** 289:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0336

[sexology - social]

**sexology** 10:1,3
12:10 187:8
286:23 287:1
297:10,13,21
302:10
**sexual** 20:25 46:7
46:8 47:21,22
48:4,8,16,17 49:17
55:12 59:5 64:4
64:11 70:15 71:12
71:15,15 73:11
75:9 76:2,2,3,3
87:24 91:17 92:11
101:11 113:1,2,8
113:18,20,22,24
139:15,23,25
140:16 141:12
142:6,8,23 143:19
188:1,8,11 189:14
248:9,11 249:8,11
309:11
**sexualities** 59:18
60:4 62:1 63:14
63:20 68:9,13
87:21 99:10
105:16 139:16
140:11 147:25
149:8
**sexuality** 43:14,17
43:24 44:9,11,21
46:1 56:14,16,18
56:21,22 60:6
63:23 74:5,8
75:22 76:1,18
77:11,19,25 87:21
87:22,23 105:14
116:23 122:15,17
140:12 284:17
286:4 287:13
289:23 290:20
294:6,14 295:22

298:2
**sexually** 141:19
**shaking** 18:3
**share** 180:8 239:7
269:15 275:5
**shared** 166:7
**sharing** 292:7
**shoals** 6:10
**shore** 294:24
**short** 103:11
**shorter** 306:15
**shorthand** 2:24
313:3,11
**shortly** 230:10
**show** 145:23
158:24 159:4,14
169:21,22,25
184:11 186:22
206:13 240:18
267:23 274:8
**showed** 240:25
246:13 260:21
**showers** 303:4
**showing** 193:23
226:23 242:19
272:6,15 273:3,15
**shown** 171:24
192:14 207:12
212:22 298:6,8
**shows** 219:15
304:2
**shuffling** 73:13,14
**shuman** 3:5
**shumanlaw.com**
3:11
**sibling** 272:2
**siblings** 272:3
**sic** 15:6 33:24
60:23 194:19
271:12

**side** 91:2 160:12
160:16 162:25
257:18 263:12
269:1 310:25
**sides** 277:19 304:3
**sign** 197:5 198:10
314:16 315:5
**signals** 196:18
**signature** 138:1,2
138:13 291:6
313:24 314:21,23
314:23 315:9
**signed** 291:5
**significant** 79:15
264:4
**significantly**
260:24 271:16
**signing** 285:3
**signs** 166:15
**similar** 21:17
22:21 51:16 55:4
108:9 110:21
119:10 122:23
128:11,25 144:23
246:14,25 252:3
269:13 307:25
**similarly** 129:15
238:4
**simply** 95:6
134:22 165:14
309:2
**simulating** 61:23
**simultaneous**
41:16
**simultaneously**
60:6 62:22
**sincerely** 288:14
298:20
**single** 110:4
128:16 207:7
220:18

**sit** 203:23 299:24
301:19
**site** 148:3
**sitting** 113:6,11,11
153:23 230:17
231:7,17,19,20
297:5 304:10
**situated** 238:4
**situation** 21:11
86:8 150:15 166:9
**situations** 300:15
300:16
**six** 21:11,13,16
78:18 93:10,12
103:18 124:12
133:13 135:5
136:6,15 138:11
138:12,16 179:16
179:19,25 231:2
249:16
**size** 120:18 153:10
257:17 270:14
302:3 303:8,14,21
304:3
**skagerberg** 248:2
**skeptical** 249:6
**skew** 244:16
**skewed** 244:14
**skorska** 117:9
**slash** 115:25
**slicer** 3:5
**slid** 308:5
**slight** 67:14
**slightly** 182:8
184:20 272:2
**slow** 153:18
**small** 186:7,11
257:17 296:7,8
**snake** 242:1,2,4
**social** 75:14 190:6
190:13 191:25

Page 49

Armistead Supp. App. 0337

[social - staff]

194:14 195:1,6,10
210:4 211:11
217:14,17 218:11
218:21 219:16
226:17 269:10
278:3 299:17
**socially** 185:16
217:16 271:24
**societal** 279:3
280:20
**societies** 275:25
**society** 111:11
123:21 181:19
184:7 199:19
200:4,25 201:3,5,9
201:16,20 202:3
202:13,18 276:22
277:12 284:16,19
284:23 285:5,10
285:15 286:3,7
287:12,16 289:22
289:25 290:3,4,20
291:9,14 294:6,13
294:19 295:22
296:4 298:1,17
**society's** 202:10
**sole** 127:22
**solely** 39:6 42:12
43:7 76:14 112:1
118:6 237:11
**solutions** 311:21
314:7
**somebody** 116:22
141:19 185:18
188:6 288:21
298:23 299:20
309:8
**somewhat** 190:11
**soon** 88:6 215:3
249:10

**sorry** 24:21 28:8
30:25 33:7 50:20
77:3 79:6 82:11
82:14 87:10,14
98:11 107:1
108:18 110:20
115:24 119:8
132:21 133:8,20
136:11 155:8
159:2,8 171:10,12
171:21 179:23
202:24 207:13
216:8 218:13
226:5 230:24
254:22 258:3,24
264:19 266:10
272:12 281:24
282:7,8 283:25
304:22 305:12
307:23
**sort** 118:3
**sound** 102:25
233:15
**sounds** 57:20
103:16 121:19
127:20 182:8
220:10 257:7
287:24 310:19
**source** 73:7 144:1
192:23 211:15
220:22 265:1
**sources** 85:23
182:4,6 183:9,10
184:8 199:6,6
217:6
**southern** 13:10
**space** 128:7
225:25
**span** 79:19
**spanned** 58:22
109:23

**spans** 290:17
**sparked** 294:3
**speak** 17:24 53:23
110:23 111:18
210:17 269:9
**speaking** 39:21
41:16 44:1 55:10
82:14 90:6 93:17
111:23 141:25
165:22 171:16
172:11 281:3,6
**speaks** 112:6,10
**specialize** 117:5
**specializing** 117:3
**specialty** 75:20
211:20
**specific** 22:2 25:24
26:6 28:4 31:13
55:22 60:10 91:6
114:8 131:11
139:6 146:20
153:10,11,24
154:19 158:12,13
160:25 162:16
165:18 169:23
173:21 175:10
194:17 206:22
207:6 211:19
224:23 277:2
300:14,16
**specifically** 16:5
17:6 19:9 20:6
26:25 28:18 38:25
39:12,21 43:6
45:1,25 61:9 63:6
71:9 75:7 88:6
89:2,9 91:3,10
93:2,3 98:8 109:9
112:15 118:23
121:8 131:13,16
131:18 146:16

147:21 150:3,3
153:6 162:4 166:1
175:3 180:22
205:13 224:3
234:7 248:18
273:17 274:1
**specifics** 221:1
**speed** 244:4
**spell** 16:12 237:18
**spend** 40:18 140:5
140:18,22 141:3
141:22
**spending** 221:5
**spent** 79:15
**spoke** 23:8,20 26:2
46:20 48:20 50:21
57:10 59:1 119:19
126:12 141:5
160:18 184:9
185:21 211:2
247:5
**spoken** 75:24 77:1
133:22 136:21
142:16 154:9,12
182:17 219:21
**sport** 157:12 166:4
300:19,23 301:3
301:19,24 303:21
**sports** 106:11
107:9 168:6
173:21 174:10
177:21,23,25
178:5,13 302:3
303:8,14
**spot** 124:15
**sruti** 4:16 13:21
16:2
**sswaminathan**
4:23
**staff** 84:6,12,24
108:25 120:17

Armistead Supp. App. 0338

[staff - study]

134:17 281:11
**stage** 91:15 120:20
 120:25 175:7
 200:6
**stagiaire** 53:20
**standard** 42:21,22
 106:18 200:20
 203:9 222:7
**standardized**
 68:20
**standards** 195:21
 195:23 203:2,6,21
 203:24 204:5,22
 205:1,4,16 263:20
 264:17,21
**start** 13:23 35:24
 38:11 88:4 91:23
 105:15 113:6
 115:21 122:16
 147:7 209:7,11
 262:25 297:23
 309:9
**started** 47:14
 59:10 74:25 116:8
 147:22 170:18
 193:22,22 194:7
 215:23 249:10
 309:4
**starting** 20:14
 120:1 182:15
 220:14 271:23
 291:25
**starts** 168:13
 169:9 209:3
 225:16 257:19
**state** 1:9,12,14 2:9
 2:12,14 3:13 4:5
 7:5 9:24 13:8
 14:20 16:12 21:4
 21:18 176:25
 177:9,11,15,18

196:2 200:15
 212:17 213:20
 216:7 218:9,19
 222:17 260:16
 266:15 280:14
 312:12 313:4
 314:4,9,12 316:1
**stated** 50:7 284:20
**statement** 196:9
 261:2 275:21,23
 277:8,10 278:18
 279:4 280:20
**statements** 277:18
 298:15
**states** 1:1 2:1 91:1
 263:17 275:18
 278:8 281:16
**stating** 215:7
**statistic** 215:12,14
 257:2
**statistical** 102:11
 102:15,18,19,25
 241:19,25 242:15
 252:15 260:20
 261:11,15,17
 263:20,24 264:17
 264:21
**statistically** 189:1
 264:3
**statistician's**
 261:14
**statisticians**
 117:12
**statistics** 45:11
 51:16,21,22 56:13
 102:17 116:23
 118:10 243:5,12
 244:10,17 245:22
 266:6 301:11
**statute** 310:13

**stay** 187:7
**staying** 47:25
**stays** 243:6
**steensma** 246:3
 250:13
**stephanie** 239:18
**stepney** 227:18
**steps** 299:21
**steptoe** 6:18,24
**stewart** 239:18
**stipulation** 314:20
**stop** 292:14
**stops** 196:21,22
**story** 147:9
**street** 3:8 4:9,20
 5:13 7:9,18
**strike** 132:21
 216:8
**strive** 148:16
**strongest** 91:9
**strongly** 91:7,8
**structure** 66:10
 113:4 114:7
**structured** 44:18
**student** 44:7 96:3
 120:17 169:14
 284:24 310:11
**students** 62:25
 67:20,21,23 68:2,6
 108:17 130:19
 131:9,12,22
 165:17,18,24
 166:12,23 167:2
 285:12
**studied** 38:18 49:4
 58:8 167:3 176:7
 186:9
**studies** 40:10
 47:15,16 52:10,11
 52:12 55:1 59:11
 95:2 106:23 107:2

115:20 121:10
 169:19,20,22,25
 170:6,8,10,15,21
 170:23 184:11
 186:1,4,8,11,14,17
 192:16 193:3,4,6,8
 193:22,22 206:12
 206:20 207:9,11
 207:16 208:4,6,7
 213:5,8,15,16
 215:17 223:15
 224:6 225:1,5,18
 226:23 229:24
 231:6 233:17,19
 233:22 234:1,4,6,8
 234:10,17 238:15
 242:18,24 244:15
 244:21 245:4,5,15
 247:1 248:22
 249:7 250:20
 253:2,12,21,25
 257:8 271:3,6
 272:6,15,20,25
 273:3,10,21 274:4
 304:8
**study** 11:18 37:7
 38:10 40:6 44:20
 49:2,5 93:22,23
 95:3 102:9 108:6
 108:12,21 109:2,3
 109:7 111:9
 114:24 115:5,8,18
 116:13,14,21
 117:20 118:13,21
 118:24 119:1,4,7
 120:20,23 121:1,4
 121:6,13 147:8
 170:14 184:17
 186:5 193:20
 206:15,15 207:7
 208:12,18,21

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0339

[study - sure]

209:10,21 210:1
219:15 221:5,6,6
227:2,16 228:19
228:21 229:3,16
230:2,15,19,21,24
231:8,9,10,15,24
231:25 232:19
233:1,9,11,13,17
234:24 235:13
236:2,7,12,14,21
236:23 237:2,9,10
237:14 238:4,18
239:17 240:2,18
241:5,10,15,23
242:7 243:17
245:22,24 246:1,4
246:8,13,18,25
247:18 248:1,8
249:15 250:1
251:6,10,16,21,25
252:4,7,22 253:8,9
253:10,14,17,19
254:17 255:4,11
255:14,22 256:1,5
256:11 257:6,15
258:4,10,17,21,25
259:18,18 260:2,6
267:6,12,15,19
268:10 269:18,22
270:2,5,13,14,18
270:24 271:5,20
271:23 272:23
273:15 274:5
284:17 286:3
287:13 289:22
290:20 294:6,13
295:22 298:2
**studying**  38:11
96:3 139:15 149:5
150:24

**stutler**  1:13 2:13
6:17 15:1 311:8
**subject**  21:14
27:15 38:25 79:12
130:4 135:23
144:19 205:11
**subjectively**  68:16
**subjects**  37:22
39:21 61:15,15,20
61:22 87:23
**submission**  139:3
**submit**  100:5
124:14 128:11,24
139:5
**submitted**  35:9
97:18 117:24
118:1 124:8
126:12 129:1
136:9 137:24
139:4 153:1
230:21,25 231:18
249:7
**subscribed**  313:18
**subset**  200:14
**substance**  129:8
152:7
**substantial**  84:9
102:16 135:22
153:17,19 285:12
**substantive**  18:8
114:9 232:8
**subtype**  173:13
**successfully**  25:20
**suffer**  58:20
200:17
**suffering**  176:4
179:21 209:22
232:16 310:11
**sufficient**  80:15
182:14,23 294:21

**suggested**  290:4
**suicidal**  236:16
237:4
**suicidality**  123:16
124:25 228:24
229:20
**suicide**  10:11,12
124:25 230:4,4
233:4 255:24
256:12,16 257:11
258:19
**suite**  3:9 4:10 7:10
**sum**  105:1
**summarize**  22:12
22:21 26:4 94:13
162:14 223:19
**summarized**
215:17,18
**summarizing**
20:24 26:7 27:1
43:21
**summary**  27:4
124:17,19,22
145:14 171:1
**sunita**  239:18
**superintendent**
1:13,14 2:13,14
4:3 6:17 7:3 15:1
15:4 311:13
**supervise**  49:15
67:19 68:3
**supervised**  67:1
67:16 84:13 131:4
131:12
**supervising**  66:25
68:24 96:23
131:19
**supervision**  45:19
66:23 68:7 130:24
131:16,22 132:11
132:17,20,22

181:10
**supervisor**  49:12
130:19
**supervisors**
131:12 147:22
**supplement**  310:3
**supplied**  156:18
**support**  11:6
48:16 106:23
107:2 108:25
158:5,8,15,17
162:13,25,25
163:7 191:14,25
211:11 234:5
247:7 258:17,21
258:25 296:24
**supported**  11:21
120:19 159:24
160:20 259:20
265:24
**supporting**  192:25
**supports**  162:1,8
162:22 191:17
208:12,18,21
**suppose**  285:21
**suppression**  11:7
11:12 200:7
246:14 247:8
249:16 250:2
251:12
**sure**  13:20 15:10
28:7,21 52:17
57:20 64:8 66:24
71:20 77:4 98:11
104:1,4,9 110:8
121:12 134:20
173:14 179:24
180:11 208:18
215:5 229:12
239:5 241:24
244:19 258:4,25

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0340

[sure - tara]

271:10 272:15
274:14 278:4
304:24 308:21
**surgery** 11:17
185:19 255:11,23
256:13,17 257:10
**surgical** 251:13
**surprised** 121:5
221:1
**survey** 186:8
233:6
**suspecting** 185:14
**suspects** 288:8
**suspend** 290:9
**suspended** 287:22
288:5
**suspension** 291:9
293:9
**sutton** 97:10,12
98:2,2,13,25
**sutton's** 97:21
**swaminathan** 4:16
9:6 13:20,21
14:15 15:24 16:2
16:6,6 18:24
19:10 25:14 26:16
27:3,18 28:11,15
28:19,24 29:1
30:21 31:2,5
32:20 33:3,4
34:14,17 35:6,13
40:22,24 44:14
45:5 46:3 47:9,11
57:16,21 58:6
61:3,18 63:15
64:9 65:20 71:1
71:13,23 72:1
77:8 83:8 85:6
86:17,23 96:9,12
96:13 103:8,14,16
103:17 104:3

105:2 112:11
120:5 121:17,20
122:5 124:6
133:19 134:6,10
134:20 135:3
137:10,15,20
142:13 146:2,4
151:14 152:1
158:20 159:10
160:2,17 161:11
161:22 162:17
164:5,24 166:17
166:21 167:16
171:9 172:18,23
173:5,18 174:7,22
175:4,18 176:1,8
176:13 187:2
190:18,24 191:3,5
193:13,16 198:1,6
199:1,12,17,18
206:9,10 207:8
208:17 209:12
210:2,11 211:16
211:25 212:13
219:8,10 223:2,11
224:11 225:8,24
226:1 227:6,11
229:14 230:8,13
234:16,22 235:4,8
238:24 239:4,10
239:15 241:21
242:11 243:22
244:3 245:1,18
247:12,16,24
250:5,10 254:8,13
259:10,16 261:21
262:1 265:15,19
268:1,6 272:14,24
273:13 274:2,8,14
275:1,2 282:5,9,24
283:12 284:2,8,10

286:13,18 293:22
296:23 299:10
300:17 301:1,13
302:1,7,13 304:1,9
304:18,25 305:9
305:22 307:17,21
309:18 310:15,19
310:24
**swear** 15:15
**sweden** 11:18
255:11
**swedish** 254:19
255:22 256:13
**switch** 239:21
**sworn** 13:19 15:16
**symposia** 122:11
123:1
**synonym** 141:2
**system** 70:17
80:13 85:8 100:12
143:1 145:23
149:9,14,22
164:22 248:25
**systematic** 106:19
202:9 208:4
**systematically**
62:23

**t**

**t** 16:15 191:4
237:19 316:3,3
**tab** 32:14 34:10
145:21 176:9
186:20 190:19
207:13,15 227:7
230:9 235:5
238:25 243:23
247:13 250:6
254:9 259:11
261:22 265:16
268:2 274:9 275:4
286:14 302:8

**tafuri** 235:20
**taggart** 235:19
**tailored** 138:20
**take** 17:16,20
23:14 33:5,8
36:19 37:14,25
39:8,25 42:15
43:11 51:9,12,14
51:18 57:16,19
67:14 87:2 103:11
116:14 121:18
125:18 131:18
145:22 146:20
154:18 156:25
166:8 177:6
200:10,12 207:23
252:3 257:21
305:10 311:16
**taken** 2:21 43:6
157:9 158:2
185:19 313:6
**takes** 32:23 176:14
**talk** 36:23 115:20
132:2 133:2
178:24
**talked** 29:4 103:19
183:25 309:22
**talking** 18:9 83:18
94:3 98:12,12
114:3,4 166:1,3
169:19,25 171:18
193:4,24 210:21
217:14 226:3
241:2 244:10
253:11 267:25
292:20 299:11
**tangentially** 96:15
**tanner** 175:7
200:6
**tara** 4:17 13:25

Page 53

Armistead Supp. App. 0341

[target - think]

**target** 269:3,8
**targeted** 44:11
**targets** 269:4
**tasks** 276:7,16
**taught** 56:23 57:1
**tbarham** 6:11
 314:2
**tborelli** 4:24
**teach** 56:19
**teaching** 52:2
 55:24 56:9,11
 57:3 130:17 131:1
**team** 120:6 133:7
 134:24 135:11
 137:3 173:22
 175:8 246:2
 251:18 265:6
 266:18 267:12
 303:8 304:13
**teammates** 165:25
**teams** 104:13
 164:10 165:17,19
 165:23 166:1,5
 167:22 174:5,6,10
 302:3 303:14
**technical** 174:20
**technically** 285:20
**technique** 252:15
**teenagehood**
 167:23
**teens** 46:15,16
 50:18 309:1
**teeters** 182:24
**tell** 22:1,5 54:1
 55:3 59:15 62:16
 64:18 74:12
 100:11 102:8
 107:18 119:9
 122:24 129:7
 131:25 149:16
 169:24 196:14

198:18 199:2
217:19 237:14
293:23 301:17
309:10
**ten** 20:17 113:14
 113:17 199:14
 257:3 277:3,24
 278:2 304:23
**tend** 210:16
**tender** 305:25
**tenet** 209:16
**tenille** 235:19
**terf** 191:2,6
 302:10,11
**term** 11:15 53:21
 128:21 139:20
 141:1 144:24
 145:3,4 181:3,6
 214:25 252:18
 255:9 300:9,9,14
**terminology** 18:23
 19:7 26:24 27:14
 43:25 44:23 60:25
 167:13 172:22
 173:3,10,25
 197:24 198:4
 208:14,24 210:8
 211:14 222:15
 229:13 234:13
 273:8
**terms** 25:25 26:7
 46:14 65:10 73:17
 106:20 112:22
 238:5,5 301:7
**test** 42:22,23 68:18
**tested** 219:20
**testified** 15:21
 26:17,19,22 58:8
 86:11 91:19
 126:11 137:21
 139:14 143:3

152:10 179:1
253:13 263:23
**testify** 23:10,12,15
 195:8
**testifying** 19:18,19
 19:22 313:9
**testimony** 22:2
 23:1,20,22,25
 24:10,13,18 25:10
 25:17,19 26:8,13
 27:8,10,22 28:4
 90:21 112:1 145:7
 154:22 159:4
 162:20 163:10,19
 179:15 223:4
 224:25 234:9
 242:5,9,12 243:1
 271:5 293:7
 306:18 307:2
 311:19 312:9
**testing** 39:13
 42:20 68:8,14,20
 69:3
**testosterone** 198:2
**tests** 241:19
**text** 99:20 164:11
 207:17 222:7
**textbook** 90:8 92:6
 97:6 99:12,18
 101:15
**texts** 99:19 222:7
**thank** 15:25 16:8
 16:11,16 28:23
 30:21 34:1,7
 35:12 39:2 41:2
 42:24 46:22 62:4
 65:4 71:23 72:6
 85:6 96:11 105:3
 106:21 111:6,6
 115:19 134:7
 139:13 141:21

194:4 199:10
231:22 244:7
255:19 282:5
292:6 305:22
306:2 308:7,9
311:14
**themself** 154:8
**theo** 250:13
**theoretically**
 299:9
**theory** 154:6
 210:3 234:5
**therapists** 211:7
**therapy** 10:10,23
 46:6 48:12,14,20
 48:22,24 50:8,9,11
 54:19 55:11,12
 79:6 82:4 123:21
 230:3 237:11,15
 238:1,20 240:18
**thereof** 313:13
**thing** 13:20 127:6
 143:8 268:24
 273:21 279:13
**things** 52:14 60:7
 93:24 128:3 259:5
 295:5
**think** 21:25 24:1
 24:21 27:7 28:8
 31:3 33:24 41:1
 46:18 50:15 57:1
 74:3 76:10 86:11
 103:2,9 106:1
 109:22 126:8
 130:15 136:24
 137:15 140:21
 142:14 145:3,6,18
 147:14 148:11,22
 149:17 152:20
 158:7 159:19
 162:18 163:2,4

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0342

[think - tough]

164:4,21 166:22
171:10 183:4
185:2 202:19
206:3 207:12
211:25 212:2
223:21 224:4,8,10
224:12,16 232:6
233:25 234:3
238:15 243:2,10
243:10 244:16
245:23 265:3
268:22 270:24
277:3 288:2
291:12 293:16
298:20 303:17
304:18 311:15
**thinking** 264:25
268:25
**third** 72:14 177:24
191:12 257:18
262:6
**thirds** 71:10
**thomas** 235:21
250:13
**thought** 43:22
84:9 111:12 148:5
153:4 189:4
270:22,25 290:1
**thoughts** 10:11
230:4
**thousands** 150:6
**threatening**
289:12
**three** 21:17 40:13
40:14,18 41:4,25
68:4 81:22,23
87:9 115:4 135:4
177:22 204:2
232:7 286:11
290:17 295:23
296:15

**tile** 128:10
**time** 16:1 20:14
21:9 29:15 37:5
40:7 42:12 43:22
43:22 46:19 47:19
47:21 48:11 50:17
52:6,9 56:24
57:14 59:1 63:4
63:17 65:22 67:20
68:2 70:20,21
84:6,16 85:17,21
86:4,12 95:4
97:14 99:2 100:24
108:16 109:18
111:15 119:25
120:12,16 128:1
129:16 130:3
138:18 140:5,9,18
140:22 141:4,22
142:15 149:19
153:8 159:9 177:6
187:18 188:17
193:10 195:13,15
200:1 212:1 218:3
218:25 229:7,23
233:8 236:20
238:7 246:17
249:22 270:18
271:21 274:13
290:3,23 305:2,23
306:19 311:22
313:7 314:10,18
314:24 315:7
**timeframe** 67:11
88:9
**times** 20:10 23:8
40:23 81:20
114:23 115:4
242:1 245:10
255:23

**timing** 135:15
**title** 53:18 55:4,6,8
62:11 64:20 66:7
66:12,17 90:25
92:9,9,10 101:11
101:12,22 127:24
128:9 177:24
178:9 260:3 262:6
267:18 294:18
**titled** 88:16 92:11
107:2,15 123:14
125:21 128:1
191:1 220:2 227:2
230:2 234:24
238:18 243:17
250:1 255:9
259:19 267:15
302:10
**titles** 62:13 65:2
66:11 170:17
**tlanghofer** 6:14
**today** 10:1,3 12:10
16:1,9,21 17:25
18:8 19:18,22
29:7 30:6,10,17
32:5 33:12 34:4
34:23 35:18 75:13
154:22 158:24
162:21 171:14
187:8 195:8
231:17,19,20
242:5 255:3
283:21 286:23
287:1 297:5,10,13
297:21 299:22,24
301:15,19 302:10
304:10 305:15
306:17 307:9
308:21
**today's** 29:11
232:8,12 282:19

311:19
**told** 125:14 133:9
199:4 220:24
270:4 288:10
**top** 97:3 149:2
164:13,14 177:9
187:15 194:25
199:23 218:14
220:3 227:16
233:25 271:22
**topic** 27:24 28:1
83:16 100:4,8,11
102:12 114:4,5
118:24 121:4
167:3 170:25
202:9 205:12,13
223:25
**topics** 60:9 63:12
86:13 87:19 99:2
101:5 105:12
112:21 122:13,14
142:20
**tordoff** 227:1,17
230:15 231:9,10
231:15,21
**toro** 5:6 14:10,11
**toronto** 47:1 52:1
52:2,25 53:1
67:22 74:5,8
76:18 77:11,19,24
125:25 126:8
**torturous** 289:17
289:18
**total** 296:5 311:20
**totality** 116:4
**totally** 150:16
199:15
**touching** 72:4
**tough** 60:14,14
62:21 80:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0343

[tracked - true]

**tracked** 209:21
**tracking** 186:2
**trained** 42:21
**trainee** 53:22,25
**training** 38:6
  45:14,16,20 48:23
  48:25 67:20,25
  75:23 130:18
  131:1,4 180:14
**trajectory** 169:11
**trans** 21:22 45:2,2
  48:15 49:3,9,9
  77:18 78:1 89:14
  123:15,16 125:1
  130:2 131:9 132:2
  132:4 148:6
  163:16,18,24
  165:24,25 166:12
  166:23 169:3
  184:23 185:15
  186:6 187:6,7,17
  191:19,21 211:21
  309:21
**transcribe** 18:2
**transcribed**
  313:11
**transcript** 16:21
  308:1 312:7 314:6
  314:8,10,13,13,21
  315:2,2
**transcription**
  313:13
**transgender** 10:6
  10:12,18 11:1,20
  12:5 18:11,19
  19:4 21:24 23:18
  25:23,25 26:3,9,19
  26:22 27:5,5,11,23
  28:5,17 38:1,4,7
  40:1,4 43:12
  44:21 45:15,21,25

46:2,9 52:4,7
55:20 57:4 58:16
58:20 63:6 77:2,5
77:10,23 78:4,7,16
78:22 79:1 83:10
83:16 86:14,19
88:12,16,22 89:3,9
89:18 90:2,22
91:4 92:2,12,25
93:7 96:15 98:6
98:15 101:2,16
103:20 105:22
106:11 107:8
109:8 111:25
115:9 118:22
119:5 121:1,9
125:6,8,10,15
127:14,18 130:8
130:11 131:5,23
132:8,13,15,18,23
140:1 142:9 143:5
143:6,11,13,22
144:5 145:8,8
167:2 174:9 175:6
175:15,21 180:9
189:7,18,24 190:3
197:22 198:2
200:16 202:21
203:3 206:1 207:1
207:20 208:1
211:18 222:11
223:5,23 224:6
227:3 230:5 232:9
232:11 235:1
236:17 237:5
243:18 251:11
256:18,22 259:19
265:24 267:16
271:15,24 280:22
281:1 288:17
292:1,18 307:11

307:13
**transgendered**
  123:1
**transgenderism**
  98:9
**transi** 216:2
**transition** 48:14
  48:21 50:9 91:10
  91:16 171:25
  173:16,17 176:3
  181:9 185:13,25
  187:18 188:16
  190:7,13 192:1,17
  192:19,22,22,23
  193:1 194:15
  195:2,6,11 206:14
  210:4 211:11
  212:20 213:25
  214:8,16,18,23
  215:1,20 216:5,18
  218:24 219:18
  226:9 277:16
  278:10,12,13,13
  278:15,16,19,22
  278:25 279:15
  280:17 281:17
  282:14 283:1,9,9
  283:10 299:14,17
  299:18,19,22
  300:1,12 307:7
**transitioned**
  198:22 215:24
  216:2,10,21 217:8
  217:17 271:24
**transitioners**
  112:2 212:21
**transitioning**
  110:18 214:16,19
  214:21 279:9
**transitions** 78:2
  116:16 185:16

**translation** 53:21
**transsexual** 11:16
  12:7 255:10
  275:15,19 276:2
  280:8 281:15
**transsexualism**
  98:22 106:24
  107:4 109:19
**transsexuality**
  27:25 43:15,18
  63:25 110:10
**transsexuals**
  128:2 276:21
**travis** 6:5 14:21
  30:12,13,14
  103:10 146:2
  307:19 314:1
**treat** 18:11 19:5
  211:18
**treated** 179:7
**treating** 200:4
**treatment** 68:8,12
  75:5 79:2,25 80:9
  80:18 81:16,18
  82:4,11 115:8,13
  115:16 132:5,7,12
  150:5,9 178:25
  196:6,17 197:11
  202:4 208:13,19
  238:7 251:13
  280:23 281:2
  294:23
**treatments** 81:2,9
**tried** 24:12,17,24
  110:17 226:10
**triggered** 73:2,8
**trouble** 307:19
**true** 146:13
  198:20 202:15,19
  208:25 237:9
  242:23 243:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0344

[true - understanding]

245:13,14 293:12
312:10
**truth** 240:21,22
**truthfully** 19:22
**try** 17:11,17 24:25
25:9 68:15 208:6
280:9
**trying** 62:18 77:20
84:22 109:24
110:21 139:7
140:15 149:17
155:12 159:13
170:5 183:4 185:8
186:8 189:21
215:13 248:24
277:1,1 292:13
294:17,24
**tryon** 3:15 14:18
14:18 18:23 19:7
30:18,19,22,25
31:3,6 44:1,1
45:22 61:13 64:7
65:15 70:11 71:6
71:17 86:15,21
96:7,11 103:24
112:8 120:3 124:4
134:2 136:23
158:16 159:17
160:9 162:10
164:2 167:14
171:6 172:12,22
173:1,24 174:17
175:1,16,23 207:4
209:24 219:5,5
224:9 234:19
241:16 244:22
245:17 272:11,19
273:9,19 282:2
283:7,24 296:18
299:6 300:3,5,21
301:4,20 303:22

304:5,15 310:3,4,8
310:17
**turn** 35:20 53:6
93:13 104:19
106:13 121:7
122:6 123:11
126:25 130:14
148:21 155:15
156:22 177:4
187:14,20 190:25
191:11 194:18,21
205:21 211:23
212:14 218:5
219:24 225:12
231:23 257:14
262:24 263:10
266:12 281:14
288:25 302:18
**turned** 192:12
260:17
**tutorial** 127:5
**twitter** 278:4
**two** 21:25 22:1
23:15 26:2 33:19
51:20 56:12 58:8
71:2,10 81:22,23
100:24 114:15
115:20 117:2
130:25 150:2,7
207:12,16 238:5
286:11 299:5
307:3 309:2,15
**type** 171:17 172:2
172:5,7,9 197:13
**types** 172:3 196:24
278:6 308:12
**typical** 139:25
**typically** 45:7
46:11 54:4 68:6
69:20 70:3,14
71:3 72:4 74:17

75:4 81:24 126:5
144:11 148:24
165:25 197:14,23
198:3 252:11
273:21 275:16
**typology** 106:23
107:3
**tyson** 6:8

**u**

**u.s.** 13:9 80:19
181:21 195:22
**uh** 100:2 115:15
182:11 237:20
**ulterior** 283:4
**ultimately** 70:6
83:6 84:7 264:1
**un** 289:17
**unable** 75:17 84:8
86:5 226:10
239:11
**unanimously**
206:21 207:6
212:22
**unaware** 270:20
**uncivil** 289:11
**uncontested**
101:19
**unde** 190:10
**undecided** 190:11
**undergo** 257:10
**undergoing** 11:16
189:10 197:10
255:10 278:21,25
279:9,16 280:16
**undergraduate**
37:1,12,14,16,17
37:25
**undermine** 157:11
158:3
**undermined**
158:25 159:5

**undersigned** 313:3
**understand** 16:24
17:8,10,22 18:5,16
18:22 19:1,6,12,15
19:17 27:7 28:20
44:17 46:13 50:16
62:18 72:3 75:25
77:24 80:19 84:3
87:13 109:24
110:20 115:22
117:25 122:10
123:13 130:17
139:7 141:8,11
149:17 152:2
159:13 162:23
170:5 171:13
172:6,15 173:15
176:22 179:1
182:1 183:4
184:18 185:3,8,22
214:25 215:5,14
229:3,9 231:4
243:10 256:7
276:23,24 283:19
294:15,17 298:12
299:1,12
**understanding**
25:15 28:3 33:9
35:6 43:1 63:21
84:23 104:5,10
135:20 139:19
142:2 145:13
146:8 153:13
155:12 160:10
164:6,16 165:15
166:7 168:3 174:6
176:2 185:10
189:24 215:13
244:13 261:6
263:8 271:21
284:1,4 286:1

Page 57

**[understanding - vries]**

292:24 299:25
300:18,23 301:2
301:18
**understands** 264:8
**understood** 17:14
28:21 100:13
109:24 150:16
152:20 160:3
**underwent** 255:22
256:12,17
**undue** 278:11,15
**unethical** 84:9
**unfair** 206:18
**unfamiliar** 129:11
129:12
**unfortunate** 243:9
**unfortunately**
18:3 277:6 306:9
**union** 7:16
**unit** 13:6 54:20
57:25 58:4 121:24
122:3 151:19,23
212:7,11 274:20
274:24 305:3,7
**united** 1:1 2:1
**univer** 51:25
**university** 38:17
40:7 42:10 47:1
52:1,2 67:21
146:10
**unkind** 289:10
**unknown** 206:2
207:2,21
**unlawful** 289:18
**unnecessary** 214:8
214:9
**unprofessional**
289:11
**unprotected** 292:5
**unrealistic** 218:23
219:17

**unsigned** 287:20
**update** 153:9
230:16
**updated** 36:17
139:5 153:5
201:13 277:23
**updates** 152:11
153:3 201:17,21
202:18
**use** 16:4,17 18:1
20:5 93:18,25
94:2 138:5,7
139:4,10 145:4
148:24 184:20
229:2 243:14
244:17 284:14
299:13,22
**useful** 111:11,11
111:12 150:4
**usual** 142:8 148:5
**usually** 47:7 67:23
81:10 91:21 94:2
299:20
**utilized** 196:5

**v**

**v** 11:25 56:17
225:25 314:4
316:1
**va** 41:12,17
**vacuous** 209:1
**vague** 124:4 293:4
**valeria** 5:6 14:10
**valued** 289:19
**van** 243:17 244:2
245:24 246:2
253:16,19
**vanderlaan**
116:25 117:21,22
118:6 119:2
**var** 301:22

**variable** 301:22
**variance** 252:16
**variations** 185:10
**variety** 157:16
165:8
**various** 157:25
273:11
**venues** 181:17
278:2,5 290:13
**verbal** 18:1
**verify** 24:25
266:23
**veritext** 8:4 13:15
13:17 311:21
314:7,9,11
**veroff** 5:10
**versa** 63:3
**verse** 25:5
**version** 90:9 92:6
92:10 97:5,9
101:12 153:1
182:16 195:18
203:12,14,16
204:23 205:1,4,8
205:15,19 216:19
221:25 247:2
**versus** 13:8 62:19
111:2 160:12
252:9 262:8
273:21 299:13
**vice** 63:3
**victoria** 54:16
248:2
**video** 13:6
**videoconference**
3:1
**videographer** 8:6
13:4,15 14:14,17
15:8,14,17 57:23
58:2 121:22 122:1
151:17,21 212:5,9

**variable** 274:18,22 305:1,5
310:20,23 311:1,6
311:10,15
**videotaped** 1:19
2:20
**vie** 124:15
**view** 113:17 140:1
158:25 159:5
188:18
**views** 269:10
302:24
**violated** 289:23
**violating** 71:2
151:2
**violative** 76:9
**virginia** 1:2,9,11
1:15 2:2,9,11,15
3:3,8,10,13,14,18
4:3,9,11 6:22 7:3
7:9,11 9:24 13:8
13:11 14:19,20
15:3,6 34:6 133:9
133:16,23 134:13
135:2,6 136:14,22
138:3 177:11
311:12 314:4
316:1
**virginia's** 157:11
176:25
**virtual** 84:20
**virtually** 13:13
31:8
**volition** 96:20
**volume** 1:21 2:21
9:4 312:17
**voted** 290:1
**vpeletdeltoro** 5:19
**vries** 225:22
226:15 246:3
250:1,12,20,24
253:7,10

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0346

[vs - word]

**vs**   1:8 2:8

**w**

**w**   1:11 2:11
**wagenaar**   250:13
**wait**   155:17 209:7
**waiting**   195:3
268:7
**waived**   314:23,23
**waiver**   177:17
**waiving**   314:20
**walk**   53:4
**wall**   4:20
**want**   18:9 28:20
36:23 57:19 71:19
75:2 91:9 93:19
103:8,11 133:1
137:14 142:1,22
143:9 144:18
146:24 159:11
178:24 187:14,18
188:16 199:12
206:13 214:13,18
215:5,20 216:5
230:15 245:11
247:21 263:7
270:7 284:7 293:4
306:8
**wanta**   227:17
**wanted**   52:17
70:18 84:10
135:15
**washrooms**   303:6
**watchful**   195:3
**water**   32:9,10
**way**   30:8 32:7
44:10 45:3 59:7
80:13,14 84:9
89:16 99:22 100:7
102:13 108:4,23
121:3 140:16
142:25 145:19

149:24 158:11
160:11,15 166:24
172:14 174:3,16
174:20 175:24
183:2 209:1 229:1
229:4 243:11
244:17,18 253:4
256:23 269:10
276:8,17 289:25
301:7
**ways**   89:13 93:18
139:21 184:21
243:3 252:13,14
253:4 269:13
**we've**   52:18 57:13
75:24 77:1 142:14
142:16 212:2
**wearing**   279:22
280:2
**website**   275:12,15
276:14 277:9,15
277:24 297:23
**websites**   75:13
**week**   150:10 200:2
200:3
**weeks**   152:25
231:13
**went**   29:15 41:25
57:9 62:5 64:10
102:9 148:4
**west**   1:2,9,10,15
2:2,9,10,15 3:3,10
3:13,14,18 4:3,11
6:22 7:3,11 9:24
13:8,10 14:19,20
15:3,6 34:5 133:9
133:16,23 134:13
135:2,6 136:14,22
138:3 157:11
176:25 177:11
311:12 314:4

316:1
**western**   1:2 2:2
**when's**   200:1
**whereof**   313:17
**whichever**   290:5
**white**   6:21
**wide**   157:16 165:8
**widely**   196:4
**wider**   120:23
**widespread**   145:3
**willing**   133:10
**wilson**   235:21
**windows**   239:21
**wishes**   185:24
281:12
**withholding**
208:12,19,21
210:4 211:11
**witness**   9:2 13:19
15:15,16 19:8
24:3,5,5 25:13
26:15,25 27:15
28:17 29:3 33:1
44:2,25 45:24
61:1,14 63:9 64:8
65:14,16 70:12,14
71:7,20 77:7 83:1
85:8 86:16,22
103:13,25 104:18
112:9 120:4 124:5
134:8,16,21 135:1
136:24 137:1
142:12 159:8,19
160:10,22 161:15
162:11 164:3,20
167:15 171:7
172:13 173:4,11
174:1,19 175:2,17
175:24 187:1
190:23 193:14
197:25 198:5,20

199:16 207:5
208:15,23,25
209:25 210:9
211:15 222:16
223:9 225:4
234:14,20 239:3,8
239:13 241:17
242:9 244:1,23
247:22 250:9
259:15 272:12,20
273:10,20 274:12
282:7,18 283:8,25
293:12 296:19
299:8 300:7,22
301:6,22 302:12
303:23 304:7,16
305:25 306:11
309:19 310:16
313:17 314:13,16
315:2,5 316:24
**witnesses**   263:9
313:8
**woman**   130:2
**women**   174:9
188:14 197:22
222:11,13 223:5,6
307:3 309:12
**women's**   157:12
177:21,23,25
178:5,13
**wondering**   24:23
48:13 103:10
110:1 111:6 243:8
**word**   20:5 24:24
28:9 53:19 93:18
93:23 94:2 101:22
185:10 229:2
243:2,5,8 244:16
282:20 283:9
284:12 299:14,22
299:25

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0347

[words - zucker]

**words** 25:2 93:25
184:20 258:9,11
279:14 299:19,25
**work** 47:23 50:3
52:4 54:1,7 55:3
55:15,19 57:9
58:23 59:15,19
60:11 61:4 62:16
62:23,24 63:16,19
64:5,18,21 65:6,8
65:10 68:5,11,24
70:1 73:18,20,22
76:19 80:13 93:14
93:19 100:19
110:22 147:6,20
149:13 304:22,23
**worked** 40:8 47:22
54:12 61:21 73:15
75:2 116:19
133:15 150:18
**working** 106:2
126:25,25 150:19
205:1
**workload** 74:21
**works** 57:18 80:24
97:6 262:18
**world** 67:24 99:19
181:21 202:21
279:23
**worries** 96:12
**worse** 259:5
**wpath** 202:20
203:1,5,9,21,24
204:4,14,16,18,22
204:25 205:4,16
**write** 81:16,24
87:19 95:12
111:16 112:22
187:16 290:24
297:25 302:17

**writing** 81:13 88:4
90:9 111:18,22
293:17,19 294:10
297:17
**writings** 58:22
**written** 81:19 82:2
106:8 107:19
111:10 191:8
291:7
**wrong** 192:13
214:17 261:15
274:12
**wrote** 20:4 97:9
106:6 111:9,21
187:11 203:23
251:16 266:24
275:10 276:19
277:2 282:18,23
291:10,11,12
**wvago.gov** 3:20
**wvssac** 311:4
**www.aappublic...**
240:11
**wyant** 4:6 7:6

**x**

**x** 315:1
**x.x.g.** 262:9
**ximena** 239:19
**xxg** 11:25

**y**

**y** 272:7,16
**yeah** 16:8 36:19
50:13 84:22 111:5
138:6 146:6 245:2
245:14 260:14
**year** 22:8,9,23
40:14 41:4,25
47:14,16,20,21
97:17 100:24
113:9 116:4 175:6

203:11,19 233:5
257:4 287:12
**years** 20:17 21:1
29:13,21 33:19
40:8,13,18 47:24
54:23 74:23 79:20
79:20 83:24 87:17
87:18 100:24
101:18 105:11
107:21 112:20,21
113:13 115:25
116:2,5 120:1
122:19 126:24
204:2 221:5 232:7
253:24 277:3,24
278:2 285:17
286:11 294:2
297:24 308:21
309:4
**yep** 151:17 212:5
305:1
**yesterday** 30:16
31:9
**york** 4:22,22 7:20
7:20 21:18,19
23:15
**young** 11:11 46:12
46:13 144:11,17
144:25 250:1
251:11
**younger** 145:10
**youngest** 50:15,18
76:8,10 78:11
**youth** 10:13,22
12:5 230:5 236:17
237:5 238:19
240:18 267:17
271:15,25
**youths** 10:6,19
227:3 235:1

**z**

**zelkind** 4:18
**zero** 75:2
**zholstrom** 5:23
**zoe** 5:11 291:3,8
292:11 293:8
294:4,18 297:2
**zoom** 3:1
**zucker** 92:20
102:4,20 107:12
119:3 250:23

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0348

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

```
 1              IN THE UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION
 4
 5    _____
                                      )
 6    B.P.J. by her next friend and)
      mother, HEATHER JACKSON,        )
 7                                    )
              Plaintiff,              )
 8                                    )  No. 2:21-cv-00316
         vs.                          )
 9                                    )
      WEST VIRGINIA STATE BOARD OF )
10    EDUCATION, HARRISON COUNTY    )
      BOARD OF EDUCATION, WEST        )
11    VIRGINIA SECONDARY SCHOOL     )
      ACTIVITIES COMMISSION, W.     )
12    CLAYTON BURCH in his official)
      capacity as State              )
13    Superintendent, DORA STUTLER,)
      in her official capacity as  )
14    Harrison County               )
      Superintendent, and THE STATE)
15    OF WEST VIRGINIA,              )
                                      )
16              Defendants.           )
                                      )
17           And                      )
                                      )
18    LAINEY ARMISTEAD,               )
                                      )
19           Defendant-Intervenor.)
      _____)
20
              REMOTE VIDEOTAPED DEPOSITION OF
21                 GREGORY BROWN, Ph.D.
                 Friday, March 25, 2022
22                      Volume I
23    Reported by:
      ALEXIS KAGAY
24    CSR No. 13795
      Job No. 5122856
25    PAGES 1 - 282
```

                                                    Page 1

Armistead Supp. App. 0351

```
 1        IN THE UNITED STATES DISTRICT COURT
 2   FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON
 3                     DIVISION
 4
 5   _____
     B.P.J. by her next friend and)
 6   mother, HEATHER JACKSON,   )
                                )
 7      Plaintiff,     )
                                )
 8   vs.                )  No. 2:21-cv-00316
                                )
 9   WEST VIRGINIA STATE BOARD OF )
     EDUCATION, HARRISON COUNTY  )
10   BOARD OF EDUCATION, WEST    )
     VIRGINIA SECONDARY SCHOOL   )
11   ACTIVITIES COMMISSION, W.   )
     CLAYTON BURCH in his official)
12   capacity as State        )
     Superintendent, DORA STUTLER,)
13   in her official capacity as )
     Harrison County          )
14   Superintendent, and THE STATE)
     OF WEST VIRGINIA,       )
15                             )
        Defendants.     )
16                          )
        And          )
17                             )
     LAINEY ARMISTEAD,      )
18                             )
        Defendant-Intervenor.)
19   _____
20      Videotaped deposition of GREGORY BROWN, Ph.D.,
21   Volume I, taken on behalf of Plaintiff, with all
22   participants appearing remotely, beginning at 7:02 a.m.
23   and ending at 4:03 p.m. on Friday, March 25, 2022,
24   before ALEXIS KAGAY, Certified Shorthand Reporter
25   No. 13795.
```
Page 2

```
 1   APPEARANCES (via Zoom Videoconference):
 2
 3   For the Intervenor:
 4      ALLIANCE DEFENDING FREEDOM
 5      BY:  HAL FRAMPTON
 6      BY:  RACHEL CSUTOROS
 7      Attorneys at Law
 8      20116 Ashbrook Place
 9      Suite 250
10      Ashburn, Virginia 20147
11      HFrampton@adflegal.org
12
13   For West Virginia Secondary School Activities
14   Commission:
15      SHUMAN MCCUSKEY & SLICER
16      BY:  ROBERTA GREEN
17      Attorney at Law
18      1411 Virginia Street E
19      Suite 200
20      Charleston, West Virginia 25301-3088
21      RGreen@Shumanlaw.com
22
23
24
25
```
Page 3

```
 1   APPEARANCES (Continued):
 2
 3   For the State of West Virginia:
 4      WEST VIRGINIA ATTORNEY GENERAL
 5      BY:  DAVID TRYON
 6      Attorney at Law
 7      112 California Avenue
 8      Charleston West Virginia 25305-0220
 9      681.313.4570
10      David.C.Tryon@wvago.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
Page 4

```
 1   APPEARANCES (Continued):
 2
 3   For The Plaintiff, B.P.J.:
 4      COOLEY
 5      BY:  ANDREW BARR
 6      BY:  ELIZABETH REINHARDT
 7      BY:  KATELYN KANG
 8      BY:  ZOE HOLSTROM
 9      BY:  KATHLEEN HARTNETT
10      BY:  JULIE VEROFF
11      Attorneys at Law
12      500 Boylston Street
13      14th Floor
14      Boston, Massachusetts 02116-3740
15      617.937.2305
16      ABarr@cooley.com
17      EReinhardt@cooley.com
18      EReinhardt@cooley.com
19      ZHolstrom@cooley.com
20      KHartnett@cooley.com
21      JVeroff@cooley.com
22
23
24
25
```
Page 5

2 (Pages 2 - 5)

Armistead Supp. App. 0352

| | |
|---|---|
| 1  APPEARANCES (Continued): | 1  Also Present: |
| 2 | 2     LINDSAY DUPHILY - VERITEXT CONCIERGE |
| 3  For Plaintiff: | 3 |
| 4     LAMBDA LEGAL | 4  Videographer: |
| 5     BY: SRUTI SWAMINATHAN | 5     KIMBERLEE DECKER |
| 6     BY: AVATARA SMITH | 6 |
| 7     BY: CARL CHARLES | 7 |
| 8     Attorneys at Law | 8 |
| 9     120 Wall Street | 9 |
| 10    Floor 19 | 10 |
| 11    New York, New York 10005-3919 | 11 |
| 12    SSwaminathan@lambdalegal.org | 12 |
| 13    ASmith@lambdalegal.org | 13 |
| 14    CCharles@lambdalegal.org | 14 |
| 15 | 15 |
| 16  For the Plaintiff: | 16 |
| 17    AMERICAN CIVIL LIBERTIES UNION | 17 |
| 18    BY: JOSHUA A. BLOCK | 18 |
| 19    125 Broad Street | 19 |
| 20    18th Floor | 20 |
| 21    New York, New York 10004 | 21 |
| 22    JBlock@aclu.org | 22 |
| 23    212.549.2500 | 23 |
| 24 | 24 |
| 25 | 25 |
| Page 6 | Page 8 |

| | |
|---|---|
| 1  APPEARANCES (Continued): | 1              INDEX |
| 2 | 2  WITNESS                    EXAMINATION |
| 3  For defendants Harrison County Board of Education and | 3  GREGORY BROWN, Ph.D. |
| 4  Superintendent Dora Stutler: | 4  Volume I |
| 5     STEPTOE & JOHNSON PLLC | 5 |
| 6     BY: JEFFREY M. CROPP | 6        BY MR. BLOCK              16 |
| 7     Attorney at Law | 7 |
| 8     400 White Oaks Boulevard | 8 |
| 9     Bridgeport, West Virginia 26330 | 9            EXHIBITS |
| 10    304.933.8154 | 10  NUMBER         DESCRIPTION        PAGE |
| 11    Jeffrey.cropp@steptoe-Johnson.com | 11  Exhibit 64  Declaration of Gregory A. Brown,   24 |
| 12 | 12       PH.D., FACSM |
| 13 | 13 |
| 14  For West Virginia Board of Education and Superintendent | 14  Exhibit 65  Declaration of Professor Gregory   26 |
| 15  Burch, Heather Hutchens as general counsel for the | 15       Brown, Soule Matter |
| 16  State Department of Education: | 16 |
| 17    BAILEY & WYANT, PLLC | 17  Exhibit 66  Expert Declaration of Gregory A.   26 |
| 18    BY: MICHAEL TAYLOR | 18       Brown, Ph.D., FACSM, Hecox Matter |
| 19    Attorney at Law | 19 |
| 20    500 Virginia Street | 20  Exhibit 67  White Paper - Concerning Male    28 |
| 21    Suite 600 | 21       Physiological and Performance |
| 22    Charleston, West Virginia 25301 | 22       Advantages in Athletic |
| 23    MTaylor@Baileywyant.com | 23       Competition and the Effect of |
| 24 | 24       Testosterone Suppression on Male |
| 25 | 25       Athletic Advantage, Gregory A. |
| Page 7 | Page 9 |

3 (Pages 6 - 9)

Armistead Supp. App. 0353

1      Brown, Ph.D., December 14, 2021
2
3  Exhibit 68   Video Clip                      59
4
5  Exhibit 69   Women's Sports Policy Working    111
6      Group Briefing Book a Request to
7      Congress and the Administration
8      to Safeguard Girls' and Women's
9      Sport & Include Transgender
10     Athletes
11
12 Exhibit 70   Commonwealth of Pennsylvania     123
13     House of Representatives
14     Education Committee Public
15     Hearing, Presentation on HB 972
16     (GLEIM) Fairness in Women's
17     Sports Act
18
19 Exhibit 71   "Proandrogenic and Antiandrogenic  139
20     Progestins in Transgender Youth:
21     Differential Effects on Body
22     Composition and Bone Metabolism"
23
24 Exhibit 72   The Journal of Sexual Medicine   149
25     "Transgender Health: Early

Page 10

1      Hormonal Treatment Affects Body
2      Composition and Body Shape in
3      Young Transgender Adolescents"
4
5  Exhibit 73   Brown Blog Post                161
6
7  Exhibit 74   "Transwomen Competing in Women's  177
8      Sports: What we know, and what we
9      don't"
10
11 Exhibit 75   "Re-Affirming the Value of the   201
12     Sports Exception to Title IX's
13     General Non-Discrimination Rule"
14
15 Exhibit 76   "Transgender Women in the Female  209
16     Category of Sport: Perspectives
17     on Testosterone Suppression and
18     Performance Advantage"
19
20 Exhibit 77   World Rugby Transgender Women     217
21     Guidelines
22
23 Exhibit 78   "How does hormone transition in   219
24     transgender women change body
25     composition, muscle strength and

Page 11

1      haemoglobin? Systematic review
2      with a focus on the implications
3      for sport participation"
4
5  Exhibit 79   "Integrating transwomen and      228
6      female athletes with Differences
7      of Sex Development (DSD) into
8      Elite Competition: The FIMS 2021
9      Consensus Statement"
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 12

1      Friday, March 25, 2022
2      7:02 a.m.
3
4      THE VIDEOGRAPHER:  Good morning.  We are on
5  the record at 9:02 a.m. on March 25th of 2022.  All      07:02:02
6  participants are attending remotely.
7      Audio and video recording will continue to
8  take place unless all parties agree to go off the
9  record.
10     This is media unit 1 of the recorded      07:02:20
11 deposition of Gregory A. Brown, Ph.D., taken by counsel
12 for the plaintiff, in the matter of B.P.J., by her next
13 friend and mother, Heather Jackson, versus
14 West Virginia State Board of Education, et al., filed
15 in the United States District Court, for the Southern      07:02:36
16 District of West Virginia, Charleston Division, Case
17 Number 2:21-cv-00316.
18     My name is Kimberlee Decker from Veritext
19 Legal Solution (sic), and I am the videographer.  The
20 court reporter is Alexis Kagay.  I am not related to      07:02:57
21 any party in this action, nor am I financially
22 interested in the outcome.
23     Counsel and all present will now state their
24 appearances and affiliations for the record.  If there
25 are any objections to proceeding, please state them at      07:03:10

Page 13

4 (Pages 10 - 13)

Armistead Supp. App. 0354

1 the time of your appearance, beginning with the
2 noticing attorney.
3         MR. BLOCK: Good morning. My name is
4 Josh Block from the ACLU. My pronouns are he/him. And
5 I am here on behalf of the plaintiff, B.P.J.        07:03:26
6         And I'll let my co-counsel introduce
7 themselves.
8         MS. HARTNETT: Good morning. This is
9 Kathleen Hartnett from Cooley for plaintiff.
10         MR. BARR: Good morning. Andrew Barr from        07:03:38
11 Cooley, also for plaintiff.
12         MS. KANG: Good morning. Katelyn Kang from
13 Cooley, also for plaintiff.
14         MS. REINHARDT: Good morning. Elizabeth
15 Reinhardt with Cooley for plaintiff.        07:03:52
16         MS. HELSTROM: Hello. This is Zoe Helstrom
17 with Cooley, also for plaintiff.
18         COUNSEL SWAMINATHAN: Good morning. This is
19 Sruti Swaminathan from Lambda Legal on behalf of
20 plaintiff.        07:04:04
21         MR. CHARLES: Good morning. Carl Charles,
22 he/him, with Lambda Legal for plaintiff.
23         MS. SMITH-CARRINGTON: Good morning. Avatara
24 Smith-Carrington from Lambda Legal on behalf of
25 plaintiff.        07:04:18

Page 14

1         MR. FRAMPTON: I -- I think that's everyone
2 for plaintiff, but if not, correct me.
3         This is Hal Frampton with Alliance Defending
4 Freedom for the intervenor.
5         MS. CSUTOROS: This is Rachel Csutoros from        07:04:29
6 Alliance Defending Freedom for the intervenor.
7         MR. TRYON: This is David Tryon with
8 West Virginia state attorney general's office on behalf
9 of the State of West Virginia.
10         MR. CROPP: This is Jeffrey Cropp on behalf of        07:04:45
11 defendants Harrison County Board of Education and
12 Superintendent Dora Stutler.
13         MS. GREEN: This is Roberta Green, Shuman
14 McCuskey Slicer, here on behalf of WVSSAC.
15         MR. TAYLOR: This is Michael Taylor, law firm        07:05:04
16 of Bailey & Wyant, on behalf of the West Virginia State
17 Board of Education and W. Clayton Burch,
18 superintendent.
19         THE VIDEOGRAPHER: Thank you.
20         Will the court reporter please swear in the
21 witness.
22
23         GREGORY BROWN, Ph.D.,
24 having been administered an oath, was examined and
25 testified as follows:

Page 15

1
2                 EXAMINATION
3 BY MR. BLOCK:
4     Q  Good morning, Dr. Brown. How are you today?
5     A  I'm doing fine. Thank you.        07:05:38
6         How are you today, Mr. Block?
7     Q  I'm good. Thank you.
8         This is our second time seeing each other
9 virtually for a deposition, isn't it?
10     A  It is. It is.        07:05:48
11     Q  Well, could you state your name for the
12 record, please.
13     A  My name is Gregory Allen Brown.
14     Q  And have you had your deposition taken before?
15     A  Yes, I have.        07:06:04
16         MR. FRAMPTON: Josh, real -- real quick, just
17 before we get too far, I just want to memorialize for
18 the record, are we proceeding under the same agreement
19 that all objections except for form and scope are
20 reserved?        07:06:16
21         MR. BLOCK: Yes. And -- and I'd like to
22 actually also propose that, of course, any party is
23 free to object on their own, but it is also not
24 necessary for multiple parties to object to the same
25 question that -- an objection from one defendant or        07:06:33

Page 16

1 intervenor will preserve the objections for everyone
2 else as well.
3         Is that also acceptable?
4         MR. FRAMPTON: That -- that's acceptable to        07:06:51
5 the intervenor.
6         MR. TRYON: This is David Tryon. That is
7 acceptable to the State.
8         MS. GREEN: This is Roberta Green. That's
9 acceptable to WVSSAC.
10         MR. CROPP: This is Jeffrey Cropp. That's        07:07:03
11 acceptable to the Harrison County Board of Education
12 and Dora Stutler.
13         MR. TAYLOR: This is Michael Taylor. That's
14 acceptable for the State Board of Education and
15 Superintendent Burch.        07:07:14
16         MR. BLOCK: Excellent.
17 BY MR. BLOCK:
18     Q  So other than your deposition with me, have
19 you had any other depositions taken?
20     A  No, I have not.        07:07:27
21     Q  All right. Great.
22         So I'll just review with you some ground rules
23 again, which you're -- you're probably familiar with,
24 and I have three of them.
25         You know, the first is that -- actually, it's        07:07:35

Page 17

5 (Pages 14 - 17)

Armistead Supp. App. 0355

1 less applicable for a video deposition, but it's
2 important that all of your responses be verbal instead
3 of head nods so that we can have a -- a transcript of
4 your responses.
5     Does that sound good to you?          07:07:53
6 A Yes. Thank you.
7 Q Sure. The second is that we need to make sure
8 not to speak over each other. So if you could wait for
9 me to complete my question before answering and I'll
10 wait for you to complete your answer before I ask     07:08:06
11 another question.
12    Does that sound fair?
13 A I'll do my best.
14 Q So will I.
15    And the third is that, you know, as always,     07:08:16
16 it's my job to ask questions that you understand. So
17 if there's anything about my question you don't
18 understand, I'm going to rely on you to explain to me
19 that you don't understand it, and I will do my best to
20 rephrase it. But if you answer the question, I'm going  07:08:32
21 to assume that meant that you understood what I was
22 saying, okay?
23 A Sounds fair.
24 Q Terrific.
25    All right. How did you prepare for the         07:08:44
                                                Page 18

1 deposition today?
2 A Reviewed what I had written for my
3 declaration, the expert report. I had a good
4 breakfast, got a good night's sleep. I have met with
5 attorneys for Alliance Defending Freedom and       07:09:03
6 David Tryon to brief me on, you know, what happens in a
7 deposition, what I should expect.
8     MR. FRAMPTON: I'm going to instruct the
9 witness, you don't -- anything that we discussed is
10 privileged. So you can certainly tell him that you met  07:09:16
11 with us, but the substance of that discussion should
12 not be told.
13    THE WITNESS: Okay.
14 BY MR. BLOCK:
15 Q Did -- in preparation for the deposition, did  07:09:25
16 you review anything that was not cited in your report?
17 A Yes. Like previous exercise physiology
18 textbooks, lots of other things that probably weren't
19 cited in there, just in the course of general
20 knowledge.                                         07:09:47
21 Q And -- and you -- you've reviewed those to
22 refresh your understanding of them in preparation for
23 today's deposition?
24 A Yes. And also in preparation for teaching my
25 classes and those types of things.                07:10:00
                                                Page 19

1 Q Did you conduct any additional research to
2 prepare for today's deposition?
3 A Can you explain what you mean by "research"?
4 Q Well, I guess, did you look for new articles
5 in the field or anything like that in preparation for  07:10:17
6 the deposition?
7 A Yes. In preparation for the deposition, I
8 have looked to see if there have been any relevant new
9 publications, and I haven't come up with any that I
10 haven't cited in the deposition.                  07:10:33
11 Q Great. Have you been retained as an expert
12 witness before?
13 A Yes.
14 Q I want to get a complete list of all of the
15 times you've been retained as an expert witness.     07:10:46
16    So could you tell me, to the best of your
17 recollection, the first time you were retained as an
18 expert witness?
19 A That would be for the case of Soule versus the
20 Connecticut Interscholastic Athletic Association (sic).  07:11:05
21 Q And who retained you for that case?
22 A Alliance Defending Freedom.
23 Q Great. What is the next case in which you
24 were retained as an expert witness?
25 A The next case is Hecox versus Little in the     07:11:17
                                                Page 20

1 state of Idaho.
2 Q And who retained you as an expert witness in
3 that case?
4 A That was the Idaho attorney general's office.
5 Q And what's the next case where you were      07:11:31
6 retained as an expert witness?
7 A The next case is in Florida, and I apologize,
8 I cannot remember the names and initials on that versus
9 State of Florida.
10 Q And what's the general subject of that        07:11:42
11 litigation?
12 A Similar to this one, State of Idaho, as
13 regarding a state law on women's participation in
14 women's sports.
15 Q A Florida state law?                          07:11:57
16 A Yes.
17 Q And who retained you in that case?
18 A Andy Bardos, if I remember correctly on his
19 last name. I apologize if I don't get the
20 pronunciation correctly. And that is -- they're     07:12:16
21 working for the State of Florida.
22 Q Is there any other case in which you've been
23 retained as an expert witness?
24 A I have agreed to serve as an expert witness in
25 the state of Arkansas if there is a case that were to  07:12:35
                                                Page 21

6 (Pages 18 - 21)

Armistead Supp. App. 0356

1 come forth there.

2 Q  Related to sports?

3 A  Yes.  Yeah, same topic.

4 Q  But not as an expert in any other litigation

5 in Arkansas about other types of legislation; right?   07:12:47

6 A  That's correct.

7 Q  Is there any other case in which you've been

8 retained as an expert witness?

9 A  Just want to verify that I said them.  So

10 Soule versus CIAC, Idaho, Florida, Arkansas and then   07:13:05

11 the current case.

12 Q  Okay.  How about in Tennessee, are you an

13 expert witness in Tennessee?

14 A  No.

15 Q  Have you been retained as a nontestifying   07:13:27

16 expert witness in connection with any litigation?

17 A  No.

18 Q  Okay.  All right.  So I'm going to just review

19 with you some previous expert reports you filed.

20    Actually, before I do that, have you filed an   07:13:43

21 expert report yet in the Florida litigation?

22 A  No.

23 Q  Okay.  All right.  So -- so this is going to

24 be the moment of truth.  I'm going to attempt to move a

25 document into Exhibit Share, and we'll see -- we'll see   07:13:57

Page 22

1 how that -- that works.  All right.

2    All right.  Let's see.

3    Actually, first, I'm going to try to get

4 your -- your current expert report into here.  Just

5 give me half a second.   07:14:26

6 A  Take your time.

7 Q  Yeah, no, I might need to take my time.

8    All right.  No, here's the one in your case.

9    All right.  Moving it into our "Marked

10 Exhibits" folder.  And in a moment, like when you   07:14:40

11 refresh, you should hopefully see a document.

12 A  So is the document 2022.02.23 Brown Expert

13 Report PDF?

14 Q  Yes.  And -- and just --

15    MR. BLOCK:  Lindsay, does that automatically   07:15:09

16 get marked as a -- a sequential exhibit number?

17    MS. DUPHILY:  It -- I -- I'll fix it.  And

18 I'll show you -- you need to mark it as a -- introduce

19 it as an exhibit.  You just moved it.

20    MR. BLOCK:  I just moved it.  Okay.  So sorry.   07:15:22

21 How -- how do we --

22    MS. DUPHILY:  I can -- I can correct it.  Go

23 ahead and continue, and I will correct it.

24    MR. BLOCK:  Okay.  And -- thanks.

25    Will you be able to do that for the subsequent   07:15:28

Page 23

1 ones, too?

2    And sorry for my incompetence.

3    MS. DUPHILY:  Why don't I just -- I will input

4 the next ones and then show you on the break how to do

5 it.   07:15:39

6    (Exhibit 64 was marked for identification

7    by the court reporter and is attached hereto.)

8    MR. BLOCK:  Terrific.  Thank you so much.

9 BY MR. BLOCK:

10 Q  All right.  Do you recognize this document?   07:15:41

11 A  Yes, I do.

12 Q  What is it?

13 A  It is my expert declaration for the case of

14 B.P.J. versus West Virginia.

15 Q  And when is it -- when is it dated?   07:16:01

16 A  It states:  "Executed on February 23, 2022."

17 Q  And that's your signature next to it?

18 A  Yes, that is.

19 Q  Okay.  So now I'm just going to take you

20 through some previous reports that you filed.   09:16:18

21    So if you hit refresh, you should see another

22 document titled "Brown PI decl."

23 A  Yes.

24 Q  Great.  Do you recognize that document?

25 A  Yes, I do.   09:17:01

Page 24

1 Q  What is it?

2 A  That is my expert declaration in the case of

3 Soule versus Connecticut Association of Schools.

4 Q  Great.  And when is that dated?

5 A  Dated February 12th, 2020.   09:17:22

6 Q  Terrific.  Let me take a look at that.

7    All right.  Let me show you another one, I'm

8 sorry.

9    MS. DUPHILY:  Maybe -- maybe we should

10 quickly, it's up to you --   09:17:40

11    MR. BLOCK:  Yeah, let's do a little bit --

12 let's go off the record, and you can give me a

13 tutorial, and then we can be -- save time.

14    THE VIDEOGRAPHER:  We are off the record at

15 9:18 a.m.   09:17:49

16    (Recess.)

17    THE VIDEOGRAPHER:  We are on the record at

18 9:21 a.m.

19 BY MR. BLOCK:

20 Q  All right.  Dr. Brown, during our break, we   09:21:05

21 sort of recorrected and marked the exhibits we

22 previously looked at.

23    Could you, just for the record, look at the

24 document marked Exhibit 64, please.

25 A  All right.  Exhibit 064.   09:21:26

Page 25

7 (Pages 22 - 25)

Armistead Supp. App. 0357

1    Q  And what is that exhibit?
2    A  That is my expert declaration for B.P.J.
3  versus West Virginia.
4    (Exhibit 65 was marked for identification
5    by the court reporter and is attached hereto.)  09:21:35
6  BY MR. BLOCK:
7    Q  Terrific.  And -- now, can you look at the
8  document marked Exhibit 65, please.
9    A  All right.  065.
10    Q  And what is that --         09:21:52
11    A  Yes --
12    Q  What -- what -- what is that document?
13    A  That is my declaration in the case of
14  Soule versus Connecticut Association of Schools.
15    MR. BLOCK:  Great.  All right.  And now I'm  09:22:10
16  going to give you another document to look at in a
17  minute.  In your folder should be appearing a document
18  marked Exhibit 66.
19    (Exhibit 66 was marked for identification
20    by the court reporter and is attached hereto.)  09:22:16
21  BY MR. BLOCK:
22    Q  Could you let me know when you see that
23  document?
24    A  Exhibit 066 - WV AG?
25    Q  Yes.         09:22:29

Page 26

1    MS. DUPHILY:  If you download these exhibits,
2  you can also access them easier with your software.
3    MR. FRAMPTON:  I think he's almost there.
4    THE WITNESS:  All right.  I see my signature
5  page.  Well, yeah, executed 3rd June 2020.  09:24:34
6  BY MR. BLOCK:
7    Q  Terrific.  And then for this litigation of
8  B.P.J., at the PI stage, you also submitted a copy of
9  this Hecox declaration; is that right?
10    A  Yes.         09:24:53
11    MR. BLOCK:  Okay.  And then I want to show you
12  another document in a second.
13    So this document is going to be marked, as
14  soon as I'm able to mark it, as Exhibit 67.  Let me
15  know when it's visible for you.      09:25:36
16    (Exhibit 67 was marked for identification
17    by the court reporter and is attached hereto.)
18    THE WITNESS:  All right.  Exhibit 067 -
19  Gregory Brown Male Athletic --
20  BY MR. BLOCK:         09:25:49
21    Q  Yes.
22    A  Yes.
23    Q  What is this document?
24    A  That is a "White Paper Concerning Male
25  Physiological and Performance Advantages in Athletic  09:25:58

Page 28

1    A  And on the first page of that, it's got, in
2  large bold capital letters, "Exhibit B"?
3    A  Uh-huh.
4    A  Okay.
5    Q  Could you go to the second page?     09:22:46
6    A  Yes.
7    Q  All right.  And could -- do you recognize this
8  document?
9    A  Yes, I do.
10    Q  And what is it?        09:22:50
11    A  That is my expert declaration for the case of
12  Hecox versus Little.
13    Q  Terrific.  And if you scroll down to -- to
14  near the end, which I -- if we can find the date on
15  which that one was executed.  It should be on page 69  09:23:05
16  of the PDF.
17    Are you -- do you see it?
18    A  I'm still scrolling.
19    Q  All right.  You can also type in "69" in
20  the -- the -- the top box, if that make it easier too.  09:23:33
21    A  Sorry.  Sorry, I tried to type in "69," and I
22  accidentally Google searched for that.
23    Q  Oh, well.  Have you gotten to it yet?
24    A  Still scrolling.
25    Q  All right.        09:24:19

Page 27

1  Competition and The Effect of Testosterone Suppression
2  on Male Athletic Advantage."
3    Q  And it's dated December 14th, 2021; correct?
4    A  That is correct.
5    Q  Now, this document was not prepared as an  09:26:11
6  expert report in -- in any litigation, was it?
7    MR. FRAMPTON:  Object to the form.
8  BY MR. BLOCK:
9    Q  Why did you prepare this document?
10    A  I was asked by Alliance Defending Freedom to  09:26:25
11  prepare a white paper.
12    Q  Okay.  And what is a -- a white paper as
13  opposed to an expert report?
14    MR. FRAMPTON:  Same objection.
15    Go ahead.        09:26:36
16    THE WITNESS:  White paper is often used by an
17  organization, a company, something like that, for
18  gaining insight or information on a topic.
19  BY MR. BLOCK:
20    Q  Okay.  So did you -- what did you understand  09:26:48
21  to be the -- the purpose of this white paper?
22    A  My understanding was that this was for
23  Alliance Defending Freedom and affiliated and interest
24  organizations to be able to review the research that I
25  summarize in that paper.      09:27:10

Page 29

8 (Pages 26 - 29)

Armistead Supp. App. 0358

1    Q   Okay.  And did you -- did you have an
2  understanding that this white paper would be used for
3  any lobbying purposes?
4       MR. FRAMPTON:  Object to the form.
5  BY MR. BLOCK:                                09:27:25
6    Q   You can answer, if you understand.
7    A   My understanding was that Alliance Defending
8  Freedom could do it with what they wanted and people
9  could ask them for it for purposes that people want to
10  use it for.                                 09:27:38
11    Q   But did you -- so did you know one way or
12  another whether the -- the document would be used for
13  purposes of lobbying?
14    A   I assumed that it would be introduced to
15  people who are interested in what the science says on   09:27:57
16  the matter of transgender athletes competing in women's
17  sports.
18    Q   And those would include legislators?
19    A   Yes.
20    Q   Okay.  And, in fact, you have testified in    09:28:11
21  support of legislation to restrict the ability of
22  transgender girls and women to participate in women's
23  sports; is that right?
24       MR. TRYON:  Objection --
25       MR. FRAMPTON:  Object to the form.          09:28:26
                                                    Page 30

1       MR. TRYON:  -- terminology.
2       MR. FRAMPTON:  Josh, real quick, could we do
3  our usual standing objection on terminology so that we
4  don't have to jump in on that every time?
5       MR. BLOCK:  You know -- yes.  Yes, you can.   09:28:37
6  I -- I will have some questions on that, and you can --
7  you -- you can -- if we could -- I'll give you that
8  standing objection, but the witness has also used some
9  of these terms himself in written reports, so I'm -- I
10  want to have a little colloquy with him about that.     09:28:57
11  BY MR. BLOCK:
12    Q   But -- but in the meantime, you -- you have in
13  fact testified in support of legislation similar to
14  the -- the legislation at issue in this case; is that
15  right?                                        09:29:13
16       MR. FRAMPTON:  Object to the form.
17       Go ahead.
18       THE WITNESS:  Yes, I have testified in front
19  of legislative bodies regarding legislation clarifying
20  the participation of biological females in women's      09:29:25
21  sports.
22  BY MR. BLOCK:
23    Q   The participation of biological females, or
24  did you mean -- did you mean to say transgender females
25  or, to use your language, biological males?  I just     09:29:36
                                                    Page 31

1  want to know the -- want to make sure you spoke
2  correctly.
3    A   The legislation was to limit the participation
4  in girls and women's sports to biological females.
5    Q   Great.  And so where -- which states did you    09:29:50
6  testify in -- in support of legislation?
7    A   I may not be able to remember all of them.  I
8  will give you my best recollection.
9       Ohio, Pennsylvania, Texas, South Dakota,
10  Maine, North Carolina are ones that I think I testified   09:30:14
11  either in person or through Zoom.
12    Q   And who asked you to testify in each of those
13  states?
14    A   That would vary from one state to the next.
15    Q   Okay.  So let -- let's take them one at a       09:30:36
16  time.
17       In Ohio, who asked you to testify?
18    A   Center for Christian Virtue.
19    Q   And in Texas, who asked you to testify?
20    A   Texas Values, if I remember correctly, is      09:30:50
21  their name.
22    Q   And in North Carolina, who asked you to
23  testify?
24    A   I can't remember their name exactly, but it
25  was something along North Carolina Family Values,       09:31:04
                                                    Page 32

1  something like that.
2    Q   In Pennsylvania, who asked you to testify?
3    A   Pennsylvania Family Alliance, if I remember
4  correctly.
5    Q   And in Maine, who asked you to testify?         09:31:17
6    A   That, I think, was Save Women's Sports.
7    Q   And do you know whether the legislatures in
8  any of those states received copies of your white
9  paper?
10    A   I do not know if they received copies of my     09:31:32
11  white paper.
12    Q   When you testified in those states, did you
13  refer to any of the analysis or research you conducted
14  in the white paper?
15    A   I -- many of those were testified last year    09:31:47
16  before I had completed the white paper.
17    Q   So what about the ones that were after you had
18  completed the white paper?
19    A   After completing the white paper, I know I had
20  referred to my previous expert declaration in           09:32:04
21  Connecticut and Idaho.  I don't remember if I referred
22  specifically to the white paper.
23    Q   So in Pennsylvania, you don't know if the
24  Pennsylvania legislature had a copy of your white paper
25  or not?                                        09:32:21
                                                    Page 33

                                          9 (Pages 30 - 33)

**Page 34**

1 A   No.  That was before I had written the white
2 paper.
3 Q   So when did you -- during what period of time
4 did you write the white paper?
5 A   Well, I started working on it essentially as   09:32:30
6 soon as I had finished the declaration for Idaho, just
7 as -- you know, trying to update as new research or new
8 information became available.  And so it was over the
9 course of a year and a half, year and three-quarters
10 that I was working on the -- the white paper.   09:32:50
11 Q   And had ADF asked you to -- to create the
12 right -- excuse me -- the white paper a year and a half
13 before the publication date?
14      MR. FRAMPTON:  Object to the form.
15      THE WITNESS:  No.  I was just updating the   09:33:05
16 information so that I would be current on the topic.
17 BY MR. BLOCK:
18 Q   And so when were you asked to -- write down
19 that information in the form of a white paper?
20 A   Sometime this last fall.  I can't remember.   09:33:19
21 September, October, somewhere in those lines, but I
22 cannot remember exactly.
23 Q   Okay.  Were you paid for -- to write the white
24 paper?
25 A   No, I was not.   09:33:40

**Page 35**

1 Q   So you have disclosed in your report that your
2 hourly rate for preparing your expert report; is that
3 right?
4 A   That is correct.
5 Q   But is it fair to say that a substantial   09:33:56
6 portion of the expert report was based on the white
7 paper?
8      MR. FRAMPTON:  Object to the form.
9      THE WITNESS:  That would be fair to say that.
10 BY MR. BLOCK:   09:34:05
11 Q   Okay.  So to the extent that any of the work
12 in the expert report was already conducted for the
13 white paper, then that was essentially done for free;
14 is that fair?
15      MR. FRAMPTON:  Same objection.   09:34:19
16      Go ahead.
17      THE WITNESS:  Yes, it would be fair to say
18 that the white paper was not paid for, for my work on
19 that, and so overlap between the white paper and the
20 expert report was primarily volunteer work.   09:34:30
21 BY MR. BLOCK:
22 Q   And when you first became interested in the
23 topic of the participation of transgender people in
24 sports, you were the person who reached out to ADF; is
25 that right?   09:34:46

**Page 36**

1 A   That is correct.
2 Q   And why did you do that?
3 A   I had seen a news report about the Soule
4 versus Connecticut case and -- well, a -- a report.  I
5 guess I shouldn't say "news" because I can't remember   09:35:00
6 where I saw it.  And so I reached out to Alliance
7 Defending Freedom to see if I could be of help.
8 Q   So you -- you personally feel strongly about
9 this issue; is that fair?
10      MR. FRAMPTON:  Object to the form.   09:35:16
11      THE WITNESS:  I don't know that I would
12 characterize my interest as a feeling so much as an
13 intellectual and professional interest.
14 BY MR. BLOCK:
15 Q   Is there any other circumstance in which   09:35:25
16 you've reached out to an organization to volunteer
17 yourself as an expert source?
18 A   Yes.
19 Q   What -- can you tell me what those situations
20 are?   09:35:47
21 A   I have reached out to legislators in the state
22 of Nebraska to state that I am an exercise physiologist
23 and would be willing to help if they have questions on
24 litigation in this -- or legislation in this area, not
25 just trans women's -- transgender individuals in   09:36:07

**Page 37**

1 sports, but relative to my professional expertise in
2 exercise physiology.
3 Q   Okay.  Any other instance?
4 A   I am trying to remember.
5      I -- I can't remember others.  They may have   09:36:30
6 happened, where I reached out and did not get a
7 response.
8 Q   But sitting here today, you can't remember
9 what those other instances were?
10 A   That is correct.   09:36:41
11 Q   Okay.  And you -- you're not sure that there
12 were other instances; is that right?
13 A   That is correct.
14 Q   All right.  So that -- that's all my questions
15 on that topic.   09:36:56
16      I do have some questions just about
17 terminology here.
18      You know what the term "cisgender" means;
19 right?
20      MR. FRAMPTON:  Object to the form.   09:37:05
21      THE WITNESS:  Cisgender means a person whose
22 gender identity aligns with their biology.
23 BY MR. BLOCK:
24 Q   And you don't have any objection to using the
25 word "cisgender," do you?   09:37:17

10 (Pages 34 - 37)

1   A  Yes, I do.

2   Q  You've used the word "cisgender" in other

3  publications, haven't you?

4   A  I have.

5   Q  Okay.  Why did you use the word "cisgender" in   09:37:28

6  those publications?

7   A  Because it is a frequently used term in the --

8  in this field, and so it is probably the appropriate

9  term to use.

10   Q  So why do you have an objection to using that   09:37:42

11  term in the deposition if -- if that's the appropriate

12  term to use?

13       MR. FRAMPTON:  Object to the form.

14       THE WITNESS:  I know of individuals who do not

15  like the term "cisgender" because when it is applied in   09:38:00

16  the term such as "cis male" or "cis female," they

17  consider it to be infringing upon their identity as

18  male or female and the "cis" is unnecessary.

19  BY MR. BLOCK:

20   Q  Do you consider the word -- the term   09:38:20

21  "cisgender male" to be infringing upon your identity as

22  a male?

23       MR. FRAMPTON:  Object to the form.

24       THE WITNESS:  No, I do not.

25  ///

Page 38

1  BY MR. BLOCK:

2   Q  Okay.  Who are the individuals that -- that

3  you know that view the term "cisgender" as infringing

4  on their own identity?

5   A  I could not tell you every person I know that   09:38:43

6  states that.  I have colleagues and coworkers that have

7  stated that to me in private conversations, family

8  members that have stated that to me in private

9  conversations.  Even students have stated to me that

10  they do not like being referred to as cisgender.   09:39:02

11   Q  And have any of those people, to the best of

12  your knowledge, been directly referred to as being

13  cisgender?

14   A  To my knowledge, yes, they have.

15   Q  Okay.  So -- but you -- you personally don't   09:39:19

16  view the term "cisgender male" as infringing on your

17  own identity; correct?

18   A  That is correct.

19   Q  Okay.  So if I use the term "cisgender" during

20  this deposition, you'll understand what I'm talking   09:39:34

21  about; correct?

22   A  Yes, I understand it is the term commonly used

23  in this type of matter, legally and professionally.

24   Q  Okay.  And if -- if I ask you to clarify

25  whether a particular statement that you made is   09:39:50

Page 39

1  referring to cisgender males, you -- you would be able

2  to clarify that for me; correct?

3       MR. FRAMPTON:  Object to the form.

4       THE WITNESS:  Yes, it is my understanding that

5  a cisgender male is an individual who is biologically   09:40:04

6  male and their gender identity is male.

7  BY MR. BLOCK:

8   Q  And you know what the term "transgender"

9  means; right?

10       MR. FRAMPTON:  Same objection.   09:40:15

11       THE WITNESS:  Yes.

12  BY MR. BLOCK:

13   Q  What does it mean?

14   A  A Transgender is for someone whose gender

15  identity does not align with their biological sex.   09:40:25

16   Q  And you don't have any objection to using the

17  word "transgender" in this deposition, do you?

18   A  No, I do not.

19   Q  Okay.  And you've used the word "transgender"

20  in your own writings, haven't you?   09:40:38

21   A  That is correct.

22   Q  Okay.  Do you know what the term "transgender

23  woman" means?

24       MR. FRAMPTON:  Same objection.

25       THE WITNESS:  I get confused with transgender   09:40:45

Page 40

1  woman sometimes because I'm not sure if that means a

2  trans woman or someone who is transgender that

3  identifies as a woman.

4       Does that make sense?

5  BY MR. BLOCK:   09:41:00

6   Q  Yeah.  Well, so do you know what the term

7  "trans woman" means?

8   A  Yes, I do.

9   Q  Okay.  What -- what does the word "trans

10  woman" mean to you?   09:41:09

11   A  A trans woman is an individual who is

12  biologically male but whose gender identity is that of

13  a woman.

14   Q  And you've used the term "trans woman" in your

15  writings, haven't you?   09:41:19

16   A  That is correct.

17   Q  Okay.  So if I ask you to clarify whether the

18  people you refer to in a question are trans women,

19  you'll be able to clarify that for me?

20       MR. FRAMPTON:  Object to the form.   09:41:34

21       THE WITNESS:  Yes, I will do my best.

22  BY MR. BLOCK:

23   Q  Okay.  And do you know what the term

24  "transgender girl" means?

25   A  Same as with transgender woman, it is   09:41:42

Page 41

11 (Pages 38 - 41)

Armistead Supp. App. 0361

1  sometimes confusing to me if they mean if this is a boy
2  that identifies as girl or a girl that identifies as
3  boy.
4      Q  How about if I use the term "trans girl,"
5  will -- do you understand what that would mean?        09:42:01
6      A  Yes, I understand "trans girl."
7      Q  Okay.  And what does trans girl mean to you?
8      A  A trans girl is a juvenile/youth/child whose
9  biological sex is male but who identifies as a girl.
10     Q  Okay.  You've been using the phrase        09:42:18
11  "biological sex"; correct?
12     A  That is correct.
13     Q  What is your understanding of what the term
14  "biological sex" means?
15     A  So sex is a biological variable.  Sex is        09:42:29
16  determined at conception with the conferral of sex
17  chromosomes.
18     Q  And is it your understanding that "biological
19  sex" refers to anything other than chromosomes?
20     A  Yes.        09:42:53
21     Q  So what else besides chromosomes does the term
22  "biological sex" refer to?
23     A  So if we are referring to a person who is a
24  biological male, they would have sex chromosomes of
25  male and their body system of organization,        09:43:08
Page 42

1  anatomically and physiologically, would be around the
2  production of small gametes, which means sperm.
3      Q  And how would you refer to the biological sex
4  of someone with complete androgen insensitivity
5  syndrome?        09:43:32
6      MR. FRAMPTON:  Object to the form.
7      THE WITNESS:  My understanding of someone with
8  complete androgen insensitivity syndrome is they are
9  biologically male, but they are not receptive to
10  androgens, but their body is still organized around the        09:43:43
11  production of sperm.
12  BY MR. BLOCK:
13     Q  And how would you refer to the biological sex
14  of someone with XXY chromosomes?
15     A  If I remember correctly --        09:43:59
16     MR. TRYON:  I would like to just object to the
17  scope.
18     Thank you.
19     MR. FRAMPTON:  Objection; form, scope.
20     THE WITNESS:  If I remember correctly, XXY is        09:44:08
21  Turner syndrome, in which a person is biologically
22  male.  They have an extra X chromosome, but they are
23  still male.
24  BY MR. BLOCK:
25     Q  So you define biological sex as male if there        09:44:22
Page 43

1  is a Y chromosome present?
2      MR. FRAMPTON:  Object to the form, scope.
3      THE WITNESS:  That is the beginning of sex
4  determination, is if there is a Y or an X chromosome.
5  BY MR. BLOCK:        09:44:44
6      Q  Right.  So as to -- to clarify, so as long as
7  there's a Y chromosome, you, in your understanding of
8  the term "biological sex," would view that person as
9  being biologically male?
10     MR. FRAMPTON:  Same objections, form and        09:44:56
11  scope.
12     Go ahead.
13     THE WITNESS:  That is my understanding, yes.
14  BY MR. BLOCK:
15     Q  Okay.  And when -- do you have any opinions on        09:45:02
16  whether a person with complete androgen insensitivity
17  syndrome should be allowed to play on sports teams for
18  girls and women?
19     MR. FRAMPTON:  Objection; form and scope.
20     Go ahead.        09:45:28
21     THE WITNESS:  So situations such as complete
22  androgen insensitivity syndrome is very debated in the
23  sports science community right now on how best to
24  handle those individuals and where they should
25  participate in sports.        09:45:41
Page 44

1  BY MR. BLOCK:
2      Q  And what's your opinion?
3      MR. FRAMPTON:  Same objections.
4      THE WITNESS:  So I have been retained as an
5  expert witness in this matter primarily dealing with        09:45:49
6  biological male and biological female and not as an
7  expert on disorders or differences of sexual
8  development.  And so I would say I probably would not
9  be the best person to offer a statement on where
10  someone with CAIS should participate.        09:46:05
11  BY MR. BLOCK:
12     Q  But you just testified earlier that you view
13  someone with -- with CAIS as being a biological male,
14  isn't that so?
15     A  That is correct.        09:46:18
16     Q  And so if you're providing expert testimony on
17  the participation of biological males, wouldn't that
18  include testimony about a biological male with -- in
19  your words -- with CAIS?
20     MR. FRAMPTON:  Objection; form and scope.        09:46:33
21     THE WITNESS:  If I had been asked to provide
22  expert information on that matter, I could perhaps look
23  more into it, but I have not been asked to provide
24  expert witness, expert statement on where individuals
25  with disorders/differences of sexual development should        09:46:52
Page 45

12 (Pages 42 - 45)

Armistead Supp. App. 0362

1 participate.
2 BY MR. BLOCK:
3    Q  Okay.  So you -- you have no expert opinion on
4 the participation of people with DSDs in sports for
5 girls and women; right?                    09:47:05
6        MR. FRAMPTON:  Objection; form and scope.
7    Go ahead.
8        THE WITNESS:  In my declaration, there is a
9 small statement in there about DSDs, and I will stand
10 by that statement.                         09:47:15
11 BY MR. BLOCK:
12    Q  All right.  Well, let's look to that.
13        If you could turn to that -- that exhibit
14 and -- and identify for me the statement about DSDs.
15    A  Which exhibit number is that?        09:47:34
16    Q  That's a good question.  I think it's Exhibit
17 Number -- separate windows are tough.  I believe it's
18 the first one up there, Exhibit 64.
19        So it might be in paragraph 4 of your report,
20 if you could look at that.                  09:48:20
21    A  All right.  I am looking at paragraph 4.
22    Q  Okay.  Is this the reference to DSDs that
23 you're -- that you were referring to just now?
24    A  That is correct.
25    Q  Okay.  So the -- the first sentence -- the   09:48:31

Page 46

1 first two sentences of that paragraph say (as read):
2        "Although disorders of sexual
3        development (DSDs) are sometimes
4        confused with discussions of
5        transgender individuals, the two are    09:48:43
6        different phenomena.  DSDs are
7        disorders of physical development.
8        Many DSDs are 'associated with genetic
9        mutations that are now well known to
10        endocrinologists and geneticists.'"    09:48:57
11        Did I read that correctly?
12    A  Yes, you did.
13    Q  Okay.  And so that's the extent of your expert
14 testimony about DSDs?
15    A  That is correct.                      09:49:07
16    Q  Okay.  Do you know if complete androgen
17 insensitivity syndrome is associated with a genetic
18 mutation?
19        MR. FRAMPTON:  Object to the form.
20        THE WITNESS:  I will stand by that statement   09:49:24
21 which is a quote from the endocrinology --
22 Endocrine Society.
23 BY MR. BLOCK:
24    Q  But sitting here today, you don't know whether
25 CAIS is associated with a genetic mutation, do you?   09:49:32

Page 47

1        MR. FRAMPTON:  Same objection.
2        THE WITNESS:  I do not know off the top of my
3 head.
4 BY MR. BLOCK:
5    Q  Okay.  So -- so to the best of your knowledge,   09:49:44
6 does H.B. 3293 make any distinction between people with
7 DSDs and people who are transgender?
8        MR. FRAMPTON:  Objection; form and scope.
9        THE WITNESS:  I would need to refresh my
10 reading on that bill to see what it states on that    09:50:06
11 matter.
12 BY MR. BLOCK:
13    Q  So -- but the scope of your expert testimony,
14 when you provide opinions about people who, in your
15 language, are biological males, you are limiting your   09:50:14
16 expert opinion to people who are biological males
17 who -- who are either cisgender males or trans girls
18 and trans women; is that right?
19        MR. FRAMPTON:  Same objections.
20        THE WITNESS:  Can you please restate the      09:50:39
21 question for me?
22 BY MR. BLOCK:
23    Q  Yeah.  So -- so you're providing testimony
24 about, quote, biological males; correct?
25    A  Biological males and biological females.      09:50:46

Page 48

1    Q  Okay.  So in terms of biological males, the
2 only biological males you're addressing in your
3 testimony, to -- to use your phrase, biological males,
4 are cisgender boys and men and trans girls and women,
5 but not any biological males, in your language, that    09:51:07
6 have DSDs; is that fair?
7        MR. FRAMPTON:  Objection; form and scope.
8    Go ahead.
9        THE WITNESS:  Yes, I was not asked to offer
10 expert opinion on differences or disorders of sexual    09:51:17
11 development.
12 BY MR. BLOCK:
13    Q  All right.  Including people who you consider
14 to be biological males who have DSDs; correct?
15        MR. FRAMPTON:  Same objection.            09:51:28
16        THE WITNESS:  That is correct.
17 BY MR. BLOCK:
18    Q  Okay.  Do you know what the term "sex assigned
19 at birth" refers to?
20    A  Yes, I understand the term "sex assigned at    09:51:47
21 birth."
22    Q  Okay.  So -- so if I use the term "sex
23 assigned at birth," you can understand what I'm saying?
24    A  Yes, I can understand what you're saying.
25    Q  Okay.  Great.                            09:51:56

Page 49

13 (Pages 46 - 49)

Armistead Supp. App. 0363

1      I have some questions just about your
2  education and research background, but, you know, I'd
3  prefer not to belabor them by going through your CV
4  line by line. So I'm going to ask you questions, and
5  if you think you need to refer specifically to your CV,   09:52:20
6  we can do that, but I'm hoping that's not necessary.
7      So as part of your formal education, you never
8  took any courses regarding transgender people; is that
9  right?
10     A  I did not take a course where the title of the   09:52:34
11 course was "Transgender Individuals."
12     Q  Okay.  And did you take a course where
13 transgender individuals were discussed?
14     A  Yes.
15     Q  And how many courses?                09:52:52
16     A  That would be difficult to say.  To give a
17 number, I mean, I would be speculating right now.  It's
18 been 20 years.
19     Q  Do you -- do you have any specific
20 recollection of any courses where transgender people   09:53:10
21 were discussed?
22     A  I am pretty sure that transgender individuals
23 were discussed in the undergraduate Abnormal Psychology
24 class I took.  Very possibly in General Psychology.
25 Possibly discussed in any of the numerous physiology   09:53:25

Page 50

1  classes as an undergraduate or graduate student.
2  Possibly in the endocrinology class as a graduate
3  student.
4      Q  This is all just possibly; right?  You don't
5  have a specific recollection?             09:53:44
6      A  Just thinking, also some of the sociology
7  classes may have included it.  But, again, it might
8  have; it might not have been.  And also, whether that
9  was a discussion that the instructor initiated or the
10 students initiated, I couldn't testify at this point.   09:54:00
11     Q  Okay.  You received your undergrad degree in
12 1997; right?
13     A  That is correct.
14     Q  Do you -- do you think it's -- it's plausible
15 that you had a lot of discussions about transgender   09:54:11
16 people from 1993 to 1997?
17     A  Yes, it's very plausible.
18     Q  Okay.  Have you ever -- as part of your --
19 obtaining any -- any of your degrees, did you ever
20 conduct any research concerning transgender people?   09:54:32
21     A  Can you clarify what you mean by "research"?
22     Q  I -- I mean original research, where you have
23 a hypothesis and you test it.
24     A  So, no, I did not conduct any primary research
25 on transgender individuals.               09:54:55

Page 51

1      Q  Okay.  Did you conduct any other form of
2  research other than what you referred to as primary
3  research?
4      A  I probably looked for research papers or maybe
5  saw research papers on transgender individuals.  Again,   09:55:07
6  it may have been as part of an assigned reading in a
7  class, or it may have been something come across in
8  other reading for general knowledge.
9      Q  You're just saying that this could have
10 happened, but you don't have a specific recollection of   09:55:20
11 it, do you?
12     A  That is correct.  I did not write down in a
13 diary when I would read a paper.
14     Q  Well, no, but you -- sitting here today, you
15 don't have any recollection of ever reading a paper on   09:55:30
16 transgender people as part of obtaining your
17 undergraduate, your Master's or your Ph.D. degrees;
18 correct?
19     A  I don't think that's what I said.
20     Q  Well, so --                       09:55:44
21     A  I think I said I -- I might have.  I didn't
22 say that I did not.
23     Q  Well, but you don't have any affirmative
24 memory of doing so?
25     MR. FRAMPTON:  Object to the form.         09:55:55

Page 52

1      THE WITNESS:  What do you mean by "affirmative
2  memory"?
3  BY MR. BLOCK:
4      Q  Well, by -- by saying you might have, that --
5  that's different to me than saying you remember doing   09:56:04
6  it in some form, but don't remember the exact time or
7  place.  So I'm trying to clarify whether you remember
8  doing it, but can't, you know, put your finger on
9  exactly when it happened, or whether you're saying you
10 can't rule out the possibility that you did it.   09:56:20
11     So are you saying that you can't rule out the
12 possibility that you did it?
13     A  So I am saying that it's very likely that I
14 had discussions in classes on transgender individuals.
15 It's very likely that there was a paper that I read or   09:56:35
16 more than one paper regarding transgender individuals,
17 possibly even a textbook chapter.
18     Q  Okay.  And do you consider reading a textbook
19 chapter or paper for class to be academic research?
20     A  Reading a scholarly paper would be considered   09:56:56
21 academic research as it could lead to something like a
22 literature review, a meta-analysis, and it is an
23 essential part of the research process.
24     Q  Right.  But you didn't do any reading as part
25 of preparing for literature review or meta-analysis;   09:57:11

Page 53

14 (Pages 50 - 53)

Armistead Supp. App. 0364

1 correct?

2     A  I did not include any in my literature review

3 or meta-analysis. I may have done reading as part of

4 my Master's thesis and doctoral dissertation.

5     I know for a fact, because of the topic of my   09:57:38

6 Master's thesis and doctoral dissertation, I had to

7 read very widely on steroid hormone, biogenesis and

8 actions.

9     Q  So we had a discussion about some of this two

10 years ago.  Do you think your memory about what -- your   09:57:59

11 readings was more accurate two years ago or more

12 accurate today?

13     MR. FRAMPTON:  Object to the form.

14     THE WITNESS:  I would say more accurate today

15 because I have -- since you asked me this two years   09:58:14

16 ago, I've thought about it more to remember, okay, did

17 this happen in Abnormal Psychology, in Sports

18 Psychology, something like that.

19 BY MR. BLOCK:

20     Q  Okay.  So I just want to be clear about a   09:58:23

21 distinction between conducting reading as in a -- as a

22 class assignment and conducting reading as part of your

23 research process.  All right?  Does that distinction

24 make sense to you?

25     A  Yes.                      09:58:41

Page 54

1     Q  Okay.  So you've -- you've talked about maybe

2 reading a paper or a chapter as part of a class

3 assignment; correct?

4     A  Yes.

5     Q  Okay.  So in terms of reading as part of your   09:58:52

6 own independent research process, do you have any

7 recollection of doing any reading about transgender

8 people as part of your own independent research process

9 while obtaining your degrees?

10     A  I don't have a specific recollection of doing   09:59:09

11 that independently while reading my -- while performing

12 my Master's and doctoral research, but, again, I might

13 have.

14     Q  Okay.  So since receiving your doctorate until

15 the time when you first reached out to ADF, have you --   09:59:28

16 had you ever conducted any research concerning

17 transgender people?

18     A  Once again, please clarify what you mean by

19 "research."

20     Q  All right.  Well, let's do primary research.   09:59:42

21     A  No, I had not done primary research of

22 transgender individuals.

23     Q  Had you ever conducted any literature review

24 regarding transgender people?

25     A  I have not formally written a literature   09:59:56

Page 55

1 review.

2     Q  Had you ever written a meta-analysis about

3 transgender people?

4     A  No, I had not performed a meta-analysis

5 regarding transgender individuals.            10:00:07

6     Q  Okay.  So what other professional research

7 might you have done regarding transgender people?

8     A  Trying to keep up with the legislation in

9 sports regarding the participation of transgender

10 individuals and then on seeing the legislation, out of   10:00:25

11 my own curiosity, looking to see what research was

12 informing that legislation.

13     Q  Okay.  In terms of original research that

14 you've done, have any of the subjects in your original

15 research been transgender, to the best of your   10:00:41

16 knowledge?

17     A  To the best of my knowledge, none of any

18 subjects have been transgender.

19     Q  Okay.  Have you worked with transgender people

20 in any capacity?                  10:00:52

21     MR. FRAMPTON:  Object to the form.

22     THE WITNESS:  I -- I think there are

23 individuals at the university that are transgender that

24 I have worked with on committees or other things.

25 ///

Page 56

1 BY MR. BLOCK:

2     Q  Okay.  How many transgender people do you

3 think you've met?

4     MR. FRAMPTON:  Same objection.

5     THE WITNESS:  I can think of two by name and   10:01:22

6 others that I've met, but -- I've met a lot of people,

7 and so to try and come up with a number that were

8 transgender is going to be very, very difficult.

9 BY MR. BLOCK:

10     Q  Have you ever appeared on any podcasts?   10:01:41

11     A  Yes.

12     Q  Which ones?

13     A  I probably can't name all of them.

14     Q  Okay.

15     A  I can do my best.            10:01:55

16     Q  Great.

17     A  So there was a podcast Muscle for Life with --

18 with Mike Matthews, I think.  I was on the Megyn Kelly

19 podcast.  I was on Munk Debates podcast.  I was on

20 Governor Ricketts' podcast.  There's another one out   10:02:18

21 there that I remember the podcast.  I don't remember

22 the name of it.

23     Q  Do you remember approximately when the

24 Megyn Kelly podcast was?

25     A  A little less than a year ago, if I remember   10:02:39

Page 57

15 (Pages 54 - 57)

Armistead Supp. App. 0365

1 right.

2   Q   And what was the topic of that podcast?

3   A   That was regarding the participation of

4 biological males in female sports.

5   Q   And what was the Munk Debates podcast?        10:02:51

6   A   That was also about biological males

7 participating in female -- in women's sports.

8   Q   And when -- when was that podcast?

9   A   Last summer, maybe late last summer.

10   Q   Okay.  And when you refer to biological males        10:03:12

11 in these podcasts, did you discuss at all people with

12 DSDs?

13   A   If we did, it was not a major topic of

14 discussion.

15   Q   Okay.  So your -- your podcast with        10:03:24

16 Governor Ricketts, that's on his show "The Nebraska

17 Way"; is that -- is that correct?

18   A   That is correct.

19   Q   Okay.  And you appeared on September 1st,

20 2021?        10:03:42

21   A   I will trust you on the date on that.  I don't

22 remember myself.

23   Q   All right.  Does that sound around the time?

24   A   That sounds like the right time period.

25   MR. BLOCK:  Okay.  Great.        10:03:53

Page 58

1   So I'm going to introduce an exhibit marked 68

2 and if you can open it up.

3   The concierge -- it's an -- it's a video clip,

4 and the concierge is going to have to play it for us.

5   But let me know what appears on -- on your        10:04:18

6 screen before -- before I ask the concierge to -- to

7 play it.

8   Do you see a file?

9   (Exhibit 68 was marked for identification

10   by the court reporter and is attached hereto.)        10:04:28

11   THE WITNESS:  I see Exhibit 068 - Clip, space,

12 2005.

13 BY MR. BLOCK:

14   Q   Okay.  I'm going to have -- I'm going to ask

15 the concierge to play the clip now.  And it's -- it's a        10:04:37

16 little bit over a minute long.  I didn't want to -- you

17 to think that I've cut anything out here.  And then

18 after the clip plays, I'll ask you a few questions

19 about it.

20   Does that sound okay?        10:04:50

21   A   Will the clip show up in the -- in this Zoom

22 meeting, or is it going to be a different window?

23   Q   It's going to show up as a screen share --

24   A   Okay.

25   Q   -- right now.        10:05:05

Page 59

1   Can you see the screen share?

2   A   Yes.

3   Q   Great.

4   (Video clip played.)

5   MR. BLOCK:  Thank you to the concierge.        10:06:32

6 BY MR. BLOCK:

7   Q   Does -- does this video clip appear to be an

8 accurate excerpt of your interview with

9 Governor Ricketts?

10   A   Yes, that's me.        10:06:41

11   Q   Okay.  Do you still agree with everything you

12 said in that video clip?

13   MR. FRAMPTON:  Objection; form and scope.

14   MR. TRYON:  Objection; scope.

15 BY MR. BLOCK:        10:06:50

16   Q   You can answer.

17   A   Can you repeat your question, please?

18   Q   Do you still agree with everything you said in

19 that video clip?

20   A   Yes, I do.        10:06:58

21   Q   Okay.  You're not a mental health expert;

22 right?

23   A   That is correct.

24   Q   You don't have any education or training

25 that -- that would provide a basis for you to offer an        10:07:10

Page 60

1 expert opinion on the proper healthcare for transgender

2 youth, do you?

3   MR. FRAMPTON:  Objection; form and scope.

4   Go ahead.

5   THE WITNESS:  No, I would not be called upon        10:07:19

6 to offer treatment for transgender individuals.

7 BY MR. BLOCK:

8   Q   But my question is, to offer an expert opinion

9 on treatment for transgender individuals, you don't

10 have any, you know, credentials that would allow you to        10:07:34

11 provide an expert opinion on that topic, do you?

12   MR. FRAMPTON:  Same objection.

13   Go ahead.

14   THE WITNESS:  I have not been asked to offer

15 an expert opinion on the psychological or psychiatric        10:07:44

16 care of transgender individuals.

17 BY MR. BLOCK:

18   Q   But my question is, do you have the

19 credentials and training that would allow you to offer

20 such an opinion, if you were asked?        10:07:52

21   MR. FRAMPTON:  Same objection.

22   THE WITNESS:  No, I do not have those

23 credentials or degrees.

24 BY MR. BLOCK:

25   Q   Okay.  In this clip, you used the word        10:08:07

Page 61

16 (Pages 58 - 61)

Armistead Supp. App. 0366

1  "transgenderism"; right?
2      A  That is correct.
3      Q  Is that a medical term?
4          MR. FRAMPTON:  Objection; form and scope.
5          THE WITNESS:  I'm not sure what you mean, is      10:08:19
6  it a medical term?
7  BY MR. BLOCK:
8      Q  What does transgenderism mean?
9      A  An individual who is transgender.
10     Q  Okay.  In any of the -- the scholarly articles      10:08:28
11  that you've read about transgender people, have any of
12  them used the term "transgenderism"?
13     A  I cannot recall, to answer that question, if
14  they have or have not.
15     Q  Okay.  In the clip, you mentioned Ben Shapiro;      10:08:45
16  correct?
17     A  That is correct.
18     Q  Who is Ben Shapiro?
19     A  Ben Shapiro is an individual that does a lot
20  of podcasts, news clips, news interviews, speaking at      10:09:00
21  organizations on social and political matters.
22     Q  Do you -- do you think he's a reliable source
23  of authority on mental healthcare for transgender
24  youth?
25         MR. FRAMPTON:  Objection; form and scope.      10:09:19

Page 62

1          THE WITNESS:  In the role that he is filling,
2  I think Ben Shapiro is able to provide reliable
3  information on what has been written in these matters.
4  BY MR. BLOCK:
5      Q  Okay.  And reliable enough that you -- you      10:09:32
6  thought it was worth repeating to the audience of the
7  podcast; correct?
8          MR. FRAMPTON:  Same objections.
9          THE WITNESS:  That is correct.
10  BY MR. BLOCK:                                        10:09:49
11     Q  Okay.  In what context have you heard his
12  opinions about transgender youth?
13     A  Do you mean context or format?
14     Q  Let's start with format.
15     A  So in a number of videos and radio clips and      10:10:02
16  seeing on the news, I have seen Ben Shapiro make
17  statements regarding transgender individuals.
18     Q  And has that affected your own opinion on
19  these issues?
20         MR. FRAMPTON:  Objection; form and scope.      10:10:21
21         THE WITNESS:  No, I don't think what he has
22  said has affected my opinion.
23  BY MR. BLOCK:
24     Q  Has it affected your opinion on mental
25  healthcare for transgender youth?      10:10:37

Page 63

1          MR. FRAMPTON:  Same objection.
2          THE WITNESS:  I don't think it has affected my
3  opinion on healthcare for transgender youth.
4  BY MR. BLOCK:
5      Q  Okay.  Is new toy syndrome a medical term?      10:10:47
6          MR. FRAMPTON:  Same objections.
7          THE WITNESS:  No.
8  BY MR. BLOCK:
9      Q  Okay.  Do you think that receiving
10  gender-affirming care is analogous to playing with a      10:10:56
11  new toy?
12         MR. FRAMPTON:  Objection; form and scope.
13         THE WITNESS:  I'm sorry, can you state the --
14  restate the question?
15  BY MR. BLOCK:                                        10:11:13
16     Q  Yeah.  Do you -- do you think transgender
17  youth receiving gender-affirming care is analogous to a
18  person playing with a new toy?
19         MR. FRAMPTON:  Same objections.
20         THE WITNESS:  In the context that I quoted      10:11:22
21  Ben Shapiro, in that interview, it is a good analogy.
22  BY MR. BLOCK:
23     Q  How is it a good analogy?
24     A  As I explained in that, also as it was
25  explained by Ben Shapiro, when people get a new toy,      10:11:37

Page 64

1  they're often very happy with it, and then the newness
2  wears off.  That is drawn as an analogy to what has
3  been demonstrated in scholarly literature about
4  transgender individuals.
5      Q  What scholarly literature?                      10:11:53
6          MR. FRAMPTON:  Objection; form and scope.
7          THE WITNESS:  The research is cited on the
8  SEGM web page.
9  BY MR. BLOCK:
10     Q  What's SEGM?                                    10:12:05
11     A  I may not be able to tell you precisely, but
12  it is something like Society for Evidence-Based Gender
13  Medicine.
14     Q  And why have you been reading the SEGM web
15  page?                                                10:12:25
16         MR. FRAMPTON:  Objection; form and scope.
17         THE WITNESS:  It is a good place to find
18  information about transgender individuals to help make
19  sure that I am staying current on the information in
20  this area.                                           10:12:34
21  BY MR. BLOCK:
22     Q  How is information about the mental healthcare
23  of transgender individuals relevant to you in your
24  work?
25         MR. FRAMPTON:  Same objections.      10:12:48

Page 65

17 (Pages 62 - 65)

Armistead Supp. App. 0367

1    THE WITNESS:  The mental healthcare is often
2  associated with the use of either puberty blockers,
3  testosterone suppression, estrogen administration,
4  which then has physiological effects.
5 BY MR. BLOCK:                          10:13:06
6    Q   So -- so you read about -- well, I -- I guess,
7  could you explain further?  How -- how is utility of
8  the mental healthcare relevant to your opinion about
9  physiological issues and athletic advantages?
10    MR. FRAMPTON:  Same objection, form and scope.  10:13:27
11    THE WITNESS:  If an individual is being given
12  a physiologically active medicine, such as a puberty
13  blocker, such as testosterone suppression or
14  administration of estrogen, that will affect their
15  physiology, which then may or may not have an affect on  10:13:47
16  their ability to compete in athletics.
17    So it is important to know what is being done.
18 BY MR. BLOCK:
19    Q   Does -- does the mental health impacts of
20  those treatments matter in terms of the physiological    10:14:04
21  effects?
22    A   If the mental health treatment includes the
23  administration of physiological substances, then it
24  affects physiological responses.
25    Q   Yeah, so, I guess, that's not really answering  10:14:25

Page 66

1  my question.
2    So you -- you -- you talked about how, in your
3  opinion, the positive mental effects of
4  gender-affirming care for some people would -- are like
5  a new toy, that they have a positive effect and then     10:14:39
6  that positive mental health effect wears off, and my
7  question is whether the -- the fact that you alleged
8  that positive mental health effect would wear off has
9  any implication for the physiological results of having
10  taken that medication.                          10:15:04
11    Does that make sense?
12    MR. TRYON:  Objection --
13    MR. FRAMPTON:  Objection; form.
14    MR. TRYON:  -- form.
15    THE WITNESS:  I would ask you to try and break  10:15:11
16  that question down a little more.
17 BY MR. BLOCK:
18    Q   Sure.
19    A   I'm not sure where you're going.
20    Q   Sure.  So the -- if -- if -- assuming that --  10:15:17
21  taking it as an assumption, that puberty blockers and
22  gender-affirming hormones had no positive health
23  effects for mental health, how would that assumption
24  impact your opinion on the physiological effects of
25  taking those medications?                        10:15:43

Page 67

1    MR. FRAMPTON:  Objection; form and scope.
2    Go ahead.
3    THE WITNESS:  Well, puberty blockers and
4  testosterone suppression and estrogen administration
5  are physiological active substances.  What they do for  10:15:57
6  mental health compared to what they do for athletic
7  performance and physiological responses might be
8  separate issues.
9 BY MR. BLOCK:
10    Q   Okay.  So if they're separate issues, why do   10:16:08
11  you read about the mental health effects of taking
12  those medications?
13    MR. FRAMPTON:  Same objections.
14    THE WITNESS:  I think I previously answered
15  this question, to know what are the treatments that are  10:16:27
16  being used that could then affect physiological
17  responses to exercise.
18 BY MR. BLOCK:
19    Q   Okay.  So what other sources of information do
20  you consult on the -- the mental health effects of      10:16:39
21  puberty blockers and gender-affirming hormones?
22    MR. FRAMPTON:  Objection; scope.
23    THE WITNESS:  So I will find scholarly
24  articles and read those to find information.  A lot of
25  the information, if I find it on a web page, I will      10:17:01

Page 68

1  look to see if it is to a scholarly journal, scholarly
2  article that's reputable, but then I can verify that
3  the information on the web page is valid, at least
4  based on what has been presented in scholarly
5  literature.  Of course, you see things in the news as   10:17:18
6  well; right?
7 BY MR. BLOCK:
8    Q   Is there any scholarly article that -- that
9  likens gender-affirming care to a new toy?
10    MR. FRAMPTON:  Objection; form and scope.      10:17:32
11    THE WITNESS:  I could not say.
12 BY MR. BLOCK:
13    Q   Okay.  What scholarly articles, sitting here
14  today, can -- can you think of having read on the topic
15  of mental healthcare for transgender youth?           10:17:46
16    MR. FRAMPTON:  Same objection; form and scope.
17    THE WITNESS:  So there was a review on the
18  effects of puberty blockers that was put out by Sweden,
19  Karolinski Institute, and so I read that article and
20  looked up a number of the articles that were referenced  10:18:11
21  in there.  Similar type of thing came out of
22  Great Britain, their national health organization,
23  something like that.  And so I looked at a lot of those
24  articles.
25    I -- I have also, again, coming across some on  10:18:24

Page 69

18 (Pages 66 - 69)

Armistead Supp. App. 0368

1 PubMed or Google Scholar. I've seen other articles
2 looking at the effects of hormone treatment in
3 transgender individuals and measures of mental health.
4 BY MR. BLOCK:
5   Q   And can you remember any of the articles on   10:18:39
6 PubMed or Google Scholar?
7   A   I cannot remember them by author or title.
8   Q   Okay. Have you read the Endocrine Society
9 guidelines on providing gender-affirming care to
10 transgender people?   10:18:58
11   A   I --
12       MR. FRAMPTON: Objection; scope.
13       Go ahead.
14       THE WITNESS: I have read the information on
15 the web page. I have read the article. I cannot   10:19:04
16 remember which journal it's published in.
17 BY MR. BLOCK:
18   Q   Well, I'm sorry, what -- what -- what are you
19 referring to when you say a web page and an article?
20   A   So the Endocrine Society has a web page   10:19:22
21 regarding the administration of puberty blockers and
22 estrogen -- or testosterone suppression, estrogen
23 administration for -- for transgender individuals. And
24 so I have read through that web page, and there is an
25 article associated with the information on that web   10:19:42

Page 70

1 page that was published in a scholarly journal.
2   Q   Okay. And -- and that -- that would be the --
3 the -- the 2017 guidelines for care of people with
4 gender dysphoria and gender incongruence?
5   A   That is my recollection, yes.   10:19:57
6   Q   When did you read that?
7   A   Sometime in the past year.
8   Q   So at the time of our past deposition, you
9 hadn't read that yet; is that correct?
10   A   As I recall, that is correct.   10:20:14
11   Q   Okay. But -- but since then, you have read
12 it?
13   A   Yes. You seem to make a strong suggestion
14 that I should read that.
15   Q   Okay. Did you learn anything from reading it?   10:20:26
16   A   Yes, I did.
17   Q   What did you learn?
18   A   I learned that the recommendations of the
19 Endocrine Society for testosterone suppression result
20 in much, much lower testosterone concentration than   10:20:39
21 those recommended by world -- or, sorry, by world sport
22 or by the Olympics.
23   Q   Great. Just to close the loop, can you think
24 of any other source of information or political
25 commentator you've heard and talk about transgender   10:21:05

Page 71

1 youth who you think provides a good description of the
2 science?
3       MR. FRAMPTON: Objection; form and scope.
4       THE WITNESS: So I've cited a number of papers
5 in my article -- or, sorry, in my expert declaration.   10:21:25
6 So I've read those articles of scholars.
7       As far -- as far as political commentary, it's
8 all over the place these days, so it's hard to identify
9 who has or has not opined on that.
10   Q   All right. Do you -- I'm going to turn to a   10:21:42
11 new line of questions. Do you need a break before
12 then?
13   A   Yeah, let's take five.
14   Q   Okay. Great.
15       THE VIDEOGRAPHER: We are off the record at   10:21:59
16 10:22 a.m.
17       (Recess.)
18       THE VIDEOGRAPHER: We are on the record at
19 10:29 a.m.
20       MR. BLOCK: Great.   10:29:11
21 BY MR. BLOCK:
22   Q   I want to go back in time and ask you about
23 the time that you first reached out to ADF on this
24 issue of the participation of transgender athletes.
25       Do you remember who you contacted at ADF?   10:29:30

Page 72

1   A   I do not remember who I contacted.
2   Q   And do you remember why you knew that ADF was
3 the organization to contact?
4   A   I saw a news clip or information online about
5 the Soule versus CIAC case, and it identified Alliance   10:29:57
6 Defending Freedom as representing Selina Soule.
7   Q   Okay. And, you know, at the time you first
8 contacted ADF, had you done any research on the -- the
9 effects of puberty blockers or gender-affirming
10 hormones on transgender people?   10:30:19
11   A   Once again, what do you mean by "research"?
12   Q   Have you -- had you read anything on the -- on
13 the physiological effects of gender-affirming care at
14 the time you first reached out to ADF?
15   A   Yes, I had.   10:30:39
16   Q   What had you read?
17   A   I had read some articles on the effects of
18 gender-affirming hormone therapy, to use your
19 terminology on that, on various physiological factors,
20 such as muscle size or strength or muscle mass, those   10:30:55
21 types of things.
22   Q   You -- you had already read that research
23 before you reached out to ADF?
24   A   I had read some.
25   Q   Okay. And had you read that research before   10:31:10

Page 73

19 (Pages 70 - 73)

Armistead Supp. App. 0369

1 you saw the news item about the transgender runners in
2 Connecticut?
3      A   Yes.
4      Q   Okay.  So -- so you -- you had previously had
5 occasion to read research on the effects of          10:31:26
6 gender-affirming hormones on muscle mass, and then you
7 saw the news clip about the runners in Connecticut, and
8 then you contacted ADF?  That's the chronology of how
9 it went?
10         MR. FRAMPTON:  Objection; form.          10:31:39
11         THE WITNESS:  Yes, that sounds like a correct
12 timeline.
13 BY MR. BLOCK:
14      Q   Okay.  And what -- what would have prompted
15 you to -- to do any research specifically on the          10:31:48
16 effects of gender-affirming hormones before seeing the
17 news item about transgender people in Connecticut?
18      A   As I had mentioned previously, staying up to
19 date on what the laws are or the rules, I guess would
20 be a more appropriate way to say it, regarding the          10:32:10
21 participation of transgender women in women's sports or
22 trans women in women's sports.  Student questions,
23 asking about that.  Particularly after 2019, when
24 Cecé Telfer won the 400-meter hurdles in Division II,
25 because I had some students that were there and had          10:32:35

1 questions.
2      Q   What do you mean, that were there?
3      A   I have students that are student athletes that
4 compete in Division II women's track and field and were
5 at that national championship where Cecé Telfer won the          10:32:53
6 400-meter hurdles.
7      Q   And were those students upset that Cecé Telfer
8 had won?
9         MR. FRAMPTON:  Form.
10         THE WITNESS:  The students had questions and          10:33:05
11 many of them stated questions such as how can that be
12 fair.
13 BY MR. BLOCK:
14      Q   So were they upset?
15         MR. FRAMPTON:  Same objection.          10:33:20
16         THE WITNESS:  I guess I would need more
17 clarification on "upset."
18 BY MR. BLOCK:
19      Q   So they didn't think it was fair?
20      A   That would be correct.          10:33:32
21      Q   And so in response to those student questions,
22 you -- you started doing research; is that right?
23      A   I had been looking it prior to the student
24 questions, but in response to the student questions, I
25 suppose you could say I tried to dig deeper.          10:33:52

1      Q   Okay.  So what -- what -- how had you been
2 looking into it before the student questions?
3      A   Before the student questions, I would look at
4 the policies as put out by the NCAA, put out by the
5 N -- IOC and tried to look at research that informed          10:34:08
6 those policies by searching Google Scholar, PubMed,
7 reading news articles about it and see if they had
8 links or information on research.
9      Q   And what about Cecé's participation did the
10 students think were unfair?          10:34:26
11      A   Cecé is a biological male and was competing in
12 women's sports.
13      Q   And why did they think that was unfair?
14      A   They thought it was unfair for a biological
15 male to compete in women's sports.          10:34:43
16      Q   And when you say you did earlier research on
17 NCAA policy and the IOC, you know, what had prompted
18 you to do that research?
19      A   It's an important topic in sports, in my
20 field.  It's possible that the textbook I was using at          10:35:03
21 the time had a statement on it.
22      Q   Had you done any research on the participation
23 of Caster Semenya in the IOC?
24      A   I have read some news articles on
25 Caster Semenya and probably heard some things on          10:35:20

1 podcasts about Caster Semenya.
2      Q   Okay.  But you didn't do any research about
3 that?
4      A   I -- again, more than news articles, I cannot
5 recall a specific article that said this was          10:35:37
6 Caster Semenya's medical condition in the scholarly
7 literature.
8      Q   Okay.  But you were more interested in doing
9 research on transgender athletes than on athletes like
10 Caster Semenya; is that fair?          10:35:54
11         MR. FRAMPTON:  Objection; form.
12         THE WITNESS:  That would be fair to say.
13 BY MR. BLOCK:
14      Q   Okay.  And why is that?
15      A   We are dealing with separate issues.          10:36:06
16 Disorders of sexual development are not the same as a
17 transgender individual.
18      Q   And so why were you more interested in the
19 participation -- researching the participation of
20 transgender individuals as opposed to individuals with          10:36:20
21 DSDs?
22         MR. FRAMPTON:  Same objection.
23         THE WITNESS:  The policies seem to, if I
24 recall, state "transgender individuals."  The student
25 questions were about transgender individuals.  The          10:36:35

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0370

1 stuff I was seeing in the news was about transgender
2 individuals.
3 BY MR. BLOCK:
4    Q   When did the topic of the participation of
5 transgender individuals in -- in sports first come to    10:36:45
6 your attention?
7    A   That would be very challenging to say, but I
8 would say sometime after 2004.
9    Q   Why sometime after 2004?
10   A   That seems to be the first IOC policy I    10:37:04
11 remember that addressed transgender individuals.
12   Q   And when did a transgender individual first
13 participate in the Olympics?
14   A   I don't know.
15   Q   You have no idea?    10:37:23
16   A   No.
17   Q   Do you know if it was, like, before 2010?
18   A   I don't know.
19   Q   Okay.  You have no -- do you have any
20 knowledge or recollection of any transgender people    10:37:45
21 participating in the Olympics?
22   A   Would you consider the participation of
23 Bruce Jenner to be a transgender individual
24 participating in the Olympics?
25   Q   About a -- a -- a transgender person competing    10:38:01

Page 78

1 post transition.
2    A   So I do know of someone that has done that.
3    Q   Who?
4    A   Laurel Hubbard.
5    Q   Okay.  Anyone before her?    10:38:19
6    A   I cannot recall anyone before that.
7    Q   Okay.  When did you first -- when did you
8 first become -- well, let me -- I'll -- I'll -- I'll
9 come back to that.
10       When -- when is the first time a transgender    10:38:42
11 person -- a transgender woman competed in women's
12 tennis events?
13   A   I -- I don't know.
14   Q   You -- you have no idea?
15   A   There's something I seem to recall of a    10:39:05
16 situation that was in the '70s or '80s, but I can't
17 recall off the top of my head more specifics.
18   Q   Does the name Renée Richards refresh your
19 recollection about it?
20   A   So as you mention that, yes, the name    10:39:24
21 Renée Richards playing tennis -- again, I couldn't, at
22 this point in time, put it in a timeframe other than I
23 think it was probably before I was even in college.
24   Q   Okay.  And when did you first become aware
25 that that had happened?    10:39:40

Page 79

1    A   Sometime in the past 15 or so years.  In my
2 readings, I remember seeing something about
3 Renée Richards.
4    Q   Okay.  And did the readings -- what did the
5 readings say about her?    10:39:55
6    A   I can't recall at this point in time.
7    Q   Okay.  And did you have any feelings about
8 whether it was fair for her to be participating in
9 women's tennis in the '70s?
10       MR. FRAMPTON:  Objection; form and scope.    10:40:06
11       Go ahead.
12       THE WITNESS:  I -- I would, once again, go
13 back to my statement that if Renée Richards was a
14 biological male, then biological males have advantages
15 over biological females in sports.    10:40:23
16 BY MR. BLOCK:
17   Q   Yeah, but I'm just -- I'm asking about, sir,
18 when you formed an opinion about -- about
19 Renée Richards, if you do -- if you did form an opinion
20 about Renée Richards, like when you -- when you first    10:40:35
21 heard about it, did you have an opinion about it being
22 fair or unfair?
23       MR. FRAMPTON:  Same objection.
24       MR. TRYON:  Objection.
25       THE WITNESS:  So I -- I think I answered that    10:40:46

Page 80

1 when I stated that biological males should not be
2 competing in women's sports.
3 BY MR. BLOCK:
4    Q   Okay.  So -- but you had that opinion the
5 first time you heard about Renée Richards; right?    10:40:58
6       MR. FRAMPTON:  Same objections.
7       THE WITNESS:  Again, where I can't put in a
8 specific timeframe when I first heard about
9 Renée Richards, I can't say if Renée Richards
10 influenced my opinion one way or another or what my    10:41:15
11 opinion was before reading that article.
12 BY MR. BLOCK:
13   Q   So did you have an opinion about the
14 participation of transgender athletes in women's sports
15 before you did further research on the topic?    10:41:32
16       MR. FRAMPTON:  Objection; form and scope.
17       THE WITNESS:  Well, as long as I can recall,
18 sports has been separated.  So you have sports for men,
19 meaning biological men, and sports for women, meaning
20 biological women, and that separation has been there.    10:41:51
21 Again, as long as I can recall, my knowledge of anatomy
22 and physiology, since I have been involved in study of
23 anatomy and physiology as a student, indicates there
24 are differences.
25 ///

Page 81

21 (Pages 78 - 81)

Armistead Supp. App. 0371

BY MR. BLOCK:

1 Q   Okay.  And so -- so that was your -- that was
2 your sort of baseline assumption before you conducted
3 research, that -- that it would be unfair to allow a
4 transgender woman to participate in women's sports?   10:42:16
5       MR. FRAMPTON:  Objection --
6       MR. TRYON:  Objection.
7       MR. FRAMPTON:  -- form.
8       THE WITNESS:  I think it would be fair to say
9 that based on the experience that sports have been   10:42:26
10 separated by sex and knowing of the differences between
11 biological males and biological females, there's a --
12 they should be separated on sex.

BY MR. BLOCK:

13 Q   All right.  Just going to -- going to to a --   10:42:47
14 a new topic now.
15      In your report, you say that even before
16 puberty, prepubertal boys outperform prepuberto --
17 prepubertal girls in athletic competition; right?
18 Q   Yes, I state that in my report.        10:43:08
19 Q   Okay.  And you -- and you attribute those
20 differences in performances to biological factors
21 instead of social ones?
22      MR. FRAMPTON:  Objection; form.
23      You can --               10:43:17

(Page 82)

---

1       THE WITNESS:  Yes, biological factors are the
2 primary reason that boys outperform girls in athletic
3 events.

BY MR. BLOCK:

4 Q   Yeah, so -- but for prepubertal boys and   10:43:29
5 prepubertal girls, you attribute their difference in
6 performance to biological factors?
7 A   That is correct.
8 Q   Okay.  What biological factors provide an
9 advantage to prepubertal boys over prepubertal girls?   10:43:48
10 A   Boys have more lean body mass, which includes
11 more lean muscle mass, than girls.  There are perhaps
12 other factors that contribute to that more lean body
13 mass and more muscle mass.
14 Q   What does that -- what does that mean, there   10:44:09
15 other factors that contribute to the more lean body
16 mass and lean muscle mass?
17 A   Well, having a Y chromosome compared to being
18 XX chromosome, there are a multitude of genes in
19 muscles that respond to the Y chromosome differently   10:44:30
20 than they do to X chromosomes.
21 Q   And is there any research on how they respond
22 before puberty?
23 A   The research is focused on the fact that there
24 is a difference in lean body mass before puberty.   10:44:50

(Page 83)

---

1 Q   Okay.  So besides --
2 A   To the best of my knowledge.
3 Q   Sorry, I didn't mean to cut you off.
4       Besides lean body mass and lean muscle mass,
5 are there any other physiological differences connected   10:45:01
6 to athletic performance between boys and girls --
7       MR. FRAMPTON:  Same objection.

BY MR. BLOCK:

8 Q   -- before puberty?
9 A   Yes.  There are differences in overall growth   10:45:12
10 between boys and girls, as evidenced by the CDC and the
11 World Health Organization having separate growth charts
12 for both male and female fetuses and for boys and
13 girls.
14 Q   But -- but in terms of physiological   10:45:25
15 characteristics associated with athletic performance,
16 what other physiological differences besides 10 percent
17 difference in lean body mass and lean muscle mass?
18      MR. FRAMPTON:  Objection; form.
19      THE WITNESS:  I would say -- that is the one   10:45:43
20 that we will focus on because that is the one that has
21 been fairy well demonstrated.  There has to be
22 something else that contributes that lean body mass
23 biologically.
24 ///

(Page 84)

---

BY MR. BLOCK:

1 Q   Okay.  Do you -- but you can't think of any
2 other measurable factor besides lean body mass that is
3 tied to athletic performance advantages for prepubertal
4 boys over prepubertal girls; right?        10:46:21
5       MR. FRAMPTON:  Objection; form.
6       Go ahead.
7       THE WITNESS:  Well, the paper by Eiberg that's
8 cited in my report demonstrated differences in VO2 max,
9 even when controlled for lean body mass, it seemed like   10:46:33
10 the boys' VO2 max was higher.

BY MR. BLOCK:

11 Q   Okay.  Did the McManis article also confirm
12 those findings?
13 A   I would need to look at the McManis article to   10:46:46
14 refer.  I cannot remember if McManis -- it was written
15 after Eiberg, I think, but I cannot remember if they
16 cite Eiberg.
17 Q   Okay.  Well, we might -- we might come back to
18 that.                   10:47:33
19      The difference in lean body mass and lean
20 muscle mass that you refer to in your report is a
21 10 percent difference?
22      MR. FRAMPTON:  Objection; form.
23      Go ahead.              10:47:40

(Page 85)

22 (Pages 82 - 85)

Armistead Supp. App. 0372

1      THE WITNESS: The 10 percent number is stated
2  in the article by McManis.
3  BY MR. BLOCK:
4      Q  Do you have any other knowledge of the
5  difference besides 10 percent?                    10:47:49
6      A  I cite several articles demonstrating
7  difference in body composition in children prepuberty.
8  I would need to look at those articles to either
9  calculate the difference myself or see if they specify
10  the difference.                                  10:48:05
11      Q  But in your report, you -- you quoted the
12  10 percent figure; correct?
13      A  That is correct.
14      Q  Okay.  If you could turn to your report, which
15  I believe is -- is Exhibit 46 -- 64.  I got that    10:48:24
16  flipped.
17      A  All right.
18      Q  Thank you.  I'm going to point you to a
19  specific paragraph in a second.
20      Paragraph 42 on page 17.                      10:49:27
21      A  Sorry, the page numbering on the document is
22  different than the page number that Acrobat --
23      Q  No.
24      A  -- is taking me to, so it will take me a
25  second, sorry.                                   10:49:59

Page 86

1      Q  Sure thing.
2      A  All right.  Paragraph 42.
3      Q  You say (as read):
4      "No -- No single physiological
5      characteristic alone accounts for all    10:50:05
6      or any one of the measured advantages
7      that men enjoy in athletic
8      performance."
9      Do you see that?
10      A  Yes, I do.                               10:50:13
11      Q  Okay.  So does a difference in lean body mass
12  account for all or any one of the measured advantages
13  that men enjoy in athletic performance?
14      A  Lean body mass is a major factor that provides
15  men -- males with athletic advantages over females.    10:50:34
16      Q  Does it -- does it alone account for all or
17  any one of the measured advantages that men enjoy in
18  athletic performance?
19      MR. FRAMPTON:  Objection; form.
20      THE WITNESS:  I think I've answered your    10:50:57
21  question by stating it's a major factor, but not the
22  only factor.
23  BY MR. BLOCK:
24      Q  Is -- are there any studies about the -- a
25  difference -- about the effect of a 10 percent    10:51:04

Page 87

1  difference in lean body mass on athletic performance?
2      A  I'm going to say yes, I'm sure there's studies
3  that are correlating lean body mass with performance.
4      Q  But my question is a 10 percent difference in
5  lean body mass.                                   10:51:26
6      MR. FRAMPTON:  Objection; form.
7      THE WITNESS:  Again, there are -- I -- I will
8  say there are studies that are correlating percent lean
9  body mass with athletic performance in all sorts of
10  different events, and so that would include a    10:51:42
11  10 percent difference, along with other differences,
12  probably.
13  BY MR. BLOCK:
14      Q  You -- you don't cite anything in your report
15  that purports to study the effect of a -- a 10 percent    10:51:51
16  difference in lean body mass in athletic performance,
17  do you?
18      MR. FRAMPTON:  Same objection.
19      THE WITNESS:  Can you clarify what you're
20  trying to ask me there?                          10:52:05
21  BY MR. BLOCK:
22      Q  In your report, do you cite any studies
23  reflecting what affect a difference in -- I'll say that
24  again, sorry.
25      Do you, in your report, cite any studies    10:52:21

Page 88

1  measuring the effect of a 10 percent difference in lean
2  body mass on athletic performance?
3      MR. FRAMPTON:  Objection; form.
4      THE WITNESS:  I don't recall citing any
5  studies that specifically identify how much a    10:52:35
6  10 percent advantage enhances performance.
7  BY MR. BLOCK:
8      Q  Okay.  Thank you.
9      Are you aware of any study proving that
10  differences in athletic performance between prepubertal    10:53:01
11  boys and girls are caused by biological factors and not
12  social ones?
13      MR. FRAMPTON:  Objection; form.
14      THE WITNESS:  From a scientific standpoint,
15  science does not prove.                          10:53:19
16  BY MR. BLOCK:
17      Q  Science does not prove what?
18      A  Science doesn't prove anything from a
19  scientific standpoint.
20      Q  Well, do you have -- are there any articles    10:53:31
21  that purport to exclude social factors as a cause of
22  difference in performance between prepubertal boys and
23  prepubertal girls?
24      A  Yes.  Eiberg.
25      Q  How does that purport to exclude social    10:53:47

Page 89

23 (Pages 86 - 89)

Armistead Supp. App. 0373

1 factors?

2   A   So Eiberg measured six- to seven-year-old boys
3 and girls, very objectively measured physical activity
4 in those children, measured very objectively VO2 max in
5 those children and body composition in those children   10:54:09
6 and found that even for the children of the same amount
7 of physical activity, boys have higher fitness.

8   Q   And what -- what do you mean, even for
9 children of the same physical activity?

10   A   So boys and girls that engage in the same   10:54:24
11 amount of physical activity -- running, jumping,
12 whatever constitutes physical activity -- the boys had
13 higher fitness.

14   Q   So -- but does this mean physical activity in
15 terms of what was measured, like for a particular   10:54:40
16 event, or -- or physical activity in all aspects of
17 their life?

18   A   This was physical activity as measured by an
19 accelerometer which measures the quantity and intensity
20 of physical activity during the time period the   10:54:54
21 accelerometer is worn.

22   Q   Okay.  So can you just explain to me how that
23 can give you information about, you know, whether these
24 boys and girls, as a general matter, like, were equally
25 physically active, like, outside of the laboratory?   10:55:16

Page 90

1   A   Sure.  So an accelerometer is a small device
2 that is typically worn on your belt, usually on your
3 right hip, aligned over your knee, and then that
4 accelerometer, because of the scientific engineering --
5 okay, I'll call it voodoo magic, but that's not really   10:55:37
6 the right way to say it.  The way the accelerator
7 works, it measures the movement of the body, and then
8 it quantifies that movement as far as intensity.

9       And then after your study period, you have the
10 person wear the accelerometer for the period of time   10:55:54
11 you want, typically free living, you put it on the
12 children and ask them to wear it for a week or two
13 weeks or however long, then you come back, you connect
14 the accelerometer to the computer, it downloads the
15 information from the accelerometer, gives you what are   10:56:07
16 known as counts.  And again, you can quantify those
17 counts as sedentary, light, moderate or vigorous
18 intensity physical activity.

19       So between the two, you get an amount of
20 physical activity, an intensity of physical activity   10:56:22
21 for the given time period of study.

22   Q   And so what -- what this study found is that
23 people who were similarly -- like, just active during
24 the period in which they were wearing this device, the
25 boys were more physically fit than the girls?   10:56:45

Page 91

1   A   Yes, for boys and girls with the same quantity
2 of physical activity, same intensity, as equal as
3 possible could be measured, the boys were more fit than
4 the girls.

5   Q   And how was fitness measured?   10:57:02

6   A   Fitness was measured for body composition and
7 VO2 max.

8   Q   Got it.  Did the study measure any athletic
9 performances?

10   A   This was not a study of competitive athletic   10:57:23
11 performances.

12   Q   Got it.  So it just -- it was about body
13 composition, meaning like percentage of fat?  Is that
14 what you meant by "body composition"?

15   A   That would be a measure of how much of your   10:57:40
16 body is fat, how much of your body is lean body mass.

17   Q   Got it.  And -- and VO2 is the other thing
18 measured?

19   A   So VO2 max is maximal aerobic capacity, which
20 accounts for 30 to 40 percent of the performance in   10:57:55
21 endurance-type activities.

22   Q   Okay.  So if what's being measured is the
23 percentage of lean body mass and we already know
24 that -- that prepubertal boys, on average, would have
25 10 percent more lean body mass than -- than girls, what   10:58:12

Page 92

1 does the study add to that, in terms of translating
2 that into an athletic advantage?

3       MR. FRAMPTON:  Objection; form.

4       THE WITNESS:  What the study is doing is
5 quantifying and clarifying the differences between boys   10:58:29
6 and girls that -- well, for the same amount of physical
7 activity, boys have a higher VO2 max than girls.

8   Q   Anything else besides the VO2 max?

9       MR. FRAMPTON:  Objection; form.

10       THE WITNESS:  And again, body composition,   10:58:51
11 which, again, lean body mass is another determinant of
12 potential for athletic performance and performance in
13 sorts.

14 BY MR. BLOCK:

15   Q   But -- but that's just confirming something   10:59:02
16 that we already know, that -- that prebertal boys --
17 prepubertal boys have, on average, 10 percent more lean
18 body mass?

19       MR. FRAMPTON:  Objection; form.

20       THE WITNESS:  If I recall, the study also   10:59:17
21 validated that for the same body composition, the boys
22 had a higher VO2 max.  I would need to refer to the
23 study to verify if that was in there.

24   Q   Okay.  Anything else that -- that you think
25 purports to exclude social causes as a difference in   10:59:41

Page 93

24 (Pages 90 - 93)

Armistead Supp. App. 0374

1 measured athletic performance --
2      MR. HAMPTON:  Objection; form.
3 BY MR. BLOCK:
4      Q  -- between prepubertal boys and prepubertal
5 girls?                              10:59:56
6      MR. FRAMPTON:  Sorry, same objection.
7      Go ahead.
8      THE WITNESS:  So again, those papers that I
9 cite showing the differences in body composition
10 between prepubertal boys and prepubertal girls because   11:00:03
11 lean body mass is a biological factor.
12 BY MR. BLOCK:
13      Q  Right.  But besides body composition, I'm
14 talking about athletic performance.  And is there
15 anything else that purports exclude social causes for   11:00:17
16 differences in athletic performance as opposed to body
17 composition?
18      MR. FRAMPTON:  Same objection.
19      THE WITNESS:  To the best of my knowledge,
20 there are no studies quantifying the effects of social   11:00:30
21 causes on differences in athletic performance or
22 physiological factors of athletic performance between
23 boys and girls.
24 BY MR. BLOCK:
25      Q  In preparation for your report, did you   11:00:41

Page 94

1 conduct original research on the athletic performance
2 of prepubertal boys and prepubertal girls?
3      A  I have --
4      MR. FRAMPTON:  Objection; form.
5      Go ahead.                       11:00:59
6      THE WITNESS:  I have downloaded, as stated in
7 my report, data from Athletic.net, looking at the
8 performance of seven-and eight-year-old children, of
9 nine- and ten-year-old children, which are presumed to
10 be prepubertal, and not just the numbers in the report,   11:01:14
11 but other data, I have analyzed it statistically, and
12 the boys outperform the girls in all of the track
13 events that I analyzed.
14 BY MR. BLOCK:
15      Q  Have you tried to have your analysis published   11:01:25
16 anywhere?
17      A  The analysis is being presented at UNK Student
18 Research Day Thursday of next week.  After
19 presentation, the student author and I will probably
20 explore publication opportunities.          11:01:39
21 BY MR. BLOCK:
22      Q  All right.  But you haven't so far?
23      A  No, I have not submitted it for publication
24 yet.
25      Q  Okay.  You've been writing on this topic in   11:01:46

Page 95

1 the form of white papers and expert reports for over
2 two years now; right?
3      A  That is correct.
4      Q  Have you ever attempted to submit any of your
5 analysis for publication?              11:02:02
6      A  I have not submitted these papers for
7 publication.
8      Q  But your -- have you ever, like, tried to
9 submit your research on this topic in -- in general for
10 publication?                        11:02:18
11      MR. FRAMPTON:  Objection; form.
12      THE WITNESS:  So in general, do you mean
13 differences between boys and girls?
14 BY MR. BLOCK:
15      Q  I mean on the participation of transgender   11:02:27
16 girls and women.
17      A  So as stated in my declaration, I have the
18 Physiology Educator (sic) Community of Practice blog
19 post that I have written, that was reviewed prior to
20 being published on the web, and I have the presentation   11:02:43
21 I made at the American Physiological Society Sex and
22 Gender conference.
23      Q  Okay.  Anything else?
24      A  Those are the only two that I can remember
25 that I have put out for public dissemination.   11:02:58

Page 96

1      Q  Okay.  And were -- were either of those two
2 examples peer reviewed?
3      A  They were both peer reviewed.
4      Q  Okay.  Have you had -- well, we'll look at --
5 we'll look at those in -- in a minute, but there's no   11:03:16
6 other example of you attempting to submit work on this
7 topic to a peer-reviewed publication?
8      A  I have reached out to a journal editor about a
9 possible letter to the editor, but the journal said
10 they don't publish letters to the editor.   11:03:40
11      Q  Okay.  Why didn't you attempt to have your
12 white paper, you know, published by a peer-reviewed
13 journal?
14      A  Well, quite honestly, because Emma Hilton,
15 Tommy Lundberg, Joanna Harper and FIMS have already   11:03:59
16 published on this and have done a pretty good job
17 reviewing the literature, so I'm not sure that another
18 review of the literature is going to add to the
19 scholarly knowledge.
20      Q  What did the letter to the editor that you   11:04:12
21 wanted to write say?
22      A  I just asked the editor if they would accept a
23 letter regarding the participation of trans women in
24 women's sports.
25      Q  What publications was that?      11:04:27

Page 97

25 (Pages 94 - 97)

Armistead Supp. App. 0375

**Page 98**

1    A  I cannot remember if it was Medicine & Science
2  in Sports & Exercise or the Journal of Strength and
3  Conditioning Research.
4    Q  Okay.  And did you say what the letter would
5  opine about?                              11:04:43
6    A  No.
7    MR. FRAMPTON:  Objection; form.
8    THE WITNESS:  Sorry.
9    I just asked if they would accept a letter on
10  the topic.                              11:04:52
11  BY MR. BLOCK:
12    Q  Okay.  Are you aware of any studies that
13  specifically examine the athletic performance of
14  prepubertal transgender girls?
15    MR. FRAMPTON:  Objection; form.        11:05:07
16    THE WITNESS:  I am not aware of any studies
17  evaluating the performance of prepubertal biological
18  gir- -- biological boys competing in girls' sports.
19  BY MR. BLOCK:
20    Q  Okay.  So let's -- we agreed before that if I   11:05:18
21  say the term, you know, "trans girls," you understand
22  what I'm saying; right?
23    A  Yes.  I just am speaking to make sure I'm
24  clear to myself in what I'm saying.
25    Q  Okay.  So, you know, I -- I understand that   11:05:31

**Page 99**

1  there's physical fitness data on -- on prepubertal boys
2  versus prepubertal girls, and my question is, are you
3  aware of any data that specifically breaks out
4  prepubertal trans girls and reports on their
5  performance?                            11:05:53
6    A  I am not aware of any data analyzing trans
7  girls.
8    Q  Okay.  So are you aware of any data comparing
9  the performance of prepubertal trans girls to
10  prepubertal cis girls?                    11:06:12
11    A  I am not aware of any research on that topic.
12    Q  Okay.  If you could turn to page -- sorry --
13  paragraph 114 of your report again.
14    A  Yes, paragraph 114, page 37.
15    Q  Okay.  I have to pull it up, too.     11:06:38
16    All right.  And it -- it continues from page
17  37 to 38.  You say (as read):
18    "While boys exhibit some performance
19    advantages even before puberty, it is
20    both true and" --                      11:06:52
21    Sorry, my -- my PDF -- I'll read this again
22  for the record.  I apologize.  (As read):
23    "While boys exhibit some performance
24    advantages even before puberty, it is
25    both true and well known to common     11:07:03

**Page 100**

1  experience that the male advantage
2  increases rapidly, and becomes much
3  larger, as boys undergo puberty and
4  become men.  Empirically, this can be
5  seen by contrasting the modest          11:07:17
6  advantages reviewed immediately above
7  against the large performance
8  advantages enjoyed by men that I have
9  detailed in Section II."
10    Did I read that right?                11:07:26
11    A  It sure seemed like you read it word for word.
12    Q  All right.  Thanks, I did my best.
13    So even though you contend that boys have a
14  performance advantage before puberty, you believe those
15  advantages are modest when compared with the large   11:07:41
16  performance advantages resulting from puberty?
17    MR. FRAMPTON:  Objection; form.
18    THE WITNESS:  Yes, they are smaller than the
19  advantages that occur after puberty.
20  BY MR. BLOCK:                          11:07:55
21    Q  Okay.  And -- and "modest" was your word;
22  right?
23    A  Yes, "modest" was my word.
24    Q  Okay.  And do you think it's unfair for
25  prepubertal boys and girls in elementary school to --   11:08:11

**Page 101**

1  to play on coed or mixed teams?
2    MR. FRAMPTON:  Objection; form, scope.
3    THE WITNESS:  Before puberty, boys have
4  athletic advantages compared to girls.
5  BY MR. BLOCK:                          11:08:29
6    Q  Do you think it's unfair for prepubertal boys
7  and girls in elementary school to play on coed or mixed
8  teams?
9    MR. FRAMPTON:  Same objections.
10    THE WITNESS:  I really haven't been retained   11:08:38
11  as an expert witness to state fair or unfair in this
12  matter as much as to provide the information and allow
13  the policymakers to determine fair versus unfair.
14  BY MR. BLOCK:
15    Q  Okay.  So you're not, in your expert report,   11:08:50
16  providing an opinion on whether it's fair for trans
17  girls and women to compete on women's sports teams; is
18  that right?
19    MR. FRAMPTON:  Objection; form and scope.
20    Go ahead.                            11:09:05
21    THE WITNESS:  In my expert report, I have done
22  my best to focus on the known biological differences
23  between males and females, how those known biological
24  differences gives male an athletic advantage and how
25  that athletic advantage is not erased by a transgender   11:09:17

26 (Pages 98 - 101)

1 identity or the use of puberty blockers, gender --
2 transgender hormones.
3 BY MR. BLOCK:
4     Q   Okay. So you don't provide an expert opinion
5 on whether the goals of fairness, safety and          11:09:30
6 transgender inclusion are reconcilable?
7         MR. FRAMPTON: Objection; form.
8         THE WITNESS: If I recall correctly, I think I
9 quote a source or two that state on that or perhaps
10 paraphrase a source or two on what has been stated on   11:09:49
11 that.
12 BY MR. BLOCK:
13     Q   Okay. So -- so just to clarify the scope of
14 the opinions you're offering, you are not presenting an
15 expert opinion on whether it is fair or unfair for      11:09:57
16 girls and women who are transgender to participate in
17 girls and women's sports teams; correct?
18         MR. FRAMPTON: Objection; form.
19         THE WITNESS: I have tried to focus on the
20 biological differences and how those differences        11:10:16
21 provide male advantages and how those differences are
22 not erased due to transgender identity or
23 gender-affirming hormone therapy. I have tried to not
24 give an opinion on fair versus unfair.
25 ///
                                                    Page 102

1 BY MR. BLOCK:
2     Q   So you -- you are not an expert on whether it
3 is fair or unfair for girls and women who are
4 transgender to participate on girls and women's sports
5 teams?                                       11:12:01
6         MR. FRAMPTON: Objection; form.
7         THE WITNESS: I'm not a sports philosopher in
8 whom that field would fall into.
9 BY MR. BLOCK:
10     Q   Right. Therefore, you are not providing an    11:12:15
11 expert opinion on whether it is fair or unfair for
12 girls and women who are transgender to participate on
13 girls and women's sports teams?
14         MR. FRAMPTON: Same objection.
15         THE WITNESS: As I've said, I've done my best   11:12:25
16 to try and stick to the data and not give my opinion on
17 what is fair or unfair.
18 BY MR. BLOCK:
19     Q   I'm sorry, Dr. Brown, this -- this really
20 should be like a -- a simple question. Because when    11:12:35
21 you say "focus" and "I've tried to," that -- that's
22 just not answering my question. I just really need a
23 question (sic) on whether evidence is going to be
24 submitted in this case, from you, in the form of an
25 expert opinion under Federal Rules of Evidence 702 on   11:12:50
                                                    Page 104

1 BY MR. BLOCK:
2     Q   Okay. And, you know, I apologize for being
3 persnickety in the phrasing of the question, but I want
4 to make sure that -- that -- that you're not answering
5 about what you're focusing on. I want to know whether   11:10:45
6 any evidence is going to be submitted in the form of an
7 expert opinion by you regarding fairness of girls and
8 women who are transgender participating in -- in girls
9 and women's sports.
10        So I'm just going to ask it again, and I would  11:11:05
11 just appreciate a "yes" or "no" answer, if you're
12 capable of giving it.
13        Are you providing an expert opinion in this
14 case regarding whether it is fair or unfair for girls
15 and women who are transgender to compete on girls and   11:11:18
16 women's sports teams?
17        MR. FRAMPTON: Objection; form, scope.
18        Go ahead.
19        THE WITNESS: I don't think I can answer that
20 as a yes-or-no question because the information         11:11:30
21 demonstrates that there's an advantage for biological
22 males. And so then we come to a question of fair,
23 which is a very challenging metaphysical question that
24 I would prefer others address.
25 ///
                                                    Page 103

1 whether or not it is fair or unfair for girls and women
2 who are transgender to participate.
3        Regardless of whether it's your focus,
4 regardless of whether you're trying -- what you're
5 trying or not trying to do, I just need a "yes" or "no"  11:13:07
6 answer on whether you are providing an expert opinion
7 on the topic of fairness.
8        MR. FRAMPTON: Same objection.
9        THE WITNESS: So would you allow me a few
10 minutes to review the conclusions to my declaration?    11:13:21
11 Because I don't want to say something that is
12 contradictory to what I have said in what is submitted
13 as an expert declaration.
14        MR. BLOCK: All right. We can -- we can go
15 off the record, if you would like to do that right now.  11:13:38
16        Does counsel want to go off the record?
17        MR. FRAMPTON: No, we don't need to go off the
18 record. If he wants to review something, he can review
19 it.
20        MR. BLOCK: Well, I'm not taking time out from   11:13:47
21 the deposition for him to review what -- what his
22 expert opinions are in -- in this case.
23        So, you know, if he wants to do it during a
24 break, you know, you're welcome to, but you're not
25 using my deposition time to answer a simple question.    11:14:00
                                                    Page 105

27 (Pages 102 - 105)

Armistead Supp. App. 0377

1    I mean, this witness should know what he's
2  providing an expert opinion on, so --
3       MR. FRAMPTON:  And I think he's told you about
4  three times now, but again, I don't need to argue that
5  on the record.                    11:14:13
6  BY MR. BLOCK:
7    Q  But you know you're not providing an expert
8  opinion on whether it's fair or unfair for prepubertal
9  girls and boys in elementary school to play on coed or
10 mixed sports teams?                11:14:28
11   A  I think I've already answered that question
12 with my statement about focusing on what the science is
13 saying on who has advantages.
14   Q  All right.  Are you qualified to offer an
15 expert opinion on fairness?         11:14:39
16      MR. FRAMPTON:  Objection; form.
17      THE WITNESS:  Who is a qualified expert to
18 offer an opinion on fairness?
19 BY MR. BLOCK:
20   Q  I don't know.  Are you?         11:14:53
21      MR. FRAMPTON:  Same objection.
22      Go ahead.
23      THE WITNESS:  I think I can offer fairness as
24 far as my understanding of what the policies and
25 procedures that are set to determine what is fair   11:15:08

Page 106

1 in sports.
2 BY MR. BLOCK:
3    Q  Your personal opinion; right?
4       MR. FRAMPTON:  Same objection.
5       THE WITNESS:  No.  For instance, there are a   11:15:27
6  lot of policies that specify the -- that use of
7  performance-enhancing substances are unfair, in which
8  that is something that I would teach in my sports -- my
9  sport nutrition class.  Since I'm teaching it in a
10 class, I've been judged by my peers to be an expert on   11:15:41
11 that.
12 BY MR. BLOCK:
13   Q  Okay.  But are you qualified to offer an
14 expert opinion on whether it's fair or unfair for girls
15 and women who are transgender to compete in women's   11:15:50
16 sports?
17      MR. FRAMPTON:  Same objection.
18      THE WITNESS:  Am I qualified?  Well, the
19 policies state that it is not fair.  And so if I am
20 following the policy, I suppose I am an expert in that.   11:16:02
21 BY MR. BLOCK:
22   Q  I don't understand what that means.
23   A  So when I teach in my classes, in my field, in
24 my expertise, quite often we discuss and teach about
25 the policies on what is fair participation or unfair   11:16:20

Page 107

1 participation.  Since I'm teaching it and I'm judged by
2 my peers as an expert in it, then I would say I can
3 give an expert opinion on it.
4    Q  Who -- who are -- who -- who judges you as
5 quali- -- what peers judge you as qualified to -- to   11:16:40
6 give an expert opinion on whether it's fair for girls
7 and women who are transgender to compete in girls and
8 women's sports?
9    A  Well, my -- again, I've been accepted by my
10 peers as an expert to present on this topic, on the   11:16:59
11 participation and the physiological effects of
12 transgender individuals.
13   Q  Right.  My question was about fairness.
14      Have you been -- who, among your peers, have
15 said that you are qualified to opine on the fairness of   11:17:16
16 the participation of girls and women who are
17 transgender in -- in girls and women's sports?
18   A  My colleagues at the university I work at,
19 administrators at the university I work at, they honor
20 my opinion.                        11:17:35
21   Q  I thought that your opinion in this matter
22 just reflects your own views, not the views of the
23 university; is that right?
24   A  That is correct.
25   Q  Okay.  So what do you mean by -- when you say   11:17:43

Page 108

1 that the university honors your opinion?
2    A  They allow me to express my opinion, and they
3 recognize that it falls within my discipline and my
4 field and the scope of my professional expertise.
5    Q  How did they recognize that?      11:18:03
6    A  They've told me.
7    Q  Who has told you?
8    A  The athletic director, the -- one of the
9 senior vice chancellors, I can't remember her full
10 title, another one of the vice chancellors for academic   11:18:24
11 and student affairs.
12   Q  Has any --
13   A  Along -- along with some of my colleagues in
14 the department.
15   Q  Did the university tell you to testify in this   11:18:32
16 case?
17   A  The university did not tell me to or not to
18 testify in this case.
19   Q  Okay.  Did any of the -- your -- your
20 colleagues that honor your opinions, are any of them   11:18:43
21 experts in fairness?
22      MR. FRAMPTON:  Objection; form.
23      THE WITNESS:  Well, one of them is a -- I
24 guess his area would be sports sociology and sports
25 psychology and does a lot of work in the area of   11:19:03

Page 109

28 (Pages 106 - 109)

Page 110

```
 1  policies and procedures for sports, so I would say that
 2  he's probably an expert in fairness.
 3  BY MR. BLOCK:
 4      Q  Have you been invited by any sort of
 5  professional policymaking organizations to participate   11:19:15
 6  in crafting policies?
 7      A  No, I have not.
 8      Q  Okay.  Do you know whether West Virginia has
 9  any laws or policies regarding sex-separated sports for
10  prepubertal children?                                    11:19:43
11      MR. FRAMPTON:  Objection; form.
12      THE WITNESS:  My understanding of the law that
13  we're meeting about now does specify that you
14  participate in sports based on biological sex.
15  BY MR. BLOCK:                                            11:19:57
16      Q  Do you -- do you know whether West Virginia
17  has any laws or policies regarding the participa- --
18  let me say this again.
19      Do you know whether West Virginia has any laws
20  or policies regarding sex-separated sports in           11:20:13
21  elementary school?
22      MR. FRAMPTON:  Objection; form.
23      THE WITNESS:  If I recall correctly, this law
24  applies to elementary school.
25  ///
```

Page 111

```
 1  BY MR. BLOCK:
 2      Q  Would your opinions in this case change if you
 3  were to learn that the law doesn't apply to elementary
 4  school?
 5      MR. FRAMPTON:  Objection to form.                    11:20:36
 6      THE WITNESS:  No, my opinion would not change
 7  because there are biological differences between males
 8  and females that give males an inherent athletic
 9  advantage.
10  BY MR. BLOCK:                                            11:20:45
11      Q  Do you think it's reasonable for a state to
12  say that it wants sex-separated teams beginning in
13  middle school, but not in elementary school?
14      MR. FRAMPTON:  Objection; form.
15      THE WITNESS:  I think it is reasonable since       11:21:06
16  most of the time younger children's leagues are
17  considered developmental and the children are not
18  competing for prizes or honors.  A lot of times that
19  competition begins in middle or high school.
20      MR. BLOCK:  Okay.  That -- that's a great         11:21:24
21  lead-in to the next exhibit.  So if you would give me a
22  second to make that happen.
23      (Exhibit 69 was marked for identification
24      by the court reporter and is attached hereto.)
25  ///
```

Page 112

```
 1  BY MR. BLOCK:
 2      Q  All right.  Soon appearing in your folder will
 3  be a document marked Exhibit 69.  Let me know when
 4  that's available.
 5      Do you see it?                                       11:22:09
 6      A  Exhibit 69, Briefing Book, WSPWG?
 7      Q  Yes.  And you cite to this document in your
 8  report; right?
 9      A  Yes, I think I do.
10      Q  Okay.  Great.                                     11:22:21
11      If you could turn to footnote 2, I believe,
12  footnote 2, page 8 of the document.
13      Can you let me know when you get to that?
14      A  Footnote 2, page 8 starts off with the word
15  "endocrinologists."                                      11:22:51
16      Q  Yes.
17      A  Yes.
18      Q  Okay.  If you look at what that footnote 2,
19  like, refers to, in the third paragraph, beginning with
20  "at the same time."                                      11:23:05
21      Do you see in the text "at the same time"?
22      A  Sorry.
23      Q  Yeah.  Sure.  The third paragraph from the top
24  of the page begin- --
25      A  Oh, sorry.  Sorry.  Yes, I've got it.            11:23:19
```

Page 113

```
 1      Q  Yeah.  The second sentence of that paragraph,
 2  it says (as read):
 3      "Because the onset of male puberty —
 4      normally around ages 11 - 12 in boys —
 5      is the physical justification for               11:23:30
 6      separate sex sport..."
 7      And then that's what triggers the footnote 2;
 8  correct?
 9      A  Yes.
10      Q  Okay.  And then footnote 2 says (as read):      11:23:39
11      "Endocrinologists explain that puberty
12      in boys should start between ages 9-13
13      and in girls between ages 8-12; that
14      puberty usually takes 4-5 years to
15      complete so that 95% of boys will have          11:23:53
16      started puberty by age 13.  This
17      timing is consistent with the formal
18      position of the Women's Sports
19      Foundation providing that '[p]rior to
20      puberty, females and males should              11:24:05
21      compete with and against each other on
22      coeducational teams.'"
23      Did I read that correctly?
24      A  Yes, you read that correctly.
25      Q  Okay.  And then it cites to a document from     11:24:21
```

29 (Pages 110 - 113)

Armistead Supp. App. 0379

**Page 114**

```
 1  the Women's Sports Foundation; correct?
 2     A  Yes.
 3     Q  Did you read that document?
 4     A  I cannot recall specifically if I've read that
 5  or not. I think I probably did, but I can't recall.   11:24:29
 6     Q  Okay. And so you understand that it's the
 7  position of the Women's Sports Foundation that prior to
 8  puberty, females and males should complete with and
 9  against each other on coeducational teams?
10     A  Well, that is what is stated in this document.   11:24:51
11     Q  Okay. Do you feel like you -- do you feel
12  that you are qualified to offer an expert opinion on
13  the fairness of elementary school kids participating on
14  coeducational teams?
15        MR. FRAMPTON: Objection; form.   11:25:08
16        THE WITNESS: I think I can offer information
17  on the differences in -- the -- the biological
18  differences between boys and girls and how that gives
19  boys an advantage in athletics.
20  BY MR. BLOCK:   11:25:23
21     Q  Do you think the Women's Sports Foundation is
22  a better source of information than you on what
23  benefits prepubertal girls in athletic participation?
24        MR. FRAMPTON: Objection; form.
25        THE WITNESS: Can you rephrase that question?   11:25:40
```

**Page 115**

```
 1  BY MR. BLOCK:
 2     Q  Yeah, yeah.
 3        Who -- who -- who do you think is a better
 4  source of authority on -- on -- on -- on what is in the
 5  best interest of prepubertal girls when it comes to   11:25:53
 6  athletics, you or the Women's Sports Foundation?
 7        MR. FRAMPTON: Objection; form.
 8        THE WITNESS: I think this may be a situation
 9  where I don't agree with the Women's Sports Foundation.
10  BY MR. BLOCK:   11:26:08
11     Q  Okay. If you go back to -- to your report, on
12  page 4, page 4 of your report. It's not in numbered
13  paragraphs yet. And this is Exhibit 64, I believe.
14     A  Okay. Page 4 where I have "Overview"?
15     Q  Yes.   11:26:59
16     A  All right.
17     Q  In the first bullet point, you say (as read):
18        "At the level of (a) elite, (b)
19        collegiate, (c) scholastic, and (d)
20        recreational competition, men,   11:27:10
21        adolescent boys, or male children,
22        have an advantage over equally aged,
23        gifted, and trained women, adolescent
24        girls, or female children in almost
25        all athletic events."   11:27:19
```

**Page 116**

```
 1     Q  Is that right?
 2     A  That is correct.
 3     Q  Okay. So do you think that -- that
 4  prepubertal boys and prepubertal girls should not be
 5  playing in competition with each other in recreational   11:27:34
 6  events?
 7        MR. FRAMPTON: Objection; form.
 8        THE WITNESS: I think if they are competing
 9  for prizes, for awards, the boys have an advantage.
10  BY MR. BLOCK:   11:27:45
11     Q  And, therefore, they should not be competing
12  against each other for prizes and awards?
13        MR. FRAMPTON: Objection; form, scope.
14        THE WITNESS: I would say that if we are --   11:28:06
15  yeah, the boys should not be competing against the
16  girls if they're competing for prizes and awards.
17  BY MR. BLOCK:
18     Q  Do you think that in the case of transgender
19  girls and women after puberty, do you think they should
20  not be allowed to play on recreational teams with   11:28:24
21  cisgender girls and women?
22        MR. FRAMPTON: Objection; form, scope.
23        THE WITNESS: I have concerns about the safety
24  of cisgender girls and women competing against
25  biologically male -- sorry -- trans women.   11:28:45
```

**Page 117**

```
 1  BY MR. BLOCK:
 2     Q  Do you think that cisgender girls and women
 3  should be allowed to play on football teams with
 4  biological boys?
 5        MR. FRAMPTON: Objection; form, scope.   11:29:00
 6        THE WITNESS: If the girls are informed of the
 7  risks, then the girls should be able to make an
 8  informed choice on that matter.
 9  BY MR. BLOCK:
10     Q  So you don't think it's the -- the -- safety   11:29:13
11  reasons should prohibit cisgender girls and women from
12  playing football with cisgender boys?
13        MR. FRAMPTON: Same objection.
14        THE WITNESS: If the girls would like to play
15  on the boys' team and they and their parents make an   11:29:28
16  informed choice that they're willing to accept those
17  risks, then I think that is up to them to choose.
18  BY MR. BLOCK:
19     Q  Okay. And -- and do you think that cisgender
20  girls and women should be allowed to play on wrestling   11:29:42
21  teams with cisgender boys and men?
22        MR. FRAMPTON: Same objection.
23        THE WITNESS: I would say the same statement,
24  if they are aware of the inherent risks and recognize
25  the advantages that males have, they can make that   11:29:56
```

30 (Pages 114 - 117)

Armistead Supp. App. 0380

1 choice.

2 BY MR. BLOCK:

3    Q   Going back to recreational competition, do you
4 think that transgender girls and women should not be
5 allowed to play recreational sports on girls and          11:30:07
6 women's teams if the sport is a noncontact or collision
7 sport?

8       MR. FRAMPTON:  Same objection.

9       THE WITNESS:  If it is a women's league, then
10 that should be limited to biological women.               11:30:25

11 BY MR. BLOCK:

12    Q   Even if they're not competing for prizes?

13       MR. FRAMPTON:  Same objection.

14       THE WITNESS:  Can I walk through this for just
15 a minute?                                                 11:30:37

16 BY MR. BLOCK:

17    Q   Sure.

18    A   Oh.  So if women are signing up for a women's
19 recreational league, I think they do so with the
20 expectation they will be playing -- and even if it's      11:30:47
21 not competing for prizes, but they are competing --
22 with other women.  And so introducing a trans woman is
23 not fair to the women that have said that they are
24 competing against biological women.

25    Q   Why isn't it fair if they're not competing for    11:31:04

Page 118

1 prizes?

2       MR. FRAMPTON:  Same objection.

3       THE WITNESS:  Well, if they are competing --
4 even if it's not prizes, they are competing.

5 BY MR. BLOCK:                                              11:31:21

6    Q   What if they're just -- just participating
7 together for recreational purposes?

8       MR. FRAMPTON:  Objection; form.

9       THE WITNESS:  Then I think that the cisgender
10 women still need to be fully informed of whether there    11:31:38
11 will be trans women or not, and then they could make
12 their choice on a recreational pickup game type of
13 play.

14 BY MR. BLOCK:

15    Q   Okay.  If -- how about riflery, should           11:31:47
16 transgender girls and women be allowed to play on a
17 recreational riflery league with cisgender girls and
18 women?

19       MR. FRAMPTON:  Objection; form and scope.

20       THE WITNESS:  Once again, if they are just out    11:32:14
21 shooting for fun and they're not competing and the
22 recognition is that it is not exclusively a women's
23 event.  All of those need to be considered.

24 BY MR. BLOCK:

25    Q   Do you think transgender girls and women have    11:32:28

Page 119

1 an athletic advantage over cisgender girls and women
2 when it comes to riflery?

3       MR. FRAMPTON:  Objection; form and scope.

4       THE WITNESS:  Yes, I do think that transgender
5 girls and women have an advantage over cisgender girls    11:32:41
6 and women because you still have to hold the rifle, you
7 still have to feel the recoil, and a larger individual
8 will have less felt recoil.

9 BY MR. BLOCK:

10    Q   So in terms of recreational activities, if a     11:33:16
11 policy said that transgender girls and women can't
12 compete in, you know, championship competition but can
13 compete on recreational teams with cisgender girls and
14 women and that policy is well known, is it your
15 position that transgender girls and women should still,  11:33:43
16 you know, not be allowed to compete on the -- to
17 participate on those recreational teams with cisgender
18 girls and women?

19       MR. FRAMPTON:  Objection; form and scope.

20       THE WITNESS:  It's kind of a long, complicated    11:33:57
21 question.  Can you simplify it for me?

22 BY MR. BLOCK:

23    Q   Well, your -- your answer on recreational
24 teams was that you want the cisgender people to be
25 informed that a transgender person might be there.       11:34:12

Page 120

1       So my question is, assuming that they're
2 informed, do you still think that transgender girls and
3 women should not be allowed to participate on
4 recreational teams with cisgender girls and women?

5       MR. FRAMPTON:  Objection; form, scope.          11:34:27

6       THE WITNESS:  So if the governing policies for
7 that recreational league indicate that transgender
8 girls and women can compete there and if it doesn't
9 violate some type of law that would regulate the
10 funding for that recreational league and if the         11:34:36
11 women -- if everyone is fully informed of who they will
12 be playing with in this recreational league, then that
13 would be okay for the trans women to participate in
14 that league.

15 BY MR. BLOCK:                                           11:34:59

16    Q   But you think that the cisgender girls and
17 women would need to be specifically notified that there
18 is an identifiable trans participant on the team as
19 opposed to just knowing that as a matter of policy
20 there might be one?                                      11:35:15

21       MR. FRAMPTON:  Same objection.

22       THE WITNESS:  My experience tells me that a
23 lot of women would like to know that.

24 BY MR. BLOCK:

25    Q   Why?                                            11:35:23

Page 121

31 (Pages 118 - 121)

Armistead Supp. App. 0381

| | |
|---|---|
| 1   A   Because -- | 1  H.B. 972, Fairness in Women's Sports Act. |
| 2       MR. FRAMPTON:  Same objection. | 2       Is that -- do you agree that's what this |
| 3       Go ahead. | 3  document appears to be? |
| 4       THE WITNESS:  Because they want to know who | 4   A   Yes, that appears to be a transcript of a |
| 5  they're competing against and because of our      11:35:29 | 5  hearing on that.                        11:49:14 |
| 6  longstanding policy of sex-segregated sports, they want | 6   Q   Okay.  And that hearing was on August 4th, |
| 7  to know if they're playing on a coed team or a | 7  2021; correct? |
| 8  sex-segregated team. | 8   A   That's what it says. |
| 9  BY MR. BLOCK: | 9   Q   Okay.  And do you remember providing testimony |
| 10   Q   When you say your experience tells you that      11:35:42 | 10  as part of this hearing?                  11:49:24 |
| 11  women would like to know that, what experience? | 11   A   I do remember providing testimony for that. |
| 12   A   Talking with friends and family members, | 12   Q   Okay.  Terrific. |
| 13  students, colleagues, those types of things. | 13       If you can go to page 15. |
| 14       MR. BLOCK:  So I -- I am going to another | 14   A   Sorry.  It's loading slowly.  As I scroll, I |
| 15  section.  I'm happy to continue going, unless you need      11:36:13 | 15  have to wait for the page to load.            11:49:54 |
| 16  a -- a break. | 16   Q   Yeah.  No, I -- I appreciate that. |
| 17       THE WITNESS:  I need a bathroom break. | 17   A   Okay.  Page 15? |
| 18       MR. BLOCK:  Sure.  See you in five minutes. | 18   Q   Yes. |
| 19       THE WITNESS:  All right.  Thanks. | 19   A   Starts off "Biological sex confers"? |
| 20       THE VIDEOGRAPHER:  We are off the record at      11:36:24 | 20   Q   Yeah.                            11:50:03 |
| 21  11:36 a.m. | 21   A   Okay. |
| 22       (Recess.) | 22   Q   "Biological" -- I'm just going to read it into |
| 23       THE VIDEOGRAPHER:  We are on the record at | 23  the record.  (As read): |
| 24  11:47 a.m. | 24       "Biological sex confers inherent |
| 25       MR. BLOCK:  Great.                11:47:20 | 25       athletic advantages to human males          11:50:09 |
| Page 122 | Page 124 |
| 1  BY MR. BLOCK: | 1       compared to human females such that |
| 2   Q   Dr. Brown, during the break, did you have a | 2       even before puberty, males have |
| 3  chance to review your expert report to determine | 3       10 percent more muscle mass, less body |
| 4  whether you're offering an opinions on fairness? | 4       fat, larger hearts and lungs, denser |
| 5       MR. FRAMPTON:  Objection; form.        11:47:30 | 5       bones, and other anatomical and          11:50:20 |
| 6       THE WITNESS:  I didn't take advantage of that | 6       physiological traits that give males |
| 7  time to look at that. | 7       inherent athletic advantages over |
| 8       MR. BLOCK:  Okay.  I'm going to mark another | 8       comparably aged and trained females." |
| 9  exhibit here.  So this -- this exhibit, which will | 9       Did I read that right? |
| 10  appear shortly, is going to be marked as Exhibit 70.      11:47:58 | 10   A   Yes.                            11:50:31 |
| 11       (Exhibit 70 was marked for identification | 11   Q   And do you recall giving that testimony? |
| 12       by the court reporter and is attached hereto.) | 12   A   Yes. |
| 13  BY MR. BLOCK: | 13   Q   Is it true that -- that prepubertal boys have |
| 14   Q   Please let me know when it's up on your | 14  denser bones than prepubertal girls? |
| 15  screen.                            11:48:05 | 15   A   I would need to look back at my research      11:50:50 |
| 16   A   All right.  Exhibit 70, 070 - 2021. | 16  that -- you know, the papers that I've read to see on |
| 17   Q   Yes.  Can you tell me -- well, first of all, | 17  that. |
| 18  have you ever seen this document? | 18   Q   Okay.  Is it -- is it true that prepubertal |
| 19   A   You know, I can't promise that I have seen | 19  boys have larger hearts and lungs than prepubertal |
| 20  this document.                        11:48:38 | 20  girls?                              11:51:01 |
| 21   Q   Okay.  What does -- this is a document -- I've | 21   A   They have larger lungs.  And again, I would |
| 22  got to scroll back up to page 1 of this document | 22  want to refer back to my research on the larger hearts. |
| 23  myself. | 23   Q   Okay.  Now, if you go to page 16. |
| 24       This document is a transcript of hearings | 24   A   Okay. |
| 25  in -- in the Pennsylvania house of representatives on      11:48:56 | 25   Q   Actually, go to page 17, line 3.        11:51:31 |
| Page 123 | Page 125 |

32 (Pages 122 - 125)

Armistead Supp. App. 0382

1    You say (as read):
2    "And a male to female individual will
3    never experience nor need to learn how
4    to cope with menstrual-cycle
5    challenges, whereas 50 to 71 percent          11:51:49
6    of female athletes expressed concerns
7    that their menstrual cycle may
8    influence their physical performance."
9    Did I read that right?
10   A   Yes, you did.                             11:52:03
11   Q   So is it your testimony that one advantage
12   that transgender girls and women have over cisgender
13   girls is that they don't have to worry about their
14   menstrual-cycle concerns?
15       MR. FRAMPTON:  Objection to the form and  11:52:09
16   scope.
17       Go ahead.
18       THE WITNESS:  Yes, that is what I said in this
19   situation in Philadelphia.
20   BY MR. BLOCK:                                 11:52:16
21   Q   Okay.  Do you --
22   A   Sorry, Harrisburg.
23   Q   Okay.  Are you offering that opinion in this
24   case?
25   A   I did not include that opinion in my written  11:52:23

Page 126

1    statement for this case.
2    Q   Okay.  Are you offering that opinions now in
3    this case?
4    A   I would offer that opinions now.
5    Q   Okay.  And -- so do you think that cisgender  11:52:33
6    girls who are not menstruating have an advantage over
7    cisgender girls who do menstruate?
8        MR. FRAMPTON:  Objection; form, scope.
9        THE WITNESS:  So the research regarding the
10   effects of the menstrual cycle on athletic performance  11:52:53
11   are very difficult and very confusing and some
12   instances so -- show that phase of the menstrual cycle
13   influence a performance, some do not.
14       But as I stated there, depending on which
15   survey you're looking at, 50 to 71 percent of female  11:53:11
16   athletes are concerned that their menstrual cycle will
17   negatively impair their performance.
18   BY MR. BLOCK:
19   Q   Okay.  Do you think we should have separate
20   teams for girls and women who menstruate and girls and  11:53:22
21   women who don't?
22       MR. FRAMPTON:  Same objection.
23       THE WITNESS:  No, I do not.
24   BY MR. BLOCK:
25   Q   Why not?                                   11:53:36

Page 127

1    A   Because they're all biologically female.
2    Q   Even though some of them would have the
3    advantage of not having to worry about their menstrual
4    cycle; is that right?
5        MR. FRAMPTON:  Same objection.            11:53:46
6        THE WITNESS:  Again, what -- can you please
7    rephrase that?
8        There were some questions -- some statements
9    in there that were more absolute than I'm comfortable
10   answering.                                     11:54:00
11   BY MR. BLOCK:
12   Q   Okay.  So despite the fact that cisgender
13   girls and women who don't menstruate don't have to
14   worry about how their menstrual cycle will affect
15   athletic performance, you think that it's still fair  11:54:13
16   for girls and women who menstruate to participate on
17   the same sports teams as girls and women who don't
18   menstruate; correct?
19       MR. FRAMPTON:  Objection; form and scope.
20       THE WITNESS:  So when you're talking about  11:54:30
21   menstruate, I want to make sure we're on the same page
22   here.
23       Do you mean they have lost having their
24   menstrual cycle?
25   ///

Page 128

1    BY MR. BLOCK:
2    Q   I -- you know, I -- some -- that -- that could
3    be one thing.  Some -- some girls and women who are cis
4    don't have a menstrual cycle.
5        So for whatever reason, a cisgender girl and  11:54:58
6    women who do not menstruate, should they be playing on
7    different teams from girls and women who do menstruate?
8        MR. FRAMPTON:  Objection; form, scope.
9        THE WITNESS:  So loss of the menstrual cycle
10   is generally a negative connotation for a woman in  11:55:15
11   terms of athletic performance.  It would indicate
12   somewhere progressing on the female athlete triad.  And
13   so they're still biological women.  They should still
14   be on the women's team.
15   BY MR. BLOCK:                                  11:55:39
16   Q   So is it really relevant one way or another
17   whether or not someone is menstruating to their
18   athletic performance?
19       MR. FRAMPTON:  Same objection.
20       THE WITNESS:  Again, 50 to 71 percent of  11:55:47
21   female athletes are concerned that their menstrual
22   cycle will influence their physical athletic
23   performance.
24   BY MR. BLOCK:
25   Q   So is it relevant to their athletic       11:56:01

Page 129

33 (Pages 126 - 129)

Armistead Supp. App. 0383

1 performance whether or not someone is menstruating?
2     MR. FRAMPTON:  Same objection.
3     THE WITNESS:  For some women, it is.  For some
4 women, it is not.
5 BY MR. BLOCK:    11:56:21
6   Q  In your report, you refer, several times, to
7 something called "puberty blockers"; right?
8   A  Yes.
9   Q  Okay.  So I want to make sure that we're using
10 the same terminology when we're using that phrase.  11:56:34
11   When I use the phrase "puberty blockers," I'm
12 referring to gonadotropin-releasing hormone analogues.
13   Is that consistent with your understanding of
14 the term "puberty blockers"?
15   A  I know the gonadotropin-releasing hormone.  I  11:56:53
16 cannot remember if the word is "analogues" or
17 "antagonists" or "agonists."
18   Q  Okay.  So GR- --
19   A  GnR- -- yes.
20   Q  I'm sorry, can you say that again?  11:57:06
21   A  Yeah.  G-N-R-H-As.  And again --
22   Q  So --
23   A  -- I cannot remember specifically what the A
24 stands for.
25   Q  So -- so it's your understanding that the term  11:57:13

Page 130

1 "hormone blockers" refers to GnRHa's; correct?
2   A  Puberty blockers.
3   Q  Sorry.  Puberty blockers.
4   It's your understanding that the term "puberty
5 blocker" refers to the GnRHa's; correct?  11:57:27
6   A  That is correct.
7   Q  Okay.  Great.
8   If we go to paragraph 110 of your report --
9 again, that's Exhibit 64.  Let me know when you're --
10 when you get there.  11:57:39
11   A  Paragraph 110 is what I'm headed for?
12   Q  Yep.
13   A  All right.  Paragraph 110, page 36.
14   Q  Great.  So in paragraph 110, you say -- if you
15 go, like -- one, two, three, four -- five lines down,  11:58:18
16 after the parenthetical number 9, you say (as read):
17     "While it is outside my expertise, my
18     understanding is that current practice
19     with regard to administration of
20     puberty blockers is similar in the  11:58:33
21     United States."
22   I think you're referring to as in the UK; is
23 that correct?
24   A  Yes.
25   Q  Okay.  And then you say (as read):  11:58:43

Page 131

1     "Tanner stages 2 and 3 generally
2     encompass" --
3   You say "an range," but I think you mean "a
4 range" -- sorry -- "a age range" -- no, I messed that
5 up.  I'll say that again.  I apologize for inserting an  11:59:00
6 error into your -- your sentence.
7   You say (as read):
8     "Tanner stages 2 and 3 generally
9     encompass an age range from 10 to 14
10     years old, with significant  11:59:07
11     differences between individuals."
12   And then you go on to say that you're not
13 aware of research directly addressing the implications
14 for athletic capability of the use of puberty blockers.
15   So, you know, my question is, when you wrote  11:59:24
16 that paragraph, did you think it -- did you consult the
17 Endocrine Society guidelines that we had previously
18 discussed?
19     MR. FRAMPTON:  Objection to form.
20     THE WITNESS:  I cannot recall if I  11:59:45
21 specifically looked at the Endocrine Society guidelines
22 as I was writing that.  As I -- as I said, "as I
23 recall," I think, is the wording I used.
24 BY MR. BLOCK:
25   Q  Okay.  Did you make any effort to determine  11:59:57

Page 132

1 what the -- the practice in the United States is with
2 regard to administering puberty blockers?
3     MR. FRAMPTON:  Objection; form.
4     Go ahead.
5     THE WITNESS:  Well, there's the  12:00:13
6 Endocrine Society guidelines, but those are not
7 specific to the United States, if I recall, and so I --
8 BY MR. BLOCK:
9   Q  Right.
10   A  -- don't know of a specific United States  12:00:22
11 policy compared to the UK policy.  I think it's more of
12 a this is the policy.
13   Q  Yeah, got it.
14   But did you make any effort to determine what
15 the practice is in the United States?  12:00:35
16   A  I'm -- yes, I know I did look into it.
17   Q  How?  How did you look into it?
18   A  Reading scholarly literature on the topic to
19 see what it says.  Looking at web pages on the topic.
20   Q  So -- so you read scholarly literature and web  12:00:57
21 pages on the topic and you couldn't determine whether
22 the practice in the United States is to administer
23 puberty blockers at Tanner II versus Tanner III?
24     MR. FRAMPTON:  Objection; form.
25     THE WITNESS:  As I said there, my -- that is  12:01:16

Page 133

34 (Pages 130 - 133)

Armistead Supp. App. 0384

1 outside my scope of my expertise, and so I don't want
2 to be construed as saying this is the policy.  So I was
3 trying to make sure that I was not giving specific
4 medical advice on when someone should be administering
5 puberty blockers.                            12:01:32
6 BY MR. BLOCK:
7   Q  If you submitted an article to a peer-reviewed
8 journal and it included a sentence saying "while it is
9 outside my expertise, my understanding is that," you
10 know, and then the sentence continued, do you think    12:01:48
11 that type of statement would be accepted in a
12 peer-reviewed article?
13   A  It would need to be taken in the context of
14 the type of article.  And some reviewers would find it
15 acceptable because -- acknowledging what I don't know,   12:02:06
16 and others would say perhaps not.
17   Q  Do you think that your expert report in this
18 case should be held to the same standards that a
19 peer-reviewed article would be held to?
20      MR. FRAMPTON:  Objection; form, scope.      12:02:21
21      THE WITNESS:  No, this is not held in the same
22 standards of a peer-reviewed article.
23 BY MR. BLOCK:
24   Q  Why not?
25   A  This is written for a different audience.    12:02:31
                                              Page 134

1   Q  So why -- why should it not be held to the
2 same standards?
3      MR. FRAMPTON:  Objection; form and scope.
4      THE WITNESS:  Once again, this is written for
5 a different audience.  This is not written for the    12:02:48
6 other experts in the field.  This is written to provide
7 information to policymakers and in a legal situation
8 like this.
9 BY MR. BLOCK:
10   Q  Well, but do you think that the -- regardless   12:02:58
11 of the style in which something is written, do you
12 think the same underlying rigor should be required for
13 an expert report as a peer-reviewed article?
14      MR. FRAMPTON:  Objection; form and scope.
15      THE WITNESS:  No, an expert report is not    12:03:17
16 going to be held to the same rigor as a peer-reviewed
17 article.
18 BY MR. BLOCK:
19   Q  Okay.  So you -- do you think that the
20 opinions expressed in an expert report don't have to be   12:03:27
21 as reliable as the opinions expressed in a
22 peer-reviewed article?
23      MR. FRAMPTON:  Objection; form and scope.
24      THE WITNESS:  The opinions in an expert report
25 need to be accurate, they need to be correct.    12:03:43
                                              Page 135

1 BY MR. BLOCK:
2   Q  Yeah, but that wasn't my question.
3      Can you answer my question, please?
4   A  Can you restate my your question, please?
5      MR. BLOCK:  Could the reporter read back my    12:03:50
6 question?
7      THE REPORTER:  Yes.
8      (Record read.)
9      MR. FRAMPTON:  Objection; form and scope.
10      THE WITNESS:  Generally, in a peer-reviewed    12:04:16
11 article, you are not providing opinions; you are
12 summarizing literature.  And that's primarily what I've
13 done here, is summarize literature.
14 BY MR. BLOCK:
15   Q  Do you think the accuracy of the -- of your    12:04:26
16 summaries in an expert report should be held to the
17 same standard as the accuracy of summaries in a
18 peer-reviewed article?
19      MR. FRAMPTON:  Objection; form and scope.
20      THE WITNESS:  The information needs to be    12:04:43
21 correct, accurate, truthful.
22      MR. BLOCK:  Can you read back my question,
23 Reporter?
24      (Record read.)
25      MR. FRAMPTON:  Objection; form and scope.    12:05:06
                                              Page 136

1      THE WITNESS:  I thought I answered that by
2 saying it needs to be accurate and correct and
3 truthful.
4 BY MR. BLOCK:
5   Q  Can you answer the question?          12:05:13
6      I -- I asked -- give me a "yes" or "no"
7 answer, please.
8      MR. FRAMPTON:  Same objection.
9      THE WITNESS:  I don't know that this is really
10 a yes-or-no question.                        12:05:25
11 BY MR. BLOCK:
12   Q  Are there different standards of accuracy for
13 an expert report than for a peer-reviewed article?
14      MR. FRAMPTON:  Objection; form and scope.
15      THE WITNESS:  They both need to be accurate    12:05:45
16 and correct.  The writing style is so phenomenally
17 different.
18 BY MR. BLOCK:
19   Q  All right.  But they -- but the accuracy needs
20 to be the same; correct?                     12:05:58
21      MR. FRAMPTON:  Same objection.
22      THE WITNESS:  Yes, they need to be accurate
23 and correct.
24 BY MR. BLOCK:
25   Q  Okay.  Is it fair to say that you did not    12:06:03
                                              Page 137

                              35 (Pages 134 - 137)

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0385

1 approach the task of writing this report with the same
2 analytical rigor that you would have approached the
3 task of writing a peer-reviewed article?
4     MR. FRAMPTON:  Objection; form and scope.
5     THE WITNESS:  That would not be a correct     12:06:16
6 statement.
7 BY MR. BLOCK:
8   Q  Okay.  Would you be comfortable submitting the
9 opinions that you expressed in this report in a
10 peer-reviewed article?     12:06:26
11   A  Yes, I would be comfortable submitting them in
12 a peer-reviewed article.
13   Q  Okay.  If we could go back to your report, to
14 paragraph 111.  So your report is Exhibit 64.
15   A  So paragraph 111 starts "Tack et al."     12:06:50
16   Q  Yes, it does.
17     It says (as read):
18     "Tack et al. (2018) observed that in
19     21 transgender-identifying biological
20     males, administration of antiandrogens     12:07:02
21     for 5-31 months (commencing at 16.3 ±
22     1.21 years of age)" --
23     And then I think it says "age" again in
24 parentheses.  Or -- or is that just in my copy?  I'm
25 sorry.  I -- this is the second time I've -- I've     12:07:17

Page 138

1 introduced an error into your words, so I will start
2 that over again.
3     (As read):
4     "111.  Tack et al. (2018) observed
5     that in 21 transgender-identifying     12:07:31
6     biological males, administration of
7     antiandrogens for 5-31 months
8     (commencing at 16.3 ± 1.21 years of
9     age) resulted in nearly, but not
10     completely, halting of normal     12:07:45
11     age-related increases in muscle
12     strength."
13     Okay.  Did I read that correctly?
14   A  Yes, you did.
15     MR. BLOCK:  All right.  Sorry for the error     12:07:54
16 the first time around.
17     So I'm going to introduce an exhibit now.
18     Okay.  And so this exhibit, when it -- when it
19 pops up in your folder, will be marked Exhibit 71.
20     (Exhibit 71 was marked for identification     12:08:26
21     by the court reporter and is attached hereto.)
22 BY MR. BLOCK:
23   Q  Can you please let me know when you see it.
24   A  All right.  Exhibit 71.
25   Q  All right.  Is that -- is this the Tack     12:08:41

Page 139

1 article that you are referring to?
2   A  Yes, it is.
3   Q  Okay.  Great.
4     So do you think this article is relevant to
5 the discussion about whether transgender girls who     12:08:53
6 receive puberty blockers have an athletic advantage
7 over cisgender girls?
8   A  Yes, I think it is relevant.
9   Q  Okay.  Now, if you remember the conversation
10 we had a few minutes ago, we agreed that puberty     12:09:06
11 blockers referreds to -- refers to GnRHa's; correct?
12   A  That is correct.
13   Q  Okay.  Did any of the transgender girls in the
14 study receive GnRHa's?
15   A  Not as I recall.     12:09:22
16   Q  In fact, the transgender girls in the study
17 actually received a different type of hormone
18 medication called progestins; isn't that right?
19   A  That is correct.
20   Q  So this isn't actually a study about puberty     12:09:43
21 blockers, is it?
22     MR. FRAMPTON:  Objection; form.
23     THE WITNESS:  I never said this was a study
24 about puberty blockers.
25 ///

Page 140

1 BY MR. BLOCK:
2   Q  Why did you include this paragraph in a
3 discussion about the effects of puberty blockers?
4   A  Well, I clarified, in this paragraph, that
5 they were using antiandrogens.  Because as the authors     12:10:05
6 have stated on page 2148 (as read):
7     This will contribute to determining
8     the place of GnRHa and progestins,
9     respectively, in the pharmacological
10     treatment of trans youth and for     12:10:20
11     improving our knowledge on the
12     long-term effects of these
13     interventions, as has been suggested
14     recently.
15     And then they cite a source.     12:10:27
16   Q  So in paragraph 110 of your report, you begin
17 a discussion about the effects of puberty blockers on
18 athletic performance; correct?
19   A  Let me refer back to -- just to make sure
20 we've got the right paragraph number there.     12:10:47
21     Paragraph 110.  Yes, that paragraph does bring
22 up the idea of puberty suppression and puberty
23 blockers.
24   Q  Okay.  And then in paragraph 111, you discuss
25 this article by Tack; correct?     12:11:22

Page 141

36 (Pages 138 - 141)

Armistead Supp. App. 0386

1   A   That is correct.
2   Q   And then in paragraph 112, you say (as read):
3       "Klaver et al. (2018 at 256)
4       demonstrated that the use of puberty
5       blockers did not eliminate the          12:11:37
6       differences in lean body mass between
7       biological male and female teenagers."
8       Correct?
9   A   That is correct.
10  Q   And then paragraph 113, again, begins with the   12:11:44
11  words "the effects of puberty blockers"; isn't that
12  right?
13  A   That is correct.
14  Q   Okay.  So paragraph 110, 112 and 113 are all
15  discussing the effects of puberty blockers; correct?   12:11:55
16  A   Yes.
17  Q   And -- but paragraph 111, which is in between
18  110 and 112, is describing a study that does not
19  involve puberty blockers; correct?
20      MR. FRAMPTON:  Objection; form.     12:12:15
21      THE WITNESS:  That's correct.
22  BY MR. BLOCK:
23  Q   Do you think that someone reading your report
24  could form the false impression that this article in
25  fact discusses puberty blockers when in reality it   12:12:24
                                            Page 142

1   doesn't?
2       MR. FRAMPTON:  Objection; form.
3       THE WITNESS:  If someone is reading it and
4   pays attention to the statement of antiandrogens, they
5   would know that those are not puberty blockers.   12:12:35
6   BY MR. BLOCK:
7   Q   Do you -- I thought you said recently that
8   this report is not meant for an audience of experts in
9   the field; right?
10      MR. FRAMPTON:  Objection; form.     12:12:46
11      THE WITNESS:  That is correct.
12  BY MR. BLOCK:
13  Q   Okay.  So do you think a lay audience, not of
14  experts in the field, would immediately understand that
15  antiandrogens are different from puberty blockers in   12:12:58
16  the context of this discussion?
17      MR. FRAMPTON:  Objection; form.
18      THE WITNESS:  So that's a difficult question
19  for me to answer because as I read through it, I notice
20  paragraph 110, puberty blockers, 112, -13, -14, all   12:13:13
21  specifically state puberty blockers, 111 states
22  antiandrogens.  As I read that, as a critical thinker,
23  I would then say, well, why does this say antiandrogens
24  rather than puberty blockers and what -- learn the
25  difference.                              12:13:32
                                            Page 143

1   BY MR. BLOCK:
2   Q   So why does a paragraph in your report, in the
3   middle of discussing puberty blockers, talk about
4   antiandrogens at all?
5   A   Because, to the best of my knowledge, that is   12:13:43
6   the only research that is out there on the effects of
7   transgender hormone treatment in teenagers on muscle
8   strength.
9   Q   I see.  But wouldn't it be better to include
10  that article in the subsequent sections of your report   12:14:01
11  that discuss the effect of suppressing testosterone?
12      MR. FRAMPTON:  Objection; form.
13      THE WITNESS:  I think this is a matter of
14  opinion.  I think it fits well because this is focusing
15  on transgender youth.                    12:14:17
16  BY MR. BLOCK:
17  Q   Oh, okay.  So your -- your testimony is this
18  section of the article is supposed to address the topic
19  of transgender youth in general and not the topic of
20  puberty suppression.  Is that your testimony?   12:14:32
21  A   No.  My testimony is this is about transgender
22  youth, including puberty suppression, and what we know
23  on the topic of transgender youth and how it would
24  affect athletic performance.
25  Q   I see.  Let's go to the beginning of this   12:14:49
                                            Page 144

1   section, which is several pages up.  It's a long
2   section.  But the section begins on page 28 of your
3   report.  23 on the bottom pagination, 28 of the PDF.
4   And paragraph 68.
5   A   All right.                           12:15:28
6   Q   Okay.  So beginning with paragraph 68, you are
7   discussing -- oh, sorry.  I -- can we just go a little
8   further down, to subsection A?  I skipped over it
9   myself.  So this is actually paragraph 71.
10  A   Okay.                                12:15:55
11  Q   Thank you.
12      So subsection A (as read):
13      "Boys exhibit advantages in athletic
14      performance even before puberty."
15      Did I correctly read that that's the   12:16:04
16  subsection?
17  A   Yes, that is correct.
18  Q   Okay.  And then, you know, if you -- if you
19  continue scrolling, you can take your time, it's a
20  bunch of paragraphs on, you know, physiological   12:16:14
21  characteristics before puberty, athletic performance
22  before puberty; correct?
23  A   Yes.
24  Q   All right.  And if you keep -- keep scrolling,
25  I think all the way until we get to -- I -- I believe   12:16:31
                                            Page 145

                                    37 (Pages 142 - 145)

1 it's paragraph 110.

2    A  Yes.

3    Q  All right.  So for all these paragraphs until

4 110, you've been discussing characteristics of boys

5 before puberty; correct?            12:16:53

6    A  Yes.  The athletic differences and

7 physiological differences between biolo-- between

8 boys and girls before puberty.

9    Q  Okay.  And then in paragraph 110, you say (as

10 read):               12:17:03

11       "For the most part, the data I review

12       above relate to pre-pubertal children.

13       Today, we also face the question of

14       inclusion in female athletics of males

15       who have undergone 'puberty    12:17:13

16       suppression.'"

17       Isn't that right?

18    A  Yes.

19    Q  Okay.  So what connects paragraph 110 to

20 everything that came before it, as I understand it, is   12:17:22

21 that it's supposed to provide information on athletic

22 performance and advantages of what you call biological

23 males who have not experienced endogenous, typically

24 male, puberty yet; correct?

25       MR. FRAMPTON:  Objection; form.    12:17:49

Page 146

1       THE WITNESS:  Yes, so if I understand what

2 you're referring to there, there's a lot of paragraphs

3 there about the differences between males and females

4 before puberty.

5 BY MR. BLOCK:            12:18:02

6    Q  Right.  Okay.

7       And so -- and what thematically connects that

8 to puberty blockers is that -- the argument is that

9 girls who are transgender and on puberty blockers never

10 experience, typically, male puberty; correct?   12:18:15

11       MR. FRAMPTON:  Same objection.  Objection to

12 form.

13       THE WITNESS:  Can you state that again,

14 please?

15 BY MR. BLOCK:            12:18:25

16    Q  Yeah.  So transgender girls on hormone

17 blockers never experience, typically, male puberty if

18 they begin the blockers at stage Tanner II; is that

19 right?

20       MR. FRAMPTON:  Objection; form, scope.   12:18:39

21       THE WITNESS:  That is my understanding.

22 BY MR. BLOCK:

23    Q  Okay.  And so that's thematically what

24 connects the discussion of prepubertal kids to the

25 discussion of trans girls on puberty blockers; correct?  12:18:52

Page 147

1       MR. FRAMPTON:  Objection; form.

2       THE WITNESS:  So what you're saying is there's

3 kind of a rough transition there?

4 BY MR. BLOCK:

5    Q  Well, I -- I'm saying that -- I'm just asking  12:19:04

6 why are they in the same subsection that discusses

7 biological males before puberty?

8    A  Well, because the puberty blockers would halt

9 puberty.  That is the purpose of them.

10    Q  Exactly.  So this then leads to my question of  12:19:24

11 why do you then have a paragraph discussing

12 antiandrogens administered, you know, near the end of

13 puberty?

14       MR. FRAMPTON:  Objection; form.

15       THE WITNESS:  Because that is the only    12:19:42

16 information we have on teenagers and how their gender

17 treatment of hormones would be influenced.

18       If you look at some of those previous tables

19 and the tables in the appendix that go along with that,

20 they go up to 17-year-old children.     12:19:57

21 BY MR. BLOCK:

22    Q  Right.  But the -- the subsection is talking

23 ability prepubertal children; right?

24       MR. FRAMPTON:  Objection; form.

25       THE WITNESS:  That is the primary focus of   12:20:06

Page 148

1 that subjection, yes.

2 BY MR. BLOCK:

3    Q  Okay.  And the -- the teenagers discussed in

4 the Tack study are not prepubertal teenagers; correct?

5    A  That's correct.  They are mid-prepubertal.   12:20:26

6    Q  All right.  Well, now let's look at

7 paragraph 112 of your report which discusses a 2018

8 study by Klaver.

9       Is that your understanding of how to pronounce

10 the name Klaver?           12:20:41

11    A  Yes, that is my understanding of how to

12 pronounce the name.  Thanks for asking.

13       MR. BLOCK:  Okay.  Great.  And please feel

14 free to correct me if I pronounce anyone else's name

15 incorrectly.           12:20:54

16       All right.  I'm going to introduce an exhibit.

17 This exhibit, when it appears on your screen, is going

18 to be marked as Exhibit 72.

19       (Exhibit 72 was marked for identification

20       by the court reporter and is attached hereto.)  12:21:14

21 BY MR. BLOCK:

22    Q  Please let me know when it's visible.

23    A  Exhibit 072 - Klaver - Early Hormonal

24 Treatment...

25    Q  Right.  And is this the article that you're  12:21:28

Page 149

38 (Pages 146 - 149)

Armistead Supp. App. 0388

1 referring -- that you are referring to in
2 paragraph 112?
3    A  I think so.  Without double-checking between
4 my references cited, I -- I think this is the same
5 article.                              12:21:46
6    Q  Okay.  Is it your understanding that the
7 people in this study received puberty blockers at the
8 beginning of Tanner II?
9    A  As I recall, they received puberty blockers,
10 and I cannot recall the Tanner stage.  I remember it    12:22:06
11 giving the ages.
12    Q  Okay.  What -- what age?
13    A  Average age of fourteen and a half, if I
14 remember correctly.
15    Q  Okay.  And is fourteen and a half typically    12:22:15
16 the beginning of Tanner stage II?
17    A  Not typically.
18    Q  Okay.  So if you go to page 254 of the Klaver
19 study --
20    A  2-5-4, yes.                      12:22:37
21    Q  All right.  2-5-4.
22       And if you look at the column that says
23 "Transwomen," it says (as read):
24       "Age at start of GnRHa, 14.5 ± 1.8."
25       Is that right?                   12:22:59
                                          Page 150

1    A  Yes.
2    Q  Okay.  And so accord- -- so with those
3 figures, that means that the earliest that any of the
4 trans girls in the study received puberty blockers was
5 at age 12.7; correct?                   12:23:14
6    A  Do you want me to take the time to do the math
7 on that?
8    Q  Well, 14.5 minus 1.8 is 12.7, but --
9    A  So that's only one standard deviation.  That
10 only accounts for, basically, a third of the    12:23:37
11 individuals below and above that age.  So take out
12 another 1.8 to get two standard deviations away.
13    Q  Got it.
14    A  And you take they way that 1.8 again to
15 encompass the whole 99.99 percent.          12:23:50
16    Q  Oh, okay.  So what's your understanding of the
17 youngest age at which someone -- the girls in the study
18 receive puberty blockers, just -- if you can do it
19 or -- without --
20    A  Just eyeball it.  I'll say 10.7.       12:24:04
21    Q  Okay.  Thank you.
22       But the average age is 14.5; right?
23    A  That is the average age, yes.
24    Q  Okay.  Great.
25       Now, you see in paragraph 112 of your report,    12:24:14
                                          Page 151

1 which -- let me pull it up directly so I don't misread
2 it again.
3       Paragraph 112 of your report, the first
4 sentence you say (as read):
5       "Klaver et al. (2018 at 256)           12:24:29
6       demonstrated that the use of puberty
7       blockers did not eliminate the
8       differences in lean body mass between
9       biological male and female teenagers."
10       Did I read that right?              12:24:40
11    A  I'm still getting to 112, sorry.
12       That -- that -- that sounds correct, but I'm
13 not --
14    Q  Right.
15    A  -- there to verify.                 12:24:49
16       All right.  Now I'm at 112.
17    Q  Okay.  I'll read it again.  (As read):
18       "Klaver et al. (2018 at 256)
19       demonstrated that the use of puberty
20       blockers did not eliminate the          12:25:03
21       differences in lean body mass between
22       biological male and female teenagers."
23       Did I read that sentence right?
24    A  Yes.
25    Q  Okay.  And then it says (as read):        12:25:09
                                          Page 152

1       "Subsequent use of puberty blockers
2       combined with cross-sex hormone use
3       (in the same subjects) still did not
4       eliminate the differences in lean body
5       mass between biological male and         12:25:19
6       female teenagers."
7       Is that right?
8    A  Yes.
9    Q  Okay.  Great.
10       Did Klaver report any findings on percentage    12:25:26
11 of body fat?
12    A  Let me look.
13       Yes.
14    Q  And -- and what were the findings on -- on
15 body fat?                              12:25:45
16    A  Just looking at it to make sure I'm reading
17 these correctly.
18       So it gives -- this is table -- or, sorry,
19 figure 2.  At the top of figure 2, there is percent
20 body fat presented.                      12:26:08
21    Q  Yep.  And the first part of that graph,
22 page 256, table 2, shows the percent body fat of the
23 trans women being virtually the same as the body fat of
24 the cis women; correct?
25    A  Sorry, how do you zoom on this Exhibit Share?    12:26:26
                                          Page 153

39 (Pages 150 - 153)

Armistead Supp. App. 0389

1     It's a tiny graph on my screen.

2     MS. DUPHILY:  If you take your mouse on to the

3  bottom and push, you should be able to see a plus and a

4  minus to make it look bigger.

5     THE WITNESS:  Okay.  Ah, there we are.        12:26:47

6     All right.  Sorry, it's taking me a minute to

7  zoom in on that.

8     MR. BLOCK:  Sure thing.

9     THE WITNESS:  Okay.  So to make sure we're

10  looking at the same figure, the trans women are shown        12:27:05

11  in the solid line, the trans men are shown in the light

12  gray line, the cis men are shown in the dotted line,

13  and the cis women are shown in the hash line; correct?

14  BY MR. BLOCK:

15     Q  Correct.                              12:27:19

16     A  Okay.  So the percent body fat in the trans

17  women and the percent body fat in the cis women, the

18  lines overlap at the part indicated as "Start CHT."

19     Q  Okay.  So that indicates that by the time the

20  trans women in the study had begun CHT, their        12:27:42

21  percentages of body fat overlapped with the percentages

22  of body fat for cis women; right?

23     A  That is correct.

24     Q  Okay.  And is body fat -- percentage of body

25  fat a factor in athletic advantage?        12:28:01

Page 154

1     A  Yes, it is.  Having excess body fat is

2  considered a disadvantage.

3     Q  Okay.  So why didn't you mention this finding

4  in your summary of the Klaver study?

5     A  Because I mentioned the next part of the        12:28:16

6  figure demonstrating that there was not elimination of

7  the difference in lean body mass.

8     Q  No, I understand that, but why did you just

9  report on the lean body mass and not the body fat

10  finding?                                12:28:31

11     MR. FRAMPTON:  Objection; form.

12     THE WITNESS:  Because lean body mass is a more

13  important determinant of athletic performance.

14  BY MR. BLOCK:

15     Q  I see.  Does your report ever say that lean        12:28:45

16  body mass is a more important determinant?

17     MR. FRAMPTON:  Objection; form.

18     THE WITNESS:  I have stated multiple times in

19  there that lean body mass is a determinant of athletic

20  performance, and I've stated that -- and I have stated        12:29:02

21  that excess body fat is a disadvantage.

22  BY MR. BLOCK:

23     Q  Okay.  But my question is, do you state that

24  lean body mass is a more important determinant?

25     MR. FRAMPTON:  Objection; form.        12:29:19

Page 155

1     THE WITNESS:  I don't recall where I specified

2  which is more or least important in --

3     MR. BLOCK:  Okay.

4     THE WITNESS:  -- in regards to body

5  composition.                            12:29:23

6  BY MR. BLOCK:

7     Q  Okay.  You have a whole section in your report

8  on the subject of body fat percentage; correct?

9     A  Again, I would have to look to see if it's a

10  whole section, if we're talking about a couple        12:29:38

11  paragraphs, a couple of pages or whatnot, but, yes, I

12  talk about body composition.

13     Q  Okay.  And you don't cite this study when you

14  discuss body composition related to fat; correct?

15     A  So I'm -- you're saying that I'm not citing        12:29:51

16  Klaver in my previous discussions of body composition

17  as a determinant of athletic performance?

18     Q  In your discussion of the role of body fat in

19  the -- as a determinant of athletic performance, you

20  never cite to the findings of this Klaver article;        12:30:09

21  correct?

22     A  I -- I don't think so.  I think these are the

23  only paragraphs where I cite the Klaver articles, and

24  we're talking specifically about with the puberty

25  blockers.                              12:30:23

Page 156

1     Q  I see.  So -- but you -- you cite a finding of

2  the Klaver article that you think is -- supports your

3  view, but you don't cite a finding of the Klaver

4  article that cuts against your view.  Is that a fair

5  statement?                            12:30:41

6     MR. FRAMPTON:  Objection; form.

7     THE WITNESS:  Yes, I would say that it's fair

8  to say that I don't cite Klaver on the differences in

9  percent body fat.

10  BY MR. BLOCK:                          12:30:55

11     Q  Okay.  So you testified earlier that you think

12  that an expert report needs to be held to the same

13  standards of accuracy as a peer-reviewed article;

14  right?

15     A  Yes, that is correct.                12:31:06

16     MR. FRAMPTON:  Objection --

17     THE WITNESS:  Oh, sorry.

18  BY MR. BLOCK:

19     Q  So do -- do you think your -- your paragraph

20  about Klaver is an accurate summary of the article in        12:31:14

21  its entirety?

22     MR. FRAMPTON:  Objection; form.

23     THE WITNESS:  The paragraph is not intended to

24  be a summary of the article in its entirety.

25  ///

Page 157

40 (Pages 154 - 157)

Armistead Supp. App. 0390

1 BY MR. BLOCK:
2    Q   Okay.  The paragraph is -- is just intended to
3 pick out the portions of the article that support your
4 argument; is that right?
5        MR. FRAMPTON:  Objection; form.        12:31:33
6        THE WITNESS:  The paragraph is intended to
7 demonstrate that biological males retain athletic
8 advantages.
9 BY MR. BLOCK:
10   Q   Well, the -- the article doesn't say anything   12:31:44
11 about athletic advantages; correct?
12   A   I do not recall that the article uses the word
13 "athletic advantages."
14   Q   All right.  If you go to -- if you look at
15 page 255 of the Klaver article.  So I think that's,   12:32:02
16 like, one page before the -- the -- where we were
17 looking.
18   A   You're looking at table 2?
19   Q   No.  I'm -- I am just looking at the -- the --
20 the text of it.                                 12:32:25
21   A   Okay.
22   Q   If you look at the first full sentence in the
23 text that begins with "As a result."
24   A   Okay.
25   Q   Do you see that?                         12:32:45

Page 158

1    A   Yes, I do.
2    Q   All right.  It says (as read):
3        "As a result of these changes, in
4        young adult transwomen at age 22" --
5        Excuse me.  (As read):                  12:32:56
6        "As a result of these changes, in
7        young adult transwomen at 22 years of
8        age, SDS for WHR, body fat, and LBM
9        showed greater similarity to ciswomen
10       than to cismen."                        12:33:08
11       Did I read that correctly?
12   A   Yes, you read that correctly.
13   Q   Okay.  And do you mention that finding in your
14 report?
15   A   I do not think I quote that in my report.   12:33:17
16   Q   Okay.  All right.
17       MR. BLOCK:  It's 1:30 -- can we go off the
18 record?
19       THE WITNESS:  Is that okay with you going off
20 the record?                                     12:33:41
21       MS. DUPHILY:  Kimberlee, are you there?
22       THE WITNESS:  Nope.
23       MS. DUPHILY:  We're going off the record at
24 approximately 1:32 p.m. [Sic]
25       (Recess.)                               12:38:29

Page 159

1        THE VIDEOGRAPHER:  We are on the record at
2 12:38 p.m.
3        MR. BLOCK:  Okay.  Great.
4 BY MR. BLOCK:
5    Q   I'd like to move on from the topic of puberty   12:38:43
6 blockers and ask a few questions about trans women who
7 suppress circulating levels of testosterone after
8 puberty.
9        Can we turn to page 56 of your report?
10   A   Come on.  Waiting for it to load.        12:39:04
11       All right.  So page 56 by the page numbers;
12 correct?
13   Q   Correct.
14   A   All right.  I'm there.
15   Q   Great.  So if you go to the third bullet   12:39:27
16 point, you say (as read):
17       "The administration of androgen
18       inhibitors and cross-sex hormones to
19       men or adolescent boys after the onset
20       of male puberty does not eliminate the   12:39:40
21       performance advantage that men and
22       adolescent boys have over women and
23       adolescent girls in almost all
24       athletic events."
25       Did I read that right?                   12:39:50

Page 160

1    A   Yes, you did.
2    Q   Okay.  Great.
3        Have you read the expert reports that -- the
4 expert reports that Dr. Safer submitted in this case?
5    A   Yes, I read the reports by Dr. Safer.     12:40:00
6    Q   All right.  You read both the initial and the
7 rebuttal reports?
8    A   Yes.
9    Q   Okay.  Isn't it fair to say that the effects
10 of male to female hormone treatment on important   12:40:10
11 determinants of athletic performance still remain
12 largely unknown?
13       MR. FRAMPTON:  Object to form.
14       THE WITNESS:  Sorry, I blanked out there for a
15 second after the objection.                     12:40:28
16       There are still a lot of questions.  There are
17 still a lot of questions.
18       MR. BLOCK:  Okay.  So I'd like to show you
19 another exhibit.  And we have to mark it as such.
20       All right.  This is going to hopefully appear   12:41:08
21 on your screen as Exhibit 73.
22       (Exhibit 73 was marked for identification
23       by the court reporter and is attached hereto.)
24 BY MR. BLOCK:
25   Q   Can you let me know when -- when you see it?   12:41:18

Page 161

41 (Pages 158 - 161)

Armistead Supp. App. 0391

1   A  All right.  Exhibit 073 - Brown Blog Post.
2   Q  Yes.  Do you recognize what this document is?
3   A  Yes.
4   Q  What is it?
5   A  That is my blog post for the Physiology          12:41:38
6  Educators Community of Practice about The Olympics,
7  sex, and gender in the physiology classroom.
8   Q  Okay.  What -- what is the Physi- --
9  Physiology Educators Community of Practice blog?
10   A  So this is a blog sponsored by the American     12:41:58
11  Physiological Society and their -- specifically their
12  educators' interest group -- it probably has a
13  different name than that, but that's what it is -- just
14  sharing information for other teachers in physiology,
15  typically geared towards college-level educators.       12:42:16
16   Q  And is there a submission process?
17   A  Yes, there is.
18   Q  What -- what is that submission process?
19   A  Well, you have to contact the person that runs
20  the blog post and say you are interested.  They connect  12:42:33
21  you, then, to the editor for Advances in Physiology
22  Education who then asks what you would like to blog on
23  and lets you know of available times, and then once you
24  agree on that, you'll submit it.  And then, once again,
25  the editor reviews it, someone else associated also     12:42:55

Page 162

1  got during the revision process?
2   A  The feedback was very positive, and I was told
3  that this is an extremely important topic that needs to
4  be presented.  And I really think the feedback was
5  relevant to the -- the -- the graph that I had in there  12:44:41
6  to ensure that I had appropriate copyright permission
7  or whatever permission to have that reproduced.
8   Q  Okay.  Great.
9        This blog post doesn't discuss prepubertal
10  children; right?                                         12:44:57
11        A  Sorry, I'm just reviewing it to see.
12        I don't recall that it discusses prepubertal
13  children.
14   Q  And the blog also doesn't discuss trans girls
15  and women who received puberty blockers and never went  12:45:25
16  through endogenous puberty; right?
17        MR. FRAMPTON:  Objection to the form.
18        THE WITNESS:  I don't recall discussing that
19  in there, and I'm not seeing it, as I look at the blog
20  post.                                                    12:45:43
21  BY MR. BLOCK:
22   Q  Okay.  So if you can just go to page 2, and if
23  you go to the first full paragraph on page 2, beginning
24  with the -- the second sentence, do you --
25   A  Yes.                                                 12:46:04

Page 164

1  reviews it prior to being put up on the web.
2   Q  Okay.  And so did you reach out with your
3  interest in -- in submitting something?
4   A  Yes, I did.
5   Q  You weren't invited to submit something;        12:43:13
6  correct?
7   A  I did receive an in- -- an e-mail inviting to
8  submit to the Peacock blog, and I e-mailed back and
9  said, yes, I'm interested.
10   Q  And did -- were you invited to submit          12:43:27
11  something on the topic of transgender women
12  participating in sports?
13   A  The invitation was not specific on what I
14  was -- would be blogging on.
15   Q  And was it an invitation to you individually,  12:43:43
16  or was it an invitation to a larger group?
17   A  I think both, honestly.  There is an
18  invitation that goes out, periodically, to the larger
19  group of published a paper in Advances in Physiology
20  Education and received an invitation to me.             12:44:03
21   Q  Okay.  And so did this blog go through a
22  revision process after you first submitted it?
23   A  There was one round of revisions, if I
24  remember correctly.
25   Q  Okay.  And do you remember what feedback you   12:44:23

Page 163

1   Q  -- see that?
2   A  Yes, I do.
3   Q  Okay.  So the second sentence there says (as
4  read):
5        "It is also important to note that the         12:46:18
6        effects of male-to-female hormone
7        treatment on the important
8        determinants of athletic performance
9        remain largely unknown."
10        Did I read that right?                           12:46:26
11   A  Yes, you did.
12   Q  Okay.  Do you still agree with that statement?
13   A  Yes, I still agree with that statement.
14   Q  And so you think it's important to note that
15  the effects remain largely unknown; correct?            12:46:36
16        MR. FRAMPTON:  Objection; form.
17        THE WITNESS:  Yes.  Prior to allowing
18  biological males to compete in female sports, we should
19  have a better understanding of how that process would
20  influence competition.                                  12:46:52
21  BY MR. BLOCK:
22   Q  Okay.  So in your expert report, do you ever
23  note that the effects of male to female hormone
24  treatment on important determinants of athletic
25  performance advantage remain largely unknown?           12:47:05

Page 165

42 (Pages 162 - 165)

Armistead Supp. App. 0392

1    A  I could look and see, but I think I say --
2  state something in my conclusion where there are still
3  a lot of variables that have not been measured.
4  BY MR. BLOCK:
5    Q  Okay.  In this paragraph that I was reading    12:47:20
6  from, I'm just going to go into the next one.  It says
7  (as read):
8      "Measurements of VO2max in transwomen
9      using direct or indirect calorimetry
10     are not available."            12:47:35
11     Did I read that right, even if I didn't
12  pronounce it correctly?
13   A  Yes.
14   Q  Okay.
15   A  "Calorimetry" is how I say it because it kind   12:47:41
16  of flows when you say it fast.
17   Q  Okay.  That makes sense.
18    Do you ever note in your expert report that
19  measurements of VO2 max in trans women using direct or
20  indirect calorimetry are not available?        12:47:59
21   A  Once again, I would need to refer back to my
22  report in the conclusions to see if I had included that
23  in there.
24   Q  Do you think it would make sense to have
25  included that in there?            12:48:16

Page 166

1      MR. FRAMPTON:  Objection; form.
2      THE WITNESS:  Yes, I think it would make sense
3  to include that in there, but it also -- like I said, I
4  cannot recall if I did or did not.
5  BY MR. BLOCK:                  12:48:33
6    Q  Okay.  Well, let's -- well, let's look at your
7  report -- so if you begin on page 39 of your report.
8    A  All right.
9    Q  All right.  So this is -- Roman numeral V says
10  (as read):                    12:49:04
11     "The available evidence shows that
12     suppression of testosterone in a male
13     after puberty has occurred does not
14     substantially eliminate the male
15     athletic advantage."           12:49:14
16     Right?  That -- that's what section Roman
17  numeral V says; correct?
18   A  That is correct.
19   Q  Okay.  And then subsection A on that page
20  talks about (as read):              12:49:25
21     "Empirical studies find that males
22     retain a strong performance advantage
23     even after lengthy testosterone
24     suppression."
25     Correct?                 12:49:31

Page 167

1    A  Correct.
2    Q  All right.  Then on 40, there's a subsection
3  that says, "Hand Grip Strength."
4    A  Okay.
5    Q  Okay.  And if you -- apologies.  You know,    12:49:38
6  I -- I should have directed you to page 46,
7  subsection B of that.  So if you can just skip ahead to
8  46.
9    A  Okay.  Page 46.
10   Q  Great.  Thank you.             12:50:00
11    So subsection B says (as read):
12     "Testosterone suppression does not
13     reverse important male physiological
14     advantages."
15     Right?                  12:50:09
16   A  Yes.
17   Q  Okay.  And then if you turn the page, on 47,
18  at the -- page 47, at the bottom, there's a little
19  discussion on cardiovascular advantages; right?
20   A  Yes.                    12:50:20
21   Q  All right.  And where would VO2 -- where would
22  the discussion of VO2 max go?  Would that be in the
23  "Cardiovascular Advantage" section or in a different
24  subsection of this discussion?
25     MR. FRAMPTON:  Object to the form.      12:50:40

Page 168

1      THE WITNESS:  It would probably belong in the
2  cardiovascular advantages.
3  BY MR. BLOCK:
4    Q  Okay.  So do you see, just in this subsection,
5  a discussion of the fact that measurements of VO2 max in  12:50:51
6  trans women using direct or indirect calorimetry are
7  not available?
8    A  I have not directly made that statement.
9    Q  Okay.  And if -- toggling back over to -- to
10  Exhibit 73, your blog post, after that statement I just  12:51:17
11  read, you say (as read):
12     "Measurements of muscle strength in
13     standard lifts (e.g. bench press, leg
14     press, squat, deadlift, etc.) in
15     transwomen are not available."       12:51:29
16     Is that correct?
17   A  That is correct.
18   Q  All right.  Do you disclose that information
19  in your expert report?
20     MR. FRAMPTON:  Objection to the form.     12:51:39
21     THE WITNESS:  In my expert report, I talk
22  about the measurements of strength that have been
23  conducted.
24  BY MR. BLOCK:
25   Q  But you do not discuss the measurements of    12:51:52

Page 169

43 (Pages 166 - 169)

Armistead Supp. App. 0393

1  strength that have not been conducted; correct?
2      MR. FRAMPTON:  Objection to the form.
3      THE WITNESS:  I'm scrolling up to see if I
4  have some statement in there about, you know, specific
5  measurements.                              12:52:13
6      Here again, no, I do not specifically state
7  that those measurements have not been conducted.
8  BY MR. BLOCK:
9      Q   Okay.  And then in the next sentence of the
10 blog post, you say (as read):              12:52:27
11     "Nor have there been evaluations of
12     the effects of male-to-female hormone
13     therapy on agility, flexibility, or
14     reaction time."
15     Is that right?                         12:52:37
16     A   That is correct.
17     Q   Okay.  And you do not, in your report, say
18 anything about whether -- about the effects of hormone
19 therapy on agility, flexibility or reaction time, do
20 you?                                       12:52:55
21     MR. FRAMPTON:  Objection to the form.
22     THE WITNESS:  On page 39, I state that only a
23 limited number of studies have directly measured the
24 effect of testosterone suppression and the
25 administration of female hormones on the athletic   12:53:05

Page 170

1  performance of males.  And so then I go through those
2  studies which, you know, by default, then says those
3  other things have not been studied.
4  BY MR. BLOCK:
5      Q   Okay.  But you do discuss agility, flexibility   12:53:18
6  and reaction time when you're discussing the advantages
7  of cisgender men over cisgender women; right?
8      A   Yes.
9      Q   Okay.  But then you don't have -- well, let me
10 just read the next part of the -- the blog post.  (As   12:53:39
11 read):
12     "There has been no controlled research
13     evaluating how male-to-female hormone
14     treatment influences the adaptations
15     to aerobic or resistance training."   12:53:50
16     Is that correct?
17     A   That is correct.
18     Q   And again, that's not something you mention in
19 your report; correct?
20     MR. FRAMPTON:  Objection to the form.   12:54:01
21     THE WITNESS:  It is indirectly stated with my
22 statement about limited number of studies.
23 BY MR. BLOCK:
24     Q   Okay.  And then the final sentence in that
25 paragraph is (as read):                    12:54:10

Page 171

1      "And there are only anecdotal reports
2      of the competitive athletic
3      performance of transwomen before and
4      after using male-to-female hormone
5      treatment."                            12:54:20
6      Is that right?
7      A   That is correct.
8      Q   Okay.  So it's fair to say that when you
9  discuss Cecé Telfer in your report, that's an example
10 of one of the anecdotal reports you refer to in this   12:54:31
11 sentence; correct?
12     A   That's correct.
13     Q   Okay.  So the discussion of Cecé Telfer and
14 Lia Thomas and Andraya Yearwood and Terry Miller, those
15 are, to use your words from the blog post, quote, only   12:54:56
16 anecdotal reports; correct?
17     MR. FRAMPTON:  Objection to the form.
18     Go ahead.
19     THE WITNESS:  If I may state, in my
20 declaration, I do cite a prepublished study by   12:55:12
21 Michael Joyner that is evaluating -- or, sorry,
22 Senefeld and Joyner that is evaluating Lia Thomas.
23     But yes, those -- those would primarily be
24 anecdotal reports.
25 ///

Page 172

1  BY MR. BLOCK:
2      Q   Okay.  If you go to the second sentence in the
3  final paragraph, you say, (as read):
4      In the end, whether it is safe and
5      fair to include transgender athletes   12:55:46
6      and athletes with DSD in women's
7      sports comes down to a -- to a few
8      facts that can be extrapolated, lots
9      of opinions, and an interesting but
10     complicated discussion.                12:55:57
11     Did I read that right?
12     A   I'm sorry, where were you reading that from?
13     Q   Yeah, it's the -- it's the second sentence in
14 the last paragraph of your blog post.
15     A   Okay.  There.                       12:56:12
16     Q   Okay.  I'll read it again.  (As read):
17     In the end, whether it is safe and
18     fair to include transgender athletes
19     and athletes with DSD in women's
20     sports comes down to a few facts that   12:56:21
21     can be extrapolated, lots of opinions,
22     and an interesting but complicated
23     discussion.
24     Is that right?
25     A   That is correct.                    12:56:31

Page 173

44 (Pages 170 - 173)

Armistead Supp. App. 0394

1    Q  And you still agree with that statement?
2    A  Yes.
3    Q  Okay.  What do you -- what do you mean by
4  "interesting but complicated discussion"?
5    A  Well, as I was writing this for fellow        12:56:43
6  educators, this could be a very complicated discussion
7  because of -- this could be a very heated topic.
8    Q  Okay.  So when you say that there -- "a few
9  facts that can be extrapolated, lots of opinions, and
10  an interesting but complicated discussion," were you    12:57:09
11  referring at all to the underlying substance being
12  interesting but complicated?
13       MR. FRAMPTON:  Objection to the form.
14       THE WITNESS:  Yeah, I'm not sure what you mean
15  by "underlying substance."                        12:57:25
16  BY MR. BLOCK:
17    Q  Yeah, is the discussion of whether -- aside
18  from something being heated, is -- is the -- this topic
19  complicated?
20       MR. FRAMPTON:  Objection to the form.        12:57:40
21       THE WITNESS:  Yes, this is a complicated
22  topic.
23  BY MR. BLOCK:
24    Q  Okay.  So if we go to your report again --
25  let's see -- on page 57 of your report.           12:57:57

Page 174

1    A  All right.  Page 57.
2    Q  So if you look just at the paragraph beginning
3  with the word "but."
4    A  Okay.  All right.
5    Q  All right.  You say -- you know, actually,    12:58:32
6  instead, let's go a few sentences above that, so in the
7  middle of the previous paragraph beginning with -- the
8  sentence beginning with "instead."
9       Do you see that?
10    A  I'm sorry, which --                          12:58:49
11    Q  So this is about five -- five lines from the
12  top.
13    A  Okay.  Yes.  It says, "Instead, the IOC"?
14    Q  Yeah.  So this says --
15    A  Okay.                                        12:58:58
16    Q  -- (as read):
17       Instead, the IOC calls on other
18       sporting bodies to define criteria for
19       transgender inclusion, while demanding
20       that such criteria simultaneously          12:59:05
21       ensure fairness, safety, and inclusion
22       for all.  The recent -- recently
23       updated NCAA policy on transgender
24       participation also relies on other
25       sporting bodies to establish criteria      12:59:19

Page 175

1       for transgender inclusion while
2       calling for fair competition and
3       safety.
4       But what we currently know tells us
5       that these policy goals—fairness,          12:59:28
6       safety, and full transgender
7       inclusion—are irreconcilable for many
8       or most sports.
9       Did I read those sentences correctly?
10    A  Yes, you did.                                12:59:40
11    Q  Okay.  How come -- why, in your blog post, did
12  you not say that the goals of fairness, safety and full
13  transgender inclusion are irreconcilable?
14       MR. FRAMPTON:  Objection to the form.
15       THE WITNESS:  The purpose of the blog post was  12:59:58
16  to stimulate discussions in classroom while providing a
17  little bit of guidance, but not advocate for a specific
18  position within a classroom.
19  BY MR. BLOCK:
20    Q  Why didn't you say in your expert report that  01:00:13
21  whether it is safe and fair to include transgender
22  athletes and athletes with DSD in women's sports comes
23  down to a few facts that can be extrapolated, lots of
24  opinions, in an interesting but complicated discuss?
25       MR. FRAMPTON:  Objection to the form.        01:00:28

Page 176

1       THE WITNESS:  I think that a reasonable person
2  would come to those conclusions after reading all --
3  how many pages of my report?
4  BY MR. BLOCK:
5    Q  Okay.  So it's your expert testimony that     01:00:39
6  whether it is safe and fair to include trans girls and
7  women on girls and women's sports teams comes down to a
8  few facts that can be extrapolated, lots of opinions
9  and an interesting but complicated discussion?
10       MR. FRAMPTON:  Objection to the form.        01:01:01
11       THE WITNESS:  Yes, I will stand by that
12  statement in my blog post.
13       MR. BLOCK:  Okay.  Great.
14       So I'm going to now ask a few questions about
15  your other, you know -- your other publication or      01:01:17
16  submission on this topic.  Let me just move it into the
17  actual exhibits.
18       Let's see.  So I -- this is a PowerPoint
19  document.  It's going to marked as Exhibit 74, although
20  I am not sure that it is actually going to work,       01:02:07
21  showing up, so please let me know if it actually shows
22  up for you.
23       (Exhibit 74 was marked for identification
24       by the court reporter and is attached hereto.)
25       THE WITNESS:  All right.  I see Exhibit 074.   01:02:21

Page 177

45 (Pages 174 - 177)

Armistead Supp. App. 0395

1    MR. BLOCK:  Okay.  And I think we're going to
2  need some assistance in how -- how do we zoom in again,
3  Concierge?
4    MS. DUPHILY:  You just hold your mouse over
5  the bottom of the image, and you'll see the positive          01:02:37
6  and negative-looking glasses at the bottom, and you
7  can -- there's a menu.
8    Do you see that?
9    MR. BLOCK:  Mouse over the image?
10    MS. DUPHILY:  You want to click on it when          01:02:54
11  you're --
12    MR. BLOCK:  All right.
13    MS. DUPHILY:  Did you do it?
14    MR. FRAMPTON:  With the witness, we're not
15  getting that.          01:03:03
16    MS. DUPHILY:  Hold on a minute.  Let me see.
17    MR. TRYON:  Yeah, this is Dave Tryon.  I've
18  seen that on other exhibits, but this one, it's not
19  showing up for me.
20    MR. BLOCK:  If you're able to download a          01:03:19
21  copy --
22    MS. DUPHILY:  Yeah, you're probably better off
23  downloading this because it's a PowerPoint.
24  BY MR. BLOCK:
25    Q  Have you been able to download it, Dr. Brown?  01:04:02

Page 178

1    A  It appears that my computer is trying to
2  update PowerPoint at this very moment.
3    Q  Okay.
4    MR. BLOCK:  So why don't we -- can we go off
5  the record, please?          01:04:12
6    MR. FRAMPTON:  It looks like it's nearly --
7    THE VIDEOGRAPHER:  We are off the record at
8  1:04 p.m.
9    (Recess.)
10    THE VIDEOGRAPHER:  We are on the record at          01:05:37
11  1:05 p.m.
12    MR. BLOCK:  Thanks.
13  BY MR. BLOCK:
14    Q  So is this a presentation that you authored,
15  Dr. Brown?          01:05:51
16    A  Yes, it is.
17    Q  And the title of this presentation is
18  "Transwomen Competing in Women's Sports: What We Know,
19  and What We Don't"; is that right?
20    A  That is correct.          01:06:01
21    Q  Okay.  And what conference did you submit this
22  presentation to?
23    A  This was the American Physiological Society
24  Sex and Gender conference, if I remember the title
25  correctly.          01:06:18

Page 179

1    Q  Yeah.  If I -- if I said it was called "The
2  New Trends in Sex and Gender Medicine" conference, does
3  that sound accurate to you?
4    A  Yes.
5    Q  Okay.  And am I right that the conference took  01:06:28
6  place from October 19th to October 22nd?
7    A  That sounds correct.
8    Q  Okay.  Did you attend any meetings or panel
9  discussions as part of this conference?
10    A  So this was a virtual conference for everyone.  01:06:42
11    Q  Uh-huh.
12    A  And so, yes, I sat in on discussions and panel
13  discussions and presentations and such.
14    Q  Okay.  Did you sit in on the panel discussion
15  at this conference titled "New Trends in Transgender          01:07:05
16  Medicine"?
17    A  I honestly can't remember if I sat in and
18  attended that or not.
19    Q  Okay.  You have no recollection one way or the
20  other?          01:07:18
21    A  Yeah, I -- there was a lot of meetings, a lot
22  of presentations and a lot of discussions, so I can't
23  say exactly which ones I was in and which ones I was
24  not.
25    Q  Do you think it would have been informative to  01:07:32

Page 180

1  attend that presentation?
2    A  Yes.
3    MR. FRAMPTON:  Objection to the form.
4    THE WITNESS:  Sorry.
5    MR. FRAMPTON:  Go ahead.          01:07:39
6  BY MR. BLOCK:
7    Q  You can answer.
8    A  Yes, it -- it would have been informative.
9    Q  Okay.  And do you think it would have been at
10  least as relevant to your research as Ben Shapiro?          01:07:49
11    MR. FRAMPTON:  Object to the form.
12    THE WITNESS:  It's possible that I had a
13  conflicting obligation that made it so I'm not able to
14  attend.  Again, I know that I did with all of them, I
15  wasn't able to attend every single session I wanted          01:08:04
16  because of other obligations.
17  BY MR. BLOCK:
18    Q  I see.  But -- but my question is, would -- it
19  would be a more reliable source of information than
20  Ben Shapiro, was my question.          01:08:19
21    MR. FRAMPTON:  Object to the form.
22    THE WITNESS:  I guess that would depend on
23  what we're asking, Ben Shapiro is -- is speaking about
24  and where he is citing his sources versus what is being
25  discussed in that discussion.          01:08:37

Page 181

46 (Pages 178 - 181)

Armistead Supp. App. 0396

1 BY MR. BLOCK:
2    Q   Okay.  Now, would -- would this
3 presentation quali- -- would -- could this be
4 prescribed as a poster presentation?
5    A   Yes.                          01:08:51
6    Q   Okay.  Does your CV identify it as a poster
7 presentation?
8    A   I don't think my CV discriminates on my
9 various academic presentations, as to what format they
10 were presented in.                  01:09:06
11    Q   Okay.  So it's not your regular practice to
12 denote whether a presentation is specifically a poster
13 presentation?
14    A   That is correct.
15    Q   Okay.  All right.  What was the review process  01:09:13
16 for submitting this?
17    A   So I -- I was encouraged by an editor from the
18 American Journal of Physiology to submit to this, after
19 having read my blog post.  I submitted it, paid the
20 abstract submission fee, like any other professional  01:09:34
21 conference, and awaited for acceptance of the abstract.
22    Q   And what -- were there edits to the abstract
23 sent back to you?
24    A   No.  They don't edit the abstracts.
25    Q   Okay.  All right.              01:09:47

Page 182

1        If you go to the bottom right-hand corner of
2 this presentation, there's a box titled "What we don't
3 know"; right?
4    A   Correct.
5    Q   Okay.  And then -- and this box says, "What We  01:10:09
6 Don't Know," and then the first bullet is "No
7 controlled training studies with male-to-female hormone
8 use"; correct?
9    A   Correct.
10    Q   Okay.  And -- and again, as we discussed    01:10:20
11 before, that -- that statement is not in your expert
12 report; right?
13        MR. FRAMPTON:  Object to the form.
14        THE WITNESS:  That statement is not verbatim
15 in my expert report.               01:10:36
16 BY MR. BLOCK:
17    Q   And then the second bullet point is "No
18 measurements of changes in VO2max, running economy,
19 lactate threshold, anaerobic power (e.g. Wingate test),
20 vertical jump, 1-Repetition Maximum (e.g. bench press,  01:10:47
21 leg press, squat, deadlift), or many other common
22 determinants of athletic performance"; correct?
23    A   That is correct.
24    Q   And that information in that bullet point is
25 not included in your expert report; correct?     01:11:05

Page 183

1        MR. FRAMPTON:  Object to the form.
2        THE WITNESS:  Again, in my expert report, I
3 state that there is limited evaluation.  I don't make
4 that statement exactly.
5 BY MR. BLOCK:                         01:11:17
6    Q   Okay.  How come this poster presentation
7 doesn't say that the policy goals of fairness, safety
8 and full transgender inclusion are irreconcilable for
9 many or most sports?
10        MR. FRAMPTON:  Object to the form.     01:11:28
11        THE WITNESS:  This poster was put together and
12 presented before the recent IOC or NCAA adjustments,
13 stating that that was a requirement.  And again, the
14 poster is summarizing the science of what we know and
15 what we do not know.               01:11:48
16 BY MR. BLOCK:
17    Q   So would you feel comfortable making the
18 statement to a -- a peer-reviewed publication that the
19 policy goals of fairness, safety and full transgender
20 inclusion are irreconcilable?        01:12:05
21    A   Yes, I would feel very comfortable saying that
22 in a peer-reviewed pol- -- publication or presentation.
23    Q   Can you tell me your understanding of what
24 this case is about?
25        MR. FRAMPTON:  Object to the form.      01:12:31

Page 184

1        Go ahead.
2        THE WITNESS:  So the State of West Virginia,
3 like about currently 11 other states, if I recall,
4 passed a law to limit participation in women's sports
5 to biological women.                01:12:43
6        In this case, a young trans girl has retained
7 some lawyers and filed a lawsuit asking to be able to
8 participate in girls sports.
9        The judge has given an injunction specifically
10 for the plaintiff, but not halting the law overall.   01:13:05
11 BY MR. BLOCK:
12    Q   And do you -- so the -- the plaintiff's name
13 is -- is Becky.
14        Do you oppo- -- do you think Becky should not
15 be allowed to participate on her middle school     01:13:23
16 cross-country team?
17        MR. FRAMPTON:  Object to the form and scope.
18        THE WITNESS:  So my understanding is the
19 plaintiff is biologically male, so a trans girl, who
20 wants to compete on girls sports.    01:13:39
21 BY MR. BLOCK:
22    Q   Yes.  And -- and so what's the answer to my
23 question?
24    A   So --
25        MR. FRAMPTON:  Same objections.        01:13:54

Page 185

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0397

1    THE WITNESS:  So if we were to follow the law,
2  then the plaintiff should not be participating in
3  girls' sports.
4  BY MR. BLOCK:
5    Q   Yeah, but it's your -- is it your expert          01:14:01
6  opinions that Becky should not be participating in the
7  girls' cross-country team at her middle school?
8    MR. FRAMPTON:  Objection; form and scope.
9    THE WITNESS:  So my expert statement, expert
10  declaration, is not meant to make judgments on an       01:14:17
11  individual basis, but overall policy and law.
12  BY MR. BLOCK:
13    Q   Okay.  Well, so you -- you made a distinction
14  between the fact that the injunction is -- applies only
15  to Becky and not to the -- the statute on its face, and  01:14:31
16  so I'm just trying to figure out whether your expert
17  opinion is only about other applications of the statute
18  to people beyond Becky or whether you are also offering
19  expert testimony with respect to the specific issue of
20  Becky's as-applied challenge.                            01:14:51
21    MR. FRAMPTON:  Objection; form and scope.
22    THE WITNESS:  I've not made any statements
23  that I'm aware of specific to an individual plaintiff
24  in this case or -- I don't think in any of the cases.
25  ///
                                                        Page 186

1  BY MR. BLOCK:
2    Q   Okay.  So you're not offering an expert
3  opinions in this case with regard to whether Becky, as
4  an individual, should be allowed to participate on her
5  girl's cross-country team in middle school?              01:15:22
6    MR. FRAMPTON:  Objection; form and scope.
7    THE WITNESS:  I'm offering an expert opinion
8  based on what the science says and what we know overall
9  regarding differences between males and females and how
10  those differences are affected by transgender hormone    01:15:37
11  use.
12  BY MR. BLOCK:
13    Q   Okay.  And are you offering any opinion on
14  whether Becky, as an individual, has any athletic
15  advantages compared to cisgender girls?                  01:15:52
16    MR. FRAMPTON:  Objection; form and scope.
17    THE WITNESS:  I'm not making statements
18  specific to Becky.  I am talking about boys and girls
19  overall.
20  BY MR. BLOCK:                                            01:16:07
21    Q   Okay.  And it's possible that Becky, as an
22  individual, as opposed to people with a male sex
23  assigned at birth overall -- let me just rephrase that.
24    It's possible that Becky, as an individual,
25  may not have any athletic advantages compared with       01:16:21
                                                        Page 187

1  cisgender girls; right?
2    MR. FRAMPTON:  Object to the form and scope.
3    THE WITNESS:  Based on the information I have
4  read, the information cited in my expert report, if we
5  are comparing the plaintiff to a similarly aged trained   01:16:34
6  and gifted girl, the plaintiff, as a biological male,
7  will have athletic advantages.
8  BY MR. BLOCK:
9    Q   Well, that -- that raises questions for me.
10    I -- I -- I guess my understanding of your          01:16:49
11  report was that you were discussing average group-based
12  differences between males and females; right?
13    A   If you look at my --
14    MR. FRAMPTON:  Objection; form.
15    Go ahead.                                           01:17:01
16    THE WITNESS:  If you look at my report, I -- I
17  provide information on individuals in the 10th
18  percentile, individuals in the 50th percentile,
19  individuals in the 90th percentile, and state multiple
20  times if we compare equally trained, gifted and          01:17:14
21  talented same-age individuals, the males have an
22  advantage.
23  BY MR. BLOCK:
24    Q   Well, what do you mean by "gifted"?
25    A   There are many gifts that could help a person   01:17:25
                                                        Page 188

1  be a better athlete than others, whether --
2    Q   So --
3    A   -- whether it is something biological, whether
4  that is something with family support.
5    Q   Okay.  But -- so when -- when you're           01:17:43
6  discussing the physiological characteristics that, on
7  average, make cisgender boys have better outcomes in
8  athletic performance than cisgender girls, you're not
9  saying that every single cisgender boy has
10  physiological characteristics that make -- that give     01:18:03
11  them an advantage over the average cisgender girl of
12  the same age and training, are you?
13    MR. FRAMPTON:  Object to the form.
14    THE WITNESS:  When we look at the data, if you
15  compare comparably gifted aged and trained males and     01:18:24
16  females, the males have an advantage.
17  BY MR. BLOCK:
18    Q   Yeah, but you're -- you're smuggling in the
19  word "gifted" here, and you're including these
20  physiological characteristics as meaning gifted, it      01:18:34
21  sounds like.
22    I'm trying to isolate your testimony about
23  physiological advantages, okay?
24    And so it's possible there's -- there's plenty
25  of boys that are shorter than girls; right?              01:18:46
                                                        Page 189

                                        48 (Pages 186 - 189)

Armistead Supp. App. 0398

1    A  Yes, there are some boys that are shorter than
2  some girls.
3    Q  Yes.  So not -- not every -- and there are
4  some boys that are shorter than the average girl of the
5  same age; correct?                          01:19:04
6    A  Yes, there are some boys that are shorter than
7  the average girl.
8    Q  Okay.  So not -- not every -- so even if
9  males, on average, are taller than females, on average,
10  not every male is gifted with greater height than the    01:19:18
11  average girl of the same age; right?
12    A  50 percent of men are taller than 90 percent
13  of women.
14    Q  Yeah.  And I know you're -- you're -- you're
15  making a statement, though, that that doesn't answer my  01:19:38
16  question.  And so I'm taking that as -- is the answer
17  to my question "correct"?
18    A  Could you restate the question, please?
19    Q  Yes.  Not every boy is taller than the average
20  cisgender woman; right?                      01:19:54
21       Let me switch from boys to gir- -- to a woman.
22       Not every cisgender boy is taller than the
23  average cisgender girl of the same age; correct?
24    A  If I can -- I'm -- I'm just a little confused
25  here because you are comparing an absolute of every boy  01:20:13

Page 190

1  with average.
2    Q  Yes, I -- I -- I am.  I -- I'm saying that it
3  is entirely possible that there's an individual that is
4  not taller than the -- an individual who is a boy that
5  is not taller than the average girl, the mean -- or the  01:20:31
6  mean height of girls of the same age; right?
7    A  Yes.  So if you look at the distribution
8  curves for body height, boys on the shorter end of the
9  distribution curve may be shorter than girls in the
10  average of the distribution curve.            01:20:47
11    Q  And -- and the same is true for speed; right?
12    A  If I may, I would actually like to refer back
13  to the graphs by Gabe Higgard so we could look and see
14  where the slowest boys are relative to the
15  50th percentile for the girls in those competitions.    01:21:09
16    Q  Okay.  We can -- so we -- I appreciate that.
17  We can refer back to that later.
18       Are -- are you familiar at all with Becky's
19  athletic performance?
20    A  No.  I know nothing of Becky's athletic        01:21:26
21  performance.
22    Q  Okay.  And you -- as we said before, you are
23  not providing expert testimony about her as an
24  individual; correct?
25    A  Right.  I'm providing testimony on overall    01:21:41

Page 191

1  what we would see if we compare equal, as much as
2  possible, males to females.
3    Q  And is it your understanding of -- of this law
4  that it prevents girls who are transgender from
5  participating on the same sports teams as cisgender    01:22:06
6  girls?
7       MR. FRAMPTON:  Object to the form and scope.
8       THE WITNESS:  My understanding is, yes, this
9  states that people should participate in sports
10  based -- based on their biological sex.        01:22:21
11  BY MR. BLOCK:
12    Q  Right.  And, therefore, transgender girls
13  should not be allowed to participate on the same sports
14  team as cisgender girls; correct?
15       MR. FRAMPTON:  Same objection.            01:22:32
16       THE WITNESS:  Just going to rephrase that.
17       So trans girls should not be competing with
18  cis girls, yes.
19  BY MR. BLOCK:
20    Q  Okay.  Thank you.                        01:22:40
21       And you think H.B. 3293 -- well, let me say,
22  do you know what I'm talking about when I refer to
23  H.B. 3293?
24    A  I know we're talking about H.B.  I don't
25  remember the number.  I will assume that it is the law  01:22:57

Page 192

1  in West Virginia.
2    Q  Okay.  Great.
3       You think H.B. 3293 is justified by science;
4  right?
5       MR. FRAMPTON:  Object to the form and scope.  01:23:06
6       THE WITNESS:  Yes, I do.
7  BY MR. BLOCK:
8    Q  Okay.  And you think it's justified by science
9  even though it applies to trans girls who, as a result
10  of puberty blockers and gender-affirming hormones,      01:23:23
11  never go through endogenous puberty; right?
12       MR. FRAMPTON:  Same objections.
13       THE WITNESS:  Yes.
14  BY MR. BLOCK:
15    Q  And you think H.B. 3293 is justified by        01:23:29
16  science even though it applies to trans girls and women
17  who go through endogenous puberty and then take
18  medication to lower their levels of circulating
19  testosterone; right?
20       MR. FRAMPTON:  Same objections.            01:23:43
21       THE WITNESS:  Yes.
22  BY MR. BLOCK:
23    Q  Okay.  And you think H.B. 3293 is justified by
24  science even though it applies the same categorical
25  rule to all sex-separated sports instead of creating    01:23:50

Page 193

49 (Pages 190 - 193)

Armistead Supp. App. 0399

1 different standards for different sports; is that
2 right?
3        MR. FRAMPTON:  Same objections.
4        THE WITNESS:  Yes.
5 BY MR. BLOCK:                          01:24:01
6    Q   Okay.  I would like to direct your attention
7 to paragraph 8 of your report.  Let me know when you're
8 there.
9    A   It is on page 7, under item II, "Biological
10 men"?                                  01:24:29
11   Q   Yes.
12   A   Okay.
13   Q   Okay.  Make sure I'm there myself.
14       Okay.  So I'm just going to read this to you,
15 beginning with the second sentence.  (As read):  01:24:44
16       "I cited many" --
17       Actually, I'll begin with the first sentence.
18 Sorry.
19       You say (as read):
20       "Nevertheless, these differences have  01:24:52
21       been extensively studied and measured.
22       I cited many of these studies in the
23       first paper on this topic that I
24       prepared, which was submitted in
25       litigation in January 2020.          01:25:03

Page 194

1 Since then, in light of current
2 controversies, several authors have
3 compiled valuable collections or
4 reviews of data extensively
5 documenting this objective fact about   01:25:11
6 the human species, as manifest in
7 almost all sports, each of which I
8 have reviewed and found informative.
9       Did I read that correctly so far?
10   A   Yes, you did.                      01:25:23
11   Q   Okay.  Thanks.
12       And you say (as read):
13       "These include Coleman (2020), Hilton
14       & Lundberg (2021), World Rugby (2020),
15       Harper (2021), Hamilton (2021), and a  01:25:36
16       'Briefing Book' prepared by the
17       Women's Sports Policy Working Group
18       (2021).
19       Did I read that right?
20   A   Yes.                              01:25:46
21   Q   Okay.  And if you -- if you could look at
22 the -- that list that you gave, and I'd like you to --
23 to tell me -- and I -- and I will write it down --
24 which of those sources support excluding transgender
25 girls and women from sports if they have had puberty  01:26:08

Page 195

1 blockers and gender-affirming hormones and, as a
2 result, have not gone through endogenous puberty.
3        MR. FRAMPTON:  Object to the form.
4        THE WITNESS:  Can you please rephrase that
5 question?  It was just kind of long.     01:26:21
6 BY MR. BLOCK:
7    Q   Yeah, sure.
8        So I -- I'm talking about trans girls who have
9 been on puberty blockers and, as a result, not
10 experienced endogenous puberty.          01:26:33
11       Which of the sources identified in paragraph 8
12 support excluding those trans girls who are on puberty
13 blockers from participating in girls and women's
14 sports?
15       MR. FRAMPTON:  Object to the form.     01:26:47
16       THE WITNESS:  I cannot recall right now which
17 or if any of those papers discuss specifically puberty
18 blockers.
19 BY MR. BLOCK:
20   Q   Okay.  So -- so you can't recall whether any  01:26:58
21 of those papers discuss puberty blockers at all.  Is
22 that what you're saying?
23   A   I'm saying I cannot recall if they advocate
24 for preventing people who have used puberty blockers
25 from participating in girls' sports.      01:27:15

Page 196

1    Q   Okay.  Can you recall if any of them advocate
2 in favor of allowing girls who use puberty blockers to
3 participate in girls and women's sports?
4    A   Well, as we discussed earlier, the Women's
5 Sports Policy Working Group has a statement about that,  01:27:37
6 and I think World Rugby has a statement about that.
7    Q   Okay.  Any others?
8    A   I can't recall from the others.
9    Q   Okay.  So just in terms of what you can
10 recall, at least two of them advocate in favor of     01:27:52
11 allowing trans girls on puberty blockers to participate
12 and you can't recall if any of the others support
13 excluding girls who are transgender?
14       MR. TRYON:  Objection.
15       MR. FRAMPTON:  Same objection.  Form.     01:28:17
16       THE WITNESS:  So I can't recall specifically.
17 I think Hilton and Lundberg have some mention on that
18 topic, but again, I can't recall without referring back
19 to the paper to look.
20 BY MR. BLOCK:                            01:28:28
21   Q   Okay.  And so which of the sources cited in
22 this paragraph advocate in favor of excluding trans
23 girls and women who go through puberty and then
24 suppress testosterone?
25       MR. FRAMPTON:  Objection; form.       01:28:46

Page 197

50 (Pages 194 - 197)

Armistead Supp. App. 0400

1     Go ahead.
2     THE WITNESS: I think that is Hilton and
3 Lundberg and World Rugby and Harper and Hamilton and
4 the Women's Sports Policy Working Group.
5 BY MR. BLOCK:                                01:28:55
6     Q   Okay.  So it's Hilton and Lundberg and Harper
7 and World Rugby and Women's Sports Policy Working
8 Group?
9     A   And, I think, Hamilton.
10    Q   Okay.  You think that those five sources    01:29:12
11 advocate in favor of excluding transgender girls and
12 women from participating on girls and women's sports
13 team if they have gone through endogenous puberty and
14 then lowered their levels of circulating testosterone?
15    MR. FRAMPTON: Object to the form.         01:29:36
16    THE WITNESS: Yes, I think those all indicate
17 that women deserve to compete in a protected category.
18 BY MR. BLOCK:
19    Q   Okay.  And then which of the sources cited in
20 paragraph 8 advocate in favor of having a categorical  01:29:49
21 rule that apply to all sports instead of
22 differentiating based on what sport is at issue?
23    MR. FRAMPTON: Object to the form.
24    THE WITNESS: So World Rugby is speaking
25 specifically about rugby; and, therefore, I would not  01:30:14

Page 198

1 expect it to talk too much about other sports.
2     If I recall correctly, Hamilton states
3 specifically that women deserve to compete in a
4 protected category, which implies all sports.
5     Hilton and Lundberg advocate for sex       01:30:31
6 segregation of sports, and, as far as I know, it's for
7 all sports.
8     And Harper indicates that trans women have a
9 retained athletic advantage compared to cisgender
10 women.                                       01:30:45
11 BY MR. BLOCK:
12    Q   And so just to clarify, my question isn't
13 whether or not there should be separation in those --
14 in all sports; the question is whether or not there
15 should be the same rules for excluding transgender    01:30:58
16 girls and women in all sports.
17    MR. FRAMPTON: Objection; form.
18    THE WITNESS: I guess you'll need to rephrase
19 the question because I thought I answered it.
20 BY MR. BLOCK:                                01:31:17
21    Q   Yeah.  So IOC used to have a single standard
22 that applied to all sports.  They then changed their
23 policy so that individual standards could be crafted
24 for different sports.
25     H.B. 3293 has a single standard that applies  01:31:30

Page 199

1 to all sports.
2     My question is which of the sources support
3 having a single standard that applies to all sports
4 instead of having individual standards crafted to
5 different sports.                            01:31:46
6     MR. FRAMPTON: Objection to the form.
7     THE WITNESS: I would need to review each of
8 them to be specific and certain.  So going off of
9 memory, Hilton and Lundberg, Hamilton, Women's
10 Sport (sic) Policy Working Group, again, as I recall,  01:32:05
11 without looking at them specifically, state that it
12 should be categorical women's sports and men's sports.
13    MR. BLOCK: Okay.  Can we go off the record
14 for a second?
15    MR. FRAMPTON: Sure.                        01:32:19
16    THE VIDEOGRAPHER: We are off the record at
17 1:32 p.m.
18    (Recess.)
19    THE VIDEOGRAPHER: We are on the record at
20 2:08 p.m.                                    02:08:00
21 BY MR. BLOCK:
22    Q   Good afternoon, Dr. Brown.
23    A   Mr. Block, how are you doing?
24    Q   I -- I'm good.
25     Okay.  So, you know, we -- just before the    02:08:12

Page 200

1 break, we had just a series of questions about some of
2 the sources quoted in your report, and I'm trying to
3 just pull back, again, the -- the paragraph where this
4 was discussed.
5     This is paragraph 8, page 7, from your expert  02:08:32
6 report, you know, marked Exhibit 64.
7     A   Yes.
8     Q   And, you know, we -- we had a series of
9 questions about them.  And if you recall, my questions
10 focused on three features of H.B. 3293.  One is the   02:08:46
11 fact that it excludes trans girls and women even if
12 they've had blockers.  Two is that it includes trans
13 girls and women if they've gone through puberty and
14 suppressed their testosterone.  And three is that it
15 has an across-the-board rule.  And I asked you a series  02:09:09
16 of questions about those elements of it, and now I'm
17 going to turn to looking at the sources cited in
18 paragraph 8, with an eye towards those elements.  So
19 that's not a question for you; that's just to orient
20 you for the next couple of questions.        02:09:27
21    MR. BLOCK: So if you could look in your
22 exhibit file, Exhibit 75, that should be a PDF of
23 Coleman -- of the first Coleman article.  Coleman 2020.
24    (Exhibit 75 was marked for identification
25 by the court reporter and is attached hereto.)  02:09:46

Page 201

51 (Pages 198 - 201)

Armistead Supp. App. 0401

1     THE WITNESS: Yes.  By Doriane Coleman and
2  Michael Joyner and Donna L.
3  BY MR. BLOCK:
4     Q  Yes.  All right.  So if we look at that
5  article -- if you could turn to page 130 of her     02:10:12
6  article.  Let me know when you're there.  It's near the
7  end.
8     A  Still scrolling.  Almost there.
9        All right.  Page 130.  Duke Journal of Gender
10 and Law Policy, Volume 27:69, 2020.               02:10:49
11    Q  Yep.  Okay.
12       Now, just to preface this, you know, this
13 article uses the phrase "category affirming" and
14 "category defeating."
15       Are you familiar with those terms?         02:11:01
16    A  If I remember correctly, category affirming
17 applies to male and female.  Is that correct?
18    Q  So my understanding, which I'll represent to
19 you, is that category affirming means that the
20 participation is consistent with the purposes of having 02:11:20
21 a female category, and category defeating means
22 allowing someone to participate would sort of defeat
23 the purpose of having a female category.
24       So if -- does that ring a bell at all for you?
25    A  Yes, it does.  It does.                     02:11:37
                                              Page 202

1     Q  Okay.  So if you look at the -- the paragraph
2  beginning "In high school" --
3     A  Uh-huh.
4     Q  -- "In high school intramural."
5        Do you see that?                          02:11:48
6     A  Yes, I do.
7     Q  Okay.  So it says (as read):
8        "In high school intramural, junior
9         varsity, and regular season play,
10        where institutional goals are         02:11:57
11        primarily related to health and
12        fitness and to the development of
13        social skills, unconditional inclusion
14        of gender diverse students according
15        to their gender identity rather than  02:12:06
16        their sex will usually be category
17        affirming."
18       Do you see that?
19    A  I do.
20    Q  Okay.  So that sentence indicates that it   02:12:12
21 would be consistent with the female category according
22 to Coleman 2020 to have -- to allow trans girls to
23 participate in intramural, junior varsity and regular
24 season play without any medical interventions
25 whatsoever.  Do you agree?                        02:12:39
                                              Page 203

1     MR. FRAMPTON:  Object to the form.
2     THE WITNESS: I'm looking at the sentence
3  after that, however, which has some exceptions, which
4  would include invitational and postseason
5  opportunities.                                   02:12:53
6  BY MR. BLOCK:
7     Q  Yes.  Is it your understanding that H.B. 3293
8  is limited to excluding trans girls from invitational
9  and postseason opportunities?
10    MR. FRAMPTON:  Object to the form.        02:13:04
11    THE WITNESS: Yes, it is my understanding that
12 the law in West Virginia states that biological females
13 only compete in female sports.
14 BY MR. BLOCK:
15    Q  Right.  But not just -- not just the       02:13:22
16 invitational and postseason opportunities of female
17 sports; right?
18    MR. FRAMPTON:  Same objection.
19    THE WITNESS: Yes, it is my understanding that
20 it is all parts of the sports.                    02:13:31
21 BY MR. BLOCK:
22    Q  Right.  So the H.B. 3293 does not allow trans
23 girls to participate on girls' teams in the regular
24 season play of sports; correct?
25    MR. FRAMPTON:  Object to the form.         02:13:46
                                              Page 204

1     THE WITNESS: I will trust your interpretation
2  on that.
3  BY MR. BLOCK:
4     Q  Would you support a policy of allowing trans
5  girls to participate in regular season play?      02:14:01
6     MR. FRAMPTON:  Object to the form and scope.
7     THE WITNESS: Inasmuch as biological males
8  have inherent athletic advantages over biological
9  females, I think the category should be retained.
10 BY MR. BLOCK:                                 02:14:19
11    Q  Yeah, I know.  I'm -- I'm sorry, I really just
12 need like a clear answer to my questions.
13       This article draws a distinction between
14 allowing trans girls to play in regular season play
15 versus in postseason opportunities.  I'm just trying to 02:14:30
16 get an answer from you about whether you agree with
17 that distinction or not.  So --
18    MR. FRAMPTON:  Objection to the form that
19 misstates the article.
20    MR. BLOCK:  Okay.                          02:14:44
21 BY MR. BLOCK:
22    Q  So --
23    MR. FRAMPTON:  You can go ahead and answer.
24 BY MR. BLOCK:
25    Q  So do you think that trans girls should not be 02:14:45
                                              Page 205

52 (Pages 202 - 205)

Armistead Supp. App. 0402

1 allowed to play on girls' teams for regular season

2 play?

3      MR. FRAMPTON:  Object to the form.

4      Go ahead.

5      THE WITNESS:  I think that whether it's      02:14:58

6 regular season, preseason, postseason, males have

7 inherent athletic advantages; therefore, we should

8 protect women's sports and men's sports.

9 BY MR. BLOCK:

10   Q   So -- so that's a yes?      02:15:13

11      MR. FRAMPTON:  Same objection.

12      THE WITNESS:  I think you could take that as a

13 yes.

14 BY MR. BLOCK:

15   Q   Thank you.      02:15:17

16      All right.  Then if you go down, continuing in

17 the article, the paragraph that says -- let me find

18 this.  All right.  The paragraph above that begins with

19 "where combined."  (As read):

20      Where combined teams or practices      02:15:44

21      coupled with sex segregated

22      competition cannot be -- cannot

23      accomplish institutional goals, the

24      accommodations approach detailed in

25      Part IIIC4 should be adopted."      02:15:55

                              Page 206

1      And that cross references a section that I

2 don't think we need to turn to for purposes of this

3 question, but let me know if you disagree.

4      Then the -- then the paragraph continues,

5 so -- (as read):      02:16:08

6      "This will be the case" --

7      Meaning the accommodations approach should be

8 adopted.

9      (As read):

10      -- "in circumstances where sex      02:16:14

11      segregated teams and events remain

12      necessary to secure parity of

13      opportunity for females.  Where the

14      accommodations approach is adopted,

15      trans students will train and compete      02:16:24

16      consistent with their gender identity

17      so long as their inclusion can be

18      relevantly conditioned.  The NCAA

19      transgender policy is illustrative of

20      a hormonal condition in this category;      02:16:38

21      others that do not require

22      medicalization— such as handicaps,

23      offsets, and quotas— exist as more

24      appropriate models for the high school

25      sports space.      02:16:45

                              Page 207

1      Do you see that?

2   A   Yes, I see that.

3   Q   Okay.  So am I correct in saying that this

4 article points to the NCAA transgender policy as

5 illustrative of a model of allowing trans girls to      02:16:58

6 participate so long as their inclusion can be

7 relatively -- relevantly conditioned?

8      MR. FRAMPTON:  Object to the form.

9      THE WITNESS:  And I'm unclear what they mean

10 by "relevantly conditioned," so I don't know how I can      02:17:21

11 answer that.

12 BY MR. BLOCK:

13   Q   Okay.  Why do you think they're citing the

14 NCAA transgender policy?

15   A   This is the old NCAA policy, not the current      02:17:35

16 NCAA policy, and the old NCAA policy did have a

17 statement about testosterone suppression.

18   Q   So -- and so they are citing testosterone

19 suppression as an example of an accommodations approach

20 that should be used in circumstances for sex-segregated      02:18:00

21 teams and events remain necessary to secure parity of

22 opportunity for females; right?

23      MR. TRYON:  Objection.

24      MR. FRAMPTON:  Object to the form.

25      THE WITNESS:  And again, what -- I'm still not      02:18:19

                              Page 208

1 sure what you're asking me here.

2 BY MR. BLOCK:

3   Q   Sure.  I'm -- I'm asking, does this article

4 support a policy of -- of excluding trans girls and

5 women from all female athletic events, even if they      02:18:28

6 suppress testosterone after puberty?

7      MR. FRAMPTON:  Same objection.

8      THE WITNESS:  As I read it, this article is

9 kind of confusing on that.

10      MR. BLOCK:  Okay.  All right.  I'll -- I'll      02:18:50

11 leave that article at that.

12      Let's next look at the Hilton and Lundberg

13 article, which I will cue up for you.  For some reason,

14 Exhibit Share is being slow.

15      (Exhibit 76 was marked for identification      02:19:43

16      by the court reporter and is attached hereto.)

17 BY MR. BLOCK:

18   Q   Okay.  This should pop up on your exhibit list

19 as Exhibit 76.

20   A   All right.  Exhibit 076 - Hilton - Transgender      02:20:00

21 Women...?

22   Q   Yes.

23   A   Okay.

24   Q   So, you know, we discussed this, you know,

25 as -- you -- you cited this as an exam-- as,      02:20:12

                              Page 209

53 (Pages 206 - 209)

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0403

1 potentially, an example of an article supporting a
2 categorical rule across sports; correct?
3    A   That is correct.
4    Q   Okay.  And you cited this, potentially, as an
5 example of an article supporting an exclusion of trans   02:20:29
6 girls and women even if they've suppressed
7 testosterone; right?
8        MR. FRAMPTON:  Same -- object to the form.
9        THE WITNESS:  Yes.
10 BY MR. BLOCK:                                02:20:40
11    Q   Okay.  Great.
12        So let's look on page 211 of this article.
13        Let me know when you're there.
14    A   All right.  Yep, page 211.
15    Q   Great.  All right.  Sorry.  One second.   02:21:08
16        All right.  If you look on the right-hand
17 column, the second -- the third sentence there, where
18 it begins, "It is also," do you see that?
19    A   So page 211, right-hand column?
20    Q   Second full paragraph, third sentence.   02:21:44
21    A   Yes.  "It is also important to recognize..."
22    Q   Yeah.  So that says (as read):
23        "It is also important to recognize the
24        performance in most sports may be
25        influenced by factors outside muscle     02:21:58
                                                Page 210

1 mass and strength, and the balance
2        between inclusion, safety and fairness
3        therefore differs between sports."
4        Do you see that?
5    A   Yes.                                     02:22:06
6    Q   Okay.  Does that refresh your recollection at
7 all about whether or not this article advocates for a
8 single across-the-board rule?
9        MR. FRAMPTON:  Object to the form.
10        THE WITNESS:  It doesn't make a clear    02:22:21
11 statement one way or the other, necessarily.
12 BY MR. BLOCK:
13    Q   Okay.  So let's continue reading.
14        If you go to the final full paragraph.
15    A   Okay.                                    02:22:47
16    Q   The second sentence beginning with
17 "regardless."
18    A   Okay.
19    Q   Okay.  It says (as read):
20        "Regardless of what the future will      02:22:54
21        bring in terms of revised transgender
22        policies, it is clear that different
23        sports differ vastly in terms of
24        physiological determinants of success,
25        which may create safety considerations   02:23:05
                                                Page 211

1        and may alter the importance of
2        retained performance advantages.
3        Thus, we argue against universal
4        guidelines for transgender athletes in
5        sport and instead propose that each      02:23:17
6        individual sports federation evaluate
7        their own conditions for inclusivity,
8        fairness and safety."
9        Do you see that?
10    A   Yes, I do.                               02:23:26
11    Q   Okay.  So is it fair to say that this article,
12 they state that they argue against universal guidelines
13 for transgender athletes in sport?
14        MR. FRAMPTON:  Object to form.
15        THE WITNESS:  Yes, that would be a correct   02:23:42
16 statement based on what is written right there.
17 BY MR. BLOCK:
18    Q   Okay.  So based on what is written right
19 there, they do not support a single categorical rule
20 that applies equally to all sporting events; correct?   02:23:52
21        MR. FRAMPTON:  Same objection.
22        THE WITNESS:  Based on that sentence, that is
23 correct.
24 BY MR. BLOCK:
25    Q   Okay.  Let's go to page 209 of this.      02:23:59
                                                Page 212

1        At the top of the page, on the left-hand
2 column.
3    A   Okay.
4    Q   Okay.  The paragraph beginning -- I mean, not
5 the paragraph.  The sentence beginning with the word   02:24:28
6 "however."
7        Do you see that --
8    A   Yes.
9    Q   -- right in the middle of that first
10 paragraph?                                        02:24:35
11        All right.  It says (as read):
12        "However, given the plausible
13        disadvantages with testosterone
14        suppression mentioned in this section,
15        together with the more marginal male     02:24:43
16        advantage in endurance-based sports,
17        the balance between inclusion and
18        fairness is likely closer to
19        equilibrium in weight-bearing
20        endurance-based sports compared with     02:24:55
21        strength-based sports where the male
22        advantage is still substantial.
23        Do you see that?
24    A   Yes, I do.
25    Q   All right.  So -- and feel free to read more   02:25:03
                                                Page 213

54 (Pages 210 - 213)

1 of that paragraph of which this is an excerpt, but is
2 it fair to say that the authors of this article are
3 saying there is a substantial advantage for
4 strength-based sports for transgender women who
5 suppress testosterone, but when it comes to -- when it   02:25:25
6 comes to weightbearing endurance-based sports, the
7 balance between inclusion and fairness is likely closer
8 to equilibrium?
9        MR. FRAMPTON:  Object to the form.
10        MR. TRYON:  Objection.          02:25:45
11        THE WITNESS:  I think you need to take that
12 particular statement in context of the other
13 information presented in this article in which the
14 authors clearly demonstrate a 10 to 13 percent
15 advantage in endurance performance for males compared   02:25:57
16 to females relative to the 30 to 60 percent -- I guess
17 I could look up at the table and tell you exactly the
18 percent -- that they're showing for advantage in
19 strength-based sports.
20        And then if you look at the para- -- the   02:26:10
21 sentence right above what you've quoted, they mention
22 about unknown effects on vari- -- a number of the
23 determinants of endurance performance.
24        And so I really can't say too much beyond that
25 that is kind of a speculative statement.          02:26:26

Page 214

1 BY MR. BLOCK:
2    Q  I see.  So if you look on page 208, there's a
3 discussion about -- on the right-hand column, there's a
4 discussion about hemoglob- -- hemoglobin levels being
5 reduced with once testosterone is suppressed; correct?   02:26:48
6    A  Yes.  Second paragraph down, page 208, starts
7 "Circulating hemoglobin."
8    Q  Right.  And if you -- and then if you look at
9 the next paragraph, it also says (as read):
10        "The typical increase in body fat          02:27:07
11        noted in transgender women may also be
12        a disadvantage for sporting activities
13        (e.g. running) where body weight (or
14        fat distribution) presents a marginal
15        disadvantage."          02:27:21
16        Right?
17    A  Correct.
18    Q  Okay.  All right.  I'll leave it at that
19 article.
20        We already -- you mentioned the World Rugby   02:27:36
21 policies, and you already noted that World Rugby allows
22 girls and women -- trans girls and women to -- I guess
23 I'll start over.
24        You already mentioned that World Rugby allows
25 trans women to participate in women's rugby if they've   02:27:55

Page 215

1 had puberty blockers and, therefore, not experienced
2 endogenous puberty; right?
3        MR. FRAMPTON:  Object to form.
4        Go ahead.
5        I'm sorry.  I couldn't tell if you finished   02:28:11
6 the question.
7        Go --
8        MR. FRAMPTON:  But objection.
9        Go ahead and answer.
10        THE WITNESS:  All right.  That is my          02:28:14
11 understanding of what World Rugby has stated.
12 BY MR. BLOCK:
13    Q  Okay.  So you don't need me to put on the
14 screen a -- a copy of the World Rugby policy to -- to
15 point out that provision, do you?          02:28:27
16    A  I would ask you to put it on the screen so we
17 can evaluate if they cite any sources to make that
18 statement.
19    Q  Sure.  Let's put that -- let's put it on the
20 screen.  One second.          02:28:40
21        MS. DUPHILY:  Did you say you wanted to put
22 something on the screen or --
23        MR. BLOCK:  No, I'll take -- I'll take care of
24 it.  I'm just looking up which specific one I want to
25 put up.          02:29:03

Page 216

1        MS. DUPHILY:  Okay.
2        (Exhibit 77 was marked for identification
3        by the court reporter and is attached hereto.)
4 BY MR. BLOCK:
5    Q  All right.  So this is going to pop up as   02:29:22
6 marked as Exhibit 77.  Let me know when you see it.
7    A  All right.  Exhibit 077 - World Rugby
8 Transgender...?
9    Q  Yes.  All right.  And you see it says, "Can
10 transgender women play rugby?" right?          02:29:58
11    A  Yes.
12    Q  Okay.  And the first bullet point says (as
13 read):
14        "Transgender women who transitioned
15        pre-puberty and have not experienced          02:30:08
16        the biological effects of testosterone
17        during puberty and adolescence can
18        play women's rugby (subject to
19        confirmation of medical treatment and
20        the timing thereof).          02:30:18
21        Right?
22    A  Yes, I see that.
23    Q  Okay.  The third bullet point also says (as
24 read):
25        "Transgender women can play          02:30:22

Page 217

55 (Pages 214 - 217)

Armistead Supp. App. 0405

| | |
|---|---|
| 1   mixed-gender non-contact rugby." | 1   it. |
| 2   Right? | 2      A   All right.  Exhibit 078 - Harper. |
| 3      A   Yes. | 3      Q   All right.  See if I can grab -- all right. |
| 4      Q   Okay.  And if we -- scroll down. | 4   So if you go to page 7.  Let me know when you're there. |
| 5      Do you know -- do you know if World Rugby at    02:31:00 | 5      A   All right.  Page 7 of 9.                02:34:17 |
| 6   all talks about any advantages for -- between boys and | 6      Q   Yeah.  So if you look at the first full |
| 7   girls before puberty? | 7   paragraph, beginning with "in contrast," do you see |
| 8      A   I don't recall this document from World Rugby | 8   that? |
| 9   evaluating differences between boys and girls | 9      A   Yes. |
| 10   prepuberty.                          02:31:25 | 10      Q   Okay.  It says (as read):              02:34:35 |
| 11      Q   Can you recall any document from World Rugby | 11      "In contrast to strength-related data, |
| 12   evaluating that? | 12      blood cell findings revealed a |
| 13      A   Sitting here right now, I cannot recall that | 13      different time course of change. |
| 14   World Rugby has evaluated and cited sources on | 14      After 3-4 months on GAHT" -- which is |
| 15   differences before puberty or the effect of puberty    02:31:45 | 15      gender-affirming hormone therapy --       02:34:48 |
| 16   blockers on those differences. | 16      "the HCT or Hgb levels of transwomen |
| 17      Q   Okay.  All right. | 17      matched those of cisgender women, with |
| 18      So that's -- that's World Rugby.  So we can | 18      levels remaining stable within the |
| 19   put that down as not supporting a policy of excluding | 19      'normal' female range for studies |
| 20   trans girls and women from participating in girls and    02:32:04 | 20      lasting up to 36 months."               02:35:02 |
| 21   women's sports if they've had puberty blockers; | 21      Do you see that? |
| 22   correct? | 22      A   Yes, I do. |
| 23      MR. FRAMPTON:  Object to the form. | 23      Q   Okay.  And then if you look at the bottom of |
| 24      THE WITNESS:  I think it's important that | 24   the paragraph, so that's the top of the second column, |
| 25   that's specific to rugby.              02:32:18 | 25   it says (as read):                      02:35:19 |
| Page 218 | Page 220 |

| | |
|---|---|
| 1   BY MR. BLOCK: | 1      "Given this, and that the changes in |
| 2      Q   I -- I understand.  But the -- the answer to | 2      Hgb/HCT follow a different time course |
| 3   my question is correct; right? | 3      than strength changes, sport-specific |
| 4      MR. FRAMPTON:  Object to the form. | 4      regulations for transwomen in |
| 5      THE WITNESS:  Isn't that what I said?    02:32:26 | 5      endurance versus strength sports may       02:35:30 |
| 6   BY MR. BLOCK: | 6      be needed." |
| 7      Q   No.  You -- you've made a different statement, | 7      Do you see that? |
| 8   so I -- I just -- I need you to answer my question | 8      A   Yes, I see that. |
| 9   before you make a different statement. | 9      Q   Okay.  So is this Harper article advocating |
| 10      So it's fair to say that -- that        02:32:35 | 10   for a single categorical rule that doesn't distinguish    02:35:41 |
| 11   World Rugby -- this World Rugby policy does not support | 11   between endurance sports and strength sports? |
| 12   excluding trans girls and women from girls and women's | 12      MR. FRAMPTON:  Object to the form. |
| 13   teams in rugby if they have been on hormone blockers | 13      THE WITNESS:  That would appear to be correct. |
| 14   and not experien- -- puberty blockers and not | 14   BY MR. BLOCK: |
| 15   experienced endogenous puberty; correct?    02:32:58 | 15      Q   Okay.  Now, if you look at the bottom right,    02:35:53 |
| 16      MR. FRAMPTON:  Object to the form. | 16   so the last paragraph, bottom right of page 7, it says |
| 17      THE WITNESS:  Yes, that is correct, as you | 17   (as read): |
| 18   stated, the World Rugby statement is about rugby. | 18      "Although the data we present are |
| 19      (Exhibit 78 was marked for identification | 19      meaningful, the effects of GAHT on |
| 20      by the court reporter and is attached hereto.)    02:33:10 | 20      these parameters, or indeed athletic        02:36:15 |
| 21   BY MR. BLOCK: | 21      performance in transgender people who |
| 22      Q   Okay.  All right.  Now let's look at the | 22      engage in training and competition, |
| 23   Harper 2021 article. | 23      remain unknown." |
| 24      All right.  This is going to appear on your | 24      Do you see that? |
| 25   screen as Exhibit 78.  Please let me know once you have    02:33:36 | 25      A   Yes.                               02:36:23 |
| Page 219 | Page 221 |

56 (Pages 218 - 221)

Armistead Supp. App. 0406

1  Q  Okay. Great.
2      And then if we move down -- actually, never
3  mind. I'll come -- I'll come back to this article.
4  I -- I have one more to quote for you, and then I'll
5  come back to this article.          02:36:44
6      If you go to page 8, at the very end, the
7  second to last sentence.
8  A  Is that the one that starts "Whether
9  transgender"?
10  Q  Yes. It says (as read):          02:36:57
11      Whether --
12  A  Okay.
13  Q  (As read):
14      "Whether transgender and cisgender
15      women can engage in meaningful sport,   02:37:02
16      even after gender-affirming hormone
17      therapy, is a highly debated question.
18      However, before this question can be
19      answered with any certainty, the
20      intricacies and complexity of factors   02:37:12
21      that feed into the development of
22      high-performance athletes warrant
23      further investigation of attributes
24      beyond those assessed herein."
25      Do you see that?          02:37:23

Page 222

1  A  I see that.
2  Q  Okay. So do the authors of this article
3  believe that the information they present here allows a
4  policy maker to determine with any certainty whether
5  transgender and cisgender women can engage in   02:37:38
6  meaningful sport after GAHT?
7      MR. FRAMPTON: Object to the form.
8      MR. TRYON: Objection.
9      THE WITNESS: The authors state that that
10  question cannot be answered.          02:37:52
11  BY MR. BLOCK:
12  Q  Okay. And you -- do you think the question
13  can be answered?
14      MR. FRAMPTON: Object to the form.
15      Go ahead.          02:38:05
16      THE WITNESS: I think that the question can be
17  answered sufficiently that we should not do away with
18  existing policies until further information
19  demonstrating the removal of biological male advantage
20  has been obtained.          02:38:18
21  BY MR. BLOCK:
22  Q  Okay. Let me ask that again.
23      So the -- the -- the -- because I'm just not
24  sure it came out clearly.
25      So the authors of this article say -- I'm just   02:38:32

Page 223

1  going to read it again for the record. (As read):
2      "Whether transgender and cisgender
3      women can engage in meaningful sport,
4      even after gender-affirming hormone
5      therapy, is a highly debated question.       02:38:47
6      However, before this question can be
7      answered with any certainty, the
8      intricacies and complexity of factors
9      that feed into the development of
10      high-performance athletes warrant       02:38:56
11      further investigation of attributes
12      beyond those assessed herein."
13      Do you agree or disagree with that statement?
14      MR. FRAMPTON: Object to the form.
15      Go ahead.          02:39:08
16      THE WITNESS: So what is the question I'm
17  agreeing with or not agreeing with?
18  BY MR. BLOCK:
19  Q  I -- I believe the question is that until --
20  until the intricacies and complexity of factors that   02:39:24
21  feed into the development of high-performance
22  athletes -- let me ask the question again in a -- in a
23  clearer way.
24      Do you -- the -- the question is, do you -- is
25  the information presented in this article sufficient   02:39:37

Page 224

1  for a policy maker to answer with any certainty whether
2  transgender and cisgender women can engage in
3  meaningful sport after gender-affirming hormone
4  therapy?
5      MR. FRAMPTON: Same objection.          02:39:55
6      Go ahead.
7      THE WITNESS: What is meant by "meaningful
8  sport"?
9  BY MR. BLOCK:
10  Q  What -- what do you think is meant by   02:39:59
11  "meaningful sport"?
12  A  I asked first.
13  Q  So you can't answer the question without
14  knowing more what they mean by "meaningful sport"?
15  A  Yes, I would like know what they mean more by   02:40:19
16  "meaningful sport."
17  Q  Okay. Do you think that -- all right. We can
18  come back to this article later too.
19      So a question about the Hamilton article. You
20  have several times, if I'm right, referenced a   02:40:45
21  statement in the Hamilton article about how women have
22  a right to compete in a protected category; is that
23  right?
24  A  Yes, I have stated that.
25  Q  Okay. Is there any other portion of the   02:41:02

Page 225

57 (Pages 222 - 225)

Armistead Supp. App. 0407

1 Hamilton article that you remember?

2      MR. FRAMPTON: Object to the form.

3      THE WITNESS: I remember there was a lot of

4 statements in the Hamilton article that seemed

5 confusing and contradictory.            02:41:18

6 BY MR. BLOCK:

7      Q  What do you mean by "confusing and

8 contradictory"?

9      A  Again, if I'm remembering the article

10 correctly, it seemed like they would make a statement   02:41:30

11 in one place about how trans women retain significant

12 advantages and then in another statement state

13 something about how those advantages wouldn't influence

14 sport performance and then come back and state that

15 those are advantages that influence sport performance.   02:41:48

16     I'm -- I'm grossly generalizing here, but that

17 was my impression because I read a lot of the article.

18     Q  Okay.  Which portions of the article did you

19 decide to cite in your report?

20     MR. FRAMPTON: Object to the form.         02:42:06

21     THE WITNESS: The -- if I'm remembering

22 correctly, that is a direct quote from Hamilton, that

23 cisgender women deserve to compete in a protected

24 category, and I thought that was a very clear statement

25 from that article.              02:42:22

Page 226

1 BY MR. BLOCK:

2      Q  Okay.  But -- but you had said before that

3 several statements in the article are contradictory;

4 right?

5      A  Yes.                  02:42:30

6      Q  Okay.  And in your report, you quoted the

7 statements that you believe support excluding trans

8 girls and women from female sports; is that right?

9      MR. FRAMPTON: Object to the form.

10     THE WITNESS: Yes, I quoted from Hamilton    02:42:56

11 those parts that -- yeah, as you said.

12 BY MR. BLOCK:

13     Q  Okay.  But you didn't quote any of the

14 portions of the Hamilton article that are contradictory

15 with that; right?                02:43:19

16     MR. FRAMPTON: Object to the form.

17     THE WITNESS: I didn't put quotations in there

18 that were confusing and contradictory to other

19 quotations in the article.

20 BY MR. BLOCK:                  02:43:28

21     Q  Well, so if there's two quotations in the

22 article, one of them supports allowing trans women to

23 participate and the other one opposes allowing

24 transgender women to participate, you decided to cite

25 to the quote that opposes allowing trans women to    02:43:42

Page 227

1 participate; right?

2      MR. FRAMPTON: Object to the form.

3      THE WITNESS: Yes, that is what I quoted.

4 BY MR. BLOCK:

5      Q  Okay.  And why did you choose to cite the    02:43:55

6 portions that you believe support opposing -- I'll ask

7 again.

8      Why did you choose to cite to the portions

9 that would support excluding transgender women instead

10 of the portions of the article that you think support   02:44:08

11 including them?

12     MR. FRAMPTON: Object to the form.

13     THE WITNESS: Because as I read the article

14 and evaluated the information, I thought it was a clear

15 statement opposing the inclusion of trans women in    02:44:22

16 women's sports.

17     (Exhibit 79 was marked for identification

18     by the court reporter and is attached hereto.)

19 BY MR. BLOCK:

20     Q  Okay.  So let's look at the -- let's look at    02:44:28

21 the article.

22     So this will appear on your screen in a second

23 as Exhibit 79.  Let me know when it appears.

24     A  All right.  Exhibit 079 - Hamilton.

25     Q  Okay.  Is this article that you were    02:45:19

Page 228

1 referencing when you cited to the 2021 Hamilton

2 article?

3      A  Yes.  I think I also refer to it in my

4 declaration as the FIMS 2021 statement.

5      Q  Yeah.  What -- what is FIMS?         02:45:33

6      A  It's the International Sports Medicine

7 Federation.  I think it's French, is why it's like

8 Federation International Medicine Sport.  That's why it

9 becomes FIMS.

10     Q  Uh-huh.                02:45:46

11     A  Beyond that, it's just a -- it's a

12 professional organization of people interested in

13 sports medicine.

14     Q  Is -- in your -- your report, you say that the

15 statement is "signed by more than 60 sports medicine    02:46:01

16 experts from prestigious institutions around the

17 world"; is that right?

18     A  What page is that on my declaration so I make

19 sure I'm agreeing to a number that --

20     Q  Sure.  It's paragraph 167, which is page 56 of   02:46:16

21 the PDF.  And it's page 51 of the bottom pagination.

22     A  All right.  Yes, that is what I stated in my

23 declaration.

24     Q  Okay.  So the views expressed by this body,

25 you think, are entitled to significant weight; right?   02:46:36

Page 229

58 (Pages 226 - 229)

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0408

1    MR. FRAMPTON:  Object to the form.
2        THE WITNESS:  It is an -- it is a statement
3  from an organization that is, you know, a respected
4  organization.
5  BY MR. BLOCK:                          02:46:58
6    Q  Okay.  If you turn to page 2 of this, so
7  page 1402, at the top left, there's a little box that
8  says "Key Points."
9        Do you see that?
10   A  Yes.                              02:47:08
11   Q  Okay.  Key Points.  And the first point there
12 is (as read):
13       "The use of testosterone concentration
14       limits of 5 nmol/L in transwomen and
15       DSD women athletes is a justifiable    02:47:19
16       threshold based on the best available
17       scientific evidence."
18       Did I read that right?
19   A  You read that correctly.
20   Q  And so of the points in this article    02:47:29
21 highlighted as the key points, this is the first one;
22 right?
23       MR. FRAMPTON:  Object to the form.
24       THE WITNESS:  Yes, that appears to be the
25 first highlighted key point.           02:47:39
                                    Page 230

1  BY MR. BLOCK:
2    Q  Okay.  But you didn't choose to mention this
3  first key point in your report; right?
4    A  That is correct.
5    Q  Okay.  Why not?                    02:47:49
6    A  I disagree with that key point.
7    Q  Okay.  So you only highlighted -- you only
8  cited to the portions of this article that you agreed
9  with; right?
10       MR. FRAMPTON:  Object to the form.    02:47:58
11       THE WITNESS:  I cited the information that I
12 agree with after evaluating the other scientific
13 information.
14 BY MR. BLOCK:
15   Q  Let's go to 1409.                  02:48:22
16       Do you see that?
17   A  Yes.
18   Q  Okay.  So the third bullet point here, when we
19 get to -- this is -- I'm sorry, under -- this whole
20 section of bullet points is under the subsection 5.7    02:48:41
21 "FIMS Consensus Statements for the Integration of DSD
22 Women and Transwomen Athletes into Elite Female Sport";
23 right?
24   A  That is correct.
25   Q  All right.  So based on the foregoing    02:48:53
                                    Page 231

1  information discussed in the article, these are the
2  consensus statements that FIMS agreed upon; right?
3    A  That's a reasonable conclusion, yes.
4    Q  Okay.  So the third bullet point on the
5  right-hand column is (as read):              02:49:13
6        "Transwomen have a (sic) right to
7        compete in sports.  However, cisgender
8        women have the right to compete in a
9        protected category."
10       Is that right?                    02:49:26
11   A  That's correct.
12   Q  Okay.  And this bullet point is a bullet point
13 that you included in your report; right?
14   A  Correct.
15   Q  Okay.  Do you know if you included any of the    02:49:33
16 other bullet points in your report?
17   A  I don't think I included any of the other
18 bullet points.
19   Q  Okay.  So let's look at some of those other
20 bullet points.                          02:49:46
21       If you go two bullet points down from the --
22 the one we just looked at, it says (as read):
23       "As each sport can vary greatly in
24       terms of physiological demands, we
25       support the view held also by others    02:49:58
                                    Page 232

1        stating that individual
2        sport-governing bodies should develop
3        their own individual policies based on
4        broader guidelines developed on the
5        best available scientific evidence,     02:50:09
6        determined experimentally from a
7        variety of sources with a particular
8        preference for studies on transwomen
9        and DSD women athletes."
10       Did I read that right?            02:50:19
11   A  Yes.
12   Q  Okay.  So this bullet point supports having
13 different policies developed by different sport's
14 governing bodies; right?
15       MR. FRAMPTON:  Object to the form.    02:50:32
16       THE WITNESS:  That is a great example of a
17 bullet point that seems contradictory to a previous
18 statement.
19 BY MR. BLOCK:
20   Q  Okay.  But this statement here does not    02:50:39
21 support an across-the-board policy that applies to all
22 difference types of sports; is that right?
23       MR. FRAMPTON:  Same objection.
24       Go ahead.
25       THE WITNESS:  That is correct.      02:50:54
                                    Page 233

                              59 (Pages 230 - 233)

1 BY MR. BLOCK:
2    Q   And then two more bullet points down, it says
3 (as read):
4       "The use of serum testosterone
5       concentrations as the primary          02:51:17
6       biomarker to regulate the inclusion of
7       athletes into male and female
8       categories is currently the most
9       justified solution as it is supported
10      by the available scientific literature  02:51:27
11      and should be implemented at the elite
12      level, where there is an emphasis on
13      performance enhancement."
14      Did I read that right?
15   A   Yes, you read that correctly.          02:51:38
16   Q   Okay.  And that's -- that's similar to the key
17 point that we talked about before, on the second page;
18 right?
19   A   That is similar to that previous key point.
20   Q   Okay.  And then if you turn the page, the   02:51:46
21 first full -- fir- -- excuse me -- the first full
22 bullet point at the top, you know, again, is --
23 essentially restates the -- the key point that we
24 discussed before; is that right?
25      MR. FRAMPTON:  Same objection.         02:52:04
                                              Page 234

1       Go ahead.
2       THE WITNESS:  Yes.  That reiterates the
3 5 nmol/L threshold for testosterone.
4 BY MR. BLOCK:
5    Q   Okay.  And then the sentence also says that   02:52:14
6 that threshold may be modified as new evidence arises
7 for an event or sport-specific concentrations; is that
8 right?
9    A   Yes, that is what it says.
10   Q   Okay.  And so -- so that -- that bullet point   02:52:28
11 and the other bullet point we looked at about the use
12 of serum testosterone and the other bullet point about
13 having individual policies for individual sports are
14 bullet points that you disagreed with; right?
15   A   That is correct.                       02:52:49
16   Q   Okay.  And because you disagreed with them,
17 you did not include them in your report?
18      MR. FRAMPTON:  Object to the form.
19      Go ahead.
20      THE WITNESS:  That is correct.          02:53:01
21 BY MR. BLOCK:
22   Q   Okay.  But at least according to this
23 document, the -- all the authors of this statement had
24 agreed on those bullet points as consensus statements;
25 right?                                        02:53:19
                                              Page 235

1       MR. FRAMPTON:  Object to the form.
2       THE WITNESS:  Assuming that the authors, you
3 know, agreed to it with their signature, that is a
4 reasonable assumption.
5 BY MR. BLOCK:                                 02:53:31
6    Q   Okay.  Great.
7       And actually -- in fact -- one second.
8       All right.  If you look at page 1403, it
9 says -- at the bottom of that first paragraph, do you
10 see where it says "all statements"?           02:54:16
11   A   The bottom of which paragraph?
12   Q   Sorry.  On the right-hand column, on
13 page 1403, under the "Methods" section, do you see
14 that?  The paragraph begins with -- with "here."
15 "Here, we present."                           02:54:37
16   A   Yes.
17   Q   Okay.  So the last sentence -- the last two
18 sentences say (as read):
19      "All statements received unanimous
20      approval by all named authors except     02:54:48
21      for the statement on the testosterone
22      limit of 5 nmol/L, which received
23      majority approval and the voting
24      result is included in this (sic)
25      article."                               02:54:59
                                              Page 236

1       Do you see that?
2    A   Yes, I see that.
3    Q   All right.  So let's go down to what the
4 voting results were for that.
5       Okay.  It's actually on the bullet points that   02:55:20
6 we looked at before, on 1410.
7    A   On page 1410?
8    Q   Uh-huh.
9    A   All right.
10   Q   Okay.  So beginning with -- so the first --   02:55:38
11 the second full bullet point, it says (as read):
12      "The statement on the testosterone
13      concentration threshold for transwomen
14      and DSD women athletes was the only
15      point of contention for the FIMS         02:55:48
16      Panel.  All 70 authors voted, of whom
17      87% were in favour of the 5 nmol/L
18      threshold, 2% of the authors were in
19      favour of a threshold of 8 nmol/L, 2%
20      were in favour of a threshold around     02:56:04
21      the upper testosterone concentration
22      of normal healthy females of
23      0.2-1.7 nmol/L, and 8% of authors were
24      in favour of no change to the limit
25      until further evidence was acquired."    02:56:18
                                              Page 237

60 (Pages 234 - 237)

Armistead Supp. App. 0410

1     Do you see that?
2     A  Yes, I see that.
3     Q  Okay.  So -- so based on this paragraph, it
4  appears that none of the 70 authors supported a policy
5  of prohibiting trans women from participating, you        02:56:35
6  know, regardless of how low they suppressed their
7  circulating testosterone levels; right?
8         MR. FRAMPTON:  Object to the form.
9         THE WITNESS:  Can you restate the question?
10 BY MR. BLOCK:                                             02:56:58
11    Q  Sure.  Did any of the 70 au-- 70 authors
12 vote in favor of prohibiting trans women completely
13 from prohibiting -- from -- from participating in
14 women's sports regardless of how low they -- they
15 lowered their levels of circulating testosterone?        02:57:15
16        MR. FRAMPTON:  Same objection.
17        THE WITNESS:  I would really like to read the
18 article more and not just look at this particular
19 statement on their decision on what they thought were
20 acceptable testosterone levels.                          02:57:27
21 BY MR. BLOCK:
22    Q  Okay.  But based on this paragraph, it appears
23 that none of the 70 authors supported a policy
24 analogous to H.B. 3293; right?
25        MR. FRAMPTON:  Same objection.                    02:57:46

Page 238

1  briefing book.  So this is Exhibit 69, if you could
2  pull it up again.
3     A  All right.  Women's Sports Policy Working
4  Group, Briefing Book?
5     Q  Yes.                                               02:59:21
6        All right.  If you look at page 15.
7     A  All right.  Page 15.
8     Q  So at the -- the top, you can see this is
9  their Proposed Amendment to the Title IX Regulations.
10       Do you see that?                                   03:00:04
11    A  Yes.
12    Q  Okay.  So if we scroll down to subsection C,
13 Treatment of Transgender Athletes, do you see that?
14    A  Yes.
15    Q  Okay.  So -- so subsection (c)(1) says (as        03:00:12
16 read):
17       Because trans girls/women who have not
18       begun male puberty do not have
19       significant male linked -- male
20       sex-linked advantages, they shall be              03:00:24
21       included in girls' and women's sports
22       without conditions or limitations.
23       Do you see that?
24    A  I see that.
25    Q  All right.  So to the extent that H.B. 3293       03:00:33

Page 240

1        THE WITNESS:  And this is another example of
2  something that is confusing and contradictory to me, is
3  when they say that cisgender women deserve a protected
4  category and then have this kind of a statement.
5  BY MR. BLOCK:                                            02:57:57
6     Q  Well, isn't one way to reconcile it that it's
7  possible to have a protected category for cisgender
8  women if appropriate conditions are placed on the
9  participation of trans women?
10       MR. FRAMPTON:  Object to the form.                02:58:17
11       THE WITNESS:  My understanding of the
12 intention of the authors is then it would no longer be
13 a protected category.
14 BY MR. BLOCK:
15    Q  Well, it would be protected from participation  02:58:24
16 by cisgender men or anyone else with circulating levels
17 of testosterone over the threshold limit; right?
18       MR. FRAMPTON:  Same objection.
19       THE WITNESS:  Within the -- the field, a
20 protected category of women typically means biological  02:58:38
21 women.
22 BY MR. BLOCK:
23    Q  Okay.  Let's look at the next document.
24       All right.  And, actually, we already marked
25 this one as an exhibit.  This is the women's policy     02:58:57

Page 239

1  prohibits trans girls and women from participating in
2  women's sports, even if they have not experienced
3  endogenous male puberty, the authors of this briefing
4  book would disagree with H.B. 3293, to that extent?
5        MR. FRAMPTON:  Object to the form.                03:00:56
6        THE WITNESS:  I don't think that I can speak
7  on behalf of these authors for what they agree or
8  disagree with regarding H.B. 323 (sic) -- whatever it
9  is.  Sorry.
10 BY MR. BLOCK:                                            03:01:12
11    Q  Okay.  So do you think that subsection (c)(1)
12 is consistent with H.B. 3293?
13       MR. FRAMPTON:  Object to the form.
14       THE WITNESS:  Well, (c)(1) says they shall be
15 included in girls and women's sports.                    03:01:28
16 BY MR. BLOCK:
17    Q  So the answer to my question is yes?
18       MR. FRAMPTON:  Object to the form.
19 BY MR. BLOCK:
20    Q  I mean -- no, I'll just ask that again.           03:01:40
21       Can you just give me a "yes" or "no" answer so
22 I don't have to worry about getting a clean transcript?
23       So just -- my question is, is section (c)(1)
24 consistent with H.B. 3293?
25       MR. FRAMPTON:  Same objection.                    03:01:52

Page 241

61 (Pages 238 - 241)

Armistead Supp. App. 0411

1      Go ahead.
2      THE WITNESS:  I think there is an
3  inconsistency there.
4  BY MR. BLOCK:
5      Q   Okay.  Thank you.                    03:02:02
6      If you look at section (c)(3), it says (as
7  read):
8      "Trans girls/women who have
9      experienced all or part of male
10     puberty and who have sufficiently      03:02:14
11     mitigated their male sex-linked
12     advantages — through surgery and/or
13     gender affirming hormones consistent
14     with the rules of their international
15     federations — may participate in      03:02:25
16     girls'/women's sport without
17     additional conditions or limitations."
18     Do you see that?
19     A   I see that.
20     Q   Okay.  And so section (c)(3) is also   03:02:32
21  inconsistent with H.B. 3293; correct?
22     MR. FRAMPTON:  Same objection.
23     Go ahead.
24     THE WITNESS:  I would say that it may or may
25  not, apparently depending on the rules of the   03:02:44

Page 242

1  international federations.
2  BY MR. BLOCK:
3      Q   Okay.  So are there any international
4  federations, aside from rugby, that categorically
5  exclude girls and women who are transgender from   03:02:58
6  participating in the female category?
7      A   There has been a lot of changes in those
8  lately and a lot of organizations debating that, and so
9  I can't say for certain whether there is or is not an
10  organization or no organizations that specifically   03:03:16
11  state that.
12     Q   But you consider yourself an expert on this
13  issue, don't you?
14     A   Yes.  And there's at lot of organizations that
15  are in process of making decisions, and so I can't say   03:03:29
16  what their decisions are when they have not released
17  their decisions.
18     Q   All right.  Well, has any organization
19  released a decision excluding trans girls and women
20  from participating in the female category, even if they   03:03:43
21  have lowered their circulating testosterone, besides
22  rugby?
23     A   I know swimming had a recent change, and I
24  can't remember the exact wording on that, and -- again,
25  that's what I can remember right now at this moment.   03:04:10

Page 243

1      Q   All right.  Does -- did the recent change from
2  swimming categorically exclude trans girls and women
3  from participating in women's swimming events?
4      MR. FRAMPTON:  Objection to the form.
5      THE WITNESS:  I would need to look at the   03:04:28
6  document to be sure.
7  BY MR. BLOCK:
8      Q   Isn't it true that the new swimming policy
9  extended the period of hormone suppression to three
10  years?  Does that sound familiar to you?   03:04:46
11     A   As you say it, it sounds familiar, but I can't
12  be sure if I'm remembering it because you told me I
13  should remember it.
14     Q   Okay.  Well, we'll -- we'll get you a -- a
15  copy of that.                              03:05:05
16     And then subsection (4) says (as read):
17     "Trans girls/women who have
18     experienced all or part of male
19     puberty and who have not, or only
20     insufficiently, mitigated their male   03:05:19
21     sex-linked advantages according to the
22     international federation standards in
23     their sport may be accommodated within
24     girls'/women's sports but not in
25     head-to-head competition with female   03:05:31

Page 244

1      athletes."
2      Do you see that?
3      A   I see that.
4      Q   Okay.  And so that also is inconsistent with
5  H.B. 3293; correct?                        03:05:39
6      MR. FRAMPTON:  Object to the form.
7      THE WITNESS:  This is somewhat of a confusing
8  statement because how is somehow included in women's
9  sports if they're not competing head-to-head with
10  women.                                    03:05:50
11  BY MR. BLOCK:
12     Q   Well, there's scrimmages and, you know, team
13  practices and other events that are not for trophies.
14     Those are some examples; right?
15     A   And I would ask, are they really included,   03:06:07
16  then, if they can only participate in limited aspects
17  of the sport.
18     Q   Okay.  But my question is whether or not this
19  is consistent with H.B. 3293.
20     And so section (c)(4) is inconsistent with   03:06:22
21  H.B. 3293; correct?
22     MR. FRAMPTON:  Object to the form.
23     THE WITNESS:  I would need to refer back to
24  the bill to be certain, but I think that your statement
25  is, yes, this is an inconsistency.        03:06:39

Page 245

62 (Pages 242 - 245)

1 BY MR. BLOCK:
2    Q   Okay.  Let's go back to your report.  So
3 that's Exhibit -- oh, I'm sorry, I just want to make
4 sure we got through all of the sources cited in that
5 paragraph of your report.  So let me -- let's turn to    03:07:09
6 your report and just make sure we've -- we've looked at
7 all of them because I don't want to leave any out.
8        I believe -- is this on page 8?  Or
9 paragraph 8?  It's paragraph 8, I believe.  On page 7,
10 paragraph 8.                                              03:07:30
11       Let me know when you're there.
12    A   I'm there.
13    Q   Okay.  So we looked at Coleman 2020; correct?
14    A   Yes.
15    Q   And Hilton and Lundberg 2021; correct?          03:07:42
16    A   Yes.
17    Q   And World Rugby?
18    A   Yes.
19    Q   And Harper 2021?
20    A   Yes.                                             03:07:53
21    Q   And Hamilton 2021?
22    A   Yes.
23    Q   And a briefing book prepared by the Women's
24 Sports Policy Working Group 2021; right?
25    A   Yes.                                             03:08:00

Page 246

1    Q   Okay.  So now that we've looked at all of
2 those, do any of them advocate in favor of excluding
3 girls and women who are trans from participating in
4 women's sports if they have had puberty blockers and
5 not gone through endogenous puberty?                     03:08:17
6        MR. FRAMPTON:  Object to the form.
7        Go ahead.
8        THE WITNESS:  I still think that that
9 statement from Hamilton, where they say women deserve a
10 protected category, with the understanding that         03:08:24
11 protected category, as it is used in the field, means
12 biological women only.
13 BY MR. BLOCK:
14    Q   Okay.  But other portions of the -- the
15 Hamilton statement don't support that; correct?         03:08:39
16    A   Correct.
17    Q   Okay.  So after reviewing all these sources,
18 let's see, how -- how many of them do we think support
19 excluding girls and women who are transgender if
20 they've experienced puberty then suppressed their       03:09:04
21 testosterone?
22       MR. FRAMPTON:  Object to the form.
23       THE WITNESS:  So as we've reviewed these
24 sitting here, I would say Hamilton supports it, with
25 the caveat that it is, at times, contradictory.         03:09:20

Page 247

1 BY MR. BLOCK:
2    Q   Okay.  And did any of these sources support
3 having a single across-the-board rule that applied to
4 all sporting events?
5        MR. FRAMPTON:  Object to the form.           03:09:37
6        THE WITNESS:  Again, the same statement with
7 Hamilton seems to state that, with the caveat that, I
8 guess, you and I can agree there is some contradiction
9 or confusion there.
10 BY MR. BLOCK:                                        03:09:51
11    Q   Okay.  Let's look at page 4 of your report.
12    A   All right.  Page 4, Overview.
13    Q   Yes.  If you look at the second bullet point.
14    A   Okay.
15    Q   It says (as read):                           03:10:13
16       "Biological male physiology is the
17       basis for the performance advantage
18       that men, adolescent boys, or male
19       children have over women, adolescent
20       girls, or female children in almost        03:10:25
21       all athletic events."
22       Did I read that right?
23    A   Yes, you read that correctly.
24    Q   Okay.  And so your expert opinions about
25 transgender women are based on the premise that        03:10:34

Page 248

1 transgender women who have not had any gender-affirming
2 medical interventions will have the same physiology as
3 cisgender men; right?
4        MR. FRAMPTON:  Object to the form.
5        THE WITNESS:  Yes, they are still biological    03:10:51
6 males.
7 BY MR. BLOCK:
8    Q   And will have the same physiological
9 characteristics that are the basis for the performance
10 advantage; correct?                                     03:10:59
11       MR. FRAMPTON:  Same objection.
12       THE WITNESS:  That is correct.  Male
13 physiology is the basis of the performance advantage.
14 BY MR. BLOCK:
15    Q   So let's go back to that Hamilton article we    03:11:09
16 were discussing.  So that is, I believe, Exhibit 79.
17    A   All right.
18    Q   Okay.  Can you go to page 1402, please.
19    A   All right.  1402.
20    Q   Okay.  Pull that up.                             03:11:39
21       If you look on the right-hand column, on this
22 little table 1 --
23    A   Yes.
24    Q   -- do you see that?
25       And then you go -- one, two, three, four --      03:11:54

Page 249

63 (Pages 246 - 249)

Armistead Supp. App. 0413

1 five items down there, there's a line that begins with

2 "the assumption."

3        Do you see that?

4    A  I do see that.

5    Q  Okay.  And that sentence says (as read):        03:12:04

6        "The assumption that the physiology of

7        elite DSD women and transwomen

8        athletes is the same as elite male

9        athletes is an oversimplified view."

10       Do you see that?                    03:12:15

11   A  I see that statement.

12   Q  Okay.  And you didn't cite to that statement

13 in your report; right?

14   A  I disagree with that statement.

15   Q  And, therefore, because you disagreed with it,   03:12:23

16 you chose not to cite it in your report?

17       MR. FRAMPTON:  Object to the form.

18       THE WITNESS:  I don't think it's appropriate

19 to cite a statement that I don't think I can defend.

20 BY MR. BLOCK:                          03:12:36

21   Q  Okay.  Do you think it's appropriate to cite

22 an article who -- that contains many statements that --

23 that you don't think you can defend?

24       MR. FRAMPTON:  Object to the form.

25       THE WITNESS:  Yes.  Trying to cite that there   03:12:53

Page 250

1 is a lot of information out there.

2 BY MR. BLOCK:

3    Q  I see.

4        If we go to page 1406 -- well, actually,

5 before going there, were you aware of this statement in   03:13:07

6 the Hamilton article at the time that you wrote your

7 report?

8    A  Yes.  I cited the Hamilton article.  I had

9 read it.

10   Q  All right.  You -- okay.  So you read the     03:13:22

11 whole thing, and then you picked out certain statements

12 to cite?

13   A  Correct.

14   Q  Okay.  So if you go to page 1406.

15       Do you -- do you see your role in this case as   03:13:45

16 an advocate for one side or the other?

17       MR. FRAMPTON:  Object to the form.

18       THE WITNESS:  I have been retained to give my

19 expert opinion, my expert analysis of the data.

20 BY MR. BLOCK:                          03:14:01

21   Q  All right.  And to -- but do -- do you see

22 your role in this case as presenting the portions of

23 the data that support one side?

24       MR. FRAMPTON:  Object to the form.

25       THE WITNESS:  I think my role is to present   03:14:19

Page 251

1 the data and the information with which I agree with as

2 an expert.

3 BY MR. BLOCK:

4    Q  Okay.  So you -- you don't see your role in

5 this case as prevent- -- presenting an overview of the   03:14:32

6 data for and against H.B. 3293; right?

7        MR. TRYON:  Objection.

8        MR. FRAMPTON:  Object to form.

9        THE WITNESS:  I think I'm suppo- -- my role is

10 presenting the information from the best of my     03:14:52

11 expertise and analysis of it, which -- what I think is

12 the correct information.

13 BY MR. BLOCK:

14   Q  Okay.  Not -- so -- so you don't think -- if

15 the Court wanted just an overview of the information   03:15:07

16 out there for and against H.B. 3293, your expert report

17 wouldn't be the source of getting that; right?

18       MR. FRAMPTON:  Object to the form.

19       MR. TRYON:  Objection.

20       THE WITNESS:  I would think that would be a   03:15:27

21 specific request made by the Court to get information.

22 BY MR. BLOCK:

23   Q  So -- but you saw -- but you said, when you

24 wrote your blog post, that, you know, the purpose of

25 that blog post was to provide information for educators   03:15:46

Page 252

1 to use on their own, to teach the subject; right?

2    A  That is correct.

3    Q  Okay.  And so you wrote that blog post with a

4 different purpose in mind than you wrote this document;

5 right?                               03:16:03

6    A  Yes.  The blog post was intended for

7 educators.

8    Q  And do you think that it's important for

9 educators to have accurate information?

10       MR. FRAMPTON:  Object to the form.        03:16:20

11       THE WITNESS:  Yes, educators need accurate

12 information.

13 BY MR. BLOCK:

14   Q  Okay.  So do -- do you think educators need

15 information different from what the court needs?     03:16:26

16       MR. FRAMPTON:  Object to the form.

17       THE WITNESS:  Truthful information is truthful

18 information, and I've done my best to present truthful

19 information.

20 BY MR. BLOCK:                          03:16:40

21   Q  Okay.  So let's go to 1406 of -- of Hamilton.

22       MR. TRYON:  Before you go on.

23       Mr. Frampton, I can't hear you when you're

24 objecting.  If you could speak a little louder, please.

25       MR. FRAMPTON:  Sure.                03:17:08

Page 253

64 (Pages 250 - 253)

Armistead Supp. App. 0414

1 BY MR. BLOCK:
2   Q  So in -- in 1406, in the paragraph beginning
3 with the words "despite the lack," do you see that?
4   A  Page 1406?
5   Q  Left -- left-hand column --                03:17:23
6   A  Okay.  Yeah.  That's three down?
7   Q  Yes.
8   A  Okay.
9   Q  Okay.  If you look at, I think, the third
10 sentence, after it says "Table 1," in parentheses, it     03:17:39
11 says (as read):
12     "Data showing lower baseline isometric
13     torque and muscle volume in transwomen
14     compared to cisgender males highlight
15     the problematic nature of inferring        03:17:50
16     that transwomen and cisgender males
17     are the same, as this ignores the
18     impact of gender-affirming treatments
19     such as HRT and GAS and the
20     psychological effects of gender            03:18:00
21     dysphoria such as low self-esteem,
22     anxiety and/or depression, and
23     becoming socially isolated."
24     Do you see that?
25   A  I see that.                               03:18:09

Page 254

1   Q  Okay.  Do you disagree that there is data
2 showing lower baseline isometric torque and muscle
3 volume for trans women compared to cisgender women?
4   A  So if I'm remembering correctly, reference 51
5 here is probably to the -- the article by Wiik and     03:18:26
6 Lundberg and others.  That is the only paper I'm aware
7 of that evaluated isometric torque and muscle volume in
8 transgender individuals.
9     Can I refer to that paper to verify?
10   A  Yeah.  If you look at 51, it -- it does go     03:18:40
11 back to the -- the Wiik article.
12     You're saying you want to look directly at the
13 Wiik article?
14   A  I would like to.
15   Q  All right.  Well, we can try to make time for     03:18:51
16 that later.
17     So -- but sitting here, you're saying you're
18 not sure that that sentence accurately reports the --
19 the findings of the Wiik article?
20   A  Yeah, I can't remember for -- right now what     03:19:08
21 the baseline data were in the Wiik article, whether
22 they were statistically significant or just numerically
23 different or what.
24   Q  Okay.
25   A  I can see the graph in my mind, but not in     03:19:22

Page 255

1 enough detail to completely answer that.
2   Q  Okay.  Hold on one second.  All right.
3     Let's go to the Harper article again.  So that
4 is Exhibit 78.
5   A  All right.                                03:20:13
6   Q  So if you go to page 7 of the Harper.
7   A  All right.
8   Q  All right.  There's a paragraph that begins
9 with "of interest."
10     Do you see that?                          03:20:42
11   A  Right-hand side, first full paragraph, under
12 the table?
13   Q  Yes.
14   A  Okay.
15   Q  All right.  Where it says (as read):      03:20:48
16     "Of interest, compared with cisgender
17     men, hormone-naive transwomen
18     demonstrate 6.4%-8.0% lower lean body
19     mass, 6.0%-11.4% lower muscle CSA and
20     approximately 10%-14% lower handgrip      03:21:05
21     strength."
22     Do you see that?
23   A  Yes.
24   Q  And then it says (as read):
25     "This disparity is noteworthy given       03:21:14

Page 256

1     that hormone-naive transwomen and
2     cisgender men have similar
3     testosterone levels."
4     Do you see that?
5   A  Yes.                                      03:21:20
6   Q  Okay.  So do you have any reason to disagree
7 with those reported numbers?
8   A  I would like to include the next sentence,
9 where it says "explanations for this strength
10 difference are unclear," and continuing on with that,   03:21:37
11 indicating that the trans women may actively refrain
12 from building muscle and/or engaging in disordered
13 eating.
14     So there's a whole statement of speculative
15 explanations for that.                          03:21:51
16   Q  So do you -- do you have any explanations for
17 those differences?
18   A  Well, we have no known biological markers in
19 which we can draw blood or a sample of something to say
20 that a person is transgender.  And so it would     03:22:10
21 apparently be a social explanation for why the
22 transgender individuals have lower handgrip strength
23 and smaller muscles.
24   Q  Okay.  And so does that -- does that affect
25 whether or not having lower handgrip strength and     03:22:31

Page 257

65 (Pages 254 - 257)

Armistead Supp. App. 0415

1 stronger (sic) muscles gives an advantage in athletic

2 performance?

3      MR. FRAMPTON:  Object to the form.

4      Go ahead.

5      THE WITNESS:  In those cited studies, the    03:22:43

6 handgrip strength of the trans women was in the 90 to

7 95th percentile for cisgender women.

8      So while they may be slightly less strong than

9 a typical male, they are considerably stronger than the

10 typical female.    03:22:57

11    Q  Okay.  Right.  But my -- but my question is,

12 in terms of comparing the strength of trans women to

13 the strength of cis men, don't those studies show that,

14 with respect to those indicators of athletic

15 performance, the trans women are not the same as the    03:23:19

16 cis men?

17      MR. FRAMPTON:  Object to the form.

18      THE WITNESS:  So, Mr. Block, are you trying to

19 say that smaller, weaker men are trans women?

20 BY MR. BLOCK:    03:23:37

21    Q  I'm -- I'm asking my question.

22      Can you answer my question, please?

23    A  Could you please clarify the question?

24    Q  Yes.

25      Don't those -- doesn't that data show that --    03:23:47

Page 258

---

1 to use the words of Harper -- hormone-naive trans women

2 may not, on average, have the same athletic attributes

3 as cisgender men?

4      MR. FRAMPTON:  Object to the form.

5      Go ahead.    03:24:05

6      THE WITNESS:  I think there are a whole lot of

7 qualifying statements that need to be included in that.

8 BY MR. BLOCK:

9    Q  Okay.  And so putting aside the cause of these

10 differences, putting aside whether those causes are,    03:24:22

11 you know, physiological or as a result of social

12 factors, all right, at the end of the day, regardless

13 of the cause, doesn't this data reflect that on a

14 population level, hormone-naive trans women may not, on

15 average, have the same athletic attributes as cisgender    03:24:46

16 men?

17      MR. FRAMPTON:  Same objection.

18      Go ahead.

19      THE WITNESS:  Those studies were not

20 attempting to evaluate baseline population-wide    03:24:57

21 strength for trans women, and so I don't think that we

22 can accurately extrapolate them to the population of

23 trans women.

24 BY MR. BLOCK:

25    Q  Okay.  If the participa- -- in the    03:25:08

Page 259

---

1 participants on -- in those studies had performed

2 physical fitness tests alongside cisgender men, would

3 it be reasonable to assume that the participants in

4 these studies would not have performed as well on those

5 physical fitness tests?    03:25:26

6      MR. FRAMPTON:  Object to form.

7      THE WITNESS:  So if we are stating these

8 participants, yes, these participants were not as

9 strong as their comparison group.

10      But I do again want to caveat that neither of    03:25:40

11 these groups really were designed to represent

12 population-wide strength or body mass distributions.

13 BY MR. BLOCK:

14    Q  Now, you've discussed in your article -- or

15 your article -- you've discussed in your report, you    03:25:57

16 know, your view that once you have acquired muscle

17 mass, that lowering your circulating testosterone does

18 not sufficiently reduce that muscle mass to eliminate a

19 performance advantage; is that right?

20    A  I think you've appropriately characterized    03:26:20

21 what I've stated.

22    Q  Thank you.

23      And so in your article, do -- or in your

24 report, do you discuss at all whether if someone lowers

25 their circulating testosterone before acquiring a lot    03:26:37

Page 260

---

1 of muscle mass or doing exercises or training, whether

2 having a lower level of testosterone would restrict

3 their ability to add new muscle mass?

4      MR. FRAMPTON:  Object to the form.

5      THE WITNESS:  I don't think I addressed that    03:27:04

6 topic specifically, as far as how much reducing

7 testosterone and then engaging in training can

8 compensate for reduced testosterone.

9 BY MR. BLOCK:

10    Q  Okay.  So let's say the -- the trans women in    03:27:16

11 this study and the cis men in the study both engage in

12 the same types of exercise regimens, but the trans

13 women, given their lower baselines and -- have these

14 lower baselines and have lowered their testosterone

15 before engaging in these exercise regimens, is it -- do    03:27:49

16 you have an expert opinion on whether you would expect

17 that these trans women, having lowered their

18 testosterone levels, would be able to acquire new

19 muscle mass at the same degree as the cis men who had

20 not lowered their testosterone levels?    03:28:05

21      MR. FRAMPTON:  Object to the form.

22      THE WITNESS:  Based on research not cited in

23 my article, because I didn't think it was worth going

24 into in that particular publication -- or that expert

25 declaration, there is information that in middle-aged    03:28:20

Page 261

---

66 (Pages 258 - 261)

Armistead Supp. App. 0416

1 men who suppress their testosterone and such as a
2 treatment for prostate health problems, they're able to
3 engage in strength training to overcome the lost
4 testosterone.  And so that is the closest to a
5 speculative statement we can make regarding of how     03:28:43
6 transgender women, or trans women, would respond to
7 training.
8 BY MR. BLOCK:
9     Q   Okay.  If we go back to the Hamilton article
10 for a second.  I apologize.  If you go to 1407 of the     03:29:05
11 Hamilton article.
12         Let me know when you're there, okay?
13     A   All right.  1407.  I'm there.
14     Q   Uh-huh.  It says -- halfway through the -- the
15 first paragraph there, there's a sentence that begins     03:30:11
16 "in contrast."
17         Do you see that?
18     A   Page 1407.  Are we on the left-hand side?
19     Q   I'm sorry, on the right-hand side.
20     A   Ah, okay.  I wondered.     03:30:26
21         There we go.  Right-hand side, just after
22 citation to 61, it says, "In contrast."
23     Q   Right.  It says (as read):
24         "In contrast, when bioavailable
25         testosterone was reduced to castrate     03:30:34

Page 262

1         levels in young men, isometric
2         strength did not increase after
3         resistance exercise training."
4         Are you familiar with that study that --
5 that's being referred to?     03:30:48
6     A   I am not familiar with that study.
7     Q   Okay.  If you look at footnote 62 of the
8 article, it says it's a study by Kvorning,
9 K-V-O-R-N-I-N-G, from 2006.
10         Just sitting here today, does -- are you     03:31:09
11 familiar with the Kvorning study from 2006?
12     A   That -- that study is not ringing a bell.
13     Q   Okay.
14         Okay.  The -- the name of the study is
15 "Suppression of endogenous testosterone production     03:31:27
16 attenuates the response to strength training: a
17 randomized, placebo-controlled, and blinded
18 intervention study."
19         Still doesn't ring a bell?
20     A   Still not ringing a bell.     03:31:40
21     Q   Okay.  So if -- if -- from the title of that
22 study, does the study seem to be in tension with the
23 study you just cited to me about how people, the
24 cisgender men, who are on therapies that lower their
25 tosterone -- testosterone being able to have strength     03:32:01

Page 263

1 training to overcome the deficit?
2         MR. FRAMPTON:  Object to the form.
3         THE WITNESS:  Looking at that study and the
4 study I was referring to, it appears that the two are
5 somewhat contradictory, but it's also hard to say with     03:32:21
6 this saying young men and the older -- the other one
7 was dealing with older men.
8         Without looking at both studies side by side,
9 it's really hard to make a comparison.
10 BY MR. BLOCK:     03:32:32
11     Q   Okay.  So in the -- in the Hamilton article,
12 after the sentence I read, it says (as read):
13         "Assuming these findings are
14         replicated and if extrapolated to
15         elite DSD women athletes and     03:32:46
16         transwomen athletes, they would imply
17         that decreasing bioavailable
18         testosterone concentrations would
19         mitigate to some extent any previous
20         sporting advantage due to the     03:32:57
21         previously high testosterone
22         concentrations."
23         Do you agree with that sentence?
24         MR. FRAMPTON:  Object to the form.
25         THE WITNESS:  Would mitigate to some extent,     03:33:12

Page 264

1 yes.
2 BY MR. BLOCK:
3     Q   Okay.
4         MR. BLOCK:  Can we take a break and go off the
5 record?     03:33:19
6         THE VIDEOGRAPHER:  We are off -- off the
7 record at 3:33 p.m.
8         (Recess.)
9         THE VIDEOGRAPHER:  We are on the record at
10 3:43 p.m.     03:43:29
11 BY MR. BLOCK:
12     Q   Hi, Dr. Brown.  I -- I won't keep you too much
13 longer, but -- but I do have some -- I'm going to keep
14 you a little bit longer, though.
15         If --     03:43:39
16     A   No worries.
17     Q   If we could go to the Hilton article again,
18 which is marked as Exhibit -- I can't see it on my
19 computer.  One sec.  The Hilton article is Exhibit 76.
20     A   All right.     03:44:05
21     Q   All right.  Thanks.
22         If you look at page 208, under 4.3.
23     A   Yes.
24     Q   All right.  Just the second sentence there, it
25 says (as read):     03:44:35

Page 265

67 (Pages 262 - 265)

Armistead Supp. App. 0417

| | |
|---|---|
| 1      "Sex differences in endurance | 1    Q   Okay. And so Hilton cites this article for |
| 2    performance are generally smaller than | 2   the proposition that -- I have to get -- I don't want |
| 3    for events relying more on muscle mass | 3   to misquote her. Hold on -- it says -- cites for the |
| 4    and explosive strength." | 4   proposition that cohorts of transgender women often |
| 5    Do you see that?      03:44:43 | 5   have slightly lower baseline measurements of muscle and   03:47:36 |
| 6   A   Yes, I see that. | 6   strength than control males; right? |
| 7   Q   Okay. Do you -- do you agree with that | 7    A   Yes, that is what it says. |
| 8   statement? | 8    Q   Okay. And so that's a sim- -- that's similar |
| 9    A   Typically, the differences between males and | 9   to the statement in the Hamilton article; right? |
| 10   females for endurance running events or swimming events   03:44:52 | 10      MR. FRAMPTON: Object to the form.      03:47:47 |
| 11   are somewhere in the range of 10 to 13 percent compared | 11      THE WITNESS: I'm sorry, can we go back to |
| 12   to the 25 percent or more in strength sports. | 12   what the Hamilton article says, or could you -- |
| 13   Q   So -- so that means you agree with that | 13   BY MR. BLOCK: |
| 14   statement? | 14    Q   Sorry, I'm -- I just want to -- you know, we |
| 15    A   Yes.      03:45:08 | 15   looked at two sources that talk about how the baseline   03:47:54 |
| 16   Q   Okay. Thanks. | 16   measurements of trans women are not always the same as |
| 17    All right. If you look at, again, 208, it | 17   the baseline measurements of control cis men. And we |
| 18   says -- the paragraph before 4.3. | 18   looked at two studies saying that, one was the Hamilton |
| 19    A   That big long one? | 19   study and one was the Harper study. And all I want to |
| 20   Q   Yep.      03:45:49 | 20   do is add this study as -- this article as a third      03:48:13 |
| 21    And near -- like two-thirds down, there's a | 21   article making that observation. |
| 22   sentence that begins with "furthermore." | 22    Would you agree that this article is another |
| 23    Do you see that? | 23   article that at least makes the observation that the |
| 24    A   Okay. Furthermore, given the (sic) cohorts? | 24   baseline measurements for trans women appear to often |
| 25   Q   Yeah. So I -- I just want to direct your      03:46:01 | 25   be lower than the baseline measurements for cisgender      03:48:36 |
| Page 266 | Page 268 |
| 1   attention to the first half of the sentence. This is | 1   men who are used as controls? |
| 2   the Hilton article. And it says (as read): | 2      MR. FRAMPTON: Object to the form. |
| 3    "Furthermore, given that cohorts of | 3      THE WITNESS: I -- I think in this article by |
| 4    transgender women often have slightly | 4   Hilton, a couple of key points here is where it says |
| 5    lower baseline measurements of muscle      03:46:15 | 5   "cohorts of transgender women," not saying population      03:48:53 |
| 6    and strength than control males." | 6   representative sampling or anything like that. And |
| 7    Do you see that? | 7   then there's a lot of further qualifications that you |
| 8    A   Yes. | 8   go on in that sentence emphasizing caution with |
| 9   Q   Okay. And then if you follow that footnote, | 9   interpreting these data. |
| 10   it goes to footnote 53, and there's an article by      03:46:25 | 10   BY MR. BLOCK:      03:49:10 |
| 11   someone whose name I can't pronounce. It's Van | 11    Q   Yeah. Well, so, actually, I have a question |
| 12   C-A-E-N-E-G-E-M. | 12   for you. |
| 13    Are you able to click through to footnote 53? | 13    So you talk about how these are just cohorts |
| 14    A   Can we agree to call that Van C? | 14   of trans women, not population samples, but you cite to |
| 15   Q   Oh, good -- good call. Yes.      03:46:46 | 15   these same articles in support of your argument that --   03:49:20 |
| 16    A   Yeah, I don't know how to say the last name | 16   about the effects of gender-affirming hormones, don't |
| 17   either. | 17   you? |
| 18   Q   Okay. All right. | 18    A   Yes, I cite these articles. |
| 19    And so could you -- you see the footnote? | 19   Q   Okay. So how come -- can't the same caveat be |
| 20    A   Yes.      03:46:52 | 20   made that whatever conclusions you're drawing about      03:49:39 |
| 21   Q   Okay. And the footnote is to an article that | 21   trans women from these articles don't necessarily apply |
| 22   says, "Preservation of volumetric bone density and | 22   to trans women at a population level? |
| 23   geometry in trans women during cross-sex hormonal | 23      MR. FRAMPTON: Object to the form. |
| 24   therapy: a prospective observational study"; right? | 24      THE WITNESS: These are the best sources of |
| 25    A   Yes.      03:47:06 | 25   information that we have, and the studies looking at      03:49:54 |
| Page 267 | Page 269 |

68 (Pages 266 - 269)

Armistead Supp. App. 0418

1 changes over time or changes in strength, muscle mass
2 and such that I've cited, that was the purpose of the
3 study, was to evaluate those changes and then
4 statistically apply it to a population whereas those
5 studies were not designed to get a population baseline    03:50:13
6 sampling for normative data.
7 BY MR. BLOCK:
8    Q  Okay.  Well, that -- I'm glad you made that
9 point because -- let's go to -- to your expert report
10 where -- on page -- on page -- let me make sure I have    03:50:28
11 the right page.
12    So page 2 -- actually, go to page 1, so I'm
13 not missing anything.
14    Let me know when you're at page 1.
15    A  So is page 1 Personal Qualifications and    03:51:02
16 Disclosure?
17    Q  It is.
18    A  Okay.
19    Q  So right before the bullet points, you say (as
20 read):    03:51:08
21    "Articles that I have published that
22    are closely related to topics that I
23    discuss in this white paper
24    include..."
25    And then there's a list.  Right?    03:51:14
                                                    Page 270

1    A  Yes.
2    Q  And -- then if you go to the -- the second
3 to last bullet point.
4    A  Yes.
5    Q  Do you see that?    03:51:26
6    That says (as read):
7    "A study finding (among other things)
8    that height, body mass, and maximal
9    oxygen consumption were higher in a
10    group of male NCAA Division 2 distance    03:51:36
11    runners, while women NCAA Division 2
12    distance runners had higher percent
13    body fat."
14    Do you see that?
15    A  Yes.    03:51:48
16    Q  Okay.  And we discussed this study during our
17 previous deposition.  Do you remember that?
18    A  Yeah.  It's a fun paper.
19    Q  Yeah.  But we discussed how this data about
20 height, body mass and oxygen consumption was base-- --    03:52:00
21 was data -- baseline data that you took of -- of these
22 athletes, but the purpose of the study was not to do a
23 population-wide, you know, sampling of -- of height,
24 body mass and oxygen consumption; right?
25    A  Yes, that is correct.    03:52:22
                                                    Page 271

1    Q  Okay.  So -- so what you just said before,
2 when we were talking about the -- the cohorts of trans
3 women, you had said, well, the purpose of those studies
4 was not to provide population sampling on, you know,
5 the physiological characteristics of -- of the trans    03:52:43
6 women in the study; therefore, you couldn't extrapolate
7 that as a general matter, all trans women were likely
8 to have similar characteristics.
9    Is that -- is that a fair summary of what you
10 had just said?    03:52:59
11    MR. FRAMPTON:  Object to the form.
12    THE WITNESS:  Yes, that is a fair summary.
13 BY MR. BLOCK:
14    Q  But in your description of your study here, do
15 you think a reader, reading that sentence, would think    03:53:10
16 that you are making the statement that as a general
17 matter, on a population-wide basis, you found in your
18 study that height, body mass and mox -- maximal oxygen
19 consumption were higher for the male NCAA competitors
20 compared to female NCAA competitors?    03:53:32
21    MR. FRAMPTON:  Object to the form.
22    THE WITNESS:  I'm kind of unclear with what
23 you're trying to ask.
24 BY MR. BLOCK:
25    Q  Yeah, so I'm saying that this happened to be    03:53:45
                                                    Page 272

1 the data for a particular cohort that you're doing a
2 different study on; correct?
3    MR. FRAMPTON:  Object to the form.
4    THE WITNESS:  So, yes, as I've stated, this is
5 a group of male and female Division II distance    03:53:57
6 runners.
7 BY MR. BLOCK:
8    Q  Okay.  And so that study wouldn't allow you to
9 draw any conclusions generalizable to other males and
10 females about, you know, what their comparative height,    03:54:10
11 body mass and oxygen consumption would be; right?
12    MR. FRAMPTON:  Same objection.
13    THE WITNESS:  I don't think I've ever
14 purported that that was the purpose of this study.
15 BY MR. BLOCK:    03:54:24
16    Q  You don't think that someone reading that
17 sentence, where it says the study -- a study finding
18 these things, you don't think someone reading that
19 sentence would have the impression that that was the
20 purpose of the study?    03:54:40
21    MR. FRAMPTON:  Object to the form.
22    THE WITNESS:  Those were findings of the
23 study.  That's what I have states, is those are
24 findings of the study.
25 ///
                                                    Page 273

69 (Pages 270 - 273)

Armistead Supp. App. 0419

| | |
|---|---|
| 1 BY MR. BLOCK: | 1      MR. FRAMPTON:  Object to the form and scope. |
| 2    Q  Was the rest of the -- is the rest of the | 2      Go ahead. |
| 3 study relevant to the topic of this case? | 3      THE WITNESS:  So I think this comes back to |
| 4    A  You mean is that the male athletes were faster | 4 our previous discussion where we discuss the |
| 5 than the female athletes?            03:55:10 | 5 irreconcilable differences between inclusion and    03:58:21 |
| 6    Q  I mean -- what -- what I mean is you -- you -- | 6 fairness. |
| 7 you select this finding from the study, but were any | 7 BY MR. BLOCK: |
| 8 other findings from that study relevant to this case? | 8    Q  Yes, it does, which is why I'm coming back to |
| 9    A  Yes, we could say that.  For the same heart | 9 it. |
| 10 rate, the men were faster than the women.    03:55:32 | 10      So I -- I -- you know, I understand that, you    03:58:37 |
| 11    Q  Okay.  Okay.  Let's go to -- to page 4. | 11 know, you have laid out your criteria, your -- excuse |
| 12    A  On my declaration? | 12 me -- your credentials for proving -- for providing an |
| 13    Q  Yeah.  Or your report. | 13 expert opinion on whether an advantage exists, and so |
| 14    A  Yeah, just make sure we're on the same -- so | 14 I -- I -- I just want to find out whether or not, you |
| 15 this is the overview?            03:55:54 | 15 know, the -- in light of that information you present    03:58:58 |
| 16    Q  Yes.  And I just want to direct your attention | 16 regarding the existence or nonexistence of an |
| 17 to the three bullet points that you've listed there. | 17 advantage, whether a particular policy maker will then |
| 18      Do you see them? | 18 decide that something is fair or unfair, is not -- is |
| 19    A  Yes, I do. | 19 not something that you are providing an expert opinion |
| 20    Q  Okay.  Are you offering any expert opinions in    03:56:11 | 20 on; right?            03:59:18 |
| 21 this case other than the opinions contained in those | 21      MR. FRAMPTON:  Same objection. |
| 22 three bullet points? | 22      Go ahead. |
| 23      MR. FRAMPTON:  Object to the form. | 23      THE WITNESS:  So I'm trying to detail the |
| 24      THE WITNESS:  Well, I -- I mean, those are the | 24 advantages, the differences between males and females |
| 25 basis for everything else, those three bullet points,    03:56:35 | 25 biologically, documenting the advantages in athletic    03:59:30 |
| Page 274 | Page 276 |

| | |
|---|---|
| 1 and most of the other information is trying to support | 1 performance the males have over female, documenting |
| 2 and substantiate why I drew those conclusions. | 2 what we know regarding transgender individuals and |
| 3 BY MR. BLOCK: | 3 their -- the treatments that they might receive and how |
| 4    Q  Okay.  So -- but there are no -- I appreciate | 4 that would affect athletic advantages, and then |
| 5 that.            03:56:48 | 5 bringing up the point that there is, apparently, some    03:59:47 |
| 6      There's -- you're not offering an opinions on | 6 irreconcilable differences -- I'm not sure if that's |
| 7 any other issue, are you? | 7 the best way to state it, but I state it in the |
| 8      MR. FRAMPTON:  Object to the form. | 8 document -- between goals of inclusion and fairness. |
| 9      THE WITNESS:  Kind of unclear what you're | 9 BY MR. BLOCK: |
| 10 asking.            03:57:07 | 10    Q  Yeah, I guess -- someone reading your    04:00:00 |
| 11      I think it states there fairly clearly what | 11 report -- you know, let's say someone reads all the |
| 12 I'm -- the -- the statements I'm trying to make. | 12 information in the report, absorbs all the facts, you |
| 13 BY MR. BLOCK: | 13 know, and then, you know, is asked, based on all the |
| 14    Q  Yeah, I'm just trying to nail down the full | 14 facts presented in your report, is it fair to include |
| 15 scope of the expert opinions you're offering here.  And    03:57:24 | 15 trans girls and women or not to include them, would you    04:00:21 |
| 16 so you're not offering any expert opinions on the | 16 have any greater expertise in answering that ultimate |
| 17 appropriateness of particular modes of healthcare for | 17 question than anyone else who has absorbed the facts |
| 18 trans people; is that right? | 18 you presented in your report? |
| 19    A  That is correct, I'm not offering an opinion | 19      MR. FRAMPTON:  Object to the form. |
| 20 on healthcare for transgender individuals.    03:57:45 | 20      THE WITNESS:  Are you saying does every piece    04:00:46 |
| 21    Q  Okay.  And you are not -- you discuss these | 21 of knowledge I've ever written put on -- on this |
| 22 bullet points, what you say are advantages, but you are | 22 document and someone would know everything that I know? |
| 23 not offering an opinions on whether particular policies | 23 BY MR. BLOCK: |
| 24 are fair or unfair in light of the data that you | 24    Q  No.  I'm saying that based on these facts, you |
| 25 present here, are you?            03:58:08 | 25 know, someone needs to draw a conclusion about what's    04:01:02 |
| Page 275 | Page 277 |

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0420

1 fair, okay?  And so my question is -- you know, I
2 understand that you're providing an expert -- you know,
3 opinions on the -- the -- the -- the facts you say in
4 your report.  All my question is that, you know, the
5 second step of drawing a conclusion about what's fair     04:01:18
6 or unfair is not something that you are an expert on;
7 right?
8          MR. FRAMPTON:  Object to the form.
9          Go ahead.
10          THE WITNESS:  I would hope that someone would     04:01:33
11 read my document, and they're also going to read the
12 document from the other experts, weigh the evidence and
13 make a decision on what is -- what is fair.
14 BY MR. BLOCK:
15     Q  And -- and you are not offering, you know,     04:01:52
16 that decision, that ultimate decision, as part of your
17 expert report; right?  That's for someone else to
18 decide?
19          MR. FRAMPTON:  Object to the form.
20          THE WITNESS:  Yes, that is my intention, is     04:02:16
21 that someone else will weigh the information, weigh the
22 data and make their decision.
23          MR. BLOCK:  All right.  Thank you, Dr. Brown.
24 I have no further questions.
25          MR. FRAMPTON:  Anyone else?     04:02:37

Page 278

1          MS. GREEN:  This is Roberta Green on behalf of
2 WVSSAC.  No questions.
3          THE VIDEOGRAPHER:  Can we go off the record,
4 Attorney Block?
5          MR. BLOCK:  Sure.  Unless anyone else wants to     04:02:52
6 say on the record that they don't have any other
7 questions.
8          MR. CROPP:  This is Jeffrey Cropp with
9 Harrison County Board of Education and Dora Stutler.  I
10 have no question.     04:02:57
11          MR TAYLOR:  Michael Taylor on behalf of the
12 State BOE and Superintendent Burch.  No questions.
13          MR. TRYON:  Dave Tryon.  No questions.
14          MR. FRAMPTON:  Hal Frampton for the
15 intervenor.  No questions.
16          It sounds like we're done.
17          MR. BLOCK:  See you in another two years,
18 Dr. Brown.
19          (Simultaneous speaking.)
20          MS. DUPHILY:  Hold on.  Let's take this off     04:03:24
21 the record.  One second.
22          THE VIDEOGRAPHER:  We are off the record at
23 4:03 p.m., and this concludes today's testimony given
24 by Gregory Brown.
25          The total number of media used was eight and     04:03:31

Page 279

1  will be retained by Veritext Legal Solutions.
2          (TIME NOTED:  4:03 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 280

1          I, GREGORY BROWN, Ph.D., do hereby declare
2 under penalty of perjury that I have read the foregoing
3 transcript; that I have made any corrections as appear
4 noted, in ink, initialed by me, or attached hereto;
5 that my testimony as contained herein, as corrected, is
6 true and correct.
7          EXECUTED this _____ day of _____,
8 20____, at _____, _____.
                (City)               (State)
9
10
11
12          _____
                  GREGORY BROWN, Ph.D.
13                  Volume I
14
15
16
17
18
19
20
21
22
23
24
25

Page 281

71 (Pages 278 - 281)

Armistead Supp. App. 0421

1
2
3        I, the undersigned, a Certified Shorthand
4  Reporter of the State of California, do hereby certify:
5        That the foregoing proceedings were taken
6  before me at the time and place herein set forth; that
7  any witnesses in the foregoing proceedings, prior to
8  testifying, were placed under oath; that a record of
9  the proceedings was made by me using machine shorthand
10 which was thereafter transcribed under my direction;
11 further, that the foregoing is an accurate
12 transcription thereof.
13       I further certify that I am neither financially
14 interested in the action nor a relative or employee of
15 any attorney of any of the parties.
16       IN WITNESS WHEREOF, I have this date subscribed
17 my name.
18
19 Dated: April 5, 2022
20
21
22          _Alexis Kagay_
            ALEXIS KAGAY
23          CSR NO. 13795
24
25
                                              Page 282

1  _x_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2    Transcript - The witness should review the transcript and
3    make any necessary corrections on the errata pages included
4    below, noting the page and line number of the corrections.
5    The witness should then sign and date the errata and penalty
6    of perjury pages and return the completed pages to all
7    appearing counsel within the period of time determined at
8    the deposition or provided by the Federal Rules.
9  __ Federal R&S Not Requested - Reading & Signature was not
10   requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 284

1  GREGORY BROWN, Ph.D.
2  brownga@unk.edu
3                    APRIL 6, 2022
4  RE: B.P.J. v. WEST VIRGINIA STATE BOARD OF EDUCATION
5  MARCH 25, 2022, GREGORY BROWN, Ph.D., 5122856
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10   to schedule a time to review the original transcript at
11   a Veritext office.
12 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13   Transcript - The witness should review the transcript and
14   make any necessary corrections on the errata pages included
15   below, noting the page and line number of the corrections.
16   The witness should then sign and date the errata and penalty
17   of perjury pages and return the completed pages to all
18   appearing counsel within the period of time determined at
19   the deposition or provided by the Code of Civil Procedure.
20 __ Waiving the CA Code of Civil Procedure per Stipulation of
21   Counsel - Original transcript to be released for signature
22   as determined at the deposition.
23 __ Signature Waived – Reading & Signature was waived at the
24   time of the deposition.
25
                                              Page 283

1  B.P.J. v. WEST VIRGINIA STATE BOARD OF EDUCATION
2  GREGORY BROWN, Ph.D. (#5122856)
3            E R R A T A   S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____   _____
24 WITNESS                  Date
25
                                              Page 285

72 (Pages 282 - 285)

Armistead Supp. App. 0422

**[& - 22]**

### &

**&**   3:15 7:5,17 10:9
   15:16 98:1,2
   195:14 283:23
   284:9

### 0

**0.2-1.7**   237:23
**00316**   1:8 2:8
   13:17
**02116-3740**   5:14
**064**   25:25
**065**   26:9
**066**   26:24
**067**   28:18
**068**   59:11
**070**   123:16
**072**   149:23
**073**   162:1
**074**   177:25
**076**   209:20
**077**   217:7
**078**   220:2
**079**   228:24

### 1

**1**   1:25 13:10
   123:22 183:20
   240:15 241:11,14
   241:23 249:22
   254:10 270:12,14
   270:15 284:1
**1.21**   138:22 139:8
**1.8**   151:8,12,14
**1.8.**   150:24
**10**   84:17 85:23
   86:1,5,12 87:25
   88:4,11,15 89:1,6
   92:25 93:17 125:3
   132:9 214:14
   256:20 266:11

**10.7.**   151:20
**10004**   6:21
**10005-3919**   6:11
**10:22**   72:16
**10:29**   72:19
**10th**   188:17
**11**   113:4 185:3
**11.4**   256:19
**110**   131:8,11,13,14
   141:16,21 142:14
   142:18 143:20
   146:1,4,9,19
**111**   10:5 138:14,15
   139:4 141:24
   142:17 143:21
**112**   4:7 142:2,14
   142:18 143:20
   149:7 150:2
   151:25 152:3,11
   152:16
**113**   142:10,14
**114**   99:13,14
**11776**   282:22
**11:36**   122:21
**11:47**   122:24
**12**   113:4
**12.7**   151:5,8
**120**   6:9
**123**   10:12
**125**   6:19
**12:38**   160:2
**12th**   25:5
**13**   113:16 143:20
   214:14 266:11
**130**   202:5,9
**13795**   1:24 2:25
   282:23
**139**   10:19
**14**   10:1 132:9
   143:20 256:20

**14.5**   150:24 151:8
   151:22
**1402**   230:7 249:18
   249:19
**1403**   236:8,13
**1406**   251:4,14
   253:21 254:2,4
**1407**   262:10,13,18
**1409**   231:15
**1410**   237:6,7
**1411**   3:18
**149**   10:24
**14th**   5:13 29:3
**15**   80:1 124:13,17
   240:6,7
**16**   9:6 125:23
**16.3**   138:21 139:8
**161**   11:5
**167**   229:20
**17**   86:20 125:25
   148:20
**177**   11:7
**18th**   6:20
**19**   6:10
**1993**   51:16
**1997**   51:12,16
**19th**   180:6
**1:04**   179:8
**1:05**   179:11
**1:30**   159:17
**1:32**   159:24
   200:17
**1st**   58:19

### 2

**2**   112:11,12,14,18
   113:7,10 132:1,8
   153:19,19,22
   158:18 164:22,23
   230:6 237:18,19
   270:12 271:10,11

**2-5-4**   150:20,21
**20**   50:18 281:8
**200**   3:19
**2004**   78:8,9
**2005**   59:12
**2006**   263:9,11
**201**   11:11
**2010**   78:17
**20116**   3:8
**20147**   3:10
**2017**   71:3
**2018**   138:18 139:4
   142:3 149:7 152:5
   152:18
**2019**   74:23
**2020**   25:5 28:5
   194:25 195:13,14
   201:23 202:10
   203:22 246:13
**2021**   10:1 12:8
   29:3 58:20 123:16
   124:7 195:14,15
   195:15,18 219:23
   229:1,4 246:15,19
   246:21,24
**2022**   1:21 2:23
   13:1,5 24:16
   282:19 283:3,5
**2022.02.23**   23:12
**2025.520**   283:9,12
**208**   215:2,6 265:22
   266:17
**209**   11:15 212:25
**21**   138:19 139:5
**211**   210:12,14,19
**212.549.2500**   6:23
**2148**   141:6
**217**   11:20
**219**   11:23
**22**   159:4,7

[228 - able]

**228** 12:5
**22nd** 180:6
**23** 24:16 145:3
**24** 9:11
**25** 1:21 2:23 13:1
266:12 283:5
**250** 3:9
**25301** 7:22
**25301-3088** 3:20
**25305-0220** 4:8
**254** 150:18
**255** 158:15
**256** 142:3 152:5,18
153:22
**25th** 13:5
**26** 9:14,17
**26330** 7:9
**27:69** 202:10
**28** 9:20 145:2,3
**282** 1:25
**2:08** 200:20
**2:21** 1:8 2:8 13:17

**3**

**3** 125:25 132:1,8
242:6,20
**3-4** 220:14
**30** 92:20 214:16
284:1
**304.933.8154** 7:10
**323** 241:8
**3293** 48:6 192:21
192:23 193:3,15
193:23 199:25
201:10 204:7,22
238:24 240:25
241:4,12,24
242:21 245:5,19
245:21 252:6,16
**36** 131:13 220:20
**37** 99:14,17

**38** 99:17
**39** 167:7 170:22
**3:33** 265:7
**3:43** 265:10
**3rd** 28:5

**4**

**4** 46:19,21 115:12
115:12,14 244:16
245:20 248:11,12
274:11
**4-5** 113:14
**4.3.** 265:22 266:18
**40** 92:20 168:2
**400** 7:8 74:24 75:6
**42** 86:20 87:2
**46** 86:15 168:6,8,9
**47** 168:17,18
**4:03** 2:23 279:23
280:2
**4th** 124:6

**5**

**5** 230:14 235:3
236:22 237:17
282:19
**5-31** 138:21 139:7
**5.7** 231:20
**50** 126:5 127:15
129:20 190:12
**500** 5:12 7:20
**50th** 188:18
191:15
**51** 229:21 255:4,10
**5122856** 1:24
283:5 285:2
**53** 267:10,13
**56** 160:9,11 229:20
**57** 174:25 175:1
**59** 10:3

**6**

**6** 283:3
**6.0** 256:19
**6.4** 256:18
**60** 214:16 229:15
**600** 7:21
**61** 262:22
**617.937.2305** 5:15
**62** 263:7
**64** 9:11 24:6 25:24
46:18 86:15
115:13 131:9
138:14 201:6
**65** 9:14 26:4,8
**66** 9:17 26:18,19
**67** 9:20 28:14,16
**68** 10:3 59:1,9
145:4,6
**681.313.4570** 4:9
**69** 10:5 27:15,19
27:21 111:23
112:3,6 240:1

**7**

**7** 194:9 201:5
220:4,5 221:16
246:9 256:6
**70** 10:12 123:10,11
123:16 237:16
238:4,11,11,23
**702** 104:25
**70s** 79:16 80:9
**71** 10:19 126:5
127:15 129:20
139:19,20,24
145:9
**72** 10:24 149:18,19
**73** 11:5 161:21,22
169:10
**74** 11:7 177:19,23

**75** 11:11 201:22,24
**76** 11:15 209:15,19
265:19
**77** 11:20 217:2,6
**78** 11:23 219:19,25
256:4
**79** 12:5 228:17,23
249:16
**7:02** 2:22 13:2

**8**

**8** 112:12,14 194:7
196:11 198:20
201:5,18 222:6
237:19,23 246:8,9
246:9,10
**8-12** 113:13
**8.0** 256:18
**80s** 79:16
**87** 237:17

**9**

**9** 131:16 220:5
**9-13** 113:12
**90** 190:12 258:6
**90th** 188:19
**95** 113:15
**95th** 258:7
**972** 10:15 124:1
**99.99** 151:15
**9:02** 13:5
**9:18** 25:15
**9:21** 25:18

**a**

**a.m.** 2:22 13:2,5
25:15,18 72:16,19
122:21,24
**abarr** 5:16
**ability** 30:21 66:16
148:23 261:3
**able** 23:25 28:14
29:24 32:7 40:1

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0424

**[able - advocating]**

41:19 63:2 65:11
117:7 154:3
178:20,25 181:13
181:15 185:7
261:18 262:2
263:25 267:13
**abnormal** 50:23
54:17
**absolute** 128:9
190:25
**absorbed** 277:17
**absorbs** 277:12
**abstract** 182:20,21
182:22
**abstracts** 182:24
**academic** 53:19,21
109:10 182:9
**accelerator** 91:6
**accelerometer**
90:19,21 91:1,4,10
91:14,15
**accept** 97:22 98:9
117:16
**acceptable** 17:3,4
17:7,9,11,14
134:15 238:20
**acceptance** 182:21
**accepted** 108:9
134:11
**access** 28:2
**accidentally** 27:22
**accommodated**
244:23
**accommodations**
206:24 207:7,14
208:19
**accomplish** 206:23
**accord** 151:2
**account** 87:12,16
**accounts** 87:5
92:20 151:10

**accuracy** 136:15
136:17 137:12,19
157:13
**accurate** 54:11,12
54:14 60:8 135:25
136:21 137:2,15
137:22 157:20
180:3 253:9,11
282:11
**accurately** 255:18
259:22
**acknowledging**
134:15
**aclu** 14:4
**aclu.org** 6:22
**acquire** 261:18
**acquired** 237:25
260:16
**acquiring** 260:25
**acrobat** 86:22
**act** 10:17 124:1
**action** 13:21
282:14
**actions** 54:8
**active** 66:12 68:5
90:25 91:23
**actively** 257:11
**activities** 1:11
2:11 3:13 92:21
120:10 215:12
**activity** 90:3,7,9
90:11,12,14,16,18
90:20 91:18,20,20
92:2 93:7
**actual** 177:17
**adaptations**
171:14
**add** 93:1 97:18
261:3 268:20
**additional** 20:1
242:17

**address** 103:24
144:18
**addressed** 78:11
261:5
**addressing** 49:2
132:13
**adf** 34:11 35:24
55:15 72:23,25
73:2,8,14,23 74:8
**adflegal.org** 3:11
**adjustments**
184:12
**administer** 133:22
**administered**
15:24 148:12
**administering**
133:2 134:4
**administration**
10:7 66:3,14,23
68:4 70:21,23
131:19 138:20
139:6 160:17
170:25
**administrators**
108:19
**adolescence**
217:17
**adolescent** 115:21
115:23 160:19,22
160:23 248:18,19
**adolescents** 11:3
**adopted** 206:25
207:8,14
**adult** 159:4,7
**advances** 162:21
163:19
**advantage** 9:25
11:18 29:2 83:10
89:6 93:2 100:1
100:14 101:24,25
103:21 111:9

114:19 115:22
116:9 120:1,5
123:6 126:11
127:6 128:3 140:6
154:25 160:21
165:25 167:15,22
168:23 188:22
189:11,16 199:9
213:16,22 214:3
214:15,18 223:19
248:17 249:10,13
258:1 260:19
264:20 276:13,17
**advantages** 9:22
28:25 66:9 80:14
85:4 87:6,12,15,17
99:19,24 100:6,8
100:15,16,19
101:4 102:21
106:13 117:25
124:25 125:7
145:13 146:22
158:8,11,13
168:14,19 169:2
171:6 187:15,25
188:7 189:23
205:8 206:7 212:2
218:6 226:12,13
226:15 240:20
242:12 244:21
275:22 276:24,25
277:4
**advice** 134:4
**advocate** 176:17
196:23 197:1,10
197:22 198:11,20
199:5 247:2
251:16
**advocates** 211:7
**advocating** 221:9

Page 3

Armistead Supp. App. 0425

[aerobic - answered]

**aerobic** 92:19
171:15
**affairs** 109:11
**affect** 66:14,15
68:16 88:23
128:14 144:24
257:24 277:4
**affiliated** 29:23
**affiliations** 13:24
**affirmative** 52:23
53:1
**affirming** 11:11
64:10,17 67:4,22
68:21 69:9 70:9
73:9,13,18 74:6,16
102:23 193:10
196:1 202:13,16
202:19 203:17
220:15 222:16
224:4 225:3
242:13 249:1
254:18 269:16
**afternoon** 200:22
**ag** 26:24
**age** 113:16 132:4,9
138:22,23 139:9
139:11 150:12,13
150:24 151:5,11
151:17,22,23
159:4,8 188:21
189:12 190:5,11
190:23 191:6
**aged** 115:22 125:8
188:5 189:15
261:25
**ages** 113:4,12,13
150:11
**agility** 170:13,19
171:5
**ago** 54:10,11,16
57:25 140:10

**agonists** 130:17
**agree** 13:8 60:11
60:18 115:9 124:2
162:24 165:12,13
174:1 203:25
205:16 224:13
231:12 241:7
248:8 252:1
264:23 266:7,13
267:14 268:22
**agreed** 21:24
98:20 140:10
231:8 232:2
235:24 236:3
**agreeing** 224:17
224:17 229:19
**agreement** 16:18
**ah** 154:5 262:20
**ahead** 23:23 29:15
31:17 35:16 44:12
44:20 46:7 49:8
61:4,13 68:2
70:13 80:11 85:7
85:25 94:7 95:5
101:20 103:18
106:22 122:3
126:17 133:4
168:7 172:18
181:5 185:1
188:15 198:1
205:23 206:4
216:4,9 223:15
224:15 225:6
233:24 235:1,19
242:1,23 247:7
258:4 259:5,18
276:2,22 278:9
**al** 13:14 138:15,18
139:4 142:3 152:5
152:18

**alexis** 1:23 2:24
13:20 282:22
**align** 40:15
**aligned** 91:3
**aligns** 37:22
**alleged** 67:7
**allen** 16:13
**alliance** 3:4 15:3,6
19:5 20:22 29:10
29:23 30:7 33:3
36:6 73:5
**allow** 61:10,19
82:4 101:12 105:9
109:2 203:22
204:22 273:8
**allowed** 44:17
116:20 117:3,20
118:5 119:16
120:16 121:3
185:15 187:4
192:13 206:1
**allowing** 165:17
197:2,11 202:22
205:4,14 208:5
227:22,23,25
**allows** 215:21,24
223:3
**alongside** 260:2
**alter** 212:1
**amendment** 240:9
**american** 6:17
96:21 162:10
179:23 182:18
**amount** 90:6,11
91:19 93:6
**anaerobic** 183:19
**analogous** 64:10
64:17 238:24
**analogues** 130:12
130:16

**analogy** 64:21,23
65:2
**analysis** 33:13
53:22,25 54:3
56:2,4 95:15,17
96:5 251:19
252:11
**analytical** 138:2
**analyzed** 95:11,13
**analyzing** 99:6
**anatomical** 125:5
**anatomically** 43:1
**anatomy** 81:21,23
**andraya** 172:14
**andrew** 5:5 14:10
**androgen** 43:4,8
44:16,22 47:16
160:17
**androgens** 43:10
**andy** 21:18
**anecdotal** 172:1
172:10,16,24
**answer** 18:10,20
30:6 60:16 62:13
103:11,19 105:6
105:25 120:23
136:3 137:5,7
143:19 181:7
185:22 190:15,16
205:12,16,23
208:11 216:9
219:2,8 225:1,13
241:17,21 256:1
258:22
**answered** 68:14
80:25 87:20
106:11 137:1
199:19 222:19
223:10,13,17
224:7

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0426

[answering - associated]

answering 18:9
66:25 103:4
104:22 128:10
277:16
antagonists
130:17
antiandrogenic
10:19
antiandrogens
138:20 139:7
141:5 143:4,15,22
143:23 144:4
148:12
anxiety 254:22
apologies 168:5
apologize 21:7,19
99:22 103:2 132:5
262:10
apparently 242:25
257:21 277:5
appear 60:7
123:10 161:20
219:24 221:13
228:22 268:24
281:3
appearance 14:1
appearances 3:1
4:1 5:1 6:1 7:1
13:24
appeared 57:10
58:19
appearing 2:22
26:17 112:2
283:18 284:7
appears 59:5
124:3,4 149:17
179:1 228:23
230:24 238:4,22
264:4
appendix 148:19

applicable 18:1
applications
186:17
applied 38:15
186:20 199:22
248:3
applies 110:24
186:14 193:9,16
193:24 199:25
200:3 202:17
212:20 233:21
apply 111:3
198:21 269:21
270:4
appreciate 103:11
124:16 191:16
275:4
approach 138:1
206:24 207:7,14
208:19
approached 138:2
appropriate 38:8
38:11 74:20 164:6
207:24 239:8
250:18,21
appropriately
260:20
appropriateness
275:17
approval 236:20
236:23
approximately
57:23 159:24
256:20
april 282:19 283:3
area 36:24 65:20
109:24,25
argue 106:4 212:3
212:12
argument 147:8
158:4 269:15

arises 235:6
arkansas 21:25
22:5,10
armistead 1:18
2:17
article 69:2,8,19
70:15,19,25 72:5
77:5 81:11 85:13
85:15 86:2 134:7
134:12,14,19,22
135:13,17,22
136:11,18 137:13
138:3,10,12 140:1
140:4 141:25
142:24 144:10,18
149:25 150:5
156:20 157:2,4,13
157:20,24 158:3
158:10,12,15
201:23 202:5,6,13
205:13,19 206:17
208:4 209:3,8,11
209:13 210:1,5,12
211:7 212:11
214:2,13 215:19
219:23 221:9
222:3,5 223:2,25
224:25 225:18,19
225:21 226:1,4,9
226:17,18,25
227:3,14,19,22
228:10,13,21,25
229:2 230:20
231:8 232:1
236:25 238:18
249:15 250:22
251:6,8 255:5,11
255:13,19,21
256:3 260:14,15
260:23 261:23
262:9,11 263:8

264:11 265:17,19
267:2,10,21 268:1
268:9,12,20,21,22
268:23 269:3
articles 20:4 62:10
68:24 69:13,20,24
70:1,5 72:6 73:17
76:7,24 77:4 86:6
86:8 89:20 156:23
269:15,18,21
270:21
ashbrook 3:8
ashburn 3:10
aside 174:17 243:4
259:9,10
asked 29:10 32:12
32:17,19,22 33:2,5
34:11,18 45:21,23
49:9 54:15 61:14
61:20 97:22 98:9
137:6 201:15
225:12 277:13
asking 74:23
80:17 148:5
149:12 181:23
185:7 209:1,3
258:21 275:10
asks 162:22
asmith 6:13
aspects 90:16
245:16
assessed 222:24
224:12
assigned 49:18,20
49:23 52:6 187:23
assignment 54:22
55:3
assistance 178:2
associated 47:8,17
47:25 66:2 70:25
84:16 162:25

Armistead Supp. App. 0427

[association - bardos]

**association** 20:20 25:3 26:14
**assume** 18:21 192:25 260:3
**assumed** 30:14
**assuming** 67:20 121:1 236:2 264:13
**assumption** 67:21 67:23 82:3 236:4 250:2,6
**athlete** 129:12 189:1
**athletes** 10:10 12:6 30:16 72:24 75:3 77:9,9 81:14 126:6 127:16 129:21 173:5,6,18 173:19 176:22,22 212:4,13 222:22 224:10,22 230:15 231:22 233:9 234:7 237:14 240:13 245:1 250:8,9 264:15,16 271:22 274:4,5
**athletic** 9:22,25 20:20 28:19,25 29:2 66:9 68:6 82:19 83:2 84:6 84:16 85:4 87:7 87:13,15,18 88:1,9 88:16 89:2,10 92:8,10 93:2,12 94:1,14,16,21,22 95:1 98:13 101:4 101:24,25 109:8 111:8 114:23 115:25 120:1 124:25 125:7 127:10 128:15

129:11,18,22,25 132:14 140:6 141:18 144:24 145:13,21 146:6 146:21 154:25 155:13,19 156:17 156:19 158:7,11 158:13 160:24 161:11 165:8,24 167:15 170:25 172:2 183:22 187:14,25 188:7 189:8 191:19,20 199:9 205:8 206:7 209:5 221:20 248:21 258:1,14 259:2,15 276:25 277:4
**athletic.net** 95:7
**athletics** 66:16 114:19 115:6 146:14
**attached** 24:7 26:5 26:20 28:17 59:10 111:24 123:12 139:21 149:20 161:23 177:24 201:25 209:16 217:3 219:20 228:18 281:4
**attempt** 22:24 97:11
**attempted** 96:4
**attempting** 97:6 259:20
**attend** 180:8 181:1 181:14,15
**attended** 180:18
**attending** 13:6
**attention** 78:6 143:4 194:6 267:1

274:16
**attenuates** 263:16
**attorney** 3:17 4:4 4:6 7:7,19 14:2 15:8 21:4 279:4 282:15
**attorneys** 3:7 5:11 6:8 19:5
**attribute** 82:21 83:6
**attributes** 222:23 224:11 259:2,15
**au** 238:11
**audience** 63:6 134:25 135:5 143:8,13
**audio** 13:7
**august** 124:6
**author** 70:7 95:19
**authored** 179:14
**authority** 62:23 115:4
**authors** 141:5 195:2 214:2,14 223:2,9,25 235:23 236:2,20 237:16 237:18,23 238:4 238:11,23 239:12 241:3,7
**automatically** 23:15
**available** 34:8 112:4 162:23 166:10,20 167:11 169:7,15 230:16 233:5 234:10
**avatara** 6:6 14:23
**avenue** 4:7
**average** 92:24 93:17 150:13 151:22,23 188:11

189:7,11 190:4,7,9 190:9,11,19,23 191:1,5,10 259:2 259:15
**awaited** 182:21
**awards** 116:9,12 116:16
**aware** 79:24 89:9 98:12,16 99:3,6,8 99:11 117:24 132:13 186:23 251:5 255:6

| **b** |
|---|

**b** 27:2 115:18 168:7,11 284:1
**b.p.j.** 1:6 2:5 5:3 13:12 14:5 24:14 26:2 28:8 283:4 285:1
**back** 72:22 79:9 80:13 85:19 91:13 115:11 118:3 123:22 125:15,22 136:5,22 138:13 141:19 163:8 166:21 169:9 182:23 191:12,17 197:18 201:3 222:3,5 225:18 226:14 245:23 246:2 249:15 255:11 262:9 268:11 276:3,8
**background** 50:2
**bailey** 7:17 15:16
**baileywyant.com** 7:23
**balance** 211:1 213:17 214:7
**bardos** 21:18

Armistead Supp. App. 0428

[barr - block]

**barr** 5:5 14:10,10
**base** 271:20
**based** 35:6 65:12
69:4 82:10 110:14
187:8 188:3,11
192:10,10 198:22
212:16,18,22
213:16,20,21
214:4,6,19 230:16
231:25 233:3
238:3,22 248:25
261:22 277:13,24
**baseline** 82:3
254:12 255:2,21
259:20 267:5
268:5,15,17,24,25
270:5 271:21
**baselines** 261:13
261:14
**basically** 151:10
**basis** 60:25 186:11
248:17 249:9,13
272:17 274:25
**bathroom** 122:17
**bearing** 213:19
**becky** 185:13,14
186:6,15,18 187:3
187:14,18,21,24
**becky's** 186:20
191:18,20
**becoming** 254:23
**beginning** 2:22
14:1 44:3 111:12
112:19 144:25
145:6 150:8,16
164:23 175:2,7,8
194:15 203:2
211:16 213:4,5
220:7 237:10
254:2

**begins** 111:19
142:10 145:2
158:23 206:18
210:18 236:14
250:1 256:8
262:15 266:22
**begun** 154:20
240:18
**behalf** 2:21 14:5
14:19,24 15:8,10
15:14,16 241:7
279:1,11
**belabor** 50:3
**believe** 46:17
86:15 100:14
112:11 115:13
145:25 223:3
224:19 227:7
228:6 246:8,9
249:16
**bell** 202:24 263:12
263:19,20
**belong** 169:1
**belt** 91:2
**ben** 62:15,18,19
63:2,16 64:21,25
181:10,20,23
**bench** 169:13
183:20
**benefits** 114:23
**best** 18:13,19
20:16 32:8 39:11
41:21 44:23 45:9
48:5 56:15,17
57:15 84:2 94:19
100:12 101:22
104:15 115:5
144:5 230:16
233:5 252:10
253:18 269:24
277:7

**better** 114:22
115:3 144:9
165:19 178:22
189:1,7
**beyond** 186:18
214:24 222:24
224:12 229:11
**big** 266:19
**bigger** 154:4
**bill** 48:10 245:24
**bioavailable**
262:24 264:17
**biogenesis** 54:7
**biolo** 146:7
**biological** 31:20
31:23,25 32:4
40:15 42:9,11,14
42:15,18,22,24
43:3,13,25 44:8
45:6,6,13,17,18
48:15,16,24,25,25
49:1,2,3,5,14 58:4
58:6,10 76:11,14
80:14,14,15 81:1
81:19,20 82:12,12
82:22 83:1,7,9
89:11 94:11 98:17
98:18 101:22,23
102:20 103:21
110:14 111:7
114:17 117:4
118:10,24 124:19
124:22,24 129:13
138:19 139:6
142:7 146:22
148:7 152:9,22
153:5 158:7
165:18 185:5
188:6 189:3
192:10 194:9
204:12 205:7,8

217:16 223:19
239:20 247:12
248:16 249:5
257:18
**biologically** 40:5
41:12 43:9,21
44:9 84:24 116:25
128:1 185:19
276:25
**biology** 37:22
**biomarker** 234:6
**birth** 49:19,21,23
187:23
**bit** 25:11 59:16
176:17 265:14
**blanked** 161:14
**blinded** 263:17
**block** 6:18 9:6
14:3,4 16:3,6,21
17:16,17 19:14
23:15,20,24 24:8,9
25:11,19 26:6,15
26:21 28:6,11,20
29:8,19 30:5 31:5
31:11,22 34:17
35:10,21 36:14
37:23 38:19 39:1
40:7,12 41:5,22
43:12,24 44:5,14
45:1,11 46:2,11
47:23 48:4,12,22
49:12,17 53:3
54:19 57:1,9
58:25 59:13 60:5
60:6,15 61:7,17,24
62:7 63:4,10,23
64:4,8,15,22 65:9
65:21 66:5,18
67:17 68:9,18
69:7,12 70:4,17
72:20,21 74:13

Armistead Supp. App. 0429

[block - bones]

| | | | |
|---|---|---|---|
| 75:13,18 77:13 | 170:8 171:4,23 | 261:9 262:8 | **blogging** 163:14 |
| 78:3 80:16 81:3 | 173:1 174:16,23 | 264:10 265:2,4,11 | **blood** 220:12 |
| 81:12 82:1,14 | 176:19 177:4,13 | 268:13 269:10 | 257:19 |
| 83:4 84:8 85:1,12 | 178:1,9,12,20,24 | 270:7 272:13,24 | **board** 1:9,10 2:9 |
| 86:3 87:23 88:13 | 179:4,12,13 181:6 | 273:7,15 274:1 | 2:10 7:3,14 13:14 |
| 88:21 89:7,16 | 181:17 182:1 | 275:3,13 276:7 | 15:11,17 17:11,14 |
| 93:14 94:3,12,24 | 183:16 184:5,16 | 277:9,23 278:14 | 201:15 211:8 |
| 95:14,21 96:14 | 185:11,21 186:4 | 278:23 279:4,5,17 | 233:21 248:3 |
| 98:11,19 100:20 | 186:12 187:1,12 | **blocker** 66:13 | 279:9 283:4 285:1 |
| 101:5,14 102:3,12 | 187:20 188:8,23 | 131:5 | **bodies** 31:19 |
| 103:1 104:1,9,18 | 189:17 192:11,19 | **blockers** 66:2 | 175:18,25 233:2 |
| 105:14,20 106:6 | 193:7,14,22 194:5 | 67:21 68:3,21 | 233:14 |
| 106:19 107:2,12 | 196:6,19 197:20 | 69:18 70:21 73:9 | **body** 10:21 11:1,2 |
| 107:21 110:3,15 | 198:5,18 199:11 | 102:1 130:7,11,14 | 11:24 42:25 43:10 |
| 111:1,10,20 112:1 | 199:20 200:13,21 | 131:1,2,3,20 | 83:11,13,16,25 |
| 114:20 115:1,10 | 200:23 201:21 | 132:14 133:2,23 | 84:4,18,23 85:3,10 |
| 116:10,17 117:1,9 | 202:3 204:6,14,21 | 134:5 140:6,11,21 | 85:21 86:7 87:11 |
| 117:18 118:2,11 | 205:3,10,20,21,24 | 140:24 141:3,17 | 87:14 88:1,3,5,9 |
| 118:16 119:5,14 | 206:9,14 208:12 | 141:23 142:5,11 | 88:16 89:2 90:5 |
| 119:24 120:9,22 | 209:2,10,17 | 142:15,19,25 | 91:7 92:6,12,14,16 |
| 121:15,24 122:9 | 210:10 211:12 | 143:5,15,20,21,24 | 92:16,16,23,25 |
| 122:14,18,25 | 212:17,24 215:1 | 144:3 147:8,9,17 | 93:10,11,18,21 |
| 123:1,8,13 126:20 | 216:12,23 217:4 | 147:18,25 148:8 | 94:9,11,13,16 |
| 127:18,24 128:11 | 219:1,6,21 221:14 | 150:7,9 151:4,18 | 125:3 142:6 152:8 |
| 129:1,15,24 130:5 | 223:11,21 224:18 | 152:7,20 153:1 | 152:21 153:4,11 |
| 132:24 133:8 | 225:9 226:6 227:1 | 156:25 160:6 | 153:15,20,22,23 |
| 134:6,23 135:9,18 | 227:12,20 228:4 | 164:15 193:10 | 154:16,17,21,22 |
| 136:1,5,14,22 | 228:19 230:5 | 196:1,9,13,18,21 | 154:24,24 155:1,7 |
| 137:4,11,18,24 | 231:1,14 233:19 | 196:24 197:2,11 | 155:9,9,12,16,19 |
| 138:7 139:15,22 | 234:1 235:4,21 | 201:12 216:1 | 155:21,24 156:4,8 |
| 141:1 142:22 | 236:5 238:10,21 | 218:16,21 219:13 | 156:12,14,16,18 |
| 143:6,12 144:1,16 | 239:5,14,22 | 219:14 247:4 | 157:9 159:8 191:8 |
| 147:5,15,22 148:4 | 241:10,16,19 | **blog** 11:5 96:18 | 215:10,13 229:24 |
| 148:21 149:2,13 | 242:4 243:2 244:7 | 162:1,5,9,10,20,22 | 256:18 260:12 |
| 149:21 154:8,14 | 245:11 246:1 | 163:8,21 164:9,14 | 271:8,13,20,24 |
| 155:14,22 156:3,6 | 247:13 248:1,10 | 164:19 169:10 | 272:18 273:11 |
| 157:10,18 158:1,9 | 249:7,14 250:20 | 170:10 171:10 | **boe** 279:12 |
| 159:17 160:3,4 | 251:2,20 252:3,13 | 172:15 173:14 | **bold** 27:2 |
| 161:18,24 164:21 | 252:22 253:13,20 | 176:11,15 177:12 | **bone** 10:22 267:22 |
| 165:21 166:4 | 254:1 258:18,20 | 182:19 252:24,25 | **bones** 125:5,14 |
| 167:5 169:3,24 | 259:8,24 260:13 | 253:3,6 | |

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0430

[book - causes]

**book** 10:6 112:6
195:16 240:1,4
241:4 246:23
**boston** 5:14
**bottom** 145:3
154:3 168:18
178:5,6 183:1
220:23 221:15,16
229:21 236:9,11
**boulevard** 7:8
**box** 27:20 183:2,5
230:7
**boy** 42:1,3 189:9
190:19,22,25
191:4
**boylston** 5:12
**boys** 49:4 82:18
83:2,5,10,11 84:6
84:11,13 85:5,11
89:11,22 90:2,7,10
90:12,24 91:25
92:1,3,24 93:5,7
93:16,17,21 94:4
94:10,23 95:2,12
96:13 98:18 99:1
99:18,23 100:3,13
100:25 101:3,6
106:9 113:4,12,15
114:18,19 115:21
116:4,9,15 117:4
117:12,15,21
125:13,19 145:13
146:4,8 160:19,22
187:18 189:7,25
190:1,4,6,21 191:8
191:14 218:6,9
248:18
**break** 24:4 25:20
67:15 72:11
105:24 122:16,17
123:2 201:1 265:4

**breakfast** 19:4
**breaks** 99:3
**bridgeport** 7:9
**brief** 19:6
**briefing** 10:6
112:6 195:16
240:1,4 241:3
246:23
**bring** 141:21
211:21
**bringing** 277:5
**britain** 69:22
**broad** 6:19
**broader** 233:4
**brown** 1:21 2:20
9:3,11,15,18 10:1
11:5 13:11 15:23
16:4,13 23:12
24:22 25:20 28:19
104:19 123:2
162:1 178:25
179:15 200:22
265:12 278:23
279:18,24 281:1
281:12 283:1,5
285:2
**brownga** 283:2
**bruce** 78:23
**building** 257:12
**bullet** 115:17
160:15 183:6,17
183:24 217:12,23
231:18,20 232:4
232:12,12,16,18
232:20,21 233:12
233:17 234:2,22
235:10,11,12,14
235:24 237:5,11
248:13 270:19
271:3 274:17,22
274:25 275:22

**bunch** 145:20
**burch** 1:12 2:11
7:15 15:17 17:15
279:12

**c**

**c** 115:19 240:12,15
241:11,14,23
242:6,20 245:20
267:12,14
**ca** 283:9,12,20
**cais** 45:10,13,19
47:25
**calculate** 86:9
**california** 4:7
282:4
**call** 91:5 146:22
267:14,15
**called** 61:5 130:7
140:18 180:1
**calling** 176:2
**calls** 175:17
**calorimetry** 166:9
166:15,20 169:6
**capability** 132:14
**capable** 103:12
**capacity** 1:12,13
2:12,13 56:20
92:19
**capital** 27:2
**cardiovascular**
168:19,23 169:2
**care** 61:16 64:10
64:17 67:4 69:9
70:9 71:3 73:13
216:23
**carl** 6:7 14:21
**carolina** 32:10,22
32:25
**carrington** 14:23
14:24

**case** 13:16 20:19
20:21,23,25 21:3,5
21:7,17,22,25 22:7
22:11 23:8 24:13
25:2 26:13 27:11
31:14 36:4 73:5
103:14 104:24
105:22 109:16,18
111:2 116:18
126:24 127:1,3
134:18 161:4
184:24 185:6
186:24 187:3
207:6 251:15,22
252:5 274:3,8,21
**cases** 186:24
**caster** 76:23,25
77:1,6,10
**castrate** 262:25
**categorical** 193:24
198:20 200:12
210:2 212:19
221:10
**categorically**
243:4 244:2
**categories** 234:8
**category** 11:16
198:17 199:4
202:13,14,16,19
202:21,21,23
203:16,21 205:9
207:20 225:22
226:24 232:9
239:4,7,13,20
243:6,20 247:10
247:11
**cause** 89:21 259:9
259:13
**caused** 89:11
**causes** 93:25 94:15
94:21 259:10

[caution - clarifying]

caution 269:8
caveat 247:25
  248:7 260:10
  269:19
ccharles 6:14
ccp 283:9,12
cdc 84:11
cecé 74:24 75:5,7
  76:11 172:9,13
cecé's 76:9
cell 220:12
center 32:18
certain 200:8
  243:9 245:24
  251:11
certainly 19:10
certainty 222:19
  223:4 224:7 225:1
certified 2:24
  282:3
certify 282:4,13
challenge 186:20
challenges 126:5
challenging 78:7
  103:23
championship
  75:5 120:12
chance 123:3
chancellors 109:9
  109:10
change 11:24
  111:2,6 220:13
  237:24 243:23
  244:1 285:4,7,10
  285:13,16,19
changed 199:22
changes 159:3,6
  183:18 221:1,3
  243:7 270:1,1,3
chapter 53:17,19
  55:2

characteristic
  87:5
characteristics
  84:16 145:21
  146:4 189:6,10,20
  249:9 272:5,8
characterize 36:12
characterized
  260:20
charles 6:7 14:21
  14:21
charleston 1:3 2:2
  3:20 4:8 7:22
  13:16
charts 84:12
checking 150:3
child 42:8
children 86:7 90:4
  90:5,5,6,9 91:12
  95:8,9 110:10
  111:17 115:21,24
  146:12 148:20,23
  164:10,13 248:19
  248:20
children's 111:16
choice 117:8,16
  118:1 119:12
choose 117:17
  228:5,8 231:2
chose 250:16
christian 32:18
chromosome
  43:22 44:1,4,7
  83:18,19,20
chromosomes
  42:17,19,21,24
  43:14 83:21
chronology 74:8
cht 154:18,20
ciac 22:10 73:5

circulating 160:7
  193:18 198:14
  215:7 238:7,15
  239:16 243:21
  260:17,25
circumstance
  36:15
circumstances
  207:10 208:20
cis 38:16,16,18
  99:10 129:3
  153:24 154:12,13
  154:17,22 192:18
  258:13,16 261:11
  261:19 268:17
cisgender 37:18
  37:21,25 38:2,5,15
  38:21 39:3,10,13
  39:16,19 40:1,5
  48:17 49:4 116:21
  116:24 117:2,11
  117:12,19,21
  119:9,17 120:1,5
  120:13,17,24
  121:4,16 126:12
  127:5,7 128:12
  129:5 140:7 171:7
  171:7 187:15
  188:1 189:7,8,9,11
  190:20,22,23
  192:5,14 199:9
  220:17 222:14
  223:5 224:2 225:2
  226:23 232:7
  239:3,7,16 249:3
  254:14,16 255:3
  256:16 257:2
  258:7 259:3,15
  260:2 263:24
  268:25

cismen 159:10
ciswomen 159:9
citation 262:22
cite 85:18 86:6
  88:14,22,25 94:9
  112:7 141:15
  156:13,20,23
  157:1,3,8 172:20
  216:17 226:19
  227:24 228:5,8
  250:12,16,19,21
  250:25 251:12
  269:14,18
cited 19:16,19
  20:10 65:7 72:4
  85:9 150:4 188:4
  194:16,22 197:21
  198:19 201:17
  209:25 210:4
  218:14 229:1
  231:8,11 246:4
  251:8 258:5
  261:22 263:23
  270:2
cites 113:25 268:1
  268:3
citing 89:4 156:15
  181:24 208:13,18
city 281:8
civil 6:17 283:19
  283:20
clarification 75:17
clarified 141:4
clarify 39:24 40:2
  41:17,19 44:6
  51:21 53:7 55:18
  88:19 102:13
  199:12 258:23
clarifying 31:19
  93:5

Armistead Supp. App. 0432

[class - complicated]

class  50:24 51:2
52:7 53:19 54:22
55:2 107:9,10
classes  19:25 51:1
51:7 53:14 107:23
classroom  162:7
176:16,18
clayton  1:12 2:11
15:17
clean  241:22
clear  54:20 98:24
205:12 211:10,22
226:24 228:14
clearer  224:23
clearly  214:14
223:24 275:11
click  178:10
267:13
clip  10:3 59:3,11
59:15,18,21 60:4,7
60:12,19 61:25
62:15 73:4 74:7
clips  62:20 63:15
close  71:23
closely  270:22
closer  213:18
214:7
closest  262:4
code  283:9,12,19
283:20
coed  101:1,7 106:9
122:7
coeducational
113:22 114:9,14
cohort  273:1
cohorts  266:24
267:3 268:4 269:5
269:13 272:2
coleman  195:13
201:23,23,23
202:1 203:22

246:13
colleagues  39:6
108:18 109:13,20
122:13
collections  195:3
college  79:23
162:15
collegiate  115:19
collision  118:6
colloquy  31:10
column  150:22
210:17,19 213:2
215:3 220:24
232:5 236:12
249:21 254:5
combined  153:2
206:19,20
come  20:9 22:1
52:7 57:7 78:5
79:9 85:19 91:13
103:22 160:10
176:11 177:2
184:6 222:3,3,5
225:18 226:14
269:19
comes  115:5 120:2
173:7,20 176:22
177:7 214:5,6
276:3
comfortable  128:9
138:8,11 184:17
184:21
coming  69:25
276:8
commencing
138:21 139:8
commentary  72:7
commentator
71:25
commission  1:11
2:11 3:14

committee  10:14
committees  56:24
common  99:25
183:21
commonly  39:22
commonwealth
10:12
community  44:23
96:18 162:6,9
company  29:17
comparably  125:8
189:15
comparative
273:10
compare  188:20
189:15 192:1
compared  68:6
83:18 100:15
101:4 125:1
133:11 187:15,25
199:9 213:20
214:15 254:14
255:3 256:16
266:11 272:20
comparing  99:8
188:5 190:25
258:12
comparison  260:9
264:9
compensate  261:8
compete  66:16
75:4 76:15 101:17
103:15 107:15
108:7 113:21
120:12,13,16
121:8 165:18
185:20 198:17
199:3 204:13
207:15 225:22
226:23 232:7,8

competed  79:11
competing  11:7
30:16 76:11 78:25
81:2 98:18 111:18
116:8,11,15,16,24
118:12,21,21,24
118:25 119:3,4,21
122:5 179:18
192:17 245:9
competition  9:23
12:8 29:1 82:19
111:19 115:20
116:5 118:3
120:12 165:20
176:2 206:22
221:22 244:25
competitions
191:15
competitive  92:10
172:2
competitors
272:19,20
compiled  195:3
complete  18:9,10
20:14 43:4,8
44:16,21 47:16
113:15 114:8
completed  33:16
33:18 283:7,17
284:6
completely  139:10
238:12 256:1
completing  33:19
completion  284:10
complexity  222:20
224:8,20
complicated
120:20 173:10,22
174:4,6,10,12,19
174:21 176:24
177:9

Armistead Supp. App. 0433

[composition - corner]

**composition** 10:22
11:2,25 86:7 90:5
92:6,13,14 93:10
93:21 94:9,13,17
156:5,12,14,16
**computer** 91:14
179:1 265:19
**concentration**
71:20 230:13
237:13,21
**concentrations**
234:5 235:7
264:18,22
**conception** 42:16
**concerned** 127:16
129:21
**concerning** 9:20
28:24 51:20 55:16
**concerns** 116:23
126:6,14
**concierge** 8:2 59:3
59:4,6,15 60:5
178:3
**concludes** 279:23
**conclusion** 166:2
232:3 277:25
278:5
**conclusions**
105:10 166:22
177:2 269:20
273:9 275:2
**condition** 77:6
207:20
**conditioned**
207:18 208:7,10
**conditioning** 98:3
**conditions** 212:7
239:8 240:22
242:17
**conduct** 20:1
51:20,24 52:1

95:1
**conducted** 33:13
35:12 55:16,23
82:3 169:23 170:1
170:7
**conducting** 54:21
54:22
**conference** 96:22
179:21,24 180:2,5
180:9,10,15
182:21
**conferral** 42:16
**confers** 124:19,24
**confirm** 85:13
**confirmation**
217:19
**confirming** 93:15
**conflicting** 181:13
**confused** 40:25
47:4 190:24
**confusing** 42:1
127:11 209:9
226:5,7 227:18
239:2 245:7
**confusion** 248:9
**congress** 10:7
**connect** 91:13
162:20
**connected** 84:5
**connecticut** 20:20
25:3 26:14 33:21
36:4 74:2,7,17
**connection** 22:16
**connects** 146:19
147:7,24
**connotation**
129:10
**consensus** 12:9
231:21 232:2
235:24

**consider** 38:17,20
49:13 53:18 78:22
243:12
**considerably**
258:9
**considerations**
211:25
**considered** 53:20
111:17 119:23
155:2
**consistent** 113:17
130:13 202:20
203:21 207:16
241:12,24 242:13
245:19
**constitutes** 90:12
**construed** 134:2
**consult** 68:20
132:16
**consumption**
271:9,20,24
272:19 273:11
**contact** 73:3
162:19 218:1
283:9
**contacted** 72:25
73:1,8 74:8
**contained** 274:21
281:5
**contains** 250:22
**contend** 100:13
**contention** 237:15
**context** 63:11,13
64:20 134:13
143:16 214:12
**continue** 13:7
23:23 122:15
145:19 211:13
**continued** 4:1 5:1
6:1 7:1 134:10

**continues** 99:16
207:4
**continuing** 206:16
257:10
**contradiction**
248:8
**contradictory**
105:12 226:5,8
227:3,14,18
233:17 239:2
247:25 264:5
**contrast** 220:7,11
262:16,22,24
**contrasting** 100:5
**contribute** 83:13
83:16 141:7
**contributes** 84:23
**control** 267:6
268:6,17
**controlled** 85:10
171:12 183:7
263:17
**controls** 269:1
**controversies**
195:2
**conversation**
140:9
**conversations**
39:7,9
**cooley** 5:4 14:9,11
14:13,15,17
**cooley.com** 5:16
5:17,18,19,20,21
**cope** 126:4
**copies** 33:8,10
**copy** 28:8 33:24
138:24 178:21
216:14 244:15
**copyright** 164:6
**corner** 183:1

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0434

[correct - date]

**correct** 15:2 22:6
23:22,23 29:3,4
35:4 36:1 37:10
37:13 39:17,18,21
40:2,21 41:16
42:11,12 45:15
46:24 47:15 48:24
49:14,16 51:13
52:12,18 54:1
55:3 58:17,18
60:23 62:2,16,17
63:7,9 71:9,10
74:11 75:20 83:8
86:12,13 96:3
102:17 108:24
113:8 114:1 116:2
124:7 128:18
131:1,5,6,23
135:25 136:21
137:2,16,20,23
138:5 140:11,12
140:19 141:18,25
142:1,8,9,13,15,19
142:21 143:11
145:17,22 146:5
146:24 147:10,25
149:4,5,14 151:5
152:12 153:24
154:13,15,23
156:8,14,21
157:15 158:11
160:12,13 163:6
165:15 167:17,18
167:25 168:1
169:16,17 170:1
170:16 171:16,17
171:19 172:7,11
172:12,16 173:25
179:20 180:7
182:14 183:4,8,9
183:22,23,25

190:5,17,23
191:24 192:14
202:17 204:24
208:3 210:2,3
212:15,20,23
215:5,17 218:22
219:3,15,17
221:13 231:4,24
232:11,14 233:25
235:15,20 242:21
245:5,21 246:13
246:15 247:15,16
249:10,12 251:13
252:12 253:2
271:25 273:2
275:19 281:6
**corrected** 281:5
**corrections** 281:3
283:14,15 284:3,4
**correctly** 21:18,20
32:2,20 33:4
43:15,20 47:11
102:8 110:23
113:23,24 139:13
145:15 150:14
153:17 159:11,12
163:24 166:12
176:9 179:25
195:9 199:2
202:16 226:10,22
230:19 234:15
248:23 255:4
**correlating** 88:3,8
**counsel** 7:15 13:11
13:23 14:6,18
105:16 283:18,21
284:7
**country** 185:16
186:7 187:5
**counts** 91:16,17

**county** 1:10,14 2:9
2:13 7:3 15:11
17:11 279:9
**couple** 156:10,11
201:20 269:4
**coupled** 206:21
**course** 16:22
19:19 34:9 50:10
50:11,12 69:5
220:13 221:2
**courses** 50:8,15,20
**court** 1:1 2:1
13:15,20 15:20
24:7 26:5,20
28:17 59:10
111:24 123:12
139:21 149:20
161:23 177:24
201:25 209:16
217:3 219:20
228:18 252:15,21
253:15
**coworkers** 39:6
**crafted** 199:23
200:4
**crafting** 110:6
**create** 34:11
211:25
**creating** 193:25
**credentials** 61:10
61:19,23 276:12
**criteria** 175:18,20
175:25 276:11
**critical** 143:22
**cropp** 7:6 15:10,10
17:10,10 279:8,8
**cross** 153:2 160:18
185:16 186:7
187:5 207:1
267:23

**csa** 256:19
**csr** 1:24 282:23
**csutoros** 3:6 15:5
15:5
**cue** 209:13
**curiosity** 56:11
**current** 22:11 23:4
34:16 65:19
131:18 195:1
208:15
**currently** 176:4
185:3 234:8
**curve** 191:9,10
**curves** 191:8
**cut** 59:17 84:3
**cuts** 157:4
**cv** 1:8 2:8 13:17
50:3,5 182:6,8
**cycle** 126:4,7,14
127:10,12,16
128:4,14,24 129:4
129:9,22

| d |
|---|

**d** 115:19
**dakota** 32:9
**data** 95:7,11 99:1
99:3,6,8 104:16
146:11 189:14
195:4 220:11
221:18 251:19,23
252:1,6 254:12
255:1,21 258:25
259:13 269:9
270:6 271:19,21
271:21 273:1
275:24 278:22
**date** 27:14 34:13
58:21 74:19
282:16 283:16
284:5 285:24

Armistead Supp. App. 0435

[dated - differences]

**dated** 24:15 25:4,5 29:3 282:19
**dave** 178:17 279:13
**david** 4:5 15:7 17:6 19:6
**david.c.tryon** 4:10
**day** 95:18 259:12 281:7
**days** 72:8
**deadlift** 169:14 183:21
**dealing** 45:5 77:15 264:7
**debated** 44:22 222:17 224:5
**debates** 57:19 58:5
**debating** 243:8
**december** 10:1 29:3
**decide** 226:19 276:18 278:18
**decided** 227:24
**decision** 238:19 243:19 278:13,16 278:16,22
**decisions** 243:15 243:16,17
**decker** 8:5 13:18
**decl** 24:22
**declaration** 9:11 9:14,17 19:3 24:13 25:2 26:2 26:13 27:11 28:9 33:20 34:6 46:8 72:5 96:17 105:10 105:13 172:20 186:10 229:4,18 229:23 261:25 274:12

**declare** 281:1
**decreasing** 264:17
**deeper** 75:25
**default** 171:2
**defeat** 202:22
**defeating** 202:14 202:21
**defend** 250:19,23
**defendant** 1:19 2:18 16:25
**defendants** 1:16 2:15 7:3 15:11
**defending** 3:4 15:3 15:6 19:5 20:22 29:10,23 30:7 36:7 73:6
**deficit** 264:1
**define** 43:25 175:18
**degree** 51:11 261:19
**degrees** 51:19 52:17 55:9 61:23
**demanding** 175:19
**demands** 232:24
**demonstrate** 158:7 214:14 256:18
**demonstrated** 65:3 84:22 85:9 142:4 152:6,19
**demonstrates** 103:21
**demonstrating** 86:6 155:6 223:19
**denote** 182:12
**denser** 125:4,14
**density** 267:22
**department** 7:16 109:14

**depend** 181:22
**depending** 127:14 242:25
**deposition** 1:20 2:20 13:11 16:9 16:14 17:18 18:1 19:1,7,15,23 20:2 20:6,7,10 38:11 39:20 40:17 71:8 105:21,25 271:17 283:19,22,24 284:8,10
**depositions** 17:19
**depression** 254:22
**describing** 142:18
**description** 9:10 72:1 272:14
**deserve** 198:17 199:3 226:23 239:3 247:9
**designed** 260:11 270:5
**despite** 128:12 254:3
**detail** 256:1 276:23
**detailed** 100:9 206:24
**determinant** 93:11 155:13,16,19,24 156:17,19
**determinants** 161:11 165:8,24 183:22 211:24 214:23
**determination** 44:4
**determine** 101:13 106:25 123:3 132:25 133:14,21 223:4

**determined** 42:16 233:6 283:18,22 284:7
**determining** 141:7
**develop** 233:2
**developed** 233:4 233:13
**development** 12:7 45:8,25 47:3,7 49:11 77:16 203:12 222:21 224:9,21
**developmental** 111:17
**deviation** 151:9
**deviations** 151:12
**device** 91:1,24
**diary** 52:13
**differ** 211:23
**difference** 83:6,25 84:18 85:21,23 86:5,7,9,10 87:11 87:25 88:1,4,11,16 88:23 89:1,22 93:25 143:25 155:7 233:22 257:10
**differences** 12:6 45:7,25 49:10 81:24 82:11,22 84:5,10,17 85:9 88:11 89:10 93:5 94:9,16,21 96:13 101:22,24 102:20 102:20,21 111:7 114:17,18 132:11 142:6 146:6,7 147:3 152:8,21 153:4 157:8 187:9 187:10 188:12 194:20 218:9,15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0436

[differences - draw]

218:16 257:17 259:10 266:1,9 276:5,24 277:6
**different** 47:6 53:5 59:22 86:22 88:10 129:7 134:25 135:5 137:12,17 140:17 143:15 162:13 168:23 194:1,1 199:24 200:5 211:22 219:7,9 220:13 221:2 233:13,13 253:4,15 255:23 273:2
**differential** 10:21
**differentiating** 198:22
**differently** 83:20
**differs** 211:3
**difficult** 50:16 57:8 127:11 143:18
**dig** 75:25
**direct** 166:9,19 169:6 194:6 226:22 266:25 274:16
**directed** 168:6
**direction** 282:10
**directly** 39:12 132:13 152:1 169:8 170:23 255:12
**director** 109:8
**disadvantage** 155:2,21 215:12 215:15
**disadvantages** 213:13

**disagree** 207:3 224:13 231:6 241:4,8 250:14 255:1 257:6
**disagreed** 235:14 235:16 250:15
**discipline** 109:3
**disclose** 169:18
**disclosed** 35:1
**disclosure** 270:16
**discriminates** 182:8
**discrimination** 11:13
**discuss** 58:11 107:24 141:24 144:11 156:14 164:9,14 169:25 171:5 172:9 176:24 196:17,21 260:24 270:23 275:21 276:4
**discussed** 19:9 50:13,21,23,25 132:18 149:3 181:25 183:10 197:4 201:4 209:24 232:1 234:24 260:14,15 271:16,19
**discusses** 142:25 148:6 149:7 164:12
**discussing** 142:15 144:3 145:7 146:4 148:11 164:18 171:6 188:11 189:6 249:16
**discussion** 19:11 51:9 54:9 58:14 140:5 141:3,17

143:16 147:24,25 156:18 168:19,22 168:24 169:5 172:13 173:10,23 174:4,6,10,17 177:9 180:14 181:25 215:3,4 276:4
**discussions** 47:4 51:15 53:14 156:16 176:16 180:9,12,13,22
**disordered** 257:12
**disorders** 45:7,25 47:2,7 49:10 77:16
**disparity** 256:25
**dissemination** 96:25
**dissertation** 54:4,6
**distance** 271:10,12 273:5
**distinction** 48:6 54:21,23 186:13 205:13,17
**distinguish** 221:10
**distribution** 191:7 191:9,10 215:14
**distributions** 260:12
**district** 1:1,2 2:1,2 13:15,16
**diverse** 203:14
**division** 1:3 2:3 13:16 74:24 75:4 271:10,11 273:5
**doctoral** 54:4,6 55:12
**doctorate** 55:14
**document** 22:25 23:11,12 24:10,22

24:24 25:24 26:8 26:12,16,17,23 27:8 28:12,13,23 29:5,9 30:12 86:21 112:3,7,12 113:25 114:3,10 123:18,20,21,22 123:24 124:3 162:2 177:19 218:8,11 235:23 239:23 244:6 253:4 277:8,22 278:11,12
**documenting** 195:5 276:25 277:1
**doing** 16:5 52:24 53:5,8 55:7,10 75:22 77:8 93:4 200:23 261:1 273:1
**donna** 202:2
**dora** 1:13 2:12 7:4 15:12 17:12 279:9
**doriane** 202:1
**dotted** 154:12
**double** 150:3
**download** 28:1 178:20,25
**downloaded** 95:6
**downloading** 178:23
**downloads** 91:14
**dr** 16:4 25:20 104:19 123:2 161:4,5 178:25 179:15 200:22 265:12 278:23 279:18
**draw** 257:19 273:9 277:25

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0437

[drawing - essentially]

**drawing**  269:20 278:5
**drawn**  65:2
**draws**  205:13
**drew**  275:2
**dsd**  12:7 173:6,19 176:22 230:15 231:21 233:9 237:14 250:7 264:15
**dsds**  46:4,9,14,22 47:3,6,8,14 48:7 49:6,14 58:12 77:21
**due**  102:22 264:20
**duke**  202:9
**duphily**  8:2 23:17 23:22 24:3 25:9 28:1 154:2 159:21 159:23 178:4,10 178:13,16,22 216:21 217:1 279:20
**dysphoria**  71:4 254:21

**e**

**e**  3:18 163:7,8 267:12,12,12 283:9,12 284:1 285:3,3,3
**e.g.**  169:13 183:19 183:20 215:13
**earlier**  45:12 76:16 157:11 197:4
**earliest**  151:3
**early**  10:25 149:23
**easier**  27:20 28:2
**eating**  257:13
**economy**  183:18

**edit**  182:24
**editor**  97:8,9,10 97:20,22 162:21 162:25 182:17
**edits**  182:22
**education**  1:10,10 2:9,10 7:3,14,16 10:14 13:14 15:11 15:17 17:11,14 50:2,7 60:24 162:22 163:20 279:9 283:4 285:1
**educator**  96:18
**educators**  162:6,9 162:12,15 174:6 252:25 253:7,9,11 253:14
**effect**  9:23 29:1 67:5,6,8 87:25 88:15 89:1 144:11 170:24 218:15
**effects**  10:21 66:4 66:21 67:3,23,24 68:11,20 69:18 70:2 73:9,13,17 74:5,16 94:20 108:11 127:10 141:3,12,17 142:11,15 144:6 161:9 165:6,15,23 170:12,18 214:22 217:16 221:19 254:20 269:16
**effort**  132:25 133:14
**eiberg**  85:8,17,18 89:24 90:2
**eight**  95:8 279:25
**either**  32:11 48:17 66:2 86:8 97:1 267:17

**elementary**  100:25 101:7 106:9 110:21,24 111:3 111:13 114:13
**elements**  201:16 201:18
**eliminate**  142:5 152:7,20 153:4 160:20 167:14 260:18
**elimination**  155:6
**elite**  12:8 115:18 231:22 234:11 250:7,8 264:15
**elizabeth**  5:6 14:14
**else's**  149:14
**emma**  97:14
**emphasis**  234:12
**emphasizing**  269:8
**empirical**  167:21
**empirically**  100:4
**employee**  282:14
**encompass**  132:2 132:9 151:15
**encouraged**  182:17
**endocrine**  47:22 70:8,20 71:19 132:17,21 133:6
**endocrinologists**  47:10 112:15 113:11
**endocrinology**  47:21 51:2
**endogenous**  146:23 164:16 193:11,17 196:2 196:10 198:13 216:2 219:15

241:3 247:5 263:15
**endurance**  92:21 213:16,20 214:6 214:15,23 221:5 221:11 266:1,10
**engage**  90:10 221:22 222:15 223:5 224:3 225:2 261:11 262:3
**engaging**  257:12 261:7,15
**engineering**  91:4
**enhancement**  234:13
**enhances**  89:6
**enhancing**  107:7
**enjoy**  87:7,13,17
**enjoyed**  100:8
**ensure**  164:6 175:21
**entirely**  191:3
**entirety**  157:21,24
**entitled**  229:25
**equal**  92:2 192:1
**equally**  90:24 115:22 188:20 212:20
**equilibrium**  213:19 214:8
**erased**  101:25 102:22
**ereinhardt**  5:17 5:18
**errata**  283:14,16 284:3,5
**error**  132:6 139:1 139:15
**essential**  53:23
**essentially**  34:5 35:13 234:23

Veritext Legal Solutions
866 299-5127     Armistead Supp. App. 0438

[establish - expert]

establish  175:25
esteem  254:21
estrogen  66:3,14
   68:4 70:22,22
et  13:14 138:15,18
   139:4 142:3 152:5
   152:18
evaluate  212:6
   216:17 259:20
   270:3
evaluated  218:14
   228:14 255:7
evaluating  98:17
   171:13 172:21,22
   218:9,12 231:12
evaluation  184:3
evaluations
   170:11
event  90:16
   119:23 235:7
events  79:12 83:3
   88:10 95:13
   115:25 116:6
   160:24 207:11
   208:21 209:5
   212:20 244:3
   245:13 248:4,21
   266:3,10,10
evidence  65:12
   103:6 104:23,25
   167:11 230:17
   233:5 235:6
   237:25 278:12
evidenced  84:11
exact  53:6 243:24
exactly  32:24
   34:22 53:9 148:10
   180:23 184:4
   214:17
exam  209:25

examination  9:2
   16:2
examine  98:13
examined  15:24
example  97:6
   172:9 208:19
   210:1,5 233:16
   239:1
examples  97:2
   245:14
excellent  17:16
exception  11:12
exceptions  204:3
excerpt  60:8 214:1
excess  155:1,21
exclude  89:21,25
   93:25 94:15 243:5
   244:2
excludes  201:11
excluding  195:24
   196:12 197:13,22
   198:11 199:15
   204:8 209:4
   218:19 219:12
   227:7 228:9
   243:19 247:2,19
exclusion  210:5
exclusively  119:22
excuse  34:12
   159:5 234:21
   276:11
executed  24:16
   27:15 28:5 281:7
exercise  19:17
   36:22 37:2 68:17
   98:2 261:12,15
   263:3
exercises  261:1
exhibit  9:11,14,17
   9:20 10:3,5,12,19
   10:24 11:5,7,11,15

11:20,23 12:5
   22:25 23:16,19
   24:6 25:24,25
   26:1,4,8,18,19,24
   27:2 28:14,16,18
   46:13,15,16,18
   59:1,9,11 86:15
   99:18,23 111:21
   111:23 112:3,6
   115:13 123:9,9,10
   123:11,16 131:9
   138:14 139:17,18
   139:19,20,24
   145:13 149:16,17
   149:18,19,23
   153:25 161:19,21
   161:22 162:1
   169:10 177:19,23
   177:25 201:6,22
   201:22,24 209:14
   209:15,18,19,20
   217:2,6,7 219:19
   219:25 220:2
   228:17,23,24
   239:25 240:1
   246:3 249:16
   256:4 265:18,19
exhibits  9:9 23:10
   25:21 28:1 177:17
   178:18
exist  207:23
existence  276:16
existing  223:18
exists  276:13
expect  19:7 199:1
   261:16
expectation
   118:20
experien  219:14
experience  82:10
   100:1 121:22

122:10,11 126:3
   147:10,17
experienced
   146:23 196:10
   216:1 217:15
   219:15 241:2
   242:9 244:18
   247:20
experimentally
   233:6
expert  9:17 19:3
   20:11,15,18,24
   21:2,6,23,24 22:4
   22:8,13,16,19,21
   23:4,12 24:13
   25:2 26:2 27:11
   29:6,13 33:20
   35:2,6,12,20 36:17
   45:5,7,16,22,24,24
   46:3 47:13 48:13
   48:16 49:10 60:21
   61:1,8,11,15 72:5
   96:1 101:11,15,21
   102:4,15 103:7,13
   104:2,11,25 105:6
   105:13,22 106:2,7
   106:15,17 107:10
   107:14,20 108:2,3
   108:6,10 110:2
   114:12 123:3
   134:17 135:13,15
   135:20,24 136:16
   137:13 157:12
   161:3,4 165:22
   166:18 169:19,21
   176:20 177:5
   183:11,15,25
   184:2 186:5,9,9,16
   186:19 187:2,7
   188:4 191:23
   201:5 243:12

Page 17

Armistead Supp. App. 0439

[expert - female]

248:24 251:19,19 252:2,16 261:16 261:24 270:9 274:20 275:15,16 276:13,19 278:2,6 278:17

**expertise** 37:1 107:24 109:4 131:17 134:1,9 252:11 277:16

**experts** 109:21 135:6 143:8,14 229:16 278:12

**explain** 18:18 20:3 66:7 90:22 113:11

**explained** 64:24 64:25

**explanation** 257:21

**explanations** 257:9,15,16

**explore** 95:20

**explosive** 266:4

**express** 109:2

**expressed** 126:6 135:20,21 138:9 229:24

**extended** 244:9

**extensively** 194:21 195:4

**extent** 35:11 47:13 240:25 241:4 264:19,25

**extra** 43:22

**extrapolate** 259:22 272:6

**extrapolated** 173:8,21 174:9 176:23 177:8 264:14

**extremely** 164:3

**eye** 201:18

**eyeball** 151:20

**f**

**face** 146:13 186:15

**facsm** 9:12,18

**fact** 30:20 31:13 54:5 67:7 83:24 128:12 140:16 142:25 169:5 186:14 195:5 201:11 236:7

**factor** 85:3 87:14 87:21,22 94:11 154:25

**factors** 73:19 82:22 83:1,7,9,13 83:16 89:11,21 90:1 94:22 210:25 222:20 224:8,20 259:12

**facts** 173:8,20 174:9 176:23 177:8 277:12,14 277:17,24 278:3

**fair** 18:12,23 35:5 35:9,14,17 36:9 49:6 75:12,19 77:10,12 80:8,22 82:9 101:11,13,16 102:15,24 103:14 103:22 104:3,11 104:17 105:1 106:8,25 107:14 107:19,25 108:6 118:23,25 128:15 137:25 157:4,7 161:9 172:8 173:5 173:18 176:2,21 177:6 212:11 214:2 219:10

**272:9,12 275:24 276:18 277:14 278:1,5,13**

**fairly** 275:11

**fairness** 10:16 102:5 103:7 105:7 106:15,18,23 108:13,15 109:21 110:2 114:13 123:4 124:1 175:21 176:5,12 184:7,19 211:2 212:8 213:18 214:7 276:6 277:8

**fairy** 84:22

**fall** 34:20 104:8

**falls** 109:3

**false** 142:24

**familiar** 17:23 191:18 202:15 244:10,11 263:4,6 263:11

**family** 32:25 33:3 39:7 122:12 189:4

**far** 16:17 72:7,7 91:8 95:22 106:24 195:9 199:6 261:6

**fast** 166:16

**faster** 274:4,10

**fat** 92:13,16 125:4 153:11,15,20,22 153:23 154:16,17 154:21,22,24,25 155:1,9,21 156:8 156:14,18 157:9 159:8 215:10,14 271:13

**favor** 197:2,10,22 198:11,20 238:12 247:2

**favour** 237:17,19 237:20,24

**features** 201:10

**february** 24:16 25:5

**federal** 104:25 284:1,8,9

**federation** 212:6 229:7,8 244:22

**federations** 242:15 243:1,4

**fee** 182:20

**feed** 222:21 224:9 224:21

**feedback** 163:25 164:2,4

**feel** 36:8 114:11,11 120:7 149:13 184:17,21 213:25

**feeling** 36:12

**feelings** 80:7

**fellow** 174:5

**felt** 120:8

**female** 11:15 12:6 38:16,18 45:6 58:4,7 84:13 115:24 126:2,6 127:15 128:1 129:12,21 142:7 146:14 152:9,22 153:6 161:10 165:6,18,23 170:12,25 171:13 172:4 183:7 202:17,21,23 203:21 204:13,16 209:5 220:19 227:8 231:22 234:7 243:6,20 244:25 248:20 258:10 272:20

Armistead Supp. App. 0440

[female - form]

273:5 274:5 277:1
**females**  31:20,23
31:24 32:4 48:25
80:15 82:12 87:15
101:23 111:8
113:20 114:8
125:1,8 147:3
187:9 188:12
189:16 190:9
192:2 204:12
205:9 207:13
208:22 214:16
237:22 266:10
273:10 276:24
**fetuses**  84:13
**field**  20:5 38:8
75:4 76:20 104:8
107:23 109:4
135:6 143:9,14
239:19 247:11
**figure**  86:12
153:19,19 154:10
155:6 186:16
**figures**  151:3
**file**  59:8 201:22
**filed**  13:14 22:19
22:20 24:20 185:7
**filling**  63:1
**fims**  12:8 97:15
229:4,5,9 231:21
232:2 237:15
**final**  171:24 173:3
211:14
**financially**  13:21
282:13
**find**  27:14 65:17
68:23,24,25
134:14 167:21
206:17 276:14
**finding**  155:3,10
157:1,3 159:13

271:7 273:17
274:7
**findings**  85:14
153:10,14 156:20
220:12 255:19
257:7 264:13
273:22,24 274:8
**fine**  16:5
**finger**  53:8
**finished**  34:6
216:5
**fir**  234:21
**firm**  15:15
**first**  17:25 20:17
23:3 27:1 35:22
46:18,25 47:1
55:15 72:23 73:7
73:14 78:5,10,12
79:7,8,10,24 80:20
81:5,8 115:17
123:17 139:16
152:3 153:21
158:22 163:22
164:23 183:6
194:17,23 201:23
213:9 217:12
220:6 225:12
230:11,21,25
231:3 234:21,21
236:9 237:10
256:11 262:15
267:1
**fit**  91:25 92:3
**fitness**  90:7,13
92:5,6 99:1
203:12 260:2,5
**fits**  144:14
**five**  72:13 122:18
131:15 175:11,11
198:10 250:1

**fix**  23:17
**flexibility**  170:13
170:19 171:5
**flipped**  86:16
**floor**  5:13 6:10,20
**florida**  21:7,9,15
21:21 22:10,21
**flows**  166:16
**focus**  12:2 84:21
101:22 102:19
104:21 105:3
148:25
**focused**  83:24
201:10
**focusing**  103:5
106:12 144:14
**folder**  23:10 26:17
112:2 139:19
**follow**  186:1 221:2
267:9
**following**  107:20
**follows**  15:25
283:8
**football**  117:3,12
**footnote**  112:11,12
112:14,18 113:7
113:10 263:7
267:9,10,13,19,21
**foregoing**  231:25
281:2 282:5,7,11
**form**  16:19 29:7
30:4,25 31:16
34:14,19 35:8
36:10 37:20 38:13
38:23 40:3 41:20
43:6,19 44:2,10,19
45:20 46:6 47:19
48:8 49:7 52:1,25
53:6 54:13 56:21
60:13 61:3 62:4
62:25 63:20 64:12

65:6,16 66:10
67:13,14 68:1
69:10,16 72:3
74:10 75:9 77:11
80:10,19 81:16
82:8,24 84:19
85:6,24 87:19
88:6 89:3,13 93:3
93:9,19 94:2 95:4
96:1,11 98:7,15
100:17 101:2,19
102:7,18 103:6,17
104:6,24 106:16
109:22 110:11,22
111:5,14 114:15
114:24 115:7
116:7,13,22 117:5
119:8,19 120:3,19
121:5 123:5
126:15 127:8
128:19 129:8
132:19 133:3,24
134:20 135:3,14
135:23 136:9,19
136:25 137:14
138:4 140:22
142:20,24 143:2
143:10,17 144:12
146:25 147:12,20
148:1,14,24
155:11,17,25
157:6,22 158:5
161:13 164:11
165:16 167:1
168:25 169:20
170:2,21 171:20
172:17 174:13,20
176:14,25 177:10
181:3,11,21
183:13 184:1,10
184:25 185:17

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0441

[form - friends]

186:8,21 187:6,16
188:2,14 189:13
192:7 193:5 196:3
196:15 197:15,25
198:15,23 199:17
200:6 204:1,10,25
205:6,18 206:3
208:8,24 210:8
211:9 212:14
214:9 216:3
218:23 219:4,16
221:12 223:7,14
224:14 226:2,20
227:9,16 228:2,12
230:1,23 231:10
233:15 235:18
236:1 238:8
239:10 241:5,13
241:18 244:4
245:6,22 247:6,22
248:5 249:4
250:17,24 251:17
251:24 252:8,18
253:10,16 258:3
258:17 259:4
260:6 261:4,21
264:2,24 268:10
269:2,23 272:11
272:21 273:3,21
274:23 275:8
276:1 277:19
278:8,19
**formal** 50:7
113:17
**formally** 55:25
**format** 63:13,14
182:9
**formed** 80:18
**forth** 22:1 282:6
**found** 90:6 91:22
195:8 272:17

**foundation** 113:19
114:1,7,21 115:6,9
**four** 131:15
249:25
**fourteen** 150:13
150:15
**frampton** 3:5 15:1
15:3 16:16 17:4
19:8 28:3 29:7,14
30:4,25 31:2,16
34:14 35:8,15
36:10 37:20 38:13
38:23 40:3,10,24
41:20 43:6,19
44:2,10,19 45:3,20
46:6 47:19 48:1,8
48:19 49:7,15
52:25 54:13 56:21
57:4 60:13 61:3
61:12,21 62:4,25
63:8,20 64:1,6,12
64:19 65:6,16,25
66:10 67:13 68:1
68:13,22 69:10,16
70:12 72:3 74:10
75:9,15 77:11,22
80:10,23 81:6,16
82:6,8,24 84:7,19
85:6,24 87:19
88:6,18 89:3,13
93:3,9,19 94:6,18
95:4 96:11 98:7
98:15 100:17
101:2,9,19 102:7
102:18 103:17
104:6,14 105:8,17
106:3,16,21 107:4
107:17 109:22
110:11,22 111:5
111:14 114:15,24
115:7 116:7,13,22

117:5,13,22 118:8
118:13 119:2,8,19
120:3,19 121:5,21
122:2 123:5
126:15 127:8,22
128:5,19 129:8,19
130:2 132:19
133:3,24 134:20
135:3,14,23 136:9
136:19,25 137:8
137:14,21 138:4
140:22 142:20
143:2,10,17
144:12 146:25
147:11,20 148:1
148:14,24 155:11
155:17,25 157:6
157:16,22 158:5
161:13 164:17
165:16 167:1
168:25 169:20
170:2,21 171:20
172:17 174:13,20
176:14,25 177:10
178:14 179:6
181:3,5,11,21
183:13 184:1,10
184:25 185:17,25
186:8,21 187:6,16
188:2,14 189:13
192:7,15 193:5,12
193:20 194:3
196:3,15 197:15
197:25 198:15,23
199:17 200:6,15
204:1,10,18,25
205:6,18,23 206:3
206:11 208:8,24
209:7 210:8 211:9
212:14,21 214:9
216:3,8 218:23

219:4,16 221:12
223:7,14 224:14
225:5 226:2,20
227:9,16 228:2,12
230:1,23 231:10
233:15,23 234:25
235:18 236:1
238:8,16,25
239:10,18 241:5
241:13,18,25
242:22 244:4
245:6,22 247:6,22
248:5 249:4,11
250:17,24 251:17
251:24 252:8,18
253:10,16,23,25
258:3,17 259:4,17
260:6 261:4,21
264:2,24 268:10
269:2,23 272:11
272:21 273:3,12
273:21 274:23
275:8 276:1,21
277:19 278:8,19
278:25 279:14,14
**frcp** 284:1
**free** 16:23 35:13
91:11 149:14
213:25
**freedom** 3:4 15:4
15:6 19:5 20:22
29:10,23 30:8
36:7 73:6
**french** 229:7
**frequently** 38:7
**friday** 1:21 2:23
13:1
**friend** 1:6 2:5
13:13
**friends** 122:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0442

[front - go]

**front**  31:18
**full**  109:9 158:22
  164:23 176:6,12
  184:8,19 210:20
  211:14 220:6
  234:21,21 237:11
  256:11 275:14
**fully**  119:10
  121:11
**fun**  119:21 271:18
**funding**  121:10
**further**  66:7 81:15
  145:8 222:23
  223:18 224:11
  237:25 269:7
  278:24 282:11,13
**furthermore**
  266:22,24 267:3
**future**  211:20

**g**

**g**  130:21 263:9
  267:12
**gabe**  191:13
**gaht**  220:14
  221:19 223:6
**gaining**  29:18
**game**  119:12
**gametes**  43:2
**gas**  254:19
**geared**  162:15
**gender**  37:22 40:6
  40:14 41:12 64:10
  64:17 65:12 67:4
  67:22 68:21 69:9
  70:9 71:4,4 73:9
  73:13,18 74:6,16
  96:22 102:1,23
  148:16 162:7
  179:24 180:2
  193:10 196:1
  202:9 203:14,15

207:16 218:1
220:15 222:16
224:4 225:3
242:13 249:1
254:18,20 269:16
**general**  4:4 7:15
  11:13 19:19 21:10
  50:24 52:8 90:24
  96:9,12 144:19
  272:7,16
**general's**  15:8
  21:4
**generalizable**
  273:9
**generalizing**
  226:16
**generally**  129:10
  132:1,8 136:10
  266:2
**genes**  83:19
**genetic**  47:8,17,25
**geneticists**  47:10
**geometry**  267:23
**getting**  152:11
  178:15 241:22
  252:17
**gifted**  115:23
  188:6,20,24
  189:15,19,20
  190:10
**gifts**  188:25
**gir**  98:18 190:21
**girl**  41:24 42:2,2,4
  42:6,7,8,9 129:5
  185:6,19 188:6
  189:11 190:4,7,11
  190:23 191:5
**girl's**  187:5
**girls**  10:8 30:22
  32:4 44:18 46:5
  48:17 49:4 82:19

83:2,6,10,12 84:6
84:11,14 85:5
89:11,23 90:3,10
90:24 91:25 92:1
92:4,25 93:6,7
94:5,10,23 95:2,12
96:13,16 98:14,18
98:21 99:2,4,7,9
99:10 100:25
101:4,7,17 102:16
102:17 103:7,8,14
103:15 104:3,4,12
104:13 105:1
106:9 107:14
108:6,7,16,17
113:13 114:18,23
115:5,24 116:4,16
116:19,21,24
117:2,6,7,11,14,20
118:4,5 119:16,17
119:25 120:1,5,5
120:11,13,15,18
121:2,4,8,16
125:14,20 126:12
126:13 127:6,7,20
127:20 128:13,16
128:17 129:3,7
140:5,7,13,16
146:8 147:9,16,25
151:4,17 160:23
164:14 177:6,7
185:8,20 186:3,7
187:15,18 188:1
189:8,25 190:2
191:6,9,15 192:4,6
192:12,14,17,18
193:9,16 195:25
196:8,12,13,25
197:2,3,11,13,23
198:11,12 199:16
201:11,13 203:22

204:8,23,23 205:5
205:14,25 206:1
208:5 209:4 210:6
215:22,22 218:7,9
218:20,20 219:12
219:12 227:8
240:17,21 241:1
241:15 242:8,16
243:5,19 244:2,17
244:24 247:3,19
248:20 277:15
**give**  23:5 25:12
  26:16 31:7 32:8
  50:16 90:23
  102:24 104:16
  108:3,6 111:8,21
  125:6 137:6
  189:10 241:21
  251:18
**given**  66:11 91:21
  185:9 213:12
  221:1 256:25
  261:13 266:24
  267:3 279:23
**gives**  91:15 101:24
  114:18 153:18
  258:1
**giving**  103:12
  125:11 134:3
  150:11
**glad**  270:8
**glasses**  178:6
**gleim**  10:16
**gnr**  130:19
**gnrha**  141:8
  150:24
**gnrha's**  131:1,5
  140:11,14
**go**  13:8 23:22
  25:12 27:5 29:15
  31:17 35:16 44:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0443

[go - half]

| | | | |
|---|---|---|---|
| 44:20 46:7 49:8 | 278:9 279:3 | **gotten** 27:23 | **grip** 168:3 |
| 61:4,13 68:2 | **goals** 102:5 176:5 | **governing** 121:6 | **grossly** 226:16 |
| 70:13 72:22 80:11 | 176:12 184:7,19 | 233:2,14 | **ground** 17:22 |
| 80:12 85:7,25 | 203:10 206:23 | **governor** 57:20 | **group** 10:6 162:12 |
| 94:7 95:5 101:20 | 277:8 | 58:16 60:9 | 163:16,19 188:11 |
| 103:18 105:14,16 | **goes** 163:18 | **gr** 130:18 | 195:17 197:5 |
| 105:17 106:22 | 267:10 | **grab** 220:3 | 198:4,8 200:10 |
| 115:11 122:3 | **going** 18:18,20 | **graduate** 51:1,2 | 240:4 246:24 |
| 124:13 125:23,25 | 19:8 22:18,23,24 | **graph** 153:21 | 260:9 271:10 |
| 126:17 131:8,15 | 23:3 24:19 26:16 | 154:1 164:5 | 273:5 |
| 132:12 133:4 | 28:13 50:3,4 57:8 | 255:25 | **groups** 260:11 |
| 138:13 144:25 | 59:1,4,14,14,22,23 | **graphs** 191:13 | **growth** 84:10,12 |
| 145:7 148:19,20 | 67:19 72:10 82:15 | **gray** 154:12 | **guess** 20:4 36:5 |
| 150:18 158:14 | 82:15 86:18 88:2 | **great** 17:21 20:11 | 66:6,25 74:19 |
| 159:17 160:15 | 97:18 103:6,10 | 20:23 24:24 25:4 | 75:16 109:24 |
| 163:21 164:22,23 | 104:23 118:3 | 26:15 32:5 49:25 | 181:22 188:10 |
| 166:6 168:22 | 122:14,15 123:8 | 57:16 58:25 60:3 | 199:18 214:16 |
| 171:1 172:18 | 123:10 124:22 | 69:22 71:23 72:14 | 215:22 248:8 |
| 173:2 174:24 | 135:16 139:17 | 72:20 111:20 | 277:10 |
| 175:6 179:4 181:5 | 149:16,17 159:19 | 112:10 122:25 | **guidance** 176:17 |
| 183:1 185:1 | 159:23 161:20 | 131:7,14 140:3 | **guidelines** 11:21 |
| 188:15 193:11,17 | 166:6 177:14,19 | 149:13 151:24 | 70:9 71:3 132:17 |
| 197:23 198:1 | 177:20 178:1 | 153:9 160:3,15 | 132:21 133:6 |
| 200:13 205:23 | 192:16 194:14 | 161:2 164:8 | 212:4,12 233:4 |
| 206:4,16 211:14 | 200:8 201:17 | 168:10 177:13 | **h** |
| 212:25 216:4,7,9 | 217:5 219:24 | 193:2 210:11,15 | **h** 130:21 285:3 |
| 220:4 222:6 | 224:1 251:5 | 222:1 233:16 | **h.b.** 48:6 124:1 |
| 223:15 224:15 | 261:23 265:13 | 236:6 | 192:21,23,24 |
| 225:6 231:15 | 278:11 | **greater** 159:9 | 193:3,15,23 |
| 232:21 233:24 | **gonadotropin** | 190:10 277:16 | 199:25 201:10 |
| 235:1,19 237:3 | 130:12,15 | **greatly** 232:23 | 204:7,22 238:24 |
| 242:1,23 246:2 | **good** 13:4 14:3,8 | **green** 3:16 15:13 | 240:25 241:4,8,12 |
| 247:7 249:15,18 | 14:10,12,14,18,21 | 15:13 17:8,8 | 241:24 242:21 |
| 249:25 251:4,14 | 14:23 16:4,7,7 | 279:1,1 | 245:5,19,21 252:6 |
| 253:21,22 255:10 | 18:5 19:3,4 46:16 | **gregory** 1:21 2:20 | 252:16 |
| 256:3,6 258:4 | 64:21,23 65:17 | 9:3,11,14,17,25 | **haemoglobin** 12:1 |
| 259:5,18 262:9,10 | 72:1 97:16 200:22 | 13:11 15:23 16:13 | **hal** 3:5 15:3 |
| 262:21 265:4,17 | 200:24 267:15,15 | 28:19 279:24 | 279:14 |
| 268:11 269:8 | **google** 27:22 70:1 | 281:1,12 283:1,5 | **half** 23:5 34:9,12 |
| 270:9,12 271:2 | 70:6 76:6 | 285:2 | 150:13,15 267:1 |
| 274:11 276:2,22 | | | |

Veritext Legal Solutions
866 299-5127
Armistead Supp. App. 0444

[halfway - hormones]

**halfway** 262:14
**halt** 148:8
**halting** 139:10
    185:10
**hamilton** 195:15
    198:3,9 199:2
    200:9 225:19,21
    226:1,4,22 227:10
    227:14 228:24
    229:1 246:21
    247:9,15,24 248:7
    249:15 251:6,8
    253:21 262:9,11
    264:11 268:9,12
    268:18
**hampton** 94:2
**hand** 168:3 183:1
    210:16,19 213:1
    215:3 232:5
    236:12 249:21
    254:5 256:11
    262:18,19,21
**handgrip** 256:20
    257:22,25 258:6
**handicaps** 207:22
**handle** 44:24
**handled** 283:8
**happen** 54:17
    111:22
**happened** 37:6
    52:10 53:9 79:25
    272:25
**happens** 19:6
**happy** 65:1 122:15
**hard** 72:8 264:5,9
**harper** 97:15
    195:15 198:3,6
    199:8 219:23
    220:2 221:9
    246:19 256:3,6
    259:1 268:19

**harrisburg** 126:22
**harrison** 1:10,14
    2:9,13 7:3 15:11
    17:11 279:9
**hartnett** 5:9 14:8,9
**hash** 154:13
**hb** 10:15
**hct** 220:16 221:2
**head** 18:3 48:3
    79:17 244:25,25
    245:9,9
**headed** 131:11
**health** 10:25 60:21
    66:19,22 67:6,8,22
    67:23 68:6,11,20
    69:22 70:3 84:12
    203:11 262:2
**healthcare** 61:1
    62:23 63:25 64:3
    65:22 66:1,8
    69:15 275:17,20
**healthy** 237:22
**hear** 253:23
**heard** 63:11 71:25
    76:25 80:21 81:5
    81:8
**hearing** 10:15
    124:5,6,10
**hearings** 123:24
**heart** 274:9
**hearts** 125:4,19,22
**heated** 174:7,18
**heather** 1:6 2:6
    7:15 13:13
**hecox** 9:18 20:25
    27:12 28:9
**height** 190:10
    191:6,8 271:8,20
    271:23 272:18
    273:10

**held** 134:18,19,21
    135:1,16 136:16
    157:12 232:25
**hello** 14:16
**help** 36:7,23 65:18
    188:25
**helstrom** 14:16,16
**hemoglob** 215:4
**hemoglobin** 215:4
    215:7
**hereto** 24:7 26:5
    26:20 28:17 59:10
    111:24 123:12
    139:21 149:20
    161:23 177:24
    201:25 209:16
    217:3 219:20
    228:18 281:4
**hframpton** 3:11
**hgb** 220:16 221:2
**hi** 265:12
**higgard** 191:13
**high** 111:19 203:2
    203:4,8 207:24
    222:22 224:10,21
    264:21
**higher** 85:11 90:7
    90:13 93:7,22
    271:9,12 272:19
**highlight** 254:14
**highlighted**
    230:21,25 231:7
**highly** 222:17
    224:5
**hilton** 97:14
    195:13 197:17
    198:2,6 199:5
    200:9 209:12,20
    246:15 265:17,19
    267:2 268:1 269:4

**hip** 91:3
**hit** 24:21
**hold** 120:6 178:4
    178:16 256:2
    268:3 279:20
**holstrom** 5:8
**honestly** 97:14
    163:17 180:17
**honor** 108:19
    109:20
**honors** 109:1
    111:18
**hope** 278:10
**hopefully** 23:11
    161:20
**hoping** 50:6
**hormonal** 11:1
    149:23 207:20
    267:23
**hormone** 11:23
    54:7 70:2 73:18
    102:23 130:12,15
    131:1 140:17
    144:7 147:16
    153:2 161:10
    165:6,23 170:12
    170:18 171:13
    172:4 183:7
    187:10 219:13
    220:15 222:16
    224:4 225:3 244:9
    256:17 257:1
    259:1,14
**hormones** 67:22
    68:21 73:10 74:6
    74:16 102:2
    148:17 160:18
    170:25 193:10
    196:1 242:13
    269:16

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0445

[hourly - influence]

**hourly** 35:2
**house** 10:13
123:25
**hrt** 254:19
**hubbard** 79:4
**huh** 27:3 180:11
203:3 229:10
237:8 262:14
**human** 124:25
125:1 195:6
**hurdles** 74:24 75:6
**hutchens** 7:15
**hypothesis** 51:23

**i**

**idaho** 21:1,4,12
22:10 33:21 34:6
**idea** 78:15 79:14
141:22
**identifiable**
121:18
**identification** 24:6
26:4,19 28:16
59:9 111:23
123:11 139:20
149:19 161:22
177:23 201:24
209:15 217:2
219:19 228:17
**identified** 73:5
196:11
**identifies** 41:3
42:2,2,9
**identify** 46:14
72:8 89:5 182:6
**identifying** 138:19
139:5
**identity** 37:22
38:17,21 39:4,17
40:6,15 41:12
102:1,22 203:15
207:16

**ignores** 254:17
**ii** 74:24 75:4 100:9
133:23 147:18
150:8,16 194:9
273:5
**iii** 133:23
**iiic4** 206:25
**illustrative** 207:19
208:5
**image** 178:5,9
**immediately** 100:6
143:14
**impact** 67:24
254:18
**impacts** 66:19
**impair** 127:17
**implemented**
234:11
**implication** 67:9
**implications** 12:2
132:13
**implies** 199:4
**imply** 264:16
**importance** 212:1
**important** 18:2
66:17 76:19
155:13,16,24
156:2 161:10
164:3 165:5,7,14
165:24 168:13
210:21,23 218:24
253:8
**impression** 142:24
226:17 273:19
**improving** 141:11
**inasmuch** 205:7
**include** 10:9 30:18
45:18 54:2 88:10
126:25 141:2
144:9 167:3 173:5
173:18 176:21

177:6 195:13
204:4 235:17
257:8 270:24
277:14,15
**included** 51:7
134:8 166:22,25
183:25 232:13,15
232:17 236:24
240:21 241:15
245:8,15 259:7
283:14 284:3
**includes** 66:22
83:11 201:12
**including** 49:13
144:22 189:19
228:11
**inclusion** 102:6
146:14 175:19,21
176:1,7,13 184:8
184:20 203:13
207:17 208:6
211:2 213:17
214:7 228:15
234:6 276:5 277:8
**inclusivity** 212:7
**incompetence**
24:2
**incongruence** 71:4
**inconsistency**
242:3 245:25
**inconsistent**
242:21 245:4,20
**incorrectly** 149:15
**increase** 215:10
263:2
**increases** 100:2
139:11
**independent** 55:6
55:8
**independently**
55:11

**index** 9:1
**indicate** 121:7
129:11 198:16
**indicated** 154:18
**indicates** 81:23
154:19 199:8
203:20
**indicating** 257:11
**indicators** 258:14
**indirect** 166:9,20
169:6
**indirectly** 171:21
**individual** 40:5
41:11 62:9,19
66:11 77:17 78:12
78:23 120:7 126:2
186:11,23 187:4
187:14,22,24
191:3,4,24 199:23
200:4 212:6 233:1
233:3 235:13,13
**individually**
163:15
**individuals** 36:25
38:14 39:2 44:24
45:24 47:5 50:11
50:13,22 51:25
52:5 53:14,16
55:22 56:5,10,23
61:6,9,16 63:17
65:4,18,23 70:3,23
77:20,20,24,25
78:2,5,11 108:12
132:11 151:11
188:17,18,19,21
255:8 257:22
275:20 277:2
**inferring** 254:15
**influence** 126:8
127:13 129:22
165:20 226:13,15

[influenced - josh]

**influenced** 81:10
148:17 210:25
**influences** 171:14
**information** 29:18
34:8,16,19 45:22
63:3 65:18,19,22
68:19,24,25 69:3
70:14,25 71:24
73:4 76:8 90:23
91:15 101:12
103:20 114:16,22
135:7 136:20
146:21 148:16
162:14 169:18
181:19 183:24
188:3,4,17 214:13
223:3,18 224:25
228:14 231:11,13
232:1 251:1 252:1
252:10,12,15,21
252:25 253:9,12
253:15,17,18,19
261:25 269:25
275:1 276:11
277:12 278:21
**informative**
180:25 181:8
195:8
**informed** 76:5
117:6,8,16 119:10
120:25 121:2,11
**informing** 56:12
**infringing** 38:17
38:21 39:3,16
**inherent** 111:8
117:24 124:24
125:7 205:8 206:7
**inhibitors** 160:18
**initial** 161:6
**initialed** 281:4

**initials** 21:8
**initiated** 51:9,10
**injunction** 185:9
186:14
**ink** 281:4
**input** 24:3
**insensitivity** 43:4
43:8 44:16,22
47:17
**inserting** 132:5
**insight** 29:18
**instance** 37:3
107:5
**instances** 37:9,12
127:12
**institute** 69:19
**institutional**
203:10 206:23
**institutions** 229:16
**instruct** 19:8
**instructor** 51:9
**insufficiently**
244:20
**integrating** 12:5
**integration** 231:21
**intellectual** 36:13
**intended** 157:23
158:2,6 253:6
**intensity** 90:19
91:8,18,20 92:2
**intention** 239:12
278:20
**interest** 29:23
36:12,13 115:5
162:12 163:3
256:9,16
**interested** 13:22
30:15 35:22 77:8
77:18 162:20
163:9 229:12
282:14

**interesting** 173:9
173:22 174:4,10
174:12 176:24
177:9
**international**
229:6,8 242:14
243:1,3 244:22
**interpretation**
205:1
**interpreting** 269:9
**interscholastic**
20:20
**intervenor** 1:19
2:18 3:3 15:4,6
17:1,5 279:15
**intervention**
263:18
**interventions**
141:13 203:24
249:2
**interview** 60:8
64:21
**interviews** 62:20
**intramural** 203:4
203:8,23
**intricacies** 222:20
224:8,20
**introduce** 14:6
23:18 59:1 139:17
149:16
**introduced** 30:14
139:1
**introducing**
118:22
**investigation**
222:23 224:11
**invitation** 163:13
163:15,16,18,20
**invitational** 204:4
204:8,16

**invited** 110:4
163:5,10
**inviting** 163:7
**involve** 142:19
**involved** 81:22
**ioc** 76:5,17,23
78:10 175:13,17
184:12 199:21
**irreconcilable**
176:7,13 184:8,20
276:5 277:6
**isolate** 189:22
**isolated** 254:23
**isometric** 254:12
255:2,7 263:1
**issue** 31:14 36:9
72:24 186:19
198:22 243:13
275:7
**issues** 63:19 66:9
68:8,10 77:15
**item** 74:1,17 194:9
**items** 250:1
**ix** 240:9
**ix's** 11:12

**j**

**jackson** 1:6 2:6
13:13
**january** 194:25
**jblock** 6:22
**jeffrey** 7:6 15:10
17:10 279:8
**jeffrey.cropp** 7:11
**jenner** 78:23
**joanna** 97:15
**job** 1:24 18:16
97:16
**johnson** 7:5
**johnson.com** 7:11
**josh** 14:4 16:16
31:2

Veritext Legal Solutions
866 299-5127          Armistead Supp. App. 0447

[joshua - lawsuit]

**joshua**  6:18
**journal**  10:24 69:1
  70:16 71:1 97:8,9
  97:13 98:2 134:8
  182:18 202:9
**joyner**  172:21,22
  202:2
**judge**  108:5 185:9
**judged**  107:10
  108:1
**judges**  108:4
**judgments**  186:10
**julie**  5:10
**jump**  31:4 183:20
**jumping**  90:11
**june**  28:5
**junior**  203:8,23
**justifiable**  230:15
**justification**  113:5
**justified**  193:3,8
  193:15,23 234:9
**juvenile**  42:8
**jveroff**  5:21

**k**

**k**  263:9
**kagay**  1:23 2:24
  13:20 282:22
**kang**  5:7 14:12,12
**karolinski**  69:19
**katelyn**  5:7 14:12
**kathleen**  5:9 14:9
**keep**  56:8 145:24
  145:24 265:12,13
**kelly**  57:18,24
**key**  230:8,11,21,25
  231:3,6 234:16,19
  234:23 269:4
**khartnett**  5:20
**kids**  114:13
  147:24

**kimberlee**  8:5
  13:18 159:21
**kind**  120:20 148:3
  166:15 196:5
  209:9 214:25
  239:4 272:22
  275:9
**klaver**  142:3 149:8
  149:10,23 150:18
  152:5,18 153:10
  155:4 156:16,20
  156:23 157:2,3,8
  157:20 158:15
**knee**  91:3
**knew**  73:2
**know**  11:8 17:25
  18:15 19:6 26:22
  28:15 30:11 31:5
  32:1 33:7,10,19,23
  34:7 36:11 37:18
  38:14 39:3,5 40:8
  40:22 41:6,23
  47:16,24 48:2
  49:18 50:2 53:8
  54:5 59:5 61:10
  66:17 68:15 73:7
  76:17 78:14,17,18
  79:2,13 90:23
  92:23 93:16 97:12
  98:21,25 103:2,5
  105:23,24 106:1,7
  106:20 110:8,16
  110:19 112:3,13
  120:12,16 121:23
  122:4,7,11 123:14
  123:19 125:16
  129:2 130:15
  131:9 132:15
  133:10,16 134:10
  134:15 137:9
  139:23 143:5

  144:22 145:18,20
  148:12 149:22
  161:25 162:23
  168:5 170:4 171:2
  175:5 176:4
  177:15,21 179:18
  181:14 183:3,6
  184:14,15 187:8
  190:14 191:20
  192:22,24 194:7
  199:6 200:25
  201:6,8 202:6,12
  205:11 207:3
  208:10 209:24,24
  210:13 217:6
  218:5,5 219:25
  220:4 225:15
  228:23 230:3
  232:15 234:22
  236:3 238:6
  243:23 245:12
  246:11 252:24
  259:11 260:16
  262:12 267:16
  268:14 270:14
  271:23 272:4
  273:10 276:10,11
  276:15 277:2,11
  277:13,13,22,22
  277:25 278:1,2,4
  278:15
**knowing**  82:11
  121:19 225:14
**knowledge**  19:20
  39:12,14 48:5
  52:8 56:16,17
  78:20 81:21 84:2
  86:4 94:19 97:19
  141:11 144:5
  277:21

**known**  47:9 91:16
  99:25 101:22,23
  120:14 257:18
**kvorning**  263:8,11

**l**

**l**  202:2 230:14
  235:3 236:22
  237:17,19,23
**laboratory**  90:25
**lack**  254:3
**lactate**  183:19
**laid**  276:11
**lainey**  1:18 2:17
**lambda**  6:4 14:19
  14:22,24
**lambdalegal.org**
  6:12,13,14
**language**  31:25
  48:15 49:5
**large**  27:2 100:7
  100:15
**largely**  161:12
  165:9,15,25
**larger**  100:3 120:7
  125:4,19,21,22
  163:16,18
**lasting**  220:20
**late**  58:9
**lately**  243:8
**laurel**  79:4
**law**  3:7,17 4:6
  5:11 6:8 7:7,19
  15:15 21:13,15
  110:12,23 111:3
  121:9 185:4,10
  186:1,11 192:3,25
  202:10 204:12
**laws**  74:19 110:9
  110:17,19
**lawsuit**  185:7

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0448

**lawyers** 185:7
**lay** 143:13
**lbm** 159:8
**lead** 53:21 111:21
**leads** 148:10
**league** 118:9,19
  119:17 121:7,10
  121:12,14
**leagues** 111:16
**lean** 83:11,12,13
  83:16,17,25 84:4,4
  84:18,18,23 85:3
  85:10,21,21 87:11
  87:14 88:1,3,5,8
  88:16 89:1 92:16
  92:23,25 93:11,17
  94:11 142:6 152:8
  152:21 153:4
  155:7,9,12,15,19
  155:24 256:18
**learn** 71:15,17
  111:3 126:3
  143:24
**learned** 71:18
**leave** 209:11
  215:18 246:7
**left** 213:1 230:7
  254:5,5 262:18
**leg** 169:13 183:21
**legal** 6:4 13:19
  14:19,22,24 135:7
  280:1 283:7
**legally** 39:23
**legislation** 22:5
  30:21 31:13,14,19
  32:3,6 36:24 56:8
  56:10,12
**legislative** 31:19
**legislators** 30:18
  36:21

**legislature** 33:24
**legislatures** 33:7
**lengthy** 167:23
**letter** 97:9,20,23
  98:4,9
**letters** 27:2 97:10
**level** 115:18
  162:15 234:12
  259:14 261:2
  269:22
**levels** 160:7
  193:18 198:14
  215:4 220:16,18
  238:7,15,20
  239:16 257:3
  261:18,20 263:1
**lia** 172:14,22
**liberties** 6:17
**life** 57:17 90:17
**lifts** 169:13
**light** 91:17 154:11
  195:1 275:24
  276:15
**likens** 69:9
**limit** 32:3 185:4
  236:22 237:24
  239:17
**limitations** 240:22
  242:17
**limited** 118:10
  170:23 171:22
  184:3 204:8
  245:16
**limiting** 48:15
**limits** 230:14
**lindsay** 8:2 23:15
**line** 50:4,4 72:11
  125:25 154:11,12
  154:12,13 250:1
  283:15 284:4
  285:4,7,10,13,16

285:19
**lines** 34:21 131:15
  154:18 175:11
**linked** 240:19,20
  242:11 244:21
**links** 76:8
**list** 20:14 195:22
  209:18 270:25
**listed** 274:17
**literature** 53:22
  53:25 54:2 55:23
  55:25 65:3,5 69:5
  77:7 97:17,18
  133:18,20 136:12
  136:13 234:10
**litigation** 21:11
  22:4,16,21 28:7
  29:6 36:24 194:25
**little** 20:25 25:11
  27:12 31:10 57:25
  59:16 67:16 145:7
  168:18 176:17
  190:24 230:7
  249:22 253:24
  265:14
**living** 91:11
**load** 124:15
  160:10
**loading** 124:14
**lobbying** 30:3,13
**locked** 283:12
  284:1
**long** 44:6 59:16
  81:17,21 91:13
  120:20 141:12
  145:1 196:5
  207:17 208:6
  266:19
**longer** 239:12
  265:13,14

**longstanding**
  122:6
**look** 20:4 25:6,23
  26:7,16 45:22
  46:12,20 69:1
  76:3,5 85:15 86:8
  97:4,5 112:18
  123:7 125:15
  133:16,17 148:18
  149:6 150:22
  153:12 154:4
  156:9 158:14,22
  164:19 166:1
  167:6 175:2
  188:13,16 189:14
  191:7,13 195:21
  197:19 201:21
  202:4 203:1
  209:12 210:12,16
  214:17,20 215:2,8
  219:22 220:6,23
  221:15 228:20,20
  232:19 236:8
  238:18 239:23
  240:6 242:6 244:5
  248:11,13 249:21
  254:9 255:10,12
  263:7 265:22
  266:17
**looked** 20:8 25:22
  52:4 69:20,23
  132:21 232:22
  235:11 237:6
  246:6,13 247:1
  268:15,18
**looking** 46:21
  56:11 70:2 75:23
  76:2 95:7 127:15
  133:19 153:16
  154:10 158:17,18
  158:19 178:6

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0449

[looking - max]

200:11 201:17
204:2 216:24
264:3,8 269:25
**looks**   179:6
**loop**   71:23
**loss**   129:9
**lost**   128:23 262:3
**lot**   51:15 57:6
62:19 68:24 69:23
107:6 109:25
111:18 121:23
147:2 161:16,17
166:3 180:21,21
180:22 226:3,17
243:7,8,14 251:1
259:6 260:25
269:7
**lots**   19:18 173:8,21
174:9 176:23
177:8
**louder**   253:24
**low**   238:6,14
254:21
**lower**   71:20
193:18 254:12
255:2 256:18,19
256:20 257:22,25
261:2,13,14
263:24 267:5
268:5,25
**lowered**   198:14
238:15 243:21
261:14,17,20
**lowering**   260:17
**lowers**   260:24
**lundberg**   97:15
195:14 197:17
198:3,6 199:5
200:9 209:12
246:15 255:6

**lungs**   125:4,19,21

**m**

**m**   7:6 267:12
**machine**   282:9
**magic**   91:5
**mail**   163:7
**mailed**   163:8
**maine**   32:10 33:5
**major**   58:13 87:14
87:21
**majority**   236:23
**maker**   223:4
225:1 276:17
**making**   184:17
187:17 190:15
243:15 268:21
272:16
**male**   9:20,24
28:19,24 29:2
38:16,18,21,22
39:16 40:5,6,6
41:12 42:9,24,25
43:9,22,23,25 44:9
45:6,13,18 76:11
76:15 80:14 84:13
100:1 101:24
102:21 113:3
115:21 116:25
126:2 142:7
146:24 147:10,17
152:9,22 153:5
160:20 161:10
165:6,23 167:12
167:14 168:13
170:12 171:13
172:4 183:7
185:19 187:22
188:6 190:10
202:17 213:15,21
223:19 234:7
240:18,19,19

241:3 242:9,11
244:18,20 248:16
248:18 249:12
250:8 258:9
271:10 272:19
273:5 274:4
**males**   31:25 40:1
45:17 48:15,16,17
48:24,25 49:1,2,3
49:5,14 58:4,6,10
80:14 81:1 82:12
87:15 101:23
103:22 111:7,8
113:20 114:8
117:25 124:25
125:2,6 138:20
139:6 146:14,23
147:3 148:7 158:7
165:18 167:21
171:1 187:9
188:12,21 189:15
189:16 190:9
192:2 205:7 206:6
214:15 249:6
254:14,16 266:9
267:6 268:6 273:9
276:24 277:1
**manifest**   195:6
**march**   1:21 2:23
13:1,5 283:5
**marginal**   213:15
215:14
**mark**   23:18 28:14
123:8 161:19
**marked**   23:9,16
24:6 25:21,24
26:4,8,18,19 28:13
28:16 59:1,9
111:23 112:3
123:10,11 139:19
139:20 149:18,19

161:22 177:19,23
201:6,24 209:15
217:2,6 219:19
228:17 239:24
265:18
**markers**   257:18
**mass**   73:20 74:6
83:11,12,14,14,17
83:17,25 84:4,4,18
84:18,23 85:3,10
85:21,22 87:11,14
88:1,3,5,9,16 89:2
92:16,23,25 93:11
93:18 94:11 125:3
142:6 152:8,21
153:5 155:7,9,12
155:16,19,24
211:1 256:19
260:12,17,18
261:1,3,19 266:3
270:1 271:8,20,24
272:18 273:11
**massachusetts**
5:14
**master's**   52:17
54:4,6 55:12
**matched**   220:17
**math**   151:6
**matter**   9:15,18
13:12 30:16 39:23
45:5,22 48:11
66:20 90:24
101:12 108:25
117:8 121:19
144:13 272:7,17
**matters**   62:21
63:3
**matthews**   57:18
**max**   85:9,11 90:4
92:7,19 93:7,8,22
166:19 168:22

Armistead Supp. App. 0450

[max - modes]

169:5
**maximal**  92:19
  271:8 272:18
**maximum**  183:20
**mccuskey**  3:15
  15:14
**mcmanis**  85:13,15
  85:16 86:2
**mean**  20:3 31:24
  31:24 40:13 41:10
  42:1,5,7 50:17
  51:21,22 53:1
  55:18 62:5,8
  63:13 73:11 75:2
  83:15 84:3 90:8
  90:14 96:12,15
  106:1 108:25
  128:23 132:3
  174:3,14 188:24
  191:5,6 208:9
  213:4 225:14,15
  226:7 241:20
  274:4,6,6,24
**meaning**  81:19,19
  92:13 189:20
  207:7
**meaningful**
  221:19 222:15
  223:6 224:3 225:3
  225:7,11,14,16
**means**  37:18,21
  40:9,23 41:1,7,24
  42:14 43:2 107:22
  151:3 202:19,21
  239:20 247:11
  266:13
**meant**  18:21 92:14
  143:8 186:10
  225:7,10
**measurable**  85:3

**measure**  92:8,15
**measured**  87:6,12
  87:17 90:2,3,4,15
  90:18 92:3,5,6,18
  92:22 94:1 166:3
  170:23 194:21
**measurements**
  166:8,19 169:5,12
  169:22,25 170:5,7
  183:18 267:5
  268:5,16,17,24,25
**measures**  70:3
  90:19 91:7
**measuring**  89:1
**media**  13:10
  279:25
**medical**  62:3,6
  64:5 77:6 134:4
  203:24 217:19
  249:2
**medicalization**
  207:22
**medication**  67:10
  140:18 193:18
**medications**  67:25
  68:12
**medicine**  10:24
  65:13 66:12 98:1
  180:2,16 229:6,8
  229:13,15
**meeting**  59:22
  110:13
**meetings**  180:8,21
**megyn**  57:18,24
**members**  39:8
  122:12
**memorialize**  16:17
**memory**  52:24
  53:2 54:10 200:9
**men**  49:4 81:18,19
  87:7,13,15,17

100:4,8 115:20
  117:21 154:11,12
  160:19,21 171:7
  190:12 194:10
  239:16 248:18
  249:3 256:17
  257:2 258:13,16
  258:19 259:3,16
  260:2 261:11,19
  262:1 263:1,24
  264:6,7 268:17
  269:1 274:10
**men's**  200:12
  206:8
**menstrual**  126:4,7
  126:14 127:10,12
  127:16 128:3,14
  128:24 129:4,9,21
**menstruate**  127:7
  127:20 128:13,16
  128:18,21 129:6,7
**menstruating**
  127:6 129:17
  130:1
**mental**  60:21
  62:23 63:24 65:22
  66:1,8,19,22 67:3
  67:6,8,23 68:6,11
  68:20 69:15 70:3
**mention**  79:20
  155:3 159:13
  171:18 197:17
  214:21 231:2
**mentioned**  62:15
  74:18 155:5
  213:14 215:20,24
**menu**  178:7
**messed**  132:4
**met**  19:4,10 57:3,6
  57:6

**meta**  53:22,25
  54:3 56:2,4
**metabolism**  10:22
**metaphysical**
  103:23
**meter**  74:24 75:6
**methods**  236:13
**michael**  7:18
  15:15 17:13
  172:21 202:2
  279:11
**mid**  149:5
**middle**  111:13,19
  144:3 175:7
  185:15 186:7
  187:5 213:9
  261:25
**mike**  57:18
**miller**  172:14
**mind**  222:3 253:4
  255:25
**minus**  151:8 154:4
**minute**  26:17
  59:16 97:5 118:15
  154:6 178:16
**minutes**  105:10
  122:18 140:10
**misquote**  268:3
**misread**  152:1
**missing**  270:13
**misstates**  205:19
**mitigate**  264:19,25
**mitigated**  242:11
  244:20
**mixed**  101:1,7
  106:10 218:1
**model**  208:5
**models**  207:24
**moderate**  91:17
**modes**  275:17

Page 29

Armistead Supp. App. 0451

[modest - numbering]

**modest** 100:5,15
100:21,23
**modified** 235:6
**moment** 22:24
23:10 179:2
243:25
**months** 138:21
139:7 220:14,20
**morning** 13:4 14:3
14:8,10,12,14,18
14:21,23 16:4
**mother** 1:6 2:6
13:13
**mouse** 154:2 178:4
178:9
**move** 22:24 160:5
177:16 222:2
**moved** 23:19,20
**movement** 91:7,8
**moving** 23:9
**mox** 272:18
**mtaylor** 7:23
**multiple** 16:24
155:18 188:19
**multitude** 83:19
**munk** 57:19 58:5
**muscle** 11:25
57:17 73:20,20
74:6 83:12,14,17
84:4,18 85:22
125:3 139:11
144:7 169:12
210:25 254:13
255:2,7 256:19
257:12 260:16,18
261:1,3,19 266:3
267:5 268:5 270:1
**muscles** 83:20
257:23 258:1
**mutation** 47:18,25

**mutations** 47:9

**n**

**n** 76:5 130:21
263:9,9 267:12
**nail** 275:14
**naive** 256:17
257:1 259:1,14
**name** 13:18 14:3
16:11,13 21:19
32:21,24 57:5,13
57:22 79:18,20
149:10,12,14
162:13 185:12
263:14 267:11,16
282:17
**named** 236:20
**names** 21:8
**national** 69:22
75:5
**nature** 254:15
**ncaa** 76:4,17
175:23 184:12
207:18 208:4,14
208:15,16,16
271:10,11 272:19
272:20
**near** 27:14 148:12
202:6 266:21
**nearly** 139:9 179:6
**nebraska** 36:22
58:16
**necessarily** 211:11
269:21
**necessary** 16:24
50:6 207:12
208:21 283:14
284:3
**need** 18:7 23:7,18
48:9 50:5 72:11
75:16 85:15 86:8
93:22 104:22

105:5,17 106:4
119:10,23 121:17
122:15,17 125:15
126:3 134:13
135:25,25 137:15
137:22 166:21
178:2 199:18
200:7 205:12
207:2 214:11
216:13 219:8
244:5 245:23
253:11,14 259:7
**needed** 221:6
**needs** 136:20
137:2,19 157:12
164:3 253:15
277:25
**negative** 129:10
178:6
**negatively** 127:17
**neither** 260:10
282:13
**never** 50:7 126:3
140:23 147:9,17
156:20 164:15
193:11 222:2
**nevertheless**
194:20
**new** 6:11,11,21,21
20:4,8 34:7,7 64:5
64:11,18,25 67:5
69:9 72:11 82:16
180:2,15 235:6
244:8 261:3,18
**newness** 65:1
**news** 36:3,5 62:20
62:20 63:16 69:5
73:4 74:1,7,17
76:7,24 77:4 78:1
**night's** 19:4

**nine** 95:9
**nmol** 230:14 235:3
236:22 237:17,19
237:23
**nods** 18:3
**non** 11:13 218:1
**noncontact** 118:6
**nonexistence**
276:16
**nontestifying**
22:15
**nope** 159:22
**normal** 139:10
220:19 237:22
**normally** 113:4
**normative** 270:6
**north** 32:10,22,25
**notating** 283:15
284:4
**note** 165:5,14,23
166:18
**noted** 215:11,21
280:2 281:4
**noteworthy**
256:25
**notice** 143:19
**noticing** 14:2
**notified** 121:17
**number** 9:10
13:17 23:16 46:15
46:17 50:17 57:7
63:15 69:20 72:4
86:1,22 131:16
141:20 170:23
171:22 192:25
214:22 229:19
279:25 283:15
284:4
**numbered** 115:12
**numbering** 86:21

Armistead Supp. App. 0452

[numbers - oh]

**numbers** 95:10
  160:11
**numeral** 167:9,17
**numerically**
  255:22
**numerous** 50:25
**nutrition** 107:9

**o**

**o** 263:9
**oaks** 7:8
**oath** 15:24 282:8
**object** 16:23,24
  29:7 30:4,25
  31:16 34:14 35:8
  36:10 37:20 38:13
  38:23 40:3 41:20
  43:6,16 44:2
  47:19 52:25 54:13
  56:21 161:13
  168:25 177:10
  181:11,21 183:13
  184:1,10,25
  185:17 188:2
  189:13 192:7
  193:5 196:3,15
  198:15,23 204:1
  204:10,25 205:6
  206:3 208:8,24
  210:8 211:9
  212:14 214:9
  216:3 218:23
  219:4,16 221:12
  223:7,14 224:14
  226:2,20 227:9,16
  228:2,12 230:1,23
  231:10 233:15
  235:18 236:1
  238:8 239:10
  241:5,13,18 245:6
  245:22 247:6,22
  248:5 249:4

250:17,24 251:17
251:24 252:8,18
253:10,16 258:3
258:17 259:4
260:6 261:4,21
264:2,24 268:10
269:2,23 272:11
272:21 273:3,21
274:23 275:8
276:1 277:19
278:8,19
**objecting** 253:24
**objection** 16:25
  29:14 30:24 31:3
  31:8 35:15 37:24
  38:10 40:10,16,24
  43:19 44:19 45:20
  46:6 48:1,8 49:7
  49:15 57:4 60:13
  60:14 61:3,12,21
  62:4,25 63:20
  64:1,12 65:6,16
  66:10 67:12,13
  68:1,22 69:10,16
  70:12 72:3 74:10
  75:15 77:11,22
  80:10,23,24 81:16
  82:6,7,24 84:7,19
  85:6,24 87:19
  88:6,18 89:3,13
  93:3,9,19 94:2,6
  94:18 95:4 96:11
  98:7,15 100:17
  101:2,19 102:7,18
  103:17 104:6,14
  105:8 106:16,21
  107:4,17 109:22
  110:11,22 111:5
  111:14 114:15,24
  115:7 116:7,13,22
  117:5,13,22 118:8

118:13 119:2,8,19
120:3,19 121:5,21
122:2 123:5
126:15 127:8,22
128:5,19 129:8,19
130:2 132:19
133:3,24 134:20
135:3,14,23 136:9
136:19,25 137:8
137:14,21 138:4
140:22 142:20
143:2,10,17
144:12 146:25
147:11,11,20
148:1,14,24
155:11,17,25
157:6,16,22 158:5
161:15 164:17
165:16 167:1
169:20 170:2,21
171:20 172:17
174:13,20 176:14
176:25 181:3
186:8,21 187:6,16
188:14 192:15
197:14,15,25
199:17 200:6
204:18 205:18
206:11 208:23
209:7 212:21
214:10 216:8
223:8 225:5
233:23 234:25
238:16,25 239:18
241:25 242:22
244:4 249:11
252:7,19 259:17
273:12 276:21
**objections** 13:25
  16:19 17:1 44:10
  45:3 48:19 63:8

64:6,19 65:25
68:13 81:6 101:9
185:25 193:12,20
194:3
**objective** 195:5
**objectively** 90:3,4
**obligation** 181:13
**obligations** 181:16
**observation**
  268:21,23
**observational**
  267:24
**observed** 138:18
  139:4
**obtained** 223:20
**obtaining** 51:19
  52:16 55:9
**occasion** 74:5
**occur** 100:19
**occurred** 167:13
**october** 34:21
  180:6,6
**offer** 45:9 49:9
  60:25 61:6,8,14,19
  106:14,18,23
  107:13 114:12,16
  127:4
**offering** 102:14
  123:4 126:23
  127:2 186:18
  187:2,7,13 274:20
  275:6,15,16,19,23
  278:15
**office** 15:8 21:4
  283:11
**official** 1:12,13
  2:11,13
**offsets** 207:23
**oh** 27:23 112:25
  118:18 144:17
  145:7 151:16

Page 31

Armistead Supp. App. 0453

[oh - opinion]

| | | | |
|---|---|---|---|
| 157:17 246:3 | 109:19 110:8 | 180:5,8,14,19 | 249:20 250:5,12 |
| 267:15 | 111:20 112:10,18 | 181:9 182:2,6,11 | 250:21 251:10,14 |
| **ohio**   32:9,17 | 113:10,25 114:6 | 182:15,25 183:5 | 252:4,14 253:3,14 |
| **okay**   18:22 19:13 | 114:11 115:11,14 | 183:10 184:6 | 253:21 254:6,8,9 |
| 22:12,18,23 23:20 | 116:3 117:19 | 186:13 187:2,13 | 255:1,24 256:2,14 |
| 23:24 24:19 27:4 | 119:15 121:13 | 187:21 189:5,23 | 257:6,24 258:11 |
| 28:11 29:12,20 | 123:8,21 124:6,9 | 190:8 191:16,22 | 259:9,25 261:10 |
| 30:1,20 32:15 | 124:12,17,21 | 192:20 193:2,8,23 | 262:9,12,20 263:7 |
| 34:23 35:11 37:3 | 125:18,23,24 | 194:6,12,13,14 | 263:13,14,21 |
| 37:11 38:5 39:2 | 126:21,23 127:2,5 | 195:11,21 196:20 | 264:11 265:3 |
| 39:15,19,24 40:19 | 127:19 128:12 | 197:1,7,9,21 198:6 | 266:7,16,24 267:9 |
| 40:22 41:9,17,23 | 130:9,18 131:7,25 | 198:10,19 200:13 | 267:18,21 268:1,8 |
| 42:7,10 44:15 | 132:25 135:19 | 200:25 202:11 | 269:19 270:8,18 |
| 46:3,22,25 47:13 | 137:25 138:8,13 | 203:1,7,20 205:20 | 271:16 272:1 |
| 47:16 48:5 49:1 | 139:13,18 140:3,9 | 208:3,13 209:10 | 273:8 274:11,11 |
| 49:18,22,25 50:12 | 140:13 141:24 | 209:18,23 210:4 | 274:20 275:4,21 |
| 51:11,18 52:1 | 142:14 143:13 | 210:11 211:6,13 | 278:1 |
| 53:18 54:16,20 | 144:17 145:6,10 | 211:15,18,19 | **old**   90:2 95:8,9 |
| 55:1,5,14 56:6,13 | 145:18 146:9,19 | 212:11,18,25 | 132:10 148:20 |
| 56:19 57:2,14 | 147:6,23 149:3,13 | 213:3,4 215:18 | 208:15,16 |
| 58:10,15,19,25 | 150:6,12,15,18 | 216:13 217:1,12 | **older**   264:6,7 |
| 59:14,20,24 60:11 | 151:2,16,21,24 | 217:23 218:4,17 | **olympics**   71:22 |
| 60:21 61:25 62:10 | 152:17,25 153:9 | 219:22 220:10,23 | 78:13,21,24 162:6 |
| 62:15 63:5,11 | 154:5,9,16,19,24 | 221:9,15 222:1,12 | **once**   55:18 73:11 |
| 64:5,9 68:10,19 | 155:3,23 156:3,7 | 223:2,12,22 | 80:12 119:20 |
| 69:13 70:8 71:2 | 156:13 157:11 | 225:17,25 226:18 | 135:4 162:23,24 |
| 71:11,15 72:14 | 158:2,21,24 | 227:2,6,13 228:5 | 166:21 215:5 |
| 73:7,25 74:4,14 | 159:13,16,19 | 228:20,25 229:24 | 219:25 260:16 |
| 76:1 77:2,8,14 | 160:3 161:2,9,18 | 230:6,11 231:2,5,7 | **ones**   24:1,4 32:10 |
| 78:19 79:5,7,24 | 162:8 163:2,21,25 | 231:18 232:4,12 | 33:17 57:12 82:23 |
| 80:4,7 81:4 82:2 | 164:8,22 165:3,12 | 232:15,19 233:12 | 89:12 180:23,23 |
| 82:21 83:9 84:1 | 165:22 166:5,14 | 233:20 234:16,20 | **online**   73:4 |
| 85:2,13,19 86:14 | 166:17 167:6,19 | 235:5,10,16,22 | **onset**   113:3 160:19 |
| 87:11 89:8 90:22 | 168:4,5,9,17 169:4 | 236:6,17 237:5,10 | **open**   59:2 |
| 91:5 92:22 93:24 | 169:9 170:9,17 | 238:3,22 239:23 | **opine**   98:5 108:15 |
| 95:25 96:23 97:1 | 171:5,9,24 172:8 | 240:12,15 241:11 | **opined**   72:9 |
| 97:4,11 98:4,12,20 | 172:13 173:2,15 | 242:5,20 243:3 | **opinion**   45:2 46:3 |
| 98:25 99:8,12,15 | 173:16 174:3,8,24 | 244:14 245:4,18 | 48:16 49:10 61:1 |
| 100:21,24 101:15 | 175:4,13,15 | 246:2,13 247:1,14 | 61:8,11,15,20 |
| 102:4,13 103:2 | 176:11 177:5,13 | 247:17 248:2,11 | 63:18,22,24 64:3 |
| 107:13 108:25 | 178:1 179:3,21 | 248:14,24 249:18 | 66:8 67:3,24 |

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0454

[opinion - paragraph]

80:18,19,21 81:4
81:10,11,13
101:16 102:4,15
102:24 103:7,13
104:11,16,25
105:6 106:2,8,15
106:18 107:3,14
108:3,6,20,21
109:1,2 111:6
114:12 126:23,25
144:14 186:17
187:7,13 251:19
261:16 275:19
276:13,19
**opinions**   44:15
48:14 63:12
102:14 105:22
109:20 111:2
123:4 127:2,4
135:20,21,24
136:11 138:9
173:9,21 174:9
176:24 177:8
186:6 187:3
248:24 274:20,21
275:6,15,16,23
278:3
**oppo**   185:14
**opportunities**
95:20 204:5,9,16
205:15
**opportunity**
207:13 208:22
**opposed**   29:13
77:20 94:16
121:19 187:22
**opposes**   227:23,25
**opposing**   228:6,15
**organization**
29:17 36:16 42:25
69:22 73:3 84:12

229:12 230:3,4
243:10,18
**organizations**
29:24 62:21 110:5
243:8,10,14
**organized**   43:10
**orient**   201:19
**original**   51:22
56:13,14 95:1
283:10,21
**outcome**   13:22
**outcomes**   189:7
**outperform**   82:18
83:2 95:12
**outside**   90:25
131:17 134:1,9
210:25
**overall**   84:10
185:10 186:11
187:8,19,23
191:25
**overcome**   262:3
264:1
**overlap**   35:19
154:18
**overlapped**   154:21
**oversimplified**
250:9
**overview**   115:14
248:12 252:5,15
274:15
**oxygen**   271:9,20
271:24 272:18
273:11

---

## p

**p**   113:19
**p.m.**   2:23 159:24
160:2 179:8,11
200:17,20 265:7
265:10 279:23
280:2

**page**   9:10 27:1,5
27:15 28:5 65:8
65:15 68:25 69:3
70:15,19,20,24
71:1 86:20,21,22
99:12,14,16
112:12,14,24
115:12,12,14
123:22 124:13,15
124:17 125:23,25
128:21 131:13
141:6 145:2
150:18 153:22
158:15,16 160:9
160:11,11 164:22
164:23 167:7,19
168:6,9,17,18
170:22 174:25
175:1 194:9 201:5
202:5,9 210:12,14
210:19 212:25
213:1 215:2,6
220:4,5 221:16
222:6 229:18,20
229:21 230:6,7
234:17,20 236:8
236:13 237:7
240:6,7 246:8,9
248:11,12 249:18
251:4,14 254:4
256:6 262:18
265:22 270:10,10
270:11,12,12,14
270:15 274:11
283:15 284:4
285:4,7,10,13,16
285:19
**pages**   1:25 133:19
133:21 145:1
156:11 177:3
283:14,17,17

284:3,6,6
**pagination**   145:3
229:21
**paid**   34:23 35:18
182:19
**panel**   180:8,12,14
237:16
**paper**   9:20 28:24
29:11,12,16,21,25
30:2 33:9,11,14,16
33:18,19,22,24
34:2,4,10,12,19,24
35:7,13,18,19
52:13,15 53:15,16
53:19,20 55:2
85:8 97:12 163:19
194:23 197:19
255:6,9 270:23
271:18
**papers**   52:4,5 72:4
94:8 96:1,6
125:16 196:17,21
**para**   214:20
**paragraph**   46:19
46:21 47:1 86:19
86:20 87:2 99:13
99:14 112:19,23
113:1 131:8,11,13
131:14 132:16
138:14,15 141:2,4
141:16,20,21,21
141:24 142:2,10
142:14,17 143:20
144:2 145:4,6,9
146:1,9,19 148:11
149:7 150:2
151:25 152:3
157:19,23 158:2,6
164:23 166:5
171:25 173:3,14
175:2,7 194:7

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0455

[paragraph - performance]

196:11 197:22
198:20 201:3,5,18
203:1 206:17,18
207:4 210:20
211:14 213:4,5,10
214:1 215:6,9
220:7,24 221:16
229:20 236:9,11
236:14 238:3,22
246:5,9,9,10 254:2
256:8,11 262:15
266:18
**paragraphs**
115:13 145:20
146:3 147:2
156:11,23
**parameters**
221:20
**paraphrase**
102:10
**parentheses**
138:24 254:10
**parenthetical**
131:16
**parents**   117:15
**parity**   207:12
208:21
**part**   50:7 51:18
52:6,16 53:23,24
54:3,22 55:2,5,8
124:10 146:11
153:21 154:18
155:5 171:10
180:9 206:25
242:9 244:18
278:16
**participa**   110:17
259:25
**participant**   121:18
**participants**   2:22
13:6 260:1,3,8,8

**participate**   30:22
44:25 45:10 46:1
78:13 82:5 102:16
104:4,12 105:2
110:5,14 120:17
121:3,13 128:16
185:8,15 187:4
192:9,13 197:3,11
202:22 203:23
204:23 205:5
208:6 215:25
227:23,24 228:1
242:15 245:16
**participating**   58:7
78:21,24 80:8
103:8 114:13
119:6 163:12
186:2,6 192:5
196:13,25 198:12
218:20 238:5,13
241:1 243:6,20
244:3 247:3
**participation**   12:3
21:13 31:20,23
32:3 35:23 45:17
46:4 56:9 58:3
72:24 74:21 76:9
76:22 77:19,19
78:4,22 81:14
96:15 97:23
107:25 108:1,11
108:16 114:23
175:24 185:4
202:20 239:9,15
**particular**   39:25
90:15 214:12
233:7 238:18
261:24 273:1
275:17,23 276:17
**particularly**   74:23

**parties**   13:8 16:24
282:15
**parts**   204:20
227:11
**party**   13:21 16:22
**passed**   185:4
**pays**   143:4
**pdf**   23:13 27:16
99:21 145:3
201:22 229:21
283:12 284:1
**peacock**   163:8
**peer**   97:2,3,7,12
134:7,12,19,22
135:13,16,22
136:10,18 137:13
138:3,10,12
157:13 184:18,22
**peers**   107:10
108:2,5,10,14
**penalty**   281:2
283:16 284:5
**pennsylvania**
10:12 32:9 33:2,3
33:23,24 123:25
**people**   30:8,9,15
35:23 39:11 41:18
46:4 48:6,7,14,16
49:13 50:8,20
51:16,20 52:16
55:8,17,24 56:3,7
56:19 57:2,6
58:11 62:11 64:25
67:4 70:10 71:3
73:10 74:17 78:20
91:23 120:24
150:7 186:18
187:22 192:9
196:24 221:21
229:12 263:23
275:18

**percent**   84:17
85:23 86:1,5,12
87:25 88:4,8,11,15
89:1,6 92:20,25
93:17 125:3 126:5
127:15 129:20
151:15 153:19,22
154:16,17 157:9
190:12,12 214:14
214:16,18 266:11
266:12 271:12
**percentage**   92:13
92:23 153:10
154:24 156:8
**percentages**
154:21,21
**percentile**   188:18
188:18,19 191:15
258:7
**performance**   9:21
11:18 28:25 68:7
83:7 84:6,16 85:4
87:8,13,18 88:1,3
88:9,16 89:2,6,10
89:22 92:20 93:12
93:12 94:1,14,16
94:21,22 95:1,8
98:13,17 99:5,9,18
99:23 100:7,14,16
107:7 126:8
127:10,13,17
128:15 129:11,18
129:23 130:1
141:18 144:24
145:14,21 146:22
155:13,20 156:17
156:19 160:21
161:11 165:8,25
167:22 171:1
172:3 183:22
189:8 191:19,21

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0456

[performance - policies]

210:24 212:2
214:15,23 221:21
222:22 224:10,21
226:14,15 234:13
248:17 249:9,13
258:2,15 260:19
266:2 277:1
**performances**
82:22 92:9,11
**performed** 56:4
260:1,4
**performing** 55:11
**period** 34:3 58:24
90:20 91:9,10,21
91:24 244:9
283:18 284:7
**periodically**
163:18
**perjury** 281:2
283:17 284:6
**permission** 164:6
164:7
**persnickety** 103:3
**person** 32:11
35:24 37:21 39:5
42:23 43:21 44:8
44:16 45:9 64:18
78:25 79:11 91:10
120:25 162:19
177:1 188:25
257:20
**personal** 107:3
270:15
**personally** 36:8
39:15
**perspectives** 11:16
**ph.d.** 1:21 2:20 9:3
9:12,18 10:1
13:11 15:23 52:17
281:1,12 283:1,5
285:2

**pharmacological**
141:9
**phase** 127:12
**phenomena** 47:6
**phenomenally**
137:16
**philadelphia**
126:19
**philosopher** 104:7
**phrase** 42:10 49:3
130:10,11 202:13
**phrasing** 103:3
**physi** 162:8
**physical** 47:7 90:3
90:7,9,11,12,14,16
90:18,20 91:18,20
91:20 92:2 93:6
99:1 113:5 126:8
129:22 260:2,5
**physically** 90:25
91:25
**physiological** 9:21
28:25 66:4,9,20,23
66:24 67:9,24
68:5,7,16 73:13,19
84:5,15,17 87:4
94:22 96:21
108:11 125:6
145:20 146:7
162:11 168:13
179:23 189:6,10
189:20,23 211:24
232:24 249:8
259:11 272:5
**physiologically**
43:1 66:12
**physiologist** 36:22
**physiology** 19:17
37:2 50:25 66:15
81:22,23 96:18
162:5,7,9,14,21

163:19 182:18
248:16 249:2,13
250:6
**pi** 24:22 28:8
**pick** 158:3
**picked** 251:11
**pickup** 119:12
**piece** 277:20
**place** 3:8 13:8 53:7
65:17 72:8 141:8
180:6 226:11
282:6
**placebo** 263:17
**placed** 239:8
282:8
**plaintiff** 1:7 2:7,21
5:3 6:3,16 13:12
14:5,9,11,13,15,17
14:20,22,25 15:2
185:10,19 186:2
186:23 188:5,6
**plaintiff's** 185:12
**plausible** 51:14,17
213:12
**play** 44:17 59:4,7
59:15 101:1,7
106:9 116:20
117:3,14,20 118:5
119:13,16 203:9
203:24 204:24
205:5,14,14 206:1
206:2 217:10,18
217:25
**played** 60:4
**playing** 64:10,18
79:21 116:5
117:12 118:20
121:12 122:7
129:6
**plays** 59:18

**please** 13:25 15:20
16:12 25:24 26:8
48:20 55:18 60:17
123:14 128:6
136:3,4 137:7
139:23 147:14
149:13,22 177:21
179:5 190:18
196:4 219:25
249:18 253:24
258:22,23
**plenty** 189:24
**pllc** 7:5,17
**plus** 154:3
**podcast** 57:17,19
57:19,20,21,24
58:2,5,8,15 63:7
**podcasts** 57:10
58:11 62:20 77:1
**point** 51:10 79:22
80:6 86:18 115:17
160:16 183:17,24
216:15 217:12,23
230:11,25 231:3,6
231:18 232:4,12
232:12 233:12,17
234:17,19,22,23
235:10,11,12
237:11,15 248:13
270:9 271:3 277:5
**points** 208:4 230:8
230:11,20,21
231:20 232:16,18
232:20,21 234:2
235:14,24 237:5
269:4 270:19
274:17,22,25
275:22
**pol** 184:22
**policies** 76:4,6
77:23 106:24

Page 35

Armistead Supp. App. 0457

[policies - previously]

107:6,19,25 110:1
110:6,9,17,20
121:6 211:22
215:21 223:18
233:3,13 235:13
275:23
**policy**   10:5 76:17
78:10 107:20
120:11,14 121:19
122:6 133:11,11
133:12 134:2
175:23 176:5
184:7,19 186:11
195:17 197:5
198:4,7 199:23
200:10 202:10
205:4 207:19
208:4,14,15,16,16
209:4 216:14
218:19 219:11
223:4 225:1
233:21 238:4,23
239:25 240:3
244:8 246:24
276:17
**policymakers**
101:13 135:7
**policymaking**
110:5
**political**   62:21
71:24 72:7
**pop**   209:18 217:5
**pops**   139:19
**population**   259:14
259:20,22 260:12
269:5,14,22 270:4
270:5 271:23
272:4,17
**portion**   35:6
225:25

**portions**   158:3
226:18 227:14
228:6,8,10 231:8
247:14 251:22
**position**   113:18
114:7 120:15
176:18
**positive**   67:3,5,6,8
67:22 164:2 178:5
**possibility**   53:10
53:12
**possible**   76:20
92:3 97:9 181:12
187:21,24 189:24
191:3 192:2 239:7
**possibly**   50:24,25
51:2,4 53:17
**post**   11:5 79:1
96:19 162:1,5,20
164:9,20 169:10
170:10 171:10
172:15 173:14
176:11,15 177:12
182:19 252:24,25
253:3,6
**poster**   182:4,6,12
184:6,11,14
**postseason**   204:4
204:9,16 205:15
206:6
**potential**   93:12
**potentially**   210:1
210:4
**power**   183:19
**powerpoint**
177:18 178:23
179:2
**practice**   96:18
131:18 133:1,15
133:22 162:6,9
182:11

**practices**   206:20
245:13
**pre**   146:12 217:15
**prebertal**   93:16
**precisely**   65:11
**preface**   202:12
**prefer**   50:3 103:24
**preference**   233:8
**premise**   248:25
**preparation**   19:15
19:22,24 20:5,7
94:25
**prepare**   18:25
20:2 29:9,11
**prepared**   29:5
194:24 195:16
246:23
**preparing**   35:2
53:25
**prepubertal**   82:18
82:19 83:5,6,10,10
85:4,5 89:10,22,23
92:24 93:17 94:4
94:4,10,10 95:2,2
95:10 98:14,17
99:1,2,4,9,10
100:25 101:6
106:8 110:10
114:23 115:5
116:4,4 125:13,14
125:18,19 147:24
148:23 149:4,5
164:9,12
**prepuberto**   82:18
**prepuberty**   86:7
218:10
**prepublished**
172:20
**prescribed**   182:4
**preseason**   206:6

**present**   8:1 13:23
44:1 108:10
221:18 223:3
236:15 251:25
253:18 275:25
276:15
**presentation**
10:15 95:19 96:20
179:14,17,22
181:1 182:3,4,7,12
182:13 183:2
184:6,22
**presentations**
180:13,22 182:9
**presented**   69:4
95:17 153:20
164:4 182:10
184:12 214:13
224:25 277:14,18
**presenting**   102:14
251:22 252:5,10
**presents**   215:14
**preservation**
267:22
**preserve**   17:1
**press**   169:13,14
183:20,21
**prestigious**   229:16
**presumed**   95:9
**pretty**   50:22 97:16
**prevent**   252:5
**preventing**   196:24
**prevents**   192:4
**previous**   19:17
22:19 24:20 33:20
148:18 156:16
175:7 233:17
234:19 264:19
271:17 276:4
**previously**   25:22
68:14 74:4,18

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0458

[previously - pull]

132:17 264:21
**primarily** 35:20
45:5 136:12
172:23 203:11
**primary** 51:24
52:2 55:20,21
83:2 148:25 234:5
**prior** 75:23 96:19
114:7 163:1
165:17 282:7
**private** 39:7,8
**privileged** 19:10
**prizes** 111:18
116:9,12,16
118:12,21 119:1,4
**proandrogenic**
10:19
**probably** 17:23
19:18 38:8 45:8
52:4 57:13 76:25
79:23 88:12 95:19
110:2 114:5
162:12 169:1
178:22 255:5
**problematic**
254:15
**problems** 262:2
**procedure** 283:19
283:20
**procedures** 106:25
110:1
**proceeding** 13:25
16:18
**proceedings** 282:5
282:7,9
**process** 53:23
54:23 55:6,8
162:16,18 163:22
164:1 165:19
182:15 243:15

**production** 43:2
43:11 263:15
**professional** 36:13
37:1 56:6 109:4
110:5 182:20
229:12
**professionally**
39:23
**professor** 9:14
**progestins** 10:20
140:18 141:8
**progressing**
129:12
**prohibit** 117:11
**prohibiting** 238:5
238:12,13
**prohibits** 241:1
**promise** 123:19
**prompted** 74:14
76:17
**pronounce** 149:9
149:12,14 166:12
267:11
**pronouns** 14:4
**pronunciation**
21:20
**proper** 61:1
**propose** 16:22
212:5
**proposed** 240:9
**proposition** 268:2
268:4
**prospective**
267:24
**prostate** 262:2
**protect** 206:8
**protected** 198:17
199:4 225:22
226:23 232:9
239:3,7,13,15,20
247:10,11

**prove** 89:15,17,18
**provide** 45:21,23
48:14 60:25 61:11
63:2 83:9 101:12
102:4,21 135:6
146:21 188:17
252:25 272:4
**provided** 283:19
284:8
**provides** 72:1
87:14
**providing** 45:16
48:23 70:9 101:16
103:13 104:10
105:6 106:2,7
113:19 124:9,11
136:11 176:16
191:23,25 276:12
276:19 278:2
**proving** 89:9
276:12
**provision** 216:15
**psychiatric** 61:15
**psychological**
61:15 254:20
**psychology** 50:23
50:24 54:17,18
109:25
**pubertal** 146:12
**puberty** 66:2,12
67:21 68:3,21
69:18 70:21 73:9
82:18 83:23,25
84:9 99:19,24
100:3,14,16,19
101:3 102:1 113:3
113:11,14,16,20
114:8 116:19
125:2 130:7,11,14
131:2,3,4,20
132:14 133:2,23

134:5 140:6,10,20
140:24 141:3,17
141:22,22 142:4
142:11,15,19,25
143:5,15,20,21,24
144:3,20,22
145:14,21,22
146:5,8,15,24
147:4,8,9,10,17,25
148:7,8,9,13 150:7
150:9 151:4,18
152:6,19 153:1
156:24 160:5,8,20
164:15,16 167:13
193:10,11,17
195:25 196:2,9,10
196:12,17,21,24
197:2,11,23
198:13 201:13
209:6 216:1,2
217:15,17 218:7
218:15,15,21
219:14,15 240:18
241:3 242:10
244:19 247:4,5,20
**public** 10:14 96:25
**publication** 34:13
95:20,23 96:5,7,10
97:7 177:15
184:18,22 261:24
**publications** 20:9
38:3,6 97:25
**publish** 97:10
**published** 70:16
71:1 95:15 96:20
97:12,16 163:19
270:21
**pubmed** 70:1,6
76:6
**pull** 99:15 152:1
201:3 240:2

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0459

[pull - read]

249:20
**purport**  89:21,25
**purported**  273:14
**purports**  88:15
  93:25 94:15
**purpose**  29:21
  148:9 176:15
  202:23 252:24
  253:4 270:2
  271:22 272:3
  273:14,20
**purposes**  30:3,9
  30:13 119:7
  202:20 207:2
**push**  154:3
**put**  53:8 69:18
  76:4,4 79:22 81:7
  91:11 96:25 163:1
  184:11 216:13,16
  216:19,19,21,25
  218:19 227:17
  277:21
**putting**  259:9,10

**q**

**quali**  108:5 182:3
**qualifications**
  269:7 270:15
**qualified**  106:14
  106:17 107:13,18
  108:5,15 114:12
**qualifying**  259:7
**quantifies**  91:8
**quantify**  91:16
**quantifying**  93:5
  94:20
**quantity**  90:19
  92:1
**quarters**  34:9
**question**  16:25
  18:9,11,17,20
  41:18 46:16 48:21

60:17 61:8,18
62:13 64:14 67:1
67:7,16 68:15
87:21 88:4 99:2
103:3,20,22,23
104:20,22,23
105:25 106:11
108:13 114:25
120:21 121:1
132:15 136:2,3,4,6
136:22 137:5,10
143:18 146:13
148:10 155:23
181:18,20 185:23
190:16,17,18
196:5 199:12,14
199:19 200:2
201:19 207:3
216:6 219:3,8
222:17,18 223:10
223:12,16 224:5,6
224:16,19,22,24
225:13,19 238:9
241:17,23 245:18
258:11,21,22,23
269:11 277:17
278:1,4 279:10
**questions**  18:16
  31:6 36:23 37:14
  37:16 50:1,4
  59:18 72:11 74:22
  75:1,10,11,21,24
  75:24 76:2,3
  77:25 128:8 160:6
  161:16,17 177:14
  188:9 201:1,9,9,16
  201:20 205:12
  278:24 279:2,7,12
  279:13,15
**quick**  16:16 31:2

**quickly**  25:10
**quite**  97:14 107:24
**quotas**  207:23
**quotations**  227:17
  227:19,21
**quote**  47:21 48:24
  102:9 159:15
  172:15 222:4
  226:22 227:13,25
**quoted**  64:20
  86:11 201:2
  214:21 227:6,10
  228:3

**r**

**r**  130:21 263:9
  285:3,3
**r&s**  284:1,9
**rachel**  3:6 15:5
**radio**  63:15
**raises**  188:9
**randomized**
  263:17
**range**  132:3,4,4,9
  220:19 266:11
**rapidly**  100:2
**rate**  35:2 274:10
**reach**  163:2
**reached**  35:24
  36:6,16,21 37:6
  55:15 72:23 73:14
  73:23 97:8
**reaction**  170:14,19
  171:6
**read**  47:1,11 52:13
  53:15 54:7 62:11
  66:6 68:11,24
  69:14,19 70:8,14
  70:15,24 71:6,9,11
  71:14 72:6 73:12
  73:16,17,22,24,25
  74:5 76:24 87:3

99:17,21,22
100:10,11 113:2
113:10,23,24
114:3,4 115:17
124:22,23 125:9
125:16 126:1,9
131:16,25 132:7
133:20 136:5,8,22
136:24 138:17
139:3,13 141:6
142:2 143:19,22
145:12,15 146:10
150:23 152:4,10
152:17,17,23,25
159:2,5,11,12
160:16,25 161:3,5
161:6 165:4,10
166:7,11 167:10
167:20 168:11
169:11,11 170:10
171:10,11,25
173:3,11,16,16
175:16 176:9
182:19 188:4
194:14,15,19
195:9,12,19 203:7
206:19 207:5,9
209:8 210:22
211:19 213:11,25
215:9 217:13,24
220:10,25 221:17
222:10,13 224:1,1
226:17 228:13
230:12,18,19
232:5,22 233:10
234:3,14,15
236:18 237:11
238:17 240:16
242:7 244:16
248:15,22,23
250:5 251:9,10

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0460

[read - regardless]

254:11 256:15,24
262:23 264:12,12
265:25 267:2
270:20 271:6
278:11,11 281:2
**reader** 272:15
**reading** 48:10
52:6,8,15 53:18,20
53:24 54:3,21,22
55:2,5,7,11 65:14
71:15 76:7 81:11
133:18 142:23
143:3 153:16
166:5 173:12
177:2 211:13
272:15 273:16,18
277:10 283:23
284:9
**readings** 54:11
80:2,4,5
**reads** 277:11
**real** 16:16,16 31:2
**reality** 142:25
**really** 66:25 91:5
101:10 104:19,22
129:16 137:9
164:4 205:11
214:24 238:17
245:15 260:11
264:9
**reason** 83:2 129:5
209:13 257:6
285:6,9,12,15,18
285:21
**reasonable** 111:11
111:15 177:1
232:3 236:4 260:3
**reasons** 117:11
**rebuttal** 161:7
**recall** 62:13 71:10
77:5,24 79:6,15,17

80:6 81:17,21
89:4 93:20 102:8
110:23 114:4,5
125:11 132:20,23
133:7 140:15
150:9,10 156:1
158:12 164:12,18
167:4 185:3
196:16,20,23
197:1,8,10,12,16
197:18 199:2
200:10 201:9
218:8,11,13
**receive** 140:6,14
151:18 163:7
277:3
**received** 33:8,10
51:11 140:17
150:7,9 151:4
163:20 164:15
236:19,22
**receiving** 55:14
64:9,17
**receptive** 43:9
**recess** 25:16 72:17
122:22 159:25
179:9 200:18
265:8
**recognition**
119:22
**recognize** 24:10
24:24 27:7 109:3
109:5 117:24
162:2 210:21,23
**recoil** 120:7,8
**recollection** 20:17
32:8 50:20 51:5
52:10,15 55:7,10
71:5 78:20 79:19
180:19 211:6

**recommendations**
71:18
**recommended**
71:21
**reconcilable** 102:6
**reconcile** 239:6
**record** 13:5,9,24
16:12,18 25:12,14
25:17,23 72:15,18
99:22 105:15,16
105:18 106:5
122:20,23 124:23
136:8,24 159:18
159:20,23 160:1
179:5,7,10 200:13
200:16,19 224:1
265:5,7,9 279:3,6
279:21,22 282:8
**recorded** 13:10
**recording** 13:7
**recorrected** 25:21
**recreational**
115:20 116:5,20
118:3,5,19 119:7
119:12,17 120:10
120:13,17,23
121:4,7,10,12
**reduce** 260:18
**reduced** 215:5
261:8 262:25
**reducing** 261:6
**refer** 33:13 41:18
42:22 43:3,13
50:5 58:10 85:16
85:22 93:22
125:22 130:6
141:19 166:21
172:10 191:12,17
192:22 229:3
245:23 255:9

**reference** 46:22
255:4
**referenced** 69:20
225:20 283:6
**references** 150:4
207:1
**referencing** 229:1
**referred** 33:20,21
39:10,12 52:2
263:5
**referreds** 140:11
**referring** 40:1
42:23 46:23 70:19
130:12 131:22
140:1 147:2 150:1
150:1 174:11
197:18 264:4
**refers** 42:19 49:19
112:19 131:1,5
140:11
**reflect** 259:13
**reflecting** 88:23
**reflects** 108:22
**refrain** 257:11
**refresh** 19:22
23:11 24:21 48:9
79:18 211:6
**regard** 131:19
133:2 187:3
**regarding** 21:13
31:19 50:8 53:16
55:24 56:5,7,9
58:3 63:17 70:21
74:20 97:23 103:7
103:14 110:9,17
110:20 127:9
187:9 241:8 262:5
276:16 277:2
**regardless** 105:3,4
135:10 211:17,20
238:6,14 259:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0461

[regards - research]

**regards** 156:4
**regimens** 261:12
  261:15
**regular** 182:11
  203:9,23 204:23
  205:5,14 206:1,6
**regulate** 121:9
  234:6
**regulations** 221:4
  240:9
**reinhardt** 5:6
  14:14,15
**reiterates** 235:2
**relate** 146:12
**related** 13:20 22:2
  139:11 156:14
  203:11 220:11
  270:22
**relative** 37:1
  191:14 214:16
  282:14
**relatively** 208:7
**released** 243:16,19
  283:21
**releasing** 130:12
  130:15
**relevant** 20:8
  65:23 66:8 129:16
  129:25 140:4,8
  164:5 181:10
  274:3,8
**relevantly** 207:18
  208:7,10
**reliable** 62:22 63:2
  63:5 135:21
  181:19
**relies** 175:24
**rely** 18:18
**relying** 266:3
**remain** 161:11
  165:9,15,25

207:11 208:21
  221:23
**remaining** 220:18
**remember** 21:8,18
  32:7,20,24 33:3,21
  34:20,22 36:5
  37:4,5,8 43:15,20
  53:5,6,7 54:16
  57:21,21,23,25
  58:22 70:5,7,16
  72:25 73:1,2
  78:11 80:2 85:16
  85:17 96:24 98:1
  109:9 124:9,11
  130:16,23 140:9
  150:10,14 163:24
  163:25 179:24
  180:17 192:25
  202:16 226:1,3
  243:24,25 244:13
  255:20 271:17
**remembering**
  226:9,21 244:12
  255:4
**remote** 1:20
**remotely** 2:22
  13:6
**removal** 223:19
**renée** 79:18,21
  80:3,13,19,20 81:5
  81:9,9
**repeat** 60:17
**repeating** 63:6
**repetition** 183:20
**rephrase** 18:20
  114:25 128:7
  187:23 192:16
  196:4 199:18
**replicated** 264:14
**report** 19:3,16
  22:21 23:4,13

29:6,13 35:1,2,6
  35:12,20 36:3,4
  46:19 82:17,20
  85:9,22 86:11,14
  88:14,22,25 94:25
  95:7,10 99:13
  101:15,21 112:8
  115:11,12 123:3
  130:6 131:8
  134:17 135:13,15
  135:20,24 136:16
  137:13 138:1,9,13
  138:14 141:16
  142:23 143:8
  144:2,10 145:3
  149:7 151:25
  152:3 153:10
  155:9,15 156:7
  157:12 159:14,15
  160:9 165:22
  166:18,22 167:7,7
  169:19,21 170:17
  171:19 172:9
  174:24,25 176:20
  177:3 183:12,15
  183:25 184:2
  188:4,11,16 194:7
  201:2,6 226:19
  227:6 229:14
  231:3 232:13,16
  235:17 246:2,5,6
  248:11 250:13,16
  251:7 252:16
  260:15,24 270:9
  274:13 277:11,12
  277:14,18 278:4
  278:17
**reported** 1:23
  257:7
**reporter** 2:24
  13:20 15:20 24:7

26:5,20 28:17
  59:10 111:24
  123:12 136:5,7,23
  139:21 149:20
  161:23 177:24
  201:25 209:16
  217:3 219:20
  228:18 282:4
**reports** 22:19
  24:20 31:9 96:1
  99:4 161:3,4,5,7
  172:1,10,16,24
  255:18
**represent** 202:18
  260:11
**representative**
  269:6
**representatives**
  10:13 123:25
**representing** 73:6
**reproduced** 164:7
**reputable** 69:2
**request** 10:6
  252:21
**requested** 284:1,9
  284:10
**require** 207:21
**required** 135:12
**requirement**
  184:13
**research** 20:1,3
  29:24 33:13 34:7
  50:2 51:20,21,22
  51:24 52:2,3,4,5
  53:19,21,23 54:23
  55:6,8,12,16,19,20
  55:21 56:6,11,13
  56:15 65:7 73:8
  73:11,22,25 74:5
  74:15 75:22 76:5
  76:8,16,18,22 77:2

Armistead Supp. App. 0462

[research - right]

77:9 81:15 82:4
83:22,24 95:1,18
96:9 98:3 99:11
125:15,22 127:9
132:13 144:6
171:12 181:10
261:22
**researching** 77:19
**reserved** 16:20
**resistance** 171:15
263:3
**respect** 186:19
258:14
**respected** 230:3
**respectively** 141:9
**respond** 83:20,22
262:6
**response** 37:7
75:21,24 263:16
**responses** 18:2,4
66:24 68:7,17
**rest** 274:2,2
**restate** 48:20
64:14 136:4
190:18 238:9
**restates** 234:23
**restrict** 30:21
261:2
**result** 71:19
158:23 159:3,6
193:9 196:2,9
236:24 259:11
**resulted** 139:9
**resulting** 100:16
**results** 67:9 237:4
**retain** 158:7
167:22 226:11
**retained** 20:11,15
20:17,21,24 21:2,6
21:17,23 22:15
45:4 101:10 185:6

199:9 205:9 212:2
251:18 280:1
**retrained** 22:8
**return** 283:17
284:6
**revealed** 220:12
**reverse** 168:13
**review** 12:1 17:22
19:16 22:18 29:24
53:22,25 54:2
55:23 56:1 69:17
97:18 105:10,18
105:18,21 123:3
146:11 182:15
200:7 283:8,10,13
284:2
**reviewed** 19:2,21
96:19 97:2,3,7,12
100:6 134:7,12,19
134:22 135:13,16
135:22 136:10,18
137:13 138:3,10
138:12 157:13
184:18,22 195:8
247:23
**reviewers** 134:14
**reviewing** 97:17
164:11 247:17
**reviews** 162:25
163:1 195:4
**revised** 211:21
**revision** 163:22
164:1
**revisions** 163:23
**rgreen** 3:21
**richards** 79:18,21
80:3,13,19,20 81:5
81:9,9
**ricketts** 57:20
58:16 60:9

**rifle** 120:6
**riflery** 119:15,17
120:2
**right** 17:21 18:25
22:5,18,23 23:1,2
23:8,9 24:10 25:7
25:20,25 26:9,15
27:7,19,25 28:4,9
28:18 30:23 31:15
34:12 35:3,25
37:12,14,19 40:9
44:6,23 46:5,12,21
48:18 49:13 50:9
50:17 51:4,12
53:24 54:23 55:20
58:1,23,24 59:25
60:22 62:1 69:6
72:10 75:22 81:5
82:15,19 85:5
86:17 87:2 91:3,6
94:13 95:22 96:2
98:22 99:16
100:10,12,22
101:18 104:10
105:14,15 106:14
107:3 108:13,23
112:2,8 115:16
116:1 122:19
123:16 125:9
126:9 128:4 130:7
131:13 133:9
137:19 139:15,24
139:25 140:18
141:20 142:12
143:9 145:5,24
146:3,17 147:6,19
148:22,23 149:6
149:16,25 150:21
150:25 151:22
152:10,14,16,23
153:7 154:6,22

157:14 158:4,14
159:2,16 160:11
160:14,25 161:6
161:20 162:1
164:10,16 165:10
166:11 167:8,9,16
168:2,15,19,21
169:18 170:15
171:7 172:6
173:11,24 175:1,4
175:5 177:25
178:12 179:19
180:5 182:15,25
183:1,3,12 188:1
188:12 189:25
190:11,20 191:6
191:11,25 192:12
193:4,11,19 194:2
195:19 196:16
202:4,9 204:15,17
204:22 206:16,18
208:22 209:10,20
210:7,14,15,16,16
210:19 212:16,18
213:9,11,25
214:21 215:3,8,16
215:18 216:2,10
217:5,7,9,10,21
218:2,13,17 219:3
219:22,24 220:2,3
220:3,5 221:15,16
225:17,20,22,23
227:4,8,15 228:1
228:24 229:17,22
229:25 230:18,22
231:3,9,23,25
232:2,5,6,8,10,13
233:10,14,22
234:14,18,24
235:8,14,25 236:8
236:12 237:3,9

Armistead Supp. App. 0463

238:7,24 239:17
239:24 240:3,6,7
240:25 243:18,25
244:1 245:14
246:24 248:12,22
249:3,17,19,21
250:13 251:10,21
252:6,17 253:1,5
255:15,20 256:2,5
256:7,8,11,15
258:11 259:12
260:19 262:13,19
262:21,23 265:20
265:21,24 266:17
267:18,24 268:6,9
270:11,19,25
271:24 273:11
275:18 276:20
278:7,17,23

**rigor** 135:12,16
138:2

**ring** 202:24
263:19

**ringing** 263:12,20

**rior** 113:19

**risks** 117:7,17,24

**roberta** 3:16 15:13
17:8 279:1

**role** 63:1 156:18
251:15,22,25
252:4,9

**roman** 167:9,16

**rough** 148:3

**round** 163:23

**rugby** 11:20
195:14 197:6
198:3,7,24,25
215:20,21,24,25
216:11,14 217:7
217:10,18 218:1,5
218:8,11,14,18,25

219:11,11,13,18
219:18 243:4,22
246:17

**rule** 11:13 53:10
53:11 193:25
198:21 201:15
210:2 211:8
212:19 221:10
248:3

**rules** 17:22 74:19
104:25 199:15
242:14,25 284:8

**runners** 74:1,7
271:11,12 273:6

**running** 90:11
183:18 215:13
266:10

**runs** 162:19

### s

**s** 285:3

**safe** 173:4,17
176:21 177:6

**safeguard** 10:8

**safer** 161:4,5

**safety** 102:5
116:23 117:10
175:21 176:3,6,12
184:7,19 211:2,25
212:8

**sample** 257:19

**samples** 269:14

**sampling** 269:6
270:6 271:23
272:4

**sat** 180:12,17

**save** 25:13 33:6

**saw** 36:6 52:5 73:4
74:1,7 252:23

**saying** 18:22 49:23
49:24 52:9 53:4,5
53:9,11,13 98:22

98:24 106:13
134:2,8 137:2
148:2,5 156:15
184:21 189:9
191:2 196:22,23
208:3 214:3
255:12,17 264:6
268:18 269:5
272:25 277:20,24

**says** 30:15 113:2
113:10 124:8
133:19 138:17,23
150:22,23 152:25
159:2 165:3 166:6
167:9,17 168:3,11
171:2 175:13,14
183:5 187:8 203:7
206:17 210:22
211:19 213:11
215:9 217:9,12,23
220:10,25 221:16
222:10 230:8
232:22 234:2
235:5,9 236:9,10
237:11 240:15
241:14 242:6
244:16 248:15
250:5 254:10,11
256:15,24 257:9
262:14,22,23
263:8 264:12
265:25 266:18
267:2,22 268:3,7
268:12 269:4
271:6 273:17

**schedule** 283:10

**scholar** 70:1,6
76:6

**scholarly** 53:20
62:10 65:3,5
68:23 69:1,1,4,8

69:13 71:1 77:6
97:19 133:18,20

**scholars** 72:6

**scholastic** 115:19

**school** 1:11 2:10
3:13 100:25 101:7
106:9 110:21,24
111:4,13,13,19
114:13 185:15
186:7 187:5 203:2
203:4,8 207:24

**schools** 25:3 26:14

**science** 30:15
44:23 72:2 89:15
89:17,18 98:1
106:12 184:14
187:8 193:3,8,16
193:24

**scientific** 89:14,19
91:4 230:17
231:12 233:5
234:10

**scope** 16:19 43:17
43:19 44:2,11,19
45:20 46:6 48:8
48:13 49:7 60:13
60:14 61:3 62:4
62:25 63:20 64:12
65:6,16 66:10
68:1,22 69:10,16
70:12 72:3 80:10
81:16 101:2,19
102:13 103:17
109:4 116:13,22
117:5 119:19
120:3,19 121:5
126:16 127:8
128:19 129:8
134:1,20 135:3,14
135:23 136:9,19
136:25 137:14

Page 42

Armistead Supp. App. 0464

[scope - sex]

138:4 147:20
185:17 186:8,21
187:6,16 188:2
192:7 193:5 205:6
275:15 276:1
**screen** 59:6,23
60:1 123:15
149:17 154:1
161:21 216:14,16
216:20,22 219:25
228:22
**scrimmages**
245:12
**scroll** 27:13
123:22 124:14
218:4 240:12
**scrolling** 27:18,24
145:19,24 170:3
202:8
**sds** 159:8
**searched** 27:22
**searching** 76:6
**season** 203:9,24
204:24 205:5,14
206:1,6
**sec** 265:19
**second** 16:8 18:7
23:5 27:5 28:12
86:19,25 111:22
113:1 138:25
161:15 164:24
165:3 173:2,13
183:17 194:15
200:14 210:15,17
210:20 211:16
215:6 216:20
220:24 222:7
228:22 234:17
236:7 237:11
248:13 256:2
262:10 265:24

271:2 278:5
279:21
**secondary** 1:11
2:10 3:13
**section** 100:9
122:15 144:18
145:1,2,2 156:7,10
167:16 168:23
207:1 213:14
231:20 236:13
241:23 242:6,20
245:20
**sections** 144:10
**secure** 207:12
208:21
**sedentary** 91:17
**see** 20:8 22:25,25
23:2,11 24:21
26:22 27:17 28:4
36:7 48:10 56:11
59:8,11 60:1 69:1
69:5 76:7 86:9
87:9 112:5,21
122:18 125:16
133:19 139:23
144:9,25 151:25
154:3 155:15
156:9 157:1
158:25 161:25
164:11 165:1
166:1,22 169:4
170:3 174:25
175:9 177:18,25
178:5,8,16 181:18
191:13 192:1
203:5,18 208:1,2
210:18 211:4
212:9 213:7,23
215:2 217:6,9,22
220:3,7,21 221:7,8
221:24 222:25

223:1 230:9
231:16 236:10,13
237:1,2 238:1,2
240:8,10,13,23,24
242:18,19 245:2,3
247:18 249:24
250:3,4,10,11
251:3,15,21 252:4
254:3,24,25
255:25 256:10,22
257:4 262:17
265:18 266:5,6,23
267:7,19 271:5,14
274:18 279:17
**seeing** 16:8 56:10
63:16 74:16 78:1
80:2 164:19
**seen** 36:3 63:16
70:1 100:5 123:18
123:19 178:18
**segm** 65:8,10,14
**segregated** 122:6
122:8 206:21
207:11 208:20
**segregation** 199:6
**select** 274:7
**self** 254:21
**selina** 73:6
**semenya** 76:23,25
77:1,10
**semenya's** 77:6
**senefeld** 172:22
**senior** 109:9
**sense** 41:4 54:24
67:11 166:17,24
167:2
**sent** 182:23
**sentence** 46:25
113:1 132:6 134:8
134:10 152:4,23
158:22 164:24

165:3 170:9
171:24 172:11
173:2,13 175:8
194:15,17 203:20
204:2 210:17,20
211:16 212:22
213:5 214:21
222:7 235:5
236:17 250:5
254:10 255:18
257:8 262:15
264:12,23 265:24
266:22 267:1
269:8 272:15
273:17,19
**sentences** 47:1
175:6 176:9
236:18
**separate** 46:17
68:8,10 77:15
84:12 113:6
127:19
**separated** 81:18
82:11,13 110:9,20
111:12 193:25
**separation** 81:20
199:13
**september** 34:21
58:19
**sequential** 23:16
**series** 201:1,8,15
**serum** 234:4
235:12
**serve** 21:24
**session** 181:15
**set** 106:25 282:6
**seven** 90:2 95:8
**sex** 12:7 40:15
42:9,11,14,15,15
42:16,19,22,24
43:3,13,25 44:3,8

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0465

[sex - sorry]

49:18,20,22 82:11
82:13 96:21 110:9
110:14,20 111:12
113:6 122:6,8
124:19,24 153:2
160:18 162:7
179:24 180:2
187:22 192:10
193:25 199:5
203:16 206:21
207:10 208:20
240:20 242:11
244:21 266:1
267:23
**sexual** 10:24 45:7
45:25 47:2 49:10
77:16
**shape** 11:2
**shapiro** 62:15,18
62:19 63:2,16
64:21,25 181:10
181:20,23
**share** 22:25 59:23
60:1 153:25
209:14
**sharing** 162:14
**shooting** 119:21
**shorter** 189:25
190:1,4,6 191:8,9
**shorthand** 2:24
282:3,9
**shortly** 123:10
**show** 23:18 24:4
25:7 28:11 58:16
59:21,23 127:12
161:18 258:13,25
**showed** 159:9
**showing** 94:9
177:21 178:19
214:18 254:12
255:2

**shown** 154:10,11
154:12,13
**shows** 153:22
167:11 177:21
**shuman** 3:15
15:13
**shumanlaw.com**
3:21
**sic** 13:19 20:20
96:18 104:23
159:24 200:10
232:6 236:24
241:8 258:1
266:24
**side** 251:16,23
256:11 262:18,19
262:21 264:8,8
**sign** 283:16 284:5
**signature** 24:17
28:4 236:3 282:22
283:21,23,23
284:9
**signed** 229:15
**significant** 132:10
226:11 229:25
240:19 255:22
**signing** 118:18
**sim** 268:8
**similar** 21:12
31:13 69:21
131:20 234:16,19
257:2 268:8 272:8
**similarity** 159:9
**similarly** 91:23
188:5
**simple** 104:20
105:25
**simplify** 120:21
**simultaneous**
279:19

**simultaneously**
175:20
**single** 87:4 181:15
189:9 199:21,25
200:3 211:8
212:19 221:10
248:3
**sir** 80:17
**sit** 180:14
**sitting** 37:8 47:24
52:14 69:13
218:13 247:24
255:17 263:10
**situation** 79:16
115:8 126:19
135:7
**situations** 36:19
44:21
**six** 90:2
**size** 73:20
**skills** 203:13
**skip** 168:7
**skipped** 145:8
**sleep** 19:4
**slicer** 3:15 15:14
**slightly** 258:8
267:4 268:5
**slow** 209:14
**slowest** 191:14
**slowly** 124:14
**small** 43:2 46:9
91:1
**smaller** 100:18
257:23 258:19
266:2
**smith** 6:6 14:23,24
**smuggling** 189:18
**social** 62:21 82:23
89:12,21,25 93:25
94:15,20 203:13
257:21 259:11

**socially** 254:23
**society** 47:22
65:12 70:8,20
71:19 96:21
132:17,21 133:6
162:11 179:23
**sociology** 51:6
109:24
**software** 28:2
**solid** 154:11
**solution** 13:19
234:9
**solutions** 280:1
283:7
**somewhat** 245:7
264:5
**soon** 28:14 34:6
112:2
**sorry** 23:20 24:2
25:8 27:21,21
64:13 70:18 71:21
72:5 84:3 86:21
86:25 88:24 94:6
98:8 99:12,21
104:19 112:22,25
112:25 116:25
124:14 126:22
130:20 131:3
132:4 138:25
139:15 145:7
152:11 153:18,25
154:6 157:17
161:14 164:11
172:21 173:12
175:10 181:4
194:18 205:11
210:15 216:5
231:19 236:12
241:9 246:3
262:19 268:11,14

Page 44

Armistead Supp. App. 0466

[sort - started]

| | | | |
|---|---|---|---|
| **sort** 25:21 82:3 110:4 202:22 | 81:8 86:19 133:7 133:10 134:3 163:13 170:4 176:17 186:19,23 187:18 200:8 216:24 218:25 221:3 235:7 252:21 | 242:16 244:23 245:17 | 210:2,24 211:3,23 212:6 213:16,20 213:21 214:4,6,19 218:21 221:5,11 221:11 227:8 228:16 229:6,13 229:15 232:7 233:22 235:13 238:14 240:3,21 241:2,15 244:24 245:9 246:24 247:4 266:12 |
| **sorts** 88:9 93:13 | | **sport's** 233:13 | |
| **soule** 9:15 20:19 22:10 25:3 26:14 36:3 73:5,6 | | **sporting** 175:18 175:25 212:20 215:12 248:4 264:20 | |
| **sound** 18:5,12 58:23 59:20 180:3 244:10 | | **sports** 10:5,17 11:8,12 21:14 22:2 30:17,23 31:21 32:4 33:6 35:24 37:1 44:17 44:23,25 46:4 54:17 56:9 58:4,7 74:21,22 76:12,15 76:19 78:5 80:15 81:2,14,18,18,19 82:5,10 97:24 98:2,18 101:17 102:17 103:9,16 104:4,7,13 106:10 107:1,8,16 108:8 108:17 109:24,24 110:1,9,14,20 113:18 114:1,7,21 115:6,9 118:5 122:6 124:1 128:17 163:12 165:18 173:7,20 176:8,22 177:7 179:18 184:9 185:4,8,20 186:3 192:5,9,13 193:25 194:1 195:7,17,25 196:14,25 197:3,5 198:4,7,12,21 199:1,4,6,7,14,16 199:22,24 200:1,3 200:5,12,12 204:13,17,20,24 206:8,8 207:25 | |
| **sounds** 18:23 58:24 74:11 152:12 180:7 189:21 244:11 279:16 | **specifically** 33:22 50:5 74:15 89:5 98:13 99:3 114:4 121:17 130:23 132:21 143:21 156:24 162:11 170:6 182:12 185:9 196:17 197:16 198:25 199:3 200:11 243:10 261:6 | | |
| **source** 36:17 62:22 71:24 102:9 102:10 114:22 115:4 141:15 181:19 252:17 | | | **squat** 169:14 183:21 |
| | | | **sruti** 6:5 14:19 |
| | | | **sswaminathan** 6:12 |
| **sources** 68:19 181:24 195:24 196:11 197:21 198:10,19 200:2 201:2,17 216:17 218:14 233:7 246:4 247:17 248:2 268:15 269:24 | **specifics** 79:17 | | **stable** 220:18 |
| | **specified** 156:1 | | **stage** 28:8 147:18 150:10,16 |
| | **specify** 86:9 107:6 110:13 | | **stages** 132:1,8 |
| | **speculating** 50:17 | | **stand** 46:9 47:20 177:11 |
| | **speculative** 214:25 257:14 262:5 | | **standard** 136:17 151:9,12 169:13 199:21,25 200:3 |
| **south** 32:9 | **speed** 191:11 | | |
| **southern** 1:2 2:2 13:15 | **sperm** 43:2,11 | | **standards** 134:18 134:22 135:2 137:12 157:13 194:1 199:23 200:4 244:22 |
| | **spoke** 32:1 | | |
| **space** 59:11 207:25 | **sponsored** 162:10 | | |
| | **sport** 10:9 11:16 12:3 71:21 107:9 113:6 118:6,7 198:22 200:10 212:5,13 221:3 222:15 223:6 224:3 225:3,8,11 225:14,16 226:14 226:15 229:8 231:22 232:23 233:2 235:7 | | **standing** 31:3,8 |
| **speak** 18:8 241:6 253:24 | | | **standpoint** 89:14 89:19 |
| **speaking** 62:20 98:23 181:23 198:24 279:19 | | | **stands** 130:24 |
| | | | **start** 63:14 113:12 139:1 150:24 154:18 215:23 |
| **species** 195:6 | | | **started** 34:5 75:22 113:16 |
| **specific** 50:19 51:5 52:10 55:10 77:5 | | | |

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0467

[starts - subject]

**starts** 112:14
124:19 138:15
215:6 222:8
**state** 1:9,12,14 2:9
2:12,14 4:3 7:16
13:14,23,25 15:8,9
15:16 16:11 17:7
17:14 21:1,9,12,13
21:15,21,25 32:14
36:21,22 64:13
77:24 82:20
101:11 102:9
107:19 111:11
143:21 147:13
155:23 166:2
170:6,22 172:19
184:3 185:2
188:19 200:11
212:12 223:9
226:12,14 243:11
248:7 277:7,7
279:12 281:8
282:4 283:4,9,12
285:1
**stated** 39:7,8,9
75:11 81:1 86:1
95:6 96:17 102:10
114:10 127:14
141:6 155:18,20
155:20 171:21
216:11 219:18
225:24 229:22
260:21 273:4
**statement** 12:9
39:25 45:9,24
46:9,10,14 47:20
76:21 80:13
106:12 117:23
127:1 134:11
138:6 143:4 157:5
165:12,13 169:8

169:10 170:4
171:22 174:1
177:12 183:11,14
184:4,18 186:9
190:15 197:5,6
208:17 211:11
212:16 214:12,25
216:18 219:7,9,18
224:13 225:21
226:10,12,24
228:15 229:4,15
230:2 233:18,20
235:23 236:21
237:12 238:19
239:4 245:8,24
247:9,15 248:6
250:11,12,14,19
251:5 257:14
262:5 266:8,14
268:9 272:16
**statements** 63:17
128:8 186:22
187:17 226:4
227:3,7 231:21
232:2 235:24
236:10,19 250:22
251:11 259:7
275:12
**states** 1:1 2:1
13:15 24:16 32:5
32:13 33:8,12
39:6 48:10 131:21
133:1,7,10,15,22
143:21 185:3
192:9 199:2
204:12 273:23
275:11
**stating** 87:21
184:13 233:1
260:7

**statistically** 95:11
255:22 270:4
**statute** 186:15,17
**staying** 65:19
74:18
**step** 278:5
**steptoe** 7:5,11
**steroid** 54:7
**stick** 104:16
**stimulate** 176:16
**stipulation** 283:20
**street** 3:18 5:12
6:9,19 7:20
**strength** 11:25
73:20 98:2 139:12
144:8 168:3
169:12,22 170:1
211:1 213:21
214:4,19 220:11
221:3,5,11 256:21
257:9,22,25 258:6
258:12,13 259:21
260:12 262:3
263:2,16,25 266:4
266:12 267:6
268:6 270:1
**strong** 71:13
167:22 258:8
260:9
**stronger** 258:1,9
**strongly** 36:8
**student** 51:1,3
74:22 75:3,21,23
75:24 76:2,3
77:24 81:23 95:17
95:19 109:11
**students** 39:9
51:10 74:25 75:3
75:7,10 76:10
122:13 203:14
207:15

**studied** 171:3
194:21
**studies** 87:24 88:2
88:8,22,25 89:5
94:20 98:12,16
167:21 170:23
171:2,22 183:7
194:22 220:19
233:8 258:5,13
259:19 260:1,4
264:8 268:18
269:25 270:5
272:3
**study** 81:22 88:15
89:9 91:9,21,22
92:8,10 93:1,4,20
93:23 140:14,16
140:20,23 142:18
149:4,8 150:7,19
151:4,17 154:20
155:4 156:13
172:20 261:11,11
263:4,6,8,11,12,14
263:18,22,22,23
264:3,4 267:24
268:19,19,20
270:3 271:7,16,22
272:6,14,18 273:2
273:8,14,17,17,20
273:23,24 274:3,7
274:8
**stuff** 78:1
**stutler** 1:13 2:12
7:4 15:12 17:12
279:9
**style** 135:11
137:16
**subject** 21:10
156:8 217:18
253:1

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0468

[subjection - talked]

subjection  149:1
subjects  56:14,18
 153:3
submission  162:16
 162:18 177:16
 182:20
submit  96:4,9 97:6
 162:24 163:5,8,10
 179:21 182:18
submitted  28:8
 95:23 96:6 103:6
 104:24 105:12
 134:7 161:4
 163:22 182:19
 194:24
submitting  138:8
 138:11 163:3
 182:16
subscribed  282:16
subsection  145:8
 145:12,16 148:6
 148:22 167:19
 168:2,7,11,24
 169:4 231:20
 240:12,15 241:11
 244:16
subsequent  23:25
 144:10 153:1
substance  19:11
 174:11,15
substances  66:23
 68:5 107:7
substantial  35:5
 213:22 214:3
substantially
 167:14
substantiate  275:2
success  211:24
sufficient  224:25
sufficiently  223:17
 242:10 260:18

suggested  141:13
suggestion  71:13
suite  3:9,19 7:21
summaries  136:16
 136:17
summarize  29:25
 136:13
summarizing
 136:12 184:14
summary  155:4
 157:20,24 272:9
 272:12
summer  58:9,9
superintendent
 1:13,14 2:12,14
 7:4,14 15:12,18
 17:15 279:12
suppo  252:9
support  30:21
 31:13 32:6 158:3
 189:4 195:24
 196:12 197:12
 200:2 205:4 209:4
 212:19 219:11
 227:7 228:6,9,10
 232:25 233:21
 247:15,18 248:2
 251:23 269:15
 275:1
supported  234:9
 238:4,23
supporting  210:1
 210:5 218:19
supports  157:2
 227:22 233:12
 247:24
suppose  75:25
 107:20
supposed  144:18
 146:21

suppress  160:7
 197:24 209:6
 214:5 262:1
suppressed  201:14
 210:6 215:5 238:6
 247:20
suppressing
 144:11
suppression  9:24
 11:17 29:1 66:3
 66:13 68:4 70:22
 71:19 141:22
 144:20,22 146:16
 167:12,24 168:12
 170:24 208:17,19
 213:14 244:9
 263:15
sure  18:7,7 32:1
 37:11 41:1 50:22
 62:5 65:19 67:18
 67:19,20 87:1
 88:2 91:1 97:17
 98:23 100:11
 103:4 112:23
 118:17 122:18
 128:21 130:9
 134:3 141:19
 153:16 154:8,9
 174:14 177:20
 194:13 196:7
 200:15 209:1,3
 216:19 223:24
 229:19,20 238:11
 244:6,12 246:4,6
 253:25 255:18
 270:10 274:14
 277:6 279:5
surgery  242:12
survey  127:15
swaminathan  6:5
 14:18,19

swear  15:20
sweden  69:18
swimming  243:23
 244:2,3,8 266:10
switch  190:21
syndrome  43:5,8
 43:21 44:17,22
 47:17 64:5
system  42:25
systematic  12:1

t

t  285:3,3
table  153:18,22
 158:18 214:17
 249:22 254:10
 256:12
tables  148:18,19
tack  138:15,18
 139:4,25 141:25
 149:4
take  13:8 23:6,7
 24:19 25:6 32:15
 50:10,12 72:13
 86:24 123:6
 145:19 151:6,11
 151:14 154:2
 193:17 206:12
 214:11 216:23,23
 265:4 279:20
taken  2:21 13:11
 16:14 17:19 67:10
 134:13 282:5
takes  113:14
talented  188:21
talk  71:25 144:3
 156:12 169:21
 199:1 268:15
 269:13
talked  55:1 67:2
 234:17

Veritext Legal Solutions
866 299-5127          Armistead Supp. App. 0469

[talking - think]

talking   39:20
   94:14 122:12
   128:20 148:22
   156:10,24 187:18
   192:22,24 196:8
   272:2
talks   167:20 218:6
taller   190:9,12,19
   190:22 191:4,5
tanner   132:1,8
   133:23,23 147:18
   150:8,10,16
task   138:1,3
taylor   7:18 15:15
   15:15 17:13,13
   279:11,11
teach   107:8,23,24
   253:1
teachers   162:14
teaching   19:24
   107:9 108:1
team   117:15
   121:18 122:7,8
   129:14 185:16
   186:7 187:5
   192:14 198:13
   245:12
teams   44:17 101:1
   101:8,17 102:17
   103:16 104:5,13
   106:10 111:12
   113:22 114:9,14
   116:20 117:3,21
   118:6 120:13,17
   120:24 121:4
   127:20 128:17
   129:7 177:7 192:5
   204:23 206:1,20
   207:11 208:21
   219:13

teenagers   142:7
   144:7 148:16
   149:3,4 152:9,22
   153:6
telfer   74:24 75:5,7
   172:9,13
tell   19:10 20:16
   36:19 39:5 65:11
   109:15,17 123:17
   184:23 195:23
   214:17 216:5
tells   121:22 122:10
   176:4
ten   95:9
tennessee   22:12,13
tennis   79:12,21
   80:9
tension   263:22
term   37:18 38:7,9
   38:11,12,15,16,20
   39:3,16,19,22 40:8
   40:22 41:6,14,23
   42:4,13,21 44:8
   49:18,20,22 62:3,6
   62:12 64:5 98:21
   130:14,25 131:4
   141:12
terminology   31:1
   31:3 37:17 73:19
   130:10
terms   31:9 49:1
   55:5 56:13 66:20
   84:15 90:15 93:1
   120:10 129:11
   197:9 202:15
   211:21,23 232:24
   258:12
terrific   18:24 24:8
   25:6 26:7 27:13
   28:7 124:12

terry   172:14
test   51:23 183:19
testified   15:25
   30:20 31:13,18
   32:10 33:12,15
   45:12 157:11
testify   32:6,12,17
   32:19,23 33:2,5
   51:10 109:15,18
testifying   282:8
testimony   45:16
   45:18 47:14 48:13
   48:23 49:3 124:9
   124:11 125:11
   126:11 144:17,20
   144:21 177:5
   186:19 189:22
   191:23,25 279:23
   281:5
testosterone   9:24
   11:17 29:1 66:3
   66:13 68:4 70:22
   71:19,20 144:11
   160:7 167:12,23
   168:12 170:24
   193:19 197:24
   198:14 201:14
   208:17,18 209:6
   210:7 213:13
   214:5 215:5
   217:16 230:13
   234:4 235:3,12
   236:21 237:12,21
   238:7,15,20
   239:17 243:21
   247:21 257:3
   260:17,25 261:2,7
   261:8,14,18,20
   262:1,4,25 263:15
   263:25 264:18,21

tests   260:2,5
texas   32:9,19,20
text   112:21 158:20
   158:23
textbook   53:17,18
   76:20
textbooks   19:18
thank   15:19 16:5
   18:6 24:8 43:18
   60:5 86:18 89:8
   145:11 151:21
   168:10 192:20
   206:15 242:5
   260:22 278:23
thanks   23:24
   100:12 122:19
   149:12 179:12
   195:11 265:21
   266:16
thematically   147:7
   147:23
therapies   263:24
therapy   73:18
   102:23 170:13,19
   220:15 222:17
   224:5 225:4
   267:24
thereof   217:20
   282:12
thesis   54:4,6
thing   69:21 87:1
   92:17 129:3 154:8
   251:11
things   19:18,25
   56:24 69:5 73:21
   76:25 122:13
   171:3 271:7
   273:18
think   15:1 28:3
   32:10 33:6 46:16
   50:5 51:14 52:19

Page 48

Armistead Supp. App. 0470

[think - trained]

52:21 54:10 56:22
57:3,5,18 59:17
62:22 63:2,21
64:2,9,16 68:14
69:14 71:23 72:1
75:19 76:10,13
79:23 80:25 82:9
85:2,17 87:20
93:24 100:24
101:6 102:8
103:19 106:3,11
106:23 111:11,15
112:9 114:5,16,21
115:3,8 116:3,8,18
116:19 117:2,10
117:17,19 118:4
118:19 119:9,25
120:4 121:2,16
127:5,19 128:15
131:22 132:3,16
132:23 133:11
134:10,17 135:10
135:12,19 136:15
138:23 140:4,8
142:23 143:13
144:13,14 145:25
150:3,4 156:22,22
157:2,11,19
158:15 159:15
163:17 164:4
165:14 166:1,24
167:2 177:1 178:1
180:25 181:9
182:8 185:14
186:24 192:21
193:3,8,15,23
197:6,17 198:2,9
198:10,16 205:9
205:25 206:5,12
207:2 208:13
214:11 218:24

223:12,16 225:10
225:17 228:10
229:3,7,25 232:17
241:6,11 242:2
245:24 247:8,18
250:18,19,21,23
251:25 252:9,11
252:14,20 253:8
253:14 254:9
259:6,21 260:20
261:5,23 269:3
272:15,15 273:13
273:16,18 275:11
276:3
**thinker**  143:22
**thinking**  51:6
**third**  18:15 112:19
112:23 151:10
160:15 210:17,20
217:23 231:18
232:4 254:9
268:20
**thirds**  266:21
**thomas**  172:14,22
**thought**  54:16
63:6 76:14 108:21
137:1 143:7
199:19 226:24
228:14 238:19
**three**  17:24 34:9
106:4 131:15
201:10,14 244:9
249:25 254:6
274:17,22,25
**threshold**  183:19
230:16 235:3,6
237:13,18,19,20
239:17
**thursday**  95:18
**tied**  85:4

**time**  14:1 16:8
20:17 23:6,7
25:13 31:4 32:16
34:3 53:6 55:15
58:23,24 71:8
72:22,23 73:7,14
76:21 79:10,22
80:6 81:5 90:20
91:10,21 105:20
105:25 111:16
112:20,21 123:7
138:25 139:16
145:19 151:6
154:19 170:14,19
171:6 220:13
221:2 251:6
255:15 270:1
280:2 282:6
283:10,18,24
284:7
**timeframe**  79:22
81:8
**timeline**  74:12
**times**  20:15 106:4
111:18 130:6
155:18 162:23
188:20 225:20
247:25
**timing**  113:17
217:20
**tiny**  154:1
**title**  11:12 50:10
70:7 109:10
179:17,24 240:9
263:21
**titled**  24:22 180:15
183:2
**today**  16:4,6 19:1
37:8 47:24 52:14
54:12,14 69:14
146:13 263:10

**today's**  19:23 20:2
279:23
**toggling**  169:9
**told**  19:12 106:3
109:6,7 164:2
244:12
**tommy**  97:15
**top**  27:20 48:2
79:17 112:23
153:19 175:12
213:1 220:24
230:7 234:22
240:8
**topic**  22:3 29:18
34:16 35:23 37:15
54:5 58:2,13
61:11 69:14 76:19
78:4 81:15 82:16
95:25 96:9 97:7
98:10 99:11 105:7
108:10 133:18,19
133:21 144:18,19
144:23 160:5
163:11 164:3
174:7,18,22
177:16 194:23
197:18 261:6
274:3
**topics**  270:22
**torque**  254:13
255:2,7
**tosterone**  263:25
**total**  279:25
**tough**  46:17
**toy**  64:5,11,18,25
67:5 69:9
**track**  75:4 95:12
**train**  207:15
**trained**  115:23
125:8 188:5,20
189:15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0471

[training - trying]

**training** 60:24
61:19 171:15
183:7 189:12
221:22 261:1,7
262:3,7 263:3,16
264:1
**traits** 125:6
**trans** 36:25 41:2,7
41:9,11,14,18 42:4
42:6,7,8 48:17,18
49:4 74:22 97:23
98:21 99:4,6,9
101:16 116:25
118:22 119:11
121:13,18 141:10
147:25 151:4
153:23 154:10,11
154:16,20 160:6
164:14 166:19
169:6 177:6 185:6
185:19 192:17
193:9,16 196:8,12
197:11,22 199:8
201:11,12 203:22
204:8,22 205:4,14
205:25 207:15
208:5 209:4 210:5
215:22,25 218:20
219:12 226:11
227:7,22,25
228:15 238:5,12
239:9 240:17
241:1 242:8
243:19 244:2,17
247:3 255:3
257:11 258:6,12
258:15,19 259:1
259:14,21,23
261:10,12,17
262:6 267:23
268:16,24 269:14

269:21,22 272:2,5
272:7 275:18
277:15
**transcribed**
282:10
**transcript** 18:3
123:24 124:4
241:22 281:3
283:6,8,10,13,13
283:21 284:2,2
**transcription**
282:12
**transgender** 10:9
10:20,25 11:3,15
11:20,24 30:16,22
31:24 35:23 36:25
40:8,14,17,19,22
40:25 41:2,24,25
47:5 48:7 50:8,11
50:13,20,22 51:15
51:20,25 52:5,16
53:14,16 55:7,17
55:22,24 56:3,5,7
56:9,15,18,19,23
57:2,8 61:1,6,9,16
62:9,11,23 63:12
63:17,25 64:3,16
65:4,18,23 69:15
70:3,10,23 71:25
72:24 73:10 74:1
74:17,21 77:9,17
77:20,24,25 78:1,5
78:11,12,20,23,25
79:10,11 81:14
82:5 96:15 98:14
101:25 102:2,6,16
102:22 103:8,15
104:4,12 105:2
107:15 108:7,12
108:17 116:18
118:4 119:16,25

120:4,11,15,25
121:2,7 126:12
138:19 139:5
140:5,13,16 144:7
144:15,19,21,23
147:9,16 163:11
173:5,18 175:19
175:23 176:1,6,13
176:21 180:15
184:8,19 187:10
192:4,12 195:24
197:13 198:11
199:15 207:19
208:4,14 209:20
211:21 212:4,13
214:4 215:11
217:8,10,14,25
221:21 222:9,14
223:5 224:2 225:2
227:24 228:9
240:13 243:5
247:19 248:25
249:1 255:8
257:20,22 262:6
267:4 268:4 269:5
275:20 277:2
**transgenderism**
62:1,8,12
**transition** 11:23
79:1 148:3
**transitioned**
217:14
**translating** 93:1
**transwomen** 11:7
12:5 150:23 159:4
159:7 166:8
169:15 172:3
179:18 220:16
221:4 230:14
231:22 232:6
233:8 237:13

250:7 254:13,16
256:17 257:1
264:16
**treatment** 11:1
61:6,9 66:22 70:2
141:10 144:7
148:17 149:24
161:10 165:7,24
171:14 172:5
217:19 240:13
262:2
**treatments** 66:20
68:15 254:18
277:3
**trends** 180:2,15
**triad** 129:12
**tried** 27:21 75:25
76:5 95:15 96:8
102:19,23 104:21
**triggers** 113:7
**trophies** 245:13
**true** 99:20,25
125:13,18 191:11
244:8 281:6
**trust** 58:21 205:1
**truth** 22:24
**truthful** 136:21
137:3 253:17,17
253:18
**try** 23:3 57:7
67:15 104:16
255:15
**trying** 34:7 37:4
53:7 56:8 88:20
105:4,5,5 134:3
179:1 186:16
189:22 201:2
205:15 250:25
258:18 272:23
275:1,12,14
276:23

Page 50

Armistead Supp. App. 0472

[tryon - versus]

**tryon**   4:5 15:7,7
17:6,6 19:6 30:24
31:1 43:16 60:14
67:12,14 80:24
82:7 178:17,17
197:14 208:23
214:10 223:8
252:7,19 253:22
279:13,13
**turn**   46:13 72:10
86:14 99:12
112:11 160:9
168:17 201:17
202:5 207:2 230:6
234:20 246:5
**turner**   43:21
**tutorial**   25:13
**two**   47:1,5 54:9,11
54:15 57:5 91:12
91:19 96:2,24
97:1 102:9,10
131:15 151:12
197:10 201:12
227:21 232:21
234:2 236:17
249:25 264:4
266:21 268:15,18
279:17
**type**   27:19,21
39:23 69:21 92:21
119:12 121:9
134:11,14 140:17
**types**   19:25 22:5
73:21 122:13
233:22 261:12
**typical**   215:10
258:9,10
**typically**   91:2,11
146:23 147:10,17
150:15,17 162:15
239:20 266:9

### u

**uh**   27:3 180:11
203:3 229:10
237:8 262:14
**uk**   131:22 133:11
**ultimate**   277:16
278:16
**unanimous**   236:19
**unclear**   208:9
257:10 272:22
275:9
**unconditional**
203:13
**undergo**   100:3
**undergone**   146:15
**undergrad**   51:11
**undergraduate**
50:23 51:1 52:17
**underlying**   135:12
174:11,15
**undersigned**   282:3
**understand**   18:16
18:18,19 29:20
30:6 39:20,22
42:5,6 49:20,23,24
98:21,25 107:22
114:6 143:14
146:20 147:1
155:8 219:2
276:10 278:2
**understanding**
19:22 29:22 30:2
30:7 40:4 42:13
42:18 43:7 44:7
44:13 106:24
110:12 130:13,25
131:4,18 134:9
147:21 149:9,11
150:6 151:16
165:19 184:23
185:18 188:10

192:3,8 202:18
204:7,11,19
216:11 239:11
247:10
**understood**   18:21
**unfair**   76:10,13,14
80:22 82:4 100:24
101:6,11,13
102:15,24 103:14
104:3,11,17 105:1
106:8 107:7,14,25
275:24 276:18
278:6
**union**   6:17
**unit**   13:10
**united**   1:1 2:1
13:15 131:21
133:1,7,10,15,22
**universal**   212:3,12
**university**   56:23
108:18,19,23
109:1,15,17
**unk**   95:17
**unk.edu**   283:2
**unknown**   161:12
165:9,15,25
214:22 221:23
**unnecessary**   38:18
**update**   34:7 179:2
**updated**   175:23
**updating**   34:15
**upper**   237:21
**upset**   75:7,14,17
**use**   30:10 31:25
38:5,9,12 39:19
42:4 49:3,22 66:2
73:18 102:1 107:6
130:11 132:14
142:4 152:6,19
153:1,2 172:15
183:8 187:11

197:2 230:13
234:4 235:11
253:1 259:1
**uses**   158:12
202:13
**usual**   31:3
**usually**   91:2
113:14 203:16
**utility**   66:7

### v

**v**   167:9,17 263:9
283:4 285:1
**valid**   69:3
**validated**   93:21
**valuable**   195:3
**value**   11:11
**values**   32:20,25
**van**   267:11,14
**vari**   214:22
**variable**   42:15
**variables**   166:3
**variety**   233:7
**various**   73:19
182:9
**varsity**   203:9,23
**vary**   32:14 232:23
**vastly**   211:23
**verbal**   18:2
**verbatim**   183:14
**verify**   22:9 69:2
93:23 152:15
255:9
**veritext**   8:2 13:18
280:1 283:7,9,11
**veroff**   5:10
**versus**   13:13 20:19
20:25 21:8 22:10
24:14 25:3 26:3
26:14 27:12 36:4
73:5 99:2 101:13
102:24 133:23

Page 51

Armistead Supp. App. 0473

[versus - witness]

181:24 205:15
221:5
**vertical** 183:20
**vice** 109:9,10
**video** 10:3 13:7
18:1 59:3 60:4,7
60:12,19
**videoconference**
3:1
**videographer** 8:4
13:4,19 15:19
25:14,17 72:15,18
122:20,23 160:1
179:7,10 200:16
200:19 265:6,9
279:3,22
**videos** 63:15
**videotaped** 1:20
2:20
**view** 39:3,16 44:8
45:12 157:3,4
232:25 250:9
260:16
**views** 108:22,22
229:24
**vigorous** 91:17
**violate** 121:9
**virginia** 1:2,9,11
1:15 2:2,9,10,14
3:10,13,18,20 4:3
4:4,8 7:9,14,20,22
13:14,16 15:8,9,16
24:14 26:3 110:8
110:16,19 185:2
193:1 204:12
283:4 285:1
**virtual** 180:10
**virtually** 16:9
153:23
**virtue** 32:18

**visible** 28:15
149:22
**vo2** 85:9,11 90:4
92:7,17,19 93:7,8
93:22 166:19
168:21,22 169:5
**vo2max** 166:8
183:18
**volume** 1:22 2:21
9:4 202:10 254:13
255:3,7 281:13
**volumetric** 267:22
**volunteer** 35:20
36:16
**voodoo** 91:5
**vote** 238:12
**voted** 237:16
**voting** 236:23
237:4
**vs** 1:8 2:8

**w**

**w** 1:11 2:11 15:17
**wait** 18:8,10
124:15
**waiting** 160:10
**waived** 283:23,23
**waiving** 283:20
**walk** 118:14
**wall** 6:9
**want** 16:17 20:14
22:9 28:11 30:9
31:10 32:1,1
54:20 59:16 72:22
91:11 103:3,5
105:11,16 120:24
122:4,6 125:22
128:21 130:9
134:1 151:6
178:10 216:24
246:3,7 255:12
260:10 266:25

268:2,14,19
274:16 276:14
**wanted** 30:8 97:21
181:15 216:21
252:15
**wants** 105:18,23
111:12 185:20
279:5
**warrant** 222:22
224:10
**way** 30:11 58:17
74:20 81:10 91:6
91:6 129:16
145:25 151:14
180:19 211:11
224:23 239:6
277:7
**we've** 141:20
246:6,6 247:1,23
**weaker** 258:19
**wear** 67:8 91:10
91:12
**wearing** 91:24
**wears** 65:2 67:6
**web** 65:8,14 68:25
69:3 70:15,19,20
70:24,25 96:20
133:19,20 163:1
**week** 91:12 95:18
**weeks** 91:13
**weigh** 278:12,21
278:21
**weight** 213:19
215:13 229:25
**weightbearing**
214:6
**welcome** 105:24
**went** 74:9 164:15
**west** 1:2,9,10,15
2:2,9,10,14 3:13
3:20 4:3,4,8 7:9

7:14,22 13:14,16
15:8,9,16 24:14
26:3 110:8,16,19
185:2 193:1
204:12 283:4
285:1
**whatnot** 156:11
**whatsoever**
203:25
**whereof** 282:16
**white** 7:8 9:20
28:24 29:11,12,16
29:21 30:2 33:8
33:11,14,16,18,19
33:22,24 34:1,4,10
34:12,19,23 35:6
35:13,18,19 96:1
97:12 270:23
**whr** 159:8
**wide** 259:20
260:12 271:23
272:17
**widely** 54:7
**wiik** 255:5,11,13
255:19,21
**willing** 36:23
117:16
**window** 59:22
**windows** 46:17
**wingate** 183:19
**witness** 9:2 15:21
19:9,13 20:12,15
20:18,24 21:2,6,23
21:24 22:8,13,16
28:4,18 29:16
31:8,18 34:15
35:9,17 36:11
37:21 38:14,24
40:4,11,25 41:21
43:7,20 44:3,13,21
45:4,5,21,24 46:8

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0474

[witness - women's]

| | | | |
|---|---|---|---|
| 47:20 48:2,9,20 | 148:25 154:5,9 | 258:18 259:6,19 | 163:11 164:15 |
| 49:9,16 53:1 | 155:12,18 156:1,4 | 260:7 261:5,22 | 166:19 169:6 |
| 54:14 56:22 57:5 | 157:7,17,23 158:6 | 264:3,25 268:11 | 171:7 177:7 185:5 |
| 59:11 61:5,14,22 | 159:19,22 161:14 | 269:3,24 272:12 | 190:13 193:16 |
| 62:5 63:1,9,21 | 164:18 165:17 | 272:22 273:4,13 | 195:25 197:23 |
| 64:2,7,13,20 65:7 | 167:2 169:1,21 | 273:22 274:24 | 198:12,17 199:3,8 |
| 65:17 66:1,11 | 170:3,22 171:21 | 275:9 276:3,23 | 199:10,16 201:11 |
| 67:15 68:3,14,23 | 172:19 174:14,21 | 277:20 278:10,20 | 201:13 209:5,21 |
| 69:11,17 70:14 | 176:15 177:1,11 | 282:16 283:13,16 | 210:6 214:4 |
| 72:4 74:11 75:10 | 177:25 178:14 | 284:2,5 285:24 | 215:11,22,22,25 |
| 75:16 77:12,23 | 181:4,12,22 | **witnesses**  282:7 | 217:10,14,25 |
| 80:12,25 81:7,17 | 183:14 184:2,11 | **woman**  40:23 41:1 | 218:20 219:12 |
| 82:9 83:1 84:20 | 185:2,18 186:1,9 | 41:2,3,7,10,11,13 | 220:17 222:15 |
| 85:8 86:1 87:20 | 186:22 187:7,17 | 41:14,25 79:11 | 223:5 224:3 225:2 |
| 88:7,19 89:4,14 | 188:3,16 189:14 | 82:5 118:22 | 225:21 226:11,23 |
| 93:4,10,20 94:8,19 | 192:8,16 193:6,13 | 129:10 190:20,21 | 227:8,22,24,25 |
| 95:6 96:12 98:8 | 193:21 194:4 | **women**  11:15,20 | 228:9,15 230:15 |
| 98:16 100:18 | 196:4,16 197:16 | 11:24 30:22 41:18 | 231:22 232:8 |
| 101:3,10,11,21 | 198:2,16,24 | 44:18 46:5 48:18 | 233:9 237:14 |
| 102:8,19 103:19 | 199:18 200:7 | 49:4 74:21,22 | 238:5,12 239:3,8,9 |
| 104:7,15 105:9 | 202:1 204:2,11,19 | 81:19,20 96:16 | 239:20,21 240:17 |
| 106:1,17,23 107:5 | 205:1,7 206:5,12 | 97:23 101:17 | 241:1 242:8 243:5 |
| 107:18 109:23 | 208:9,25 209:8 | 102:16 103:8,15 | 243:19 244:2,17 |
| 110:12,23 111:6 | 210:9 211:10 | 104:3,12 105:1 | 245:10 247:3,9,12 |
| 111:15 114:16,25 | 212:15,22 214:11 | 107:15 108:7,16 | 247:19 248:19,25 |
| 115:8 116:8,14,23 | 216:10 218:24 | 115:23 116:19,21 | 249:1 250:7 255:3 |
| 117:6,14,23 118:9 | 219:5,17 221:13 | 116:24,25 117:2 | 255:3 257:11 |
| 118:14 119:3,9,20 | 223:9,16 224:16 | 117:11,20 118:4 | 258:6,7,12,15,19 |
| 120:4,20 121:6,22 | 225:7 226:3,21 | 118:10,18,22,23 | 259:1,14,21,23 |
| 122:4,17,19 123:6 | 227:10,17 228:3 | 118:24 119:10,11 | 261:10,13,17 |
| 126:18 127:9,23 | 228:13 230:2,24 | 119:16,18,25 | 262:6,6 264:15 |
| 128:6,20 129:9,20 | 231:11 233:16,25 | 120:1,5,6,11,14,15 | 267:4,23 268:4,16 |
| 130:3 132:20 | 235:2,20 236:2 | 120:18 121:3,4,8 | 268:24 269:5,14 |
| 133:5,25 134:21 | 238:9,17 239:1,11 | 121:11,13,17,23 | 269:21,22 271:11 |
| 135:4,15,24 | 239:19 241:6,14 | 122:11 126:12 | 272:3,6,7 274:10 |
| 136:10,20 137:1,9 | 242:2,24 244:5 | 127:20,21 128:13 | 277:15 |
| 137:15,22 138:5 | 245:7,23 247:8,23 | 128:16,17 129:3,6 | **women's**  10:5,8,16 |
| 140:23 142:21 | 248:6 249:5,12 | 129:7,13 130:3,4 | 11:7 21:13,14 |
| 143:3,11,18 | 250:18,25 251:18 | 153:23,24 154:10 | 30:16,22 31:20 |
| 144:13 147:1,13 | 251:25 252:9,20 | 154:13,17,17,20 | 32:4 33:6 36:25 |
| 147:21 148:2,15 | 253:11,17 258:5 | 154:22 160:6,22 | 58:7 74:21,22 |

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0475

[women's - ±]

75:4 76:12,15 79:11 80:9 81:2 81:14 82:5 97:24 101:17 102:17 103:9,16 104:4,13 107:15 108:8,17 113:18 114:1,7,21 115:6,9 118:6,9,18 119:22 124:1 129:14 173:6,19 176:22 177:7 179:18 185:4 195:17 196:13 197:3,4 198:4,7,12 200:9,12 206:8 215:25 217:18 218:21 219:12 228:16 238:14 239:25 240:3,21 241:2,15 242:16 244:3,24 245:8 246:23 247:4

**won** 74:24 75:5,8

**wondered** 262:20

**word** 37:25 38:2,5 38:20 40:17,19 41:9 61:25 100:11 100:11,21,23 112:14 130:16 158:12 175:3 189:19 213:5

**wording** 132:23 243:24

**words** 45:19 139:1 142:11 172:15 254:3 259:1

**work** 35:11,18,20 65:24 97:6 108:18 108:19 109:25 177:20

**worked** 56:19,24

**working** 10:5 21:21 34:5,10 195:17 197:5 198:4,7 200:10 240:3 246:24

**works** 23:1 91:7

**world** 11:20 71:21 71:21 84:12 195:14 197:6 198:3,7,24 215:20 215:21,24 216:11 216:14 217:7 218:5,8,11,14,18 219:11,11,18 229:17 246:17

**worn** 90:21 91:2

**worries** 265:16

**worry** 126:13 128:3,14 241:22

**worth** 63:6 261:23

**wrestling** 117:20

**write** 34:4,18,23 52:12 97:21 195:23

**writing** 95:25 132:22 137:16 138:1,3 174:5

**writings** 40:20 41:15

**written** 19:2 31:9 34:1 55:25 56:2 63:3 85:16 96:19 126:25 134:25 135:4,5,6,11 212:16,18 277:21

**wrote** 132:15 251:6 252:24 253:3,4

**wspwg** 112:6

**wv** 26:24

**wvago.gov** 4:10

**wvssac** 15:14 17:9 279:2

**wyant** 7:17 15:16

| x |
| --- |

**x** 43:22 44:4 83:21 284:1

**xx** 83:19

**xxy** 43:14,20

| y |
| --- |

**y** 44:1,4,7 83:18 83:20

**yeah** 22:3 23:7 25:11 28:5 41:6 48:23 64:16 66:25 72:13 80:17 83:5 112:23 113:1 115:2,2 116:15 124:16,20 130:21 133:13 136:2 147:16 173:13 174:14,17 175:14 178:17,22 180:1 180:21 186:5 189:18 190:14 196:7 199:21 205:11 210:22 220:6 227:11 229:5 254:6 255:10,20 266:25 267:16 269:11 271:18,19 272:25 274:13,14 275:14 277:10

**year** 33:15 34:9,9 34:12 57:25 71:7 90:2 95:8,9 148:20

**years** 50:18 54:10 54:11,15 80:1 96:2 113:14 132:10 138:22 139:8 159:7 244:10 279:17

**yearwood** 172:14

**yep** 131:12 153:21 202:11 210:14 266:20

**york** 6:11,11,21,21

**young** 11:3 159:4 159:7 185:6 263:1 264:6

**younger** 111:16

**youngest** 151:17

**youth** 10:20 42:8 61:2 62:24 63:12 63:25 64:3,17 69:15 72:1 141:10 144:15,19,22,23

| z |
| --- |

**zholstrom** 5:19

**zoe** 5:8 14:16

**zoom** 3:1 32:11 59:21 153:25 154:7 178:2

| ± |
| --- |

**±** 138:21 139:8 150:24

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0476

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Armistead Supp. App. 0478

1   I, GREGORY BROWN, Ph.D., do hereby declare

2   under penalty of perjury that I have read the foregoing

3   transcript; that I have made any corrections as appear

4   noted, in ink, initialed by me, or attached hereto;

5   that my testimony as contained herein, as corrected, is

6   true and correct.

7   EXECUTED this __9__ day of __May_____,

8   20__22__, at __Kearney_____, __Nebraska_____.

             (City)                        (State)

9

10

11

12   _____
     GREGORY BROWN, Ph.D.

13                Volume I

14

15

16

17

18

19

20

21

22

23

24

25

                                    Page 281

Armistead Supp. App. 0479

```
1    GREGORY BROWN, Ph.D.

2    brownga@unk.edu

3                                    APRIL 6, 2022

4    RE: B.P.J. v. WEST VIRGINIA STATE BOARD OF EDUCATION

5    MARCH 25, 2022, GREGORY BROWN, Ph.D., 5122856

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                              Page 283
```

Armistead Supp. App. 0480

```
1    _x_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
2        Transcript - The witness should review the transcript and
3        make any necessary corrections on the errata pages included
4        below, notating the page and line number of the corrections.
5        The witness should then sign and date the errata and penalty
6        of perjury pages and return the completed pages to all
7        appearing counsel within the period of time determined at
8        the deposition or provided by the Federal Rules.
9    __ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 284

Armistead Supp. App. 0481

```
1    B.P.J. v. WEST VIRGINIA STATE BOARD OF EDUCATION

2    GREGORY BROWN, Ph.D. (#5122856)

3                    E R R A T A   S H E E T

4    PAGE__29__ LINE__23__ CHANGE The word "interest" should
                                     be "interested"
5    _____

6    REASON_____This more accurately reflects what was said

7    PAGE__85__ LINE__13 & 16__CHANGE McManis should be spelled
                                          McManus
8    _____

9    REASON Correct Spelling

10   PAGE 151 LINE 10 CHANGE Change "a third" to
                                   "two thirds"
11   _____

12   REASON__This more accurately reflects what was said

13   PAGE 157 LINE 7 CHANGE change to "...yes, as to the
     first part of the question.  And as to the second part I would
14   say it's fair to say that I don't cite Klaver in percent body
     fat
15   REASON Clarifying my answers to a two part questions

16   PAGE 163 LINE 19 CHANGE Change text to "...group. And
17   I recently published in Advances in..."
     _____

18   REASON This more accurately reflects what was said

19   PAGE 163 LINE 8 CHANGE The word "peacock" should be
                                   "PECOP"
20   _____

21   REASON PECOP is the correct title

22

23   _____     May 9, 2022

24   WITNESS                                 Date

25
```

Page 285

Armistead Supp. App. 0482

```
 1    B.P.J. v. WEST VIRGINIA STATE BOARD OF EDUCATION
 2    GREGORY BROWN, Ph.D. (#5122856)
 3                    E R R A T A   S H E E T
 4    PAGE 191    LINE 13    CHANGE change "Higgard" to Higerd"
 5    _____
 6    REASON Correct Spelling
 7    PAGE 245    LINE 8     CHANGE change "somehow" to "someone"
 8    _____
 9    REASON this more accurately reflects what was said
10    PAGE 273    LINE 23    CHANGE change "states" to "stated"
11    _____
12    REASON this more accurately reflects what was said
13    PAGE_____   LINE_____   CHANGE_____
14    _____
15    REASON_____
16    PAGE_____   LINE_____   CHANGE_____
17    _____
18    REASON_____
19    PAGE_____   LINE_____   CHANGE_____
20    _____
21    REASON_____
22
23    _____        May 9, 2022
24    WITNESS                             Date
25
                                          Page 285
```

Armistead Supp. App. 0483

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     CHARLESTON DIVISION
 4
 5      _____
                                       )
 6      B.P.J. by her next friend and  )
        mother, HEATHER JACKSON,        )
 7                                      )
                  Plaintiff,            )
 8                                      )  No. 2:21-cv-00316
            vs.                         )
 9                                      )
        WEST VIRGINIA STATE BOARD OF    )
10      EDUCATION, HARRISON COUNTY      )
        BOARD OF EDUCATION, WEST        )
11      VIRGINIA SECONDARY SCHOOL       )
        ACTIVITIES COMMISSION, W.       )
12      CLAYTON BURCH in his official   )
        capacity as State              )
13      Superintendent, DORA STUTLER,  )
        in her official capacity as    )
14      Harrison County                 )
        Superintendent, and THE STATE  )
15      OF WEST VIRGINIA,               )
                                        )
16                 Defendants.          )
                                        )
17      LAINEY ARMISTEAD,               )
                                        )
18                                      )
        Defendant-Intervenor.           )
19      _____
20
                   REMOTE VIDEOTAPED DEPOSITION OF
21               CHAD T. CARLSON, M.D., FACSM
                    Monday, March 28, 2022
22                       Volume I
23      Reported by:
        ALEXIS KAGAY
24      CSR No. 13795
        Job No. 5122881
25      PAGES 1 - 227
```

                                                    Page 1

Armistead Supp. App. 0484

```
 1       IN THE UNITED STATES DISTRICT COURT
 2    FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3             CHARLESTON DIVISION
 4
 5   _____
                           )
 6   B.P.J. by her next friend and)
     mother, HEATHER JACKSON,    )
 7                              )
          Plaintiff,            )
 8                     )No. 2:21-cv-00316
          vs.                  )
 9                              )
     WEST VIRGINIA STATE BOARD OF )
10   EDUCATION, HARRISON COUNTY )
     BOARD OF EDUCATION, WEST    )
11   VIRGINIA SECONDARY SCHOOL   )
     ACTIVITIES COMMISSION, W.   )
12   CLAYTON BURCH in his official)
     capacity as State           )
13   Superintendent, DORA STUTLER,)
     in her official capacity as )
14   Harrison County             )
     Superintendent, and THE STATE)
15   OF WEST VIRGINIA,          )
                              )
16       Defendants.          )
                              )
17   LAINEY ARMISTEAD,          )
                              )
18                              )
     Defendant-Intervenor.    )
19   _____
20       Videotaped deposition of CHAD T. CARLSON,
21   M.D., FACSM, Volume I, taken on behalf of Plaintiff,
22   with all participants appearing remotely, beginning
23   at 9:01 a.m. and ending at 3:19 p.m. on Monday,
24   March 28, 2022, before ALEXIS KAGAY, Certified
25   Shorthand Reporter No. 13795.
                                              Page 2
```

```
 1   APPEARANCES (Continued):
 2
 3   For defendants Harrison County Board of Education
 4   and Superintendent Dora Stutler:
 5       STEPTOE & JOHNSON PLLC
 6       BY: JEFFREY CROPP
 7       Attorney at Law
 8       400 White Oaks Boulevard
 9       Bridgeport, West Virginia 26330
10       304.933.8154
11       Jeffrey.Cropp@Steptoe-Johnson.com
12
13   For West Virginia Board of Education and
14   Superintendent Burch, Heather Hutchens as general
15   counsel for the State Department of Education:
16       BAILEY & WYANT, PLLC
17       BY: KELLY MORGAN
18       Attorneys at Law
19       500 Virginia Street
20       Suite 600
21       Charleston, West Virginia 25301
22       KMorgan@Baileywyant.com
23
24
25
                                              Page 4
```

```
 1   APPEARANCES (via Zoom Videoconference):
 2
 3   For the State of West Virginia:
 4       WEST VIRGINIA ATTORNEY GENERAL
 5       BY: DAVID TRYON
 6       Attorney at Law
 7       112 California Avenue
 8       Charleston West Virginia 25305-0220
 9       681.313.4570
10       David.C.Tryon@wvago.gov
11
12   For the Intervenor:
13       ALLIANCE DEFENDING FREEDOM
14       BY: HAL FRAMPTON
15       BY: RACHEL CSUTOROS
16       Attorneys at Law
17       20116 Ashbrook Place
18       Suite 250
19       Ashburn, Virginia 20147
20       HFrampton@adflegal.org
21       RCsutoros@adflegal.org
22
23
24
25
                                              Page 3
```

```
 1   APPEARANCES (Continued):
 2
 3   For The Plaintiff, B.P.J.:
 4       COOLEY
 5       BY: ELIZABETH REINHARDT
 6       BY: KATHLEEN HARTNETT
 7       BY: ANDREW BARR
 8       BY: KATELYN KANG
 9       BY: ZOE HELSTROM
10       BY: VALERIA PELET DEL TORO
11       BY: JULIE VEROFF
12       Attorneys at Law
13       500 Boylston Street
14       14th Floor
15       Boston, Massachusetts 02116-3740
16       617.937.2305
17       EReinhardt@cooley.com
18       VPeletdeltoro@cooley.com
19       Khartnett@cooley.com
20       KKang@cooley.com
21       ABarr@cooley.com
22       ZHolestrom@cooley.com
23       JVeroff@cooley.com
24
25
                                              Page 5
```

2 (Pages 2 - 5)

Armistead Supp. App. 0485

| | |
|---|---|
| 1  APPEARANCES (Continued): | 1                 INDEX |
| 2 | 2  WITNESS                    EXAMINATION |
| 3  For West Virginia Secondary School Activities | 3  CHAD T. CARLSON, M.D., FACSM |
| 4  Commission: | 4  Volume I |
| 5      SHUMAN MCCUSKEY SLICER | 5 |
| 6      BY:  ROBERTA GREEN | 6          BY MR. BLOCK            13 |
| 7      Attorney at Law | 7 |
| 8      1411 Virginia Street E | 8 |
| 9      Suite 200 | 9              EXHIBITS |
| 10      Charleston, West Virginia 25301-3088 | 10  NUMBER          DESCRIPTION          PAGE |
| 11      RGreen@Shumanlaw.com | 11  Exhibit 80  Declaration of Dr. Chad T.    27 |
| 12 | 12          Carlson, M.D., FACSM |
| 13 | 13 |
| 14  For the Plaintiff: | 14  Exhibit 81  Declaration of Dr. Chad T.    28 |
| 15      AMERICAN CIVIL LIBERTIES UNION | 15          Carlson, M.D., FACSM White Paper |
| 16      BY:  JOSHUA A. BLOCK | 16 |
| 17      125 Broad Street | 17  Exhibit 82  CMDA Ethics Statement,        33 |
| 18      18th Floor | 18          Transgender Identification |
| 19      New York, New York 10004 | 19 |
| 20      JBlock@aclu.org | 20  Exhibit 83  Tack Document, "Proandrogenic and  169 |
| 21      212.549.2500 | 21          Antiandrogenic Progestins in |
| 22 | 22          Transgender Youth: Differential |
| 23 | 23          Effects on Body Composition and |
| 24 | 24          Bone Metabolism" |
| 25                              Page 6 | 25                              Page 8 |

| | |
|---|---|
| 1  APPEARANCES (Continued): | 1  Exhibit 84  "Suppression of endogenous    176 |
| 2 | 2          testosterone production |
| 3  For Plaintiff: | 3          attenuates the response to |
| 4      LAMBDA LEGAL | 4          strength training: a randomized, |
| 5      BY:  SRUTI SWAMINATHAN | 5          placebo-controlled, and blinded |
| 6      Attorney at Law | 6          intervention study" |
| 7      120 Wall Street | 7 |
| 8      Floor 19 | 8  Exhibit 85  Rider Document "Health and Care  215 |
| 9      New York, New York 10005-3919 | 9          Utilization of Transgender and |
| 10      SSwaminathan@lambdalegal.org | 10          Gender Nonconforming Youth: A |
| 11 | 11          Population-Based Study" |
| 12 | 12 |
| 13 | 13 |
| 14 | 14 |
| 15 | 15 |
| 16  Also Present: | 16 |
| 17      MITCH REISBORD - VERITEXT CONCIERGE | 17 |
| 18 | 18 |
| 19  Videographer: | 19 |
| 20      KIMBERLEE DECKER | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25                              Page 7 | 25                              Page 9 |

3 (Pages 6 - 9)

Armistead Supp. App. 0486

1        Monday, March 28, 2022
2                9:01 a.m.
3        THE VIDEOGRAPHER:  Good morning.  We are on
4   the record at 9:01 a.m. on March 28th of 2022.
5        All participants are attending remotely.        09:01:01
6        Audio and video recording will continue to
7   take place unless all parties agree to go off the
8   record.
9        This is media unit 1 of the recorded
10  deposition of Dr. Chad T. Carlson, taken by counsel   09:01:19
11  for the plaintiff, in the matter of B.P.J., by her
12  next friend and mother, Heather Jackson, versus
13  West Virginia State Board of Education, et al.,
14  filed in the U.S. District Court, Southern District
15  of West Virginia, Charleston Division, Case          09:01:38
16  Number 2:21-cv-00316.
17       My name is Kimberlee Decker from Veritext
18  Legal Solutions, and I am the videographer.  The
19  court reporter is Alexis Kagay.
20       I am not related to any party in this action,    09:01:54
21  nor am I financially interested in the outcome.
22       Counsel and all present will now state their
23  appearances and affiliations for the record.  If
24  there are any objections to proceeding, please state
25  them at the time of your appearance, beginning with

Page 10

1   the noticing attorney.
2        MR. BLOCK:  Good morning.  This is Josh Block
3   from the ACLU on behalf of Plaintiff.  And I'll have
4   my co-counsel introduce themselves.
5        MS. HARTNETT:  Good morning.  This is          09:02:22
6   Kathleen Hartnett from Cooley, LLP, for Plaintiff.
7        MR. BARR:  Good morning.  Andrew Barr from
8   Cooley, LLP, for Plaintiff.
9        MS. KANG:  Good morning.  Katelyn Kang from
10  Cooley, LLP, for Plaintiff.                          09:02:38
11       MS. HELSTROM:  Hello.  This is Zoe Helstrom
12  from Cooley, LLP, for Plaintiff.
13       MS. PELET DEL TORO:  Good morning.  This is
14  Valeria Pelet del Toro from Cooley, LLP, for
15  Plaintiff.
16       COUNSEL SWAMINATHAN:  Good morning.  This is
17  Sruti Swaminathan from Lambda Legal on behalf of
18  Plaintiff.
19       MR. FRAMPTON:  Good morning.  Hal Frampton
20  from Alliance Defending Freedom on behalf of the    09:02:57
21  intervenor.
22       MS. CSUTOROS:  Hello.  Rachel Csutoros from
23  Alliance Defending Freedom on behalf of the
24  intervenor.
25       MR. TRYON:  This is David Tryon with the       09:03:05

Page 11

1   West Virginia Attorney General's Office representing
2   the State of West Virginia.
3        And just to clarify for the record, the time
4   starting was Central Time, so 9:00 a.m., Central
5   Time.                                                09:03:18
6        MR. CROPP:  This is Jeffrey Cropp with
7   Steptoe & Johnson representing defendant Harrison
8   County Board of Education and Dora Stutler.
9        MS. MORGAN:  This is Kelly Morgan with
10  Bailey & Wyant representing the West Virginia Board   09:03:34
11  of Education and Superintendent Burch.
12       MS. GREEN:  This is Roberta Green,
13  Shuman McCuskey Slicer, here on behalf of
14  West Virginia Secondary School Activities
15  Commission.
16       THE VIDEOGRAPHER:  Thank you.
17       Will the court reporter please swear in the
18  witness.
19       (Witness sworn.)
20       MR. BLOCK:  Great.
21
22       CHAD T. CARLSON, M.D., FACSM,
23  having been administered an oath, was examined and
24  testified as follows:
25

Page 12

1             EXAMINATION
2   BY MR. BLOCK:
3     Q  Good morning, Dr. Carlson.  My name is
4   Josh Block from the ACLU.  I'll be taking your
5   deposition today.                                    09:04:22
6        Could you state your whole name for the
7   record.
8     A  My name is Chad Thomas Carlson.
9     Q  Have you ever had your deposition taken
10  before?                                              09:04:30
11    A  In a couple of local cases, yes.
12    Q  All right.  What were those?
13    A  I can't recall.  One was -- I -- I was
14  retained as a witness in a traffic case and can't
15  recall the -- and that never went to trial.  And    09:04:48
16  then I was retained as a witness in an injury case
17  in a gym, and that also never went to trial.  I was
18  deposed in a local case once.  I can't remember the
19  circumstance.  It was over ten years ago.
20    Q  Do you remember if those cases were -- if any   09:05:11
21  of those were in federal court?
22    A  No, never --
23    Q  Okay.
24    A  -- in federal court.
25    Q  Okay.  So maybe you'll remember some of this    09:05:17

Page 13

4 (Pages 10 - 13)

Armistead Supp. App. 0487

1  discussion from ten years ago, but if not, here's a
2  refresher.  I just want to go over ground rules
3  for -- for the deposition, and I have -- I have
4  three main ground rules.
5       The first is that, you know, although we have   09:05:31
6  the video, the court reporter is also trying to
7  write down everything we say, so it's important that
8  your responses be verbal, by saying "yes" or "no"
9  instead of nodding or shaking your head.
10       Is that okay with you?                          09:05:46
11  A  I understand that, and that's fine.
12  Q  Great.  And -- and you didn't nod your head,
13  which is what some people do in response to that
14  first ground rule, so you're already off to a good
15  start.                                               09:05:59
16       The second is, again, related to the
17  transcript, that the court reporter can't write down
18  when two people are talking at the same time, so
19  it's important that you wait until I finish the
20  question before you answer, and in return, I'll wait  09:06:10
21  for you to finish your answer before I ask another
22  question.
23       Does that sound fair?
24  A  I appreciate that, and yes.
25  Q  Okay.  And the third is that, you know, it's   09:06:20

Page 14

1  my job to ask questions that you understand and that
2  you can provide an answer to.  So if anything in my
3  question is unclear, I'm asking you to let me know,
4  and I will rephrase it, okay?
5  A  Okay.                                              09:06:35
6  Q  And if you do answer the question, I'm going
7  to take that to mean that you understood it.
8       Does that sound okay to you?
9  A  That's reasonable, yes.
10  Q  Okay.  How did you prepare for this            09:06:46
11  deposition?
12       MR. FRAMPTON:  Josh, real quick, before we do
13  that, this seems like a good time to memorialize our
14  typical understanding that all objections except to
15  form and scope are reserved; is that fair?          09:07:03
16       MR. BLOCK:  Yes.  And we will agree again
17  that although any defendant can object, an objection
18  by one defendant preserves the objection for all of
19  them.
20       MR. FRAMPTON:  Okay.  Thank you.              09:07:16
21       MR. TRYON:  This is Dave Tryon.  I agree with
22  that.
23       MR. BLOCK:  Okay.  And unless another party
24  speaks up, we'll take that as agreement for
25  everyone.                                            09:07:34

Page 15

1  BY MR. BLOCK:
2  Q  Okay.  How did you prepare for this
3  deposition?
4  A  I reread through my statement, I read through
5  the Safer rebuttal, and I met with counsel several   09:07:43
6  times and reviewed some of the citations in the
7  paper.
8  Q  In which paper?
9  A  In my white paper, sorry.
10  Q  When you say your white paper, are you          09:08:04
11  referring to your expert report submitted in
12  February of 2022?
13  A  Yes.
14  Q  Okay.  Did you review any other -- any
15  documents to prepare for this deposition besides    09:08:20
16  your report and Dr. Safer's report?
17  A  As I said, I reviewed some relevant papers,
18  yes.
19  Q  Did you review anything that wasn't already
20  cited in your expert report?                        09:08:36
21  A  I -- I reviewed the FIMS paper from 2021.  I
22  reviewed a paper by Klaver.  I reviewed some data
23  on (technical difficulty) by Tomkinson.
24  Q  I'm sorry, the audio cut out.
25  A  I said, I reviewed some data on youth          09:09:18

Page 16

1  performance by Tomkinson.
2       I reviewed Gregg Brown's report.
3  Q  Did you review a transcript of Dr. Brown's
4  deposition?
5  A  Can you clarify what you're asking?             09:09:40
6  Q  Yeah.  Did you -- so Dr. Brown had a
7  deposition on Friday.
8       Have you reviewed a transcript of that
9  deposition?
10  A  No.                                             09:09:50
11  Q  Okay.  Is there any other additional research
12  you conducted?
13  A  Not that I can think of offhand.
14  Q  Okay.  So you -- you mentioned before, in
15  response to my questions about whether you've had a  09:10:11
16  deposition, some cases in which you had been a
17  witness.
18       In which of those cases were you retained as
19  an expert witness?
20  A  I believe the -- well, I was -- none of       09:10:30
21  these -- when -- when I was retained as -- I was
22  retained in a witness in all of them, I believe.
23  Q  Okay.  So you weren't -- you weren't like
24  a -- a firsthand witness to a traffic accident?
25  A  No.  No.  I -- no.  It had to do with the     09:10:49

Page 17

5 (Pages 14 - 17)

Armistead Supp. App. 0488

1  nature of the injuries.
2  Q  I see.  So other than those three cases we
3  discussed, is there any other case in which you've
4  been retained as an expert witness?
5  A  Oh.  I'm sorry, yes, I have been retained by   09:11:03
6  the State of Florida in a case similar to this.  I'm
7  sorry.
8  Q  And have you submitted an expert report in
9  that Florida case?
10  A  I've submitted a different version of a white   09:11:20
11  paper -- of the white paper that I submitted to the
12  State of West Virginia.
13  Q  And have you been deposed in that case?
14  A  No.
15  Q  Is there any other case in which you've been   09:11:36
16  retained as an expert, even in a nontestifying role?
17  A  Not that I can recall, no.
18  Q  Okay.  If -- if you recall over the course of
19  this deposition, can you please bring that to my
20  attention?                                         09:11:51
21  A  Absolutely.
22  Q  Okay.  What -- what was your -- what is your
23  hourly rate as an expert witness in this case?
24  A  I'm being paid $650 an hour for review and
25  $800 an hour for deposition time.                  09:12:09

Page 18

1  Q  And is that the hourly rate you use in the
2  Florida case as well?
3  A  Yes.
4  Q  Is that your standard hourly rate for -- for
5  whenever you appear as an expert witness?          09:12:25
6  A  For local cases, no.
7  Q  What's your hourly rate for local cases?
8  A  I'd have to go back and look, but I believe
9  it's somewhere around $500 an hour.
10  Q  And -- and how did you determine that as your   09:12:40
11  hourly rate?
12  A  How did I determine what?
13  Q  Sorry, the $650 an hour, how did you
14  determine that as your hourly rate?
15  A  I can't speak to that.  I -- it's the --      09:13:02
16  it's -- I was -- I tried to -- to be consistent with
17  each state that is talking to me, and that's the
18  rate we came down on.
19  Q  Okay.  So I have some questions for you just
20  about terminology so we can make sure we're        09:13:46
21  understanding each other.
22  Do you know what the term "cisgender" means?
23  MR. FRAMPTON:  Object to the form.
24  And, Josh, can we do our standing objection
25  as to terminology?                                 09:13:59

Page 19

1  MR. BLOCK:  Yes, absolutely.
2  MR. FRAMPTON:  Thank you.
3  BY MR. BLOCK:
4  Q  But you can answer.  Do you know what the
5  term --                                            09:14:03
6  MR. FRAMPTON:  Yes, go ahead and answer.
7  THE WITNESS:  I'm familiar with the term,
8  yes.
9  BY MR. BLOCK:
10  Q  Okay.  What -- what do you understand the      09:14:07
11  term to mean?
12  A  Well, the terminology is not what I use, but
13  what I understand a cisgender individual to be is an
14  individual who, for example, is a biologically born
15  male who identifies as a male.                     09:14:29
16  Q  So if -- if I use the term "cisgender" in my
17  questions, you can understand what I'm talking
18  about?
19  A  I can understand what you're talking about.
20  I would prefer the term "natal male," but...       09:14:42
21  Q  Okay.  Well --
22  A  I can understand what you're talking about.
23  Q  Okay.  So -- so to you -- well --
24  A  Or "biological male."
25  Q  But to the extent that I want to distinguish   09:14:57

Page 20

1  between someone who is transgender and someone who
2  is not, I -- I may ask you questions that -- that
3  use the term "cisgender."
4  So just to confirm, I want to -- you will
5  understand what I'm referring to when I say          09:15:15
6  "cisgender"; correct?
7  A  Yes, I will understand what you're referring
8  to.
9  Q  Okay.  And do you know what the term
10  "transgender" means?                                09:15:22
11  A  I believe I understand what you're saying,
12  yes.
13  Q  What -- what does it mean?
14  A  I believe a transgender male, most likely by
15  your definition, would be an individual that is born  09:15:33
16  a certain sex but identifies as the opposite sex.
17  Q  Okay.  So if I use the word "transgender,"
18  you'll know what I'm talking about?
19  A  Yes, if you use the word "transgender," I
20  will know what you're talking about.                09:15:55
21  Q  Do you have any objection to using the word
22  "transgender" yourself?
23  A  I -- I choose to use the -- the term
24  "biological male" and "biological female."  I
25  believe that's an appropriate designator, but I   09:16:11

Page 21

6 (Pages 18 - 21)

Armistead Supp. App. 0489

1  have -- I can understand your terminology, and I'm
2  comfortable using it.
3      Q   So -- so how -- so, in your words, if -- if
4  you want -- you wanted to, you know, describe, you
5  know, a -- a transgender woman and to distinguish          09:16:27
6  between a transgender woman and a cisgender man, how
7  would you -- how would you explain the difference
8  between a transgender woman and a cisgender man,
9  using your preferred terminology?
10     A   I would probably use the --          09:16:42
11         MR. FRAMPTON:  Object to the form.
12         Go ahead and answer.
13         THE WITNESS:  I would probably use the
14  descriptor and just say a biological male
15  identifying as female.          09:16:50
16         And, I'm sorry, you said cisgender what?
17  BY MR. BLOCK:
18     Q   Man.
19     A   Again, I would use the descriptor and say a
20  biological male identifying as male.          09:16:59
21     Q   Do you -- do you think that -- do you think
22  that being transgender is a real thing?
23         MR. FRAMPTON:  Object to the form.
24         THE WITNESS:  Define what you mean by "real
25  thing."          09:17:38

Page 22

1  BY MR. BLOCK:
2      Q   Well, do you think that -- do -- do you -- I
3  think, you know -- well, what do you understand
4  gender identity to be?
5          MR. FRAMPTON:  Object to the form.          09:18:02
6          Go ahead.
7          THE WITNESS:  Well, I was retained in this
8  case as a witness for sports safety, so I don't know
9  that I was really retained to provide an opinion
10  here, but to the extent that I understand it, I          09:18:16
11  understand gender identity to mean the extent to
12  which a person perceives themselves as being a
13  certain sex.
14  BY MR. BLOCK:
15     Q   Did you receive any -- as part of your --          09:18:45
16  well, actually, I'll come back to that.  I'm sorry
17  for jumping ahead a little bit.
18         What -- you've been using the phrase
19  "biological sex."  What -- what's your understanding
20  of what that term means?          09:18:58
21     A   I would look to the -- the common parlance of
22  that, which is the biological characteristics that a
23  person is born with that -- that identify them as
24  male or female.  And if you want to extend it to
25  chromosomal analysis, the great majority of people          09:19:22

Page 23

1  that subcategorize into XY or XX.
2      Q   And how would you refer to the biological sex
3  for the minority of people that don't subcategorize
4  into XY or XX?
5      A   Well, I --          09:19:40
6          MR. FRAMPTON:  Object to the form.
7          Go ahead.
8          THE WITNESS:  I'm a board-certified sports
9  medicine physician.  I'm not an endocrinologist.
10  And even though I've studied endocrinology to some          09:19:49
11  extent in my training, I -- I wasn't really retained
12  to offer an opinion on that.
13  BY MR. BLOCK:
14     Q   Okay.  So you're not offering an opinion
15  today on -- on -- an expert opinion today on -- on          09:19:59
16  the definition of biological sex?
17         MR. FRAMPTON:  Object to the form.
18         Go ahead.
19         THE WITNESS:  I was -- I was retained today
20  to offer an opinion on the issue of sports safety as          09:20:14
21  pertains to biological males crossing over into
22  female sports.
23  BY MR. BLOCK:
24     Q   So do you -- are you offering an expert
25  opinion on the safety of people with DSDs,          09:20:29

Page 24

1  differences of sexual development, participating in
2  women's sports?
3          MR. FRAMPTON:  Same objection.
4          Go ahead.
5          THE WITNESS:  My report does not speak to          09:20:46
6  that specifically, no.
7  BY MR. BLOCK:
8      Q   Okay.  So do you know what complete androgen
9  insensitivity syndrome is?
10     A   I'm familiar with it, yes.          09:20:53
11     Q   Okay.  So you're not offering an expert
12  opinion on the safety implications of allowing
13  someone with complete androgen insensitivity
14  syndrome to participate in women's sports; right?
15         MR. FRAMPTON:  Object to the form.          09:21:09
16         Go ahead.
17         THE WITNESS:  Well, first of all, my report
18  speaks to safety issues and whether there are risks
19  for (technical difficulty) faster individuals to
20  participate in pools of athletes who don't share          09:21:30
21  those same traits.  It's not my job to create policy
22  or decide which groups are more appropriate.
23  BY MR. BLOCK:
24     Q   I understand that.  I'm just trying to
25  determine whether you're offering an expert opinion          09:21:44

Page 25

7 (Pages 22 - 25)

Armistead Supp. App. 0490

1 on whether someone with complete androgen
2 insensitivity syndrome, who has XY chromosomes, can
3 safely participate in women's sports; right?  You're
4 not offering that opinion today?
5    A  I am not.                          09:22:02
6       MR. FRAMPTON:  Object to the form.
7       Go ahead.
8       THE WITNESS:  I -- I'm not offering that
9 opinion, no.
10 BY MR. BLOCK:                          09:22:07
11    Q  Okay.  Do you know what the term "sex
12 assigned at birth" is?
13    A  Do I know what the term -- can you --
14    Q  Do you understand --
15    A  I believe I do, yes.              09:22:26
16    Q  Sure, sure.
17       What -- what do you understand the -- the
18 term "sex assigned at birth" to refer to?
19    A  I would bring that back to common parlance
20 and just say that it's -- it's the determination   09:22:39
21 that's made based on visual evidence at the time
22 that the baby is born.
23    Q  Okay.  Thank you.
24       All right.  Now we get to look at some
25 documents.  So if you can get your Exhibit Share   09:22:57

Page 26

1 ready, I'm going to mark the first document for you,
2 and it will, hopefully, appear in your -- your
3 folder as Exhibit 80.  Let's see if that actually
4 works.
5       (Exhibit 80 was marked for identification   09:23:20
6       by the court reporter and is attached hereto.)
7       THE WITNESS:  Do I need to hit refresh on
8 this computer?
9 BY MR. BLOCK:
10    Q  You -- you might.  Actually --       09:23:27
11       MR. FRAMPTON:  I'll jump in.  Yeah, as he
12 adds exhibits, we're going to have to refresh for
13 the exhibit to pop up in your folder.
14       Right?
15       MR. BLOCK:  Yes.                    09:23:38
16       And could we go off the record for a second?
17 I have a question for the concierge, just about
18 the -- the --
19       MR. FRAMPTON:  Sure.  That's fine with me.
20       THE VIDEOGRAPHER:  We're off the record at  09:23:48
21 9:24 a.m.
22       (Recess.)
23       THE VIDEOGRAPHER:  We are on the record at
24 9:24 a.m.
25 ///

Page 27

1 BY MR. BLOCK:
2    Q  All right.  So if you can let me know when
3 Exhibit 80 appears in your folder.
4    A  Okay.  I see it.  I'm pulling it up.
5    Q  Great.  Do you recognize this document?   09:24:32
6    A  Yes.  I believe that this is the declaration
7 I signed with the State of West Virginia.
8    Q  Great.  And what's the date on the document?
9    A  February 23rd, 2022.
10    Q  And that's your signature along with it?   09:24:51
11    A  That is my signature, yes.
12    Q  Okay.  And have you filed any other reports
13 or declarations in this case?
14    A  I filed a copy of a white paper that speaks
15 to sports safety.                         09:25:12
16       MR. BLOCK:  So I'm going to introduce
17 Exhibit 81, which should appear in your -- in your
18 folder in one second.
19       (Exhibit 81 was marked for identification
20       by the court reporter and is attached hereto.)   09:25:28
21       THE WITNESS:  Let me figure out how to close
22 out of this.
23       So is it Exhibit G?
24 BY MR. BLOCK:
25    Q  Yeah.  So if you --                 09:25:46

Page 28

1    A  Yeah.
2    Q  So if you look at the second page --
3    A  Yes.
4    Q  -- is that your -- your signature again,
5 Dr. Chad T. Carlson, M.D.?                 09:25:54
6    A  It is, yes.
7    Q  Okay.  And is this the -- the declaration and
8 copy of the white paper that you're referring to?
9    A  This was executed June 22nd, 2021, so I
10 believe that this was prior to a preliminary   09:26:13
11 injunction.
12    Q  So it's submitted in connection with opposing
13 the motion for preliminary injunction in this case?
14    A  Correct, yes.
15    Q  Okay.  And if you go to the next page, it --   09:26:23
16 it says, "White Paper by Dr. Chad Thomas Carlson,
17 MD."
18       Do you see that?
19    A  I do, yes.
20    Q  And the date of that white paper is   09:26:35
21 June 22nd, 2021; correct?
22    A  Correct.
23    Q  So that's the same day as your declaration is
24 dated; correct?
25    A  I'd have to -- I can look, but I -- yes, it   09:26:45

Page 29

8 (Pages 26 - 29)

Armistead Supp. App. 0491

1  is.
2     Q   Have -- are there any earlier versions of
3  this white paper that you've authored?
4     A   Earlier than the June 22nd version that you
5  have here?                          09:27:02
6     Q   Yes.
7     A   No.
8     Q   Okay.  So you -- did you author this white
9  paper specifically for purposes of this litigation?
10    A   When you say "this litigation," do you mean   09:27:14
11 West Virginia's suit?
12    Q   Yes.
13    A   No.  It just -- the -- the timing of
14 completion of it coincided with the -- the deadline
15 for the case.                       09:27:32
16    Q   Who retained you to write this white paper?
17       MR. FRAMPTON:  Objection to form.
18       Go ahead.
19       THE WITNESS:  Alliance Defending Freedom.
20 BY MR. BLOCK:                       09:27:42
21    Q   And when did they retain you to write the
22 white paper?
23    A   I was contacted by ADF in, I believe,
24 February of 2020, at a time that I was president of
25 our national academy.               09:28:01

Page 30

1     Q   What national academy?
2     A   The American Medical Society for Sports
3  Medicine.
4        It was, I believe, Christiana Holcomb, and
5  she said that they had interest in retaining an     09:28:15
6  expert to speak on sports safety with transgender
7  sports for a pending litigation.
8     Q   And you said this was in February 2020?
9     A   Yes.
10    Q   So about a year and a half before this white   09:28:31
11 paper was finalized?
12    A   Correct.
13    Q   Okay.  And did you -- so were you actually
14 retained in February 2020?
15    A   No.                          09:28:47
16    Q   Okay.  When were you actually retained?
17    A   It would have been towards the end of 2020.
18    Q   And without --
19    A   I had -- sorry.
20    Q   No, you go ahead.            09:28:59
21    A   I had made initial contact with Roger Brooks,
22 following their -- their initial contact, and we had
23 been scheduled to meet sometime the second week of
24 March, and that was right when COVID exploded.  I
25 own a private practice, and our -- our volume went   09:29:36

Page 31

1  to about 15 percent of year before, and so we had
2  other concerns, so...  It deferred conversation of
3  this for a while.
4     Q   Are things looking better now?
5     A   Yes.                         09:29:57
6     Q   Good.  I'm glad to hear that.
7        So you -- so when -- you -- you say the
8  initial contact was from ADF to you, not you to ADF;
9  correct?
10    A   Correct.                     09:30:11
11    Q   Okay.  And without revealing any contents of
12 your communications with ADF, do you have any
13 independent understanding of why you might have been
14 seen as a potential expert as opposed to some other
15 person who does sports medicine?    09:30:34
16       MR. FRAMPTON:  And just quickly, as -- as --
17 as Mr. Block instructed you, don't reveal the
18 substance of your conversations with folks at ADF,
19 but to the extent you can answer the question
20 without doing that, please do so.   09:30:49
21       THE WITNESS:  Well, I can't speak to what
22 people at ADF were thinking.  I should say that I --
23 I believe that the introduction was made through a
24 third party, and I -- I believe that they probably
25 got my name from Christian Medical/Dental           09:31:13

Page 32

1  Association and their policy person, and I can't
2  recall his name.  And I think that the fact that I
3  was head of our national organization at the time
4  probably played into it.
5  BY MR. BLOCK:                       09:31:40
6     Q   What -- what is the Christian Medical/Dental
7  Association?
8     A   It's just an organization of Christian
9  physicians and dentists.  I have very little
10 involvement with them.  I pay dues periodically.    09:31:55
11    Q   So you are a member of the Christian/Medical
12 Dental Association?
13    A   I might be.  I honestly don't recall whether
14 I'm current on my dues or not.
15    Q   Okay.  Have you read -- are you aware of the   09:32:10
16 Christian Medical/Dental Association's policies with
17 respect to transgender people?
18    A   No, I'm not.
19       MR. BLOCK:  Hold on.  I'm going to -- if you
20 give me half a second, I will show something to you.   09:32:41
21       This is going to pop up in your -- your
22 folder as Exhibit 82, I believe.  Let me know when
23 you see it.
24       (Exhibit 82 was marked for identification
25       by the court reporter and is attached hereto.)  09:33:16

Page 33

9 (Pages 30 - 33)

Armistead Supp. App. 0492

1     THE WITNESS: It's refreshing. Hold on.
2     Okay. I see it.
3  BY MR. BLOCK:
4     Q  Okay. Have you ever seen this document
5  before?                                09:33:23
6     A  I don't believe so, no.
7     Q  Okay. If you look at the -- the document --
8  here, I -- I want to give you, you know, the time,
9  whatever time you need, to look at it, but I would
10  like to just direct your -- your attention to -- let  09:33:41
11  me scroll down myself.
12     So if you go to page 2 of that document, near
13  the end, it says "Accordingly" -- do you see the --
14  the line that begins "Accordingly"?
15     A  I do, yes.                         09:34:12
16     Q  Okay. And it says (as read):
17     "Accordingly, CMDA opposes medical
18     assistance with gender
19     transitions (sic) on the following
20     grounds."                           09:34:21
21     Do you see that?
22     A  Yes.
23     Q  Okay. And do you -- do you also oppose
24  medical assistance with gender transition on
25  biblical grounds?                       09:34:36

Page 34

1     MR. FRAMPTON: Object to the form and scope.
2     THE WITNESS: Can you clarify that question?
3  BY MR. BLOCK:
4     Q  Sure. It says (as read):
5     "CMDA opposes medical assistance      09:34:44
6     with gender transition on the
7     following grounds."
8     And then it's -- there's a capital letter A,
9  and it says "Biblical." And there's about seven
10  different entries under -- biblical reasons for     09:35:00
11  opposing medical assistance with gender transition.
12     And -- and my question is, do you agree with
13  this part of this CMDA statement?
14     A  Are you asking me to read --
15     MR. FRAMPTON: Objection --           09:35:16
16     THE WITNESS: -- all of this?
17     MR. FRAMPTON: -- to form and scope.
18     THE WITNESS: Because I can right now.
19  BY MR. BLOCK:
20     Q  Yeah, sure.                        09:35:22
21     A  Okay. Give me some time.
22     I just want to clarify. Are you asking me if
23  I agree with A, B, C, D, E -- and E?
24     Q  I asked -- I'm asking you if you agree with
25  A.                                      09:38:00

Page 35

1     A  Okay. So I've -- I've read through that.
2     Q  Okay. And do you agree with it?
3     MR. FRAMPTON: Objection; form and scope.
4     THE WITNESS: There's a lot in there to
5  unpack, so I -- I can't say I agree with all of     09:38:10
6  that. And I was retained as a witness in this case
7  to speak to sports safety. I wasn't retained to
8  provide an opinion in this regard.
9     And again, I had no interaction, really, with
10  CMDA as an organization.                 09:38:34
11  BY MR. BLOCK:
12     Q  Do you have any religious views about
13  transgender people that will have informed your
14  expert opinion in this case?
15     MR. FRAMPTON: Objection; form and scope.   09:38:57
16     You can answer.
17     THE WITNESS: I would say that my opinions in
18  this case are informed, just like UK Sport, entirely
19  on the science. I don't believe my religious
20  opinions really play into this. I would view my    09:39:19
21  role as providing a scientific opinion.
22  BY MR. BLOCK:
23     Q  Okay. Does -- if you recall earlier, we --
24  we just had a discussion about, like, using the --
25  the word "transgender."                  09:39:40

Page 36

1     Do you have any religious beliefs that would
2  preclude you from using the word "transgender"?
3     MR. FRAMPTON: Objection; form and scope.
4     THE WITNESS: No. I just -- I believe that
5  it's best to speak with clarity, and I believe that  09:39:56
6  in many circles of discussion with people who aren't
7  familiar with these types of terms, it gets very
8  confusing to people to keep track of what a
9  transgender woman is or what a transgender man is.
10  I have found that it's easier to refer to biological  09:40:15
11  males and females and then refer to their gender
12  identity.
13     THE REPORTER: I'm so sorry to interrupt.
14  Mr. Frampton, I hear some background noise in your
15  room. I don't know if there's a door you can shut.
16     MR. FRAMPTON: I'm sorry. This is
17  Hal Frampton. It's -- it's -- I'm with the witness,
18  and it's not in our room.
19     THE REPORTER: Okay. Kimberlee, do you know
20  where it's coming from?
21     THE VIDEOGRAPHER: It looked like it was his
22  mic.
23     But could we go off the record real quick?
24  Off the record, is that all right?
25     MR. FRAMPTON: Sure.                  09:40:50

Page 37

10 (Pages 34 - 37)

Armistead Supp. App. 0493

1    MR. BLOCK:  Yes.

2    THE VIDEOGRAPHER:  Off the record at

3  9:41 a.m.

4    (Recess.)

5    THE VIDEOGRAPHER:  We are on the record at    09:41:37

6  9:42 a.m.

7    MR. BLOCK:  Thanks.

8  BY MR. BLOCK:

9    Q  If you go to the -- last page of this

10  document --                09:41:51

11    A  Sorry, I got to go back.

12    Q  Actually, page 14 of the document.

13    A  They aren't numbered, so --

14    Q  Which --

15    A  The last page -- the last page of text.    09:42:06

16    Q  This -- no, this should be the -- it's --

17  it's page 14 of the PDF.  If you click on the

18  PDF with the --

19    A  Oh, I see.  Yeah.  I -- I'm there.

20    Q  Okay.  So at the bottom, it says "A final    09:42:27

21  comment on language."

22    Do you see that?

23    A  Yes.

24    Q  Okay.  I'm just going to read this into the

25  record.  It says (as read):                09:42:36

Page 38

---

1    "transgender" amounts to ideological programming?

2    MR. TRYON:  Objection.

3    MR. FRAMPTON:  Objection; form and scope.

4    THE WITNESS:  You cut out.  I didn't hear the

5  question.  I'm sorry.                09:43:36

6  BY MR. BLOCK:

7    Q  Sorry.  Sorry.

8    Do you think that the term "transgender" is a

9  form -- is ideological -- I'll rephrase it.

10    Do you think that using the term    09:43:45

11  "transgender" is ideological programming?

12    MR. FRAMPTON:  Objection; form and scope.

13    THE WITNESS:  Again, I was consulted into

14  this case as a board-certified physician to provide

15  an opinion on sports safety.  To the extent that I    09:43:59

16  have an opinion on gender terminology, you know,

17  I've never thought of it in that way, no.

18  BY MR. BLOCK:

19    Q  Okay.  And do you --

20    A  I've never even heard that description.    09:44:13

21    Q  Okay.  And do you think that -- that

22  transgender identity is not an objective reality?

23    MR. FRAMPTON:  Objection; form and scope.

24    THE WITNESS:  I don't believe I'm rendering

25  an opinion on that.                09:44:42

Page 40

---

1    "Terms should be as descriptively

2    accurate as possible while avoiding

3    ideological programming.  For

4    instance, because an individual's

5    intrinsic sex cannot be changed, and    09:42:44

6    gender is essentially a biologically

7    meaningless term or concept aside

8    from biological sex, terms such as

9    'transgender identity,' as if it

10    were an objective reality, should be    09:42:56

11    replaced by 'transgender-identified,

12    -identifying, or -identification,'

13    which are descriptively accurate.

14    Similarly, because 'gender

15    transition' is not ontologically or    09:43:05

16    biologically possible, more

17    descriptively accurate terms, such

18    as, 'attempted transition efforts,'

19    or 'attempted transition-affirming

20    treatments or procedures,' are more    09:43:16

21    accurate and preferred."

22    Did I read that correctly?

23    A  You read it correctory -- correctly, yes.

24    Q  Okay.  Thanks.

25    Do you think that using the term    09:43:24

Page 39

---

1  BY MR. BLOCK:

2    Q  And you're not qualified to render an opinion

3  on that; correct?

4    A  On whether transgender -- what was the --

5  restate it.                09:44:53

6    Q  Transgender identity is an objective reality.

7    MR. FRAMPTON:  Objection; form and scope.

8    THE WITNESS:  I don't believe I am -- I've

9  been retained to provide an opinion on that

10  statement, no.                09:45:12

11  BY MR. BLOCK:

12    Q  Do you have a personal opinion on that

13  statement?

14    MR. FRAMPTON:  Objection; form and scope.

15    THE WITNESS:  Define what -- what's -- define    09:45:26

16  an objective reality when it comes to gender

17  identification.  Can you tell me that?

18  BY MR. BLOCK:

19    Q  Well, I'm just referring to the phrasing in

20  this document.  So do you not -- do you have an --    09:45:37

21    A  Restate your question one more time.

22    Q  Sure.  Do you have any personal opinions on

23  whether transgender identity is an objective

24  reality?

25    MR. FRAMPTON:  Objection; form and scope.    09:45:47

Page 41

11 (Pages 38 - 41)

Armistead Supp. App. 0494

**Page 42**

1    THE WITNESS: I don't know what it means to
2  say that -- I don't know what objective reality with
3  respect to transgender identification even is, so I
4  don't think I can answer that question.
5  BY MR. BLOCK:                                    09:46:07
6    Q   You're not offering any expert opinions in
7  this case on whether gender identity has any
8  biological underpinnings, are you?
9    A   No, I'm not.  Again, I've been retained in
10 this case as a physician to provide on safety issues  09:46:37
11 with respect to individuals who have transgender
12 identification that are crossing over into other
13 sports.
14   Q   So -- so in that sentence, you use the term
15 "individuals who have transgender identification"      09:46:56
16 instead of "transgender individuals," which is
17 similar to what this document says people should use
18 in terms of language.  So I'm just trying to explore
19 why you're using the word "transgender
20 identification" instead of "transgender               09:47:10
21 individuals."
22     So why are you using the term "transgender
23 identification" instead of "transgender
24 individuals"?
25   MR. FRAMPTON: Objection; form and scope.        09:47:21

**Page 43**

1    THE WITNESS: I -- I don't know that I can
2  speak to that.  I mean, it -- it relates, in a
3  sense, to the term "gender identity," does it not?
4  BY MR. BLOCK:
5    Q   How so?                                     09:47:36
6    A   Well, transgender identification speaks to
7  identification.  Identification is analogous to
8  gender identity.  I'm just trying to avoid confusing
9  terms.
10   Q   And you think saying "transgender             09:48:03
11 individuals" is a confusing term?
12   A   I didn't --
13   MR. FRAMPTON: Objection --
14   THE WITNESS: -- say that.
15   MR. FRAMPTON: -- form and scope.               09:48:07
16   THE WITNESS: You did.
17 BY MR. BLOCK:
18   Q   I'm sorry, you and your counsel were talking
19 over each other.
20     Do you think "transgender individuals" is a    09:48:15
21 confusing term?
22   MR. FRAMPTON: Objection; form and scope.
23   Go ahead.
24   THE WITNESS: I -- I didn't say that it's a
25 confusing term.  I don't think it's confusing.  I    09:48:23

**Page 44**

1  don't have a problem using it.  I'm just -- I don't
2  know.
3  BY MR. BLOCK:
4    Q   So -- so I'll ask, again, an earlier
5  question.  Why do you use the phrase "transgender      09:48:40
6  identification" instead of "transgender
7  individuals"?
8    MR. FRAMPTON: Objection; form and scope.
9    THE WITNESS: I can't speak to that.  I -- I
10 can't tell you why I chose that term.                 09:48:57
11 BY MR. BLOCK:
12   Q   Okay.  You don't know why?
13   A   No.
14   Q   Okay.  Have you -- have you written anything
15 else on the topic of transgender people?              09:49:13
16   A   Written?
17   Q   Yes.  Besides this white paper and this
18 expert report.
19   A   Are you talking about -- define "written" for
20 me.                                                   09:49:34
21   Q   Well, I guess I'll go through different types
22 of writing.
23     Have you -- have you written any articles in
24 professional journals about transgender people or
25 the -- touching on the topic of transgender people?   09:49:46

**Page 45**

1    A   No.
2    Q   Have you written anything in popular media
3  touching on the topic of transgender people?
4    A   No.
5    Q   Have you given any conference presentations   09:49:57
6  or talks on the topic of -- touching on the topic of
7  transgender people?
8    A   No.
9    Q   Have you disseminated any written document,
10 in any way, authored by you on the -- touching on     09:50:15
11 the topic of transgender people.
12   MR. FRAMPTON: Object to the form.
13   Go ahead.
14   THE WITNESS: Are you speaking to e-mail?
15 BY MR. BLOCK:                                        09:50:33
16   Q   Sure.  Have -- have you written -- have you
17 written e-mails on the -- touching on the topic of
18 transgender people?
19   A   Yes.
20   Q   Are these e-mails to -- to Listservs?         09:50:42
21   A   No.
22   Q   Who are these e-mails to?
23   A   So in my role as president of AMSSM and on my
24 time on the executive committee, occasionally this
25 issue would -- would crop up, and there were          09:51:07

12 (Pages 42 - 45)

Armistead Supp. App. 0495

1  discussions about it.
2  Q   So I'd like, to the best of your ability, for
3  you to recall the specific occasions on which this
4  issue cropped up.
5      Can you remember any of them?          09:51:24
6  A   Yep.  The first time that I can recall it --
7  let me back up and just say that we have --
8      MR. BLOCK:  The witness's video froze for me.
9      THE VIDEOGRAPHER:  Yeah, he looks frozen.
10  Let's go off the record.                  09:51:54
11  BY MR. BLOCK:
12  Q   Sorry, you're -- you froze for -- for that
13  answer, so I think you were just telling me the --
14  the first occasion of the list in which this issue
15  cropped up.                               09:52:06
16  A   So I said that I was going to back up for a
17  second and just say that our academy hosts several
18  meetings each year, one of which is the annual
19  meeting, and it's usually about five days long, and
20  it's -- it's structured with different symposia that 09:52:20
21  are themed.  And periodically, particularly since I,
22  I don't know, 2016, maybe, when I was -- I don't --
23  I'd have to think what year I went on to exec, maybe
24  it was 2017, but there had been, once in a while,
25  inquiries by members about whether there would be a 09:52:43

Page 46

1  transgender medicine symposium at the annual
2  meeting, because there had never been one before.
3  And so in 2018, as we were -- as my program chair
4  and I were putting together content for the meeting,
5  this issue briefly came up around that.    09:53:03
6  Q   Was there a transgender medicine component to
7  that symposium?
8  A   That was -- that was for the annual meeting
9  we had in Houston in 2019, and, no, we did not
10  include that.                             09:53:29
11  Q   Why not?
12  A   Well, there were lots of reasons, but we had
13  a budget that we had to work from, and we already
14  had a pretty strong sense of what we were wanting to
15  pay for to bring in other speakers to that meeting, 09:53:49
16  and I felt like if we were going to have a symposium
17  on transgender -- on the transgender athlete, that
18  it ought to be something that was structured with a
19  point/counterpoint format and that we would probably
20  want to bring in outside academicians to help create 09:54:12
21  that dialogue.
22  Q   Do most of -- do other components of the
23  symposia have point/counterpoint formats to them?
24  A   Often, yes.
25  Q   What are some examples of -- of other    09:54:40

Page 47

1  portions of the symposia that have had point and
2  counterpoint formats?
3  A   There's many examples, but one would be youth
4  sport specialization versus having your child play
5  in multiple different sports, point or counterpoint. 09:54:57
6  Q   So you said there were several reasons why
7  you didn't include a transgender medicine component
8  of the symposium.  What are some others?
9  A   As I said, we were -- we already had a sense
10  of what we wanted included in that meeting, and   09:55:22
11  there's always things that need to be left for
12  future meetings, and that was --
13  Q   Was -- sorry.  Did you have a transgender
14  medicine component of a future meeting?
15  A   We haven't had an insight future meeting   09:55:38
16  since that Houston meeting because of COVID, so --
17  the 2020 meeting and the 2021 meeting were canceled.
18      Well, actually, I want to clarify.
19      The 2021 meeting was done virtually, and
20  there was a transgender component to that meeting,  09:55:55
21  yes.
22  Q   What was the transgender component?
23  A   I can't speak to it.  I -- I wasn't part of
24  it.
25  Q   What do you mean you weren't part of it?   09:56:10

Page 48

1  A   I mean I didn't have anything to do with
2  organizing it.
3  Q   Did you attend it?
4  A   No.
5  Q   Why not?                             09:56:23
6  A   Because the meeting was virtual, and I was
7  down in Florida with my family at the time, and we
8  were, I believe, at a park that day.
9  Q   Which one?
10  A   Which park?                         09:56:38
11  Q   Yeah.
12  A   I don't remember which park we were at that
13  day, but it was -- it was either Hollywood Studios
14  or EPCOT or Magic Kingdom.  I don't know.
15  Q   Is there a way to watch the transgender     09:56:52
16  component of the virtual symposium after the fact?
17  A   I believe for a time there is.  I don't know
18  if I -- I don't know if it's still accessible,
19  but...
20  Q   Do you know who the speakers were at that   09:57:11
21  symposium -- at that transgender component of the
22  symposium?
23  A   No, I don't recall.
24  Q   Do you recall the topic?
25  A   You mean the specific topics within sports  09:57:21

Page 49

13 (Pages 46 - 49)

Armistead Supp. App. 0496

1  and transgenderism?
2  Q   Yeah.  At that symposium.
3  A   No.
4  Q   Now, by the time this symposium -- this
5  portion of the symposium occurred -- well, actually,   09:57:45
6  let me step back.
7      Around when did this 2021 virtual symposium
8  occur?
9  A   In April of 2021.
10  Q   In that -- by the time it occurred, had you   09:58:03
11  already been retained by ADF?
12  A   Yes.
13  Q   So did you think that the content of the
14  symposium might relate to any of the topics on which
15  you would be opining for ADF?                          09:58:21
16      MR. FRAMPTON:  Object to the form.
17      Go ahead.
18      THE WITNESS:  I can't speak to that.  I was
19  already well into my work on the paper.
20  BY MR. BLOCK:                                          09:58:40
21  Q   Did you think that the contents of the
22  symposium might be helpful in providing you
23  additional relevant information for you paper?
24      MR. FRAMPTON:  Same objection.
25      THE WITNESS:  I -- I feel like the process   09:58:54

Page 50

1  that we went through to create that paper, that I
2  went through to create that paper, was thorough, and
3  I'm confident that we canvassed most of the
4  available literature on the subject prior to the
5  date of the paper being submitted.                     09:59:19
6  BY MR. BLOCK:
7  Q   You said "we canvassed."
8      Who do you -- who do you mean by "we"?
9      MR. FRAMPTON:  Object to the form.
10      THE WITNESS:  I mean Alliance Defending   09:59:37
11  Freedom and myself.
12  BY MR. BLOCK:
13  Q   Did Alliance Defending Freedom help provide
14  you with papers to review?
15      MR. FRAMPTON:  Objection to the form.   09:59:44
16      THE WITNESS:  When we first sat down to flesh
17  through what this paper might look like, I met with
18  one of the attorneys from Alliance Defending
19  Freedom, I outlined with him what we thought might
20  be an appropriate take on this paper, and then both   10:00:06
21  of us did literature searches.  I compiled what I
22  thought was relevant for the paper.
23      The paper is entirely mine.
24  BY MR. BLOCK:
25  Q   What do you mean by that?                      10:00:38

Page 51

1  A   That every line in that paper is my own words
2  and thought.
3  Q   Is every line of the February 23rd, 2022,
4  paper also your own words and thought?
5  A   I've reviewed every line in -- in both   10:00:53
6  papers, made extensive edits through it, and it
7  represents my own thought completely, yes.
8  Q   All right.  Well, first you said every line
9  was your own words and thought, and then you said it
10  represents your thoughts completely, and so I just   10:01:15
11  want to get clarity.
12      Is every line of the February 23rd paper your
13  own words and thought?
14      MR. TRYON:  I'm just going to object and make
15  sure the witness understands that any communications   10:01:26
16  between him and either this office or ADF is covered
17  by the attorney-client privilege.
18      MR. FRAMPTON:  Yes, same -- same objection.
19      So we're not to discuss the substance of
20  those communications.                                  10:01:42
21      Go ahead.
22      THE WITNESS:  Can you repeat the question?
23  BY MR. BLOCK:
24  Q   Yeah.  Is every line of the February 23rd,
25  2022, paper your own words and thought?   10:01:52

Page 52

1      MR. FRAMPTON:  Same objection.
2      Go ahead.
3      THE WITNESS:  The additions that were made to
4  that paper are my additions, yes.
5  BY MR. BLOCK:                                          10:02:18
6  Q   When did you first become interested on the
7  topic of transgender women competing in women's
8  sports?
9  A   I -- I would say that I first became aware of
10  it around the time that Joanna Harper had released   10:02:36
11  her paper.
12  Q   Which paper by Joanna Harper are you
13  referring to?
14  A   The -- the one where she published race times
15  of transgender athletes that transitioned and -- and   10:03:03
16  was comparing them to both their biological
17  competitors and then -- and then their
18  transgender -- was comparing race times and how they
19  stratified both and after transition.
20  Q   So this is her first paper?                     10:03:30
21  A   I -- yes.  It was the first paper she
22  published, yes.
23  Q   And when did you read that paper first?
24  A   I couldn't tell you.  Years ago.
25  Q   So you read it close to the time that it   10:03:42

Page 53

14 (Pages 50 - 53)

1  first came out?
2      A  I don't know if I -- I don't recall if I read
3  it or if I was reading reference to it, but it would
4  have been around that time.
5      Q  What other reading on the topic of        10:03:54
6  transgender women competing in women's sports had
7  you done before you were first contacted by Alliance
8  Defending Freedom?
9      A  I don't know if it's -- it's not specific to
10  transgenderism and sport, but McHugh's paper in the   10:04:24
11  New Atlantis had come up around the issue, again,
12  when I was at AMSSM, so that -- that had led to
13  discussions about transgenderism.
14      Q  It led to discussions at ASSM (sic)?
15      A  Yeah, just with other -- other people there.   10:04:46
16      Q  And what were those discussions?
17      A  It -- well, the -- the paper had to do with
18  the biological underpinnings of -- of gender
19  identity.
20      Q  How --                                    10:05:01
21      A  But --
22      Q  How did -- I didn't mean to cut you off.  Go
23  on.
24      A  So to your point, it's not directly related
25  to transgenderism and sport.                       10:05:10

Page 54

1      Q  So in what context did it arise for
2  discussion at AMSSM, then?
3      A  There was discussion about a paper in a
4  non-published newsletter on transgenderism in
5  sports, and there was discussion about the way that   10:06:00
6  that paper was being presented and whether it was
7  contextually sound.
8      Q  So the paper was sent in a newsletter?
9      A  The paper was submitted for publication in a
10  newsletter.                                        10:06:27
11      Q  In what newsletter?
12      A  It's called The Sideline Report.
13      Q  And who publishes The Sideline Report?
14      A  The American Medical Society for Sports
15  Medicine.                                          10:06:37
16      Q  And -- and who presented the paper for -- for
17  submission?
18      A  I don't recall his name.
19      Q  Do you remember what the paper said,
20  generally?                                         10:06:48
21      A  It was -- it was a -- again, I -- it's been
22  years since I've read that paper, but my
23  recollection of it is that it was somewhat skewed in
24  terms of its ideology.
25      Q  Skewed --                                   10:07:13

Page 55

1      A  That it was -- it -- that it was not a
2  balanced discussion of the pros and cons of
3  transgender participation in sport.
4      Q  So in which direction was it skewed?
5      A  It was skewed towards more affirmative        10:07:32
6  participation.
7      Q  And so who -- who reviews the submissions to
8  The Sideline Report?
9      A  At the time, people on the executive
10  committee.  It was shared with them.                10:07:50
11      Q  And were you on the executive committee at
12  that time?
13      A  Yes.
14      Q  And who raised concerns that it was not a
15  balanced discussion?                               10:08:08
16      MR. FRAMPTON:  Objection to the form.
17      Go ahead.
18      THE WITNESS:  As I recall, I and some others
19  on the committee raised concerns.
20  BY MR. BLOCK:                                       10:08:24
21      Q  Did you say you and some others on the
22  committee?
23      A  Correct.
24      Q  And who is the person that brought the McHugh
25  article to folks' attention?                        10:08:37

Page 56

1      A  I did.
2      MR. FRAMPTON:  Same objection.
3  BY MR. BLOCK:
4      Q  Go ahead.
5      A  I did.                                        10:08:41
6      Q  So had you already read the McHugh article
7  before -- before this incident arose?
8      A  Well, I hadn't read the entire article,
9  because it's extremely long, but going back to what
10  we were talking about earlier, trying to decide what   10:09:01
11  a transgender symposium what point and counterpoint
12  might look like, one of the considerations at the
13  time was whether to bring one of those authors to,
14  you know, what would be the 2019 meeting to provide
15  input against -- to provide input in -- in context   10:09:27
16  of that issue.
17      Q  So around when was this discussion about
18  The Sideline Report article?  What time?
19      MR. FRAMPTON:  Objection to the form.
20      Go ahead.                                      10:09:46
21      THE WITNESS:  I believe it would have been
22  sometime in early 2020.
23  BY MR. BLOCK:
24      Q  All right.  So -- so I have --
25      A  I don't recall that -- I -- I don't want to   10:10:01

Page 57

15 (Pages 54 - 57)

Armistead Supp. App. 0498

1  say that. I don't recall that offhand. I'd have to
2  go back and look.
3      Q   Okay. So I want to make sure I just have a
4  complete list of incidents in which this came --
5  this topic related to transgender people came up for   10:10:06
6  discussion.
7      So I have, from you, this discussion about
8  the submission to The Sideline Report. I have, from
9  you, this discussion in 2018 about whether or not to
10 have a transgender medicine component to the   10:10:27
11 upcoming symposium.
12     Are there any other times in which topics
13 related to transgender people came up at ASSM -- or
14 AMSSM?
15     MR. FRAMPTON: Objection to the form.   10:10:41
16     Go ahead.
17     THE WITNESS: I can't recall that issue
18 coming up in others, no.
19 BY MR. BLOCK:
20     Q   And so how did you become aware of McHugh's   10:10:57
21 paper?
22     A   It was all over the news at the time that it
23 came out.
24     Q   Where in the news?
25     MR. FRAMPTON: Objection to the form.   10:11:20

Page 58

1      Go ahead.
2      THE WITNESS: I can't tell you that. I get
3  my news from lots of sources, so I can't tell you
4  where I first heard of it.
5  BY MR. BLOCK:   10:11:27
6      Q   Do you get your news from Ben Shapiro at all?
7      A   No.
8      Q   Do you view Ben Shapiro to be a reliable
9  source of information?
10     MR. FRAMPTON: Objection to the form.   10:11:37
11     Go ahead.
12     THE WITNESS: I was not retained to provide
13 an opinion there, but -- again, I was retained to
14 provide an opinion as to the sports safety
15 implications for transgender athletes crossing over   10:11:51
16 into cisgender sporting events.
17     But to your point -- what -- what was your
18 question?
19 BY MR. BLOCK:
20     Q   Would -- would you view Ben Shapiro to be a   10:12:08
21 reliable source of information on these matters?
22     A   I have no --
23     MR. FRAMPTON: Objection --
24     THE WITNESS: -- opinion on that.
25     MR. FRAMPTON: -- to the form.   10:12:16

Page 59

1  BY MR. BLOCK:
2      Q   I'm -- I'm sorry, can you -- can you say it
3  again? Counsel and you were cross talking.
4      So I'll ask it again and wait for your
5  counsel to object, and then you can answer, okay?   10:12:24
6      Do you view Ben Shapiro to be a reliable
7  source of information on medical topics concerning
8  transgender people?
9      MR. FRAMPTON: Objection to the form and
10 scope.   10:12:35
11     Go ahead.
12     THE WITNESS: I have no opinion on that.
13 BY MR. BLOCK:
14     Q   Well, you don't have any -- I -- I need an
15 answer to the -- to the question. So if you can   10:12:44
16 answer to the best of your ability --
17     A   I don't know enough about Ben Shapiro's
18 opinions to be able to state one way or the other
19 what I think of them.
20     Q   Okay. Do you know who Ben Shapiro is?   10:12:58
21     A   Yes, I've heard of him.
22     Q   Okay. Do you -- do you listen to him or --
23 or watch his shows?
24     A   No.
25     Q   Would you ever rely on Ben Shapiro in   10:13:13

Page 60

1  providing an expert opinion?
2      MR. FRAMPTON: Objection to the form and
3  scope.
4      THE WITNESS: Are you asking if I would rely
5  on Ben Shapiro to provide an expert medical opinion?   10:13:20
6  BY MR. BLOCK:
7      Q   Yes.
8      A   Of course not.
9      Q   So at the time that you first talked with ADF
10 about, you know, what a white paper would look like,   10:13:40
11 had you already formed an opinion on the issue?
12     MR. FRAMPTON: Objection; form and scope.
13     Go ahead.
14     THE WITNESS: So, you know, I -- I've been
15 practicing sports medicine for 20-plus years now,   10:13:53
16 and I have lots of experience taking care of injured
17 athletes. And so understanding that there was
18 perhaps the possibility of larger individuals
19 crossing over into sports where there were smaller
20 individuals and, you know, participating in contact   10:14:19
21 sports, I had concerns, but I hadn't really fully
22 fleshed out an opinion, no. I believed that I went
23 into the process of data review with open eyes.
24     Q   What does that mean, you went into the
25 process of data review with open eyes?   10:14:41

Page 61

16 (Pages 58 - 61)

Armistead Supp. App. 0499

1  A  That I went to the data that was culled,
2  looking to see what the data spoke to in terms of
3  sports safety. I didn't have a predetermined bias
4  or view. Well, I didn't have a predetermined answer
5  to that question, that's what I would say.      10:15:09
6  Q  Now, did -- were you -- when you discussed
7  being retained to provide this white paper to ADF,
8  were -- were you -- did you discuss compensation at
9  the same time?
10  A  I don't -- I don't recall -- I don't believe   10:15:32
11  compensation came up until later.
12  Q  Do you know if you had arrived at the
13  conclusion that it was safe for transgender women to
14  participate, would you have received compensation
15  from ADF for -- for work done in reaching that      10:15:51
16  opinion?
17     MR. FRAMPTON:  Objection; form and scope.
18     THE WITNESS:  There's a lot in that question.
19  Can you restate it, please?
20  BY MR. BLOCK:                               10:16:01
21  Q  Sure. You said that when you began your
22  writing process, after being retained from ADF, you
23  didn't have a predetermined view of what the
24  question would be, and so my question is whether
25  your compensation was in any way related to whether  10:16:15

Page 62

1  your ultimate answer was that it would be safe or
2  unsafe for transgender women to participate.
3  A  No, the --
4     MR. FRAMPTON:  Objection.
5  I'm sorry, let me do my objection.          10:16:31
6  Objection.
7  Answer his question.
8     THE WITNESS:  No, to the best of my
9  knowledge, my compensation was not tied to the
10  determination of literature review around this      10:16:39
11  subject.
12  BY MR. BLOCK:
13  Q  So when you did a literature review, are you
14  confident that you searched for everything that
15  would support or oppose the position you're         10:17:00
16  advocating for in your report?
17     MR. FRAMPTON:  Objection; form and scope.
18     THE WITNESS:  I'm confident that available
19  literature, pro and con, was accessed and reviewed.
20  BY MR. BLOCK:                               10:17:18
21  Q  And are you confident that your report
22  adequately discusses the available literature, pro
23  and con?
24  A  Again --
25     MR. FRAMPTON:  Objection; form and scope.   10:17:29

Page 63

1     Go ahead.
2     THE WITNESS:  -- the -- the white paper is
3  not a comprehensive literature review on the
4  subject. It is an assessment of how the literature
5  speaks to the issue of sports safety, particularly.   10:17:38
6  I included what I thought was relevant to that
7  discussion.
8  BY MR. BLOCK:
9  Q  So -- but in -- in your -- in deciding what
10  to include in your white paper, understanding that   10:17:55
11  you can find it specifically to the topic of safety,
12  did you include in the white paper everything
13  that -- you know, pro and con to your argument, or
14  did you just quote things that -- that you thought
15  supported your contention that it would be unsafe    10:18:17
16  for transgender women to participate?
17     MR. FRAMPTON:  Objection; form, scope.
18     THE WITNESS:  Well, obviously I can't speak
19  to how successful I was at -- while the final
20  reflects that, but I believe that it was fair        10:18:40
21  consideration given to what ought to go into that
22  paper and that the appropriate relevant things that
23  needed to be in there were in there.
24  BY MR. BLOCK:
25  Q  Did you view the purpose of the white paper   10:18:58

Page 64

1  to provide an overview of -- overview of both sides
2  of the argument, or did you view the purpose of the
3  white paper to be, you know, making a specific
4  argument that it was unsafe and -- and just
5  providing, you know, citations to materials that     10:19:17
6  supported that argument?
7     MR. FRAMPTON:  Objection; form and scope.
8     Go ahead.
9     THE WITNESS:  I wouldn't say that the point
10  of the argument was to argue -- or the paper was to   10:19:27
11  argue that it was unsafe. It was to -- it was to
12  lay out the evidence that says whether it was safe
13  or not and what -- and lay out the thought process
14  that would go into making that determination.
15  BY MR. BLOCK:                               10:19:56
16  Q  If you could go to --
17  A  I think the underpinning of the whole thing
18  is my background as a physician and just the thought
19  processes that go into the practice of medicine on a
20  daily basis when you're looking at injury risk and   10:20:19
21  what -- what sorts of things factor into that. So
22  that -- that underpins the paper before we even
23  start.
24  Q  And before starting on the paper, did you
25  have any experience in working with sports injuries   10:20:31

Page 65

17 (Pages 62 - 65)

Armistead Supp. App. 0500

1  related to the participation of transgender people?
2      MR. FRAMPTON: Objection; form and scope.
3      Go ahead.
4      THE WITNESS: Possibly. I -- I see men and
5  women, boys and girls, every day in the office. I      10:20:53
6  don't make a habit of asking them what their gender
7  identity is. I take care of them all as well as I
8  possibly can.
9  BY MR. BLOCK:
10     Q  To the best of your knowledge, did you ever      10:21:03
11  treat a sports injury for a transgender patient?
12     A  Again, I don't make a habit of asking that
13  question of my patients. So whether I've seen a
14  transgender individual or not, I couldn't speak to
15  that.                          10:21:22
16     Q  So you -- you have no idea one way or another
17  whether you've treated a transgender patient?
18     MR. TRYON: Objection.
19     MR. FRAMPTON: Same objection; form and
20  scope.                          10:21:30
21     Go ahead.
22     THE WITNESS: I -- I may have seen and
23  treated one or I -- I may not have. I don't ask
24  that question of people. And I see men and women,
25  boys and girls, in the office every day.      10:21:38

Page 66

1  not that patient was a transgender woman or a
2  cisgender woman?
3      MR. FRAMPTON: Objection; form.
4      THE WITNESS: I'm not sure where you're going
5  with this. I'm not sure I understand the question.      10:23:17
6  BY MR. BLOCK:
7      Q  Well -- well -- well, these -- so you've
8  talked, in your paper, about physiological
9  differences between people with male sex assigned at
10  birth and female sex assigned at birth and about,      10:23:35
11  you know, how -- you know, how stark those
12  differences are and that they're not affected by
13  hormone therapy, and so I guess my question is, in
14  light of that, I find it a little surprising that --
15  that you would then say that you could examine or      10:23:49
16  treat a sports injury and not know whether the
17  person you're treating had a female sex assigned at
18  birth or a male sex assigned at birth. So that's
19  the context for my question.
20     A  Well, I think the -- the initial --          10:24:05
21     MR. FRAMPTON: Hold on.
22     Objection to the form.
23     MR. TRYON: Objection.
24     MR. FRAMPTON: Go ahead.
25     THE WITNESS: The initial question was      10:24:10

Page 68

1  BY MR. BLOCK:
2      Q  Well, so, I guess, if a -- if a
3  transgender -- if you saw a transgender patient, you
4  wouldn't be able to tell from their physiology what
5  their -- what their, as you say, biological sex is?      10:22:00
6      MR. TRYON: Objection.
7      MR. FRAMPTON: Objection; form.
8      Go ahead.
9      THE WITNESS: What do you mean by
10  physiological form?                  10:22:13
11  BY MR. BLOCK:
12     Q  Let's say your -- a transgender -- let's say
13  a woman comes into your office with a -- you know, a
14  knee injury. Would -- by inspecting their knee,
15  would you be able to tell whether or not this was a      10:22:36
16  cisgender woman or a transgender woman?
17     MR. FRAMPTON: Objection; form and scope.
18     Go ahead.
19     THE WITNESS: Not necessarily, no.
20  BY MR. BLOCK:                  10:22:44
21     Q  Why not?
22     A  A knee doesn't have sex-identifying
23  characteristics to it.
24     Q  You wouldn't be able to tell from muscle mass
25  on the -- the patient's, you know, legs whether or      10:23:00

Page 67

1  whether I had ever treated transgender individuals,
2  and what I told you was that I try to view my
3  patients as the individual in front of me. I don't
4  routinely ask them what their gender identity is.
5      If you're asking me if anecdotally I could      10:24:26
6  identify a, to use your language, trans woman if I
7  was doing a knee exam, I suppose I could, but I
8  can't speak to that, and it's far afield of why I
9  was retained in this case.
10  BY MR. BLOCK:                  10:24:47
11     Q  So -- but to the best of your knowledge, you
12  don't know one way or another whether or not you've
13  ever treated a transgender patient?
14     MR. FRAMPTON: Objection; form.
15     Go ahead.                      10:24:56
16     THE WITNESS: To the best of my knowledge, I
17  don't know whether I've treated a transgender
18  patient, no.
19  BY MR. BLOCK:
20     Q  Did you have any interactions with ADF before      10:25:03
21  you were first contacted as potentially being
22  retained as an expert?
23     A  No.
24     Q  Have you provided any testimony in support of
25  any legislation related to transgender people?      10:25:16

Page 69

18 (Pages 66 - 69)

1    A  No.
2    Q  Have you provided any testimony in support of
3  legislation similar to the legislation challenged in
4  this case?
5    A  What are you asking?                10:25:39
6    Q  Well, yeah, I -- I -- I'm just trying to make
7  sure I cover all the bases of my question.
8       And so I've -- I've -- it has been argued in
9  this case that the statute at issue here, H.B. 3293,
10  is not about transgender people, and so I -- I    10:26:10
11  didn't want you to answer my question based on a
12  similar type of distinction.
13      So -- so my question is, did you ever testify
14  in support of any legislation that would have the
15  affect of precluding transgender people from    10:26:25
16  participating on sports teams consistent with their
17  sex assigned -- with their gender identity?
18      MR. FRAMPTON:  Objection to the form.
19      Go ahead.
20      THE WITNESS:  I don't believe that I have    10:26:38
21  ever provided testimony to any legislative
22  committee, pending -- or pending legislation around
23  issues similar to what we're talking about today.
24  BY MR. BLOCK:
25    Q  Thank you.                          10:26:59

Page 70

1       MR. BLOCK:  I -- I'm okay continuing, but do
2  you need a break?
3       MR. FRAMPTON:  We're at about an hour and a
4  half.  It's -- it's up to you, if you want five
5  minutes or if you want to go for another half hour    10:27:13
6  or whatever.
7       THE WITNESS:  Is this a good break point for
8  you, or do you --
9       MR. BLOCK:  Either way.  I can break in half
10  an hour or I can keep going.          10:27:24
11      THE WITNESS:  I can use the restroom.
12      MR. BLOCK:  Okay.  So --
13      MR. FRAMPTON:  Then let's do five minutes.
14      MR. BLOCK:  Great.  See you in five.
15      MR. FRAMPTON:  All right.  Thank --    10:27:33
16      THE VIDEOGRAPHER:  We're off -- off the
17  record at 10:27 a.m.
18      (Recess.)
19      THE VIDEOGRAPHER:  We are on the record at
20  10:34 a.m.                        10:34:34
21  BY MR. BLOCK:
22    Q  Good morning again.  I just have some
23  questions about your -- your training as related to
24  transgender people.
25      To the best of your recollection, as part of    10:34:49

Page 71

1  your formal education for your undergraduate degree,
2  did you ever take any courses regarding transgender
3  people?
4       MR. FRAMPTON:  Objection; form.
5       Go ahead.                        10:35:03
6       THE WITNESS:  To the best of my recollection,
7  I never took a course in trans- -- affecting -- or
8  reflecting transgender people in undergraduate, no.
9  BY MR. BLOCK:
10    Q  And did you ever conduct any research    10:35:12
11  concerning transgender people as an undergrad?
12      MR. FRAMPTON:  Object to the form.
13      Go ahead.
14      THE WITNESS:  No, I never conducted research
15  as an undergraduate on transgender people.    10:35:25
16  BY MR. BLOCK:
17    Q  And then as part of your formal education for
18  your M.D., did you ever take any courses regarding
19  transgender people?
20      MR. FRAMPTON:  Object to the form.    10:35:37
21      THE WITNESS:  No.  There were no courses on
22  transgender people offered during my training in
23  medical school.
24  BY MR. BLOCK:
25    Q  And did you -- did you ever conduct any    10:35:45

Page 72

1  research concerning transgender people in medical
2  school?
3       MR. FRAMPTON:  Object to the form.
4       THE WITNESS:  No, I never conducted research
5  on transgender people in medical school.    10:35:51
6  BY MR. BLOCK:
7    Q  Okay.  And in -- your residency, did you
8  receive any training related to transgender people?
9       MR. FRAMPTON:  Object to the form.
10      Go ahead.                        10:36:04
11      THE WITNESS:  I can't recall offhand if there
12  were lectures on that subject during the time that I
13  was there.
14      To the best of my recollection, the answer to
15  that is no.                        10:36:18
16  BY MR. BLOCK:
17    Q  And in your fellowship, did you receive any
18  training related to transgender people?
19      MR. FRAMPTON:  Same objection.
20      THE WITNESS:  Again, to the best of my    10:36:30
21  recollection, I do not recall specific training on
22  the transgender athlete during my fellowship.
23  BY MR. BLOCK:
24    Q  So you're not -- you're not an expert in the
25  treatment of transgender people; correct?    10:36:47

Page 73

19 (Pages 70 - 73)

1      MR. FRAMPTON:  Object to the form, scope.
2      Go ahead.
3      THE WITNESS:  As I said, I'm a
4  board-certified sports medicine physician.  I've
5  been retained in this case to offer an opinion on      10:36:58
6  sports safety.  I'm not a board-certified
7  endocrinologist.
8  BY MR. BLOCK:
9   Q  Okay.  So I -- I just asked -- I need to
10  define the scope of the opinions you're offering.      10:37:08
11      So you're not -- you -- you are not an expert
12  in the treatment of transgender people; correct?
13      MR. FRAMPTON:  Object to the form.
14      THE WITNESS:  I do not treat transgender --
15  I -- I do not have training in the treatment of      10:37:22
16  transgender people.  I am not a board-certified
17  endocrinologist.
18  BY MR. BLOCK:
19   Q  And -- and you are not an expert in the
20  treatment of transgender people; correct?      10:37:31
21   A  Define --
22      MR. FRAMPTON:  Sam objection.
23      THE WITNESS:  Define "treatment" for me.
24  BY MR. BLOCK:
25   Q  Medical care for transgender people.      10:37:47

Page 74

1      MR. FRAMPTON:  Same objection to the form.
2      Go ahead.
3      THE WITNESS:  I would be considered an expert
4  for the sports medicine care of an injured athlete
5  who happens to be transgender.      10:38:03
6  BY MR. BLOCK:
7   Q  Okay.  So --
8   A  I'm not an -- I am not a board-certified
9  endocrinologist.  So if your speaking to hormonal
10  manipulation, then no.      10:38:12
11   Q  And you're not -- you're not an expert in
12  mental healthcare for transgender people; correct?
13      MR. FRAMPTON:  Object to the form.
14      Go ahead.
15      THE WITNESS:  Well, in the context of the      10:38:24
16  work that we do with patients every day, we have to
17  take into consideration mental health, so it touches
18  on what I do every day.
19  BY MR. BLOCK:
20   Q  How so?      10:38:46
21   A  The -- I treat the person in front of me and
22  whatever they're bringing into the room.
23   Q  So you're -- you're not an expert in the
24  treatment of gender dysphoria, in particular, are
25  you?      10:39:07

Page 75

1   A  Define "gender dysphoria."
2   Q  It's the medical condition recognized in the
3  DSM-V.
4      Do you -- do you know what the DSM-V is?
5   A  I'm familiar with it, yes.      10:39:21
6   Q  Okay.  So are -- are -- are you a -- an
7  expert in mental healthcare for treating the
8  condition of gender dysphoria as defined in the
9  DSM-V?
10   A  I am a board-certified sports physician who      10:39:34
11  has been retained to provide information on safety
12  in athletes, some of whom may be transgender.
13   Q  Okay.  But you are not -- you have not been
14  retained to provide an expert opinion on the
15  treatment of gender dysphoria; correct?      10:39:53
16   A  Correct.
17   Q  Okay.  If we go down to -- if you would look
18  at Exhibit 80, please.  That's your expert report.
19   A  Exhibit 80, you said?
20   Q  Yeah.      10:40:36
21   A  Okay.
22   Q  And if you go to your abbreviated CV, which
23  is, you know, the last three pages.
24   A  Okay.
25   Q  And if you go to -- it's the paginated page      10:40:55

Page 76

1  73 at the bottom.  There's a section of your CV that
2  says "Special Qualifications."
3      Do you see that?
4   A  I do.
5   Q  Okay.  I just have a couple of questions      10:41:06
6  about -- about this.
7      The -- first entry under "Special
8  Qualifications" is "Prior legal consulting work in
9  cases with both local and national reach."
10      Do you see that?      10:41:21
11   A  Yes.
12   Q  Okay.  What are the cases with national reach
13  that you're referring to?
14   A  This one.
15   Q  Any others?      10:41:48
16   A  The -- as I said, I've been retained in the
17  Florida case.
18   Q  Okay.  So further down, it says -- this is
19  about, like, the seventh bullet point -- it says (as
20  read):      10:41:56
21      "Extensive experience speaking to
22      large national groups on issues
23      pertaining to sports medicine,
24      including but not limited to:"
25      And then there's a list of things.      10:42:06

Page 77

20 (Pages 74 - 77)

Armistead Supp. App. 0503

1    Do you -- do any of the topics you've spoken
2   on include anything about transgender people?
3    A  No, I have never --
4    MR. FRAMPTON:  Objection to form.
5    Go ahead.                          10:42:21
6    THE WITNESS:  In my role as a sports
7   physician, I have not spoken on the topic of
8   transgenderism in sports.
9  BY MR. BLOCK:
10   Q  In -- in any other role, have you spoken on   10:42:28
11  the topic of transgendered people in sports?
12   A  No.
13   Q  Now, the -- the second to last sub-bullet
14  point of the things you've spoken of says "Advocacy
15  in Sports Medicine."                 10:42:44
16   Do you see that?
17   A  Yes, I do.
18   Q  When you give speeches on the topic of
19  advocacy in sports medicine, what do you talk about?
20   A  So prior to being on executive, I was -- I   10:42:55
21  served two terms on the AMSSM's board of directors,
22  and I became noted as somebody who was involved in
23  public policy.  And I guess I'd define that by
24  advocating for sports medicine issues in the -- in
25  the public sphere.                   10:43:22

Page 78

1   discussions or debates about whether to form an
2   official position on the topic of transgender
3   athletes participating in sports?
4    A  To the best of my recollection, not that
5   specifically, no.                   10:45:40
6    Q  Anything -- to the best of your knowledge,
7   has AMSSM taken -- had any discussions about taking
8   an official position in any other topic related to
9   transgender people?
10   MR. FRAMPTON:  Objection to the form.   10:45:57
11   Go ahead.
12   THE WITNESS:  There was a position statement
13  several years ago on mental health issues in
14  athletes, and I can't recall offhand whether the
15  transgender athlete was referenced to in that paper,   10:46:14
16  but I think it was, possibly.  I'm not sure.
17  BY MR. BLOCK:
18   Q  And were you involved in those discussions at
19  all?
20   A  No.  I was on executive at the time, so   10:46:27
21  drafts of those always came across for us to review,
22  but I don't recall the specifics of that paper.
23   Q  Going back to the -- the 2021 AMSSM
24  conference, why is it that you didn't have any
25  involvement in planning for the sessions related to   10:46:56

Page 80

1    So during the time that I was on executive,
2   we interviewed and hired our first lobbyist.  We
3   developed a state by state network of physician
4   members who would inform us of legislative issues
5   going on around the United States.  We were involved   10:43:43
6   in some creation of legislation.  That's -- that's
7   the sort of advocacy that I'm talking about.
8    So -- so the advocacy would be teaching other
9   physicians how to advocate for sports medicine
10  issues in the legislative arena.       10:44:08
11   Q  So what's an example of advocating for sports
12  medicine issues?
13   A  I helped Tom Latham write a bill that
14  would -- that clarified legal questions about
15  physicians who took care of teams across state lines   10:44:37
16  and didn't have licensure in the state that they
17  were traveling into, and that bill passed the
18  U.S. Congress and was signed by President Trump.
19   Q  Does AMSSM have any official position on the
20  participation of transgender athletes in sports?   10:45:04
21   A  I don't believe they do.
22   Q  Does AMSSM issue official positions on -- on
23  topics?
24   A  Occasionally, yes.
25   Q  Do you know whether AMSSM ever had any   10:45:25

Page 79

1   transgender medicine?
2    MR. FRAMPTON:  Objection to the form.
3    Go ahead.
4    THE WITNESS:  Because the -- the format on
5   executive is that you're elected to a four-year   10:47:12
6   term.  And your first year, you're the second vice
7   president.  Your second year, you're the first vice
8   president.  Your third year, you're the president.
9   The fourth year, you're the immediate past
10  president.  All four years, you're a voting member   10:47:25
11  of executive.  The second vice president is
12  responsible for planning an upcoming annual meeting.
13   So those conversations that I was telling you
14  about occurred at the time that I was second vice
15  president and working on formulating what would be   10:47:46
16  the Houston meeting.
17  BY MR. BLOCK:
18   Q  And so other -- so you didn't have
19  discussions about the meetings other than that year
20  when you were the second vice president, is that   10:48:05
21  what you said?
22   MR. FRAMPTON:  Objection to form.
23   THE WITNESS:  My responsibility was for the
24  2019 annual meeting.
25  ///

Page 81

21 (Pages 78 - 81)

Armistead Supp. App. 0504

1    BY MR. BLOCK:
2    Q   Okay.  And so you weren't involved in
3    discussions for planning for the 2021 meeting?
4        MR. FRAMPTON:  Same objection.
5        Go ahead.                    10:48:23
6        THE WITNESS:  No, I was not.
7    BY MR. BLOCK:
8    Q   Okay.  So the 2021 -- actually, let me just
9    introduce another exhibit.  Actually, I'll do it
10   later.                          10:49:00
11       Let's go to your -- Exhibit 81, which is your
12   June 22nd, 2021, report and white paper.
13   A   Did you say 81?
14   Q   Yes.  It's the document that says "Exhibit G"
15   at the top, and then it is your declaration from    10:49:23
16   June 22nd, 2021.
17   A   Okay.
18   Q   Do you have that in front of you?
19   A   I do.
20   Q   Okay.  So in this June 2021 white paper, do    10:49:33
21   you express any opinions about whether prepubertal
22   boys have an athletic advantage over prepubertal
23   girls?
24   A   I don't want to overstate.  I can't recall
25   offhand, but I -- I don't think the focus of that   10:49:49

Page 82

1    paper included prepubertal girls or boys.
2    Q   Were they discussed at all?
3    A   I can't recall.
4    Q   If you can turn to, you know, page 7, just
5    referring to the -- the document's pagination, not   10:50:11
6    the -- not the PDF pagination, in -- in -- at the
7    very top of page 7.  Let me know when you get there.
8    A   Okay.  I'm there.
9    Q   Okay.  So there's sub -- subparagraph D.
10       Do you see that?                 10:50:32
11   A   Yes.
12   Q   Okay.  Subparagraph D says (as read):
13       "Current research supports the
14       conclusion that suppression of
15       testosterone levels by males who       10:50:40
16       have already begun puberty will not
17       fully reverse the effects of
18       testosterone on skeletal size,
19       strength, or muscle hypertrophy,
20       leading to persistence of sex-based     10:50:53
21       differences in power, speed, and
22       force generating capacity."
23       Did I read that right?
24   A   It's "hypertrophy," but yes.
25   Q   All right.  Good.  My second question would    10:51:02

Page 83

1    be did I pronounce that word right.
2    A   Close.
3    Q   "Hypertrophy"?
4    A   "Hypertrophy."
5    Q   Okay.  Does that -- in this paragraph, do you   10:51:11
6    say anything about athletes before puberty?
7    A   That paragraph references males who have
8    already begun puberty.
9    Q   And there's no reference there to males
10   before puberty, is there?               10:51:32
11   A   No.
12   Q   Okay.
13   A   There is not.
14   Q   And now if we go to paragraph -- if we go to
15   page 18 -- I'm sorry -- paragraph 18, page 11, of    10:51:48
16   the same document.
17   A   Same pagination?
18   Q   Yeah.  So -- yeah.  So paragraph 18.  That's
19   the paragraph that begins with "External risk
20   factors."                        10:52:08
21   A   Yes, I see.
22   Q   And if you go five lines from the bottom,
23   there's a sentence that begins with "To the latter
24   point."
25   A   Uh-huh.                      10:52:16

Page 84

1    Q   Okay.  It says (as read):
2        "To the latter point, children don't
3        play contact sports with adults and,
4        as has already been discussed, after
5        the onset of puberty, men and women     10:52:24
6        compete in categories specific to
7        their own biological sex."
8        Do you see that?
9    A   Yes, I do.
10   Q   And I've read that correctly?            10:52:32
11   A   You did.
12   Q   Okay.  And so this sentence also refers to
13   men and women competing in -- I'll say this again.
14       You don't discuss anything about people
15   before puberty in this sentence, do you?        10:52:49
16       MR. FRAMPTON:  Objection to the form.
17       Go ahead.
18       THE WITNESS:  No, I don't.
19   BY MR. BLOCK:
20   Q   Okay.  Why did you say "after the onset of     10:52:57
21   puberty, men and women compete in categories
22   specific to their own biological sex"?
23   A   Well, that was probably overstated.  It --
24   those categories clearly exist prior to puberty as
25   well.                          10:53:23

Page 85

22 (Pages 82 - 85)

Armistead Supp. App. 0505

1   Q  Why -- why did you include the words "after
2   the onset of puberty"?
3       MR. FRAMPTON:  Objection to the form.
4       Go ahead.
5       THE WITNESS:  I believe because the divisions  10:53:30
6   are consistent -- are most consistent after puberty.
7   BY MR. BLOCK:
8   Q  And every line of this paper is your own
9   words and thought, right?
10  A  Correct.                                      10:53:57
11  Q  Okay.  And so you thought it was relevant to
12  include the words "after the onset of puberty" in
13  this sentence; correct?
14  A  I'm offering an opinion on safety as it --
15      MR. FRAMPTON:  Objection; form.
16      Go ahead.                                    10:54:07
17      THE WITNESS:  Yes.  For example,
18  six-year-olds will often play soccer together, boys
19  and girls.
20  BY MR. BLOCK:
21  Q  And do you think that that is a threat to the  10:54:21
22  safety of the girls?
23      MR. FRAMPTON:  Objection to the form.
24      THE WITNESS:  I didn't say that.
25  BY MR. BLOCK:
26  Q  Well, I'm -- I'm asking you.                  10:54:31

Page 86

1   Is -- are six -- when six-year-old boys and
2   six-year-old girls play soccer together, is that a
3   threat to the safety of those six-year-old girls?
4       MR. FRAMPTON:  Same objection.
5       Go ahead.                                    10:54:45
6       THE WITNESS:  Generally, when six-year-olds
7   play soccer together, there is not high risk to --
8   BY MR. BLOCK:
9   Q  I'm sorry, I -- I didn't hear the end of your
10  sentence.                                        10:55:06
11  A  I said --
12      MR. FRAMPTON:  Well, let me -- objection to
13  the form.
14      Go ahead and answer the question.
15      THE WITNESS:  Six-year-olds play soccer      10:55:15
16  together.  Their risks are -- the risk of injury, as
17  a group, is less.
18  BY MR. BLOCK:
19  Q  Do you think the -- risk is increased
20  when boys play?                                  10:55:33
21  A  To the extent that boys are faster than
22  girls, there could be increased risk.  The overall
23  speed and mass of six-year-olds is such that the
24  absolute risks are minuscule.
25  Q  Okay.  Are you providing an expert opinion    10:56:04

Page 87

1   today on the safety implications of allowing
2   prepubertal boys and prepubertal girls to play
3   sports together on the same team?
4       MR. FRAMPTON:  Objection to the form.
5       Go ahead.                                    10:56:25
6       THE WITNESS:  I'm providing an opinion on the
7   safety issues of boys and girls playing together on
8   the same team, including prepube- -- the prepube- --
9   the prepubertal population.
10  BY MR. BLOCK:                                    10:56:44
11  Q  So -- so you are -- you are also offering
12  testimony today on the safety of prepubertal boys
13  and prepubertal girls playing on the same team?
14  A  I'm offering an opinion on safety as it --
15  when -- particularly when boys cross over into      10:57:02
16  girls' sports, play on teams that are designated as
17  girls' teams, and those -- and the issues there have
18  to do with retained differences.
19  Q  Okay.  So just focusing on prepubertal
20  population -- okay, so nothing about after puberty,  10:57:38
21  just focusing on prepubertal population -- are --
22  you are offering testimony that it -- there are
23  safety risks of -- well, I'll take that back.
24      Just focusing on the prepubertal population,
25  are you offering testimony that it is not safe for  10:57:51

Page 88

1   prepubertal boys to play on -- on teams designated
2   for prepubertal girls?
3       MR. FRAMPTON:  Objection to the form.
4       THE WITNESS:  I believe that there is a
5   safety risk when -- that there can be a safety risk  10:58:06
6   when prepubertal boys cross over and play onto
7   girls' teams, yes.
8   BY MR. BLOCK:
9   Q  Is there a safety risk when prepubertal boys
10  and prepubertal girls play on coed teams?        10:58:20
11  A  Define a -- well, what coed team are you
12  talking about?
13  Q  Well, a team that --
14  A  Talking about -- are you talking about
15  recreational teams or competitive leagues?  What are  10:58:33
16  you talking about?
17  Q  Do you -- do you see a distinction between
18  the two?
19  A  Yes, I do.
20  Q  Okay.  So do you think -- are you testifying  10:58:47
21  that there's a safety risk when prepubertal boys and
22  prepubertal girls play on coed recreational teams?
23      MR. FRAMPTON:  Objection to the form.
24      THE WITNESS:  So recreational teams are
25  unique in that they're primarily designed for      10:59:02

Page 89

23 (Pages 86 - 89)

Armistead Supp. App. 0506

**Page 90**

```
1   enjoyment.  They're not primarily stratified for
2   purpose of competition.  So oftentimes the rules in
3   these leagues are altered to promote safety.
4        MR. BLOCK:  So can you --
5        Can the court reporter read back my question?  10:59:23
6        THE REPORTER:  Yes.
7        (Record read.)
8        MR. FRAMPTON:  Objection to the form.
9        Go ahead.
10       THE WITNESS:  There -- there could be safety   10:59:53
11  risks with coed participation, yes.
12  BY MR. BLOCK:
13   Q   On recreational teams?
14   A   It depends on how the sport is structured,
15  but yes.                                    11:00:03
16   Q   So you're comfortable saying when
17  six-year-olds play soccer together, the safety risks
18  are minuscule.  Is that true when seven-year-olds
19  play -- prepubertal boys and girls play soccer
20  together?                                   11:00:19
21       MR. FRAMPTON:  Object to the form.
22       Go ahead.
23       THE WITNESS:  I couldn't speak to that.
24  BY MR. BLOCK:
25   Q   But you can speak to six-year-olds?        11:00:26
```

**Page 91**

```
1        MR. FRAMPTON:  Same objection.
2        THE WITNESS:  I have.
3        I thought I answered that question.
4   BY MR. BLOCK:
5    Q   Why -- why can you speak to the safety     11:00:35
6   implications of six-year-olds, but not
7   seven-year-olds?
8        MR. FRAMPTON:  Object to the form.
9        Go ahead.
10       THE WITNESS:  As boys age, they develop skill   11:00:52
11  sets, and those evolve year to year.
12  BY MR. BLOCK:
13   Q   So --
14   A   I -- I cannot speak to a peer-reviewed study
15  that designates age six from age seven, no.    11:01:05
16   Q   So the difference between, you know, six and
17  seven or, you know, six and eight is that the boys
18  are developing skill sets that they didn't have when
19  they were younger?
20   A   In part.                               11:01:23
21       MR. FRAMPTON:  Objection to the form.
22  BY MR. BLOCK:
23   Q   Can you repeat your answer?
24       MR. FRAMPTON:  Yeah, my objection is noted.
25       Go ahead and repeat your answer.        11:01:32
```

**Page 92**

```
1        THE WITNESS:  In part.
2   BY MR. BLOCK:
3    Q   Why -- what's the other part?
4    A   Well, there are retained -- there are
5   biological differences from the beginning, and then   11:01:43
6   those biological differences start to combine with
7   additional distincters that begin to lead to
8   additive risk.
9    Q   All right.  But -- but those additional
10  distincters are a result of them acquiring     11:02:09
11  additional skills?
12       MR. FRAMPTON:  Same objection.
13       Go ahead.
14       THE WITNESS:  Well, define "skills."  If by
15  "skills" you mean they're becoming faster, they're   11:02:23
16  starting to become stronger, then yes.
17  BY MR. BLOCK:
18   Q   Well, you know, I'm trying to -- what did you
19  mean when you said develop additional skills a
20  couple of questions ago?                     11:02:42
21   A   Well, if you look at data on youth, in
22  elementary-aged youth, there's several studies out
23  there looking at population data, and they -- they
24  come to pretty consistent findings, which is that
25  boys outperform girls in measures of strength and   11:03:04
```

**Page 93**

```
1   speed and girls are generally more flexible.  And
2   the findings --
3    Q   Why --
4    A   -- are pretty consistent from region to
5   region and from investigator to investigator.     11:03:13
6    Q   And why didn't you include a discussion of
7   that in -- in this June 2021 paper?
8    A   I referenced Dr. Brown's paper, and he goes
9   through that fairly extensively.
10   Q   Well, do you reference Dr. Brown in this    11:03:29
11  June 2021 paper?
12   A   No.
13   Q   Okay.  So why didn't you discuss prepubertal
14  boys and girls in this June 2021 paper?
15       MR. FRAMPTON:  Object to the form.        11:03:46
16       Go ahead.
17       THE WITNESS:  That wasn't the focus of -- of
18  the paper.  The focus of that paper was primarily
19  the effect of testosterone on athletic development.
20  BY MR. BLOCK:                                11:04:07
21   Q   Why did you make that the focus of your
22  June 2021 paper?
23       MR. FRAMPTON:  Object to the form.
24       THE WITNESS:  I don't recall offhand what
25  specifically went into that decision.        11:04:26
```

24 (Pages 90 - 93)

1  BY MR. BLOCK:
2    Q  Can you recall what generally went into that
3  decision?
4       MR. FRAMPTON:  Same objection.
5       THE WITNESS:  I would say the same thing.    11:04:37
6  BY MR. BLOCK:
7    Q  So you -- you don't know why you decided to
8  focus on testosterone, you know, beginning with the
9  onset of puberty for your June 2021 paper?
10      MR. TRYON:  Objection.              11:04:53
11      MR. FRAMPTON:  Same objection.
12      THE WITNESS:  I -- I -- I can't recall
13  specifically why I excluded the prepubertal
14  population from that -- that paper.
15  BY MR. BLOCK:                          11:05:03
16   Q  If we go to page -- to paragraph 40, on
17  page 21 of the same document.
18      THE WITNESS:  Let me know when you're there.
19      MR. FRAMPTON:  Sorry, Josh, you said page 40?
20      MR. BLOCK:  Paragraph 40, page --      11:05:28
21      MR. FRAMPTON:  Paragraph 40.  Thank you.  I'm
22  so sorry.
23      THE WITNESS:  I think he did say page 40.
24      Hold on.
25      Okay.                          11:05:44
                                            Page 94

1  BY MR. BLOCK:
2    Q  If you go -- one, two, three, four, five --
3  seven -- seven or eight lines down, there's a
4  sentence that begins with "All of us."
5    A  Okay.                          11:05:59
6    Q  That sentence says (as read):
7       "All of us are familiar with basic
8        objective physiological differences
9        between the sexes which become
10       apparent after the onset of puberty,    11:06:06
11       and persist throughout adulthood."
12      Did I read that right?
13   A  You did.
14   Q  And this sentence, again, is talking about
15  things that happen after the onset of puberty;    11:06:18
16  correct?
17   A  Correct.
18   Q  And there's nothing in this sentence
19  referring to prepubertal kids; correct?
20   A  That wasn't the focus of this paper, so yes.    11:06:29
21   Q  Okay.  Now let's actually go to page 40,
22  paragraph 79.  Let me know when you're there.
23   A  I'm there.
24   Q  So after -- in the middle of the paragraph,
25  after the parenthetical, that cites to Hilton,    11:06:59
                                            Page 95

1  DeVarona, and Harper, there's a sentence that begins
2  with "As a medical doctor."
3       Do you see that?
4    A  I do.
5    Q  Okay.  So the -- it says (as read):    11:07:08
6       "As a medical doctor, I will focus
7        on those" --
8       I'll read this again, sorry.  (As read):
9       "As a medical doctor, I will focus
10       on those specific sex-based        11:07:15
11       characteristics of males who have
12       undergone normal sex-determined
13       pubertal skeletal growth and
14       maturation that are relevant to the
15       safety of female athletes."        11:07:27
16      Did I read that right?
17   A  Yes.
18   Q  Okay.  And so -- so this June 2021 paper is
19  focusing on sex-based characteristics of males who
20  have undergone normal sex-determined prepubertal    11:07:50
21  skeletal growth and maturation?
22   A  Correct.
23   Q  Why did you focus on people who have
24  undergone normal sex-determined prepubertal skeletal
25  growth and maturation?                11:08:03
                                            Page 96

1    A  Well, I --
2       MR. FRAMPTON:  Objection to form.
3       Go ahead.
4       THE WITNESS:  I thought you asked me that
5  already, and I thought I answered that I -- I can't    11:08:14
6  recall what the reason was for specifically focusing
7  on adolescent, postadolescent, over prepubertal.
8  BY MR. BLOCK:
9    Q  You don't -- do you have -- you didn't have
10  any background, medical training, that would, you    11:08:24
11  know, provide you information on why focusing on
12  changes that occur during puberty would be
13  important?
14      MR. TRYON:  Objection.
15      MR. FRAMPTON:  Objection to the form.    11:08:40
16      THE WITNESS:  I already answered that
17  question.  I think my last answer was best -- or my
18  first answer was best, but if you want me to answer
19  again, I will tell you again that I don't remember
20  why postadolescent or prepubertal -- or the pubertal    11:09:00
21  phase was focused on exclusively.
22  BY MR. BLOCK:
23   Q  All right.  Now let's turn to your expert
24  report dated February 23rd, 2022.  So that's
25  Exhibit 80.                          11:09:42
                                            Page 97

25 (Pages 94 - 97)

Armistead Supp. App. 0508

1    A  Okay.  I've got it.
2    Q  So if you go to paragraph -- so page 9,
3  paragraph 11 C.
4    A  Okay.
5    Q  And in the middle of paragraph 11 C, the --    11:10:07
6  there's a sentence that begins with "Even before."
7    A  Correct.
8    Q  So there you say (as read):
9       "Even before puberty, males have a
10      performance advantage over females    11:10:24
11      in most athletic events."
12      Correct?
13   A  That is correct.
14   Q  And that sentence wasn't contained in your
15  first version of your white paper from June 2021;    11:10:32
16  right?
17   A  As I said, that was not the focus of that
18  paper, so that's correct.
19   Q  Okay.  Why did you decide to include it in
20  this paper?    11:10:48
21   A  When --
22      MR. FRAMPTON:  Objection to the form.
23      Go ahead.
24      THE WITNESS:  When I was retained by
25  West Virginia in this case, discussions between    11:11:04

Page 98

1  attorneys at ADF and attorneys at West Virginia --
2      MR. TRYON:  I just want to insert here,
3  please don't -- again, this is attorney-client --
4  don't get into attorney-client protected
5  information.  So discussions with counsel are    11:11:26
6  protected.
7      MR. FRAMPTON:  Right.
8      MR. TRYON:  But to the extent that you can
9  answer that without disclosing that -- those
10  communications, you may do so.    11:11:32
11      MR. FRAMPTON:  Yeah, same -- same
12  instruction.
13      THE WITNESS:  Okay.  So I -- I -- I guess
14  what I would say is that the initial report was
15  filed -- was created prior to being retained by the    11:11:42
16  State of West Virginia and the updated paper that
17  you have was updated to include the prepubertal
18  population because my understanding is that the
19  defendant in this case is -- is young.
20  BY MR. BLOCK:    11:12:14
21   Q  Before you were asked to update the white
22  paper, did you have an expert opinion regarding the
23  safety implications of prepubertal boys and girls
24  playing together?
25      MR. FRAMPTON:  Objection to the form.    11:12:26

Page 99

1      THE WITNESS:  Many of the considerations that
2  exist in that first paper are relevant to the
3  prepubertal group.  I suspected that they would
4  probably hold, and I do believe that they hold.
5  BY MR. BLOCK:    11:12:58
6    Q  So -- so before you were asked to update your
7  paper, you had an expert opinion that it would be
8  unsafe for prepubertal girls and play -- and boys to
9  play together?
10      MR. FRAMPTON:  Objection to the form.    11:13:10
11      THE WITNESS:  As I said, I suspected that
12  there was probably risk in that population as well.
13  BY MR. BLOCK:
14   Q  Now, you talked about the literature review
15  you conducted for creating your white paper.  What    11:13:31
16  sort of literature review did you conduct for the
17  process of updating the right -- the white paper to
18  discuss prepubertal kids?
19   A  I went more into the picture on population
20  testing, looking at what differences in performance    11:14:01
21  were between boys and girls.  I looked at
22  international and national performance records,
23  databases.  I looked at ratified standards for --
24  that had been determined through, for instance, the
25  presidential physical fitness test.    11:14:35

Page 100

1    Q  How did you identify what sources to look at?
2    A  PubMed.  I own -- well, PubMed.
3    Q  Did you review any sources that were not
4  included in Dr. Brown's 2022 expert report?
5      MR. FRAMPTON:  Objection to the form.    11:15:06
6      THE WITNESS:  I couldn't speak to that
7  because I haven't cross-referenced his bibliography
8  to mine.
9  BY MR. BLOCK:
10   Q  In paragraph 16, page 12 of your report,    11:15:26
11  could you turn to that?
12   A  Yes, I'm there.
13   Q  So -- so right before paragraph 17, the --
14  the final sentence in paragraph 16, it says (as
15  read):    11:15:53
16      "Although most easily documented in
17      athletes who have gone through
18      puberty, these differences are not
19      exclusively limited to
20      post-pubescent athletes either."    11:16:04
21      Did I read that right?
22   A  You did.
23   Q  Okay.  And how -- can you explain to me how
24  these differences are most easily documented in
25  athletes who have gone through puberty?    11:16:17

Page 101

26 (Pages 98 - 101)

Armistead Supp. App. 0509

1   A  Of course.
2      The differences between men and women with
3   regards to strength and -- both upper and lower
4   body -- and muscle mass and power increase,
5   there's -- there's greater separation between the      11:16:48
6   sexes after puberty has occurred.  That doesn't mean
7   that there's no difference prior.
8   Q  But you -- you say it's most easily
9   documented.  What did you mean by "most easily
10  documented"?                                           11:17:07
11     MR. FRAMPTON:  Object to the form.
12     MR. BLOCK:  I'm sorry, what's the -- what's
13  the form objection to that?
14     MR. FRAMPTON:  The objection is I -- I
15  don't -- I don't think you've properly stated what     11:17:30
16  he said.
17  BY MR. BLOCK:
18  Q  What -- what did you mean when you said "most
19  easily documented"?
20  A  Meaning that the -- that wider differences           11:17:39
21  are more apparent than narrow differences.
22  Q  So paragraph 17 says (as read):
23     "I have reviewed the expert
24     declaration of Gregory A. Brown,
25     Ph.D., FACM of February 23, 2022,               11:17:58

Page 102

1   provided in this case..."
2      Correct?
3   A  Correct.
4   Q  Okay.  And the date of this document that
5   we're reading from is also February 23rd, 2022;        11:18:09
6   correct?
7   A  Correct.
8   Q  Okay.  So how did you read Dr. Brown's expert
9   declaration dated the same day as your declaration?
10  A  That was provided to me by attorneys at ADF.    11:18:31
11  Q  Did you read Dr. Brown's declaration after it
12  had already been signed?
13  A  I can't speak to when he signed that, so I
14  don't know the answer to that question.
15  Q  Did you review Dr. Brown's declaration on        11:18:52
16  February 23rd, 2022?
17  A  I don't recall when I reviewed it.
18  Q  Now, the sentence continues -- I'll just read
19  it from the beginning again.
20     (As read):                                    11:19:15
21     "I have reviewed the expert
22     declaration of Gregory A. Brown,
23     Ph.D., FACM of February 23, 2022,
24     provided in this case, which
25     includes evidence from a wide              11:19:23

Page 103

1   variety of sources, including
2   population-based mass testing data,
3   as well as age-stratified
4   competition results, all of which
5   support the idea that prepubertal            11:19:35
6   males run faster, jump higher and
7   farther, exhibit higher aerobic
8   power output, and have greater upper
9   body strength (evidenced by stronger
10  hand grip and better performance             11:19:45
11  with chin-ups or bent arm hang) than
12  comparably aged females."
13     Did I read that right?
14  A  You did.
15  Q  Okay.  And then you go on to say that this is  11:19:55
16  documented in Presidential Fitness Test, Euro
17  Fitness Test and additional mass testing data from
18  the UK and Australia; correct?
19  A  Correct.
20  Q  Now, are those fitness tests what you were     11:20:05
21  referring to earlier when you were discussing
22  additional research you had done to update your
23  white paper?
24  A  Yes.
25  Q  Okay.  Do you actually cite to those fitness   11:20:18

Page 104

1   test results in the bibliography of this white
2   paper?
3   A  I don't believe that that's in there.
4   Q  Okay.  So does this refresh your recollection
5   about whether you -- about how -- I'll take this --   11:20:36
6   I'll -- strike that.  I'll ask again.
7      Do you -- did you become aware of these
8   differences in test results from reading Dr. Brown's
9   declaration?
10  A  No.  I had been familiar with some of those    11:20:55
11  papers prior.
12  Q  When did you become familiar with them?
13  A  In the course of -- likely in the course of
14  initial review, on -- on PubMed searches.
15  Q  Can you turn to page 61 of the document?       11:21:24
16  That's your bibliography.
17  A  Okay.
18  Q  Can you point out to me the sources in the
19  bibliography addressing performance differences
20  between -- or -- or differences in body composition  11:22:03
21  between prepubertal girls and prepubertal boys?
22  A  We're speaking to performance differences;
23  correct?
24  Q  Or physiological differences.
25  A  Papers that I referenced are not in there.    11:23:25

Page 105

27 (Pages 102 - 105)

1    Q   Okay.  Why not?
2    A   I reviewed -- papers that I had reviewed
3    beforehand were referenced within Dr. Brown's
4    report.
5    Q   On the -- if -- going back to paragraph 17,    11:24:26
6    which is -- well, if you could go back to
7    paragraph 17.  So that's pages 12 and 13.
8        12 and 13.  Hopefully, I said that correctly.
9        If you could go to the end of paragraph 17,
10   which is on page 13.                         11:24:51
11   A   Okay.
12   Q   Let me know when you're there.
13   A   I'm there.
14   Q   Okay.  It says (as read):
15       In sum, a large and unbridgeable       11:25:01
16       performance gap exists between
17       the" -- "exists" --
18       Let me try that again.  I need another cup of
19   coffee.
20       It says (as read):                      11:25:11
21       "In sum, a large and unbridgeable
22       performance gap between the sexes is
23       well-studied and equally
24       well-documented, beginning in many
25       cases before puberty."                   11:25:20

Page 106

1        Do you see that sentence?
2    A   I do.
3    Q   Okay.  Is -- do you believe that the
4    performance gap before puberty is unbridgeable?
5    A   No, that's not what I said.             11:25:37
6    Q   That's why I'm asking the question.
7    A   No.
8    Q   Do -- do you --
9    A   What -- what it says is large and
10   unbridgeable performance gap between the sexes is  11:25:46
11   well-studied beginning in many cases before puberty.
12   Q   Okay.  In -- in many cases, is there an
13   unbridgeable performance gap before puberty?
14   A   I believe, based on the -- I believe if you
15   look at the -- of how sex-based records break down,  11:26:14
16   that we're talking about upper-end performance that
17   it reflects, in -- as I said, in many cases, an
18   unbridgeable gap.
19   Q   How about average differences between boys
20   and girls before puberty, is the gap so large to be  11:26:44
21   unbridgeable?
22   A   Not in all cases, no.
23   Q   In which case is -- is it large enough to be
24   unbreakable?
25   A   Well, for example, boys can outperform girls  11:27:02

Page 107

1    as early as age seven and ups at between 100 and
2    1200 percent improved.
3    Q   And do you have an expert opinion on whether
4    or not those differences are attributable to innate
5    physiological characteristics?              11:27:41
6    A   As -- as a physician who works with athletes
7    of all ages, every day, I do have an opinion that
8    biology plays a role in the measured performance
9    differences that exist in the literature with
10   respect to prepubertal children, yes.        11:28:11
11   Q   So you said biology plays a role.
12       Is biology the exclusive thing that plays a
13   role?
14   A   I'm not aware of any peer-reviewed study that
15   looks at the exact contribution of biology versus  11:28:36
16   other causes when it comes to performance in
17   prepubertal children.
18   Q   Are you -- are you aware of any data
19   measuring the performance of transgender girls
20   before puberty in -- in athletic contests or  11:28:51
21   physical fitness studies?
22   A   I'm not aware of any literature looking
23   specifically at prepubertal transgender girls in --
24   in their performance of sport, no.
25   Q   Just to clarify the scope of your expert  11:29:14

Page 108

1    opinions in this case, are you providing an expert
2    opinion in this case regarding athletic advantages
3    between males and females?
4        MR. FRAMPTON:  Objection; form.
5        Go ahead.                               11:29:46
6        THE WITNESS:  I am providing an opinion in
7    this case on the safety issues that exist when those
8    of one sex cross over and participate in sports.
9    BY MR. BLOCK:
10   Q   So -- so your expert opinion in this case is  11:30:01
11   exclusively about the safety issues; correct?
12       THE VIDEOGRAPHER:  I believe Dr. Carlson's
13   Internet might have been having a problem.  You
14   might need to repeat your question.
15       MR. BLOCK:  Sure.                       11:30:37
16   BY MR. BLOCK:
17   Q   So your expert testimony in this case is
18   exclusively about the safety issues involved when
19   males and females play together; right?
20       MR. FRAMPTON:  Objection; form.          11:30:53
21       Go ahead.
22       THE WITNESS:  It is about the safety issues
23   that are involved when males and -- when males cross
24   over into women's sports particularly, and some of
25   that opinion relates to differences in certain  11:31:08

Page 109

28 (Pages 106 - 109)

Armistead Supp. App. 0511

| | |
|---|---|
| 1 variables, such as speed. | 1 expanded slightly to include consideration of the |
| 2 BY MR. BLOCK: | 2 prepubertal athlete. And since sport -- gender -- |
| 3   Q   You're not providing an expert opinion on the | 3 or sex stratification in youth teams is still widely |
| 4 fairness of allowing transgender girls to | 4 prevalent, they altered those words. |
| 5 participate on girls' teams; right?          11:31:29 | 5   Q   Are you providing an expert opinion in this   11:34:50 |
| 6   A   I'm not providing an opinion on fairness as | 6 case about transgender girls and women who never go |
| 7 relates to transgender participation, no. | 7 through endogenous puberty as a result of puberty |
| 8   Q   If you could go to paragraph 21 of your | 8 blockers followed by gender-affirming hormones? |
| 9 report -- it's on page 15. So about four lines from | 9       MR. FRAMPTON: Objection; form. |
| 10 the top -- there's a sentence that begins with "To   11:32:12 | 10       THE WITNESS: Can you -- you ask that one   11:35:07 |
| 11 the latter point." | 11 more time? |
| 12   A   "To the latter point, children don't play | 12 BY MR. BLOCK: |
| 13 contact sports..."? | 13   Q   Yeah. So are you providing an expert |
| 14   Q   Yeah. So it says (as read): | 14 report -- excuse me, I'll say it again. |
| 15       "To the latter point, children don't   11:32:28 | 15       Are you providing an expert opinion in this   11:35:14 |
| 16       play contact sports with adults and, | 16 case about transgender girls and women who never go |
| 17       in a great majority of cases, men | 17 through endogenous puberty as a result of taking |
| 18       and women compete in categories | 18 puberty blockers followed by gender-affirming |
| 19       specific to their own biological | 19 hormones? |
| 20       sex."                              11:32:37 | 20       MR. FRAMPTON: Same objection.          11:35:29 |
| 21       Do you see that? | 21       Go ahead. |
| 22   A   I do. | 22       THE WITNESS: So to the extent that they are |
| 23   Q   Okay. And so that sentence has been changed | 23 prepubertal biological males, yes. |
| 24 from the version of that sentence that appeared in | 24 BY MR. BLOCK: |
| 25 your June 2021 report; correct?          11:32:49 | 25   Q   How about to the extent that they have   11:35:36 |
| Page 110 | Page 112 |

| | |
|---|---|
| 1   A   I can't recall. I'd have to go back and look | 1 received puberty blockers followed by |
| 2 at that report. | 2 gender-affirming hormones to stimulate the |
| 3   Q   Okay. Let's go back and look at it. It's on | 3 equivalent of a typically female puberty? |
| 4 page 11 of your earlier report. | 4       MR. FRAMPTON: Objection; form. |
| 5   A   Okay.                              11:33:37 | 5       THE WITNESS: My opinion in this case extends   11:35:51 |
| 6   Q   All right. So on page 11 of your report, | 6 to sports safety issues in both the prepubertal and |
| 7 paragraph 18, a couple lines from the bottom, it | 7 the pubertal population. |
| 8 says (as read): | 8 BY MR. BLOCK: |
| 9       "To the latter point, children don't | 9   Q   Okay. Does it address safety issues of the |
| 10       play contact sports with adults and,   11:33:45 | 10 participation of transgender girls and women who   11:36:11 |
| 11       as has already been discussed, after | 11 receive puberty blockers and then receive |
| 12       the onset of puberty, men and women | 12 gender-affirming hormone therapy that has effects on |
| 13       compete in categories specific to | 13 bone and muscle structure and causes them to |
| 14       their own biological sex." | 14 develop, you know, typically female hips and -- and |
| 15       Do you see that?          11:33:54 | 15 things like that?                      11:36:26 |
| 16   A   I do. | 16       MR. FRAMPTON: Objection to form. |
| 17   Q   Okay. And so then in your February report, | 17       MR. TRYON: Objection; form. |
| 18 the -- the words after "the onset of puberty" are | 18       THE WITNESS: That's -- that's a complex |
| 19 taken out, and the words "in the great majority of | 19 question. Can you unpack that a little bit? |
| 20 cases" are -- are put in; is that right?          11:34:10 | 20 BY MR. BLOCK:                          11:36:39 |
| 21   A   Correct. | 21   Q   Sure. So you, so far -- in response to my |
| 22   Q   Okay. And so why did you make that change? | 22 questions about people who have blockers, you've |
| 23   A   Well, I believe, as we had discussed, the | 23 equated transgender girls who have blockers to |
| 24 focus on the first draft was primarily in the | 24 prepubertal boys and someone who has -- a |
| 25 adolescent age and later, and the second draft was   11:34:23 | 25 transgender girl who has puberty blockers and then   11:36:52 |
| Page 111 | Page 113 |

29 (Pages 110 - 113)

Armistead Supp. App. 0512

1  receives gender-affirming hormones, you know,
2  stimulates a lot of other changes that prepubertal
3  boys don't have; correct?
4      MR. FRAMPTON: Objection to form.
5      THE WITNESS: I don't --        11:37:05
6      MR. FRAMPTON: Go ahead.
7      THE WITNESS: I don't think that that's been
8  widely looked at. I know that there's -- I -- I
9  don't think that that's been widely looked at or
10 extensively looked at, as to what the effects of    11:37:16
11 that treatment would be on athletic performance.
12 BY MR. BLOCK:
13     Q  Are you providing an expert opinion on what
14 the effects of that treatment would be on safety?
15     MR. FRAMPTON: Object to the form.    11:37:36
16     Go ahead.
17     THE WITNESS: I'm providing an opinion on the
18 potential effects on safety of a biological male,
19 even at age 10 or 11, pick your age, of crossing
20 over into a woman's sport and participating in    11:37:53
21 contact and collision sports.
22 BY MR. BLOCK:
23     Q  All right. That's not the answer to my
24 question. I -- I asked are you providing an expert
25 opinion on the safety of -- of some -- a transgender    11:38:03

Page 114

1  girl who has received blockers and then
2  gender-affirming hormones participating on girls'
3  sports teams.
4      A  Am I -- I -- I am providing an opinion on the
5  potential safety issues of a hypothetical individual    11:38:39
6  like this participating on girls' sport team --
7  girls' sports teams, yes.
8      Q  What -- what's your basis for providing an
9  expert opinion regarding a transgender girl who has
10 received blockers and then gone on to receive    11:38:57
11 gender-affirming hormones?
12     A  That would have to do with whether or not
13 there are differences between the sexes at the time
14 of puberty.
15     Q  Well, I'm talking about someone who has    11:39:21
16 received blockers but then received gender-affirming
17 hormones to stimulate the equivalent of a typically
18 female puberty.
19     Are you -- what's your basis for providing an
20 expert opinion on the safety risks of that person    11:39:39
21 participating on girls' sports?
22     MR. TRYON: Objection.
23     THE WITNESS: To my --
24     MR. FRAMPTON: Objection to form.
25 ///

Page 115

1  BY MR. BLOCK:
2      Q  You can answer.
3      A  There's not extensive research looking at the
4  situation that you're talking about.
5      Q  So --                11:39:59
6      A  The effect of sports -- of gender-affirming
7  hormones on sports participation.
8      Q  So if there's not a lot of research, do you
9  have a basis for offering an expert opinion about
10 it?                    11:40:16
11     MR. FRAMPTON: Same objection.
12     Go ahead.
13     THE WITNESS: My opinion is grounded in an
14 understanding of what plays into injury risk and
15 differences that exist between the sexes.    11:40:30
16 BY MR. BLOCK:
17     Q  Do you know what differences exist for --
18 between a cisgender woman and a transgender woman
19 who received puberty blockers followed by
20 gender-affirming hormones?            11:40:49
21     MR. TRYON: Objection to form.
22     THE WITNESS: My -- my understanding is there
23 is retained differences in lean body mass between
24 them.
25 ///

Page 116

1  BY MR. BLOCK:
2      Q  What's that understanding based on?
3      A  The one study I'm familiar with that looked
4  at that, which was authored by Klaver.
5      Q  And that's a study that you didn't cite in    11:41:10
6  your report; correct?
7      A  Correct.
8      Q  You only looked at that study for the first
9  time in preparing for this deposition; correct?
10     MR. FRAMPTON: Objection to the form.    11:41:22
11 BY MR. BLOCK:
12     Q  You can answer.
13     A  I looked at it in preparation for this
14 deposition, yes.
15     Q  So you looked at it for the first time after    11:41:37
16 you had already submitted your report; correct?
17     A  Correct.
18     Q  And is it your understanding that the people
19 in that study received puberty blockers at the
20 beginning of Tanner II?            11:41:49
21     A  Around -- I believe around age 13, 14.
22     Q  And as a medical doctor, what's your
23 understanding of when Tanner II typically begins for
24 boys?
25     A  Again, I'm a sports medicine physician. I'm    11:42:05

Page 117

30 (Pages 114 - 117)

1 not an endocrinologist.
2   Q  Well --
3       MR. FRAMPTON:  Did it not pick up his answer?
4 I thought he answered the -- there was no reaction
5 when he said an age, so I just wanted to make sure   11:42:27
6 it was picked up.
7       MR. BLOCK:  It was not.
8       MR. FRAMPTON:  Okay.
9       THE WITNESS:  I said age 12.
10 BY MR. BLOCK:                            11:42:34
11   Q  Age 12.
12       Have you done any modeling of the safety
13 risks associated with prepubertal boys playing on
14 sports teams with prepubertal girls?
15       MR. FRAMPTON:  Objection to the form.   11:42:57
16       Go ahead.
17       THE WITNESS:  Define what you mean by
18 "modeling."
19 BY MR. BLOCK:
20   Q  You discuss modeling of safety risks in your   11:43:08
21 report, don't you?
22   A  Correct.
23   Q  So that's what I mean by "modeling."
24       Have you conducted any modeling of the safety
25 risks of prepubertal boys playing on teams with   11:43:22

Page 118

1 prepubertal girls?
2   A  I'm not sure what you mean by modeling these
3 risks.  The -- the extent to which prepubertal kids
4 do or don't fit into that model depends on whether
5 there are measurable differences between the sexes   11:43:50
6 in terms of things like speed or strength.
7   Q  And so --
8   A  To the extent that there are measurable
9 differences noted between them, then, yes, the model
10 applies.                                  11:44:13
11   Q  But you haven't actually done that modeling,
12 have you?
13       MR. FRAMPTON:  Objection to the form.
14       THE WITNESS:  I thought I answered that
15 question.  I'm not sure -- do you mean have I   11:44:22
16 published data on that?
17 BY MR. BLOCK:
18   Q  Not have you published it.  Have you done it
19 yourself?  Have you plugged the values into
20 equations and -- and come up with a model similar   11:44:35
21 to, you know, rugby's model?
22       MR. FRAMPTON:  Objection to the form.
23       Go ahead.
24       THE WITNESS:  Have I taken a calculator and
25 calculated this out with prepubertals?  I'm not sure   11:44:56

Page 119

1 I understand why that's necessary.
2       If -- if -- there either are or there aren't
3 differences between the sexes in terms of variables
4 that equate to athletic performance or -- lead to
5 athletic performance, and if there are, then   11:45:19
6 absolute injury risk can be increased.
7 BY MR. BLOCK:
8   Q  So you don't -- no -- no matter how small a
9 difference is you, you don't think that's relevant to
10 assessing, you know, safety risks?   11:45:33
11       MR. FRAMPTON:  Object to the form.
12       THE WITNESS:  I'm not sure what you're asking
13 there, but -- but measurable differences can lead to
14 increased safety risk, yes.
15 BY MR. BLOCK:                            11:45:55
16   Q  World Rugby actually calculated a -- a model
17 of the safety risks of an average man playing rugby
18 with an average woman; correct?
19   A  Correct.  That was part of their process.
20   Q  Okay.  And so they went through the steps of   11:46:12
21 actually calculating it; correct?
22   A  They did.
23   Q  Okay.  And -- but you did not go through
24 those steps for purposes of calculating a safety
25 risk of an -- prepubertal boys playing on teams with   11:46:26

Page 120

1 prepubertal girls; right?
2       MR. FRAMPTON:  Same objection.
3       THE WITNESS:  Well, I think I speak to the --
4 in the paper as to how that risk might be
5 calculated.                              11:46:39
6 BY MR. BLOCK:
7   Q  Yeah, you -- you spoke to how it might be
8 calculated, but you didn't actually calculate it;
9 correct?
10   A  I'm not -- I'm not sure where you're going   11:46:46
11 with that, but --
12   Q  I just need a "yes" or "no" answer whether
13 you did it or not.
14       MR. FRAMPTON:  Object to the form.
15       Go ahead.                           11:46:55
16 BY MR. BLOCK:
17   Q  You did not actually go through the steps of
18 calculating the model of the safety risk for
19 prepubertal boys playing with prepubertal girls?
20   A  I did not take, for example, an   11:47:02
21 eight-year-old male and -- his mass and speed into a
22 force equation and then compare it to another
23 eight-year-old female.  I'm not sure what that
24 was -- would accomplish.
25   Q  Okay.  So how -- so you don't have the -- the   11:47:19

Page 121

31 (Pages 118 - 121)

Armistead Supp. App. 0514

Page 122

1  modeling data to compare the relative risk for
2  prepubertal kids to the relative risk for men and
3  women after puberty, do you?
4      A  I do not have a database to present to you,
5  no.                                    11:47:41
6      Q  Is it your understanding that the risk is
7  smaller for prepubertal kids than for people after
8  puberty?
9          MR. TRYON:  Objection; form of the question.
10         MR. FRAMPTON:  Same objection.        11:47:57
11         THE WITNESS:  Do you want to rephrase?
12  BY MR. BLOCK:
13     Q  Is -- is it your understanding that the
14  increased risk is smaller with respect to
15  prepubertal boys and girls than adult men and women?  11:48:10
16         MR. TRYON:  Objection to form.
17         THE WITNESS:  I'm asked -- I'm retained to
18  look to -- to weigh in on whether or not a risk
19  exists, and based on differences between the sexes,
20  even at a prepubertal age, a heightened risk exists.  11:48:28
21  BY MR. BLOCK:
22     Q  So -- wait, so -- so your expert opinion is
23  only whether or not there is exists -- a risk
24  exists, not on how great the risk is?
25         MR. FRAMPTON:  Object to the form.      11:48:42

Page 123

1          THE WITNESS:  I can -- I can speak to the
2  fact that the risk is going to be greater with a
3  larger, faster, more powerful individual than it
4  would be with somebody who is less so, but as long
5  as there are retained differences, there's still    11:49:01
6  risk.
7  BY MR. BLOCK:
8      Q  Have you calculated the difference in risk
9  from a woman with PCOS participating in women's
10  sports?                                   11:49:19
11     A  I'm not -- I haven't been retained to weigh
12  in on individuals with disorders of sexual
13  development.
14     Q  Okay.  So do you -- you don't know one way or
15  another whether or not there's an increased risk    11:49:32
16  when a woman with PCOS plays with other women in --
17  in female sports?
18         MR. TRYON:  Objection to form.
19         MR. FRAMPTON:  Object to the form.
20         THE WITNESS:  I have not looked at that    11:49:49
21  specifically.
22  BY MR. BLOCK:
23     Q  So --
24     A  To my knowledge, there is not a peer-reviewed
25  study looking at individuals who have PCOS and their  11:49:56

Page 124

1  imparted risk on an athletic field.
2      Q  And there's no peer-reviewed study looking at
3  prepubertal kids and their -- boys and their
4  imparted risk on an athletic field, is there?
5      A  That's why I was retained.           11:50:18
6      Q  Okay.  And there's no peer-reviewed study
7  looking at transgender women and their risk to other
8  women from participating in an athletic field;
9  right?
10         MR. FRAMPTON:  Object to the form.       11:50:30
11         Go ahead.
12         THE WITNESS:  There are multiple studies that
13  show retention of significant differences in the
14  types of things that would lead to disparities in
15  strength, power, speed, etcetera, all of which can    11:50:47
16  contribute to heightened injury risk, which was the
17  underpinning of World Rugby's finding.
18  BY MR. BLOCK:
19     Q  Right.  But --
20         MR. BLOCK:  Can you read back my question,    11:50:58
21  Court Reporter.
22         (Record read.)
23         MR. FRAMPTON:  Same objection.
24         MR. TRYON:  Objection; form.
25         THE WITNESS:  To my knowledge, there has been  11:51:21

Page 125

1  no peer-reviewed study looking at the injury risk
2  that exists to cisgender women when transgender
3  women cross over and play.  That issue is, to my
4  knowledge, not often tracked.
5  BY MR. BLOCK:                             11:51:45
6      Q  Can we look at page 2 of your report.
7      A  Which report are you talking about?
8      Q  Your -- your February report.
9          MR. FRAMPTON:  I'm sorry, Josh, what -- what
10  page did you tell him to go to?           11:52:05
11         MR. BLOCK:  Page 2.  Exhibit --
12         MR. TRYON:  Which exhibit is this, please?
13         MR. BLOCK:  80.  Exhibit 80.
14         THE WITNESS:  Okay.
15  BY MR. BLOCK:                             11:52:26
16     Q  If you look at the -- the final sentence, at
17  the bottom, that begins with "As a medical doctor."
18     A  Okay.
19     Q  It says (as read):
20      "As a medical doctor who has spent        11:52:32
21      my career in sports medicine, it is
22      my opinion that World Rugby's
23      assessment of the evidence is
24      scientifically sound, and that
25      injury modeling meaningfully          11:52:41

32 (Pages 122 - 125)

Armistead Supp. App. 0515

1    predicts that biologically male
2    transgender athletes do constitute a
3    safety risk for the biologically
4    female athlete in women's sports."
5    Did I read that right?          11:52:53
6    A  Yes.
7    Q  And so you think that World Rugby did a
8  thorough job; correct?
9    A  I think that their approach, as they've
10 described it, was sound.  I wouldn't say that they    11:53:10
11 did a thorough job, no.
12   Q  Why wouldn't you?
13   A  Because the research database that they
14 published relates completely to adult athletes or
15 postpubescent athletes.         11:53:33
16   Q  How do you know that?
17   A  Because I've looked at it.
18   Q  When did you look at it to determine whether
19 it relates solely to adult athletes?
20     MR. FRAMPTON:  Object to the form.    11:53:46
21     Go ahead.
22     THE WITNESS:  I -- I can't tell you that
23 exactly.  It would have been around the time that I
24 was reformatting this report.
25 ///
                                    Page 126

1  BY MR. BLOCK:
2    Q  So you looked more closely at that issue, you
3  know, after the first version of your report was
4  filed; right?
5    A  Yes.               11:54:00
6    Q  What is World Rugby's policy with respect to
7  the participation of transgender women who have had
8  puberty blockers followed by gender-affirming
9  hormones?
10   A  By understanding is that they, in their    11:54:13
11 policy statement, have stated that those individuals
12 are not subject to the same exclusions.
13   Q  When did you become aware that World Rugby
14 allows those individuals to participate?
15     MR. FRAMPTON:  Object to the form.    11:54:36
16     THE WITNESS:  Well, it's -- it's in their
17 report.  So I don't recall.  I mean, at -- again, at
18 the point in time that I was reviewing their data.
19 I can't tell you when that was.
20 BY MR. BLOCK:              11:54:47
21   Q  When -- when you submitted your June 2021
22 report, were you aware that World Rugby allowed
23 transgender women to participate if they had
24 received blockers and never gone through endogenous
25 puberty?              11:55:02
                                    Page 127

1    MR. FRAMPTON:  Objection; form.
2    Go ahead.
3    THE WITNESS:  I can't -- I can't recall.  I
4  can't speak to that.  Again, it wasn't really the
5  focus of that report.         11:55:17
6  BY MR. BLOCK:
7    Q  So do -- do you think that you know better
8  than World Rugby about the safety risks of allowing
9  a transgender woman to play if she's received
10 blockers followed by gender-affirming care?    11:55:31
11     MR. FRAMPTON:  Objection to form.
12     MR. TRYON:  Objection to form.
13     MR. FRAMPTON:  Go ahead.
14     THE WITNESS:  I think with any set of
15 guidelines, clinicians particularity, since these    11:55:41
16 types of things bear relevance on what we do, we
17 have to kind of look at everything and make
18 determinations based on what we know and what's
19 being said.
20     And so I -- I can agree with the bulk of the    11:55:54
21 findings of World Rugby, particularly with regards
22 to the type of athlete that's reflected in the
23 literature review that they've provided, and still
24 take exception with the idea that there isn't
25 risk -- that there isn't a risk consideration with    11:56:21
                                    Page 128

1  prepubertal athletes.
2  BY MR. BLOCK:
3    Q  Do -- you don't -- do you think that the
4  degree of -- of risk is relevant in determining
5  whether it justifies an exclusion?         11:56:30
6    A  That's a policy --
7     MR. FRAMPTON:  Objection to form and scope.
8     Go ahead.
9     THE WITNESS:  That's a policy issue.  That's
10 not my job.  My job is just to say is there a risk.    11:56:40
11 BY MR. BLOCK:
12   Q  All right.  Well, there's increased risk from
13 the participation of a taller cisgender woman;
14 correct?
15   A  That's a vague question.  Can you restate it?    11:56:52
16   Q  Yeah.  So the taller -- so when -- the taller
17 a female athlete is, the more she increases the risk
18 of injury for other female athletes; correct?
19   A  Again, I don't feel like I can answer that
20 question.  You're not providing me with enough    11:57:19
21 context.
22   Q  Well, you said as long as there's a
23 difference, that can create risk.
24     So doesn't height affect the safety risks for
25 other athletes?              11:57:33
                                    Page 129

                                    33 (Pages 126 - 129)

**Page 130**

1  A  Height in the context of what?  Give me
2  context.
3  Q  How about volleyball.
4  A  Okay.  So ask it in -- in the context of
5  volleyball.                                    11:57:49
6  Q  So the taller a female athlete is, the
7  greater risk she poses to other female athletes in
8  volleyball; correct?
9  A  So we're talking about biological females
10  playing with each other?  Is that what we're talking  11:57:59
11  about?
12  Q  Yes.
13  A  I -- I think with -- when it comes to
14  biological females playing together, they tend to --
15  there are outliers, of course, but they're outliers  11:58:16
16  within a relatively defined biological pool.
17      To your question, if you have a really tall
18  athlete in volleyball, at the net, they're going to
19  be able to spike the ball vertically, theoretically,
20  or forcefully, but it's not just height that plays  11:58:42
21  into that.  It's leg strength.  It's jumping
22  ability.  It's arm extension.  So you've got a
23  convergence of factors that are going to play into
24  it.
25      But -- but within the sexes, yeah, you can  11:58:55

**Page 131**

1  have some individuals that provide -- who -- who are
2  larger and taller, stronger than others.
3      But that's not the same thing as blending
4  sexes.
5  Q  So -- but you're not -- you're not providing  11:59:17
6  an expert opinion on the degree of risks; correct?
7  You're just providing an expert opinion on whether a
8  risk of any amount exists?
9      MR. FRAMPTON:  Objection to the form.
10      THE WITNESS:  I was retained in this case to  11:59:33
11  provide an opinion on whether there -- there's a
12  safety risk associated with gender crossover in
13  interscholastic sports.
14  BY MR. BLOCK:
15  Q  So --                                    11:59:47
16  A  And it's not my role to determine the
17  relevance of absolute risk; it's just to say whether
18  a risk exists.
19  Q  Okay.  So you're not providing an expert
20  opinion comparing the degree of risk from allowing a  12:00:03
21  transgender woman to compete to the degree of risk
22  from allowing any particular cisgender woman to
23  compete?
24  A  Well, I didn't say that.
25      MR. FRAMPTON:  Objection to the form.  12:00:18

**Page 132**

1  BY MR. BLOCK:
2  Q  That's my question.
3      So -- so you're -- are you -- are you -- are
4  you providing an opinion that allowing a transgender
5  woman who's received blockers to compete with other  12:00:27
6  women provides a greater safety risk than allowing
7  certain cisgender women to compete on the same team?
8      MR. FRAMPTON:  Objection to the form.
9      THE WITNESS:  I am arguing that allowing a
10  transgender -- a biologically born male who  12:00:47
11  transitions to a female and plays on a female sports
12  team, I am arguing that there are safety risks
13  associated with that, yes.
14  BY MR. BLOCK:
15  Q  So -- so I'm focusing now --  12:01:09
16  A  That have the potential to exceed that of
17  overall risks when cisgender athletes are playing
18  together.
19  Q  So I'm -- I'm focusing specifically on a
20  transgender woman who has received blockers followed  12:01:23
21  by gender-affirming care.  So I want to focus your
22  attention on that specific fact pattern.
23      The only physiological difference that has
24  been identified in your report, you know, for that
25  population of people, is potentially 10 percent  12:01:36

**Page 133**

1  greater lean body mass.
2      And my question is, are you providing an
3  expert opinion on whether there's a greater risk for
4  allowing that person to participate on a woman's
5  team than allowing a cisgender woman with 10 percent  12:01:56
6  greater body mass than the average woman participate
7  on a woman's team?
8      MR. FRAMPTON:  Objection to the form.
9      Go ahead.
10      THE WITNESS:  You're comparing apples and  12:02:06
11  oranges because you're talking about a biological
12  male that brings a certain -- that can bring certain
13  characteristics to puberty with him.
14  BY MR. BLOCK:
15  Q  Well, the only characteristic identified is  12:02:21
16  10 percent difference in body mass.
17  A  That's the only characteristic you
18  identified.
19  Q  What -- what other physiological
20  characteristic, you know, exists?  12:02:31
21  A  Again, going back to published data on
22  performance in the elementary school population,
23  there are consistent findings of greater strength
24  and speed in preadolescent boys than preadolescent
25  girls.                                    12:02:56

34 (Pages 130 - 133)

Veritext Legal Solutions
866 299-5127                        Armistead Supp. App. 0517

1    Q   But those -- those aren't -- those aren't
2    discussions of physiological -- innate physiological
3    characteristics, are they?
4        A   We don't know that.
5        MR. FRAMPTON:  Object to the form.         12:03:04
6        THE WITNESS:  We -- we -- I -- in fact, I
7    suspect that there's a significant biological
8    contribution to that.
9    BY MR. BLOCK:
10       Q   So what -- what -- what study have you done    12:03:13
11   on physiological differences between prepubertal
12   boys and girls?
13       A   What study have I done?
14       MR. FRAMPTON:  Objection to the form.
15       THE WITNESS:  Is that what you said?        12:03:23
16   BY MR. BLOCK:
17       Q   Yeah.
18       MR. FRAMPTON:  Objection to the form.
19       Answer the question.
20       THE WITNESS:  I have not conducted a study on    12:03:27
21   physiological differences between preadolescent boys
22   and girls.
23   BY MR. BLOCK:
24       Q   All right.  Are there -- are there
25   differences in bone structure between preadolescent    12:03:35

Page 134

1    boys and girls, you know, relevant to athletic
2    performance?
3        A   I believe that the differences that exist
4    between boys and girls are performance based.  There
5    is a biological difference in lean body mass between    12:04:04
6    boys and girls that manifest at a very early age.
7    There are other performance-based measures that
8    contribute to risk that are well defined.
9        Q   So focusing on 10 percent difference in lean
10   body mass that -- on average, are you providing an    12:04:20
11   opinion on whether -- if the only physiological
12   difference is 10 percent lean body mass -- let me
13   phra that -- phrase that again.
14       Are you providing an expert opinion comparing
15   the risk associated with allowing a transgender    12:04:41
16   woman who has been on blockers and hormones and has
17   10 percent lean body mass than a cisgender
18   woman to the risk of allowing a cisgender woman with
19   10 percent greater lean body mass than an average
20   cisgender woman to participate in women's sports?    12:05:01
21       MR. TRYON:  Objection to form.
22       MR. FRAMPTON:  Objection to form and scope.
23       THE WITNESS:  That question has assumptions
24   in it that I think keep me from answering it.
25   ///

Page 135

1    BY MR. BLOCK:
2        Q   The --
3        A   You're -- you're -- you're equating the two
4    without acknowledging that there are sex-based
5    differences in performance that play into injury    12:05:28
6    risk that are brought to that point.
7        So I don't know how to answer your question.
8        Q   You -- you know, are -- you've said
9    repeatedly you're not providing an opinion
10   quantifying the amount of risk; you're just    12:05:48
11   providing an opinion that some quantum of increased
12   risk exists; correct?
13       A   Correct.
14       MR. FRAMPTON:  Object to the form.
15   BY MR. BLOCK:                                    12:06:05
16       Q   I didn't hear the answer.
17       A   I'm providing an opinion as to the fact that
18   there is risk.
19       Q   And there is also increased risk when a
20   cisgender woman with 10 percent greater lean body    12:06:12
21   mass than an average cisgender woman participates in
22   women's sports; correct?
23       MR. TRYON:  Objection to form.
24       MR. FRAMPTON:  Same objection.
25       THE WITNESS:  Repeat that question.    12:06:27

Page 136

1        MR. BLOCK:
2        Q   There is an increased risk to safety when a
3    cisgender woman with 10 percent greater lean body
4    mass than an average cisgender woman participates in
5    women's sports; correct?                          12:06:39
6        MR. TRYON:  Objection.
7        MR. FRAMPTON:  Objection.
8        THE WITNESS:  I didn't say that.
9    BY MR. BLOCK:
10       Q   Is there or is there not?              12:06:43
11       A   There's more than just that variable that
12   play into injury risk with --
13       Q   There might be -- there might -- I'm sorry, I
14   said I wouldn't cut you off.  Go ahead and answer.
15       A   If the question was is a cisgender woman with    12:07:02
16   10 percent increased lean body mass, in part, higher
17   injury risk to other female cisgender athletes, the
18   answer is you can't answer that question because
19   there are other things that play in.
20       Q   I don't --                             12:07:22
21       A   I'm saying is the -- you're phrasing this
22   question as if the only difference between an
23   individual who comes to the point of going onto
24   puberty blockers is a 10 percent difference in lean
25   body mass, and I'm telling you that there are    12:07:42

Page 137

35 (Pages 134 - 137)

Armistead Supp. App. 0518

1  population-based performance differences between the
2  sexes that exist prior to that.
3     Q  All right.  So --
4     A  I'm not sure how to answer that question.
5     Q  Are there any differences in the Klaver study   12:07:59
6  identified between cisgender women and the
7  transgender women in the study other than the
8  10 percent greater lean body mass?
9     A  Some differences in fat distribution.
10    Q  There are differences in -- in fat       12:08:17
11  distribution at the end of the period?
12    A  There are.
13    Q  You know what?  I'll come back to that.  I
14  don't want to waste my time.
15       I'm still struggling with your -- your answer   12:08:47
16  to whether or not you're capable of providing an
17  expert opinion comparing the risks of allowing a
18  transgender woman to participate to the risks of
19  allowing an unusually tall or an unusually strong
20  cisgender woman to participate.  So I --       12:09:03
21       MR. FRAMPTON:  Object --
22       MR. BLOCK:  I -- I haven't finished my
23  question yet.  You can object --
24       MR. FRAMPTON:  I'm sorry.  My apologies.
25       MR. BLOCK:  Yeah.  Okay.              12:09:12

Page 138

BY MR. BLOCK:
2     Q  So I'm -- I'm still struggling with that.
3        So are you -- are you or are you not
4  providing an expert opinion comparing the relative
5  risks between transgender women participating and   12:09:26
6  between unusually strong or tall cisgender women
7  participating in women's sports?
8     A  Yes.
9        MR. FRAMPTON:  Object to form.
10  BY MR. BLOCK:                              12:09:37
11    Q  Yes, you are?
12    A  Yes.
13    Q  How -- okay.  How are you able to provide
14  that opinion if you are unable to quantify the
15  amount of increased risk for -- when transgender   12:09:44
16  women participate?
17       MR. FRAMPTON:  Same objection.
18       Go ahead.
19       THE WITNESS:  You don't need to quantify risk
20  in a -- in a modeling scenario to know that risk is   12:10:05
21  increased.  The model -- going back to World Rugby,
22  to just consideration of issues like speed, power,
23  mass.
24  BY MR. BLOCK:
25    Q  How are you able to compare two things   12:10:34

Page 139

1  without quantifying them?
2     A  Well, I don't think either side has been
3  quantified, has it?
4     Q  Well, no.
5        So how do you know that the risks of allowing   12:10:47
6  a transgender woman who's been on blockers and
7  gender-affirming hormones to participate is greater
8  or less than the risk of allowing an unusually
9  strong or tall cisgender woman to participate on
10  women's sports?                           12:11:06
11       MR. TRYON:  Objection --
12       THE WITNESS:  I think that goes --
13       MR. TRYON:  -- to the form of the question.
14       THE WITNESS:  -- to the whole -- the whole
15  heart of this case, which is that when you bring   12:11:11
16  biological males into a pool of biological females,
17  that you're bringing not just in body mass, but --
18  but a other list of -- of retained differences that
19  have the potential to be greater than -- than
20  anything that you're going to see in that second   12:11:37
21  pool of -- of athletes.
22       And -- and so normal variation between the
23  sexes and what that means for injury doesn't look
24  the same as what it -- what that risk would look
25  like if you're bringing somebody who isn't in that   12:11:56

Page 140

1  category and placing them in that second group.
2  That was the whole point of World Rugby's
3  assertions.
4  BY MR. BLOCK:
5     Q  The differences between cisgender men and   12:12:06
6  cisgender women are far greater than a 10 percent
7  difference in lean body mass; correct?
8     A  10 percent -- say that one more time.
9     Q  The differences between cisgender men and
10  cisgender women that were analyzed by World Rugby   12:12:23
11  were far greater than a difference in 10 percent
12  lean body mass; correct?
13       MR. FRAMPTON:  Objection to the form.
14       Go ahead.
15       THE WITNESS:  I believe that's accurate.   12:12:36
16  I'm -- I would have to go back and look at the
17  report.
18  BY MR. BLOCK:
19    Q  So, in fact, the differences between adult
20  cisgender mean and adult cisgender women are far   12:12:45
21  greater than the differences between prepubertal
22  boys and prepubertal girls; correct?
23       MR. FRAMPTON:  Objection to the form.
24       THE WITNESS:  There is a -- are you talking
25  about lean body mass?                     12:13:03

Page 141

36 (Pages 138 - 141)

Armistead Supp. App. 0519

Page 142

1  BY MR. BLOCK:
2  Q  I'm talking about across the board.
3      MR. FRAMPTON:  Same objection.
4      THE WITNESS:  The -- the differences are
5  greater between adult men and women than prepubertal  12:13:14
6  boys and girls, yes.
7  BY MR. BLOCK:
8  Q  They're -- they're far greater; correct?
9  A  That's a subjective term, but I'll -- I'll
10  say they're greater.          12:13:27
11  Q  In fact, the differences is, between
12  cisgender men and cisgender women -- actually --
13  actually, let me -- let me quote the language from
14  your report.
15      Let's go to page 9, paragraph 11 C.     12:13:41
16      Are you there?
17  A  I'm there.
18  Q  You are?
19  A  I -- I am there.
20  Q  Yeah.  So it says (as read):       12:14:07
21      "Males exhibit large average
22      advantages in size, weight, and
23      physical capacity over
24      females——often falling far outside
25      female ranges."           12:14:15

Page 144

1  A  There are.
2  Q  Like -- like, taking weights and -- and --
3  and doing competition in weight lifting?
4  A  There are.
5  Q  Where?  Where -- where are those records?     12:16:51
6  Are they published anywhere?
7  A  I believe they are.  I'd have to -- I'd have
8  to find them.
9      MR. FRAMPTON:  Josh, we're -- we're over
10  90 minutes.  I don't want to cut you off, if you     12:17:17
11  want to finish something, but I think it is an
12  appropriate time for a break sometime in the near
13  future.
14      MR. BLOCK:  Yeah, sure, we can take a break.
15      Do you want to come back at -- how much time   12:17:31
16  do you need?  Half an hour or 45 minutes?
17      THE VIDEOGRAPHER:  Can we go off the record?
18      MR. FRAMPTON:  Yeah, let's go off the record.
19      Let's not do lunch at --
20      THE VIDEOGRAPHER:  Hold on.  Hold on.  Hold   12:17:44
21  on.
22      MR. FRAMPTON:  Oh, I'm sorry.
23      THE VIDEOGRAPHER:  Off the record at
24  12:18 p.m.
25      (Recess.)          12:27:58

Page 143

1      Do you see that?
2  A  I do see that.
3  Q  Okay.  So the differences in things before
4  puberty, do the -- do the size, weight and physical
5  capacity of prepubertal boys fall far outside the --   12:14:34
6  the range of prepubertal girls?
7  A  Well, I would say that the physical capacity
8  of boys consistently is shown to exceed that of
9  girls in many different ways of looking at it, yes.
10  Q  It falls far outside the female range?    12:14:52
11  A  Male -- males consistently exceed female
12  performance in the preadolescent population in
13  measurements such as upper body strength, speed,
14  etcetera.
15  Q  Does it fall outside the female range?    12:15:32
16      MR. FRAMPTON:  Objection to form.
17      THE WITNESS:  To some degree, when you look
18  at individual records in age-based categories, you
19  would have to say that they do.
20  BY MR. BLOCK:         12:16:10
21  Q  Are you thinking of anything in particular?
22  A  I'm thinking of categories in, for instance,
23  track and field and weight lifting records.
24  Q  There's weight lifting records for
25  prepubertal boys and girls?       12:16:40

Page 145

1      THE VIDEOGRAPHER:  We are on the record at
2  12:28, Central Time.
3  BY MR. BLOCK:
4  Q  Dr. Carlson, we've previously discussed that
5  you're not an endocrinologist; right?     12:28:28
6  A  Correct.  I'm a board-certified sports
7  medicine physician.
8  Q  And you're not an expert in transgender
9  medicine; right?
10  A  I do not care for -- I do not run a clinic    12:28:40
11  for transgender people, no.
12  Q  Do you -- do you have any expertise in -- in
13  the physiological changes that occur to a
14  transgender person's body if they have puberty
15  blockers followed by gender-affirming hormones?    12:29:07
16      MR. FRAMPTON:  Object to the form.
17      Go ahead.
18      THE WITNESS:  I'm not a board-certified
19  endocrinologist.  I know what I know based on review
20  of the literature.          12:29:19
21  BY MR. BLOCK:
22  Q  All right.  So do you have any expertise to
23  be an expert witness and offer an expert opinion on
24  the physiological changes that occur when a
25  transgender person has puberty blockers followed by   12:29:30

37 (Pages 142 - 145)

1 gender-affirming hormones?
2     MR. FRAMPTON: Object to the form.
3     THE WITNESS: As that touches on
4 participation in sports, I am offering an opinion on
5 the safety profile of transgender athletes crossing   12:29:52
6 over into other -- to -- to a cisgender sport that
7 they're -- into cisgender sports.
8 BY MR. BLOCK:
9   Q  That wasn't my question.
10    Do you have any expert -- do you have any   12:30:10
11 reasons for offering an expert opinion on what
12 physiological changes occur to a person's body if
13 they have puberty blockers followed by
14 gender-affirming hormones?
15    MR. FRAMPTON: Object to the form.   12:30:25
16    THE WITNESS: If you're asking if I can speak
17 to the one study that I'm aware of that looks at
18 that, then, yes, I -- I suppose I can speak to it.
19 BY MR. BLOCK:
20   Q  No.  So you're only aware of one study   12:30:43
21 that -- that speaks to the physiological changes
22 that occur when you have puberty blockers followed
23 by gender-affirming hormones?
24   A  In -- I've -- I've told you the study that
25 I'm familiar with.   12:31:11

Page 146

1   Q  All right.  So -- so you -- you've read a
2 study by Klaver to prepare for this deposition.  And
3 other than that, do you have any knowledge of the
4 physiological changes that occur when someone has
5 puberty blockers followed by gender-affirming   12:31:22
6 hormones?
7   A  I'm not aware of other studies looking at
8 what you're referencing.
9   Q  Do you have any other form of knowledge about
10 it?   12:31:37
11   A  About it being the physiologic changes
12 associated with the use of puberty blockers?
13   Q  Followed by gender-affirming hormones.
14   A  I'm going to be careful what I say here
15 because much of what I've written in that white   12:32:13
16 paper speaks to the effect of gender-affirming
17 hormone therapy.  So I want to parse that out from
18 the issue of puberty blocker administration.
19   Q  Are you still thinking about it?
20   A  I thought I answered the question.   12:33:39
21   Q  No, I'm sorry, if you did, it didn't come
22 out.  So I -- are you still thinking about it?
23    What -- what was the answer to your
24 question -- to my question?
25   A  I said that I want to be careful how I parse   12:33:48

Page 147

1 that because a lot of my -- the information in my
2 white paper speaks to the impact on athletic
3 performance of gender-affirming hormones, and I want
4 to make sure that you're only speaking to puberty
5 blockers specifically.   12:34:11
6   Q  I'm speaking to puberty blockers followed by
7 gender-affirming hormones, which is different from
8 taking gender-affirming hormones after having
9 already undergone puberty.
10    And so my question, do you have any basis of   12:34:24
11 knowledge, other than this paper that you recently
12 read, about the physiological changes that occur
13 when someone has puberty blockers followed by
14 gender-affirming hormones?
15    MR. TRYON: Objection to form.   12:34:42
16    THE WITNESS: That presupposes that, you
17 know, the individuals that have transitioned, you
18 know, in mid adolescence or what have you, weren't
19 on pubertal blockers either.
20    So I don't -- I -- I -- I'm not -- I'm not   12:35:00
21 trying to be evasive.  I'm just trying to understand
22 your question.  Because what I'm telling you is
23 that -- that I believe that there's basis on -- in
24 the literature that's available to say that
25 individuals that get to the cusp of puberty have --   12:35:24

Page 148

1 that there are measurable differences in performance
2 that they bring with them and -- and that those
3 differences are going to, in some way, equate to
4 heightened risk.
5 BY MR. BLOCK:   12:35:42
6   Q  And I'm asking you to --
7   A  So -- and I get that you're -- you're trying
8 to limit this conversation to the effect of pubertal
9 blockers, and what I'm telling you is that if -- if
10 you're going to -- you can't talk about that in a   12:35:56
11 vacuum.  There's other differences once that
12 individual jumps over into sports play with the
13 opposite sex will come into view.
14   Q  Do you have any expert basis -- do you have
15 any basis for offering an expert opinion on what   12:36:15
16 physiological differences are carried forward from
17 having puberty blockers followed by gender-affirming
18 hormones other than this article that you read
19 recently?
20   A  I don't believe that --   12:36:31
21    MR. FRAMPTON: Objection --
22    THE WITNESS: -- that there are --
23    MR. FRAMPTON: -- to the form.
24    Go ahead.  Go ahead.
25    THE WITNESS: To my knowledge, there are not   12:36:37

Page 149

38 (Pages 146 - 149)

Armistead Supp. App. 0521

1 peer-reviewed studies looking at the effect of
2 puberty blockers on performance.  So I don't -- I
3 don't believe that that question can be answered.
4 BY MR. BLOCK:
5     Q  So you -- you've made an assertion about        12:36:48
6 physiological differences being carried forward.  My
7 question is whether you have any expert basis, of
8 any kind, other than this article that you recently
9 read, to testify about the effects of gen- -- of
10 having puberty blockers followed by gender-affirming   12:37:09
11 hormones on someone's physiology.
12     A  You said --
13        MR. TRYON:  Objection as to form.
14        THE WITNESS:  -- performance.
15        MR. TRYON:  Dr. Carlson --                      12:37:22
16        THE WITNESS:  You said performance.
17        MR. TRYON:  -- please -- Dr. Carlson, can you
18 please just let me object first?  Thanks.
19        Objection as to form.
20        Go ahead.                                       12:37:29
21        THE WITNESS:  You're using two different
22 terms.  You -- you said performance earlier.
23 BY MR. BLOCK:
24     Q  Physiology.
25        Do you have any expert basis of any kind to     12:37:34

Page 150

1 offer an opinion on what physiological
2 characteristics exist for someone who has had
3 puberty blockers followed by gender-affirming
4 hormones?
5        MR. TRYON:  Same objection.                      12:37:50
6        MR. FRAMPTON:  Same objection.
7        THE WITNESS:  My opinion on physiology for
8 puberty-blocking hormones would be limited to that
9 paper, but my opinion with respect to performance, I
10 believe, carries more weight because, to my           12:38:06
11 knowledge, there aren't studies looking at that
12 question.
13 BY MR. BLOCK:
14     Q  But you don't have any basis for offering an
15 expert opinion on performance of people who have had  12:38:24
16 puberty blockers followed by gender-affirming
17 hormones either because there's no studies of that;
18 correct?
19        MR. FRAMPTON:  Objection --
20        THE WITNESS:  It cuts both ways.                 12:38:35
21        MR. FRAMPTON:  -- to form.
22 BY MR. BLOCK:
23     Q  So -- but you don't have a -- fine.
24        But answer my question.
25        You don't have an expert basis for offering     12:38:43

Page 151

1 an opinion on it one way or another; correct?
2        MR. FRAMPTON:  Objection to the form.
3        THE WITNESS:  The opinion on safety in
4 athletes who are crossing over into other gender
5 sports takes into account considerations that go      12:38:57
6 well beyond what you're talking about, so I don't --
7 I don't accept the assumptions of the question.
8 BY MR. BLOCK:
9     Q  My -- my question was do you have any basis
10 for offering an expert opinion on performance         12:39:19
11 advantages for people who have had puberty blockers
12 followed by gender-affirming hormones since there's
13 no studies of that one way or the other.
14        MR. FRAMPTON:  Objection to the form.
15        THE WITNESS:  And what I have told you --        12:39:37
16 Sorry.
17        And what I have told you, I -- I thought,
18 several times, is that those individuals come into
19 puberty carrying categorical distinctions that are
20 sex based that contribute to risk, regardless of      12:39:57
21 whether or not they transition.
22 BY MR. BLOCK:
23     Q  But you have no expert basis for saying that
24 they carry it through puberty and transition.
25        You -- you're are offering an opinion about what  12:40:08

Page 152

1 happens before puberty and transition, but there's
2 no studies at all about, you know, what happens
3 after transition.  That's just something that you're
4 saying, but there's no studies about it; correct?
5     A  Well, again --                                    12:40:21
6        MR. FRAMPTON:  Objection to the form.
7        Go ahead and answer.
8        THE WITNESS:  Again, I've said many times
9 that there are not published studies looking at
10 performance in the individuals that you're            12:40:33
11 describing once they've transitioned through
12 puberty.
13 BY MR. BLOCK:
14     Q  Does sex-determined pubertal skeletal growth
15 and maturation have an effect on -- on the safety of  12:41:34
16 allowing an athlete to compete?
17     A  In the assumptions I'm making, it's not key.
18     Q  It's not.
19        Well, let's go to -- to page -- I'll come
20 back to it.                                            12:41:53
21        Do -- does bone length have a -- does bone
22 size have an effect on muscle size?
23     A  Does bone size have an effect on muscle size?
24     Q  Yes.  Does the -- does the size of someone's
25 bones affect how, like, much muscle mass they can     12:42:42

Page 153

39 (Pages 150 - 153)

Armistead Supp. App. 0522

1  put on those bones?
2  A  There is an association there.
3  Q  It's just an association?
4  A  They play against each other.  Large muscle
5  mass creates greater bone mineralization too, just    12:43:05
6  from the tug of the muscles on bones.  So there's an
7  association, yes.
8  Q  Let's go to page?  Page 1 of your report.
9  A  Which report are we talking about?
10  Q  Your -- your February report.    12:43:34
11  A  Okay.
12  Q  The final sentence of this first paragraph,
13  you say (as read):
14      "And in fact, biologically male
15      transgender athletes have competed    12:43:53
16      in a wide range of high school,
17      collegiate, and professional girls'
18      or women's sports, including, at
19      least, basketball, soccer,
20      volleyball, softball, lacrosse, and    12:44:01
21      even women's tackle football."
22      Correct?
23  A  That's what that says.
24  Q  Okay.  Are you aware of any injuries
25  resulting from their participation in those sports?  12:44:11

Page 154

1  A  I'm not -- I'm not --
2      MR. BLOCK:  I think Mr. Carlson froze.
3      THE VIDEOGRAPHER:  Yeah, just -- we should
4  pause a sec.
5      (Technical issues.)    12:44:32
6      THE WITNESS:  Because it's not adequately --
7      Sorry, I don't know if it's when I go to look
8  at the document or what, but -- can you see me now?
9  BY MR. BLOCK:
10  Q  You'll have to answer that again.    12:44:39
11      So are you aware of any injuries that have
12  resulted from the participation of those transgender
13  athletes?
14  A  This issue is inadequately tracked, so no,
15  I'm not aware.    12:44:57
16  Q  Okay.
17  A  Well, actually, that's not true.
18      Rephrase your question.  I want to make sure
19  I'm understanding it.
20  Q  You wrote that (as read):    12:45:08
21      "In fact, biologically male
22      transgender athletes have competed
23      in a wide range of high school,
24      collegiate, and professional girls'
25      or women's sports, including, at    12:45:15

Page 155

1      least, basketball, soccer,
2      volleyball, softball, lacrosse, and
3      even women's tackle football."
4      And my question is, are you aware of any
5  injuries that resulted from the participation of    12:45:25
6  transgender girls and women in those sports?
7  A  And so my answer would be that's not
8  adequately tracked, and so no, I'm not familiar.
9  Q  Are you aware of any evidence that the
10  participation of transgender women in these events    12:45:40
11  actually has increased the frequency and severity of
12  injury suffered by such gender female athletes?
13  A  You're speaking to those sports listed?
14  Q  Yes.
15  A  Again, it's inadequately tracked, so I'm not    12:46:01
16  familiar.
17  Q  And let's go to paragraph 47 of that
18  document, the same document.  Page 27, paragraph 47.
19  A  Page 27, you said?
20  Q  Yeah.  In paragraph 47, at the bottom.    12:46:29
21  A  Okay.
22  Q  It says (as read):
23      "In 2014, a male mixed-martial art
24      fighter identifying as female and
25      fighting under the name Fallon Fox    12:46:40

Page 156

1      fought a woman named Tamikka Brents,
2      and caused significant facial
3      injuries in the course of their
4      bout."
5      And then if you continue going -- this --    12:46:51
6  this quote that you have in, you know, indentation
7  has a footnote 15.
8      Do you see that?
9  A  I do.
10  Q  Okay.  And the -- the website that that    12:47:04
11  quotes to -- that that footnote goes to is
12  bjj-world.com/transgender.mma-fighter-fallon-fox-
13  breaks-skull-of-her-female-opponent; is that right?
14  A  That's what I see, yes.
15  Q  Okay.  Did Fallon Fox actually break the    12:47:28
16  skull of her opponent?
17  A  Well, I don't believe that -- I don't believe
18  that he did, no.
19  Q  What -- what -- what --
20  A  I didn't make that claim.  That's a link to a    12:47:40
21  website page that just references to the event,
22  so...
23  Q  Right.  So what -- actually, the -- the
24  injury that actually was sustained was an orbital
25  fracture; correct?    12:47:52

Page 157

40 (Pages 154 - 157)

Armistead Supp. App. 0523

1    A   Yeah, it was a facial fracture.
2    Q   Okay.  And do you know how common orbital
3  fractures are in MMA events?
4    A   I -- I couldn't give you a specific --
5  incidents, no.                        12:48:08
6    Q   No.
7        So -- so you don't know the rates of -- of
8  orbital fractures, you know, among cisgender MMA
9  competitors fighting each other; correct?
10   A   No, I could give not give you that statistic.  12:48:18
11  I -- I -- I don't recall it.
12   Q   Do you know who the plaintiff is in this
13  case?
14   A   I -- I do not know who the plaintiff is.  I
15  know of -- the initials of the plaintiff.     12:48:44
16   Q   Okay.  Do you know how old the plaintiff is?
17   A   I -- I actually couldn't tell you that.
18   Q   Okay.  Do you know what sports the plaintiff
19  plays?
20   A   I believe the plaintiff is a runner, but I'm   12:48:53
21  not sure.
22   Q   Do you know how the plain- -- do you know how
23  the plaintiff has scored in physical fitness tests?
24   A   No.  I have no idea about the specifics of
25  this case.                            12:49:11

Page 158

1        MR. FRAMPTON:  That was probably garbled, but
2  I object to the form.
3        Go ahead and answer the question.
4        THE WITNESS:  I do not.
5  BY MR. BLOCK:                          12:50:44
6    Q   Do you know whether the participation of this
7  plaintiff in sports would pose any more of a safety
8  risk than the participation of any other cisgender
9  girl in sports?
10       MR. FRAMPTON:  Object to the form.      12:51:02
11       THE WITNESS:  Because I don't know the
12  particulars of this person, I certainly could not
13  speak to that.
14  BY MR. BLOCK:
15   Q   Are you providing an -- expert testimony at   12:51:15
16  all regarding safety risks from cross-country?
17   A   I was asked to provide a report on safety
18  risks as relates to participation in -- of athletes
19  in contact in collision sports, but that's
20  defined -- the -- the nature of that is defined     12:51:42
21  within my paper.
22   Q   Okay.  So it does not -- so contact and
23  collision sports does not include cross-country;
24  correct?
25   A   That's correct.                    12:51:52

Page 160

1    Q   Okay.  Do you know if, you know, whatever
2  things you were referring to before, about, you
3  know, skills, you know, acquired of preper --
4  prepubertal boys, do you -- do you know anything
5  about whether the plaintiff, you know, has any of   12:49:26
6  those skills?
7    A   I don't.  And I believe that -- I told you
8  that I -- I don't -- I'm not familiar with the
9  particulars of your plaintiff.  And to the extent
10  that -- you know, this -- this is a -- I'm familiar   12:49:45
11  with the -- I -- I'm under the impression that the
12  law that's being challenged -- I'm -- I'm not
13  familiar with the particulars of this case.
14   Q   Do you know how much lean body mass the
15  plaintiff has?                        12:50:10
16   A   I do not know how much lean body mass the
17  plaintiff has.
18   Q   Do you know if the plaintiff in this case has
19  any physiological characteristics that would impact
20  safety that are different than the physiological     12:50:25
21  characteristics of a cisgender girl?
22   A   I do not.
23       MR. FRAMPTON:  Object to the form.
24  BY MR. BLOCK:
25   Q   Sorry, could -- could I hear the answer --    12:50:36

Page 159

1    Q   And contact and collision sports doesn't
2  include track and field; correct?
3    A   Correct.
4    Q   Okay.  Do you -- would it be fair to say that
5  the effects of male-to-female hormones on important   12:52:27
6  determinants of athletic performance still remain
7  largely unknown?
8    A   I -- I -- I didn't hear -- the effects of
9  male and female hormones on what?
10   Q   On determinants of athletic performance      12:52:42
11  remain largely unknown.
12       MR. FRAMPTON:  Object to the form.
13       Go ahead.
14       THE WITNESS:  What do you mean by "largely
15  unknown"?                            12:52:52
16  BY MR. BLOCK:
17   Q   I don't know.  Do you think it's a fair
18  statement, that they remain largely unknown?
19       MR. FRAMPTON:  Object to the form.
20       THE WITNESS:  I think that there's good     12:53:04
21  evidence that testosterone has a significant impact
22  on performance.
23  BY MR. BLOCK:
24   Q   But do you think the effects of lowering
25  circulating testosterone on athletic performance    12:53:17

Page 161

41 (Pages 158 - 161)

Armistead Supp. App. 0524

1  remains largely unknown?
2      MR. FRAMPTON:  Same objection.
3      THE WITNESS:  I wouldn't say largely unknown.
4  I'd say it's evolving and we've learned a lot over
5  the last few years.                    12:53:33
6  BY MR. BLOCK:
7      Q   Has there been any controlled research
8  evaluating how lowering circulating testosterone
9  influences aerobic or resistance training?
10     A   There is -- there is a study on Air Force    12:53:45
11 cadets answering that question.
12     Q   Has there been any study of the effects of
13 lowering circulating testosterone on bench presses
14 or leg presses or squats or dead lifts?
15     MR. FRAMPTON:  Object to form.        12:54:20
16     THE WITNESS:  I believe that those studies --
17 there are studies looking at the effect of
18 testosterone on things like punching power and...
19 BY MR. BLOCK:
20     Q   Anything else?                    12:54:56
21     A   There -- there are -- there are studies
22 looking at -- I'm sorry, say the question one more
23 time.
24     Q   Sure.  Are there studies looking at the
25 effects of lowering circulating testosterone on    12:55:12

Page 162

1  muscle strength in standard lifts, like bench press,
2  leg press, squats, dead lifts?
3      MR. FRAMPTON:  Objection to the form.
4      Go ahead.
5      THE WITNESS:  I believe that there are    12:55:29
6  studies looking at the effect of testosterone
7  reduction on...
8  BY MR. BLOCK:
9      Q   I'm sorry, did you finish answering the
10 question?                              12:56:09
11     A   Are you talking about in transgender
12 athletes, or are you talking about transgender
13 individuals as a whole?
14     Q   Either one.
15     A   There -- there are -- there are studies    12:56:28
16 looking at the effect of transition on loss of
17 muscle mass, and there are studies looking at
18 proxies for upper body strength, like grip strength,
19 and there are studies looking at proxies for
20 punching power.                        12:56:57
21     Q   But their -- their studies are looking at
22 proxies for those things as opposed to measuring
23 muscle -- muscle strength, you know, through bench
24 presses, leg presses, squats or other traditional
25 measurements of strength; correct?        12:57:14

Page 163

1      MR. FRAMPTON:  Objection to the form.
2      THE WITNESS:  Well, you -- I mean, you -- you
3  began this by speaking of -- well, I told you that
4  there was a study on Air Force cadets and part of
5  that was push-up.  So that's a -- and -- and these    12:57:26
6  are -- these proxies are accepted proxies for what
7  we're talking about, so...
8  BY MR. BLOCK:
9      Q   So I -- just the answer to my question --
10     A   The answer to your question is -- is that    12:57:41
11 there have been studies looking at the effect of
12 testosterone suppression in transgender individuals
13 on measures of strength and power, lean mass.
14     Q   On -- on proxies for those things; correct?
15     A   Yes.  Accepted proxies.  Noncontroversial    12:58:03
16 proxies.
17     Q   So in -- let's look at paragraph 90 of your
18 report.
19     A   Okay.
20     Q   Paragraph 90 says (as read):        12:58:43
21         "In addition, multiple studies have
22         found that testosterone suppression
23         may modestly reduce, but not does
24         not come close to eliminating the
25         male advantage in muscle mass and    12:58:56

Page 164

1         lean body mass, which together
2         contribute to the greater average
3         male weight.  Researches looking at
4         transitioning adolescents found that
5         the weight of biological male        12:59:05
6         subjects increased rather than
7         decreased after treatment with an
8         antiandrogen testosterone
9         suppressor."
10     Did I read that right?              12:59:15
11     A   Yes.
12     Q   Okay.  So -- and then you cite to a study by
13 Tack in 2018; correct?
14     A   Correct.
15     Q   Okay.  So did the Tack study find that after    12:59:30
16 taking antiandrogen testosterone suppressor, the
17 transgender subjects's muscle mass and lean body
18 mass increased?
19     A   I believe that the Tack study looked at
20 several things, one of which was grip strength, and    12:59:58
21 found that grip strength did not decrease.
22     Q   So that's not my question.  My question is,
23 did the Tack study find that muscle mass and lean
24 body mass increased?
25     A   I believe that muscle mass helps stabl- --    01:00:18

Page 165

42 (Pages 162 - 165)

Armistead Supp. App. 0525

1  I'd have to go back and look at that.
2      Can I see my report?
3  Q  Your report is there --
4  A  I'm sorry, I -- I'd have to go back and --
5  and -- and reference that, but --                01:00:42
6  Q  Okay.  Well --
7  A  I can't recall.
8  Q  Okay.  So this first sentence in paragraph 90
9  talks about how testosterone suppression doesn't
10  come close to eliminating the male advantage in        01:00:52
11  muscle mass and lean body mass; correct?
12      That's what the first sentence talks about?
13  A  Correct.
14  Q  All right.  And the second sentence says that
15  the Tack study found that the weight of biological      01:01:06
16  male subjects increased rather than decreased;
17  correct?
18  A  Correct.
19  Q  So is it a fair inference from the first
20  sentence, followed by the second sentence, that        01:01:21
21  you're implying here that what increases was muscle
22  mass and lean body mass?
23      MR. FRAMPTON:  Objection --
24      THE WITNESS:  No --
25      MR. FRAMPTON:  -- to the form.            01:01:32
Page 166

1      Go ahead.
2      THE WITNESS:  No, I'm not trying to imply
3  that.
4  BY MR. BLOCK:
5  Q  You're not trying to imply that.            01:01:38
6      So then why is it relevant that the weight
7  increased?
8  A  Well, lean body mass -- where lean body mass
9  settles is relevant.  That's one thing.  But overall
10  weight of the individual, again, within an injury     01:01:58
11  model, matters, too.
12  Q  Sure.  But in this paragraph -- so the first
13  sentence discusses muscle mass and lean body mass;
14  correct?
15  A  Correct.                          01:02:11
16  Q  And then the second sentence mentions the
17  Tack study; correct?
18  A  Well, I -- I would say that the first
19  sentence speaks to the advantage in muscle mass and
20  lean body mass, and then it references to average      01:02:24
21  male weight.  So all three are referenced there.
22  Q  Okay.  And the second sentence talks about
23  the Tack study; correct?
24  A  Correct.
25  Q  And then the third sentence talks about a      01:02:35
Page 167

1  Harper study and talks about their lean body mass
2  and muscle area; correct?
3  A  That -- that is a -- the Harper references to
4  a -- a review paper.
5  Q  Okay.  But the --                      01:03:03
6  A  So -- yeah, so I'd have to go back and look
7  at that review paper to see what the original
8  citation is that that's referencing.
9  Q  Sure.  But in your paragraph 90, the first
10  sentence, the third sentence and the fourth sentence  01:03:23
11  refer to muscle mass or muscle area or lean body
12  mass; right?
13      MR. FRAMPTON:  Objection to the form.
14      Go ahead.
15      THE WITNESS:  Which sentences again?          01:03:41
16  BY MR. BLOCK:
17  Q  The first, the third and the fourth.
18  A  The first sentence refers to muscle mass,
19  lean body mass and -- and average weight.  The third
20  references lean body mass and muscle area.          01:04:01
21      And you said the fourth?
22  Q  Yep.
23  A  References muscle area.
24  Q  Do any of those sentences reference fat?
25  A  Well, they do indirectly, when you're          01:04:27
Page 168

1  referring to lean body mass and shifts in lean body
2  mass.
3  Q  Do they do -- do they do directly, reference
4  fat?
5      MR. FRAMPTON:  Object to the form.          01:04:47
6      Go ahead.
7      THE WITNESS:  They do not directly.  They do
8  indirectly.
9      MR. BLOCK:  So if you look in your exhibit
10  folder, I'm going to mark this Exhibit 83.  It        01:04:56
11  should soon appear.
12      (Exhibit 83 was marked for identification
13      by the court reporter and is attached hereto.)
14  BY MR. BLOCK:
15  Q  Let me know when it's up.                01:05:16
16  A  It's up.  I'm just looking to see if I can
17  zoom this.  Right here.
18      Okay.
19  Q  Is -- is this the Tack study that you're
20  referring to?                          01:05:37
21  A  Yes.
22  Q  Okay.  If you can turn to page 2151 of the
23  study.
24  A  Okay.
25  Q  Okay.  If you look in the second -- in the    01:06:07
Page 169

43 (Pages 166 - 169)

Armistead Supp. App. 0526

1 right column, you know, the first full paragraph,
2 it -- it says (as read):
3    "Trans girls treated with CA showed
4    a significant increase in fat mass
5    (Figure 1D) and decrease in lean          01:06:22
6    mass (Figure 1C), resulting in an
7    increased body fat percentage,
8    without changes in total mass."
9    Did I read that right?
10 A  Yes.                                      01:06:34
11 Q  Okay.  So according to the summary, was there
12 actually an increase in -- in total mass for these
13 trans girls?
14    MR. FRAMPTON:  Object to the form.
15    Go ahead.                                 01:07:04
16    THE WITNESS:  Can I have a minute to look at
17 this paper?
18 BY MR. BLOCK:
19 Q  Yeah, sure.
20 A  Thanks.                                   01:07:17
21    Reference weight before hormonal therapy
22 averaged 63.7 kilograms; afterwards, averaged
23 66.3 kilograms.
24 Q  So what do you interpret to be the -- what --
25 what do you think -- what do you interpret the   01:08:34
                                              Page 170

1 sentence we just read to refer to when it says
2 "without changes in total mass"?
3 A  That's speaking to a shift in -- you -- you
4 are correct that there is no change in body weight
5 associated with that statement.                01:09:21
6 Q  Okay.  And so this -- did this study find
7 that -- that muscle mass in the transgender girls
8 actually increased?
9 A  Well, one of the -- the changes in lean body
10 mass in this study were negative.             01:10:36
11 Q  Okay.  The study --
12 A  But we don't know where they settled compared
13 to a cisgender population because it wasn't
14 analyzed.
15 Q  Okay.                                     01:10:51
16 A  We do know that grip strength didn't change.
17 Q  How -- is increase in fat generally
18 associated with enhanced athletic performance?
19 A  In the conte-- it can be with -- as a --
20 energy stored, but in the context of this, no.  01:11:24
21 Q  Okay.  On grip strength -- let's look further
22 down in that paragraph we were reading from, on page
23 2151.
24 A  Uh-huh.
25 Q  So this is the -- beginning of the final   01:11:38
                                              Page 171

1 sentence.
2    Do you see that?
3 A  Yes, I do.
4 Q  So it says (as read):
5    No significant changes in grip            01:11:47
6    strength were observed in trans
7    girls during the study period,
8    resulting in decreased Z scores
9    compared with the -- compared with
10   age-matched peers of the same gender      01:11:57
11   recorded at birth.
12   Do you see that?
13 A  I do.
14 Q  What does that mean, by negative Z scores?
15 A  That's a comparison of your score to       01:12:04
16 age-matched norms.
17 Q  Okay.  So in -- in context, does this mean
18 that compared to -- that the cisgender boys in
19 these subjects are being compared to continue to
20 increase their grip strength while the grip strength  01:12:27
21 of the transgender girls remained flat?
22 A  Yes, that's accurate.
23 Q  Okay.  So the -- the use -- suppressing
24 testosterone had an effect on the ability to
25 increase grip strength; correct?             01:12:47
                                              Page 172

1    MR. FRAMPTON:  Object to the form.
2    THE WITNESS:  In this case, yes.
3 BY MR. BLOCK:
4 Q  Okay.  If we can go to page 55, bottom of
5 paragraph 95.                                 01:13:13
6 A  Are we back on my report?
7 Q  Yeah, we are.  Thanks.
8 A  Page 55, paragraph what?
9 Q  95.  So the -- the -- the bottom half of the
10 paragraph that's, you know, continuing.       01:13:37
11 A  Okay.
12 Q  So -- so let's go just from the middle of
13 that paragraph.
14    Do you see "the important point to make"?  Do
15 you see where you write that?                 01:13:53
16 A  I do.
17 Q  Okay.  So you write (as read):
18   "The important point to make is that
19   the only effect strength training
20   could have on these athletes is to        01:13:59
21   counteract and reduce the limited
22   loss of muscle mass and strength
23   that does otherwise occur to some
24   extent over time with testosterone
25   blockade.  There has been at least        01:14:10
                                              Page 173

                                    44 (Pages 170 - 173)

Armistead Supp. App. 0527

1    one study that illustrates this,
2    although only over a short period,
3    measuring strength during a
4    twelve-week period where
5    testosterone was suppressed to          01:14:19
6    levels of 2 nmol/L.  During that
7    time, subjects actually increased
8    leg lean mass by 4% and total lean
9    mass by 2%, and subject performance
10   on the 10 rep max leg press improved    01:14:31
11   by 32%, while their bench press
12   performance improved by 17%."
13       And you cite to -- to Kvorning, K-V-O-R-N-I
14   N-G, 2006; right?
15   A   Correct.                            01:14:47
16   Q   Okay.  So do you -- do you recall what this
17   study -- this Kvorning study was analyzing?
18   A   I believe that it was analyzing
19   non-transgender subjects who were -- (technical
20   difficulty).                            01:15:18
21       MR. FRAMPTON:  Sorry, he did answer --
22       THE WITNESS:  Did you hear me?
23       MR. FRAMPTON:  -- the question.  Did it not
24   come through?
25       MR. BLOCK:  It didn't come through.  01:15:22

Page 174

1        MR. FRAMPTON:  I'm sorry.
2        Answer it again.
3        THE WITNESS:  I -- I said I believed that it
4    refers to non-transgender subjects who underwent
5    hormonal suppression.                   01:15:30
6    BY MR. BLOCK:
7    Q   Okay.  And are -- does it -- are those
8    non-tran-- are those non-transgender subjects
9    compared to a -- a different group, a control group
10   of any kind?                            01:15:39
11   A   I -- I don't recall.  I'd have to go back and
12   look.
13   Q   Okay.  Let's do that.  I -- I have it already
14   for you.
15       MR. FRAMPTON:  Sorry, I'm just going to tilt  01:15:59
16   his screen a little bit.  It looks like his chin is
17   getting cut off.  I can't tell if that's just on my
18   screen or -- or not.
19       MR. BLOCK:  No, it's -- it's on -- it's on
20   mine, too.                              01:16:09
21       MR. FRAMPTON:  Okay.
22       MR. BLOCK:  Thank you.
23       (Exhibit 84 was marked for identification
24   by the court reporter and is attached hereto.)
25       MR. BLOCK:  So popping up in your exhibit  01:16:16

Page 175

1    files should be a -- a document marked Exhibit 84.
2        THE WITNESS:  Okay.
3    BY MR. BLOCK:
4    Q   Let me know when it's there.
5    A   I have it.                           01:16:36
6    Q   Okay.  Okay.  And so this document is titled
7    "Suppression of endogenous testosterone production
8    attenuates the response to strength training: a
9    randomized, placebo-controlled, and blinded
10   intervention study."                    01:16:55
11       Did I read that right?
12   A   You did.
13   Q   And this is the study you were citing to;
14   correct?
15   A   Correct.                             01:17:01
16   Q   And, you know, randomized,
17   placebo-controlled, and blinded is pretty much
18   the -- the best a study can be, right?  That's, you
19   know, the gold standard, isn't it?
20       MR. FRAMPTON:  Object to the form.   01:17:11
21       Go ahead.
22       THE WITNESS:  Well, yeah, double blinded
23   would be the gold standard, but yes.
24   BY MR. BLOCK:
25   Q   Good point.                          01:17:18

Page 176

1        And so just reading from the -- the abstract
2    a little bit, if you go, you know, five lines down
3    from the abstract, it says (as read):
4        "We hypothesized that suppression of
5        endogenous testosterone would         01:17:31
6        inhibit the adaptations to strength
7        training in otherwise healthy men."
8        Right?
9    A   Right.
10   Q   And so tell me if my description of what   01:17:47
11   happened is right.  You know, they -- they took two
12   groups of, you know, cisgender men, and for one
13   group, they suppressed their testosterone, and then
14   they had both groups undergo a strength-training
15   period of eight weeks; is that right?    01:18:07
16   A   Correct.
17   Q   Okay.  And then they compared the two groups;
18   right?
19       Is that right?
20   A   I -- I want to make sure I'm answering you   01:18:27
21   correctly, so give me a minute.
22   Q   Fair.  I just wanted to make sure.
23   A   Yeah, so -- just so that I'm clear, can you
24   restate your question again?
25   Q   Yeah.  So, you know, after having the two   01:19:14

Page 177

45 (Pages 174 - 177)

Armistead Supp. App. 0528

1 groups undergo this period of strength training,
2 they then compared the results of the two groups;
3 right?
4    A  Yes.
5    Q  Okay.  If we can just look at -- if we can    01:19:29
6 just look at page E1329.  Let me know when you're
7 there.
8    A  Go ahead.
9    Q  Okay.  So if you look at the paragraph
10 beginning -- so the final paragraph on this page, on    01:20:08
11 1329, it says (as read):
12      "The placebo group adapted to the
13      strength training period by
14      significantly larger increases in
15      both lean leg mass and isometric    01:20:18
16      strength.  Although those in the
17      goserelin group were able to have
18      the same progression in training
19      load as those in the placebo group,
20      they did not gain muscle mass or    01:20:31
21      increased isometric strength in the
22      laboratory test."
23      Right?
24    A  That's what that says.
25    Q  Okay.  And then if we can just go to the --    01:20:38
                                                      Page 178

1 well, let's just -- I'll ask you questions about
2 that.
3      So the -- the -- tell me if I'm wrong about
4 this, but the study, you know, seems to support an
5 argument that reducing circulating testosterone    01:20:55
6 affects a biological male's ability to increase
7 muscle mass and strength.  Is that a fair -- in
8 response to training.  Is that a fair statement?
9      MR. FRAMPTON:  Object to the form.
10      Go ahead.    01:21:18
11      THE WITNESS:  I would say that it -- it does
12 show that the effects -- that it does affect the
13 ability to improve strength training, yes.
14 BY MR. BLOCK:
15    Q  And so when -- when athletes --    01:21:33
16    A  I would say affects, not eliminate, but...
17    Q  Okay.  When -- when athletes train for
18 athletic competitions, they engage in new strength
19 training; right?
20    A  Depending on the sport, yes.    01:21:55
21    Q  Okay.  So is it -- so -- yeah, I understand
22 that -- you know, that your report talks about the
23 ability of suppressing testosterone to reduce muscle
24 and strength that's already been acquired, but does
25 your report address the effects of lowering    01:22:17
                                                      Page 179

1 testosterone on the ability of someone to build new
2 strength and muscle?
3      MR. FRAMPTON:  Object to the form.
4      THE WITNESS:  Yeah, can I go back to my
5 report to answer that?    01:22:32
6 BY MR. BLOCK:
7    Q  Yes, sure.
8    A  I'm back on page 55, if you want to go there.
9    Q  Of your report?
10    A  Yes.  Where -- where you started.    01:23:02
11    Q  Yeah.
12    A  So -- and I'm sorry, restate your question
13 one more time.
14    Q  Sure.  Does your report address the effects
15 of suppressing testosterone on an -- on an athlete's    01:23:16
16 ability to -- to acquire new increases in mass and
17 strength?
18      MR. FRAMPTON:  Objection to the form.
19      Go ahead.
20      THE WITNESS:  I think it speaks to it here.    01:23:31
21 It doesn't speak to the degree to which it affects
22 it, but it -- what this study says is that gains are
23 feasible.
24 BY MR. BLOCK:
25    Q  Sure.  Does -- does this study compare the    01:23:46
                                                      Page 180

1 amount of gains that a cisgender man who's lowered
2 testosterone would have to the gains that a
3 cisgender woman would have?
4    A  No, the study looked at men.
5    Q  All right.  So we -- we don't really have a    01:24:04
6 basis to -- to know one way or the other whether a
7 cisgender woman receiving the same strength training
8 would have increases in -- in muscle mass that are
9 greater or less than the increases that the
10 cisgender men who lowered testosterone had; right?    01:24:27
11    A  Well, I think what's relevant to the
12 discussion is that a cisgender male can enter into a
13 strength training program at the time that hormonal
14 therapy has started.
15      That male, in many cases, will already have    01:24:43
16 retained differences in lean muscle mass and
17 strength when comparing to a cisgender female
18 population.
19      And rather than come in -- (technical
20 difficulty) -- they have the capability of coming in    01:24:58
21 higher.
22      So I think that's the relevant comparison.
23    Q  And you said in many cases they would have
24 muscle mass that's greater than the cisgender
25 female, but if they don't already have that muscle    01:25:06
                                                      Page 181

46 (Pages 178 - 181)

Armistead Supp. App. 0529

1  mass, then they will have a harder time acquiring it
2  than they otherwise would have had; right?
3      MR. FRAMPTON:  Objection --
4      THE WITNESS:  I didn't say that.
5      MR. FRAMPTON:  -- to the form.        01:25:20
6      Go ahead.
7  BY MR. BLOCK:
8    Q  I'm saying that.  I'm asking that.
9       You know, you said that in many cases, a -- a
10  cisgen-- a transgender girl will have entered into  01:25:27
11  a tournament already having acquired certain muscle
12  mass.
13      And so my question is about, you know, people
14  who lowered testosterone, you know, before, you
15  know, acquiring any muscle mass and the effects that  01:25:48
16  lowering testosterone would have on their ability to
17  acquire it.
18    A  That doesn't --
19      MR. FRAMPTON:  Objection to the form.
20      THE WITNESS:  -- have anything to do with  01:25:59
21  what we're talking about.  We're talking about --
22  you brought up the issue of whether or not
23  individuals who enter into a strength-training
24  program at the time that they are starting hormonal
25  therapy gain ground or not.        01:26:12

Page 182

1      And that study showed that -- that you can
2  gain ground, and it was done in a male population,
3  the applicably of -- applicability of which, to this
4  conversation, is that those males can then, in turn,
5  cross over into a female sport when they now have  01:26:27
6  greater lean muscle mass than they had before they
7  started, and they already had a retained advantage.
8      I'm not sure --
9  BY MR. BLOCK:
10    Q  The study is about cisgender men who have  01:26:44
11  already completed puberty; right?
12    A  Again, I would have to go back and look at
13  the age range of the study, but I believe that
14  that's true.
15    Q  All right.  So transgender girls who  01:26:55
16  transition before completing puberty will not have
17  the same amount of muscle mass as a cisgender man
18  who has completed puberty; right?
19      MR. FRAMPTON:  Object to the form.
20      THE WITNESS:  Say -- say that one more time.  01:27:14
21  BY MR. BLOCK:
22    Q  Do people --
23    A  Transgender girls who have not -- what did
24  you say?
25    Q  Who have not completed puberty do not have  01:27:20

Page 183

1  the same amount of muscle mass as cisgender men who
2  have completed puberty; right?
3    A  I'll grant you that.  Yes, that's true.
4    Q  Okay.  So lowering testosterone, according to
5  the study, has an effect on their ability to      01:27:34
6  accumulate new muscle mass; right?
7    A  Well, you -- you left that study.  We're no
8  longer talking about that study.  I can't speak to
9  the applicability of that study on the scenario that
10  you just gave.  They're two different things.      01:27:53
11    Q  Okay.  So you -- you can't -- you can't speak
12  to the applicability of studies on the effects of
13  lowering circulating testos- -- circulating
14  testosterone on transgender girls who have not
15  completed puberty?              01:28:07
16    A  That's not what I said.  I said I can't speak
17  to the applicability of the study you raised to the
18  scenario that you then went to.
19    Q  Why not?
20    A  Because this study is looking at the effects  01:28:17
21  of strength training in men who are transitioning.
22    Q  So why is it relevant to this report?
23    A  This report, what do you mean?
24      MR. FRAMPTON:  Object to the form.
25  ///

Page 184

1  BY MR. BLOCK:
2    Q  I mean, you're -- you're discussing the study
3  because it has -- you think it has some relevance to
4  the participation of transgender women; right?
5    A  Yes.  I spoke to that already.        01:28:52
6    Q  Okay.  Do you think it has relevance only to
7  the participation of transgender women who have
8  completed puberty, or does it also have relevance to
9  the participation on transgender women who received
10  puberty blockers or hormones before completing  01:29:04
11  puberty?
12      MR. FRAMPTON:  Object to the form.
13      THE WITNESS:  The -- study wasn't
14  designed to look to that group, so I have no way to
15  speak to that.  And that study hasn't -- and that  01:29:16
16  has not been looked at.
17  BY MR. BLOCK:
18    Q  So -- so you don't think it's relevant to the
19  participation of transgender girls and women who
20  have not completed puberty; right?        01:29:24
21      MR. FRAMPTON:  Object to the form.
22      THE WITNESS:  I didn't say that.  You did.
23  BY MR. BLOCK:
24    Q  So -- so is it -- is it relevant or isn't it,
25  to -- to girls -- participation of girls and women  01:29:32

Page 185

47 (Pages 182 - 185)

Armistead Supp. App. 0530

**Page 186**

1  who are transgender who have not completed puberty?

2    A  So --

3      MR. FRAMPTON:  Same objection.

4      THE WITNESS:  -- I'm a little bit

5  uncomfortable with the assumptions that I've got to   01:29:43

6  make to answer that question, but to step out of

7  what you're saying and say in theory, is this study

8  applicable to prepubertal kids who are entered into

9  a strength-training program at the time that they

10  start hormonal manipulation, possibly.    01:30:03

11      MR. FRAMPTON:  We're at -- we're at 1:30

12  here.  I think that we probably would like to do a

13  lunch break sometime soon, but I'm not -- I'm not

14  telling you you've got to do that now, by any

15  stretch, if you were trying to complete a line of   01:30:28

16  questioning or something.

17      MR. BLOCK:  Yeah -- yeah, I would.  Just give

18  me ten more minutes, and then we can take a break.

19      MR. FRAMPTON:  Yeah.

20      MR. BLOCK:  Is that okay with you,    01:30:40

21  Dr. Carlson?

22      THE WITNESS:  Yeah, that's fine.

23      Can I have 30 seconds just to pop some food

24  in my mouth?  Is that all right?

25      MR. BLOCK:  Sure.  Can we go off the record   01:30:49

Page 186

**Page 187**

1  for 30 seconds?

2      THE VIDEOGRAPHER:  We are off the record at

3  1:31 p.m.

4      (Recess.)

5      THE VIDEOGRAPHER:  We are on the record at   01:31:34

6  1:32 p.m.

7      MR. BLOCK:  Great.  Thank you.

8      THE VIDEOGRAPHER:  Central Time.  Sorry,

9  Central Time.

10  BY MR. BLOCK:    01:31:57

11    Q  If you go to page 54, near the end of

12  paragraph 93.

13    A  Back on my report?

14    Q  Yeah.

15    A  54, paragraph what?    01:32:13

16    Q  93.  So at the very end, paragraph 93.

17      When you're discussing this Lapauw 2008 and

18  Hilton 2021 study, you say -- this is like five

19  paragraphs from the bottom -- (as read):

20      "The authors also noted that since   01:32:32

21      males who identify as women often

22      have lower baseline (i.e., before

23      hormone treatment) muscle mass than

24      the general population of males..."

25      And then it continues, but I --   01:32:44

Page 187

**Page 188**

1    A  Sorry, I was -- I was trying to find my place

2  when you started reading, so I'm -- I'm on that page

3  now.

4    Q  Sure.  Do you -- okay.

5      So about five lines from the bottom of   01:32:53

6  paragraph 93, you say -- in -- when discussing this

7  Hilton study, you say (as read):

8      "The authors also noted that since

9      males who identify as women often

10      have lower baseline (i.e., before   01:33:09

11      hormone treatment) muscle mass than

12      the general population of males..."

13      And then the sentence continues, but I just

14  want to ask you a question about this part where you

15  say that the authors of the study noted that males   01:33:23

16  who identify as women often have lower baseline

17  muscle mass than the general population of males.

18      So do you -- do you have any reason to

19  disagree with them, that -- that transgender women

20  often have lower baseline muscle mass than the   01:33:44

21  population of cisgender males?

22    A  No.  I think there are -- a fair read of

23  studies that do exist says that in many cases

24  transgender -- I'm going to use your term --

25  transgender females come into baseline with some   01:34:03

Page 188

**Page 189**

1  lower measures of lean muscle mass and -- but the

2  relevant -- and so the relevant question is where do

3  they fall related to cisgender females, but to your

4  point.

5    Q  So the -- so my -- so my question is, do --   01:34:25

6  so by lowering their levels of circulating

7  testosterone, that would affect their ability to

8  acquire new muscle mass like at the same rate as a

9  cisgender male; correct?

10      MR. FRAMPTON:  Objection to the form.    01:34:48

11      THE WITNESS:  Their -- their ability to

12  acquire lean muscle mass at the same rate as a

13  representative cisgender male population would be --

14  studies show that it would show less, yes.

15      Is that what you were asking?    01:35:18

16  BY MR. BLOCK:

17    Q  Yeah, I was asking whether or not lowering

18  their circulating testosterone would impair their

19  ability to increa- -- to develop new muscle mass at

20  the same rate as a cisgender male who is -- has   01:35:29

21  regular levels of circulating testosterone.

22    A  At the same rate, yes.

23    Q  And do you know how -- whether -- do you know

24  what the effects of lowering testosterone has on

25  a -- a transgender woman's ability to acquire new   01:35:48

Page 189

48 (Pages 186 - 189)

Armistead Supp. App. 0531

1 muscle mass compared to how quickly a cisgender
2 woman can acquire new muscle mass?
3       MR. FRAMPTON:  Object to the form.
4    Go ahead.
5       THE WITNESS:  Restate that question.        01:36:06
6 BY MR. BLOCK:
7    Q  Yeah, sure.  So I -- do you -- do you -- are
8 you aware of any data comparing the ability of a
9 transgender woman who's lowered circulating
10 testosterone to acquire new muscle mass against the   01:36:20
11 ability of a cisgender woman to acquire new muscle
12 mass?
13       MR. FRAMPTON:  Same objection.
14    Go ahead and answer.
15       THE WITNESS:  This comparison to cisgender   01:36:30
16 women, trying to think of a specific study.  Wiik.
17    I'd have to look at -- I'd have to go back
18 and look at my references.
19    Q  Sure.
20       MR. BLOCK:  Okay.  We can take a break for --  01:37:07
21 for lunch now.  Let's go off the record.
22       THE VIDEOGRAPHER:  We are off the record at
23 1:37 p.m., Central Time.
24    (Lunch recess.)
25       THE VIDEOGRAPHER:  We are on the record at   02:15:44
                                            Page 190

1    limiting larger athletes from
2    playing positions where their size
3    and strength is likely to result in
4    injury to smaller players.  Thus, in
5    youth football, players exceeding a       02:17:21
6    certain weight threshold may be
7    temporarily restricted to playing on
8    the line and disallowed from
9    carrying the ball, or playing in the
10    defensive secondary, where they         02:17:32
11    could impose high-velocity hits on
12    smaller players.
13    Did I read that correctly?
14    A  Yes, you did.
15    Q  Okay.  Great.  So, you know -- so my question  02:17:39
16 is, this is an example of a way to improve safety
17 even within a team solely consisting of boys or
18 solely consisting of girls; correct?
19    A  Correct.
20    Q  Okay.                               02:18:09
21    A  I mean, it doesn't all speak to team sports,
22 but yes.
23    Q  Okay.  Now, would this also be a way to
24 increase safety in a coed team?
25    A  That does occur in some coed rec sports, yes.  02:18:18
                                            Page 192

1 2:16 p.m., Central Time.
2 BY MR. BLOCK:
3    Q  Good afternoon, Dr. Carlson.
4    A  Hello.
5    Q  I'd like to direct your attention to       02:15:54
6 Exhibit 80, so your February 2022 report, on
7 page 15.  Let me know when you're there.
8    A  Okay.  I am on page 15.
9    Q  Okay.  And if you can look at footnote 10.
10    A  Okay.                               02:16:38
11    Q  Are you there?
12    A  I -- I said, "Okay."  I'm sorry.
13    Q  Okay.  So in the footnote, you know, it says
14 (as read):
15       In some cases, safety requires even       02:16:49
16       further division or exclusion.  A
17       welterweight boxer would not compete
18       against a heavyweight, nor a
19       heavyweight wrestle against
20       smaller -- a smaller athlete.  In        02:16:59
21       the case of youth sports, when
22       children are at an age where growth
23       rates can vary widely, leagues will
24       accommodate for naturally-occurring
25       large discrepancies in body size by      02:17:10
                                            Page 191

1    Q  Okay.  So there are ways to make rule
2 modifications to account for safety concerns without
3 completely excluding certain members of the team?
4       MR. FRAMPTON:  Object to the form.
5       THE WITNESS:  The way that you -- the -- the   02:18:35
6 type of changes that we're talking about can be
7 made, but they alter the nature of the sport itself,
8 so...  You -- you cannot do it without changing the
9 essence of what the sport is.
10 BY MR. BLOCK:                             02:19:07
11    Q  So if --
12    A  Whether that's acceptable or not acceptable,
13 that's not really what I was retained for.
14    Q  Okay.  So if we could go to paragraph 42.
15    A  Okay.                               02:19:35
16    Q  All right.  So if you go to the second
17 sentence, where it says "this is one reason."
18    Do you see that?
19    A  I'm reading the first, so just give me a
20 second.                                   02:19:47
21    I see it.
22    Q  Okay.  So you see "This is one reason that
23 rule modifications often exist in leagues where coed
24 participation occurs."  And then for footnote 14,
25 you say, "For example, see" this website "(detailing  02:20:08
                                            Page 193

49 (Pages 190 - 193)

Veritext Legal Solutions
866 299-5127                    Armistead Supp. App. 0532

| | |
|---|---|
| 1  variety of rule modifications applied in co-ed | 1  BY MR. BLOCK: |
| 2  basketball)." And then you say, "Similarly, coed | 2    Q  What -- do you think there's safety risks |
| 3  soccer leagues often prohibit so-called 'slide | 3  involved when a -- a cisgender high school girl |
| 4  tackles,' which are not prohibited in either men's | 4  competes at -- competes on a football team with |
| 5  or women's soccer."                    02:20:28 | 5  cisgender boys?                        02:23:46 |
| 6    Do you see those sentences? | 6    A  Do I think that there are risks? Is that |
| 7    A  I do. | 7  what you said? |
| 8    Q  Okay. And so, again, would it be possible to | 8    Q  Are there risks to that cisgender girl? |
| 9  make similar rule modifications if a transgender | 9    A  Well, if -- if -- if we're going to say that |
| 10  participant is playing?              02:20:39 | 10  there -- sports is not a zero sum risk, then any   02:23:59 |
| 11    MR. FRAMPTON: Object to the form. | 11  participation involves some risk. |
| 12    Go ahead. | 12    Q  Okay. Well, do you think it's safe for a |
| 13    THE WITNESS: Can -- you can change a | 13  high school girl to play tackle football with a high |
| 14  sport -- you can change the rules of the sport any | 14  school boy? |
| 15  way you want, but you can't do that without changing   02:20:50 | 15    MR. FRAMPTON: Object to the form.      02:24:16 |
| 16  the essence of the sport. | 16    THE WITNESS: You want to specify that |
| 17  BY MR. BLOCK: | 17  question more or just leave it the way it is? |
| 18    Q  Okay. But are these rule changes for these | 18  BY MR. BLOCK: |
| 19  coed participation sports adequate, in your opinion, | 19    Q  I want -- do you think it's safe for a high |
| 20  to minimize safety concerns?          02:21:05 | 20  school girl to play tackle football with a high   02:24:29 |
| 21    MR. FRAMPTON: Object to the form. | 21  school boy? |
| 22    THE WITNESS: I'm not sure I can speak to | 22    MR. FRAMPTON: Same objection. |
| 23  adequate or not. That implies that safety | 23    Go ahead. |
| 24  guardrails can -- that there's an end to it, but -- | 24    THE WITNESS: I think that there is |
| 25  restate your question, I'm sorry.      02:21:36 | 25  heightened risk for a high school girl to play   02:24:36 |
| Page 194 | Page 196 |

| | |
|---|---|
| 1  BY MR. BLOCK: | 1  football with a high school boy; however, there's a |
| 2    Q  I said, are these rule changes that you | 2  couple of things to say about that. |
| 3  discuss in footnote 14, in your opinion, adequate -- | 3    First of all, that individual can select |
| 4  adequate to minimize safety risks from coed | 4  certain positions that are going to reduce the risk |
| 5  participation?                        02:21:54 | 5  more than others. So, for instance, you might have   02:24:55 |
| 6    MR. FRAMPTON: Object to the form. | 6  somebody who kicks the ball off, who -- (technical |
| 7    THE WITNESS: I believe that they -- I -- I | 7  difficulty). |
| 8  would assume that in the leagues that use them, that | 8    Second, in that case, it's an individual |
| 9  they serve the purpose of risk reduction in those | 9  choosing to participate and assuming that risk. |
| 10  leagues. Not total risk reduction, relative risk   02:22:36 | 10    But as to whether there is risk, yeah,   02:25:15 |
| 11  reduction. | 11  there's risk. |
| 12  BY MR. BLOCK: | 12  BY MR. BLOCK: |
| 13    Q  Is it ever possible to totally eliminate risk | 13    Q  Are you able to compare that risk to the risk |
| 14  from participating in contact or collision sports? | 14  of 11-year-old boys and girls playing soccer |
| 15    A  No, of course not.                02:22:45 | 15  together?                             02:25:27 |
| 16    Q  But -- | 16    MR. FRAMPTON: Object to the form. |
| 17    A  Well, yes. By not playing. | 17    THE WITNESS: Am I able to compare the risk |
| 18    Q  Okay. So -- but -- so do you think sports | 18  of a high school female playing football on a men's |
| 19  should be eliminated to eliminate the possibility of | 19  team with 11-year-old boy and girls playing soccer |
| 20  risk?                                 02:23:01 | 20  together? Is that what you're asking?   02:25:48 |
| 21    MR. FRAMPTON: Object to the form. | 21  BY MR. BLOCK: |
| 22    THE WITNESS: Well, that's -- that's a | 22    Q  That's what I'm asking. |
| 23  societal -- that's not why I was retained for this. | 23    MR. FRAMPTON: Same objection. |
| 24  I was retained to speak to safety issues as exist in | 24    THE WITNESS: That's not something that's |
| 25  sport, not whether a sport ought to continue.   02:23:20 | 25  been looked at.                       02:25:57 |
| Page 195 | Page 197 |

50 (Pages 194 - 197)

Armistead Supp. App. 0533

1    If you're asking me whether there's a general
2  increase in risk, I would say yes.
3  BY MR. BLOCK:
4    Q  An increase in risk for the football fact
5  pattern?                              02:26:13
6      MR. FRAMPTON:  Object to the form.
7      THE WITNESS:  That's not what you asked.
8  BY MR. BLOCK:
9    Q  Well, I'm just trying to understand what you
10  said at the end.                      02:26:19
11     You said, If you're asking if it's a general
12  increase in risk, I'd say yes.
13     I just wanted to just clarify what you were
14  referring to at the end.
15    A  I'm not sure what you were asking.  So you  02:26:29
16  were asking whether --
17    Q  What's -- what's -- sorry, I -- I can clarify
18  my question.  Would that help?
19    A  Yes, I think so.
20    Q  Yeah, what's riskier, an 11-year-old girl  02:26:40
21  playing soccer with an 11-year-old boy or a
22  17-year-old girl playing football with a 17-year-old
23  boy?
24    A  Well, that's anecdote and --
25      MR. TRYON:  Objection.          02:26:56

Page 198

1  BY MR. BLOCK:
2    Q  Go on.
3      MR. TRYON:  Go ahead.
4      THE WITNESS:  Me?  Okay.
5      That's anecdote.  And it's obviously going to  02:27:06
6  depend on this situation.
7      If you're comparing a high school placekicker
8  and that's all she does to two 11-year-olds where
9  there's wide discrepancy between a larger, faster
10  male and a smaller, slower female, then there's  02:27:28
11  going to be more risk in the soccer side of it.  If
12  you're comparing a high school female who's playing
13  linebacker, the risk might fall to the other side.
14  But those are hypotheticals around, again,
15  anecdotes, so...                      02:27:51
16  BY MR. BLOCK:
17    Q  Isn't this whole -- isn't your expert report
18  all about hypotheticals and anecdotes?
19      MR. FRAMPTON:  Object to the form.
20      THE WITNESS:  I wouldn't say that they're  02:28:03
21  about anecdotes.  I would say that it's based on
22  modeling assumptions that -- informed by research
23  that speaks to a sex-based difference.
24  BY MR. BLOCK:
25    Q  And those same modeling assumptions would  02:28:24

Page 199

1  allow you to compare the risks of 11-year-olds
2  playing soccer together to 17-year-olds playing
3  football together; right?
4      MR. FRAMPTON:  Object to the form.
5      THE WITNESS:  To your point, I look at --  02:28:44
6  yes, the -- the -- the modeling risks apply to many
7  different age categories.
8  BY MR. BLOCK:
9    Q  Is there any data at all on injuries to
10  cisgender prepubertal girls from playing with  02:29:09
11  cisgender prepubertal boys?
12    A  I'm not aware of that specifically, no.
13    Q  On page -- paragraph 78.  Let me know when
14  you're at paragraph 78.
15    A  Okay.                          02:30:09
16    Q  Okay.  Paragraph 78, you say (as read):
17    "Of course there exists variation in
18     all these factors within a given
19     group of males or females.  However,
20     it is also true that within           02:30:17
21     sex-specific pools, size
22     differential is somewhat predictable
23     and bounded, even considering
24     outliers."
25    Did I read that right?            02:30:25

Page 200

1    A  Yes.
2    Q  Okay.  So I think this goes back a little bit
3  to our discussion from -- from before, having a
4  larger cisgender woman on a girls' -- a woman's
5  sports team is riskier to the other participants  02:30:43
6  than having a smaller cisgender woman on that team;
7  correct?
8    A  I don't -- you're equating size to risk in a
9  way that make it hard to answer that question.  You
10  haven't told me the sport.  You haven't told me  02:31:18
11  other characteristics of the athletes.  So it could
12  run either way.
13     Injury risk is a net effect.  You could have
14  a -- well, I'll just leave it at that.
15    Q  Okay.  So you say size differential here, so  02:31:37
16  that's why I talked about size.
17     When you -- when you said it's also true that
18  within sex-specific pools, size differential is
19  somewhat predictable.
20     What point were you making when you said  02:31:51
21  that?
22    A  I -- I -- I suppose a more artful way to say
23  that would be physical attributes are somewhat --
24  or -- or performance-based attributes -- physical
25  and performance attributes are somewhat predictable  02:32:35

Page 201

51 (Pages 198 - 201)

Armistead Supp. App. 0534

1  and bounded.
2      Q   And so your concern about allowing
3  transgender women to participate on women's teams is
4  that you would be introducing athletes into the pool
5  that fall outside of the outer bounds that would        02:32:50
6  exist if it were just limited to cisgender women
7  athletes?
8          MR. FRAMPTON:  Objection --
9          THE WITNESS:  It --
10         MR. FRAMPTON:  -- to form.                       02:33:04
11  BY MR. BLOCK:
12     Q   Go ahead.
13     A   My concern would be that in -- in the
14  aggregate, there are more than any one -- there's
15  more than any one attribute that makes up a male,       02:33:12
16  and that taken as a whole, those attributes fall
17  outside the bounds of -- into the other pool.
18     Q   And is that going to be true for every
19  transgender woman?
20     A   I can't speak to how that would apply to any     02:33:38
21  given -- (technical difficulty) -- but from a
22  population standpoint, it would certainly hold true.
23     Q   So what if eligibility were limited to
24  transgender women whose physical attributes fell
25  within the -- the predictable and bounded range of     02:34:18

Page 202

1  physical attributes for cisgender women, would that
2  raise safety concerns?
3          MR. FRAMPTON:  Object to the form.
4          THE WITNESS:  There's problems, first of all,
5  with measurement validity when we're talking about     02:34:33
6  an unlimited -- kind of an unbounded list of
7  biological categories.  So that's a problem.
8          So I -- I don't -- I think there's an
9  assumption underneath all of that that says that you
10  can kind of boil down a transgender and cisgender      02:34:49
11  female into the exact same categories, and I -- I
12  don't know that that's true.
13  BY MR. BLOCK:
14     Q   Do you know the effects of lowering
15  testosterone to levels of circulating testosterone     02:35:11
16  typical of women on all the various physiological
17  attributes that would play into the analysis of
18  safety?
19     A   That's an evolving area of study, and it
20  hasn't been completely studied yet, but the -- but     02:35:40
21  the -- the net effect of the studies that we do have
22  seem to tilt in the same direction, which is that
23  there is retained difference.
24     Q   In your report, you talk about internal risk
25  factors and external risk factors; correct?           02:36:32

Page 203

1      A   Correct.
2      Q   Okay.  And if you look at your report on --
3  go to section -- on page 33, section VI.
4      A   Are you talking about paragraph 57?
5      Q   Yeah, yeah.  But I'm focusing on the headline   02:37:08
6  "Enhanced Female Vulnerability to Certain Injuries,"
7  right?  Do you see that?
8      A   I see that.
9      Q   Okay.  And then there's -- there's a
10  subsection A on concussions and a subsection B on      02:37:23
11  ACL tears.
12         Are the things discussed in this section an
13  example of internal risk factors?
14     A   Well, I -- you know, when you go back and you
15  look at the discussion around injury epidemiology,     02:37:45
16  I -- I think I make it clear that -- that those are
17  often blended.
18         And so in the case of both concussion and ACL
19  risk, there are -- there are innate things about the
20  female that seem to predispose them to those           02:38:04
21  injuries, but at the same time, those injuries can
22  be imparted by being struck, so...
23     Q   And are -- is there any data on the
24  susceptibility of transgender girls and women to
25  those injuries, you know, if they have had puberty     02:38:30

Page 204

1  blockers followed by gender-affirming hormones?
2          MR. FRAMPTON:  Object to the form.
3          THE WITNESS:  I'm not aware of research
4  specifically looking at the risk of a transgender
5  female who's prepubertal to ACL risk or concussion     02:38:52
6  risk.
7          Did I say transgender prepu- -- pre- --
8  prepubertal females?
9  BY MR. BLOCK:
10     Q   I thought you did.  Or at least that's what I   02:39:16
11  understood.
12     A   I just wanted to clarify.
13     Q   So if you -- turn to page 4 in your report.
14     A   Okay.
15     Q   On the second -- the -- the -- you know,        02:39:47
16  actually, let's go to Exhibit 81.  So this is the
17  first white paper you -- you -- you made.  Page 3.
18  It's page 3 of Exhibit 81, on the -- the internal
19  pagination.
20     A   Okay.  I'm -- I'm there.                         02:40:09
21     Q   Okay.  So this paragraph, it says (as read):
22         "Unfortunately, apart from
23         World Rugby's careful review, the
24         public discourse is lacking any
25         careful consideration of the           02:40:31

Page 205

52 (Pages 202 - 205)

Armistead Supp. App. 0535

Page 206

```
 1    question of safety.  As a physician
 2    who has spent my career caring for
 3    athletes, I find this silence about
 4    safety both surprising and
 5    concerning.  It is my hope through      02:40:39
 6    this white paper to equip and
 7    motivate sports leagues and policy
 8    makers to give adequate attention to
 9    the issue of safety for female
10    athletes."                             02:40:49
11    Did I read that right?
12    A  Yes, you did.
13    Q  Okay.  And does this white paper disclose
14 anywhere that you were hired to write it by ADF?
15    MR. FRAMPTON:  Object to the form.       02:41:04
16    THE WITNESS:  I don't think that that's in
17 there, no.
18 BY MR. BLOCK:
19    Q  Okay.  When -- when you say in the white
20 paper that you find the silence about safety both   02:41:18
21 surprising and concerning, when did you acquire that
22 opinion?
23    A  I imagine in the context of culling together
24 this material.
25    Q  So you didn't mean to say that you were just   02:41:43
```

Page 207

```
 1 a doctor listening to the discourse and just spurred
 2 into action organically by your surprising concern
 3 about the lack of discussion of safety?
 4    MR. FRAMPTON:  Object to the form.
 5    THE WITNESS:  Well, I think going back to      02:42:05
 6 what we were talking about earlier, I -- I -- you
 7 know, this -- this issue has become more prominent
 8 on the public radar, particularly over the last five
 9 years, and -- you know, so from the beginning, when
10 I was with AMSSM, you know, those conversations were   02:42:22
11 cropping up.
12    And as I said earlier, I had some concerns
13 about the issue of safety when it came to size
14 differential, but those concerns -- I -- I believe
15 that those concerns have been validated by review of   02:42:43
16 the available evidence in conjunction with my
17 experience as a physician.
18 BY MR. BLOCK:
19    Q  Going back to your -- your February 2022
20 report, on page 7.                                    02:43:11
21    A  Okay.
22    Q  So in this paragraph, you discuss various
23 sports that fall within your definition of contact
24 or collision, and I wanted to --
25    A  What -- what page are you on?               02:43:41
```

Page 208

```
 1    Q  Page 7 of your February 22 report,
 2 Exhibit 80.
 3    Oh, no, I'm sorry --
 4    A  I'm not seeing that.
 5    Q  No, no, no, no.  I was looking at the wrong   02:43:57
 6 one, I apologize.  It was my -- my fault.
 7    This would then be page -- page 9 of your --
 8 of that one.
 9    A  Okay.
10    Q  So you're -- you're discussing here -- you're   02:44:21
11 listing various sports that fall within your
12 definition of collision and contact.
13    A  Uh-huh.
14    Q  And we have boxing, wrestling, rugby,
15 ice hockey, football, basketball.  And then we also   02:44:36
16 have mixed martial arts, field hockey, soccer,
17 rugby, lacrosse, volleyball, baseball and softball.
18    Do you think that the increased risk that
19 talk about is equally present to the same degree in
20 all of these sports that you list?                    02:45:05
21    A  No, I wouldn't say that.
22    Q  Okay.  So there's some contact in collision
23 sports where there's a greater increased risk than
24 another contact in collision sports; right?
25    A  That's correct.                              02:45:17
```

Page 209

```
 1    Q  Which of these contact and collision sports
 2 do you think have the least degree of increased
 3 risk?
 4    A  Of the sports listed there, I would -- I -- I
 5 would qualify this and say -- you know, I would need   02:45:39
 6 to rely on epidemiological statistics, but I would
 7 guess that in terms of traumatic injury, volleyball
 8 is probably near the bottom.
 9    MR. BLOCK:  If you could just give me another
10 five minutes, I -- I'll just come back with any      02:46:21
11 remaining questions I have.
12    Can -- can we go off the record?
13    THE VIDEOGRAPHER:  We are off the record at
14 2:46 p.m., Central Time.
15    (Recess.)                                      02:56:18
16    THE VIDEOGRAPHER:  We are on the record at
17 2:56 p.m., Central Time.
18 BY MR. BLOCK:
19    Q  Okay.  So just a few more questions,
20 Dr. Carlson, but I won't keep you too much longer.   02:56:31
21    If you could go to -- oh, jeez.  I thought I
22 had the paper -- page -- this is it.  Page 28 of
23 your -- of Exhibit 80, your February 2022 report.
24    A  Page 28?
25    Q  Yeah.  Paragraph 49.                         02:57:09
```

53 (Pages 206 - 209)

Armistead Supp. App. 0536

1 A  Okay.
2 Q  Just four lines down, you -- you say, in a
3 parenthetical, that prime athletic years are ages 18
4 to 29.
5    Do you see that?                02:57:43
6 A  Yes.
7 Q  Could you explain why those are the prime
8 athletic years?
9 A  Well, it's -- I don't recall offhand how I
10 came to include that in, so... But looking at it,   02:58:04
11 it's roughly from the age of the end of puberty
12 through your third decade.  That makes sense to me.
13 Q  Why does it make sense to you that the prime
14 athletic years would begin roughly at the age of the
15 end of puberty?                  02:58:25
16 A  We -- we've already spoken somewhat to the
17 effect of puberty on performance.
18 Q  So the -- the further along on -- you are on
19 puberty, the greater effect it will have on your
20 performance?                    02:58:50
21 A  I think that that term -- or that --
22 that phrase could be rephrased in -- in other ways.
23 Because obviously it depends on the sport; right?
24 So take gymnastics, for example, the prime years for
25 an Olympic gymnast are not going to fall in that   02:59:16

Page 210

1 range.
2 Q  Do you think that a trans girl has an
3 athletic advantage over a cisgender girl in girls'
4 gymnastics?
5 A  I have never --                02:59:30
6    MR. FRAMPTON:  Object to the form.
7    Go ahead.
8    THE WITNESS:  I have never considered that.
9 BY MR. BLOCK:
10 Q  Well, sitting here, considering it now, can   02:59:40
11 you -- what's your opinion?
12 A  Do I think a trans girl has an advantage over
13 a cis girl in women's gymnastics?
14 Q  Yes.
15    MR. FRAMPTON:  Object to the form.   02:59:50
16    Go ahead.
17    THE WITNESS:  It would depend on the
18 apparatus that you're talking about, I suppose.  For
19 instance, assuming that that individual may have an
20 advantage in vault.  But again, you're -- we're   03:00:08
21 talking about anecdotal hypothesis about individuals
22 and not population, so -- you know, I -- I don't
23 know that I can really answer that question.
24 BY MR. BLOCK:
25 Q  Well, at a population level, do you think   03:00:26

Page 211

1 transgender girls have an athletic advantage over
2 cisgender girls in girls gymnastics?
3    MR. FRAMPTON:  Same objection, form and
4 scope.
5    Go ahead.                    03:00:36
6    THE WITNESS:  Certainly not all the way
7 around, but there may be aspects of different events
8 in gymnastics that they -- they may have a -- they
9 may have some advantage within.
10 BY MR. BLOCK:                    03:00:56
11 Q  So are you -- would you -- do you feel
12 confident in that answer?  I know I just asked you
13 to give it off the top of your head, so is that, you
14 know, an answer that you -- you feel sure about
15 or --                          03:01:07
16 A  Well, that study -- that -- that has never
17 been looked at, as far as I'm aware, in a
18 peer-reviewed study, but to the extent that you're
19 making me answer it, I think I've given you an
20 answer.                        03:01:20
21 Q  Okay.  If you could go to --
22 A  Sorry, I didn't hear you.
23 Q  No, sorry, I -- I -- I stopped my sentence
24 halfway through.
25    If you can go to page 59.        03:01:47

Page 212

1 A  Okay.
2 Q  Okay.  So in the second sentence of that
3 paragraph, you say (as read):
4    "While, as I have noted, some
5    biological males have indeed        03:02:20
6    competed in a variety of girls' and
7    women's contact sports, the numbers
8    up till now have been small."
9    Excuse me.
10    "But recent studies have reported      03:02:31
11    very large increases in the number
12    of children and young people
13    identifying as transgender compared
14    to historical experience.  For
15    example, an extensive survey of 9th    03:02:39
16    and 11th graders in Minnesota found
17    that 2.7% identified as transgender
18    or gender-nonconforming—— well over
19    100 times historical rates..."
20    And you cite that to Rider 2018 for that.   03:02:54
21    Did I read that right?
22 A  I believe so.
23 Q  Okay.  Well, first of all, are you aware of
24 any statistics about the number of people
25 identifying as transgender in West Virginia?   03:03:07

Page 213

54 (Pages 210 - 213)

1    A   I believe I have read at some point in time
2    that the percentage of transgender-identifying
3    people in West Virginia is high to the national
4    average.
5    Q   Okay.  How about transgender youth?        03:03:26
6    A   I -- I can't remember if what I read was
7    specific to transgender youth or not.
8    Q   And do you know whether any transgender girl
9    besides the plaintiff in this case has ever competed
10   in girls or women's sports in West Virginia?     03:03:42
11   A   Again, I couldn't speak to that.
12   Q   Okay.  So --
13   A   I was -- I wasn't retained for that, so I
14   don't know.
15   Q   So this -- this study by Rider 2018, in     03:03:52
16   Minnesota, do you know what percentage of the
17   2.7 percent of students in that study identified as
18   transgender as opposed to gender nonconforming?
19   A   I don't recall that, no.
20   Q   Okay.  Do you recall ever looking it up?    03:04:19
21   A   I'm sure at -- at some point I did look it
22   up, but I don't recall what the number is.
23       MR. BLOCK:  Okay.  So if you could check your
24   inbox -- I mean, exhibit box, Exhibit 85.  We can
25   look at it together.  Let me know when you see it.   03:04:57

Page 214

1    (Exhibit 85 was marked for identification
2    by the court reporter and is attached hereto.)
3    THE WITNESS:  I said I have it up.
4    BY MR. BLOCK:
5    Q   Okay.  Great.  Could you go to page 2.      03:05:20
6    A   I'm there.
7    Q   Okay.  So if you -- just scroll down to --
8    just -- actually, you don't even have to scroll
9    down.  The second sentence on page 2, where it
10   describes -- it begins with "gender nonconforming."  03:05:41
11   A   Yes.
12   Q   Okay.  So page -- so this sentence says (as
13   read):
14       "Gender nonconforming describes
15       individuals whose gender expression         03:05:54
16       does not follow stereotypical
17       conventions of masculinity and
18       femininity and who may or may not
19       identify as transgender."
20       Do you see that?                             03:06:04
21   A   Yes, I see that.
22   Q   Okay.  Do you think that -- to the extent
23   that the study is talking about gender nonconforming
24   people, do you think it's still relevant to
25   assessing an increase in transgender people         03:06:17

Page 215

1    participating in girls and women's sports?
2        MR. FRAMPTON:  Object to the form.
3        THE WITNESS:  I -- the definition that you
4    just read for me is not the same thing as a
5    transgender individual as you've defined it.        03:06:38
6    BY MR. BLOCK:
7    Q   Okay.  Now, if you go to -- if you go to the
8    first page of the study, for the abstract, if you go
9    to "Results."
10   A   Yes, I see that.                               03:07:17
11   Q   So it says (as read):
12       "We found that students who are TGNC
13       reported significantly poorer
14       health, lower rates of preventative
15       health checkups, and more nurse            03:07:26
16       office visits than cisgender youth.
17       Do you see that?
18   A   I do see that.
19   Q   All right.  As a general matter, at a
20   population level, if a group of folks reports       03:07:38
21   significantly poorer health than a control group, is
22   that usually a sign of athletic advantage?
23       MR. FRAMPTON:  Object to the form.
24       Go ahead.
25       THE WITNESS:  That's so far removed from     03:07:55

Page 216

1    specifics of athletic advantage that I don't know
2    that I can answer that, what -- what -- what plays
3    into poorer health.
4    BY MR. BLOCK:
5    Q   Okay.  Well, do -- do you think that having a  03:08:15
6    poor -- poorer health -- well, what connection do
7    you have -- do you see, if any, between, you know,
8    someone having poorer health and being a good
9    athlete?
10       MR. FRAMPTON:  Object to the form.          03:08:35
11       THE WITNESS:  Again, I -- I think without
12   knowing how poorer health is defined here, I
13   hesitate to answer that question.
14   BY MR. BLOCK:
15   Q   Okay.  Well, is it fair to say that there are  03:08:47
16   a variety of ways in which, at a population level,
17   the -- the health of transgender girls and women may
18   be different than the health of cisgender boys and
19   men?
20       MR. FRAMPTON:  Same objection.              03:09:10
21       THE WITNESS:  Again, I'm a board-certified
22   sports medicine physician, I'm not an
23   endocrinologist, and you're asking questions about
24   population distinctions between transgender and
25   cisgender individuals.  I don't know that I was     03:09:24

Page 217

55 (Pages 214 - 217)

Armistead Supp. App. 0538

1  retained to ask -- answer those questions.
2  BY MR. BLOCK:
3      Q  So -- so you can't offer an expert opinion on
4  how similar or dissimilar transgender girls and
5  women are to cisgender boys and men --          03:09:43
6          MR. FRAMPTON:  Object to to --
7          THE WITNESS:  I didn't --
8          MR. FRAMPTON:  -- the form.
9          THE WITNESS:  -- say that.  You were asking
10 me about their population -- the reflection of      03:09:53
11 overall health on that population versus cisgender.
12         Is that what you're asking me?
13 BY MR. BLOCK:
14     Q  Well, I asked you that, and then I asked you
15 another question, which is, you know, the basis for  03:10:10
16 your expert opinion opining on the similarities
17 between cisgender girls and women -- excuse me.  I
18 was asking the basis for your expert opinion opining
19 on the similarities between transgender girls and
20 women and cisgender boys and men.            03:10:27
21     A  Between trans-- --
22         MR. FRAMPTON:  Object to the form.
23         Go ahead.
24         THE WITNESS:  Between transgender boys and
25 women, is that what you said?               03:10:39

Page 218

1  BY MR. BLOCK:
2      Q  Transgender girls and women compared to
3  cisgender boys and men.  What's the basis of your
4  expertise in drawing a comparison between those two
5  groups of people?               03:10:52
6      A  So you're talking about trans women --
7      Q  Yes.
8      A  -- or trans men?
9      Q  Sorry, I'm talking about trans girls and
10 women and cis --               03:11:01
11     A  Can you rephrase --
12     Q  -- boys and men --
13     A  -- the question because I'm not sure -- I
14 want to understand what you're saying.
15     Q  Yeah.  People assigned a male sex assigned at  03:11:09
16 birth who have female gender identities are the
17 people I'm referring to as trans girls and women.
18     A  Okay.
19     Q  And my question is, do you have any expert
20 basis to opine on how similar that group of people  03:11:30
21 are to cisgender boys and men?
22         MR. FRAMPTON:  Object to the form.
23         Go ahead.
24         THE WITNESS:  Yes, I do.
25 ///

Page 219

1  BY MR. BLOCK:
2      Q  And what -- what is that expert basis?  What
3  is the basis for that expert opinion?
4      A  I'm a board-certified sports medicine
5  physician, and I can speak to the safety issues      03:11:53
6  involved with these two populations.
7      Q  But are you -- you don't -- what information
8  do you have about the -- you know, the -- the health
9  and physical profile of transgender girls and women?
10         MR. FRAMPTON:  Object to the form.      03:12:12
11         THE WITNESS:  I think I told you that, A, I
12 was retained to speak to the issues around these
13 populations that deal with sports safety.
14 BY MR. BLOCK:
15     Q  And -- okay.  So what's the basis of your  03:12:42
16 ability to render an expert opinion, though?
17         MR. FRAMPTON:  Object to the form.
18         Go ahead.
19         THE WITNESS:  Sure, I understand the
20 question.  I'm sorry.               03:12:55
21         I -- I'm not sure how that relates to what
22 we're looking at here.
23 BY MR. BLOCK:
24     Q  Sure.  Sure.  And I -- I -- I won't keep you
25 too much longer.               03:13:06

Page 220

1          I understand everything you've opined on in
2  your report about cisgender boys and men and their
3  differences between cisgender girls and women.  You
4  know, this case is about transgender girls and women
5  and that population, you would agree, is different   03:13:26
6  in some ways, at least, from cisgender boys and men;
7  right?
8          MR. FRAMPTON:  Object to the form.
9          Go ahead.
10         THE WITNESS:  There aren't population-level   03:13:35
11 studies that have really looked at that.  You can --
12 so I don't know that we can say that.
13 BY MR. BLOCK:
14     Q  So without population studies that have
15 looked at transgender girls and women, we can't say  03:13:57
16 whether they are the same as cisgender boys and men;
17 right?
18         MR. FRAMPTON:  Object to the form.
19         THE WITNESS:  Are you saying that -- are you
20 asking if there are baseline characteristic      03:14:18
21 differences between transgender women and cisgender
22 women?
23 BY MR. BLOCK:
24     Q  Sure.  That's one of them.  Sure, yes.  No,
25 no, no, no.  No.  I'm asking between transgender   03:14:35

Page 221

56 (Pages 218 - 221)

Armistead Supp. App. 0539

1 women and cisgender men.
2    Are there baseline differences between
3 transgender women and cisgender men?
4    A  We don't have good studies that were designed
5 to look at large populations to answer baseline   03:14:51
6 questions.  We have inferences we can make about
7 certain studies.  That's it.
8    Q  Okay.
9       MR. BLOCK:  All right.  Thank you,
10 Dr. Carlson.  That's all the questions I have.   03:15:02
11       THE WITNESS:  Thank you.
12       THE VIDEOGRAPHER:  Any other questions?
13       MR. TRYON:  This is Dave --
14       THE VIDEOGRAPHER:  Okay.
15       MR. TRYON:  This is Dave Tryon from the State   03:15:13
16 of West Virginia.  I -- I have no questions for the
17 witness.
18       MR. CROPP:  This is Jeffrey Cropp for the
19 defendants Harrison County Board of Education and
20 Superintendent Dora Stutler.  I have no questions.   03:15:24
21       MS. MORGAN:  This is Kelly Morgan on behalf
22 of the West Virginia Board of Education and
23 Superintendent Burch.  I have no questions.
24    Thank you very much.
25       MS. GREEN:  This is Roberta Green on behalf   03:15:36

Page 222

1 of WVSSAC.  I have no questions.
2    Thank you.
3       THE VIDEOGRAPHER:  We are off the record
4 at --
5       MR. FRAMPTON:  Hang on.  Hang on.  Hang on.   03:15:50
6 Hang on.
7    I have -- I think I've got probably one just
8 to follow-up on Mr. Block's last question.
9    Dr. Carlson, do we have information on
10 whether there are retained physical advantages when   03:16:04
11 people undergo a transition from -- undergo a
12 transition from male to female?
13       MR. BLOCK:  Objection to form.
14       THE WITNESS:  Yes.
15       MR. FRAMPTON:  Okay.  That's all I had.   03:16:19
16       MR. BLOCK:  All right.  So I have another
17 question.
18 BY MR. BLOCK:
19    Q  What -- can you please describe the studies
20 that we have that provide information that form the   03:16:36
21 basis of your answer to counsel's question?
22    A  Retained differences in -- well, the Roberts
23 study, for one.  The Roberts study showed retained
24 differences in speed.
25    Q  Are there any others?   03:17:12

Page 223

1    A  There are -- there are studies that look at
2 retained differences in -- in muscle mass and -- so
3 the Wiik study.
4    Q  And we don't --
5    A  Many of these are cited in my report.   03:17:51
6    Q  And -- and we don't have any studies on the
7 differences between transgender girls and women and
8 cisgender boys and men before transition, do we?
9       MR. FRAMPTON:  Object to the form.
10    Go ahead.   03:18:08
11       THE WITNESS:  Say that one more time.
12 BY MR. BLOCK:
13    Q  We don't have any studies on the differences
14 between transgender girls and women and cisgender
15 boys and men before transition, do we?   03:18:16
16       MR. FRAMPTON:  Same objection.
17    Go ahead.
18       THE WITNESS:  I don't believe -- again, I
19 can't recall if the Klaver study made that
20 comparison, so I'd have to go back and look at it.   03:18:46
21       MR. BLOCK:  No further questions.
22       THE VIDEOGRAPHER:  Anyone else?
23       MR. FRAMPTON:  I don't have anything further.
24       THE VIDEOGRAPHER:  We are off the record at
25 3:19 p.m., Central Time.  This completes today's   03:19:02

Page 224

1 deposition of Dr. Chad Carlson.
2    The total number of media units used was
3 eight and will be retained by Veritext Legal
4 Solutions.
5       (TIME NOTED:  3:19 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 225

57 (Pages 222 - 225)

Armistead Supp. App. 0540

I, CHAD T. CARLSON, M.D., FACSM, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this _____ day of _____, 20____, at _____, _____

        (City)       (State)

_____
CHAD T. CARLSON, M.D., FACSM
VOLUME I

Page 226

---

HAL FRAMPTON

HFrampton@adflegal.org

April 11, 2022

RE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION

March 28, 2022, CHAD T. CARLSON, M.D., JOB NO. 5122881

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.

Page 228

---

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

    That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

    I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

    IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: April 11, 2022

_____
ALEXIS KAGAY
CSR NO. 13795

Page 227

---

_X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

Page 229

58 (Pages 226 - 229)

```
1  CASE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION
2  WITNESS: CHAD T. CARLSON, M.D.,  (#JOB NO 5122881)
3          E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 WITNESS              Date
25
                                    Page 230
```

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0542

**[& - 63.7]**

| & |
| --- |
| **&** 4:5,16 12:7,10 228:23 229:9 |

| 0 |
| --- |
| **00316** 1:8 2:8 10:16 |
| **02116-3740** 5:15 |

| 1 |
| --- |
| **1** 1:25 10:9 154:8 229:1 |
| **10** 114:19 132:25 133:5,16 135:9,12 135:17,19 136:20 137:3,16,24 138:8 141:6,8,11 174:10 191:9 |
| **100** 108:1 213:19 |
| **10004** 6:19 |
| **10005-3919** 7:9 |
| **10:27** 71:17 |
| **10:34** 71:20 |
| **11** 84:15 98:3,5 111:4,6 114:19 142:15 197:14,19 198:20,21 199:8 200:1 227:18 228:3 |
| **112** 3:7 |
| **11776** 227:21 |
| **11th** 213:16 |
| **12** 101:10 106:7,8 118:9,11 |
| **120** 7:7 |
| **1200** 108:2 |
| **125** 6:17 |
| **12:18** 144:24 |
| **12:28** 145:2 |
| **13** 8:6 106:7,8,10 117:21 |

| **1329** 178:11 |
| --- |
| **13795** 1:24 2:25 227:23 |
| **14** 38:12,17 117:21 193:24 195:3 |
| **1411** 6:8 |
| **14th** 5:14 |
| **15** 32:1 110:9 157:7 191:7,8 |
| **16** 101:10,14 |
| **169** 8:20 |
| **17** 101:13 102:22 106:5,7,9 174:12 198:22,22 200:2 |
| **176** 9:1 |
| **18** 84:15,15,18 111:7 210:3 |
| **18th** 6:18 |
| **19** 7:8 |
| **1:31** 187:3 |
| **1:32** 187:6 |
| **1:37** 190:23 |
| **1c** 170:6 |
| **1d** 170:5 |

| 2 |
| --- |
| **2** 34:12 125:6,11 174:6,9 215:5,9 |
| **2.7** 213:17 214:17 |
| **20** 61:15 226:11 |
| **200** 6:9 |
| **2006** 174:14 |
| **2008** 187:17 |
| **20116** 3:17 |
| **2014** 156:23 |
| **20147** 3:19 |
| **2016** 46:22 |
| **2017** 46:24 |
| **2018** 47:3 58:9 165:13 213:20 214:15 |

| **2019** 47:9 57:14 81:24 |
| --- |
| **2020** 30:24 31:8,14 31:17 48:17 57:22 |
| **2021** 16:21 29:9,21 48:17,19 50:7,9 80:23 82:3,8,12,16 82:20 93:7,11,14 93:22 94:9 96:18 98:15 110:25 127:21 187:18 |
| **2022** 1:21 2:24 10:1,4 16:12 28:9 52:3,25 97:24 101:4 102:25 103:5,16,23 191:6 207:19 209:23 227:18 228:3,5 |
| **2025.520** 228:9,12 |
| **21** 94:17 110:8 |
| **212.549.2500** 6:21 |
| **215** 9:8 |
| **2151** 169:22 171:23 |
| **22** 208:1 |
| **227** 1:25 |
| **22nd** 29:9,21 30:4 82:12,16 |
| **23** 102:25 103:23 |
| **23rd** 28:9 52:3,12 52:24 97:24 103:5 103:16 |
| **250** 3:18 |
| **25301** 4:21 |
| **25301-3088** 6:10 |
| **25305-0220** 3:8 |
| **26330** 4:9 |
| **27** 8:11 156:18,19 |
| **28** 1:21 2:24 8:14 10:1 209:22,24 228:5 |

| **28th** 10:4 |
| --- |
| **29** 210:4 |
| **2:16** 191:1 |
| **2:21** 1:8 2:8 10:16 |
| **2:46** 209:14 |
| **2:56** 209:17 |

| 3 |
| --- |
| **3** 205:17,18 |
| **30** 186:23 187:1 229:1 |
| **304.933.8154** 4:10 |
| **32** 174:11 |
| **3293** 70:9 |
| **33** 8:17 204:3 |
| **3:19** 2:23 224:25 225:5 |

| 4 |
| --- |
| **4** 174:8 205:13 |
| **40** 94:16,19,20,21 94:23 95:21 |
| **400** 4:8 |
| **42** 193:14 |
| **45** 144:16 |
| **47** 156:17,18,20 |
| **49** 209:25 |

| 5 |
| --- |
| **500** 4:19 5:13 19:9 |
| **5122881** 1:24 228:5 230:2 |
| **54** 187:11,15 |
| **55** 173:4,8 180:8 |
| **57** 204:4 |
| **59** 212:25 |

| 6 |
| --- |
| **600** 4:20 |
| **61** 105:15 |
| **617.937.2305** 5:16 |
| **63.7** 170:22 |

Page 1

Armistead Supp. App. 0543

**[650 - affect]**

| | |
|---|---|
| **650** 18:24 19:13 | **9th** 213:15 |
| **66.3** 170:23 | **a** |
| **681.313.4570** 3:9 | **a.m.** 2:23 10:2,4 |

**7**

**7** 83:4,7 207:20
208:1
**73** 77:1
**78** 200:13,14,16
**79** 95:22

**8**

**80** 8:11 27:3,5
28:3 76:18,19
97:25 125:13,13
191:6 208:2
209:23
**800** 18:25
**81** 8:14 28:17,19
82:11,13 205:16
205:18
**82** 8:17 33:22,24
**83** 8:20 169:10,12
**84** 9:1 175:23
176:1
**85** 9:8 214:24
215:1

**9**

**9** 98:2 142:15
208:7
**90** 144:10 164:17
164:20 166:8
168:9
**93** 187:12,16,16
188:6
**95** 173:5,9
**9:00** 12:4
**9:01** 2:23 10:2,4
**9:24** 27:21,24
**9:41** 38:3
**9:42** 38:6

**9th** 213:15

**a**

**a.m.** 2:23 10:2,4
12:4 27:21,24
38:3,6 71:17,20
**abarr** 5:21
**abbreviated** 76:22
**ability** 46:2 60:16
130:22 172:24
179:6,13,23 180:1
180:16 182:16
184:5 189:7,11,19
189:25 190:8,11
220:16
**able** 60:18 67:4,15
67:24 130:19
139:13,25 178:17
197:13,17
**absolute** 87:24
120:6 131:17
**absolutely** 18:21
20:1
**abstract** 177:1,3
216:8
**academicians**
47:20
**academy** 30:25
31:1 46:17
**accept** 152:7
**acceptable** 193:12
193:12
**accepted** 164:6,15
**accessed** 63:19
**accessible** 49:18
**accident** 17:24
**accommodate**
191:24
**accomplish** 121:24
**account** 152:5
193:2

**accumulate** 184:6
**accurate** 39:2,13
39:17,21 141:15
172:22 227:11
**acknowledging**
136:4
**acl** 204:11,18
205:5
**aclu** 11:3 13:4
**aclu.org** 6:20
**acquire** 180:16
182:17 189:8,12
189:25 190:2,10
190:11 206:21
**acquired** 159:3
179:24 182:11
**acquiring** 92:10
182:1,15
**action** 10:20 207:2
227:13
**activities** 1:11
2:11 6:3 12:14
**adaptations** 177:6
**adapted** 178:12
**addition** 164:21
**additional** 17:11
50:23 92:7,9,11,19
104:17,22
**additions** 53:3,4
**additive** 92:8
**address** 113:9
179:25 180:14
**addressing** 105:19
**adds** 27:12
**adequate** 194:19
194:23 195:3,4
206:8
**adequately** 63:22
155:6 156:8
**adf** 30:23 32:8,8
32:12,18,22 50:11

**accumulate** 184:6
50:15 52:16 61:9
62:7,15,22 69:20
99:1 103:10
206:14
**adflegal.org** 3:20
3:21 228:2
**administered**
12:23
**administration**
147:18
**adolescence**
148:18
**adolescent** 97:7
111:25
**adolescents** 165:4
**adult** 122:15
126:14,19 141:19
141:20 142:5
**adulthood** 95:11
**adults** 85:3 110:16
111:10
**advantage** 82:22
98:10 164:25
166:10 167:19
183:7 211:3,12,20
212:1,9 216:22
217:1
**advantages** 109:2
142:22 152:11
223:10
**advocacy** 78:14,19
79:7,8
**advocate** 79:9
**advocating** 63:16
78:24 79:11
**aerobic** 104:7
162:9
**affect** 70:15
129:24 153:25
179:12 189:7

Page 2

Armistead Supp. App. 0544

[affiliations - apologies]

**affiliations**   10:23
**affirmative**   56:5
**affirming**   39:19
  112:8,18 113:2,12
  114:1 115:2,11,16
  116:6,20 127:8
  128:10 132:21
  140:7 145:15
  146:1,14,23 147:5
  147:13,16 148:3,7
  148:8,14 149:17
  150:10 151:3,16
  152:12 205:1
**afield**   69:8
**afternoon**   191:3
**age**   91:10,15,15
  104:3 108:1
  111:25 114:19,19
  117:21 118:5,9,11
  122:20 135:6
  143:18 172:10,16
  183:13 191:22
  200:7 210:11,14
**aged**   92:22 104:12
**ages**   108:7 210:3
**aggregate**   202:14
**ago**   13:19 14:1
  53:24 80:13 92:20
**agree**   10:7 15:16
  15:21 35:12,23,24
  36:2,5 128:20
  221:5
**agreement**   15:24
**ahead**   20:6 22:12
  23:6,17 24:7,18
  25:4,16 26:7
  30:18 31:20 43:23
  45:13 50:17 52:21
  53:2 56:17 57:4
  57:20 58:16 59:1
  59:11 60:11 61:13

64:1 65:8 66:3,21
67:8,18 68:24
69:15 70:19 72:5
72:13 73:10 74:2
75:2,14 78:5
80:11 81:3 82:5
85:17 86:4,15
87:5,14 88:5 90:9
90:22 91:9,25
92:13 93:16 97:3
98:23 109:5,21
112:21 114:6,16
116:12 118:16
119:23 121:15
124:11 126:21
128:2,13 129:8
133:9 137:14
139:18 141:14
145:17 149:24,24
150:20 153:7
160:3 161:13
163:4 167:1
168:14 169:6
170:15 176:21
178:8 179:10
180:19 182:6
190:4,14 194:12
196:23 199:3
202:12 211:7,16
212:5 216:24
218:23 219:23
220:18 221:9
224:10,17
**air**   162:10 164:4
**al**   10:13
**alexis**   1:23 2:24
  10:19 227:22
**alliance**   3:13
  11:20,23 30:19
  51:10,13,18 54:7

**allow**   200:1
**allowed**   127:22
**allowing**   25:12
  88:1 110:4 128:8
  131:20,22 132:4,6
  132:9 133:4,5
  135:15,18 138:17
  138:19 140:5,8
  153:16 202:2
**allows**   127:14
**alter**   193:7
**altered**   90:3 112:4
**american**   6:15
  31:2 55:14
**amount**   131:8
  136:10 139:15
  181:1 183:17
  184:1
**amounts**   40:1
**amssm**   45:23
  54:12 55:2 58:14
  79:19,22,25 80:7
  80:23 207:10
**amssm's**   78:21
**analogous**   43:7
**analysis**   23:25
  203:17
**analyzed**   141:10
  171:14
**analyzing**   174:17
  174:18
**andrew**   5:7 11:7
**androgen**   25:8,13
  26:1
**anecdotal**   211:21
**anecdotally**   69:5
**anecdote**   198:24
  199:5
**anecdotes**   199:15
  199:18,21

**annual**   46:18 47:1
  47:8 81:12,24
**answer**   14:20,21
  15:2,6 20:4,6
  22:12 32:19 36:16
  42:4 46:13 60:5
  60:15,16 62:4
  63:1,7 70:11
  73:14 87:14 91:23
  91:25 97:17,18,18
  99:9 103:14
  114:23 116:2
  117:12 118:3
  121:12 129:19
  134:19 136:7,16
  137:14,18,18
  138:4,15 147:23
  151:24 153:7
  155:10 156:7
  159:25 160:3
  164:9,10 174:21
  175:2 180:5 186:6
  190:14 201:9
  211:23 212:12,14
  212:19,20 217:2
  217:13 218:1
  222:5 223:21
**answered**   91:3
  97:5,16 118:4
  119:14 147:20
  150:3
**answering**   135:24
  162:11 163:9
  177:20
**antiandrogen**
  165:8,16
**antiandrogenic**
  8:21
**apart**   205:22
**apologies**   138:24

Armistead Supp. App. 0545

[apologize - australia]

apologize 208:6
apparatus 211:18
apparent 95:10
  102:21
appear 19:5 27:2
  28:17 169:11
  226:7
appearance 10:25
appearances 3:1
  4:1 5:1 6:1 7:1
  10:23
appeared 110:24
appearing 2:22
  228:18 229:7
appears 28:3
apples 133:10
applicability
  183:3 184:9,12,17
applicable 186:8
applicably 183:3
applied 194:1
applies 119:10
apply 200:6
  202:20
appreciate 14:24
approach 126:9
appropriate 21:25
  25:22 51:20 64:22
  144:12
april 50:9 227:18
  228:3
area 168:2,11,20
  168:23 203:19
arena 79:10
argue 65:10,11
argued 70:8
arguing 132:9,12
argument 64:13
  65:2,4,6,10 179:5
arm 104:11
  130:22

armistead 1:17
  2:17
arose 57:7
arrived 62:12
art 156:23
artful 201:22
article 56:25 57:6
  57:8,18 149:18
  150:8
articles 44:23
arts 208:16
ashbrook 3:17
ashburn 3:19
aside 39:7
asked 35:24 74:9
  97:4 99:21 100:6
  114:24 122:17
  160:17 198:7
  212:12 218:14,14
asking 15:3 17:5
  35:14,22,24 61:4
  66:6,12 69:5 70:5
  86:25 107:6
  120:12 146:16
  149:6 182:8
  189:15,17 197:20
  197:22 198:1,11
  198:15,16 217:23
  218:9,12,18
  221:20,25
aspects 212:7
assertion 150:5
assertions 141:3
assessing 120:10
  215:25
assessment 64:4
  125:23
assigned 26:12,18
  68:9,10,17,18
  70:17 219:15,15

assistance 34:18
  34:24 35:5,11
assm 54:14 58:13
associated 118:13
  131:12 132:13
  135:15 147:12
  171:5,18
association 33:1,7
  33:12 154:2,3,7
association's
  33:16
assume 195:8
assuming 197:9
  211:19
assumption 203:9
assumptions
  135:23 152:7
  153:17 186:5
  199:22,25
athlete 47:17
  73:22 75:4 80:15
  112:2 126:4
  128:22 129:17
  130:6,18 153:16
  191:20 217:9
athlete's 180:15
athletes 25:20
  53:15 59:15 61:17
  76:12 79:20 80:3
  80:14 84:6 96:15
  101:17,20,25
  108:6 126:2,14,15
  126:19 129:1,18
  129:25 130:7
  132:17 137:17
  140:21 146:5
  152:4 154:15
  155:13,22 156:12
  160:18 163:12
  173:20 179:15,17
  192:1 201:11

202:4,7 206:3,10
athletic 82:22
  93:19 98:11
  108:20 109:2
  114:11 120:4,5
  124:1,4,8 135:1
  148:2 161:6,10,25
  171:18 179:18
  210:3,8,14 211:3
  212:1 216:22
  217:1
atlantis 54:11
attached 27:6
  28:20 33:25
  169:13 175:24
  215:2 226:8
attempted 39:18
  39:19
attend 49:3
attending 10:5
attention 18:20
  34:10 56:25
  132:22 191:5
  206:8
attenuates 9:3
  176:8
attorney 3:4,6 4:7
  6:7 7:6 11:1 12:1
  52:17 99:3,4
  227:14
attorneys 3:16
  4:18 5:12 51:18
  99:1,1 103:10
attributable 108:4
attribute 202:15
attributes 201:23
  201:24,25 202:16
  202:24 203:1,17
audio 10:6 16:24
australia 104:18

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0546

[author - biological]

**author** 30:8
**authored** 30:3
45:10 117:4
**authors** 57:13
187:20 188:8,15
**available** 51:4
63:18,22 148:24
207:16
**avenue** 3:7
**average** 107:19
120:17,18 133:6
135:10,19 136:21
137:4 142:21
165:2 167:20
168:19 214:4
**averaged** 170:22
170:22
**avoid** 43:8
**avoiding** 39:2
**aware** 33:15 53:9
58:20 105:7
108:14,18,22
127:13,22 146:17
146:20 147:7
154:24 155:11,15
156:4,9 190:8
200:12 205:3
212:17 213:23

**b**

**b** 35:23 204:10
229:1
**b.p.j.** 1:6 2:6 5:3
10:11 228:4 230:1
**baby** 26:22
**back** 19:8 23:16
26:19 38:11 46:7
46:16 50:6 57:9
58:2 80:23 88:23
90:5 106:5,6
111:1,3 124:20
133:21 138:13

139:21 141:16
144:15 153:20
166:1,4 168:6
173:6 175:11
180:4,8 183:12
187:13 190:17
201:2 204:14
207:5,19 209:10
224:20
**background** 37:14
65:18 97:10
**bailey** 4:16 12:10
**baileywyant.com**
4:22
**balanced** 56:2,15
**ball** 130:19 192:9
197:6
**barr** 5:7 11:7,7
**baseball** 208:17
**based** 9:11 26:21
70:11 83:20 96:10
96:19 104:2
107:14,15 117:2
122:19 128:18
135:4,7 136:4
138:1 143:18
145:19 152:20
199:21,23 201:24
**baseline** 187:22
188:10,16,20,25
221:20 222:2,5
**bases** 70:7
**basic** 95:7
**basis** 65:20 115:8
115:19 116:9
148:10,23 149:14
149:15 150:7,25
151:14,25 152:9
152:23 181:6
218:15,18 219:3
219:20 220:2,3,15

223:21
**basketball** 154:19
156:1 194:2
208:15
**bear** 128:16
**becoming** 92:15
**began** 62:21 164:3
**beginning** 2:22
10:25 92:5 94:8
103:19 106:24
107:11 117:20
171:25 178:10
207:9
**begins** 34:14 84:19
84:23 95:4 96:1
98:6 110:10
117:23 125:17
215:10
**begun** 83:16 84:8
**behalf** 2:21 11:3
11:17,20,23 12:13
222:21,25
**beliefs** 37:1
**believe** 17:20,22
19:8 21:11,14,25
26:15 28:6 29:10
30:23 31:4 32:23
32:24 33:22 34:6
36:19 37:4,5
40:24 41:8 49:8
49:17 57:21 62:10
64:20 70:20 79:21
86:5 89:4 100:4
105:3 107:3,14,14
109:12 111:23
117:21 135:3
141:15 144:7
148:23 149:20
150:3 151:10
157:17,17 158:20
159:7 162:16

163:5 165:19,25
174:18 183:13
195:7 207:14
213:22 214:1
224:18
**believed** 61:22
175:3
**ben** 59:6,8,20 60:6
60:17,20,25 61:5
**bench** 162:13
163:1,23 174:11
**bent** 104:11
**best** 37:5 46:2
60:16 63:8 66:10
69:11,16 71:25
72:6 73:14,20
80:4,6 97:17,18
176:18
**better** 32:4 104:10
128:7
**beyond** 152:6
**bias** 62:3
**biblical** 34:25 35:9
35:10
**bibliography**
101:7 105:1,16,19
**bill** 79:13,17
**biological** 20:24
21:24,24 22:14,20
23:19,22 24:2,16
24:21 37:10 39:8
42:8 53:16 54:18
67:5 85:7,22 92:5
92:6 110:19
111:14 112:23
114:18 130:9,14
130:16 133:11
134:7 135:5
140:16,16 165:5
166:15 179:6
203:7 213:5

Page 5

Veritext Legal Solutions
866 299-5127          Armistead Supp. App. 0547

[biologically - bottom]

**biologically** 20:14
39:6,16 126:1,3
132:10 154:14
155:21
**biology** 108:8,11
108:12,15
**birth** 26:12,18
68:10,10,18,18
172:11 219:16
**bit** 23:17 113:19
175:16 177:2
186:4 201:2
**bjj** 157:12
**blended** 204:17
**blending** 131:3
**blinded** 9:5 176:9
176:17,22
**block** 6:16 8:6
11:2,2 12:20 13:2
13:4 15:16,23
16:1 20:1,3,9
22:17 23:1,14
24:13,23 25:7,23
26:10 27:9,15
28:1,16,24 30:20
32:17 33:5,19
34:3 35:3,19
36:11,22 38:1,7,8
40:6,18 41:1,11,18
42:5 43:4,17 44:3
44:11 45:15 46:8
46:11 50:20 51:6
51:12,24 52:23
53:5 56:20 57:3
57:23 58:19 59:5
59:19 60:1,13
61:6 62:20 63:12
63:20 64:8,24
65:15 66:9 67:1
67:11,20 68:6
69:10,19 70:24

71:1,9,12,14,21
72:9,16,24 73:6,16
73:23 74:8,18,24
75:6,19 78:9
80:17 81:17 82:1
82:7 85:19 86:7
86:19,24 87:8,18
88:10 89:8 90:4
90:12,24 91:4,12
91:22 92:2,17
93:20 94:1,6,15,20
95:1 97:8,22
99:20 100:5,13
101:9 102:12,17
109:9,15,16 110:2
112:12,24 113:8
113:20 114:12,22
116:1,16 117:1,11
118:7,10,19
119:17 120:7,15
121:6,16 122:12
122:21 123:7,22
124:18,20 125:5
125:11,13,15
127:1,20 128:6
129:2,11 131:14
132:1,14 133:14
134:9,16,23 136:1
136:15 137:1,9
138:22,25 139:1
139:10,24 141:4
141:18 142:1,7
143:20 144:14
145:3,21 146:8,19
149:5 150:4,23
151:13,22 152:8
152:22 153:13
155:2,9 159:24
160:5,14 161:16
161:23 162:6,19
163:8 164:8 167:4

168:16 169:9,14
170:18 173:3
174:25 175:6,19
175:22,25 176:3
176:24 179:14
180:6,24 182:7
183:9,21 185:1,17
185:23 186:17,20
186:25 187:7,10
189:16 190:6,20
191:2 193:10
194:17 195:1,12
196:1,18 197:12
197:21 198:3,8
199:1,16,24 200:8
202:11 203:13
205:9 206:18
207:18 209:9,18
211:9,24 212:10
214:23 215:4
216:6 217:4,14
218:2,13 219:1
220:1,14,23
221:13,23 222:9
223:13,16,18
224:12,21
**block's** 223:8
**blockade** 173:25
**blocker** 147:18
**blockers** 112:8,18
113:1,11,22,23,25
115:1,10,16
116:19 117:19
127:8,24 128:10
132:5,20 135:16
137:24 140:6
145:15,25 146:13
146:22 147:5,12
148:5,6,13,19
149:9,17 150:2,10
151:3,16 152:11

185:10 205:1
**blocking** 151:8
**board** 1:9,10 2:9
2:10 4:3,13 10:13
12:8,10 24:8
40:14 74:4,6,16
75:8 76:10 78:21
142:2 145:6,18
217:21 220:4
222:19,22 228:4
230:1
**body** 8:23 102:4
104:9 105:20
116:23 133:1,6,16
135:5,10,12,17,19
136:20 137:3,16
137:25 138:8
140:17 141:7,12
141:25 143:13
145:14 146:12
159:14,16 163:18
165:1,17,24
166:11,22 167:8,8
167:13,20 168:1
168:11,19,20
169:1,1 170:7
171:4,9 191:25
**boil** 203:10
**bone** 8:24 113:13
134:25 153:21,21
153:23 154:5
**bones** 153:25
154:1,6
**born** 20:14 21:15
23:23 26:22
132:10
**boston** 5:15
**bottom** 38:20 77:1
84:22 111:7
125:17 156:20
173:4,9 187:19

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0548

188:5 209:8

**boulevard** 4:8

**bounded** 200:23 202:1,25

**bounds** 202:5,17

**bout** 157:4

**box** 214:24

**boxer** 191:17

**boxing** 208:14

**boy** 196:14,21 197:1,19 198:21 198:23

**boylston** 5:13

**boys** 66:5,25 82:22 83:1 86:17 87:1 87:20,21 88:2,7,12 88:15 89:1,6,9,21 90:19 91:10,17 92:25 93:14 99:23 100:8,21 105:21 107:19,25 113:24 114:3 117:24 118:13,25 120:25 121:19 122:15 124:3 133:24 134:12,21 135:1,4 135:6 141:22 142:6 143:5,8,25 159:4 172:18 192:17 196:5 197:14 200:11 217:18 218:5,20 218:24 219:3,12 219:21 221:2,6,16 224:8,15

**break** 71:2,7,9 107:15 144:12,14 157:15 186:13,18 190:20

**breaks** 157:13

**brents** 157:1

**bridgeport** 4:9

**briefly** 47:5

**bring** 18:19 26:19 47:15,20 57:13 133:12 140:15 149:2

**bringing** 75:22 140:17,25

**brings** 133:12

**broad** 6:17

**brooks** 31:21

**brought** 56:24 136:6 182:22

**brown** 17:6 93:10 102:24 103:22

**brown's** 17:2,3 93:8 101:4 103:8 103:11,15 105:8 106:3

**budget** 47:13

**build** 180:1

**bulk** 128:20

**bullet** 77:19 78:13

**burch** 1:12 2:12 4:14 12:11 222:23

**c**

**c** 35:23 98:3,5 142:15

**ca** 170:3 228:9,12 228:20

**cadets** 162:11 164:4

**calculate** 121:8

**calculated** 119:25 120:16 121:5,8 123:8

**calculating** 120:21 120:24 121:18

**calculator** 119:24

**california** 3:7 227:2

**called** 55:12 194:3

**canceled** 48:17

**canvassed** 51:3,7

**capability** 181:20

**capable** 138:16

**capacity** 1:12,13 2:12,13 83:22 142:23 143:5,7

**capital** 35:8

**care** 9:8 61:16 66:7 74:25 75:4 79:15 128:10 132:21 145:10

**career** 125:21 206:2

**careful** 147:14,25 205:23,25

**caring** 206:2

**carlson** 1:21 2:20 8:3,12,15 10:10 12:22 13:3,8 29:5 29:16 145:4 150:15,17 155:2 186:21 191:3 209:20 222:10 223:9 225:1 226:4 226:15 228:5 230:2

**carlson's** 109:12

**carried** 149:16 150:6

**carries** 151:10

**carry** 152:24

**carrying** 152:19 192:9

**case** 10:15 13:14 13:16,18 18:3,6,9 18:13,15,23 19:2 23:8 28:13 29:13

30:15 36:6,14,18 40:14 42:7,10 69:9 70:4,9 74:5 77:17 98:25 99:19 103:1,24 107:23 109:1,2,7,10,17 112:6,16 113:5 131:10 140:15 158:13,25 159:13 159:18 173:2 191:21 197:8 204:18 214:9 221:4 230:1

**cases** 13:11,20 17:16,18 18:2 19:6,7 77:9,12 106:25 107:11,12 107:17,22 110:17 111:20 181:15,23 182:9 188:23 191:15

**categorical** 152:19

**categories** 85:6,21 85:24 110:18 111:13 143:18,22 200:7 203:7,11

**category** 141:1

**caused** 157:2

**causes** 108:16 113:13

**ccp** 228:9,12

**central** 12:4,4 145:2 187:8,9 190:23 191:1 209:14,17 224:25

**certain** 21:16 23:13 109:25 132:7 133:12,12 182:11 192:6 193:3 197:4 204:6 222:7

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0549

[certainly - comes]

**certainly** 160:12
202:22 212:6
**certified** 2:24 24:8
40:14 74:4,6,16
75:8 76:10 145:6
145:18 217:21
220:4 227:1
**certify** 227:3,12
**chad** 1:21 2:20 8:3
8:11,14 10:10
12:22 13:8 29:5
29:16 225:1 226:4
226:15 228:5
230:2
**chair** 47:3
**challenged** 70:3
159:12
**change** 111:22
171:4,16 194:13
194:14 230:4,7,10
230:13,16,19
**changed** 39:5
110:23
**changes** 97:12
114:2 145:13,24
146:12,21 147:4
147:11 148:12
170:8 171:2,9
172:5 193:6
194:18 195:2
**changing** 193:8
194:15
**characteristic**
133:15,17,20
221:20
**characteristics**
23:22 67:23 96:11
96:19 108:5
133:13 134:3
151:2 159:19,21
201:11

**charleston** 1:3 2:3
3:8 4:21 6:10
10:15
**check** 214:23
**checkups** 216:15
**child** 48:4
**children** 85:2
108:10,17 110:12
110:15 111:9
191:22 213:12
**chin** 104:11
175:16
**choose** 21:23
**choosing** 197:9
**chose** 44:10
**christian** 32:25
33:6,8,11,16
**christiana** 31:4
**chromosomal**
23:25
**chromosomes**
26:2
**circles** 37:6
**circulating** 161:25
162:8,13,25 179:5
184:13,13 189:6
189:18,21 190:9
203:15
**circumstance**
13:19
**cis** 211:13 219:10
**cisgen** 182:10
**cisgender** 19:22
20:13,16 21:3,6
22:6,8,16 59:16
67:16 68:2 116:18
125:2 129:13
131:22 132:7,17
133:5 135:17,18
135:20 136:20,21
137:3,4,15,17

138:6,20 139:6
140:9 141:5,6,9,10
141:20,20 142:12
142:12 146:6,7
158:8 159:21
160:8 171:13
172:18 177:12
181:1,3,7,10,12,17
181:24 183:10,17
184:1 188:21
189:3,9,13,20
190:1,11,15 196:3
196:5,8 200:10,11
201:4,6 202:6
203:1,10 211:3
212:2 216:16
217:18,25 218:5
218:11,17,20
219:3,21 221:2,3,6
221:16,21 222:1,3
224:8,14
**citation** 168:8
**citations** 16:6 65:5
**cite** 104:25 117:5
165:12 174:13
213:20
**cited** 16:20 224:5
**cites** 95:25
**citing** 176:13
**city** 226:11
**civil** 6:15 228:19
228:20
**claim** 157:20
**clarified** 79:14
**clarify** 12:3 17:5
35:2,22 48:18
108:25 198:13,17
205:12
**clarity** 37:5 52:11
**clayton** 1:12 2:12

**clear** 177:23
204:16
**clearly** 85:24
**click** 38:17
**client** 52:17 99:3,4
**clinic** 145:10
**clinicians** 128:15
**close** 28:21 53:25
84:2 164:24
166:10
**closely** 127:2
**cmda** 8:17 34:17
35:5,13 36:10
**code** 228:9,12,19
228:20
**coed** 89:10,11,22
90:11 192:24,25
193:23 194:2,19
195:4
**coffee** 106:19
**coincided** 30:14
**collegiate** 154:17
155:24
**collision** 114:21
160:19,23 161:1
195:14 207:24
208:12,22,24
209:1
**column** 170:1
**combine** 92:6
**come** 23:16 54:11
92:24 119:20
138:13 144:15
147:21 149:13
152:18 153:19
164:24 166:10
174:24,25 181:19
188:25 209:10
**comes** 41:16 67:13
108:16 130:13
137:23

Page 8

Armistead Supp. App. 0550

[comfortable - context]

**comfortable** 22:2
  90:16
**coming** 37:20
  58:18 181:20
**comment** 38:21
**commission** 1:11
  2:11 6:4 12:15
**committee** 45:24
  56:10,11,19,22
  70:22
**common** 23:21
  26:19 158:2
**communications**
  32:12 52:15,20
  99:10
**comparably**
  104:12
**compare** 121:22
  122:1 139:25
  180:25 197:13,17
  200:1
**compared** 171:12
  172:9,9,18,19
  175:9 177:17
  178:2 190:1
  213:13 219:2
**comparing** 53:16
  53:18 131:20
  133:10 135:14
  138:17 139:4
  181:17 190:8
  199:7,12
**comparison**
  172:15 181:22
  190:15 219:4
  224:20
**compensation**
  62:8,11,14,25 63:9
**compete** 85:6,21
  110:18 111:13
  131:21,23 132:5,7

**competed** 154:15
**competes** 196:4,4
**competing** 53:7
  54:6 85:13
**competition** 90:2
  104:4 144:3
**competitions**
  179:18
**competitive** 89:15
**competitors** 53:17
  158:9
**compiled** 51:21
**complete** 25:8,13
  26:1 58:4 186:15
**completed** 183:11
  183:18,25 184:2
  184:15 185:8,20
  186:1 228:7,17
  229:6
**completely** 52:7
  52:10 126:14
  193:3 203:20
**completes** 224:25
**completing** 183:16
  185:10
**completion** 30:14
  229:10
**complex** 113:18
**component** 47:6
  48:7,14,20,22
  49:16,21 58:10
**components** 47:22
**composition** 8:23
  105:20
**comprehensive**
  64:3
**computer** 27:8

**con** 63:19,23 64:13
**concept** 39:7
**concern** 202:2,13
  207:2
**concerning** 60:7
  72:11 73:1 206:5
  206:21
**concerns** 32:2
  56:14,19 61:21
  193:2 194:20
  203:2 207:12,14
  207:15
**concierge** 7:17
  27:17
**conclusion** 62:13
  83:14
**concussion** 204:18
  205:5
**concussions**
  204:10
**condition** 76:2,8
**conduct** 72:10,25
  100:16
**conducted** 17:12
  72:14 73:4 100:15
  118:24 134:20
**conference** 45:5
  80:24
**confident** 51:3
  63:14,18,21
  212:12
**confirm** 21:4
**confusing** 37:8
  43:8,11,21,25,25
**congress** 79:18
**conjunction**
  207:16
**connection** 29:12
  217:6
**cons** 56:2

**consideration**
  64:21 75:17 112:1
  128:25 139:22
  205:25
**considerations**
  57:12 100:1 152:5
**considered** 75:3
  211:8
**considering**
  200:23 211:10
**consistent** 19:16
  70:16 86:6,6
  92:24 93:4 133:23
**consistently** 143:8
  143:11
**consisting** 192:17
  192:18
**constitute** 126:2
**consulted** 40:13
**consulting** 77:8
**contact** 31:21,22
  32:8 61:20 85:3
  110:13,16 111:10
  114:21 160:19,22
  161:1 195:14
  207:23 208:12,22
  208:24 209:1
  213:7 228:9
**contacted** 30:23
  54:7 69:21
**contained** 98:14
  226:9
**conte** 171:19
**content** 47:4 50:13
**contention** 64:15
**contents** 32:11
  50:21
**contests** 108:20
**context** 55:1 57:15
  68:19 75:15
  129:21 130:1,2,4

Page 9

Veritext Legal Solutions
866 299-5127   Armistead Supp. App. 0551

[context - dated]

171:20 172:17
206:23
**contextually** 55:7
**continue** 10:6
157:5 172:19
195:25
**continued** 4:1 5:1
6:1 7:1
**continues** 103:18
187:25 188:13
**continuing** 71:1
173:10
**contribute** 124:16
135:8 152:20
165:2
**contribution**
108:15 134:8
**control** 175:9
216:21
**controlled** 9:5
162:7 176:9,17
**conventions**
215:17
**convergence**
130:23
**conversation** 32:2
149:8 183:4
**conversations**
32:18 81:13
207:10
**cooley** 5:4 11:6,8
11:10,12,14
**cooley.com** 5:17
5:18,19,20,21,22
5:23
**copy** 28:14 29:8
**correct** 21:6 29:14
29:21,22,24 31:12
32:9,10 41:3
56:23 73:25 74:12
74:20 75:12 76:15

76:16 86:10,13
95:16,17,19 96:22
98:7,12,13,18
103:2,3,6,7 104:18
104:19 105:23
109:11 110:25
111:21 114:3
117:6,7,9,16,17
118:22 120:18,19
120:21 121:9
126:8 129:14,18
130:8 131:6
136:12,13,22
137:5 141:7,12,22
142:8 145:6
151:18 152:1
153:4 154:22
157:25 158:9
160:24,25 161:2,3
163:25 164:14
165:13,14 166:11
166:13,17,18
167:14,15,17,23
167:24 168:2
171:4 172:25
174:15 176:14,15
177:16 189:9
192:18,19 201:7
203:25 204:1
208:25 226:9
**corrected** 226:9
**corrections** 226:7
228:14,15 229:3,4
**correctly** 39:22,23
85:10 106:8
177:21 192:13
**correctory** 39:23
**counsel** 4:15 10:10
10:22 11:4,16
16:5 43:18 60:3,5
99:5 228:18,21

229:7
**counsel's** 223:21
**counteract** 173:21
**counterpoint**
47:19,23 48:2,5
57:11
**country** 160:16,23
**county** 1:10,14
2:10,14 4:3 12:8
222:19
**couple** 13:11 77:5
92:20 111:7 197:2
**course** 18:18 61:8
72:7 102:1 105:13
105:13 130:15
157:3 195:15
200:17
**courses** 72:2,18,21
**court** 1:1 2:1
10:14,19 12:17
13:21,24 14:6,17
27:6 28:20 33:25
90:5 124:21
169:13 175:24
215:2
**cover** 70:7
**covered** 52:16
**covid** 31:24 48:16
**create** 25:21 47:20
51:1,2 129:23
**created** 99:15
**creates** 154:5
**creating** 100:15
**creation** 79:6
**crop** 45:25
**cropp** 4:6 12:6,6
222:18,18
**cropped** 46:4,15
**cropping** 207:11
**cross** 60:3 88:15
89:6 101:7 109:8

109:23 125:3
160:16,23 183:5
**crossing** 24:21
42:12 59:15 61:19
114:19 146:5
152:4
**crossover** 131:12
**csr** 1:24 227:23
**csutoros** 3:15
11:22,22
**culled** 62:1
**culling** 206:23
**cup** 106:18
**current** 33:14
83:13
**cusp** 148:25
**cut** 16:24 40:4
54:22 137:14
144:10 175:17
**cuts** 151:20
**cv** 1:8 2:8 10:16
76:22 77:1

**d**

**d** 35:23 83:9,12
**daily** 65:20
**data** 16:22,25
61:23,25 62:1,2
92:21,23 104:2,17
108:18 119:16
122:1 127:18
133:21 190:8
200:9 204:23
**database** 122:4
126:13
**databases** 100:23
**date** 28:8 29:20
51:5 103:4 227:15
228:16 229:5
230:24
**dated** 29:24 97:24
103:9 227:18

Armistead Supp. App. 0552

[dave - difficulty]

**dave** 15:21 222:13 222:15
**david** 3:5 11:25
**david.c.tryon** 3:10
**day** 29:23 49:8,13 66:5,25 75:16,18 103:9 108:7 226:10
**days** 46:19
**dead** 162:14 163:2
**deadline** 30:14
**deal** 220:13
**debates** 80:1
**decade** 210:12
**decide** 25:22 57:10 98:19
**decided** 94:7
**deciding** 64:9
**decision** 93:25 94:3
**decker** 7:20 10:17
**declaration** 8:11 8:14 28:6 29:7,23 82:15 102:24 103:9,9,11,15,22 105:9
**declarations** 28:13
**declare** 226:5
**decrease** 165:21 170:5
**decreased** 165:7 166:16 172:8
**defendant** 1:18 2:18 12:7 15:17 15:18 99:19
**defendants** 1:16 2:16 4:3 222:19
**defending** 3:13 11:20,23 30:19 51:10,13,18 54:8

**defensive** 192:10
**deferred** 32:2
**define** 22:24 41:15 41:15 44:19 74:10 74:21,23 76:1 78:23 89:11 92:14 118:17
**defined** 76:8 130:16 135:8 160:20,20 216:5 217:12
**definition** 21:15 24:16 207:23 208:12 216:3
**degree** 72:1 129:4 131:6,20,21 143:17 180:21 208:19 209:2
**del** 5:10 11:13,14
**dental** 32:25 33:6 33:12,16
**dentists** 33:9
**department** 4:15
**depend** 199:6 211:17
**depending** 179:20
**depends** 90:14 119:4 210:23
**deposed** 13:18 18:13
**deposition** 1:20 2:20 10:10 13:5,9 14:3 15:11 16:3 16:15 17:4,7,9,16 18:19,25 117:9,14 147:2 225:1 228:19,22,24 229:8,10
**describe** 22:4 223:19

**described** 126:10
**describes** 215:10 215:14
**describing** 153:11
**description** 8:10 40:20 177:10
**descriptively** 39:1 39:13,17
**descriptor** 22:14 22:19
**designated** 88:16 89:1
**designates** 91:15
**designator** 21:25
**designed** 89:25 185:14 222:4
**detailing** 193:25
**determinants** 161:6,10
**determination** 26:20 63:10 65:14
**determinations** 128:18
**determine** 19:10 19:12,14 25:25 126:18 131:16
**determined** 96:12 96:20,24 100:24 153:14 228:18,22 229:7
**determining** 129:4
**devarona** 96:1
**develop** 91:10 92:19 113:14 189:19
**developed** 79:3
**developing** 91:18
**development** 25:1 93:19 123:13
**dialogue** 47:21

**difference** 22:7 91:16 102:7 120:9 123:8 129:23 132:23 133:16 135:5,9,12 137:22 137:24 141:7,11 199:23 203:23
**differences** 25:1 68:9,12 83:21 88:18 92:5,6 95:8 100:20 101:18,24 102:2,20,21 105:8 105:19,20,22,24 107:19 108:4,9 109:25 115:13 116:15,17,23 119:5,9 120:3,13 122:19 123:5 124:13 134:11,21 134:25 135:3 136:5 138:1,5,9,10 140:18 141:5,9,19 141:21 142:4,11 143:3 149:1,3,11 149:16 150:6 181:16 221:3,21 222:2 223:22,24 224:2,7,13
**different** 18:10 35:10 44:21 46:20 48:5 143:9 148:7 150:21 159:20 175:9 184:10 200:7 212:7 217:18 221:5
**differential** 8:22 200:22 201:15,18 207:14
**difficulty** 16:23 25:19 174:20 181:20 197:7

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0553

[difficulty - endocrinologist]

202:21
**direct** 34:10 191:5
**direction** 56:4
203:22 227:10
**directly** 54:24
169:3,7
**directors** 78:21
**disagree** 188:19
**disallowed** 192:8
**disclose** 206:13
**disclosing** 99:9
**discourse** 205:24
207:1
**discrepancies**
191:25
**discrepancy** 199:9
**discuss** 52:19 62:8
85:14 93:13
100:18 118:20
195:3 207:22
**discussed** 18:3
62:6 83:2 85:4
111:11,23 145:4
204:12
**discusses** 63:22
167:13
**discussing** 104:21
185:2 187:17
188:6 208:10
**discussion** 14:1
36:24 37:6 55:2,3
55:5 56:2,15
57:17 58:6,7,9
64:7 93:6 181:12
201:3 204:15
207:3
**discussions** 46:1
54:13,14,16 80:1,7
80:18 81:19 82:3
98:25 99:5 134:2

**disorders** 123:12
**disparities** 124:14
**disseminated** 45:9
**dissimilar** 218:4
**distincters** 92:7,10
**distinction** 70:12
89:17
**distinctions**
152:19 217:24
**distinguish** 20:25
22:5
**distribution** 138:9
138:11
**district** 1:1,2 2:1,2
10:14,14
**division** 1:3 2:3
10:15 191:16
**divisions** 86:5
**doctor** 96:2,6,9
117:22 125:17,20
207:1
**document** 8:20 9:8
27:1 28:5,8 34:4,7
34:12 38:10,12
41:20 42:17 45:9
82:14 84:16 94:17
103:4 105:15
155:8 156:18,18
176:1,6
**document's** 83:5
**documented**
101:16,24 102:9
102:10,19 104:16
106:24
**documents** 16:15
26:25
**doing** 32:20 69:7
144:3
**door** 37:15
**dora** 1:13 2:13 4:4
12:8 222:20

**double** 176:22
**dr** 8:11,14 10:10
13:3 16:16 17:3,6
29:5,16 93:8,10
101:4 103:8,11,15
105:8 106:3
109:12 145:4
150:15,17 186:21
191:3 209:20
222:10 223:9
225:1
**draft** 111:24,25
**drafts** 80:21
**drawing** 219:4
**dsds** 24:25
**dsm** 76:3,4,9
**dues** 33:10,14
**dysphoria** 75:24
76:1,8,15

**e**

**e** 6:8 35:23,23
45:14,17,20,22
228:9,12 229:1
230:3,3,3
**e1329** 178:6
**earlier** 30:2,4
36:23 44:4 57:10
104:21 111:4
150:22 207:6,12
**early** 57:22 108:1
135:6
**easier** 37:10
**easily** 101:16,24
102:8,9,19
**ed** 194:1
**edits** 52:6
**education** 1:10,10
2:10,10 4:3,13,15
10:13 12:8,11
72:1,17 222:19,22
228:4 230:1

**effect** 93:19 116:6
147:16 149:8
150:1 153:15,22
153:23 162:17
163:6,16 164:11
172:24 173:19
184:5 201:13
203:21 210:17,19
**effects** 8:23 83:17
113:12 114:10,14
114:18 150:9
161:5,8,24 162:12
162:25 179:12,25
180:14 182:15
184:12,20 189:24
203:14
**efforts** 39:18
**eight** 91:17 95:3
121:21,23 177:15
225:3
**either** 49:13 52:16
71:9 101:20 120:2
140:2 148:19
151:17 163:14
194:4 201:12
**elected** 81:5
**elementary** 92:22
133:22
**eligibility** 202:23
**eliminate** 179:16
195:13,19
**eliminated** 195:19
**eliminating**
164:24 166:10
**elizabeth** 5:5
**employee** 227:14
**endocrinologist**
24:9 74:7,17 75:9
118:1 145:5,19
217:23

[endocrinology - expression]

**endocrinology**
24:10
**endogenous** 9:1
112:7,17 127:24
176:7 177:5
**energy** 171:20
**engage** 179:18
**enhanced** 171:18
204:6
**enjoyment** 90:1
**enter** 181:12
182:23
**entered** 182:10
186:8
**entire** 57:8
**entirely** 36:18
51:23
**entries** 35:10
**entry** 77:7
**epcot** 49:14
**epidemiological**
209:6
**epidemiology**
204:15
**equally** 106:23
208:19
**equate** 120:4
149:3
**equated** 113:23
**equating** 136:3
201:8
**equation** 121:22
**equations** 119:20
**equip** 206:6
**equivalent** 113:3
115:17
**ereinhardt** 5:17
**errata** 228:14,16
229:3,5
**essence** 193:9
194:16

**essentially** 39:6
**et** 10:13
**etcetera** 124:15
143:14
**ethics** 8:17
**euro** 104:16
**evaluating** 162:8
**evasive** 148:21
**event** 157:21
**events** 59:16 98:11
156:10 158:3
212:7
**evidence** 26:21
65:12 103:25
125:23 156:9
161:21 207:16
**evidenced** 104:9
**evolve** 91:11
**evolving** 162:4
203:19
**exact** 108:15
203:11
**exactly** 126:23
**exam** 69:7
**examination** 8:2
13:1
**examine** 68:15
**examined** 12:23
**example** 20:14
79:11 86:16
107:25 121:20
192:16 193:25
204:13 210:24
213:15
**examples** 47:25
48:3
**exceed** 132:16
143:8,11
**exceeding** 192:5
**exception** 128:24

**excluded** 94:13
**excluding** 193:3
**exclusion** 129:5
191:6
**exclusions** 127:12
**exclusive** 108:12
**exclusively** 97:21
101:19 109:11,18
**excuse** 112:14
213:9 218:17
**exec** 46:23
**executed** 29:9
226:10
**executive** 45:24
56:9,11 78:20
79:1 80:20 81:5
81:11
**exhibit** 8:11,14,17
8:20 9:1,8 26:25
27:3,5,13 28:3,17
28:19,23 33:22,24
76:18,19 82:9,11
82:14 97:25 104:7
125:11,12,13
142:21 169:9,10
169:12 175:23,25
176:1 191:6
205:16,18 208:2
209:23 214:24,24
215:1
**exhibits** 8:9 27:12
**exist** 85:24 100:2
108:9 109:7
116:15,17 135:3
138:2 151:2
188:23 193:23
195:24 202:6
**exists** 106:16,17
122:19,20,23,24
125:2 131:8,18
133:20 136:12

200:17
**expanded** 112:1
**experience** 61:16
65:25 77:21
207:17 213:14
**expert** 16:11,20
17:19 18:4,8,16,23
19:5 24:15,24
25:11,25 31:6
32:14 36:14 42:6
44:18 61:1,5
69:22 73:24 74:11
74:19 75:3,11,23
76:7,14,18 87:25
97:23 99:22 100:7
101:4 102:23
103:8,21 108:3,25
109:1,10,17 110:3
112:5,13,15
114:13,24 115:9
115:20 116:9
122:22 131:6,7,19
133:3 135:14
138:17 139:4
145:8,23,23
146:10,11 149:14
149:15 150:7,25
151:15,25 152:10
152:23 160:15
199:17 218:3,16
218:18 219:19
220:2,3,16
**expertise** 145:12
145:22 219:4
**explain** 22:7
101:23 210:7
**exploded** 31:24
**explore** 42:18
**express** 82:21
**expression** 215:15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0555

[extend - fitness]

**extend** 23:24
**extends** 113:5
**extension** 130:22
**extensive** 52:6
  77:21 116:3
  213:15
**extensively** 93:9
  114:10
**extent** 20:25 23:10
  23:11 24:11 32:19
  40:15 87:21 99:8
  112:22,25 119:3,8
  159:9 173:24
  212:18 215:22
**external** 84:19
  203:25
**extremely** 57:9
**eyes** 61:23,25

**f**

**facial** 157:2 158:1
**facm** 102:25
  103:23
**facsm** 1:21 2:21
  8:3,12,15 12:22
  226:4,15
**fact** 33:2 49:16
  123:2 132:22
  134:6 136:17
  141:19 142:11
  154:14 155:21
  198:4
**factor** 65:21
**factors** 84:20
  130:23 200:18
  203:25,25 204:13
**fair** 14:23 15:15
  64:20 161:4,17
  166:19 177:22
  179:7,8 188:22
  217:15

**fairly** 93:9
**fairness** 110:4,6
**fall** 143:5,15 189:3
  199:13 202:5,16
  207:23 208:11
  210:25
**falling** 142:24
**fallon** 156:25
  157:12,15
**falls** 143:10
**familiar** 20:7
  25:10 37:7 76:5
  95:7 105:10,12
  117:3 146:25
  156:8,16 159:8,10
  159:13
**family** 49:7
**far** 69:8 113:21
  141:6,11,20 142:8
  142:24 143:5,10
  212:17 216:25
**farther** 104:7
**faster** 25:19 87:21
  92:15 104:6 123:3
  199:9
**fat** 138:9,10
  168:24 169:4
  170:4,7 171:17
**fault** 208:6
**feasible** 180:23
**february** 16:12
  28:9 30:24 31:8
  31:14 52:3,12,24
  97:24 102:25
  103:5,16,23
  111:17 125:8
  154:10 191:6
  207:19 208:1
  209:23
**federal** 13:21,24
  229:1,8,9

**feel** 50:25 129:19
  212:11,14
**fell** 202:24
**fellowship** 73:17
  73:22
**felt** 47:16
**female** 21:24
  22:15 23:24 24:22
  68:10,17 96:15
  113:3,14 115:18
  121:23 123:17
  126:4 129:17,18
  130:6,7 132:11,11
  137:17 142:25
  143:10,11,15
  156:12,24 157:13
  161:5,9 181:17,25
  183:5 197:18
  199:10,12 203:11
  204:6,20 205:5
  206:9 219:16
  223:12
**females** 37:11
  98:10 104:12
  109:3,19 130:9,14
  140:16 142:24
  188:25 189:3
  200:19 205:8
**femininity** 215:18
**field** 124:1,4,8
  143:23 161:2
  208:16
**fighter** 156:24
  157:12
**fighting** 156:25
  158:9
**figure** 28:21 170:5
  170:6
**filed** 10:14 28:12
  28:14 99:15 127:4

**files** 176:1
**fims** 16:21
**final** 38:20 64:19
  101:14 125:16
  154:12 171:25
  178:10
**finalized** 31:11
**financially** 10:21
  227:13
**find** 64:11 68:14
  144:8 165:15,23
  171:6 188:1 206:3
  206:20
**finding** 124:17
**findings** 92:24
  93:2 128:21
  133:23
**fine** 14:11 27:19
  151:23 186:22
**finish** 14:19,21
  144:11 163:9
**finished** 138:22
**first** 14:5,14 25:17
  27:1 46:6,14
  51:16 52:8 53:6,9
  53:20,21,23 54:1,7
  59:4 61:9 69:21
  77:7 79:2 81:6,7
  97:18 98:15 100:2
  111:24 117:8,15
  127:3 150:18
  154:12 166:8,12
  166:19 167:12,18
  168:9,17,18 170:1
  193:19 197:3
  203:4 205:17
  213:23 216:8
**firsthand** 17:24
**fit** 119:4
**fitness** 100:25
  104:16,17,20,25

Page 14

Veritext Legal Solutions
866 299-5127   Armistead Supp. App. 0556

[fitness - frampton]

108:21 158:23
**five** 46:19 71:4,13
71:14 84:22 95:2
177:2 187:18
188:5 207:8
209:10
**flat** 172:21
**flesh** 51:16
**fleshed** 61:22
**flexible** 93:1
**floor** 5:14 6:18 7:8
**florida** 18:6,9 19:2
49:7 77:17
**focus** 82:25 93:17
93:18,21 94:8
95:20 96:6,9,23
98:17 111:24
128:5 132:21
**focused** 97:21
**focusing** 88:19,21
88:24 96:19 97:6
97:11 132:15,19
135:9 204:5
**folder** 27:3,13
28:3,18 33:22
169:10
**folks** 32:18 56:25
216:20
**follow** 215:16
223:8
**followed** 112:8,18
113:1 116:19
127:8 128:10
132:20 145:15,25
146:13,22 147:5
147:13 148:6,13
149:17 150:10
151:3,16 152:12
166:20 205:1
**following** 31:22
34:19 35:7

**follows** 12:24
228:8
**food** 186:23
**football** 154:21
156:3 192:5 196:4
196:13,20 197:1
197:18 198:4,22
200:3 208:15
**footnote** 157:7,11
191:9,13 193:24
195:3
**force** 83:22 121:22
162:10 164:4
**forcefully** 130:20
**foregoing** 226:6
227:4,6,10
**form** 15:15 19:23
22:11,23 23:5
24:6,17 25:15
26:6 30:17 35:1
35:17 36:3,15
37:3 40:3,9,12,23
41:7,14,25 42:25
43:15,22 44:8
45:12 50:16 51:9
51:15 56:16 57:19
58:15,25 59:10,25
60:9 61:2,12
62:17 63:17,25
64:17 65:7 66:2
66:19 67:7,10,17
68:3,22 69:14
70:18 72:4,12,20
73:3,9 74:1,13
75:1,13 78:4 80:1
80:10 81:2,22
85:16 86:3,14,22
87:13 88:4 89:3
89:23 90:8,21
91:8,21 93:15,23
97:2,15 98:22

99:25 100:10
101:5 102:11,13
109:4,20 112:9
113:4,16,17 114:4
114:15 115:24
116:21 117:10
118:15 119:13,22
120:11 121:14
122:9,16,25
123:18,19 124:10
124:24 126:20
127:15 128:1,11
128:12 129:7
131:9,25 132:8
133:8 134:5,14,18
135:21,22 136:14
136:23 139:9
140:13 141:13,23
143:16 145:16
146:2,15 147:9
148:15 149:23
150:13,19 151:21
152:2,14 153:6
159:23 160:2,10
161:12,19 162:15
163:3 164:1
166:25 168:13
169:5 170:14
173:1 176:20
179:9 180:3,18
182:5,19 183:19
184:24 185:12,21
189:10 190:3
193:4 194:11,21
195:6,21 196:15
197:16 198:6
199:19 200:4
202:10 203:3
205:2 206:15
207:4 211:6,15
212:3 216:2,23

217:10 218:8,22
219:22 220:10,17
221:8,18 223:13
223:20 224:9
**formal** 72:1,17
**format** 47:19 81:4
**formats** 47:23
48:2
**formed** 61:11
**formulating** 81:15
**forth** 227:5
**forward** 149:16
150:6
**fought** 157:1
**found** 37:10
164:22 165:4,21
166:15 213:16
216:12
**four** 81:5,10 95:2
110:9 210:2
**fourth** 81:9 168:10
168:17,21
**fox** 156:25 157:12
157:15
**fracture** 157:25
158:1
**fractures** 158:3,8
**frampton** 3:14
11:19,19 15:12,20
19:23 20:2,6
22:11,23 23:5
24:6,17 25:3,15
26:6 27:11,19
30:17 32:16 35:1
35:15,17 36:3,15
37:3,14,16,17,25
40:3,12,23 41:7,14
41:25 42:25 43:13
43:15,22 44:8
45:12 50:16,24
51:9,15 52:18

Page 15

Armistead Supp. App. 0557

[frampton - girls]

53:1 56:16 57:2
57:19 58:15,25
59:10,23,25 60:9
61:2,12 62:17
63:4,17,25 64:17
65:7 66:2,19 67:7
67:17 68:3,21,24
69:14 70:18 71:3
71:13,15 72:4,12
72:20 73:3,9,19
74:1,13,22 75:1,13
78:4 80:10 81:2
81:22 82:4 85:16
86:3,14,22 87:4,12
88:4 89:3,23 90:8
90:21 91:1,8,21,24
92:12 93:15,23
94:4,11,19,21 97:2
97:15 98:22 99:7
99:11,25 100:10
101:5 102:11,14
109:4,20 112:9,20
113:4,16 114:4,6
114:15 115:24
116:11 117:10
118:3,8,15 119:13
119:22 120:11
121:2,14 122:10
122:25 123:19
124:10,23 125:9
126:20 127:15
128:1,11,13 129:7
131:9,25 132:8
133:8 134:5,14,18
135:22 136:14,24
137:7 138:21,24
139:9,17 141:13
141:23 142:3
143:16 144:9,18
144:22 145:16
146:2,15 149:21

149:23 151:6,19
151:21 152:2,14
153:6 159:23
160:1,10 161:12
161:19 162:2,15
163:3 164:1
166:23,25 168:13
169:5 170:14
173:1 174:21,23
175:1,15,21
176:20 179:9
180:3,18 182:3,5
182:19 183:19
184:24 185:12,21
186:3,11,19
189:10 190:3,13
193:4 194:11,21
195:6,21 196:15
196:22 197:16,23
198:6 199:19
200:4 202:8,10
203:3 205:2
206:15 207:4
211:6,15 212:3
216:2,23 217:10
217:20 218:6,8,22
219:22 220:10,17
221:8,18 223:5,15
224:9,16,23 228:1
**frcp**  229:1
**freedom**  3:13
  11:20,23 30:19
  51:11,13,19 54:8
**frequency**  156:11
**friday**  17:7
**friend**  1:6 2:6
  10:12
**front**  69:3 75:21
  82:18
**froze**  46:8,12
  155:2

**frozen**  46:9
**full**  170:1
**fully**  61:21 83:17
**further**  77:18
  171:21 191:16
  210:18 224:21,23
  227:10,12
**future**  48:12,14,15
  144:13

## g

**g**  28:23 82:14
  174:14
**gain**  178:20
  182:25 183:2
**gains**  180:22 181:1
  181:2
**gap**  106:16,22
  107:4,10,13,18,20
**garbled**  160:1
**gen**  150:9
**gender**  9:10 23:4
  23:11 34:18,24
  35:6,11 37:11
  39:6,14 40:16
  41:16 42:7 43:3,8
  54:18 66:6 69:4
  70:17 75:24 76:1
  76:8,15 112:2,8,18
  113:2,12 114:1
  115:2,11,16 116:6
  116:20 127:8
  128:10 131:12
  132:21 140:7
  145:15 146:1,14
  146:23 147:5,13
  147:16 148:3,7,8
  148:14 149:17
  150:10 151:3,16
  152:4,12 156:12
  172:10 205:1
  213:18 214:18

215:10,14,15,23
  219:16
**general**  3:4 4:14
  187:24 188:12,17
  198:1,11 216:19
**general's**  12:1
**generally**  55:20
  87:6 93:1 94:2
  171:17
**generating**  83:22
**getting**  175:17
**girl**  113:25 115:1,9
  159:21 160:9
  182:10 196:3,8,13
  196:20,25 198:20
  198:22 211:2,3,12
  211:13 214:8
**girls**  66:5,25 82:23
  83:1 86:18,21
  87:2,3,22 88:2,7
  88:13,16,17 89:2,7
  89:10,22 90:19
  92:25 93:1,14
  99:23 100:8,21
  105:21 107:20,25
  108:19,23 110:4,5
  112:6,16 113:10
  113:23 115:2,6,7
  115:21 118:14
  119:1 121:1,19
  122:15 133:25
  134:12,22 135:1,4
  135:6 141:22
  142:6 143:6,9,25
  154:17 155:24
  156:6 170:3,13
  171:7 172:7,21
  183:15,23 184:14
  185:19,25,25
  192:18 197:14,19
  200:10 201:4

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0558

[girls - habit]

204:24 211:3
212:1,2,2 213:6
214:10 216:1
217:17 218:4,17
218:19 219:2,9,17
220:9 221:3,4,15
224:7,14
**give**   33:20 34:8
35:21 78:18 130:1
158:4,10,10
177:21 186:17
193:19 206:8
209:9 212:13
**given**   45:5 64:21
200:18 202:21
212:19
**glad**   32:6
**go**   10:7 14:2 19:8
20:6 22:12 23:6
24:7,18 25:4,16
26:7 27:16 29:15
30:18 31:20 34:12
37:23 38:9,11
43:23 44:21 45:13
46:10 50:17 52:21
53:2 54:22 56:17
57:4,20 58:2,16
59:1,11 60:11
61:13 64:1,21
65:8,14,16,19 66:3
66:21 67:8,18
68:24 69:15 70:19
71:5 72:5,13
73:10 74:2 75:2
75:14 76:17,22,25
78:5 80:11 81:3
82:5,11 84:14,14
84:22 85:17 86:4
86:15 87:5,14
88:5 90:9,22 91:9
91:25 92:13 93:16

94:16 95:2,21
97:3 98:2,23
104:15 106:6,9
109:5,21 110:8
111:1,3 112:6,16
112:21 114:6,16
116:12 118:16
119:23 120:23
121:15,17 124:11
125:10 126:21
128:2,13 129:8
133:9 137:14
139:18 141:14,16
142:15 144:17,18
145:17 149:24,24
150:20 152:5
153:7,19 154:8
155:7 156:17
160:3 161:13
163:4 166:1,4
167:1 168:6,14
169:6 170:15
173:4,12 175:11
176:21 177:2
178:8,25 179:10
180:4,8,19 182:6
183:12 186:25
187:11 190:4,14
190:17,21 193:14
193:16 194:12
196:23 199:2,3
202:12 204:3,14
205:16 209:12,21
211:7,16 212:5,21
212:25 215:5
216:7,7,8,24
218:23 219:23
220:18 221:9
224:10,17,20
**goes**   93:8 140:12
157:11 201:2

**going**   15:6 27:1,12
28:16 33:19,21
38:24 46:16 47:16
52:14 57:9 68:4
71:10 79:5 80:23
106:5 121:10
123:2 130:18,23
133:21 137:23
139:21 140:20
147:14 149:3,10
157:5 169:10
175:15 188:24
196:9 197:4 199:5
199:11 202:18
207:5,19 210:25
**gold**   176:19,23
**good**   10:3 11:2,5,7
11:9,13,16,19 13:3
14:14 15:13 32:6
71:7,22 83:25
161:20 176:25
191:3 217:8 222:4
**goserelin**   178:17
**graders**   213:16
**grant**   184:3
**great**   12:20 14:12
23:25 28:5,8
71:14 110:17
111:19 122:24
187:7 192:15
215:5
**greater**   102:5
104:8 123:2 130:7
132:6 133:1,3,6,23
135:17,19 136:20
137:3 138:8 140:7
140:19 141:6,11
141:21 142:5,8,10
154:5 165:2 181:9
181:24 183:6
208:23 210:19

**green**   6:6 12:12,12
222:25,25
**gregg**   17:2
**gregory**   102:24
103:22
**grip**   104:10
163:18 165:20,21
171:16,21 172:5
172:20,20,25
**ground**   14:2,4,14
182:25 183:2
**grounded**   116:13
**grounds**   34:20,25
35:7
**group**   87:17 100:3
141:1 175:9,9
177:13 178:12,17
178:19 185:14
200:19 216:20,21
219:20
**groups**   25:22
77:22 177:12,14
177:17 178:1,2
219:5
**growth**   96:13,21
96:25 153:14
191:22
**guardrails**   194:24
**guess**   44:21 67:2
68:13 78:23 99:13
209:7
**guidelines**   128:15
**gym**   13:17
**gymnast**   210:25
**gymnastics**   210:24
211:4,13 212:2,8

| h |
| --- |

**h**   230:3
**h.b.**   70:9
**habit**   66:6,12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0559

[hal - identity]

| | | | |
|---|---|---|---|
| **hal** 3:14 11:19 37:17 228:1 | **heather** 1:6 2:6 4:14 10:12 | **hockey** 208:15,16 | **hutchens** 4:14 |
| **half** 31:10 33:20 71:4,5,9 144:16 173:9 | **heavyweight** 191:18,19 | **holcomb** 31:4 | **hypertrophy** 83:19,24 84:3,4 |
| **halfway** 212:24 | **height** 129:24 130:1,20 | **hold** 33:19 34:1 68:21 94:24 100:4 100:4 144:20,20 144:20 202:22 | **hypothesis** 211:21 |
| **hand** 104:10 | **heightened** 122:20 124:16 149:4 196:25 | | **hypothesized** 177:4 |
| **handled** 228:8 | | **hollywood** 49:13 | **hypothetical** 115:5 |
| **hang** 104:11 223:5 223:5,5,6 | **hello** 11:11,22 191:4 | **honestly** 33:13 | **hypotheticals** 199:14,18 |
| **happen** 95:15 | **help** 47:20 51:13 198:18 | **hope** 206:5 | |
| **happened** 177:11 | | **hopefully** 27:2 106:8 | **i** |
| **happens** 75:5 153:1,2 | **helped** 79:13 | **hormonal** 75:9 170:21 175:5 181:13 182:24 186:10 | **i.e.** 187:22 188:10 |
| **hard** 201:9 | **helpful** 50:22 | | **ice** 208:15 |
| **harder** 182:1 | **helps** 165:25 | | **idea** 66:16 104:5 128:24 158:24 |
| **harper** 53:10,12 96:1 168:1,3 | **helstrom** 5:9 11:11,11 | **hormone** 68:13 113:12 147:17 187:23 188:11 | **identification** 8:18 27:5 28:19 33:24 39:12 41:17 42:3 42:12,15,20,23 43:6,7,7 44:6 169:12 175:23 215:1 |
| **harrison** 1:10,14 2:10,14 4:3 12:7 222:19 | **hereto** 27:6 28:20 33:25 169:13 175:24 215:2 226:8 | **hormones** 112:8 112:19 113:2 114:1 115:2,11,17 116:7,20 127:9 135:16 140:7 145:15 146:1,14 146:23 147:6,13 148:3,7,8,14 149:18 150:11 151:4,8,17 152:12 161:5,9 185:10 205:1 | |
| **hartnett** 5:6 11:5,6 | **hesitate** 217:13 | | |
| **head** 14:9,12 33:3 212:13 | **hframpton** 3:20 228:2 | | |
| **headline** 204:5 | **high** 87:7 154:16 155:23 192:11 196:3,13,13,19,20 196:25 197:1,18 199:7,12 214:3 | | **identified** 39:11 132:24 133:15,18 138:6 213:17 214:17 |
| **health** 9:8 75:17 80:13 216:14,15 216:21 217:3,6,8 217:12,17,18 218:11 220:8 | | | **identifies** 20:15 21:16 |
| **healthcare** 75:12 76:7 | **higher** 104:6,7 137:16 181:21 | **hosts** 46:17 | **identify** 23:23 69:6 101:1 187:21 188:9,16 215:19 |
| **healthy** 177:7 | **hilton** 95:25 187:18 188:7 | **hour** 18:24,25 19:9,13 71:3,5,10 144:16 | **identifying** 22:15 22:20 39:12 67:22 156:24 213:13,25 214:2 |
| **hear** 32:6 37:14 40:4 87:9 136:16 159:25 161:8 174:22 212:22 | **hips** 113:14 | **hourly** 18:23 19:1 19:4,7,11,14 | |
| | **hired** 79:2 206:14 | **houston** 47:9 48:16 81:16 | **identities** 219:16 |
| **heard** 40:20 59:4 60:21 | **historical** 213:14 213:19 | **huh** 84:25 171:24 208:13 | **identity** 23:4,11 37:12 39:9 40:22 41:6,23 42:7 43:3 43:8 54:19 66:7 69:4 70:17 |
| **heart** 140:15 | **hit** 27:7 | | |
| | **hits** 192:11 | | |

Page 18

Armistead Supp. App. 0560

[ideological - intrinsic]

**ideological**  39:3
40:1,9,11
**ideology**  55:24
**ii**  117:20,23
**illustrates**  174:1
**imagine**  206:23
**immediate**  81:9
**impact**  148:2
159:19 161:21
**impair**  189:18
**imparted**  124:1,4
204:22
**implications**  25:12
59:15 88:1 91:6
99:23
**implies**  194:23
**imply**  167:2,5
**implying**  166:21
**important**  14:7,19
97:13 161:5
173:14,18
**impose**  192:11
**impression**  159:11
**improve**  179:13
192:16
**improved**  108:2
174:10,12
**inadequately**
155:14 156:15
**inbox**  214:24
**incident**  57:7
**incidents**  58:4
158:5
**include**  47:10 48:7
64:10,12 78:2
86:1,12 93:6
98:19 99:17 112:1
160:23 161:2
210:10
**included**  48:10
64:6 83:1 101:4

228:14 229:3
**includes**  103:25
**including**  77:24
88:8 104:1 154:18
155:25
**increa**  189:19
**increase**  102:4
170:4,12 171:17
172:20,25 179:6
192:24 198:2,4,12
215:25
**increased**  87:19
87:22 120:6,14
122:14 123:15
129:12 136:11,19
137:2,16 139:15
139:21 156:11
165:6,18,24
166:16 167:7
170:7 171:8 174:7
178:21 208:18,23
209:2
**increases**  129:17
166:21 178:14
180:16 181:8,9
213:11
**indentation**  157:6
**independent**  32:13
**index**  8:1
**indirectly**  168:25
169:8
**individual**  20:13
20:14 21:15 66:14
69:3 115:5 123:3
137:23 143:18
149:12 167:10
197:3,8 211:19
216:5
**individual's**  39:4
**individuals**  25:19
42:11,15,16,21,24

43:11,20 44:7
61:18,20 69:1
123:12,25 127:11
127:14 131:1
148:17,25 152:18
153:10 163:13
164:12 182:23
211:21 215:15
217:25
**inference**  166:19
**inferences**  222:6
**influences**  162:9
**inform**  79:4
**information**  50:23
59:9,21 60:7
76:11 97:11 99:5
148:1 220:7 223:9
223:20
**informed**  36:13,18
199:22
**inhibit**  177:6
**initial**  31:21,22
32:8 68:20,25
99:14 105:14
**initialed**  226:7
**initials**  158:15
**injunction**  29:11
29:13
**injured**  61:16 75:4
**injuries**  18:1
65:25 154:24
155:11 156:5
157:3 200:9 204:6
204:21,21,25
**injury**  13:16 65:20
66:11 67:14 68:16
87:16 116:14
120:6 124:16
125:1,25 129:18
136:5 137:12,17
140:23 156:12

157:24 167:10
192:4 201:13
204:15 209:7
**ink**  226:7
**innate**  108:4 134:2
204:19
**input**  57:15,15
**inquiries**  46:25
**insensitivity**  25:9
25:13 26:2
**insert**  99:2
**insight**  48:15
**inspecting**  67:14
**instance**  39:4
100:24 143:22
197:5 211:19
**instructed**  32:17
**instruction**  99:12
**interaction**  36:9
**interactions**  69:20
**interest**  31:5
**interested**  10:21
53:6 227:13
**internal**  203:24
204:13 205:18
**international**
100:22
**internet**  109:13
**interpret**  170:24
170:25
**interrupt**  37:13
**interscholastic**
131:13
**intervenor**  1:18
2:18 3:12 11:21
11:24
**intervention**  9:6
176:10
**interviewed**  79:2
**intrinsic**  39:5

Page 19

Armistead Supp. App. 0561

[introduce - laboratory]

**introduce**  11:4
  28:16 82:9
**introducing**  202:4
**introduction**
  32:23
**investigator**  93:5
  93:5
**involved**  78:22
  79:5 80:18 82:2
  109:18,23 196:3
  220:6
**involvement**  33:10
  80:25
**involves**  196:11
**isometric**  178:15
  178:21
**issue**  24:20 45:25
  46:4,14 47:5
  54:11 57:16 58:17
  61:11 64:5 70:9
  79:22 125:3 127:2
  129:9 147:18
  155:14 182:22
  206:9 207:7,13
**issues**  25:18 42:10
  70:23 77:22 78:24
  79:4,10,12 80:13
  88:7,17 109:7,11
  109:18,22 113:6,9
  115:5 139:22
  155:5 195:24
  220:5,12

**j**

**jackson**  1:6 2:6
  10:12
**jblock**  6:20
**jeez**  209:21
**jeffrey**  4:6 12:6
  222:18
**jeffrey.cropp**  4:11

**joanna**  53:10,12
**job**  1:24 15:1
  25:21 126:8,11
  129:10,10 228:5
  230:2
**johnson**  4:5 12:7
**johnson.com**  4:11
**josh**  11:2 13:4
  15:12 19:24 94:19
  125:9 144:9
**joshua**  6:16
**journals**  44:24
**julie**  5:11
**jump**  27:11 104:6
**jumping**  23:17
  130:21
**jumps**  149:12
**june**  29:9,21 30:4
  82:12,16,20 93:7
  93:11,14,22 94:9
  96:18 98:15
  110:25 127:21
**justifies**  129:5
**jveroff**  5:23

**k**

**k**  174:13
**kagay**  1:23 2:24
  10:19 227:22
**kang**  5:8 11:9,9
**katelyn**  5:8 11:9
**kathleen**  5:6 11:6
**keep**  37:8 71:10
  135:24 209:20
  220:24
**kelly**  4:17 12:9
  222:21
**key**  153:17
**khartnett**  5:19
**kicks**  197:6
**kids**  95:19 100:18
  119:3 122:2,7

**124:3 186:8**
**kilograms**  170:22
  170:23
**kimberlee**  7:20
  10:17 37:19
**kind**  128:17 150:8
  150:25 175:10
  203:6,10
**kingdom**  49:14
**kkang**  5:20
**klaver**  16:22 117:4
  138:5 147:2
  224:19
**kmorgan**  4:22
**knee**  67:14,14,22
  69:7
**know**  14:5,25 15:3
  19:22 20:4 21:9
  21:18,20 22:4,5
  23:3,8 25:8 26:11
  26:13 28:2 33:22
  34:8 37:15,19
  40:16 42:1,2 43:1
  44:2,12 46:22
  49:14,17,18,20
  54:2,9 57:14
  60:17,20 61:10,14
  61:20 62:12 64:13
  65:3,5 67:13,25
  68:11,11,16 69:12
  69:17 76:4,23
  79:25 83:4,7
  91:16,17 92:18
  94:7,8,18 95:22
  97:11 103:14
  106:12 113:14
  114:1,8 116:17
  119:21 120:10
  123:14 126:16
  127:3 128:7,18
  132:24 133:20

**134:4 135:1 136:7**
  136:8 138:13
  139:20 140:5
  145:19,19 148:17
  148:18 153:2
  155:7 157:6 158:2
  158:7,8,12,14,15
  158:16,18,22,22
  159:1,1,3,3,4,5,10
  159:14,16,18
  160:6,11 161:17
  163:23 169:15
  170:1 171:12,16
  173:10 176:4,16
  176:19 177:2,11
  177:12,25 178:6
  179:4,22 181:6
  182:9,13,14,15
  189:23,23 191:7
  191:13 192:15
  200:13 203:12,14
  204:14,25 205:15
  207:7,9,10 209:5
  211:22,23 212:12
  212:14 214:8,14
  214:16,25 217:1,7
  217:25 218:15
  220:8 221:4,12
**knowing**  217:12
**knowledge**  63:9
  66:10 69:11,16
  80:6 123:24
  124:25 125:4
  147:3,9 148:11
  149:25 151:11
**kvorning**  174:13
  174:17

**l**

**l**  174:6
**laboratory**  178:22

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0562

[lack - looking]

lack 207:3
lacking 205:24
lacrosse 154:20
  156:2 208:17
lainey 1:17 2:17
lambda 7:4 11:17
lambdalegal.org
  7:10
language 38:21
  42:18 69:6 142:13
lapauw 187:17
large 77:22 106:15
  106:21 107:9,20
  107:23 142:21
  154:4 191:25
  213:11 222:5
largely 161:7,11
  161:14,18 162:1,3
larger 61:18 123:3
  131:2 178:14
  192:1 199:9 201:4
latham 79:13
law 3:6,16 4:7,18
  5:12 6:7 7:6
  159:12
lay 65:12,13
lead 92:7 120:4,13
  124:14
leading 83:20
leagues 89:15 90:3
  191:23 193:23
  194:3 195:8,10
  206:7
lean 116:23 133:1
  135:5,9,12,17,19
  136:20 137:3,16
  137:24 138:8
  141:7,12,25
  159:14,16 164:13
  165:1,17,23
  166:11,22 167:8,8

167:13,20 168:1
168:11,19,20
169:1,1 170:5
171:9 174:8,8
178:15 181:16
183:6 189:1,12
learned 162:4
leave 196:17
  201:14
lectures 73:12
led 54:12,14
left 48:11 184:7
leg 130:21 162:14
  163:2,24 174:8,10
  178:15
legal 7:4 10:18
  11:17 77:8 79:14
  225:3 228:7
legislation 69:25
  70:3,3,14,22 79:6
legislative 70:21
  79:4,10
legs 67:25
length 153:21
letter 35:8
level 211:25
  216:20 217:16
  221:10
levels 83:15 174:6
  189:6,21 203:15
liberties 6:15
licensure 79:16
lifting 143:23,24
  144:3
lifts 162:14 163:1
  163:2
light 68:14
limit 149:8
limited 77:24
  101:19 151:8
  173:21 202:6,23

limiting 192:1
line 34:14 52:1,3,5
  52:8,12,24 86:8
  186:15 192:8
  228:15 229:4
  230:4,7,10,13,16
  230:19
linebacker 199:13
lines 79:15 84:22
  95:3 110:9 111:7
  177:2 188:5 210:2
link 157:20
list 46:14 58:4
  77:25 140:18
  203:6 208:20
listed 156:13
  209:4
listen 60:22
listening 207:1
listing 208:11
listservs 45:20
literature 51:4,21
  63:10,13,19,22
  64:3,4 100:14,16
  108:9,22 128:23
  145:20 148:24
litigation 30:9,10
  31:7
little 23:17 33:9
  68:14 113:19
  175:16 177:2
  186:4 201:2
llp 11:6,8,10,12,14
load 178:19
lobbyist 79:2
local 13:11,18 19:6
  19:7 77:9
locked 228:12
  229:1
long 46:19 57:9
  123:4 129:22

longer 184:8
  209:20 220:25
look 19:8 23:21
  26:24 29:2,25
  34:7,9 51:17
  57:12 58:2 61:10
  76:17 92:21 101:1
  107:15 111:1,3
  122:18 125:6,16
  126:18 128:17
  140:23,24 141:16
  143:17 155:7
  164:17 166:1
  168:6 169:9,25
  170:16 171:21
  175:12 178:5,6,9
  183:12 185:14
  190:17,18 191:9
  200:5 204:2,15
  214:21,25 222:5
  224:1,20
looked 37:21
  100:21,23 114:8,9
  114:10 117:3,8,13
  117:15 123:20
  126:17 127:2
  165:19 181:4
  185:16 197:25
  212:17 221:11,15
looking 32:4 62:2
  65:20 92:23
  100:20 108:22
  116:3 123:25
  124:2,7 125:1
  143:9 147:7 150:1
  151:11 153:9
  162:17,22,24
  163:6,16,17,19,21
  164:11 165:3
  169:16 184:20
  205:4 208:5

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0563

[looking - measures]

210:10 214:20
220:22
**looks** 46:9 108:15
146:17 175:16
**loss** 163:16 173:22
**lot** 36:4 62:18
114:2 116:8 148:1
162:4
**lots** 47:12 59:3
61:16
**lower** 102:3
187:22 188:10,16
188:20 189:1
216:14
**lowered** 181:1,10
182:14 190:9
**lowering** 161:24
162:8,13,25
179:25 182:16
184:4,13 189:6,17
189:24 203:14
**lunch** 144:19
186:13 190:21,24

**m**

**m.d.** 1:21 2:21 8:3
8:12,15 12:22
29:5 72:18 226:4
226:15 228:5
230:2
**machine** 227:9
**magic** 49:14
**mail** 45:14
**mails** 45:17,20,22
**main** 14:4
**majority** 23:25
110:17 111:19
**makers** 206:8
**making** 65:3,14
153:17 201:20
212:19

**male** 20:15,15,20
20:24 21:14,24
22:14,20,20 23:24
68:9,18 114:18
121:21 126:1
132:10 133:12
143:11 154:14
155:21 156:23
161:5,9 164:25
165:3,5 166:10,16
167:21 181:12,15
183:2 189:9,13,20
199:10 202:15
219:15 223:12
**male's** 179:6
**males** 24:21 37:11
83:15 84:7,9
96:11,19 98:9
104:6 109:3,19,23
109:23 112:23
140:16 142:21
143:11 183:4
187:21,24 188:9
188:12,15,17,21
200:19 213:5
**man** 22:6,8,18
37:9 120:17 181:1
183:17
**manifest** 135:6
**manipulation**
75:10 186:10
**march** 1:21 2:24
10:1,4 31:24
228:5
**mark** 27:1 169:10
**marked** 27:5
28:19 33:24
169:12 175:23
176:1 215:1
**martial** 156:23
208:16

**masculinity**
215:17
**mass** 67:24 87:23
102:4 104:2,17
116:23 121:21
133:1,6,16 135:5
135:10,12,17,19
136:21 137:4,16
137:25 138:8
139:23 140:17
141:7,12,25
153:25 154:5
159:14,16 163:17
164:13,25 165:1
165:17,18,23,24
165:25 166:11,11
166:22,22 167:8,8
167:13,13,19,20
168:1,11,12,18,19
168:20 169:1,2
170:4,6,8,12 171:2
171:7,10 173:22
174:8,9 178:15,20
179:7 180:16
181:8,16,24 182:1
182:12,15 183:6
183:17 184:1,6
187:23 188:11,17
188:20 189:1,8,12
189:19 190:1,2,10
190:12 224:2
**massachusetts**
5:15
**matched** 172:10
172:16
**material** 206:24
**materials** 65:5
**matter** 10:11
120:8 216:19
**matters** 59:21
167:11

**maturation** 96:14
96:21,25 153:15
**max** 174:10
**mccuskey** 6:5
12:13
**mchugh** 56:24
57:6
**mchugh's** 54:10
58:20
**md** 29:17
**mean** 15:7 20:11
21:13 22:24 23:11
30:10 43:2 48:25
49:1,25 51:8,10,25
54:22 61:24 67:9
92:15,19 102:6,9
102:18 118:17,23
119:2,15 127:17
141:20 161:14
164:2 172:14,17
184:23 185:2
192:21 206:25
214:24
**meaning** 102:20
**meaningfully**
125:25
**meaningless** 39:7
**means** 19:22 21:10
23:20 42:1 140:23
**measurable** 119:5
119:8 120:13
149:1
**measured** 108:8
**measurement**
203:5
**measurements**
143:13 163:25
**measures** 92:25
135:7 164:13
189:1

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0564

[measuring - never]

**measuring** 108:19
163:22 174:3
**media** 10:9 45:2
225:2
**medical** 31:2
32:25 33:6,11,16
34:17,24 35:5,11
55:14 60:7 61:5
72:23 73:1,5
74:25 76:2 96:2,6
96:9 97:10 117:22
125:17,20
**medicine** 24:9
31:3 32:15 47:1,6
48:7,14 55:15
58:10 61:15 65:19
74:4 75:4 77:23
78:15,19,24 79:9
79:12 81:1 117:25
125:21 145:7,9
217:22 220:4
**meet** 31:23
**meeting** 46:19
47:2,4,8,15 48:10
48:14,15,16,17,17
48:19,20 49:6
57:14 81:12,16,24
82:3
**meetings** 46:18
48:12 81:19
**member** 33:11
81:10
**members** 46:25
79:4 193:3
**memorialize** 15:13
**men** 66:4,24 85:5
85:13,21 102:2
110:17 111:12
122:2,15 141:5,9
142:5,12 177:7,12
181:4,10 183:10

184:1,21 217:19
218:5,20 219:3,8
219:12,21 221:2,6
221:16 222:1,3
224:8,15
**men's** 194:4
197:18
**mental** 75:12,17
76:7 80:13
**mentioned** 17:14
**mentions** 167:16
**met** 16:5 51:17
**metabolism** 8:24
**mic** 37:22
**mid** 148:18
**middle** 95:24 98:5
173:12
**mine** 51:23 101:8
175:20
**mineralization**
154:5
**minimize** 194:20
195:4
**minnesota** 213:16
214:16
**minority** 24:3
**minuscule** 87:24
90:18
**minute** 170:16
177:21
**minutes** 71:5,13
144:10,16 186:18
209:10
**mitch** 7:17
**mixed** 156:23
208:16
**mma** 158:3,8
**model** 119:4,9,20
119:21 120:16
121:18 139:21
167:11

**modeling** 118:12
118:18,20,23,24
119:2,11 122:1
125:25 139:20
199:22,25 200:6
**modestly** 164:23
**modifications**
193:2,23 194:1,9
**monday** 1:21 2:23
10:1
**morgan** 4:17 12:9
12:9 222:21,21
**morning** 10:3 11:2
11:5,7,9,13,16,19
13:3 71:22
**mother** 1:6 2:6
10:12
**motion** 29:13
**motivate** 206:7
**mouth** 186:24
**multiple** 48:5
124:12 164:21
**muscle** 67:24
83:19 102:4
113:13 153:22,23
153:25 154:4
163:1,17,23,23
164:25 165:17,23
165:25 166:11,21
167:13,19 168:2
168:11,11,18,20
168:23 171:7
173:22 178:20
179:7,23 180:2
181:8,16,24,25
182:11,15 183:6
183:17 184:1,6
187:23 188:11,17
188:20 189:1,8,12
189:19 190:1,2,10
190:11 224:2

**muscles** 154:6

**n**

**n** 174:13,14
**name** 10:17 13:3,6
13:8 32:25 33:2
55:18 156:25
227:16
**named** 157:1
**narrow** 102:21
**natal** 20:20
**national** 30:25
31:1 33:3 77:9,12
77:22 100:22
214:3
**naturally** 191:24
**nature** 18:1
160:20 193:7
**near** 34:12 144:12
187:11 209:8
**necessarily** 67:19
**necessary** 120:1
228:14 229:3
**need** 27:7 34:9
48:11 60:14 71:2
74:9 106:18
109:14 121:12
139:19 144:16
209:5
**needed** 64:23
**negative** 171:10
172:14
**neither** 227:12
**net** 130:18 201:13
203:21
**network** 79:3
**never** 13:15,17,22
40:17,20 47:2
72:7,14 73:4 78:3
112:6,16 127:24
211:5,8 212:16

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0565

[new - offering]

**new**  6:19,19 7:9,9
  54:11 179:18
  180:1,16 184:6
  189:8,19,25 190:2
  190:10,11
**news**  58:22,24
  59:3,6
**newsletter**  55:4,8
  55:10,11
**nmol**  174:6
**nod**  14:12
**nodding**  14:9
**noise**  37:14
**non**  55:4 174:19
  175:4,8,8
**nonconforming**
  9:10 213:18
  214:18 215:10,14
  215:23
**noncontroversial**
  164:15
**nontestifying**
  18:16
**normal**  96:12,20
  96:24 140:22
**norms**  172:16
**notating**  228:15
  229:4
**noted**  78:22 91:24
  119:9 187:20
  188:8,15 213:4
  225:5 226:7
**noticing**  11:1
**number**  8:10
  10:16 213:11,24
  214:22 225:2
  228:15 229:4
**numbered**  38:13
**numbers**  213:7
**nurse**  216:15

**o**

**o**  174:13
**oaks**  4:8
**oath**  12:23 227:7
**object**  15:17 19:23
  22:11,23 23:5
  24:6,17 25:15
  26:6 35:1 45:12
  50:16 51:9 52:14
  60:5 72:12,20
  73:3,9 74:1,13
  75:13 90:21 91:8
  93:15,23 102:11
  114:15 120:11
  121:14 122:25
  123:19 124:10
  126:20 127:15
  134:5 136:14
  138:21,23 139:9
  145:16 146:2,15
  150:18 159:23
  160:2,10 161:12
  161:19 162:15
  169:5 170:14
  173:1 176:20
  179:9 180:3
  183:19 184:24
  185:12,21 190:3
  193:4 194:11,21
  195:6,21 196:15
  197:16 198:6
  199:19 200:4
  203:3 205:2
  206:15 207:4
  211:6,15 216:2,23
  217:10 218:6,22
  219:22 220:10,17
  221:8,18 224:9
**objection**  15:17,18
  19:24 21:21 25:3
  30:17 35:15 36:3

  36:15 37:3 40:2,3
  40:12,23 41:7,14
  41:25 42:25 43:13
  43:22 44:8 50:24
  51:15 52:18 53:1
  56:16 57:2,19
  58:15,25 59:10,23
  60:9 61:2,12
  62:17 63:4,5,6,17
  63:25 64:17 65:7
  66:2,18,19 67:6,7
  67:17 68:3,22,23
  69:14 70:18 72:4
  73:19 74:22 75:1
  78:4 80:10 81:2
  81:22 82:4 85:16
  86:3,14,22 87:4,12
  88:4 89:3,23 90:8
  91:1,21,24 92:12
  94:4,10,11 97:2,14
  97:15 98:22 99:25
  100:10 101:5
  102:13,14 109:4
  109:20 112:9,20
  113:4,16,17 114:4
  115:22,24 116:11
  116:21 117:10
  118:15 119:13,22
  121:2 122:9,10,16
  123:18 124:23,24
  128:1,11,12 129:7
  131:9,25 132:8
  133:8 134:14,18
  135:21,22 136:23
  136:24 137:6,7
  139:17 140:11
  141:13,23 142:3
  143:16 148:15
  149:21 150:13,19
  151:5,6,19 152:2
  152:14 153:6

  162:2 163:3 164:1
  166:23 168:13
  180:18 182:3,19
  186:3 189:10
  190:13 196:22
  197:23 198:25
  202:8 212:3
  217:20 223:13
  224:16
**objections**  10:24
  15:14
**objective**  39:10
  40:22 41:6,16,23
  42:2 95:8
**observed**  172:6
**obviously**  64:18
  199:5 210:23
**occasion**  46:14
**occasionally**  45:24
  79:24
**occasions**  46:3
**occur**  50:8 97:12
  145:13,24 146:12
  146:22 147:4
  148:12 173:23
  192:25
**occurred**  50:5,10
  81:14 102:6
**occurring**  191:24
**occurs**  193:24
**offer**  24:12,20
  74:5 145:23 151:1
  218:3
**offered**  72:22
**offering**  24:14,24
  25:11,25 26:4,8
  42:6 74:10 88:11
  88:14,22,25 116:9
  146:4,11 149:15
  151:14,25 152:10
  152:25

Page 24

Armistead Supp. App. 0566

[offhand - outliers]

**offhand** 17:13
58:1 73:11 80:14
82:25 93:24 210:9
**office** 12:1 52:16
66:5,25 67:13
216:16 228:11
**official** 1:12,13
2:12,13 79:19,22
80:2,8
**oftentimes** 90:2
**oh** 18:5 38:19
144:22 208:3
209:21
**okay** 13:23,25
14:10,25 15:4,5,8
15:10,20,23 16:2
16:14 17:11,14,23
18:18,22 19:19
20:10,21,23 21:9
21:17 24:14 25:8
25:11 26:11,23
28:4,12 29:7,15
30:8 31:13,16
32:11 33:15 34:2
34:4,7,16,23 35:21
36:1,2,23 37:19
38:20,24 39:24
40:19,21 44:12,14
58:3 60:5,20,22
71:1,12 73:7 74:9
75:7 76:6,13,17,21
76:24 77:5,12,18
82:2,8,17,20 83:8
83:9,12 84:5,12
85:1,12,20 86:11
87:25 88:19,20
89:20 93:13 94:25
95:5,21 96:5,18
98:1,4,19 99:13
101:23 103:4,8
104:15,25 105:4

105:17 106:1,11
106:14 107:3,12
110:23 111:3,5,17
111:22 113:9
118:8 120:20,23
121:25 123:14
124:6 125:14,18
130:4 131:19
138:25 139:13
143:3 154:11,24
155:16 156:21
157:10,15 158:2
158:16,18 159:1
160:22 161:4
164:19 165:12,15
166:6,8 167:22
168:5 169:18,22
169:24,25 170:11
171:6,11,15,21
172:17,23 173:4
173:11,17 174:16
175:7,13,21 176:2
176:6,6 177:17
178:5,9,25 179:17
179:21 184:4,11
185:6 186:20
188:4 190:20
191:8,9,10,12,13
192:15,20,23
193:1,14,15,22
194:8,18 195:18
196:12 199:4
200:15,16 201:2
201:15 204:2,9
205:14,20,21
206:13,19 207:21
208:9,22 209:19
210:1 212:21
213:1,2,23 214:5
214:12,20,23
215:5,7,12,22

216:7 217:5,15
219:18 220:15
222:8,14 223:15
**old** 87:1,2,3
121:21,23 158:16
197:14,19 198:20
198:21,22,22
**olds** 86:17 87:6,15
87:23 90:17,18,25
91:6,7 199:8
200:1,2
**olympic** 210:25
**once** 13:18 46:24
149:11 153:11
**onset** 85:5,20 86:2
86:12 94:9 95:10
95:15 111:12,18
**ontologically**
39:15
**open** 61:23,25
**opine** 219:20
**opined** 221:1
**opining** 50:15
218:16,18
**opinion** 23:9 24:12
24:14,15,20,25
25:12,25 26:4,9
36:8,14,21 40:15
40:16,25 41:2,9,12
59:13,14,24 60:12
61:1,5,11,22 62:16
74:5 76:14 87:25
88:6,14 99:22
100:7 108:3,7
109:2,6,10,25
110:3,6 112:5,15
113:5 114:13,17
114:25 115:4,9,20
116:9,13 122:22
125:22 131:6,7,11
131:20 132:4

133:3 135:11,14
136:9,11,17
138:17 139:4,14
145:23 146:4,11
149:15 151:1,7,9
151:15 152:1,3,10
152:25 194:19
195:3 206:22
211:11 218:3,16
218:18 220:3,16
**opinions** 36:17,20
41:22 42:6 60:18
74:10 82:21 109:1
**opponent** 157:13
157:16
**oppose** 34:23
63:15
**opposed** 32:14
163:22 214:18
**opposes** 34:17
35:5
**opposing** 29:12
35:11
**opposite** 21:16
149:13
**oranges** 133:11
**orbital** 157:24
158:2,8
**organically** 207:2
**organization** 33:3
33:8 36:10
**organizing** 49:2
**original** 168:7
228:10,21
**ought** 47:18 64:21
195:25
**outcome** 10:21
**outer** 202:5
**outliers** 130:15,15
200:24

Page 25

Armistead Supp. App. 0567

[outlined - patients]

**outlined** 51:19
**outperform** 92:25
  107:25
**output** 104:8
**outside** 47:20
  142:24 143:5,10
  143:15 202:5,17
**overall** 87:22
  132:17 167:9
  218:11
**overstate** 82:24
**overstated** 85:23
**overview** 65:1,1

**p**

**p.m.** 2:23 144:24
  187:3,6 190:23
  191:1 209:14,17
  224:25 225:5
**page** 8:10 29:2,15
  34:12 38:9,12,15
  38:15,17 76:25
  83:4,7 84:15,15
  94:16,17,19,20,23
  95:21 98:2 101:10
  105:15 106:10
  110:9 111:4,6
  125:6,10,11
  142:15 153:19
  154:8,8 156:18,19
  157:21 169:22
  171:22 173:4,8
  178:6,10 180:8
  187:11 188:2
  191:7,8 200:13
  204:3 205:13,17
  205:18 207:20,25
  208:1,7,7 209:22
  209:22,24 212:25
  215:5,9,12 216:8
  228:15 229:4
  230:4,7,10,13,16

230:19
**pages** 1:25 76:23
  106:7 228:14,17
  228:17 229:3,6,6
**paginated** 76:25
**pagination** 83:5,6
  84:17 205:19
**paid** 18:24
**paper** 8:15 16:7,8
  16:9,10,21,22
  18:11,11 28:14
  29:8,16,20 30:3,9
  30:16,22 31:11
  44:17 50:19,23
  51:1,2,5,17,20,22
  51:23 52:1,4,12,25
  53:4,11,12,20,21
  53:23 54:10,17
  55:3,6,8,9,16,19
  55:22 58:21 61:10
  62:7 64:2,10,12,22
  64:25 65:3,10,22
  65:24 68:8 80:15
  80:22 82:12,20
  83:1 86:8 93:7,8
  93:11,14,18,18,22
  94:9,14 95:20
  96:18 98:15,18,20
  99:16,22 100:2,7
  100:15,17 104:23
  105:2 121:4
  147:16 148:2,11
  151:9 160:21
  168:4,7 170:17
  205:17 206:6,13
  206:20 209:22
**papers** 16:17
  51:14 52:6 105:11
  105:25 106:2
**paragraph** 84:5,7
  84:14,15,18,19

94:16,20,21 95:22
  95:24 98:2,3,5
  101:10,13,14
  102:22 106:5,7,9
  110:8 111:7
  142:15 154:12
  156:17,18,20
  164:17,20 166:8
  167:12 168:9
  170:1 171:22
  173:5,8,10,13
  178:9,10 187:12
  187:15,16 188:6
  193:14 200:13,14
  200:16 204:4
  205:21 207:22
  209:25 213:3
**paragraphs**
  187:19
**parenthetical**
  95:25 210:3
**park** 49:8,10,12
**parlance** 23:21
  26:19
**parse** 147:17,25
**part** 23:15 35:13
  48:23,25 71:25
  72:17 91:20 92:1
  92:3 120:19
  137:16 164:4
  188:14
**participant** 194:10
**participants** 2:22
  10:5 201:5
**participate** 25:14
  25:20 26:3 62:14
  63:2 64:16 109:8
  110:5 127:14,23
  133:4,6 135:20
  138:18,20 139:16
  140:7,9 197:9

202:3
**participates**
  136:21 137:4
**participating** 25:1
  61:20 70:16 80:3
  114:20 115:2,6,21
  123:9 124:8 139:5
  139:7 195:14
  216:1
**participation** 56:3
  56:6 66:1 79:20
  90:11 110:7
  113:10 116:7
  127:7 129:13
  146:4 154:25
  155:12 156:5,10
  160:6,8,18 185:4,7
  185:9,19,25
  193:24 194:19
  195:5 196:11
**particular** 75:24
  131:22 143:21
**particularity**
  128:15
**particularly** 46:21
  64:5 88:15 109:24
  128:21 207:8
**particulars** 159:9
  159:13 160:12
**parties** 10:7
  227:14
**party** 10:20 15:23
  32:24
**passed** 79:17
**patient** 66:11,17
  67:3 68:1 69:13
  69:18
**patient's** 67:25
**patients** 66:13
  69:3 75:16

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0568

[pattern - playing]

**pattern** 132:22 198:5
**pause** 155:4
**pay** 33:10 47:15
**pcos** 123:9,16,25
**pdf** 38:17,18 83:6 228:12 229:1
**peer** 91:14 108:14 123:24 124:2,6 125:1 150:1 212:18
**peers** 172:10
**pelet** 5:10 11:13 11:14
**penalty** 226:5 228:16 229:5
**pending** 31:7 70:22,22
**people** 14:13,18 23:25 24:3,25 32:22 33:17 36:13 37:6,8 42:17 44:15,24,25 45:3,7 45:11,18 54:15 56:9 58:5,13 60:8 66:1,24 68:9 69:25 70:10,15 71:24 72:3,8,11,15 72:19,22 73:1,5,8 73:18,25 74:12,16 74:20,25 75:12 78:2,11 80:9 85:14 96:23 113:22 117:18 122:7 132:25 145:11 151:15 152:11 182:13 183:22 213:12,24 214:3 215:24,25 219:5,15,17,20 223:11

**perceives** 23:12
**percent** 32:1 108:2 132:25 133:5,16 135:9,12,17,19 136:20 137:3,16 137:24 138:8 141:6,8,11 214:17
**percentage** 170:7 214:2,16
**performance** 17:1 98:10 100:20,22 104:10 105:19,22 106:16,22 107:4 107:10,13,16 108:8,16,19,24 114:11 120:4,5 133:22 135:2,4,7 136:5 138:1 143:12 148:3 149:1 150:2,14,16 150:22 151:9,15 152:10 153:10 161:6,10,22,25 171:18 174:9,12 201:24,25 210:17 210:20
**period** 138:11 172:7 174:2,4 177:15 178:1,13 228:18 229:7
**periodically** 33:10 46:21
**perjury** 226:5 228:17 229:6
**persist** 95:11
**persistence** 83:20
**person** 23:12,23 32:15 33:1 56:24 68:17 75:21 115:20 133:4 145:25 160:12

**person's** 145:14 146:12
**personal** 41:12,22
**pertaining** 77:23
**pertains** 24:21
**ph.d.** 102:25 103:23
**phase** 97:21
**phra** 135:13
**phrase** 23:18 44:5 135:13 210:22
**phrasing** 41:19 137:21
**physical** 100:25 108:21 142:23 143:4,7 158:23 201:23,24 202:24 203:1 220:9 223:10
**physician** 24:9 40:14 42:10 65:18 74:4 76:10 78:7 79:3 108:6 117:25 145:7 206:1 207:17 217:22 220:5
**physicians** 33:9 79:9,15
**physiologic** 147:11
**physiological** 67:10 68:8 95:8 105:24 108:5 132:23 133:19 134:2,2,11,21 135:11 145:13,24 146:12,21 147:4 148:12 149:16 150:6 151:1 159:19,20 203:16

**physiology** 67:4 150:11,24 151:7
**pick** 114:19 118:3
**picked** 118:6
**picture** 100:19
**place** 3:17 10:7 188:1 227:5
**placebo** 9:5 176:9 176:17 178:12,19
**placed** 227:7
**placekicker** 199:7
**placing** 141:1
**plain** 158:22
**plaintiff** 1:7 2:7,21 5:3 6:14 7:3 10:11 11:3,6,8,10,12,15 11:18 158:12,14 158:15,16,18,20 158:23 159:5,9,15 159:17,18 160:7 214:9
**planning** 80:25 81:12 82:3
**play** 36:20 48:4 85:3 86:17 87:2,7 87:15,20 88:2,16 89:1,6,10,22 90:17 90:19,19 100:8,9 109:19 110:12,16 111:10 125:3 128:9 130:23 136:5 137:12,19 149:12 154:4 196:13,20,25 203:17
**played** 33:4
**players** 192:4,5,12
**playing** 88:7,13 99:24 118:13,25 120:17,25 121:19 130:10,14 132:17

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0569

[playing - preventative]

192:2,7,9 194:10
195:17 197:14,18
197:19 198:21,22
199:12 200:2,2,10
**plays**  108:8,11,12
116:14 123:16
130:20 132:11
158:19 217:2
**please**  10:24 12:17
18:19 32:20 62:19
76:18 99:3 125:12
150:17,18 223:19
**pllc**  4:5,16
**plugged**  119:19
**plus**  61:15
**point**  47:19,23
48:1,5 54:24
57:11 59:17 65:9
71:7 77:19 78:14
84:24 85:2 105:18
110:11,12,15
111:9 127:18
136:6 137:23
141:2 173:14,18
176:25 189:4
200:5 201:20
214:1,21
**policies**  33:16
**policy**  25:21 33:1
78:23 127:6,11
129:6,9 206:7
**pool**  130:16
140:16,21 202:4
202:17
**pools**  25:20 200:21
201:18
**poor**  217:6
**poorer**  216:13,21
217:3,6,8,12
**pop**  27:13 33:21
186:23

**popping**  175:25
**popular**  45:2
**population**  9:11
88:9,20,21,24
92:23 94:14 99:18
100:12,19 104:2
113:7 132:25
133:22 138:1
143:12 171:13
181:18 183:2
187:24 188:12,17
188:21 189:13
202:22 211:22,25
216:20 217:16,24
218:10,11 221:5
221:10,14
**populations**  220:6
220:13 222:5
**portion**  50:5
**portions**  48:1
**pose**  160:7
**poses**  130:7
**position**  63:15
79:19 80:2,8,12
**positions**  79:22
192:2 197:4
**possibility**  61:18
195:19
**possible**  39:2,16
194:8 195:13
**possibly**  66:4,8
80:16 186:10
**post**  101:20
**postadolescent**
97:7,20
**postpubescent**
126:15
**potential**  32:14
114:18 115:5
132:16 140:19

**potentially**  69:21
132:25
**power**  83:21 102:4
104:8 124:15
139:22 162:18
163:20 164:13
**powerful**  123:3
**practice**  31:25
65:19
**practicing**  61:15
**pre**  205:7
**preadolescent**
133:24,24 134:21
134:25 143:12
**preclude**  37:2
**precluding**  70:15
**predetermined**
62:3,4,23
**predictable**
200:22 201:19,25
202:25
**predicts**  126:1
**predispose**  204:20
**prefer**  20:20
**preferred**  22:9
39:21
**preliminary**  29:10
29:13
**preparation**
117:13
**prepare**  15:10
16:2,15 147:2
**preparing**  117:9
**preper**  159:3
**prepu**  205:7
**prepube**  88:8,8
**prepubertal**  82:21
82:22 83:1 88:2,2
88:9,12,13,19,21
88:24 89:1,2,6,9
89:10,21,22 90:19

93:13 94:13 95:19
96:20,24 97:7,20
99:17,23 100:3,8
100:18 104:5
105:21,21 108:10
108:17,23 112:2
112:23 113:6,24
114:2 118:13,14
118:25 119:1,3
120:25 121:1,19
121:19 122:2,7,15
122:20 124:3
129:1 134:11
141:21,22 142:5
143:5,6,25 159:4
186:8 200:10,11
205:5,8
**prepubertals**
119:25
**present**  7:16 10:22
122:4 208:19
**presentations**  45:5
**presented**  55:6,16
**preserves**  15:18
**president**  30:24
45:23 79:18 81:7
81:8,8,10,11,15,20
**presidential**
100:25 104:16
**press**  163:1,2
174:10,11
**presses**  162:13,14
163:24,24
**presupposes**
148:16
**pretty**  47:14 92:24
93:4 176:17
**prevalent**  112:4
**preventative**
216:14

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0570

**[previously - question]**

| | | | |
|---|---|---|---|
| **previously** 145:4 | **progestins** 8:21 | **proxies** 163:18,19 | 133:21 144:6 |
| **primarily** 89:25 | **program** 47:3 | 163:22 164:6,6,14 | 153:9 |
| 90:1 93:18 111:24 | 181:13 182:24 | 164:15,16 | **publishes** 55:13 |
| **prime** 210:3,7,13 | 186:9 | **pubertal** 96:13 | **pubmed** 101:2,2 |
| 210:24 | **programming** | 97:20 113:7 | 105:14 |
| **prior** 29:10 51:4 | 39:3 40:1,11 | 148:19 149:8 | **pulling** 28:4 |
| 77:8 78:20 85:24 | **progression** | 153:14 | **punching** 162:18 |
| 99:15 102:7 | 178:18 | **puberty** 83:16 | 163:20 |
| 105:11 138:2 | **prohibit** 194:3 | 84:6,8,10 85:5,15 | **purpose** 64:25 |
| 227:7 | **prohibited** 194:4 | 85:21,24 86:2,6,12 | 65:2 90:2 195:9 |
| **private** 31:25 | **prominent** 207:7 | 88:20 94:9 95:10 | **purposes** 30:9 |
| **privilege** 52:17 | **promote** 90:3 | 95:15 97:12 98:9 | 120:24 |
| **pro** 63:19,22 64:13 | **pronounce** 84:1 | 101:18,25 102:6 | **push** 164:5 |
| **proandrogenic** | **properly** 102:15 | 106:25 107:4,11 | **put** 111:20 154:1 |
| 8:20 | **pros** 56:2 | 107:13,20 108:20 | **putting** 47:4 |
| **probably** 22:10,13 | **protected** 99:4,6 | 111:12,18 112:7,7 | |
| 32:24 33:4 47:19 | **provide** 15:2 23:9 | 112:17,18 113:1,3 | **q** |
| 85:23 100:4,12 | 36:8 40:14 41:9 | 113:11,25 115:14 | |
| 160:1 186:12 | 42:10 51:13 57:14 | 115:18 116:19 | **qualifications** 77:2 |
| 209:8 223:7 | 57:15 59:12,14 | 117:19 122:3,8 | 77:8 |
| **problem** 44:1 | 61:5 62:7 65:1 | 127:8,25 133:13 | **qualified** 41:2 |
| 109:13 203:7 | 76:11,14 97:11 | 137:24 143:4 | **qualify** 209:5 |
| **problems** 203:4 | 131:1,11 139:13 | 145:14,25 146:13 | **quantified** 140:3 |
| **procedure** 228:19 | 160:17 223:20 | 146:22 147:5,12 | **quantify** 139:14 |
| 228:20 | **provided** 69:24 | 147:18 148:4,6,9 | 139:19 |
| **procedures** 39:20 | 70:2,21 103:1,10 | 148:13,25 149:17 | **quantifying** |
| **proceeding** 10:24 | 103:24 128:23 | 150:2,10 151:3,8 | 136:10 140:1 |
| **proceedings** 227:4 | 228:19 229:8 | 151:16 152:11,19 | **quantum** 136:11 |
| 227:6,8 | **provides** 132:6 | 152:24 153:1,12 | **question** 14:20,22 |
| **process** 50:25 | **providing** 36:21 | 183:11,16,18,25 | 15:3,6 27:17 |
| 61:23,25 62:22 | 50:22 61:1 65:5 | 184:2,15 185:8,10 | 32:19 35:2,12 |
| 65:13 100:17 | 87:25 88:6 109:1 | 185:11,20 186:1 | 40:5 41:21 42:4 |
| 120:19 | 109:6 110:3,6 | 204:25 210:11,15 | 44:5 52:22 59:18 |
| **processes** 65:19 | 112:5,13,15 | 210:17,19 | 60:15 62:5,18,24 |
| **production** 9:2 | 114:13,17,24 | **pubescent** 101:20 | 62:24 63:7 66:13 |
| 176:7 | 115:4,8,19 129:20 | **public** 78:23,25 | 66:24 68:5,13,19 |
| **professional** 44:24 | 131:5,7,19 132:4 | 205:24 207:8 | 68:25 70:7,11,13 |
| 154:17 155:24 | 133:2 135:10,14 | **publication** 55:9 | 83:25 87:14 90:5 |
| **profile** 146:5 | 136:9,11,17 | **published** 53:14 | 91:3 97:17 103:14 |
| 220:9 | 138:16 139:4 | 53:22 55:4 119:16 | 107:6 109:14 |
| | 160:15 | 119:18 126:14 | 113:19 114:24 |
| | | | 119:15 122:9 |
| | | | 124:20 129:15,20 |

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0571

[question - record]

| | r | | |
|---|---|---|---|
| 130:17 132:2 | | 147:1 148:12 | 36:23 46:3,6 |
| 133:2 134:19 | **r**  174:13 230:3,3 | 149:18 150:9 | 49:23,24 54:2 |
| 135:23 136:7,25 | **r&s**  229:1,9 | 154:13 155:20 | 55:18 56:18 57:25 |
| 137:15,18,22 | **race**  53:14,18 | 156:22 164:20 | 58:1,17 62:10 |
| 138:4,23 140:13 | **rachel**  3:15 11:22 | 165:10 170:2,9 | 73:11,21 80:14,22 |
| 146:9 147:20,24 | **radar**  207:8 | 171:1 172:4 | 82:24 83:3 93:24 |
| 147:24 148:10,22 | **raise**  203:2 | 173:17 176:11 | 94:2,12 97:6 |
| 150:3,7 151:12,24 | **raised**  56:14,19 | 177:3 178:11 | 103:17 111:1 |
| 152:7,9 155:18 | 184:17 | 187:19 188:7,22 | 127:17 128:3 |
| 156:4 160:3 | **randomized**  9:4 | 191:14 192:13 | 158:11 166:7 |
| 162:11,22 163:10 | 176:9,16 | 200:16,25 205:21 | 174:16 175:11 |
| 164:9,10 165:22 | **range**  143:6,10,15 | 206:11 213:3,21 | 210:9 214:19,20 |
| 165:22 174:23 | 154:16 155:23 | 214:1,6 215:13 | 214:22 224:19 |
| 177:24 180:12 | 183:13 202:25 | 216:4,11 226:5 | **receive**  23:15 73:8 |
| 182:13 186:6 | 211:1 | **reading**  54:3,5 | 73:17 113:11,11 |
| 188:14 189:2,5 | **ranges**  142:25 | 103:5 105:8 | 115:10 |
| 190:5 192:15 | **rate**  18:23 19:1,4,7 | 171:22 177:1 | **received**  62:14 |
| 194:25 196:17 | 19:11,14,18 189:8 | 188:2 193:19 | 113:1 115:1,10,16 |
| 198:18 201:9 | 189:12,20,22 | 228:23 229:9 | 115:16 116:19 |
| 206:1 211:23 | **rates**  158:7 191:23 | **ready**  27:1 | 117:19 127:24 |
| 217:13 218:15 | 213:19 216:14 | **real**  15:12 22:22 | 128:9 132:5,20 |
| 219:13,19 220:20 | **ratified**  100:23 | 22:24 37:23 | 185:9 |
| 223:8,17,21 | **rcsutoros**  3:21 | **reality**  39:10 | **receives**  114:1 |
| **questioning** | **reach**  77:9,12 | 40:22 41:6,16,24 | **receiving**  181:7 |
| 186:16 | **reaching**  62:15 | 42:2 | **recess**  27:22 38:4 |
| **questions**  15:1 | **reaction**  118:4 | **really**  23:9 24:11 | 71:18 144:25 |
| 17:15 19:19 20:17 | **read**  16:4 33:15 | 36:9,20 61:21 | 187:4 190:24 |
| 21:2 71:23 77:5 | 34:16 35:4,14 | 128:4 130:17 | 209:15 |
| 79:14 92:20 | 36:1 38:24,25 | 181:5 193:13 | **recognize**  28:5 |
| 113:22 179:1 | 39:22,23 53:23,25 | 211:23 221:11 | **recognized**  76:2 |
| 209:11,19 217:23 | 54:2 55:22 57:6,8 | **reason**  97:6 | **recollection**  55:23 |
| 218:1 222:6,10,12 | 77:20 83:12,23 | 188:18 193:17,22 | 71:25 72:6 73:14 |
| 222:16,20,23 | 85:1,10 90:5,7 | 230:6,9,12,15,18 | 73:21 80:4 105:4 |
| 223:1 224:21 | 95:6,12 96:5,8,8 | 230:21 | **record**  10:4,8,23 |
| **quick**  15:12 37:23 | 96:16 98:8 101:15 | **reasonable**  15:9 | 12:3 13:7 27:16 |
| **quickly**  32:16 | 101:21 102:22 | **reasons**  35:10 | 27:20,23 37:23,24 |
| 190:1 | 103:8,11,18,20 | 47:12 48:6 146:11 | 38:2,5,25 46:10 |
| **quote**  64:14 | 104:13 106:14,20 | **rebuttal**  16:5 | 71:17,19 90:7 |
| 142:13 157:6 | 110:14 111:8 | **rec**  192:25 | 124:22 144:17,18 |
| **quotes**  157:11 | 124:20,22 125:19 | **recall**  13:13,15 | 144:23 145:1 |
| | 126:5 142:20 | 18:17,18 33:2,13 | 186:25 187:2,5 |

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0572

[record - representative]

190:21,22,25
209:12,13,16
223:3 224:24
227:8
**recorded** 10:9
172:11
**recording** 10:6
**records** 100:22
107:15 143:18,23
143:24 144:5
**recreational** 89:15
89:22,24 90:13
**reduce** 164:23
173:21 179:23
197:4
**reducing** 179:5
**reduction** 163:7
195:9,10,11
**refer** 24:2 26:18
37:10,11 168:11
171:1
**reference** 54:3
84:9 93:10 166:5
168:24 169:3
170:21
**referenced** 80:15
93:8 101:7 105:25
106:3 167:21
228:6
**references** 84:7
157:21 167:20
168:3,20,23
190:18
**referencing** 147:8
168:8
**referring** 16:11
21:5,7 29:8 41:19
53:13 77:13 83:5
95:19 104:21
159:2 169:1,20
198:14 219:17

**refers** 85:12
168:18 175:4
**reflected** 128:22
**reflecting** 72:8
**reflection** 218:10
**reflects** 64:20
107:17
**reformatting**
126:24
**refresh** 27:7,12
105:4
**refresher** 14:2
**refreshing** 34:1
**regard** 36:8
**regarding** 72:2,18
99:22 109:2 115:9
160:16
**regardless** 152:20
**regards** 102:3
128:21
**region** 93:4,5
**regular** 189:21
**reinhardt** 5:5
**reisbord** 7:17
**relate** 50:14
**related** 10:20
14:16 54:24 58:5
58:13 62:25 66:1
69:25 71:23 73:8
73:18 80:8,25
189:3
**relates** 43:2
109:25 110:7
126:14,19 160:18
220:21
**relative** 122:1,2
139:4 195:10
227:13
**relatively** 130:16
**released** 53:10
228:21

**relevance** 128:16
131:17 185:3,6,8
**relevant** 16:17
50:23 51:22 64:6
64:22 86:11 96:14
100:2 120:9 129:4
135:1 167:6,9
181:11,22 184:22
185:18,24 189:2,2
215:24
**reliable** 59:8,21
60:6
**religious** 36:12,19
37:1
**rely** 60:25 61:4
209:6
**remain** 161:6,11
161:18
**remained** 172:21
**remaining** 209:11
**remains** 162:1
**remember** 13:18
13:20,25 46:5
49:12 55:19 97:19
214:6
**remote** 1:20
**remotely** 2:22
10:5
**removed** 216:25
**render** 41:2
220:16
**rendering** 40:24
**rep** 174:10
**repeat** 52:22 91:23
91:25 109:14
136:25
**repeatedly** 136:9
**rephrase** 15:4
40:9 122:11
155:18 219:11

**rephrased** 210:22
**replaced** 39:11
**report** 16:11,16,16
16:20 17:2 18:8
25:5,17 44:18
55:12,13 56:8
57:18 58:8 63:16
63:21 76:18 82:12
97:24 99:14 101:4
101:10 106:4
110:9,25 111:2,4,6
111:17 112:14
117:6,16 118:21
125:6,7,8 126:24
127:3,17,22 128:5
132:24 141:17
142:14 154:8,9,10
160:17 164:18
166:2,3 173:6
179:22,25 180:5,9
180:14 184:22,23
187:13 191:6
199:17 203:24
204:2 205:13
207:20 208:1
209:23 221:2
224:5
**reported** 1:23
213:10 216:13
**reporter** 2:25
10:19 12:17 14:6
14:17 27:6 28:20
33:25 37:13,19
90:5,6 124:21
169:13 175:24
215:2 227:2
**reports** 28:12
216:20
**representative**
189:13

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0573

[representing - risks]

**representing**  12:1
12:7,10
**represents**  52:7,10
**requested**  229:1,9
229:10
**requires**  191:15
**reread**  16:4
**research**  17:11
72:10,14 73:1,4
83:13 104:22
116:3,8 126:13
162:7 199:22
205:3
**researches**  165:3
**reserved**  15:15
**residency**  73:7
**resistance**  162:9
**respect**  33:17 42:3
42:11 108:10
122:14 127:6
151:9
**response**  9:3 14:13
17:15 113:21
176:8 179:8
**responses**  14:8
**responsibility**
81:23
**responsible**  81:12
**restate**  41:5,21
62:19 129:15
177:24 180:12
190:5 194:25
**restricted**  192:7
**restroom**  71:11
**result**  92:10 112:7
112:17 192:3
**resulted**  155:12
156:5
**resulting**  154:25
170:6 172:8

**results**  104:4
105:1,8 178:2
216:9
**retain**  30:21
**retained**  13:14,16
17:18,21,22 18:4,5
18:16 23:7,9
24:11,19 30:16
31:14,16 36:6,7
41:9 42:9 50:11
59:12,13 62:7,22
69:9,22 74:5
76:11,14 77:16
88:18 92:4 98:24
99:15 116:23
122:17 123:5,11
124:5 131:10
140:18 181:16
183:7 193:13
195:23,24 203:23
214:13 218:1
220:12 223:10,22
223:23 224:2
225:3
**retaining**  31:5
**retention**  124:13
**return**  14:20
228:17 229:6
**reveal**  32:17
**revealing**  32:11
**reverse**  83:17
**review**  16:14,19
17:3 18:24 51:14
61:23,25 63:10,13
64:3 80:21 100:14
100:16 101:3
103:15 105:14
128:23 145:19
168:4,7 205:23
207:15 228:8,10
228:13 229:2

**reviewed**  16:6,17
16:21,22,22,25
17:2,8 52:5 63:19
91:14 102:23
103:17,21 106:2,2
108:14 123:24
124:2,6 125:1
150:1 212:18
**reviewing**  127:18
**reviews**  56:7
**rgreen**  6:11
**rider**  9:8 213:20
214:15
**right**  13:12 25:14
26:3,24 27:14
28:2 31:24 35:18
37:24 52:8 57:24
71:15 83:23,25
84:1 86:9 92:9
95:12 96:16 97:23
98:16 99:7 100:17
101:13,21 104:13
109:19 110:5
111:6,20 114:23
121:1 124:9,19
126:5 127:4
129:12 134:24
138:3 145:5,9,22
147:1 157:13,23
165:10 166:14
168:12 169:17
170:1,9 174:14
176:11,18 177:8,9
177:11,15,18,19
178:3,23 179:19
181:5,10 182:2
183:11,15,18
184:2,6 185:4,20
186:24 193:16
200:3,25 204:7
206:11 208:24

210:23 213:21
216:19 221:7,17
222:9 223:16
**risk**  65:20 84:19
87:7,16,19,22 89:5
89:5,9,21 92:8
100:12 116:14
120:6,14,25 121:4
121:18 122:1,2,6
122:14,18,20,23
122:24 123:2,6,8
123:15 124:1,4,7
124:16 125:1
126:3 128:25,25
129:4,10,12,17,23
130:7 131:8,12,17
131:18,20,21
132:6 133:3 135:8
135:15,18 136:6
136:10,12,18,19
137:2,12,17
139:15,19,20
140:8,24 149:4
152:20 160:8
195:9,10,10,13,20
196:10,11,25
197:4,9,10,11,13
197:13,17 198:2,4
198:12 199:11,13
201:8,13 203:24
203:25 204:13,19
205:4,5,6 208:18
208:23 209:3
**riskier**  198:20
201:5
**risks**  25:18 87:16
87:24 88:23 90:11
90:17 115:20
118:13,20,25
119:3 120:10,17
128:8 129:24

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0574

[risks - see]

131:6 132:12,17
138:17,18 139:5
140:5 160:16,18
195:4 196:2,6,8
200:1,6
**roberta** 6:6 12:12
222:25
**roberts** 223:22,23
**roger** 31:21
**role** 18:16 36:21
45:23 78:6,10
108:8,11,13
131:16
**room** 37:15,18
75:22
**roughly** 210:11,14
**routinely** 69:4
**rugby** 120:16,17
126:7 127:13,22
128:8,21 139:21
141:10 208:14,17
**rugby's** 119:21
124:17 125:22
127:6 141:2
205:23
**rule** 14:14 193:1
193:23 194:1,9,18
195:2
**rules** 14:2,4 90:2
194:14 229:8
**run** 104:6 145:10
201:12
**runner** 158:20

**s**

**s** 230:3
**safe** 62:13 63:1
65:12 88:25
196:12,19
**safely** 26:3
**safer** 16:5

**safer's** 16:16
**safety** 23:8 24:20
24:25 25:12,18
28:15 31:6 36:7
40:15 42:10 59:14
62:3 64:5,11 74:6
76:11 86:21 87:3
88:1,7,12,14,23
89:5,5,9,21 90:3
90:10,17 91:5
96:15 99:23 109:7
109:11,18,22
113:6,9 114:14,18
114:25 115:5,20
118:12,20,24
120:10,14,17,24
121:18 126:3
128:8 129:24
131:12 132:6,12
137:2 146:5 152:3
153:15 159:20
160:7,16,17
191:15 192:16,24
193:2 194:20,23
195:4,24 196:2
203:2,18 206:1,4,9
206:20 207:3,13
220:5,13
**sam** 74:22
**sat** 51:16
**saw** 67:3
**saying** 14:8 21:11
43:10 90:16
137:21 152:23
153:4 182:8 186:7
219:14 221:19
**says** 29:16 34:13
34:16 35:4,9
38:20,25 42:17
65:12 77:2,18,19
78:14 82:14 83:12

85:1 95:6 96:5
101:14 102:22
106:14,20 107:9
110:14 111:8
125:19 142:20
154:23 156:22
164:20 166:14
170:2 171:1 172:4
177:3 178:11,24
180:22 188:23
191:13 193:17
203:9 205:21
215:12 216:11
**scenario** 139:20
184:9,18
**schedule** 228:10
**scheduled** 31:23
**school** 1:11 2:11
6:3 12:14 72:23
73:2,5 133:22
154:16 155:23
196:3,13,14,20,21
196:25 197:1,18
199:7,12
**science** 36:19
**scientific** 36:21
**scientifically**
125:24
**scope** 15:15 35:1
35:17 36:3,15
37:3 40:3,12,23
41:7,14,25 42:25
43:15,22 44:8
60:10 61:3,12
62:17 63:17,25
64:17 65:7 66:2
66:20 67:17 74:1
74:10 108:25
129:7 135:22
212:4

**score** 172:15
**scored** 158:23
**scores** 172:8,14
**screen** 175:16,18
**scroll** 34:11 215:7
215:8
**searched** 63:14
**searches** 51:21
105:14
**sec** 155:4
**second** 14:16
27:16 28:18 29:2
31:23 33:20 46:17
78:13 81:6,7,11,14
81:20 83:25
111:25 140:20
141:1 166:14,20
167:16,22 169:25
193:16,20 197:8
205:15 213:2
215:9
**secondary** 1:11
2:11 6:3 12:14
192:10
**seconds** 186:23
187:1
**section** 77:1 204:3
204:3,12
**see** 18:2 27:3 28:4
29:18 33:23 34:2
34:13,21 38:19,22
62:2 66:4,24
71:14 77:3,10
78:16 83:10 84:21
85:8 89:17 96:3
107:1 110:21
111:15 140:20
143:1,2 155:8
157:8,14 166:2
168:7 169:16
172:2,12 173:14

Armistead Supp. App. 0575

[see - somebody]

173:15 193:18,21
193:22,25 194:6
204:7,8 210:5
214:25 215:20,21
216:10,17,18
217:7
**seeing** 208:4
**seen** 32:14 34:4
66:13,22
**select** 197:3
**sense** 43:3 47:14
48:9 210:12,13
**sent** 55:8
**sentence** 42:14
84:23 85:12,15
86:13 87:10 95:4
95:6,14,18 96:1
98:6,14 101:14
103:18 107:1
110:10,23,24
125:16 154:12
166:8,12,14,20,20
167:13,16,19,22
167:25 168:10,10
168:10,18 171:1
172:1 188:13
193:17 212:23
213:2 215:9,12
**sentences** 168:15
168:24 194:6
**separation** 102:5
**serve** 195:9
**served** 78:21
**sessions** 80:25
**set** 128:14 227:5
**sets** 91:11,18
**settled** 171:12
**settles** 167:9
**seven** 35:9 90:18
91:7,15,17 95:3,3
108:1

**seventh** 77:19
**severity** 156:11
**sex** 21:16,16 23:13
23:19 24:2,16
26:11,18 39:5,8
67:5,22 68:9,10,17
68:18 70:17 83:20
85:7,22 96:10,12
96:19,20,24
107:15 109:8
110:20 111:14
112:3 136:4
149:13 152:20
153:14 199:23
200:21 201:18
219:15
**sexes** 95:9 102:6
106:22 107:10
115:13 116:15
119:5 120:3
122:19 130:25
131:4 138:2
140:23
**sexual** 25:1 123:12
**shaking** 14:9
**shapiro** 59:6,8,20
60:6,20,25 61:5
**shapiro's** 60:17
**share** 25:20 26:25
**shared** 56:10
**shift** 171:3
**shifts** 169:1
**short** 174:2
**shorthand** 2:25
227:1,9
**show** 33:20 124:13
179:12 189:14,14
**showed** 170:3
183:1 223:23
**shown** 143:8

**shows** 60:23
**shuman** 6:5 12:13
**shumanlaw.com**
6:11
**shut** 37:15
**sic** 34:19 54:14
**side** 140:2 199:11
199:13
**sideline** 55:12,13
56:8 57:18 58:8
**sides** 65:1
**sign** 216:22 228:16
229:5
**signature** 28:10,11
29:4 227:21
228:21,23,23
229:9
**signed** 28:7 79:18
103:12,13
**significant** 124:13
134:7 157:2
161:21 170:4
172:5
**significantly**
178:14 216:13,21
**silence** 206:3,20
**similar** 18:6 42:17
70:3,12,23 119:20
194:9 218:4
219:20
**similarities** 218:16
218:19
**similarly** 39:14
194:2
**sitting** 211:10
**situation** 116:4
199:6
**six** 86:17 87:1,1,2
87:3,6,15,23 90:17
90:25 91:6,15,16
91:17

**size** 83:18 142:22
143:4 153:22,22
153:23,23,24
191:25 192:2
200:21 201:8,15
201:16,18 207:13
**skeletal** 83:18
96:13,21,24
153:14
**skewed** 55:23,25
56:4,5
**skill** 91:10,18
**skills** 92:11,14,15
92:19 159:3,6
**skull** 157:13,16
**slicer** 6:5 12:13
**slide** 194:3
**slightly** 112:1
**slower** 199:10
**small** 120:8 213:8
**smaller** 61:19
122:7,14 191:20
191:20 192:4,12
199:10 201:6
**soccer** 86:17 87:2
87:7,15 90:17,19
154:19 156:1
194:3,5 197:14,19
198:21 199:11
200:2 208:16
**societal** 195:23
**society** 31:2 55:14
**softball** 154:20
156:2 208:17
**solely** 126:19
192:17,18
**solutions** 10:18
225:4 228:7
**somebody** 78:22
123:4 140:25
197:6

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0576

[someone's - started]

**someone's**  150:11
153:24
**somewhat**  55:23
200:22 201:19,23
201:25 210:16
**soon**  169:11
186:13
**sorry**  16:9,24 18:5
18:7 19:13 22:16
23:16 31:19 37:13
37:16 38:11 40:5
40:7,7 43:18
46:12 48:13 60:2
63:5 84:15 87:9
94:19,22 96:8
102:12 125:9
137:13 138:24
144:22 147:21
152:16 155:7
159:25 162:22
163:9 166:4
174:21 175:1,15
180:12 187:8
188:1 191:12
194:25 198:17
208:3 212:22,23
219:9 220:20
**sort**  79:7 100:16
**sorts**  65:21
**sound**  14:23 15:8
55:7 125:24
126:10
**source**  59:9,21
60:7
**sources**  59:3 101:1
101:3 104:1
105:18
**southern**  1:2 2:2
10:14
**speak**  19:15 25:5
31:6 32:21 36:7

37:5 43:2 44:9
48:23 50:18 64:18
66:14 69:8 90:23
90:25 91:5,14
101:6 103:13
121:3 123:1 128:4
146:16,18 160:13
180:21 184:8,11
184:16 185:15
192:21 194:22
195:24 202:20
214:11 220:5,12
**speakers**  47:15
49:20
**speaking**  45:14
75:9 77:21 105:22
148:4,6 156:13
164:3 171:3
**speaks**  15:24
25:18 28:14 43:6
64:5 146:21
147:16 148:2
167:19 180:20
199:23
**special**  77:2,7
**specialization**  48:4
**specific**  46:3 49:25
54:9 65:3 73:21
85:6,22 96:10
110:19 111:13
132:22 158:4
190:16 200:21
201:18 214:7
**specifically**  25:6
30:9 64:11 80:5
93:25 94:13 97:6
108:23 123:21
132:19 148:5
200:12 205:4
**specifics**  80:22
158:24 217:1

**specify**  196:16
**speeches**  78:18
**speed**  83:21 87:23
93:1 110:1 119:6
121:21 124:15
133:24 139:22
143:13 223:24
**spent**  125:20
206:2
**sphere**  78:25
**spike**  130:19
**spoke**  62:2 121:7
185:5
**spoken**  78:1,7,10
78:14 210:16
**sport**  36:18 48:4
54:10,25 56:3
90:14 108:24
112:2 114:20
115:6 146:6
179:20 183:5
193:7,9 194:14,14
194:16 195:25,25
201:10 210:23
**sporting**  59:16
**sports**  23:8 24:8
24:20,22 25:2,14
26:3 28:15 31:2,6
31:7 32:15 36:7
40:15 42:13 48:5
49:25 53:8 54:6
55:5,14 59:14
61:15,19,21 62:3
64:5 65:25 66:11
68:16 70:16 74:4
74:6 75:4 76:10
77:23 78:6,8,11,15
78:19,24 79:9,11
79:20 80:3 85:3
88:3,16 109:8,24
110:13,16 111:10

113:6 114:21
115:3,7,21 116:6,7
117:25 118:14
123:10,17 125:21
126:4 131:13
132:11 135:20
136:22 137:5
139:7 140:10
145:6 146:4,7
149:12 152:5
154:18,25 155:25
156:6,13 158:18
160:7,9,19,23
161:1 191:21
192:21,25 194:19
195:14,18 196:10
201:5 206:7
207:23 208:11,20
208:23,24 209:1,4
213:7 214:10
216:1 217:22
220:4,13
**spurred**  207:1
**squats**  162:14
163:2,24
**sruti**  7:5 11:17
**sswaminathan**
7:10
**stabl**  165:25
**standard**  19:4
163:1 176:19,23
**standards**  100:23
**standing**  19:24
**standpoint**  202:22
**stark**  68:11
**start**  14:15 65:23
92:6 186:10
**started**  180:10
181:14 183:7
188:2

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0577

[starting - suppose]

**starting** 12:4
65:24 92:16
182:24
**state** 1:9,12,14 2:9
2:12,14 3:3 4:15
10:13,22,24 12:2
13:6 18:6,12
19:17 28:7 60:18
79:3,3,15,16 99:16
222:15 226:11
227:2 228:4,9,12
230:1
**stated** 102:15
127:11
**statement** 8:17
16:4 35:13 41:10
41:13 80:12
127:11 161:18
171:5 179:8
**states** 1:1 2:1 79:5
**statistic** 158:10
**statistics** 209:6
213:24
**statute** 70:9
**step** 50:6 186:6
**steps** 120:20,24
121:17
**steptoe** 4:5,11 12:7
**stereotypical**
215:16
**stimulate** 113:2
115:17
**stimulates** 114:2
**stipulation** 228:20
**stopped** 212:23
**stored** 171:20
**stratification**
112:3
**stratified** 53:19
90:1 104:3

**street** 4:19 5:13
6:8,17 7:7
**strength** 9:4 83:19
92:25 102:3 104:9
119:6 124:15
130:21 133:23
143:13 163:1,18
163:18,23,25
164:13 165:20,21
171:16,21 172:6
172:20,20,25
173:19,22 174:3
176:8 177:6,14
178:1,13,16,21
179:7,13,18,24
180:2,17 181:7,13
181:17 182:23
184:21 186:9
192:3
**stretch** 186:15
**strike** 105:6
**strong** 47:14
138:19 139:6
140:9
**stronger** 92:16
104:9 131:2
**struck** 204:22
**structure** 113:13
134:25
**structured** 46:20
47:18 90:14
**struggling** 138:15
139:2
**students** 214:17
216:12
**studied** 24:10
106:23 107:11
203:20
**studies** 92:22
108:21 124:12
147:7 150:1

151:11,17 152:13
153:2,4,9 162:16
162:17,21,24
163:6,15,17,19,21
164:11,21 184:12
188:23 189:14
203:21 213:10
221:11,14 222:4,7
223:19 224:1,6,13
**studios** 49:13
**study** 9:6,11 91:14
108:14 117:3,5,8
117:19 123:25
124:2,6 125:1
134:10,13,20
138:5,7 146:17,20
146:24 147:2
162:10,12 164:4
165:12,15,19,23
166:15 167:17,23
168:1 169:19,23
171:6,10,11 172:7
174:1,17,17
176:10,13,18
179:4 180:22,25
181:4 183:1,10,13
184:5,7,8,9,17,20
185:2,13,15 186:7
187:18 188:7,15
190:16 203:19
212:16,18 214:15
214:17 215:23
216:8 223:23,23
224:3,19
**stutler** 1:13 2:13
4:4 12:8 222:20
**sub** 78:13 83:9
**subcategorize**
24:1,3
**subject** 51:4 63:11
64:4 73:12 127:12

174:9
**subjective** 142:9
**subjects** 165:6
166:16 172:19
174:7,19 175:4,8
**subjects's** 165:17
**submission** 55:17
58:8
**submissions** 56:7
**submitted** 16:11
18:8,10,11 29:12
51:5 55:9 117:16
127:21
**subparagraph**
83:9,12
**subscribed** 227:16
**subsection** 204:10
204:10
**substance** 32:18
52:19
**successful** 64:19
**suffered** 156:12
**suit** 30:11
**suite** 3:18 4:20 6:9
**sum** 106:15,21
196:10
**summary** 170:11
**superintendent**
1:13,14 2:13,14
4:4,14 12:11
222:20,23
**support** 63:15
69:24 70:2,14
104:5 179:4
**supported** 64:15
65:6
**supports** 83:13
**suppose** 69:7
146:18 201:22
211:18

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0578

[suppressed - testify]

suppressed 174:5
177:13
suppressing
172:23 179:23
180:15
suppression 9:1
83:14 164:12,22
166:9 175:5 176:7
177:4
suppressor 165:9
165:16
sure 19:20 26:16
26:16 27:19 35:4
35:20 37:25 41:22
45:16 52:15 58:3
62:21 68:4,5 70:7
80:16 109:15
113:21 118:5
119:2,15,25
120:12 121:10,23
138:4 144:14
148:4 155:18
158:21 162:24
167:12 168:9
170:19 177:20,22
180:7,14,25 183:8
186:25 188:4
190:7,19 194:22
198:15 212:14
214:21 219:13
220:19,21,24,24
221:24,24
surprising 68:14
206:4,21 207:2
survey 213:15
susceptibility
204:24
suspect 134:7
suspected 100:3
100:11

sustained 157:24
swaminathan 7:5
11:16,17
swear 12:17
sworn 12:19
symposia 46:20
47:23 48:1
symposium 47:1,7
47:16 48:8 49:16
49:21,22 50:2,4,5
50:7,14,22 57:11
58:11
syndrome 25:9,14
26:2

**t**

t 1:21 2:20 8:3,11
8:14 10:10 12:22
29:5 226:4,15
228:5 230:2,3,3
tack 8:20 165:13
165:15,19,23
166:15 167:17,23
169:19
tackle 154:21
156:3 196:13,20
tackles 194:4
take 10:7 15:7,24
51:20 66:7 72:2
72:18 75:17 88:23
105:5 121:20
128:24 144:14
186:18 190:20
210:24
taken 2:21 10:10
13:9 80:7 111:19
119:24 202:16
227:4
takes 152:5
talk 78:19 149:10
203:24 208:19

talked 61:9 68:8
100:14 201:16
talking 14:18
19:17 20:17,19,22
21:18,20 43:18
44:19 57:10 60:3
70:23 79:7 89:12
89:14,14,16 95:14
107:16 115:15
116:4 125:7 130:9
130:10 133:11
141:24 142:2
152:6 154:9
163:11,12 164:7
182:21,21 184:8
193:6 203:5 204:4
207:6 211:18,21
215:23 219:6,9
talks 45:6 166:9
166:12 167:22,25
168:1 179:22
tall 130:17 138:19
139:6 140:9
taller 129:13,16,16
130:6 131:2
tamikka 157:1
tanner 117:20,23
teaching 79:8
team 88:3,8,13
89:11,13 115:6
132:7,12 133:5,7
192:17,21,24
193:3 196:4
197:19 201:5,6
teams 70:16 79:15
88:16,17 89:1,7,10
89:15,22,24 90:13
110:5 112:3 115:3
115:7 118:14,25
120:25 202:3

tears 204:11
technical 16:23
25:19 155:5
174:19 181:18
197:6 202:21
tell 41:17 44:10
53:24 59:2,3 67:4
67:15,24 97:19
125:10 126:22
127:19 158:17
175:17 177:10
179:3
telling 46:13 81:13
137:25 148:22
149:9 186:14
temporarily 192:7
ten 13:19 14:1
186:18
tend 130:14
term 19:22 20:5,7
20:11,16,20 21:3,9
21:23 23:20 26:11
26:13,18 39:7,25
40:8,10 42:14,22
43:3,11,21,25
44:10 81:6 142:9
188:24 210:21
terminology 19:20
19:25 20:12 22:1
22:9 40:16
terms 37:7 39:1,8
39:17 42:18 43:9
55:24 62:2 78:21
119:6 120:3
150:22 209:7
test 100:25 104:16
104:17 105:1,8
178:22
testified 12:24
testify 70:13 150:9

Armistead Supp. App. 0579

[testifying - topics]

**testifying** 89:20
227:7
**testimony** 69:24
70:2,21 88:12,22
88:25 109:17
160:15 226:8
**testing** 100:20
104:2,17
**testos** 184:13
**testosterone** 9:2
83:15,18 93:19
94:8 161:21,25
162:8,13,18,25
163:6 164:12,22
165:8,16 166:9
172:24 173:24
174:5 176:7 177:5
177:13 179:5,23
180:1,15 181:2,10
182:14,16 184:4
184:14 189:7,18
189:21,24 190:10
203:15,15
**tests** 104:20
158:23
**text** 38:15
**tgnc** 216:12
**thank** 12:16 15:20
20:2 26:23 70:25
71:15 94:21
175:22 187:7
222:9,11,24 223:2
**thanks** 38:7 39:24
150:18 170:20
173:7
**themed** 46:21
**theoretically**
130:19
**theory** 186:7
**therapy** 68:13
113:12 147:17

170:21 181:14
182:25
**thereof** 227:11
**thing** 22:22,25
65:17 94:5 108:12
131:3 167:9 216:4
**things** 32:4 64:14
64:22 65:21 77:25
78:14 95:15
113:15 119:6
124:14 128:16
137:19 139:25
143:3 159:2
162:18 163:22
164:14 165:20
184:10 197:2
204:12,19
**think** 17:13 22:21
22:21 23:2,3 33:2
39:25 40:8,10,21
42:4 43:10,20,25
46:13,23 50:13,21
60:19 65:17 68:20
80:16 82:25 86:20
87:19 89:20 94:23
97:17 102:15
114:7,9 120:9
121:3 126:7,9
128:7,14 129:3
130:13 135:24
140:2,12 144:11
155:2 161:17,20
161:24 170:25
180:20 181:11,22
185:3,6,18 186:12
188:22 190:16
195:18 196:2,6,12
196:19,24 198:19
201:2 203:8
204:16 206:16
207:5 208:18

209:2 210:21
211:2,12,25
212:19 215:22,24
217:5,11 220:11
223:7
**thinking** 32:22
143:21,22 147:19
147:22
**third** 14:25 32:24
81:8 167:25
168:10,17,19
210:12
**thomas** 13:8 29:16
**thorough** 51:2
126:8,11
**thought** 40:17
51:19,22 52:2,4,7
52:9,13,25 64:6,14
65:13,18 86:9,11
91:3 97:4,5 118:4
119:14 147:20
152:17 205:10
209:21
**thoughts** 52:10
**threat** 86:20 87:3
**three** 14:4 18:2
76:23 95:2 167:21
**threshold** 192:6
**tied** 63:9
**till** 213:8
**tilt** 175:15 203:22
**time** 10:25 12:3,4
12:5 14:18 15:13
18:25 26:21 30:24
33:3 34:8,9 35:21
41:21 45:24 46:6
49:7,17 50:4,10
53:10,25 54:4
56:9,12 57:13,18
58:22 61:9 62:9
73:12 79:1 80:20

81:14 112:11
115:13 117:9,15
126:23 127:18
138:14 141:8
144:12,15 145:2
162:23 173:24
174:7 180:13
181:13 182:1,24
183:20 186:9
187:8,9 190:23
191:1 204:21
209:14,17 214:1
224:11,25 225:5
227:5 228:10,18
228:24 229:7
**times** 16:6 53:14
53:18 58:12
152:18 153:8
213:19
**timing** 30:13
**titled** 176:6
**today** 13:5 24:15
24:15,19 26:4
70:23 88:1,12
**today's** 224:25
**told** 69:2 146:24
152:15,17 159:7
164:3 201:10,10
220:11
**tom** 79:13
**tomkinson** 16:23
17:1
**top** 82:15 83:7
110:10 212:13
**topic** 44:15,25
45:3,6,6,11,17
49:24 53:7 54:5
58:5 64:11 78:7
78:11,18 80:2,8
**topics** 48:11 49:25
50:14 58:12 60:7

Armistead Supp. App. 0580

[topics - tryon]

78:1 79:23
**toro**  5:10 11:13,14
**total**  170:8,12
171:2 174:8
195:10 225:2
**totally**  195:13
**touches**  75:17
146:3
**touching**  44:25
45:3,6,10,17
**tournament**
182:11
**track**  37:8 143:23
161:2
**tracked**  125:4
155:14 156:8,15
**traditional**  163:24
**traffic**  13:14 17:24
**train**  179:17
**training**  9:4 24:11
71:23 72:22 73:8
73:18,21 74:15
97:10 162:9
173:19 176:8
177:7,14 178:1,13
178:18 179:8,13
179:19 181:7,13
182:23 184:21
186:9
**traits**  25:21
**tran**  175:8
**trans**  69:6 72:7
170:3,13 172:6
211:2,12 218:21
219:6,8,9,17
**transcribed**  227:9
**transcript**  14:17
17:3,8 226:6
228:6,8,10,13,13
228:21 229:2,2

**transcription**
227:11
**transgender**  8:18
8:22 9:9 21:1,10
21:14,17,19,22
22:5,6,8,22 31:6
33:17 36:13,25
37:2,9,9 39:9,11
40:1,8,11,22 41:4
41:6,23 42:3,11,15
42:16,19,20,22,23
43:6,10,20 44:5,6
44:15,24,25 45:3,7
45:11,18 47:1,6,17
47:17 48:7,13,20
48:22 49:15,21
53:7,15,18 54:6
56:3 57:11 58:5
58:10,13 59:15
60:8 62:13 63:2
64:16 66:1,11,14
66:17 67:3,3,12,16
68:1 69:1,13,17,25
70:10,15 71:24
72:2,8,11,15,19,22
73:1,5,8,18,22,25
74:12,14,16,20,25
75:5,12 76:12
78:2 79:20 80:2,9
80:15 81:1 108:19
108:23 110:4,7
112:6,16 113:10
113:23,25 114:25
115:9 116:18
124:7 125:2 126:2
127:7,23 128:9
131:21 132:4,10
132:20 135:15
138:7,18 139:5,15
140:6 145:8,11,14
145:25 146:5

154:15 155:12,22
156:6,10 163:11
163:12 164:12
165:17 171:7
172:21 174:19
175:4,8 182:10
183:15,23 184:14
185:4,7,9,19 186:1
188:19,24,25
189:25 190:9
194:9 202:3,19,24
203:10 204:24
205:4,7 212:1
213:13,17,25
214:2,5,7,8,18
215:19,25 216:5
217:17,24 218:4
218:19,24 219:2
220:9 221:4,15,21
221:25 222:3
224:7,14
**transgender.mma**
157:12
**transgendered**
78:11
**transgenderism**
50:1 54:10,13,25
55:4 78:8
**transition**  34:24
35:6,11 39:15,18
39:19 53:19
152:21,24 153:1,3
163:16 183:16
223:11,12 224:8
224:15
**transitioned**  53:15
148:17 153:11
**transitioning**
165:4 184:21
**transitions**  34:19
132:11

**traumatic**  209:7
**traveling**  79:17
**treat**  66:11 68:16
74:14 75:21
**treated**  66:17,23
69:1,13,17 170:3
**treating**  68:17
76:7
**treatment**  73:25
74:12,15,20,23
75:24 76:15
114:11,14 165:7
187:23 188:11
**treatments**  39:20
**trial**  13:15,17
**tried**  19:16
**true**  90:18 155:17
183:14 184:3
200:20 201:17
202:18,22 203:12
226:9
**trump**  79:18
**try**  69:2 106:18
**trying**  14:6 25:24
42:18 43:8 57:10
70:6 92:18 148:21
148:21 149:7
167:2,5 186:15
188:1 190:16
198:9
**tryon**  3:5 11:25,25
15:21,21 40:2
52:14 66:18 67:6
68:23 94:10 97:14
99:2,8 113:17
115:22 116:21
122:9,16 123:18
124:24 125:12
128:12 135:21
136:23 137:6
140:11,13 148:15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0581

[tryon - videographer]

150:13,15,17
151:5 198:25
199:3 222:13,15
222:15
**tug** 154:6
**turn** 83:4 97:23
101:11 105:15
169:22 183:4
205:13
**twelve** 174:4
**two** 14:18 78:21
89:18 95:2 136:3
139:25 150:21
177:11,17,25
178:2 184:10
199:8 219:4 220:6
**type** 70:12 128:22
193:6
**types** 37:7 44:21
124:14 128:16
**typical** 15:14
203:16
**typically** 113:3,14
115:17 117:23

**u**

**u.s.** 10:14 79:18
**uh** 84:25 171:24
208:13
**uk** 36:18 104:18
**ultimate** 63:1
**unable** 139:14
**unbounded** 203:6
**unbreakable**
107:24
**unbridgeable**
106:15,21 107:4
107:10,13,18,21
**unclear** 15:3
**uncomfortable**
186:5

**undergo** 177:14
178:1 223:11,11
**undergone** 96:12
96:20,24 148:9
**undergrad** 72:11
**undergraduate**
72:1,8,15
**underneath** 203:9
**underpinning**
65:17 124:17
**underpinnings**
42:8 54:18
**underpins** 65:22
**undersigned** 227:1
**understand** 14:11
15:1 20:10,13,17
20:19,22 21:5,7,11
22:1 23:3,10,11
25:24 26:14,17
68:5 120:1 148:21
179:21 198:9
219:14 220:19
221:1
**understanding**
15:14 19:21 23:19
32:13 61:17 64:10
99:18 116:14,22
117:2,18,23 122:6
122:13 127:10
155:19
**understands** 52:15
**understood** 15:7
205:11
**underwent** 175:4
**unfortunately**
205:22
**union** 6:15
**unique** 89:25
**unit** 10:9
**united** 1:1 2:1 79:5

**units** 225:2
**unknown** 161:7,11
161:15,18 162:1,3
**unlimited** 203:6
**unpack** 36:5
113:19
**unsafe** 63:2 64:15
65:4,11 100:8
**unusually** 138:19
138:19 139:6
140:8
**upcoming** 58:11
81:12
**update** 99:21
100:6 104:22
**updated** 99:16,17
**updating** 100:17
**upper** 102:3 104:8
107:16 143:13
163:18
**ups** 104:11 108:1
**use** 19:1 20:12,16
21:3,17,19,23
22:10,13,19 42:14
42:17 44:5 69:6
71:11 147:12
172:23 188:24
195:8
**usually** 46:19
216:22
**utilization** 9:9

**v**

**v** 76:3,4,9 174:13
**vacuum** 149:11
**vague** 129:15
**valeria** 5:10 11:14
**validated** 207:15
**validity** 203:5
**values** 119:19
**variable** 137:11

**variables** 110:1
120:3
**variation** 140:22
200:17
**variety** 104:1
194:1 213:6
217:16
**various** 203:16
207:22 208:11
**vary** 191:23
**vault** 211:20
**velocity** 192:11
**verbal** 14:8
**veritext** 7:17
10:17 225:3 228:7
228:9,11
**veroff** 5:11
**version** 18:10 30:4
98:15 110:24
127:3
**versions** 30:2
**versus** 10:12 48:4
108:15 218:11
**vertically** 130:19
**vi** 204:3
**vice** 81:6,7,11,14
81:20
**video** 10:6 14:6
46:8
**videoconference**
3:1
**videographer** 7:19
10:3,18 12:16
27:20,23 37:21
38:2,5 46:9 71:16
71:19 109:12
144:17,20,23
145:1 155:3 187:2
187:5,8 190:22,25
209:13,16 222:12
222:14 223:3

Page 40

Armistead Supp. App. 0582

[videographer - witness]

224:22,24
**videotaped** 1:20
2:20
**view** 36:20 59:8,20
60:6 62:4,23
64:25 65:2 69:2
149:13
**views** 36:12
**virginia** 1:2,9,11
1:15 2:2,9,11,15
3:3,4,8,19 4:9,13
4:19,21 6:3,8,10
10:13,15 12:1,2,10
12:14 18:12 28:7
98:25 99:1,16
213:25 214:3,10
222:16,22 228:4
230:1
**virginia's** 30:11
**virtual** 49:6,16
50:7
**virtually** 48:19
**visits** 216:16
**visual** 26:21
**volleyball** 130:3,5
130:8,18 154:20
156:2 208:17
209:7
**volume** 1:22 2:21
8:4 31:25 226:16
**voting** 81:10
**vpeletdeltoro** 5:18
**vs** 1:8 2:8 228:4
230:1
**vulnerability**
204:6

---

**w**

**w** 1:11 2:11
**wait** 14:19,20 60:4
122:22

**waived** 228:23,23
**waiving** 228:20
**wall** 7:7
**want** 14:2 20:25
21:4 22:4 23:24
34:8 35:22 47:20
48:18 52:11 57:25
58:3 70:11 71:4,5
82:24 97:18 99:2
122:11 132:21
138:14 144:10,11
144:15 147:17,25
148:3 155:18
177:20 180:8
188:14 194:15
196:16,19 219:14
**wanted** 22:4 48:10
118:5 177:22
198:13 205:12
207:24
**wanting** 47:14
**waste** 138:14
**watch** 49:15 60:23
**way** 40:17 45:10
49:15 55:5 60:18
62:25 66:16 69:12
71:9 123:14 149:3
152:1,13 181:6
185:14 192:16,23
193:5 194:15
196:17 201:9,12
201:22 212:6
**ways** 143:9 151:20
193:1 210:22
217:16 221:6
**we've** 145:4 162:4
210:16
**website** 157:10,21
193:25
**week** 31:23 174:4

**weeks** 177:15
**weigh** 122:18
123:11
**weight** 142:22
143:4,23,24 144:3
151:10 165:3,5
166:15 167:6,10
167:21 168:19
170:21 171:4
192:6
**weights** 144:2
**welterweight**
191:17
**went** 13:15,17
31:25 46:23 51:1
51:2 61:22,24
62:1 93:25 94:2
100:19 120:20
184:18
**west** 1:2,9,10,15
2:2,9,10,15 3:3,4,8
4:9,13,21 6:3,10
10:13,15 12:1,2,10
12:14 18:12 28:7
30:11 98:25 99:1
99:16 213:25
214:3,10 222:16
222:22 228:4
230:1
**whereof** 227:15
**white** 4:8 8:15
16:9,10 18:10,11
28:14 29:8,16,20
30:3,8,16,22 31:10
44:17 61:10 62:7
64:2,10,12,25 65:3
82:12,20 98:15
99:21 100:15,17
104:23 105:1
147:15 148:2
205:17 206:6,13

206:19
**wide** 103:25
154:16 155:23
199:9
**widely** 112:3
114:8,9 191:23
**wider** 102:20
**wiik** 190:16 224:3
**witness** 8:2 12:18
12:19 13:14,16
17:17,19,22,24
18:4,23 19:5 20:7
22:13,24 23:7,8
24:8,19 25:5,17
26:8 27:7 28:21
30:19 32:21 34:1
35:2,16,18 36:4,6
36:17 37:4,17
40:4,13,24 41:8,15
42:1 43:1,14,16,24
44:9 45:14 50:18
50:25 51:10,16
52:15,22 53:3
56:18 57:21 58:17
59:2,12,24 60:12
61:4,14 62:18
63:8,18 64:2,18
65:9 66:4,22 67:9
67:19 68:4,25
69:16 70:20 71:7
71:11 72:6,14,21
73:4,11,20 74:3,14
74:23 75:3,15
78:6 80:12 81:4
81:23 82:6 85:18
86:5,16,23 87:6,15
88:6 89:4,24
90:10,23 91:2,10
92:1,14 93:17,24
94:5,12,18,23 97:4
97:16 98:24 99:13

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0583

**[witness - year]**

100:1,11 101:6
109:6,22 112:10
112:22 113:5,18
114:5,7,17 115:23
116:13,22 118:9
118:17 119:14,24
120:12 121:3
122:11,17 123:1
123:20 124:12,25
125:14 126:22
127:16 128:3,14
129:9 131:10
132:9 133:10
134:6,15,20
135:23 136:25
137:8 139:19
140:12,14 141:15
141:24 142:4
143:17 145:18,23
146:3,16 148:16
149:22,25 150:14
150:16,21 151:7
151:20 152:3,15
153:8 155:6 160:4
160:11 161:14,20
162:3,16 163:5
164:2 166:24
167:2 168:15
169:7 170:16
173:2 174:22
175:3 176:2,22
179:11 180:4,20
182:4,20 183:20
185:13,22 186:4
186:22 189:11
190:5,15 193:5
194:13,22 195:7
195:22 196:16,24
197:17,24 198:7
199:4,20 200:5
202:9 203:4 205:3

206:16 207:5
211:8,17 212:6
215:3 216:3,25
217:11,21 218:7,9
218:24 219:24
220:11,19 221:10
221:19 222:11,17
223:14 224:11,18
227:15 228:13,16
229:2,5 230:2,24
**witness's**   46:8
**witnesses**   227:6
**woman**   22:5,6,8
37:9 67:13,16,16
68:1,2 69:6
116:18,18 120:18
123:9,16 128:9
129:13 131:21,22
132:5,20 133:5,6
135:16,18,18,20
136:20,21 137:3,4
137:15 138:18,20
140:6,9 157:1
181:3,7 190:2,9,11
201:4,6 202:19
**woman's**   114:20
133:4,7 189:25
201:4
**women**   53:7 54:6
62:13 63:2 64:16
66:5,24 85:5,13,21
102:2 110:18
111:12 112:6,16
113:10 122:3,15
123:16 124:7,8
125:2,3 127:7,23
132:6,7 138:6,7
139:5,6,16 141:6
141:10,20 142:5
142:12 156:6,10
185:4,7,9,19,25

187:21 188:9,16
188:19 190:16
202:3,6,24 203:1
203:16 204:24
217:17 218:5,17
218:20,25 219:2,6
219:10,17 220:9
221:3,4,15,21,22
222:1,3 224:7,14
**women's**   25:2,14
26:3 53:7 54:6
109:24 123:9
126:4 135:20
136:22 137:5
139:7 140:10
154:18,21 155:25
156:3 194:5 202:3
211:13 213:7
214:10 216:1
**word**   21:17,19,21
36:25 37:2 42:19
84:1
**words**   22:3 52:1,4
52:9,13,25 86:1,9
86:12 111:18,19
112:4
**work**   47:13 50:19
62:15 75:16 77:8
**working**   65:25
81:15
**works**   27:4 108:6
**world**   120:16
124:17 125:22
126:7 127:6,13,22
128:8,21 139:21
141:2,10 205:23
**world.com**   157:12
**wrestle**   191:19
**wrestling**   208:14
**write**   14:7,17
30:16,21 79:13

173:15,17 206:14
**writing**   44:22
62:22
**written**   44:14,16
44:19,23 45:2,9,16
45:17 147:15
**wrong**   179:3 208:5
**wrote**   155:20
**wvago.gov**   3:10
**wvssac**   223:1
**wyant**   4:16 12:10

| x |
|---|

**x**   229:1
**xx**   24:1,4
**xy**   24:1,4 26:2

| y |
|---|

**yeah**   17:6 27:11
28:25 29:1 35:20
38:19 46:9 49:11
50:2 52:24 54:15
70:6 76:20 84:18
84:18 91:24 99:11
110:14 112:13
121:7 129:16
130:25 134:17
138:25 142:20
144:14,18 155:3
156:20 158:1
168:6 170:19
173:7 176:22
177:23,25 179:21
180:4,11 186:17
186:17,19,22
187:14 189:17
190:7 197:10
198:20 204:5,5
209:25 219:15
**year**   31:10 32:1
46:18,23 81:5,6,7
81:8,9,19 86:17

Page 42

Armistead Supp. App. 0584

[year - zoom]

87:1,2,3,6,15,23
90:17,18,25 91:6,7
91:11,11 121:21
121:23 197:14,19
198:20,21,22,22
199:8 200:1,2
**years**   13:19 14:1
53:24 55:22 61:15
80:13 81:10 162:5
207:9 210:3,8,14
210:24
**yep**   46:6 168:22
**york**   6:19,19 7:9,9
**young**   99:19
213:12
**younger**   91:19
**youth**   8:22 9:10
16:25 48:3 92:21
92:22 112:3
191:21 192:5
214:5,7 216:16

**z**

**z**   172:8,14
**zero**   196:10
**zholestrom**   5:22
**zoe**   5:9 11:11
**zoom**   3:1 169:17

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0585

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

1

2

3

4          I, CHAD T. CARLSON, M.D., FACSM, do hereby

5      declare under penalty of perjury that I have read

6      the foregoing transcript; that I have made any

7      corrections as appear noted, in ink, initialed by

8      me, or attached hereto; that my testimony as

9      contained herein, as corrected, is true and correct.

10             EXECUTED this _11__ day of May_____,

11       2022__, at West Des Moines_____, Iowa_____.

                       (City)                    (State)

12

13

14

15      _____

                   CHAD T. CARLSON, M.D., FACSM

16                       VOLUME I

17

18

19

20

21

22

23

24

25

                                           Page  226

Armistead Supp. App. 0588

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby

3     certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were placed under oath; that a

8     record of the proceedings was made by me using

9     machine shorthand which was thereafter transcribed

10    under my direction; further, that the foregoing is

11    an accurate transcription thereof.

12          I further certify that I am neither

13    financially interested in the action nor a relative

14    or employee of any attorney of any of the parties.

15          IN WITNESS WHEREOF, I have this date

16    subscribed my name.

17

18    Dated: April 11, 2022

19

20

21    _____

22          ALEXIS KAGAY

23          CSR NO. 13795

24

25

                                        Page  227

```
1    HAL FRAMPTON

2    HFrampton@adflegal.org

3                                        April 11, 2022

4    RE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION

5    March 28, 2022, CHAD T. CARLSON, M.D., JOB NO. 5122881

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page  228

Armistead Supp. App. 0590

1   _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2      Transcript - The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, notating the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested - Reading & Signature was not

10     requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  229

Armistead Supp. App. 0591

```
1   CASE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION
2   WITNESS: CHAD T. CARLSON, M.D.,  (#JOB NO 5122881)
3                   E R R A T A  S H E E T
4   PAGE__25____ LINE__19____ CHANGE_____
5   should read "categorically stronger and
6   faster"_____ REASON__replacing
7   technical difficulty_____
8   PAGE__41____ LINE___8__ CHANGE_should read "I don't_____
9   believe I've been retained to provide"_____
10  REASON_more accurately reflects what was said_____
11  PAGE__41____ LINE_15-17__ CHANGE_I believe some of this
12  text was Mr. Block_____
13  REASON_more accurately reflects what was said_____
14  PAGE__48____ LINE__15____ CHANGE_should read "on site" not
15  "insight"_____
16  REASON_more accurately reflects what was said_____
17  PAGE__53____ LINE__19____ CHANGE_Should read "both before
18  and after transition"_____
19  REASON_more accurately reflects what was said____
20  PAGE__112____ LINE__4__ CHANGE__"they" should be
21  "I"_____
22  REASON__more accurately reflects what was said_____
23  [signature] mD_____  May 11, 2022_____
24  WITNESS                          Date
25
                                        Page 230
```

```
 1    CASE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION

 2    WITNESS: CHAD T. CARLSON, M.D.,  (#JOB NO 5122881)

 3                    E R R A T A  S H E E T

 4    PAGE_149_____ LINE_11__ CHANGE_"There's" should be

 5    "Those"_____ _____

 6    REASON_more accurately reflects what was said_____

 7    PAGE__202___ LINE__21___ CHANGE_replace (technical

 8    difficulty) with "individual"_____

 9    REASON_filling in testimony missed because of technical

10    difficulty_____

11    PAGE__18___ LINE_5___ CHANGE_I was also retained by the

12    State of Arkansas, but I have not performed any work for

13    that engagement because the law has not been challenged

14    REASON__remembered additional

15    engagemenet_____ PAGE_____ LINE_____

16    CHANGE_____

17

18

19    _____

20    REASON_____

21    PAGE_____ LINE_____ CHANGE_____

22    _____

23    REASON_____

24    _____          May 11, 2022___

25    WITNESS                                  Date
```

Page  230

Armistead Supp. App. 0593

```
1              IN THE UNITED STATES DISTRICT COURT
2          FOR THE WESTERN DISTRICT OF WEST VIRGINIA
3                    CHARLESTON DIVISION
4
5    _____
     B.P.J. by her next friend and)
6    mother, HEATHER JACKSON,      )
                                   )
7              Plaintiff,          )
                                   )
8       vs.                        )  No. 2:21-cv-00316
                                   )
9    WEST VIRGINIA STATE BOARD OF  )
     EDUCATION, HARRISON COUNTY    )
10   BOARD OF EDUCATION, WEST      )
     VIRGINIA SECONDARY SCHOOL     )
11   ACTIVITIES COMMISSION, W.     )
     CLAYTON BURCH in his official)
12   capacity as State            )
     Superintendent, DORA STUTLER,)
13   in her official capacity as   )
     Harrison County               )
14   Superintendent, and THE STATE)
     OF WEST VIRGINIA,            )
15                                 )
               Defendants,         )
16                                 )
     LAINEY ARMISTEAD,             )
17                                 )
           Defendant-Intervenor.)
18   _____)
19              VIDEOTAPED DEPOSITION OF
                   STEPHEN LEVINE
20           Wednesday, March 30, 2022
                    Volume I
21
22
23   Reported by:
     ALEXIS KAGAY
24   CSR No. 13795
     Job No. 5122884
25   PAGES 1 - 289
```

Page 1

**Page 2**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3              CHARLESTON DIVISION
 4
 5    _____
                                )
 6  B.P.J. by her next friend and)
    mother, HEATHER JACKSON,    )
 7                              )
         Plaintiff,            )
 8      vs.                     )  No. 2:21-cv-00316
                                )
 9                              )
    WEST VIRGINIA STATE BOARD OF )
10  EDUCATION, HARRISON COUNTY   )
    BOARD OF EDUCATION, WEST    )
11  VIRGINIA SECONDARY SCHOOL   )
    ACTIVITIES COMMISSION, W.   )
12  CLAYTON BURCH in his official)
    capacity as State          )
13  Superintendent, DORA STUTLER,)
    in her official capacity as )
14  Harrison County             )
    Superintendent, and THE STATE)
15  OF WEST VIRGINIA,           )
                                )
16       Defendants,           )
                                )
17  LAINEY ARMISTEAD,           )
                                )
18       Defendant-Intervenor.)
    _____)
19
20       Remote videotaped deposition of
21  STEPHEN LEVINE, Volume I, taken on behalf of Plaintiff,
22  with all participants appearing remotely, beginning at
23  9:09 a.m. and ending at 5:46 p.m. on Wednesday,
24  March 30, 2022, before ALEXIS KAGAY, Certified
25  Shorthand Reporter No. 13795.
```

**Page 3**

```
 1  APPEARANCES (via Zoom Videoconference):
 2
 3  For The Plaintiff B.P.J.:
 4     COOLEY
 5     BY:  KATELYN KANG
 6     BY:  VALERIA M. PELET DEL TORO
 7     BY:  ANDREW BARR
 8     BY:  KATHLEEN HARTNETT
 9     BY:  JULIE VEROFF
10     BY:  ELIZABETH REINHARDT
11     BY:  ZOE HELSTROM
12     Attorneys at Law
13     500 Boylston Street
14     14th Floor
15     Boston, Massachusetts 02116-3740
16     617.937.2305
17     KKang@Cooley.com
18     VPeletDelToro@Cooley.com
19     ABarr@Cooley.com
20     KHartnett@cooley.com
21     JVeroff@Cooley.com
22     ZHolstrom@Cooley.com
23
24
25
```

**Page 4**

```
 1  APPEARANCES (Continued):
 2
 3  For Plaintiff:
 4     LAMBDA LEGAL
 5     BY:  SRUTI SWAMINATHAN
 6     BY:  MAIA ZELKIND
 7     Attorneys at Law
 8     120 Wall Street
 9     Floor 19
10     New York, New York 10005-3919
11     SSwaminathan@lambdalegal.org
12     MZelkind@lambdalegal.org
13
14
15  For the Intervenor:
16     ALLIANCE DEFENDING FREEDOM
17     BY:  ROGER BROOKS
18     BY:  LAWRENCE WILKINSON
19     Attorneys at Law
20     1000 Hurricane Shoals Road, NE 30043
21     RBrooks@adflegal.org
22     LWilkinson@adflegal.org
23
24
25
```

**Page 5**

```
 1  APPEARANCES (Continued):
 2
 3
 4  For the State of West Virginia:
 5     WEST VIRGINIA ATTORNEY GENERAL
 6     BY:  DAVID TRYON
 7     Attorney at Law
 8     112 California Avenue
 9     Charleston West Virginia 25305-0220
10     681.313.4570
11     David.C.Tryon@wvago.gov
12
13
14  For West Virginia Board of Education and Superintendent
15  Burch, Heather Hutchens as general counsel for the
16  State Department of Education:
17     BAILEY & WYANT, PLLC
18     BY:  KELLY MORGAN
19     Attorney at Law
20     500 Virginia Street
21     Suite 600
22     Charleston, West Virginia 25301
23     KMorgan@Baileywyant.com
24
25
```

Armistead Supp. App. 0595

| | |
|---|---|
| 1 APPEARANCES (Continued): | 1               INDEX |
| 2 | 2 WITNESS                    EXAMINATION |
| 3 For defendants Harrison County Board of Education and | 3 STEPHEN LEVINE |
| 4 Superintendent Dora Stutler: | 4 Volume I |
| 5    STEPTOE & JOHNSON PLLC | 5 |
| 6    BY:  SUSAN L. DENIKER | 6          BY MS. HARTNETT          14 |
| 7    Attorney at Law | 7 |
| 8    400 White Oaks Boulevard | 8 |
| 9    Bridgeport, West Virginia 26330 | 9          EXHIBITS |
| 10    304.933.8154 | 10 NUMBER          DESCRIPTION          PAGE |
| 11    Susan.Deniker@Steptoe-Johnson.com | 11 Exhibit 86  Expert Declaration of Dr. Stephen  51 |
| 12 | 12          B. Levine in Support of |
| 13 | 13          Plaintiff's Motion for |
| 14 For West Virginia Secondary School Activities | 14          Preliminary Injunction |
| 15 Commission: | 15 |
| 16    SHUMAN MCCUSKEY SLICER | 16 Exhibit 87  Declaration of Stephen B. Levine,  69 |
| 17    BY:  SHANNON ROGERS | 17          M.D. |
| 18    Attorney at Law | 18 |
| 19    1411 Virginia Street E | 19 Exhibit 88  Presentation of Healthcare Models 217 |
| 20    Suite 200 | 20          for Transgender Adolescents |
| 21    Charleston, West Virginia 25301-3088 | 21 |
| 22    SRogers@Shumanlaw.com | 22 Exhibit 89  Video Clip          256 |
| 23 | 23 |
| 24 | 24 Exhibit 90  Video Clip          258 |
| 25                          Page 6 | 25                          Page 8 |
| 1 APPEARANCES (Continued): | 1 Exhibit 91  Video Clip          260 |
| 2 | 2 |
| 3 For West Virginia Secondary School Activities | 3 Exhibit 92  Video Clip          261 |
| 4 Commission: | 4 |
| 5    SHUMAN MCCUSKEY SLICER | 5 Exhibit 93  Video Clip          263 |
| 6    BY:  ROBERTA GREEN | 6 |
| 7    Attorney at Law | 7 Exhibit 94  Video Clip          265 |
| 8    1411 Virginia Street E | 8 |
| 9    Suite 200 | 9 Exhibit 95  Video Clip          267 |
| 10    Charleston, West Virginia 25301-3088 | 10 |
| 11    RGreen@Shumanlaw.com | 11 Exhibit 96  Video Clip          267 |
| 12 | 12 |
| 13 | 13 Exhibit 97  Video Clip          268 |
| 14 | 14 |
| 15 Also Present: | 15 Exhibit 98  Video Clip          269 |
| 16    MITCH REISBORD - VERITEXT CONCIERGE | 16 |
| 17 | 17 Exhibit 99  Video Clip          270 |
| 18 Videographer: | 18 |
| 19    KIMBERLEE DECKER | 19 Exhibit 100  Video Clip          271 |
| 20 | 20 |
| 21 | 21 Exhibit 101  Video Clip          272 |
| 22 | 22 |
| 23 | 23 Exhibit 102  Video Clip          275 |
| 24 | 24 |
| 25                          Page 7 | 25 Exhibit 103  Video Clip          278 |
| | 25                          Page 9 |

3 (Pages 6 - 9)

Veritext Legal Solutions
866 299-5127          Armistead Supp. App. 0596

| | |
|---|---|
| 1 | |
| 2 Exhibit 104  Video Clip                    278 | |
| 3 | |
| 4 Exhibit 105  Video Clip                    279 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| | Page 10 |

1 noticing attorney.
2     MS. HARTNETT:  Good morning.  I am Kathleen
3 Hartnett from Cooley, LLP, and I represent the
4 plaintiff B.P.J.
5     I will let my co-counsel introduce themselves,   06:10:40
6 starting with my colleagues at Cooley.
7     MR. BARR:  Good morning.  Andrew Barr from
8 Cooley, LLP, for the plaintiff.
9     MS. VEROFF:  Good morning.  This is Julie
10 Veroff from Cooley, LLP, for Plaintiff.          06:10:53
11     MS. KANG:  Good morning.  This is Katelyn Kang
12 from Cooley, LLP, for Plaintiff.
13     MS. PELET DEL TORO:  Good morning.  This is
14 Valeria Pelet del Toro of Cooley, for Plaintiff.
15     MS. REINHARDT:  Good morning.  This is          06:11:00
16 Elizabeth Reinhardt at Cooley, for Plaintiff.
17     MS. HELSTROM:  Hello.  This is Zoe Helstrom
18 from Cooley, LLP, for Plaintiff.
19     COUNSEL SWAMINATHAN:  Good morning.  This is
20 Sruti Swaminathan from Lambda Legal, for Plaintiff.   06:11:26
21 And I have a paralegal at Lambda, Maia Zelkind, with me
22 as well.
23     MR. BLOCK:  Good morning.  This is Josh Block
24 from the ACLU, for Plaintiff.
25     MS. DENIKER:  Good morning.  Susan Deniker       06:11:44

Page 12

1          Wednesday, March 30, 2022
2            9:09 a.m.  A.M.
3     THE VIDEOGRAPHER:  We are on the record at
4 9:09 a.m. on March the 30th of 2022.
5     All participants are attending remotely.       06:09:27
6     Audio and video recording will continue to
7 take place unless all parties agree to go off the
8 record.
9     This is media unit 1 of the recorded
10 deposition of Dr. Stephen Levine, taken by counsel for   06:09:39
11 the plaintiff, in the matter of B.P.J., by her be- --
12 by her next friend and mother, Heather Jackson, versus
13 West Virginia State Board of Education, filed in the
14 U.S. District Court, for the Southern District of
15 West Virginia, Charleston Division, Case            06:09:59
16 Number 2:21-cv-00316.
17     My name is Kimberlee Decker from Veritext
18 Legal Solutions, and I am the videographer.  The court
19 reporter is Alexis Kagay.
20     I am not related to any party in this action,   06:10:16
21 nor am I financially interested in the outcome.
22     Counsel and all present will now state your
23 appearances and affiliations for the record.  If there
24 are any objections to proceeding, please state them at
25 the time of your appearance, beginning with the       06:10:31

Page 11

1 from Steptoe & Johnson, PLLC, representing Harrison
2 County Board of Education and Superintendent Dora
3 Stutler.
4     MS. MORGAN:  This is Kelly Morgan on behalf of
5 the West Virginia Board of Education and            06:11:58
6 Superintendent Burch.
7     MS. ROGERS:  This is Shannon Rogers on behalf
8 of the West Virginia Secondary School Activities
9 Commission.
10     MR. TRYON:  This is David Tryon.  I'm with the   06:12:12
11 West Virginia attorney general's office, representing
12 the State of West Virginia.
13     MR. BROOKS:  This is Roger Brooks with
14 Alliance Defending Freedom, representing the intervenor
15 Lainey Armistead and defending Dr. Levine today in this   06:12:28
16 deposition.  With me is my colleague and law clerk,
17 Lawrence Wilkinson.
18     THE VIDEOGRAPHER:  Thank you.
19     Will the court reporter please swear in the
20 witness.                                06:12:41
21
22     STEPHEN LEVINE,
23 having been administered an oath, was examined and
24 testified as follows:
25

Page 13

4 (Pages 10 - 13)

Veritext Legal Solutions
866 299-5127          Armistead Supp. App. 0597

1          EXAMINATION
2 BY MS. HARTNETT:
3    Q  Good morning, Dr. Levine.
4    A  Good morning.
5       MS. HARTNETT:  Before we start, I'm just going          06:13:01
6 to put a housekeeping matter on the record that the
7 attorneys discussed before we went on the record and
8 that is that objection to form preserves all objections
9 other than privilege and that the parties will make an
10 effort to use "form," "scope" and "terminology" as the     06:13:13
11 shorthand objections.  In addition, an objection by one
12 defendant is an objection for all defendants.
13      Could any counsel for the defense let me know
14 if they have any disagreement with that?
15      MR. BROOKS:  We have agreed, in fact.           06:13:30
16      MS. HARTNETT:  Thank you very much.
17 BY MS. HARTNETT:
18   Q  So again, my name is Kathleen Hartnett, and
19 I'm with the law firm called Cooley, LLP.
20      Can you hear me okay?                    06:13:41
21   A  I do.  At this point, yes.
22   Q  Okay.  Please let me know if that changes.
23      I use she/her pronouns.
24      Would you please state and spell your name for
25 the record.                              06:13:53

Page 14

1    A  Stephen Barrett Levine, S-T-E-P-H-E-N
2 B-A-R-R-E-T-T L-E-V-I-N-E.
3    Q  And what pronouns do you use?
4    A  He/him.
5    Q  Thank you.  Dr. Levine, you've been deposed     06:14:07
6 many times before; correct?
7    A  Yes.
8    Q  Was the most recent deposition that you gave
9 in September of last year, 2021?
10   A  No.                       06:14:21
11   Q  What was the most recent deposition that you
12 gave?
13   A  In -- within the last month, I was deposed in
14 a Connectica-- a Connecticut case involving a
15 transgender prisoner.                       06:14:41
16   Q  Do you know the name of that case?
17   A  Probably Clark versus the department of
18 corrections in Connecticut.  Connecticut Department of
19 Corrections (sic).
20   Q  Okay.  And what was your -- the nature of your  06:15:01
21 testimony in that Connecticut case, this recent
22 deposition that you gave?
23   A  Well, I provided a psychiatric evaluation of
24 the patient and made recommendations.  It -- it was --
25 I'm hesitating because -- I provided a thorough      06:15:28

Page 15

1 psychiatric evaluation of the developmental history and
2 the in prison history of the patient and the -- the
3 psychology of his new transgender identity.
4    Q  And you say "new transgender identity."
5       Was the new identity of -- male or female?      06:16:02
6    A  The -- the new identity as a transgender
7 woman.
8       MR. BROOKS:  And -- and, Counsel, I will
9 caution that obviously any detail about a psychiatric
10 evaluation of an individual prisoner is a matter       06:16:18
11 covered by confidentiality that Dr. Levine is not free
12 to get into detail about.
13      MS. HARTNETT:  I hear you.  I -- this is not a
14 disclosed matter on his CV and is a recent deposition,
15 so we'll have to just determine whether we need more    09:16:23
16 information, but thank you.
17 BY MS. HARTNETT:
18   Q  Could you let me know what -- without giving
19 any personal identifying -- or, I guess, any more
20 detail than you believe appropriate, could you tell me  09:16:33
21 what the nature of any recommendations you made were in
22 that matter?
23   A  My recommendations were to provide a pathway
24 towards further evaluation so that eventually a
25 decision could be made about whether sex reassignment   09:16:56

Page 16

1 surgery would be appropriate.
2       The -- the reason I'm hesitating is that that
3 really did not come to be the subject of the
4 deposition.  The subject of the deposition really was
5 the contents of my evaluation, which was done two years  09:17:24
6 before, and -- so lots of things had happened in the
7 two years since I saw the patient or interviewed the
8 patient and -- so I was not able to make
9 recommendations based on current knowledge of the
10 patient, and so I did not.                  09:17:43
11   Q  And was the -- prior to this recent deposition
12 in Clark, was the most recent deposition before that
13 the deposition in September of last year?
14   A  Yes.
15   Q  Thank you.  And I'm asking that by way of      09:18:03
16 introduction just because I want to make sure we're on
17 the same page about the ground rules for the
18 deposition, and it sounds like you've been through this
19 before, but I'll just let you know my basic ground
20 rules and make sure we're on the same page.       09:18:18
21      So I will ask questions, and you must answer
22 the questions unless your counsel instructs you not to
23 answer.
24      Do you understand that?
25   A  I do.                       09:18:26

Page 17

5 (Pages 14 - 17)

Armistead Supp. App. 0598

Page 18

```
 1      Q  And if your counsel objects, you'll still need
 2  to answer my question unless you've been instructed not
 3  to answer.
 4         Do you understand that?
 5      A  I do.                           09:18:35
 6      Q  If you don't answer (sic) my question, could
 7  you please let me know, and I'll be happy to try to
 8  rephrase it or make it clear for you?
 9         Does that make sense?
10      A  I'll try to remember.            09:18:48
11      Q  And if you answer, I will assume you
12  understood the question.
13         Do you understand that?
14      A  Yes.
15      Q  I'm going to ty -- try to take a break every  09:19:00
16  hour or so.  If you need a break at a different time,
17  please let me know.
18         Do you understand that?
19      A  I understand.
20      Q  And if I've asked a question, you'll need to  09:19:11
21  provide an answer before we take a break.
22         Do you also understand that?
23      A  I do.
24      Q  I will do my best not to speak over you -- and
25  please use verbal answers so the court reporter can
```

Page 19

```
 1  transcribe your answers.  Nodding or shaking your head
 2  can't be captured on the transcript.
 3         Do you understand that?
 4      A  I do, but I can guarantee you you'll have to
 5  remind me of that.                     09:19:36
 6      Q  Well, you may have to do the same for me, but
 7  we'll try.
 8         I also just want to explain what I'm going to
 9  mean when I use a couple of terms today.
10         For purposes of this deposition, when I say  09:19:51
11  "cisgender," I will mean someone who's gender identity
12  matches the sex that was recorded for that person at
13  birth.
14         Do you understand that?
15      A  Yes.                           09:20:02
16      Q  And then when I say the word "transgender," I
17  will mean someone whose gender identity does not match
18  the sex for which was recorded at birth.
19         Do you understand that?
20      A  Yes.                           09:20:13
21      Q  And when I say "B.P.J.," I'm referring to the
22  plaintiff in this case.
23         Do you understand that?
24      A  Yes.
25      Q  Do you understand that you are testifying  09:20:21
```

Page 20

```
 1  under oath today just as if you were testifying in
 2  court?
 3      A  Yes.
 4      Q  Is there anything that would prevent you from
 5  testifying truthfully today?            09:20:32
 6      A  No.
 7      Q  Are you taking any medication that would
 8  affect your ability to give truthful testimony?
 9      A  Well, I took a sleeping pill last night, but I
10  feel reasonably alert today.            09:20:48
11      Q  Okay.  So you don't -- you don't have a belief
12  that that medication you took last night will affect
13  your ability to give truthful testimony today?
14      A  I -- I don't think it will.
15      Q  Do you know what case you're being deposed in  09:21:06
16  today?
17      A  Well, I -- yes.
18      Q  What case is that?
19      A  B.P.J. versus Department of Education.
20      Q  And do you know what jurisdiction this case is  09:21:19
21  from?
22      A  West Virginia.
23      Q  And do you have -- sorry.
24         Do you have an understanding of the issue
25  presented by this case?                 09:21:35
```

Page 21

```
 1      A  I have an understanding.  I'm not sure it is
 2  the correct understanding, but I do have an
 3  understanding.
 4      Q  Understood.  What is your understanding of
 5  this case?                              09:21:47
 6      A  The plaintiff and next friend and mother wish
 7  the young person to be able to compete in athletics
 8  according to their current gender identity and
 9  apparently the State Board of Education is --
10  disagrees.                              09:22:13
11      Q  Okay.  Thank you.
12         So we already touched on that you had been
13  deposed previously.  I just want to ask you about a
14  couple of specific depositions you gave to see if you
15  recall those?                           09:22:29
16         There was a matter in North Carolina called
17  Kadel that you gave a deposition in September of 2021
18  regarding state employee healthcare.
19         Do you recall giving that deposition?
20      A  Would you repeat -- regarding what?  I didn't  09:22:41
21  hear that last phrase.
22      Q  I'll try to speak more slowly.
23         That was regarding -- so let me just start
24  that one again.
25         So do you recall giving a deposition in a  09:22:51
```

6 (Pages 18 - 21)

1  North Carolina matter called Kadel in September of 2021
2  regarding state employee healthcare?
3      A  Yes.
4      Q  Do you recall giving a deposition in a Florida
5  case in December of 2020 called "Claire"?  That was          09:23:07
6  also about state employee healthcare.
7      A  Yes.
8      Q  There also was a case called Keohane in
9  Florida where you gave a deposition in 2017 and that
10 was a prisoner case.                                          09:23:21
11         Do you recall that?
12     A  Yes.
13     Q  Did you give true and correct testimony in
14 those depositions?
15     A  Yes.                                                   09:23:31
16     Q  Have you always given true and correct
17 testimony in your depositions?
18     A  To the best of my knowledge, yes.
19     Q  Thank you.  And you've had depositions in
20 cases involving prisoners who were seeking care for          09:23:45
21 gender dysphoria; is that correct?
22     A  Yes.
23     Q  Have you ever testified in favor of a prisoner
24 who was seeking medical care for gender dysphoria?
25     A  Yes.                                                   09:23:59

Page 22

1      Q  Can you describe those instances where you've
2  testified in favor of a prisoner seeking medical care
3  for gender dysphoria?
4      A  In the last case involving a prisoner by the
5  name of Soneeya, S-O-N-E-E-Y-A, I recommended transfer       09:24:14
6  to a female prisoner and -- sorry -- transfer to a
7  female prison and the opportunity to have sex
8  reassignment surgery if, after a year of adaptation
9  there, there were no significant decompensations or
10 problems.                                                    09:24:44
11     Q  And do you remember what year you made that
12 recommendation?
13     A  I think it was 2019.
14     Q  Okay.  And can you -- are you aware of any
15 other examples of you having testified in favor of a        09:25:05
16 prisoner seeking medical care for gender dysphoria?
17     A  I'm hesitating because medical care includes
18 many things.  And so the answer is yes.  It involves
19 accommodations to their current gender identity in
20 terms of canteen items, for example, and it includes        09:25:35
21 the prescription of cross gender -- cross-sex hormones.
22 So I've been involved in the provision of those kind of
23 things repeatedly over the years for prisoners.
24     Q  Have you ever, other than in the Soneeya
25 matter, recommended that a prisoner -- sorry --             09:26:04

Page 23

1  testified that a prisoner should receive gender
2  confirmation surgery?
3      A  I'm hesitating to answer the question because
4  it's about testimony.  In my work as consultant, I have
5  repeatedly recommended both surgery and, more -- more       09:26:25
6  commonly, hormone treatment, electrolysis treatment,
7  canteen item treatment.  Most of -- the vast majority
8  of these cases never come to trial.
9      Q  When is the last time that you recommended
10 that a pres- -- a prisoner should have hormone              09:26:46
11 treatment?
12     A  It would have been the third Thursday in
13 March, this year.
14     Q  And where is that prisoner located?
15     A  Massachusetts.                                         09:27:06
16     Q  Can you estimate how many prisoners you've
17 given a recommendation about through the course of your
18 career?
19     A  That would be very difficult.  I've been the
20 consultant to the department of corrections gender          09:27:30
21 identity committee since, I think, 2008 and every month
22 since that time, with less than one handful of
23 exceptions, I've been present at discussions, and we've
24 recommended accommodations in prison to people who
25 declare identity as a trans woman.  And I would say         09:27:58

Page 24

1  probably, and I ask you not to hold me to this number,
2  40 times.
3      Q  Sorry, 40 times describes what?
4      A  That -- that I've joined a group of people who
5  decided to provide electrolysis, canteen item --           09:28:25
6  special privileges for canteen items, that is, female
7  canteen items, the ability to shower alone, the ability
8  to be tapped down or searched by a female attendant,
9  not a male attendant, a correction officer, hormone --
10 the beginning of hormone treatment and -- and, of           09:28:52
11 course, bilateral mastectomies and -- and on several
12 occasions, male gender confirming surgery for biologic
13 males who are living as trans women.  In other words,
14 the whole gamete of services.
15     Q  So 40 times you've recommended something -- or  09:29:19
16 joined in a recommendation for something for -- a
17 prisoner to receive medical care, as you've broadly
18 described that term?
19     A  Yes.
20     Q  And then how many times can you estimate where  09:29:34
21 you had made a recommendation that the prisoner should
22 not receive medal care, as you've broadly defined it?
23     A  I don't think I've ever recommended that no
24 treatment be offered to this person.  The -- the --
25 because the treatment involves that entire array of         09:30:07

Page 25

7 (Pages 22 - 25)

Armistead Supp. App. 0600

1 matters that I just delineated.
2 　　And so prisons -- or at least Massachusetts,
3 where I work as a consultant, has been very --
4 eventually, by 2008, has been -- have been very
5 interested in providing individual services to -- to　09:30:26
6 help these people diminish their pain about their
7 incongruence, and I have been one of the people who
8 devised the program.
9 　　Q  The prisoner that you reco- -- you
10 recommended -- sorry -- that you were referring earlier  09:30:49
11 to, the one in the Clark matter, do you recall us
12 discussing that?
13 　　A  I do.
14 　　Q  And that person identifies as female; correct?
15 　　A  Yes.　　　　　　　　　　　　09:31:00
16 　　Q  Do you view that person as a female?
17 　　A  I view that person as a trans woman.
18 　　Q  You have just testified that you've never
19 recommended that a -- no treatment be offered to a
20 prisoner for gender dysphoria; is that correct?　09:31:22
21 　　A  I'm hesitating because "no treatment"
22 includes -- would include all of the above, of the
23 array I previously listed, and at this moment, I don't
24 recall ever saying no treatment should be given to this
25 individual, no accommodation should be given to this　09:31:47
Page 26

1 individual.
2 　　Q  Do you recall if you've ever recommended that
3 no surgery be permitted for an individual in prison?
4 　　A  Oh, yes, I have.  I have said that I didn't
5 think sex reassignment surgery -- in those days, that's  09:32:06
6 what we called it, but it's now called gender
7 confirming surgery -- I have said I did not think
8 sex -- that kind of surgery was indicated or
9 necessary -- medically necessary.
10 　　Q  And so how many times did you say that surgery  09:32:26
11 was medically necessary?
12 　　A  Would you repeat that, please.
13 　　Q  How many times did you say that surgery was
14 medically necessary for a prisoner?
15 　　MR. BROOKS:  Objection; ambiguous.　09:32:45
16 　　THE WITNESS:  You may or may not know that I
17 do not like the term "medically necessary."  I prefer
18 to use the term "would be psychologically beneficial to
19 this person."  So that's the reason I'm hesitating
20 answering your question.　　　　　09:33:12
21 　　I generally avoid using the term "medical
22 necessity."  Instead, I try to make a determination
23 whether I think, in the -- in the long run, this
24 particular intervention that we're talking about would
25 be psychologically beneficial to the patient.　09:33:29
Page 27

2 　　Q  My question is whether you've ever recommended
3 any gender confirming surgery as medically necessary
4 for a prisoner.
5 　　A  Yes, I -- I have signed my name to such　09:33:47
6 documents, such recommendations, because where I work,
7 in Massachusetts, this is the way that the -- most of
8 the staff and -- and -- that -- that is the common term
9 used to -- to justify that kind of intervention.
10 　　Q  How many times have you signed your name to　09:34:10
11 that kind of intervention for a prisoner?
12 　　A  Perhaps five times.
13 　　Q  And you referenced the Soneeya matter;
14 correct?
15 　　A  Correct.　　　　　　　　　　09:34:38
16 　　Q  And years earlier than the 2019 recommendation
17 that you just described, you testified against surgery
18 for that prisoner; correct?
19 　　A  That is not correct.
20 　　Q  What's not correct about that?　　09:34:50
21 　　A  That I did not testify -- I did not testify
22 against sex reassignment surgery.
23 　　Q  Did you testify against something earlier in
24 that matter?
25 　　A  I testified the recommendation to -- to have  09:35:05
Page 28

1 what the judge called a soft landing, like first
2 transferring the person to a female facility, and then,
3 based upon her adaptation there, to have sex
4 reassignment surgery.
5 　　In fact, that was really -- the issue was not　09:35:29
6 whether the person should eventually have sex
7 reassignment surgery, but -- but whether it should be
8 done before transfer to the female facility or after
9 transfer.
10 　　Q  Did that prisoner seek sex reassignment　09:35:46
11 surgery before transfer?
12 　　A  Please repeat that.
13 　　Q  Did that prisoner seek sex reassignment
14 surgery before transfer?
15 　　A  She did until we presented this idea to her,　09:36:04
16 and she jumped at the idea.  She thought it was a very
17 good idea when we interviewed her.  And by the time
18 this case got to court, her attorneys were arguing for
19 immediate sex reassignment surgery.  But --
20 　　Q  So she -- by the time you were -- oh, pardon  09:36:27
21 me.  Please complete your answer.
22 　　A  So we were aware that, because we were in the
23 room when we -- I discussed this with her, she was very
24 happy with the idea of transfer with the -- because she
25 was very positive that she would have a fine adaptation  09:36:41
Page 29

8 (Pages 26 - 29)

Armistead Supp. App. 0601

1 among women prisoners, and she was delighted.
2    And then months later, when this came to
3 trial, the -- her attorney arg- -- was arguing against
4 that.
5    Q  So you testified against her wishes as      09:37:05
6 expressed by her attorney at trial; correct?
7    A  I never conceived that I was testifying
8 against Soneeya.  You may do that, but I -- that's not
9 my concept.
10   Q  In the cases where you've given testimony      09:37:24
11 about employee healthcare coverage, you were testifying
12 against the employee healthcare coverage for gender
13 dysphoria; correct?
14   A  Incorrect.
15   Q  What's incorrect about that?      09:37:38
16   A  What I was testifying to is my understanding
17 of the state of science.  I was not taking a stand that
18 people should not have healthcare coverage.  I was
19 trying to inform the Court about what we knew about
20 this subject and what we don't know about this subject.  09:37:58
21    I didn't take a position that -- that I knew
22 what should be done.  I was just here as a -- to offer
23 what I understood about the state of science, about
24 various aspects of surgical and medical and
25 psychological care for the trans population.      09:38:18

Page 30

1    Q  Are you aware in the Kadel and the Claire
2 matters -- those are the North Carolina and Florida
3 employee healthcare coverage matters -- your testimony
4 was submitted by the defendants in that case against
5 the relief being sought?  Are you aware of that?      09:38:37
6    A  I was aware that -- who employed me and what
7 their purposes were, but -- but I was not enjoining
8 psychologically with the idea that I was doing anything
9 but offering the Court what I hope to be an objective
10 appraisal of the state of knowledge based upon      09:39:01
11 literature and, you know, participation in trans care
12 over the years.
13   Q  So were you, in those two matters, agnostic as
14 to whether the employees received the healthcare
15 coverage or not?      09:39:21
16   A  Agnostic?
17   Q  That you didn't have a view.
18   A  Would you -- would you mind explaining that
19 term?  I'm -- I usually understand that in terms of
20 religious notions.      09:39:34
21   Q  That you did not have a view -- in those
22 cases, Kadel and Claire, is it fair to say you did not
23 have a view as to whether the healthcare coverage
24 should be extended or not?
25   A  I felt insufficient to make a societal      09:39:47

Page 31

1 decision.  I'm not an expert in the insurance industry
2 at all.  I -- I am certainly not an expert in the
3 political processes in any particular state.  The
4 only -- the only knowledge base that I feel I have
5 comes from the study of the literature and the      09:40:05
6 participation in trans care, both in the community and
7 in prison systems.
8    And so the fact that the State used my
9 testimony does not really equate, in my mind, with my
10 position on whether or not people should have      09:40:31
11 healthcare insurance.
12    I -- again, to repeat, my understanding is I
13 am somewhat knowledgeable about the state of science in
14 this area and that the various people on law -- on the
15 side of -- in -- in -- in judicial issues -- judicial      09:40:48
16 matter want somebody who can articulate the state of --
17 of knowledge.  And that's what I do.
18    The state of knowledge should be applied, in
19 my view, to both sides of the issue, not just, you
20 know, the State or the Board of Education.  It should      09:41:09
21 be -- it should be established -- it should be relevant
22 to the plaintiff's side.
23   Q  Were you paid by the State in the
24 North Carolina and the Florida matters for your
25 testimony?      09:41:27

Page 32

1    A  Ultimately, I think I was paid by the State,
2 but the check did not come from the State.  The check
3 came from the lawyer who employed me.
4    Q  Understood.  Have you ever provided testimony
5 with your -- what you've described as your expertise in  09:41:46
6 favor of -- on the side of extending the healthcare
7 coverage to tran- -- to people seeking care for gender
8 dysphoria?
9    A  No attorney representing that side of the
10 issue has ever hired me, but if they would, I would be  09:42:03
11 happy to present my knowledge or -- to, and they can do
12 what they want with that testimony.
13   Q  You were deposed in at least one child custody
14 matter in Texas where a child wanted to transition; is
15 that correct?      09:42:26
16   A  I was.
17   Q  And you testified in trial at that matter,
18 too?
19   A  I did.
20   Q  And was your testimony in that case in      09:42:37
21 opposition to the desired transition?
22   A  The testimony in that case was to present the
23 state of knowledge about this matter.  I did not take a
24 position that a child should or should not have a
25 particular treatment.  I was just informing the Court,  09:42:56

Page 33

9 (Pages 30 - 33)

Armistead Supp. App. 0602

1 as I previously described to you.  I thought I was a
2 witness about the nature of knowledge about trans
3 children.
4        THE WITNESS:  Could you get me some water,
5 please.                                    09:43:16
6 BY MS. HARTNETT:
7    Q   Sorry, is your testimony that you, in that
8 case, in the -- this is the Younger matter; is that
9 correct?
10   A   Yes.  That's what I understand you to be   09:43:23
11 referring to.
12   Q   And your testi- -- your testimony today is
13 that you were not testifying in opposition to the
14 transition that the child -- of the child in the
15 Younger matter?                             09:43:36
16   A   I was hired by the lawyer who was representing
17 the father who did not want his son to be transitioned
18 to a little girl, socially.  But I was not testifying
19 that the child should not be transitioned.  I was
20 testifying -- I had no knowledge of that -- I wasn't  09:44:02
21 asked for that question.  That -- that was never asked
22 of me, Ms. Hartnett.  What was asked of me was what we
23 knew about this subject.  And, therefore, I felt
24 comfortable sharing the state of knowledge and -- and
25 what is missing from our knowledge.         09:44:23

Page 34

1        Again, it -- it has the appearance that I was
2 testifying against the socialization of the child, but
3 I think if you look closely at that, what I was doing
4 was telling the Court what was known and what was not
5 known and what the consequences were, the implications  09:44:45
6 of treating the child one way versus another.
7    Q   So you did not testify in that matter that
8 desistance was preferable to affirmation?
9    A   I actually don't recall if I made that
10 statement.  It's -- I just don't recall.    09:45:09
11   Q   Okay.  Has your testimony -- oh, sorry.
12       Have you testified in any other matters of --
13 similar to the Younger matter, in which parents were
14 disputing the proper care of their child who sought
15 care for gender dysphoria?                  09:45:37
16   A   Yes.  There was a case that I believe is
17 sealed in the Tucson court.  I don't know if I'm
18 allowed to give the name.  I presume I can give the
19 name.  I don't know.
20       MR. BROOKS:  If -- if it's sealed, I would not  09:45:56
21 give any identifying information.
22       THE WITNESS:  But the answer to your question
23 is yes.
24 BY MS. HARTNETT:
25   Q   And in that matter, did your -- was your   09:46:05

Page 35

1 testimony used by the party who was opposing the
2 treatment for gender dysphoria for the child?
3    A   In that particular matter, it was the parents,
4 who hired me, who objected to losing custody of their
5 child when the child was hospitalized for a suicide   09:46:38
6 gesture and told the people in the hospital that her
7 evil parents were preventing her, at age 13, from
8 transitioning to being a boy.  And her parents --
9        MR. BROOKS:  I'm just going to interrupt and
10 caution the witness.  I'm not part of that case, but   09:47:03
11 I -- nor do I want Dr. Levine to violate any
12 confidentiality obligations.
13       So as you answer, whatever level of generality
14 you think is appropriate, just be very careful not to
15 disclose information that you believe you received in   09:47:18
16 confidence and that remains confidential given the
17 conduct of that case.
18       So I -- I don't want us in our proceedings to
19 violate any obligations of that proceeding.
20       THE WITNESS:  Well, given that, I actually   09:47:35
21 think anything I would say about this would violate the
22 confidentiality rule here, and I think I've told you
23 enough about the case.
24       MS. HARTNETT:  Well, I don't want to waste our
25 time on the record discussing this, but we have a right   09:47:51

Page 36

1 to discovery into your testimony, so we will follow up
2 with counsel to figure how to get it.
3 BY MS. HARTNETT:
4    Q   When was this testimony given?
5    A   In the spring of 2021.  And if I'm wrong, it   09:48:13
6 was in the spring of 2020.
7    Q   Thank you.  And, sorry, what -- was the
8 testimony given in deposition or trial or some other
9 fashion?
10   A   In juvenile court.                     09:48:32
11   Q   In what form did the testimony take?
12       MR. BROOKS:  Objection; vague.
13 BY MS. HARTNETT:
14   Q   Just, sorry, meaning written or oral.
15   A   Oh, in person?  I was in -- I was in person by   09:48:50
16 video, and I was cross-examined, you know.
17       I also submitted a report of the psychiatric
18 evaluation.
19   Q   Any other testimony that you've given in a
20 case involving parents and the potential care of a   09:49:13
21 child with gender dysphoria?
22   A   I submitted a rebuttal to a report in a case
23 in Cincinnati I think the first week of January of this
24 year.  The case is called Siefert, S-I-E-F-O-R-D (sic),
25 or E-R-T, something like that.  Siefert versus Hamilton   09:49:49

Page 37

10 (Pages 34 - 37)

Armistead Supp. App. 0603

1 County, which is the Cincinnati county.

2      So that would be the answer to your question.

3   Q   And what's the nature of that matter, the

4 Siefert matter?

5   A   The -- the child, who was identifying as a          09:50:08

6 trans male, were treated -- the parents were treated

7 during the hospitalization as persona non grata and the

8 hospital refused to discharge the patient even though

9 the patient did not meet criteria for continued

10 hospitalization and -- so the -- the parents were          09:50:46

11 objecting to the loss of parental rights.

12      Subsequently, the child reidentified as a

13 female and -- so I don't know what the outcome has been

14 legally.  It's in progress.

15      And I just commented on the limitations of          09:51:07

16 the -- another expert who felt that it was justified to

17 keep the child in the hospital against the parents'

18 wishes, for two and a half months.

19   Q   In the Tucson matter that you discussed,

20 which, again, we will follow up on, but can you just          09:51:34

21 tell me if that's been resolved?  Do you know if that's

22 reached a conclusion?

23   A   Yes, that -- the -- the particular judicial

24 issue was -- was resolved.  Whether or not the parents

25 are going to continue to sue the -- the child welfare          09:51:56

Page 38

1 organization, I -- I don't know.  I haven't heard -- I

2 haven't had any follow-up on the case since it was

3 adjudi-- since it was resolved.

4   Q   Thank you.  Has your testimony ever been

5 excluded by a court?                              09:52:18

6   A   Yes.

7   Q   When?

8   A   2015.

9   Q   What matter was that?

10   A   It was in the matter of a prisoner named          09:52:33

11 Noseworthy (sic) in California.

12   Q   And what is your understanding of how your

13 testimony was excluded?

14   A   Well, I didn't actually have testimony.  I

15 submitted a psychiatric evaluation and a          09:52:50

16 recommendation, and I was never invited to a -- a

17 courtroom for that.

18      The judge -- I presented, in my written

19 deposition, an account of a female prisoner who had a

20 very extremely negative outcome from genital surgery,          09:53:12

21 and the judge -- the judge thought I was lying about

22 this case, and he also did not think that -- that I

23 followed the Harry -- the WPATH standards of care, and

24 he dismissed my -- without asking me one question,

25 without asking me do I have any evidence to show that I          09:53:39

Page 39

1 wasn't lying about this case, he -- he dismissed my

2 recommendation.

3      So I'm aware that judges have their -- judges

4 can make mistakes.  Because I, in fact, have in my

5 possession the case history, I saved the case history          09:54:01

6 that was presented to me by the California Department

7 of Corrections, and that -- no one seems to know that.

8 Or at least the judge did not inquire about that.  I

9 never had a chance to defend myself and -- so that's --

10 that's when my testimony was dismissed.          09:54:24

11   Q   Thank you.  Is there any other time where your

12 testimony has been excluded by a court?

13      MR. BROOKS:  Objection; vague.

14      THE WITNESS:  Well, I believe that the impact

15 of that judge in the Noseworthy -- Norsworthy case has          09:54:48

16 influenced two other cases to discredit my position, at

17 least whatever I said on those other cases -- on one

18 other case.

19      One of the cases that -- that my name gets

20 brought up about, I actually never submitted any          09:55:10

21 testimony to, but someone quoted what I had taught in a

22 workshop; and, therefore, the judge dismissed that

23 testimony.

24      You should understand that since that time and

25 even before that time, my testimonies have been          09:55:29

Page 40

1 accepted by various courts, and -- for example, in the

2 district court of Arizona, in a case involving

3 insurance coverage, the judge quoted my testimony.

4 That -- that was appealed to the Ninth Circuit Court,

5 and the Ninth Circuit Court made -- made a reference          09:55:49

6 to, but did not name my testimony.

7      And so it seems to me that since -- before

8 2015, in that particular case, and subsequent to 2015,

9 my testimony has been accepted by various courts, in

10 various matters involving, you know, trans issues that          09:56:10

11 I am asked to opine about.

12   Q   Thank you.  Is there any other example you can

13 think of where your testimony has been excluded by a

14 court?

15      MR. BROOKS:  Objection, vague.          09:56:37

16      THE WITNESS:  Well, I'm aware of the

17 Noseworthy case, the -- the Edmo case, and there's a

18 Hecox case.

19      But again, all these exclusions were

20 objections to my expertise derived from the judge in          09:56:58

21 the Norsworthy case.

22      And the answer to your specific question, I am

23 not aware of any other situation where my testimony was

24 excluded.

25   Q   Thank you.  For the Noseworthy case, you did          09:57:13

Page 41

11 (Pages 38 - 41)

Armistead Supp. App. 0604

1 submit an expert report; correct?

2   A   I -- I -- yes.

3   Q   So you understand this case involves sports;

4 correct?

5   A   Yes.                        09:57:42

6   Q   What, if any, prior testimony have you given,

7 whether by declaration or report or oral testimony,

8 about transgender participation in sports?

9   A   I believe that both in the Connecticut case

10 and in the Hecox case the expert opinion report that I   09:58:09

11 gave about the state of knowledge in this field has

12 been submitted for the Court's consideration.

13       I am not an expert, as you probably know, in

14 matters of athletics and physiology.  I am only

15 providing information that I feel I know about, which   09:58:41

16 is the knowledge and the lack thereof about certain

17 issues related to trans care.

18       So I -- I've never really, as far as I know,

19 as far as I remember, made an opinion about this should

20 happen or this should not happen.  I'm just providing   09:59:06

21 information to the courts about what I know and what is

22 not known by society or by science.

23   Q   Thank you.  So in this case, for example,

24 B.P.J., is it fair to say you do not have an opinion as

25 to whether she should be permitted to play sports?   09:59:25

Page 42

1   A   I do not have an opinion.

2   Q   Have you -- setting aside the context of

3 transgender participation in sports, have you ever

4 given any testimony of any kind in a matter related to

5 sports?                       09:59:51

6   A   I can't think of any.

7   Q   Have you given any prior testimony, whether by

8 declaration, report or oral testimony, about

9 prepubertal trans- -- transgender children?

10   MR. BROOKS:  Let -- let me ask you to restate   10:00:16

11 that question.  Not to rephrase it, necessarily.  I

12 just want to hear it back.

13   MS. HARTNETT:  Sure.

14 BY MS. HARTNETT:

15   Q   Have you given any prior testimony by   10:00:22

16 declaration, report or oral testimony involving

17 prepubertal transgender children?

18   A   I'm hesitating because I have written about

19 informed consent and -- and that my writings about

20 informed consent have covered all trans, beginning with   10:01:02

21 prebu -- prepubertal children.  But your question is

22 about giving testimony about that.  I would imagine

23 that in the Younger I may have raised the issue of --

24 of what we know -- I mean, I did raise tissue of what

25 was known and what is not known.   10:01:38

Page 43

1       So I would imagine the answer to your question

2 must be yes.

3       And the Arizona case that is sealed is not

4 about a preber -- prepubertal child.  But, of course,

5 in taking a history of any child in adolescence, we   10:01:55

6 certainly take histories of their prepubertal period

7 and the behaviors evidenced during that time.

8       So I just find the answer to your -- I'm not

9 actually sure what the answer to your question should

10 be.                       10:02:13

11   Q   Did the Younger case involve a prepubertal

12 child?

13   A   It did.

14   Q   And the Arizona case did not involve a

15 preber -- prepubertal child; is that correct?   10:02:26

16   A   That's -- that's correct.

17   Q   And how about the Cincinnati case you

18 mentioned, was that a prepubertal child?

19   A   No.

20   Q   Can you think of any other -- and I'm setting   10:02:34

21 aside your nonjudicial work, but any -- any

22 testimony -- and I -- that was my question.  Thank you

23 for focusing on that -- but any testimony you've given

24 other than these examples that you consider to be

25 related to prepubertal transgender children?   10:02:57

Page 44

1   A   The key word to your question is "testimony."

2 And so I have played -- I have -- I have offered

3 opinions to lawyers that never rose to the point of

4 testimony.  So the --

5   Q   And let me be clear.               10:03:25

6   A   The answer to your question must be no.

7   Q   And for this question, I was just trying to be

8 clear when I said "testimony," whether by written

9 declaration, written report or oral testimony.

10       And so I want to -- just using that   10:03:41

11 understanding of "testimony" for this question, other

12 than the Younger case, have you given any prior

13 testimony regarding a prepubertal -- in a case

14 involving a prepubertal transgender child?

15   A   I'm trying to be helpful and -- and   10:03:55

16 informative to your question.

17       I think the -- I think the -- the -- to the

18 best of my knowledge, the answer is no, but people use

19 my knowledge, in my previous publications, and call me

20 sometimes and ask me opinions about matters -- the   10:04:24

21 lawyers, I mean, or guardian ad litem persons -- and --

22 but it's not testimony per se.  I guess it would be

23 consultation.

24   Q   Thank you.  And then just again sticking with

25 testimony, which for this question I'm meaning to be   10:04:52

Page 45

12 (Pages 42 - 45)

Armistead Supp. App. 0605

1 written or oral testimony in a judicial proceeding,
2 have you given any testimony about a case involving a
3 transgender adolescent, other than the Arizona case and
4 the Cincinnati case?
5    A  At the moment, I can't think of any.     10:05:21
6    Q  And have you -- and this is, again, for the
7 purposes of this questions meaning -- "testimony" to
8 mean written or oral testimony in a judicial
9 proceeding. Have you ever given testimony in support
10 of a transgender party?                  10:05:40
11    A  In support of a transgender what?
12    Q  Party.
13    A  Party.  Please repeat that question.
14    MS. HARTNETT:  Could the reporter read that
15 back.  I'm not sure I could do it.       10:05:50
16    (Record read.)
17    THE WITNESS:  I guess the key word in your
18 question is "support."  And I want you to know that
19 when I testify about the state of knowledge, I actually
20 think that because my perspective is a long-term life  10:06:48
21 cycle perspective, I think of that my knowledge base
22 sometimes suggests that I'm actually being quite
23 supportive in -- in trying to have people understand
24 what the consequences of -- of, quote, affirmative or
25 supportive care actually may mean, what the risks are.  10:07:11

Page 46

1    So I believe your understanding of the word
2 "support" is different than my understanding of the
3 word "support."
4    But once again, I want to repeat, I
5 conceptualize what I'm doing is accurately stating the  10:07:32
6 state of science, of what is known, what is not known
7 and what we need to do in order to get the answers to
8 the unknown questions.  That's what I'm doing.
9    I'm not supporting this or supporting that.
10 I'm not against this.  I'm not against that.  I'm  10:07:52
11 trying to give an appraisal of what we know, in a
12 scientific sense.  Because of the one principles of
13 medical ethics is that science should lead our
14 therapeutics.
15 BY MS. HARTNETT:                     10:08:07
16    Q  Dr. Levine, you understand that your testimony
17 in this matter has been provided by the State, the
18 defendants, in support of their position; is that
19 correct?
20    A  Yes.                          10:08:15
21    Q  And so when I use the word "in support of," in
22 the context of a judicial proceeding, you understand
23 that your testimony, what has been submitted in these
24 proceedings, is submitted in support of one party or in
25 support of another party; correct?      10:08:36

Page 47

1    A  Yes.  But that has to do with legal processes.
2 What -- what I am supporting is to inform the court of
3 what is known and what is not known.  If you were to
4 hire me to tell what -- the Court what is known and not
5 known, I think I would be giving the same testimony.  10:08:58
6    Q  Let me ask you again, then.  Which of -- have
7 you ever previously given written or oral testimony
8 that was submitted in support of the transgender party
9 in a judicial proceeding?
10    MR. BROOKS:  Objection.          10:09:16
11    THE WITNESS:  You asked that question before,
12 so I'm going to answer it in the same way I answered it
13 before.  It depends on your notion or my notion of
14 "support."
15 BY MS. HARTNETT:                     10:09:36
16    Q  I'm using the notion of "support" that we just
17 discussed, which is -- like, for example, your
18 testimony in this matter is being submitted in support
19 of the defendants.  You understand that?
20    A  I do.                         10:09:44
21    MS. DENIKER:  This is Susan Deniker.  I just
22 want to place on the record an objection to the form.
23 BY MS. HARTNETT:
24    Q  And using that understanding of "support," do
25 you agree with me that you have not previously had your  10:10:00

Page 48

1 testimony submitted in a judicial proceeding in support
2 of the transgender party; correct?
3    MR. BROOKS:  Objection.
4    THE WITNESS:  Incorrect.  I already told you
5 that I have recommended transfer to a female prison and  10:10:10
6 ultimate sex reassignment surgery and that -- for --
7 for the Soneeya case, and there were -- there was
8 another case -- another prisoner at the same time that
9 we made the same recommendation for.
10    And I've already told you that I have -- I --  10:10:33
11 I -- I have participated in the support of -- of
12 bilateral mastectomies for female prisoners, but
13 that -- none of those cases have gone to court.  So
14 I -- I guess that's not relevant to your question.
15 BY MS. HARTNETT:                     10:10:51
16    Q  Right.  I was asking about whether you've
17 submitted, in a judicial proceeding, an opinion on the
18 side of the transgender party.  Have you?
19    MR. BROOKS:  Objection.
20    THE WITNESS:  I already answered that question  10:11:10
21 three times about Soneeya.
22 BY MS. HARTNETT:
23    Q  Can you please answer my question?
24    Have you ever submitted an expert opinion on
25 the side of the transgender party?      10:11:20

Page 49

13 (Pages 46 - 49)

1    MR. BROOKS:  Objection.
2    THE WITNESS:  In your narrative --
3  BY MS. HARTNETT:
4    Q   In a --
5    A   In your --                    10:11:32
6    Q   Sorry, I'm just trying to be really clear
7  since I understand you're disputing the term "support,"
8  which I thought was clear, but I -- I -- I'm listening
9  to you, and now I'm asking you whether, in a judicial
10  proceeding, you've ever submitted testimony on the side  10:11:43
11  of the transgender person, the formal side of the case.
12    MR. BROOKS:  Objection.  Experts don't
13  themselves submit anything in court.
14    You may answer, if you recall.
15    THE WITNESS:  I may answer?           10:12:09
16    MR. BROOKS:  If you recall.
17    THE WITNESS:  I -- I find myself unable to
18  answer that question.
19    MS. HARTNETT:  Okay.  I'm going to introduce
20  an exhibit now, so we'll see how this Exhibit Share  10:12:22
21  works for you.  Just a moment here.
22    MR. BROOKS:  Tell me when you've placed it in
23  the folder, and I will then refresh the folder --
24    MS. HARTNETT:  Will do.
25    We're starting with 86.  Okay.  Just one  10:12:49

Page 50

1  moment, please.
2    (Exhibit 86 was marked for identification
3    by the court reporter and is attached hereto.)
4    MR. BROOKS:  Are you doing all right, or do
5  you want to take a break?            10:13:02
6    THE WITNESS:  Well, she said we would have a
7  break in an hour.  It's a little over an hour.
8    MR. BROOKS:  If you're -- you're about to
9  introduce a document and you're taking a little time to
10  get that straight, let's take a short break.    10:13:07
11    MS. HARTNETT:  That works for me.  Thank you.
12    MR. BROOKS:  All right.
13    THE VIDEOGRAPHER:  We're off the record at
14  10:13 a.m.
15    (Recess.)             10:22:57
16    THE VIDEOGRAPHER:  We are on the record at
17  10:23 a.m.
18  BY MS. HARTNETT:
19    Q   Now, Dr. Levine, you've been retained as an
20  expert witness in this case, B.P.J.; correct?    10:23:20
21    A   Correct.
22    Q   Who retained you?
23    A   Initially, David Tryon.
24    Q   And was there someone who retained you after
25  that?               10:23:37

Page 51

1    A   I -- I think David Tryon, in the matter and
2  means that I don't understand, created a liaison with
3  Alliance for Defending Freedom, Mr. Brooks, and then
4  they became -- so then I am -- I've been recruited to
5  both Mr. Tryon and Mr. Brooks, their -- their    10:24:10
6  particular institutions.
7    Q   And with respect to Mr. Brooks, he's
8  affiliated with the Alliance for Defending Freedom, is
9  that your understanding?
10    A   Yes.              10:24:29
11    Q   Have you previously worked with the Alliance
12  for Defending Freedom on any matter?
13    A   Yes.  I -- I think of it as working with
14  Mr. Brooks.
15    Q   And I don't want to --        10:24:45
16    A   Mr. Brooks is associated with the Alliance for
17  Defending Freedom, so I guess the answer to your
18  question is yes.
19    Q   When did you first work with Mr. Brooks?
20    A   In the Young -- Young -- in the Younger case.  10:24:57
21    Q   And that was the Texas matter we discussed?
22    A   Yes.
23    Q   And I think you testified in your deposition
24  in the Claire matter, that's the Florida case, that you
25  worked with a lawyer from the Alliance Defending    10:25:17

Page 52

1  Freedom to write your report in Younger; is that right?
2    A   In -- the question is a little confusing to me
3  because you brought up the Florida case, and I don't --
4  could you repeat the question and ask me just one
5  question?              10:25:36
6    Q   Sure.  I was trying to orient you that I
7  understand that you gave a deposition in that Florida
8  matter of Claire; correct?
9    A   I did.
10    Q   And in that case, you were asked some    10:25:44
11  questions about your report.  Do you remember that?
12    A   You mean my report in the Younger case?
13    Q   Correct.
14    A   I don't remember that.  I'm not denying it,
15  but I just don't remember that.        10:26:00
16    Q   Yeah, was just curious about the kind of
17  genesis of your report in this case, and so what -- I
18  guess what I'll ask you is, is it -- is it fair to say
19  that you worked with a lawyer from the Alliance for
20  Defending Freedom to prepare your report in the Younger  10:26:14
21  matter?  Correct?
22    A   Yes.
23    Q   And then your report in the Claire matter in
24  Florida was derivative of the Younger report; correct?
25    A   I don't think that's correct.      10:26:27

Page 53

14 (Pages 50 - 53)

1   Q   What's not correct about it?
2   A   I think the Florida case was about three --
3   the plaintiffs, I think, were three adults.  The
4   Younger case was about, as we established before, a
5   very young child.                          10:26:53
6   Q   Okay.  So your testimony is that the report
7   you submitted in the Claire case was not a derivative
8   of the report that was submitted in Younger; is that
9   right?
10      MR. BROOKS:  Object to the form.        10:27:06
11      THE WITNESS:  It's -- it's very difficult for
12   a person like me to know how my clinical activities and
13   my consulting activities interplay and influence one
14   another.
15      I am a very busy person, doing a lot of  10:27:28
16   different things, and I often think about, in a very
17   pleasing way, how my various activities cross-fertilize
18   my -- and stimulate my views, and what I read in one
19   case for one particular matter may stay with me and
20   help me understand yet another matter.       10:27:48
21      So this cross-fertilization is a very
22   intellectually stimulating process, but it makes me
23   very unable to answer the question about what
24   influenced what.  You know, sometimes I read a novel
25   and it influences, I think.                  10:28:08

Page 54

But it's hard -- I -- I can't really track,
2   with any degree of certainty, what influences what.
3      Perhaps if you had specific -- more specific
4   questions, I may be able to give you an opinion.  But
5   based on what you just said, I -- I -- I'm at a loss to  10:28:29
6   answer it definitively.
7   BY MS. HARTNETT:
8   Q   So I think my -- just to be clear for the
9   record, then, you cannot answer definitively whether
10   the report you submitted in the Claire case was a   10:28:44
11   derivative of the report that was done in the Younger
12   case; is that fair?
13      MR. BROOKS:  Objection; vague.
14      THE WITNESS:  Based on how I currently think
15   at the moment, I think it's correct.         10:28:59
16   BY MS. HARTNETT:
17   Q   Sorry, correct that you -- you can't take a
18   view on that?
19   A   It is correct that I don't know whether the
20   Younger case influenced my -- a specific -- I mean,   10:29:18
21   I -- I probably wrote many, many pages for the Florida
22   case, and so, you know, maybe there's a sentence or a
23   paragraph or two that, in my mind, was conceptualized
24   in part because of -- of my experience in the Younger
25   case.                                        10:29:38

Page 55

1      But at this moment, I cannot tell you
2   definitively this influenced me or this did not
3   influence me.
4      Number one, that was a couple of years ago.
5   Lots of things have happened in my brain in the last   10:29:51
6   couple of years.
7   Q   Did any novels affect your expert opinion in
8   this case?
9   A   Not that I can think of.
10   Q   You mentioned that you first encountered    10:30:03
11   Mr. Brooks on behalf of ADF in the Younger case.
12      Can you tell me how you got connected with him
13   in that matter?
14   A   He called me.  He had read two papers, I
15   believe, that I had published, and he wanted to talk to   10:30:22
16   me.
17   Q   So for this case, B.P.J., what were you asked
18   to do in terms of presenting an expert opinion?
19   A   He wanted me to present the state of
20   knowledge, what is known and what is not known, about   10:30:47
21   trans care as a background for this particular case.
22   But he was aware, and -- and I told him very clearly
23   that he was quite aware.  I didn't have to tell him.  I
24   just reminded him that I am not an expert in the
25   physiology of estrogen and testosterone blockages for   10:31:11

Page 56

1   athletic capacities, I'm not an expert in lung volumes
2   and cardiac capacities.  And -- and I asked him why --
3   why he would --
4      MR. BROOKS:  I'm going to instruct you not to
5   disclose the substance of conversations with your    10:31:28
6   attorneys.
7      THE WITNESS:  All right.  Thank you.
8   BY MS. HARTNETT:
9   Q   Was that a conversation you had before you
10   were retained in this matter, Dr. Levine?     10:31:36
11   A   Was that a conversation?
12      MR. BROOKS:  Counsel, the -- the witness can
13   answer that question, but any conversations surrounding
14   the retention, I will instruct the witness not to
15   answer.                                      10:31:53
16      THE WITNESS:  I wondered why he needed my
17   testimony in this case.  He provided an answer for me.
18   BY MS. HARTNETT:
19   Q   Do you view your testimony as relevant to this
20   case?                                        10:32:07
21      MR. BROOKS:  Objection.
22      THE WITNESS:  Insofar as you make claims --
23   you -- that your side may make claims that is not --
24   that are not scientifically correct or established, it
25   may very well be relevant.                   10:32:29

Page 57

15 (Pages 54 - 57)

Armistead Supp. App. 0608

1       But that is not a question for me to decide.
2   That's a question for lawyers on both sides and for the
3   judge.
4       Again, I'm just -- I'm just -- I just have a
5   certain limited understanding and knowledge which I      10:32:44
6   believe the Court might benefit from having.
7   BY MS. HARTNETT:
8       Q   Did you prepare for the deposition today?
9       A   Yes.
10      Q   What did you do to prepare?                      10:33:03
11      And please don't disclose your
12  communications that you had -- the substance of the
13  communications that you had with counsel.
14      A   I reread my report Sunday evening. I met with
15  counsel yesterday afternoon.                             10:33:17
16      Q   How long did you meet for yesterday afternoon?
17      A   I'm sorry, how long, did you say?
18      Q   Yes, how long did you meet with counsel
19  yesterday afternoon?
20      A   Between 1:30 and quarter to 7:00.                10:33:30
21      Q   Did you review any documents to prepare for
22  this deposition other than your expert report?
23      MR. BROOKS:  And you -- you can answer that
24  question yes or no without identifying specific
25  documents.                                               10:33:44
Page 58

1       THE WITNESS:  As was -- if you have read my
2   curriculum vitae, I have recently published two papers
3   about issues. One is titled the Reflections of a
4   Clinician about the trans -- the care of trans youth
5   that was published in November, in the Archives of      10:35:19
6   Sexual Behavior. And about 16 days ago, a new article
7   appeared online about informed consent, Reconsidering
8   Informed Consent in the Treatment of Trans Children,
9   Adolescents, and Young Adults.
10      And so I can't really separate the processes        10:35:46
11  of writing these papers from, you know, the submission
12  of documents in this particular case.
13      But in a literal answer to your question, did
14  I -- did I review any particular documents in -- in --
15  in preparation for this testimony today, this           10:36:07
16  deposition today? The answer is no. But the process
17  of writing articles is a deep, you know, dive into all
18  kinds of issues and -- so I'm busy with this -- these
19  sub-- these topic areas.
20      But I guess the answer to your question is no.      10:36:31
21  BY MS. HARTNETT:
22      Q   Thank you. And what I need to understand
23  and -- and find a way to get that information from you,
24  notwithstanding your counsel's objection, but he should
25  make any direction he sees fit to make, in -- in your   10:36:46
Page 60

1       THE WITNESS:  Yes.
2   BY MS. HARTNETT:
3       Q   Did you review the rebuttal report of
4   Dr. Safer?
5       MR. BROOKS:  I'm going to instruct the witness      10:33:52
6   not to answer questions about what specifically he
7   reviewed with counsel yesterday.
8       MS. HARTNETT:  I believe I have a right to
9   know what, if any, additional documents he's reviewed
10  before the deposition other than his report.            10:34:08
11      MR. BROOKS:  On the contrary. I believe that
12  selection is my work product. And I stand by my
13  instruction.
14  BY MS. HARTNETT:
15      Q   Outside the presence of your counsel, is there  10:34:15
16  anything other than the expert report that you reviewed
17  to -- before your deposition?
18      MR. BROOKS:  On your own, outside our session
19  yesterday, did you review anything else in preparation
20  for your deposition?                                     10:34:32
21      THE WITNESS:  No.
22  BY MS. HARTNETT:
23      Q   Do any materials other than those cited in
24  your expert report inform your opinion in this matter?
25      MR. BROOKS:  Objection.                             10:34:49
Page 59

1   expert report, you refer to certain materials in this
2   case that you had reviewed as a basis for your opinion.
3       Do you recall that?
4       MR. BROOKS:  Do you want to direct the
5   witness's attention to what you're referring to?        10:37:03
6       MS. HARTNETT:  Yeah, I can do that, I guess.
7   BY MS. HARTNETT:
8       Q   You reviewed Dr. Adkins' and Dr. Safer's
9   declarations before you -- as part of your materials
10  that you rely on in your expert report; correct?        10:37:13
11      A   Yes.
12      Q   And what I'm trying to understand is whether
13  or not you are going to rely on Dr. Adkins' or
14  Dr. Safer's supplemental declarations as part of your
15  expert opinion in this matter.                           10:37:29
16      MR. BROOKS:  Counsel, let me -- I'll object
17  and, I think, make a suggestion.
18      The -- is your question whether he has
19  considered those rebuttal reports submitted by
20  Dr. Adkins and Safer? Or did you mean something else?   10:37:47
21      MS. HARTNETT:  I would like to know if he has
22  reviewed the expert -- supplemental expert report of
23  Dr. Adkins.
24      Will you allow him to answer that question?
25      MR. BROOKS:  I will.                                 10:38:02
Page 61

16 (Pages 58 - 61)

Armistead Supp. App. 0609

| | |
|---|---|
| 1    THE WITNESS: I think at one point I did. | 1  do you see it says -- are -- are you on page 2 of the |
| 2  BY MS. HARTNETT: | 2  PDF? |
| 3    Q  Do you understand that Dr. Adkins wrote an | 3    A  Let's see.  How do I know that? |
| 4  initial report and then a rebuttal, including to your | 4    Q  The page after the page that says "Exhibit A." |
| 5  report?                        10:38:13 | 5    A  I -- I'm on the page that is the title page    10:40:54 |
| 6    A  Yes. | 6  that says, Expert Declaration of Dr. Stephen Levine. |
| 7    Q  Have you reviewed Dr. Adkins' rebuttal, | 7    Q  And, Dr. Levine, the caption of this page says |
| 8  including to your report? | 8  "Expert Declaration of Dr. Stephen B. Levine in Support |
| 9    A  Not -- not in preparation for this deposition, | 9  of Plaintiff's Motion for Preliminary Injunction"; |
| 10  no.                          10:38:23 | 10  correct?                        10:41:14 |
| 11    Q  And did you review Dr. Safer's rebuttal | 11    A  Correct. |
| 12  declaration in this case, ever? | 12    Q  And I know we had some discussion before the |
| 13    A  I think I have.  Yes, I -- | 13  break about what the word "support" means.  In this |
| 14    Q  And have you -- | 14  case, did you understand that your declaration was |
| 15    A  I --                      10:38:36 | 15  being submitted in support of the plaintiff challenging  10:41:25 |
| 16    Q  Okay. | 16  the practice that you were referring to? |
| 17    A  I have, yeah. | 17    A  I guess I now understand that, yes. |
| 18    Q  And have you reviewed the declaration of | 18    Q  Okay.  And just flashing back to the end of -- |
| 19  Aron Janssen in this matter? | 19  this is a declaration that was submitted in a matter in |
| 20    A  Of Aron who?                10:38:43 | 20  court in Washington State.              10:41:46 |
| 21    Q  Janssen. | 21    Do you see that? |
| 22    A  I can't recall that.  I may have. | 22    A  Yes. |
| 23    Q  He's a physician at Chicago Children's | 23    Q  And then at the -- it's -- you can page |
| 24  Hospital.  Is that ringing a bell? | 24  through, but it appears that you signed this |
| 25    A  No.                        10:39:02 | 25  declaration on May 10th, 2021; is that correct?    10:41:57 |
| Page 62 | Page 64 |

| | |
|---|---|
| 1    Q  Okay. | 1    MR. BROOKS:  Well, we'll go to the end and see |
| 2    A  It's ringing a faint bell. | 2  what we see. |
| 3    Q  All right.  If you could go into your "Marked | 3    THE WITNESS:  Let's see.  May 2021. |
| 4  Exhibits," there should now be a marked Exhibit 86. | 4  BY MS. HARTNETT: |
| 5    MR. BROOKS:  I have that on the screen.    10:39:23 | 5    Q  Okay.  And what -- what, if any, additional    10:42:17 |
| 6    MS. HARTNETT:  Thank you, Roger. | 6  involvement have you had with the Tingley matter other |
| 7    And this is a document that starts with the | 7  than submitting this declaration? |
| 8  page that says "Exhibit A," and then it goes on to -- | 8    A  I think none. |
| 9  it's an attached expert declaration. | 9    Q  Okay.  Now, just turning back to the first |
| 10  BY MS. HARTNETT:                10:39:38 | 10  page or any page, frankly, in this document, you can    10:42:41 |
| 11    Q  Do you see this document, Dr. Levine? | 11  see there's a caption on the top of the page there. |
| 12    A  We're scrolling through it here. | 12    Do you see "Case 2:21-cv-00316"?  Do you see |
| 13    Expert declaration of Dr. Levine.  Robert | 13  that? |
| 14  Ferguson -- Tingley, yeah, okay. | 14    A  Yes. |
| 15    Q  And so what -- what is this document, if you    10:39:54 | 15    Q  And that, I would represent, is the caption    10:42:51 |
| 16  know? | 16  for the current case, B.P.J. |
| 17    A  This is something I submitted several years | 17    And this was Exhi-- this -- this |
| 18  ago of -- I think it was about an attempt to censor a | 18  declaration, the version that I put before you, is |
| 19  psychologist who wanted to provide a certain | 19  actually the version that was attached in opposition to |
| 20  exploration with a patient, and -- and so I was    10:40:19 | 20  plaintiff's motion for preliminary injunction in this    10:43:11 |
| 21  offering an opinion about, I guess, the | 21  case. |
| 22  psychotherapeutic evalua-- the evaluation of | 22    Did you have an understanding that your |
| 23  psycho-- the psychotherapeutic processes involving | 23  declaration from the Washington case was going to be |
| 24  patients. | 24  submitted as an attachment in support of the defendants |
| 25    Q  And just turning to page 2 of this document,    10:40:38 | 25  in this matter at the preliminary injunction stage?    10:43:25 |
| Page 63 | Page 65 |

17 (Pages 62 - 65)

Armistead Supp. App. 0610

1     MR. BROOKS:  Objection.
2     THE WITNESS:  No.
3 BY MS. HARTNETT:
4     Q  Were you asked to -- for permission before the
5 defendants in this case attached your Washington          10:43:44
6 declaration to the opposition to the preliminary
7 injunction motion in this case?
8     A  No.
9     Q  Do you recall whether you were asked to submit
10 an expert declaration at the preliminary injunction        10:43:58
11 phase of this case?
12    A  Would you clarify that question?  I'm not
13 exactly sure what you're asking.
14    MS. HARTNETT:  Could the reporter read back my
15 question.                                                   10:44:29
16    (Record read.)
17    MR. BROOKS:  Objection.
18    THE WITNESS:  I don't know what the
19 preliminary injunction phase was.  I don't know the --
20 who the implied person who might have asked me.  I --      10:44:38
21 I -- I'm -- I'm a psychiatrist.  I am not a -- I'm not
22 very knowledgeable about your -- about the law and the
23 legal processes.
24    So I -- I just can't answer the question
25 because I don't I understand the terms.                    10:44:56

1     Perhaps you can simplify the question for me.
2 BY MS. HARTNETT:
3     Q  What I'm trying to understand -- and thank you
4 for -- for that.
5     I'm trying to understand whether you are aware   10:45:09
6 that your declaration from the Tingley matter was
7 submitted in opposition to the plaintiff's motion for
8 preliminary injunction in this case?
9     MR. BROOKS:  Objection; asked and answered.
10    THE WITNESS:  I thought I already answered       10:45:23
11 that question.
12 By MS. HARTNETT:
13    Q  Okay.  Right.  And you said, I think, that you
14 were not aware.  And then what I'm asking you is, were
15 you asked to prepare a declaration specifically for   10:45:30
16 this case at the preliminary injunction phase?
17    MR. BROOKS:  Objection; asked and answered.
18    THE WITNESS:  Again, I don't know the phases
19 of this case.  And the preliminary injunction phase
20 is -- I don't understand specifically what that means  10:45:49
21 in terms of the long process of adjudication in this
22 case.
23    I was asked to submit a report for this case,
24 but I was not told it was for a preliminary injunction
25 or what- -- an injunction that's not preliminary.        10:46:05

1     I simply don't know the answer to your
2 question.
3 BY MS. HARTNETT:
4     Q  Thank you.  When were you retained in this
5 case, B.P.J.?                                              10:46:15
6     MR. BROOKS:  Objection.
7     If you recall.
8     THE WITNESS:  I presume it was sometime in
9 2021, but I don't recall the specific date.  I -- you
10 know, I could find out, but right now, I -- I -- I     10:46:33
11 can't tell you a specific date.  I would presume in the
12 last half of 2021.
13 BY MS. HARTNETT:
14    Q  Do you have any objection to your declaration
15 from one case being submitted in another case without  10:46:51
16 your approval?
17    MR. BROOKS:  Objection.
18    THE WITNESS:  Personally do I have an
19 objection for people using my previous testimony?  Yes.
20 I don't -- I don't think that's fair to me because     10:47:06
21 every case is somewhat different.  And it feels like
22 it's my work product and that -- but the truth is that
23 I'm naive about the -- about the legal processes, and I
24 think when -- the first time I submitted an expert
25 opinion report, I was shocked that people had read it  10:47:30

1 who weren't involved in the case.
2     So there was this problem with Dr. Levine not
3 being a forensic psychiatrist, just did not understand
4 about what is public and what is not public when it
5 comes to legal documentations.                             10:47:51
6     I think I subsequently learned that -- that
7 lots of people read my reports who have nothing to do
8 with the matter at hand because lawyers are looking for
9 experts and precedents and so -- and arguments and so
10 forth.                                                     10:48:12
11    So in a -- in a personal sense, I have some
12 kind of objection to that.  It doesn't feel fair to me,
13 but it's also a reflection of my naivety about this --
14 my past naivety about this matter -- about legal
15 matters.                                                   10:48:28
16 BY MS. HARTNETT:
17    Q  Thank you.  I have added a different --
18 another exhibit that I would like to introduce into the
19 folder, if you could refresh.
20    MR. BROOKS:  87?                        10:48:44
21    MS. HARTNETT:  That's correct.
22    MR. BROOKS:  Shall I open that now?
23    MS. HARTNETT:  Yes, if you would.
24    (Exhibit 87 was marked for identification
25    by the court reporter and is attached hereto.)   10:48:48

Armistead Supp. App. 0611

1 BY MS. HARTNETT:
2     Q   And, Dr. Levine, I've marked as Exhibit 87
3 your expert report and declaration in this matter dated
4 February 23rd, '22.
5         Could you please just take a moment to look     10:49:04
6 through the document.
7         MR. BROOKS:  Well, Counsel, the document, I
8 think we'll all agree, is perhaps, what, 70-some pages
9 long, plus bibliography.
10        Would you -- what do you mean by asking the     10:49:17
11 witness to look through the document?
12        MS. HARTNETT:  I was just giving him the
13 courtesy of making sure he agrees it's his expert
14 report.
15        THE WITNESS:  Well, my -- my signature is on     10:49:28
16 the first page.
17 BY MS. HARTNETT:
18    Q   Excellent.  So what is this document,
19 Dr. Levine?
20    A   Well, I believe it is the report that I     10:49:34
21 submitted at the end of February about -- in this
22 matter.
23    Q   Okay.  And did you prepare this report?
24    A   Yes.
25    Q   And do you notice that this one has the     10:49:50

Page 70

1 caption for this case on it, on the first page;
2 correct?
3    A   It does, yeah.
4    Q   How much time did you spend preparing this
5 report?     10:50:06
6    A   I could -- I would say approximately 20 to
7 25 hours.  I would say closer to 25 hours.
8    Q   And were you -- as a basis for this report,
9 did you use a kind of prior report that you had
10 submitted in a different case?     10:50:35
11    A   Yes.
12    Q   What was the basis -- like, the prior report
13 that you used as a basis for this report?
14    A   Well, as I've told you already, I have
15 provided reports about the nature of what is known and     10:50:51
16 what is not known in a scientific sense about this
17 whole matter and -- so that's just part of my thinking.
18 And one report is a sort of modern refinement of a
19 previous report that -- that is selected, added to or
20 deleted from based upon the relevance to the case in     10:51:22
21 point.
22        So every -- every submission that I have made,
23 in a sense, has contributed to the -- to this current
24 report with the understanding that things have been
25 added and things have been deleted every time that I --     10:51:44

Page 71

1 I submit a report for a case.
2         I hope that's an answer to your question.
3    Q   Thank you, yes.  I guess what I'm trying to
4 get at is was there a particular past report that you
5 used as a template to work from as you made your     10:52:03
6 refinements and edits for this report?
7    A   No.  That's -- that's -- I think the answer is
8 my -- my -- my knowledge -- my -- I think the answer is
9 to all, all my reports.  I guess the answer to your
10 question is no, there's not a particular one, but there     10:52:38
11 are a series of reports, and I sometimes will select
12 from various reports.
13        Well, for example, this -- the -- the simplest
14 thing is if -- in the beginning of the report, when I
15 provide my credentials, for much of that, there is a     10:52:58
16 cut and paste phenomenon and -- and it doesn't much
17 matter which report I cut and paste from, but I only
18 added to it or subtract to it depending on, I think,
19 the relevance.
20        So, for example, if you looked at my report on     10:53:20
21 the North Carolina matter, probably there's much
22 similarity in the beginning of the report.
23    Q   Thank you.  So this document indicates that
24 the -- at least by my reading of it -- the only
25 documents specific to this case, B.P.J., that you     10:53:39

Page 72

1 reviewed in preparing your report were the Adkins
2 declaration and the Safer declaration; is that correct?
3    A   I think so.
4    Q   Are you familiar with the concept of a
5 reasonable degree of scientific certainty?     10:53:57
6    A   I hear it as "medical certainty."  Is this a
7 reasonable degree -- can you offer this with a
8 reasonable degree of medical certainty, Doctor?  And
9 when I've asked what that -- what that meant, I've been
10 told 51 percent certainty.     10:54:17
11    Q   Okay.  What is your understanding of -- so
12 your understanding of a reasonable degree of medical
13 certainty means 51 percent certainty?
14    A   No.  I think that's my understanding of the
15 legal definition of medical certainty.  My clinical     10:54:35
16 idea and my scientific idea would be very different.
17    I -- I often smile when I think that -- if I'm
18 correct -- that in the legal world, medical certainty
19 refers to 51 percent.
20    Q   And what is, in contrast, your clinical     10:54:58
21 standard that you were referring to?
22    A   Repeat that, please.  What is what?
23    Q   The -- I think you were contrasting it with a
24 clinical standard; is that correct?
25    A   Right.  Oh, clinical or scientific.     10:55:14

Page 73

19 (Pages 70 - 73)

Armistead Supp. App. 0612

Page 74

```
1        You know, in -- in science, we have -- in
2   clinician, we have the idea of what is the risk of a
3   false positive and what is the risk of a false
4   negative, and it's a complicated statistical balance
5   between the ability to get it right or to get it wrong.  10:55:31
6        And I am -- I am one who is very humbly
7   impressed by the inability to be certain about things,
8   and I distrust certainty because facts change in
9   medicine.
10       And -- and if I could just tell you a -- an   10:55:52
11  experience that I've had.  As a young person, I was
12  interested in becoming a physician, and I went to a
13  premed program at the University of Pittsburgh, and
14  somebody in that program held up Harrison's textbook of
15  medicine, which requires considerable arm strength to   10:56:13
16  lift over my head because it's probably, you know,
17  900 to a thousand pages.  And he said, This is what you
18  have to learn when you're in medical school, by the
19  time you graduate medical school.  I want to tell you,
20  ladies and gentlemen, that 90 percent of the things in   10:56:33
21  this book are probably not true.  They probably will
22  not prove to be true in time.  The trouble is I and
23  other people in medicine can't tell which of the
24  10 percent -- which of the facts are correct and which
25  of the facts are not.  This is the nature of medical   10:56:48
```

Page 75

```
1   science as it -- and clinical science as it moves
2   forward.  We have, at any given time, a set of facts, a
3   set of principles and -- and controversy occurs, people
4   disagree and studies are done, and the facts disappear
5   and new facts take their place.   10:57:12
6        That was my introduction to medical science.
7        And as I've spent most of my -- the majority
8   of my years in this field, I still believe that that
9   little example remains to be -- remains salient and
10  something that all of us need to remember.   10:57:32
11       And so I say to you, 51 percent medical
12  certainty is a joke to me.  It -- it -- I always smile.
13       Q  Thank you.  That -- that's helpful.
14       If we could just go through your CV attached
15  to your report, we can -- I have a few questions on   10:57:52
16  that, and then I'll turn to your report.
17       You'll have to page down a bit.  It starts
18  repaginating about page -- after page 81.
19       MR. BROOKS:  We are at the beginning of where
20  it says "Brief Introduction," "Curriculum Vita."   10:58:20
21       MS. HARTNETT:  Okay.  Thank you.
22  BY MS. HARTNETT:
23       Q  Dr. Levine, is this your CV?
24       A  It is.
25       Q  Are you aware of anything, sitting here today,   10:58:27
```

Page 76

```
1   that needs to be updated or corrected?
2        A  Probably if you scroll to the end of the
3   articles, article 151 -- publication 151.
4        MR. BROOKS:  We're scrolling.  We're
5   scrolling.                               10:58:51
6        MS. HARTNETT:  I think it might be 147.
7        MR. BROOKS:  There's a lot.  Pardon me.  86.
8   Here we are at -- just before --
9        THE WITNESS:  Oh --
10       MR. BROOKS:  -- where it says "Book Chapters."   10:59:00
11       THE WITNESS:  I'm sorry, 147.  147 is -- I
12  can -- you know, today -- if I were to give you my CV
13  today, I would give you the exact citation of that
14  article.
15       And if we scroll down to the end of the CV, I   10:59:34
16  will show you something else.
17       MR. BROOKS:  I'm not sure there's a further
18  question --
19       THE WITNESS:  Oh.
20       MR. BROOKS:  -- pending.                10:59:46
21       Or is there a question pending?
22       MS. HARTNETT:  Well, yeah, I can -- I can ask
23  one.
24  BY MS. HARTNETT:
25       Q  So I take it that 147 has now been published.   10:59:51
```

Page 77

```
1        Is that the difference?
2        A  Yes.
3        Q  Did you -- is there a -- more updated
4   version of your CV that goes up to 151?
5        A  I think last week, I -- I rearranged the   11:00:03
6   numbers and somehow -- I may be -- I may -- I may not
7   be accurate at 151.
8        Q  Okay.  And then 146 there is what you were
9   talking about earlier, the November piece about the
10  reflections on a clinician's role?          11:00:26
11       A  Yes.
12       Q  Thank you.  And is there anything further on
13  here you'd like to draw my attention to is in need of
14  updating?
15       A  I don't know if -- if this -- this thing has   11:00:40
16  a -- this CV has a -- my -- a podcast I participated
17  in.  I never -- unlike many of my colleagues, I never
18  put in my CV the talks I give and the -- you know, and
19  now there's this whole thing about podcasts.  I -- I
20  gave a -- I didn't -- I was invited to give a podcast   11:01:04
21  recently and -- so I think it's on my CV, but I'm not
22  sure.
23       Q  That was in January of this year?
24       A  Was it in January?  It was -- it was within
25  several months ago, yeah.                   11:01:20
```

20 (Pages 74 - 77)

1  Q  Have you given any podcasts other than the one
2  you gave in January of this year?
3  A  The -- the answer to that question is I don't
4  know.  I mean, sometimes people come and talk to me
5  and -- and film me on camera and I never know what      11:01:46
6  happens to -- what hap- -- what -- what -- that
7  happens.  I never know what happens to it.
8  Q  Are you aware of any other -- sorry.
9  A  The answer to your question is I'm not aware
10 that I have been in any other podcast, but, you know,   11:02:04
11 you may dig up some other conversation that is -- that
12 I've had somewhere along the line.
13 Q  Thank you.  If we could just turn back to the
14 first page of your CV, I would appreciate it.
15    Let me know when you're there.              11:02:26
16    MR. BROOKS:  Yeah.  We're there.
17    MS. HARTNETT:  Okay.
18 BY MS. HARTNETT:
19 Q  So on page 1, it notes that you are -- board
20 certified in -- in June of 1976; correct?              11:02:39
21 A  Yes.
22 Q  In neurology and psychiatry; is that correct?
23 A  That's the name of the board that
24 psychiatrists get certified in.  It's a little bit of a
25 joke that I'm -- that any psychiatrist is certified as   11:02:59

Page 78

1  a neurologist.
2  Q  Have you been recertified with that
3  certification?
4  A  No.  I don't need to be.  I'm grandfathered
5  in, as they say.                              11:03:13
6  Q  Thank you.  Do you have any other board
7  certifications?
8  A  No.
9  Q  So you are not board certified in child and
10 adolescent psychiatry; correct?              11:03:27
11 A  No, I'm not board certified.
12 Q  Do you have any specialized training in child
13 development?
14 A  Yes.
15 Q  Can you describe that?              11:03:36
16 A  I'm a psychiatrist.  All psychiatrists are
17 trained in child development.  I, in particular, have
18 been interested in the whole process of adult -- of --
19 of development throughout the life cycle and have -- I
20 think I quoted in my expert opinion report that   11:03:57
21 Tom Insel, who was the head of the NIH, NIMH, said that
22 75 percent of adult psychopathology, that is, suffering
23 as a result of mental disorders, have their origins in
24 childhood.
25    So it's hard for me to conceive that any --   11:04:16

Page 79

1  any -- any psychiatrist is not knowledgeable about the
2  processes of growing from birth to death.  And I, in
3  particular, am interested in that process.  I often say
4  to my -- to other people that I -- development is my
5  field.  In fact, when -- when people talk about   11:04:40
6  psychoanalysis and psychodynamic psychiatry, I like to
7  rephrase those terms as developmental psychology.
8  Q  Thank you.  I just -- my -- my question,
9  though, was whether you have any specialized training
10 in child development.              11:04:57
11    Do you have any specialized training?
12 A  Well, of course, I rotated through child
13 psychology when I was a resident.  For the purpose---
14 Q  Anything else?
15 A  For the purposes of questioning my expertise,   11:05:12
16 I have no specialized credentialed, certificated
17 training in child psychi- -- in -- in child
18 development.
19    However, what I'm saying to you is that my
20 understanding of being a psychiatrist and listening to   11:05:27
21 people's stories about their development all day long,
22 I don't need a special certificate to testify that I am
23 trained in -- in -- in child, adolescent, young adult,
24 middle-aged and older-aged development.
25 Q  And would the answer be the same if I asked   11:05:49

Page 80

1  you whether you had any specialized training in -- in
2  children or adolescents with gender dysphoria?
3  A  Specialized training?  I was in on the ground
4  floor of these things when there was no specialized
5  training.  I was part of the -- I was part of the   11:06:12
6  process that was trying to figure out what this all was
7  about, you see.  And --
8    THE WITNESS:  Sorry.
9    -- I very much object to that term
10 "specialized training" because I have an understanding   11:06:30
11 of what that really -- the connotation of that term is,
12 and I don't accept that -- the legitimacy of
13 specialized training.
14    I feel that you may mean is indoctrination
15 training.  I'm -- I like to distinguish between   11:06:50
16 indoctrination and education.
17 BY MS. HARTNETT:
18 Q  Are you an endocrinologist?
19    Are you an endocrinologist?
20 A  No.              11:07:17
21 Q  And you would not hold yourself out as an
22 expert in endocrinology; correct?
23 A  I'm not an expert in endocrinology.
24 Q  And are you an expert in sports medicine?
25 A  No, I'm not an expert in sports medicine.   11:07:33

Page 81

21 (Pages 78 - 81)

Armistead Supp. App. 0614

1    Q  Are you an expert in athletic performances?

2    A  I've already testified to that.  The answer is

3  no.

4    Q  Yeah, I'm asking because I think your attorney

5  at some point indicated that might be part of your        11:07:44

6  privileged conversation.  That's why I'm asking you

7  again.

8        Do you have any -- have you ever had any

9  complaints made against you related to your medical

10  practice?                                                11:07:56

11    A  Yes.

12    Q  Could you tell me about those?

13    A  Yes.  We had a trans adult who wanted

14  hormones, and I was supervising a psychology intern,

15  and the -- we decided the person was mentally unstable   11:08:17

16  and was not in a position to be given hormones just

17  yet, and the patient threatened to murder the

18  psychology intern who told her that -- who told the

19  patient that answer.

20        And I -- when she told me that, I went in and       11:08:36

21  I saw the patient, and I told the -- and I discharged

22  the patient.  And I said that patients have obligations

23  and doctors have obligations and you have justified the

24  rule, you have crossed over the line, and I cannot

25  allow you to continue to get care here.                  11:08:59

Page 82

1        The patient then left and then reported me to

2  the State Medical Board, and the State Medical Board

3  investigated and -- and found -- and found that I was

4  perfectly justified in what I did.

5        That is the only awareness that I have of --        11:09:21

6  of complaints to the State Medical Board about my work.

7    Q  Thank you.  Just back to the point, when -- we

8  were discussing the notion of specialized training a

9  minute ago.

10        Do you recall that?                                11:09:40

11    A  I recall.

12    Q  So do you -- do you accept the legitimacy of

13  the notion of specialized training in child and

14  adolescent psychiatry?

15    A  For people who are interested in having a more     11:09:58

16  extensive experience and plan to spend their lives with

17  young -- young people only or primarily, I think it's a

18  fine thing to -- to -- to -- it's just one of the many

19  houses in the big -- in the mansion of medicine and one

20  of the -- one of the subspecialties in psychiatry.  I     11:10:20

21  have no objection to people becoming child and

22  adolescent psychiatrists.

23    Q  And just to be clear, that's not a specialty

24  of yours; correct?

25        MR. BROOKS:  Objection.                            11:10:40

Page 83

1        THE WITNESS:  It's not formally.  I -- I don't

2  define myself as a board-certified child and adolescent

3  psychiatrist, but I do define myself as a psychiatrist.

4        And as -- as I've already stated, I believe

5  that psychiatrists, over the -- during the course of      11:10:51

6  their training and -- that is, their initial education

7  and their subsequent life education, practicing

8  psychiatry, comes to understand or should come to

9  understand the influence of childhood positive and

10  negative experiences on their subsequent mental life      11:11:09

11  and behavioral life.

12  BY MS. HARTNETT:

13    Q  In your mind, are the concepts of having an

14  understanding of child psychology and actually working

15  with child patients distinct notions?                    11:11:25

16    A  Well, I think they're -- they are to be

17  separated.  One's -- one's theoretical understanding of

18  the processes of development, the stages of development

19  and understanding childhood adversities that -- that we

20  hear about all the time from adolescents and from        11:11:49

21  adults, that's different than actually, you know,

22  seeing five-year-old children or six-year-old children.

23        So I make a distinction between that, sure.

24    Q  And how much of your practice throughout your

25  career has involved actually seeing children or          11:12:12

Page 84

1  adolescent patients?

2    A  Well, I -- I spend a lot of time with

3  adolescent patients, and I spend much less time with --

4  with children per se.  I spend an enormous amount of

5  time talking about children to their parents.  I mean,   11:12:30

6  conversations about childhood are about the -- my -- my

7  older patients, about their childhood, and the parents

8  that I see about their children's processes, that's

9  a -- I would say a daily occurrence in my practice.

10    Q  How many child patients have you had in your        11:12:56

11  career?

12        MR. BROOKS:  Objection; vague.

13        THE WITNESS:  I -- I would have a very hard

14  time answering that question.  I've had -- you know,

15  when -- when parents talk to me about their children,    11:13:26

16  for insurance purposes, the patient is the mother or

17  father or both; right?  But the subject of our

18  conversation is the child.

19        So I don't know -- you see, and one of the

20  therapeutic activities that I do, I call "parent         11:13:47

21  guidance."  And so parent guidance involves the focus

22  on the child's environment and how to improve the

23  child's anxiety problems or whatever, you see.

24        So I don't know if I -- if that constitutes

25  how many children.  Can I answer that question in terms  11:14:08

Page 85

22 (Pages 82 - 85)

Armistead Supp. App. 0615

1  of parent guidance?
2         I have a pediatrician, for example, as an
3  adult patient now, and he and I have spent a lot of
4  time talking about his daughter and -- and some of the
5  things I've said to him have really helped his daughter   11:14:25
6  overcome a problem.  But he's my patient, you see.
7         I don't -- so I can't answer your question
8  with numerical terms and --
9  BY MS. HARTNETT:
10        Q  Children can be patients; correct?      11:14:39
11        A  Children can be patients, certainly.
12        Q  And so I'm just asking you how many actual
13  children patients you've had over your career, if you
14  could estimate that.
15        MR. BROOKS:  Objection; vague as to the term   11:14:51
16  "children."
17        THE WITNESS:  Can you clarify whether -- what
18  a child is versus what a teenager is?
19  BY MS. HARTNETT:
20        Q  Yeah, I'll ask you for two categories.    11:15:04
21     I'll ask you for prepubertal children.
22        How many prepubertal children have you had as
23  a patient in your career, approximately?
24        A  And if I saw that prepubertal child one time,
25  would that -- would that constitute a patient?      11:15:20

Page 86

1        Q  Why don't you give me your estimate of how
2  many prepubertal children you've ever seen as patients,
3  and then we can ask more questions.
4        A  I would say a handful.  Six.
5        Q  And how many of those -- of those      11:15:35
6  approximately six did you see more than one time?
7        A  I can't recall one.
8        Q  And then I'll ask the same question about
9  adolescents, which I'll mean minors from puberty
10  through being a minor.               11:16:00
11        How many adolescent patients have you had in
12  your career, approximately?
13        A  50.
14        Q  And how many of those have you seen more than
15  once?                          11:16:14
16        A  Most.
17        Q  And were most of those, of the adolescent
18  patients you've seen, late adolescence?
19        A  No.
20        Q  Turning back to your CV, you list yourself --   11:16:27
21  you're listed as a clinical professor at Case Western
22  Reserve University School of Medicine; correct?
23        A  Yes.
24        Q  Do you work at Case Western Reserve University
25  School of Medicine full-time?              11:16:51

Page 87

1        A  No.  No.
2        Q  When did you stop working full-time?
3        A  In 19- -- November 1992.
4        Q  Are you currently teaching any classes at
5  Case Western?                     11:17:09
6        A  I've never taught classes per se.  That's not
7  how my teaching has ever been.  If you think about a
8  college course, I have never -- I don't teach college
9  courses or graduate school courses.  I provide seminars
10  sometimes.  I've written articles about the sex     11:17:32
11  education of doctors and -- so over the years, I've
12  taught a number of seminars to our residents in
13  psychiatry.  I teach -- I give workshops.
14        I recently, for example, gave a
15  four-hour work- -- a four-hour workshop at the Harvard   11:17:59
16  student health service for their mental health
17  professionals where I presented, you know, ideas to
18  them, and we had discussions.
19        So I teach -- I teach sometimes by giving
20  grand rounds.  I -- there -- there is a named      11:18:20
21  lectureship in my honor at Case Western Reserve, and
22  once a year, I invite someone to give a talk from
23  another university about some sexual topic.
24        So I have residents who come to spend --
25  for -- I can't -- probably -- probably -- since     11:18:44

Page 88

1  1992, 1993, I've always had a resident with me who
2  comes and sees my patients with me, and they usually
3  spend six months with me, sitting in and seeing my
4  patients together.
5        So my teaching is not in the classic sense    11:19:03
6  that -- that the average layperson would think of
7  teaching classes.  It's -- it's much more -- you know,
8  coming in and seeing how an older doctor does work,
9  has, quote, therapy.
10        I also, since 1977, have led two clinical case   11:19:26
11  conferences a week, and residents and medical students,
12  depending on the year, medical students, residents and
13  members of the community come in to those conferences
14  and we discuss cases.
15        So I have multiple avenues, multiple ways of    11:19:45
16  being a teacher, but none of them are through
17  coursework per se.
18        Q  Thank you.
19        A  I forgot to tell you.  I also sometimes am
20  invited to give continuing education lectures.  And,   11:20:02
21  for example, at the -- I've given courses, for seven
22  years in a row, at the American Psychiatric Association
23  on sex and love, mostly love I use as -- as the title,
24  and we talk about sexual problems and the barriers to
25  loving.                        11:20:25

Page 89

23 (Pages 86 - 89)

Armistead Supp. App. 0616

1     And this year's APA meeting, I -- I am
2  presenting a symposium with three colleagues on whether
3  or not this is time to reexamine the best practices for
4  transgender youth.
5     So all those things are -- in my review, are      11:20:39
6  -- are my teaching.
7     Q  I was going to ask you about the May
8  presentation.
9     Who are your copresenters for that?
10    A  Sasha Ayad, Lisa Marciano and Ken Zucker.      11:20:55
11    Q  Thank you.  When is that expected to be
12  presented?
13    A  May 24th.
14    Q  And do you know if there are other panels or
15  presentations regarding the care of transgender      11:21:15
16  patients at that conference?
17    A  There probably are, but I'm -- I haven't seen
18  the entire program.  But -- but there are usually --
19  there usually are one or two presentations.
20    Q  And you said it was Sasha Ayad, Ken Zucker.      11:21:29
21    And who was the third person?
22    A  Lisa Marciano.
23    Q  Right.  So I just had one -- a couple of
24  follow-up questions about the discussion we were having
25  about seeing prepubertal and adolescent patients.      11:21:46

Page 90

1     When is the last time you saw a prepubertal
2  child patient?
3     A  Physically saw?
4     Q  Or -- or virtually.  I mean, as your patient.
5     A  Maybe two years ago.      11:22:20
6     Q  And how about an adolescent, meaning puberty
7  while -- through being a minor?
8     A  Three weeks ago.
9     Q  And what was the age of that patient?
10    A  17.      11:22:44
11    Q  Okay.  Let's just turn to page 2 of your CV.
12  I had a couple of questions there.
13    MR. BROOKS:  Just checking --
14    MS. HARTNETT:  I'm just --
15    MR. BROOKS:  Since it's been an hour, I was      11:23:00
16  just checking.  The witness says he's fine and doesn't
17  need a break yet.
18    MS. HARTNETT:  Okay.  Please let me know.
19  This is --
20    MR. BROOKS:  We're on --      11:23:08
21    MS. HARTNETT:  So --
22    MR. BROOKS:  -- the next page.  If you'll
23  direct -- I can't fit the whole page on the screen at a
24  time, so you have to direct me to portions of it.
25    MS. HARTNETT:  Okay.  It's -- I'm looking      11:23:16

Page 91

1  at -- under "Professional Societies."
2     MR. BROOKS:  All right.  I have it up.
3  BY MS. HARTNETT:
4     Q  Dr. Levine, on page 2 of your CV, you list
5  professional societies; correct?      11:23:28
6     A  Yes.
7     Q  Is the Cochrane Collaborative a professional
8  society?
9     A  Is the what?
10    Q  The Cochrane Collaborative.      11:23:40
11    A  I don't know the answer to that question.  The
12  Cochrane Library, you're talking about?
13    Q  The Cochrane Collaborative.
14    A  Cochrane Collaborative.
15    Well, I -- the word "Cochrane" is -- is what      11:23:54
16  comes to mind.  It -- the second word changes from
17  whomever is using it.
18    I don't think it's a society.  It's an
19  organization that does objective appraisal of -- of
20  scientific questions or controversies.  And I -- I      11:24:13
21  don't -- I never thought about that as a society;
22  therefore, it's not listed there.
23    Q  Okay.  And I apologize.  I believe I misstated
24  the name of it.  It's on paragraph 4 of your report,
25  which you can look back to, but it then will require      11:24:31

Page 92

1  flipping forward again.
2     You discussed being an invited member of the
3  Cochrane Collaboration subcommittee, and so I was just
4  trying to understand whether the Cochrane Collaboration
5  is a professional society.      11:24:42
6     A  Well, it's an organization, and it's an
7  organization devoted to the objective appraisal of
8  issues that are controversial in medicine, throughout
9  medicine, every branch of medicine, every specialty of
10  medicine.  It's an older institution, and it's among      11:25:02
11  the most highly respected institutions about objective
12  scientific appraisal of clinical work, and I -- I am on
13  the -- one of their committee- -- I'm on two of their
14  committees, actually.
15    Q  Which committees are you on?      11:25:20
16    A  It's the evaluation of puberty blockers and
17  the evaluation of cross-sex hormones for transgender
18  teens.
19    Q  Do you know how many committees the
20  Cochrane Collaboration has?      11:25:35
21    A  No.  I think it's many decades old, and it --
22  that's -- but the answer to your question is I don't
23  know.
24    Q  Are you a member of the Cochrane
25  Collaboration?      11:25:53

Page 93

24 (Pages 90 - 93)

Armistead Supp. App. 0617

1    A  I'm a member of those subcommittees.
2    Q  And can you describe your work on those
3  subcommittees?  What does that entail?
4    A  I'm hesitating to answer that question because
5  you're going to ask a follow-up question, and it is my    11:26:12
6  understanding that until the publication of our work is
7  finished -- is published, our work is published, that
8  we are not to discuss the processes and the content
9  of -- of that.
10      So I -- I feel constrained to, you know, ask    11:26:35
11  you not to ask me more questions about that.
12      MR. BROOKS:  Well, I -- I'm -- I'm not going
13  to instruct the witness either way.  I will advise the
14  witness that we can, I'm sure with counsel's agreement,
15  designate a portion of the transcript as confidential    11:26:50
16  and kind of proceed question by question as you are
17  comfort- -- as you are -- as you feel able, given --
18  I -- I don't know the nature of your commitments to the
19  organization.
20      But we can designate a portion of the    11:27:04
21  transcript as confidential, which will make it
22  available to attorneys representing parties in this
23  case but would prevent it from being published
24  generally.
25      So I -- I -- I offer that.  I don't -- I don't    11:27:18

Page 94

1  represent Dr. Levine, and I don't know that in
2  connection with that -- that professional activity, and
3  I don't know the nature of the obligations, but I'd
4  just advise the client of that pos- -- of that --
5  Dr. Levine of that possibility.    11:27:37
6      If you want --
7  BY MS. HARTNETT:
8    Q  Does your work with the Cochrane -- does your
9  work with the Cochrane Collabor- -- Collaboration
10  affect your -- sorry.    11:27:46
11      Has your work on the Cochrane Collaboration
12  informed your opinions in this matter?
13    A  My work with the Cochrane group, in reading
14  about the evidence on those two -- on that subject of
15  puberty blockers adds to my -- I should say there's --    11:28:17
16  I'm hesitating because I really don't know whether I
17  should be saying anything about this, even answering
18  your reasonable question.
19    Q  I appreciate that, but --
20    A  Pardon me?    11:28:51
21    Q  -- we do need to know this for you views, and
22  so I would ask if we -- could you -- could -- are you
23  able to answer my questions and we can designate this
24  portion of the transcript as confidential, meaning it
25  would not be publicly disclosed?    11:29:03

Page 95

1    A  There's nothing that I have -- there's nothing
2  that I have seen in my work with Cochrane that has led
3  me to modify what is in that report.
4    Q  Can you please generally describe what the
5  nature of your work is with Cochrane?    11:29:20
6    A  It is to read and respond to summaries of the
7  data, various studies.  It has been to help
8  conceptualize what the issue is and what measurements
9  we need -- are needed in order to answer the question
10  in the future about a more -- to provide data in the    11:29:43
11  future if -- based on studies.  It's been about trying
12  to limit the number of issues that need to be measured
13  to -- in outcome studies in order to be practical
14  versus comprehensive.
15      So my work has been to participate with other    11:30:06
16  people in Zoom discussions after we read documents and
17  to given our opinions about draft documents.
18      And you may or may not know how Cochrane
19  works, but it's a series of -- like, our subcommittee
20  goes through a number of other committees above them to    11:30:31
21  be consistent and -- with the traditions of Cochrane.
22      And so I'm not, you know, privy to the
23  committees above the subcommittee.  I just sometimes
24  hear about, learn about, their -- their responses to
25  druff -- draft reports.    11:30:54

Page 96

1      So I think that's my answer to your question.
2    Q  Okay.  Are you a member of the Society for the
3  Scientific Study of Sexuality?
4    A  The -- oh, no longer.
5    Q  What is the Society for Scientific Study of    11:31:19
6  Sexuality?
7    A  It's a bunch of clinicians who are
8  interested in -- it's a bunch of clinicians who are
9  interested in providing services for people's sexual
10  problems.    11:31:36
11    Q  And you ended your membership there in 1999?
12    A  Yes, apparently so.
13    Q  Why?
14    A  Apparently so.  I -- I -- if I hadn't looked
15  at my CV, I wouldn't have been able to answer your    11:31:56
16  question.
17    Q  Okay.  I'm sorry, I was asking why you stopped
18  being a member in 1999.
19    A  Oh.  Because I felt that the majority of the
20  membership thought very differently than me.  They    11:32:15
21  weren't -- they were mostly Master's prepared people.
22  They included people who were sexual surrogates.  It
23  was a potpourri of people interested in human sexuality
24  that did not have my academic interest in sexuality.
25      I was interested, I guess -- back then, in the    11:32:39

Page 97

25 (Pages 94 - 97)

Armistead Supp. App. 0618

1 '90s, there was the -- there was the Society for Sex
2 Therapy and Research, and there was this society.
3 Quadruple S, it's called. And this was -- and there
4 was another society called AASEC- -- AASECT. And
5 the -- the range of professional degrees, the people    11:32:59
6 who had -- the people in those societies had different
7 ranges of professional degrees, and they had different
8 interest in -- sort of an understanding of sexual
9 disorders and in research, and I thought that the
10 society for scientific study of sex really -- I thought    11:33:23
11 that the activities of the organization did not rise to
12 the level of -- of the title of their organization,
13 that it really wasn't scientific.
14        And, you know, it is amazing to me what --
15 what people call -- who wrap themselves in the mantle    11:33:49
16 of science that really don't have a concept of science.
17        So I -- you know, when I was younger, I wanted
18 to be part of the scene and -- and when I got into part
19 of the scene, I didn't want to be part of the scene.
20    Q  Are you aware of the Society for Evidence    11:34:06
21 Based Gender Medicine?
22    A  Yes.
23    Q  And does that go by an acronym?
24    A  Is what?
25    Q  Does that go by an acronym?    11:34:15

Page 98

1    A  Yes. SEGM.
2    Q  SEGM. Are you a member of SEGM?
3    A  I contributed -- when I -- when I learned
4 about SEGM probably a year and a half ago, two years
5 ago, I -- I felt that I -- I wanted to support that    11:34:35
6 because they were interested in evidence, in scientific
7 evidence, so I sent them a check for $200.
8        So I don't know if I'm a supporter of it or --
9 but I -- they consider me to be an integral and
10 important member of their society. So I guess, based    11:35:02
11 on the fact that I gave them a one-time check of $200
12 and they hired me to write a -- to -- to develop a
13 paper and they put me on a subcommittee to talk about
14 psychotherapy of adolescents, so I guess I am a member
15 of SEGM.    11:35:21
16        I think I'm a valued member of SEGM.
17    Q  Understood. Sorry, you said you were on the
18 psychotherapy -- child psychotherapy subcommittee?
19    A  I think we should call it an adolescent -- it
20 doesn't exist anymore. We met -- we met every two    11:35:45
21 weeks for almost a year, but I certainly was an active
22 participant of that.
23    Q  And what -- what was the work of that
24 subcommittee?
25    A  It was talking about what -- it was talking    11:36:01

Page 99

1 about how to develop case histories that would teach
2 mental health professionals, in general, on how to
3 approach a -- an -- an approach to transgender children
4 and adolescents.
5        As you probably know, there has been, in the    11:36:33
6 last ten years, a dramatic increase in the number of
7 teenage children who are declaring themselves to be
8 trans people. And so the number of, quote, experts --
9 the epidemiology is such that there is enormous
10 pressure on a -- on the few people who say they're    11:36:53
11 interested in gender, taking care of gender cases.
12        So SEGM was trying to develop concepts that
13 could be taught to people in the community who are not
14 experts. We are trying to interest them in providing
15 psychiatric services, psychological services to    11:37:14
16 families and to the -- the patients themselves.
17        And so we were talking about how to -- how to
18 achieve that, whether we should publish -- whether we
19 should give a conference, whether we should -- they
20 just -- they talked about various ways of -- of    11:37:32
21 informing -- of getting more mental health
22 professionals to -- to stop ignoring this problem and
23 to be interested in -- in how to help these kids and
24 their families.
25    Q  Okay. Thank you.    11:37:56

Page 100

1        So you said that that subcommittee is no
2 longer meeting?
3    A  That particular committee is no longer
4 meeting, as far as I know. But that -- but SEGM
5 sponsors many things that I'm totally unaware of.    11:38:07
6    Q  Was there a work product that came out of that
7 committee?
8    A  Well, in some sense, my paper, my most recent
9 paper, didn't come out of that committee, but it came
10 out of the deliberations of that committee because one    11:38:24
11 of the strategies that SEGM had is that they wanted
12 to -- they wanted to put things in the literature
13 that -- that were based on evidence rather than based
14 on precedent.
15        And so I think that led to the publication of    11:38:45
16 my -- of 147.
17    Q  What do you mean, precedent?
18    A  Well, as you may or may not know, there's a
19 60-year history of -- of trying to find treatments for
20 transgendered individuals and -- so there has been a    11:39:08
21 precedent of treatment over the years that has preceded
22 the -- the -- the scientific demonstration of the
23 efficacy and the long-term outcomes of that treatment.
24        So I would say that precedent is a -- is a
25 very important influence in how transgender people are    11:39:30

Page 101

26 (Pages 98 - 101)

Armistead Supp. App. 0619

1 being treated today and -- so that's how I use the term
2 "precedent." That is, we have patterns or fashions of
3 treatment that have gone in -- far in advance of the
4 scientific demonstration of the efficacy and were
5 the -- and the long-term outcomes of those treatments.   11:39:55
6        So that's the term precedent, as I -- as -- as
7 how I use it or how I think about it.
8    Q   And was your -- I think your testimony was
9 that you were in the kind of ground floor of starting
10 that precedent; is that correct?   11:40:10
11   A   I -- well, if -- well, the ground floor really
12 began in the '70s, and I was --
13   Q   I'm sorry, did your counsel say something?
14       MR. BROOKS: No. I looked at him. He looked
15 at me. I didn't say anything.   11:40:28
16       THE WITNESS: Yeah.
17       MS. HARTNETT: Just for the record, the
18 counsel and the witness appeared to be exchanging some
19 sort of a glance, but please continue.
20       THE WITNESS: So the ground floor has to do   11:40:37
21 with the Harry Benjamin International Dysphoria
22 Association, which I think I joined in 1974 or
23 something like that, and I was in that program or in
24 that -- that associ- -- whatever you call that, a
25 society or something. I was in that professional   11:41:02
                                              Page 102

1 organization for many, many years. And in 19- -- when
2 the fifth standard of care was being thought about, I
3 was named to be the chairman of the writing group that
4 made what was called the Fifth Edition.
5        So --   11:41:25
6 BY MS. HARTNETT:
7    Q   So you were part of creating the precedent;
8 correct?
9    A   Yes. The only objection I had, what is ground
10 floor. That's the only word I was responding to. I   11:41:34
11 didn't know what ground floor meant.
12   Q   Fair enough. So back to SEGM. Were you part
13 of helping to develop treatment guidelines for the
14 treatment of gender dysphoria with SEGM?
15   A   I don't know that SEGM has ever issued   11:41:52
16 treatment guidelines. In a sense, my latest
17 publication is -- is probably in that ballpark.
18       What we're trying to do is to -- I think what
19 we are trying to do is -- is create treatment
20 guidelines.   11:42:19
21       You know, Sweden, Finland, the UK and France
22 have all come out and said that -- let's slow this
23 down, let's be very careful. Even -- even in the
24 United States, there are people who used to be on
25 this -- sort of on a different -- they had a -- they   11:42:46
                                              Page 103

1 had a different treatment guidelines.
2        There's been a wave of objectivity --
3    Q   I'm sorry to interrupt. I'm sorry to
4 interrupt you, but I -- I really need to ask you to
5 answer my question. And I -- I think we're -- my -- my   11:42:57
6 question was just whether SEGM is developing treatment
7 guidelines.
8    A   I think it's the aspiration of SEGM to develop
9 development treatment guidelines in keeping with what
10 is happening scientifically and -- in terms of   11:43:13
11 objective reviews.
12       So I'm not so sure that SEGM has published
13 treatment guidelines yet, but I do think they're
14 interested in -- in providing a different set of
15 guidelines that may have dominating the United States   11:43:34
16 and European countries in the past. And Australian and
17 compani- -- countries in the past --
18   Q   Are you part -- are you part of any effort at
19 SEGM to develop treatment guidelines on a going-forward
20 basis?   11:43:55
21   A   No, not directly, but I do --
22   Q   Are you involved --
23   A   I do believe that my recent article will be
24 read by people and considered by people who are
25 going -- if -- if they do develop treatment guidelines.   11:44:12
                                              Page 104

1    Q   Is -- is -- am I understanding correctly that
2 your article was an effort, in conjunction with SEGM,
3 to affect the practitioner community about how you view
4 treatment should be provided?
5    A   To the extent that treatment should be   11:44:35
6 provided based upon a thorough informed consent
7 process, that my article describing informed consent
8 would be affirmative answer to your question that I --
9 I'm hoping that the influence of my article will
10 influence all treatment guidelines in the future,   11:45:01
11 regardless of who issues those guidelines.
12       MR. BROOKS: Counsel, when --
13 BY MS. HARTNETT:
14   Q   Are you --
15       MR. BROOKS: When you come to a convenient   11:45:10
16 point, let's take one more break and have one more
17 stint before lunch. I don't mean to disrupt the line
18 of questioning, but when you come to a point, it would
19 be good.
20       MS. HARTNETT: I appreciate that. I have a   11:45:20
21 couple more questions on this, and then we can take a
22 break.
23 BY MS. HARTNETT:
24   Q   Are you actively involved in any SEGM work
25 currently?   11:45:29
                                              Page 105

27 (Pages 102 - 105)

Armistead Supp. App. 0620

1    A  No.
2    Q  Do you know where SEGM receives its funding
3  from?
4    A  I believe that -- that the hundred or so
5  people that are, quote, members contribute something,    11:45:55
6  but it's something as modest, perhaps, as I gave, $200.
7  There must be a large donor or set of donors.
8       And the answer to your question is I don't
9  know the answer.
10    Q  Is there someone at SEGM that you think would    11:46:15
11  know that answer?
12    A  Yes.
13    Q  Who is that?
14       MR. BROOKS:  Objection.
15       THE WITNESS:  There are several people.    11:46:26
16  May I answer that question?
17       MR. BROOKS:  You may answer.
18       THE WITNESS:  Stephen Beck, Dr. Stephen Beck,
19  and Ema Zane, E-M-A Z-A-N-E.
20       MR. BROOKS:  And, Counsel, we will designate    11:46:47
21  the testimony about finances of SEGM as confidential.
22       MS. HARTNETT:  We can -- oh, we can
23  provisionally do that.  That's fine.
24  BY MS. HARTNETT:
25    Q  You mentioned -- I have just one more.    11:46:59

Page 106

1       You -- you mentioned you were a valued member
2  of SEGM.  Is that just your -- is there a special group
3  of people that are valued, or do you just kind of view
4  yourself as having a valued role in the organization?
5    A  Well, I was asked to develop this paper or a    11:47:12
6  series of papers on informed consent, and to me, I
7  considered that a compliment, and it was based upon my
8  previous publications about this matter.
9       And in the concept -- and in the discussions
10  of the committee on psychotherapy, I just got the sense    11:47:41
11  that -- I offered an opinion and people really -- they
12  often said that was helpful or clarifying or, you know,
13  really good or "Can I use that term?" or whatever.
14       So whatever the subjective appraisal I was
15  making of my role, my status, among these very    11:48:04
16  respected people, I believed that I was a valued
17  member.  You know, I could be --
18    Q  Do you think you're the most --
19    A  -- delusional about that.
20    Q  Do you think you're the most -- are you the    11:48:18
21  most highly credentialed professional in SEGM?
22    A  No.
23    Q  Huh?
24    A  No.
25       MS. HARTNETT:  Okay.  I think this is a good    11:48:34

Page 107

1  time for a break.
2       MR. BROOKS:  All right.
3       THE VIDEOGRAPHER:  Off the record at
4  11:49 a.m.
5       (Recess.)    12:00:19
6       THE VIDEOGRAPHER:  We are on the record at
7  12:01 p.m.
8       MS. HARTNETT:  Thank you.
9  BY MS. HARTNETT:
10    Q  Welcome back, Dr. Levine.    12:00:40
11    A  Thank you.
12    Q  I think I want to turn from your -- we were
13  talking through your CV a bit and now just go to your
14  report.  So if you could -- I'm going to be asking a
15  question about paragraph 5, if you want to pull up that    12:00:53
16  page?
17       MR. BROOKS:  We now have paragraph 5 on the
18  screen.
19       MS. HARTNETT:  Great.
20  BY MS. HARTNETT:    12:01:14
21    Q  So you, in the first sentence of paragraph 5,
22  say you first encountered a patient suffering with
23  what -- sorry -- "what we would now call gender
24  dysphoria in July 1973."
25       Do you see that?    12:01:30

Page 108

1    A  Yes, I do.
2    Q  Who was that patient?
3       MR. BROOKS:  I will, of course, object to the
4  extent you're asking the doctor to disclose
5  confidential --    12:01:43
6       THE WITNESS:  Actually --
7       MR. BROOKS:  -- identifying information.
8       THE WITNESS:  Actually, the patient and I
9  wrote a paper together and -- and so the patient has
10  used the name, so I feel like I can tell you the name.    12:01:52
11  BY MS. HARTNETT:
12    Q  That's why I was asking.
13    A  Yeah.  So the name was Rutherford Shumaker.
14    Q  And did you refer to the patient as
15  "Rutherford" or some other name?    12:02:07
16    A  Well, the name of the -- the name of the
17  article was Increasingly Ruth: Towards an understanding
18  of sex reassignment surgery.
19       And so Rutherford, in, I think -- became Ruth.
20  So Ruth and I published that paper, and then I wrote a    12:02:32
21  follow-up to that paper after Ruth committed suicide in
22  her family's home.  But that was 1983.  I'd have to
23  check the CV.
24       So that was my -- the man coming to me as
25  Rutherford, who eventually became Ruth, came to me in    12:02:56

Page 109

28 (Pages 106 - 109)

Armistead Supp. App. 0621

| | |
|---|---|
| 1 July of 1973. | 1 prejudicial view, the dark day came when a new chairman |
| 2    Q   And do you recall how long after you first | 2 was selected, who came aboard, who then basically ran |
| 3 encountered that patient you encountered your next | 3 the department into a great debt, and then I and |
| 4 patient that was suffering from what we would now call | 4 several other program-- my program and several other |
| 5 gender dysphoria?                         12:03:11 | 5 programs needed to be cut from the department in order   12:06:07 |
| 6    A   Oh, it probably -- it was probably a couple of | 6 to get the department back into solvency. |
| 7 months. | 7       So the fact that one day I left was the |
| 8       The answer to your question, I don't | 8 by-product of things that had happened over a |
| 9 specifically recall, but -- | 9 three-year period. |
| 10    Q   Okay.                            12:03:26 | 10       So the dark days began, I think, on day one   12:06:25 |
| 11    A   -- I -- I -- there was enough pressure by | 11 when the chairman came. |
| 12 patient request for care that we started this -- this | 12    Q   Thank you.  Are you familiar with the |
| 13 clinic. | 13 University Hospitals? |
| 14    Q   Understood.  And you note here, on your | 14    A   The department of psychiatry was part of the |
| 15 paragraph 5, you also founded the Case Western Reserve   12:03:37 | 15 University Hospitals of Cleveland.              12:06:41 |
| 16 University Gender Identity Clinic; correct? | 16    Q   And you did your psychiatric residency at the |
| 17    A   Correct. | 17 University Hospitals of Cleveland? |
| 18    Q   And you note, later in that paragraph, that in | 18    A   Yes. |
| 19 1993, the Gender Identity Clinic was renamed. | 19    Q   Do you have an affiliation there now? |
| 20    A   In 1993, I left full-time employment at      12:03:52 | 20    A   I do.  I'm a clinical professor.        12:06:52 |
| 21 Case Western Reserve, and I continued the program, but | 21    Q   And how often do you -- if at all -- do you go |
| 22 we changed the name of the program, but our work | 22 to the University Hospitals? |
| 23 evaluating and providing services for trans individuals | 23    A   Not very frequently.  The -- the resident |
| 24 continued. | 24 comes to me, and I -- but I am probably going to be |
| 25    Q   And what did you change the name of the      12:04:15 | 25 teaching a seminar at University Hospitals in the next   12:07:13 |
| Page 110 | Page 112 |

| | |
|---|---|
| 1 program to? | 1 three months because I'm part of a committee to plan |
| 2    A   Well, I think we just called it the Gender | 2 the curriculum on sexuality and gender. |
| 3 Identity Clinic of Levine, Risen -- Althof, Levine and | 3       Speaking of education, the university -- |
| 4 Risen, which was the name of our clinical practice, | 4 other -- other institutions also asked me to teach |
| 5 Althof, Levine and Risen.  So it --           12:04:34 | 5 about this subject.  And on August -- on April 7th, I'm   12:07:39 |
| 6    Q   Okay. | 6 going to Akron to teach -- or virtually I'm going to |
| 7    A   Gender Identity Clinic at ALR. | 7 teach a three -- a two-and-a-half-hour seminar. |
| 8    Q   And when you -- when the university kind of | 8       And I forgot to mention to you before, and I'd |
| 9 discontinued -- or you discontinued the affiliation | 9 like you to hear this, that when you were questioning |
| 10 with the university in 1993, did you consider that to     12:04:50 | 10 me about my credentials or not having a certificate    12:07:57 |
| 11 be a dark day in the department, in the politics of the | 11 about -- in child psychiatry, you should know, I forgot |
| 12 department? | 12 to tell you that Cleveland Clinic, department of child |
| 13       MR. BROOKS:  Objection; compound question. | 13 psychiatry, and the University Hospitals, the |
| 14       THE WITNESS:  Number one, I did not | 14 department of child psychiatry, sends residents to be |
| 15 discontinue my affiliation.  I changed my affiliation.    12:05:06 | 15 with me as part of their training in child development   12:08:18 |
| 16 That is, I was salaried until 1993, and then I left the | 16 and child clinical issues, child and adolescent |
| 17 university and personally, for a while, I did consider | 17 clinical issues. |
| 18 it a -- a great disappointment that I left the | 18       So I think -- I just forgot to mention that. |
| 19 university. | 19    Q   Are you familiar with the University |
| 20 BY MS. HARTNETT:                         12:05:30 | 20 Hospitals' LGBTQ and gender care program?           12:08:48 |
| 21    Q   Did you consider it a dark day in the | 21    A   I'm aware that it exists, yes. |
| 22 department, in the politics of the department, at the | 22    Q   Have you ever talked to any clinicians in that |
| 23 university? | 23 practice? |
| 24    A   That per se wasn't the source of the darkness. | 24    A   No one has ever talked to me in that practice. |
| 25 That day wasn't it.  In my view, it's a very          12:05:43 | 25 The only time I have interaction with them is when --   12:09:00 |
| Page 111 | Page 113 |

29 (Pages 110 - 113)

Armistead Supp. App. 0622

1 if I present grand rounds, some of those people ask me
2 a question. But they've never consulted me whatsoever
3 in the formation of their clinic and in the ongoing
4 work of their clinic.
5      Although, Cleveland Clinic has a very similar   12:09:20
6 program, and they have called me up and -- for some
7 advice sometimes.
8      But my -- my, quote, own University Hospitals'
9 place I don't really think has any people from child
10 psychiatry in it, but I'm not sure because they have   12:09:38
11 kept me away.
12   Q   What do you mean they have kept you away?
13   A   Just what I explained. They have never
14 communicated with me. It is -- you know, other people
15 know me as being published in this area. You know, I   12:09:54
16 think I've written 20 articles on this -- you know, I
17 have 20 or so publications in this area. You would
18 think that they would invite me or consult with me or
19 ask me questions, but I think they recognized that they
20 are part of what is called affirmative care and what I   12:10:18
21 would say, rapidly affirmative care, and -- and they
22 sense that I'm not so interested in rapid, that -- that
23 I believe that -- that I have long believed that people
24 who have this kind of dilemma need some patient time in
25 talking about this matter.   12:10:45

Page 114

1      And while I can't tell you how they feel about
2 me, I can only deduce that they're not interested in my
3 concepts because --
4   Q   Have you --
5   A   -- they must be different than their concepts.   12:10:57
6   Q   Have you offered your -- your services to
7 them?
8   A   No.
9   Q   You said your understanding is that they
10 provide rapid affirmative care; is that correct?   12:11:10
11   A   I presume so. I -- you know, I can't
12 understand why -- why the organizers and the leaders of
13 those -- that team are not interested in anything I
14 have to say because they've never asked me.
15   Q   So just because someone hasn't asked you for   12:11:29
16 your view, do you assume that they're not interested in
17 what you have to say?
18   A   This -- I wouldn't say as a general principle,
19 but I would say in this case, I have long assumed that,
20 correctly or incorrectly.   12:11:44
21   Q   It sounds like you don't agree with rapid
22 affirmative care; is that fair?
23   A   Yes. I don't believe that people, after
24 meeting someone for an hour, for example, ought to be
25 given a firm diagnosis and a prescription for hormones.   12:12:00

Page 115

1   Q   Is that your definition of rapid affirmative
2 care?
3   A   That would be one definition, yes.
4   Q   Can you give me a more general definition of
5 what rapid affirmative care is?   12:12:17
6   A   It would be -- it would be a commitment to be
7 affirmative in -- to being a cheerleader for social
8 transition or taking hormones or having one's breasts
9 removed after what I would consider to be an inadequate
10 evaluation.   12:12:34
11      So it begins with an adequate evaluation.
12 It -- it requires having an understanding of the
13 elements of informed consent. And in dealing with
14 minors, it has to do with working with not only with
15 the patient but with the parents.   12:12:51
16      So rapid affirmative care would be care that
17 does not meet my criteria for thorough evaluation,
18 including a developmental history, a process of
19 informed consent and involvement, over time, with the
20 parents so they consider the weighty -- the weighty   12:13:10
21 implications of -- of what affirmative care represents.
22      So anything short of deliberation in this and
23 careful consideration I would kind of dismiss as rapid.
24   Q   If affirmative care is given with deliberation
25 and informed consideration, do you disagree with that?   12:13:33

Page 116

1   A   No. No. I think parents -- parents have a
2 weighty decision to make, but they ought to be informed
3 about the state of science. The -- the health tour
4 benefits have to be understood in terms of the
5 scientific likelihood of achieving those benefits. And   12:13:51
6 they have to understand the short-term medical but more
7 important the long-term psychosocial risk of what
8 they're doing.
9      And if those competent parents, knowing the
10 child as they know them, decide, after they're   12:14:09
11 informed, they -- they have my blessing to socialize
12 their child in the opposite gender.
13      Whether I think in that particular case it's a
14 wise thing or not, it's not my decision to make. I
15 don't actually believe that people like me ought to be   12:14:29
16 recommending. I think we ought to be educating,
17 evaluating and informing and the parents and the child
18 make the decision with my supportive help, both on the
19 positive side and the negative side.
20      I am to be the trustee, informer of what   12:14:45
21 science knows, and I believe that clinicians who don't
22 know science, who actually think they can evaluate this
23 in a -- in -- in a -- in an hour, I just think that's
24 not good care.
25   Q   Is your view that the clinicians at the   12:15:06

Page 117

30 (Pages 114 - 117)

Armistead Supp. App. 0623

1 University Hospitals LGBTQ and gender program don't
2 know science?
3    A   I don't know what they know.  I don't know
4 what they know.  I have no views about that because I
5 have no means of knowing, only that I get to see people   12:15:22
6 brought to me after they've gone to various affirmative
7 care programs and the parents are horrified at the
8 recommendations that are being made.  So --
9    Q   How many -- sorry.  Go ahead.
10   A   But in answer to your specific question, since   12:15:44
11 I don't even know the people there and I don't know
12 what they're doing, I'm not -- I would just -- I would
13 just -- I pose these standards, and I don't know
14 whether they meet them or not.
15      I have not been impressed in general that   12:16:04
16 affirmative care programs in various cities that I get
17 to hear about meet those criteria.
18      I'm just trying to help people, you know,
19 realize the importance of trans care and -- and trans
20 care, to me, includes careful evaluation and -- and   12:16:19
21 addressing the comorbidities that are frequently
22 present in these kids.
23      And by "kids," I mean even teenagers.
24   Q   Have you had -- sorry, so you -- but your
25 understanding is that the University Hospitals LGBTQ   12:16:39

Page 118

1 and gender care program does provide the rapid type of
2 affirmative care; is that right?
3      MR. BROOKS:  Objection.
4      THE WITNESS:  I already --
5      MR. BROOKS:  Asked and answered.   12:16:48
6      THE WITNESS:  -- answered that question.  I'm
7 not -- I'm not aware of what they do.  I -- I am --
8 BY MS. HARTNETT:
9    Q   Okay.  Sorry, I thought you had said you
10 thought that they provided rapid affirmative care,   12:17:01
11 which is why I was asking.
12   A   I wouldn't be surprised if their definition of
13 inadequate evaluation is different than my evalua- --
14 my -- my definition of an adequate evaluation.
15   Q   Do you know what their definition is of an   12:17:20
16 adequate evaluation?
17   A   No.  And because I don't know, I don't want to
18 endorse them, nor do I want to condemn them.
19   Q   What is the basis for your understanding that
20 there is kind of rapid transition care being provided   12:17:32
21 out there?
22      MR. BROOKS:  Objection; vague.
23 BY MS. HARTNETT:
24   Q   Sorry, let me just use your term.
25      You said rapid affirmation.   12:17:42

Page 119

1    A   Well --
2      MR. BROOKS:  I was objecting to the outlier as
3 vague.  I'm not sure what you -- are you referring to
4 the clinic you've been discussing or something else?
5 BY MS. HARTNETT:   12:17:52
6    Q   What is your basis for your view that there
7 are clinicians in the United States performing rapid
8 affirmation care?
9    A   Thank you for asking that question.
10      I have been in contact with -- that is,   12:18:03
11 parents -- there -- there are parent groups who cannot
12 find -- there -- there are groups of parents who
13 brought -- were brought together, who came together,
14 bounded -- bound together in organizations who are
15 objecting to what they call rapid affirmation and the   12:18:27
16 inability to find a therapist in their community who is
17 willing to just do psychiatric care like they would do
18 psychiatric care if a child presented simply with
19 anxiety or depression or substance abuse or some other
20 behavioral problem.   12:18:48
21      The -- the basis for -- for my -- the answer
22 to your question is parents, both Cleveland parents,
23 national -- parents from all over the country and
24 parents from the UK.  I am aware that parents are
25 particularly perturbed by rapid affirmation and its   12:19:07

Page 120

1 treatment, and they -- they have complaints that their
2 child is not understood; that is, their problems have
3 not been understood.
4    Q   How many parents have you talked -- how many
5 parents have you talked to about their concern with   12:19:26
6 what you call the rapid affirmation model?
7    A   Well, I gave a talk to 35 parents probably a
8 year ago.  In 2017, I think I wrote about it in the
9 article that -- the last four or five cases that I was
10 involved with, the parents all said the same thing;   12:19:53
11 that is, they were horrified that after one hour,
12 their -- their child was diagnosed and -- and had
13 recommend- -- and had recommendations that horrified
14 them.
15   Q   Sorry, how -- where was the talk that you gave   12:20:10
16 to the 35 parents?  What -- what was that?
17   A   It was in -- it was in my easy chair in my
18 bedroom.
19   Q   What was the convening?  What was the venue
20 for that?   12:20:23
21   A   It was a group of parents who invited me to
22 give a talk, and what I gave a talk on was -- the
23 aspects of what -- what I knew about human identity,
24 not just --
25   Q   What was --   12:20:38

Page 121

31 (Pages 118 - 121)

Armistead Supp. App. 0624

1   A   -- not just gender identity.
2   Q   Was this group of parents affiliated with an
3   organization, or how did they -- how did they present
4   themselves?  As some sort of an organization?
5   A   A woman contacted me and said that she belongs   12:20:50
6   to an organization of -- of concerned parents of trans
7   teenagers or children.  I'm not sure which.  Mostly
8   teenagers.  She actually sent me an analysis of --
9   of -- of -- that she made, a little research that she
10  had done that demonstrated a very high intelligence   12:21:10
11  in -- of their -- all the children in this group and
12  very high incidents of autism and other developmental
13  problems and -- so she sent me that data, and she
14  wanted some advice to -- from me about how to get that
15  published.   12:21:37
16       And -- and then she invited me to give a talk.
17  When we talked, she then said she would get back to me,
18  and she got back to me and invited me to give a talk to
19  the parent group.  And so that's what happened.
20  Q   Is the parent group called Genspect?   12:21:51
21  A   No.  I think -- it might -- it -- this
22  was an American group of people and --
23  Q   What was the parent's name that did the
24  research?
25  A   You know, I -- I would have to look that up.   12:22:15

Page 122

1   I don't remember.
2   Q   I'm just going to try to -- so I appreciate
3   what you've explained.
4       Could you tell me how many actual parents have
5   described to you, personally, an experience where their   12:22:29
6   child was diagnosed and prescribed treatment in an
7   hour?
8   A   Well, if -- some people, it would be two
9   hours, okay?
10  Q   Let me just start with one hour.   12:22:46
11      How many parents have told you directly that
12  their child had been prescribed -- diagnosed and
13  prescribed treatment in an hour?
14  A   I would say perhaps 50 percent of the people
15  who -- who have consulted me.   12:22:59
16  Q   And how many people have consulted you?
17  A   I really can't answer.  You know, if I told
18  you 11, if I told you 16, if I told you four, I
19  would -- I would have no conviction that I -- that --
20  that that answer is correct.   12:23:19
21      I'm telling you I had the impression that over
22  and over again parents complain about this.  They
23  complain about affirmation.  They're afraid of
24  affirmation, what that will mean to their child's
25  future.  And they complain that they can't get their   12:23:35

Page 123

1   point of view to influence their thera- -- the -- the
2   person -- their gender expert that they took their kid
3   to and -- and that they can't find anyone else who
4   has -- who has the courage, they say, to just talk to
5   their kid without saying they believe in affirmation   12:23:55
6   because that's the right thing to do.
7   Q   Thank you.  I -- I just -- you've talked about
8   the importance of scientific data; correct?
9   A   Correct.
10  Q   And you've made the representation that there   12:24:09
11  is a practice of rapid affirmation happening in the
12  United States; correct?
13  A   As -- as far as I know, yes.
14  Q   And what I'm trying to understand is the basis
15  for your understanding that there is a phenomenon of   12:24:22
16  rapid affirmation happening in the United States.
17      And so --
18  A   Well --
19  Q   -- I guess my question is -- sorry.
20  A   -- the basis.  And I've tried to answer the   12:24:33
21  basis is -- is that the parents who consult me all
22  tell -- pretty much all tell me the same story.  It is
23  multiple patient reports.
24      And when I -- when I was on that committee
25  that we talked about before, of psychotherapy, people   12:24:52

Page 124

1   in Australia, people in Ireland, people in London, in
2   various parts of the UK and -- let me think where this
3   is a source of -- and the United States have all
4   reported to me the same thing.  Everyone says the same
5   thing, that the parents complained to them about going   12:25:18
6   to specialty care which rapidly confirms the diagnosis
7   and recommends affirmation and tends to make the
8   parents feel like they're -- they're doing a terrible
9   thing by resisting transition.
10  Q   You mentioned --   12:25:39
11  A   So the answer to your question is multiple
12  sources, both directly in my clinical practice, both --
13  what I read about sometimes in these legal proceedings,
14  legal documents and in -- and -- and from my
15  colleagues.   12:26:01
16      I -- I just want you to know that if -- that
17  professionals all claim to do thorough evaluations, but
18  I -- I'm not sure that our definition of thorough
19  evaluation is -- is correct.
20  Q   Have you talked to any gender-affirming   12:26:18
21  professional to learn what their practice actually is?
22  A   Well, I've read Dr. Adkins, for example,
23  reassurance about the thorough evaluations done in her
24  clinic.
25      And -- have I talked to any affirmation --   12:26:40

Page 125

32 (Pages 122 - 125)

Armistead Supp. App. 0625

1  well, I did talk to the Cleveland Clinic people and --
2  who are -- were sharing with me their angst about what
3  they should do with these borderline personality kids,
4  kids who aren't doing well, who don't want to focus on
5  anything but their transgender state. So they consult   12:26:57
6  me about these -- these case-- -- you know, they
7  consulted me about this.
8        So I guess the answer is yes.
9        And if you ask me the number, I would say it's
10  not a large number.  I don't -- and I don't --        12:27:14
11      Q   Sorry, other than Dr. -- other than Dr. Adkins
12  and whoever you talked to at the Cleveland Clinic, have
13  you -- are you -- sorry.
14      You've never talked to Dr. Adkins; correct?
15      A   I've never personally spoken to her, no.    12:27:25
16      Q   So other than the people at the Cleveland
17  Clinic that you referred to, have you spoken to any
18  other gender-affirming professionals about their
19  practices?
20      A   Well, in these various legal matters,       12:27:37
21  oftentimes I'm asked to review case material, and I --
22  and I -- I haven't visibly, virtually, talked to -- the
23  answer to your question is no, but I -- I certainly
24  have seen materials that indicate the -- the quality of
25  the interactions that have been between the affirming   12:28:09

Page 126

1  and the professional and the patient and sometimes the
2  parents.
3      Q   And you mentioned -- you mentioned multiple
4  patient reports, I think, when you were saying what the
5  basis was for your review.                            12:28:24
6      Do you recall that?
7      A   Yes.
8      Q   Are you -- and there, you're talking about the
9  patient would be the -- the parent of the child that's
10  being cared for; right?                               12:28:30
11      A   Yes.  I think if --
12      Q   In other words, you were -- you were not
13  getting complaints from the -- the child or adolescent
14  that was being discussed; you were getting the
15  complaint from the patient parent; is that right?     12:28:45
16      A   Oh, I've heard -- I -- I've heard patients say
17  that they were a little surprised by the rapidity of
18  things, yes.
19      Q   Sorry, one of your child or adolescent --
20      A   So it's --                                   12:28:58
21      Q   -- patients --
22      A   It's not entirely parents, but it's largely
23  parents.
24      Q   And then I've asked you how many parents
25  you've directly heard reports of -- let's just say     12:29:10

Page 127

1  two-hour or less diagnosis and treatment.  How many
2  parents have you heard that from directly?
3        MR. BROOKS:  Objection; asked and answered.
4        THE WITNESS:  I would say 15 sets of parents.
5  And if you allow me to accept the reports of the people   12:29:31
6  on the committee, probably it's over a hundred.  But,
7  you know, as I already answered, I can't really -- I'm
8  just giving you numbers because you're asking for
9  numbers.
10  BY MS. HARTNETT:                                      12:29:54
11      Q   Well, isn't it important to have good data?
12      A   You're right, it is important to have good
13  information.  And data varies in its nature.  And
14  parental reports that are consistent over time, to me,
15  is good data.  That represents good data.  That are   12:30:10
16  good data, rather.
17      Q   Have you ever had a parent report to you a
18  positive experience from an affirming practitioner, as
19  you describe them?
20      A   Ever had a positive experience.             12:30:35
21      Well, last Sunday morning, I gave a talk at a
22  church, and a grandmother told me that her very
23  disturbed granddaughter has transitioned to a -- living
24  as a boy and she's far less disturbed and much happier
25  and she's beginning to restart her life as a student   12:30:50

Page 128

1  now, when she couldn't function as a student before.
2      So if a grandparent -- I mean, it's -- it's --
3  today's Wednesday.  So that was Sunday morning.
4      So I think -- that is not the first time I've
5  ever heard from somebody.  I've also heard from        12:31:05
6  grandmothers who were deeply concerned about their
7  grandchild.
8      And, actually, come to think of it, I had an
9  interview -- yes, I -- I have heard about a -- another
10  trans male teenager who is doing very well now as --   12:31:23
11  and much better than they were doing living as a -- as
12  a distressed female.
13      So I do have positive reports of people doing
14  well.
15      And in -- in my years of taking care of -- of   12:31:39
16  adults, I've seen some people, at least who have came
17  back in follow-up after transition, who seem to be
18  doing very well in life.
19      I'm not saying that -- so I -- you know, I get
20  both sides of the coin here.                          12:32:01
21      Q   You haven't undertaken a scientific sampling,
22  though, to figure out what parents' experiences are
23  with affirming practitioners; correct?
24      A   I -- no, I have no follow-up study on this.  I
25  am like other people who don't have follow-up studies.   12:32:18

Page 129

33 (Pages 126 - 129)

Armistead Supp. App. 0626

1  Q   And it could be that parents that are having
2  negative experiences are the ones that are seeking you
3  out; correct?
4      A   Yes.  There's always a selection by a -- in --
5  in clinics.  When -- when you have data coming from any   12:32:35
6  clinic, one of the methodologic questions is, What is
7  the selection bias?
8          And so I -- I represent a person who has some
9  kind of unknown or known reputation in the community,
10 and so people come to see me because they think I have   12:32:54
11 knowledge or attitude that is consistent with their
12 position.
13         But, you see, in the -- in the fundamentals
14 of -- of the use of statistics and creating scientific
15 methodology, selection bias is a well-known problem,   12:33:12
16 and that's one of the reasons why some studies need
17 to -- that's one of the advantages of having multisite
18 studies and multicultural -- studies from multiple
19 countries, is -- is what we're going to do about
20 selection bias.                              12:33:31
21 Q   I believe earlier you said that your view is
22 that the doctor's role isn't to recommend the treatment
23 for the minors who may be experiencing gender dysphoria
24 but, rather, to provide information to the parents and
25 the children and the parents and the children should   12:33:47

Page 130

1  make the decision; is that fair?
2      A   Yes.  This is the idea that I am trying to
3  educate the world about, that, actually, doctors don't
4  know what the best treatment is for a particular child
5  and that they shouldn't pretend to know because there's   12:34:06
6  no follow-up data that are -- there's no compelling
7  follow-up data.  There's just anecdotal reports like
8  you and I were just discussing.  Or anecdotal reports.
9          And so given the fact that -- that people
10 believe doctors and they believe that doctors know   12:34:24
11 things and that I know doctors don't know things, you
12 see, what I'm saying, what I'm trying to influence the
13 world to think about is that we should make a -- we --
14 we recommend that you go to surgery for appendicitis
15 because we know the consequences of not having surgery.   12:34:44
16 You're going to die from this condition if you don't
17 have surgery, you see.
18         So we -- based on the consequences, we know
19 what is indicated medically to save life or preserve
20 function.                                    12:34:59
21         But in this particular area, the long-term
22 follow-up of children or adolescents or even adults who
23 undergo transition are not known.  And I -- they're
24 not -- they're simply not known.
25         And because we are -- some doctors make   12:35:15

Page 131

1  recommendation to transition a seven-year-old or
2  transition a 14-year-old or remove the breasts of a
3  14-year-old, and I would say that what is the
4  scientific basis of your recommendation to tell
5  parents, who are often trusting of your knowledge base,   12:35:36
6  what is the scientific basis of your recommendation?
7          And I say, given what we know about science,
8  I'm not opposed to transitioning a child or
9  transitioning a teenager or an adult.  What I'm saying,
10 that we should be able to educate, objectively, the   12:35:54
11 parents and the child themselves, you see, so that they
12 know the issues here.
13         And it's their child.  They are legally
14 responsible and they're morally and ethically
15 responsible for the welfare of their child.  And so I   12:36:11
16 think they need to be informed.
17         And -- and what I'm saying is, in the past,
18 doctors have recommended things, and I'm -- so I'm
19 questioning the wisdom of making a strong
20 recommendation because it's based on the allusion that   12:36:25
21 we know what is best for this kid or this adult.  And
22 I'm saying, please, doctors, please be humble about
23 what your knowledge is here.  Please respect the
24 limitations of your knowledge.  That's all I'm saying.
25         So I -- I am objecting.  I'm trying to teach   12:36:47

Page 132

1  the world.  If -- I know that sounds rather grandiose,
2  but I'm trying to teach the world that based on our
3  lack of information about the long-term follow-up, we
4  can give options for the treatment of this condition
5  and that option includes what you would call   12:37:03
6  affirmative care.
7          But we should understand the scientific basis
8  of affirmative care, you see, and we should understand
9  the limitations, and we should understand that even the
10 advocates of -- of gender-conforming surgery have   12:37:17
11 published two papers recently saying that the -- the
12 long-term psychosocial outcomes are not clear, that the
13 benefit of -- of -- of genital surgery or breast
14 surgery, in the long run, is not -- they're not clear.
15         And so people have undergone -- undertaken two   12:37:38
16 studies in the last year or two years to prove that
17 there are benefits.  So why are we, in 2020 (sic),
18 doing studies to prove there are benefits if -- if we
19 already know the answer.
20         We don't know the answer.  And I say because   12:37:56
21 we don't know the answer, there's an ethical
22 responsibility, a professional responsibility, to teach
23 the parents, teach the adult what is known and what is
24 not known.
25         What they decide is their business.  It's   12:38:12

Page 133

34 (Pages 130 - 133)

Armistead Supp. App. 0627

1 their prerog-- it's their prerogative. It's their
2 child. It's their seven-year-old. It's not my
3 seven-year-old. See? It's not your seven-year-old.
4 It's not your 14-year-old. It's theirs. And it's a
5 weighted decision. And the idea that it's not a        12:38:25
6 weighted decision requires you to be an ostrich and
7 bury your head in the sand.
8      Q  Do you think that politicians should be making
9 that decision?
10        MR. BROOKS:  Objection.                        12:38:36
11        THE WITNESS:  Well, I -- I do ask myself the
12 question who should be making decisions about the
13 delivery of medical care, you see. And I do realize
14 that in some circumstances, politicians make decisions
15 that influence medical care and medical treatment.    12:38:55
16        I don't know the answer to that question, but
17 I don't know that doctors per se who are not informed
18 about the -- about the state of science really should
19 be making these decisions with the illusion that they
20 know best. I am not sure politicians know what's best. 12:39:16
21 I mean, when it comes to politicians, you know, we --
22 we all have skepticism.
23        But nowadays, what -- who is making decisions
24 are -- are judges, you see. I don't think juries as
25 much as judges and -- and state legislature and        12:39:35
                                                    Page 134

1 governors are making decisions. I don't like that
2 either.
3        I would prefer that an informed medical
4 professional -- I would -- I would prefer that doctors
5 make these decisions based upon accurate scientific    12:39:54
6 information and not political ideology and not mixing
7 up civil rights concerns with medical decision-making.
8      So I realize we're in a -- this is a morass,
9 and I -- all I -- all -- my point to you today is let's
10 look at the science and let -- let the doctors decide  12:40:21
11 or let the politicians decide, let the governors
12 decide, let the judges decide, but on the basis of
13 science.
14     Q  And are you aware of any scientific study
15 showing that affirmative care practitioners in the     12:40:40
16 United States are providing rapid affirmation, a
17 scientific study, not just anecdotal reports?
18     A  There was a study out of the UK about 20 years
19 ago. I kind of think the author of the study was
20 M-O-L-E. I'm not certain. And they did a follow-up     12:41:10
21 study of people who were given sex reassignment surgery
22 immediately because they asked for it, with -- with
23 very little screening, versus people who were treated
24 as usual, because in that days, people had psychiatric
25 evaluation and psychotherapy, and I think they found in 12:41:33
                                                    Page 135

1 the small numbers of patients that they operated on
2 versus the people who weren't operated on, that there
3 seemed to be -- they seemed to be happier in the short
4 term after surgery than the people who didn't have
5 surgery.                                               12:41:49
6      But you know what I've been saying to you
7 in -- well, maybe I haven't quite said it yet. What
8 I'm saying is, when we come to evaluate the impact of
9 these treatments, we need to agree upon -- we have to
10 have a consensus, and it should be an international    12:42:07
11 consensus, about what is the ideal way to evaluate the
12 effects of these treatments.
13      Should it be, like, at six months, at
14 twelve months, should it be at six -- two years,
15 five years, ten years. And we should agree upon the   12:42:28
16 mecha-- the measurements that we're going to use
17 prior to actually doing the study so that we all agree
18 upon both -- both the strengths and the limitations of
19 the methods.
20      So what I'm --                                   12:42:42
21     Q  Yeah, maybe my question --
22     A  What I'm trying to do is to refine the
23 requirements to answer your question.
24     Q  Thank you. And I think maybe my question may
25 have been unclear.                                    12:42:55
                                                    Page 136

1      What I'm trying to figure out is that you've
2 testified about a perception that there's this
3 widespread practice of providing rapid affirmation
4 service in the U.S.; is that fair?
5      A  Yes, I do have that perception.               12:43:05
6      Q  And what I'm trying to figure out, is there
7 any kind of scientific or other -- otherwise kind of an
8 analysis of a -- of that healthcare market to determine
9 whether in fact that is actually happening or in fact
10 whether these are just anecdotal occurrences that     12:43:22
11 you've learned of?
12     A  There -- your question is one of a series of
13 questions that I would have to answer as far as I know,
14 there are not -- there are not respected scientific
15 methods demonstrating my -- my impression.            12:43:44
16     Q  Thank you. If you could turn to page --
17 paragraph 6 of your -- or it's probably on the same
18 page you have there, but I'm going to just ask a
19 question about paragraph 6 of your declaration -- or
20 your report.                                          12:44:02
21      And you talk about -- you can read the whole
22 thing. I'm not trying to misread it into the record,
23 but I wanted to focus on the sentence that says (as
24 read):
25      I have at one time or another              12:44:13
                                                    Page 137

35 (Pages 134 - 137)

Armistead Supp. App. 0628

1    recommended or prescribed or supported
2    social transition, cross-sex hormones,
3    and surgery for particular patients,
4    but only after extensive diagnostic
5    and psychotherapeutic work."        12:44:26
6        Do you see that?
7    A   I do.
8    Q   Have you ever recommended cross-sex hormones
9    for a minor patient?
10   A   No.                    12:44:37
11   Q   Have you ever prescribed cross-sex hormones
12   for a minor patient?
13   A   Is that a different question than you just
14   asked me?
15   Q   Well, you have recommended or prescribed or   12:44:53
16   supported, and so I could go into asking you what the
17   difference is, but I just figured I'd ask you -- is
18   there a differences between recommended, prescribed and
19   supported?
20   A   Oh, yes.  I feel like my view of my role is to   12:45:08
21   write a letter of recommendation describing the patient
22   in detail, the -- the diagnosis, the patient's
23   sensibilities, whether I think this would be beneficial
24   to the patient at this time in his life.
25       The last person that I wrote, I was doing   12:45:26

Page 138

1    psychotherapy with a young person, starting at age 16,
2    and saw this person over the course of a year and a
3    half.  I promised that if they continued talking to me,
4    at the end of the time, I -- if patient still wanted
5    hormones, I would give hormone- -- I -- I wrote a   12:45:47
6    letter of recommendation.
7        And I did write a letter of recommendation,
8    and the patient did take hormones.  He went off to
9    college, failed miserably at college, transferred
10   college, and I sadly tell you, and I -- I sadly tell   12:46:01
11   you, this person died of a heroin overdose in his dorm
12   room at Ohio State University.
13       And I know from the parents, postmortem, that
14   he acquired a girlfriend, and he then said that it's
15   not so bad -- he's rethinking this matter.  It's not so   12:46:23
16   bad being -- being a male and having sex with someone.
17       But I don't know whether -- I -- his heroin
18   overdose, which was his third heroin overdose, was
19   accidental death or suicide.
20       So I have provided hormones.  I do have that   12:46:40
21   really negative taste in my mouth from that experience.
22   I don't -- I don't -- I don't have remorse about giving
23   hormones to this person because I promised that if --
24   that it is his decision.
25       His parents weren't happy with that decision,   12:47:02

Page 139

1    but they also agreed with the decision.  And now
2    they're, of course, in perpetual mourning for their
3    deceased 18-year-old child.
4        So, yes, listen, I also have given hormones to
5    someone else who is living okay, who is not made any   12:47:20
6    suicide attempts.  But it is, as I described in that
7    paragraph, after I get to know these people.  And to
8    tell you, I -- as best as I can tell, they appreciate
9    that.
10   Q   Thank you.  I'm just -- sorry for the -- for   12:47:35
11   the person that you -- your -- your patient that you
12   mentioned, the -- the 18-year-old, I'm -- I'm sorry to
13   hear about that.
14       Sorry, when was that?  What -- what time
15   period?                   12:47:47
16   A   That was --
17   Q   Datewise.
18   A   -- March 17th, 2021.
19   Q   And did you prescribe the -- or, sorry, write   12:47:58
20   a letter for the hormones before the person was 18 or
21   only once they were 18?
22   A   I think the person turned 18 in August or
23   September, and I think I wrote the letter right near
24   the person's birthday.  Whether it was before or after,
25   I'm not sure.                 12:48:19

Page 140

1    Q   How about social transition, have you ever
2    recommended or prescribed or supported social
3    transition for a minor?
4    A   A minor being someone less than 18?
5    Q   Correct.                 12:48:34
6    A   Have I ever recommended, prescribed -- I have
7    never prescribed.  I have met people who already had
8    social transition, and I had supported them even in the
9    face of their parents' objection.  But I don't think I
10   have ever prescribed social transition to a person.  I   12:49:00
11   cooperate with it.  I recognize that -- I recognize
12   that it is the patient's decision.  And while I may not
13   have thought it was a wise decision to transition or to
14   surreptitiously take hormones, you know, from China or
15   something, I -- I don't interfere with it.  I just talk   12:49:30
16   about it.
17       So -- but if you're really asking have I said,
18   oh, Parents, you should transition your child, I think
19   the answer is no.
20   Q   Yeah.  So I'm trying to -- that's -- thank you   12:49:43
21   for clarifying that.  I -- I'm trying to figure out if
22   you've supported the transition of a -- the social
23   transition of any minor patients.
24   A   Yes.
25       MR. BROOKS:  Objection; vague.         12:49:53

Page 141

36 (Pages 138 - 141)

Armistead Supp. App. 0629

1 BY MS. HARTNETT:
2    Q   When was the last time you supported the
3 social transition of a minor patient?
4    A   Two years ago, I'm guessing.
5    Q   Okay.  Let me -- do you know who B.P.J. --   12:50:08
6 B.P.J. is the plaintiff in this case.
7        Do you know if B.P.J. is a girl or a boy?
8    A   I know nothing about B.P.J.
9    Q   So you've reviewed none of her medical records
10 or anything like that?                     12:50:32
11   A   Yeah, I would presume that this is a trans
12 boy -- a trans girl who was born a -- a boy, but I
13 wouldn't -- I have no certainty.
14   Q   What makes you presume that?
15   A   Well, because trans -- trans girls       12:50:47
16 generally -- I mean -- how should I say it?  Trans
17 girls -- trans adolescent girls generally don't -- wait
18 a -- I'm getting confused here.  Excuse me.
19        I presume that B.P.J. is an -- was born and
20 assigned and is a natal -- was a natal male.   12:51:17
21        But if it's a natal female, I -- I've not
22 heard anything where a natal female becomes a trans boy
23 and wants to compete against boys.  If there is a
24 lawsuit like that, that has been raised, I am unaware
25 of it.                                    12:51:43

Page 142

1        When I read these things in the newspaper,
2 it's -- it's -- they're -- they're always about natal
3 boys who live as trans women or girls and want to
4 compete against women.  So that's why I presume that
5 B.P.J. must be a natal male.              12:52:04
6        But because my role in this case had nothing
7 to do with the athletic side, it's just to -- to
8 provide some basis of -- some background basis on the
9 science of transgender knowledge and the lack of
10 knowledge, I didn't spend time investigating that.  12:52:23
11   Q   Okay.  And are you familiar with the law
12 that's being challenged in this case that's called
13 H.B. 3293?
14   A   No.
15   Q   Could we just turn to page 20 of your   12:52:42
16 declaration, paragraph 50 -- or your -- sorry, I'm
17 saying declaration.  I mean report.
18       MR. BROOKS:  We're getting there.
19       MS. HARTNETT:  No, take your time.  Page 20,
20 paragraph 50.                            12:53:00
21       MR. BROOKS:  Let's see.  This is under -- just
22 simply -- since I can't fit it all on the screen at
23 once, it's under the heading that says, "The
24 affirmation therapy model (model #4)."  And now, under
25 that, I have paragraph 50 showing on the screen.  12:53:14

Page 143

1        MS. HARTNETT:  There is a way to, I believe,
2 make that -- I don't know if he needs that to be that
3 large to read it, but there is -- if you hover over the
4 document, you can zoom in or out.
5        MR. BROOKS:  Perhaps.  But this is, I think,   12:53:31
6 much smaller, and it would be hard to read.
7        THE WITNESS:  I have the entire paragraph 50
8 in front of me.
9 BY MS. HARTNETT:
10   Q   Okay.  Thank you.              12:53:41
11       So I was looking through your report, trying
12 to see if there was a connection to the context here,
13 which is this sport -- whether the plaintiff can play
14 sports, and I'm just looking -- you can look at all of
15 paragraph 50, if you need to, but I'm going to be   12:53:51
16 focused on -- well, feel free to take a look.
17       But you're -- under this part called "the
18 affirmation therapy model."  That's the heading that's
19 above paragraph 50.
20       Do you see that?              12:54:04
21   A   Yes.
22   Q   And you're referring to -- what -- you say
23 that -- you're referring to some advocates and
24 practitioners that go much further.  That's in your
25 second line there.  And then I'm going to just read one  12:54:14

Page 144

1 sentence in the middle of the paragraph.  (As read):
2        "They argue that the child should be
3        comprehensively resocialized in grade
4        school to (sic) their aspired-to
5        gender.  As I understand it, this is   12:54:27
6        asserted as a reason why male students
7        who assert a female gender identity
8        must be permitted to compete in girls'
9        or women's athletic events."
10       Did I read that correctly?       12:54:37
11   A   Yes, you did.
12       MR. BROOKS:  And I will -- well, you can ask a
13 question.  I'm going to ask the witness to read the
14 entire paragraph so we don't lose the --
15       MS. HARTNETT:  He should feel free.  I'm   12:54:50
16 not -- this is not a trick.
17       MR. BROOKS:  Nope.
18 BY MS. HARTNETT:
19   Q   Let me know when you're ready.
20   A   I've read the paragraph.         12:55:22
21   Q   Do you know whether the law being challenged
22 in this case applies to grade school?
23   A   I don't -- I don't know the law being
24 challenged here.
25   Q   So you don't know whether the law at issue   12:55:35

Page 145

37 (Pages 142 - 145)

Armistead Supp. App. 0630

1 requires that transgender youth be comprehensively
2 resocialized; is that fair?
3     MR. BROOKS:  Objection.
4     THE WITNESS:  When I talk about
5 comprehensively resocialized, it was not in      12:55:51
6 relationship to this law; it was in relationship to the
7 American Academy of Pediatrics' recent study, which
8 in 2018, by Rafferty, et al., where it was asserting --
9 they were asserting such things that I'm summarizing
10 here.                          12:56:18
11     And, see, for them, participation in athletics
12 just follows their fundamental assumption that they
13 know what's best for these children even though they
14 have no long-term -- they don't even have adolescent
15 follow-up, let alone adult follow-up.        12:56:35
16     And so I just think that the case of
17 athletics -- the issue of athletics is a secondary
18 derivative issue about the more fundamental matter of
19 when and how, to what extent, and before -- what
20 requirements are necessary before we socialize a child,  12:56:55
21 you see.
22     So if you think about the -- your issue today
23 about athletics, it's what I would call a downstream
24 issue, downstream from the fundamental thing that we
25 were talking about before the last break about what are  12:57:15

Page 146

1 the requirements to ethically enable parents to make
2 this decision without doctors pretending like they know
3 what's best for a seven-year-old or an eight-year-old
4 or a 12-year-old or a 15-year-old, you see.
5     So this is a downstream question about which I  12:57:34
6 feel I have no legitimacy to pretend expertise.
7     So I think every question you ask me about
8 this, I'm going to have to say, listen, this is not
9 my -- this is not my wheelhouse.  This is not my
10 knowledge base.  My knowledge base is about what we  12:57:54
11 were talking about, you know, about the evaluation of
12 children and teens.
13 BY MS. HARTNETT:
14     Q  So here, where you say, "this is asserted as a
15 reason why male students who assert a female gender  12:58:07
16 identity must be permitted to compete in girls' or
17 women's athletic events," when you say -- asserted by
18 whom?  Is it the American Academy of Pediatrics?  Is
19 that who you're referring to there?
20     A  No, I don't think it's entirely that.  I think  12:58:23
21 it has to -- you know, this is a -- this is a big
22 cultural issue in many, many states.  They made -- the
23 NCAA, you know, the high school athletic associations,
24 whatever the names, the acronyms of those
25 organizations, they have made policies based upon  12:58:48

Page 147

1 information that they've gotten from various, quote,
2 expert groups, and -- and there is this -- in education
3 services today, there is this enormous emphasis on
4 diversity and support for all forms of diversity, and
5 so I -- I think the answer is not it's just from the  12:59:12
6 American Academy of Pediatrics.  I think the American
7 Academy of Pediatrics is influenced by these larger
8 social trends that have recognized how much harm we've
9 done to various -- to women, for example, or to African
10 Americans or to Asians, and we are trying, as a  12:59:34
11 society, to make things more open and to -- to
12 represent more people in the public discourse in arts,
13 in music, in the theater and so forth.
14     So there's just a broad, broad cultural trend
15 towards being much more inclusive, you see, and -- and  12:59:52
16 I just thing the trends -- athletic issue must be
17 viewed in terms of the larger social questions that are
18 being answered in a political sense in our culture.
19     MR. BROOKS:  Counsel, when you get to a
20 breaking point, I think it is one o'clock, and it would  01:00:10
21 be a good time to take a lunch break.
22     MS. HARTNETT:  We can break now.  I have a
23 couple more questions on this paragraph, but we can
24 pick it up after lunch.  What would you prefer?
25     MR. BROOKS:  You can finish up the paragraph.  01:00:27

Page 148

1     MS. HARTNETT:  Sure.
2 BY MS. HARTNETT:
3     Q  So -- so is it your view that allowing a
4 transgender youth to participate on the team of
5 their -- the sex that they present as, is that a  01:00:39
6 psychotherapeutic intervention that would dramatically
7 change the outcome for that child?
8     A  I'm not certain.
9     Q  What is your concern -- I'm sorry, please.
10     A  I think if -- I think if a child, let's say a  01:01:02
11 14-year-old, wants to run track or play a sport as a
12 member of a female -- the female side of the sport and
13 if the school or the -- the State or the -- the
14 organization that -- that organizes high school
15 athletics or junior high school athletics says, no, you  01:01:31
16 can't because you were a natal male and you -- trans is
17 not accepted as -- for athletic purposes, I think that
18 person would be disappointed.  I think that would be
19 disappointed.  And disappointment may look like
20 depression.  It may increase the person's anxiety for a  01:01:52
21 while.  But like many, all of us get disappointed in
22 life, and, you know, we deal with it.  And sometimes we
23 grow from our disappointment.
24     So I would think they would be disappointed.
25 Whether that is to be considered harm, you see, I don't  01:02:12

Page 149

38 (Pages 146 - 149)

Armistead Supp. App. 0631

1  think we would -- we should, just on the basis of
2  disappointment, refer to that as harm.  Harm is a
3  different concept, you see.
4      And -- so I guess the answer to your question
5  is I'm not sure.                          01:02:32
6    Q  But do you think that permitting them to play
7  with -- in that example, allowing the 14-year-old
8  person that identifies and is a girl to play with the
9  girl team, do you believe that that would make them
10 more likely to continue to identify as transgender when  01:02:50
11 they otherwise would not?
12      MR. BROOKS:  Objection; ambiguous.
13      THE WITNESS:  They would otherwise continue --
14 you -- you mean -- if I understand --
15 BY MS. HARTNETT:                          01:03:05
16   Q  I'm sorry, I'll ask a better questions.
17      I'm just trying to figure out if your opinion
18 is that allowing transgender, let's just say,
19 adolescents to play on sports teams that match their
20 gender identity will cause them to continue to identify  01:03:15
21 as transgender when they otherwise would not.
22   A  I have no idea the answer to that question.  I
23 would imagine that they would continue to identify as a
24 trans female, but I don't know what would happen to
25 their identity if they didn't.  That was the other side  01:03:40

Page 150

1  of your question, the last part of your questions.
2      So I guess I can answer part of the question.
3      It would be my opinion, if we allowed a child
4  who currently identifies as a trans girl to participate
5  in a girl's athletic -- organized athletics, that that  01:03:57
6  would do nothing -- that would -- that would reinforce
7  the idea that she continues -- that she is a trans
8  girl.  Not that she is a girl, but that she's a trans
9  girl.  That's -- I think that would be my opinion.
10     About the other aspect to your question, I     01:04:20
11 don't know the answer.
12   Q  But is your opinion that there's a -- is that
13 a -- in your opinion, is there something wrong with
14 reinforcing the girl being on -- sorry -- the girl's
15 gender identity of being on the team?           01:04:33
16     Like, do you have a problem with that, or are
17 you okay with the 14-year-old girl playing on the --
18 transgender girl playing on the girls' team if the
19 rules allow it?
20     MR. BROOKS:  Objection; vague, compound.      01:04:42
21     THE WITNESS:  If you -- if you look narrowly
22 at the individual girl, we get one set of
23 considerations.
24     If we look at fairness, if we look at the
25 perspective of the other girls, the natal girls who are  01:05:07

Page 151

1  participating, we get another perspective.
2      If we look at the parents' perspective of the
3  very talented athletes who are natal girls who may be
4  defeated by these trans girls, we get yet a third or
5  fourth perspective.                        01:05:31
6  BY MS. HARTNETT:
7    Q  Well, that's not your area of expertise;
8  correct?
9    A  But you -- you just anticipated what I was
10 going to say.  I mean, you're asking me opinions that I  01:05:39
11 have no legitimate expertise to answer.  I -- I'm
12 just -- I'm separating the perspectives for you.  And I
13 say your -- your question is not as simple as it
14 sounded because there are these other perspectives to
15 be considered which people other than me are going to   01:05:57
16 consider.
17     There is -- shall I repeat?
18     There is the child --
19   Q  No, I don't think so.  I don't think you
20 should repeat.  But what I do -- would like would be    01:06:08
21 before we have lunch, just an answer, which is do you
22 object --
23     MS. HARTNETT:  Can you -- can the reporter
24 read back my last question, please.
25     THE REPORTER:  Yes.                    01:06:15

Page 152

1      (Record read.)
2      MR. BROOKS:  Objection; compound, form of the
3  question, vague.
4      You can answer, if you are able and know what
5  the question is.                          01:07:02
6      MS. HARTNETT:  That's -- enough coaching.
7      THE WITNESS:  Pardon me?  I didn't hear what
8  you just said.
9  BY MS. HARTNETT:
10   Q  I was telling your counsel to please stop     01:07:07
11 coaching you.  And I can ask a better question.
12   A  Oh.
13   Q  Is it your perspective that allowing a
14 transgender girl to participate on a girl team,
15 consistent with her gender identity, is harmful to the  01:07:18
16 transgender girl?
17   A  No, I don't think it's harmful in the short
18 run to the transgender girl.  In the long run, if the
19 transgender girl detransitions, say, in five years, I
20 wonder what he will now think about what happened five  01:07:36
21 years before when she was competing against girls as a
22 girl.
23     But in the -- I presume your question is in
24 the short term, you see?  And I guess in the short
25 term, I don't think it would harm the child to the      01:07:58

Page 153

39 (Pages 150 - 153)

Armistead Supp. App. 0632

1 extent that it reinforces their current identity.
2        But as you may or may not know, gender
3 identity can evolve over time.  And so when people
4 detransition and return to presenting themselves as a
5 boy and thinking of themselves as a boy, they then have   01:08:20
6 to -- they then have to consider what happened when
7 they were -- when they were presenting themselves as a
8 girl and believing that they were a girl.  They no
9 longer believe that they're a girl, but they did back
10 then, you see?                                  01:08:39
11        So I don't know, I don't think anybody knows,
12 what implications, what harm, might come from their --
13 what retrospective view of the harm that -- that they
14 cause themselves by presenting -- by competing against
15 girls.  So --                                   01:08:58
16    Q  Does anybody know the implications of the
17 disappointment that the transgender girl might
18 experience from exclusion, or is it similarly
19 indeterminant?
20        MR. BROOKS:  Objection.                 01:09:09
21        THE WITNESS:  Well, I -- I think I've already
22 answered the question, that disappointment -- I would
23 expect it if a -- if the girl -- the trans girl wanted
24 to participate and was prohibited by some larger force
25 from participating, they would be disappointed, and it   01:09:24

Page 154

1 may have -- it may have -- it -- and I couldn't predict
2 the outcome of the disappointment, whether it would
3 precipitate depression or whether it would precipitate
4 giving up their trans identity, as being unrealistic,
5 that other people are saying I am very unrealistic   01:09:47
6 and -- and this is unfair and I'm asking for an unfair
7 advantage.
8        So, you know, I can't -- I don't -- these are
9 not areas that I -- that anyone has had any experience
10 with, you see.  And -- and I -- it's hard for me to   01:10:01
11 give you a simple answer.
12        It feels to me, Ms. Hartnett, that you are
13 trying to get me to answer a question in a certain way,
14 and I'm just trying to say I think it's more
15 complicated.  And I think you're asking me to give an   01:10:16
16 opinion about which I don't have adequate knowledge,
17 and I don't -- that's all.  Period.
18        Lunch.
19        MS. HARTNETT:  Let's go to lunch.
20        THE VIDEOGRAPHER:  We are off the record at   01:10:35
21 1:11 p.m.
22        (Lunch recess.)
23        THE VIDEOGRAPHER:  We are on the record at
24 2:11 p.m.
25        MS. HARTNETT:  Thank you.                02:11:22

Page 155

1 BY MS. HARTNETT:
2    Q  Welcome back, Dr. Levine.
3        I think before the break, we had -- I'm not
4 sure what page you have up, but I -- I'm at
5 paragraph 50 of the declaration.               02:11:31
6    A  So are -- so am I.
7    Q  Okay.  Let's -- I was trying to -- and the
8 reason why we were talking about that is there was a
9 mention of athletic events there, and the other mention
10 of athletic events in your declaration is at      02:11:43
11 paragraph 130.  So if you could go to 130, I'll have a
12 question about that.
13        Let me know went you get to 130, please.
14        MR BROOKS:  We are at 130, which fits on the
15 screen.                                         02:12:14
16 BY MS. HARTNETT:
17    Q  Great.  So here in this paragraph, you say, in
18 the third sentence, the following (as read):
19        "It is evident from the scientific
20        literature that engaging in therapy      02:12:26
21        that encourages social transition
22        before or during puberty——which would
23        include participation on athletic
24        teams designated for the opposite
25        sex——is a psychotherapeutic             02:12:37

Page 156

1        intervention that dramatically changes
2        outcomes."
3    Q  Do you see that?
4    A  I do.
5    Q  And you don't know if H.B. 3293 applies to      02:12:46
6 prepubertal kids; right?
7    A  I'm sorry, would you repeat that question.
8    Q  You don't know if H.B. 3293 applies to
9 prepubertal kids?
10    A  I already testified that I don't know the      02:13:03
11 content of the deal.
12    Q  So is it your opinion that allowing
13 transgender children and adolescents to play on sports
14 teams will continue -- will cause them to continue to
15 identify as transgender?                        02:13:21
16    A  I think it -- well -- well, you know, my
17 hesitance is because you used the word "cause."
18    Q  I'm just trying to --
19    A  A child --
20        (Simultaneous speaking.)                 02:14:10
21 BY MS. HARTNETT:
22    Q  Oh, sorry, go ahead.
23    A  That's why I have taken so long.  I'm -- I'm
24 thinking about the word "cause" and its implications in
25 my mind.  I -- I do think that various aspects of   02:14:20

Page 157

40 (Pages 154 - 157)

Armistead Supp. App. 0633

1 social transition tend to continue the child on a life
2 course consistent with trans life, whether or not
3 they're aware of the risk that they're entailing or
4 not.
5     I think that's as close to an answer I can    02:14:45
6 give you.
7     Q  Are you aware of any research indicating that
8 by preventing children from playing on sports teams
9 consistent with their gender identity that will prevent
10 them from continuing to identify as transgender going    02:14:59
11 forward?
12     A  I'm not aware of research literature about
13 athletic teams and its impact, positive or negative, at
14 all.  I'm totally unaware.
15     Q  Okay.  Do you think that by excluding    02:15:14
16 transgender girls from playing on the girls' team the
17 law that's being challenged in this case stigmatizes
18 transgender girls?
19     MR. BROOKS:  Objection.
20     THE WITNESS:  I think it may disappoint    02:15:48
21 transgender girls.  Stigma has another concept.  You
22 know, it has to do with social things.
23     I -- I think a reasonable mental health
24 professional could assume that if a child wanted
25 something and was prohibited from it, they would be    02:16:03

Page 158

1 disappointed, at least initially.
2     Other than that, I -- I don't care to comment.
3 BY MS. HARTNETT:
4     Q  Well, say a child wants a cookie and they
5 aren't allowed to have it.  That's disappointing;    02:16:23
6 right?
7     A  Yes.
8     Q  Is the disappointment that a transgender child
9 would have from being excluded from a sports team
10 consistent with their gender identity essentially that,    02:16:31
11 equivalent of the cookie denial?
12     MR. BROOKS:  Objection; calls for speculation.
13     THE WITNESS:  I don't know if you even put my
14 smile into the text.
15     Obviously, you know, there -- there are    02:16:57
16 degrees of disappointment in the universe.  And to
17 equate that with a cookie, I don't know.  I prefer not
18 to even answer that question.
19 BY MS. HARTNETT:
20     Q  Well, your -- your point of view is that    02:17:10
21 people that experience being transgender also generally
22 experience a wide range of other distressing feelings
23 and conditions; correct?
24     A  My point of view is what?
25     Q  That people who are transgender also    02:17:27

Page 159

1 experience a wide range of other concerns and -- and
2 issues; correct?
3     A  Yes, I think -- yes.
4     Q  That they're subject to serious mental health
5 issues, that's your point of view; correct?    02:17:47
6     A  I think they're apt to encounter a number of
7 frustrations in their future lives that could add to
8 their social anxiety, their sense of pervasive sadness
9 and it lead to solving the problem in ineffective ways,
10 like substance abuse.    02:18:13
11     So, yes, I do think that being transgender,
12 for -- for many, many people, poses adaptive challenges
13 in the present and in the future.
14     Q  How do you know that that's based on being
15 transgender as opposed to how the transgender people    02:18:34
16 are being treated, or do you not distinguish between
17 the two?
18     A  Because -- because some of the -- in children,
19 some of the psychiatric problems that they have are --
20 occur well before there's any awareness of the society.    02:18:54
21 And in every cross-sectional study of adults
22 in the transgender community have shown that the --
23 that they're a vulnerable population and they're
24 vulnerable to many psychiatric difficulties, and the
25 common explanation for that, among trans advocates, is    02:19:19

Page 160

1 that it's entirely due to social discrimination whereas
2 I think if you look at the premorbid and the
3 accompanying psychiatric difficulties of many trans
4 people, these -- these -- the social discrimination has
5 only added to the -- the internalized conflicts about    02:19:37
6 what they're doing.
7     So I think it's far more complicated than it's
8 merely a result of stigma, so to speak.
9 "Discrimination" would be a better word, I guess.
10     Q  Yeah, I'm -- thank you.  And I'm trying to    02:19:54
11 reconcile that view with the notion that excluding a
12 transgender youth who, in your view, might be subject
13 to these various preexisting psychological problems,
14 why -- where you're having -- where -- what is the
15 basis for you believing it would just be a simple    02:20:09
16 source of disappointment for the trans youth to be
17 excluded from a team, consistent with their gender
18 identity, as opposed to a more severe harm?
19     MR. BROOKS:  Objection.
20     THE WITNESS:  Number one, I don't think    02:20:22
21 there's any research in this area.  So whatever --
22 whatever you would like to conclude, I think there's no
23 basis for it.
24     I'm just trying to understand, based on my
25 knowledge of human beings, that for one person, it    02:20:37

Page 161

41 (Pages 158 - 161)

1 would be a major disappointment and it might lead to
2 harm for that person, and for another person, it might
3 be a major disappointment that leads to no harm, and
4 for another person, it might be, oh, well, so what, and
5 it's not a big -- not a big deal.            02:20:52
6        Every study of human beings shows the variety
7 of human beings.  And we can't predict that if you
8 exclude a child from anything on the basis of their
9 gender identity, that it's going to cause --
10 automatically, you can guarantee it will cause harm.   02:21:12
11 There's just no reason to think that.
12        It doesn't mean there isn't a child who might
13 not be harmed, but it doesn't mean that all the
14 children will be harmed, and it doesn't mean that the
15 harm will follow in the same manifestation.     02:21:27
16        Human beings have a variety of responses to
17 everything.
18 BY MS. HARTNETT:
19    Q  So is your view for the trans girls that would
20 be excluded under a policy of not allowing them to play  02:21:43
21 on the team consistent with their gender identity, that
22 they should just toughen up and stomach the
23 disappointment?
24        MR. BROOKS:  Objection.
25        THE WITNESS:  You're putting words in my      02:21:55
                                                      Page 162

1 mouth.  That's not my view.  That's not how I was --
2 that's not how I have spoken about it.  You're
3 summarizing it in a very negative way for me.  I don't
4 accept your language.  It's not me.
5 BY MS. HARTNETT:                              02:22:09
6    Q  Okay.  You don't have to.
7        How would you put it?
8    A  I already put it.
9        MR. BROOKS:  Objection.
10 BY MS. HARTNETT:                             02:22:15
11    Q  You mentioned before the break that you also,
12 in your view, had to look at the potential harms or the
13 effects on the other people at issue, and I think you
14 mentioned the other girls on the team; is -- did I hear
15 you right?                                   02:22:26
16    A  I think I did mention that.
17    Q  Are you giving an expert opinion in this case
18 about the harm to girls on a team where they would have
19 to include a transgender girl?
20    A  I don't know how many times, Ms. Hartnett, I    02:22:41
21 have to tell you that I don't consider myself having an
22 expert opinion on this subject.  I have stated what I
23 stated, but I don't -- I don't -- I don't feel like I
24 represent an expert.
25        And so the answer to your question is, no, I   02:22:59
                                                      Page 163

1 don't have an expert opinion on that.
2    Q  Thank you.  I have a few questions about your
3 expert report.  I'm just going to go back to the
4 beginning and go through sequentially, and I'll --
5 please feel free to read the paragraphs I cite to you   02:23:16
6 while I'm asking you questions.
7        My first one is going to be back on
8 paragraph 5, page 2.
9        MR. BROOKS:  Getting there.
10        Paragraph 5 is on the screen.           02:23:36
11        MS. HARTNETT:  Yeah, we were there before.
12 BY MS. HARTNETT:
13    Q  I just had a question about -- so I was
14 comparing this report to the declaration that was
15 submitted at the beginning of the case.  That was the   02:23:47
16 one from the Washington State declaration that had been
17 attached to an earlier motion in the case.  And that's
18 something I introduced as Exhibit 86.  So if you need
19 to refer to it, feel free.
20        But I will just represent to you that in the   02:24:02
21 version of paragraph 5 that was in your earlier
22 declaration, you had certain language that's no longer
23 in this report.  I'll read it to you and then -- just
24 curious as to why you removed it.
25        You -- this is the declaration that you signed  02:24:15
                                                      Page 164

1 in May of 2021.  (As read):
2        "As the incidence of gender dysphoria
3        has increased among children and youth
4        in recent years, larger numbers of
5        minors presenting with actual or        02:24:29
6        potential gender dysphoria have
7        presented to our clinic.
8        I currently am providing psychotherapy
9        for several minors in this area.  I
10        also counsel distressed parents of      02:24:41
11        these teens."
12        Do you know why you removed that language from
13 your -- this report?
14        MR. BROOKS:  And, counsel, are -- asking that
15 question, are you representing that that or similar      02:24:54
16 language doesn't appear somewhere else in the report?
17        MS. HARTNETT:  I was unable to find that
18 language in this report.  It was in paragraph 4 of the
19 PI declaration, which is now paragraph 5 of this
20 report, and I was not able to find that language.      02:25:09
21        THE WITNESS:  I would imagine the answer to
22 the question is I didn't think it was relevant to this
23 particular document.
24        Please understand, in preparing this document,
25 I did not read the -- Exhibit 86.              02:25:29
                                                      Page 165

42 (Pages 162 - 165)

Armistead Supp. App. 0635

1 BY MS. HARTNETT:
2    Q  Is it true that larger numbers of minors have
3 been presenting with actual or potential gender
4 dysphoria to your clinic?
5    A  No.  It's true that across the world larger    02:25:46
6 numbers of minors are requesting services for gender.
7 That's an epidemiologic phenomenon that exists on four
8 continents.
9    Q  Is it true that you are currently providing
10 psychotherapy for several minors in this area?    02:26:07
11   A  Yes.
12   Q  How many?
13   A  It depends on what era you're -- what month,
14 what week, what -- what year you're talking about.  If
15 you're talking about within the last year, I would say    02:26:22
16 probably four or five kids.
17   Q  Can you give me the ages of those kids?
18   A  Probably from 14 to 17.
19   Q  And how many of those have you seen more than
20 one time?    02:26:41
21   A  Each of them.
22      You should -- well, okay.
23      Oh, one of them I've seen once, I'm sorry.
24 I -- let me correct that.
25   Q  For the other four, do you see them on a    02:27:01

Page 166

1 monthly basis?
2    A  No.  I -- I tend to see them more often.
3    Q  Are there any of those patients that you have
4 seen on a monthly or less basis, other than the one you
5 only saw once?    02:27:21
6    A  Well, I hear from patients I see in the past
7 periodically, sometimes.  I hear from their parents.  I
8 sometimes hear from them.  But it's -- it's not
9 anything regular.
10   Q  Yeah, I'm -- thank you.  I'm just trying to    02:27:45
11 understand.  There was a statement made in your
12 May 2021 declaration that you were currently providing
13 psychotherapy for several minors in this area, and I'm
14 just trying to figure out, is that actually true today?
15   A  No, it's not true today to the same extent    02:27:59
16 that it was when I wrote the original -- the Tingley
17 declaration.
18   Q  Thank you.  Moving down in here, you have on
19 page -- paragraph 7 and paragraph 8, you identify a
20 couple of cases where you previously provided    02:28:15
21 testimony.
22   A  Yes.
23   Q  There's the -- the case in the Eastern
24 District of Massachusetts, in the First Circuit, that
25 you refer to in paragraph 7.    02:28:29

Page 167

1    Do you see that?
2    A  Yes.
3    Q  And then there's the Younger litigation in
4 paragraph 8.
5    Do you see that?    02:28:37
6    A  Yes.
7    Q  And you do cross-reference your CV list and
8 then the Tavistock case.
9    Do you see that?
10   A  Yes.    02:28:47
11   Q  Why did you choose to highlight the
12 Massachusetts and the Younger case here?
13   A  Well, the Massachusetts case, under
14 Judge Wolf, Judge Wolf asked me to be a judge's
15 witness.  That was the beginning of my legal    02:29:10
16 involvement in that whole area of transgenderism.  So I
17 think that that's noteworthy.  It's also noteworthy
18 because that became -- among the DOC attorneys across
19 the nation, that's a very landmark case, and it's often
20 quoted in various other legal matters.    02:29:29
21      So it seemed to me that you ought to know that
22 I began in that area in 2006 with Dr. -- with
23 Judge Avery.
24      And what was the second part of your question?
25   Q  Oh, the Younger case and why you included that    02:29:49

Page 168

1 here.
2    A  I included that because that was my entry case
3 into transgender children and the -- when parents don't
4 agree on the treatment of their trans child and -- and
5 courts are involved and -- I mean, that is not just    02:30:10
6 happening in the Younger case.  That's happening in
7 other jurisdictions as well.  And so I --
8    Q  In the Younger -- oh, sorry.
9    A  That that's the kind of thing you wanted to
10 know.  That is a credential, in a sense.  Or I thought    02:30:26
11 that you would like to read that case, if you could.
12   Q  Are you aware the jury rejected the father's
13 claim in the Younger case and awarded the
14 decision-making to the mother?
15      MR. BROOKS:  Objection; mischaracterizes the    02:30:43
16 record.
17      THE WITNESS:  One of my complaints about my
18 participation is I -- I often am not informed about the
19 outcome and the progress of the cases that I've
20 testified in.    02:30:55
21      I did -- I did hear something like you --
22 what -- what you said, but it seems to me that it was a
23 more complicated decision than you summarized.
24 BY MS. HARTNETT:
25   Q  Are you aware that -- of the more recent    02:31:14

Page 169

43 (Pages 166 - 169)

Armistead Supp. App. 0636

litigation in Texas regarding a directive from the attorney general about the investigation of the -- sorry -- by the directive of state officials to investigate those providing transgender care for child abuse? Does that ring a bell? 02:31:30

MR. TRYON: Objection.

THE WITNESS: I only know about that because I read it in the papers. I have not --

BY MS. HARTNETT:

Q Okay. That's what I was going to ask you. 02:31:40

Were you involved in that? Were you asked to provide an expert opinion in that case?

A Never.

Q Is there a reason why you didn't include the Nosewor- -- Norsworthy case when you were summarizing 02:31:50 your background here in paragraph 7 and 8?

A The Noseworthy case is one of, I don't know, seven or eight cases. I -- if you look at my CV, I'm sure it's listed in my CV.

This is a prisoner case. I didn't think it 02:32:22 had to do with -- it just didn't seem it had to do with athletics and -- and teenagers.

Q Are you aware that your testimony was partially excluded in a case called Claire in Florida that was about the -- it was precluded with respect to 02:32:40

Page 170

the testimony about the motivations that plaintiffs had for seeking gender confirmation surgery.

A I was not --

MR. BROOKS: Objection.

THE WITNESS: I was not aware. 02:32:51

BY MS. HARTNETT:

Q Just flashing forward to paragraph 13 here. This is a paragraph where you're discussing, in part, Dr. Adkins' declaration. And my first question is, at the end of this paragraph, you talk about a life course 02:33:15 perspective?

A Yes.

Q I'm just curious if that's a term that you coined or that's from somewhere else in the literature.

A If I took credit for coining that term, I 02:33:36 think it would be -- I didn't -- I didn't coin the term "life perspective."

I'm a -- I'm a psychiatrist, and I see people throughout the life cycle, and so I am constantly confronted with the consequences of early life 02:33:54 decisions and of behavioral patterns.

I have a natural life perspective on matters. I certainly didn't -- I don't believe I coined the term.

Q Well, I ask because it's in quotes, and so I'm 02:34:10

Page 171

just wondering if it's something that you refer to your method as the life course perspective or if that's a method I could look to in the literature somewhere.

A I think it's in quotes -- I think it's in quotes because I wanted to emphasize the perspective 02:34:25 that this whole question about how to take care of trans youth needs to be understood, not does it make them happy in the current life, but what will it do to the whole course of their life.

And so by putting it into italics (sic), I -- 02:34:46 I -- perhaps -- perhaps I shouldn't have done that, but I was just trying to bring the reader's attention to the perspective here that the decisions that are made in teenage years, for example, or in their 20s or in their 30s have implications, serious implications, for 02:35:08 10 years, 20 years, 30 years down the pike.

And as an adult psychiatrist who deals with people, you know, from 96 down, I certainly see the impact of previous life decisions on their current suffering. 02:35:32

And so that's all it refers to, that -- and I do believe that if you spend your time in pediatrics, you probably don't have as -- as sharp a focus on the life perspective that an adult person -- adult -- a per- -- specializes in adults or who has a lot of 02:35:50

Page 172

experience with adults have. That's all I'm trying to say.

Q Is it your view that Dr. Adkins' approach is to make the young person happy as opposed to creating a happy, high-functional, mentally healthy person for the 02:36:06 next 50 to 70 years of life?

A I believe that Dr. Adkins has hope that she is going to create a happy, functional human being for the next 70 years of life, but I do believe she's influenced, primarily, on making her child -- her 02:36:20 current patients happy.

The question is does Dr. Adkins have any evidence whatsoever that the decisions that she has been making with teenagers and younger children, does -- does she know that creates happiness in ten 02:36:38 years or in five years. And certainly, I don't think she knows what happens in 30 years.

But I think as a society, you and I as representatives of society, can recog- -- recognize the relevance of the question. 02:36:56

We want to separate, at all times, physicians' beliefs from the evidence that supports those beliefs.

Q What's the basis for your notion that Dr. Adkins lacks an understanding of how to create a happy, highly functional, mentally healthy person for 02:37:15

Page 173

Armistead Supp. App. 0637

1  the next 50 to 70 years of life?
2      A   Because she's a pediatric endocrinologist.
3  Because she's a busy person dealing with young people.
4  Because she doesn't follow-up her patients, I'm sure,
5  for 30 years.                              02:37:31
6      Q   Do you follow-up your patients for 30 years?
7      A   Some of them, yes.  You know I published a
8  paper about a 30-year follow-up of a trans person.
9  Maybe you don't know.  I published a paper about
10 returning to the male gender role after 30 years.    02:37:48
11         Now, I can't say that I have, you know, 20
12 patients I've followed for 30 years, but I -- I have
13 certainly written about that case, and in -- in writing
14 about that case, I have raised certain issues that are
15 germane to your questioning right now.  That is, a life  02:38:05
16 perspective, a life course perspective is something
17 that's reasonable and that an educa--- a physician
18 needs to be thinking about the long-term outcome of
19 what is being done today.
20     Q   What is the basis for you -- but you're --    02:38:24
21 sorry, I think you've already stated it, but I -- is
22 there any other reason you have to believe that
23 Dr. Adkins is not informing herself about the
24 consequences of her actions on her patients 30 --
25 30 years from today?                        02:38:39

Page 174

1      A   Only that she could not know what happens.
2  She hasn't been practicing 30 years, I don't believe.
3  And I don't believe she is in a position, considering
4  the work that she does, to have systematic follow-up,
5  even for shorter periods of times, on her patients.    02:38:54
6         If, for example, she has systematic follow-up
7  on 80 percent of the patients she's ever given a
8  hormone treatment for, that should be in the
9  literature.  And she knows, she should know, given
10 the -- the -- what's absent from the literature, how    02:39:15
11 welcome such a study would be, such a report would be.
12 But as far as I know, she hasn't published that
13 information.
14     Q   So your testimony is that you're basing your
15 assumption that Dr. Adkins doesn't conduct systematic    02:39:28
16 follow-up on her failure to publish a study showing her
17 systematic follow-up?
18     A   I'm sorry, you'll have to repeat that.  Too
19 many similar phrases.
20         MS. HARTNETT:  Can the -- well, I'll try.    02:39:42
21 BY MS. HARTNETT:
22     Q   Is the basis for your assumption that
23 Dr. Adkins doesn't engage in systematic follow-up of
24 her patients her failure to publish research indicating
25 her systematic follow-up?                   02:39:52

Page 175

1      A   No.  I am sure Dr. Adkins follows her
2  patients, but she's a pediatrician, basically, and
3  usually, and I can't be certain about this, that at 18,
4  pediatrics pump the kids over to adult
5  endocrinologists.                          02:40:23
6         And so I think just in the nature of being a
7  pediatric endocrinologist, although she may see some
8  kids into their 20s, I would imagine that the usual
9  trend in pediatrics is to hand kids off, when they're
10 18, to other practitioners; and, therefore, she    02:40:37
11 probably has limited systematic follow-up after 18.
12         And if you extend that by years, like five
13 years and ten years and so forth, I would imagine that
14 she may have a case or two that she follows or knows
15 about, but it would not be anything like systematic.    02:40:55
16         So the answer to your question is the basis --
17 did she not publish, and that's the basis.  I'm giving
18 you an additional basis.
19     Q   Thank you.  You mentioned one patient you had
20 followed up over the course of 30 years, and I think    02:41:10
21 said something like maybe 20 or -- how many patients,
22 overall, do you feel like -- do -- do you believe that
23 you followed up with over a period of decades in your
24 practice?
25     A   Very -- very few.  Because I exist in America,  02:41:26

Page 176

1  and in America, we have no means of guaran- -- of -- of
2  insisting on follow-up.
3         And on -- in -- another reason why is that
4  when people transition, they -- they want to get rid of
5  their professionals who dealt with them, and they don't  02:41:47
6  naturally come back.
7         In fact, all attempts at follow-up, not just
8  in my clinic, but elsewhere, we -- we reach -- we reach
9  very few people.
10        For example, in a 2002 study of everyone who    02:42:02
11 had sex reassignment surgery by one surgeon, only
12 30 percent of the people who ever had surgery by this
13 one surgeon actually were available for follow-up.
14        And all follow-up studies -- very few
15 follow-up studies can have a hundred percent of the    02:42:22
16 data of all the patients.
17        Follow-up is a problem.  It's a much better
18 problem -- it's solved much better in Scandinavia than
19 it is in the United States.  The United States have 50
20 states.  They have different rules.  Nobody -- I don't    02:42:39
21 think we -- we don't publish follow-up studies in the
22 United States very often.
23     Q   What do you do to try to follow up with your
24 patients?
25        MR. TRYON:  I think we have a connection    02:43:08

Page 177

45 (Pages 174 - 177)

Armistead Supp. App. 0638

1 problem.

2      MS. HARTNETT:  Is that me?  It could be me.

3      THE VIDEOGRAPHER:  We're just going to pause

4 and see if he -- there he is.  He's back.

5      MR. TRYON:  There -- he came back.      02:43:15

6 BY MS. HARTNETT:

7   Q   Sorry, I think you froze.

8      Did you hear my question?

9      MR. BROOKS:  No, I think we don't -- we did

10 not hear a pending question in this room.      02:43:32

11      Can you hear us now?

12      MS. HARTNETT:  Okay.  Sorry.  The video froze

13 from your end.

14      MR. BROOKS:  We -- we see --

15 BY MS. HARTNETT:      02:43:40

16   Q   My question was, what do you do to follow up

17 with your patients?

18   A   I ask them to follow up with me after their

19 surgery, for example, or after their consultation with

20 another person, another professional, and they actually  02:43:54

21 rarely do.

22   Q   Do you try to find them if they don't come

23 back to you --

24   A   Yes.

25   Q   -- afterwards?      02:44:07

Page 178

1   A   Yes.

2   Q   How?

3   A   I write them notes.  I write them a letter.

4 Sometimes I write them a cute little postcard reminding

5 them of who I am.  But they know what I mean.      02:44:15

6   Q   If you have such limited follow-up with your

7 own patients, how do you know your method has -- what

8 the effect of your method is on people 30 years later?

9   A   I don't know.  And I -- I am like other people

10 in this field.  I don't know the 30-year implication of  02:44:47

11 what we're doing.  I don't know the 20-year implication

12 of what we're doing.  I'm just raising the question,

13 shouldn't we be concerned about a life course

14 perspective.

15      I don't know and the people who are advocates  02:45:05

16 don't know, you see.  I don't know how they can be so

17 sure that they're going to create a happy life.

18   Q   So for all you know, your method could

19 actually be harming your patients more than the other

20 methods; is that fair?      02:45:24

21   A   You mean in the long run I may be harming them

22 by talking with them, say, for six months about their

23 decision, what -- what they should go -- what -- what

24 they want to do?

25      I can't imagine that -- that my      02:45:48

Page 179

1 psychotherapeutic -- my relationship with them that is

2 helping them to consider their thoughts, their feelings

3 and their futures is -- is harming them and in 30 years

4 they're going to have some terrible result of my

5 intervention, you see.      02:46:07

6      What you're trying to contrast is talking to a

7 person, say, for six months, every -- twice, three

8 times a month for six months with socializing them in a

9 new gender or supporting, giving them hormones and --

10 and saying yes to genital surgery or mastectomy or      02:46:24

11 sterilizing procedures, you see.

12      You're comparing Dr. Levine or

13 psychotherapeutic talking, conversation, extended

14 evaluation, with major biologically sterilizing,

15 sexually dysfunction in causing interventions.      02:46:44

16      I really think -- we're not talking about

17 apples and oranges here.  I think we're talking about

18 apples and zebras.

19   Q   Your report discusses four competing models of

20 therapy; correct?      02:47:13

21   A   Correct.

22   Q   So you have the apple, the zebra and two other

23 things in that; correct?

24      MR. BROOKS:  Objection.

25      THE WITNESS:  No.      02:47:20

Page 180

1 BY MS. HARTNETT:

2   Q   The four competing models are watchful

3 waiting, sub 1; sub 2, psychotherapy; and the

4 affirmation model.

5      That's what you've set forth; correct?      02:47:30

6   A   That's right.

7   Q   And I'm asking you whether, for all you know,

8 the psychotherapy model may be creating more harm for

9 people than the affirmation theory model.  You just

10 don't know?      02:47:46

11   A   I think I've already testified that it's hard

12 for me to even conceptualize that I'm causing harm.

13 Sometimes I'm causing frustration because "I want

14 hormones now" and you're 14, and I'm sorry, we have --

15 I want to talk about this.      02:48:14

16      But I don't really think that's harm in the

17 way that when I look at the cross-sectional data on

18 adults who have transitioned and -- and the

19 comorbidities that they have, I consider those to be

20 manifestations of harm, you see.      02:48:32

21      I don't really think that talking briefly

22 and -- and honestly and examining things is -- is a

23 source of harm.

24      It is --

25   Q   But your -- your practice isn't to talk      02:48:46

Page 181

46 (Pages 178 - 181)

Armistead Supp. App. 0639

1 briefly to someone.  You're talking -- right?
2       The -- the -- the model that you're setting
3 forth is to talk with them at length and get to know
4 them; correct?
5    A  Yes, this used to be the model -- before 2011,   02:48:55
6 this was the endorsed model by the World -- by WPATH,
7 you see.  I'm not talking -- I'm not inventing a new
8 model here.  This was the model we had in the '60s, the
9 '70s, the '80s and the '90s and in the 2010s and --
10   Q  And it's your view that the psychotherapy --   02:49:14
11   A  The view model changed.
12   Q  It's your view that the psychotherapy model
13 cannot, by its nature, harm anyone?
14   A  I know some people think that it harms people.
15 I don't believe that, actually.                02:49:28
16   Q  Well, let me give you an example.
17      Say you're meeting with a patient and they
18 want to talk you about their need or their perceived
19 need for cross-sex hormones and you don't agree or
20 choose not to support them with a letter.          02:49:45
21      Do you -- is that a fair -- just assume that,
22 okay?
23      And that person then goes on to stop seeing
24 you, has been taken off course from getting the
25 cross-sex hormones, ends up becoming distraught at   02:49:55
                                                Page 182

1 their condition and commits suicide.
2       Is that a situation where the psychotherapy
3 model might be responsible for causing harm?
4       MR. BROOKS:  Objection; calls for speculation.
5       MR. TRYON:  Objection.                 02:50:08
6       THE WITNESS:  If that -- such a patient goes
7 to me -- comes to me and after -- in the first session
8 wants a letter and I refuse to provide it, I will help
9 that person -- if the person doesn't know, I will refer
10 them to clinics -- to other resources.           02:50:26
11      The idea that my refusal would cause them to
12 suicide is enormous and deep that leaves out so many
13 intervening factors as to make me say I can't possibly
14 agree with what you said.
15 BY MS. HARTNETT:                               02:50:43
16   Q  But it's possible that your patients, for
17 example, have higher rates of suicide than other
18 patients that have gone through a different model;
19 correct?  You just don't know?
20      MR. TRYON:  Objection.                   02:50:52
21      THE WITNESS:  It's equally possible that the
22 patients have a lower rate of suicide that have gone
23 through Dr. Levine's care.
24 BY MS. HARTNETT:
25   Q  But it's also possible that they have had a   02:51:04
                                                Page 183

1 higher rate of suicide going through Dr. Levine's care;
2 correct?
3       MR. BROOKS:  Objection --
4       MR. TRYON:  Objection.
5       MR. BROOKS:  -- calls for speculation.      02:51:13
6 BY MS. HARTNETT:
7    Q  You said it's possible that they have a lower
8 rate.  It seems that the flip side of that is it's
9 possible that they had a higher rate; is that correct?
10   A  You're --                               02:51:23
11      MR. BROOKS:  Same -- same objection.
12      THE WITNESS:  You're asking me to speculate
13 about something you know I don't have the answer to, so
14 why should I give you an answer that I don't have?  Why
15 are you asking --                            02:51:32
16 BY MS. HARTNETT:
17   Q  You testified that it's possible that --
18      MS. HARTNETT:  I'm going to ask for an answer
19 to my question without coaching, please.
20 BY MS. HARTNETT:                             02:51:37
21   Q  My -- I asked if it's possible that the
22 patients of Dr. Levine have a higher rate of suicide
23 than patients going through another method, and then
24 you responded it's possible that they have a lower --
25 lower rate.  That's an answer.                 02:51:49
                                                Page 184

1       I'm asking you, is it possible that they also
2 have a higher rate?
3       MR. BROOKS:  And I have objected to the
4 question as calling for speculation.
5 BY MS. HARTNETT:                              02:52:01
6    Q  Please answer.
7    A  In order to -- in order to have an answer to a
8 rate question, one has to have a denominator and
9 numerator.  I have neither a denominator or numerator;
10 and, therefore, I can't really ask -- in any expert   02:52:23
11 way, I cannot answer a question about the rate.
12      You're asking me theoretical possibilities,
13 and there probably are at least three theoretical
14 possibilities, and I could probably think of more,
15 but --                                        02:52:40
16   Q  What are the three?
17   A  There would be no difference in the rates,
18 right?  The rates could not be ascertained because the
19 denominator -- the numerator and the denominator
20 couldn't be determined.  And then the fifth one would   02:52:52
21 be because the numerator can't be determined.
22      So if you ask me a question about rate, it's a
23 mathematical question.  It's a scientific question.
24 But you're not asking it in a scientific way at all.
25 And I can't answer it.                        02:53:07
                                                Page 185

47 (Pages 182 - 185)

Armistead Supp. App. 0640

1    To the extent that I have any expertise, it's
2  on the science.  It's not on the speculation side of
3  things.
4    Q   Your expert opinion is that the affirmative
5  model is more harmful than the psychotherapy model;        02:53:18
6  correct?
7    A   My -- my expert opinion is that the
8  affirmative model does not have the scientific
9  justification to declaim -- to -- to declare it to be
10 the best practice.  That's my expert opinion that --      02:53:35
11   Q   Does the psychotherapy model have any more
12 justification than the affirmative model?
13   A   Only the tradition that if any other
14 psychiatric problem presented in a 14- or 15-year-old,
15 no one, no one would object to an extended evaluation,     02:53:53
16 a psychotherapeutic exploration and the use of a
17 medication to a drug -- to address some comorbidity.
18     It's just that when a -- when the child
19 declares themselves trans, we want to create a whole
20 different approach to this situation.  That's my point.    02:54:12
21   Q   And just to make sure that we close the loop
22 on the other point, because I'm not quite sure what the
23 answer was there, is it your testimony that it's
24 possible that your -- that Dr. Levine's patients could
25 have lower rates of suicide than other methods?            02:54:29

Page 186

1      MR. BROOKS:  Objection; calls for speculation.
2      THE WITNESS:  I'm afraid -- although you don't
3  understand my answer to the question, I feel like I've
4  answered the question repeatedly already.
5  BY MS. HARTNETT:                                            02:54:46
6    Q   Well, you've said that it could be -- I
7  thought you -- I thought I understood you to say you
8  could have lower rates, you could have a missing
9  numerator or denominator or equivalent, but I didn't
10 hear whether or not you think another possibility is in     02:54:54
11 fact that the rates of suicide could be higher from
12 your patients.
13   A   Well, perhaps you missed the implication of
14 what I said, that it could be higher, it could be
15 lower, it could be the same, it could be indeterminant      02:55:06
16 because of the denominator issues, and it could be
17 indeterminant because of the numerator issues.
18   Q   I appreciate that.  Thank you.
19     We've talked about Dr. Adkins a bit here.  I
20 just wanted to ask you -- this is flashing back to -- I     02:55:22
21 think we're in paragraph 13.
22     You then go on, in paragraph 16, to talk about
23 Dr. Safer.  Let me know when you're there.
24   A   Got it.
25   Q   Other than reviewing Dr. Safer's expert        02:55:43

Page 187

1  report, do you have any other familiarity with
2  Dr. Safer's practices?
3    A   I believe he's the head of a New York gender
4  team, clinic.
5    Q   Have you ever met him before?            02:55:58
6    A   Not that I am aware of.
7    Q   Have you ever been to his clinic?
8    A   No.
9    Q   Have you ever spoken to any of his patients?
10   A   Not that I'm aware of.              02:56:11
11   Q   How about Dr. Adkins, have you been to her
12 clinic?
13   A   No.
14   Q   Have you spoken to any of her patients?
15   A   Not that I'm aware of.              02:56:23
16   Q   So do you know whether or not Dr. Safer's
17 approach is focused on creating a happy, healthy --
18 sorry -- happy, highly functional, mentally healthy
19 person for the next 50 to 70 years?
20   A   Ms. Hartnett, I think everyone in this field    02:56:42
21 is hoping that what they're doing is creating that
22 outcome.  I would presume that Dr. Safer believes that
23 and Dr. Adkins believes that.  I just go back to the
24 fact that we don't know the answer in what they're
25 doing and what they're doing is a rather dramatic          02:57:04

Page 188

1  interventions in a person's biology, their physiology,
2  their anatomy and their social roles, and it seems to
3  me that if we're making such a very, very
4  life-changing -- or cooperating with such a life
5  change, a profound life change, that's going to effect     02:57:21
6  every aspect of their lives, or most aspect of their
7  lives, we ought to at least acknowledge that we don't
8  have the follow-up data to match our belief systems.
9      And as I wrote about in the most recent
10 publication, I do think that ethically we have a          02:57:40
11 responsibility to inform people of what science knows
12 and what we as professionals believe, but it's not
13 supported by science.
14     So in answer -- to summarize my answer, I
15 believe that your experts believe that they are          02:57:58
16 creating a happy, healthy, functional life, even in the
17 face of the fact that they -- cross-sectional studies
18 of adults who are transgender and those who have had
19 complete medical surgeries have significant problems.
20     And so what I have been saying, in summary, is   02:58:18
21 that we -- we should separate our beliefs from what
22 science knows.
23   Q   You said "cross-sectional studies."  You're
24 just saying that those are lacking to -- to -- to -- to
25 substantiate their approach.  Is that what you're        02:58:37

Page 189

48 (Pages 186 - 189)

Armistead Supp. App. 0641

1 saying?

2    A   Please repeat that.  You sort of -- I couldn't

3 understand.

4    Q   Sorry.  You had -- yeah, fair -- fair enough.

5        I think you said something about          02:58:44

6 cross-sectional studies being lacking to support their

7 approach.  Is that what you were saying?

8    A   Yes.  Not only cross-sectional studies failed

9 to support the idea that everyone is living happily

10 ever after or the majority are living happily ever     02:59:04

11 after, the -- the Swedish study that was published in

12 2011 that had outcome data on everyone who had sex

13 reassignment surgery over a 30-year period.  You may

14 know that as the D-H-E-N-J-A (sic) study, et al.  They

15 demonstrated -- the -- the recommendation of that study   02:59:26

16 is that everyone after sex reassignment surgery should

17 have lifelong psychiatric care because the suicide rate

18 was 19 times higher after this than the general

19 population.  The death rates were higher of cancer and

20 of heart disease, the criminal rates were higher, and     02:59:45

21 the admission rates to psychiatric hospitals were

22 higher, after, then general population.

23        So that group in Sweden, in 2011, said, wow,

24 these people are not necessarily doing so well as a

25 group; that is, everyone that was -- everyone who had     03:00:01

Page 190

1 sex reassignment surgery was in that.  So

2 we wouldn't -- we wouldn't call that a cross-sectional

3 study.  We would have a life perspective study, you

4 see.  You are aware --

5    Q   Was that -- was that comparing it to the     03:00:14

6 general population, though?  Not transgender people

7 that had gone untreated, right?

8    A   That study did not include people who were not

9 treated with surgery, that's right.

10   Q   Right.  So to figure out if surgery makes a     03:00:26

11 difference, wouldn't you study a population that had

12 had surgery versus the population that had not had

13 surgery, all of transgender people?

14   A   Yes, I often wondered why the authors of that

15 study did not study those people that they had records   03:00:39

16 on who didn't have surgery.  It's one of the missing

17 issues about that.  It doesn't take away from the fact

18 that relative to non-transgender people of either sex,

19 these people don't do nearly as well in life.  But it

20 doesn't answer the question that you're raising, and     03:00:59

21 that's been amazing -- that's an amazing absence.  One

22 wonders why that is absent.  I don't know why.

23   Q   So just to be clear, the -- the thing that's

24 absent is testing whether or not it's actually the

25 medical interventions with the transgender people that   03:01:16

Page 191

1 are accounting for the difference in suicide from

2 the -- is that what you were saying?

3        MR. BROOKS:  Objection; vague.

4        THE WITNESS:  I'm saying that it would have

5 been nice to have four control groups.  And they only   03:01:35

6 had three control groups.  And I don't --

7 BY MS. HARTNETT:

8    Q   Right.

9    A   I don't understand why there wasn't the fourth

10 control group that you are raising because it does --   03:01:43

11 you know, I already testified that nothing is certain,

12 but this would have increased our conviction about

13 whether or not people are dying of cancer and heart

14 disease and HIV and suicide and so forth at a higher

15 rate compared to those who are transgender but who     03:02:08

16 weren't getting the surgery.

17        So I don't know the answer.

18   Q   Could I go to -- paragraph 18 has several

19 subparagraphs.  I just have a couple of questions on

20 this.  The first is on paragraph 18A.          03:02:28

21        I just had a -- it was a minor reference, but

22 I'm just curious about your own use of terminology.

23 You had, here in the second sentence of 18A (as read):

24        "While hormonal and surgical

25        procedures may enable some individuals     03:02:45

Page 192

1        to 'pass' as the opposite gender

2        during some or all of their lives..."

3        And the sentence continues.

4        In the declaration you had -- that had been

5 filed, your declaration that was filed at the PI stage,   03:02:55

6 the words "female identifying male" were used instead

7 of "some individuals."

8        Is -- is there a reason why that would have

9 been changed?

10   A   In the original -- what was in the original     03:03:15

11 draft that you looked at?

12   Q   It said "a female identifying male" as opposed

13 to "some individuals."

14        MR. BROOKS:  I'll object to the question as

15 characterizing that as original.          03:03:24

16 BY MS. HARTNETT:

17   Q   Well, it was the declaration -- I compared the

18 declaration that was apparently submitted without your

19 knowledge on your -- in -- in the PI stage of this case

20 with the report, thinking that you had done both of     03:03:36

21 them, and I'm -- what I'm just observing was that the

22 words "female identifying male" had been used in this

23 paragraph and then now has been replaced by "some

24 individuals," and I'm just curious as to why that

25 change was made, if you know.          03:03:47

Page 193

49 (Pages 190 - 193)

Armistead Supp. App. 0642

1    A  I don't know.  I don't remember that phrase.
2  That seems like -- that seems like a rather awkward
3  phrase, you know, that you quoted.
4    Q  Yeah, why -- is that a phrase you use --
5  "female identifying male," is that a phrase that you      03:04:00
6  use?
7    A  I -- I may have at one time or another used
8  that phrase.
9       Obviously, for everyone concerned, the
10  language -- the vocabulary -- the -- the -- the      03:04:12
11  socially acceptable vocabulary in this field changes so
12  often.
13       So, you know, as I told you, I spent probably
14  25 hours developing this, and there are numerous
15  changes here and there which I could not possibly      03:04:33
16  recall.
17       And I can't answer your question.  I really
18  don't know the answer.
19    Q  Okay.  Well, I'll ask one more in that vein,
20  and then we'll move on.      03:04:42
21       For paragraph 18L, which is at the top of
22  page 8 -- and this a paragraph where you're
23  describing -- you say that (as read):
24       "Hormonal interventions to treat
25       gender dysphoria are experimental in      03:05:01
                                                    Page 194

1       nature and have not been shown to be
2       safe, but rather put an individual at
3       risk of a wide range of long-term and
4       even life-long harms..."
5       And then you go on to list all that.      03:05:10
6    A  Yes.
7    Q  The prior version of this -- in the same place
8  had -- had language that said -- I'm going to just read
9  it to you.  (As read):
10       "Putting a child or adolescent on a      03:05:21
11       pathway towards life as a transgender
12       person."
13       And that has been removed.  I'm just curious
14  as to why that was removed.
15       MR. BROOKS:  Late objection.      03:05:28
16       THE WITNESS:  I actually -- I can't give you a
17  specific answer to the question.  I have no memory
18  of -- of -- of making that editorial change.
19       I -- I -- I am sensitive to and actually have
20  a preference to not using the same phrase endlessly in      03:06:01
21  any document.  And one of my concerns about previous
22  documents has been the redundancy of phrases, and so
23  I -- I try not to repeat certain powerful phrases.
24  I -- I think they actually have more impact on the
25  reader if they read them once or twice and not 15      03:06:26
                                                    Page 195

1  times.  So that may have been an example of that.
2       As a writer, I'm very sensitive to redundancy,
3  and I prefer to have things short -- in shorter
4  versions than in longer versions, but that is not
5  always in keeping with legal requirements.      03:06:46
6    Q  Turning to paragraph 19, this is -- I'm not
7  going to -- there's a couple of questions I had
8  about -- or, sorry, not -- 20.  You're talking about
9  biological sex.
10       Do you see that?      03:07:01
11    A  Yes.
12       MR. BROOKS:  Sorry, you want 19 or 20?
13       MS. HARTNETT:  I'll move to 20.
14  BY MS. HARTNETT:
15    Q  You say that (as read):      03:07:08
16       "Sex is not 'assigned at birth' by
17       humans visualizing the genitals of a
18       newborn; it is not imprecise.
19       Do you see that?
20    A  Yes.      03:07:17
21    Q  Do you have any experience with the process of
22  assigning sex to newborns at birth?
23       MR. BROOKS:  Objection.
24       THE WITNESS:  You know, I -- probably for a
25  week in my medical school pediatrics rotation I was      03:07:32
                                                    Page 196

1  part of the newborn nursery and delivery -- and in
2  obstetrics.  The newborn delivery room phenomenon of
3  saying, Mother, your -- you have a daughter.  Or,
4  Mother, you have a son.  So I guess that's part of my
5  experience.  I'm a parent, so I've had that experience.      03:07:52
6  What I -- period.  I think that's an answer.
7  BY MS. HARTNETT:
8    Q  Thank you.  You also say in this paragraph,
9  among other things, that sex is determined at
10  conception; correct?      03:08:06
11    A  Yes, when -- yes, I do -- that's when sex is
12  determined, yes.
13    Q  You say that at the end of the first
14  sentence of -- sorry -- the second sentence of
15  paragraph 20.  And the source that you cite in this      03:08:22
16  paragraph for everything in this paragraph is a
17  document that says "NIH 2022."
18       Do you see that?
19       That's at the top of page 9.
20    A  Yes.      03:08:34
21    Q  What is NIH 2022?
22    A  I think the first author's name is Aditi
23  B-H-R-A-R- -- Bhar- -- Bhargara or something like that,
24  but it has probably 15 authors, the paper.
25    Q  So that's a paper that you were citing?      03:08:55
                                                    Page 197

50 (Pages 194 - 197)

Armistead Supp. App. 0643

1    A  Yes.
2    Q  Okay.  Let me move down to section D.  So that
3  starts on page 14 of your report.
4      MR. BROOKS:  We have it.
5  BY MS. HARTNETT:                          03:09:26
6    Q  And you -- this is your section about "Three
7  competing conceptual models of gender dysphoria and
8  transgender identity."
9      Do you see that?
10   A  Yes.                                 03:09:35
11   Q  Is this your construct, these three models?
12   A  Yes.
13   Q  Paragraph 37, you describe the developmental
14  paradigm, I guess; is that fair?
15   A  Yes.                                 03:09:50
16   Q  I was comparing the declaration submitted at
17  the earlier stage of the case with the report here, and
18  I noticed that some language was deleted, and I will
19  double-check to represent to you that it is not still
20  here.                                    03:10:09
21      But the language that was deleted from
22  paragraph 37 is as follows (as read):
23      The developmental paradigm does not
24      preclude a biological temperamental
25      contribution to some patients'         03:10:22

Page 198

1      life (sic); it merely objects to
2      assuming these problems are biological
3      in origin.  All sexual behaviors and
4      experiences involve the brain and the
5      body."                               03:10:31
6      Is there some reason that you removed this
7  language from this report?
8    A  Well, I think I said it in a different way.  I
9  said (as read):
10     "The developmental paradigm is mindful    03:10:42
11     of temperamental, parental bonding,
12     psychological, sexual, and physical
13     trauma influence (sic), and the fact
14     that young children work out their
15     psychological issues through fantasy     03:10:53
16     and play and adolescents work out
17     their issues by adapting various
18     interests and identity labels."
19     This is -- this is the material that I
20  prepared as the expert witness report for this    03:11:07
21  particular case.
22     Over time, you see, I have a different -- I --
23  I say things more efficiently, I believe.
24     I could elaborate that, but I don't think it's
25  relevant.                               03:11:27

Page 199

1    Q  No.  Thank you.  I appreciate it.
2      But you agree, sitting here today, that all
3  sexual behaviors and experiences involve the brain and
4  the body?
5    A  I agree that all behaviors involve -- well,    03:11:38
6  the brain and the body is really one thing, you know.
7  They're just part of the biology of a -- of the
8  human -- of human beings, and that -- those biology --
9  multiple biologic factors interact with other
10  psychosocial factors throughout life to shape our    03:12:03
11  feelings and our behaviors and so forth.
12   Q  In paragraph 38, you refer to a Littman 2018
13  study.
14     Do you see that?
15   A  Paragraph 38, yeah.                   03:12:17
16     Yeah.
17   Q  Are you aware that that article was -- had to
18  be withdrawn and corrected and republished?
19     MR. BROOKS:  Objection.
20     THE WITNESS:  I am aware that there was a lot    03:12:32
21  of political brouhaha about that and that various trans
22  advocates accused that author of bad things or whatever
23  but that the restatement of the study really did not --
24  did not amount to a great change.
25     But -- but, in fact, there was a brouhaha by    03:13:01

Page 200

1  the publication objecting to her methods so to speak,
2  but really were -- they were objecting to her
3  conclusions.
4  BY MS. HARTNETT:
5    Q  Was her method an anonymous survey of parents?  03:13:16
6    A  Her -- it was a survey of parents, right.
7    Q  Do you know if they were anonymous or not?
8    A  At this moment, I don't know.
9    Q  You go on in section E here, starting on
10  page 16, to talk about four competing models of care.    03:13:32
11     MR. BROOKS:  Sorry.
12  BY MS. HARTNETT:
13   Q  I also was wondering --
14     MS. HARTNETT:  Oh, sorry.
15     MR. BROOKS:  I hit the wrong thing, and the    03:13:38
16  document disappeared off the screen.  Let me -- I'm not
17  sure what's going on there.
18     Okay.  Sorry, I -- it accidentally closed as I
19  tried to get rid of some pop-up on the screen, and we
20  will get us back.                        03:14:04
21     And, I'm sorry, what paragraph were you at?
22     MS. HARTNETT:  It's section header E, page 16.
23     MR. BROOKS:  Page 16.
24  BY MS. HARTNETT:
25   Q  I'm just asking whether the four competing    03:14:25

Page 201

51 (Pages 198 - 201)

Armistead Supp. App. 0644

1 models of care is your schema.
2      A   I think it borrows from other things in the
3 literature.  I wouldn't want to claim, you know,
4 authorship for that per se.  It's really hard for me to
5 know where all my ideas come from because I read so          03:14:54
6 much and go to meetings and so forth, and I hear
7 things, and it influences me.
8      I -- I -- it's my summary of -- when we think
9 about what are the options that we can offer to people,
10 this is all I think of.  Maybe tomorrow --              03:15:11
11     Q   Okay.
12     A   -- I'll think of a fifth option.
13     Q   Can you go down to paragraph 53?
14     And this is after you walk through the
15 watchful waiting model, A and B, a psychotherapy model     03:15:25
16 and then the affirmation model and then coming to
17 paragraph 53.
18     MR. BROOKS:  Let me just find the heading
19 above it.
20     So we're under the affirmation therapy model     03:15:38
21 number 4, if I'm scanning the --
22     MS. HARTNETT:  Yeah.
23     MR. BROOKS:  Okay.
24     MS. HARTNETT:  That's correct.
25     And then paragraph 53.              03:15:46

Page 202

1      MR. BROOKS:  Okay.
2 BY MS. HARTNETT:
3      Q   Out of these four models, you do not know what
4 proportion of practitioners are using which model; is
5 that correct?              03:15:57
6      A   Yes.
7      Q   Okay.  Oh, sorry, I had one question about 49,
8 which was within the psychotherapy model area, if you
9 could flip up to there.
10     MR. BROOKS:  Yes, let me just find the heading  03:16:11
11 again so we understand how much material --the
12 psychotherapy model begins at the top of page 18, and
13 you now want to direct us to paragraph 49?  Was that
14 the paragraph you mentioned?
15     MS. HARTNETT:  Correct.              03:16:29
16     MR. BROOKS:  All right.
17 BY MS. HARTNETT:
18     Q   And is the psychotherapy model the model you
19 follow, Dr. Levine?
20     A   It's the model that I approach new patients    03:16:43
21 with, and depending on the situation of the patient in
22 the family's life, I then go from there.  So individual
23 patients, I may counsel the support of the -- I may
24 counsel parents to support the transgender
25 identifications of their child.              03:17:09

Page 203

1      But it begins with trying to figure out what's
2 going on here and going on here with the child and the
3 child's history and the parents and their history and
4 the interactions between the -- the parents and the
5 child.              03:17:25
6      So it's not my model for all therapy.  As I've
7 said, I think earlier, that I have supported trans care
8 for individuals, affirmative care for individuals.  But
9 if you ask me how I begin, I don't not -- I do not
10 begin with the affirmative model.  I begin with let's    03:17:44
11 investigate this situation thoroughly so we can
12 eventually make a prudent decision.
13     Q   You say in paragraph 49 (as read):
14     "To my knowledge, there is no evidence
15         beyond anecdotal reports that              03:18:01
16         psychotherapy can enable a return to
17         male identification for genetically
18         male boys, adolescents, and men, or
19         return to female identification for
20         genetically female girls, adolescents,     03:18:13
21         and women."
22     Do you see that?
23     A   I do.
24     Q   And you stand by that statement?
25     A   Yes.              03:18:24

Page 204

1      Q   Paragraph 50, this is at the beginning of the
2 affirmative therapy model, on the next page.  I think
3 we've already covered this, so we don't need to belabor
4 it, but here, you -- among other things, you say that,
5 under the affirmation therapy model, practitioners --  03:18:44
6 and I'm going to read from the first sentence.  And I'm
7 not reading the whole sentence, but you can obviously
8 read whatever you want.  I'm reading from the middle of
9 it.  (As read):
10     "...promote and recommend that any              03:18:58
11         expression of transgender identity
12         should be immediately accepted as
13         decisive..."
14     I'm just going to stick on that part, the
15 "immediately accepted as decisive."              03:19:08
16     What is your basis for believing that the
17 affirmation model proceeds with an immediate acceptance
18 as decisive?
19     A   Because --
20     MR. TRYON:  Objection.              03:19:19
21     Go ahead.
22     MR. BROOKS:  Mr. Tryon is objecting.
23     You have to give him time.
24     THE WITNESS:  In a previous -- in a -- in a
25 previous portion of this informed consent, I said that  03:19:29

Page 205

52 (Pages 202 - 205)

Armistead Supp. App. 0645

Page 206

1 it is my impression that many people in the affirmative
2 model have a number of beliefs that I don't think are
3 scientifically accepted or acceptable or correct and
4 including the fact that this is biologically dictated,
5 that anytime a person, any stage in life, declares a    03:19:52
6 transgender identity, it's because prenatally that was
7 determined and it merely unfolded at a different rate
8 at different times.
9        So the -- the justification for immediate
10 affirmation is based upon this idea, one, that it's    03:20:13
11 biologically dictated; and, two, that it's
12 unchangeable.
13 BY MS. HARTNETT:
14    Q   Yeah, I'm sorry, I think -- just given that
15 we're -- have only so much time and I -- I think my    03:20:25
16 question, though, was what was your basis for
17 understanding that the practitioners engage in this
18 practice.
19        MR. BROOKS:  Objection; vague as to "this
20 practice.                                     03:20:36
21 BY MS. HARTNETT:
22    Q   Well, the practice of immediate acceptance as
23 decisive.
24    A   I think I've already testified how many
25 parents have told me these things and how many patients  03:20:43

Page 207

1 have told me these things and -- and -- well, I won't
2 repeat what I began to tell you about.
3    Q   No.  Thank you.  That -- that just helps me
4 connect that that -- that basis of evidence is the same
5 that's at issue here.                          03:20:59
6        Paragraph 56, I had a question there.
7        MR. BROOKS:  And, Counsel, we should take an
8 hourly break soon.
9        MS. HARTNETT:  Now is fine.
10        MR. BROOKS:  All right.  Now is it -- now it    03:21:14
11 is.
12        THE VIDEOGRAPHER:  We are off the --
13        MS. HARTNETT:  Come back at --
14        THE VIDEOGRAPHER:  Off the record at 3:21 p.m.
15        (Recess.)                             03:35:28
16        THE VIDEOGRAPHER:  We are on the record at
17 3:36 p.m.
18        MR. BROOKS:  And -- and --
19        MS. HARTNETT:  Thank you.
20        MR. BROOKS:  -- Josh, if you would turn off    03:35:34
21 your camera, you will -- will be able to see the
22 questioner better.
23        There we go.  Thank you.
24        MS. HARTNETT:  Okay.  Great.
25 ///

Page 208

1 BY MS. HARTNETT:
2    Q   Before the break, we were talking, at least a
3 bit, about the four models that you had in the
4 psychotherapy model, and I was asking you if you follow
5 that, and we were having a discussion.  And I want to    03:35:54
6 make sure I don't misconstrue your approach.
7        Is it fair to say that you kind of follow the
8 psychotherapy model, but also not to the exclusion of
9 providing medical care or recommending medical care, if
10 it's appropriate, after some course of psychotherapy?   03:36:07
11    A   Yes, I -- to summarize, the initial approach
12 to a patient, I believe my model, what I endorse, is an
13 extended evaluation, an opportunity to talk over time
14 in what I call psychotherapy.  Other people may call it
15 extended evaluation.  And then depending on what I    03:36:34
16 understand about the patient and his or her life and
17 their aspirations and their capacities to understand
18 the present and the future and the past, then I may in
19 fact say, you know, Fine.  You know, do what you -- do
20 what you -- use your best judgment.  And I will write a  03:36:55
21 letter for you, you know, telling your -- the surgeon
22 or telling the endocrinologist about you.
23        And I do that.
24    Q   And was that general approach extended to
25 minors as well?                             03:37:17

Page 209

1    A   Well, if -- if minors are children, I actually
2 have never recommended socialization of a child in
3 that -- that is, in a new gender.  I have seen -- I
4 have never recommended that.
5        When it comes to teenagers, the closer they    03:37:36
6 get to 18, the more I'm willing to talk to them about
7 the possibility of hormones and being supportive of it
8 after a certain period of time.
9        When it comes to older people, it's -- it's
10 not as broad a question.                       03:37:57
11    Q   And how long is your -- when you discuss an
12 extended evaluation, how -- how long is that?
13    A   It doesn't have a definable length.
14    Q   Is there -- and I'm just trying to really
15 understand.  Is it a matter of hours, days or longer?    03:38:13
16    A   It's certainly -- a -- a psychotherapeutic
17 hour is typically one; right?  But when people come to
18 Cleveland for an evaluation, I often spend two days.
19 And so I may spend, you know, four hours over two days
20 or maybe even more with a patient and then separately    03:38:37
21 with their parents and sometimes together with their
22 parents.
23        But when I'm talking about an extended
24 evaluation, I mean that in two terms.  One is for
25 people who want to come for an intense evaluation that   03:38:53

Armistead Supp. App. 0646

1 at the end of two days will give some -- give some
2 feedback to them and -- but the usual sense for people
3 who live in Cleveland, where I reside, that is over
4 weeks and months of talking over time, considering
5 various -- the things I've already articulated.    03:39:14
6     Q  Have there been situations where after the
7 sort of intense extended evaluation, the two days
8 and -- four hours over two days period, where you've
9 supported or recommended any medical treatment after
10 that period?    03:39:33
11     A  Well, about -- about a year ago, a -- a --
12 a -- a college student who wasn't doing very well, who
13 got actually hormones on a one-hour visit, to the
14 student health service, the -- we recommended that the
15 patient could decide whether to continue hormones or    03:39:53
16 not.  The parents did not want the person to continue
17 hormones, and the patient continued hormones.  And we
18 just made a recommendation.  We thought there was an
19 advantage to stopping and reconsidering life, but it
20 was the patient's choice, you see.  It wasn't the    03:40:12
21 parents' choice.  It wasn't my choice, you see.  But
22 it's the respect for the patient's autonomy.
23     Q  Did you write a letter there or some sort of
24 authorization for him to get the hormones?
25     A  No.  He already had the hormones.  As I said,    03:40:29

Page 210

1 he got the hormones after one hour with a person who
2 knew nothing about his background, really, that -- what
3 I would say, relatively nothing.
4     Q  Where was that treatment?
5     A  That was at the University of Rochester.    03:40:40
6     Q  Okay.  So -- and then my question is just for
7 kind of -- I guess, what's the shortest period of
8 extended evaluation that you've performed after which
9 you've written a letter for someone to get transgender
10 medical care?    03:41:00
11     A  I'm going to elaborate your question into me
12 or my staff because in some --
13     Q  Thank you.
14     A  It's a whole -- it's a committee of work, a
15 group of people.    03:41:13
16     I would say four hours.
17     Q  Thank you.  You had mentioned your -- the
18 recently published article about the -- the
19 reconsidering informed consent piece; correct?
20     A  Yes.    03:41:32
21     Q  And in there, you note that -- kind of --
22 you're talking about the affirmation -- what you
23 characterize as the affirmation approach; right?
24     A  Correct.  There's a section on that, yeah.
25     Q  And then you note that the "research about    03:41:46

Page 211

1 alternative approaches, such as psychotherapy or
2 watchful waiting, shares the scientific limitations of
3 the research of more invasive interventions; there are
4 no control groups, nor is there systematic follow-up at
5 predetermined intervals with predetermined means of    03:42:03
6 measurement."
7     Does that --
8     A  Yes.
9     Q  Is that something you have in the article?
10     A  I think I made the same point in -- in this    03:42:10
11 document that I gave to you.
12     Q  Right.  I was just trying to connect the two.
13     So that's basically the same point you've been
14 making, that -- the kind of lack of evidence, from your
15 perspective, as to which approach is kind of    03:42:26
16 scientifically based; is that right?
17     A  Yes.
18     Q  Okay.  If we could flip forward, I -- sorry,
19 going backward for a minute and then we'll go forward
20 again, in your declaration, but I had a question about    03:42:36
21 paragraph 18, little L.  Sorry, that's not right.  It
22 is 18, little -- sorry, one second.
23     I'll try again.
24     Can I direct your attention to paragraph 18H,
25 on page 7?    03:43:03

Page 212

1     MR. BROOKS:  And let me just first start on
2 the top of 18 so we know what the major proposition
3 here -- a summary of key points.  All right.
4     And, I'm sorry, you said H?
5     MS. HARTNETT:  Correct.    03:43:18
6 BY MS. HARTNETT:
7     Q  So I'm going to direct your attention to
8 paragraph H, on page 7, which you talk about
9 administration of puberty blockers not being a benign,
10 quote, pause of puberty.    03:43:31
11     Do you see that?
12     A  I do.
13     Q  And this, I noticed, was something newly added
14 to this declarations from the one that you had
15 submitted at the preliminary injunction stage.    03:43:42
16     My question for you is what the basis is for
17 your qualification, in your perspective, to talk about
18 the effects of puberty blockers.
19     MR. BROOKS:  Object to the form of the
20 question.    03:43:57
21     THE WITNESS:  What is the basis of my
22 objection to the use of puberty blockers?
23 BY MS. HARTNETT:
24     Q  Sorry, the basis for your understanding of
25 whether -- how they function on the body and whether    03:44:04

Page 213

54 (Pages 210 - 213)

Armistead Supp. App. 0647

1 they're a benign pause of puberty or not.
2     A   The initial justification for puberty blockers
3 being a benign thing is that it merely was a pause and
4 that if it was fully reversible, puberty would -- would
5 return when puberty blockers were removed, if they were   03:44:32
6 chosen to be removed.
7         I often reacted to that word "pause" because I
8 was aware that I was unaware of the rich biological
9 details that puberty changes every organ in the body.
10 Puberty not only causes growth of bones, but puberty   03:44:53
11 causes growth of the liver, of the lungs, of the heart,
12 of the brain.  You name the organ, and the pubertal
13 changes are occurring, and they occur in a sequence.
14 And one of the developmental aspects of development is
15 that there are windows of opportunity for development,   03:45:15
16 and when the window closes, we're not sure whether
17 things can be totally reversed.
18         And I noticed that there was a benign
19 connotation to the word "pause" which did not strike me
20 as true or possibly true or certifiably true.   03:45:35
21     And so I began looking at various statements
22 from various authors saying this.
23         And in the early years, people talked about
24 complete reversibility and it's only a pause, but I
25 realized, in reading their subsequent sentences, that   03:45:56

Page 214

1 they didn't consider -- they were talking about bone.
2 They were talking about the onset of puberty.  They
3 weren't talking about the subtle changes of -- of, say,
4 for two or three years of interfering with the
5 processes that were naturally happening in your and my   03:46:11
6 children and the children of society.
7         So -- and then I looked closer at it, and I
8 said, what about the impact, the psychological, social,
9 sexual impact of having one's peers have these major
10 changes in every aspect of their body while the person   03:46:31
11 was paused in a puerile state, has anyone considered
12 that when they said it's completely reversible.
13         Nowadays, I think people are not certain it's
14 completely reversible, and they're beginning to
15 articulate the possibility that I just articulated.   03:46:53
16         They're beginning to say we don't know what
17 the psychosocial impact of being puerile while your
18 peers are pubertal.
19         And while your peers are pubertal, you're
20 getting -- you're starting to deal with your sexual   03:47:10
21 feelings and your sexual conflicts, and you're getting
22 to operationalize your -- what the early orientation
23 aspects of early puberty are, you see.  And the puerile
24 child is not.
25         And so I thought the word pause was a kind of   03:47:23

Page 215

1 rhetoric that -- that justified doing something that
2 was much more complicated and had not been articulated
3 well by the people who began using it.
4         I'm not sure that today's people are talking
5 in the same way that they did when -- 20 -- ten years   03:47:41
6 ago.
7     Q   When did you come to --
8     A   I think they're more sophisticated today.
9     Q   When did you come to this understanding or
10 view about the -- your kind of concern with using the   03:47:53
11 term "pause"?
12     A   I think it's been evolving in my mind over the
13 last two or three years.
14     Q   Do you know whether the pubertal response
15 would be the same -- basically, if the puberty blockers   03:48:06
16 were used and then a child were to go off the puberty
17 blockers, do you know whether it would be the same
18 pubertal response that would have been had without the
19 blockers?
20     A   Well, I think endocrinologists have said that   03:48:21
21 it's same, but I don't know if they have even the -- I
22 don't know that -- I don't know that I trust that
23 they're right about that.  I don't know that they're
24 wrong.  I just don't know that they're right.  Because
25 in concepts of development -- for example, if you   03:48:43

Page 216

1 don't -- if you don't hear at a certain stage in life,
2 say the first two years of life, and even if we do a
3 cochlear implant, and we put -- we -- you can hear
4 starting at age three or age four or age five, you
5 can't speak as clearly as you and I can speak.   03:49:01
6         So, you see, there's a window of opportunity
7 when the brain is changing and we -- it's -- that --
8 that other -- other aspects of life develop.  And I
9 think this is probably true throughout life as a
10 principle.   03:49:18
11         So the idea that, oh, we can give a kid for
12 three years or four years and keep them paused while
13 they decide what they want to do, whether they want to
14 go cross-sex hormones or not, and then if they decide
15 not to go the cross-sex hormone route, that they will   03:49:33
16 just go into puberty and everything be normal, I just
17 think that's a naive idea.  But I was proposing that,
18 you see.  I can't prove it and either can -- either can
19 the endocrinologist prove it.  That's my point.
20     Q   Thank you.   03:49:47
21     MS. HARTNETT:  I've put in the "Marked
22 Exhibits" folder Exhibit 88.  If you -- your counsel
23 could look at that.
24     Let me know if you see that.
25     (Exhibit 88 was marked for identification   03:50:05

Page 217

55 (Pages 214 - 217)

1    by the court reporter and is attached hereto.)
2        MR. BROOKS: I do see it now.
3 BY MS. HARTNETT:
4    Q    This is -- Dr. Levine, do you see -- this is
5 testimony that you gave to the Pennsylvania legislature   03:50:11
6 in March of 2020.
7    A    Okay.
8    Q    Do you recall giving this testimony?
9    A    I recall testifying, yes.
10   Q    Okay. I'm -- I have a question that -- you   03:50:19
11 had your kind of prepared remarks, and then you got
12 some questions from the legislators, and what I would
13 like to do is ask you about something on page 61, which
14 was your response to a question about puberty blockers,
15 if you could page forward to 61.            03:50:33
16       MR. BROOKS: Will you direct us to the
17 question?
18       Let me see here. I -- I --
19       MS. HARTNETT: Okay. If -- yeah. It's a
20 question from Representative Zimmerman, and it's asking   03:50:47
21 about the reversibility of puberty blockers, on
22 page 61.
23       MR. BROOKS: Oh, the question on 61 is
24 fragmentary; right?
25       "If puberty blockers are started," is that the   03:51:06

Page 218

1 question you're referring to?
2        MS. HARTNETT: You can feel free to look
3 above, but I'd like to ask about the passage on 61.
4        He asked a two-part question, and he had then
5 asked to be reminded about the second part of the   03:51:21
6 question.
7        And Representative Zimmerman said, "Yes. If
8 puberty blockers are started."
9        And then Dr. Levine said, "Oh, reversible,
10 yes, sorry."                            03:51:30
11       And what I'd like to ask him to read this
12 passage -- hear his testimony and just whether he
13 continues to believe what he's testified to.
14       THE WITNESS: I've read the paragraph.
15       MR. BROOKS: The --                03:52:06
16 BY MS. HARTNETT:
17   Q    I guess, just --
18       MR. BROOKS: Just continue --
19       THE WITNESS: Oh, you want me to continue?
20       MR. BROOKS: I want you to read to the end of   03:52:11
21 that answer.
22       MS. HARTNETT: Correct. Thank you.
23       THE WITNESS: Okay.
24 BY MS. HARTNETT:
25   Q    Do you stand by the testimony that you gave in   03:52:32

Page 219

1 these two paragraphs?
2    A    I don't see a -- a major difference between
3 what I just said to you except -- than what I said
4 here. Here, I was talking about one year. And -- and
5 it depends on -- you know, if you give a puber-- an   03:52:51
6 eight-year-old child a puberty blocker versus a
7 nine-year-old child versus a 14-year-old child. I
8 think we're talking about different phenomenon, you
9 see. The -- not only biologic phenomenon, but
10 psychosocial phenomenon. Because if you give it to an   03:53:09
11 eight-year-old, their peers are still puerile, you see.
12 And -- and when -- if you give it to 14-year-old or a
13 12-year-old, their peers are rapidly growing and
14 changing and being involved in all kinds of
15 psychosocial and -- processes that -- that a       03:53:23
16 nine-year-old is not, the eight-year-old is not.
17       So I think today's testimony elaborates upon
18 what I was saying in a less sophisticated way to
19 Mr. Zimmerman.
20   Q    Thank you. You talk about desistance at   03:53:37
21 length in your report; correct?
22   A    I hope so, yes.
23       MR. BROOKS: Counsel, do you want me to take
24 down 88 or leave it up?
25       MS. HARTNETT: You can take down 88.       03:53:50

Page 220

1 BY MS. HARTNETT:
2    Q    Do you believe that desistance should be the
3 goal of treating patients with gender dysphoria?
4    A    I think I previously stated that the goal of
5 treating gender dysphoria is to have an informed   03:54:05
6 consent process in a brain -- for a person whose brain
7 is old enough to consider the possibilities about the
8 risks, and the goal of -- of their gender expression
9 has to rely primarily on them and their process of
10 coming to grips with what it needs, not just in   03:54:24
11 fantasy, but in reality, for them to portray themselves
12 as a trans person.
13       So I don't -- your question has previously
14 been answered by me. Parents would very much like me
15 to be able to return their child efficiently and   03:54:44
16 quickly to a tran-- to a cis state, but I can't
17 promise that as a goal. I can't even hold that out as
18 a goal. What I hold out is what I just said to you.
19   Q    If you could -- you -- so you don't believe
20 it's possible to talk somebody out of being   03:55:08
21 transgender; is that fair?
22       MR. BROOKS: Objection.
23       THE WITNESS: It's not the language that I
24 would ever use. I don't talk people out of things. I
25 don't talk people out of getting married to a person.   03:55:22

Page 221

56 (Pages 218 - 221)

Armistead Supp. App. 0649

1 I don't talk people out of going to this college versus
2 that college.
3      I -- I -- I sort of elicit their feelings.  I
4 help them see where there is conflict.  I help them
5 articulate the pluses and minuses, as we can predict      03:55:38
6 the future.  I look at trends.
7      I don't talk people out.  It's not what a --
8 what Dr. Levine, the psychiatrist, does, talk people
9 out of X, Y or Z.  And Z may be transgender identity.
10      Q  If you could treat everyone to have them cease  03:55:58
11 being transgender who -- sorry.
12      For the transgender patients you have, if you
13 were able to treat them such that they would no longer
14 be transgender, would that be your preferred outcome?
15      MR. TRYON:  Objection.                              03:56:19
16      THE WITNESS:  It depends what cost it would
17 have to be -- to return to living as a cisgender
18 person.  It would not be my goal if it would cost them
19 their sanity, for example, if it would cost them
20 continued anguish.  My goal is -- is stated to -- I've  03:56:38
21 already stated my goal.
22      The -- there is a belief that life is hard
23 enough as a cisgender person, you see.  But these
24 things -- you see, I -- I -- I'm interested in what it
25 is about being a cisgender person that is so hard for    03:57:08

Page 222

1 you, you see.  Why is it that this is so difficult for
2 you.  What is it about femaleness or maleness or
3 your -- your -- your sex, your original sex, you know,
4 your sex, what it is about it that is so offensive and
5 offending to you.  Why is there such incompatibility.    03:57:30
6 Tell me.  Teach me.
7      Q  But using the language from your -- at least
8 your declaration earlier in the case where you had
9 described, you know, the -- the risks and harms that
10 would come from, quote, putting a child or adolescent   03:57:44
11 on the pathway towards life as a transgender person --
12 I'm just trying to understand if -- if you, Dr. Levine,
13 could put all the young people that were experiencing
14 gender dysphoria on a pathway toward being
15 non-transgender, would you do that?                     03:57:59
16      A  What I would say about that, if I could put
17 them on a pathway of being non-transgender, I would
18 expect that the vast majority of them would end up to
19 be homosexual in their orientation.  And the
20 cisgender with -- you know, if they were males, they    03:58:16
21 would probably be cisgender with a little feminine
22 aspects to them, but they would be homosexual.  And if
23 they were biologic females, they would be cisgender
24 lesbians with a little touch of masculine patterns and
25 so forth.                                               03:58:35

Page 223

1      So that would be cisgender to me, but I
2 wouldn't be cisgender heterosexual.  I think we already
3 know scientifically the outcome of gender atypicality.
4 Cross-gender atypicality in boys and girls is
5 homosexual orientation.                                 03:58:52
6      Q  Is it your opinion that it's better to be a
7 cisgender homosexual than a transgender heterosexual?
8      MR. BROOKS:  Objection to the form of the
9 question.
10      THE WITNESS:  Well, you do no harm to your        03:59:09
11 stability.  You do no harm to your anatomy.  You do no
12 harm to your physiology.  In that sense, I think -- you
13 don't -- you don't risk any of the complications of
14 cross-sex hormones, and you don't risk any of the
15 complications of surgery.  And I think it's probably -- 03:59:24
16 although I can't tell you the facts, but I do believe
17 it's probably easier to be a gay person in society than
18 to be a trans person.  And I don't mean it's easy to be
19 any sexual minority in our society.
20 BY MS. HARTNETT:                                        03:59:43
21      Q  Do you know what autogynephilia is?
22      A  I -- I didn't understand what you just said.
23      Q  Apologies.  Do you know what autogynephilia
24 is?
25      A  Yes.                                            03:59:56

Page 224

1      Q  What is autogynephilia?
2      A  Well, "autogynephilia" is a word that means
3 love of the self as a woman.  It's a characteristic of
4 internal life that was popular in the trans literature,
5 beginning in about 1988.  It was a concept suggested by  04:00:11
6 Ray Blanchard of Toronto.  It was a supposition that --
7 that autogynephilic trans people had a form of
8 paraphilia and that it -- I think it was a concept that
9 replaced pretty much the concept of fetishistic
10 transvestism that had existed since the 1900s, early    04:00:44
11 1900s.
12      So at about -- the trans community objected to
13 the idea of autogynephilia, very profoundly objected to
14 the idea.
15      Anne Lawrence, who is a transsexual             04:01:06
16 researcher, wrote a book on men who are trapped in
17 men's bodies, and it was all about gyne- --
18 autogynephilia, men who -- who recognized that they
19 were autogynephilic.
20      I recently had a patient who came to see me     04:01:15
21 because he couldn't find anyone who knew anything about
22 autogynephilia.
23      But I think you don't find that word used in
24 the literature -- in the modern literature anymore.
25 Because I think with 2011 standards of care, there was  04:01:29

Page 225

Armistead Supp. App. 0650

1  much less interest in the pathways to transgenderism
2  and more interest in the treatment of transgenderism,
3  and so it became too many advocates, politically
4  irrelevant and obnoxious to -- to even use the term
5  "autogynephilia."                          04:01:55
6      Q  Do you find autogynephilia to be a helpful
7  concept?
8      A  For some people.
9      Q  Have you ever heard it said that transgender
10 people are either gay, mistaken or have autogynephilia?  04:02:06
11         MR. BROOKS:  Objection.
12         THE WITNESS:  I don't recall hearing that
13 sentence before.
14 BY MS. HARTNETT:
15     Q  Do you think that that -- is that something    04:02:19
16 that you would agree with, that being transgender --
17 people think that transgender are either gay, mistaken
18 or have another malady, like autogynephilia?
19         MR. BROOKS:  Objection.
20         THE WITNESS:  It's not something that I would   04:02:32
21 summarize by saying.  Those three options seem
22 pejorative and unscientific.
23 BY MS. HARTNETT:
24     Q  Do you think the term --
25     A  I'm sorry, I -- I object to the idea of        04:02:50
                                              Page 226

1  mistaken.
2      Q  Do you think the term or that use of
3  autogynephilia is obnoxious?
4      A  No.
5      Q  Do you think that being transgender is a      04:03:07
6  paraphilia?
7         MR. BROOKS:  Objection.
8         THE WITNESS:  To the extent that -- to the
9  extent that autogynephilia is a paraphilia and that
10 some men develop a transgender identity as a         04:03:18
11 consequence of autogynephilic behaviors, that was --
12 that may be one pathway towards transgender identity.
13        But I wouldn't certainly -- I -- I certainly
14 would not say that at all transgenders or most
15 transgendered people are autogynephilic.            04:03:38
16 BY MS. HARTNETT:
17     Q  I mentioned the -- one possible formulation
18 that people that are identifying as trans are just gay,
19 mistaken or have a malady like autogynephilia, and I
20 think you said that you took issue with the notion of,  04:03:55
21 among other things, the idea of it being a mistake; is
22 that fair?
23     A  I -- yeah, I take -- I take issue with that,
24 yeah.
25     Q  Why?                                04:04:05
                                              Page 227

1      A  A mistake is something that a patient decides
2  after they've trans-- detransitioned and they say it
3  was a mistake to do that.
4         It's not something I would say.  I would say
5  that they -- they have a current gender identity, and   04:04:21
6  I'm not sure they're -- I'm not sure anyone's gender
7  identity is not going to evolve in some way in the
8  future.  Especially I would like to say that about
9  young adolescents.
10        But please don't -- please don't quote me      04:04:38
11 because I have never authored that sentence.
12     Q  Thank you.  Do you think that transgender
13 identity is something that can be cured?
14     A  Can be cured?
15     Q  Yeah.                               04:04:54
16     A  Is that what you said?
17        MR. BROOKS:  Objection.
18 BY MS. HARTNETT:
19     Q  Cured.
20     A  If you read the end of my paper on the patient  04:05:02
21 who trans-- detransitioned 30 years ago, I think I
22 said something like even though medical psychiatric
23 knowledge does not know how to transform a person from
24 a trans state to a cis state or a previous state, it
25 doesn't mean that life doesn't transform people into   04:05:25
                                              Page 228

1  detransitioned people.
2         We need to understand the modesty and the
3  differences between what we know how to do to create
4  behavioral change, which is quite modest throughout
5  psychiatry and what happens to people over time if we   04:05:44
6  take a life course perspective.
7         So my case illustration in that case was
8  Dr. Levine did not change his -- did not cause his
9  detransition at all; right?  Life processes, which he
10 described in great detail in that paper, changed,      04:06:02
11 and it took him years to make that change, years of
12 anguish, years of the sense of inauthenticity as a
13 woman, which at first he tried to deny.
14        So I would -- I would refer you to the last
15 paragraph in that paper if you wanted to find out how I  04:06:22
16 said it.  I can't -- I can't quote it.  I'm just
17 paraphrasing it if for you.
18     Q  But is that an example of someone that you
19 think was cured?
20        MR. BROOKS:  Objection.           04:06:41
21        THE WITNESS:  It was an example of a person
22 who changed their presentation and now is terribly
23 embarrassed about what he had -- I can call him "he"
24 now -- what he had done, or what she had done; right?
25 And now -- and it is now a person who -- I think I'm   04:06:57
                                              Page 229

58 (Pages 226 - 229)

Armistead Supp. App. 0651

1 quoting -- hates all the advocates of the -- in the
2 trans world for, he believes, misleading people that
3 they can have a happy life.
4     But that's just one person's opinion, you
5 know.                                   04:07:13
6     But if you read the paper, I think, you know,
7 there's lots to think about in the paper.
8  Q  Is it embarrassing to be transgender?
9  A  In -- in some settings, it probably is, yes.
10  Q  Do you think that transitioning, for a     04:07:28
11 transgender person, is something that you find to be an
12 embarrassing concept?
13  A  No.
14  Q  Well, you said that your -- I'm just -- I'm
15 not putting your patient's words in your mouth, but you  04:07:38
16 were describing him as having been embarrassed by the
17 whole thing.  I -- I took that to mean he was
18 embarrassed by having transitioned; is that right?
19  A  Yes, he's now angry at himself and angry at
20 those who facilitated his original transition.     04:07:52
21 But that's one person, you know.
22  Q  But do you feel embarrassment for your
23 patients that have to go through transition?
24     MR. BROOKS:  Objection.
25     THE WITNESS:  Do I feel embarrassment?  No.  I  04:08:09
                                             Page 230

1 feel --
2 BY MS. HARTNETT:
3  Q  I'm just --
4  A  No.  That's -- that would not describe a
5 dominant feeling I have.  I have concern for my     04:08:20
6 patient.  I have worry about this, but I'm not
7 embarrassed by it.
8  Q  Is shame one of the feelings?
9     MR. BROOKS:  Objection.
10     Of whom?                          04:08:35
11 BY MS. HARTNETT:
12  Q  Do you (technical difficulty) shame for them?
13     MR. BROOKS:  Objection.
14     THE WITNESS:  I'm a little hard of hearing,
15 and I actually could not discern what you said.     04:08:43
16 BY MS. HARTNETT:
17  Q  Sorry, I'll speak up.
18     I was asking if you felt shame for your
19 patients experiencing transition.
20  A  No, I'm not -- am I ashamed?          04:08:52
21  Q  Yes.
22  A  No.
23  Q  Do you think that people can change their
24 sexual orientation?
25     MR. BROOKS:  Objection; outside the scope of  04:09:10
                                             Page 231

1 this witness's testimony.
2     THE WITNESS:  I think the work of Lisa Diamond
3 has demonstrated that among women who are -- who assert
4 a lesbian identity, that that lesbi- -- there is a lot
5 of two-way traffic between a heterosexual identity and  04:09:43
6 a homosexual identity, or orientation, we would say,
7 and -- so I don't know how to change a person's sexual
8 orientation, but I do think, especially among natal
9 women, sexual orientation is -- people experiment with
10 different ways of life and that there are -- there's     04:10:06
11 more two-way traffic between lesbian and a heterosexual
12 life among women.  There's much more bisexual behavior
13 and bisexual eroticism among natal born females than
14 there is among natal born males.
15     So that would be my answer to your question,  04:10:29
16 without a yes-or-no answer.
17  Q  Do you agree that gay people, on average, have
18 a harder time than straight people, on average, just
19 navigating life?
20  A  Yes.                              04:10:40
21     MR. BROOKS:  Objection.
22 BY MS. HARTNETT:
23  Q  Do you have similar views to those you've
24 expressed about caution before encouraging youth to be
25 transgender -- or to inhabit their transgender gender  04:10:51
                                             Page 232

1 identity?  Do you have similar views about youth
2 expressing homosexuality?
3  A  No.
4  Q  Why not?
5  A  Well, again, I think I'm going to make a     04:11:03
6 distinction between homosexuality as it occurs in men,
7 as it occurs in women, and the eroticism of a person is
8 a bunch of fantasies and thoughts and attractions that
9 makes sex comfortable or anxious and makes romance easy
10 or hard to -- to participate in, and given the power of  04:11:37
11 orientation, I believe that people have to come to
12 grips with -- with who they are attracted to and -- and
13 what is easy for them and what is difficult for them.
14     And so I just think that that's part of the
15 human landscape and that people can -- can -- they     04:12:03
16 know -- they know their orientation, and then they have
17 to choose how -- how to act or not act on their
18 orientation, and it's a very personal, private and
19 often difficult decision, and I respect that, and I'm
20 happy to hear about it when it comes up in my gay     04:12:23
21 patients.
22     And, you know, I see a lot of people who have
23 orientations that are not heterosexual.
24  Q  I'm just curious why the same principle
25 doesn't hold for people that have a gender identity of  04:12:37
                                             Page 233

                                   59 (Pages 230 - 233)

                                   Armistead Supp. App. 0652

1 transgender, if they have an innate sense that that's
2 their identity, why would you not approach that the
3 same way you approach homosexuality.
4     MR. BROOKS:  Objection.
5     THE WITNESS:  Because homosexuality does not     04:12:51
6 involve the -- it's not against the first principle of
7 medical ethics; above all, do no harm.
8     It doesn't involve changing the body's
9 reproductive capacity.  It doesn't change the body's
10 sexual physiology, you see.  It doesn't change the     04:13:08
11 ability to find a love partner, a stable mate.  It --
12 it -- it doesn't -- trans-- we're talking about here
13 changing the anatomy, changing the physiology, creating
14 the inability to have a child, interfering with the
15 ability to have sexual pleasure as we understand it in     04:13:32
16 the general population as, you know, orgasm.
17     So -- so we understand -- transsexuality is
18 exposing yourself to surgical complications.  And
19 surgical transformation of a teenager, before a child
20 has lived long enough to -- to come to grips with the     04:13:51
21 multiple dimensions of being an older person, that is,
22 a 20-year-old or a 19-year-old, and romance and so
23 forth, that's why it's different.  It's not the same.
24     You're trying to take a principle and -- and
25 apply it to a group of people that -- that you're     04:14:10
                                                    Page 234

1 talking about the possibility of harming them.  Not
2 just their -- their -- their reproductive capacity, but
3 harming them in numerous ways.  And they have to take
4 responsibility for that choice, and they -- I just have
5 been saying all morning and all afternoon, I just want     04:14:29
6 them to be informed.
7     And, you know, 13-year-old passionate kids
8 cannot be informed easily.
9     Q  I'm glad you brought that up.
10     Could you turn to paragraph 202 of your     04:14:49
11 declaration, page 69.
12     MR. BROOKS:  Yeah.  And it was long.  I didn't
13 think it was that long.
14     Page 69.  Let's see here.
15     You said 202.  Yes, we have that on the     04:15:13
16 screen.
17 BY MS. HARTNETT:
18     Q  Yeah, I wanted to ask you, these are within a
19 larger section, well, about various harms that come
20 from, I guess, treating or -- or validating a     04:15:26
21 transgender person's identity.  But this paragraph 202
22 talks about harm to family and friendships, and then
23 203 talks about sexual-romantic harms.
24     Do you see that?
25     A  Yes.     04:15:41
                                                    Page 235

1     Q  And my question is, the harms you set forth in
2 these paragraphs -- first of all, you cite your -- only
3 your own publications for these two paragraphs; is that
4 correct?
5     A  Yes, it's my only citation.     04:15:49
6     Q  Is there any other basis for these assertions?
7     A  Well, there's an article in the Archives of
8 Sexual Behavior about being the fetish object, when --
9 a transsexual adult talking about -- a survey of
10 transsexual adults, that they get really upset that     04:16:10
11 people want to have sex with them because they're what
12 they call a fetish object, that they're -- they -- they
13 have attractions to transsexuals and they want to have
14 an experience.
15     And so it's really about the frustration of     04:16:25
16 adult tran-- sexually active transsexual, I think --
17 transsexuals who are complaining about difficulties in
18 romantic relationships because they feel they're being
19 used by people with perverse adventures, some
20 curiosities, as opposed to genuine romantic     04:16:47
21 relationships.
22     So I was happy to read that article because it
23 had confirmed one of the stories that I had been
24 hearing from many patients over the years by --
25     Q  Can you direct me --     04:17:00
                                                    Page 236

1     A  Sorry.
2     Q  What article is that?  Can you direct me --
3     A  I -- I certainly can get you the reference.
4 It's in the Archives of Sexual Behavior.  It's probably
5 within the last two years.  And I think the first     04:17:13
6 author's name is either -- starts with an A, B or C.
7     Anyway, I -- you -- it's about tran-- in the
8 title, there's something like "transgender and fetish
9 objects."  So I --
10     Q  Okay.     04:17:38
11     A  I can -- if you want, I will eventually give
12 you the exact reference, yeah, but --
13     Q  That's --
14     A  -- you're -- you're not interested in wasting
15 time, I'm sure.     04:17:48
16     Q  No, no, I -- I -- I just want to know the
17 basis for these -- these paragraphs, so I appreciate
18 you telling me that.
19     My question is -- you know, I read 202 and
20 203, and you say -- you list various perceived harms     04:17:58
21 and challenges from being transgender; is that fair?
22     A  Yes.
23     Q  What I'm confused about is, is this premised
24 on the notion that there's a way to dissuade someone
25 from being transgender so that they don't have these     04:18:14
                                                    Page 237

60 (Pages 234 - 237)

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0653

1 outcomes?
2     A  Exactly.  I -- this is what I'm trying to do.
3 This is why I say to parents, you know, we have to
4 support and love this child regardless of what --
5 what -- what they pass through because mental health is  04:18:35
6 determined, in part, by the ability to -- to be valued
7 by your family before you can be valued by other
8 people.
9         And I think the outcomes -- I mean, so many of
10 my patients have in fact been alienated from their       04:18:53
11 families.  And -- sorry -- you've heard about runaway
12 kids and throwaway kids and -- and I --
13     Q  Well, why isn't -- sorry, why isn't that
14 the family's --
15         MR. BROOKS:  Counsel -- Counsel, the witness    04:19:08
16 is busy talking, in the middle of his --
17         MS. HARTNETT:  Yeah, I'm aware of that, but
18 he's also taking a long time to respond to
19 straightforward question.
20 BY MS. HARTNETT:                                         04:19:18
21     Q  My question is whether or not --
22         MR. BROOKS:  Counsel, the witness is entitled
23 to finish his answer.
24         MS. HARTNETT:  He's not entitled to
25 filibuster.                                              04:19:23

Page 238

1         MR. BROOKS:  He's not filibustering; he's
2 answering your question.
3         MS. HARTNETT:  I've been very permissible all
4 day with his answers, but I'm happy to have him finish
5 his answer.                                              04:19:35
6         MR. BROOKS:  Thank you.
7         If you have -- if you feel that you haven't
8 finished, you may finish.
9         THE WITNESS:  I have heard considerable
10 stories over the years about family relationships,       04:19:43
11 about alienations, about isolation.  And in answer to
12 your question, in -- in hearing those stories, it has
13 led me to counsel both the patient and the parents to
14 do whatever they can to maintain their relationships,
15 despite what the child or the grownup, the adult, has    04:20:02
16 decided because I know the suffering of mothers and
17 fathers and grandmothers and grandfathers and of
18 patients.
19         And so it's an adverse outcome to have family
20 alienation.  And from the very beginning, I say the      04:20:19
21 first principle evaluation is to preserve family
22 relationships, and I think you can read that in my 2021
23 paper.
24 BY MS. HARTNETT:
25     Q  My question is -- so in the example of the        04:20:31

Page 239

1 child who's -- or the adolescent who's experiencing
2 gender dysphoria and would like to be affirmed and the
3 parents that are horrified, why isn't the answer to try
4 to work with the parents to be more tolerant and
5 understanding rather than to try to change the child?    04:20:48
6     A  I think I do work with the parents.  I do.
7 But it's not an either-or thing.  It's not an either-or
8 phenomenon.
9         And just because --
10     Q  Is your --                                        04:21:07
11     A  Just because we work with a parent doesn't
12 mean I'm capable of changing the parent's behavior,
13 changing the parent's values, changing the parent's
14 knowledge of the child and changing the parent's fear
15 for their future.                                        04:21:22
16     Q  I'm just puzzled by these paragraphs because
17 it strikes me that the person is going to be
18 transgender regardless if they get transgender
19 healthcare and, therefore -- I don't understand the
20 point that giving them healthcare is going to harm them  04:21:37
21 more than they would have otherwise been harmed if they
22 were transgender, but just without healthcare.
23         MR. BROOKS:  Objection; assumes facts not in
24 evidence, argumentative.
25         THE WITNESS:  I accept the fact that you don't   04:21:47

Page 240

1 understand.
2 BY MS. HARTNETT:
3     Q  Can you explain to me why -- so, I guess --
4 let me ask you this:  Do you disagree that these people
5 are transgender even if they don't get the healthcare?   04:21:56
6         MR. BROOKS:  Objection.
7         THE WITNESS:  I agree that the patient who
8 says that "I'm transgender" is currently transgender.
9 That's what I believe.  They're currently transgender.
10         Do I believe they will always be transgender?   04:22:14
11 No.
12         Can I predict which ones will be transitioned
13 and not?  Not -- not with any certainty, no.
14         But, you see, I believe that many of the
15 assumptions behind your questions is that              04:22:28
16 transgenderism is a fixed phenomenon, it never changes,
17 and I -- if I am correct that that is your assumption,
18 then you and I disagree.
19 BY MS. HARTNETT:
20     Q  And do you agree that there's no evidence        04:22:44
21 to -- assuming those are different assumptions, that
22 there's not evidence out there that would prove either
23 of us correct on that one?
24         MR. BROOKS:  Objection.
25         THE WITNESS:  No, I don't agree with that at    04:22:53

Page 241

61 (Pages 238 - 241)

Armistead Supp. App. 0654

1 all.  Not at all.
2 BY MS. HARTNETT:
3     Q  Do you believe that --
4     A  I -- and -- and I give you evidence of
5 detransition.                          04:22:59
6     Q  Is there anything other than anecdotal
7 evidence to say whether or not gender identity is fixed
8 versus not labeled?
9        MR. TRYON:  Objection.
10        THE WITNESS:  You know, you and I have        04:23:13
11 different ideas of what is anecdotal.
12        Is Lisa Diamond's work anecdotal, about
13 homosexuality?  Is that anecdotal?
14        And -- and, you know, there is something
15 called a proof of concept study that if you can        04:23:29
16 demonstrate that it is possible, for example, to cure a
17 particular cancer with a new drug that has never been
18 tried before, that proof of concept then leads to more
19 definitive studies.
20        And we're in -- we're -- we already have proof  04:23:47
21 of concept that -- that there are many people who
22 detransition.
23        In fact, if you look at the UK studies, the
24 two UK studies that have been done in the last, I
25 think, six months, we all now have a rate of        04:24:07

Page 242

1 detransition.  We now, for the first time, have a rate
2 of detransition data.
3        And so I would say it's not anecdotal.
4 It's -- it's an emerging new branch of transgender
5 science, so to speak, or knowledge that the error rate  04:24:24
6 in trans -- in -- in -- in affirmative care is now
7 becoming more clear than it ever was.
8     Q  You are aware that some transgender -- many
9 transgender people have fulfilling romantic
10 relationships and family relationships; correct?        04:24:37
11        MR. BROOKS:  Objection.
12        THE WITNESS:  I am aware.
13 BY MS. HARTNETT:
14     Q  In paragraph 203, you say (as read):
15        After adolescence, transgender        04:24:47
16        individuals find the pool of
17        individuals willing to develop a
18        romantic and intimate relationship
19        with them to be greatly diminished."
20     A  Yes.                          04:24:57
21     Q  Do you have any basis for making that
22 statement other than your own anecdotal experience?
23     A  Well, if you look at -- if you look at
24 cross-sectional data about the percentage of people who
25 are married and cohabitating among trans people versus  04:25:09

Page 243

1 cis people, there are -- there are far less marriages,
2 and there are far less stable relationships.
3        If you look at a series of psychosocial
4 histories of -- of patients, many of them do not come
5 to us with stable functional relationships.  I don't --  04:25:31
6     Q  You --
7     A  I actually -- I actually don't think this
8 is -- this is anecdotal, but it is perhaps
9 impressionistic based upon 50 years of taking care of
10 these people.                          04:25:50
11     Q  Is it possibly also dated?
12        MR. BROOKS:  I'm -- I'm sorry, I couldn't hear
13 the question.
14 BY MS. HARTNETT:
15     Q  Is the notion also possibly dated?        04:25:57
16     A  Well, the big hope in the trans advocate
17 community has been as society improves, the lives --
18 society recognizes and accepts transgender people,
19 there will be less suffering and less isolation in
20 trans people.  That -- that is -- you can find that in  04:26:15
21 many, many studies that -- that articulate the -- the
22 frequency of psychiatric problems.  And there's the
23 hope that as -- the whole idea of the minority stress
24 theory is that if we improve society, fewer people will
25 suffer.                          04:26:40

Page 244

1        I don't know whether that -- I hope it's true
2 that as society has improved its defense of -- of
3 gender diverse people, that more gender diverse people
4 will be able to have satisfying, intimate, stable
5 relationships.  I hope that is true.  And I hope it        04:26:56
6 will be worked through in ten years.
7     Q  Thank you.  In the paragraph 202, you say, in
8 the middle of that paragraph (as read):
9        "By adulthood, the friendships of
10        transgender individuals tend to be        04:27:11
11        confined to other transgender
12        individuals (often 'virtual' friends
13        known only online) and the generally
14        limited set of others who are
15        comfortable interacting with        04:27:24
16        transgender individuals."
17        Do you see that?
18     A  Yes.
19     Q  Is there a basis for that beyond your own --
20 you cite yourself for that, but are you aware of        04:27:39
21 whether or not that actually represents the lived
22 experience of transgender individuals in 2022?
23     A  Well, I think in that sentence, if I could
24 edit it, I would emphasize rather than "by adulthood,"
25 I would say "during adolescence."  And the basis is not  04:28:00

Page 245

62 (Pages 242 - 245)

1  just my clinical experience.  The basis is the clinical
2  experience of the people in the psychosocial therapy
3  group that I mentioned earlier this morning.  That
4  seems to be a broad consensus, that many of their trans
5  people are -- have social isolation problems in their      04:28:19
6  friendships and their romances, and I've seen this in
7  my practice.  They really are occurring through --
8  through the Internet.
9        And when they're not occurring through the
10 Internet, they're occurring with people in the sexual      04:28:34
11 minority community, other people who may not be trans
12 themselves, but who are excited by their trans and
13 supportive of their trans status.
14        So that's the basis of it.
15    Q  You've referred to the trans community, at      04:28:53
16 times, in our conversation today; correct?
17    A  I'm sure I've said that, yes.
18    Q  Are you aware that the trans community, as a
19 general matter, takes issue with your viewpoint?
20        MR. BROOKS:  Objection.      04:29:08
21        THE WITNESS:  Yeah, I am aware that there are
22 members in the trans community who find me a hateful
23 person and who believe that I'm against medical,
24 surgical and social care and against the civil rights
25 of transgender people.      04:29:28

Page 246

1    A  My method of -- of informed consent and my
2  method of -- of being thoughtful and considerate
3  about -- about -- about the sources and the
4  consequences?
5        I don't believe that -- that a person      04:30:32
6  thinks -- misunderstands my position would make me give
7  up my position.  If you show me that -- that my
8  position is not tenable in a -- in a -- in a -- in a
9  strong scientific basis, I'm certainly able to change.
10        The fact that public opinion, in some      04:30:53
11 commun-- -- some sectors of the community, you know,
12 think -- misunderstand me and -- and don't really know
13 what I'm saying, you see, that -- that wouldn't make me
14 give it up.
15        And I don't know how you could assume that      04:31:09
16 95 percent of people, you see.  I don't know -- you're
17 just presuming things.
18    Q  Are you opposed to civil rights for
19 transgender people?
20    A  Absolutely not.  I am not --      04:31:20
21    Q  Do you understand --
22    A  I am not --
23    Q  Sorry?
24    A  -- opposed to civil rights for transsexual
25 people.      04:31:26

Page 248

1        I can't control what they believe about me,
2  you see.  But I am aware that some people are very
3  appreciative of me and other people think I'm an enemy.
4  BY MS. HARTNETT:
5    Q  If 95 percent of trans people opposed your      04:29:47
6  methods, do you think that they would make sense to
7  continue suggesting them for trans people?
8        MR. BROOKS:  Objection --
9        THE WITNESS:  What was the --
10        MR. BROOKS:  -- lack of foundation, calls for      04:29:56
11 speculation.
12        THE WITNESS:  What was the last part of your
13 sentence?
14 BY MS. HARTNETT:
15    Q  I'm just trying to ask you if -- like, say,      04:30:04
16 assuming 95 percent of trans people opposed your
17 methods, would you have concern for continuing to
18 promote them?
19        MR. BROOKS:  Objection.
20        THE WITNESS:  To promote my methods?      04:30:13
21 BY MS. HARTNETT:
22    Q  Towards --
23        MR. BROOKS:  Objection.
24 BY MS. HARTNETT:
25    Q  -- trans people.      04:30:17

Page 247

1    Q  Do you know that your opinion in this case is
2  being used to support excluding an 11-year-old
3  transgender girl from a middle school track team that
4  wants her to play on it?
5        MR. BROOKS:  Objection.      04:31:36
6        MR. TRYON:  Objection.
7        MR. BROOKS:  Foundation.
8        THE WITNESS:  I already told you I don't know
9  the details of this particular case, the B.P.J.
10 BY MS. HARTNETT:      04:31:50
11    Q  I know.  And I'm going to tell you that your
12 opinion is being used by some of the defendants in this
13 case to seek to deny an 11-year-old transgender girl
14 from playing on a girls' cross-country and track team
15 where her school otherwise would be willing to have her      04:31:57
16 play, with the support of her parents and family.
17        MR. BROOKS:  Objection.
18        There's no question pending, so far as I
19 understand.
20 BY MS. HARTNETT:      04:32:12
21    Q  Do you know that that's what your opinion is
22 being used for in this case?
23        MR. BROOKS:  Objection.
24        THE WITNESS:  I am not aware.
25 ///

Page 249

63 (Pages 246 - 249)

Armistead Supp. App. 0656

1 BY MS. HARTNETT:
2    Q  Do you object to your opinion being used to
3 deny an 11-year-old girl the ability to run on a track
4 team at her middle school in West Virginia when she's
5 already otherwise socially transitioning and is          04:32:26
6 supported by her family and her school?
7          MR. BROOKS:  Objection; mischaracterizes the
8 witness's opinions.
9          THE WITNESS:  I've heard the objection that
10 you're -- you're mischaracterizing my opinion.          04:32:41
11       I -- I don't understand.
12       My opinion has to do with the things I've
13 testified to.  I did not testify to anything about an
14 11-year-old girl.
15       And what you are telling me about, I trust        04:32:54
16 you're telling me the truth.
17       I actually don't think about -- when I think
18 about civil rights, I am thinking much more about, I
19 think, older people, you know, housing, educational
20 discrimination in colleges and things like that,        04:33:18
21 vocation, right to vote.
22       You will have to -- it's a -- it's a new thing
23 for me to even think about the civil rights of a
24 six-year-old or a seven-year-old or an eight-year-old.
25 ///
                                              Page 250

1 BY MS. HARTNETT:
2    Q  Well, your -- I'll help you.
3       Your opinion was also submitted in the case of
4 Lindsay Hecox, a college student who was seeking to run
5 consistent with her identity, gender identity, on her   04:33:39
6 college cross-country and track team.
7    A  Yes.
8    Q  You're aware that your -- your testimony was
9 submitted in support of prohibiting her from running on
10 the team?                                               04:33:51
11          MR. BROOKS:  Objection; mischaracterizes that
12 case.
13          THE WITNESS:  Again, my testimony --
14          MS. HARTNETT:  I'm counsel of record in that
15 case, and I can tell you that I'm accurately            04:34:03
16 characterizing the case, which is that Dr. Levine's
17 declaration was submitted in support of a motion to
18 ban -- to -- to uphold a statute that would not permit
19 Lindsay Hecox to run, consistent with her gender
20 identity, on a college sports team.                     04:34:15
21       And I'm asking him, in light of his statement
22 that he does not oppose transgender civil rights, how
23 he can reconcile that with having his testimony used in
24 this manner.
25          MR. BROOKS:  Objection; argumentative.         04:34:26
                                              Page 251

1       The witness has explained that his opinions
2 are about science.
3          MS. HARTNETT:  Please stop testifying.
4          MR. BROOKS:  Please stop arguing.
5 BY MS. HARTNETT:                                        04:34:35
6    Q  Dr. Levine, how can you reconcile --
7          (Simultaneous speaking.)
8          MR. BROOKS:  This is not a debate.  This is a
9 deposition.
10          MS. HARTNETT:  And this -- you're not the      04:34:45
11 witness, either.  I'd like to ask Dr. Levine and get an
12 answer as to how he can reconcile having his testimony
13 be filed to oppose the participation of a college
14 student on her college team consistent with her gender
15 identity.                                               04:34:59
16          THE WITNESS:  I don't find it easy to
17 reconcile -- this is just part of some of the great
18 conflict embedded in -- in -- my -- my knowledge is
19 about science.  And I do recognize that people
20 interpret what I say in various ways and -- but I don't 04:35:25
21 think I'm responsible for how that is interpreted.  I'm
22 just making statements based on my knowledge, based on
23 my clinical experience.  And I am uncomfortable, at
24 times, with various aspects of what people make of --
25 of what I have said.                                    04:35:46
                                              Page 252

1       I -- I am uncomfortable, to some extent, by
2 how the lawyers have used some of my -- you know, at
3 times.  And I am certainly uncomfortable at how the
4 trans community has used some of what they think I
5 stand for.                                              04:36:04
6       I'm trying to be clear what I -- what I think
7 and what I stand for.  And I am somewhat uncomfortable,
8 at times, about many things, including this, but --
9 BY MS. HARTNETT:
10    Q  Do you understand that you're being paid as an   04:36:16
11 expert witness in both the Hecox case and in this case
12 by the defendants in order to submit testimony that
13 will be used against the participation of the
14 transgender students?
15          MR. TRYON:  Objection.                        04:36:31
16          THE WITNESS:  I don't think I fully understand
17 that.  I don't think -- I don't think that's -- I -- I
18 guess the answer to the question is I don't fully
19 understand it.
20 BY MS. HARTNETT:                                        04:36:48
21    Q  Okay.  Because I -- I'm -- I'm genuinely
22 perplexed because you've said that you're supporting
23 transgender civil rights and you wish for a time where
24 there's less discrimination and that -- yet your
25 submission is not being submitted in a neutral manner   04:36:59
                                              Page 253

64 (Pages 250 - 253)

Armistead Supp. App. 0657

1 in this case; it's being submitted in support of the
2 side of the case that's seeking to defend the exclusion
3 of the transgender student.
4         And so we don't need to belabor the point, but
5 I'm just trying to -- I'm happy to tell you that. And   04:37:11
6 if you have something you would like to say on the
7 record as to how you can reconcile the use of your
8 testimony for that, with the views you've expressed in
9 this deposition about seeking to make the world better
10 for transgender people, I would appreciate your chance   04:37:24
11 to respond to that.
12         MR. BROOKS:  Objection; mischaracterizes --
13         MR. TRYON:  Objection.
14         MR. BROOKS:  -- testimony and is outside the
15 scope of this witness's expert opinions.      04:37:30
16         THE WITNESS:  Well, I thank you for pointing
17 that out.  I will think about it more.
18         MS. HARTNETT:  Thank you.
19         I think we can take a break now.
20         THE VIDEOGRAPHER:  We are off the record at   04:37:46
21 4:38 p.m.
22         (Recess.)
23         THE VIDEOGRAPHER:  We are on the record at
24 4:55 p.m.
25         MS. HARTNETT:  Thank you.              04:55:19
                                              Page 254

1 BY MS. HARTNETT:
2      Q   Hi, Dr. Levine.  We discussed the SEGM
3 organization earlier.
4         Do you recall that?
5      A   I do.                    04:55:25
6      Q   And you described it as an evidence-based
7 organization; correct?
8      A   Yes.  That's the title, yes.
9      Q   And you view them as an organization that
10 strictly adheres to the facts; correct?      04:55:35
11      A   Well, facts are interpreted, but, yes, they
12 have a basis in facts.
13      Q   In January, you earlier, in the deposition,
14 mentioned that you did a podcast; correct?
15      A   I did.                   04:55:53
16      Q   And that podcast was with two of the lead
17 advisors of SEGM; is that right?
18      A   I don't think they're the lead advisors.
19 They're -- they were members of the psychotherapy
20 group.  I don't -- I don't -- I wouldn't describe them   04:56:10
21 as lead advisors to SEGM, no.
22      Q   Okay.  They're -- are they affiliated with
23 SEGM in some way?
24      A   They're members of SEGM, yeah.
25      Q   And that would be Sasha Ayad and Stella   04:56:21
                                              Page 255

1 O'Malley; is that right?
2      A   Yes.
3      Q   Were the thoughts that you shared with them
4 during that podcast all truthful?
5      A   I hope so.                    04:56:32
6      Q   Okay.  I'm just going to -- and I referenced,
7 before we went on the record, uploading a few audio
8 files.  I've excerpted some excerpts from the talk you
9 gave, which was, for the record, available at
10 https://gender-a-wider-lens.captivate.fm/episode/60-   04:56:53
11 pioneers-series-we-contain-multitudes-with-Stephen
12 S-T-E-P-H-E-N -- Levine, dated January 28th, 2022.
13         Dr. Levine, do you recall whether the podcast
14 was -- the conversation you had with Ms. O'Malley and
15 Ms. Ayad actually took place on January 28th?   04:57:38
16      A   I think it did, yes.
17      Q   Okay.  So I'm going to just play for you an
18 excerpt, and I'll ask you a question about it.
19         MS. HARTNETT:  Could you please play
20 Exhibit 89.                    04:57:56
21         (Exhibit 89 was marked for identification
22      by the court reporter and is attached hereto.)
23         THE WITNESS:  I'm not hearing anything.
24         THE VIDEOGRAPHER:  Just -- just a moment.  I
25 believe he's working on it.            04:58:22
                                              Page 256

1         MR. REISBORD:  Were you unable to hear that?
2         THE VIDEOGRAPHER:  Correct.
3         MS. HARTNETT:  We did not hear that.
4         MR. REISBORD:  Let my try one more time.
5         (Video Clip Played.)            04:58:40
6         "In 1973" --
7         MR. REISBORD:  Are you able to hear that?
8         MS. HARTNETT:  Yes.
9         THE WITNESS:  Yes.
10         MR. REISBORD:  Okay.            04:58:45
11         (Video Clip Played.)
12         "In 1973, after 30 days in -- in practice, I
13 was at a department of psychiatry and had a halftime
14 private practice.  I got a man who told me he was
15 sitting in the backyard with a gun in his mouth, under   04:59:00
16 his oak tree, and he decided either to kill himself" --
17         MS. HARTNETT:  We can't hear it anymore.
18         (Video Clip Played.)
19         -- "see a psychiatrist who used to be my
20 supervisor a month ago, and my supervisor said, Well,   04:59:17
21 there was an expert in human sexuality down at the
22 university.  Why don't you go see him?
23         "And that was the beginning of my career
24 working with people who wanted to change their sex.
25         "You know, he almost killed himself at that   04:59:33
                                              Page 257

65 (Pages 254 - 257)

Veritext Legal Solutions
866 299-5127                    Armistead Supp. App. 0658

1 point in 1973."
2 BY MS. HARTNETT:
3    Q  Dr. Levine, was that the patient that you were
4 referring earlier to in the deposition?
5    A  Yes.                                          04:59:48
6    Q  Rutherford or Ruth; correct?
7    A  Yes.
8        MS. HARTNETT:  Could you play tab 40, please.
9        MR. REISBORD:  Tab 40 would be Exhibit 90.
10       MS. HARTNETT:  Oh, sorry, thanks.          05:00:07
11       (Exhibit 90 was marked for identification
12    by the court reporter and is attached hereto.)
13       (Video Clip Played.)
14    "And -- and nine years later, he in fact did
15 kill himself after he changed his gender and left his   05:00:11
16 family and left his country and then returned back to
17 live in America and just decided to end his life.  So
18 that was my introduction, my nine-year introduction, to
19 adults who wanted to change their sex.
20    "This was a highly accomplished man.  He was   05:00:30
21 the head of our county library system.  He had a degree
22 in divinity.  And he was a joy to talk to.  And he --
23 one day, about four years before he actually killed
24 himself, he slashed his -- at his neck, and when he was
25 admitted to the hospital, he -- he told me that I was   05:00:55
Page 258

1 deficient as a therapist because I failed to
2 investigate how angry he has been all of his life at
3 his parents."
4 BY MS. HARTNETT:
5    Q  Dr. Levine, is what was just played an        05:01:10
6 accurate account of -- I'm sorry, is -- is what -- do
7 you stand by the account that you provided to SEGM, as
8 just played in that sequence?
9        MR. BROOKS:  Objection to the description.
10       THE WITNESS:  Are you asking if -- if -- if I   05:01:28
11 said these things that you're recording --
12 BY MS. HARTNETT:
13    Q  Yeah, thank you, I'll ask a better question.
14    Is that what you said on the SEGM podcast
15 earlier this year?                                  05:01:40
16    A  I don't call this "the SEGM podcast."  This is
17 a --
18    Q  I'm sorry.
19    A  -- podcast of these two women who have a
20 business in providing information to others who are   05:01:47
21 interested.
22    So I --
23    Q  Okay.
24    A  -- did say these things, as you -- as is
25 obvious, I said these things.                        05:01:56
Page 259

1    Q  And they were truthful; correct?
2    A  Was I telling the truth?  Yes --
3    Q  Yes.
4    A  -- I was -- I tell --
5    Q  Okay.                                          05:02:06
6    A  -- the truth.
7    Q  Sorry, it's partially a formality of -- I'm
8 just trying to confirm that what you were saying to
9 them is also true today, and so that's why I'm asking
10 you the question, but I won't refer to it as "the SEGM   05:02:17
11 podcast."
12       MS. HARTNETT:  Could you please play tab 41,
13 Exhibit 91.
14       (Exhibit 91 was marked for identification
15    by the court reporter and is attached hereto.)   05:02:24
16       (Video Clip Played.)
17    "It was quite an educational experience for
18 me, both as a he and as a she, and -- and she and I
19 wrote a paper in the Archives of Sexual Behavior in
20 19-, I think, -83 called Increasingly Ruth: Towards an   05:02:37
21 understanding of sex reassignment surgery.
22    And then in 1984, when he died, I wrote a
23 letter to the editor about Ruth's suicide.
24    Q  Dr. Levine, was that a recording of you
25 speaking to the podcast earlier this year?          05:03:03
Page 260

1    A  Yes.
2    Q  You mentioned that you wrote a letter to the
3 editor after Ruth's death, and in that letter, you said
4 that Ruth's unfortunate legacy to those who invested in
5 her is psychologic injury due to her abandonment of   05:03:18
6 them; is that correct?
7    A  Would you repeat that?  I don't recognize
8 those words.
9    Would you repeat them slowly?
10    Q  I'm sorry.  Ruth's unfortunate legacy to those   05:03:30
11 who invested in her is psychologic injury due to her
12 abandonment of them.
13    A  Yes, that was --
14    Q  Did you write that?
15    A  Yes.  I don't want to give you more          05:03:39
16 information than you're asking for, but -- the answer
17 to your question is yes.
18    Q  Thank you.
19       MS. HARTNETT:  Could you play tab --
20 Exhibit 92, please.                                 05:04:01
21       (Exhibit 92 was marked for identification
22    by the court reporter and is attached hereto.)
23       (Video Clip Played.)
24    "So I've been accused of being very
25 conservative on this issue and biased by -- by that   05:04:06
Page 261

66 (Pages 258 - 261)

Armistead Supp. App. 0659

1  experience, and, in fact, I plead guilty.  I am -- I --
2  I -- that was my introduction."
3       Female:  "Yeah."
4       "And it -- and, unfortunately, it's not the
5  only case of -- of people who have aspirations who       05:04:21
6  think that their troubles as a person will disappear
7  if -- if they change their gender presentation and
8  change their bodies and -- and only to discover that
9  life is not as easy as they imagined, and they didn't
10  escape much.                              05:04:44
11       "So I plead guilty to being biased, and I
12  think all of us have a kind of bias, and we ought to
13  own it."
14  BY MS. HARTNETT:
15       Q  Dr. Levine, were those your statements on the       05:04:55
16  podcast earlier this year?
17       A  Yes.
18       Q  And were they your truthful statements?
19       A  Yes.
20       MS. HARTNETT:  Could you please play       05:05:10
21  Exhibit 93.
22       MR. TRYON:  This is Dave Tryon.  I'm going to
23  object to --
24       (Video Clip Played.)
25       "I have a Mas-" --                    05:05:16

Page 262

1       MR. TRYON:  I'm going to object to to playing
2  these excerpts without the full context.
3       MS. HARTNETT:  And I will just say for the
4  record that there is -- I think the -- the person that
5  gave the podcast knows the context, and I've given the       05:05:26
6  web URL for anyone to look at the full context.
7  There's not a written transcript online.
8       MR. TRYON:  My objection stands.
9       MS. HARTNETT:  Of course.  Thank you.
10  Could you play Exhibit 93, please.       05:05:43
11       (Exhibit 93 was marked for identification
12  by the court reporter and is attached hereto.)
13       (Video Clip Played.)
14       "I have a Master's prepared person, just got
15  out of her -- her internship, who told me how you're       05:05:48
16  supposed to treat transgender people, and I was just
17  astounded.
18       "I gave a seminar two years ago to residents
19  who told me -- residents in psychiatry -- who told me
20  how trans people ought to be treated.       05:06:05
21       "See, they had a chain in trust.  Somebody
22  taught them, and they believe it, the passion, they
23  believe it.  They have the zeal of the new -- of the
24  convert to being a psychiatrist or being a counselor,
25  whatever it is.  And -- and -- and when I give them       05:06:21

Page 263

1  facts, they think I'm an outlier or they think I'm an
2  old fuddy-duddy, there's something wrong with me.  They
3  don't believe me.
4       "Because the truth is that trans is normal,
5  you see, and -- and that they can have highly       05:06:33
6  successful lives, just like anybody else.
7       "And it's not based on experience.  It's
8  certainly not based on any scientific scrutiny, you
9  see.
10       "And so what I'm really saying is that so many  05:06:46
11  of the doctors just practice how they've been taught to
12  practice.  They -- they -- we -- we -- none of us have
13  the brain power -- we take care of so many different
14  things, we can't be experts in -- in -- in the original
15  train of -- that chain of trust at all, you see.       05:07:05
16       "So of course we oversimplify everything.
17       "And, you know, there -- we rely on -- on a
18  few skeptics like -- like the three of us."
19  BY MS. HARTNETT:
20       Q  Dr. Levine, was that clip of you speaking on       05:07:22
21  the podcast earlier this year?
22       A  It is.
23       Q  Was that your truthful statements?
24       MR. TRYON:  Objection.
25  ///

Page 264

1  BY MS. HARTNETT:
2       Q  Sorry?
3       A  I said --
4       Q  I --
5       A  -- those things that you heard on the podcast,  05:07:44
6  yes.
7       Q  And were they your truthful statements?
8       A  Yes.
9       MS. HARTNETT:  Okay.  Could you play
10  Exhibit 94, please.                       05:07:53
11       (Exhibit 94 was marked for identification
12  by the court reporter and is attached hereto.)
13       (Video Clip Played.)
14       "And then three years later, there was the six
15  standards of care that was almost word for word for       05:07:59
16  what our group did except for one letter was necessary.
17  That is, he wanted to make it easier to get
18  transgender."
19  BY MS. HARTNETT:
20       Q  Dr. Levine, was that you speaking on the       05:08:15
21  podcast earlier this year?
22       A  Yes.  And it's my truthful statement.
23       Q  Thank you.  You used the term "get
24  transgender" on that clip.  I was just wondering what
25  you mean by that.                         05:08:27

Page 265

67 (Pages 262 - 265)

Armistead Supp. App. 0660

1     A  I think that was referring to hormones, access
2  to hormones.
3         We used to have a standard that two
4  independent individuals or one group committee were
5  required to write a recommendation for hormones, and     05:08:44
6  Dr. Richard Green, who was the head of the organization
7  at the time, didn't like that at all.  He was a strong
8  advocate of immediate care.  And he told me so, he
9  didn't like it.  And -- and he reconstituted --
10  accepted the fifth standards of care, and he formed a     05:09:05
11  new committee with the -- you know, with the charge to
12  get rid of that criteria for hormones.
13     Q  Do you typically use the term "get
14  transgender"?
15     A  No.  This was a spontaneous conversation.  I     05:09:24
16  don't -- it's a funny phrase.  I don't know.  It came
17  out of my mouth.  I don't know why.  That's --
18     Q  Okay.
19     A  -- not my usual language.
20         But again, this was not a paper I was     05:09:33
21  delivering that I, you know, worked on.  This is
22  something that happened rather spontaneously.
23     Q  I understand.
24         MS. HARTNETT:  Could you please play
25  Exhibit 95.     05:09:49

Page 266

1         (Exhibit 95 was marked for identification
2         by the court reporter and is attached hereto.)
3         (Video Clip Played.)
4         "I think it's time for a re-examination of the
5  wisdom of affirmative care.  I'm not saying affirmative     05:09:55
6  care doesn't help some people, but I'm not so sure how
7  many people it harms."
8  BY MS. HARTNETT:
9     Q  Dr. Levine, was that your truthful statement
10  on the podcast earlier this year?     05:10:09
11     A  It --
12         MR. TRYON:  Same objection as before.
13         Thank you.
14         You may answer.
15         THE WITNESS:  I -- it is my true statement.     05:10:18
16         I'm still not sure what percentage of people
17  are ultimately harmed and how to measure those harms
18  and when to measure those harms.
19         MS. HARTNETT:  Thank you.
20         Could you play tab -- sorry -- Exhibit 96,     05:10:33
21  please.
22         (Exhibit 96 was marked for identification
23         by the court reporter and is attached hereto.)
24         (Video Clip Played.)
25         "The problem is that we do not have rigorous     05:10:38

Page 267

1  follow-up studies of people who made the transition."
2  BY MS. HARTNETT:
3     Q  Dr. Levine, is that your truthful statement
4  made earlier this year?
5         MR. TRYON:  Objection.     05:11:00
6         THE WITNESS:  Yes.
7         MR. TRYON:  I just want to place on the record
8  evidence rule 106.  Thank you.
9         Go ahead and answer.
10  BY MS. HARTNETT:     05:11:05
11     Q  Dr. Levine, do you agree that there is not
12  rigorous follow-up studies of people who have made the
13  transition?
14     A  Yes.  I believe I testimony -- I testified to
15  that earlier today.     05:11:24
16     Q  And for all of these statements that I've
17  asked you about, do you stand by those statements,
18  sitting here today?
19     A  Number one, I have said those things, and I
20  believe them to be essentially correct today, yes.     05:11:36
21     Q  And, thank you, I'm asking only to -- in light
22  of the objection, not to repeat my questions to you.
23         MS. HARTNETT:  Could you please play
24  Exhibit 97.
25         (Exhibit 97 was marked for identification     05:11:48

Page 268

1         by the court reporter and is attached hereto.)
2         (Video Clip Played.)
3         "The people who come to me who are depressed,
4  you know, those -- those -- after transition, those are
5  just anecdotal reports.  I have no idea what the --     05:12:00
6  what the denominator is, you see."
7  BY MS. HARTNETT:
8     Q  Dr. Levine, do you agree with the statement
9  that was just played?
10     A  Yes.     05:12:10
11         MS. HARTNETT:  Could you please play
12  Exhibit 98.
13         (Exhibit 98 was marked for identification
14         by the court reporter and is attached hereto.)
15         MR. TRYON:  Counsel, before you play it --     05:12:19
16         MS. HARTNETT:  Yes.
17         MR. TRYON:  Counsel, will you just agree to
18  give me a standing objection to these excerpts?
19         MS. HARTNETT:  Yes.
20         MR. TRYON:  Thank you.     05:12:28
21         (Video Clip Played.)
22         "And -- and because we don't know, because we
23  don't know, I think we have to say why do we have all
24  this enthusiasm, why do we have all this chain of trust
25  passion that this is the best treatment.  We don't know     05:12:46

Page 269

68 (Pages 266 - 269)

Armistead Supp. App. 0661

1 is the best treatment, you see."
2 BY MS. HARTNETT:
3     Q   Dr. Levine, do you agree with that statement
4 that you made earlier this year?
5     A   I do.                                    05:12:58
6         MS. HARTNETT:  Could you please play
7 Exhibit 99.
8         (Exhibit 99 was marked for identification
9     by the court reporter and is attached hereto.)
10        (Video Clip Played.)                    05:13:05
11        "Now, I want to quickly say that while I'm an
12 advocate of someone who thinks or wants to be or
13 considers themselves a transgendered person, I think
14 they ought to have a psychotherapeutic approach before
15 they make any -- any life-changing decisions, but I    05:13:22
16 admit that I have no follow-up.  This is not on the
17 basis of randomized control study.  I am in the same
18 difficult position that the affirmative care doctors
19 are in, only I have more faith based upon a hundred
20 years of doing psychotherapy as a tradition, you see,   05:13:42
21 and they only have a few years, with no follow-up."
22 BY MS. HARTNETT:
23    Q   Dr. Levine, is that your truthful statement?
24    A   Yes.
25        MS. HARTNETT:  Could you please play    05:14:02
                                              Page 270

1 Exhibit 100.
2         (Exhibit 100 was marked for identification
3     by the court reporter and is attached hereto.)
4         (Video Clip Played.)
5         "So -- so what I'm saying is that in the early  05:14:05
6 studies, the death rates from cancer and cardiovascular
7 disease and -- and accidents were -- were elevated and
8 what -- and what that really means is that the
9 lifestyle things predispose them to physical diseases.
10        "So, you know, if you're a parent, you --    05:14:27
11 you -- you want to die -- you want to die before your
12 children, you see.
13        "So for many -- for many of these kids,
14 they're going to be sick.
15        "And I just saw a slide of the famous --      05:14:41
16 Jazz Jennings.  Do you know that name?
17        Female:  Yeah.
18        "Apparently Jazz Jennings was a very thin,
19 very attractive person when she had surgery, and in the
20 postoperative time, she's now grossly obese.  She is --  05:14:58
21 I saw a picture of her.  She is grossly obese.
22        "So, you know, this is one of the -- this is
23 one of the things that never gets talked about, what
24 are the physical manifestations, what are the
25 psychological manifestations, what are the outcomes."  05:15:13
                                              Page 271

1 BY MS. HARTNETT:
2     Q   Dr. Levine, is that your truthful statement?
3     A   Yes.
4     Q   Is it your contention that Jazz Jennings is
5 grossly obese because she had gender confirmation    05:15:29
6 surgery?
7     A   No.  She became grossly obese after gender
8 confirmation surgery.  In addition, she had -- she had
9 other problems as well, I think.
10        I only know that because Jazz Jennings is a    05:15:50
11 public, you know, celebrity, so to speak, and people
12 talk about her and people showed me pictures of her.
13        So I've never -- that's -- that's what I know.
14    Q   But you've never met Jazz Jennings; correct?
15    A   I have never met Jazz Jennings.              05:16:09
16        MS. HARTNETT:  Could you play Exhibit 101,
17 please.
18        (Exhibit 101 was marked for identification
19    by the court reporter and is attached hereto.)
20        (Video Clip Played.)                        05:16:19
21        "And the -- the affirmative care doctors like
22 to blame all these comorbidities and the shortened
23 lifespan on minority stress, and you would -- I
24 think -- I think we recognize that it is stressful to
25 be -- to belong to a sexual minority, but -- but    05:16:32
                                              Page 272

1 children who are cross-gender identified, who have
2 separation anxiety and depression and so forth, they're
3 not -- they're not having minority stress.
4         "And -- and the kids who -- you know, if
5 you -- if you walk in -- if you walk in and see your    05:16:50
6 postpartum depressed mom hanging from the rafters and
7 then you decide three weeks later that you're going to
8 change your gender, this is not minority stress."
9 BY MS. HARTNETT:
10    Q   Dr. Levine, is that your truthful statement?    05:17:07
11    A   Yes.
12    Q   Are you aware of any example of an actual kid
13 who walked in and saw their postpartum depressed mom
14 hanging from the rafters and three weeks later decided
15 to change gender?                                05:17:22
16    A   Absolutely.
17    Q   Can you tell me what -- where is that example?
18    A   I think that case was presented to me.
19    Q   By whom?
20    A   One of my staff.  Or it was presented to me,    05:17:33
21 you know, by somebody else.
22        Occasionally, I supervise other people.
23        But that came -- that -- that came from a
24 recent -- a recent January 20th case history that I
25 heard.                                           05:17:53
                                              Page 273

                                        69 (Pages 270 - 273)

Armistead Supp. App. 0662

1    It -- it has to do, you see, with not taking a
2  history, giving people, very quickly, affirmative care
3  and not appreciating the forces that might have shaped
4  this -- that -- that may be very -- that may play out
5  and may -- very difficult to have a happy, successful    05:18:15
6  life as a trans person.
7    So I -- I can't give you the -- I can't tell
8  you at the moment who told me that, but I can tell you
9  I am not telling -- I am telling the truth.  This is
10 what I recently heard prior --                            05:18:34
11   Q  Was that as a -- sorry.
12   A  Pardon me.
13   Q  Was that -- was that an anecdote that came to
14 you from somebody in your clinic?
15   A  As I said before, it might have been someone    05:18:43
16 in my clinic; it might have been some other
17 professional who talked to me about that.
18   Q  Do you know if the person at issue, the --
19 the -- that was seeking a transition, whether they had
20 any signs of gender dysphoria prior to the mom hanging    05:18:58
21 from the rafters?
22   A  I think the implication was that they hadn't,
23 but I don't remember enough details to -- I couldn't
24 tell you the case history.  That's the aspect of the
25 case history that I recall.                               05:19:18

Page 274

1  psycho- -- the -- if we can agree that an eating
2  disorder is a true problem and not just a dietary of
3  something or other, the -- this evidence of the
4  psychopathology that precedes transgender
5  identification, the crystallization of a trans    05:20:59
6  identification, eating disorder is just another way of
7  self-harm where -- where one cannot live comfortably in
8  the self as it is developing.
9    So that's probably what I was making reference
10 to, the pre-crystallization of a transgender, the    05:21:18
11 problems that are some- -- that are often seen in girls
12 prior to their coming out as a trans boy.
13   Q  Is it your view that you could correct the
14 eating disorder and the person may stop identifying as
15 transgender?                                              05:21:38
16   A  Well, I think most eating dis- -- what I was
17 saying -- I think you misunderstood -- is the -- the
18 prelude to the eating disorder was transgender.  I will
19 say if you could help the person understand the
20 motivation for the eating disorder and help her to come    05:22:00
21 to grips with what she's doing is harmful to herself in
22 the short and in the long run, then it wouldn't -- it
23 may prevent -- it may help her to find another
24 solution, for example, becoming a vegan or -- that
25 would be a benign -- a less -- less problematic    05:22:25

Page 276

1    Q  Thank you.
2    MS. HARTNETT:  Can you play Exhibit 102,
3  please.
4    (Exhibit 102 was marked for identification
5    by the court reporter and is attached hereto.)    05:19:26
6    (Video Clip Played.)
7    "Lots of girls have temporary eating
8  disorders, and some of them end up overcoming it, but
9  they overcome it sometimes by becoming vegetarians or
10 vegans.  So it's okay, and it's much better.  It's much    05:19:42
11 better than having an eating disorder."
12 BY MS. HARTNETT:
13   Q  Dr. Levine, was that your truthful statement?
14   A  Yes.
15   Q  What point were you trying to make by drawing    05:19:59
16 an analogy to eating disorders and vegetarians and
17 vegans?
18   A  I think you would have to play for me what
19 preceded that, but off the top of my head today, two
20 months after I made that statement, more than two    05:20:14
21 months after I made that statement, I was probably
22 making reference to the fact that among adolescent
23 girls who declare themselves to be trans boys, a large
24 percentage of them have a pre- -- a predeclaration
25 eating disorder, that this is part of the -- the    05:20:35

Page 275

1  solution than having to become transgender, forget her
2  eating disorder and focus on something else in a way
3  that dominates her life.
4    So you -- you dominate your life by thinking
5  that you're too fat when you're 93 pounds, and now    05:22:43
6  you're domi- -- you give that up, and then you dominate
7  your life because you're really a boy trapped in a
8  girl's body and --
9    So I'm telling you, as a psychiatrist, life is
10 complicated and histories are complicated and our    05:22:57
11 ability to predict things is not very good, and I just
12 want us to rely on science, as -- whatever the
13 limitations of sciences are, I want to rely on science
14 and not something shorter than science, you know,
15 fervent, passionate beliefs, whatever.    05:23:19
16   Q  So in that instance -- I'm just trying to make
17 sure I understand -- your -- the idea would be that
18 it's better to end up being vegan than transgender?
19   A  If -- if you put it in that way, if you reduce
20 everything to that simplicity, I guess the answer is it    05:23:35
21 would be better to have a -- that would be a better
22 supplementation of your original concerns about
23 yourself and your body and the sexual meaning of your
24 body than it is to repudiate your femininity entirely
25 and try to remove your breasts surgically and take    05:23:56

Page 277

70 (Pages 274 - 277)

Armistead Supp. App. 0663

**Page 278**

1  hormones and so forth, yes.
2      MS. HARTNETT: Could you play Exhibit 103,
3  please.
4      (Exhibit 103 was marked for identification
5  by the court reporter and is attached hereto.)    05:24:04
6      (Video Clip Played.)
7      "It's your current sexual identity --
8  Female: Yeah.
9      -- "you see. I mean, I'm sure I've had
10 identities -- I used to be a stamp collector, you know.  05:24:15
11 I had an identity as a stamp collector. And I don't
12 collect stamps anymore."
13 BY MS. HARTNETT:
14     Q  Dr. Levine, are those your truthful
15 statements?                          05:24:28
16     A  I was a stamp collector.
17     Q  I was a baseball card collector.
18     Is transgender like being a stamp
19 collector?
20     A  No.                          05:24:38
21     MS. HARTNETT: Could you play tab --
22 Exhibit 104, please.
23     (Exhibit 104 was marked for identification
24 by the court reporter and is attached hereto.)
25     (Video Clip Played.)              05:24:55

**Page 279**

1      "I think the doctor's responsibility is to
2  diagnose this, understand the factors that is pushing
3  the child in that direction and the family in that
4  direction and to inform what -- the parents and the
5  child of what is known and what is not known and what  05:25:10
6  the alternative treatments are, and the parents and the
7  child make the decision, not the doctor. The doctor
8  does not have the data to make the decision."
9  BY MS. HARTNETT:
10     Q  Dr. Levine, is that your truthful statements?  05:25:28
11     A  That is, although I'm embarrassed, but I used
12 the wrong -- I should have said "are" and not "is" in
13 the first sentence.
14     Q  I think I just did the same thing.
15     I have one more excerpt to play.       05:25:42
16     MS. HARTNETT: Could you play Exhibit 105,
17 please.
18     (Exhibit 105 was marked for identification
19 by the court reporter and is attached hereto.)
20     (Video Clip Played.)              05:25:48
21     "So if I'm an expert in something, it's a very
22 narrow topic I'm an expert. Even though I'm a
23 doctor and you -- somebody may think, well, he's a
24 doctor; right? But the doctor doesn't know much about
25 most things.                          05:26:01

**Page 280**

1      "And -- and there is the wisdom, I think, is
2  the difference between demagoguery, which I think many
3  affirmative care doctors are demagogues, and experts,
4  many of whom are just uneasy about what is not known."
5  BY MS. HARTNETT:                      05:26:23
6      Q  Dr. Levine, were these your truthful
7  statements from earlier this year?
8      A  Yes.
9      Q  Do you consider yourself to be a demagogue or
10 an expert?                          05:26:36
11     A  I consider myself, on this issue of the
12 scientific basis of -- of trans delivery -- care
13 delivery, to be an expert in this very narrow field
14 because my definition of an expert, knows the
15 difference between what is known and what is not known,  05:26:53
16 you see.
17     On many subjects that I have to work on every
18 day as a psychiatrist, I -- I have -- I -- I'm not sure
19 what -- the difference between what I know and what is
20 known by more expert people in the field.         05:27:10
21     I seem to have enough to have credentials as a
22 practicing doctor, but I'm not an expert in most things
23 I take care of.
24     When it comes to the data about this matter of
25 trans care, I feel I'm a relative expert, and I think I  05:27:28

**Page 281**

1  have more perspective and more basis for that
2  perspective than many people who have been taught how
3  to take care of transgender people.
4      Q  Do you believe Dr. Adkins is a demagogue?
5      A  I don't know Dr. Adkins well enough to -- to  05:27:49
6  make that decision. I don't want to be insulting at
7  all to my colleagues, but if -- if Dr. Adkins believes
8  this is genetically determined and if she believes that
9  it's fixed and if she believes she's helping and she
10 has evidence that she's helping people live happy lives  05:28:11
11 for the next 40 years, I believe she is much more
12 closer to my definition of a demagogue than, say, a
13 person who can't distinguish between what she knows
14 and what is known versus an expert.
15     But I don't want to pass judgment on her       05:28:27
16 because, you know, I've just read her report, that's
17 all.
18     Q  How about Dr. Safer, would you have the same
19 view there, that -- do you believe he's a demagogue, or
20 you wouldn't want to pass judgment?              05:28:39
21     A  You know, one of the ethical principles of
22 being a doctor is to speak respectfully of one's
23 colleagues.
24     I -- I would say, I just want to repeat, that
25 most practicing doctors have a belief system that       05:28:58

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0664

1  they're working on the side of angels, and that's a
2  different set of ideas than what science has already
3  demonstrated.
4       So to the extent that people believe,
5  passionately believe, that what they are doing is      05:29:10
6  ensuring a -- a -- a productive, successful,
7  asymptomatic, fulfilling life and there's no evidence
8  for it, well, I think they're not -- they shouldn't be
9  certain about that.
10      And they're closer to an ordinary physician or      05:29:30
11  a demagogue than they are to an expert.
12   Q  Thank you.  Could you just -- I have a --
13  hopefully, a couple of final questions about your
14  expert report.
15      Could you pull that back up?  That was      05:29:44
16  Exhibit 87.
17      MR. BROOKS:  Coming, coming.
18  BY MS. HARTNETT:
19   Q  And I'm going to be just going to
20  paragraph 81.      05:29:54
21      MR. BROOKS:  Which is on.
22      MS. HARTNETT:  It's on -- take your time, but
23  page 31, paragraph 81.
24      MR. BROOKS:  What heading are we under here?
25      MS. HARTNETT:  You are under --      05:30:10

Page 282

1      MR. BROOKS:  I see it.  I see the heading at
2  the top of page 30.
3      Is that the right heading?  Am I missing
4  anything --
5      MS. HARTNETT:  Correct.      05:30:23
6      MR. BROOKS:  -- or is that --
7      Under "Opinions and practices vary widely..."
8  Okay.
9      And then you said paragraph 81?
10      MS. HARTNETT:  Right.  And this is a paragraph  05:30:29
11  about -- Dr. Levine is describing a Lichenstein
12  article; is that correct?
13      MR. BROOKS:  Let me just say, Dr. Levine, if
14  you want to look at any paragraphs between the heading
15  and this one, for context, you should feel free to, or   05:30:46
16  if not -- if you don't feel the need, then you don't
17  need to.
18      THE WITNESS:  Okay.
19  BY MS. HARTNETT:
20   Q  So this paragraph is talking about, in your   05:31:09
21  words, the "loose standards" at Dr. Safer's clinics at
22  Mount Sinai in Columbia; correct?
23   A  Yes.
24   Q  And do you say that he's -- I'm just reading
25  from the first sentence, but you a say at least one   05:31:22

Page 283

1  prominent clinic, quote, is quite openly admitting
2  patients for even surgical transition who are not
3  eligible under the criteria set out in WPATH's
4  Standards of Care.
5       Do you see that?      05:31:36
6   A  Yes.  The last sentence, right.
7   Q  Is it your understanding that patients were
8  receiving care there without meeting the WPATH
9  standards?
10   A  WPATH standards are just one set of standards,   05:31:53
11  and I guess Dr. Safer has a different set of standards.
12      I don't think that WPATH needs to be followed,
13  you know.  I don't think they're -- they are in fact
14  the standards of care.  They are just an organization
15  that is providing some guidelines, which they call      05:32:19
16  standards of care, but aren't true standards of care.
17  They're just guidelines from a professional
18  organization that is -- that is an advocacy
19  organization for -- for the treatment -- for
20  affirmative treatment.      05:32:36
21   Q  But are you aware that Mount Sinai went
22  through the process of having those people satisfy the
23  WPATH standards before they had surgery notwithstanding
24  that they would have also met the other standards set
25  forth by Sinai?      05:32:47

Page 284

1      MR. BROOKS:  Objection.
2      THE WITNESS:  I'm -- I'm not deeply involved
3  in the process of how Dr. Safer has done his work.
4  This would be not an area of my expertise about --
5  about his criteria.      05:33:04
6  BY MS. HARTNETT:
7   Q  I guess my question for you is whether you
8  know, sitting here today, whether in fact Dr. Safer's
9  center allowed patients to have surgery under what you
10  call the "loose standards" without satisfying WPATH.      05:33:17
11   A  Well, it was my understanding from the quoted
12  study that -- that he was providing -- or giving
13  permission for surgical care for people who may not
14  have met the few criteria that -- that we have -- had
15  organized in 2000-- in, you know, the seventh      05:33:44
16  edition.
17   Q  Did you read the Lichtenstein article before
18  citing it here?
19   A  I must have read it, but it's probably one of
20  hundreds of articles, and right now, I can't recall the   05:33:54
21  details.
22   Q  Thank you.
23      MS. HARTNETT:  Could I take a -- go off -- I
24  think I'm almost -- or -- done, if not done.
25      But could we go off the record briefly for me   05:34:06

Page 285

72 (Pages 282 - 285)

1 to collect my nets and then hopefully we'll be done?

2       THE VIDEOGRAPHER:  We are off the record at

3 5:34 p.m.

4       (Recess.)

5       THE VIDEOGRAPHER:  We are on the record at       05:44:53

6 5:45 p.m.

7       MS. HARTNETT:  Thank you, Dr. Levine.  I have

8 no further questions, but reserve the right to any

9 recross if there's further questioning of you.

10       THE WITNESS:  You're welcome.       05:45:12

11       MS. HARTNETT:  Thank you.

12       MR. BROOKS:  Speaking for the -- Roger Brooks,

13 speaking for the intervenor, I have no questions for

14 the witness.

15       MR. TRYON:  This is Dave Tryon on behalf of       05:45:20

16 the State of West Virginia.

17       Dr. Levine, thank you for your time.

18       I have no questions.

19       MS. MORGAN:  This is Kelly Morgan on behalf of

20 the West Virginia Board of Education and Superintendent  05:45:29

21 Burch.  I have no questions.  Thank you.

22       MS. DENIKER:  Dr. Levine, this is Susan

23 Deniker, counsel for defendants Harrison County Board

24 of Education and Superintendent Stutler, and I have no

25 questions for you.

                                           Page 286

1 Thank you for your time.

2       THE WITNESS:  You're welcome.

3       MS. ROGERS:  Dr. Levine, this is Shannon

4 Rogers on behalf of the West Virginia Secondary School

5 Activities Commission.  I have no questions either.       05:45:53

6       Thank you.

7       THE WITNESS:  You're welcome.

8       MS. HARTNETT:  Dr. Levine, thank you for your

9 time.

10       THE VIDEOGRAPHER:  Thank you.       05:46:00

11       We are off the record at 5:46 p.m., and this

12 concludes today's testimony given by Stephen Levine,

13 Dr. -- Dr. Stephen Levine.

14       The total number of media units was seven and

15 will be retained by Veritext Legal Solutions.       05:46:16

16       Thank you.

17       (TIME NOTED:  5:46 p.m.)

18

19

20

21

22

23

24

25

                                           Page 287

1

2

3

4       I, STEPHEN LEVINE, do hereby declare under

5 penalty of perjury that I have read the foregoing

6 transcript; that I have made any corrections as appear

7 noted, in ink, initialed by me, or attached hereto;

8 that my testimony as contained herein, as corrected, is

9 true and correct.

10       EXECUTED this _____ day of _____,

11 20____, at _____, _____,

           (City)           (State)

12

13

14

15       _____

                     STEPHEN LEVINE

16                    VOLUME I

17

18

19

20

21

22

23

24

25

                                           Page 288

1       I, the undersigned, a Certified Shorthand

2 Reporter of the State of California, do hereby certify:

3       That the foregoing proceedings were taken

4 before me at the time and place herein set forth; that

5 any witnesses in the foregoing proceedings, prior to

6 testifying, were placed under oath; that a record of

7 the proceedings was made by me using machine shorthand

8 which was thereafter transcribed under my direction;

9 further, that the foregoing is an accurate

10 transcription thereof.

11       I further certify that I am neither financially

12 interested in the action nor a relative or employee of

13 any attorney of any of the parties.

14       IN WITNESS WHEREOF, I have this date subscribed

15 my name.

16

17 Dated:  April 15, 2022

18

19

20       _____

                 ALEXIS KAGAY

21                 CSR NO. 13795

22

23

24

25

                                           Page 289

                       73 (Pages 286 - 289)

[& - 30]

**&**

**&**  5:17 6:5 13:1

**0**

**00316**  1:8 2:8 11:16 65:12
**02116-3740**  3:15

**1**

**1**  1:25 11:9 78:19 181:3
**10**  74:24 172:16
**100**  9:19 271:1,2
**1000**  4:20
**10005-3919**  4:10
**101**  9:21 272:16,18
**102**  9:23 275:2,4
**103**  9:25 278:2,4
**104**  10:2 278:22,23
**105**  10:4 279:16,18
**106**  268:8
**10:13**  51:14
**10:23**  51:17
**10th**  64:25
**11**  123:18 249:2,13 250:3,14
**112**  5:8
**11776**  289:20
**11:49**  108:4
**12**  147:4 220:13
**120**  4:8
**12:01**  108:7
**13**  36:7 171:7 187:21 235:7
**130**  156:11,11,13 156:14
**13795**  1:24 2:25 289:21
**14**  8:6 132:2,3 134:4 149:11 150:7 151:17 166:18 181:14

186:14 198:3 220:7,12
**1411**  6:19 7:8
**146**  77:8
**147**  76:6,11,11,25 101:16
**14th**  3:14
**15**  128:4 147:4 186:14 195:25 197:24 289:17
**151**  76:3,3 77:4,7
**16**  60:6 123:18 139:1 187:22 201:10,22,23
**17**  91:10 166:18
**17th**  140:18
**18**  140:3,12,20,21 140:22 141:4 176:3,10,11 192:18 203:12 209:6 212:21,22 213:2
**18a**  192:20,23
**18h**  212:24
**18l**  194:21
**19**  4:9 88:3 103:1 190:18 196:6,12 234:22 260:20
**1900s**  225:10,11
**1973**  108:24 110:1 257:6,12 258:1
**1974**  102:22
**1976**  78:20
**1977**  89:10
**1983**  109:22
**1984**  260:22
**1988**  225:5
**1992**  88:3 89:1
**1993**  89:1 110:19 110:20 111:10,16

**1999**  97:11,18
**1:11**  155:21
**1:30**  58:20

**2**

**2**  63:25 64:1 91:11 92:4 164:8 181:3
**20**  71:6 114:16,17 135:18 143:15,19 172:16 174:11 176:21 179:11 196:8,12,13 197:15 216:5 234:22 288:11
**200**  6:20 7:9 99:7 99:11 106:6
**2000**  285:15
**2002**  177:10
**2006**  168:22
**2008**  24:21 26:4
**2010s**  182:9
**2011**  182:5 190:12 190:23 225:25
**2015**  39:8 41:8,8
**2017**  22:9 121:8
**2018**  146:8 200:12
**2019**  23:13 28:16
**202**  235:10,15,21 237:19 245:7
**2020**  22:5 37:6 133:17 218:6
**2021**  15:9 21:17 22:1 37:5 64:25 65:3 68:9,12 140:18 165:1 167:12 239:22
**2022**  1:20 2:24 11:1,4 197:17,21 245:22 256:12 289:17
**203**  235:23 237:20 243:14

**20s**  172:14 176:8
**20th**  273:24
**217**  8:19
**22**  70:4
**23rd**  70:4
**24th**  90:13
**25**  71:7,7 194:14
**25301**  5:22
**25301-3088**  6:21 7:10
**25305-0220**  5:9
**256**  8:22
**258**  8:24
**260**  9:1
**261**  9:3
**263**  9:5
**26330**  6:9
**265**  9:7
**267**  9:9,11
**268**  9:13
**269**  9:15
**270**  9:17
**271**  9:19
**272**  9:21
**275**  9:23
**278**  9:25 10:2
**279**  10:4
**289**  1:25
**28th**  256:12,15
**2:11**  155:24
**2:21**  1:8 2:8 11:16 65:12

**3**

**30**  1:20 2:24 11:1 172:16 173:17 174:5,6,8,10,12,24 174:25 175:2 176:20 177:12 179:8,10 180:3 190:13 228:21 257:12 283:2

[30043 - accurate]

**30043** 4:20
**304.933.8154** 6:10
**30s** 172:15
**30th** 11:4
**31** 282:23
**3293** 143:13 157:5
   157:8
**35** 121:7,16
**37** 198:13,22
**38** 200:12,15
**3:21** 207:14
**3:36** 207:17

**4**

**4** 92:24 143:24
   165:18 202:21
**40** 25:2,3,15 258:8
   258:9 281:11
**400** 6:8
**41** 260:12
**49** 203:7,13 204:13
**4:38** 254:21
**4:55** 254:24

**5**

**5** 108:15,17,21
   110:15 164:8,10
   164:21 165:19
**50** 87:13 123:14
   143:16,20,25
   144:7,15,19 156:5
   173:6 174:1
   177:19 188:19
   205:1 244:9
**500** 3:13 5:20
**51** 8:11 73:10,13
   73:19 75:11
**5122884** 1:24
**53** 202:13,17,25
**56** 207:6
**5:34** 286:3

**5:45** 286:6
**5:46** 2:23 287:11
   287:17

**6**

**6** 137:17,19
**60** 101:19 256:10
**600** 5:21
**60s** 182:8
**61** 218:13,15,22,23
   219:3
**617.937.2305** 3:16
**681.313.4570** 5:10
**69** 8:16 235:11,14

**7**

**7** 167:19,25 170:16
   212:25 213:8
**70** 70:8 173:6,9
   174:1 188:19
**70s** 102:12 182:9
**75** 79:22
**7:00** 58:20
**7th** 113:5

**8**

**8** 167:19 168:4
   170:16 194:22
**80** 175:7
**80s** 182:9
**81** 75:18 282:20,23
   283:9
**83** 260:20
**86** 8:11 50:25 51:2
   63:4 76:7 164:18
   165:25
**87** 8:16 69:20,24
   70:2 282:16
**88** 8:19 217:22,25
   220:24,25
**89** 8:22 256:20,21

**9**

**9** 197:19
**90** 8:24 74:20
   258:9,11
**900** 74:17
**90s** 98:1 182:9
**91** 9:1 260:13,14
**92** 9:3 261:20,21
**93** 9:5 262:21
   263:10,11 277:5
**94** 9:7 265:10,11
**95** 9:9 247:5,16
   248:16 266:25
   267:1
**96** 9:11 172:18
   267:20,22
**97** 9:13 268:24,25
**98** 9:15 269:12,13
**99** 9:17 270:7,8
**9:09** 2:23 11:2,4

**a**

**a.m.** 2:23 11:2,2,4
   51:14,17 108:4
**aasec** 98:4
**aasect** 98:4
**abandonment**
   261:5,12
**abarr** 3:19
**ability** 20:8,13
   25:7,7 74:5
   234:11,15 238:6
   250:3 277:11
**able** 17:8 21:7
   55:4 94:17 95:23
   97:15 132:10
   153:4 165:20
   207:21 221:15
   222:13 245:4
   248:9 257:7

**aboard** 112:2
**absence** 191:21
**absent** 175:10
   191:22,24
**absolutely** 248:20
   273:16
**abuse** 120:19
   160:10 170:5
**academic** 97:24
**academy** 146:7
   147:18 148:6,7
**accept** 81:12 83:12
   128:5 163:4
   240:25
**acceptable** 194:11
   206:3
**acceptance** 205:17
   206:22
**accepted** 41:1,9
   149:17 205:12,15
   206:3 266:10
**accepts** 244:18
**access** 266:1
**accidental** 139:19
**accidentally**
   201:18
**accidents** 271:7
**accommodation**
   26:25
**accommodations**
   23:19 24:24
**accompanying**
   161:3
**accomplished**
   258:20
**account** 39:19
   259:6,7
**accounting** 192:1
**accurate** 77:7
   135:5 259:6 289:9

Page 2

Armistead Supp. App. 0668

[accurately - aged]

accurately 47:5
251:15
accused 200:22
261:24
achieve 100:18
achieving 117:5
acknowledge
189:7
aclu 12:24
acquired 139:14
acronym 98:23,25
acronyms 147:24
act 233:17,17
action 11:20
289:12
actions 174:24
active 99:21
236:16
actively 105:24
activities 1:11
2:11 6:14 7:3 13:8
54:12,13,17 85:20
98:11 287:5
activity 95:2
actual 86:12 123:4
165:5 166:3
273:12
ad 45:21
adaptation 23:8
29:3,25
adapting 199:17
adaptive 160:12
add 160:7
added 69:17 71:19
71:25 72:18 161:5
213:13
addition 14:11
272:8
additional 59:9
65:5 176:18

address 186:17
addressing 118:21
adds 95:15
adequate 116:11
119:14,16 155:16
adf 56:11
adflegal.org 4:21
4:22
adheres 255:10
aditi 197:22
adjudi 39:3
adjudication
67:21
adkins 61:8,13,20
61:23 62:3,7 73:1
125:22 126:11,14
171:9 173:3,7,12
173:24 174:23
175:15,23 176:1
187:19 188:11,23
281:4,5,7
administered
13:23
administration
213:9
admission 190:21
admit 270:16
admitted 258:25
admitting 284:1
adolescence 44:5
87:18 243:15
245:25
adolescent 46:3
79:10 80:23 83:14
83:22 84:2 85:1,3
87:11,17 90:25
91:6 99:19 113:16
127:13,19 142:17
146:14 195:10
223:10 240:1
275:22

adolescents 8:20
60:9 81:2 84:20
87:9 99:14 100:4
131:22 150:19
157:13 199:16
204:18,20 228:9
adult 79:18,22
80:23 82:13 86:3
132:9,21 133:23
146:15 172:17,24
172:24 176:4
236:9,16 239:15
adulthood 245:9
245:24
adults 54:3 60:9
84:21 129:16
131:22 160:21
172:25 173:1
181:18 189:18
236:10 258:19
advance 102:3
advantage 155:7
210:19
advantages 130:17
adventures 236:19
adverse 239:19
adversities 84:19
advice 114:7
122:14
advise 94:13 95:4
advisors 255:17
255:18,21
advocacy 284:18
advocate 244:16
266:8 270:12
advocates 133:10
144:23 160:25
179:15 200:22
226:3 230:1
affect 20:8,12 56:7
95:10 105:3

affiliated 52:8
122:2 255:22
affiliation 111:9
111:15,15 112:19
affiliations 11:23
affirmation 35:8
119:25 120:8,15
120:25 121:6
123:23,24 124:5
124:11,16 125:7
125:25 135:16
137:3 143:24
144:18 181:4,9
202:16,20 205:5
205:17 206:10
211:22,23
affirmative 46:24
105:8 114:20,21
115:10,22 116:1,5
116:7,16,21,24
118:6,16 119:2,10
133:6,8 135:15
186:4,8,12 204:8
204:10 205:2
206:1 243:6 267:5
267:5 270:18
272:21 274:2
280:3 284:20
affirmed 240:2
affirming 125:20
126:18,25 128:18
129:23
afraid 123:23
187:2
african 148:9
afternoon 58:15
58:16,19 235:5
age 36:7 91:9
139:1 217:4,4,4
aged 80:24,24

Veritext Legal Solutions
866 299-5127    Armistead Supp. App. 0669

[ages - appearances]

**ages** 166:17
**agnostic** 31:13,16
**ago** 56:4 60:6
  63:18 77:25 83:9
  91:5,8 99:4,5
  121:8 135:19
  142:4 210:11
  216:6 228:21
  257:20 263:18
**agree** 11:7 48:25
  70:8 115:21 136:9
  136:15,17 169:4
  182:19 183:14
  200:2,5 226:16
  232:17 241:7,20
  241:25 268:11
  269:8,17 270:3
  276:1
**agreed** 14:15
  140:1
**agreement** 94:14
**agrees** 70:13
**ahead** 118:9
  157:22 205:21
  268:9
**akron** 113:6
**al** 146:8 190:14
**alert** 20:10
**alexis** 1:23 2:24
  11:19 289:20
**alienated** 238:10
**alienation** 239:20
**alienations** 239:11
**alliance** 4:16
  13:14 52:3,8,11,16
  52:25 53:19
**allow** 61:24 82:25
  128:5 151:19
**allowed** 35:18
  151:3 159:5 285:9

**allowing** 149:3
  150:7,18 153:13
  157:12 162:20
**allusion** 132:20
**alr** 111:7
**alternative** 212:1
  279:6
**althof** 111:3,5
**amazing** 98:14
  191:21,21
**ambiguous** 27:15
  150:12
**america** 176:25
  177:1 258:17
**american** 89:22
  122:22 146:7
  147:18 148:6,6
**americans** 148:10
**amount** 85:4
  200:24
**analogy** 275:16
**analysis** 122:8
  137:8
**anatomy** 189:2
  224:11 234:13
**andrew** 3:7 12:7
**anecdotal** 131:7,8
  135:17 137:10
  204:15 242:6,11
  242:12,13 243:3
  243:22 244:8
  269:5
**anecdote** 274:13
**angels** 282:1
**angry** 230:19,19
  259:2
**angst** 126:2
**anguish** 222:20
  229:12
**anne** 225:15

**anonymous** 201:5
  201:7
**answer** 17:21,23
  18:2,3,6,11,21
  23:18 24:3 29:21
  35:22 36:13 38:2
  41:22 44:1,8,9
  45:6,18 48:12
  49:23 50:14,15,18
  52:17 54:23 55:6
  55:9 57:13,15,17
  58:23 59:6 60:13
  60:16,20 61:24
  66:24 68:1 72:2,7
  72:8,9 78:3,9
  80:25 82:2,19
  85:25 86:7 92:11
  93:22 94:4 95:23
  96:9 97:1,15
  104:5 105:8 106:8
  106:9,11,16,17
  110:8 118:10
  120:21 123:17,20
  124:20 125:11
  126:8,23 133:19
  133:20,21 134:16
  136:23 137:13
  141:19 148:5
  150:4,22 151:2,11
  152:11,21 153:4
  155:11,13 158:5
  159:18 163:25
  165:21 176:16
  184:13,14,18,25
  185:6,7,11,25
  186:23 187:3
  188:24 189:14,14
  191:20 192:17
  194:17,18 195:17
  197:6 219:21
  232:15,16 238:23

**239:5,11 240:3
  252:12 253:18
  261:16 267:14
  268:9 277:20
**answered** 48:12
  49:20 67:9,10,17
  119:5,6 128:3,7
  148:18 154:22
  187:4 221:14
**answering** 27:20
  85:14 95:17 239:2
**answers** 18:25
  19:1 47:7 239:4
**anticipated** 152:9
**anxiety** 85:23
  120:19 149:20
  160:8 273:2
**anxious** 233:9
**anybody** 154:11
  154:16 264:6
**anymore** 99:20
  225:24 257:17
  278:12
**anyone's** 228:6
**anytime** 206:5
**anyway** 237:7
**apa** 90:1
**apologies** 224:23
**apologize** 92:23
**apparently** 21:9
  97:12,14 193:18
  271:18
**appealed** 41:4
**appear** 165:16
  288:6
**appearance** 11:25
  35:1
**appearances** 3:1
  4:1 5:1 6:1 7:1
  11:23

Armistead Supp. App. 0670

[appeared - athletic]

**appeared** 60:7
  102:18
**appearing** 2:22
**appears** 64:24
**appendicitis**
  131:14
**apple** 180:22
**apples** 180:17,18
**applied** 32:18
**applies** 145:22
  157:5,8
**apply** 234:25
**appraisal** 31:10
  47:11 92:19 93:7
  93:12 107:14
**appreciate** 78:14
  95:19 105:20
  123:2 140:8
  187:18 200:1
  237:17 254:10
**appreciating**
  274:3
**appreciative** 247:3
**approach** 100:3,3
  173:3 186:20
  188:17 189:25
  190:7 203:20
  208:6,11,24
  211:23 212:15
  234:2,3 270:14
**approaches** 212:1
**appropriate** 16:20
  17:1 36:14 208:10
**approval** 68:16
**approximately**
  71:6 86:23 87:6
  87:12
**april** 113:5 289:17
**apt** 160:6
**archives** 60:5
  236:7 237:4

260:19
**area** 32:14 114:15
  114:17 131:21
  152:7 161:21
  165:9 166:10
  167:13 168:16,22
  203:8 285:4
**areas** 60:19 155:9
**arg** 30:3
**argue** 145:2
**arguing** 29:18
  30:3 252:4
**argumentative**
  240:24 251:25
**arguments** 69:9
**arizona** 41:2 44:3
  44:14 46:3
**arm** 74:15
**armistead** 1:16
  2:17 13:15
**aron** 62:19,20
**array** 25:25 26:23
**article** 60:6 76:3
  76:14 104:23
  105:2,7,9 109:17
  121:9 200:17
  211:18 212:9
  236:7,22 237:2
  283:12 285:17
**articles** 60:17 76:3
  88:10 114:16
  285:20
**articulate** 32:16
  215:15 222:5
  244:21
**articulated** 210:5
  215:15 216:2
**arts** 148:12
**ascertained**
  185:18

**ashamed** 231:20
**asians** 148:10
**aside** 43:2 44:21
**asked** 18:20 34:21
  34:21,22 41:11
  48:11 53:10 56:17
  57:2 66:4,9,20
  67:9,15,17,23 73:9
  80:25 107:5 113:4
  115:14,15 119:5
  126:21 127:24
  128:3 135:22
  138:14 168:14
  170:11 184:21
  219:4,5 268:17
**asking** 17:15
  39:24,25 49:16
  50:9 66:13 67:14
  70:10 82:4,6
  86:12 97:17
  108:14 109:4,12
  119:11 120:9
  128:8 138:16
  141:17 152:10
  155:6,15 164:6
  165:14 181:7
  184:12,15 185:1
  185:12,24 201:25
  208:4 218:20
  231:18 251:21
  259:10 260:9
  261:16 268:21
**aspect** 151:10
  189:6,6 215:10
  274:24
**aspects** 30:24
  121:23 157:25
  214:14 215:23
  217:8 223:22
  252:24

**aspiration** 104:8
**aspirations** 208:17
  262:5
**aspired** 145:4
**assert** 145:7
  147:15 232:3
**asserted** 145:6
  147:14,17
**asserting** 146:8,9
**assertions** 236:6
**assigned** 142:20
  196:16
**assigning** 196:22
**associ** 102:24
**associated** 52:16
**association** 89:22
  102:22
**associations**
  147:23
**assume** 18:11
  115:16 158:24
  182:21 248:15
**assumed** 115:19
**assumes** 240:23
**assuming** 199:2
  241:21 247:16
**assumption**
  146:12 175:15,22
  241:17
**assumptions**
  241:15,21
**astounded** 263:17
**asymptomatic**
  282:7
**athletes** 152:3
**athletic** 57:1 82:1
  143:7 145:9
  147:17,23 148:16
  149:17 151:5
  156:9,10,23
  158:13

Page 5

Armistead Supp. App. 0671

[athletics - basis]

athletics 21:7
42:14 146:11,17
146:17,23 149:15
149:15 151:5
170:22
attached 51:3 63:9
65:19 66:5 69:25
75:14 164:17
218:1 256:22
258:12 260:15
261:22 263:12
265:12 267:2,23
269:1,14 270:9
271:3 272:19
275:5 278:5,24
279:19 288:7
attachment 65:24
attempt 63:18
attempts 140:6
177:7
attendant 25:8,9
attending 11:5
attention 61:5
77:13 172:12
212:24 213:7
attitude 130:11
attorney 5:5,7,19
6:7,18 7:7 12:1
13:11 30:3,6 33:9
82:4 170:2 289:13
attorneys 3:12 4:7
4:19 14:7 29:18
57:6 94:22 168:18
attracted 233:12
attractions 233:8
236:13
attractive 271:19
atypicality 224:3,4
audio 11:6 256:7
august 113:5
140:22

australia 125:1
australian 104:16
author 135:19
200:22
author's 197:22
237:6
authored 228:11
authorization
210:24
authors 191:14
197:24 214:22
authorship 202:4
autism 122:12
autogynephilia
224:21,23 225:1,2
225:13,18,22
226:5,6,10,18
227:3,9,19
autogynephilic
225:7,19 227:11
227:15
automatically
162:10
autonomy 210:22
available 94:22
177:13 256:9
avenue 5:8
avenues 89:15
average 89:6
232:17,18
avery 168:23
avoid 27:21
awarded 169:13
aware 23:14 29:22
31:1,5,6 40:3
41:16,23 56:22,23
67:5,14 75:25
78:8,9 98:20
113:21 119:7
120:24 135:14
158:3,7,12 169:12

169:25 170:23
171:5 188:6,10,15
191:4 200:17,20
214:8 238:17
243:8,12 245:20
246:18,21 247:2
249:24 251:8
273:12 284:21
awareness 83:5
160:20
awkward 194:2
ayad 90:10,20
255:25 256:15

**b**

b 8:12,16 15:2
64:8 197:23
202:15 237:6
b.p.j. 1:5 2:6 3:3
11:11 12:4 19:21
20:19 42:24 51:20
56:17 65:16 68:5
72:25 142:5,6,7,8
142:19 143:5
249:9
back 43:12 46:15
64:18 65:9 66:14
78:13 83:7 87:20
92:25 97:25
103:12 108:10
112:6 122:17,18
129:17 152:24
154:9 156:2 164:3
164:7 177:6 178:4
178:5,23 187:20
188:23 201:20
207:13 258:16
282:15
background 56:21
143:8 170:16
211:2

backward 212:19
backyard 257:15
bad 139:15,16
200:22
bailey 5:17
baileywyant.com
5:23
balance 74:4
ballpark 103:17
ban 251:18
barr 3:7 12:7,7
barrett 15:1
barriers 89:24
base 32:4 46:21
132:5 147:10,10
baseball 278:17
based 17:9 29:3
31:10 55:5,14
71:20 96:11 98:21
99:10 101:13,13
105:6 107:7
131:18 132:20
133:2 135:5
147:25 160:14
161:24 206:10
212:16 244:9
252:22,22 255:6
264:7,8 270:19
basic 17:19
basically 112:2
176:2 212:13
216:15
basing 175:14
basis 61:2 71:8,12
71:13 104:20
119:19 120:6,21
124:14,20,21
127:5 132:4,6
133:7 135:12
143:8,8 150:1
161:15,23 162:8

Page 6

Armistead Supp. App. 0672

[basis - body]

167:1,4 173:23
174:20 175:22
176:16,17,18
205:16 206:16
207:4 213:16,21
213:24 236:6
237:17 243:21
245:19,25 246:1
246:14 248:9
255:12 270:17
280:12 281:1
**beck** 106:18,18
**becoming** 74:12
83:21 182:25
243:7 275:9
276:24
**bedroom** 121:18
**began** 102:12
112:10 168:22
207:2 214:21
216:3
**beginning** 2:22
11:25 25:10 43:20
72:14,22 75:19
128:25 164:4,15
168:15 205:1
215:14,16 225:5
239:20 257:23
**begins** 116:11
203:12 204:1
**behalf** 2:21 13:4,7
56:11 286:15,19
287:4
**behavior** 60:6
232:12 236:8
237:4 240:12
260:19
**behavioral** 84:11
120:20 171:21
229:4

**behaviors** 44:7
199:3 200:3,5,11
227:11
**beings** 161:25
162:6,7,16 200:8
**belabor** 205:3
254:4
**belief** 20:11 189:8
222:22 281:25
**beliefs** 173:22,22
189:21 206:2
277:15
**believe** 16:20
35:16 36:15 40:14
42:9 47:1 56:15
58:6 59:8,11
70:20 75:8 84:4
92:23 104:23
106:4 114:23
115:23 117:15,21
124:5 130:21
131:10,10 144:1
150:9 154:9
171:23 172:22
173:7,9 174:22
175:2,3 176:22
182:15 188:3
189:12,15,15
199:23 208:12
219:13 221:2,19
224:16 233:11
241:9,10,14 242:3
246:23 247:1
248:5 256:25
263:22,23 264:3
268:14,20 281:4
281:11,19 282:4,5
**believed** 107:16
114:23
**believes** 188:22,23
230:2 281:7,8,9

**believing** 154:8
161:15 205:16
**bell** 62:24 63:2
170:5
**belong** 272:25
**belongs** 122:5
**beneficial** 27:18
27:25 138:23
**benefit** 58:6
133:13
**benefits** 117:4,5
133:17,18
**benign** 213:9
214:1,3,18 276:25
**benjamin** 102:21
**best** 18:24 22:18
45:18 90:3 131:4
132:21 134:20,20
140:8 146:13
147:3 186:10
208:20 269:25
270:1
**better** 129:11
150:16 153:11
161:9 177:17,18
207:22 224:6
254:9 259:13
275:10,11 277:18
277:21,21
**beyond** 204:15
245:19
**bhar** 197:23
**bhargara** 197:23
**bias** 130:7,15,20
262:12
**biased** 261:25
262:11
**bibliography** 70:9
**big** 83:19 147:21
162:5,5 244:16

**bilateral** 25:11
49:12
**biologic** 25:12
200:9 220:9
223:23
**biological** 196:9
198:24 199:2
214:8
**biologically**
180:14 206:4,11
**biology** 189:1
200:7,8
**birth** 19:13,18
80:2 196:16,22
**birthday** 140:24
**bisexual** 232:12,13
**bit** 75:17 78:24
108:13 187:19
208:3
**blame** 272:22
**blanchard** 225:6
**blessing** 117:11
**block** 12:23,23
**blockages** 56:25
**blocker** 220:6
**blockers** 93:13
95:15 213:9,18,22
214:2,5 216:15,17
216:19 218:14,21
218:25 219:8
**board** 1:9,10 2:9
2:10 5:14 6:3
11:13 13:2,5 21:9
32:20 78:19,23
79:6,9,11 83:2,2,6
84:2 286:20,23
**bodies** 225:17
262:8
**body** 199:5 200:4
200:6 213:25
214:9 215:10

Armistead Supp. App. 0673

[body - capacities]

277:8,23,24
**body's** 234:8,9
**bonding** 199:11
**bone** 215:1
**bones** 214:10
**book** 74:21 76:10
  225:16
**borderline** 126:3
**born** 142:12,19
  232:13,14
**borrows** 202:2
**boston** 3:15
**boulevard** 6:8
**bound** 120:14
**bounded** 120:14
**boy** 36:8 128:24
  142:7,12,12,22
  154:5,5 276:12
  277:7
**boylston** 3:13
**boys** 142:23 143:3
  204:18 224:4
  275:23
**brain** 56:5 199:4
  200:3,6 214:12
  217:7 221:6,6
  264:13
**branch** 93:9 243:4
**break** 18:15,16,21
  51:5,7,10 64:13
  91:17 105:16,22
  108:1 146:25
  148:21,22 156:3
  163:11 207:8
  208:2 254:19
**breaking** 148:20
**breast** 133:13
**breasts** 116:8
  132:2 277:25
**bridgeport** 6:9

**brief** 75:20
**briefly** 181:21
  182:1 285:25
**bring** 172:12
**broad** 148:14,14
  209:10 246:4
**broadly** 25:17,22
**brooks** 4:17 13:13
  13:13 14:15 16:8
  27:15 35:20 36:9
  37:12 40:13 41:15
  43:10 48:10 49:3
  49:19 50:1,12,16
  50:22 51:4,8,12
  52:3,5,7,14,16,19
  54:10 55:13 56:11
  57:4,12,21 58:23
  59:5,11,18,25 61:4
  61:16,25 63:5
  65:1 66:1,17 67:9
  67:17 68:6,17
  69:20,22 70:7
  75:19 76:4,7,10,17
  76:20 78:16 83:25
  85:12 86:15 91:13
  91:15,20,22 92:2
  94:12 102:14
  105:12,15 106:14
  106:17,20 108:2
  108:17 109:3,7
  111:13 119:3,5,22
  120:2 128:3
  134:10 141:25
  143:18,21 144:5
  145:12,17 146:3
  148:19,25 150:12
  151:20 153:2
  154:20 156:14
  158:19 159:12
  161:19 162:24
  163:9 164:9

165:14 169:15
171:4 178:9,14
180:24 183:4
184:3,5,11 185:3
187:1 192:3
193:14 195:15
196:12,23 198:4
200:19 201:11,15
201:23 202:18,23
203:1,10,16
205:22 206:19
207:7,10,18,20
213:1,19 218:2,16
218:23 219:15,18
219:20 220:23
221:22 224:8
226:11,19 227:7
228:17 229:20
230:24 231:9,13
231:25 232:21
234:4 235:12
238:15,22 239:1,6
240:23 241:6,24
243:11 244:12
246:20 247:8,10
247:19,23 249:5,7
249:17,23 250:7
251:11,25 252:4,8
254:12,14 259:9
282:17,21,24
283:1,6,13 285:1
286:12,12
**brought** 40:20
  53:3 118:6 120:13
  120:13 235:9
**brouhaha** 200:21
  200:25
**bunch** 97:7,8
  233:8
**burch** 1:11 2:12
  5:15 13:6 286:21

**bury** 134:7
**business** 133:25
  259:20
**busy** 54:15 60:18
  174:3 238:16

|c|
|---|

**c** 237:6
**california** 5:8
  39:11 40:6 289:2
**call** 45:19 85:20
  98:15 99:19
  102:24 108:23
  110:4 120:15
  121:6 133:5
  146:23 191:2
  208:14,14 229:23
  236:12 259:16
  284:15 285:10
**called** 14:19 21:16
  22:1,5,8 27:6,6
  29:1 37:24 56:14
  98:3,4 103:4
  111:2 114:6,20
  122:20 143:12
  144:17 170:24
  242:15 260:20
**calling** 185:4
**calls** 159:12 183:4
  184:5 187:1
  247:10
**camera** 78:5
  207:21
**cancer** 190:19
  192:13 242:17
  271:6
**canteen** 23:20
  24:7 25:5,6,7
**capable** 240:12
**capacities** 57:1,2
  208:17

Page 8

Armistead Supp. App. 0674

[capacity - change]

**capacity**  1:12,13
2:12,13 234:9
235:2
**caption**  64:7 65:11
65:15 71:1
**captured**  19:2
**card**  278:17
**cardiac**  57:2
**cardiovascular**
271:6
**care**  22:20,24 23:2
23:16,17 25:17,22
30:25 31:11 32:6
33:7 35:14,15
37:20 39:23 42:17
46:25 56:21 60:4
82:25 90:15
100:11 103:2
110:12 113:20
114:20,21 115:10
115:22 116:2,5,16
116:16,21,24
117:24 118:7,16
118:19,20 119:1,2
119:10,20 120:8
120:17,18 125:6
129:15 133:6,8
134:13,15 135:15
159:2 170:4 172:6
183:23 184:1
190:17 201:10
202:1 204:7,8
208:9,9 211:10
225:25 243:6
244:9 246:24
264:13 265:15
266:8,10 267:5,6
270:18 272:21
274:2 280:3,12,23
280:25 281:3
284:4,8,14,16,16

285:13
**cared**  127:10
**career**  24:18 84:25
85:11 86:13,23
87:12 257:23
**careful**  36:14
103:23 116:23
118:20
**carolina**  21:16
22:1 31:2 32:24
72:21
**case**  11:15 15:14
15:16,21 19:22
20:15,18,20,25
21:5 22:5,8,10
23:4 29:18 31:4
33:20,22 34:8
35:16 36:10,17,23
37:20,22,24 39:2
39:22 40:1,5,5,15
40:18 41:2,8,17,17
41:18,21,25 42:3,9
42:10,23 44:3,11
44:14,17 45:12,13
46:2,3,4 49:7,8
50:11 51:20 52:20
52:24 53:3,10,12
53:17 54:2,4,7,19
55:10,12,20,22,25
56:8,11,17,21
57:17,20 60:12
61:2 62:12 64:14
65:12,16,21,23
66:5,7,11 67:8,16
67:19,22,23 68:5
68:15,15,21 69:1
71:1,10,20 72:1,25
87:21,24 88:5,21
89:10 94:23 100:1
110:15,21 115:19
117:13 126:6,21

142:6 143:6,12
145:22 146:16
158:17 163:17
164:15,17 167:23
168:8,12,13,19,25
169:2,6,11,13
170:12,15,17,20
170:24 174:13,14
176:14 193:19
198:17 199:21
223:8 229:7,7
249:1,9,13,22
251:3,12,15,16
253:11,11 254:1,2
262:5 273:18,24
274:24,25
**cases**  22:20 24:8
30:10 31:22 40:16
40:17,19 49:13
89:14 100:11
121:9 167:20
169:19 170:18
**categories**  86:20
**cause**  150:20
154:14 157:14,17
157:24 162:9,10
183:11 229:8
**causes**  214:10,11
**causing**  180:15
181:12,13 183:3
**caution**  16:9 36:10
232:24
**cease**  222:10
**celebrity**  272:11
**censor**  63:18
**center**  285:9
**certain**  42:16 58:5
61:1 63:19 74:7
135:20 149:8
155:13 164:22
174:14 176:3

192:11 195:23
209:8 215:13
217:1 282:9
**certainly**  32:2
44:6 86:11 99:21
126:23 171:23
172:18 173:16
174:13 209:16
227:13,13 237:3
248:9 253:3 264:8
**certainty**  55:2
73:5,6,8,10,13,13
73:15,18 74:8
75:12 142:13
241:13
**certifiably**  214:20
**certificate**  80:22
113:10
**certificated**  80:16
**certification**  79:3
**certifications**  79:7
**certified**  2:24
78:20,24,25 79:9
79:11 84:2 289:1
**certify**  289:2,11
**chain**  263:21
264:15 269:24
**chair**  121:17
**chairman**  103:3
112:1,11
**challenged**  143:12
145:21,24 158:17
**challenges**  160:12
237:21
**challenging**  64:15
**chance**  40:9
254:10
**change**  74:8
110:25 149:7
189:5,5 193:25
195:18 200:24

Armistead Supp. App. 0675

[change - clinical]

229:4,8,11 231:23
232:7 234:9,10
240:5 248:9
257:24 258:19
262:7,8 273:8,15
**changed** 110:22
111:15 182:11
193:9 229:10,22
258:15
**changes** 14:22
92:16 157:1
194:11,15 214:9
214:13 215:3,10
241:16
**changing** 189:4
217:7 220:14
234:8,13,13
240:12,13,13,14
270:15
**chapters** 76:10
**characteristic**
225:3
**characterize**
211:23
**characterizing**
193:15 251:16
**charge** 266:11
**charleston** 1:3 2:3
5:9,22 6:21 7:10
11:15
**check** 33:2,2 99:7
99:11 109:23
198:19
**checking** 91:13,16
**cheerleader** 116:7
**chicago** 62:23
**child** 33:13,14,24
34:14,14,19 35:2,6
35:14 36:2,5,5
37:21 38:5,12,17
38:25 44:4,5,12,15

44:18 45:14 54:5
79:9,12,17 80:10
80:12,17,17,23
83:13,21 84:2,14
84:15 85:10,18
86:18,24 91:2
99:18 113:11,12
113:14,15,16,16
114:9 117:10,12
117:17 120:18
121:2,12 123:6,12
127:9,13,19 131:4
132:8,11,13,15
134:2 140:3
141:18 145:2
146:20 149:7,10
151:3 152:18
153:25 157:19
158:1,24 159:4,8
162:8,12 169:4
170:4 173:10
186:18 195:10
203:25 204:2,5
209:2 215:24
216:16 220:6,7,7
221:15 223:10
234:14,19 238:4
239:15 240:1,5,14
279:3,5,7
**child's** 85:22,23
123:24 204:3
**childhood** 79:24
84:9,19 85:6,7
**children** 34:3 43:9
43:17,21 44:25
60:8 81:2 84:22
84:22,25 85:4,5,15
85:25 86:10,11,13
86:16,21,22 87:2
100:3,7 122:7,11
130:25,25 131:22

146:13 147:12
157:13 158:8
160:18 162:14
165:3 169:3
173:14 199:14
209:1 215:6,6
271:12 273:1
**children's** 62:23
85:8
**china** 141:14
**choice** 210:20,21
210:21 235:4
**choose** 168:11
182:20 233:17
**chosen** 214:6
**church** 128:22
**cincinnati** 37:23
38:1 44:17 46:4
**circuit** 41:4,5
167:24
**circumstances**
134:14
**cis** 221:16 228:24
244:1
**cisgender** 19:11
222:17,23,25
223:20,21,23
224:1,2,7
**citation** 76:13
236:5
**cite** 164:5 197:15
236:2 245:20
**cited** 59:23
**cities** 118:16
**citing** 197:25
285:18
**city** 288:11
**civil** 135:7 246:24
248:18,24 250:18
250:23 251:22
253:23

**claim** 125:17
169:13 202:3
**claims** 57:22,23
**claire** 22:5 31:1,22
52:24 53:8,23
54:7 55:10 170:24
**clarify** 66:12
86:17
**clarifying** 107:12
141:21
**clark** 15:17 17:12
26:11
**classes** 88:4,6 89:7
**classic** 89:5
**clayton** 1:11 2:12
**clear** 18:8 45:5,8
50:6,8 55:8 83:23
133:12,14 191:23
243:7 253:6
**clearly** 56:22
217:5
**clerk** 13:16
**cleveland** 112:15
112:17 113:12
114:5 120:22
126:1,12,16
209:18 210:3
**client** 95:4
**clinic** 110:13,16,19
111:3,7 113:12
114:3,4,5 120:4
125:24 126:1,12
126:17 130:6
165:7 166:4 177:8
188:4,7,12 274:14
274:16 284:1
**clinical** 54:12
73:15,20,24,25
75:1 87:21 89:10
93:12 111:4
112:20 113:16,17

Page 10

Armistead Supp. App. 0676

[clinical - compliment]

125:12 246:1,1
252:23
clinician   60:4 74:2
clinician's   77:10
clinicians   97:7,8
113:22 117:21,25
120:7
clinics   130:5
183:10 283:21
clip   8:22,24 9:1,3
9:5,7,9,11,13,15
9:17,19,21,23,25
10:2,4 257:5,11,18
258:13 260:16
261:23 262:24
263:13 264:20
265:13,24 267:3
267:24 269:2,21
270:10 271:4
272:20 275:6
278:6,25 279:20
close   158:5 186:21
closed   201:18
closely   35:3
closer   71:7 209:5
215:7 281:12
282:10
closes   214:16
coaching   153:6,11
184:19
cochlear   217:3
cochrane   92:7,10
92:12,13,14,15
93:3,4,20,24 95:8
95:9,11,13 96:2,5
96:18,21
cohabitating
243:25
coin   129:20
171:16

coined   171:14,23
coining   171:15
collabor   95:9
collaboration   93:3
93:4,20,25 95:9,11
collaborative   92:7
92:10,13,14
colleague   13:16
colleagues   12:6
77:17 90:2 125:15
281:7,23
collect   278:12
286:1
collector   278:10
278:11,16,17,19
college   88:8,8
139:9,9,10 210:12
222:1,2 251:4,6,20
252:13,14
colleges   250:20
columbia   283:22
come   17:3 24:8
33:2 78:4 84:8
88:24 89:13 101:9
103:22 105:15,18
129:8 130:10
136:8 154:12
177:6 178:22
202:5 207:13
209:17,25 216:7,9
223:10 233:11
234:20 235:19
244:4 269:3
276:20
comes   32:5 69:5
84:8 89:2 92:16
112:24 134:21
183:7 209:5,9
233:20 280:24
comfort   94:17

comfortable   34:24
233:9 245:15
comfortably   276:7
coming   89:8
109:24 130:5
202:16 221:10
276:12 282:17,17
comment   159:2
commented   38:15
commission   1:11
2:11 6:15 7:4 13:9
287:5
commitment
116:6
commitments
94:18
commits   183:1
committed   109:21
committee   24:21
93:13 101:3,7,9,10
107:10 113:1
124:24 128:6
211:14 266:4,11
committees   93:14
93:15,19 96:20,23
common   28:8
160:25
commonly   24:6
commun   248:11
communicated
114:14
communications
58:12,13
community   32:6
89:13 100:13
105:3 120:16
130:9 160:22
225:12 244:17
246:11,15,18,22
248:11 253:4

comorbidities
118:21 181:19
272:22
comorbidity
186:17
compani   104:17
compared   192:15
193:17
comparing   164:14
180:12 191:5
198:16
compelling   131:6
compete   21:7
142:23 143:4
145:8 147:16
competent   117:9
competing   153:21
154:14 180:19
181:2 198:7
201:10,25
complain   123:22
123:23,25
complained   125:5
complaining
236:17
complaint   127:15
complaints   82:9
83:6 121:1 127:13
169:17
complete   29:21
189:19 214:24
completely   215:12
215:14
complicated   74:4
155:15 161:7
169:23 216:2
277:10,10
complications
224:13,15 234:18
compliment   107:7

Armistead Supp. App. 0677

**[compound - continues]**

**compound**  111:13
151:20 153:2
**comprehensive**
96:14
**comprehensively**
145:3 146:1,5
**conceive**  79:25
**conceived**  30:7
**concept**  30:9 73:4
98:16 107:9 150:3
158:21 225:5,8,9
226:7 230:12
242:15,18,21
**conception**  197:10
**concepts**  84:13
100:12 115:3,5
216:25
**conceptual**  198:7
**conceptualize**  47:5
96:8 181:12
**conceptualized**
55:23
**concern**  121:5
149:9 216:10
231:5 247:17
**concerned**  122:6
129:6 179:13
194:9
**concerns**  135:7
160:1 195:21
277:22
**concierge**  7:16
**conclude**  161:22
**concludes**  287:12
**conclusion**  38:22
**conclusions**  201:3
**condemn**  119:18
**condition**  131:16
133:4 183:1
**conditions**  159:23

**conduct**  36:17
175:15
**conference**  90:16
100:19
**conferences**  89:11
89:13
**confidence**  36:16
**confidential**  36:16
94:15,21 95:24
106:21 109:5
**confidentiality**
16:11 36:12,22
**confined**  245:11
**confirm**  260:8
**confirmation**  24:2
171:2 272:5,8
**confirmed**  236:23
**confirming**  25:12
27:7 28:3
**confirms**  125:6
**conflict**  222:4
252:18
**conflicts**  161:5
215:21
**conforming**
133:10
**confronted**  171:20
**confused**  142:18
237:23
**confusing**  53:2
**conjunction**  105:2
**connect**  207:4
212:12
**connected**  56:12
**connectica**  15:14
**connecticut**  15:14
15:18,18,21 42:9
**connection**  95:2
144:12 177:25
**connotation**  81:11
214:19

**consensus**  136:10
136:11 246:4
**consent**  43:19,20
60:7,8 105:6,7
107:6 116:13,19
205:25 211:19
221:6 248:1
**consequence**
227:11
**consequences**  35:5
46:24 131:15,18
171:20 174:24
248:4
**conservative**
261:25
**consider**  44:24
99:9 111:10,17,21
116:9,20 152:16
154:6 163:21
180:2 181:19
215:1 221:7 280:9
280:11
**considerable**
74:15 239:9
**considerate**  248:2
**consideration**
42:12 116:23,25
**considerations**
151:23
**considered**  61:19
104:24 107:7
149:25 152:15
215:11
**considering**  175:3
210:4
**considers**  270:13
**consistent**  96:21
128:14 130:11
153:15 158:2,9
159:10 161:17
162:21 251:5,19

252:14
**constantly**  171:19
**constitute**  86:25
**constitutes**  85:24
**constrained**  94:10
**construct**  198:11
**consult**  114:18
124:21 126:5
**consultant**  24:4,20
26:3
**consultation**  45:23
178:19
**consulted**  114:2
123:15,16 126:7
**consulting**  54:13
**contact**  120:10
**contacted**  122:5
**contain**  256:11
**contained**  288:8
**content**  94:8
157:11
**contention**  272:4
**contents**  17:5
**context**  43:2 47:22
144:12 263:2,5,6
283:15
**continents**  166:8
**continue**  11:6
38:25 82:25
102:19 150:10,13
150:20,23 157:14
157:14 158:1
210:15,16 219:18
219:19 247:7
**continued**  4:1 5:1
6:1 7:1 38:9
110:21,24 139:3
210:17 222:20
**continues**  151:7
193:3 219:13

Veritext Legal Solutions
866 299-5127
Armistead Supp. App. 0678

[continuing - creating]

continuing  89:20
158:10 247:17
contrary  59:11
contrast  73:20
180:6
contrasting  73:23
contribute  106:5
contributed  71:23
99:3
contribution
198:25
control  192:5,6,10
212:4 247:1
270:17
controversial  93:8
controversies
92:20
controversy  75:3
convenient  105:15
convening  121:19
conversation  57:9
57:11 78:11 82:6
85:18 180:13
246:16 256:14
266:15
conversations
57:5,13 85:6
convert  263:24
conviction  123:19
192:12
cookie  159:4,11,17
cooley  3:4 12:3,6,8
12:10,12,14,16,18
14:19
cooley.com  3:17
3:18,19,20,21,22
cooperate  141:11
cooperating  189:4
copresenters  90:9
correct  15:6 21:2
22:13,16,21 26:14

26:20 28:14,15,18
28:19,20 30:6,13
33:15 34:9 42:1,4
44:15,16 47:19,25
49:2 51:20,21
53:8,13,21,24,25
54:1 55:15,17,19
57:24 61:10 64:10
64:11,25 69:21
71:2 73:2,18,24
74:24 78:20,22
79:10 81:22 83:24
86:10 87:22 92:5
102:10 103:8
110:16,17 115:10
123:20 124:8,9,12
125:19 126:14
129:23 130:3
141:5 152:8
159:23 160:2,5
166:24 180:20,21
180:23 181:5
182:4 183:19
184:2,9 186:6
197:10 202:24
203:5,15 206:3
211:19,24 213:5
219:22 220:21
236:4 241:17,23
243:10 246:16
255:7,10,14 257:2
258:6 260:1 261:6
268:20 272:14
276:13 283:5,12
283:22 288:9
corrected  76:1
200:18 288:8
correction  25:9
corrections  15:18
15:19 24:20 40:7
288:6

correctly  105:1
115:20 145:10
cost  222:16,18,19
counsel  5:15 11:10
11:22 12:5,19
14:13 16:8 17:22
18:1 37:2 57:12
58:13,15,18 59:7
59:15 61:16 70:7
102:13,18 105:12
106:20 148:19
153:10 165:10,14
203:23,24 207:7
217:22 220:23
238:15,15,22
239:13 251:14
269:15,17 286:23
counsel's  60:24
94:14
counselor  263:24
countries  104:16
104:17 130:19
country  120:23
249:14 251:6
258:16
county  1:9,13 2:10
2:14 6:3 13:2 38:1
38:1 258:21
286:23
couple  19:9 21:14
56:4,6 90:23
91:12 105:21
110:6 148:23
167:20 192:19
196:7 282:13
courage  124:4
course  24:17
25:11 44:4 80:12
84:5 88:8 109:3
139:2 140:2 158:2
171:10 172:2,9

174:16 176:20
179:13 182:24
208:10 229:6
263:9 264:16
courses  88:9,9
89:21
coursework  89:17
court  1:1 2:1
11:14,18 13:19
18:25 20:2 29:18
30:19 31:9 33:25
35:4,17 37:10
39:5 40:12 41:2,4
41:5,14 48:2,4
49:13 50:13 51:3
58:6 64:20 69:25
218:1 256:22
258:12 260:15
261:22 263:12
265:12 267:2,23
269:1,14 270:9
271:3 272:19
275:5 278:5,24
279:19
court's  42:12
courtesy  70:13
courtroom  39:17
courts  41:1,9
42:21 169:5
coverage  30:11,12
30:18 31:3,15,23
33:7 41:3
covered  16:11
43:20 205:3
create  103:19
173:8,24 179:17
186:19 229:3
created  52:2
creates  173:15
creating  103:7
130:14 173:4

Page 13

Armistead Supp. App. 0679

[creating - declare]

181:8 188:17,21
189:16 234:13
**credential** 169:10
**credentialed** 80:16
107:21
**credentials** 72:15
113:10 280:21
**credit** 171:15
**criminal** 190:20
**criteria** 38:9
116:17 118:17
266:12 284:3
285:5,14
**cross** 23:21,21
37:16 54:17,21
93:17 138:2,8,11
160:21 168:7
181:17 182:19,25
189:17,23 190:6,8
191:2 217:14,15
224:4,14 243:24
249:14 251:6
273:1
**crossed** 82:24
**crystallization**
276:5,10
**csr** 1:24 289:21
**cultural** 147:22
148:14
**culture** 148:18
**cure** 242:16
**cured** 228:13,14
228:19 229:19
**curiosities** 236:20
**curious** 53:16
164:24 171:13
192:22 193:24
195:13 233:24
**current** 17:9 21:8
23:19 65:16 71:23
154:1 172:8,19

173:11 228:5
278:7
**currently** 55:14
88:4 105:25 151:4
165:8 166:9
167:12 241:8,9
**curriculum** 60:2
75:20 113:2
**custody** 33:13
36:4
**cut** 72:16,17 112:5
**cute** 179:4
**cv** 1:8 2:8 11:16
16:14 65:12 75:14
75:23 76:12,15
77:4,16,18,21
78:14 87:20 91:11
92:4 97:15 108:13
109:23 168:7
170:18,19
**cycle** 46:21 79:19
171:19

**d**

**d** 37:24 190:14
198:2
**daily** 85:9
**dark** 111:11,21
112:1,10
**darkness** 111:24
**data** 96:7,10
122:13 124:8
128:11,13,15,15
128:16 130:5
131:6,7 177:16
181:17 189:8
190:12 243:2,24
279:8 280:24
**date** 68:9,11
289:14
**dated** 70:3 244:11
244:15 256:12

289:17
**datewise** 140:17
**daughter** 86:4,5
197:3
**dave** 262:22
286:15
**david** 5:6 13:10
51:23 52:1
**david.c.tryon** 5:11
**day** 80:21 111:11
111:21,25 112:1,7
112:10 239:4
258:23 280:18
288:10
**days** 27:5 60:6
112:10 135:24
209:15,18,19
210:1,7,8 257:12
**deal** 149:22
157:11 162:5
215:20
**dealing** 116:13
174:3
**deals** 172:17
**dealt** 177:5
**death** 80:2 139:19
190:19 261:3
271:6
**debate** 252:8
**debt** 112:3
**decades** 93:21
176:23
**deceased** 140:3
**december** 22:5
**decide** 58:1 117:10
133:25 135:10,11
135:12,12 210:15
217:13,14 273:7
**decided** 25:5
82:15 239:16
257:16 258:17

273:14
**decides** 228:1
**decision** 16:25
32:1 117:2,14,18
131:1 134:5,6,9
135:7 139:24,25
140:1 141:12,13
147:2 169:14,23
179:23 204:12
233:19 279:7,8
281:6
**decisions** 134:12
134:14,19,23
135:1,5 171:21
172:13,19 173:13
270:15
**decisive** 205:13,15
205:18 206:23
**decker** 7:19 11:17
**declaim** 186:9
**declaration** 8:11
8:16 42:7 43:8,16
45:9 62:12,18
63:9,13 64:6,8,14
64:19,25 65:7,18
65:23 66:6,10
67:6,15 68:14
70:3 73:2,2
137:19 143:16,17
156:5,10 164:14
164:16,22,25
165:19 167:12,17
171:9 193:4,5,17
193:18 198:16
212:20 223:8
235:11 251:17
**declarations** 61:9
61:14 213:14
**declare** 24:25
186:9 275:23
288:4

Page 14

Armistead Supp. App. 0680

**declares** 186:19
206:5
**declaring** 100:7
**decompensations**
23:9
**deduce** 115:2
**deep** 60:17 183:12
**deeply** 129:6
285:2
**defeated** 152:4
**defend** 40:9 254:2
**defendant** 1:17
2:18 14:12
**defendants** 1:15
2:16 6:3 14:12
31:4 47:18 48:19
65:24 66:5 249:12
253:12 286:23
**defending** 4:16
13:14,15 52:3,8,12
52:17,25 53:20
**defense** 14:13
245:2
**deficient** 259:1
**definable** 209:13
**define** 84:2,3
**defined** 25:22
**definition** 73:15
116:1,3,4 119:12
119:14,15 125:18
280:14 281:12
**definitive** 242:19
**definitively** 55:6,9
56:2
**degree** 55:2 73:5,7
73:8,12 258:21
**degrees** 98:5,7
159:16
**del** 3:6 12:13,14
**deleted** 71:20,25
198:18,21

**deliberation**
116:22,24
**deliberations**
101:10
**delighted** 30:1
**delineated** 26:1
**delivering** 266:21
**delivery** 134:13
197:1,2 280:12,13
**delusional** 107:19
**demagogue** 280:9
281:4,12,19
282:11
**demagoguery**
280:2
**demagogues** 280:3
**demonstrate**
242:16
**demonstrated**
122:10 190:15
232:3 282:3
**demonstrating**
137:15
**demonstration**
101:22 102:4
**denial** 159:11
**deniker** 6:6 12:25
12:25 48:21,21
286:22,23
**denominator**
185:8,9,19,19
187:9,16 269:6
**deny** 229:13
249:13 250:3
**denying** 53:14
**department** 5:16
15:17,18 20:19
24:20 40:6 111:11
111:12,22,22
112:3,5,6,14
113:12,14 257:13

**depending** 72:18
89:12 203:21
208:15
**depends** 48:13
166:13 220:5
222:16
**deposed** 15:5,13
20:15 21:13 33:13
**deposition** 1:19
2:20 1:10 13:16
15:8,11,22 16:14
17:4,4,11,12,13,18
19:10 21:17,19,25
22:4,9 37:8 39:19
52:23 53:7 58:8
58:22 59:10,17,20
60:16 62:9 252:9
254:9 255:13
258:4
**depositions** 21:14
22:14,17,19
**depressed** 269:3
273:6,13
**depression** 120:19
149:20 155:3
273:2
**derivative** 53:24
54:7 55:11 146:18
**derived** 41:20
**describe** 23:1
79:15 94:2 96:4
128:19 198:13
231:4 255:20
**described** 25:18
28:17 33:5 34:1
123:5 140:6 223:9
229:10 255:6
**describes** 25:3
**describing** 105:7
138:21 194:23
230:16 283:11

**description** 8:10
259:9
**designate** 94:15,20
95:23 106:20
**designated** 156:24
**desired** 33:21
**desistance** 35:8
220:20 221:2
**despite** 239:15
**detail** 16:9,12,20
138:22 229:10
**details** 214:9
249:9 274:23
285:21
**determination**
27:22
**determine** 16:15
137:8
**determined**
185:20,21 197:9
197:12 206:7
238:6 281:8
**detransition** 154:4
229:9 242:5,22
243:1,2
**detransitioned**
228:2,21 229:1
**detransitions**
153:19
**develop** 99:12
100:1,12 103:13
104:8,19,25 107:5
217:8 227:10
243:17
**developing** 104:6
194:14 276:8
**development**
79:13,17,19 80:4
80:10,18,21,24
84:18,18 104:9
113:15 214:14,15

Armistead Supp. App. 0681

[development - doctor's]

216:25
**developmental**
16:1 80:7 116:18
122:12 198:13,23
199:10 214:14
**devised** 26:8
**devoted** 93:7
**diagnose** 279:2
**diagnosed** 121:12
123:6,12
**diagnosis** 115:25
125:6 128:1
138:22
**diagnostic** 138:4
**diamond** 232:2
**diamond's** 242:12
**dictated** 206:4,11
**die** 131:16 271:11
271:11
**died** 139:11
260:22
**dietary** 276:2
**difference** 77:1
138:17 185:17
191:11 192:1
220:2 280:2,15,19
**differences** 138:18
229:3
**different** 18:16
47:2 54:16 68:21
69:17 71:10 73:16
84:21 98:6,7
103:25 104:1,14
115:5 119:13
138:13 150:3
177:20 183:18
186:20 199:8,22
206:7,8 220:8
232:10 234:23
241:21 242:11
264:13 282:2

284:11
**differently** 97:20
**difficult** 24:19
54:11 223:1
233:13,19 270:18
274:5
**difficulties** 160:24
161:3 236:17
**difficulty** 231:12
**dig** 78:11
**dilemma** 114:24
**dimensions** 234:21
**diminish** 26:6
**diminished** 243:19
**direct** 61:4 91:23
91:24 203:13
212:24 213:7
218:16 236:25
237:2
**direction** 60:25
279:3,4 289:8
**directive** 170:1,3
**directly** 104:21
123:11 125:12
127:25 128:2
**dis** 276:16
**disagree** 75:4
116:25 241:4,18
**disagreement**
14:14
**disagrees** 21:10
**disappear** 75:4
262:6
**disappeared**
201:16
**disappoint** 158:20
**disappointed**
149:18,19,21,24
154:25 159:1
**disappointing**
159:5

**disappointment**
111:18 149:19,23
150:2 154:17,22
155:2 159:8,16
161:16 162:1,3,23
**discern** 231:15
**discharge** 38:8
**discharged** 82:21
**disclose** 36:15
57:5 58:11 109:4
**disclosed** 16:14
95:25
**discontinue**
111:15
**discontinued**
111:9,9
**discourse** 148:12
**discover** 262:8
**discovery** 37:1
**discredit** 40:16
**discrimination**
161:1,4,9 250:20
253:24
**discuss** 89:14 94:8
209:11
**discussed** 14:7
29:23 38:19 48:17
52:21 93:2 127:14
255:2
**discusses** 180:19
**discussing** 26:12
36:25 83:8 120:4
131:8 171:8
**discussion** 64:12
90:24 208:5
**discussions** 24:23
88:18 96:16 107:9
**disease** 190:20
192:14 271:7
**diseases** 271:9

**dismiss** 116:23
**dismissed** 39:24
40:1,10,22
**disorder** 275:11
275:25 276:2,6,14
276:18,20 277:2
**disorders** 79:23
98:9 275:8,16
**disputing** 35:14
50:7
**disrupt** 105:17
**dissuade** 237:24
**distinct** 84:15
**distinction** 84:23
233:6
**distinguish** 81:15
160:16 281:13
**distraught** 182:25
**distressed** 129:12
165:10
**distressing** 159:22
**district** 1:1,2 2:1,2
11:14,14 41:2
167:24
**distrust** 74:8
**disturbed** 128:23
128:24
**dive** 60:17
**diverse** 245:3,3
**diversity** 148:4,4
**divinity** 258:22
**division** 1:3 2:3
11:15
**doc** 168:18
**doctor** 73:8 89:8
109:4 279:7,7,23
279:24,24 280:22
281:22
**doctor's** 130:22
279:1

Page 16

[doctors - education]

**doctors**  82:23
88:11 131:3,10,10
131:11,25 132:18
132:22 134:17
135:4,10 147:2
264:11 270:18
272:21 280:3
281:25
**document**  51:9
63:7,11,15,25
65:10 70:6,7,11,18
72:23 144:4
165:23,24 195:21
197:17 201:16
212:11
**documentations**
69:5
**documents**  28:6
58:21,25 59:9
60:12,14 72:25
96:16,17 125:14
195:22
**doing**  31:8 35:3
47:5,8 51:4 54:15
117:8 118:12
125:8 126:4
129:10,11,13,18
133:18 136:17
138:25 161:6
179:11,12 188:21
188:25,25 190:24
210:12 216:1
270:20 276:21
282:5
**domi**  277:6
**dominant**  231:5
**dominate**  277:4,6
**dominates**  277:3
**dominating**
104:15

**donor**  106:7
**donors**  106:7
**dora**  1:12 2:13 6:4
13:2
**dorm**  139:11
**double**  198:19
**downstream**
146:23,24 147:5
**dr**  8:11 11:10
13:15 14:3 15:5
16:11 36:11 47:16
51:19 57:10 59:4
61:8,8,13,14,20,23
62:3,7,11 63:11,13
64:6,7,8 69:2 70:2
70:19 75:23 92:4
95:1,5 106:18
108:10 125:22
126:11,11,14
156:2 168:22
171:9 173:3,7,12
173:24 174:23
175:15,23 176:1
180:12 183:23
184:1,22 186:24
187:19,23,25
188:2,11,16,22,23
203:19 218:4
219:9 222:8
223:12 229:8
251:16 252:6,11
255:2 256:13
258:3 259:5
260:24 262:15
264:20 265:20
266:6 267:9 268:3
268:11 269:8
270:3,23 272:2
273:10 275:13
278:14 279:10
280:6 281:4,5,7,18

283:11,13,21
284:11 285:3,8
286:7,17,22 287:3
287:8,13,13
**draft**  96:17,25
193:11
**dramatic**  100:6
188:25
**dramatically**
149:6 157:1
**draw**  77:13
**drawing**  275:15
**druff**  96:25
**drug**  186:17
242:17
**duddy**  264:2
**due**  161:1 261:5
261:11
**dying**  192:13
**dysfunction**
180:15
**dysphoria**  22:21
22:24 23:3,16
26:20 30:13 33:8
35:15 36:2 37:21
81:2 102:21
103:14 108:24
110:5 130:23
165:2,6 166:4
194:25 198:7
221:3,5 223:14
240:2 274:20

---

**e**

**e**  6:19 7:8 15:1,1,2
15:2,2 23:5,5
37:24,25 106:19
106:19 135:20
190:14 201:9,22
256:12,12
**earlier**  26:10
28:16,23 77:9

130:21 164:17,21
198:17 204:7
223:8 246:3 255:3
255:13 258:4
259:15 260:25
262:16 264:21
265:21 267:10
268:4,15 270:4
280:7
**early**  171:20
214:23 215:22,23
225:10 271:5
**easier**  224:17
265:17
**easily**  235:8
**eastern**  167:23
**easy**  121:17
224:18 233:9,13
252:16 262:9
**eating**  275:7,11,16
275:25 276:1,6,14
276:16,18,20
277:2
**edit**  245:24
**edition**  103:4
285:16
**editor**  260:23
261:3
**editorial**  195:18
**edits**  72:6
**edmo**  41:17
**educa**  174:17
**educate**  131:3
132:10
**educating**  117:16
**education**  1:9,10
2:10,10 5:14,16
6:3 11:13 13:2,5
20:19 21:9 32:20
81:16 84:6,7
88:11 89:20 113:3

Armistead Supp. App. 0683

[education - evidence]

148:2 286:20,24
**educational**
250:19 260:17
**effect** 179:8 189:5
**effects** 136:12
163:13 213:18
**efficacy** 101:23
102:4
**efficiently** 199:23
221:15
**effort** 14:10
104:18 105:2
**eight** 147:3 170:18
220:6,11,16
250:24
**either** 94:13 135:2
191:18 217:18,18
226:10,17 237:6
240:7,7 241:22
252:11 257:16
287:5
**elaborate** 199:24
211:11
**elaborates** 220:17
**electrolysis** 24:6
25:5
**elements** 116:13
**elevated** 271:7
**elicit** 222:3
**eligible** 284:3
**elizabeth** 3:10
12:16
**ema** 106:19
**embarrassed**
229:23 230:16,18
231:7 279:11
**embarrassing**
230:8,12
**embarrassment**
230:22,25

**embedded** 252:18
**emerging** 243:4
**emphasis** 148:3
**emphasize** 172:5
245:24
**employed** 31:6
33:3
**employee** 21:18
22:2,6 30:11,12
31:3 289:12
**employees** 31:14
**employment**
110:20
**enable** 147:1
192:25 204:16
**encounter** 160:6
**encountered** 56:10
108:22 110:3,3
**encourages** 156:21
**encouraging**
232:24
**ended** 97:11
**endlessly** 195:20
**endocrinologist**
81:18,19 174:2
176:7 208:22
217:19
**endocrinologists**
176:5 216:20
**endocrinology**
81:22,23
**endorse** 119:18
208:12
**endorsed** 182:6
**ends** 182:25
**enemy** 247:3
**engage** 175:23
206:17
**engaging** 156:20
**enjoining** 31:7

**enormous** 85:4
100:9 148:3
183:12
**ensuring** 282:6
**entail** 94:3
**entailing** 158:3
**enthusiasm**
269:24
**entire** 25:25 90:18
144:7 145:14
**entirely** 127:22
147:20 161:1
277:24
**entitled** 238:22,24
**entry** 169:2
**environment**
85:22
**epidemiologic**
166:7
**epidemiology**
100:9
**episode** 256:10
**equally** 183:21
**equate** 32:9
159:17
**equivalent** 159:11
187:9
**era** 166:13
**eroticism** 232:13
233:7
**error** 243:5
**escape** 262:10
**especially** 228:8
232:8
**essentially** 159:10
268:20
**established** 32:21
54:4 57:24
**estimate** 24:16
25:20 86:14 87:1

**estrogen** 56:25
**et** 146:8 190:14
**ethical** 133:21
281:21
**ethically** 132:14
147:1 189:10
**ethics** 47:13 234:7
**european** 104:16
**evalua** 63:22
119:13
**evaluate** 117:22
136:8,11
**evaluating** 110:23
117:17
**evaluation** 15:23
16:1,10,24 17:5
37:18 39:15 63:22
93:16,17 116:10
116:11,17 118:20
119:13,14,16
125:19 135:25
147:11 180:14
186:15 208:13,15
209:12,18,24,25
210:7 211:8
239:21
**evaluations**
125:17,23
**evening** 58:14
**events** 145:9
147:17 156:9,10
**eventually** 16:24
26:4 29:6 109:25
204:12 237:11
**evidence** 39:25
95:14 98:20 99:6
99:7 101:13
173:13,22 204:14
207:4 212:14
240:24 241:20,22
242:4,7 255:6

Armistead Supp. App. 0684

[evidence - extremely]

268:8 276:3 281:10 282:7

**evidenced** 44:7

**evident** 156:19

**evil** 36:7

**evolve** 154:3 228:7

**evolving** 216:12

**exact** 76:13 237:12

**exactly** 66:13 238:2

**examination** 8:2 14:1 267:4

**examined** 13:23 37:16

**examining** 181:22

**example** 23:20 41:1,12 42:23 48:17 72:13,20 75:9 86:2 88:14 89:21 115:24 125:22 148:9 150:7 172:14 175:6 177:10 178:19 182:16 183:17 196:1 216:25 222:19 229:18,21 239:25 242:16 273:12,17 276:24

**examples** 23:15 44:24

**excellent** 70:18

**exceptions** 24:23

**excerpt** 256:18 279:15

**excerpted** 256:8

**excerpts** 256:8 263:2 269:18

**exchanging** 102:18

**excited** 246:12

**exclude** 162:8

**excluded** 39:5,13 40:12 41:13,24 159:9 161:17 162:20 170:24

**excluding** 158:15 161:11 249:2

**exclusion** 154:18 208:8 254:2

**exclusions** 41:19

**excuse** 142:18

**executed** 288:10

**exhi** 65:17

**exhibit** 8:11,16,19 8:22,24 9:1,3,5,7,9 9:11,13,15,17,19 9:21,23,25 10:2,4 50:20,20 51:2 63:4,8 64:4 69:18 69:24 70:2 164:18 165:25 217:22,25 256:20,21 258:9 258:11 260:13,14 261:20,21 262:21 263:10,11 265:10 265:11 266:25 267:1,20,22 268:24,25 269:12 269:13 270:7,8 271:1,2 272:16,18 275:2,4 278:2,4,22 278:23 279:16,18 282:16

**exhibits** 8:9 63:4 217:22

**exist** 99:20 176:25

**existed** 225:10

**exists** 113:21 166:7

**expect** 154:23 223:18

**expected** 90:11

**experience** 55:24 74:11 83:16 123:5 128:18,20 139:21 154:18 155:9 159:21,22 160:1 173:1 196:21 197:5,5 236:14 243:22 245:22 246:1,2 252:23 260:17 262:1 264:7

**experiences** 84:10 129:22 130:2 199:4 200:3

**experiencing** 130:23 223:13 231:19 240:1

**experiment** 232:9

**experimental** 194:25

**expert** 8:11 32:1,2 38:16 42:1,10,13 49:24 51:20 56:7 56:18,24 57:1 58:22 59:16,24 61:1,10,15,22,22 63:9,13 64:6,8 66:10 68:24 70:3 70:13 79:20 81:22 81:23,24,25 82:1 124:2 148:2 163:17,22,24 164:1,3 170:12 185:10 186:4,7,10 187:25 199:20 253:11 254:15 257:21 279:21,22 280:10,13,14,20

280:22,25 281:14 282:11,14

**expertise** 33:5 41:20 80:15 147:6 152:7,11 186:1 285:4

**experts** 50:12 69:9 100:8,14 189:15 264:14 280:3

**explain** 19:8 241:3

**explained** 114:13 123:3 252:1

**explaining** 31:18

**explanation** 160:25

**exploration** 63:20 186:16

**exposing** 234:18

**expressed** 30:6 232:24 254:8

**expressing** 233:2

**expression** 205:11 221:8

**extend** 176:12

**extended** 31:24 180:13 186:15 208:13,15,24 209:12,23 210:7 211:8

**extending** 33:6

**extensive** 83:16 138:4

**extent** 105:5 109:4 146:19 154:1 167:15 186:1 227:8,9 253:1 282:4

**extremely** 39:20

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0685

[f - first]

| f |
|---|

**f** 37:24
**face** 141:9 189:17
**facilitated** 230:20
**facility** 29:2,8
**fact** 14:15 29:5
  32:8 40:4 80:5
  99:11 112:7 131:9
  137:9,9 177:7
  187:11 188:24
  189:17 191:17
  199:13 200:25
  206:4 208:19
  238:10 240:25
  242:23 248:10
  258:14 262:1
  275:22 284:13
  285:8
**factors** 183:13
  200:9,10 279:2
**facts** 74:8,24,25
  75:2,4,5 224:16
  240:23 255:10,11
  255:12 264:1
**failed** 139:9 190:8
  259:1
**failure** 175:16,24
**faint** 63:2
**fair** 31:22 42:24
  53:18 55:12 68:20
  69:12 103:12
  115:22 131:1
  137:4 146:2
  179:20 182:21
  190:4,4 198:14
  208:7 221:21
  227:22 237:21
**fairness** 151:24
**faith** 270:19
**false** 74:3,3

**familiar** 73:4
  112:12 113:19
  143:11
**familiarity** 188:1
**families** 100:16,24
  238:11
**family** 235:22
  238:7 239:10,19
  239:21 243:10
  249:16 250:6
  258:16 279:3
**family's** 109:22
  203:22 238:14
**famous** 271:15
**fantasies** 233:8
**fantasy** 199:15
  221:11
**far** 42:18,19 101:4
  102:3 124:13
  128:24 137:13
  161:7 175:12
  244:1,2 249:18
**fashion** 37:9
**fashions** 102:2
**fat** 277:5
**father** 34:17 85:17
**father's** 169:12
**fathers** 239:17
**favor** 22:23 23:2
  23:15 33:6
**fear** 240:14
**february** 70:4,21
**feedback** 210:2
**feel** 20:10 32:4
  42:15 69:12 81:14
  94:10,17 109:10
  115:1 125:8
  138:20 144:16
  145:15 147:6
  163:23 164:5,19
  176:22 187:3

  219:2 230:22,25
  231:1 236:18
  239:7 280:25
  283:15,16
**feeling** 231:5
**feelings** 159:22
  180:2 200:11
  215:21 222:3
  231:8
**feels** 68:21 155:12
**felt** 31:25 34:23
  38:16 97:19 99:5
  231:18
**female** 16:5 23:6,7
  25:6,8 26:14,16
  29:2,8 38:13
  39:19 49:5,12
  129:12 142:21,22
  145:7 147:15
  149:12,12 150:24
  193:6,12,22 194:5
  204:19,20 262:3
  271:17 278:8
**femaleness** 223:2
**females** 223:23
  232:13
**feminine** 223:21
**femininity** 277:24
**ferguson** 63:14
**fertilization** 54:21
**fertilize** 54:17
**fervent** 277:15
**fetish** 236:8,12
  237:8
**fetishistic** 225:9
**fewer** 244:24
**field** 42:11 75:8
  80:5 179:10
  188:20 194:11
  280:13,20

**fifth** 103:2,4
  185:20 202:12
  266:10
**figure** 37:2 81:6
  129:22 137:1,6
  141:21 150:17
  167:14 191:10
  204:1
**figured** 138:17
**filed** 11:13 193:5,5
  252:13
**files** 256:8
**filibuster** 238:25
**filibustering** 239:1
**film** 78:5
**final** 282:13
**finances** 106:21
**financially** 11:21
  289:11
**find** 44:8 50:17
  60:23 68:10
  101:19 120:12,16
  124:3 165:17,20
  178:22 202:18
  203:10 225:21,23
  226:6 229:15
  230:11 234:11
  243:16 244:20
  246:22 252:16
  276:23
**fine** 29:25 83:18
  91:16 106:23
  207:9 208:19
**finish** 148:25
  238:23 239:4,8
**finished** 94:7
  239:8
**finland** 103:21
**firm** 14:19 115:25
**first** 29:1 37:23
  52:19 56:10 65:9

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0686

[first - futures]

68:24 70:16 71:1
78:14 108:21,22
110:2 129:4 164:7
167:24 171:9
183:7 192:20
197:13,22 205:6
213:1 217:2
229:13 234:6
236:2 237:5
239:21 243:1
279:13 283:25
**fit** 60:25 91:23
143:22
**fits** 156:14
**five** 28:12 84:22
121:9 136:15
153:19,20 166:16
173:16 176:12
217:4
**fixed** 241:16 242:7
281:9
**flashing** 64:18
171:7 187:20
**flip** 184:8 203:9
212:18
**flipping** 93:1
**floor** 3:14 4:9 81:4
102:9,11,20
103:10,11
**florida** 22:4,9 31:2
32:24 52:24 53:3
53:7,24 54:2
55:21 170:24
**focus** 85:21 126:4
137:23 172:23
277:2
**focused** 144:16
188:17
**focusing** 44:23
**folder** 50:23,23
69:19 217:22

**follow** 37:1 38:20
39:2 90:24 94:5
109:21 129:17,24
129:25 131:6,7,22
133:3 135:20
146:15,15 162:15
174:4,6,8 175:4,6
175:16,17,23,25
176:11 177:2,7,13
177:14,15,17,21
177:23 178:16,18
179:6 189:8
203:19 208:4,7
212:4 268:1,12
270:16,21
**followed** 39:23
174:12 176:20,23
284:12
**following** 156:18
**follows** 13:24
146:12 176:1,14
198:22
**force** 154:24
**forces** 274:3
**foregoing** 288:5
289:3,5,9
**forensic** 69:3
**forget** 277:1
**forgot** 89:19 113:8
113:11,18
**form** 14:8,10
37:11 48:22 54:10
153:2 213:19
224:8 225:7
**formal** 50:11
**formality** 260:7
**formally** 84:1
**formation** 114:3
**formed** 266:10
**forms** 148:4

**formulation**
227:17
**forth** 69:10 148:13
176:13 181:5
182:3 192:14
200:11 202:6
223:25 234:23
236:1 273:2 278:1
284:25 289:4
**forward** 75:2 93:1
104:19 158:11
171:7 212:18,19
218:15
**found** 83:3,3
135:25
**foundation** 247:10
249:7
**founded** 110:15
**four** 88:15,15
121:9 123:18
166:7,16,25
180:19 181:2
192:5 201:10,25
203:3 208:3
209:19 210:8
211:16 217:4,12
258:23
**fourth** 152:5 192:9
**fragmentary**
218:24
**france** 103:21
**frankly** 65:10
**free** 16:11 144:16
145:15 164:5,19
219:2 283:15
**freedom** 4:16
13:14 52:3,8,12,17
53:1,20
**frequency** 244:22
**frequently** 112:23
118:21

**friend** 1:5 2:6
11:12 21:6
**friends** 245:12
**friendships** 235:22
245:9 246:6
**front** 144:8
**froze** 178:7,12
**frustration** 181:13
236:15
**frustrations** 160:7
**fuddy** 264:2
**fulfilling** 243:9
282:7
**full** 87:25 88:2
110:20 263:2,6
**fully** 214:4 253:16
253:18
**function** 129:1
131:20 213:25
**functional** 173:5,8
173:25 188:18
189:16 244:5
**fundamental**
146:12,18,24
**fundamentals**
130:13
**funding** 106:2
**funny** 266:16
**further** 16:24
76:17 77:12
144:24 286:8,9
289:9,11
**future** 96:10,11
105:10 123:25
160:7,13 208:18
222:6 228:8
240:15
**futures** 180:3

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0687

**g**

**gamete** 25:14
**gay** 224:17 226:10
226:17 227:18
232:17 233:20
**gender** 19:11,17
21:8 22:21,24
23:3,16,19,21 24:1
24:20 25:12 26:20
27:6 28:3 30:12
33:7 35:15 36:2
37:21 81:2 98:21
100:11,11 103:14
108:23 110:5,16
110:19 111:2,7
113:2,20 117:12
118:1 119:1 122:1
124:2 125:20
126:18 130:23
133:10 145:5,7
147:15 150:20
151:15 153:15
154:2 158:9
159:10 161:17
162:9,21 165:2,6
166:3,6 171:2
174:10 180:9
188:3 193:1
194:25 198:7
209:3 221:3,5,8
223:14 224:3,4
228:5,6 232:25
233:25 240:2
242:7 245:3,3
251:5,19 252:14
256:10 258:15
262:7 272:5,7
273:1,8,15 274:20
**general** 5:5,15
100:2 115:18
116:4 118:15

170:2 190:18,22
191:6 208:24
234:16 246:19
**general's** 13:11
**generality** 36:13
**generally** 27:21
94:24 96:4 142:16
142:17 159:21
245:13
**genesis** 53:17
**genetically** 204:17
204:20 281:8
**genital** 39:20
133:13 180:10
**genitals** 196:17
**genspect** 122:20
**gentlemen** 74:20
**genuine** 236:20
**genuinely** 253:21
**germane** 174:15
**gesture** 36:6
**getting** 100:21
127:13,14 142:18
143:18 164:9
182:24 192:16
215:20,21 221:25
**girl** 34:18 142:7,12
150:8,9 151:4,8,8
151:9,14,17,18,22
153:14,14,16,18
153:19,22 154:8,8
154:9,17,23,23
163:19 249:3,13
250:3,14
**girl's** 151:5,14
277:8
**girlfriend** 139:14
**girls** 142:15,17,17
143:3 145:8
147:16 151:18,25
151:25 152:3,4

153:21 154:15
158:16,16,18,21
162:19 163:14,18
204:20 224:4
249:14 275:7,23
276:11
**give** 20:8,13 22:13
35:18,18,21 47:11
55:4 76:12,13
77:18,20 87:1
88:13,22 89:20
100:19 116:4
121:22 122:16,18
133:4 139:5
155:11,15 158:6
166:17 182:16
184:14 195:16
205:23 210:1,1
217:11 220:5,10
220:12 237:11
242:4 248:6,14
261:15 263:25
269:18 274:7
277:6
**given** 22:16 24:17
26:24,25 30:10
36:16,20 37:4,8,19
42:6 43:4,7,15
44:23 45:12 46:2
46:9 48:7 75:2
78:1 82:16 89:21
94:17 96:17
115:25 116:24
131:9 132:7
135:21 140:4
175:7,9 206:14
233:10 263:5
287:12
**giving** 16:18 21:19
21:25 22:4 43:22
48:5 70:12 88:19

128:8 139:22
155:4 163:17
176:17 180:9
218:8 240:20
274:2 285:12
**glad** 235:9
**glance** 102:19
**go** 11:7 63:3 65:1
75:14 98:23,25
108:13 112:21
118:9 131:14
138:16 144:24
155:19 156:11
157:22 164:3,4
179:23 187:22
188:23 192:18
195:5 201:9 202:6
202:13 203:22
205:21 207:23
212:19 216:16
217:14,15,16
230:23 257:22
268:9 285:23,25
**goal** 221:3,4,8,17
221:18 222:18,20
222:21
**goes** 63:8 77:4
96:20 182:23
183:6
**going** 14:5 18:15
19:8 36:9 38:25
48:12 50:19 57:4
59:5 61:13 65:23
90:7 94:5,12
104:19,25 108:14
112:24 113:6,6
123:2 125:5
130:19 131:16
136:16 137:18
144:15,25 145:13
147:8 152:10,15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0688

[going - harmful]

158:10 162:9
164:3,7 170:10
173:8 178:3
179:17 180:4
184:1,18,23 189:5
195:8 196:7
201:17 204:2,2
205:6,14 211:11
212:19 213:7
222:1 228:7 233:5
240:17,20 249:11
256:6,17 262:22
263:1 271:14
273:7 282:19,19
**good** 12:2,7,9,11
12:13,15,19,23,25
14:3,4 29:17
105:19 107:13,25
117:24 128:11,12
128:15,15,16
148:21 277:11
**gotten** 148:1
**governors** 135:1
135:11
**grade** 145:3,22
**graduate** 74:19
88:9
**grand** 88:20 114:1
**grandchild** 129:7
**granddaughter**
128:23
**grandfathered**
79:4
**grandfathers**
239:17
**grandiose** 133:1
**grandmother**
128:22
**grandmothers**
129:6 239:17

**grandparent**
129:2
**grata** 38:7
**great** 108:19
111:18 112:3
156:17 200:24
207:24 229:10
252:17
**greatly** 243:19
**green** 7:6 266:6
**grips** 221:10
233:12 234:20
276:21
**grossly** 271:20,21
272:5,7
**ground** 17:17,19
81:3 102:9,11,20
103:9,11
**group** 25:4 95:13
103:3 107:2
121:21 122:2,11
122:19,20,22
190:23,25 192:10
211:15 234:25
246:3 255:20
265:16 266:4
**groups** 120:11,12
148:2 192:5,6
212:4
**grow** 149:23
**growing** 80:2
220:13
**grownup** 239:15
**growth** 214:10,11
**guaran** 177:1
**guarantee** 19:4
162:10
**guardian** 45:21
**guess** 16:19 45:22
46:17 49:14 52:17
53:18 60:20 61:6

63:21 64:17 72:3
72:9 97:25 99:10
99:14 124:19
126:8 150:4 151:2
153:24 161:9
197:4 198:14
211:7 219:17
235:20 241:3
253:18 277:20
284:11 285:7
**guessing** 142:4
**guidance** 85:21,21
86:1
**guidelines** 103:13
103:16,20 104:1,7
104:9,13,15,19,25
105:10,11 284:15
284:17
**guilty** 262:1,11
**gun** 257:15
**gyne** 225:17

### h

**h** 15:1 190:14
197:23 213:4,8
256:12
**h.b.** 143:13 157:5
157:8
**half** 38:18 68:12
99:4 113:7 139:3
**halftime** 257:13
**hamilton** 37:25
**hand** 69:8 176:9
**handful** 24:22
87:4
**hanging** 273:6,14
274:20
**hap** 78:6
**happen** 42:20,20
150:24
**happened** 17:6
56:5 112:8 122:19

153:20 154:6
266:22
**happening** 104:10
124:11,16 137:9
169:6,6 215:5
**happens** 78:6,7,7
173:17 175:1
229:5
**happier** 128:24
136:3
**happily** 190:9,10
**happiness** 173:15
**happy** 18:7 29:24
33:11 139:25
172:8 173:4,5,8,11
173:25 179:17
188:17,18 189:16
230:3 233:20
236:22 239:4
254:5 274:5
281:10
**hard** 55:1 79:25
85:13 144:6
155:10 181:11
202:4 222:22,25
231:14 233:10
**harder** 232:18
**harm** 148:8
149:25 150:2,2
153:25 154:12,13
161:18 162:2,3,10
162:15 163:18
181:8,12,16,20,23
182:13 183:3
224:10,11,12
234:7 235:22
240:20 276:7
**harmed** 162:13,14
240:21 267:17
**harmful** 153:15,17
186:5 276:21

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0689

[harming - helpful]

**harming**  179:19
179:21 180:3
235:1,3
**harms**  163:12
182:14 195:4
223:9 235:19,23
236:1 237:20
267:7,17,18
**harrison**  1:9,13
2:10,14 6:3 13:1
286:23
**harrison's**  74:14
**harry**  39:23
102:21
**hartnett**  3:8 8:6
12:2,3 14:2,5,16
14:17,18 16:13,17
28:1 34:6,22
35:24 36:24 37:3
37:13 43:13,14
46:14 47:15 48:15
48:23 49:15,22
50:3,19,24 51:11
51:18 55:7,16
57:8,18 58:7 59:2
59:8,14,22 60:21
61:6,7,21 62:2
63:6,10 65:4 66:3
66:14 67:2,12
68:3,13 69:16,21
69:23 70:1,12,17
75:21,22 76:6,22
76:24 78:17,18
81:17 84:12 86:9
86:19 91:14,18,21
91:25 92:3 95:7
102:17 103:6
105:13,20,23
106:22,24 107:25
108:8,9,19,20
109:11 111:20

119:8,23 120:5
128:10 142:1
143:19 144:1,9
145:15,18 147:13
148:22 149:1,2
150:15 152:6,23
153:6,9 155:12,19
155:25 156:1,16
157:21 159:3,19
162:18 163:5,10
163:20 164:11,12
165:17 166:1
169:24 170:9
171:6 175:20,21
178:2,6,12,15
181:1 183:15,24
184:6,16,18,20
185:5 187:5
188:20 192:7
193:16 196:13,14
197:7 198:5 201:4
201:12,14,22,24
202:22,24 203:2
203:15,17 206:13
206:21 207:9,13
207:19,24 208:1
213:5,6,23 217:21
218:3,19 219:2,16
219:22,24 220:25
221:1 224:20
226:14,23 227:16
228:18 231:2,11
231:16 232:22
235:17 238:17,20
238:24 239:3,24
241:2,19 242:2
243:13 244:14
247:4,14,21,24
249:10,20 250:1
251:1,14 252:3,5
252:10 253:9,20

254:18,25 255:1
256:19 257:3,8,17
258:2,8,10 259:4
259:12 260:12
261:19 262:14,20
263:3,9 264:19
265:1,9,19 266:24
267:8,19 268:2,10
268:23 269:7,11
269:16,19 270:2,6
270:22,25 272:1
272:16 273:9
275:2,12 278:2,13
278:21 279:9,16
280:5 282:18,22
282:25 283:5,10
283:19 285:6,23
286:7,11 287:8
**harvard**  88:15
**hateful**  246:22
**hates**  230:1
**head**  19:1 74:16
79:21 134:7 188:3
258:21 266:6
275:19
**header**  201:22
**heading**  143:23
144:18 202:18
203:10 282:24
283:1,3,14
**health**  88:16,16
100:2,21 117:3
158:23 160:4
210:14 238:5
**healthcare**  8:19
21:18 22:2,6
30:11,12,18 31:3
31:14,23 32:11
33:6 137:8 240:19
240:20,22 241:5

**healthy**  173:5,25
188:17,18 189:16
**hear**  14:20 16:13
21:21 43:12 73:6
84:20 96:24 113:9
118:17 140:13
153:7 163:14
167:6,7,8 169:21
178:8,10,11
187:10 202:6
217:1,3 219:12
233:20 244:12
257:1,3,7,17
**heard**  39:1 127:16
127:16,25 128:2
129:5,5,9 142:22
226:9 238:11
239:9 250:9 265:5
273:25 274:10
**hearing**  226:12
231:14 236:24
239:12 256:23
**heart**  190:20
192:13 214:11
**heather**  1:6 2:6
5:15 11:12
**hecox**  41:18 42:10
251:4,19 253:11
**held**  74:14
**hello**  12:17
**help**  26:6 54:20
96:7 100:23
117:18 118:17
183:8 222:4,4
251:2 267:6
276:19,20,23
**helped**  86:5
**helpful**  45:15
75:13 107:12
226:6

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0690

[helping - identify]

**helping**  103:13
180:2 281:9,10
**helps**  207:3
**helstrom**  3:11
12:17,17
**hereto**  51:3 69:25
218:1 256:22
258:12 260:15
261:22 263:12
265:12 267:2,23
269:1,14 270:9
271:3 272:19
275:5 278:5,24
279:19 288:7
**heroin**  139:11,17
139:18
**hesitance**  157:17
**hesitating**  15:25
17:2 23:17 24:3
26:21 27:19 43:18
94:4 95:16
**heterosexual**
224:2,7 232:5,11
233:23
**hi**  255:2
**high**  122:10,12
147:23 149:14,15
173:5
**higher**  183:17
184:1,9,22 185:2
187:11,14 190:18
190:19,20,22
192:14
**highlight**  168:11
**highly**  93:11
107:21 173:25
188:18 258:20
264:5
**hire**  48:4
**hired**  33:10 34:16
36:4 99:12

**histories**  44:6
100:1 244:4
277:10
**history**  16:1,2
40:5,5 44:5
101:19 116:18
204:3,3 273:24
274:2,24,25
**hit**  201:15
**hiv**  192:14
**hold**  25:1 81:21
221:17,18 233:25
**home**  109:22
**homosexual**
223:19,22 224:5,7
232:6
**homosexuality**
233:2,6 234:3,5
242:13
**honestly**  181:22
**honor**  88:21
**hope**  31:9 72:2
173:7 220:22
244:16,23 245:1,5
245:5 256:5
**hopefully**  282:13
286:1
**hoping**  105:9
188:21
**hormonal**  192:24
194:24
**hormone**  24:6,10
25:9,10 139:5
175:8 217:15
**hormones**  23:21
82:14,16 93:17
115:25 116:8
138:2,8,11 139:5,8
139:20,23 140:4
140:20 141:14
180:9 181:14

182:19,25 209:7
210:13,15,17,17
210:24,25 211:1
217:14 224:14
266:1,2,5,12 278:1
**horrified**  118:7
121:11,13 240:3
**hospital**  36:6 38:8
38:17 62:24
258:25
**hospitalization**
38:7,10
**hospitalized**  36:5
**hospitals**  112:13
112:15,17,22,25
113:13,20 114:8
118:1,25 190:21
**hour**  18:16 51:7,7
88:15,15 91:15
113:7 115:24
117:23 121:11
123:7,10,13 128:1
209:17 210:13
211:1
**hourly**  207:8
**hours**  71:7,7 123:9
194:14 209:15,19
210:8 211:16
**housekeeping**  14:6
**houses**  83:19
**housing**  250:19
**hover**  144:3
**https**  256:10
**huh**  107:23
**human**  97:23
121:23 161:25
162:6,7,16 173:8
200:8,8 233:15
257:21
**humans**  196:17

**humble**  132:22
**humbly**  74:6
**hundred**  106:4
128:6 177:15
270:19
**hundreds**  285:20
**hurricane**  4:20
**hutchens**  5:15

**i**

**idea**  29:15,16,17
29:24 31:8 73:16
73:16 74:2 131:2
134:5 150:22
151:7 183:11
190:9 206:10
217:11,17 225:13
225:14 226:25
227:21 244:23
269:5 277:17
**ideal**  136:11
**ideas**  88:17 202:5
242:11 282:2
**identification**  51:2
69:24 204:17,19
217:25 256:21
258:11 260:14
261:21 263:11
265:11 267:1,22
268:25 269:13
270:8 271:2
272:18 275:4
276:5,6 278:4,23
279:18
**identifications**
203:25
**identified**  273:1
**identifies**  26:14
150:8 151:4
**identify**  150:10,20
150:23 157:15
158:10 167:19

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0691

[identifying - initially]

**identifying** 16:19
35:21 38:5 58:24
109:7 193:6,12,22
194:5 227:18
276:14
**identities** 278:10
**identity** 16:3,4,5,6
19:11,17 21:8
23:19 24:21,25
110:16,19 111:3,7
121:23 122:1
145:7 147:16
150:20,25 151:15
153:15 154:1,3
155:4 158:9
159:10 161:18
162:9,21 198:8
199:18 205:11
206:6 222:9
227:10,12 228:5,7
228:13 232:4,5,6
233:1,25 234:2
235:21 242:7
251:5,5,20 252:15
278:7,11
**ideology** 135:6
**ignoring** 100:22
**illusion** 134:19
**illustration** 229:7
**imagine** 43:22
44:1 150:23
165:21 176:8,13
179:25
**imagined** 262:9
**immediate** 29:19
205:17 206:9,22
266:8
**immediately**
135:22 205:12,15
**impact** 40:14
136:8 158:13

172:19 195:24
215:8,9,17
**implant** 217:3
**implication**
179:10,11 187:13
274:22
**implications** 35:5
116:21 154:12,16
157:24 172:15,15
**implied** 66:20
**importance**
118:19 124:8
**important** 99:10
101:25 117:7
128:11,12
**imprecise** 196:18
**impressed** 74:7
118:15
**impression** 123:21
137:15 206:1
**impressionistic**
244:9
**improve** 85:22
244:24
**improved** 245:2
**improves** 244:17
**inability** 74:7
120:16 234:14
**inadequate** 116:9
119:13
**inauthenticity**
229:12
**incidence** 165:2
**incidents** 122:12
**include** 26:22
156:23 163:19
170:14 191:8
**included** 97:22
168:25 169:2
**includes** 23:17,20
26:22 118:20

133:5
**including** 62:4,8
116:18 206:4
253:8
**inclusive** 148:15
**incompatibility**
223:5
**incongruence** 26:7
**incorrect** 30:14,15
49:4
**incorrectly** 115:20
**increase** 100:6
149:20
**increased** 165:3
192:12
**increasingly**
109:17 260:20
**independent** 266:4
**indeterminant**
154:19 187:15,17
**index** 8:1
**indicate** 126:24
**indicated** 27:8
82:5 131:19
**indicates** 72:23
**indicating** 158:7
175:24
**individual** 16:10
26:5,25 27:1,3
151:22 195:2
203:22
**individuals** 101:20
110:23 192:25
193:7,13,24 204:8
204:8 243:16,17
245:10,12,16,22
266:4
**indoctrination**
81:14,16
**industry** 32:1

**ineffective** 160:9
**influence** 54:13
56:3 84:9 101:25
105:9,10 124:1
131:12 134:15
199:13
**influenced** 40:16
54:24 55:20 56:2
148:7 173:10
**influences** 54:25
55:2 202:7
**inform** 30:19 48:2
59:24 189:11
279:4
**information** 16:16
35:21 36:15 42:15
42:21 60:23 109:7
128:13 130:24
133:3 135:6 148:1
175:13 259:20
261:16
**informative** 45:16
**informed** 43:19,20
60:7,8 95:12
105:6,7 107:6
116:13,19,25
117:2,11 132:16
134:17 135:3
169:18 205:25
211:19 221:5
235:6,8 248:1
**informer** 117:20
**informing** 33:25
100:21 117:17
174:23
**inhabit** 232:25
**initial** 62:4 84:6
208:11 214:2
**initialed** 288:7
**initially** 51:23
159:1

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0692

[injunction - johnson]

**injunction** 8:14
64:9 65:20,25
66:7,10,19 67:8,16
67:19,24,25
213:15
**injury** 261:5,11
**ink** 288:7
**innate** 234:1
**inquire** 40:8
**insel** 79:21
**insisting** 177:2
**insofar** 57:22
**instance** 277:16
**instances** 23:1
**institution** 93:10
**institutions** 52:6
93:11 113:4
**instruct** 57:4,14
59:5 94:13
**instructed** 18:2
**instruction** 59:13
**instructs** 17:22
**insufficient** 31:25
**insulting** 281:6
**insurance** 32:1,11
41:3 85:16
**integral** 99:9
**intellectually**
54:22
**intelligence**
122:10
**intense** 209:25
210:7
**interact** 200:9
**interacting** 245:15
**interaction** 113:25
**interactions**
126:25 204:4
**interest** 97:24 98:8
100:14 226:1,2

**interested** 11:21
26:5 74:12 79:18
80:3 83:15 97:8,9
97:23,25 99:6
100:11,23 104:14
114:22 115:2,13
115:16 222:24
237:14 259:21
289:12
**interests** 199:18
**interfere** 141:15
**interfering** 215:4
234:14
**intern** 82:14,18
**internal** 225:4
**internalized** 161:5
**international**
102:21 136:10
**internet** 246:8,10
**internship** 263:15
**interplay** 54:13
**interpret** 252:20
**interpreted**
252:21 255:11
**interrupt** 36:9
104:3,4
**intervals** 212:5
**intervening**
183:13
**intervenor** 1:17
2:18 4:15 13:14
286:13
**intervention** 27:24
28:9,11 149:6
157:1 180:5
**interventions**
180:15 189:1
191:25 194:24
212:3
**interview** 129:9

**interviewed** 17:7
29:17
**intimate** 243:18
245:4
**introduce** 12:5
50:19 51:9 69:18
**introduced** 164:18
**introduction**
17:16 75:6,20
258:18,18 262:2
**invasive** 212:3
**inventing** 182:7
**invested** 261:4,11
**investigate** 170:4
204:11 259:2
**investigated** 83:3
**investigating**
143:10
**investigation**
170:2
**invite** 88:22
114:18
**invited** 39:16
77:20 89:20 93:2
121:21 122:16,18
**involve** 44:11,14
199:4 200:3,5
234:6,8
**involved** 23:22
69:1 84:25 104:22
105:24 121:10
169:5 170:11
220:14 285:2
**involvement** 65:6
116:19 168:16
**involves** 23:18
25:25 42:3 85:21
**involving** 15:14
22:20 23:4 37:20
41:2,10 43:16
45:14 46:2 63:23

**ireland** 125:1
**irrelevant** 226:4
**isolation** 239:11
244:19 246:5
**issue** 20:24 29:5
32:19 33:10 38:24
43:23 96:8 145:25
146:17,18,22,24
147:22 148:16
163:13 207:5
227:20,23 246:19
261:25 274:18
280:11
**issued** 103:15
**issues** 32:15 41:10
42:17 60:3,18
93:8 96:12 105:11
113:16,17 132:12
160:2,5 174:14
187:16,17 191:17
199:15,17
**italics** 172:10
**item** 24:7 25:5
**items** 23:20 25:6,7

**j**

**j** 190:14
**jackson** 1:6 2:6
11:12
**janssen** 62:19,21
**january** 37:23
77:23,24 78:2
255:13 256:12,15
273:24
**jazz** 271:16,18
272:4,10,14,15
**jennings** 271:16
271:18 272:4,10
272:14,15
**job** 1:24
**johnson** 6:5 13:1

Page 27

Armistead Supp. App. 0693

[johnson.com - know]

**johnson.com** 6:11
**joined** 25:4,16
  102:22
**joke** 75:12 78:25
**josh** 12:23 207:20
**joy** 258:22
**judge** 29:1 39:18
  39:21,21 40:8,15
  40:22 41:3,20
  58:3 168:14,14,23
**judge's** 168:14
**judges** 40:3,3
  134:24,25 135:12
**judgment** 208:20
  281:15,20
**judicial** 32:15,15
  38:23 46:1,8
  47:22 48:9 49:1
  49:17 50:9
**julie** 3:9 12:9
**july** 108:24 110:1
**jumped** 29:16
**june** 78:20
**junior** 149:15
**juries** 134:24
**jurisdiction** 20:20
**jurisdictions**
  169:7
**jury** 169:12
**justification** 186:9
  186:12 206:9
  214:2
**justified** 38:16
  82:23 83:4 216:1
**justify** 28:9
**juvenile** 37:10
**jveroff** 3:21

**k**

**kadel** 21:17 22:1
  31:1,22

**kagay** 1:23 2:24
  11:19 289:20
**kang** 3:5 12:11,11
**katelyn** 3:5 12:11
**kathleen** 3:8 12:2
  14:18
**keep** 38:17 217:12
**keeping** 104:9
  196:5
**kelly** 5:18 13:4
  286:19
**ken** 90:10,20
**keohane** 22:8
**kept** 114:11,12
**key** 45:1 46:17
  213:3
**khartnett** 3:20
**kid** 124:2,5 132:21
  217:11 273:12
**kids** 100:23
  118:22,23 126:3,4
  157:6,9 166:16,17
  176:4,8,9 235:7
  238:12,12 271:13
  273:4
**kill** 257:16 258:15
**killed** 257:25
  258:23
**kimberlee** 7:19
  11:17
**kind** 23:22 27:8
  28:9,11 43:4
  53:16 69:12 71:9
  94:16 102:9 107:3
  111:8 114:24
  116:23 119:20
  130:9 135:19
  137:7,7 169:9
  208:7 211:7,21
  212:14,15 215:25
  216:10 218:11

262:12
**kinds** 60:18
  220:14
**kkang** 3:17
**kmorgan** 5:23
**knew** 30:19,21
  34:23 121:23
  211:2 225:21
**know** 14:13,22
  15:16 16:18 17:19
  18:7,17 20:15,20
  27:16 30:20 31:11
  32:20 35:17,19
  37:16 38:13,21
  39:1 40:7 41:10
  42:13,15,18,21
  43:24 46:18 47:11
  54:12,24 55:19,22
  59:9 60:11,17
  61:21 63:16 64:3
  64:12 66:18,19
  67:18 68:1,10
  74:1,16 76:12
  77:15,18 78:4,5,7
  78:10,15 84:21
  85:14,19,24 88:17
  89:7 90:14 91:18
  92:11 93:19,23
  94:10,18 95:1,3,16
  95:21 96:18,22
  98:14,17 99:8
  100:5 101:4,18
  103:11,15,21
  106:2,9,11 107:12
  107:17 113:11
  114:14,15,15,16
  115:11 117:10,22
  118:2,3,3,3,4,11
  118:11,13,18
  119:15,17 122:25
  123:17 124:13

125:16 126:6
128:7 129:19
131:4,5,10,11,11
131:15,18 132:7
132:12,21 133:1
133:19,20,21
134:16,17,20,20
134:21 136:6
137:13 139:13,17
140:7 141:14
142:5,7,8 144:2
145:19,21,23,25
146:13 147:2,11
147:21,23 149:22
150:24 151:11
153:4 154:2,11,16
155:8 156:13
157:5,8,10,16
158:22 159:13,15
159:17 160:14
163:20 165:12
168:21 169:10
170:7,17 172:18
173:15 174:7,9,11
175:1,9,12 179:5,7
179:9,10,11,15,16
179:16,18 181:7
181:10 182:3,14
183:9,19 184:13
187:23 188:16,24
190:14 191:22
192:11,17 193:25
194:1,3,13,18
196:24 200:6
201:7,8 202:3,5
203:3 208:19,19
208:21 209:19
213:2 215:16
216:14,17,21,22
216:22,23,24
217:24 220:5

Veritext Legal Solutions
866 299-5127                    Armistead Supp. App. 0694

223:3,9,20 224:3
224:21,23 228:23
229:3 230:5,6,21
232:7 233:16,16
233:22 234:16
235:7 237:16,19
238:3 239:16
242:10,14 245:1
248:11,12,15,16
249:1,8,11,21
250:19 253:2
257:25 264:17
266:11,16,17,21
269:4,22,23,25
271:10,16,22
272:10,11,13
273:4,21 274:18
277:14 278:10
279:24 280:19
281:5,16,21
284:13 285:8,15
**knowing** 117:9
118:5
**knowledge** 17:9
22:18 31:10 32:4
32:17,18 33:11,23
34:2,20,24,25
42:11,16 45:18,19
46:19,21 56:20
58:5 72:8 130:11
132:5,23,24 143:9
143:10 147:10,10
155:16 161:25
193:19 204:14
228:23 240:14
243:5 252:18,22
**knowledgeable**
32:13 66:22 80:1
**known** 35:4,5
42:22 43:25,25
47:6,6 48:3,3,4,5

56:20,20 71:15,16
130:9,15 131:23
131:24 133:23,24
245:13 279:5,5
280:4,15,15,20
281:14
**knows** 117:21
154:11 173:17
175:9 176:14
189:11,22 263:5
280:14 281:13

**l**

**l** 6:6 15:2 135:20
212:21
**labeled** 242:8
**labels** 199:18
**lack** 42:16 133:3
143:9 212:14
247:10
**lacking** 189:24
190:6
**lacks** 173:24
**ladies** 74:20
**lainey** 1:16 2:17
13:15
**lambda** 4:4 12:20
12:21
**lambdalegal.org**
4:11,12
**landing** 29:1
**landmark** 168:19
**landscape** 233:15
**language** 163:4
164:22 165:12,16
165:18,20 194:10
195:8 198:18,21
199:7 221:23
223:7 266:19
**large** 106:7 126:10
144:3 275:23

**largely** 127:22
**larger** 148:7,17
154:24 165:4
166:2,5 235:19
**late** 87:18 195:15
**latest** 103:16
**law** 3:12 4:7,19
5:7,19 6:7,18 7:7
13:16 14:19 32:14
66:22 143:11
145:21,23,25
146:6 158:17
**lawrence** 4:18
13:17 225:15
**lawsuit** 142:24
**lawyer** 33:3 34:16
52:25 53:19
**lawyers** 45:3,21
58:2 69:8 253:2
**layperson** 89:6
**lead** 47:13 160:9
162:1 255:16,18
255:21
**leaders** 115:12
**leads** 162:3 242:18
**learn** 74:18 96:24
125:21
**learned** 69:6 99:3
137:11
**leave** 220:24
**leaves** 183:12
**lectures** 89:20
**lectureship** 88:21
**led** 89:10 96:2
101:15 239:13
**left** 83:1 110:20
111:16,18 112:7
258:15,16
**legacy** 261:4,10
**legal** 4:4 11:18
12:20 48:1 66:23

68:23 69:5,14
73:15,18 125:13
125:14 126:20
168:15,20 196:5
287:15
**legally** 38:14
132:13
**legislators** 218:12
**legislature** 134:25
218:5
**legitimacy** 81:12
83:12 147:6
**legitimate** 152:11
**length** 182:3
209:13 220:21
**lens.captivate.fm**
256:10
**lesbi** 232:4
**lesbian** 232:4,11
**lesbians** 223:24
**letter** 138:21
139:6,7 140:20,23
179:3 182:20
183:8 208:21
210:23 211:9
260:23 261:2,3
265:16
**level** 36:13 98:12
**levine** 1:19 2:21
8:3,12,16 11:10
13:15,22 14:3
15:1,5 16:11
36:11 47:16 51:19
57:10 63:11,13
64:6,7,8 69:2 70:2
70:19 75:23 92:4
95:1,5 108:10
111:3,3,5 156:2
180:12 184:22
203:19 218:4
219:9 222:8

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0695

[levine - lower]

223:12 229:8
252:6,11 255:2
256:12,13 258:3
259:5 260:24
262:15 264:20
265:20 267:9
268:3,11 269:8
270:3,23 272:2
273:10 275:13
278:14 279:10
280:6 283:11,13
286:7,17,22 287:3
287:8,12,13 288:4
288:15
**levine's** 183:23
184:1 186:24
251:16
**lgbtq** 113:20 118:1
118:25
**liaison** 52:2
**library** 92:12
258:21
**lichenstein** 283:11
**lichtenstein**
285:17
**life** 46:20 79:19
84:7,10,11 128:25
129:18 131:19
138:24 149:22
158:1,2 171:10,17
171:19,20,22
172:2,8,9,19,24
173:6,9 174:1,15
174:16 179:13,17
189:4,4,5,16 191:3
191:19 195:4,11
199:1 200:10
203:22 206:5
208:16 210:19
217:1,2,8,9 222:22
223:11 225:4

228:25 229:6,9
230:3 232:10,12
232:19 258:17
259:2 262:9
270:15 274:6
277:3,4,7,9 282:7
**lifelong** 190:17
**lifespan** 272:23
**lifestyle** 271:9
**lift** 74:16
**light** 251:21
268:21
**likelihood** 117:5
**limit** 96:12
**limitations** 38:15
132:24 133:9
136:18 212:2
277:13
**limited** 58:5
176:11 179:6
245:14
**lindsay** 251:4,19
**line** 78:12 82:24
105:17 144:25
**lisa** 90:10,22 232:2
242:12
**list** 87:20 92:4
168:7 195:5
237:20
**listed** 26:23 87:21
92:22 170:19
**listen** 140:4 147:8
**listening** 50:8
80:20
**litem** 45:21
**literal** 60:13
**literature** 31:11
32:5 101:12
156:20 158:12
171:14 172:3
175:9,10 202:3

225:4,24,24
**litigation** 168:3
170:1
**little** 34:18 51:7,9
53:2 75:9 78:24
122:9 127:17
135:23 179:4
212:21,22 223:21
223:24 231:14
**littman** 200:12
**live** 143:3 210:3
258:17 276:7
281:10
**lived** 234:20
245:21
**liver** 214:11
**lives** 83:16 160:7
189:6,7 193:2
244:17 264:6
281:10
**living** 25:13
128:23 129:11
140:5 190:9,10
222:17
**llp** 12:3,8,10,12,18
14:19
**located** 24:14
**london** 125:1
**long** 27:23 46:20
58:16,17,18 67:21
70:9 80:21 101:23
102:5 110:2
114:23 115:19
117:7 131:21
133:3,12,14
146:14 153:18
157:23 174:18
179:21 195:3,4
209:11,12 234:20
235:12,13 238:18
276:22

**longer** 97:4 101:2
101:3 154:9
164:22 196:4
209:15 222:13
**look** 35:3 70:5,11
92:25 122:25
135:10 144:14,16
149:19 151:21,24
151:24 152:2
161:2 163:12
170:18 172:3
181:17 217:23
219:2 222:6
242:23 243:23,23
244:3 263:6
283:14
**looked** 72:20
97:14 102:14,14
193:11 215:7
**looking** 69:8 91:25
144:11,14 214:21
**loop** 186:21
**loose** 283:21
285:10
**lose** 145:14
**losing** 36:4
**loss** 38:11 55:5
**lot** 54:15 76:7 85:2
86:3 172:25
200:20 232:4
233:22
**lots** 17:6 56:5 69:7
230:7 275:7
**love** 89:23,23
225:3 234:11
238:4
**loving** 89:25
**lower** 183:22
184:7,24,25
186:25 187:8,15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0696

[lunch - medical]

**lunch**  105:17
148:21,24 152:21
155:18,19,22
**lung**  57:1
**lungs**  214:11
**lwilkinson**  4:22
**lying**  39:21 40:1

**m**

**m**  3:6 106:19
135:20
**m.d.**  8:17
**machine**  289:7
**maia**  4:6 12:21
**maintain**  239:14
**major**  162:1,3
180:14 213:2
215:9 220:2
**majority**  24:7 75:7
97:19 190:10
223:18
**making**  70:13
107:15 132:19
134:8,12,19,23
135:1,7 169:14
173:10,14 189:3
195:18 212:14
243:21 252:22
275:22 276:9
**malady**  226:18
227:19
**male**  16:5 25:9,12
38:6 129:10
139:16 142:20
143:5 145:6
147:15 149:16
174:10 193:6,12
193:22 194:5
204:17,18
**maleness**  223:2
**males**  25:13
223:20 232:14

**man**  109:24
257:14 258:20
**manifestation**
162:15
**manifestations**
181:20 271:24,25
**manner**  251:24
253:25
**mansion**  83:19
**mantle**  98:15
**march**  1:20 2:24
11:1,4 24:13
140:18 218:6
**marciano**  90:10
90:22
**marked**  51:2 63:3
63:4 69:24 70:2
217:21,25 256:21
258:11 260:14
261:21 263:11
265:11 267:1,22
268:25 269:13
270:8 271:2
272:18 275:4
278:4,23 279:18
**market**  137:8
**marriages**  244:1
**married**  221:25
243:25
**mas**  262:25
**masculine**  223:24
**massachusetts**
3:15 24:15 26:2
28:7 167:24
168:12,13
**mastectomies**
25:11 49:12
**mastectomy**
180:10
**master's**  97:21
263:14

**match**  19:17
150:19 189:8
**matches**  19:12
**mate**  234:11
**material**  126:21
199:19 203:11
**materials**  59:23
61:1,9 126:24
**mathematical**
185:23
**matter**  11:11 14:6
16:10,14,22 21:16
22:1 23:25 26:11
28:13,24 32:16
33:14,17,23 34:8
34:15 35:7,13,25
36:3 38:3,4,19
39:9,10 43:4
47:17 48:18 52:1
52:12,21,24 53:8
53:21,23 54:19,20
56:13 57:10 59:24
61:15 62:19 64:19
65:6,25 67:6 69:8
69:14 70:3,22
71:17 72:17,21
95:12 107:8
114:25 139:15
146:18 209:15
246:19 280:24
**matters**  26:1 31:2
31:3,13 32:24
35:12 41:10 42:14
45:20 69:15
126:20 168:20
171:22
**mccuskey**  6:16 7:5
**mean**  19:9,11,17
43:24 45:21 46:8
46:25 53:12 55:20
61:20 70:10 78:4

81:14 85:5 87:9
91:4 101:17
105:17 114:12
118:23 123:24
129:2 134:21
142:16 143:17
150:14 152:10
162:12,13,14
169:5 179:5,21
209:24 224:18
228:25 230:17
238:9 240:12
265:25 278:9
**meaning**  37:14
45:25 46:7 91:6
95:24 277:23
**means**  52:2 64:13
67:20 73:13 118:5
177:1 212:5 225:2
271:8
**meant**  73:9 103:11
**measure**  267:17
267:18
**measured**  96:12
**measurement**
212:6
**measurements**
96:8 136:16
**mecha**  136:16
**medal**  25:22
**media**  11:9 287:14
**medical**  22:24
23:2,16,17 25:17
27:21 30:24 47:13
73:6,8,12,15,18
74:18,19,25 75:6
75:11 82:9 83:2,2
83:6 89:11,12
117:6 134:13,15
134:15 135:3,7
142:9 189:19

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0697

[medical - morning]

191:25 196:25 208:9,9 210:9 211:10 228:22 234:7 246:23
**medically** 27:9,11 27:14,17 28:3 131:19
**medication** 20:7 20:12 186:17
**medicine** 74:9,15 74:23 81:24,25 83:19 87:22,25 93:8,9,9,10 98:21
**meet** 38:9 58:16 58:18 116:17 118:14,17
**meeting** 90:1 101:2,4 115:24 182:17 284:8
**meetings** 202:6
**member** 93:2,24 94:1 97:2,18 99:2 99:10,14,16 107:1 107:17 149:12
**members** 89:13 106:5 246:22 255:19,24
**membership** 97:11,20
**memory** 195:17
**men** 204:18 225:16,18 227:10 233:6
**men's** 225:17
**mental** 79:23 84:10 88:16 100:2 100:21 158:23 160:4 238:5
**mentally** 82:15 173:5,25 188:18

**mention** 113:8,18 156:9,9 163:16
**mentioned** 44:18 56:10 106:25 107:1 125:10 127:3,3 140:12 163:11,14 176:19 203:14 211:17 227:17 246:3 255:14 261:2
**merely** 161:8 199:1 206:7 214:3
**met** 58:14 99:20 99:20 141:7 188:5 272:14,15 284:24 285:14
**method** 172:2,3 179:7,8,18 184:23 201:5 248:1,2
**methodologic** 130:6
**methodology** 130:15
**methods** 136:19 137:15 179:20 186:25 201:1 247:6,17,20
**middle** 80:24 145:1 205:8 238:16 245:8 249:3 250:4
**mind** 31:18 32:9 55:23 84:13 92:16 157:25 216:12
**mindful** 199:10
**minor** 87:10 91:7 138:9,12 141:3,4 141:23 142:3 192:21
**minority** 224:19 244:23 246:11

272:23,25 273:3,8
**minors** 87:9 116:14 130:23 165:5,9 166:2,6,10 167:13 208:25 209:1
**minuses** 222:5
**minute** 83:9 212:19
**mischaracterizes** 169:15 250:7 251:11 254:12
**mischaracterizing** 250:10
**misconstrue** 208:6
**miserably** 139:9
**misleading** 230:2
**misread** 137:22
**missed** 187:13
**missing** 34:25 187:8 191:16 283:3
**misstated** 92:23
**mistake** 227:21 228:1,3
**mistaken** 226:10 226:17 227:1,19
**mistakes** 40:4
**misunderstand** 248:12
**misunderstands** 248:6
**misunderstood** 276:17
**mitch** 7:16
**mixing** 135:6
**model** 121:6 143:24,24 144:18 181:4,8,9 182:2,5 182:6,8,8,11,12 183:3,18 186:5,5,8

186:11,12 202:15 202:15,16,20 203:4,8,12,18,18 203:20 204:6,10 205:2,5,17 206:2 208:4,8,12
**models** 8:19 180:19 181:2 198:7,11 201:10 202:1 203:3 208:3
**modern** 71:18 225:24
**modest** 106:6 229:4
**modesty** 229:2
**modify** 96:3
**mom** 273:6,13 274:20
**moment** 26:23 46:5 50:21 51:1 55:15 56:1 70:5 201:8 256:24 274:8
**month** 15:13 24:21 166:13 180:8 257:20
**monthly** 167:1,4
**months** 30:2 38:18 77:25 89:3 110:7 113:1 136:13,14 179:22 180:7,8 210:4 242:25 275:20,21
**morally** 132:14
**morass** 135:8
**morgan** 5:18 13:4 13:4 286:19,19
**morning** 12:2,7,9 12:11,13,15,19,23 12:25 14:3,4 128:21 129:3

Veritext Legal Solutions
866 299-5127                Armistead Supp. App. 0698

[morning - noteworthy]

235:5 246:3
**mother** 1:6 2:6
  11:12 21:6 85:16
  169:14 197:3,4
**mothers** 239:16
**motion** 8:13 64:9
  65:20 66:7 67:7
  164:17 251:17
**motivation** 276:20
**motivations** 171:1
**mount** 283:22
  284:21
**mourning** 140:2
**mouth** 139:21
  163:1 230:15
  257:15 266:17
**move** 194:20
  196:13 198:2
**moves** 75:1
**moving** 167:18
**multicultural**
  130:18
**multiple** 89:15,15
  124:23 125:11
  127:3 130:18
  200:9 234:21
**multisite** 130:17
**multitudes** 256:11
**murder** 82:17
**music** 148:13
**mzelkind** 4:12

**n**

**n** 15:1,2 23:5
  106:19 190:14
  256:12
**naive** 68:23
  217:17
**naivety** 69:13,14
**name** 11:17 14:18
  14:24 15:16 23:5
  28:5,10 35:18,19

40:19 41:6 78:23
92:24 109:10,10
109:13,15,16,16
110:22,25 111:4
122:23 197:22
214:12 237:6
271:16 289:15
**named** 39:10
  88:20 103:3
**names** 147:24
**narrative** 50:2
**narrow** 279:22
  280:13
**narrowly** 151:21
**natal** 142:20,20,21
  142:22 143:2,5
  149:16 151:25
  152:3 232:8,13,14
**nation** 168:19
**national** 120:23
**natural** 171:22
**naturally** 177:6
  215:5
**nature** 15:20
  16:21 34:2 38:3
  71:15 74:25 94:18
  95:3 96:5 128:13
  176:6 182:13
  195:1
**navigating** 232:19
**ncaa** 147:23
**ne** 4:20
**near** 140:23
**nearly** 191:19
**necessarily** 43:11
  190:24
**necessary** 27:9,9
  27:11,14,17 28:3
  146:20 265:16
**necessity** 27:22

**neck** 258:24
**need** 16:15 18:1,16
  18:20 47:7 60:22
  75:10 77:13 79:4
  80:22 91:17 95:21
  96:9,12 104:4
  114:24 130:16
  132:16 136:9
  144:15 164:18
  182:18,19 205:3
  229:2 254:4
  283:16,17
**needed** 57:16 96:9
  112:5
**needs** 76:1 144:2
  172:7 174:18
  221:10 284:12
**negative** 39:20
  74:4 84:10 117:19
  130:2 139:21
  158:13 163:3
**neither** 185:9
  289:11
**nets** 286:1
**neurologist** 79:1
**neurology** 78:22
**neutral** 253:25
**never** 24:8 26:18
  30:7 34:21 39:16
  40:9,20 42:18
  45:3 77:17,17
  78:5,7 88:6,8
  92:21 114:2,13
  115:14 126:14,15
  141:7 170:13
  209:2,4 228:11
  241:16 242:17
  271:23 272:13,14
  272:15
**new** 4:10,10 16:3,4
  16:5,6 60:6 75:5

112:1 180:9 182:7
  188:3 203:20
  209:3 242:17
  243:4 250:22
  263:23 266:11
**newborn** 196:18
  197:1,2
**newborns** 196:22
**newly** 213:13
**newspaper** 143:1
**nice** 192:5
**night** 20:9,12
**nih** 79:21 197:17
  197:21
**nimh** 79:21
**nine** 220:7,16
  258:14,18
**ninth** 41:4,5
**nodding** 19:1
**non** 38:7 191:18
  223:15,17
**nonjudicial** 44:21
**nope** 145:17
**normal** 217:16
  264:4
**norsworthy** 40:15
  41:21 170:15
**north** 21:16 22:1
  31:2 32:24 72:21
**nosewor** 170:15
**noseworthy** 39:11
  40:15 41:17,25
  170:17
**note** 110:14,18
  211:21,25
**noted** 287:17
  288:7
**notes** 78:19 179:3
**noteworthy**
  168:17,17

Armistead Supp. App. 0699

[notice - okay]

**notice** 70:25
**noticed** 198:18
  213:13 214:18
**noticing** 12:1
**notion** 48:13,13,16
  83:8,13 161:11
  173:23 227:20
  237:24 244:15
**notions** 31:20
  84:15
**notwithstanding**
  60:24 284:23
**novel** 54:24
**novels** 56:7
**november** 60:5
  77:9 88:3
**nowadays** 134:23
  215:13
**number** 8:10
  11:16 25:1 56:4
  88:12 96:12,20
  100:6,8 111:14
  126:9,10 160:6
  161:20 202:21
  206:2 268:19
  287:14
**numbers** 77:6
  128:8,9 136:1
  165:4 166:2,6
**numerator** 185:9
  185:9,19,21 187:9
  187:17
**numerical** 86:8
**numerous** 194:14
  235:3
**nursery** 197:1

**o**

**o** 23:5 37:24
  135:20
**o'clock** 148:20

**o'malley** 256:1,14
**oak** 257:16
**oaks** 6:8
**oath** 13:23 20:1
  289:6
**obese** 271:20,21
  272:5,7
**object** 54:10 61:16
  81:9 109:3 152:22
  186:15 193:14
  213:19 226:25
  236:8,12 250:2
  262:23 263:1
**objected** 36:4
  185:3 225:12,13
**objecting** 38:11
  120:2,15 132:25
  201:1,2 205:22
**objection** 14:8,11
  14:12 27:15 37:12
  40:13 41:15 48:10
  48:22 49:3,19
  50:1,12 55:13
  57:21 59:25 60:24
  66:1,17 67:9,17
  68:6,14,17,19
  69:12 83:21,25
  85:12 86:15 103:9
  106:14 111:13
  119:3,22 128:3
  134:10 141:9,25
  146:3 150:12
  151:20 153:2
  154:20 158:19
  159:12 161:19
  162:24 163:9
  169:15 170:6
  171:4 180:24
  183:4,5,20 184:3,4
  184:11 187:1
  192:3 195:15

  196:23 200:19
  205:20 206:19
  213:22 221:22
  222:15 224:8
  226:11,19 227:7
  228:17 229:20
  230:24 231:9,13
  231:25 232:21
  234:4 240:23
  241:6,24 242:9
  243:11 246:20
  247:8,19,23 249:5
  249:6,17,23 250:7
  250:9 251:11,25
  253:15 254:12,13
  259:9 263:8
  264:24 267:12
  268:5,22 269:18
  285:1
**objections** 11:24
  14:8,11 41:20
**objective** 31:9
  92:19 93:7,11
  104:11
**objectively** 132:10
**objectivity** 104:2
**objects** 18:1 199:1
  237:9
**obligations** 36:12
  36:19 82:22,23
  95:3
**obnoxious** 226:4
  227:3
**observing** 193:21
**obstetrics** 197:2
**obvious** 259:25
**obviously** 16:9
  159:15 194:9
  205:7
**occasionally**
  273:22

**occasions** 25:12
**occur** 160:20
  214:13
**occurrence** 85:9
**occurrences**
  137:10
**occurring** 214:13
  246:7,9,10
**occurs** 75:3 233:6
  233:7
**offending** 223:5
**offensive** 223:4
**offer** 30:22 73:7
  94:25 202:9
**offered** 25:24
  26:19 45:2 107:11
  115:6
**offering** 31:9
  63:21
**office** 13:11
**officer** 25:9
**official** 1:11,13
  2:12,13
**officials** 170:3
**oftentimes** 126:21
**oh** 27:4 29:20
  35:11 37:15 73:25
  76:9,19 97:4,19
  106:22 110:6
  127:16 138:20
  141:18 153:12
  157:22 162:4
  166:23 168:25
  169:8 201:14
  203:7 217:11
  218:23 219:9,19
  258:10
**ohio** 139:12
**okay** 14:20,22
  15:20 20:11 21:11
  23:14 35:11 50:19

Page 34

Armistead Supp. App. 0700

[okay - overdose]

50:25 54:6 62:16
63:1,14 64:18
65:5,9 67:13
70:23 73:11 75:21
77:8 78:17 91:11
91:18,25 92:23
97:2,17 100:25
107:25 110:10
111:6 119:9 123:9
140:5 142:5
143:11 144:10
151:17 156:7
158:15 163:6
166:22 170:10
178:12 182:22
194:19 198:2
201:18 202:11,23
203:1,7 207:24
211:6 212:18
218:7,10,19
219:23 237:10
253:21 255:22
256:6,17 257:10
259:23 260:5
265:9 266:18
275:10 283:8,18
**old** 84:22,22 93:21
132:1,2,3 134:2,3
134:3,4 140:3,12
147:3,3,4,4 149:11
150:7 151:17
186:14 220:6,7,7
220:11,12,13,16
220:16 221:7
234:22,22 235:7
249:2,13 250:3,14
250:24,24,24
264:2
**older** 80:24 85:7
89:8 93:10 209:9
234:21 250:19

**once** 47:4 87:15
88:22 140:21
143:23 166:23
167:5 195:25
**one's** 84:17,17
116:8 215:9
281:22
**ones** 130:2 241:12
**ongoing** 114:3
**online** 60:7 245:13
263:7
**onset** 215:2
**open** 69:22 148:11
**openly** 284:1
**operated** 136:1,2
**operationalize**
215:22
**opine** 41:11
**opinion** 42:10,19
42:24 43:1 49:17
49:24 55:4 56:7
56:18 59:24 61:2
61:15 63:21 68:25
79:20 107:11
150:17 151:3,9,12
151:13 155:16
157:12 163:17,22
164:1 170:12
186:4,7,10 224:6
230:4 248:10
249:1,12,21 250:2
250:10,12 251:3
**opinions** 45:3,20
95:12 96:17
152:10 250:8
252:1 254:15
283:7
**opportunity** 23:7
208:13 214:15
217:6

**oppose** 251:22
252:13
**opposed** 132:8
160:15 161:18
173:4 193:12
236:20 247:5,16
248:18,24
**opposing** 36:1
**opposite** 117:12
156:24 193:1
**opposition** 33:21
34:13 65:19 66:6
67:7
**option** 133:5
202:12
**options** 133:4
202:9 226:21
**oral** 37:14 42:7
43:8,16 45:9 46:1
46:8 48:7
**oranges** 180:17
**order** 47:7 96:9,13
112:5 185:7,7
253:12
**ordinary** 282:10
**organ** 214:9,12
**organization** 39:1
92:19 93:6,7
94:19 98:11,12
103:1 107:4 122:3
122:4,6 149:14
255:3,7,9 266:6
284:14,18,19
**organizations**
120:14 147:25
**organized** 151:5
285:15
**organizers** 115:12
**organizes** 149:14
**orgasm** 234:16

**orient** 53:6
**orientation** 215:22
223:19 224:5
231:24 232:6,8,9
233:11,16,18
**orientations**
233:23
**origin** 199:3
**original** 167:16
193:10,10,15
223:3 230:20
264:14 277:22
**origins** 79:23
**ostrich** 134:6
**ought** 115:24
117:2,15,16
168:21 189:7
262:12 263:20
270:14
**outcome** 11:21
38:13 39:20 96:13
149:7 155:2
169:19 174:18
188:22 190:12
222:14 224:3
239:19
**outcomes** 101:23
102:5 133:12
157:2 238:1,9
271:25
**outlier** 120:2
264:1
**outside** 59:15,18
231:25 254:14
**overall** 176:22
**overcome** 86:6
275:9
**overcoming** 275:8
**overdose** 139:11
139:18,18

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0701

[oversimplify - partner]

**oversimplify**
264:16

**p**

**p** 15:1 256:12
**p.m.** 2:23 108:7
155:21,24 207:14
207:17 254:21,24
286:3,6 287:11,17
**page** 8:10 17:17,20
63:8,25 64:1,4,4,5
64:5,7,23 65:10,10
65:11 70:16 71:1
75:17,18,18 78:14
78:19 91:11,22,23
92:4 108:16
137:16,18 143:15
143:19 156:4
164:8 167:19
194:22 197:19
198:3 201:10,22
201:23 203:12
205:2 212:25
213:8 218:13,15
218:22 235:11,14
282:23 283:2
**pages** 1:25 55:21
70:8 74:17
**paid** 32:23 33:1
253:10
**pain** 26:6
**panels** 90:14
**paper** 99:13 101:8
101:9 107:5 109:9
109:20,21 174:8,9
197:24,25 228:20
229:10,15 230:6,7
239:23 260:19
266:20
**papers** 56:14 60:2
60:11 107:6
133:11 170:8

**paradigm** 198:14
198:23 199:10
**paragraph** 55:23
92:24 108:15,17
108:21 110:15,18
137:17,19 140:7
143:16,20,25
144:7,15,19 145:1
145:14,20 148:23
148:25 156:5,11
156:17 164:8,10
164:21 165:18,19
167:19,19,25
168:4 170:16
171:7,8,10 187:21
187:22 192:18,20
193:23 194:21,22
196:6 197:8,15,16
197:16 198:13,22
200:12,15 201:21
202:13,17,25
203:13,14 204:13
205:1 207:6
212:21,24 213:8
219:14 229:15
235:10,21 243:14
245:7,8 282:20,23
283:9,10,20
**paragraphs** 164:5
220:1 236:2,3
237:17 240:16
283:14
**paralegal** 12:21
**paraphilia** 225:8
227:6,9
**paraphrasing**
229:17
**pardon** 29:20 76:7
95:20 153:7
274:12

**parent** 85:20,21
86:1 120:11
122:19,20 127:9
127:15 128:17
197:5 240:11
271:10
**parent's** 122:23
240:12,13,13,14
**parental** 38:11
128:14 199:11
**parents** 35:13 36:3
36:7,8 37:20 38:6
38:10,17,24 85:5,7
85:15 116:15,20
117:1,1,9,17 118:7
120:11,12,22,22
120:23,24,24
121:4,5,7,10,16,21
122:2,6 123:4,11
123:22 124:21
125:5,8 127:2,22
127:23,24 128:2,4
129:22 130:1,24
130:25 132:5,11
133:23 139:13,25
141:9,18 147:1
152:2 165:10
167:7 169:3 201:5
201:6 203:24
204:3,4 206:25
209:21,22 210:16
210:21 221:14
238:3 239:13
240:3,4,6 249:16
259:3 279:4,6
**part** 36:10 55:24
61:9,14 71:17
81:5,5 82:5 98:18
98:18,19 103:7,12
104:18,18 112:14
113:1,15 114:20

144:17 151:1,2
168:24 171:8
197:1,4 200:7
205:14 219:4,5
233:14 238:6
247:12 252:17
275:25
**partially** 170:24
260:7
**participant** 99:22
**participants** 2:22
11:5
**participate** 96:15
149:4 151:4
153:14 154:24
233:10
**participated** 49:11
77:16
**participating**
152:1 154:25
**participation**
31:11 32:6 42:8
43:3 146:11
156:23 169:18
252:13 253:13
**particular** 27:24
32:3 33:25 36:3
38:23 41:8 52:6
54:19 56:21 60:12
60:14 72:4,10
79:17 80:3 101:3
117:13 131:4,21
138:13 165:23
199:21 242:17
249:9
**particularly**
120:25
**parties** 11:7 14:9
94:22 289:13
**partner** 234:11

Armistead Supp. App. 0702

[parts - percent]

**parts**  125:2

**party**  11:20 36:1
  46:10,12,13 47:24
  47:25 48:8 49:2
  49:18,25

**pass**  193:1 238:5
  281:15,20

**passage**  219:3,12

**passion**  263:22
  269:25

**passionate**  235:7
  277:15

**passionately**  282:5

**paste**  72:16,17

**pathway**  16:23
  195:11 223:11,14
  223:17 227:12

**pathways**  226:1

**patient**  15:24 16:2
  17:7,8,10 27:25
  38:8,9 63:20
  82:17,19,21,22
  83:1 85:16 86:3,6
  86:23,25 91:2,4,9
  108:22 109:2,8,9
  109:14 110:3,4,12
  114:24 116:15
  124:23 127:1,4,9
  127:15 138:9,12
  138:21,24 139:4,8
  140:11 142:3
  176:19 182:17
  183:6 203:21
  208:12,16 209:20
  210:15,17 225:20
  228:1,20 231:6
  239:13 241:7
  258:3

**patient's**  138:22
  141:12 210:20,22
  230:15

**patients**  63:24
  82:22 84:15 85:1
  85:3,7,10 86:10,11
  86:13 87:2,11,18
  89:2,4 90:16,25
  100:16 127:16,21
  136:1 138:3
  141:23 167:3,6
  173:11 174:4,6,12
  174:24 175:5,7,24
  176:2,21 177:16
  177:24 178:17
  179:7,19 183:16
  183:18,22 184:22
  184:23 186:24
  187:12 188:9,14
  198:25 203:20,23
  206:25 221:3
  222:12 230:23
  231:19 233:21
  236:24 238:10
  239:18 244:4
  284:2,7 285:9

**patterns**  102:2
  171:21 223:24

**pause**  178:3
  213:10 214:1,3,7
  214:19,24 215:25
  216:11

**paused**  215:11
  217:12

**pdf**  64:2

**pediatric**  174:2
  176:7

**pediatrician**  86:2
  176:2

**pediatrics**  146:7
  147:18 148:6,7
  172:22 176:4,9
  196:25

**peers**  215:9,18,19
  220:11,13

**pejorative**  226:22

**pelet**  3:6 12:13,14

**penalty**  288:5

**pending**  76:20,21
  178:10 249:18

**pennsylvania**
  218:5

**people**  24:24 25:4
  26:6,7 30:18
  32:10,14 33:7
  36:6 45:18 46:23
  68:19,25 69:7
  74:23 75:3 78:4
  80:4,5 83:15,17,21
  96:16 97:21,22,23
  98:5,6,15 100:8,10
  100:13 101:25
  103:24 104:24,24
  106:5,15 107:3,11
  107:16 114:1,9,14
  114:23 115:23
  117:15 118:5,11
  118:18 122:22
  123:8,14,16
  124:25 125:1,1
  126:1,16 128:5
  129:13,16,25
  130:10 131:9
  133:15 135:21,23
  135:24 136:2,4
  140:7 141:7
  148:12 152:15
  154:3 155:5
  159:21,25 160:12
  160:15 161:4
  163:13 171:18
  172:18 174:3
  176:4 177:4,9,12
  179:8,9,15 181:9

**182:14,14 189:11**
  190:24 191:6,8,13
  191:15,18,19,25
  192:13 202:9
  206:1 208:14
  209:9,17,25 210:2
  211:15 214:23
  215:13 216:3,4
  221:24,25 222:1,7
  222:8 223:13
  225:7 226:8,10,17
  227:15,18 228:25
  229:1,5 230:2
  231:23 232:9,17
  232:18 233:11,15
  233:22,25 234:25
  236:11,19 238:8
  241:4 242:21
  243:9,24,25 244:1
  244:10,18,20,24
  245:3,3 246:2,5,10
  246:11,25 247:2,3
  247:5,7,16,25
  248:16,19,25
  250:19 252:19,24
  254:10 257:24
  262:5 263:16,20
  267:6,7,16 268:1
  268:12 269:3
  272:11,12 273:22
  274:2 280:20
  281:2,3,10 282:4
  284:22 285:13

**people's**  80:21
  97:9

**perceived**  182:18
  237:20

**percent**  73:10,13
  73:19 74:20,24
  75:11 79:22
  123:14 175:7

Armistead Supp. App. 0703

[percent - plead]

177:12,15 247:5
247:16 248:16
**percentage** 243:24
267:16 275:24
**perception** 137:2
137:5
**perfectly** 83:4
**performances**
82:1
**performed** 211:8
**performing** 120:7
**period** 44:6 112:9
140:15 155:17
176:23 190:13
197:6 209:8 210:8
210:10 211:7
**periodically** 167:7
**periods** 175:5
**perjury** 288:5
**permissible** 239:3
**permission** 66:4
285:13
**permit** 251:18
**permitted** 27:3
42:25 145:8
147:16
**permitting** 150:6
**perpetual** 140:2
**perplexed** 253:22
**person** 19:12 21:7
25:24 26:14,16,17
27:19 29:2,6
37:15,15 50:11
54:12,15 66:20
74:11 82:15 90:21
124:2 130:8
138:25 139:1,2,11
139:23 140:11,20
140:22 141:10
149:18 150:8
161:25 162:2,2,4

172:24 173:4,5,25
174:3,8 178:20
180:7 182:23
183:9,9 188:19
195:12 206:5
210:16 211:1
215:10 221:6,12
221:25 222:18,23
222:25 223:11
224:17,18 228:23
229:21,25 230:11
230:21 233:7
234:21 240:17
246:23 248:5
262:6 263:4,14
270:13 271:19
274:6,18 276:14
276:19 281:13
**person's** 140:24
149:20 189:1
230:4 232:7
235:21
**persona** 38:7
**personal** 16:19
69:11 233:18
**personality** 126:3
**personally** 68:18
111:17 123:5
126:15
**persons** 45:21
**perspective** 46:20
46:21 151:25
152:1,2,5 153:13
171:11,17,22
172:2,5,13,24
174:16,16 179:14
191:3 212:15
213:17 229:6
281:1,2
**perspectives**
152:12,14

**perturbed** 120:25
**pervasive** 160:8
**perverse** 236:19
**phase** 66:11,19
67:16,19
**phases** 67:18
**phenomenon**
72:16 124:15
166:7 197:2 220:8
220:9,10 240:8
241:16
**phrase** 21:21
194:1,3,4,5,8
195:20 266:16
**phrases** 175:19
195:22,23
**physical** 199:12
271:9,24
**physically** 91:3
**physician** 62:23
74:12 174:17
282:10
**physicians** 173:21
**physiology** 42:14
56:25 189:1
224:12 234:10,13
**pi** 165:19 193:5,19
**pick** 148:24
**picture** 271:21
**pictures** 272:12
**piece** 77:9 211:19
**pike** 172:16
**pill** 20:9
**pioneers** 256:11
**pittsburgh** 74:13
**place** 11:7 48:22
75:5 114:9 195:7
256:15 268:7
289:4
**placed** 50:22
289:6

**plaintiff** 1:7 2:7,21
3:3 4:3 11:11 12:4
12:8,10,12,14,16
12:18,20,24 19:22
21:6 64:15 142:6
144:13
**plaintiff's** 8:13
32:22 64:9 65:20
67:7
**plaintiffs** 54:3
171:1
**plan** 83:16 113:1
**play** 42:25 144:13
149:11 150:6,8,19
157:13 162:20
199:16 249:4,16
256:17,19 258:8
260:12 261:19
262:20 263:10
265:9 266:24
267:20 268:23
269:11,15 270:6
270:25 272:16
274:4 275:2,18
278:2,21 279:15
279:16
**played** 45:2 257:5
257:11,18 258:13
259:5,8 260:16
261:23 262:24
263:13 265:13
267:3,24 269:2,9
269:21 270:10
271:4 272:20
275:6 278:6,25
279:20
**playing** 151:17,18
158:8,16 249:14
263:1
**plead** 262:1,11

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0704

[please - prejudicial]

**please** 11:24 13:19
14:22,24 18:7,17
18:25 27:12 29:12
29:21 34:5 46:13
49:23 51:1 58:11
70:5 73:22 91:18
96:4 102:19
132:22,22,23
149:9 152:24
153:10 156:13
164:5 165:24
184:19 185:6
190:2 228:10,10
252:3,4 256:19
258:8 260:12
261:20 262:20
263:10 265:10
266:24 267:21
268:23 269:11
270:6,25 272:17
275:3 278:3,22
279:17
**pleasing** 54:17
**pleasure** 234:15
**pllc** 5:17 6:5 13:1
**plus** 70:9
**pluses** 222:5
**podcast** 77:16,20
78:10 255:14,16
256:4,13 259:14
259:16,19 260:11
260:25 262:16
263:5 264:21
265:5,21 267:10
**podcasts** 77:19
78:1
**point** 14:21 45:3
62:1 71:21 82:5
83:7 105:16,18
124:1 135:9
148:20 159:20,24

160:5 186:20,22
212:10,13 217:19
240:20 254:4
258:1 275:15
**pointing** 254:16
**points** 213:3
**policies** 147:25
**policy** 162:20
**political** 32:3
135:6 148:18
200:21
**politically** 226:3
**politicians** 134:8
134:14,20,21
135:11
**politics** 111:11,22
**pool** 243:16
**pop** 201:19
**popular** 225:4
**population** 30:25
160:23 190:19,22
191:6,11,12
234:16
**portion** 94:15,20
95:24 205:25
**portions** 91:24
**portray** 221:11
**pos** 95:4
**pose** 118:13
**poses** 160:12
**position** 30:21
32:10 33:24 40:16
47:18 82:16
130:12 175:3
248:6,7,8 270:18
**positive** 29:25
74:3 84:9 117:19
128:18,20 129:13
158:13
**possession** 40:5

**possibilities**
185:12,14 221:7
**possibility** 95:5
187:10 209:7
215:15 235:1
**possible** 183:16,21
183:25 184:7,9,17
184:21,24 185:1
186:24 221:20
227:17 242:16
**possibly** 183:13
194:15 214:20
244:11,15
**postcard** 179:4
**postmortem**
139:13
**postoperative**
271:20
**postpartum** 273:6
273:13
**potential** 37:20
163:12 165:6
166:3
**potpourri** 97:23
**pounds** 277:5
**power** 233:10
264:13
**powerful** 195:23
**practical** 96:13
**practice** 64:16
82:10 84:24 85:9
111:4 113:23,24
124:11 125:12,21
137:3 176:24
181:25 186:10
206:18,20,22
246:7 257:12,14
264:11,12
**practices** 90:3
126:19 188:2
283:7

**practicing** 84:7
175:2 280:22
281:25
**practitioner** 105:3
128:18
**practitioners**
129:23 135:15
144:24 176:10
203:4 205:5
206:17
**pre** 275:24 276:10
**preber** 44:4,15
**prebu** 43:21
**preceded** 101:21
275:19
**precedent** 101:14
101:17,21,24
102:2,6,10 103:7
**precedents** 69:9
**precedes** 276:4
**precipitate** 155:3
155:3
**preclude** 198:24
**precluded** 170:25
**predeclaration**
275:24
**predetermined**
212:5,5
**predict** 155:1
162:7 222:5
241:12 277:11
**predispose** 271:9
**preexisting** 161:13
**prefer** 27:17 135:3
135:4 148:24
159:17 196:3
**preferable** 35:8
**preference** 195:20
**preferred** 222:14
**prejudicial** 112:1

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0705

[preliminary - process]

preliminary  8:14
64:9 65:20,25
66:6,10,19 67:8,16
67:19,24,25
213:15
prelude  276:18
premed  74:13
premised  237:23
premorbid  161:2
prenatally  206:6
preparation  59:19
60:15 62:9
prepare  53:20
58:8,10,21 67:15
70:23
prepared  97:21
199:20 218:11
263:14
preparing  71:4
73:1 165:24
prepubertal  43:9
43:17,21 44:4,6,11
44:15,18,25 45:13
45:14 86:21,22,24
87:2 90:25 91:1
157:6,9
prerog  134:1
prerogative  134:1
pres  24:10
prescribe  140:19
prescribed  123:6
123:12,13 138:1
138:11,15,18
141:2,6,7,10
prescription  23:21
115:25
presence  59:15
present  7:15 11:22
24:23 33:11,22
56:19 114:1
118:22 122:3

149:5 160:13
208:18
presentation  8:19
90:8 229:22 262:7
presentations
90:15,19
presented  20:25
29:15 39:18 40:6
88:17 90:12
120:18 165:7
186:14 273:18,20
presenting  56:18
90:2 154:4,7,14
165:5 166:3
preserve  131:19
239:21
preserves  14:8
pressure  100:10
110:11
presume  35:18
68:8,11 115:11
142:11,14,19
143:4 153:23
188:22
presuming  248:17
pretend  131:5
147:6
pretending  147:2
pretty  124:22
225:9
prevent  20:4
94:23 158:9
276:23
preventing  36:7
158:8
previous  45:19
68:19 71:19 107:8
172:19 195:21
205:24,25 228:24
previously  21:13
26:23 34:1 48:7

48:25 52:11
167:20 221:4,13
primarily  83:17
173:10 221:9
principle  115:18
217:10 233:24
234:6,24 239:21
principles  47:12
75:3 281:21
prior  17:11 42:6
43:7,15 45:12
71:9,12 136:17
195:7 274:10,20
276:12 289:5
prison  16:2 23:7
24:24 27:3 32:7
49:5
prisoner  15:15
16:10 22:10,23
23:2,4,6,16,25
24:1,10,14 25:17
25:21 26:9,20
27:14 28:4,11,18
29:10,13 39:10,19
49:8 170:20
prisoners  22:20
23:23 24:16 30:1
49:12
prisons  26:2
private  233:18
257:14
privilege  14:9
privileged  82:6
privileges  25:6
privy  96:22
probably  15:17
25:1 42:13 55:21
72:21 74:16,21,21
76:2 88:25,25
90:17 99:4 100:5
103:17 110:6,6

112:24 121:7
128:6 137:17
166:16,18 172:23
176:11 185:13,14
194:13 196:24
197:24 217:9
223:21 224:15,17
230:9 237:4
275:21 276:9
285:19
problem  69:2 86:6
100:22 120:20
130:15 151:16
160:9 177:17,18
178:1 186:14
267:25 276:2
problematic
276:25
problems  23:10
85:23 89:24 97:10
121:2 122:13
160:19 161:13
189:19 199:2
244:22 246:5
272:9 276:11
procedures  180:11
192:25
proceed  94:16
proceeding  11:24
36:19 46:1,9
47:22 48:9 49:1
49:17 50:10
proceedings  36:18
47:24 125:13
289:3,5,7
proceeds  205:17
process  38:14
54:22 60:16 67:21
79:18 80:3 81:6
105:7 116:18
196:21 221:6,9

Page 40

Armistead Supp. App. 0706

[process - public]

processes 32:3
  48:1 60:10 63:23
  66:23 68:23 80:2
  84:18 85:8 94:8
  215:5 220:15
  229:9
product 59:12
  68:22 101:6 112:8
productive 282:6
professional 92:1
  92:5,7 93:5 95:2
  98:5,7 102:25
  107:21 125:21
  127:1 133:22
  135:4 158:24
  178:20 274:17
  284:17
professionals
  88:17 100:2,22
  125:17 126:18
  177:5 189:12
professor 87:21
  112:20
profound 189:5
profoundly
  225:13
program 26:8
  74:13,14 90:18
  102:23 110:21,22
  111:1 112:4,4
  113:20 114:6
  118:1 119:1
programs 112:5
  118:7,16
progress 169:19
prohibited 154:24
  158:25
prohibiting 251:9
prominent 284:1

284:22 285:3
promise 221:17
promised 139:3,23
promote 205:10
  247:18,20
pronouns 14:23
  15:3
proof 242:15,18
  242:20
proper 35:14
proportion 203:4
proposing 217:17
proposition 213:2
prove 74:22
  133:16,18 217:18
  217:19 241:22
provide 16:23
  18:21 25:5 63:19
  72:15 88:9 96:10
  115:10 119:1
  130:24 143:8
  170:12 183:8
provided 15:23,25
  33:4 47:17 57:17
  71:15 105:4,6
  119:10,20 139:20
  167:20 259:7
providing 26:5
  42:15,20 97:9
  100:14 104:14
  110:23 135:16
  137:3 165:8 166:9
  167:12 170:4
  208:9 259:20
  284:15 285:12
provision 23:22
provisionally
  106:23
prudent 204:12
psychi 80:17
psychiatric 15:23
  16:1,9 37:17

39:15 89:22
  100:15 112:16
  120:17,18 135:24
  160:19,24 161:3
  186:14 190:17,21
  228:22 244:22
psychiatrist 66:21
  69:3 78:25 79:16
  80:1,20 84:3,3
  171:18 172:17
  222:8 257:19
  263:24 277:9
  280:18
psychiatrists
  78:24 79:16 83:22
  84:5
psychiatry 78:22
  79:10 80:6 83:14
  83:20 84:8 88:13
  112:14 113:11,13
  113:14 114:10
  229:5 257:13
  263:19
psycho 276:1
psychoanalysis
  80:6
psychodynamic
  80:6
psychologic 261:5
  261:11
psychological
  30:25 100:15
  161:13 199:12,15
  215:8 271:25
psychologically
  27:18,25 31:8
psychologist 63:19
psychology 16:3
  80:7,13 82:14,18
  84:14

psychopathology
  79:22 276:4
psychosocial
  117:7 133:12
  200:10 215:17
  220:10,15 244:3
  246:2
psychotherapeutic
  63:22,23 138:5
  149:6 156:25
  180:1,13 186:16
  209:16 270:14
psychotherapy
  99:14,18,18
  107:10 124:25
  135:25 139:1
  165:8 166:10
  167:13 181:3,8
  182:10,12 183:2
  186:5,11 202:15
  203:8,12,18
  204:16 208:4,8,10
  208:14 212:1
  255:19 270:20
puber 220:5
pubertal 214:12
  215:18,19 216:14
  216:18
puberty 87:9 91:6
  93:16 95:15
  156:22 213:9,10
  213:18,22 214:1,2
  214:4,5,9,10,10
  215:2,23 216:15
  216:16 217:16
  218:14,21,25
  219:8 220:6
public 69:4,4
  148:12 248:10
  272:11

Armistead Supp. App. 0707

[publication - rapidity]

**publication** 76:3 94:6 101:15 103:17 189:10 201:1
**publications** 45:19 107:8 114:17 236:3
**publicly** 95:25
**publish** 100:18 175:16,24 176:17 177:21
**published** 56:15 60:2,5 76:25 94:7 94:7,23 104:12 109:20 114:15 122:15 133:11 174:7,9 175:12 190:11 211:18
**puerile** 215:11,17 215:23 220:11
**pull** 108:15 282:15
**purpose** 80:13
**purposes** 19:10 31:7 46:7 80:15 85:16 149:17
**pushing** 279:2
**put** 14:6 65:18 77:18 99:13 101:12 159:13 163:7,8 195:2 217:3,21 223:13 223:16 277:19
**putting** 162:25 172:10 195:10 223:10 230:15
**puzzled** 240:16
**pyscho** 63:23

**q**

**quadruple** 98:3
**qualification** 213:17

**quality** 126:24
**quarter** 58:20
**question** 18:2,6,12 18:20 24:3 27:20 28:2 34:21 35:22 38:2 39:24 41:22 43:11,21 44:1,9,22 45:1,6,7,11,16,25 46:13,18 48:11 49:14,20,23 50:18 52:18 53:2,4,5 54:23 57:13 58:1 58:2,24 60:13,20 61:18,24 66:12,15 66:24 67:1,11 68:2 72:2,10 76:18,21 78:3,9 80:8 85:14,25 86:7 87:8 92:11 93:22 94:4,5,16,16 95:18 96:9 97:1 97:16 104:5,6 105:8 106:8,16 108:15 110:8 111:13 114:2 118:10 119:6 120:9,22 124:19 125:11 126:23 134:12,16 136:21 136:23,24 137:12 137:19 138:13 145:13 147:5,7 150:4,22 151:1,2 151:10 152:13,24 153:3,5,11,23 154:22 155:13 156:12 157:7 159:18 163:25 164:13 165:15,22 168:24 171:9 172:6 173:12,20

176:16 178:8,10 178:16 179:12 184:19 185:4,8,11 185:22,23,23 187:3,4 191:20 193:14 194:17 195:17 203:7 206:16 207:6 209:10 211:6,11 212:20 213:16,20 218:10,14,17,20 218:23 219:1,4,6 221:13 224:9 232:15 236:1 237:19 238:19,21 239:2,12,25 244:13 249:18 253:18 256:18 259:13 260:10 261:17 285:7
**questioner** 207:22
**questioning** 80:15 105:18 113:9 132:19 174:15 286:9
**questions** 17:21,22 46:7 47:8 53:11 55:4 59:6 75:15 87:3 90:24 91:12 92:20 94:11 95:23 105:21 114:19 130:6 137:13 148:17,23 150:16 151:1 164:2,6 192:19 196:7 218:12 241:15 268:22 282:13 286:8,13,18,21,25 287:5
**quickly** 221:16 270:11 274:2

**quite** 46:22 56:23 136:7 186:22 229:4 260:17 284:1
**quote** 46:24 89:9 100:8 106:5 114:8 148:1 213:10 223:10 228:10 229:16 284:1
**quoted** 40:21 41:3 79:20 168:20 194:3 285:11
**quotes** 171:25 172:4,5
**quoting** 230:1

**r**

**r** 15:2,2 37:24,25 197:23,23
**rafferty** 146:8
**rafters** 273:6,14 274:21
**raise** 43:24
**raised** 43:23 142:24 174:14
**raising** 179:12 191:20 192:10
**ran** 112:2
**randomized** 270:17
**range** 98:5 159:22 160:1 195:3
**ranges** 98:7
**rapid** 114:22 115:10,21 116:1,5 116:16,23 119:1 119:10,20,25 120:7,15,25 121:6 124:11,16 135:16 137:3
**rapidity** 127:17

Page 42

Armistead Supp. App. 0708

[rapidly - record]

**rapidly** 114:21
125:6 220:13
**rarely** 178:21
**rate** 183:22 184:1
184:8,9,22,25
185:2,8,11,22
190:17 192:15
206:7 242:25
243:1,5
**rates** 183:17
185:17,18 186:25
187:8,11 190:19
190:20,21 271:6
**ray** 225:6
**rbrooks** 4:21
**reach** 177:8,8
**reached** 38:22
**reacted** 214:7
**read** 46:14,16
54:18,24 56:14
60:1 66:14,16
68:25 69:7 96:6
96:16 104:24
125:13,22 137:21
137:24 143:1
144:3,6,25 145:1
145:10,13,20
152:24 153:1
156:18 164:5,23
165:1,25 169:11
170:8 192:23
194:23 195:8,9,25
196:15 198:22
199:9 202:5
204:13 205:6,8,9
219:11,14,20
228:20 230:6
236:22 237:19
239:22 243:14
245:8 281:16
285:17,19 288:5

**reader** 195:25
**reader's** 172:12
**reading** 72:24
95:13 205:7,8
214:25 283:24
**ready** 145:19
**reality** 221:11
**realize** 118:19
134:13 135:8
**realized** 214:25
**really** 17:3,4 29:5
32:9 42:18 50:6
55:1 60:10 81:11
86:5 95:16 98:10
98:13,16 102:11
104:4 107:11,13
114:9 123:17
128:7 134:18
139:21 141:17
180:16 181:16,21
185:10 194:17
200:6,23 201:2
202:4 209:14
211:2 236:10,15
246:7 248:12
264:10 271:8
277:7
**rearranged** 77:5
**reason** 17:2 27:19
145:6 147:15
156:8 162:11
170:14 174:22
177:3 193:8 199:6
**reasonable** 73:5,7
73:8,12 95:18
158:23 174:17
**reasonably** 20:10
**reasons** 130:16
**reassignment**
16:25 23:8 27:5
28:22 29:4,7,10,13

29:19 49:6 109:18
135:21 177:11
190:13,16 191:1
260:21
**reassurance**
125:23
**rebuttal** 37:22
59:3 61:19 62:4,7
62:11
**recall** 21:15,19,25
22:4,11 26:11,24
27:2 35:9,10
50:14,16 61:3
62:22 66:9 68:7,9
83:10,11 87:7
110:2,9 127:6
194:16 218:8,9
226:12 255:4
256:13 274:25
285:20
**receive** 24:1 25:17
25:22
**received** 31:14
36:15
**receives** 106:2
**receiving** 284:8
**recertified** 79:2
**recess** 51:15 108:5
155:22 207:15
254:22 286:4
**reco** 26:9
**recog** 173:19
**recognize** 141:11
141:11 173:19
252:19 261:7
272:24
**recognized** 114:19
148:8 225:18
**recognizes** 244:18
**recommend**
121:13 130:22

131:14 205:10
**recommendation**
23:12 24:17 25:16
25:21 28:16,25
39:16 40:2 49:9
132:1,4,6,20
138:21 139:6,7
190:15 210:18
266:5
**recommendations**
15:24 16:21,23
17:9 28:6 118:8
121:13
**recommended**
23:5,25 24:5,9,24
25:15,23 26:10,19
27:2 28:2 49:5
132:18 138:1,8,15
138:18 141:2,6
209:2,4 210:9,14
**recommending**
117:16 208:9
**recommends**
125:7
**reconcile** 161:11
251:23 252:6,12
252:17 254:7
**reconsidering**
60:7 210:19
211:19
**reconstituted**
266:9
**record** 11:3,8,23
14:6,7,25 36:25
46:16 48:22 51:13
51:16 55:9 66:16
102:17 108:3,6
137:22 153:1
155:20,23 169:16
207:14,16 251:14
254:7,20,23 256:7

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0709

[record - reports]

256:9 263:4 268:7
285:25 286:2,5
287:11 289:6
**recorded** 11:9
19:12,18
**recording** 11:6
259:11 260:24
**records** 142:9
191:15
**recross** 286:9
**recruited** 52:4
**reduce** 277:19
**redundancy**
195:22 196:2
**reexamine** 90:3
**refer** 61:1 109:14
150:2 164:19
167:25 172:1
183:9 200:12
229:14 260:10
**reference** 41:5
168:7 192:21
237:3,12 275:22
276:9
**referenced** 28:13
256:6
**referred** 126:17
246:15
**referring** 19:21
26:10 34:11 61:5
64:16 73:21 120:3
144:22,23 147:19
219:1 258:4 266:1
**refers** 73:19
172:21
**refine** 136:22
**refinement** 71:18
**refinements** 72:6
**reflection** 69:13
**reflections** 60:3
77:10

**refresh** 50:23
69:19
**refusal** 183:11
**refuse** 183:8
**refused** 38:8
**regarding** 21:18
21:20,23 22:2
45:13 90:15 170:1
**regardless** 105:11
238:4 240:18
**regular** 167:9
**reidentified** 38:12
**reinforce** 151:6
**reinforces** 154:1
**reinforcing** 151:14
**reinhardt** 3:10
12:15,16
**reisbord** 7:16
257:1,4,7,10 258:9
**rejected** 169:12
**related** 11:20
42:17 43:4 44:25
82:9
**relationship** 146:6
146:6 180:1
243:18
**relationships**
236:18,21 239:10
239:14,22 243:10
243:10 244:2,5
245:5
**relative** 191:18
280:25 289:12
**relatively** 211:3
**relevance** 71:20
72:19 173:20
**relevant** 32:21
49:14 57:19,25
165:22 199:25
**relief** 31:5

**religious** 31:20
**rely** 61:10,13
221:9 264:17
277:12,13
**remains** 36:16
75:9,9
**remarks** 218:11
**remember** 18:10
23:11 42:19 53:11
53:14,15 75:10
123:1 194:1
274:23
**remind** 19:5
**reminded** 56:24
219:5
**reminding** 179:4
**remorse** 139:22
**remote** 2:20
**remotely** 2:22
11:5
**remove** 132:2
277:25
**removed** 116:9
164:24 165:12
195:13,14 199:6
214:5,6
**renamed** 110:19
**repaginating**
75:18
**repeat** 21:20 27:12
29:12 32:12 46:13
47:4 53:4 73:22
152:17,20 157:7
175:18 190:2
195:23 207:2
261:7,9 268:22
281:24
**repeatedly** 23:23
24:5 187:4
**rephrase** 18:8
43:11 80:7

**replaced** 193:23
225:9
**report** 37:17,22
42:1,7,10 43:8,16
45:9 53:1,11,12,17
53:20,23,24 54:6,8
55:10,11 58:14,22
59:3,10,16,24 61:1
61:10,22 62:4,5,8
67:23 68:25 70:3
70:14,20,23 71:5,8
71:9,12,13,18,19
71:24 72:1,4,6,14
72:17,20,22 73:1
75:15,16 79:20
92:24 96:3 108:14
128:17 137:20
143:17 144:11
164:3,14,23
165:13,16,18,20
175:11 180:19
188:1 193:20
198:3,17 199:7,20
220:21 281:16
282:14
**reported** 1:23 83:1
125:4
**reporter** 2:25
11:19 13:19 18:25
46:14 51:3 66:14
69:25 152:23,25
218:1 256:22
258:12 260:15
261:22 263:12
265:12 267:2,23
269:1,14 270:9
271:3 272:19
275:5 278:5,24
279:19 289:2
**reports** 61:19 69:7
71:15 72:9,11,12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0710

[reports - roger]

96:25 124:23
127:4,25 128:5,14
129:13 131:7,8
135:17 204:15
269:5
**represent**  12:3
65:15 95:1 130:8
148:12 163:24
164:20 198:19
**representation**
124:10
**representative**
218:20 219:7
**representatives**
173:19
**representing**  13:1
13:11,14 33:9
34:16 94:22
165:15
**represents**  116:21
128:15 245:21
**reproductive**
234:9 235:2
**republished**
200:18
**repudiate**  277:24
**reputation**  130:9
**request**  110:12
**requesting**  166:6
**require**  92:25
**required**  266:5
**requirements**
136:23 146:20
147:1 196:5
**requires**  74:15
116:12 134:6
146:1
**reread**  58:14
**research**  98:2,9
122:9,24 158:7,12
161:21 175:24

211:25 212:3
**researcher**  225:16
**reserve**  87:22,24
88:21 110:15,21
286:8
**reside**  210:3
**residency**  112:16
**resident**  80:13
89:1 112:23
**residents**  88:12,24
89:11,12 113:14
263:18,19
**resisting**  125:9
**resocialized**  145:3
146:2,5
**resolved**  38:21,24
39:3
**resources**  183:10
**respect**  52:7
132:23 170:25
210:22 233:19
**respected**  93:11
107:16 137:14
**respectfully**
281:22
**respond**  96:6
238:18 254:11
**responded**  184:24
**responding**  103:10
**response**  216:14
216:18 218:14
**responses**  96:24
162:16
**responsibility**
133:22,22 189:11
235:4 279:1
**responsible**
132:14,15 183:3
252:21
**restart**  128:25

**restate**  43:10
**restatement**
200:23
**result**  79:23 161:8
180:4
**retained**  51:19,22
51:24 57:10 68:4
287:15
**retention**  57:14
**rethinking**  139:15
**retrospective**
154:13
**return**  154:4
204:16,19 214:5
221:15 222:17
**returned**  258:16
**returning**  174:10
**reversed**  214:17
**reversibility**
214:24 218:21
**reversible**  214:4
215:12,14 219:9
**review**  58:21 59:3
59:19 60:14 62:11
90:5 126:21 127:5
**reviewed**  59:7,9
59:16 61:2,8,22
62:7,18 73:1
142:9
**reviewing**  187:25
**reviews**  104:11
**rgreen**  7:11
**rhetoric**  216:1
**rich**  214:8
**richard**  266:6
**rid**  177:4 201:19
266:12
**right**  36:25 49:16
51:4,12 53:1 54:9
57:7 59:8 63:3
67:13 68:10 73:25

74:5 85:17 90:23
92:2 108:2 119:2
124:6 127:10,15
128:12 140:23
157:6 159:6
163:15 174:15
181:6 182:1
185:18 191:7,9,10
192:8 201:6
203:16 207:10
209:17 211:23
212:12,16,21
213:3 216:23,24
218:24 229:9,24
230:18 250:21
255:17 256:1
279:24 283:3,10
284:6 285:20
286:8
**rights**  38:11 135:7
246:24 248:18,24
250:18,23 251:22
253:23
**rigorous**  267:25
268:12
**ring**  170:5
**ringing**  62:24 63:2
**rise**  98:11
**risen**  111:3,4,5
**risk**  74:2,3 117:7
158:3 195:3
224:13,14
**risks**  46:25 221:8
223:9
**road**  4:20
**robert**  63:13
**roberta**  7:6
**rochester**  211:5
**roger**  4:17 13:13
63:6 286:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0711

[rogers - sectional]

**rogers**  6:17 13:7,7
  287:3,4
**role**  77:10 107:4
  107:15 130:22
  138:20 143:6
  174:10
**roles**  189:2
**romance**  233:9
  234:22
**romances**  246:6
**romantic**  235:23
  236:18,20 243:9
  243:18
**room**  29:23
  139:12 178:10
  197:2
**rose**  45:3
**rotated**  80:12
**rotation**  196:25
**rounds**  88:20
  114:1
**route**  217:15
**row**  89:22
**rule**  36:22 82:24
  268:8
**rules**  17:17,20
  151:19 177:20
**run**  27:23 133:14
  149:11 153:18,18
  179:21 250:3
  251:4,19 276:22
**runaway**  238:11
**running**  251:9
**ruth**  109:17,19,20
  109:21,25 258:6
  260:20
**ruth's**  260:23
  261:3,4,10
**rutherford**  109:13
  109:15,19,25
  258:6

**s**

**s**  15:1 23:5 37:24
  98:3 256:12
**sadly**  139:10,10
**sadness**  160:8
**safe**  195:2
**safer**  59:4 61:20
  73:2 187:23
  188:22 281:18
  284:11 285:3
**safer's**  61:8,14
  62:11 187:25
  188:2,16 283:21
  285:8
**salaried**  111:16
**salient**  75:9
**sampling**  129:21
**sand**  134:7
**sanity**  222:19
**sasha**  90:10,20
  255:25
**satisfy**  284:22
**satisfying**  245:4
  285:10
**save**  131:19
**saved**  40:5
**saw**  17:7 82:21
  86:24 91:1,3
  139:2 167:5
  271:15,21 273:13
**saying**  26:24 80:19
  95:17 124:5 127:4
  129:19 131:12
  132:9,17,22,24
  133:11 136:6,8
  143:17 155:5
  180:10 189:20,24
  190:1,7 192:2,4
  197:3 214:22
  220:18 226:21
  235:5 248:13

260:8 264:10
  267:5 271:5
  276:17
**says**  63:8 64:1,4,6
  64:7 75:20 76:10
  91:16 125:4
  137:23 143:23
  149:15 197:17
  241:8
**scandinavia**
  177:18
**scanning**  202:21
**scene**  98:18,19,19
**schema**  202:1
**school**  1:10 2:11
  6:14 7:3 13:8
  74:18,19 87:22,25
  88:9 145:4,22
  147:23 149:13,14
  149:15 196:25
  249:3,15 250:4,6
  287:4
**science**  30:17,23
  32:13 42:22 47:6
  47:13 74:1 75:1,1
  75:6 98:16,16
  117:3,21,22 118:2
  132:7 134:18
  135:10,13 143:9
  186:2 189:11,13
  189:22 243:5
  252:2,19 277:12
  277:13,14 282:2
**sciences**  277:13
**scientific**  47:12
  71:16 73:5,16,25
  92:20 93:12 97:3
  97:5 98:10,13
  99:6 101:22 102:4
  117:5 124:8
  129:21 130:14

132:4,6 133:7
  135:5,14,17 137:7
  137:14 156:19
  185:23,24 186:8
  212:2 248:9 264:8
  280:12
**scientifically**
  57:24 104:10
  206:3 212:16
  224:3
**scope**  14:10
  231:25 254:15
**screen**  63:5 91:23
  108:18 143:22,25
  156:15 164:10
  201:16,19 235:16
**screening**  135:23
**scroll**  76:2,15
**scrolling**  63:12
  76:4,5
**scrutiny**  264:8
**se**  45:22 85:4 88:6
  89:17 111:24
  134:17 202:4
**sealed**  35:17,20
  44:3
**searched**  25:8
**second**  92:16
  144:25 168:24
  192:23 197:14
  212:22 219:5
**secondary**  1:10
  2:11 6:14 7:3 13:8
  146:17 287:4
**section**  198:2,6
  201:9,22 211:24
  235:19
**sectional**  160:21
  181:17 189:17,23
  190:6,8 191:2
  243:24

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0712

[sectors - sexual]

sectors  248:11
see  21:14 50:20
  63:11 64:1,3,21
  65:1,2,3,11,12,12
  81:7 85:8,19,23
  86:6 87:6 108:25
  118:5 130:10,13
  131:12,17 132:11
  133:8 134:3,13,24
  138:6 143:21
  144:12,20 146:11
  146:21 147:4
  148:15 149:25
  150:3 153:24
  154:10 155:10
  157:3 166:25
  167:2,6 168:1,5,9
  171:18 172:18
  176:7 178:4,14
  179:16 180:5,11
  181:20 182:7
  191:4 196:10,19
  197:18 198:9
  199:22 200:14
  204:22 207:21
  210:20,21 213:11
  215:23 217:6,18
  217:24 218:2,4,18
  220:2,9,11 222:4
  222:23,24 223:1
  225:20 233:22
  234:10 235:14,24
  241:14 245:17
  247:2 248:13,16
  257:19,22 263:21
  264:5,9,15 269:6
  270:1,20 271:12
  273:5 274:1 278:9
  280:16 283:1,1
  284:5

seeing  84:22,25
  89:3,8 90:25
  182:23
seek  29:10,13
  249:13
seeking  22:20,24
  23:2,16 33:7
  130:2 171:2 251:4
  254:2,9 274:19
seen  87:2,14,18
  90:17 96:2 126:24
  129:16 166:19,23
  167:4 209:3 246:6
  276:11
sees  60:25 89:2
segm  99:1,2,2,4,15
  99:16 100:12
  101:4,11 103:12
  103:14,15 104:6,8
  104:12,19 105:2
  105:24 106:2,10
  106:21 107:2,21
  255:2,17,21,23,24
  259:7,14,16
  260:10
select  72:11
selected  71:19
  112:2
selection  59:12
  130:4,7,15,20
self  225:3 276:7,8
seminar  112:25
  113:7 263:18
seminars  88:9,12
sends  113:14
sense  18:9 47:12
  69:11 71:16,23
  89:5 101:8 103:16
  107:10 114:22
  148:18 160:8
  169:10 210:2

224:12 229:12
  234:1 247:6
sensibilities
  138:23
sensitive  195:19
  196:2
sent  99:7 122:8,13
sentence  55:22
  108:21 137:23
  145:1 156:18
  192:23 193:3
  197:14,14 205:6,7
  226:13 228:11
  245:23 247:13
  279:13 283:25
  284:6
sentences  214:25
separate  60:10
  173:21 189:21
separated  84:17
separately  209:20
separating  152:12
separation  273:2
september  15:9
  17:13 21:17 22:1
  140:23
sequence  214:13
  259:8
sequentially  164:4
series  72:11 96:19
  107:6 137:12
  244:3 256:11
serious  160:4
  172:15
service  88:16
  137:4 210:14
services  25:14
  26:5 97:9 100:15
  100:15 110:23
  115:6 148:3 166:6

session  59:18
  183:7
set  75:2,3 104:14
  106:7 151:22
  181:5 236:1
  245:14 282:2
  284:3,10,11,24
  289:4
sets  128:4
setting  43:2 44:20
  182:2
settings  230:9
seven  89:21 132:1
  134:2,3,3 147:3
  170:18 250:24
  287:14
seventh  285:15
severe  161:18
sex  16:25 19:12,18
  23:7,21 27:5,8
  28:22 29:3,6,10,13
  29:19 49:6 88:10
  89:23 93:17 98:1
  98:10 109:18
  135:21 138:2,8,11
  139:16 149:5
  156:25 177:11
  182:19,25 190:12
  190:16 191:1,18
  196:9,16,22 197:9
  197:11 217:14,15
  223:3,3,4 224:14
  233:9 236:11
  257:24 258:19
  260:21
sexual  60:6 88:23
  89:24 97:9,22
  98:8 199:3,12
  200:3 215:9,20,21
  224:19 231:24
  232:7,9 234:10,15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0713

[sexual - sorry]

235:23 236:8
237:4 246:10
260:19 272:25
277:23 278:7
**sexuality**  97:3,6
97:23,24 113:2
257:21
**sexually**  180:15
236:16
**shaking**  19:1
**shame**  231:8,12,18
**shannon**  6:17 13:7
287:3
**shape**  200:10
**shaped**  274:3
**share**  50:20
**shared**  256:3
**shares**  212:2
**sharing**  34:24
126:2
**sharp**  172:23
**shoals**  4:20
**shocked**  68:25
**short**  51:10 116:22
117:6 136:3
153:17,24,24
196:3 276:22
**shortened**  272:22
**shorter**  175:5
196:3 277:14
**shortest**  211:7
**shorthand**  2:25
14:11 289:1,7
**show**  39:25 76:16
248:7
**showed**  272:12
**shower**  25:7
**showing**  135:15
143:25 175:16
**shown**  160:22
195:1

**shows**  162:6
**shumaker**  109:13
**shuman**  6:16 7:5
**shumanlaw.com**
6:22 7:11
**sic**  15:19 18:6
37:24 39:11
133:17 145:4
172:10 190:14
199:1,13
**sick**  271:14
**side**  32:15,22 33:6
33:9 49:18,25
50:10,11 57:23
117:19,19 143:7
149:12 150:25
184:8 186:2 254:2
282:1
**sides**  32:19 58:2
129:20
**siefert**  37:24,25
38:4
**signature**  70:15
289:20
**signed**  28:5,10
64:24 164:25
**significant**  23:9
189:19
**signs**  274:20
**similar**  35:13
114:5 165:15
175:19 232:23
233:1
**similarity**  72:22
**similarly**  154:18
**simple**  152:13
155:11 161:15
**simplest**  72:13
**simplicity**  277:20
**simplify**  67:1

**simply**  68:1
120:18 131:24
143:22
**simultaneous**
157:20 252:7
**sinai**  283:22
284:21,25
**sitting**  75:25 89:3
200:2 257:15
268:18 285:8
**situation**  41:23
183:2 186:20
203:21 204:11
**situations**  210:6
**six**  84:22 87:4,6
89:3 136:13,14
179:22 180:7,8
242:25 250:24
265:14
**skepticism**  134:22
**skeptics**  264:18
**slashed**  258:24
**sleeping**  20:9
**slicer**  6:16 7:5
**slide**  271:15
**slow**  103:22
**slowly**  21:22 261:9
**small**  136:1
**smaller**  144:6
**smile**  73:17 75:12
159:14
**social**  116:7 138:2
141:1,2,8,10,22
142:3 148:8,17
156:21 158:1,22
160:8 161:1,4
189:2 215:8 246:5
246:24
**socialization**  35:2
209:2

**socialize**  117:11
146:20
**socializing**  180:8
**socially**  34:18
194:11 250:5
**societal**  31:25
**societies**  92:1,5
98:6
**society**  42:22 92:8
92:18,21 93:5
97:2,5 98:1,2,4,10
98:20 99:10
102:25 148:11
160:20 173:18,19
215:6 224:17,19
244:17,18,24
245:2
**soft**  29:1
**solution**  276:24
277:1
**solutions**  11:18
287:15
**solved**  177:18
**solvency**  112:6
**solving**  160:9
**somebody**  32:16
74:14 129:5
221:20 263:21
273:21 274:14
279:23
**somewhat**  32:13
68:21 253:7
**son**  34:17 197:4
**soneeya**  23:5,24
28:13 30:8 49:7
49:21
**soon**  207:8
**sophisticated**
216:8 220:18
**sorry**  20:23 23:6
23:25 25:3 26:10

Page 48

Armistead Supp. App. 0714

[sorry - statement]

34:7 35:11 37:7
37:14 50:6 55:17
58:17 76:11 78:8
81:8 95:10 97:17
99:17 102:13
104:3,3 108:23
118:9,24 119:9,24
121:15 124:19
126:11,13 127:19
140:10,12,14,19
143:16 149:9
150:16 151:14
157:7,22 166:23
169:8 170:3
174:21 175:18
178:7,12 181:14
188:18 190:4
196:8,12 197:14
201:11,14,18,21
203:7 206:14
212:18,21,22
213:4,24 219:10
222:11 226:25
231:17 237:1
238:11,13 244:12
248:23 258:10
259:6,18 260:7
261:10 265:2
267:20 274:11
**sort**  71:18 98:8
102:19 103:25
122:4 190:2 210:7
210:23 222:3
**sought**  31:5 35:14
**sounded**  152:14
**sounds**  17:18
115:21 133:1
**source**  111:24
125:3 161:16
181:23 197:15

**sources**  125:12
248:3
**southern**  11:14
**speak**  18:24 21:22
161:8 201:1 217:5
217:5 231:17
243:5 272:11
281:22
**speaking**  113:3
157:20 252:7
260:25 264:20
265:20 286:12,13
**special**  25:6 80:22
107:2
**specialized**  79:12
80:9,11,16 81:1,3
81:4,10,13 83:8,13
**specializes**  172:25
**specialty**  83:23
93:9 125:6
**specific**  21:14
41:22 55:3,3,20
58:24 68:9,11
72:25 118:10
195:17
**specifically**  59:6
67:15,20 110:9
**speculate**  184:12
**speculation**
159:12 183:4
184:5 185:4 186:2
187:1 247:11
**spell**  14:24
**spend**  71:4 83:16
85:2,3,4 88:24
89:3 143:10
172:22 209:18,19
**spent**  75:7 86:3
194:13
**spoken**  126:15,17
163:2 188:9,14

**sponsors**  101:5
**spontaneous**
266:15
**spontaneously**
266:22
**sport**  144:13
149:11,12
**sports**  42:3,8,25
43:3,5 81:24,25
144:14 150:19
157:13 158:8
159:9 251:20
**spring**  37:5,6
**srogers**  6:22
**sruti**  4:5 12:20
**sswaminathan**
4:11
**stability**  224:11
**stable**  234:11
244:2,5 245:4
**staff**  28:8 211:12
273:20
**stage**  65:25 193:5
193:19 198:17
206:5 213:15
217:1
**stages**  84:18
**stamp**  278:10,11
278:16,18
**stamps**  278:12
**stand**  30:17 59:12
204:24 219:25
253:5,7 259:7
268:17
**standard**  73:21,24
103:2 266:3
**standards**  39:23
118:13 225:25
265:15 266:10
283:21 284:4,9,10
284:10,11,14,16

284:16,23,24
285:10
**standing**  269:18
**stands**  263:8
**start**  14:5 21:23
123:10 213:1
**started**  110:12
218:25 219:8
**starting**  12:6
50:25 102:9 139:1
201:9 215:20
217:4
**starts**  63:7 75:17
198:3 237:6
**state**  1:9,12,14 2:9
2:12,14 5:4,16
11:13,22,24 13:12
14:24 21:9,18
22:2,6 30:17,23
31:10 32:3,8,13,16
32:18,20,23 33:1,2
33:23 34:24 42:11
46:19 47:6,17
56:19 64:20 83:2
83:2,6 117:3
126:5 134:18,25
139:12 149:13
164:16 170:3
215:11 221:16
228:24,24,24
286:16 288:11
289:2
**stated**  84:4 163:22
163:23 174:21
221:4 222:20,21
**statement**  35:10
167:11 204:24
243:22 251:21
265:22 267:9,15
268:3 269:8 270:3
270:23 272:2

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0715

273:10 275:13,20 275:21
**statements** 214:21 252:22 262:15,18 264:23 265:7 268:16,17 278:15 279:10 280:7
**states** 1:1 2:1 103:24 104:15 120:7 124:12,16 125:3 135:16 147:22 177:19,19 177:20,22
**stating** 47:5
**statistical** 74:4
**statistics** 130:14
**status** 107:15 246:13
**statute** 251:18
**stay** 54:19
**stella** 255:25
**stephen** 1:19 2:21 8:3,11,16 11:10 13:22 15:1 64:6,8 106:18,18 256:11 287:12,13 288:4 288:15
**steptoe** 6:5,11 13:1
**sterilizing** 180:11 180:14
**stick** 205:14
**sticking** 45:24
**stigma** 158:21 161:8
**stigmatizes** 158:17
**stimulate** 54:18
**stimulating** 54:22
**stint** 105:17
**stomach** 162:22
**stop** 88:2 100:22 153:10 182:23

252:3,4 276:14
**stopped** 97:17
**stopping** 210:19
**stories** 80:21 236:23 239:10,12
**story** 124:22
**straight** 51:10 232:18
**straightforward** 238:19
**strategies** 101:11
**street** 3:13 4:8 5:20 6:19 7:8
**strength** 74:15
**strengths** 136:18
**stress** 244:23 272:23 273:3,8
**stressful** 272:24
**strictly** 255:10
**strike** 214:19
**strikes** 240:17
**strong** 132:19 248:9 266:7
**student** 88:16 128:25 129:1 210:12,14 251:4 252:14 254:3
**students** 89:11,12 145:6 147:15 253:14
**studies** 75:4 96:7 96:11,13 129:25 130:16,18,18 133:16,18 177:14 177:15,21 189:17 189:23 190:6,8 242:19,23,24 244:21 268:1,12 271:6
**study** 32:5 97:3,5 98:10 129:24

135:14,17,18,19 135:21 136:17 146:7 160:21 162:6 175:11,16 177:10 190:11,14 190:15 191:3,3,8 191:11,15,15 200:13,23 242:15 270:17 285:12
**stutler** 1:12 2:13 6:4 13:3 286:24
**sub** 60:19 181:3,3
**subcommittee** 93:3 96:19,23 99:13,18,24 101:1
**subcommittees** 94:1,3
**subject** 17:3,4 30:20,20 34:23 85:17 95:14 113:5 160:4 161:12 163:22
**subjective** 107:14
**subjects** 280:17
**submission** 60:11 71:22 253:25
**submit** 42:1 50:13 66:9 67:23 72:1 253:12
**submitted** 31:4 37:17,22 39:15 40:20 42:12 47:23 47:24 48:8,18 49:1,17,24 50:10 54:7,8 55:10 61:19 63:17 64:15 64:19 65:24 67:7 68:15,24 70:21 71:10 164:15 193:18 198:16 213:15 251:3,9,17

253:25 254:1
**submitting** 65:7
**subparagraphs** 192:19
**subscribed** 289:14
**subsequent** 41:8 84:7,10 214:25
**subsequently** 38:12 69:6
**subspecialties** 83:20
**substance** 57:5 58:12 120:19 160:10
**substantiate** 189:25
**subtle** 215:3
**subtract** 72:18
**successful** 264:6 274:5 282:6
**sue** 38:25
**suffer** 244:25
**suffering** 79:22 108:22 110:4 172:20 239:16 244:19
**suggested** 225:5
**suggesting** 247:7
**suggestion** 61:17
**suggests** 46:22
**suicide** 36:5 109:21 139:19 140:6 183:1,12,17 183:22 184:1,22 186:25 187:11 190:17 192:1,14 260:23
**suite** 5:21 6:20 7:9
**summaries** 96:6
**summarize** 189:14 208:11 226:21

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0716

[summarized - talked]

summarized
169:23
summarizing
146:9 163:3
170:15
summary 189:20
202:8 213:3
sunday 58:14
128:21 129:3
superintendent
1:12,14 2:13,14
5:14 6:4 13:2,6
286:20,24
supervise 273:22
supervising 82:14
supervisor 257:20
257:20
supplemental
61:14,22
supplementation
277:22
support 8:12 46:9
46:11,18 47:2,3,18
47:21,24,25 48:8
48:14,16,18,24
49:1,11 50:7 64:8
64:13,15 65:24
99:5 148:4 182:20
190:6,9 203:23,24
238:4 249:2,16
251:9,17 254:1
supported 138:1
138:16,19 141:2,8
141:22 142:2
189:13 204:7
210:9 250:6
supporter 99:8
supporting 47:9,9
48:2 180:9 253:22
supportive 46:23
46:25 117:18

209:7 246:13
supports 173:22
supposed 263:16
supposition 225:6
sure 17:16,20 21:1
43:13 44:9 46:15
53:6 66:13 70:13
76:17 77:22 84:23
94:14 104:12
114:10 120:3
122:7 125:18
134:20 140:25
149:1 150:5 156:4
170:19 174:4
176:1 179:17
186:21,22 201:17
208:6 214:16
216:4 228:6,6
237:15 246:17
267:6,16 277:17
278:9 280:18
surgeon 177:11,13
208:21
surgeries 189:19
surgery 17:1 23:8
24:2,5 25:12 27:3
27:5,7,8,10,13
28:3,17,22 29:4,7
29:11,14,19 39:20
49:6 109:18
131:14,15,17
133:10,13,14
135:21 136:4,5
138:3 171:2
177:11,12 178:19
180:10 190:13,16
191:1,9,10,12,13
191:16 192:16
224:15 260:21
271:19 272:6,8
284:23 285:9

surgical 30:24
192:24 234:18,19
246:24 284:2
285:13
surgically 277:25
surprised 119:12
127:17
surreptitiously
141:14
surrogates 97:22
surrounding
57:13
survey 201:5,6
236:9
susan 6:6 12:25
48:21 286:22
susan.deniker
6:11
swaminathan 4:5
12:19,20
swear 13:19
sweden 103:21
190:23
swedish 190:11
symposium 90:2
system 258:21
281:25
systematic 175:4,6
175:15,17,23,25
176:11,15 212:4
systems 32:7
189:8

| t |
| --- |

t 15:1,2,2 37:25
256:12
tab 258:8,9 260:12
261:19 267:20
278:21
take 11:7 18:15,21
30:21 33:23 37:11
44:6 51:5,10

55:17 70:5 75:5
76:25 105:16,21
139:8 141:14
143:19 144:16
148:21 172:6
191:17 207:7
220:23,25 227:23
227:23 229:6
234:24 235:3
254:19 264:13
277:25 280:23
281:3 282:22
285:23
taken 2:21 11:10
157:23 182:24
289:3
takes 246:19
talented 152:3
talk 56:15 78:4
80:5 85:15 88:22
89:24 99:13 121:7
121:15,22,22
122:16,18 124:4
126:1 128:21
137:21 141:15
146:4 171:10
181:15,25 182:3
182:18 187:22
201:10 208:13
209:6 213:8,17
220:20 221:20,24
221:25 222:1,7,8
256:8 258:22
272:12
talked 100:20
113:22,24 121:4,5
122:17 124:7,25
125:20,25 126:12
126:14,22 187:19
214:23 271:23
274:17

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0717

[talking - thank]

**talking** 27:24 77:9
  85:5 86:4 92:12
  99:25,25 100:17
  108:13 114:25
  127:8 139:3
  146:25 147:11
  156:8 166:14,15
  179:22 180:6,13
  180:16,17 181:21
  182:1,7 196:8
  208:2 209:23
  210:4 211:22
  215:1,2,3 216:4
  220:4,8 234:12
  235:1 236:9
  238:16 283:20
**talks** 77:18 235:22
  235:23
**tapped** 25:8
**taste** 139:21
**taught** 40:21 88:6
  88:12 100:13
  263:22 264:11
  281:2
**tavistock** 168:8
**teach** 88:8,13,19
  88:19 100:1 113:4
  113:6,7 132:25
  133:2,22,23 223:6
**teacher** 89:16
**teaching** 88:4,7
  89:5,7 90:6
  112:25
**team** 115:13 149:4
  150:9 151:15,18
  153:14 158:16
  159:9 161:17
  162:21 163:14,18
  188:4 249:3,14
  250:4 251:6,10,20
  252:14

**teams** 150:19
  156:24 157:14
  158:8,13
**technical** 231:12
**teenage** 100:7
  172:14
**teenager** 86:18
  129:10 132:9
  234:19
**teenagers** 118:23
  122:7,8 170:22
  173:14 209:5
**teens** 93:18 147:12
  165:11
**tell** 16:20 38:21
  48:4 50:22 56:1
  56:12,23 68:11
  74:10,19,23 82:12
  89:19 109:10
  113:12 115:1
  123:4 124:22,22
  132:4 139:10,10
  140:8,8 163:21
  207:2 223:6
  224:16 249:11
  251:15 254:5
  260:4 273:17
  274:7,8,24
**telling** 35:4 123:21
  153:10 208:21,22
  237:18 250:15,16
  260:2 274:9,9
  277:9
**temperamental**
  198:24 199:11
**template** 72:5
**temporary** 275:7
**ten** 100:6 136:15
  173:15 176:13
  216:5 245:6

**tenable** 248:8
**tend** 158:1 167:2
  245:10
**tends** 125:7
**term** 25:18 27:17
  27:18,21 28:8
  31:19 46:20 50:7
  81:9,11 86:15
  101:23 102:1,5,6
  107:13 117:6,7
  119:24 131:21
  133:3,12 136:4
  146:14 153:24,25
  171:13,15,16,24
  174:18 195:3
  216:11 226:4,24
  227:2 265:23
  266:13
**terminology** 14:10
  192:22
**terms** 19:9 23:20
  31:19 56:18 66:25
  67:21 80:7 85:25
  86:8 104:10 117:4
  148:17 209:24
**terrible** 125:8
  180:4
**terribly** 229:22
**testi** 34:12
**testified** 13:24
  22:23 23:2,15
  24:1 26:18 28:17
  28:25 30:5 33:17
  35:12 52:23 82:2
  137:2 157:10
  169:20 181:11
  184:17 192:11
  206:24 219:13
  250:13 268:14
**testify** 28:21,21,23
  35:7 46:19 80:22

250:13
**testifying** 19:25
  20:1,5 30:7,11,16
  34:13,18,20 35:2
  218:9 252:3 289:6
**testimonies** 40:25
**testimony** 15:21
  20:8,13 22:13,17
  24:4 30:10 31:3
  32:9,25 33:4,12,20
  33:22 34:7,12
  35:11 36:1 37:1,4
  37:8,11,19 39:4,13
  39:14 40:10,12,21
  40:23 41:3,6,9,13
  41:23 42:6,7 43:4
  43:7,8,15,16,22
  44:22,23 45:1,4,8
  45:9,11,13,22,25
  46:1,2,7,8,9 47:16
  47:23 48:5,7,18
  49:1 50:10 54:6
  57:17,19 60:15
  68:19 102:8
  106:21 167:21
  170:23 171:1
  175:14 186:23
  218:5,8 219:12,25
  220:17 232:1
  251:8,13,23
  252:12 253:12
  254:8,14 268:14
  287:12 288:8
**testing** 191:24
**testosterone** 56:25
**texas** 33:14 52:21
  170:1
**text** 159:14
**textbook** 74:14
**thank** 13:18 14:16
  15:5 16:16 17:15

Page 52

Armistead Supp. App. 0718

[thank - think]

21:11 22:19 37:7
39:4 40:11 41:12
41:25 42:23 44:22
45:24 51:11 57:7
60:22 63:6 67:3
68:4 69:17 72:3
72:23 75:13,21
77:12 78:13 79:6
80:8 83:7 89:18
90:11 100:25
108:8,11 112:12
120:9 124:7
136:24 137:16
140:10 141:20
144:10 155:25
161:10 164:2
167:10,18 176:19
187:18 197:8
200:1 207:3,19,23
211:13,17 217:20
219:22 220:20
228:12 239:6
245:7 254:16,18
254:25 259:13
261:18 263:9
265:23 267:13,19
268:8,21 269:20
275:1 282:12
285:22 286:7,11
286:17,21 287:1,6
287:8,10,16
**thanks** 258:10
**theater** 148:13
**theirs** 134:4
**theoretical** 84:17
185:12,13
**theory** 181:9
244:24
**thera** 124:1
**therapeutic** 85:20

**therapeutics** 47:14
**therapist** 120:16
259:1
**therapy** 89:9 98:2
143:24 144:18
156:20 180:20
202:20 204:6
205:2,5 246:2
**thereof** 42:16
289:10
**thin** 271:18
**thing** 72:14 77:15
77:19 83:18
117:14 121:10
124:6 125:4,5,9
137:22 146:24
148:16 169:9
191:23 200:6
201:15 214:3
230:17 240:7
250:22 279:14
**things** 17:6 23:18
23:23 54:16 56:5
71:24,25 74:7,20
81:4 86:5 90:5
101:5,12 112:8
127:18 131:11,11
132:18 143:1
146:9 148:11
158:22 180:23
181:22 186:3
196:3 197:9
199:23 200:22
202:2,7 205:4
206:25 207:1
210:5 214:17
221:24 222:24
227:21 248:17
250:12,20 253:8
259:11,24,25
264:14 265:5

268:19 271:9,23
277:11 279:25
280:22
**think** 20:14 23:13
24:21 25:23 27:5
27:7,23 33:1 35:3
36:14,21,22 37:23
39:22 41:13 43:6
44:20 45:17,17
46:5,20,21 48:5
52:1,13,23 53:25
54:2,3,16,25 55:8
55:14,15 56:9
61:17 62:1,13
63:18 65:8 67:13
68:20,24 69:6
70:8 72:7,8,18
73:3,14,17,23 76:6
77:5,21 79:20
82:4 83:17 84:16
88:7 89:6 92:18
93:21 97:1 99:16
99:19 101:15
102:7,8,22 103:18
104:5,8,13 106:10
107:18,20,25
108:12 109:19
111:2 112:10
113:18 114:9,16
114:18,19 117:1
117:13,16,22,23
121:8 122:21
125:2 127:4,11
129:4,8 130:10
131:13 132:16
134:8,24 135:19
135:25 136:24
138:23 140:22,23
141:9,18 144:5
146:7,16,22 147:7
147:20,20 148:5,6

148:20 149:10,10
149:17,18,24
150:1,6 151:9
152:19,19 153:17
153:20,25 154:11
154:21 155:14,15
156:3 157:16,25
158:5,15,20,23
160:3,6,11 161:2,7
161:20,22 162:11
163:13,16 165:22
168:17 170:20
171:16 172:4,4
173:16,18 174:21
176:6,20 177:21
177:25 178:7,9
180:16,17 181:11
181:16,21 182:14
185:14 187:10,21
188:20 189:10
190:5 195:24
197:6,22 199:8,24
202:2,8,10,12
204:7 205:2 206:2
206:14,15,24
212:10 215:13
216:8,12,20 217:9
217:17 220:8,17
221:4 224:2,12,15
225:8,23,25
226:15,17,24
227:2,5,20 228:12
228:21 229:19,25
230:6,7,10 231:23
232:2,8 233:5,14
235:13 236:16
237:5 238:9
239:22 240:6
242:25 244:7
245:23 247:3,6
248:12 250:17,17

Veritext Legal Solutions
866 299-5127
Armistead Supp. App. 0719

[think - trans]

250:19,23 252:21
253:4,6,16,17,17
254:17,19 255:18
256:16 260:20
262:6,12 263:4
264:1,1 266:1
267:4 269:23
270:13 272:9,24
272:24 273:18
274:22 275:18
276:16,17 279:1
279:14,23 280:1,2
280:25 282:8
284:12,13 285:24
**thinking**  71:17
154:5 157:24
174:18 193:20
250:18 277:4
**thinks**  248:6
270:12
**third**  24:12 90:21
139:18 152:4
156:18
**thorough**  15:25
105:6 116:17
125:17,18,23
**thoroughly**  204:11
**thought**  29:16
34:1 39:21 50:8
67:10 92:21 97:20
98:9,10 103:2
119:9,10 141:13
169:10 187:7,7
210:18 215:25
**thoughtful**  248:2
**thoughts**  180:2
233:8 256:3
**thousand**  74:17
**threatened**  82:17
**three**  49:21 54:2,3
90:2 91:8 112:9

113:1,7 180:7
185:13,16 192:6
198:6,11 215:4
216:13 217:4,12
226:21 264:18
265:14 273:7,14
**throwaway**
238:12
**thursday**  24:12
**time**  11:25 18:16
24:9,22 29:17,20
36:25 40:11,24,25
44:7 49:8 51:9
68:24 71:4,25
74:19,22 75:2
84:20 85:2,3,5,14
86:4,24 87:6,25
88:2 90:3 91:1,24
99:11 108:1
110:20 113:25
114:24 116:19
128:14 129:4
137:25 138:24
139:4 140:14
142:2 143:10,19
148:21 154:3
166:20 172:22
194:7 199:22
205:23 206:15
208:13 209:8
210:4 229:5
232:18 237:15
238:18 243:1
253:23 257:4
266:7 267:4
271:20 282:22
286:17 287:1,9,17
289:4
**times**  15:6 25:2,3
25:15,20 27:10,13
28:10,12 49:21

163:20 173:21
175:5 180:8
190:18 196:1
206:8 246:16
252:24 253:3,8
**tingley**  63:14 65:6
67:6 167:16
**tissue**  43:24
**title**  64:5 89:23
98:12 237:8 255:8
**titled**  60:3
**today**  13:15 19:9
20:1,5,10,13,16
34:12 58:8 60:15
60:16 75:25 76:12
76:13 102:1 135:9
146:22 148:3
167:14,15 174:19
174:25 200:2
216:8 246:16
260:9 268:15,18
268:20 275:19
285:8
**today's**  129:3
216:4 220:17
287:12
**told**  36:6,22 49:4
49:10 56:22 67:24
71:14 73:10 82:18
82:18,20,21
123:11,17,18,18
128:22 194:13
206:25 207:1
249:8 257:14
258:25 263:15,19
263:19 266:8
274:8
**tolerant**  240:4
**tom**  79:21
**tomorrow**  202:10

**top**  65:11 194:21
197:19 203:12
213:2 275:19
283:2
**topic**  60:19 88:23
279:22
**toro**  3:6 12:13,14
**toronto**  225:6
**total**  287:14
**totally**  101:5
158:14 214:17
**touch**  223:24
**touched**  21:12
**toughen**  162:22
**tour**  117:3
**track**  55:1 149:11
249:3,14 250:3
251:6
**tradition**  186:13
270:20
**traditions**  96:21
**traffic**  232:5,11
**train**  264:15
**trained**  79:17
80:23
**training**  79:12
80:9,11,17 81:1,3
81:5,10,13,15 83:8
83:13 84:6 113:15
**tran**  33:7 221:16
236:16 237:7
**trans**  24:25 25:13
26:17 30:25 31:11
32:6 34:2 38:6
41:10 42:17 43:9
43:20 56:21 60:4
60:4,8 82:13
100:8 110:23
118:19,19 122:6
129:10 142:11,12
142:15,15,16,17

Veritext Legal Solutions
866 299-5127
Armistead Supp. App. 0720

[trans - true]

142:22 143:3
149:16 150:24
151:4,7,8 152:4
154:23 155:4
158:2 160:25
161:3,16 162:19
169:4 172:7 174:8
186:19 200:21
204:7 221:12
224:18 225:4,7,12
227:18 228:2,21
228:24 230:2
234:12 243:6,25
244:16,20 246:4
246:11,12,13,15
246:18,22 247:5,7
247:16,25 253:4
263:20 264:4
274:6 275:23
276:5,12 280:12
280:25
**transcribe**  19:1
**transcribed**  289:8
**transcript**  19:2
94:15,21 95:24
263:7 288:6
**transcription**
289:10
**transfer**  23:5,6
29:8,9,11,14,24
49:5
**transferred**  139:9
**transferring**  29:2
**transform**  228:23
228:25
**transformation**
234:19
**transgender**  8:20
15:15 16:3,4,6
19:16 42:8 43:3,9
43:17 44:25 45:14

46:3,10,11 48:8
49:2,18,25 50:11
90:4,15 93:17
100:3 101:25
126:5 143:9 146:1
149:4 150:10,18
150:21 151:18
153:14,16,18,19
154:17 157:13,15
158:10,16,18,21
159:8,21,25
160:11,15,15,22
161:12 163:19
169:3 170:4
189:18 191:6,13
191:18,25 192:15
195:11 198:8
203:24 205:11
206:6 211:9
221:21 222:9,11
222:12,14 223:11
223:15,17 224:7
226:9,16,17 227:5
227:10,12 228:12
230:8,11 232:25
232:25 234:1
235:21 237:8,21
237:25 240:18,18
240:22 241:5,8,8,9
241:10 243:4,8,9
243:15 244:18
245:10,11,16,22
246:25 248:19
249:3,13 251:22
253:14,23 254:3
254:10 263:16
265:18,24 266:14
276:4,10,15,18
277:1,18 278:18
281:3

**transgendered**
101:20 227:15
270:13
**transgenderism**
168:16 226:1,2
241:16
**transgenders**
227:14
**transition**  33:14
33:21 34:14 116:8
119:20 125:9
129:17 131:23
132:1,2 138:2
141:1,3,8,10,13,18
141:22,23 142:3
156:21 158:1
177:4 230:20,23
231:19 268:1,13
269:4 274:19
284:2
**transitioned**  34:17
34:19 128:23
181:18 230:18
241:12
**transitioning**  36:8
132:8,9 230:10
250:5
**transsexual**
225:15 236:9,10
236:16 248:24
**transsexuality**
234:17
**transsexuals**
236:13,17
**transvestism**
225:10
**trapped**  225:16
277:7
**trauma**  199:13
**treat**  194:24
222:10,13 263:16

**treated**  38:6,6
102:1 135:23
160:16 191:9
263:20
**treating**  35:6
221:3,5 235:20
**treatment**  24:6,6,7
24:11 25:10,24,25
26:19,21,24 33:25
36:2 60:8 101:21
101:23 102:3
103:13,14,16,19
104:1,6,9,13,19,25
105:4,5,10 121:1
123:6,13 128:1
130:22 131:4
133:4 134:15
169:4 175:8 210:9
211:4 226:2
269:25 270:1
284:19,20
**treatments**  101:19
102:5 136:9,12
279:6
**tree**  257:16
**trend**  148:14
176:9
**trends**  148:8,16
222:6
**trial**  24:8 30:3,6
33:17 37:8
**trick**  145:16
**tried**  124:20
201:19 229:13
242:18
**trouble**  74:22
**troubles**  262:6
**true**  22:13,16
74:21,22 166:2,5,9
167:14,15 214:20
214:20,20 217:9

Page 55

Armistead Supp. App. 0721

[true - understood]

245:1,5 260:9
267:15 276:2
284:16 288:9
**trust**   216:22
250:15 263:21
264:15 269:24
**trustee**   117:20
**trusting**   132:5
**truth**   68:22 250:16
260:2,6 264:4
274:9
**truthful**   20:8,13
256:4 260:1
262:18 264:23
265:7,22 267:9
268:3 270:23
272:2 273:10
275:13 278:14
279:10 280:6
**truthfully**   20:5
**try**   18:7,10,15
19:7 21:22 27:22
123:2 175:20
177:23 178:22
195:23 212:23
240:3,5 257:4
277:25
**trying**   30:19 45:7
45:15 46:23 47:11
50:6 53:6 61:12
67:3,5 72:3 81:6
93:4 96:11 100:12
100:14 101:19
103:18,19 118:18
124:14 131:2,12
132:25 133:2
136:22 137:1,6,22
141:20,21 144:11
148:10 150:17
155:13,14 156:7
157:18 161:10,24

167:10,14 172:12
173:1 180:6 204:1
209:14 212:12
223:12 234:24
238:2 247:15
253:6 254:5 260:8
275:15 277:16
**tryon**   5:6 13:10,10
51:23 52:1,5
170:6 177:25
178:5 183:5,20
184:4 205:20,22
222:15 242:9
249:6 253:15
254:13 262:22,22
263:1,8 264:24
267:12 268:5,7
269:15,17,20
286:15,15
**tucson**   35:17
38:19
**turn**   75:16 78:13
91:11 108:12
137:16 143:15
176:4 207:20
235:10
**turned**   140:22
**turning**   63:25 65:9
87:20 196:6
**twelve**   136:14
**twice**   180:7 195:25
**two**   17:5,7 31:13
38:18 40:16 55:23
56:14 60:2 86:20
89:10 90:19 91:5
93:13 95:14 99:4
99:20 113:7 123:8
128:1 133:11,15
133:16 136:14
142:4 160:17
176:14 180:22

206:11 209:18,19
209:24 210:1,7,8
212:12 215:4
216:13 217:2
219:4 220:1 232:5
232:11 236:3
237:5 242:24
255:16 259:19
263:18 266:3
275:19,20
**ty**   18:15
**type**   119:1
**typically**   209:17
266:13

**u**

**u.s.**   11:14 137:4
**uk**   103:21 120:24
125:2 135:18
242:23,24
**ultimate**   49:6
**ultimately**   33:1
267:17
**unable**   50:17
54:23 165:17
257:1
**unaware**   101:5
142:24 158:14
214:8
**unchangeable**
206:12
**unclear**   136:25
**uncomfortable**
252:23 253:1,3,7
**undergo**   131:23
**undergone**   133:15
**undersigned**   289:1
**understand**   17:24
18:4,13,18,19,22
19:3,14,19,23,25
31:19 34:10 40:24
42:3 46:23 47:16

47:22 48:19 50:7
52:2 53:7 54:20
60:22 61:12 62:3
64:14,17 66:25
67:3,5,20 69:3
84:8,9 93:4
115:12 117:6
124:14 133:7,8,9
145:5 150:14
161:24 165:24
167:11 187:3
190:3 192:9
203:11 208:16,17
209:15 223:12
224:22 229:2
234:15,17 240:19
241:1 248:21
249:19 250:11
253:10,16,19
266:23 276:19
277:17 279:2
**understanding**
20:24 21:1,2,3,4
30:16 32:12 39:12
45:11 47:1,2
48:24 52:9 58:5
65:22 71:24 73:11
73:12,14 80:20
81:10 84:14,17,19
94:6 98:8 105:1
109:17 115:9
116:12 118:25
119:19 124:15
173:24 206:17
213:24 216:9
240:5 260:21
284:7 285:11
**understood**   18:12
21:4 30:23 33:4
99:17 110:14
117:4 121:2,3

Page 56

Armistead Supp. App. 0722

[understood - virginia]

172:7 187:7
**undertaken**
129:21 133:15
**uneasy** 280:4
**unfair** 155:6,6
**unfolded** 206:7
**unfortunate** 261:4
261:10
**unfortunately**
262:4
**unit** 11:9
**united** 1:1 2:1
103:24 104:15
120:7 124:12,16
125:3 135:16
177:19,19,22
**units** 287:14
**universe** 159:16
**university** 74:13
87:22,24 88:23
110:16 111:8,10
111:17,19,23
112:13,15,17,22
112:25 113:3,13
113:19 114:8
118:1,25 139:12
211:5 257:22
**unknown** 47:8
130:9
**unrealistic** 155:4,5
**unscientific**
226:22
**unstable** 82:15
**untreated** 191:7
**updated** 76:1 77:3
**updating** 77:14
**uphold** 251:18
**uploading** 256:7
**upset** 236:10
**url** 263:6

**use** 14:10,23 15:3
18:25 19:9 27:18
45:18 47:21 71:9
89:23 102:1,7
107:13 119:24
130:14 136:16
186:16 192:22
194:4,6 208:20
213:22 221:24
226:4 227:2 254:7
266:13
**usual** 135:24
176:8 210:2
266:19
**usually** 31:19 89:2
90:18,19 176:3

**v**

**v** 15:2
**vague** 37:12 40:13
41:15 55:13 85:12
86:15 119:22
120:3 141:25
151:20 153:3
192:3 206:19
**valeria** 3:6 12:14
**validating** 235:20
**valued** 99:16
107:1,3,4,16 238:6
238:7
**values** 240:13
**varies** 128:13
**variety** 162:6,16
**various** 30:24
32:14 41:1,9,10
54:17 72:12 96:7
100:20 118:6,16
125:2 126:20
148:1,9 157:25
161:13 168:20
199:17 200:21
210:5 214:21,22

235:19 237:20
252:20,24
**vary** 283:7
**vast** 24:7 223:18
**vegan** 276:24
277:18
**vegans** 275:10,17
**vegetarians** 275:9
275:16
**vein** 194:19
**venue** 121:19
**verbal** 18:25
**veritext** 7:16
11:17 287:15
**veroff** 3:9 12:9,10
**version** 65:18,19
77:4 164:21 195:7
**versions** 196:4,4
**versus** 11:12 15:17
20:19 35:6 37:25
86:18 96:14
135:23 136:2
191:12 220:6,7
222:1 242:8
243:25 281:14
**video** 8:22,24 9:1
9:3,5,7,9,11,13,15
9:17,19,21,23,25
10:2,4 11:6 37:16
178:12 257:5,11
257:18 258:13
260:16 261:23
262:24 263:13
265:13 267:3,24
269:2,21 270:10
271:4 272:20
275:6 278:6,25
279:20
**videoconference**
3:1

**videographer** 7:18
11:3,18 13:18
51:13,16 108:3,6
155:20,23 178:3
207:12,14,16
254:20,23 256:24
257:2 286:2,5
287:10
**videotaped** 1:19
2:20
**view** 26:16,17
31:17,21,23 32:19
55:18 57:19 105:3
107:3 111:25
112:1 115:16
117:25 120:6
124:1 130:21
138:20 149:3
154:13 159:20,24
160:5 161:11,12
162:19 163:1,12
173:3 182:10,11
182:12 216:10
255:9 276:13
281:19
**viewed** 148:17
**viewpoint** 246:19
**views** 54:18 95:21
118:4 232:23
233:1 254:8
**violate** 36:11,19
36:21
**virginia** 1:2,9,10
1:14 2:2,9,11,15
5:4,5,9,14,20,22
6:9,14,19,21 7:3,8
7:10 11:13,15
13:5,8,11,12 20:22
250:4 286:16,20
287:4

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0723

[virtual - witness]

**virtual**  245:12
**virtually**  91:4
  113:6 126:22
**visibly**  126:22
**visit**  210:13
**visualizing**  196:17
**vita**  75:20
**vitae**  60:2
**vocabulary**
  194:10,11
**vocation**  250:21
**volume**  1:20 2:21
  8:4 288:16
**volumes**  57:1
**vote**  250:21
**vpeletdeltoro**  3:18
**vs**  1:8 2:8
**vulnerable**  160:23
  160:24

**w**

**w**  1:11 2:11
**wait**  142:17
**waiting**  181:3
  202:15 212:2
**walk**  202:14 273:5
  273:5
**walked**  273:13
**wall**  4:8
**want**  17:16 19:8
  21:13 32:16 33:12
  34:17 36:11,18,24
  43:12 45:10 46:18
  47:4 48:22 51:5
  52:15 61:4 74:19
  95:6 98:19 108:12
  108:15 119:17,18
  125:16 126:4
  143:3 173:21
  177:4 179:24
  181:13,15 182:18
  186:19 196:12

202:3 203:13
205:8 208:5
209:25 210:16
217:13,13 219:19
219:20 220:23
235:5 236:11,13
237:11,16 261:15
268:7 270:11
271:11,11 277:12
277:13 281:6,15
281:20,24 283:14
**wanted**  33:14
56:15,19 63:19
82:13 98:17 99:5
101:11,12 122:14
137:23 139:4
154:23 158:24
169:9 172:5
187:20 229:15
235:18 257:24
258:19 265:17
**wants**  142:23
149:11 159:4
183:8 249:4
270:12
**washington**  64:20
65:23 66:5 164:16
**waste**  36:24
**wasting**  237:14
**watchful**  181:2
202:15 212:2
**water**  34:4
**wave**  104:2
**way**  17:15 28:7
35:6 48:12 54:17
60:23 94:13
136:11 144:1
155:13 163:3
181:17 185:11,24
199:8 216:5
220:18 228:7

232:5,11 234:3
237:24 255:23
276:6 277:2,19
**ways**  89:15 100:20
160:9 232:10
235:3 252:20
**we've**  24:23 148:8
187:19 205:3
**web**  263:6
**wednesday**  1:20
2:23 11:1 129:3
**week**  37:23 77:5
89:11 166:14
196:25
**weeks**  91:8 99:21
210:4 273:7,14
**weighted**  134:5,6
**weighty**  116:20,20
117:2
**welcome**  108:10
156:2 175:11
286:10 287:2,7
**welfare**  38:25
132:15
**went**  14:7 74:12
82:20 139:8
156:13 256:7
284:21
**west**  1:2,9,10,14
2:2,9,10,15 5:4,5,9
5:14,22 6:9,14,21
7:3,10 11:13,15
13:5,8,11,12 20:22
250:4 286:16,20
287:4
**western**  1:2 2:2
87:21,24 88:5,21
110:15,21
**whatsoever**  114:2
173:13

**wheelhouse**  147:9
**whereof**  289:14
**white**  6:8
**wide**  159:22 160:1
195:3
**widely**  283:7
**wider**  256:10
**widespread**  137:3
**wilkinson**  4:18
13:17
**willing**  120:17
209:6 243:17
249:15
**window**  214:16
217:6
**windows**  214:15
**wisdom**  132:19
267:5 280:1
**wise**  117:14
141:13
**wish**  21:6 253:23
**wishes**  30:5 38:18
**withdrawn**  200:18
**witness**  8:2 13:20
27:16 34:2,4
35:22 36:10,20
40:14 41:16 46:17
48:11 49:4,20
50:2,15,17 51:6,20
54:11 55:14 57:7
57:12,14,16,22
59:1,5,21 60:1
62:1 65:3 66:2,18
67:10,18 68:8,18
70:11,15 76:9,11
76:19 81:8 84:1
85:13 86:17 91:16
94:13,14 102:16
102:18,20 106:15
106:18 109:6,8
111:14 119:4,6

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0724

[witness - year]

| | | | |
|---|---|---|---|
| 128:4 134:11 | 229:13 | **working** 52:13 | 138:25 139:5 |
| 144:7 145:13 | **women** 25:13 30:1 | 84:14 88:2 116:14 | 140:23 167:16 |
| 146:4 150:13 | 143:3,4 148:9 | 256:25 257:24 | 189:9 225:16 |
| 151:21 153:7 | 204:21 232:3,9,12 | 282:1 | 260:19,22 261:2 |
| 154:21 158:20 | 233:7 259:19 | **works** 50:21 51:11 | **wvago.gov** 5:11 |
| 159:13 161:20 | **women's** 145:9 | 96:19 | **wyant** 5:17 |
| 162:25 165:21 | 147:17 | **workshop** 40:22 | |
| 168:15 169:17 | **wonder** 153:20 | 88:15 | **x** |
| 170:7 171:5 | **wondered** 57:16 | **workshops** 88:13 | |
| 180:25 183:6,21 | 191:14 | **world** 73:18 131:3 | **x** 222:9 |
| 184:12 187:2 | **wondering** 172:1 | 131:13 133:1,2 | **y** |
| 192:4 195:16 | 201:13 265:24 | 166:5 182:6 230:2 | |
| 196:24 199:20 | **wonders** 191:22 | 254:9 | **y** 23:5 222:9 |
| 200:20 205:24 | **word** 19:16 45:1 | **worry** 231:6 | **yeah** 53:16 61:6 |
| 213:21 219:14,19 | 46:17 47:1,3,21 | **wow** 190:23 | 62:17 63:14 71:3 |
| 219:23 221:23 | 64:13 92:15,16 | **wpath** 39:23 182:6 | 76:22 77:25 78:16 |
| 222:16 224:10 | 103:10 157:17,24 | 284:8,10,12,23 | 82:4 86:20 102:16 |
| 226:12,20 227:8 | 161:9 214:7,19 | 285:10 | 109:13 136:21 |
| 229:21 230:25 | 215:25 225:2,23 | **wpath's** 284:3 | 141:20 142:11 |
| 231:14 232:2 | 265:15,15 | **wrap** 98:15 | 161:10 164:11 |
| 234:5 238:15,22 | **words** 25:13 | **write** 53:1 99:12 | 167:10 190:4 |
| 239:9 240:25 | 127:12 162:25 | 138:21 139:7 | 194:4 200:15,16 |
| 241:7,25 242:10 | 193:6,22 230:15 | 140:19 179:3,3,4 | 202:22 206:14 |
| 243:12 246:21 | 261:8 283:21 | 208:20 210:23 | 211:24 218:19 |
| 247:9,12,20 249:8 | **work** 24:4 26:3 | 261:14 266:5 | 227:23,24 228:15 |
| 249:24 250:9 | 28:6 44:21 52:19 | **writer** 196:2 | 235:12,18 237:12 |
| 251:13 252:1,11 | 59:12 68:22 72:5 | **writing** 60:11,17 | 238:17 246:21 |
| 252:16 253:11,16 | 83:6 87:24 88:15 | 103:3 174:13 | 255:24 259:13 |
| 254:16 256:23 | 89:8 93:12 94:2,6 | **writings** 43:19 | 262:3 271:17 |
| 257:9 259:10 | 94:7 95:8,9,11,13 | **written** 37:14 | 278:8 |
| 267:15 268:6 | 96:2,5,15 99:23 | 39:18 43:18 45:8 | **year** 15:9 17:13 |
| 283:18 285:2 | 101:6 105:24 | 45:9 46:1,8 48:7 | 23:8,11 24:13 |
| 286:10,14 287:2,7 | 110:22 114:4 | 88:10 114:16 | 37:24 77:23 78:2 |
| 289:14 | 138:5 175:4 | 174:13 211:9 | 84:22,22 88:22 |
| **witness's** 61:5 | 199:14,16 211:14 | 263:7 | 89:12 99:4,21 |
| 232:1 250:8 | 232:2 240:4,6,11 | **wrong** 37:5 74:5 | 101:19 112:9 |
| 254:15 | 242:12 280:17 | 151:13 201:15 | 121:8 132:1,2,3 |
| **witnesses** 289:5 | 285:3 | 216:24 264:2 | 133:16 134:2,3,3,4 |
| **wolf** 168:14,14 | **worked** 52:11,25 | 279:12 | 139:2 140:3,12 |
| **woman** 16:7 24:25 | 53:19 245:6 | **wrote** 55:21 62:3 | 147:3,3,4,4 149:11 |
| 26:17 122:5 225:3 | 266:21 | 109:9,20 121:8 | 150:7 151:17 |
| | | | 166:14,15 174:8 |
| | | | 179:10,11 186:14 |

Page 59

Armistead Supp. App. 0725

[year - zucker]

190:13 210:11
220:4,6,7,7,11,12
220:13,16,16
234:22,22 235:7
249:2,13 250:3,14
250:24,24,24
258:18 259:15
260:25 262:16
264:21 265:21
267:10 268:4
270:4 280:7
**year's**  90:1
**years**  17:5,7 23:23
28:16 31:12 56:4
56:6 63:17 75:8
88:11 89:22 91:5
99:4 100:6 101:21
103:1 129:15
133:16 135:18
136:14,15,15
142:4 153:19,21
165:4 172:14,16
172:16,16 173:6,9
173:16,16,17
174:1,5,6,10,12,25
175:2 176:12,13
176:13,20 179:8
180:3 188:19
214:23 215:4
216:5,13 217:2,12
217:12 228:21
229:11,11,12
236:24 237:5
239:10 244:9
245:6 258:14,23
263:18 265:14
270:20,21 281:11
**yesterday**  58:15
58:16,19 59:7,19
**york**  4:10,10
188:3

**young**  21:7 52:20
52:20 54:5 60:9
74:11 80:23 83:17
83:17 139:1 173:4
174:3 199:14
223:13 228:9
**younger**  34:8,15
35:13 43:23 44:11
45:12 52:20 53:1
53:12,20,24 54:4,8
55:11,20,24 56:11
98:17 168:3,12,25
169:6,8,13 173:14
**youth**  60:4 90:4
146:1 149:4
161:12,16 165:3
172:7 232:24
233:1

**z**

**z**  106:19 222:9,9
**zane**  106:19
**zeal**  263:23
**zebra**  180:22
**zebras**  180:18
**zelkind**  4:6 12:21
**zholstrom**  3:22
**zimmerman**
218:20 219:7
220:19
**zoe**  3:11 12:17
**zoom**  3:1 96:16
144:4
**zucker**  90:10,20

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0726

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

```
 1           IN THE UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                  CHARLESTON DIVISION
   _____
 4  B.P.J. by her next friend and)
 5  mother, HEATHER JACKSON,       )
 6           Plaintiff,            )
      vs.                          ) Case No.
 7  WEST VIRGINIA STATE BOARD OF ) 2:21-cv-00316
 8  EDUCATION, HARRISON COUNTY    )
    BOARD OF EDUCATION, WEST      )
 9  VIRGINIA SECONDARY SCHOOL     )
10  ACTIVITIES COMMISSION, W.     )
    CLAYTON BURCH in his official)
11  capacity as State            )
12  Superintendent, DORA STUTLER,)
    in her official capacity as  )
13  Harrison County              )
14  Superintendent, and THE STATE)
15  OF WEST VIRGINIA,            )
16           Defendants.         )
            And                  )
17  LAINEY ARMISTEAD,            )
18       Defendant-Intervenor.)
   _____)
19          REMOTE VIDEOTAPED DEPOSITION OF
20                  DORA STUTLER
                       AND
21                  DAVE MAZZA
               Tuesday, March 8, 2022
22                  Volume I
   Reported by:
23  ALEXIS KAGAY, CSR No. 13795
24  Job No. 5079542
25  PAGES 1 - 240
```

                                            Page 1

Armistead Supp. App. 0729

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
3  CHARLESTON DIVISION
   _____
4  B.P.J. by her next friend and)
5  mother, HEATHER JACKSON,   )
6  Plaintiff,   )
   vs.   ) Case No.
7  WEST VIRGINIA STATE BOARD OF ) 2:21-cv-00316
8  EDUCATION, HARRISON COUNTY   )
9  BOARD OF EDUCATION, WEST   )
   VIRGINIA SECONDARY SCHOOL   )
10 ACTIVITIES COMMISSION, W.   )
11 CLAYTON BURCH in his official)
12 capacity as State   )
   Superintendent, DORA STUTLER,)
13 in her official capacity as )
14 Harrison County   )
   Superintendent, and THE STATE)
15 OF WEST VIRGINIA,   )
16 Defendants.   )
   And   )
17 LAINEY ARMISTEAD,   )
18 Defendant-Intervenor. )
   _____)
19
20   Videotaped deposition of DORA STUTLER and DAVE
21 MAZZA, Volume I, taken on behalf of the Plaintiff,
22 B.P.J., with all participants appearing remotely
23 beginning at 12:32 p.m. and ending at 7:18 p.m. on
24 Tuesday, March 8, 2022, before ALEXIS KAGAY, Certified
25 Shorthand Reporter No. 13795.

Page 2

1  APPEARANCES (via Zoom Videoconference):
2
3  For West Virginia Secondary School Activities
4  Commission:
5    SHUMAN MCCUSKEY & SLICER
6    BY: ROBERTA GREEN
7    Attorney at Law
8    1411 Virginia Street E
9    Suite 200
10   Charleston, West Virginia 25301-3088
11   RGreen@Shumanlaw.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  APPEARANCES (Continued):
2
3  For The Plaintiff, B.P.J.:
4    COOLEY
5    BY: ELIZABETH REINHARDT
6    BY: VALERIA M. PELET DEL TORO
7    BY: KATHLEEN HARTNETT
8    BY: ZOE HELSTROM
9    BY: ANDREW BARR
10   Attorneys at Law
11   500 Boylston Street
12   14th Floor
13   Boston, Massachusetts 02116-3740
14   617.937.2305
15   EReinhardt@cooley.com
16   VPeletdeltoro@cooley.com
17   Khartnett@cooley.com
18   ZHelstrom@cooley.com
19
20
21
22
23
24
25

Page 4

1  APPEARANCES (Continued):
2
3  For West Virginia Board of Education and Superintendent
4  Burch, Heather Hutchens as general counsel for the
5  State Department of Education:
6    BAILEY & WYANT, PLLC
7    BY: KRISTEN HAMMOND
8    BY: KELLY MORGAN
9    Attorneys at Law
10   500 Virginia Street
11   Suite 600
12   Charleston, West Virginia 25301
13   KHammon@Baileywyant.com
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

2 (Pages 2 - 5)

Armistead Supp. App. 0730

1  APPEARANCES (Continued):
2
3  For the Intervenor:
4    ALLIANCE DEFENDING FREEDOM
5    BY:  HAL FRAMPTON
6    BY:  RACHEL CSUTOROS
7    BY:  TIMOTHY DUCAR
8    BY:  CHRISTIANA HOLCOMB
9    Attorneys at Law
10    20116 Ashbrook Place
11    Suite 250
12    Ashburn, Virginia 20147
13    HFrampton@adflegal.org
14    RCsutoros@adflegal.org
15    TDucar@adflegal.org
16
17
18  For the State of West Virginia:
19    WEST VIRGINIA ATTORNEY GENERAL
20    BY:  DAVID TRYON
21    Attorney at Law
22    112 California Avenue
23    Charleston West Virginia 25305-0220
24    681.313.4570
25    David.C.Tryon@wvago.gov

Page 6

1  APPEARANCES (Continued):
2  Videographer:
3    DAVE HALVORSON
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1  APPEARANCES (Continued):
2
3  For defendants Harrison County Board of Education and
4  Superintendent Dora Stutler:
5    STEPTOE & JOHNSON PLLC
6    BY:  SUSAN L. DENIKER
7    BY:  JEFFREY CROPP
8    Attorney at Law
9    400 White Oaks Boulevard
10    Bridgeport, West Virginia 26330
11    304.933.8154
12    Susan.Deniker@Steptoe-Johnson.com
13
14  For Plaintiff:
15    LAMBDA LEGAL
16    BY:  SRUTI SWAMINATHAN
17    Attorney at Law
18    120 Wall Street
19    Floor 19
20    New York, New York 10005-3919
21    SSwaminathan@lambdalegal.org
22
23  Also Present:
24    MITCH REISBORD - CONCIERGE
25    HEATHER HUTCHENS

Page 7

1              INDEX
2  WITNESS                    EXAMINATION
3  DORA STUTLER              15
4  DAVE MAZZA               197
5  Volume I
6
7        BY MS. REINHARDT          15
8        BY MS. GREEN        150
9        BY MS. MORGAN        153
10        BY MR. TRYON        155
11        BY MR. FRAMPTON          166
12        BY MS. REINHARDT          187
13        BY MS. DENIKER        189
14        BY MR. FRAMPTON          193
15        BY MS. REINHARDT          197
16        BY MS. GREEN        223
17        BY MR. TRYON        225
18        BY MS. DENIKER        235
19
20
21            EXHIBITS
22  NUMBER         DESCRIPTION         PAGE
23  Exhibit 24  Plaintiff's Amended Notice of      21
24        30(b)(6) Deposition
25

Page 9

3 (Pages 6 - 9)

Armistead Supp. App. 0731

| 1 | | Plaintiff's Amended Notice of | 203 |
| 2 | | 30(b)(6) Deposition | |
| 3 | | | |
| 4 | Exhibit 25 | E-mail Chain | 63 |
| 5 | | | |
| 6 | Exhibit 26 | E-mail Chain | 84 |
| 7 | | | |
| 8 | Exhibit 27 | E-mail Chain | 97 |
| 9 | | | |
| 10 | Exhibit 28 | Defendants Harrison County Board | 101 |
| 11 | | of Education and Dora Stutler's | |
| 12 | | Answers to Plaintiff's Second Set | |
| 13 | | of Interrogatories to Defendant's | |
| 14 | | Harrison County Board of | |
| 15 | | Education and Dora Stutler | |
| 16 | | | |
| 17 | Exhibit 29 | Handwritten Copy | 130 |
| 18 | | | |
| 19 | Exhibit 30 | E-mail Chain | 135 |
| 20 | | | |
| 21 | Exhibit 31 | E-mail Chain | 137 |
| 22 | | | |
| 23 | Exhibit 32 | E-mail Chain | 139 |
| 24 | | | |
| 25 | Exhibit 33 | E-mail Chain | 169 |

Page 10

| 1 | | PREVIOUSLY MARKED EXHIBITS | |
| 2 | NUMBER | | PAGE |
| 3 | Exhibit WV-17 | | 110 |
| 4 | Exhibit WV-18 | | 134 |
| 5 | Exhibit WV-19 | | 118 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Page 12

| 1 | | | |
| 2 | Exhibit 34 | Excel Spreadsheet | 171 |
| 3 | | | |
| 4 | Exhibit 35 | Intervenor Exhibit | 172 |
| 5 | | | |
| 6 | Exhibit 36 | Intervenor Exhibit, E-mail Chain | 174 |
| 7 | | | |
| 8 | Exhibit 37 | Excel Spreadsheet | 177 |
| 9 | | | |
| 10 | Exhibit 38 | Intervenor Exhibit, WVSAC | 179 |
| 11 | | Eligibility Certificate | |
| 12 | | | |
| 13 | Exhibit 39 | E-mail Chain | 180 |
| 14 | | | |
| 15 | Exhibit 40 | Intervenor Exhibit | 183 |
| 16 | | | |
| 17 | Exhibit 41 | Stipulation of Uncontested Facts | 188 |
| 18 | | | |
| 19 | Exhibit 42 | Regional Principals' Meeting | 207 |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Page 11

```
 1              Tuesday, March 8, 2022
 2                  12:33 p.m.
 3
 4        THE VIDEOGRAPHER:  Okay.  Good afternoon.
 5     We are on the record at 12:33 p.m. on          12:32:54
 6  March 8th, 2022.  This is media unit 1 in the
 7  video-recorded deposition of Dora Stutler in the
 8  matter of B.P.J. by Heather Jackson versus the West
 9  Virginia State Board of Education, et al.  It's
10  filed in the U.S. District Court for the Southern   12:33:16
11  District of West Virginia, in the Charleston
12  Division.  The case number is 2:21-cv-00316.
13        This deposition is being held virtually.
14        My name is Dave Halvorson.  I'm the
15  videographer here from Veritext.  And I'm here with 12:33:37
16  the court reporter, Alexis Kagay, also from
17  Veritext.
18        Counsel, can you please all identify
19  yourselves so the witness can be sworn in.
20        MS. REINHARDT:  Good afternoon.  This is    12:33:47
21  Elizabeth Reinhardt.  I'm in the room with
22  Andrew Barr from Cooley, LLP, and we're here on
23  behalf of the plaintiff, B.P.J.
24        MS. HARTNETT:  Hi.  This is Kathleen Hartnett
25  from Cooley, also on behalf of Plaintiff, B.P.J.    12:34:02
```

Page 13

4 (Pages 10 - 13)

Armistead Supp. App. 0732

1      MS. PELET DEL TORO:  Hi.  This is Valeria
2  Pelet del Toro, also on behalf of Plaintiff, for
3  Cooley, LLP.
4      MS. HELSTROM:  Hi.  This is Zoe Helstrom from
5  Cooley, LLP, on behalf of Plaintiff.      12:34:11
6      MR. TRYON:  This is David Tryon.  I'm -- I'm
7  with the Attorney General's Office of West Virginia
8  on behalf of the State of West Virginia.
9      MS. MORGAN:  This is Kelly Morgan on behalf
10  of the West Virginia Board of Education and      12:34:39
11  Superintendent Burch, along with Heather Hutchens as
12  general counsel for the State Department of
13  Education.
14      MS. DENIKER:  Good afternoon.  This is Susan
15  Deniker, and with me is Jeff Cropp.  We are counsel   12:34:51
16  for defendants Harrison County Board of Education
17  and Superintendent Dora Stutler.
18      MS. GREEN:  This is Roberta Green, Shuman,
19  McCuskey Slicer, here on behalf of West Virginia
20  Secondary School Activities Commission.      12:34:57
21      MS. MORGAN:  This is Kelly Morgan again.  I
22  also have Kristen Hammond from my office as well.
23      MR. FRAMPTON:  This is Hal Frampton at
24  Alliance Defending Freedom on behalf of the
25  Intervenor.  And we also have on the call, for the   12:35:19

Page 14

1  Intervenor, Timothy Ducar, Christiana Holcomb and
2  Rachel Csutoros.
3      THE VIDEOGRAPHER:  And I believe somebody
4  just logged in.
5      MS. SWAMINATHAN:  Hi there.  This is      12:35:35
6  Sruti Swaminathan from Lambda Legal on behalf of
7  Plaintiff.
8      THE VIDEOGRAPHER:  Okay.  I believe that's
9  everyone, so can we please swear in the witness.
10      (Witness sworn.)      12:35:50
11      THE VIDEOGRAPHER:  Please begin.
12      MS. REINHARDT:  For the sake of the record,
13  we were just off record, and we agreed that
14  objections to form would -- would reserve all
15  rights, except as to privilege.      12:36:22
16
17           DORA STUTLER,
18  having been administered an oath, was examined and
19  testified as follows:
20
21           EXAMINATION
22  BY MS. REINHARDT:
23   Q  How are you this afternoon, Mrs. Stutler?
24   A  I'm just fine.  How are you?
25   Q  I'm doing well.      12:36:32

Page 15

1  And can you please let me know your current
2  title?
3   A  I'm currently the superintendent of Harrison
4  County schools.
5   Q  Great.  Is it okay if I refer to you as      12:36:42
6  Superintendent Stutler for the remaining of the
7  deposition?
8   A  Sure.
9   Q  Wonderful.  And have you ever been deposed
10  before?      12:36:51
11   A  I have not.
12   Q  Have you ever testified in a court before?
13   A  I have not.
14   Q  And I just want to go over a couple of ground
15  rules so that you aren't surprised by anything today   12:37:05
16  and to establish a clean record for the court
17  reporter.
18      I'll be asking you questions, and you must
19  answer, unless your attorney tells you otherwise.
20      Do you understand?      12:37:19
21   A  Yes.
22   Q  So even if your attorney objects, if they do
23  not tell you not to answer, you should still answer
24  my question.
25      Understood?      12:37:30

Page 16

1   A  Yes.
2   Q  And, unfortunately, the court reporter will
3  not be able to transcribe any gestures, such as
4  nodding, so we'll need to speak verbally.
5      Is that okay with you?      12:37:41
6   A  Yes.
7   Q  Wonderful.  Thank you.
8      And I will try to take a break every hour,
9  and we'll take a somewhat longer break, around
10  12:00, Mountain Time, or -- but if I'm in the middle   12:37:52
11  of a question and you need to take a break, please
12  let me finish my question or a series of questions
13  in order to get your answer before we take the
14  break, if that's okay with you.
15   A  Sure.      12:38:06
16   Q  Wonderful.  And do you understand that you're
17  testifying under oath today just as if you were
18  testifying in a court of law?
19   A  I do.
20   Q  And without disclosing any communications you   12:38:18
21  had with your counsel, what did you do to prepare
22  for today's deposition?
23   A  Met with counsel.
24   Q  How long ago did you meet with your counsel?
25   A  Yesterday.  We spent a day.      12:38:34

Page 17

5 (Pages 14 - 17)

| | |
|---|---|
| 1     MS. DENIKER: You don't need to -- I'm just | 1  and your attorneys? |
| 2  going to -- just to clarify for the witness, the | 2    A No. |
| 3  substance of our communications is protected here, | 3    Q Were you asked to provide any documents to |
| 4  so you don't need to talk about what we talked | 4  anyone in preparation for this deposition? |
| 5  about.          12:38:48 | 5    A No.         12:41:29 |
| 6     To the extent that you talked to other people | 6    Q B.P.J. filed a lawsuit against the County |
| 7  to prepare for your deposition today, you can also | 7  Board of Education; correct? |
| 8  disclose that. | 8    A Yes. |
| 9     THE WITNESS: When we spoke -- we spoke with | 9    Q You're here today in connection to that |
| 10  witnesses yesterday.      12:39:02 | 10  lawsuit; correct?      12:41:42 |
| 11  BY MS. REINHARDT: | 11    A Yes. |
| 12    Q Which witnesses did you speak with? | 12    Q Wonderful. And now I'm just going to ask a |
| 13    A We spoke with -- I spoke with Tarra Shields, | 13  few foundational questions, just in order to get my |
| 14  principal at Norwood Elementary; Jasmine Lowther. | 14  bearings and so that you can see kind of where I'm |
| 15  She's a fourth grade teacher at Norwood Elementary.  12:39:12 | 15  planning on going today.     12:41:54 |
| 16  Dave Mazza was in the room during the preparation. | 16     So do you understand that you're here in |
| 17  He's a principal at Bridgeport Middle School. And | 17  response to a 30(b)(6) Deposition Notice? |
| 18  spoke with Natalie McBrayer, an assistant -- she's a | 18    A Yes. |
| 19  volunteer coach for the cross-country team at | 19    Q Do you know what a 30(b)(6) Deposition Notice |
| 20  Bridgeport Middle School.     12:39:37 | 20  is?          12:42:06 |
| 21    Q Did you review any documents during that | 21    A Yes. |
| 22  meeting? | 22    Q Did you review the 30(b)(6) Deposition |
| 23    A I did. | 23  Notice? |
| 24     I also am remembering Amber Davis. She's the | 24    A I did. |
| 25  current counselor at Norwood Elementary School. I  12:39:52 | 25    Q If you could go into the "Marked Exhibits"  12:42:16 |
|                 Page 18 |                 Page 20 |
| 1  had a conversation with her as well. | 1  folder, I'm going to introduce to you a document |
| 2    Q And which documents did you review? | 2  that's been marked as Exhibit 24. Please let me |
| 3    A We looked at the transgender support plans | 3  know when you have it. |
| 4  that were created at Norwood and at Bridgeport | 4     (Exhibit 24 was marked for identification |
| 5  Middle. We looked at rostering information from  12:40:10 | 5     by the court reporter and is attached hereto.)  12:42:27 |
| 6  cross-country that was submitted to the SSAC. We | 6     THE WITNESS: It's there. I have that. |
| 7  looked at the statute in question. We looked at | 7  BY MS. REINHARDT: |
| 8  some articles that were on West Virginia News and | 8    Q Is this -- I'll let you flip through it for a |
| 9  other news organizations. | 9  moment, if you would like to, but my question is, is |
| 10     It was a lot of material.    12:40:36 | 10  this the document that you reviewed yesterday?  12:42:43 |
| 11    Q I understand. I understand. I appreciate | 11    A Yes. |
| 12  you listing those. | 12    Q Have you prepared to testify regarding the |
| 13     Were all of those documents provided to you | 13  topics listed on the 30(b)(6) notice? |
| 14  by your attorney? | 14    A Yes. |
| 15    A Yes.         12:40:47 | 15    Q Do you understand --     12:42:59 |
| 16    Q And did you bring any document to that | 16     MS. DENIKER: Excuse me, Ms. Reinhardt, just |
| 17  meeting that were not provided by your attorney? | 17  to -- just to clarify, we had a discussion off the |
| 18    A I did not. | 18  record, Ms. Stutler will be testifying with regard |
| 19    Q And do you have any documents with you today? | 19  to topics except those topics the plaintiff has |
| 20    A I do not.      12:41:03 | 20  agreed to withdraw, which were topics 3, 6, 9, 12  12:43:16 |
| 21    Q Is there anything that would prevent you from | 21  and 15. And she also will not be testifying with |
| 22  answering my questions truthfully today? | 22  regard to topics 10 and 11, as another witness will |
| 23    A No. | 23  be testifying on those topics. |
| 24    Q Did you discuss the case with anyone other | 24     MS. REINHARDT: Understood. Thank you for |
| 25  than the folks you listed at the meeting yesterday  12:41:14 | 25  putting that on the record.    12:43:36 |
|                 Page 19 |                 Page 21 |

6 (Pages 18 - 21)

Armistead Supp. App. 0734

1  BY MS. REINHARDT:
2     Q  I'll only be asking you about the topics your
3  attorney has just confirmed, but I'd like to go
4  through them now to make sure that you understand
5  each of these topics, if that's okay with you, Mrs.   12:43:46
6  Stutler.
7     A  Yes.
8     Q  Wonderful.  So let's look at topic 1.
9        Do you understand this topic?
10    A  I do.                        12:44:03
11    Q  Did you review any documents related to this
12  topic?
13    A  We had a discussion about --
14       MS. DENIKER:  I'm going to -- so, again, I'm
15  going to instruct you not to answer and provide any   12:44:11
16  information about communications you had with
17  counsel about --
18       THE WITNESS:  Okay.
19       MS. DENIKER:  -- this matter.
20  BY MS. REINHARDT:                   12:44:24
21    Q  As I understand it, you reviewed several
22  documents yesterday with your counsel, as well as a
23  few other folks related to this case.
24       Were there any documents or conversations not
25  with your counsel that helped you prepare for this   12:44:34

Page 22

1  topic?
2     A  No.
3     Q  And do you understand topic 2?
4     A  I do.
5     Q  Without disclosing any conversations you had   12:44:49
6  with your attorney, did you review any documents
7  pertaining to topic 2?
8     A  I did.
9     Q  And do -- which documents were those?
10    A  It was any policies that we would have had   12:45:03
11  regarding the authority of school-sponsored
12  athletics.  We looked at that.  We also looked at
13  SSAC rules.
14    Q  How about topic 4, do you understand that
15  topic?                          12:45:26
16    A  Yes.
17    Q  And did you review any documents pertaining
18  to that topic?
19    A  I did.  I reviewed documents pertaining to
20  gender support plans dating back to 2019.      12:45:46
21    Q  And topic 5, do you understand that topic?
22    A  I do.  It was the same -- the same documents
23  for the gender support plans.
24    Q  And for topics 7 and 8, did you review those
25  topics?                          12:46:11

Page 23

1     A  Yes.
2     Q  Do you understand them?
3     A  I do.
4     Q  And did you review any documents you have not
5  already listed relating to those topics?      12:46:27
6     A  We have no documents specific to that topic.
7     Q  Both topic 7 and topic 8; is that correct?
8     A  Yeah, at Harrison County schools, we have no
9  documents specific to that topic.
10    Q  Thank you.  And we're almost done.  I'm going   12:46:56
11  to ask you about topics 13 and 14.
12       Do you understand what those topics say?
13    A  Yes.
14    Q  And did you review any documents pertaining
15  to those topics?                     12:47:11
16    A  The statute, the House Bill 3293.
17    Q  Did you review your discovery responses
18  listed under topic 14?
19    A  I did.
20    Q  Thank you.  Throughout the deposition, if I   12:47:34
21  use a term that you're unfamiliar with, please let
22  me know.  Just so you're aware, there may be a few
23  terms that I'd like to define now, and there may
24  also be a few terms as we go that I will ask if it's
25  okay if I use the abbreviated version.      12:47:50

Page 24

1        If it's okay with you, do you mind if I go
2  over two terms now?
3     A  No, please do.  Thank you.
4     Q  No, thank you.
5        So I'm going to use the word "transgender."   12:48:00
6  When I use the term "transgender," I'm referring to
7  someone whose gender identity does not match the sex
8  they were assigned at birth.
9        So, for example, if someone was assigned male
10  at birth, but they identify as female, that person   12:48:14
11  would be a transgender girl or woman.
12       Do you understand my reference of
13  transgender?
14       MR. TRYON:  Objection to form.
15       David Tryon.                  12:48:28
16       THE WITNESS:  Yes.
17  BY MS. REINHARDT:
18    Q  I'll also be using the word "cisgender."
19  When I use the word "cisgender," I am referring to
20  someone whose gender identity matches the sex they   12:48:44
21  were assigned at birth.
22       So as an example, if someone was assigned
23  male at birth and they also identify as male, that
24  person is a cisgender boy or male.
25       Do you understand my reference to cisgender?   12:48:54

Page 25

7 (Pages 22 - 25)

1    MR. TRYON:  Same objection.
2    This is David Tryon.
3    THE WITNESS:  Yes.
4  BY MS. REINHARDT:
5    Q   Thank you.  And when I refer to the County   12:49:06
6  Board of Education, is it okay with you if I just
7  say "county board"?
8    A   Yeah, that's fine.
9    Q   Wonderful.  And unless I state otherwise,
10  when I use the word "you," I'm referring to the   12:49:21
11  county board, not you as an individual.
12    Understood?
13    A   Yes.
14    Q   Are you aware of any issues under the -- are
15  you aware of any issues underlining this lawsuit?   12:49:31
16    MS. DENIKER:  Objection to the form.
17    If you do not understand, you can -- you can
18  advise her that you do not understand.
19    THE WITNESS:  I am -- I do not understand
20  that, those terms.   12:49:50
21  BY MS. REINHARDT:
22    Q   Thank you.  And as I said, as I continue to
23  go along, if there's something that you don't
24  understand, please let me know.  Otherwise, if you
25  answer, I'll assume that you do understand.   12:49:58

Page 26

1    So I'll put it slightly differently.
2    Does the county board have a position
3  regarding the validity of the underlying lawsuit?
4    MS. DENIKER:  Objection to the form of the
5  question.   12:50:13
6    It also calls for a legal conclusion.
7    THE WITNESS:  I can't comment.  I have no
8  comment on that.
9  BY MS. REINHARDT:
10    Q   No problem.  I am now going to ask you a   12:50:28
11  series of questions as you, Superintendent Dora
12  Stutler.  So for the purpose of the next following
13  questions, when I use the term "you," I do mean you,
14  Superintendent Stutler, and this is just for
15  background purposes.   12:50:43
16    Do you understand?
17    A   Yes.
18    Q   Can you please let me know what your
19  education level is?
20    A   I have a Master's in educational leadership.   12:50:50
21    Q   And did you receive that Master's after
22  obtaining your Bachelor's degree?
23    A   I did.
24    Q   And what was your Bachelor's degree in?
25    A   Elementary education.   12:51:02

Page 27

1    Q   Was that a four-year program?
2    A   It was.
3    Q   And how long was your Master's program?
4    A   I did it quickly.  It was a
5  two-and-a-half-year program.   12:51:19
6    I also have a Master's in special education.
7    Q   And how long did it take for you to obtain
8  your Master's in special education?
9    A   I worked on them concurrently, so -- it's
10  been a long time ago.  Two and a half -- two and a   12:51:38
11  half years.
12    Q   Understood.  And did you obtain those
13  Master's degree immediately after obtaining your
14  Bachelor's?
15    A   I did not.   12:51:50
16    Q   What did you do in between your Bachelor's
17  and your Master's?
18    A   A Substitute taught.  And then I actually
19  stayed home with my children for six years, worked
20  on my Master's at that time and then immediately   12:52:06
21  went back into the field.
22    Q   When you were teaching during this time, was
23  it in Harrison County?
24    A   I was a substitute in Harrison and Taylor
25  County, which is an adjoining county.   12:52:23

Page 28

1    Q   Thank you.  Where do you currently work?
2    A   Harrison County schools.
3    Q   How long have you worked for the Harrison
4  County schools?
5    A   24 years as a regular employee.  I had seven   12:52:36
6  years as a substitute employee.
7    Q   And when you say "regular employee," what do
8  you mean by that?
9    A   It means regular employee with full benefits,
10  hired, not in a substitute capacity, regular   12:52:52
11  schedule.
12    Q   Understood.  And when you say "Harrison
13  County schools," is that the County Board of
14  Education, or are you referring to a broader
15  umbrella term?   12:53:06
16    A   No.  It's Harrison county schools.
17    Q   Wonderful.  And what's your current role?
18    A   Superintendent.
19    Q   Do you report to anyone?
20    A   I do.  I have four -- five elected board   12:53:18
21  members.
22    Q   Who are those elected board members?
23    A   Frank Devono, Junior.  He's my -- he's a
24  vice president.  Gary Hamrick is the president of
25  the board.  Michael Daugherty, member.   12:53:38

Page 29

8 (Pages 26 - 29)

Armistead Supp. App. 0736

1　Kristin Messenger, member.  And Doug Hogue, member.
2　Q　How are these members selected?
3　A　They are elected for four-year terms.
4　Q　What do the county board members do?
5　A　They oversee the -- I oversee day-to-day　　12:54:00
6　operations.  They're there overseeing what I do and
7　the County.
8　Q　And what are your day-to-day
9　responsibilities?
10　A　Operations of the schools every day, my　　12:54:17
11　county office, everything from personnel -- I have
12　several divisions that report to me.  We're a large
13　organization.  We have 1500 employees, close to
14　10,000 students.  And ultimately, they report to me.
15　Q　And the -- Bridgeport Middle School falls　　12:54:49
16　under your jurisdiction?
17　A　Yes.
18　Q　What is your role as it relates to Bridgeport
19　Middle School?
20　A　I'm their supervisor.  I have 26　　12:54:58
21　administrators, full-time administrators, that
22　report to an administrative assistant over the
23　schools, and that administrative assistant reports
24　to me.  But ultimately, the schools are my
25　responsibility.　　12:55:19

Page 30

1　Q　How often does the administrative assistant
2　report to you?
3　A　Daily.
4　Q　And how is it reported to you?
5　A　We do an official Monday meeting.  We meet as　　12:55:30
6　a group every -- at least once a week.  And
7　throughout the day, my supervisors are reporting to
8　me or contacting me.
9　Q　You said you meet as a group on Mondays.
10　Who attends that meeting?  Who is this group?　　12:55:52
11　A　My department heads.
12　Q　How many department heads are there?
13　A　I have ten.
14　Q　And if you wouldn't mind, can you please list
15　those departments.　　12:56:05
16　A　Sure.  I have an administrative assistant
17　over secondary education.  I have an administrative
18　assistant over elementary education.  I have a -- an
19　assistant superintendent over facilities and
20　transportation.  I have a supervisor over special　　12:56:21
21　education, a supervisor over federal programs, a
22　chief financial officer, a supervisor over
23　technology.
24　And then we kind of drop down.  They still
25　come to these meetings.  They -- I go down to a　　12:56:42

Page 31

1　director of student support and safety and a
2　director of school attendance.
3　Q　Is your role similar as it pertains to
4　Norwood Elementary School?
5　A　I -- yes.  I mean, I would oversee　　12:56:57
6　Norwood Elementary School.
7　Q　And those --
8　A　I was -- I was the principal there for a lot
9　of years, so...
10　Q　Understood.  And do those same ten department　　12:57:20
11　heads also report to you as it pertains to
12　Norwood Elementary School?
13　A　Yes.
14　Q　And you mentioned you were the principal of
15　Norwood Elementary School.　　12:57:32
16　When were you principal?
17　A　2009 till 2018.
18　Q　And what did you do starting in 2018?
19　MS. MORGAN:  Can I stop you guys for a
20　second?　　12:57:55
21　I just got a message from Dave Tryon that his
22　computer crashed.
23　Can you hold a moment so he can get back on?
24　MS. REINHARDT:  No problem.  Let's go off the
25　record while we wait.　　12:58:01

Page 32

1　THE VIDEOGRAPHER:  All right.
2　MR. TRYON:  Yeah, I -- I just got back.
3　THE VIDEOGRAPHER:  Oh.
4　MR. TRYON:  It crashed right as you were
5　talking about education and the Master's degree and　　12:58:07
6　Bachelor's degrees (sic), so that's -- just for the
7　record, that's when my computer crashed, and I got
8　back on as fast as I could.
9　So we can go on.  Thank you.
10　This is David Tryon speaking, by the way.　　12:58:23
11　MS. REINHARDT:  Thank you.
12　BY MS. REINHARDT:
13　Q　Superintendent Stutler, what did you do
14　starting in 2018?
15　A　I moved to the central office as the　　12:58:33
16　personnel director.
17　Q　And what does that role -- what -- what do
18　you do in that role?
19　A　Well, it was technically supervisor, but --
20　you just oversee all personnel in the county, as far　　12:58:44
21　as hiring, processing information for the
22　superintendent to make recommendations to the board,
23　dealing with employee attendance.  Any matter as it
24　related to school personnel.
25　Q　And did you do that role until you became　　12:59:01

Page 33

9 (Pages 30 - 33)

Armistead Supp. App. 0737

1 superintendent in 2020?
2   A  Yes.
3   Q  Thank you.  Do you understand what
4 interscholastic sports are?
5   A  No.                          12:59:19
6   Q  So it refers to sports where students compete
7 against students at other schools.
8       Does that make sense?
9   A  Yes.
10   Q  So for the purposes of today, I might refer   12:59:29
11 to it as sports or athletics, but I'm really only
12 referring to interscholastic sports and athletics
13 when I say that.
14   A  Okay.  Thank you.
15   Q  Do you know if there are any sports in   12:59:46
16 Harrison County?
17   A  Yes.  Many.
18   Q  What is your role as it relates to sports in
19 Harrison County?
20   A  It would fall under the same role as any   12:59:58
21 of -- of my other responsibilities.  I do have
22 supervisors that are the immediate contact for that.
23 But if this is an issue or problem, generally it
24 gets to me.
25   Q  And --                       01:00:19

Page 34

1   A  And it would be handled as any other -- yeah.
2   Q  I apologize for interrupting you.  Please go
3 ahead.
4   A  I said it would be handled as any other piece
5 of my role.                        01:00:30
6   Q  So these supervisors would report to you if
7 there was anything they felt you needed to know?
8   A  Yes.
9   Q  And what is your role as it relates to
10 policies in Bridgeport Middle School?   01:00:45
11   A  Policies in our county are -- really come
12 from our board, and we only have a policy if the
13 board agrees and enacts that policy.
14   Q  What does it take for the board to agree to a
15 policy?                            01:01:11
16   A  I would never know what it would take.  I
17 offer a policy or we -- if a policy is generated --
18 and I will tell you, generally our policies are
19 generated from things coming from state statute or
20 things that we need to cover, and the stakeholders   01:01:32
21 in my organization would get -- would get together
22 and we create a policy, work, generally, with
23 counsel on a policy.  That goes to a -- goes to the
24 board, and the five board members will look at that
25 policy, make changes to that policy, discuss that   01:01:47

Page 35

1 policy.  It could be put out on a 30-day comment,
2 for public comment and policy.
3       And then it would come back to the board and
4 that does not become policy unless the board acts on
5 that, takes action, and then it becomes a policy.   01:02:03
6   Q  So am I understanding correctly that you
7 would present a policy to the board?
8   A  Sometimes it would occur that way.
9   Q  In cases where it does not occur that way,
10 how are policies presented to the board?   01:02:28
11   A  Generally, it's a policy that -- it's already
12 in state statute, and we've just added some local
13 language that would be specific to Harrison County,
14 adopting what's already in state language.  That's a
15 lot of times how policies get there.   01:02:49
16       We're just either -- we're adapting our local
17 policy to match state policy.  And that has to be
18 board acted on as well because sometimes there's
19 something, maybe, in our county that might be
20 county-specific or, you know, we need to address.   01:03:04
21   Q  And does the board vote on those -- in order
22 to implement those policies?
23   A  All policies are voted and acted on by the
24 five board members.
25   Q  Does it take a majority vote consensus, do   01:03:22

Page 36

1 you know?
2   A  It's a majority vote, yes.  We have a
3 five-member board.
4   Q  You mentioned that -- and please correct me
5 if I'm misrepresenting your statement.   01:03:43
6       As I understand it, you would revise policies
7 from the State in order to make them applicable to
8 the County; is that correct?
9       MS. DENIKER:  Objection to the form.
10       THE WITNESS:  I can't state what's in state   01:04:02
11 policy.  I can only -- I can do what's in state
12 policy, and I -- I'm trying to think of a good
13 example.
14       But I can't change what's in state policy.
15 I -- and a lot of times we just adopt its straight   01:04:16
16 language.  We use the language directly from the
17 state policy.
18       And occasionally there's something at the
19 State that we find out that we do not have a local
20 policy on, and we will adopt the State language and   01:04:30
21 create a policy that mirrors the State.
22 BY MS. REINHARDT:
23   Q  I can give you a real example.
24       Is this what happened for H.B. 3293?
25   A  No.                          01:04:47

Page 37

10 (Pages 34 - 37)

Armistead Supp. App. 0738

1  Q  Did you or anyone at the county board present
2  the county board members with the -- with the bill
3  H.B. 3293?
4  A  No.
5  Q  Has the board voted in any way relating to      01:05:04
6  policies around H.B. 3293?
7  A  No.
8  Q  What is the county board's relationship with
9  the Department of Education?
10  A  I believe, as the superintendent, I am the      01:05:21
11  conduit from the County Board of Education to my
12  board.  So information that comes from the state
13  board is usually a conduit through me to the board,
14  although my board has -- our state boards have their
15  own association that also has a relationship with      01:05:50
16  the state board, and they do have a fall meeting and
17  a winter meeting to update board members.  So
18  they -- they have a relationship outside of my
19  relationship with the state board through that
20  organization.                                          01:06:08
21  Q  When you say "they," who are you referring
22  to?
23  A  My board members.  My five board members are
24  part of a state -- it's just an association.  Like I
25  have an association for superintendents, there's an      01:06:23

Page 38

1  association for state board members, and they meet a
2  couple of times of the -- a year, and they are given
3  information that's coming down from our State Board
4  of Education and the Department of Ed.
5  Q  And does the county superintendent attend      01:06:41
6  those meetings?
7  A  I am allowed to attend those meetings with my
8  board members.
9  Q  Do you regularly attend those meetings as
10  they're held?                                          01:06:57
11  A  I attend if my board members are attending.
12  They're optional meetings.  If -- a board member in
13  our county or in our state has to have so many hours
14  to remain on a board.  It's kind of like a
15  professional development-type thing, they have to      01:07:13
16  have so many hours.  And so I'm not going to say
17  that my board attends every meeting.  If they have
18  their hours, they don't always attend.
19  Q  Does the county board have any rulemaking
20  power?                                                 01:07:27
21  A  We can adopt a policy, and then it becomes a
22  rule for our county.
23  Q  Do you -- do you make those policies?  Does
24  the county board make those policies?
25  A  We can adopt the policy.                          01:07:53

Page 39

1  Q  Just so I understand, you've said "adopt a
2  policy."  What I'm asking is, are there instances
3  where the policy comes directly from the county
4  board?
5  A  No.  As far as creating the policy, like      01:08:07
6  writing it, the actual making of the policy, I
7  don't --
8  Q  No problem.  Thank you.
9  If the county board disagrees with a policy
10  that's been presented by the state board, will it      01:08:40
11  still adopt that policy?
12  A  We have no choice but to follow state board
13  policy.
14  Q  So what is the purpose of having votes as it
15  relates to policies?                                   01:08:56
16  A  They're -- I guess it's -- we adopt state
17  policy.  We use the language for state policy.  And
18  that is our guidance.
19  If we have a local policy, and it would be
20  something like our local discipline policy, we have      01:09:08
21  an overarching state policy for safe and supportive
22  schools, policy 4373, and it gives you examples of
23  how you would discipline, if this occurs.
24  A local policy would take that policy, adopt
25  all the same language as the state policy, but we      01:09:31

Page 40

1  may add in a third progressive discipline.
2  Like, if -- we may not want to go strictly
3  to -- now, there are things in that behavior policy
4  that we have to do, if there's a weapon, if
5  there's -- there are things that you have to do, but      01:09:50
6  when it is a -- something where two children are
7  arguing and we want to say, you know what, we want
8  to do ISS, put them in an in-school suspension,
9  instead of an out-of-school suspension.
10  That's what I mean by adding things that are      01:10:05
11  specific to a county that we feel that would be good
12  for our students, and I think that's -- anytime we
13  make a policy change, it's based on, you know, our
14  students and what our administrators are seeing in
15  the schools.                                           01:10:18
16  Q  I really --
17  A  The overarching policy would be state policy.
18  We would just add things like that.  That's just an
19  example.
20  Q  I really appreciate that example, as I      01:10:31
21  haven't had the privilege of being a part of this
22  process.  So thank you.
23  I'll move on and ask you, how many schools
24  are in the county board's jurisdiction?
25  A  We have five high schools, five middle      01:10:43

Page 41

11 (Pages 38 - 41)

Armistead Supp. App. 0739

1  schools and 13 elementary schools and one
2  alternative education high school/middle school.
3  It's a combination.  It's one building.
4  Q  And of those schools, is Bridgeport Middle
5  School part of the County Board of Education's    01:11:05
6  jurisdiction?
7  A  Yes.
8  Q  Norwood Elementary School as well?
9  A  Yes.
10  Q  Do rules and regulations between schools ever  01:11:18
11  vary?
12  A  Schools follow our policies, our county
13  policies.  It's their guidance.
14  Q  And schools are allowed to implement their
15  own policies on top of those; is that correct?    01:11:34
16  A  Not -- not a policy.  But a school could
17  have -- if you wanted to have different rules for
18  the kids, like, you know, raise your hand and -- I
19  mean, they do things like that.
20      You know, as a school administrator, we give   01:11:51
21  them some autonomy to run their schools with
22  scheduling.  You know, how they're going to run
23  their lunches, we don't have that in policy.  But
24  our policy is what -- that governs all of our
25  schools.                    01:12:10
Page 42

1  Q  So these rules that a school may choose to
2  implement, does the county board review them?
3  A  Not always.  If there -- if it's a rule --
4  if -- if a -- a principal has had something
5  happening in their building and they want to change   01:12:34
6  a lunch schedule or a master schedule or -- we would
7  not review that.  But our policy would say, you need
8  to have 350 minutes of instruction.  That's what our
9  policy would say.
10      Now, within that school, they could have the   01:12:50
11  autonomy to -- to make that 350-minute schedule,
12  what works for their building and their staffing.
13  Q  Understood.  I'm going to ask you a few
14  questions about superintendents.
15      I first want to know, who employs the county   01:13:08
16  board superintendent?
17  A  I am hired by the five elected board members.
18  Q  And are you a state official?
19      MS. DENIKER:  Objection to the form.
20      THE WITNESS:  I believe I'm considered a    01:13:26
21  state employee.  I have all the rights and benefits
22  of a state employee.
23  BY MS. REINHARDT:
24  Q  Are you responsible for executing educational
25  policies?                  01:13:38
Page 43

1  A  That's been approved by my board, by my
2  five-member board.
3  Q  Understood.  Is the county board
4  superintendent responsible for monitoring H.B. 3293?
5      MS. DENIKER:  Objection to the form.     01:14:04
6      THE WITNESS:  That -- there is a current
7  injunction with that rule, so we're...
8  BY MS. REINHARDT:
9  Q  Is the county board superintendent
10  responsible for monitoring state policies that are   01:14:30
11  adopted by the county board?
12      MS. DENIKER:  Objection to form.
13      THE WITNESS:  Would you repeat that question.
14  BY MS. REINHARDT:
15  Q  Is the county board superintendent      01:14:41
16  responsible for monitoring policies, let's say state
17  policies, that are adopted by the county board?
18      MS. DENIKER:  Same objection.
19      THE WITNESS:  Our -- our county board
20  policies are following state board policy.     01:15:01
21  BY MS. REINHARDT:
22  Q  And is the county board superintendent
23  responsible for monitoring those?
24      MS. DENIKER:  Same objection.
25      THE WITNESS:  We enforce the policy as it   01:15:13
Page 44

1  comes down from the State and our local board
2  because we're required to enforce state policy.
3  BY MS. REINHARDT:
4  Q  And how do you enforce it, state policy?
5  A  We follow what the rule says.         01:15:40
6  Q  Does the rule describe how it should be
7  enforced?
8      MS. DENIKER:  Objection to the form.
9      THE WITNESS:  Generally, we know how to
10  enforce the rule.  And if we had questions about a   01:16:02
11  state board policy, we would contact the state board
12  to make clarification.
13  BY MS. REINHARDT:
14  Q  Understood.  And what is your relationship
15  with the county board superintendent -- I'm sorry,   01:16:14
16  let -- let me rephrase that.
17      What is your relationship with the state
18  board superintendent?
19  A  I contact him when I need to.  He's -- he is
20  available, and our state board is available, our    01:16:32
21  state department.
22  Q  In what instances would you need to -- in
23  what instances would you need to discuss things with
24  the state board superintendent?
25  A  I've had contact with our state board     01:16:49
Page 45

12 (Pages 42 - 45)

1 superintendent when I wanted to have something
2 clarified that was said, possibly, at a meeting with
3 us. They do meet with us regularly. They are great
4 to give us -- great to keep us informed in
5 information. So we -- we see them often.       01:17:19
6     So it's -- it's not like I call him every day
7 , but if I needed something, I -- I have called to
8 verify something that one of his departments maybe
9 have said to us and I wanted to talk with him. It's
10 not often, but he is available and there when we       01:17:42
11 have questions.
12  Q  Who is the state board superintendent?
13  A  Clayton Burch.
14  Q  And did you discuss H.B. 3293 with
15 Clayton Burch?              01:18:00
16  A  No.
17  Q  Does the county board superintendent defer to
18 the state board superintendent?
19     MS. DENIKER: Objection to the form.
20     THE WITNESS: No.              01:18:14
21 BY MS. REINHARDT:
22  Q  Have you heard of the West Virginia Education
23 Information System?
24  A  I believe we call that WVEIS, West Virginia
25 EIS. We -- we refer to it as WVEIS, so I'm sure

Page 46

1 department. It's just a database. So there's a lot
2 of people involved with WVEIS in different
3 departments. There's a lot of sides to it. There's
4 a student information side. There's, like I said,
5 the finance side. That's where we keep our student       01:19:59
6 attendance. It's just a recordkeeping large
7 database.
8 BY MS. REINHARDT:
9  Q  Does the county board -- I'll rephrase.
10     Is the county board able to enter information       01:20:12
11 into WVEIS?
12  A  Are you referring to county board members, in
13 that sense, or are you speaking about just --
14  Q  I'll take it from a high level first.
15     So can you, as county superintendent, enter       01:20:30
16 information into WVEIS?
17  A  I can.
18  Q  And are the various departments -- and when I
19 say "departments," I'm referring to the ten
20 departments that report to you. Are they able to       01:20:47
21 enter information into WVEIS?
22  A  For their specific department. My attendance
23 director has access to attendance menus. My school
24 supervisors have access to menus that involve their
25 schools.              01:21:04

Page 48

1 that -- I haven't heard it called that for a long
2 time.
3  Q  Wonderful. So it's an acronym --
4  A  Thanks for the memory.
5  Q  Is it okay with you if I also call it WVEIS?  01:18:40
6  A  Yes. You can also call it an antiquated
7 system, but that's okay.
8  Q  And why do you call it an antiquated system?
9  A  It's been around as long as I have, so...
10  Q  What is WVEIS, if you could please explain it  01:18:57
11 to me?
12  A  WVEIS is just the state database that we use.
13 All counties are connected to WVEIS. And it's a --
14 just a student information database. It also holds
15 financial -- our county financial menus as well.  01:19:12
16 It's a large -- it's a large database.
17  Q  So the county board superintendent has access
18 to WVEIS?
19  A  I do.
20  Q  Do the county board members have access to  01:19:30
21 WVEIS?
22  A  No.
23  Q  Who controls WVEIS?
24     MS. DENIKER: Objection to the form.
25     THE WITNESS: I believe it would be the state  01:19:47

Page 47

1     So it depends on what their need is. We
2 don't just allow anybody WVEIS access.
3  Q  Understood. And I am -- I have just a few
4 more questions for you, and then we can take a
5 break, if you would like.              01:21:19
6     My first question is if you've ever heard of
7 the county board superintendent's advisory council?
8  A  Repeat that.
9  Q  The county board superintendent's advisory
10 council.              01:21:43
11  A  I am not familiar with that. And I could
12 be -- I just maybe have not -- maybe it's like the
13 WVEIS thing. I'm just not --
14  Q  As I --
15  A  Is it              01:22:07
16  Q  Sorry, I did not mean to interrupt you.
17     Go ahead.
18  A  I was going to ask, as it relates to just our
19 county superintendents?
20  Q  As I understand it -- and again, I don't know  01:22:17
21 if it exists, but as I understand it, it's a council
22 to promote collaboration among the county districts
23 and to provide input to the State Board of
24 Education.
25     Is there a council similar to that that       01:22:35

Page 49

13 (Pages 46 - 49)

Armistead Supp. App. 0741

1 you're aware of?
2    A  I am not a member of that council.
3    Q  Do you know if there's an annual report that
4 goes to the state superintendents regarding concerns
5 the county board may have?    01:22:56
6    A  I am not aware.
7    Q  Thank you.  And similarly, have you heard of
8 the West Virginia education advisory team?
9    A  I'm not sure that's what it's titled.  I know
10 we have some superintendents that are involved in    01:23:27
11 different things from the state superintendent.  I
12 am not on that team.
13    Q  Understood.  And those are all the questions
14 I have pertaining to this topic, if you would like
15 to take a break at this time.    01:23:44
16      MS. DENIKER:  Is that topic 1 that we have
17 concluded, Ms. Reinhardt?
18      MS. REINHARDT:  It is the conclusion of
19 topic 1.  I may have some questions later that kind
20 of inter-- that cross with topic 1, but for now,    01:23:58
21 that's the conclusion of topic 1.
22      THE WITNESS:  Do we need a break?
23      MS. DENIKER:  We do not need a break, if you
24 want to continue, but if you would like to take a
25 break, that is fine.    01:24:15
Page 50

1      MS. REINHARDT:  One second.
2      Let's take a five-minute break for now.  If
3 folks are able to return at 11:30, we'll go off the
4 record.
5      THE VIDEOGRAPHER:  We are going off the    01:24:33
6 record at 1:24 p.m., and this is the end of Media
7 Unit No. 1.
8      (Recess.)
9      THE VIDEOGRAPHER:  All right.  We are back on
10 the record at 1:36 p.m., and this is the beginning    01:35:51
11 of Media Unit No. 2.
12      Go ahead.
13 BY MS. REINHARDT:
14    Q  Does the county board have a role as it
15 relates to sports in Harrison County?    01:35:59
16    A  The same as they would with any policy, as it
17 relates to sports or any other topic.
18    Q  Can you speak a little bit more to that?
19 What role would they have?
20    A  Are you asking specific to sports?    01:36:36
21    Q  I am.
22    A  The understanding is, is that our board, when
23 they have policies in place -- like I said, I am
24 there for the day-to-day operations.  So I think the
25 questions are, is the board, everyday, in the    01:36:59
Page 51

1 day-to-day operations.  They are not, until we have
2 a board meeting and they're in as a group.  They --
3 they take no action.  They -- they really have no
4 authority as single board members.
5      So I guess my -- my thing is, is they --    01:37:17
6 they've got me for day-to-day operations, and I --
7 they adopt policy to support that as a group.
8      But as far -- are you speaking of day-to-day
9 operations of athletics in the county?
10    Q  I am not.  But let me ask you another    01:37:38
11 question first.
12      Is the county -- when I'm referring to the
13 county board, are you answering only as it relates
14 to the county board members?
15    A  Well, I believe my role here is in the -- I    01:37:52
16 am in that capacity as representing the -- the
17 board, but they -- they are my supervisors or they
18 are over my --
19      MS. DENIKER:  Ms. Reinhardt, this is Susan
20 Deniker.  Could we go off the record for a minute    01:38:21
21 and I think that we can maybe make some
22 clarifications that would be helpful moving forward?
23      MS. REINHARDT:  Thank you.  Yes, let's go off
24 the record, please.
25      THE VIDEOGRAPHER:  All right.  We're going    01:38:31
Page 52

1 off the record.  The time is 1:38 p.m.
2      (Recess.)
3      THE VIDEOGRAPHER:  All right.  We are back on
4 the record at 1:41 p.m.
5      Go ahead.    01:40:46
6      MS. REINHARDT:  While off the record, we
7 discussed the definition of county board, as I refer
8 to it here.
9 BY MS. REINHARDT:
10    Q  So Superintendent Stutler, when I refer to    01:40:54
11 "county board," I'm talking about the entire County
12 Board of Education, not just the elected members.
13 I'll clarify, going forward, when I'm talking about
14 the county board's elected members.  Is that clear?
15    A  Yes.  Thank you.    01:41:14
16    Q  Wonderful.  And as I go through this line of
17 questioning, if there's anything that you don't
18 believe you reviewed while reviewing the topics in
19 the 30(b)(6) notice, just let me know, but I will
20 try to stick to only topics that you've noted as    01:41:30
21 reviewed.
22    A  Thank you.
23    Q  I'm going to ask my previous question again.
24      Does the county board have a role as it
25 relates to athletics or sports?    01:41:44
Page 53

14 (Pages 50 - 53)

Armistead Supp. App. 0742

1  A  Yes.
2  Q  And what is that role?
3  A  We -- well, it's under my jurisdiction.
4  Each -- each school has an athletic director that
5  would be under the administrator in that building.   01:42:01
6  So each athletic program has its own athletic
7  director that oversees the programs in that
8  building.  And that athletic director reports to the
9  school principal, and, of course, the school
10 principal reports to the county board.   01:42:19
11  Q  Are the coaches at Bridgeport Middle School
12 employees of the county board?
13  A  Not all.  We have volunteer coaches that are
14 vetted by the school board, but they are not
15 employees; they are unpaid volunteer coaches.   01:42:51
16  Q  Are they required to sign a contract as
17 volunteer coaches?
18  A  No.  We are -- we do vet them.  They have
19 background checks, and we vet them, but they're not
20 under contract.   01:43:06
21  Q  And when you say "we," do you mean the county
22 board?
23  A  Yes.
24  Q  Thank you.
25  A  Thank you.   01:43:13

Page 54

1  Q  Does the county board have a role -- and I
2 know we discussed this briefly -- as it pertains to
3 policies regarding sports in Harrison County?
4  A  Yes.
5  Q  What is that role?   01:43:32
6  A  It would be the same role as other policies
7 that we would have -- that we -- that my board would
8 adopt.
9  Q  Does the county --
10  A  It would follow --   01:43:47
11  Q  Oh, I -- I apologize.  Go ahead.
12  A  It would follow that same process.
13  Q  Would you bother reminding me what the
14 process is?
15  A  If -- if there's a state policy and we want   01:43:59
16 to adopt the processes for our county, we would
17 adopt the local policy, with those processes, and it
18 would go to the board, and they would adopt an
19 official policy, and it would be enacted.
20  Q  And when you say it would go to the board, do   01:44:18
21 you mean the elected board members?
22  A  The elected board.  I'm sorry, I will say
23 elected board as well.
24  Q  No problem.  I know --
25  A  They're such a big part of our world.   01:44:28

Page 55

1  Q  Understood.  Does the county board have any
2 policies pertaining to sports?
3  A  We have minimal.  We have two.
4  Q  And what are those two policies?
5  A  We have a policy on extracurricular   01:44:45
6 activities for 6 to 12, just defining what
7 extracurricular would be for 6 to 12th grade.  And
8 the other policy that we have is on how you obtain a
9 letter, how are you a lettermen, as far as sports is
10 concerned.   01:45:07
11  Q  When were those policies developed?
12  A  I believe 2008 was one.  I don't remember the
13 date on the other.  They were early.  They're --
14 they're older policies.
15  Q  So as it relates to the lettermen policy,   01:45:20
16 I'll use that as an example, who is responsible for
17 enforcing it?
18  A  That would be the school AD and the athletic
19 program at the school.  That would be really
20 pertaining to the high school athletic directors.   01:45:40
21  Q  And does the county board ever need to step
22 in, as far as enforcing those policies?
23  A  Only if there would be a disagreement.  I
24 would assume that if a child thought they were
25 supposed to get a letter, and they didn't, then I   01:46:00

Page 56

1 would probably be -- it would be brought to my
2 attention.
3  Q  Understood.  And just for clarity, does the
4 county board have any policies related to sex
5 separation in sports?   01:46:12
6  A  No, we do not have an adopted policy for
7 that.  We follow SSAC guidelines on what teams are
8 coed.
9  Q  Does the County have any policies pertaining
10 to transgender students?   01:46:40
11  A  No.
12  Q  What do you know about H.B. 3293?
13      MS. DENIKER:  Objection to the form.
14      THE WITNESS:  It -- it was a state law passed
15 in July of '21.   01:47:05
16 BY MS. REINHARDT:
17  Q  What does H.B. 3293 do?
18      MS. DENIKER:  Objection to the form.
19      THE WITNESS:  I can really only tell you what
20 I know when I read the statute.  It's a -- it makes   01:47:24
21 a distinction between -- it begins by saying that
22 there is an inherent difference between a male and a
23 female.  It talks about safety during sporting
24 activities or doing -- during athletics.  And it
25 also addresses the equity or displacement of female   01:47:46

Page 57

15 (Pages 54 - 57)

1 athletes.

2     I can only speak to the statute and what it

3 says.

4 BY MS. REINHARDT:

5     Q  How did you come to know about H.B. 3293?     01:48:03

6     MS. DENIKER:  I'm going to object to the form

7 and ask if you're asking her -- are you asking her

8 this as the superintendent?

9     I mean, this is a little bit of a

10 complicating factor as it relates to a 30(b)(6)     01:48:19

11 deposition.

12     Are you asking Superintendent Stutler how she

13 became aware of that as the superintendent?

14     MS. REINHARDT:  I'm asking

15 Superintendent Stutler to speak to it as the county     01:48:30

16 board designee.

17     When I'm referring to Superintendent Stutler,

18 I'll be sure to reference you and make it clear when

19 I'm asking.  I apologize if that wasn't clear.

20     MS. DENIKER:  Well, I'm not sure how she can     01:48:47

21 answer how an entity became aware of something.

22     MS. REINHARDT:  Can we go off the record for

23 just one moment, please?

24     MS. DENIKER:  Sure.

25     THE VIDEOGRAPHER:  Okay.  We are going off     01:48:55

Page 58

1 the record.  The time is 1:49 p.m.

2     (Recess.)

3     THE VIDEOGRAPHER:  All right.  We are back on

4 the record at 1:55 p.m.

5     Go ahead.     01:55:19

6 BY MS. REINHARDT:

7     Q  Superintendent Stutler, when did you, in your

8 individual capacity, become aware of H.B. 3293?

9     A  I cannot give a specific date or time.  I can

10 tell you the process with any legislative updates     01:55:36

11 that I received, and it involves all of them.

12     Generally, when our legislative group in

13 Charleston convene, they are always, you know,

14 putting forth new bills.  You never know where

15 they're at and what process.     01:55:54

16     And we have multiple organizations, one being

17 my superintendent's organization, that gives us

18 usually a weekly update on where the bills are.

19 There's not commentary on those.  It's just a

20 snippet of what the bill is and kind of an overview     01:56:07

21 of what the bill is, and I get those -- a list of

22 all of them that's been introduced, and then they'll

23 update us occasionally.  And those come from

24 different directions.

25     We have a superintendent's organization.  Our     01:56:25

Page 59

1 school board, I'm talking about the elected members,

2 and their association will send out legislative

3 updates on everything coming out of the legislation

4 for the legislative body in -- in our Charleston

5 legislature.     01:56:42

6     So I can't give you a specific time, but I

7 did receive updates in general from -- from those

8 sources.

9     Q  And how often are those updates provided?

10     A  It depends on how busy Charleston is.  If     01:56:56

11 there's a lot going on, we get them frequently.  No

12 more than once a week during the session.

13     Q  And if the superintendent of the county board

14 has questions related to legislation, who does the

15 county superintendent go to?     01:57:15

16     MS. DENIKER:  Objection to the form.

17     Are you speaking about Dora Stutler as county

18 superintendent?

19     MS. REINHARDT:  I'm generally speaking to a

20 superintendent in this role.     01:57:29

21 BY MS. REINHARDT:

22     Q  Is there a specific person who has been

23 designated or is in a position to answer questions

24 about legislation?

25     A  When there is a legislative update, I -- I     01:57:42

Page 60

1 guess I'm in a different role.  In my role as

2 superintendent here, I -- I am not one that's making

3 decisions on legislation.  I'm watching it.  I'm

4 being updated on it.  I am not in that role.

5     Now, whether other superintendents are, I am     01:58:00

6 unaware.  But I am not in that role.  But I am

7 paying attention and reading the updates that are

8 coming to me.

9     Q  Do you recall who updated you about H.B.

10 3293?     01:58:13

11     A  It came specifically from our superintendent

12 organization.  They do -- like I said, it's that

13 same -- it's the same group.  We -- we have an

14 association of all the superintendents, 55 counties.

15     Q  Who is the superintendent -- and I     01:58:35

16 apologize -- superintendent of organizations, is

17 that what you've said?

18     A  Yeah, it's an association of superintendents.

19 It's just our -- all -- all 55 counties.  There's an

20 executive director of that group, and they inform us     01:58:51

21 of anything that's -- of anything that's going to

22 affect school systems or legislation or rules,

23 anything.

24     Q  Are you a member of this association?

25     A  I am.     01:59:09

Page 61

16 (Pages 58 - 61)

1    Q  And once the association made you aware of
2  H.B. 3293, did you report -- did you report anything
3  related to H.B. 3293 to someone you report to?
4        And I can rephrase that if that was not
5  clear.                              01:59:29
6    A  No.
7    Q  Did you discuss H.B. 3293 with anyone who
8  reports to you?
9    A  No.
10   Q  Was the County Board of Education -- did the   01:59:45
11  County Board of Education have a role in drafting
12  H.B. 3293?
13   A  No.
14   Q  Did the county board provide any comments or
15  thoughts to the legislature regarding H.B. 3293 that   02:00:01
16  you are aware of as Superintendent Stutler?
17   A  Are you speaking about my county-elected
18  board or --
19   Q  The County Board of Education, generally.
20   A  No.                              02:00:22
21   Q  How was H.B. 3293 described to you as
22  Superintendent Stutler?
23       MS. DENIKER:  Objection to the form.
24       THE WITNESS:  I truly just read the
25  administrative updates, and I will tell you that we   02:00:42

Page 62

1  had someone that presented to my board, but he did
2  all the legislative updates, like we would with any
3  legislative session, to inform my board.
4        (Exhibit 25 was marked for identification
5        by the court reporter and is attached hereto.)   02:01:04
6  BY MS. REINHARDT:
7    Q  Understood.  If you could go into the "Marked
8  Exhibits" folder, I'm going to introduce a document
9  that's been marked as Exhibit 25.
10       Please let me know when you have that up.   02:01:18
11   A  I see that.
12   Q  And for now, we're just going to be looking
13  at that first page.
14       Have you seen this e-mail before?
15   A  I had not seen that e-mail until counsel   02:01:58
16  shared that.
17   Q  What is WVASA?
18   A  That is the West Virginia association of
19  superintendents.
20   Q  And are you a member of that Listserv?   02:02:12
21   A  I am.
22   Q  Thank you.  Now, if you wouldn't mind, I
23  would also like to ask you who Sarah Starkey is.
24   A  She's our county Title IX investigator.
25   Q  And who is Kenneth Winkie?       02:02:36

Page 63

1    A  He's our safety and support director.
2    Q  And, finally, who is Donna Hage, if I'm
3  pronouncing that correctly?
4    A  Donna Hage, at that time, in 2021, the date
5  of that, she was an assistant superintendent for   02:02:56
6  Harrison County schools.
7    Q  Thank you.  Now, attached to this e-mail is a
8  Title IX presentation.
9        Have you seen this before?
10   A  I -- yesterday, I saw that.  I don't recall   02:03:10
11  seeing that previous, prior to yesterday, when I
12  did -- met with counsel.
13   Q  Understood.  I will give you an opportunity,
14  if you would like it, to flip through the PowerPoint
15  presentation, or I can just direct you to the pages   02:03:41
16  that I'll be asking about.  What do you prefer?
17   A  Just direct me to the pages.
18   Q  Wonderful.  I'm going to direct you to the
19  page that's Bate-numbered HCBOE 00343.
20       Are you there?  Let me -- please let me know   02:04:20
21  when you're there.
22   A  Yes.
23   Q  So on this page, at the top, it says,
24  "Title IX and Current Issues."  And on the following
25  page, it says, "Recent Cases of Note."       02:04:38

Page 64

1        Do you see that?
2    A  Yes.
3    Q  Then on the following page, which is
4  HCBOE 00345, it says, "WV House Bill 3293."
5        Do you see that?                 02:04:54
6    A  Yes.
7    Q  And is it correct that you, as Dora Stutler,
8  were not present for this presentation?
9    A  I do not attend all of those association
10  meetings.  So I do not recall that particular   02:05:12
11  presentation.  These attorneys do present often at
12  these organization meetings.
13   Q  After this presentation, did any of the --
14  other superintendents that are members of this
15  associations speak with you about a presentation?   02:05:33
16   A  No.
17   Q  Has the county board had any conversations
18  with the State Board of Education, prior to the
19  enactment of H.B. 3293, about students who are
20  transgender participating in sports?         02:05:54
21   A  No.
22   Q  Now, looking at this page, which I believe is
23  345, is that the same page you're currently on?
24   A  Yes.
25   Q  Can you just review it and let me know if   02:06:07

Page 65

17 (Pages 62 - 65)

Armistead Supp. App. 0745

1  this is how you recall H.B. 3293 being summarized to
2  you?
3      MS. DENIKER: Objection to the form of the
4  question.
5      I'm unclear about -- summarized by who?    02:06:24
6  BY MS. REINHARDT:
7   Q  As I understand it, Superintendent Stutler,
8  you received various e-mails about upcoming
9  legislation.
10      Did any of those e-mails categorize H.B. 3293    02:06:32
11  similarly to the page before you Bates-Stamped
12  numbered HCBOE 00345?
13   A  I could not speak to that.
14      MS. DENIKER: Objection to the form.
15  BY MS. REINHARDT:                    02:06:52
16   Q  Can you please go to the page Bates-Stamped
17  HCBOE 00347?
18   A  Yes, I see that.
19   Q  And it says (as read):
20      "Cause of Action. Any student        02:07:18
21  aggrieved by a violation of this
22  section may bring an action against
23  a county board of education or state
24  institution of higher education
25  alleged to be responsible for the        02:07:29

Page 66

1  alleged violation."
2      Have you seen this cause of action prior to
3  now?
4      MS. DENIKER: Objection to the form.
5      THE WITNESS: This document, during prep, was    02:07:41
6  shown to me.
7  BY MS. REINHARDT:
8   Q  Okay. And has any student brought an action
9  against the county board under H.B. 3293?
10      MR. TRYON: Objection.            02:08:03
11      THE WITNESS: We have been named, with
12  several other entities.
13  BY MS. REINHARDT:
14   Q  In what action?
15   A  It's a lawsuit against multiple entities, and    02:08:14
16  we are included in that for B.P.J.
17   Q  Have there been any actions related to
18  H.B. 3293 other than this case?
19   A  No.
20   Q  Has the county board taken any steps in        02:08:41
21  addressing this Cause of Action section?
22      MS. DENIKER: Objection to the form.
23      THE WITNESS: No. I mean...
24  BY MS. REINHARDT:
25   Q  Has the county board taken any steps        02:09:04

Page 67

1  preparation for actions brought under this section?
2   A  We have retained counsel for the current
3  lawsuit that we've been named in.
4   Q  Other than this action, has there been any
5  other preparation as to this Cause of Action section    02:09:30
6  from House Bill 3293?
7   A  No.
8   Q  Did the county board have any conversations
9  with employees at Bridgeport Middle School prior to
10  the enactment of H.B. 3293?                02:09:47
11      MS. DENIKER: Objection to the form.
12      Are you asking about --
13      MR. TRYON: Objection.
14      MS. DENIKER: -- 3293?
15      MS. REINHARDT: Can you please repeat that,    02:10:01
16  Ms. Deniker?
17      MS. DENIKER: Yes, I'm sorry, I objected to
18  the form. And then I was asking for clarification.
19      Why don't I just let you re-ask the question.
20  I apologize.                        02:10:11
21      MS. REINHARDT: No problem.
22  BY MS. REINHARDT:
23   Q  Did the county board have any conversations
24  with employees at Bridgeport Middle School prior to
25  the enactment of H.B. 3293 related to transgender    02:10:18

Page 68

1  students participating in sports?
2   A  There was a gender support plan being created
3  at Norwood Elementary for B.P.J. She was going to
4  attend Bridgeport Middle School.
5   Q  So --                        02:10:49
6   A  And there's a section -- there's a section on
7  that plan, Are you an athlete?
8   Q  Other than the gender support plan that
9  you're speaking of, were there any other
10  conversations with Bridgeport Middle School        02:11:04
11  employees about transgender students
12  participations -- participation in sports?
13   A  No.
14   Q  Did the county board have any conversations
15  with employees at Norwood Elementary School prior to    02:11:18
16  the enactment of H.B. 3293 about students who are
17  transgender participating in sports?
18   A  No.
19   Q  What is the county board's rule as it relates
20  to H.B. 3293?                        02:11:45
21      MS. DENIKER: Objection to the form.
22      THE WITNESS: It's like any other state law.
23  But there's an injunction, so that was never
24  enacted.
25  BY MS. REINHARDT:                    02:11:58

Page 69

18 (Pages 66 - 69)

1
2     Q  Has H.B. 3293 been enforced against any other
3  student other than B.P.J.?  I apologize.
4     A  There's an injunction against it.  We take --
5  we've taken no action.                    02:12:17
6         MS. REINHARDT:  Susan, I believe the rest of
7  my questions relate to topic 10, so if it suits the
8  parties, we'll take a break now for about
9  20 minutes, and then I would ask the county board to
10  have David Mazza present.                  02:12:39
11        MS. DENIKER:  And then are done with all
12  other topics upon which Ms. Stutler will be
13  testifying on?
14        MS. REINHARDT:  I am not.
15        MS. DENIKER:  Okay.              02:12:51
16        THE VIDEOGRAPHER:  So -- okay.
17        MS. REINHARDT:  We can also go off the
18  record.
19        THE VIDEOGRAPHER:  Yeah, let's discuss --
20  okay.  We're -- we're going off the record.  The    02:13:00
21  time is 2:13 p.m., and this is the end of Media Unit
22  No. 2.
23        One moment.
24        (Recess.)
25        THE VIDEOGRAPHER:  All right.  We are back on   02:53:32

Page 70

1  the record at 2:54 p.m., and this is the beginning
2  of Media Unit No. 3.
3         Go ahead.
4  BY MS. REINHARDT:
5     Q  Have you heard -- I'll rephrase.      02:53:57
6         Have you, as Dora Stutler, heard of
7  West Virginia Secondary School Activities
8  Commission?
9     A  Yes.
10    Q  Can you tell me what it is?          02:54:06
11        MS. GREEN:  Object to the form.
12        This is Roberta Green on behalf of WVSSAC.
13        THE WITNESS:  It's -- it's a governing body,
14  but it's made up of member -- members of the -- of
15  the schools.  It's a principals organization with   02:54:26
16  the governing body of the SSAC.
17  BY MS. REINHARDT:
18    Q  Is it okay if I refer to it as "WVSSAC" going
19  forward?
20    A  Yes.                              02:54:42
21    Q  Is the county board able to delegate powers
22  to another body?
23    A  Can you rephrase that or ask that in another
24  way?
25    Q  Of course.  I can ask a more direct question.  02:54:55

Page 71

1         Has the county board delegated any of its
2  powers, as it relates to sports, to WVSSAC?
3         MS. DENIKER:  Object to the form.
4         MS. GREEN:  Also object to the form.
5         THE WITNESS:  No.                   02:55:13
6  BY MS. REINHARDT:
7     Q  Has the county board delegated any of its
8  powers, as it relates to sports, to any other entity
9  other than the County itself?
10        MS. DENIKER:  Objection to the form.     02:55:31
11        MS. DENIKER:  Object to the form.
12        THE WITNESS:  Can we talk about what the
13  SSAC -- I mean, how it -- the oversight of the SSAC
14  for counties in general?  Because the confusion is,
15  is we don't -- my board, delegating authority -- I   02:55:53
16  mean, my board, we're following state policy and
17  guideline.  That's what we do.
18        The West Virginia SSAC is an oversight board
19  and provides guidance for our schools and our
20  athletic programs.  It's a guiding body.     02:56:11
21        So I don't know that my board, if you're --
22  well, see, I'm thinking elected members.  You're --
23  you're thinking of the board in general.
24        I'm trying to just explain the relationship.
25  I mean, we -- we have members of the SSAC.     02:56:28

Page 72

1  They're -- it's a member body.  It's our principals.
2         MS. DENIKER:  This is Susan Deniker.  I just
3  want to also state that to the extent we're talking
4  about the relationship between the Harrison County
5  board and the WVSSAC, I believe that that is topic    02:56:43
6  10, and we've designated a different witness for
7  that.
8         MS. REINHARDT:  Understood.  I am asking
9  Superintendent Stutler questions as it relates to
10  topic 8 at this moment.                  02:56:54
11  BY MS. REINHARDT:
12    Q  Does WVSSAC have any powers as it relates to
13  sports?
14        MS. GREEN:  Object to the form.
15        MS. DENIKER:  Same objection.        02:57:09
16        THE WITNESS:  Yes.  They set guidelines for
17  us to follow.
18  BY MS. REINHARDT:
19    Q  When you say "us," they set guidelines for
20  the County Board of Education to follow?     02:57:18
21        MS. GREEN:  Object to the form.
22        THE WITNESS:  There are athletic -- yes, for
23  our athletics, in each -- our programs need to
24  follow.  There's certain examples.  Transfer of a --
25  of a student from one school to another.  There's    02:57:34

Page 73

19 (Pages 70 - 73)

Armistead Supp. App. 0747

1 guidelines.  They have to follow that.  There's
2 eligibility requirements.  Those are all -- but
3 those are all rules that were voted on as the -- the
4 principals vote on that as members of the West
5 Virginia SSAC.  But there is a governing body that     02:57:53
6 govern all of our sport programs.
7 BY MS. REINHARDT:
8     Q  I apologize if I'm not quite understanding.
9 So if I can just have a little bit of clarity, I'm
10 wondering -- so I'll ask several questions and maybe     02:58:06
11 that will help get me to the point of understanding.
12         WVSSAC provides guidelines, and those are
13 presented to the county board, and the county board
14 must follow those guidelines.
15         Is that a correct summary of what you've     02:58:26
16 said?
17         MS. DENIKER:  Object to the form.
18         MS. GREEN:  Objection to the form.
19         THE WITNESS:  I guess my frustration is I'm
20 not sure what you're asking me.  I know how the     02:58:40
21 West Virginia SSAC works.  I know how it governs our
22 sporting events.  And they work with our
23 administrators and our ADs to put programs together
24 for our kids and their athletics.  It's -- it's a --
25 it's a guide.  They provide guidelines for them.     02:58:59

Page 74

1         And there are -- if we do not follow certain
2 things, and there is a -- someone says, hey, I don't
3 agree with that, yes, there are ways to appeal that,
4 and there could be hearings for athletes.
5 BY MS. REINHARDT:     02:59:17
6     Q  So --
7     A  But there are rules that we have to follow
8 for our athletic programs.
9     Q  And those rules are provided by WVSSAC?
10         MS. GREEN:  Object to the form.     02:59:31
11         MS. DENIKER:  Objection to the form.
12         THE WITNESS:  Yes.
13 BY MS. REINHARDT:
14     Q  And can you please describe the process to me
15 if the county board doesn't agree with a guideline     02:59:40
16 or a rule set by WVSSAC?
17         MS. GREEN:  Object to the form.
18         THE WITNESS:  Well, I -- I think you have to
19 go back to what the -- how their -- their rules come
20 to us.  You have your administrators all as a     02:59:56
21 part -- they're members of this.  So they're the
22 ones creating these rules, voting on these rules.
23         So we -- once these rules are passed by a
24 majority of those members, we follow the rules.
25 ///

Page 75

1 BY MS. REINHARDT:
2     Q  And what happens if there's a dispute about
3 implementing a certain rule?
4         MS. GREEN:  Object to the form.
5         MS. DENIKER:  Objection to the form.     03:00:25
6     I also believe that this is a topic 10 issue.
7         MS. REINHARDT:  I'm going to ask the witness
8 to continue to answer, as I believe this falls under
9 topic 8.
10         MS. DENIKER:  And I will permit her to answer     03:00:37
11 with the understanding that I will not permit
12 multiple witnesses to be asked the same questions
13 with regards to the same issues.
14         MS. REINHARDT:  Understood.  Thank you.
15 BY MS. REINHARDT:     03:00:53
16     Q  Would you like me to repeat my question?
17     A  Yes, please.
18         MS. REINHARDT:  Could the court reporter
19 please read back my last question?
20         THE REPORTER:  Yes.     03:01:11
21     (Record read.)
22         MS. GREEN:  Object to the form.
23         MS. DENIKER:  Same objections I've already
24 raised.
25         THE WITNESS:  I can tell you, in Harrison     03:01:23

Page 76

1 County, our ADs and our administrators are following
2 those rules.
3 BY MS. REINHARDT:
4     Q  So all of the rules set by WVSSAC are
5 currently being followed by the County Board of     03:01:38
6 Education?
7         MS. GREEN:  Object to the form.
8         MS. REINHARDT:  I can also --
9         THE WITNESS:  That I'm aware of.
10         MS. REINHARDT:  Oh, I apologize.     03:01:51
11     Would Mrs. Deniker and Mrs. Green make a
12 standing objection to these topics?
13         MS. GREEN:  I'm perfectly fine to keep
14 objecting.  It's possible some of them would be,
15 yeah.  But my -- my objections go to foundation and     03:02:05
16 scope, and I'm not sure what else, so...
17         MS. DENIKER:  At this point, I don't see a
18 need for a continuing objection, but if we get to a
19 place where I think that that is appropriate, I will
20 -- we can discuss that.  Thank you for that offer.     03:02:25
21         MS. REINHARDT:  No problem.
22 BY MS. REINHARDT:
23     Q  You may answer, Superintendent Stutler.
24     A  Are you asking if a -- an administrator has
25 an objection to the rule or the athlete has an     03:02:36

Page 77

20 (Pages 74 - 77)

Armistead Supp. App. 0748

1 objection to the rule?
2 Q I'm asking about the County Board of
3 Education. So if -- if it makes more sense, an
4 administrator.
5     MS. DENIKER: Objection to the form.     03:02:54
6     THE WITNESS: I am unaware of any objections
7 to the SSAC rules in Harrison County from our
8 administrators.
9 BY MS. REINHARDT:
10 Q Thank you. Does the County determine player     03:03:05
11 eligibility?
12     MS. GREEN: Object to the form.
13     MS. DENIKER: Also object to the form.
14     And again, I'm going to object that this is
15 beyond the scope of topic 9, and I believe that it     03:03:27
16 clearly falls within -- within topic 10.
17 BY MS. REINHARDT:
18 Q I'm going to ask you to go into the "Marked
19 Exhibit" folder and please pull up Exhibit 24.
20     Please let me know once you have it up.     03:03:56
21 A Yes, it's there.
22 Q So if you look at topic 8, which I believe,
23 at the bottom, is page 7, it states (as read):
24     "The Harrison County Board and the
25     County Superintendent's current     03:04:15

*Page 78*

1 and/or expected role in
2 implementing, monitoring,
3 supervising, regulating, and
4 enforcing H.B. 3293, including any
5 delegation of authority to or     03:04:24
6 supervision over the West Virginia
7 Secondary School Activities
8 Commission."
9 Did you prepare for this topic?
10 A I did.     03:04:34
11 Q And can you please remind us what you did in
12 preparation of topic 8?
13     MS. DENIKER: And again, I will instruct you
14 not to answer about any communications you had with
15 counsel.     03:04:49
16     THE WITNESS: Reading over documents in -- in
17 prep for this meeting today.
18 BY MS. REINHARDT:
19 Q And --
20 A And House Bill 3293.     03:05:00
21 Q And which documents were those?
22 A I read the house bill, 3293.
23 Q That was the only document you read related
24 to this topic?
25     MS. DENIKER: Objection to the extent that     03:05:16

*Page 79*

1 this has been asked and answered.
2     MR. TRYON: Objection.
3     David Tryon.
4 BY MS. REINHARDT:
5 Q Were there any additional documents that you     03:05:25
6 reviewed?
7     MS. DENIKER: Same objection.
8     THE WITNESS: Information on the secondary
9 school activities commission.
10 BY MS. REINHARDT:     03:05:37
11 Q What information on the West Virginia
12 Secondary School Activities Commission?
13 A When they're governing body and how they
14 interact with counsels in their role.
15     MS. REINHARDT: So, Susan, I believe these     03:05:54
16 fall directly under the questions that I'm asking,
17 and it sounds like Superintendent Stutler is
18 prepared to answer these questions.
19     MS. DENIKER: Well, I object to that because
20 I believe that topic 8 is in the context of House     03:06:06
21 Bill 3293. You're asking general questions with
22 regard to the relationship between Harrison County
23 Board of Education and the WVSSAC, which I believe
24 are within the scope of topic 10. I -- I understand
25 topic 8 to be in the context solely of House Bill     03:06:23

*Page 80*

1 3293.
2     MS. REINHARDT: I will continue to set a
3 foundation, and I will allow you to have a standing
4 objection, if you would like, or you can continue to
5 object.     03:06:36
6 BY MS. REINHARDT:
7 Q But I would ask you, Superintendent Stutler,
8 if the county board determines player eligibility.
9     MS. GREEN: Object to the form.
10     MS. DENIKER: I object to the form, too.     03:06:48
11     And I just want to say one more time that I
12 will object to you asking these general questions of
13 a different witness if you get -- if you have these
14 questions asked and answered of this witness.
15     MS. REINHARDT: Understood.     03:07:01
16     MS. DENIKER: And to the extent you do not
17 know the answers to the question --
18     THE WITNESS: Just say "I don't know"?
19     MS. DENIKER: -- you may answer accordingly.
20     THE WITNESS: Eligibility is -- there's a     03:07:13
21 guideline for what eligibility -- the requirements
22 for eligibility for a student athlete.
23 BY MS. REINHARDT:
24 Q And is that guideline through the County
25 Board of Education?     03:07:23

*Page 81*

21 (Pages 78 - 81)

Armistead Supp. App. 0749

1      MS. DENIKER:  Objection to form.
2      THE WITNESS:  No.  It's SSAC rules.
3  BY MS. REINHARDT:
4      Q   What happens if there's a dispute between the
5  county board and WVSSAC as it pertains to player      03:07:32
6  eligibility?
7      MS. GREEN:  Object to the form.
8      MS. DENIKER:  Objection to the form.
9      THE WITNESS:  I am unaware of any objections
10  with my ADs, my school administrators, with SSAC      03:07:49
11  rules.
12  BY MS. REINHARDT:
13     Q   Is there a process in place for a dispute
14  between the county board and WVSSAC regarding their
15  guidelines?                    03:08:06
16     MS. GREEN:  Object to the form.
17     A   There is a process for a student
18  athlete or -- yeah, an athlete.  If they disagree
19  with something that the AD or the coach or the
20  administrator has said, they can ask for a hearing.  03:08:28
21  BY MS. REINHARDT:
22     Q   And would this also be true for H.B. 3293?
23     MS. GREEN:  Object to the form.
24     MS. DENIKER:  Objection to the form.
25     MR. TRYON:  I'm going to join the objection.  03:08:48

Page 82

1      THE WITNESS:  No.  Because we are not
2  operating under House B. -- House Bill 3293.
3  BY MS. REINHARDT:
4      Q   Despite the injunction, if one was not put in
5  place, would the process that you've described be      03:09:05
6  the same for H.B. 3293?
7      MS. DENIKER:  Object to the form.
8      THE WITNESS:  If a student -- if a student
9  athlete is objecting to something, according to SSAC
10  rules, they could follow that process.      03:09:20
11  BY MS. REINHARDT:
12     Q   Thank you.  Did the county board have any
13  conversations with WVSSAC prior to the enactment of
14  H.B. 3293 about students who are transgender
15  participating in sports?          03:09:40
16     A   No.
17     Q   Do you know who Bernie Dolan is?
18     A   Yes.
19     Q   Who is Bernie Dolan?
20     A   He's the executive director of the SSAC.  03:09:52
21     Q   Did the county board have any conversations
22  with Mr. Dolan, prior to the enactment of H.B. 3293,
23  about students who are transgender participating in
24  sports?
25     A   No.          03:10:11

Page 83

1      Q   Did you, Superintendent Stutler, have any
2  conversations with Mr. Dolan regarding transgender
3  students participation in sports?
4      A   No.
5      MS. REINHARDT:  I am now going to move tab 7   03:10:27
6  into the exhibit folder, if you could please just
7  give me one second.  That will be marked as
8  Exhibit 26.
9      I'll let you know once I've placed it in the
10  folder.                    03:10:47
11     Okay.  You may refresh.  And please let me
12  know once you see Exhibit 26.
13     (Exhibit 26 was marked for identification
14     by the court reporter and is attached hereto.)
15     THE WITNESS:  I see that.          03:11:16
16  BY MS. REINHARDT:
17     Q   Have you, Superintendent Stutler, seen this
18  document before?
19     A   I don't recall seeing that.
20     Q   Now, I know there are quite a few people   03:11:23
21  listed on this e-mail.  I'm wondering if these are
22  all employees of the county board?
23     MS. DENIKER:  Objection to the form.
24     And, also, I don't believe that there's a
25  question.                  03:11:41

Page 84

1  BY MS. REINHARDT:
2      Q   Are any of these e-mails in the "To" column
3  employees of the county board?
4      A   I'm looking at the names.  I do not --
5  there's a -- it looks like David that's under the   03:12:11
6  exhibit, Exhibit 26.  What's that?  I don't know
7  that name.
8      There is one AD on there for Harrison County,
9  high school principal, high school assistant.  It
10  looks like this may have went to high school      03:12:21
11  principals, ADs.
12     Q   So there are -- great.
13     A   Okay.
14     Q   You're seeing several employees of the County
15  Board of Education in the "To" column; correct?   03:12:39
16     A   Yes.
17     Q   And so in this e-mail, it reads "Dear
18  Principals and ADs."
19     Does ADs stand for administrators?
20     A   No.  That's athletic director.      03:12:51
21     Q   Thank you for clarifying.
22     It goes on to say (as read):
23     "Below are a couple of bills that
24     will impact your school."
25     Am I reading that correctly?      03:13:09

Page 85

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0750

1    A  Yes.
2    Q  On the next page, it says (as read):
3    "HB 3293 - Transgender bill.  Please
4    read."
5        Am I reading that correctly?            03:13:16
6    A  Yes.
7    Q  Do you, Superintendent Stutler, agree that
8    H.B. 3293 is properly characterized as a transgender
9    bill?
10       MS. DENIKER:  Objection --              03:13:34
11       MS. GREEN:  Object to the --
12       MS. DENIKER:  -- to the form.
13       MS. GREEN:  Object to the form.
14       MR. TRYON:  Objection.
15       THE WITNESS:  I'm reading that.  I think that    03:13:53
16  was sent as just a small piece of information.  I --
17  I take nothing from that, really.
18  BY MS. REINHARDT:
19       Q  Do you know --
20       A  I think that was sent to AEs (sic) -- ADs and   03:14:03
21  the -- and the administrators.
22       Q  I apologize.  Can you please just repeat the
23  last portion?
24       A  I said that was sent to some ADs and
25  administrators.  I don't know what the intent of    03:14:16

Page 86

1    that was.
2    Q  Do you know why Mr. Dolan would characterize
3    H.B. 3293 as a transgender bill?
4        MS. GREEN:  Object to the form.
5        MS. DENIKER:  Objection to the form.       03:14:28
6        MR. TRYON:  Speculation.
7        THE WITNESS:  No.
8    BY MS. REINHARDT:
9    Q  Do you agree with the characterization that
10   H.B. 3293 is a transgender bill?             03:14:37
11       MS. DENIKER:  Objection to the form.
12       MS. GREEN:  And I'll object to the form.
13       MR. TRYON:  Objection.  Asked and answered.
14       (Simultaneous speaking.)
15       THE REPORTER:  I can't get all of your
16   objections at the same time.  I know it's hard being
17   on Zoom.  If you don't mind going off the record --
18   it's hard, with the cameras off, to see who is
19   speaking and objecting, so maybe to make it easier,
20   we either turn them on or try and take our time and
21   answer one at a time.  Thank you.
22       MR. TRYON:  This is Dave Tryon.  My objection
23   is asked and answered.
24       THE REPORTER:  Thank you.
25       MS. DENIKER:  This is Susan Deniker.  I     03:15:13

Page 87

1    objected to form and then also objected that it had
2    been asked and answered.
3        MS. GREEN:  This is Roberta Green on behalf
4    of SSAC.  I objected to the form.
5    BY MS. REINHARDT:                            03:15:33
6    Q  Unless your counsel directs you otherwise,
7    you may answer.
8    A  I don't know what the intent is with that.
9    Q  I'm asking if you agree with the
10   characterization.                            03:15:47
11       MS. GREEN:  Same objection.
12       MS. DENIKER:  Same objection.
13       MR. TRYON:  Objection.
14       THE WITNESS:  I would not be able to speak
15   whether I agree or disagree for the board.     03:15:59
16   BY MS. REINHARDT:
17   Q  Do you know why Mr. Dolan would send this
18   e-mail to the principals and -- and athletic
19   directors?
20       MS. GREEN:  I'm going to object to the form,   03:16:13
21   foundation, scope and speculative.
22       MS. DENIKER:  Object to form.
23       THE WITNESS:  I would have no idea.
24   BY MS. REINHARDT:
25   Q  Thank you.  And just to expedite my next few   03:16:23

Page 88

1    questions, I want to see if I can confirm what you
2    previously stated.
3        Can you confirm whether or not the county
4    board had any conversations with anyone outside of
5    the County Board of Education about H.B. 3293 as it   03:16:44
6    relates to students who are transgender
7    participating in school sports?
8        MS. DENIKER:  Objection on the basis it's
9    been asked and answered.
10       You can answer.                          03:16:59
11       THE WITNESS:  I am unaware of any
12   conversations.
13   BY MS. REINHARDT:
14   Q  If the preliminary injunction was not in
15   place, what would be required of the county board as   03:17:07
16   it relates to H.B. 3293?
17       MS. DENIKER:  Objection to the form.
18       THE WITNESS:  We -- we have not acted or
19   changed the way that we would continue with sports
20   in our athletic programs and --               03:17:39
21   BY MS. REINHARDT:
22   Q  And that -- and that's true even if the
23   injunction was not in place?
24       MS. DENIKER:  Objection to the form.
25       THE WITNESS:  The board has taken no action   03:17:52

Page 89

23 (Pages 86 - 89)

Armistead Supp. App. 0751

1 as it relates to this house bill.
2 BY MS. REINHARDT:
3   Q  I'm asking what that'd be required to do.
4     MS. DENIKER:  Objection to the form.
5     THE WITNESS:  We receive the house bill.     03:18:14
6 It's not enacted.  We've made no action on that.
7 And I could not speak on what actions would be
8 taken.  We have not had to address that.
9 BY MS. REINHARDT:
10   Q  Who will be responsible for promulgating     03:18:36
11 rules to implement H.B. 3293?
12     MS. GREEN:  Object to the form.
13     MS. DENIKER:  Objection to the form.
14     THE WITNESS:  It would be the same process we
15 would with any new house bill or rule that we have.     03:18:49
16 BY MS. REINHARDT:
17   Q  And that's in line with how you characterized
18 the process earlier in this deposition; is that
19 correct?
20     MS. DENIKER:  Objection to the form.     03:19:04
21     THE WITNESS:  I believe so.
22 BY MS. REINHARDT:
23   Q  I am just trying to not make you reiterate
24 the -- your process for implementing policies, but
25 if you prefer, I am happy to hear that.     03:19:20
                                                      Page 90

1   A  I think I have been asked that.  It's a --
2 it's a complicated question.  When you're talking
3 about board policies, our board can only enact
4 policies that they vote on and it becomes the
5 policy.  We have adopted state board policy, and we     03:19:43
6 will mirror the language of the state board policy.
7     Can the County adopt their own policy?  We
8 can.  If it's presented to the board, it's acted on,
9 they vote on it.
10     I don't -- I guess I'm not sure what you're     03:20:03
11 asking me.
12   Q  That answers my question.  Thank you.
13     Could the county board issue any rules in
14 conflict with H.B. 3293?
15   A  No.                                         03:20:26
16   Q  To your knowledge, has the county board ever
17 violated any rules promulgated by the State Board of
18 Education?
19     MS. DENIKER:  Objection to the form.
20     THE WITNESS:  Not that I'm aware of.     03:20:43
21 BY MS. REINHARDT:
22   Q  Thank you.  I'm going to move on to topics as
23 they relate to topic 4.
24     I want to talk a little bit about
25 Plaintiff B.P.J. in this case and her experience in     03:20:59
                                                      Page 91

1 Harrison County schools.  Is that okay?
2   A  Yes.
3   Q  Do you, Superintendent Stutler, know who
4 B.P.J. is?
5   A  Yes.                                         03:21:11
6   Q  Have you ever met B.P.J.?
7   A  I have.
8   Q  How would you describe her?
9   A  Energetic, pleasant, athletic.
10   Q  Have you ever seen her be distressed?     03:21:37
11     MS. DENIKER:  Objection to the form.
12     THE WITNESS:  I believe the questions were
13 prior to 2019, so are you speaking about --
14 I think she's going back into possibly
15 when -- I can't speak to that.     03:22:07
16 BY MS. REINHARDT:
17   Q  I can clarify.
18   A  In this case -- in this case.
19   Q  I can clarify.
20   A  I was a -- I was a principal in the building     03:22:16
21 with her when she was younger.
22   Q  I can clarify.  I'm only asking about your
23 interactions since January 1st, 2019, to present.
24     So in that time, have you ever seen B.P.J. be
25 stressed -- distressed?     03:22:31
                                                      Page 92

1   A  No.
2     MS. DENIKER:  Objection.
3     THE WITNESS:  No.
4 BY MS. REINHARDT:
5   Q  Have you -- have you, Superintendent Stutler,     03:22:38
6 interacted with any of B.P.J.'s family members?
7   A  I have not.
8   Q  When was the county board informed that
9 B.P.J. is a girl who is transgender?
10     MR. TRYON:  Objection.     03:22:58
11 David Tryon.
12     THE WITNESS:  Our county board gets
13 involved -- or my Title IX investigator gets
14 involved when a school reaches out to her to provide
15 assistance for a gender support plan.     03:23:12
16 BY MS. REINHARDT:
17   Q  Great.  And I'll have some questions about
18 the gender support plan in a moment.
19     I'm wondering, was the county board informed
20 that B.P.J. is a girl who is transgender only at the     03:23:24
21 time of the gender support plan?
22     MR. TRYON:  Objection.
23     THE WITNESS:  I am unaware of any time prior
24 to that.
25 ///
                                                      Page 93

24 (Pages 90 - 93)

Armistead Supp. App. 0752

1  BY MS. REINHARDT:
2    Q  Thank you.  Was Norwood Elementary School
3  informed that B.P.J. is a girl?
4      MS. DENIKER:  Objection to the form.
5      MR. TRYON:  Objection.                03:23:52
6      THE WITNESS:  Speaking with Tarra Shields,
7  the administrator of Norwood Elementary, she was
8  informed by her mother prior to going into her
9  fourth-grade year.
10  BY MS. REINHARDT:               03:24:13
11    Q  Was anyone else informed that B.P.J. is a
12  girl, at Norwood Elementary School?
13      MR. TRYON:  Objection.
14      THE WITNESS:  I believe when the mother
15  reached out to the administrator, that is what set  03:24:25
16  in motion the gender support plan, and that's when
17  our Title IX director was brought into the process.
18  BY MS. REINHARDT:
19    Q  Are you familiar with the counselors at
20  Norwood Elementary School during B.P.J.'s time there  03:24:44
21  as a student?
22    A  Yes.  Amber Davis.
23    Q  Do you know who James Thorton is?
24    A  No.  There was a previous counselor there,
25  Josh Thorton.                03:25:07

Page 94

1    Q  Thank you.  And Josh Thorton, you said, was a
2  counselor.
3      Are the counselors at Norwood Elementary
4  School employed by the county board?
5    A  Yes.                03:25:20
6    Q  What qualifications are required to become a
7  counselor in the county boar- -- in the county?
8    A  They -- they have to be certified counselors
9  through the national school counseling association
10  and through our state.              03:25:39
11    Q  Was Mr. Thorton made aware of B.P.J.'s status
12  as a girl who is transgender?
13      MS. DENIKER:  Objection to form.
14      MR. TRYON:  Objection.
15      THE WITNESS:  I am unaware of that.  03:25:49
16  BY MS. REINHARDT:
17    Q  Was Principal Mazza informed that B.P.J. is a
18  girl?
19      MS. DENIKER:  Objection to the form.
20      THE WITNESS:  I believe he was contacted when  03:26:05
21  she was going to go there as a sixth grader and
22  there was an update to the gender support plan.
23  That would be when Mr. Mazza was informed.
24  BY MS. REINHARDT:
25    Q  Are you aware of any conversation between  03:26:19

Page 95

1  Principal Mazza and Heather Jackson regarding
2  B.P.J. playing on girls' sports teams?
3    A  I am only aware of the gender support plan
4  that took place between Heather Jackson, the mother;
5  and Mr. Mazza, and there were a few in that meeting,  03:26:39
6  at that gender support plan meeting.
7    Q  Were you in attendance at that meeting?
8    A  I was not.
9    Q  So how did you become aware that
10  Principal Mazza and Heather Jackson had a meeting  03:26:58
11  regarding the gender support plan?
12      And please do not inform us of -- of any
13  conversations you may have had with counsel.
14    A  I reviewed the gender support plan as it
15  related to this case.               03:27:10
16    Q  And in preparation for this case, did you
17  speak with Principal Mazza?
18    A  I did.
19    Q  And did you -- did he inform you of any
20  conversation between him and Heather Jackson  03:27:26
21  regarding B.P.J.'s ability to play on girls' sports
22  teams?
23      MS. DENIKER:  I'm going to object to the
24  extent that it -- that the question calls for
25  information that she learned as part of  03:27:38

Page 96

1  attorney-client privileged communications.
2      To the extent that you have had
3  communications with Mr. Mazza that were not part of
4  the attorney-client privilege, you may answer, but
5  I'm going to instruct you not to answer with regard  03:27:51
6  to any attorney-client privileged communications.
7      THE WITNESS:  The gender support plan
8  involved multiple people, and all the items on that
9  gender support plan were discussed, and she checked
10  that she would be an athlete at Bridgeport Middle.  03:28:05
11      (Exhibit 27 was marked for identification
12      by the court reporter and is attached hereto.)
13  BY MS. REINHARDT:
14    Q  Thank you.  I am now going to move tab 9 into
15  the "Marked Exhibits" folder.  I'll let you know  03:28:20
16  once it's there.  It will be marked as Exhibit 27.
17      You may refresh.  And please let me know once
18  you see Exhibit 27.
19    A  I see that.
20    Q  Are you familiar with this e-mail?  03:29:05
21      And please take your time to review it, if
22  necessary.
23    A  I am.
24    Q  And are how are you familiar with this
25  e-mail?               03:29:16

Page 97

25 (Pages 94 - 97)

Armistead Supp. App. 0753

1    A   It was between the -- my board president and
2    myself.
3    Q   Is Gary Hamrick the board president you're
4    referring to?
5    A   Yes.                              03:29:26
6    Q   And what is his role?
7    A   He's the -- I guess you want to say the
8    president of my board.  He leads the meetings and...
9    Q   Thank you.  And if you look at the e-mail, he
10   writes (as read):                    03:29:49
11      "Even though it is a new state law,
12      Mazza should have informed you that
13      he denied a transgender student."
14      Am I reading that correctly?
15   A   You are.                          03:30:01
16   Q   And you respond (as read):
17      "Agree.  First I heard."
18      Am I reading that correctly?
19   A   I was agreeing that it was a new state law.
20   Q   And were you saying -- and what did you mean   03:30:12
21   by "first I heard"?
22   A   It's the first I heard that we had a -- a
23   lawsuit.  I believe he's referring to the MetroNews
24   article.  And I think that's where he got his
25   information, possibly.                03:30:36

Page 98

1    Q   Did you speak with Principal Mazza upon
2    learning about the incidents alleged in the
3    complaint, which I believe was attached to this
4    e-mail?
5       MS. DENIKER:  And again, I will just instruct   03:30:47
6    you that to the extent that -- you're not to answer
7    with regard to any attorney-client privileged
8    communications, but if you had other communications,
9    you can answer with regard to those.
10      THE WITNESS:  Would you ask me that again.      03:31:06
11   BY MS. REINHARDT:
12   Q   Did you speak with --
13      MS. DENIKER:  If you just give me a
14   continuing -- I'll just continue that same
15   instruction, but I won't interrupt you, if that's    03:31:16
16   okay, so the witness can hear the question.
17      MS. REINHARDT:  Thank you, Mrs. Deniker.
18   BY MS. REINHARDT:
19   Q   I'm wondering if you spoke with Mr. Mazza
20   upon learning about the allegations in the           03:31:28
21   complaint.
22   A   I did not.
23   Q   Did any employees of the county board raise
24   concerns about B.P.J. being a girl who is
25   transgender?                          03:31:48

Page 99

1    A   No.
2    Q   Under H.B. 3293, can cisgender girls play on
3    girls' sports teams?
4       MS. DENIKER:  Objection to the form.
5       MR. TRYON:  Objection.             03:32:07
6       THE WITNESS:  Yes.
7    BY MS. REINHARDT:
8    Q   Under H.B. 3293, can girls who are
9    transgender play on the girls' sports teams?
10      MS. DENIKER:  Object to the form.   03:32:20
11      MR. TRYON:  Same objection.
12      (Simultaneous speaking.)
13      MS. DENIKER:  And I'm so sorry to interrupt
14   here, but I heard the same question you just asked,
15   which makes me believe that I didn't hear it          03:32:31
16   correctly.
17      So if you would preserve all of our
18   objections, could you ask that again, please?
19      MS. REINHARDT:  Yes.
20   BY MS. REINHARDT:                      03:32:41
21   Q   Under H.B. 3293, can girls who are
22   transgender play on the girls' sports teams?
23   A   If it's a -- no, but they can on coed teams.
24   Q   And what -- what's your --
25      (Simultaneous speaking.)           03:33:00

Page 100

1    BY MS. REINHARDT:
2    Q   Oh, I apologize.  Please go ahead.
3    A   I -- I was going to say, it says no.  That's
4    what -- that's what the house bill is.
5    Q   And you mentioned coed.  Are you referring to   03:33:12
6    coed sports?
7    A   Yes.
8       MS. GREEN:  Object to the form.
9    BY MS. REINHARDT:
10   Q   Can you please tell me what your              03:33:25
11   understanding of -- what your understanding is of
12   coed sports?
13      MS. GREEN:  Object to the form.
14      THE WITNESS:  That the team is available to
15   either male or female athletes.       03:33:37
16      (Exhibit 28 was marked for identification
17      by the court reporter and is attached hereto.)
18   BY MS. REINHARDT:
19   Q   I'm going to move tab 20 into the "Marked
20   Exhibits" folder.  It will be Exhibit 28.  I'll let   03:33:55
21   you know when you can refresh.
22      You may refresh.  Please let me know once you
23   have reviewed Exhibit 28.
24   A   I see it.
25   Q   It says on page 2, under "Bridgeport High      03:34:34

Page 101

26 (Pages 98 - 101)

1  School," where it lists "Football," it says,
2  "Co-Ed."
3      Can you explain to me why football is -- why
4  it says football is coed?
5      MS. GREEN:  Object to the form.          03:34:53
6      THE WITNESS:  I believe there's not a -- a
7  football -- female football team, so they created a
8  coed team because there's not a counterpart for a
9  female athlete to participate.
10 BY MS. REINHARDT:                            03:35:10
11  Q  Can you please explain that to me a little
12 bit further?
13     So it's marked as coed because there's not a
14 girls team; is that correct?
15  A  Correct.                                 03:35:19
16     MS. DENIKER:  Object to the form.
17 BY MS. REINHARDT:
18  Q  So why would it be marked co- -- I'll
19 rephrase.
20     Generally, if I'm understanding correctly,  03:35:29
21 the football team would be a boys' team, and it is
22 marked "Co-Ed" because there is no girls' team; is
23 that correct?
24     MS. GREEN:  Object to the form.
25  A  I have no idea.  We've -- we've had girls   03:35:55

Page 102

1  play on football teams for a long time.  They could
2  be kickers.  They've -- they've been on football
3  teams for quite a while.
4  BY MS. REINHARDT:
5   Q  And is that true of the wrestling team as   03:36:06
6  well?
7      MS. GREEN:  Object to the form.
8   A  Yes, we do have -- yes, we have female
9  wrestlers.
10 BY MS. REINHARDT:                             03:36:19
11  Q  Okay.  Great.  You can take down that exhibit
12 for now.
13     Prior to H.B. 3293, what team would B.P.J. be
14 required to play on?
15     MS. DENIKER:  Objection to the form.      03:36:32
16     THE WITNESS:  She chose to run cross-country.
17 It's a coed sport.
18 BY MS. REINHARDT:
19  Q  Sorry, I'm going to ask you to please re-pull
20 up Exhibit 28.                               03:36:50
21     And if you look at page 4, under "Bridgeport
22 Middle School," it says (as read):
23     "Boys Cross-Country, Boys.
24     "Girls Cross-Country, Girls."
25     So what do you mean by it is a coed sport?  03:37:13

Page 103

1   A  I -- they -- they run together.  They
2  practice together.  They run together.  They go to
3  meets together.  It's treated more as a coed sport.
4   Q  So do girls run during the boys' meets?
5   A  Can I just say I'm not familiar with       03:37:38
6  cross-country, other than I know how it works there,
7  because I've never coached that, I've never been
8  responsible for that in my current -- or in my
9  previous duties.
10  Q  Understood.  And to the extent that you -- to 03:38:02
11 the extent that you do know, are there -- one
12 second.
13     Do the girls' team have different winners
14 than the boys' team?
15     MS. GREEN:  Object to the form.           03:38:27
16     MS. DENIKER:  Object to the form.
17     THE WITNESS:  I will say that middle school
18 sports is a competitive sport, so there are winners
19 and losers.
20 BY MS. REINHARDT:                            03:38:35
21  Q  As it's listed here in Exhibit 20 (sic), it
22 says, girls' sport -- or "Girls Cross-Country" and
23 then "Girls" in the next column -- oh, I'm sorry.
24 Exhibit 28.  I apologize.
25     It says, "Girls Cross-Country" in the first  03:38:51

Page 104

1  column and "Girls" in the second column.
2      So would that mean that girls would be the
3  winners on the girls' cross-country team?
4   A  I would assume so.
5   Q  Prior to H.B. 3293, what team would        03:39:11
6  B.P.J. play on?
7      MS. DENIKER:  Objection to the form.
8      MS. GREEN:  Object to the form.
9      THE WITNESS:  Prior to that rule, she would
10 have been rostered as what her birth certificate    03:39:34
11 said.
12 BY MS. REINHARDT:
13  Q  Are you aware of what her birth certificate
14 says?
15  A  It's whatever is in WVEIS.                 03:39:48
16  Q  Are you aware of what is in WVEIS?
17  A  I'm not aware of that.  I'm not sure what --
18 where she's at.
19  Q  Prior to H.B. 3293, what team would
20 transgender boys play on?                     03:40:09
21     MS. DENIKER:  Objection to the form.
22     MR. TRYON:  Objection.
23     MS. GREEN:  Objection.
24     THE WITNESS:  You said transgender boys prior
25 to?                                           03:40:31

Page 105

27 (Pages 102 - 105)

Armistead Supp. App. 0755

1  BY MS. REINHARDT:
2      Q   Correct.
3      A   They would be rostered the same as their --
4  whatever they are on WVEIS.  We would be required to
5  roster them male or female.                03:40:49
6      Q   Why are you required?
7          MS. GREEN:  Object to the form.
8          THE WITNESS:  That's the rules we have from
9  the WVSSAC say.
10 BY MS. REINHARDT:                          03:41:15
11     Q   You said the rules from WSSAC (sic)?  Did I
12 hear that properly?
13         MS. GREEN:  Object to the form.
14     A   Yes.  And we do go by what is in WVEIS.
15 BY MS. REINHARDT:                          03:41:33
16     Q   Is there a benefit to playing on sports
17 teams?
18         MS. DENIKER:  Objection to the form.
19         THE WITNESS:  Absolutely.
20 BY MS. REINHARDT:                          03:41:45
21     Q   What are those benefits?
22     A   Cooperation, teamwork, watching out for your
23 fellow players.  There's a lot of benefit to having
24 a team sport.
25     Q   Would you say B.P.J. benefited from   03:41:59

Page 106

1  participating in sports?
2          MS. DENIKER:  Objection to the form.
3          MR. TRYON:  Objection.
4          THE WITNESS:  I can't speak for her, but I
5  hope she did.  I hope she had a great experience.   03:42:09
6  BY MS. REINHARDT:
7      Q   And I'm just trying to further understand how
8  WVEIS works.
9          What rule requires you to follow the gender
10 listed in WVEIS?                           03:42:24
11         MS. GREEN:  Objection to the form.
12         THE WITNESS:  WVEIS allows us to put -- when
13 we have -- when we have a student ask for a certain
14 name, we're allowed to put that in there so that
15 during the course of the day, they can use their   03:42:42
16 name that they choose to be called by, but because
17 WVEIS is a database that generates legal documents,
18 graduation transcripts, is -- is the big thing.  I
19 mean, it is -- it's a legal -- it's what generates
20 the legal documents later.  It's a record of their   03:43:09
21 school.  It's a -- it's a legal record.
22         So we only make changes in WVEIS if we have a
23 court order or a birth certificate that tells us
24 gender, their sex, male or female.
25 BY MS. REINHARDT:                          03:43:29

Page 107

1      Q   For sports specifically, what rule requires
2  you to follow the gender/sex listed in WVEIS?
3          MS. GREEN:  Object to the form.
4          MS. DENIKER:  Same objection.
5          THE WITNESS:  It's the -- it's the same.   03:43:45
6  It's -- it's a guideline for us.  We -- we do not
7  have -- I do not have the legal authority and I sure
8  wouldn't want my AD or my administrator to have that
9  legal authority to make that change.  We ask for
10 either a judge or someone above us to tell us that.   03:44:03
11 BY MS. REINHARDT:
12     Q   Do you know where this rule comes from?
13         MS. DENIKER:  Object to the form.
14         THE WITNESS:  I do not.
15 BY MS. REINHARDT:                          03:44:30
16     Q   Are you aware of whether the County has
17 followed this rule across the board for all
18 students?
19     A   I can speak to cases.  We've -- we have
20 previous cases.  When we get a court order or a   03:44:46
21 document with a new birth certificate and a name
22 change, we take care of that at the county level in
23 WVEIS, and we change that.
24     Q   Thank you.  Do you know where we might be
25 able to find the rule you are referring to?   03:45:08

Page 108

1          MS. GREEN:  Object to the form.
2          MS. DENIKER:  Object to the form.
3          THE WITNESS:  We -- we clarified that, there
4  was a call to our West Virginia Department of Ed --
5  I can't even recall when it was.  It was under --   03:45:22
6  when I was working for the previous
7  superintendent -- that we cannot change the legal
8  record in WVEIS without a court order or a new birth
9  certificate.
10         MS. REINHARDT:  Court reporter, would you   03:45:46
11 please mind rereading my last question.
12         (Record read.)
13 BY MS. REINHARDT:
14     Q   I just want clarity.  If you could please
15 answer that question directly.             03:46:06
16     A   I would direct you to the State Department of
17 Education.
18     Q   Thank you.  Did you ever receive any
19 complaints about any transgender students
20 participating in sports at Bridgeport Middle School?  03:46:25
21     A   I did not.
22     Q   Are you aware of any complaints about a
23 transgender student participating in sports at
24 Bridgeport Middle School?
25     A   I am unaware of any complaints.         03:46:47

Page 109

28 (Pages 106 - 109)

1    Q   Are you aware if any transgender students,
2    other than B.P.J., have played sports in West
3    Virginia?
4         MR. TRYON:  Objection.
5         THE WITNESS:  I would -- I would not have        03:47:02
6    that knowledge.
7         MS. REINHARDT:  So before I move on to the
8    next set of topics, we've been going for about an
9    hour, I'm happy to continue, but I wanted to see if
10   anyone needed a break.                                03:47:18
11        THE WITNESS:  I'm fine.
12        MS. REINHARDT:  Great.
13   BY MS. REINHARDT:
14        Q   So my next line of questioning pertains to
15   topics 4 and 5.  I'm going to move tab 12 into the    03:47:27
16   "Marked Exhibits" folder.  It's been previously
17   marked as Exhibit WV-17.
18        You may refresh.  It should be there.
19        A   We have it.
20        Q   Have you seen this document before?          03:48:31
21        A   I have.
22        Q   And without disclosing any information you
23   may have had with counsel, when did you see this
24   document?
25        A   In prep for this deposition.                 03:48:45
                                        Page 110

1    Q   And on the first page, do you see where it
2    says "Today's Date"?
3    A   Yes.
4    Q   And it says "8-23-19"; is that correct.
5    A   Yes.                                              03:49:06
6    Q   Do you know what the purpose of the gender
7    support plan is?
8    A   Yes.  It's the -- to bring everybody together
9    that's working with the -- the student and come up
10   with a plan.                                          03:49:21
11        Q   Has the gender support plan ever been
12   requested other than for B.P.J.?
13   A   Yes.
14   Q   When was it requested?
15        MS. DENIKER:  Objection to the form.             03:49:38
16        THE WITNESS:  I could not give you specifics
17   on that.  I know it has been requested throughout
18   Harrison County.
19   BY MS. REINHARDT:
20        Q   Who created this document?                   03:49:48
21        A   This document was initially created with
22   support from Dr. Cris Mayo at WVU and with our
23   Title IX investigator.  She was kind of given the
24   role to develop a plan.  And we have an adolescent
25   coordinator that works for seven counties that had    03:50:15
                                        Page 111

1    been involved in some of this.
2         But it was with -- with Dr. Cris Mayo and my
3    Title IX director and just -- information, and they
4    put this together.
5    Q   Do you recall when that was?                      03:50:33
6         And I apologize if you said it and I did not
7    hear you.
8    A   I'm trying to think of the year.  '18 -- I'm
9    trying to think of the year.  It would have been --
10   we had -- we had an issue a -- a few years ago, and   03:50:55
11   it generated this -- a need for it.  As we
12   discovered, we had a need for this.  So that's where
13   it came from.
14        I'm thinking 2018, the prior year.  Might
15   have been '19.                                        03:51:13
16        Q   And when you say there was a need for this,
17   can you -- can you explain what you mean by there
18   was a need for this?
19        MS. DENIKER:  I'm going to object to the
20   form.  I'm also going to object to any discussion     03:51:27
21   that is student-specific so we can avoid any HIPAA
22   issues.
23        THE WITNESS:  Well, we have -- when our
24   administrators reach out and ask questions and we
25   had more students requesting to be called by other    03:51:46
                                        Page 112

1    names and -- you know, of course, it was new for us.
2    We're trying to understand it.  So it generated a
3    need to have a -- a protocol in place or guidelines
4    for our schools to follows so we're all working in
5    the same direction and focused.                       03:52:03
6    BY MS. REINHARDT:
7         Q   Does the county board -- and again, when I
8    refer to the county board, I mean the entire County
9    Board of Education.
10        Does the county board provide the gender        03:52:15
11   support plan to the schools?
12        A   The gender support plan was generated in our
13   county office and provided to the schools, yes.
14        Q   Thank you.  And does the county board receive
15   a copy of completed gender support plans?             03:52:37
16        A   We do not.  They're kept at the school level,
17   in the student file.
18        Q   Are they kept in WVEIS at all?
19        A   No.  The only thing in WVEIS is a name that
20   the student uses, in parentheses, that they would     03:52:55
21   prefer to be called.
22        Q   Do you know why it isn't stored in WVEIS?
23        A   That's not the role of WVEIS.  We have other
24   documents that we prepare at the school level that
25   take care of our kids.  We have multiple plans that   03:53:11
                                        Page 113

29 (Pages 110 - 113)

Armistead Supp. App. 0757

1  we use, and -- and they're kept in the school file.
2      You have to understand that the kids that are
3  interacting -- or the people and -- and faculty that
4  are interacting with those children at the school
5  are the frontline people that need to know and -- so   03:53:30
6  it's kept there so the school has access to it and
7  input into it.  They know the people involved.
8      Q  Does sex change in WVEIS as a result of the
9  gender support plan?
10     A  No.                          03:53:55
11     Q  I want to look at this first page where it
12  says "Meeting Participants."
13         Who is Sarah -- oh, I apologize, you've
14  already explained.
15         Sarah Starkey is the Title IX director; is   03:54:09
16  that correct?
17     A  Yes, she is.
18     Q  And why was she in attendance?
19     A  When we began doing the gender support plans,
20  we put that under her purview, in her department.   03:54:24
21  So she is the one that's been with this from the
22  ground up.  She's a great support for our -- our
23  administrators and our families.  She also is a
24  social worker.  She has an excellent background, a
25  Title IX investigator.  She's the right person to be   03:54:40

Page 114

1  involved in this.
2      Q  Does she attend all gender support plan
3  meetings?
4      A  She is invited to all of them, and she tries
5  to.  But we're a large county.  Sometimes she is   03:54:53
6  not.
7      Q  And again, I apologize if you've already
8  said, but who is Tarra Shields?
9      A  Tarra Shields is the principal at
10  Norwood Elementary.                03:55:08
11     Q  And who is Jasmine Lowther?
12     A  Jasmine Lowther is the fourth-grade teacher
13  at Norwood Elementary.
14     Q  And why was she at the gender support plan
15  meeting?                          03:55:24
16     A  Jasmine Lowther was the fourth-grade teacher.
17  This would have been done in August when school was
18  starting, and Becky would have been going into the
19  fourth grade.  So that would have been her classroom
20  teacher.                          03:55:36
21     Q  And, finally, why was Nurse Tina at the
22  gender support plan meeting?
23     A  When we do a comprehensive plan at the
24  school, we generally bring in any health support
25  people.  They're just usually part of the school   03:55:54

Page 115

1  planning team.  We have, you know, of course,
2  anybody related to counseling, and nursing is a big
3  part of that school, and so she was part of the
4  plan.
5      Q  Thank you.  I'm going to ask you to turn to   03:56:06
6  the next page.  It's Bates-Stamped number, at the
7  bottom, BPJ 008.
8         And at the top, it states (as read):
9         How will teach --
10         "How will a teacher/staff member   03:56:21
11  respond to any questions about the
12  student's gender from:"
13         And then it lists three different incidents.
14         Do you see that?
15     A  Yes, I see that.                  03:56:39
16     Q  And it lists "Other students?  Staff members?
17  Parents/community?"
18         Is that correct?
19     A  Yes.
20     Q  For each group, it states (as read):   03:56:46
21  "Be open and honest — she is Becky."
22         Do you see that?
23     A  Yes.
24     Q  What does it mean by "be open and honest"?
25         MS. DENIKER:  Objection to the form.   03:57:00

Page 116

1         THE WITNESS:  I think with any student, we --
2  we want to be open and honest and just -- we want
3  them to be -- be in a happy place.
4  BY MS. REINHARDT:
5      Q  So is your understanding that when it states   03:57:18
6  "be open and honest," that they're directing the --
7  they're directing the teachers or staff members to
8  be open and honest?
9         MR. TRYON:  Objection.
10         MS. DENIKER:  Objection to form.        03:57:29
11         THE WITNESS:  Well, it's talking about other
12  students, staff members.  You've got to look at this
13  plan in -- in its entirety.  You're looking at a
14  school and a group of individuals that's dealing
15  with Becky every day, and they're trying to make   03:57:44
16  this plan, and I want to say as open and honest and
17  as real as possible for her so that when she comes
18  to school every day, she feels safe and secure and
19  she belongs there.
20         So if you go back to the front page, every   03:58:00
21  person that's involved with Becky at that school is
22  listed.  And including Becky.  Becky was there.
23         So the language on here was developed as a
24  group so they could make it a great environment for
25  her.  They wanted her to be successful.        03:58:12

Page 117

30 (Pages 114 - 117)

1 BY MS. REINHARDT:
2   Q   I'm simply trying to understand what "open
3 and honest" means.
4       MS. DENIKER:  Same objection.
5 BY MS. REINHARDT:                         03:58:27
6   Q   So in this context, what does "open and
7 honest" mean?
8   A   I --
9       MR. TRYON:  Objection.
10      THE WITNESS:  I was not in that meeting.   03:58:32
11   I was not in that meeting.  It means what it
12 means, that you're open and honest.  I -- I don't
13 know.  I would not be able to speak to what that
14 meaning is --
15 BY MS. REINHARDT:                         03:58:42
16   Q   I'm going to --
17   A   -- other than they -- they wanted her to be
18 in a safe, secure environment.
19   Q   I'm going to move tab 13 into the "Marked
20 Exhibits" folder.  And it was previously marked as   03:58:53
21 Exhibit WV-19.
22       Do you see that?
23   A   I do.
24   Q   And were you in attendance for this gender
25 support plan meeting?                     03:59:15

Page 118

1   A   I was not.  The participants are listed.
2   Q   And if you go to that second page, where it
3 says "BPJ 003," similarly, under "How will a
4 teacher/staff member respond to any questions about
5 a student's gender from:" and lists those three   03:59:34
6 categories, it says (as read):
7      "Be open and honest — she is Becky,
8      and that makes her happy."
9       Did you speak to anyone about either of these
10 gender support plans?                     03:59:49
11   A   When we were preparing for today's
12 deposition.
13   Q   And not including your attorney, did anyone
14 provide clarity on what it means to be "open and
15 honest — she is Becky"?                   04:00:09
16   A   No, not specifically.
17   Q   Thank you.  If you could please go back to
18 that previously marked exhibit, WV-17.
19   A   Yes.
20   Q   And on that second page, BPJ 008, closer to   04:00:33
21 the bottom of the page, it says (as read):
22      "Gender will be male, but Becky will
23      be in () next to birth name."
24       Do you see that?
25   A   I do.                              04:00:50

Page 119

1   Q   What does the -- what does the double
2 parentheses mean?
3   A   That means in WVEIS, in the -- in the WVEIS
4 system, outside of her official given name, it will
5 be in parentheses what her preferred name is.   04:01:05
6   Q   So this -- what's written here is pertaining
7 to B.P.J.'s name; correct?
8   A   Yes.
9   Q   So the --
10   A   How she would have identified in WVEIS.   04:01:23
11   Q   So are the double brackets in WVEIS empty, or
12 is there somebody in -- I'll just ask that first.
13 Is the -- are the double brackets in WVEIS empty?
14   A   No.  It has "Becky."
15   Q   So if I'm understanding correctly, it says   04:01:38
16 gender will be male, but in WVEIS, next to "male,"
17 it will say "Becky"; is that correct?
18       MS. DENIKER:  Objection to the form.
19       THE WITNESS:  It's by her name.  It's her --
20 her -- her official name is there, and "Becky" is in   04:02:00
21 parentheses on that line.
22 BY MS. REINHARDT:
23   Q   Thank you for clarifying.
24       I'm going to ask you to turn to what's page 4
25 that says BPJ 010, and near the bottom, it says (as   04:02:09

Page 120

1 read):
2      "What training(s) will the school
3      engage in to build capacity for
4      working with gender-expansive
5      students?  How will the school work   04:02:26
6      to create more gender inclusive
7      conditions for all students?"
8      Did I read that correct?
9   A   Yes.
10   Q   And the answer says (as read):           04:02:34
11      Norwood staff receives (sic)
12      training on tolerance and cultural
13      diversity and LGBTQ + AI (sic) on
14      8/23 -- sorry -- 8/21 and -- and
15      provided protocol and multiple         04:02:52
16      resource -- resources (sic) sources.
17      Did I read that correctly?
18   A   Yes.
19   Q   The date of the gender support plan, as we
20 noted earlier, is 8/23/19.                04:03:07
21      Are you aware if the training did in fact
22 occur two days prior to the gender support plan?
23   A   I would not be able to speak specifically.  I
24 know countywide we did multiple trainings.  I do not
25 have those dates.                         04:03:30

Page 121

31 (Pages 118 - 121)

1  Q  Did you, Superintendent Stutler, attend any
2  of these trainings?
3  A  I did.
4  Q  And what did the trainings entail?
5  A  The trainings were provided by Dr. Cris Mayo.  04:03:41
6  We originally brought her in to meet with several
7  school staff, and then she did a training with all
8  of our school administrators and county office
9  administrators, and it was about how to make our
10  school environments inviting for -- and it really  04:04:03
11  was all-encompassing.  The children -- children are
12  children.  Students are students.  Athletes are
13  athletes.
14     It really was -- it was a great training
15  because it made you focus on, you know, you're there  04:04:22
16  for kids and we need to make them comfortable and
17  out of the line of fooling or intimidation in any
18  manner.  She -- she framed it in the sense this is
19  for all of our kids.
20  Q  And did Dr. Cris Mayo provide any guidance on  04:04:37
21  how to make students more comfortable?
22  A  She gave specifics, and I cannot recall
23  those.  She gave us a lot of information.
24  Q  Did staff receive resources?
25  A  They did, provided by her and the department  04:04:58

Page 122

1  at WVU, the diversity department.
2  Q  Do you have a copy of those resources?
3  A  I do in my office.
4  Q  And did these trainings occur prior to 2019?
5  A  We've had diversity trainings prior, not --  04:05:21
6  not involving Cris Mayo.  But that's been part of
7  the county for quite a while.
8  Q  And did those trainings always include LGBTQ
9  plus IA?
10  A  All --  04:05:42
11     MS. DENIKER:  Objection to the form.
12     THE WITNESS:  Specifically, I don't know that
13  it said, but we did provide diversity training.
14  That's all-encompassing.  So I would say yes, it
15  addressed that.  04:06:06
16     We tried to identify -- everybody -- our
17  children aren't all the same.  It's difficult to put
18  them in categories.  Their needs are different, and
19  we meet those needs as they come to us.
20  BY MS. REINHARDT:  04:06:16
21  Q  On the same page, it says (as read):
22     "Plan will be reviewed at least
23     yearly."
24     Do you see that?
25  A  Yes.  04:06:25

Page 123

1  Q  What does it mean by "plan"?
2  A  This plan, this written plan that's developed
3  by -- in this case, Becky was there.  Her mother was
4  there.  School staff was there.  So we look at it
5  annually and sooner, if it needs to be.  04:06:44
6  Q  Do you know if the plan was reviewed the
7  following year?
8  A  Are you speaking about the plan I'm looking
9  at now?
10     What's the date on this one?  04:07:00
11     It will be on the second -- wait.  I'm moving
12  it.
13     She -- this was from fourth grade -- when she
14  was going into fourth grade.
15     They could have reviewed it and not made  04:07:18
16  changes to it.  I don't know that.
17  Q  Thank you.
18  A  I don't know that.
19  Q  And on the last page, page 5, where it says
20  "BPJ 001 (sic) at the bottom, it says (as read):  04:07:34
21     "Will schedule at end of school year
22     for next school year."
23     And I reading that correctly?
24  A  Yes.
25  Q  Was that stating the plan would be reviewed  04:07:41

Page 124

1  for the fifth-grade year?
2  A  Tarra Shields -- in conversation with
3  Tarra Shields, they put this plan into place, her
4  going into fourth grade.  And, now, this is from
5  Tarra Shields.  There were -- they -- she had a --  04:08:05
6  I'm talking from Tarra, that she had a good
7  fourth-grade year.  They were going -- she was going
8  into the fifth grade, and they felt there was really
9  no need to change anything.
10     At any time, a parent can request that the  04:08:20
11  plan be reviewed.  So I would take that if there's
12  not another plan dated, that they felt that, you
13  know, she was having a good two years.
14  Q  And who are you referring to when you say
15  "they"?  04:08:35
16  A  I -- I would say Tarra Shields, this team
17  that was with her at Norwood.  And you've also got
18  to understand the parent is involved in this.
19  And -- and Becky.
20  Q  Did the county board implement any policies  04:08:46
21  related to transgender students after implementing
22  Becky's gender support plan?
23  A  No.
24  Q  Now I'm going to ask you to go back to what
25  was previously marked as WV-19.  04:09:05

Page 125

32 (Pages 122 - 125)

Armistead Supp. App. 0760

1    A  Okay.
2    Q  Did you see -- have you seen this document
3  before?
4    A  In preparing for this deposition.
5    Q  In looking at this first page, we've already    04:09:27
6  been over a few of these meeting participants, but
7  I'm hoping you can tell me who Amber Davis is.
8    A  Amber Davis is the counselor at Norwood.
9    Q  And who is David Mazza?
10   A  The principal at Bridgeport Middle School.    04:09:46
11   Q  And who is Lauren Muro, if I'm pronouncing
12  her name right?
13   A  Laura -- Lauren is the counselor at
14  Bridgeport Middle.
15   Q  Thank you.  And on the same first page, it    04:09:59
16  says (as read):
17      "How public or private will
18      information about this student's
19      gender be?"
20      And there's an X next to "Teachers and/or    04:10:16
21  other school staff will know."
22      And then it says "Specify the adult staff
23  members," and it states "All teachers."
24      Am I reading that correctly?
25   A  Yes.    04:10:29

Page 126

1    Q  Who did -- were all teachers, in fact,
2  informed about Becky's gender?
3    A  Mr. Mazza informed her teachers, yes.
4    Q  Are you aware of what the teachers were
5  informed?    04:10:50
6    A  No, I do not know exactly what they were
7  told.
8    Q  Thank you.  And now I'd like to turn to
9  page 4, which is listed as BPJ 005.  And at the top,
10  it indicates that B.P.J. would be participating in    04:11:11
11  cross-country and track.
12      Do you see that?
13   A  I do.
14   Q  And underneath, it says (as read):
15      "Coaches would need to be aware of    04:11:22
16      Becky's transition.  If teammates
17      have questions, they could approach
18      the coaches or administration."
19      Do you see that?
20   A  Yes.    04:11:31
21   Q  Were the coaches informed of B.P.J.'s gender?
22      MS. DENIKER:  Objection to the form.
23      THE WITNESS:  I don't know.  I really --
24  that, I don't know.
25  ///

Page 127

1  BY MS. REINHARDT:
2    Q  Do you know if the teachers were informed
3  about B.P.J.'s transition?
4      MS. DENIKER:  Objection to the form.
5      And are you asking about coaches --    04:12:00
6      MS. REINHARDT:  Yes.
7      MS. DENIKER:  -- or teachers?
8      MS. REINHARDT:  I'm asking about coaches, as
9  it states on that second question on page BPJ 005.
10     MS. DENIKER:  Thank you.  Same objection.    04:12:13
11     THE WITNESS:  I'm not aware of that.
12  BY MS. REINHARDT:
13   Q  And near the bottom, it says (as read):
14      "What training will the school
15      engage in to build capacity for    04:12:29
16      working with gender-expansive
17      students?  How will the school work
18      to create more gender inclusive
19      conditions for all students?"
20      Did I read that correctly?    04:12:36
21   A  Yes.
22   Q  It states further (as read):
23      "BMS will receive training on
24      tolerance and culture diversity and
25      LGBTQ as arranged by Mr. Mazza    04:12:51

Page 128

1      during upcoming school year."
2      Is that -- am I reading that correctly?
3    A  Yes.
4    Q  What is BMS?
5    A  Bridgeport Middle School.    04:13:01
6    Q  So who would that training be for?
7    A  His staff, his teachers.
8    Q  Are you aware if that training occurred?
9    A  It did.  I don't know the date.  I spoke with
10  him, and he did do that training.    04:13:22
11   Q  Did you attend that training?
12   A  I did not.
13   Q  Are -- are sports team coaches in attendance
14  for those trainings?
15   A  When it talks about being -- you have to    04:13:36
16  understand, our sports coaches are not always
17  employees in the buildings where they are coaching.
18  So they could have been in training maybe in the
19  building where they were at.  It would not have been
20  specific to any -- it would have just been general    04:13:54
21  diversity training.
22      Our coaches come from all over.  We have -- a
23  coach might live on one side of the county and work
24  in one side of the county but coach at another high
25  school.  So they would not always be there during    04:14:11

Page 129

33 (Pages 126 - 129)

Armistead Supp. App. 0761

1 that school day when that training would be taking
2 place.
3     MS. REINHARDT:  Thank you.  I'm now going to
4 put tab 14 into the "Marked Exhibits" folder.  I
5 believe we are at Exhibit 28.  Oh, sorry, let me     04:14:26
6 see.  29.  It will be marked as Exhibit 29.  I'll
7 let you know once the page is refreshed.
8     And it should be in the folder now.
9     (Exhibit 29 was marked for identification
10     by the court reporter and is attached hereto.)  04:14:58
11 BY MS. REINHARDT:
12  Q  Do you see it?
13  A  I do.
14  Q  And Amber Davis attended the gender support
15 plan meeting at Bridgeport Middle School; correct?  04:15:15
16  A  Yes.
17  Q  Are you aware if Davis and B.P.J. interacted
18 often?
19     MS. DENIKER:  Objection to the form.
20     THE WITNESS:  I don't know how often.  She's  04:15:36
21 a school counselor there.  I know that that
22 counselor goes into every classroom at least once a
23 week for 40 minutes, so I know they interact in that
24 general sense, and then as individual counseling is
25 required.                          04:15:52

Page 130

1 BY MS. REINHARDT:
2  Q  Did Davis ever report any problems regarding
3 B.P.J. to the county board?
4  A  No.
5  Q  Are you aware of any problems Davis may have  04:16:06
6 reported to Bridgeport Middle School?
7     MS. DENIKER:  Objection to the form.
8     THE WITNESS:  No.
9 BY MS. REINHARDT:
10  Q  Have you seen this exhibit before?          04:16:26
11  A  When I was preparing for the deposition.
12  Q  Let's review the top portion of this
13 document, which appears to not be dated.
14     Do you know if these are Amber Davis's
15 personal opinions of B.P.J.?                  04:16:39
16     MS. DENIKER:  Objection to the form.
17     THE WITNESS:  I spoke with Amber about these
18 notes.
19 BY MS. REINHARDT:
20  Q  Did Amber indicate whether these were her    04:16:53
21 personal opinions?
22  A  They were not her personal opinions.
23  Q  Did Amber state to you whose opinions they
24 were?
25  A  She could not recall.  She had had a         04:17:08

Page 131

1 conversation with someone she could not recall.  I
2 asked her that specifically.  She said she was an --
3 you have to understand, she was a brand-new
4 counselor in that school, had only just been there,
5 and she was trying to learn names of people.  And    04:17:24
6 she said, I just do not recall.
7  Q  Let's look at the notes that appear to be
8 dated 3/22.
9     Did Davis state whether these were her
10 personal opinions?                         04:17:43
11  A  They are not her personal opinions.
12  Q  Whose opinions are they?
13  A  These were --
14     MS. DENIKER:  Objection to form.
15     THE WITNESS:  It was just a note that she     04:17:53
16 made.  She described that as a -- it was in a gym
17 class.  Becky and another -- another girl were
18 talking about things that were not appropriate, and
19 she made a note, that she had brought -- I think she
20 talked with Becky and this other girl about not      04:18:14
21 disclosing sexuality-type things, that that was not
22 the place, in gym class.
23 BY MS. REINHARDT:
24  Q  And now let's look at the note that appears
25 to be dated 3/23.                          04:18:26

Page 132

1     Whose opinion is this note from?
2     MS. DENIKER:  Objection to the form.
3     THE WITNESS:  Amber described this to me as a
4 conversation with Becky, that she was having a hard
5 time because she was not as close to her brother,    04:18:46
6 her mother or her dad any longer, so they were
7 brainstorming ideas on how Becky could reestablish
8 those relationships and get that closer bond with
9 her family, and they were writing down ideas.
10     The brother liked Hershey bars and hot potato  04:19:04
11 chips.  So they thought maybe that's a way they
12 could bond.
13     Mom likes Laffy Taffy.
14     And, apparently, the question -- and she was
15 going to ask Dad because she didn't -- she didn't    04:19:15
16 say anything for Dad.
17     That's the way Amber described those notes.
18 BY MS. REINHARDT:
19  Q  Do you know if there was any follow-up after
20 3/23?                                04:19:24
21  A  I do not know.
22  Q  Thank you.  I'm now going to put tab 15 in
23 the "Marked Exhibits" folder.  It will be marked as
24 Exhibit 30 (sic).
25 ///

Page 133

34 (Pages 130 - 133)

1    You should be able to refresh.
2    I apologize.  This was previously marked as
3  WV-18.
4    A  I have that.
5    Q  Have you seen this form before?        04:20:26
6    A  I have.
7    Q  And when did you see it?
8    A  It was developed in -- with our protocol.
9    Q  Which protocol are you referring to?
10    A  When we did the gender support plan, this was  04:20:39
11  part of that process.
12    Q  How long has the county board been using the
13  gender support -- I apologize -- the preferred name
14  request form?
15    A  I believe when we started using the protocol.  04:20:54
16    Q  To your knowledge, when would students fill
17  this form out?
18    A  If a -- if a child in -- in any school
19  chooses to have a different preferred name, they
20  would -- most of the time, kids go to the teacher.  04:21:25
21  They go to their teacher.  If that's not a safe
22  place for them to go, they would hopefully go to the
23  counselor, and they are provided this form, and then
24  the process begins.
25    Q  How are students made aware of the preferred  04:21:41

Page 134

1  name request form?
2    A  That's done within the schools.
3    Q  Do you know how the schools introduce
4  students to the preferred name request form?
5    A  It would be available through the school     04:22:02
6  counselors.  And, fortunately, in Harrison County,
7  we do have a counselor in every building.
8    Q  Do you know if any students other than Becky
9  have used the preferred name request form?
10    A  We -- we have others.                       04:22:21
11    Q  Did you discuss this form with anyone at
12  Bridgeport Middle School?
13    A  No.
14    Q  Have you, Superintendent Stutler, spoken with
15  B.P.J. about her name?                           04:22:42
16    A  No.
17    (Exhibit 30 was marked for identification
18    by the court reporter and is attached hereto.)
19  BY MS. REINHARDT:
20    Q  Thank you.  I'm now going to move tab 16 into  04:22:52
21  the "Marked Exhibits" folder.  And now I will
22  correct that this will be Exhibit 30?
23    Feel free to refresh.
24    A  Okay.
25    Q  If you could please review this e-mail, and,  04:23:32

Page 135

1  once it's been reviewed, if you could please let me
2  know if you've seen it before.
3    A  Yes.
4    Q  Who is Barbara Tucker?
5    A  Barbara Tucker is a region 7 athletic health  04:24:01
6  initiative coordinator.  She works under grant
7  funding and provides services to seven counties.
8    Q  And at the bottom of the first page, it says
9  (as read):
10    "After reviewing your in-house            04:24:19
11    training options for our staff, I
12    think that Mr. Mazza would like to
13    do your half day (preferably 2 hours
14    if possible) session on strategies
15    and resources for diversity and       04:24:30
16    inclusion (sic) classrooms with you
17    and Selina Vickers on the morning of
18    October 29th."
19    Do you see that?
20    A  Yes.                                        04:24:43
21    Q  Do you know why Laura (sic) Merrill and
22  Barbara Tucker would be e-mailing?
23    A  Lauren Merrill was the counselor at
24  Bridgeport Middle, and they were looking for
25  additional training and resources for their staff.  04:24:58

Page 136

1  This would not be unusual --
2    Q  Do you know --
3    A  -- for any topic.
4    Q  Do you know if this training occurred?
5    A  I do not.  I could not tell you for sure.    04:25:09
6    MS. REINHARDT:  I'm going to now put in tab
7  17 into the exhibit folder.  It will be marked as
8  Exhibit 31.
9    (Exhibit 31 was marked for identification
10    by the court reporter and is attached hereto.)  04:25:27
11  BY MS. REINHARDT:
12    Q  It should be in the folder now.
13    A  I see that.
14    Q  At the top, it says (as read):
15    "I have linked a few resources that     04:26:01
16    could be helpful for our session
17    tomorrow."
18    Do you see that?
19    A  Yes.
20    Q  I'm going to ask you to now turn to the page  04:26:09
21  with HCBOE 01178 Bates-Stamped on the bottom.
22    A  I have that up.
23    Q  If you could just take a look at these
24  materials.
25    A  Okay.                                       04:26:54

Page 137

35 (Pages 134 - 137)

Armistead Supp. App. 0763

1   Q  Do you recognize these materials?
2   A  Not these specifically.  She provides us with
3   a lot of different resources, but not -- I can't say
4   that I've looked at these specifically.
5      "Welcoming Schools," I have.        04:27:16
6   Q  In what context does Barbara Tucker provide
7   resources?
8   A  Like I said, she is -- works with -- with
9   seven counties.  She provides resources on all types
10  of adolescent health, any kind of health    04:27:39
11  initiatives.  She does smoking cessation, not -- not
12  just this.  I mean, diversity training.  And she
13  provides that to seven counties.  And we
14  occasionally reach out to her for resources.
15  Q  And when you say "we," who are you referring   04:27:58
16  to?
17  A  The County, our county administrators, if
18  they find something that they need specifically for
19  their building.  It's not unusual for them to look
20  for resources for their staff, and she is one   04:28:10
21  resource.
22  Q  Are you aware if Barbara Tucker provides
23  resources to students?
24  A  I'm sure she has student handouts, but I -- I
25  don't have them specifically.        04:28:30

Page 138

1   bottom, it says "Teacher/Staff Protocol for
2   Transgender and Gender Non-conforming Students."
3      Do you see that?
4   A  Yes.
5   Q  Was this form approved by the county board?   04:30:27
6   A  No.  This was a -- just a protocol developed
7   from our office to support our administrators and
8   our teachers.
9   Q  So the county board has documents that are
10  not officially approved; is that correct?   04:30:50
11     MS. DENIKER:  Object to the form.
12     THE WITNESS:  The county board generates a
13  lot of documents that do not go to a board meeting
14  for action.
15  BY MS. REINHARDT:             04:31:09
16  Q  So when you referred to "our office," who
17  were you referring to?
18  A  That would be myself and my department heads.
19  Q  Before the teacher/staff protocol for
20  transgender and gender non-conforming students is   04:31:22
21  provided, does the county board review it?
22  A  That would have -- that would fall under the
23  purview of day-to-day operations for my building,
24  and they would allow me to make that decision.
25  Q  And on the page marked HCBOE 01133, it lists   04:31:43

Page 140

1      MS. REINHARDT:  Okay.  No problem.
2      If you could go into the "Marked Exhibits"
3   folder, I'm going to introduce you to a document
4   that's been marked as Exhibit 31 -- no -- 32.
5      If you could please review this document.   04:29:09
6      (Exhibit 32 was marked for identification
7      by the court reporter and is attached hereto.)
8      THE WITNESS:  I have that.
9   BY MS. REINHARDT:
10  Q  Have you seen this e-mail before?       04:29:18
11  A  I have.
12  Q  And are you familiar with this e-mail because
13  you are cc'd on it?
14  A  Yes.
15  Q  And it says (as read):        04:29:37
16     "Please see attached forms for the
17     2020-2021 school year."
18     Do you see that?
19  A  Yes.
20  Q  Did Sarah Starkey provide new forms for every   04:29:50
21  school year?
22  A  She generally -- that's like an August thing.
23  She will update forms and send them out.
24  Q  Wonderful.  And if you turn to the first
25  attachment, which is marked HCBOE 01132 at the   04:30:11

Page 139

1   Sarah Starkey, Cris Mayo, Barbara Tucker,
2   Trans Lifeline.
3      Does Cris Mayo work for the county board?
4   A  No.
5   Q  Who created this document?        04:32:11
6   A  Sarah Starkey.
7   Q  Why was the document created?
8   A  It was part of our gender support plan and
9   the processes we would use when we had a child that
10  wanted to identify as transgender.        04:32:29
11  Q  Thank you.
12     MS. REINHARDT:  Before I move on to the next
13  topic, I just want to see if anybody needs a break.
14     THE WITNESS:  I'm good.
15     THE VIDEOGRAPHER:  This is --        04:32:46
16     MS. REINHARDT:  I believe our --
17     THE VIDEOGRAPHER:  Sorry, this --
18     MS. REINHARDT:  -- co-counsel --
19     THE VIDEOGRAPHER:  This is the videographer.
20  I would like to switch the tape, the volume, so --   04:32:51
21  we've been going about an hour and 40, so if we
22  could do five minutes, that would be great.
23     MS. REINHARDT:  No problem.  Let's actually
24  just take a ten-minute break so folks can get some
25  water.                04:33:02

Page 141

36 (Pages 138 - 141)

Armistead Supp. App. 0764

1  If we can go off the record for a ten-minute
2  break.
3    THE VIDEOGRAPHER:  Sure.  We're going off the
4  record.  The time is 1:39 p.m., and this is the end
5  of Media Unit No. 2 (sic).                04:33:10
6    (Recess.)
7    THE VIDEOGRAPHER:  All right.  We are back on
8  the record at 4:46 p.m., and this is the beginning
9  of Media Unit No. 4.
10   Go ahead.                     04:46:38
11 BY MS. REINHARDT:
12  Q  I just wanted to circle back and get a little
13 bit of clarity on WVEIS.  As you can understand, I'm
14 still trying to wrap my head around it.
15   Earlier, it seemed like you stated that there  04:46:47
16 might be a rule that requires a person to check
17 WVEIS in order to see what sports team a student
18 should be on; is that correct?
19   MS. DENIKER:  Object to the form.
20   THE WITNESS:  I don't -- I ask for guidance  04:47:13
21 from our state department.  I don't know that that's
22 an official rule, so I probably misspoke.
23 BY MS. REINHARDT:
24  Q  When did you ask for guidance?
25  A  I said that earlier in testimony, when we    04:47:24

Page 142

1  were asking when can we change a permanent record in
2  WVEIS, and we reached out to our state department.
3  Q  And can you remind me what the state
4  department's answer was, if you recall?
5  A  That we -- that we could not make an official  04:47:39
6  name change or change in WVEIS unless we had
7  something from a court or we had a -- a new birth
8  certificate.
9  Q  And when did you speak to the State
10 Department of Education?             04:47:57
11  A  It would have been when I was a personnel
12 director, reaching out on behalf of the
13 superintendent at that time.  It would have been a
14 few years ago.
15  Q  And why do you think WVEIS's gender controls  04:48:07
16 which sports students can play on?
17   MS. DENIKER:  Object to the form.
18   THE WITNESS:  My -- my understanding is, is
19 that there -- there's an automatic pull from WVEIS
20 into a roster, and I am not as familiar with it as   04:48:26
21 another witness may be on that, as far as rostering
22 for sports in SSAC.  And I have my understanding
23 that there's an automatic pull and all of that goes
24 over into that roster.
25  Q  And does the roster, if you know, go to the   04:48:43

Page 143

1  coaches?
2    MS. DENIKER:  Object to the form.
3    THE WITNESS:  I believe the ADs help roster
4  those students.
5  BY MS. REINHARDT:                     04:48:58
6  Q  And are you aware of any instance where the
7  roster has been reviewed in order to determine which
8  sports team a student is required to play on?
9    MS. DENIKER:  Object to the form.
10   THE WITNESS:  I -- I'm not aware, until this   04:49:13
11 deposition, of a case.  It's the first time I've
12 seen, actually, rosters.
13 BY MS. REINHARDT:
14  Q  Understood.  Did the county board support
15 H.B. 3293 when it was being considered?        04:49:26
16   MS. DENIKER:  Objection to the form.
17   THE WITNESS:  I really could not comment on
18 that.  I would have no way of knowing that.
19   MS. DENIKER:  I'm going to -- can you reread
20 that -- can you repeat the question or have it read  04:49:46
21 back, please?
22   MS. REINHARDT:  Yes.
23   If the court reporter could please read back
24 my question.
25   (Record read.)                   04:50:10

Page 144

1    THE WITNESS:  I think I've said this.  When
2  the county board gets a new law, we -- we have to
3  abide by that rule.  It was not our rule.  And the
4  county board is given those rules; we have to abide
5  by those, period.                   04:50:27
6  BY MS. REINHARDT:
7  Q  I'm wondering if the county board supported
8  H.B. 3293 when it was being considered by the
9  legislation.
10   MS. DENIKER:  Same objection to the form.    04:50:43
11   THE WITNESS:  I'm not going to -- I don't
12 know how to really answer that other than we support
13 all of our students in the sense that we need to
14 make them comfortable and aware and -- and support
15 them in their surroundings.            04:50:58
16 BY MS. REINHARDT:
17  Q  So you are not aware of any rule prior to
18 H.B. 3293 in West -- where a school in West Virginia
19 had to follow the gender in WVEIS in order for a
20 student to participate on a sports team?        04:51:14
21   MR. TRYON:  Objection.
22   MS. GREEN:  Object to the form.
23   THE WITNESS:  I'm not aware of any other
24 school in West Virginia.
25 ///

Page 145

37 (Pages 142 - 145)

Armistead Supp. App. 0765

BY MS. REINHARDT:

1  BY MS. REINHARDT:
2  Q  Is there a school in West Virginia that you
3  know had to review WVEIS in order to determine which
4  sports team a student would play on?
5      MS. DENIKER: Objection to form.          04:51:39
6      THE WITNESS: I -- I believe you're asking
7  if -- and I'm -- tell me if I'm wrong -- if all
8  schools follow the same rules when they're
9  rostering. I'm -- I'm unaware of anything that
10 would be different. We're -- we're given guidelines  04:51:55
11 when we roster students.
12 BY MS. REINHARDT:
13 Q  And --
14 A  And I would believe that ADs and
15 administrators would be following those rules.        04:52:05
16 Q  And so in accordance with those rules,
17 rosters are reviewed before students are designated
18 to a specific sports team?
19     MS. GREEN: Object to the form.
20     THE WITNESS: I -- I just -- I -- I think I  04:52:19
21 just want to say, I -- the only thing I know about
22 rostering is that there's a bulk of information
23 that's pulled over to that roster from that student,
24 for student information. I am not an expert on
25 rostering and sports by no means.                    04:52:32

Page 146

1      THE WITNESS: Yes.
2  BY MS. REINHARDT:
3  Q  Does -- did any of those complaints relate to
4  student sports?
5      MS. DENIKER: Same objection. I'll --      04:54:20
6      (Simultaneous speaking.)
7      MS. GREEN: Object to the form.
8      THE WITNESS: No.
9  BY MS. REINHARDT:
10 Q  Has the county board ever been investigated  04:54:29
11 by the Department of Education for Title IX
12 violations?
13     MS. DENIKER: Objection to the form. And I
14 do believe that you are now well beyond the scope of
15 the topic. So if you can show me where this would    04:54:37
16 fall under a topic, I will reconsider my objection.
17     MS. REINHARDT: Yes, I believe it falls under
18 two topics. One second.
19     So I'm asking in connection, for background
20 information, as we discussed under topic 1,          04:55:04
21 Sarah Starkey was discussed, and I'm trying to get
22 more background information on the Title IX office,
23 their role and her role and what would be involved
24 of Sarah Starkey and her roles.
25     I'm also asking as it relates to topic 7,   04:55:23

Page 148

1      MS. DENIKER: I'll object to the form
2  belatedly because I didn't get it in in time and
3  also state that to the extent that this relates to a
4  topic to be covered by another witness, that it's
5  more appropriate to be asked of that witness.        04:52:51
6      MS. REINHARDT: Understood. I'll save that
7  line of questioning for another witness. Thank you.
8      MS. DENIKER: Thank you.
9  BY MS. REINHARDT:
10 Q  Are you familiar with Title IX?             04:53:02
11 A  I am.
12 Q  Does the county board have a Title IX policy?
13 A  It's included in our -- we have a -- a policy
14 that's a safe and supportive schools policy, and
15 it's all included in there.                          04:53:22
16 Q  And without disclosing any identities of any
17 students, has the county board received any Title IX
18 complaints from a transgender student?
19     MS. DENIKER: I'm going to object to the
20 extent that I believe that this is beyond the scope  04:53:43
21 of the topics set forth for the 30(b)(6) deposition.
22     If you know, I'm going to allow you to answer
23 this question, but I may object to any further
24 questioning on those.
25     MS. REINHARDT: Understood.                 04:53:58

Page 147

1  "participation of transgender students in
2  school-sponsored sports in Harrison County."
3      MS. DENIKER: Well, I believe that that
4  question is beyond the scope of both of those
5  topics; and, therefore, I object to the line of      04:55:35
6  questioning about other Title IX complaints that may
7  have been received.
8      MS. REINHARDT: I'm going to --
9      MS. DENIKER: For this witness to answer a
10 question related to Title IX complaints about --      04:55:48
11 from transgender students involving school sports,
12 the witness has answered that there are not any.
13     I do not believe that further questioning on
14 other Title IX complaints is appropriate or within
15 the topics presented.                                04:56:01
16     MS. REINHARDT: That is my final question, if
17 the witness could please answer.
18     MS. DENIKER: Is the question just that has
19 the County ever --
20     Please read the back the question. I need to 04:56:17
21 hear what it is again.
22     MS. REINHARDT: If the court reporter
23 wouldn't mind, please.
24     THE REPORTER: Yes. Give me one second.
25     (Record read.)                             04:56:55

Page 149

38 (Pages 146 - 149)

Armistead Supp. App. 0766

1   MS. DENIKER:  And I'm going to ask for --
2   this is Susan Deniker again.
3       What is the scope of timing on your question,
4   Ms. Reinhardt?
5       MS. REINHARDT:  It will be from January 1st,   04:57:03
6   2019, to present.
7       THE WITNESS:  No.
8   BY MS. REINHARDT:
9   Q   Thank you.  And just as one last final
10  follow-up question, has the county board implemented   04:57:12
11  any Title IX policies pertaining to transgender
12  students' participation in sports?
13  A   No.
14      MS. REINHARDT:  Thank you very much,
15  Superintendent Stutler.  I believe that opposing   04:57:26
16  counsel may have a few questions for you.
17      THE WITNESS:  Thank you.
18
19          EXAMINATION
20  BY MS. GREEN:                      04:57:34
21  Q   Hello, Superintendent Stutler.  This is
22  Roberta Green with WVSSAC --
23      MS. GREEN:  Kelly, did -- were you guys
24  hopping on to go first?  Okay.  I'll just leap to
25  the front of the line, then.              04:58:02

Page 150

1   BY MS. GREEN:
2   Q   -- and I'm here on behalf of WVSSAC, and I
3   recollect that you had testified to some issues
4   relative to their eligibility rules, their processes
5   and any processes they have in place relative to   04:58:15
6   3293.
7       Do you recollect that testimony?
8   A   Yes.
9   Q   And as you sit here, do you actually defer to
10  WVSSAC as probably more informed and knowledgeable   04:58:31
11  as to their processes?
12  A   Repeat that question.
13  Q   Would you defer to WVSSAC as being more
14  knowledgeable about WVSSAC policies --
15      MS. REINHARDT:  Objection.         04:58:48
16      MS. DENIKER:  Objection to the form.
17  BY MS. GREEN:
18  Q   -- than you would be?
19  A   Yes.
20  Q   Okay.  I -- I was like uh-oh.  Okay.   04:58:56
21      In terms of eligibility rules and the scope
22  of those rules, if there are some -- or even one
23  state rule embedded in WVSSAC's policies -- it's a
24  state rule, not an SSAC or other policy -- is that
25  information that you know as you sit here today?   04:59:17

Page 151

1       MS. REINHARDT:  Objection to form.
2       MR. TRYON:  Roberta, I'm going to object
3   because I didn't understand it, to be honest.
4       THE WITNESS:  Yeah.
5   BY MS. GREEN:                      04:59:38
6   Q   All right.  Well, you know, would you
7   defer -- Superintendent, would you defer to WVSSAC
8   as being potentially more knowledgeable about their
9   rules, how their rules work and --
10      MS. REINHARDT:  Same objection.        04:59:48
11  BY MS. GREEN:
12  Q   -- the preparations are pursuant to 3293, if
13  any?
14      MS. REINHARDT:  Same objection.
15      MS. DENIKER:  Objection to the form.   05:00:00
16      THE WITNESS:  If you're saying they're more
17  knowledgeable, yes.
18  BY MS. GREEN:
19  Q   Well --
20  A   If you're --                   05:00:04
21  Q   -- I don't know if I am, but hopefully --
22  A   Yes.
23  Q   -- WVSSAC is.
24  A   Well, and they're in the room, yes.
25  Q   There --                      05:00:08

Page 152

1   A   Yes.
2   Q   All right.  And -- and in -- in preparing for
3   your testimony today, you did not speak to Bernie
4   Dolan relative to WVSSAC's policies or its
5   preparations, did you?                05:00:31
6       MS. REINHARDT:  Objection to form.
7       THE WITNESS:  I did not.
8       MS. GREEN:  Okay.  I don't think I have any
9   other questions.  Thank you very much,
10  Superintendent.  I appreciate it.        05:00:44
11      THE WITNESS:  Thank you.
12
13
14
15          EXAMINATION
16  BY MS. MORGAN:
17  Q   Hi, Superintendent Stutler.  My name is
18  Kelly Morgan, and I represent the West Virginia
19  Board of Education and superintendent Burch.
20      Can you hear me okay?             05:00:50
21  A   I can.
22  Q   I just want to ask you a couple of clarifying
23  questions about some testimony earlier about, as I
24  understand it, someone called the West Virginia
25  Board of Education for some guidance as to a -- a   05:01:11

Page 153

39 (Pages 150 - 153)

Armistead Supp. App. 0767

1 request to change a student's name.
2    Did I understand that correctly?
3   A  Yes.  And I can't tell you -- it was a few
4 years ago.  We reached out on what we could do in
5 WVEIS when it came to name changes.          05:01:30
6   Q  You said "we."  Was it -- did you make the
7 phone call?
8   A  It was actually -- I was in the room with
9 the -- with Dr. Hage.  She was the assistant
10 superintendent at the time.  And the superintendent   05:01:41
11 at that time had requested that we find that
12 information, so we reached out to the Department of
13 Ed.
14   Q  Do you remember who it was you spoke to?
15   A  I do not.  I -- I do not.          05:01:55
16   Q  And then you were asked whether that was
17 based on some sort of policy.
18    Are you aware of any specific policy by those
19 State Department of Education or Board of Education
20 as to when a student can change their name?   05:02:09
21   A  We --
22    (Simultaneous speaking.)
23   A  We were not -- we were not aware of any
24 policy.  We needed guidance, so we -- we reached
25 out.          05:02:21

Page 154

1   Q  Okay.  So then would you also defer to the
2 West Virginia Department of Education and/or the
3 West Virginia Board of Education as to their
4 specific policies that would be applicable?
5    MS. REINHARDT:  Objection.          05:02:35
6    THE WITNESS:  Yes.
7    MS. MORGAN:  Very good.  Thank you.  I don't
8 have any other questions.
9    THE WITNESS:  Thank you.
10          05:02:45
11
12    EXAMINATION
13 BY MR. TRYON:
14   Q  Hello, Superintendent.  It's been a --
15   A  Hi.          05:02:53
16   Q  -- a long day.  I'm David Tryon.  I represent
17 the State of West Virginia, and I'm an attorney with
18 the attorney -- in the attorney's general office.
19    So I have a few questions, and hopefully I
20 won't be duplicative of what has already been   05:03:05
21 discussed, but I would like to follow up on the
22 gender support plan, which I believe is Exhibit 17.
23 So if you could pull that up, that would be helpful.
24 I'm going to try and do the same here.
25   A  I see that.          05:03:39

Page 155

1   Q  Okay.  So as I understand it, Sarah Starkey
2 and Cris Mayo were the primary drafters or preparers
3 of this document; is that right?
4    MS. REINHARDT:  Objection to form.
5    THE WITNESS:  Well, with help from the   05:03:52
6 adolescent coordinator, Barbara Tucker.
7 BY MR. TRYON:
8   Q  Was this form created from scratch, or do you
9 know if it was taken from a form that someone else
10 had already come up with and just adopted by the   05:04:26
11 Harrison County Board of Education?
12   A  I believe that Barbara Tucker and
13 Sarah Starkey were working -- I believe Barbara had
14 a form, and then it was created for Harrison County
15 schools and -- and what we felt we needed, and then   05:04:45
16 it was sent to Cris Mayo for review and changes were
17 made.  And it went through that process several
18 times before we had the final document.
19   Q  So this just wasn't a form taken from
20 someplace else, it may have started that way, but it   05:05:02
21 was customized; is that --
22   A  I would not know the original -- yeah, I do
23 not know the original origins.  I'm sure they looked
24 at something, and I believe that it was Barbara
25 Tucker that had some background, and that's where it   05:05:14

Page 156

1 originated or the -- the beginnings of it.
2   Q  And who made the final approval of this form?
3   A  This form was actually brought back to the --
4 kind of the heads of the departments, and at the
5 time, it was Dr. Manchin, and we reviewed that   05:05:32
6 collectively together with Sarah before it was
7 rolled out to the principals and the schools.
8   Q  So this was before you were the
9 superintendent?
10   A  The initial gender support plan, yes.   05:05:46
11   Q  Just to be clear, as I understand it, the
12 Board of Education never approved this; is that
13 right?
14   A  No.  It is just an internal, like, protocol.
15 It's guidelines for our schools.          05:06:03
16   Q  And it applies to all schools within
17 Harrison County?
18   A  Yes, we use this document in all of our
19 schools.
20   Q  Was there a formal approval process?   05:06:14
21   A  No.
22   Q  Is -- at that time, was the Board of
23 Education made aware of this form?
24    MS. DENIKER:  Objection to the form.
25    Are you speaking as to the elected board,   05:06:36

Page 157

40 (Pages 154 - 157)

Armistead Supp. App. 0768

1 Mr. Tryon?
2 BY MR. TRYON:
3   Q   Yeah, let me go back to that.  Tell me -- I
4 guess I missed that.  Maybe when I was cut off on
5 the phone call -- what's the difference between the   05:06:48
6 elected board and the nonelected board?
7   A   Well, I think we made the distinction that
8 when we were talking about the elected board, it
9 would be, like, my five people, my -- my actual
10 board members, and then the board in general would   05:06:59
11 just be myself and my office.
12   Q   Ah.
13   A   So you're --
14   Q   Yes.
15   A   -- speaking of five elected board members.   05:07:10
16   Q   Yes.  Did the five elected board members ever
17 become aware of this form?
18   A   It was never brought to a meeting for
19 official action, no.
20   Q   Do you know if they are aware of it as of   05:07:26
21 today?
22   A   I really could not say.
23   Q   Fair enough.  Do you know if this form has
24 been adopted with any other -- by any other counties
25 or by the state school board?   05:07:47

Page 158

1   A   I am not aware of that.  I do know that
2 Sarah Starkey has had another county reach out for
3 examples.  We tend to do that in education.
4   Q   Have you looked through this form, and do you
5 feel like you understand it?   05:08:26
6   A   I do.
7   Q   Okay.  When it -- in the very first part,
8 where it talks about the purpose of this document,
9 it says (as read):
10         "...is to create shared   05:08:38
11         understandings about the ways in
12         which the student's authentic gender
13         will be accounted for..."
14         What's your understanding of what that means,
15 specifically to student's authentic gender?   05:08:47
16   A   Just an understanding of what the -- the
17 child's desire and the parents' desire is.  It's
18 really a document to, I believe, collectively get
19 people all on the same page with where a child is
20 at, regardless of where they're at in the process   05:09:08
21 or -- I -- I -- I believe it is just a focus.  It's
22 just a focus, the building and to provide support
23 for the child.
24   Q   Did any lawyers take a look at this form?
25         MS. DENIKER:  I'm going to object to the   05:09:30

Page 159

1 extent it calls for any attorney-client
2 communications.
3         I'm instructing you to not testify about the
4 substance of any communications you had with counsel
5 about this form.   05:09:40
6         THE WITNESS:  I am not aware of that.
7 BY MR. TRYON:
8   Q   If you go to page 4.
9   A   Okay.
10   Q   And the first part of that is "Extra   05:10:13
11 Curricular Activities," and specifically it's asking
12 about, among other things, sports.
13         Do you see that?
14   A   Yes.
15   Q   So you -- or whoever prepared this, at the   05:10:24
16 time, understood that sports would be an issue that
17 would be impacted by biological males who wanted to
18 participate in -- in -- on girls' teams; right?
19         MS. REINHARDT:  Objection.
20         MS. DENIKER:  Objection to the form.   05:10:44
21         THE WITNESS:  I -- I feel that this is just a
22 reflection of where the student is and what their
23 interests are.  If you look, it's asking them lots
24 of other questions as well, just finding out what
25 they are interested in so that they could feel like   05:11:01

Page 160

1 they are part of a school.
2 BY MR. TRYON:
3   Q   And part of it was to find out about
4 children's interest in sports and what sports they
5 would participate in; right?   05:11:16
6         MS. REINHARDT:  Objection to form.
7         MS. DENIKER:  Objection to form.
8         THE WITNESS:  Yes, I think that's all part of
9 knowing the child.
10 BY MR. TRYON:   05:11:32
11   Q   And once you know the child, then you would
12 need to address issues that are -- that arise;
13 right?
14         MS. REINHARDT:  Objection to form.
15         THE WITNESS:  We -- we would do that with any   05:11:42
16 child.
17 BY MR. TRYON:
18   Q   Correct.
19   A   At least I would hope we would do that.
20   Q   When you learned that B.P.J. was going to   05:11:58
21 participate in -- well, strike that.
22         We've talked a little bit about who sets
23 policies for sports, and as I understand it, the
24 County -- the County's policies for sports follow
25 what the state policies are, the state board's   05:13:19

Page 161

41 (Pages 158 - 161)

Armistead Supp. App. 0769

1 policies; is that right?
2      MS. DENIKER: Objection to the form.
3 BY MR. TRYON:
4   Q   Yeah, I -- I didn't really say that right.
5 Let me just ask you an open-ended question.      05:13:29
6      What policies -- where -- who sets the
7 policies for sports for the County?
8   A   I testified earlier, we just have two,
9 really, policies that are written or acted and board
10 acted on, and it deals with extracurriculars.      05:13:43
11      As far as the sports programs in our middle
12 and high schools, which that's really what we're
13 talking about, competitive sports, there is
14 oversight by the West Virginia SSAC, which are
15 board -- the members are our principals, so there      05:13:58
16 are a set of guidelines that they follow for the
17 sports programs in those buildings.
18   Q   You were asked about -- if there are benefits
19 to sports, and I might -- I'd like to follow up on
20 that just a little bit, but if you believe that Mr.      05:14:19
21 Mazza would be better suited to answer these
22 questions, just tell me, as long as your counsel is
23 okay with that.
24   A   I'm okay talking about the general --
25      MS. DENIKER: Let him ask a -- let him ask a      05:14:36
                                              Page 162

1 question.
2 BY MR. TRYON:
3   Q   Yeah, let me ask you a question first.
4      THE WITNESS: I thought he was asking if I
5 was okay with the question.      05:14:40
6      That was you?
7 BY MR. TRYON:
8   Q   Would you agree -- sorry.
9      Would you agree that the most important thing
10 for kids in your school system is their safety --      05:14:47
11      MS. REINHARDT: Objection --
12 BY MR. TRYON:
13   Q   -- as far --
14      MS. REINHARDT: -- to the form.
15 BY MR. TRYON:      05:14:54
16   Q   -- as far as sports is concerned?
17      MS. REINHARDT: Objection to form.
18      MS. DENIKER: Susan Deniker. I also object
19 to form.
20      THE WITNESS: Safety in all areas is      05:15:03
21 important in our school system, and it is at the top
22 of the list.
23 BY MR. TRYON:
24   Q   Yeah, and I'm asking in particular with
25 respect to athletics. Is safety the most important      05:15:10
                                              Page 163

1 thing for consideration for kids in sports?
2   A   Safety is important in sports.
3   Q   Are you of any rules -- aware of any rules
4 that are set up for safety to prevent injuries in
5 sports?      05:15:27
6      MS. REINHARDT: Objection to form.
7      THE WITNESS: There's a lot of rules,
8 probably rules that I don't know since I'm not
9 involved in that on a daily basis, but a lot of
10 training for our coaches, proper equipment for the      05:15:42
11 children or the students and the athletes, from --
12 really everything, having an athletic trainer at the
13 games and available for the students, if there is an
14 injury, that would properly handle that.
15 BY MR. TRYON:      05:16:01
16   Q   Do you know if that's one of the reasons
17 that -- that sports are separated by sex?
18      MS. REINHARDT: Objection.
19      MS. DENIKER: Objection to the form.
20      THE WITNESS: Going back to the house bill      05:16:13
21 that was passed, that is stated in there, that it is
22 a safety concern.
23 BY MR. TRYON:
24   Q   Aside from the house bill, would you agree
25 that, from your perspective, that we separate sports      05:16:21
                                              Page 164

1 in schools by sex in order -- for -- for safety
2 purposes, especially with respect to contact sports?
3      MS. REINHARDT: Objection to form.
4      And I would also remind Mr. Tryon that
5 Superintendent Stutler is a 30(b)(6) witness.      05:16:42
6      MR. TRYON: Thank you for the reminder.
7 BY MR. TRYON:
8   Q   Can you answer the question, please?
9      MS. DENIKER: I'm also going to put an
10 objection on the record as to form.      05:16:52
11      And to the extent that you can answer as a
12 representative of the Harrison County Board of
13 Education, you may do so.
14      THE WITNESS: I would agree that there are --
15 that there could be physical differences that could      05:17:03
16 produce a safety risk in a contact sport.
17 BY MR. TRYON:
18   Q   Let me look at one other exhibit I may want
19 to ask you a question about. Yeah, let me ask
20 you on Exhibit 19. Let me know when you have that.      05:18:37
21   A   Okay. I see that.
22   Q   At the top of page 4, on that one, can you
23 turn there?
24   A   Sure. I am there.
25   Q   Sure. The -- so the very first thing says      05:18:57
                                              Page 165

                                              42 (Pages 162 - 165)

Armistead Supp. App. 0770

1    (as read):
2         "In what extra-curricular programs
3    or activities" -- excuse me -- "will
4    the student be -- student be
5    participating (sports, theater,          05:19:04
6    clubs, etc)?"
7    A   Yes.
8    Q   And then it's filled in "cross country and
9    track."  And this was filled in on May 18, 2021.
10        At that time, was there any concern about      05:19:19
11   whether B.P.J. would be permitted to participate on
12   the girls' cross -- cross-country team or the boys'
13   cross-country team?
14        MS. REINHARDT:  Objection to form.
15        MS. DENIKER:  Objection to the form.      05:19:36
16        THE WITNESS:  I was not aware of any concern.
17   BY MR. TRYON:
18   Q   Do you know if anybody -- okay.  Fine.
19        MR. TRYON:  That's all -- that's all the
20   questions I have.  Thank you.              05:19:47
21
22              EXAMINATION
23   BY MR. FRAMPTON:
24   Q   And, Superintendent Stutler, this is
25   Hal Frampton for the intervenor.  I've got just a      05:20:00

Page 166

1    few questions for you.  I know it's been a -- a long
2    afternoon so far.
3    A   Thank you.
4    Q   If you would -- no worries.
5         If you would, please, pull up Exhibit 28, and   05:20:11
6    when you've got it up, go ahead and scroll down to
7    page 4, the listings for Bridgeport Middle School.
8    A   I have that.
9    Q   Thank you, Superintendent.  And I just want
10   to make sure -- I know you testified a little bit   05:20:33
11   about this earlier, but I -- I wasn't totally clear
12   on what you were saying.
13        So it is your understanding that there is a
14   separate boys' cross-country team and girls'
15   cross-country team at Bridgeport Middle School;   05:20:46
16   correct?
17   A   Yes.
18   Q   And so the winners of their meets, there
19   would be a boys' winner and a girls' winner; is that
20   correct?                                  05:20:58
21   A   Yes.
22   Q   Okay.  And they're further separated into
23   varsity and junior varsity; is that right?
24   A   Correct.
25   Q   And who decides whether a student is      05:21:07

Page 167

1    competing at the varsity level or junior varsity
2    level?
3    A   I believe that would be the coach.
4    Q   Okay.  The -- the coach at the individual
5    middle school?                            05:21:25
6    A   Yes.
7    Q   Do you know how that decision is made?
8    A   No.  I would assume it would be by their
9    time.
10   Q   A competitive decision?                  05:21:38
11   A   Yeah, their -- yes.
12   Q   Are there limits as to how many people can be
13   designated varsity or junior varsity?
14   A   I would not know that.
15   Q   Who -- who would make the decision as to      05:21:52
16   whether there are limits on that?
17   A   That would be the AD at that school and the
18   coach.  And I would say that -- how many would be
19   out for the team.  There's a lot of factors in that.
20   Q   Okay.  Would those same people decide the --   05:22:11
21   the number of students who can be on the team,
22   period?
23   A   I believe so, with the administrator, the
24   school administrator.  It would become a staffing --
25   just staffing and what they can do.      05:22:36

Page 168

1    Q   Right.  And are there in fact limits on the
2    number of students who can be on a given athletic
3    team?
4         MS. REINHARDT:  Objection to form.
5         THE WITNESS:  I do not know that.  That is   05:22:46
6    not my wheelhouse.
7    BY MR. FRAMPTON:
8    Q   And -- and who would know that?
9    A   The AD at the school, the coach and the
10   school administrator.                     05:23:01
11        MR. FRAMPTON:  All right.  Give me one second
12   while I mark an exhibit.
13        (Exhibit 33 was marked for identification
14        by the court reporter and is attached hereto.)
15   BY MR. FRAMPTON:                          05:23:12
16   Q   All right.  Superintendent, what I've marked
17   as Exhibit 33 ought to be available to you now.
18   Could you check?
19   A   I have that.
20   Q   Have you seen this e-mail before?         05:23:49
21   A   During prep for this deposition.
22   Q   Yes, ma'am.  Can you tell me who
23   Danyelle Schoonmaker is?
24   A   She is the cross-country coach at
25   Bridgeport Middle School.                 05:24:07

Page 169

43 (Pages 166 - 169)

Armistead Supp. App. 0771

1    Q   Is she the head coach?
2    A   Yes.
3    Q   And who is Meghan Flesher?
4    A   She is a volunteer assistant.
5    Q   For the cross-country team?          05:24:22
6    A   Yes.
7    Q   And did you say earlier Natalie McBrayer is
8    also a volunteer assistant?
9    A   Natalie McBrayer is an assistant coach that
10   is -- yes, she is also a volunteer assistant coach,   05:24:41
11   sorry.
12   Q   Does she have any other role with the -- with
13   the Board of Education, the county board?
14   A   Natalie does not.
15   Q   Okay.  She's not a teacher as well?      05:24:55
16   A   No, she's not.
17   Q   And of these, the three people on these
18   messages, is Natalie the only one that you spoke to
19   in preparation for this deposition?
20   A   Yes.                        05:25:10
21   Q   Do you agree this e-mail says "Attached is
22   the excel spreadsheet with our athletes' times and
23   attendance (could be off a bit-I haven't updated
24   from our sheet yet)"?  Did I read that correctly?
25   A   Yes.                        05:25:32

Page 170

1       MR. FRAMPTON:  All right.  And hang on.  I'm
2    going to try to mark separately, unfortunately,
3    because they're different file types, and the
4    spreadsheet that was attached to this.  Give me one
5    second.                        05:25:46
6       All right.  What I've marked as Exhibit 34
7    ought to be available to you now.
8       (Exhibit 34 was marked for identification
9       by the court reporter and is attached hereto.)
10      THE WITNESS:  I have that.          05:26:21
11   BY MR. FRAMPTON:
12   Q   Okay.  Do you agree this is a spreadsheet
13   with three tabs at the bottom?
14   A   Yes.
15   Q   And was this also something you reviewed in   05:26:38
16   preparation for this deposition?
17   A   Yes.
18   Q   And tell me what you understand this document
19   to be.
20   A   This was the Excel sheet on -- it had the   05:26:48
21   attendance on the -- I think the first two
22   practices.  It had the -- the student names and
23   their grade levels.
24   Q   Got it.  And --
25   A   And then their lap times, yeah.      05:27:02

Page 171

1    Q   Thank you.  The -- on the Athlete Info tab,
2    are -- are all of the -- obviously, everyone is
3    blacked out except for B.P.J., which I -- I
4    certainly understand.
5       My question is, are all of the blacked-out   05:27:16
6    folks Bridgeport Middle School students?
7    A   Yes, they would be.
8    Q   Okay.  And these are all students who are
9    interested in running cross-country in the fall of
10   2021?                          05:27:32
11   A   Yes.
12   Q   And there are 41 students on this list; is
13   that right?
14   A   Yes.
15   Q   What do you understand the purpose of this   05:27:52
16   document being, tracking their attendance and lap
17   times?
18      MS. REINHARDT:  Objection to form.
19      THE WITNESS:  I believe that that would be
20   for the coach's information.          05:28:12
21      (Exhibit 35 was marked for identification
22      by the court reporter and is attached hereto.)
23   BY MR. FRAMPTON:
24   Q   Thank you.  All right.  Hang on.  I'll mark
25   another one.                     05:28:22

Page 172

1       All right.  You should have available now
2    what I've marked as Exhibit 35.
3    A   I have that.
4    Q   And is this also a document you reviewed in
5    your preparation?                 05:29:15
6    A   Yes.
7    Q   And tell me what you understand this document
8    to be.
9    A   These were the students that were -- that
10   participated, I believe, in a week -- that early   05:29:25
11   summer conditioning week with the coaches.
12   Q   In -- in preparation for running
13   cross-country in the fall?
14   A   For the season, yes.
15   Q   If you could go to that second page, do you   05:29:42
16   agree that it's got 18 people listed under the
17   cross-country girls' team?
18   A   Yes, I see that.
19   Q   And then 18 listed under the boys' team?
20   A   Yes.                        05:30:08
21   Q   And 18 plus 18 is 36, would you agree?
22   A   Yes, uh-huh.
23   Q   How did we get from 41 people on that last
24   spreadsheet to 36 on this spreadsheet?
25   A   It could be that --             05:30:21

Page 173

44 (Pages 170 - 173)

Armistead Supp. App. 0772

| | |
|---|---|
| 1    MS. DENIKER:  Object to the form. | 1    Did I read that correctly? |
| 2    THE WITNESS:  Was that a question? | 2    A  I see that. |
| 3    MS. DENIKER:  He's asking that question, and | 3    Q  What does it mean -- what do they mean by |
| 4  I'm objecting to the -- | 4  "drop some"?  Do you know what that means? |
| 5    THE WITNESS:  Okay.          05:30:42 | 5    MS. DENIKER:  Objection to the form.     05:33:44 |
| 6    MS. DENIKER:  -- form of the question. | 6    And I would just like to have an objection as |
| 7    THE WITNESS:  It could be that less students | 7  to form on all of these, about what it means. |
| 8  came out.  It could be.  I don't know.  I don't | 8    But you can answer, to the extent that you |
| 9  know. | 9  can. |
| 10  BY MR. FRAMPTON:          05:30:59 | 10    THE WITNESS:  I'm guessing -- I -- I don't     05:33:55 |
| 11    Q  Okay.  You're not -- it sounds like you're | 11  want to guess.  I'm not allowed to guess. |
| 12  not sure how those, essentially, fiveish people | 12    It's -- it's hard to know what the coach was |
| 13  were -- were on one spreadsheet and not on the next | 13  thinking.  They're trying to use times to accurately |
| 14  one; is that right? | 14  judge who would make the varsity team compared to |
| 15    A  I would not -- yeah, I would not know that.    05:31:13 | 15  the junior varsity.          05:34:12 |
| 16    MR. FRAMPTON:  All right.  Give me one second | 16  BY MR. FRAMPTON: |
| 17  to get my next one. | 17    Q  Okay.  So there's some -- your understanding |
| 18    (Exhibit 36 was marked for identification | 18  is that "drop some" would have some competitive |
| 19    by the court reporter and is attached hereto.) | 19  meaning; correct? |
| 20  BY MR. FRAMPTON:          05:31:54 | 20    MS. DENIKER:  Objection to the form.     05:34:24 |
| 21    Q  All right.  You should now have available to | 21    THE WITNESS:  Based on times. |
| 22  you what I have marked as Exhibit 36. | 22  BY MR. FRAMPTON: |
| 23    A  I have that. | 23    Q  And then if you look at that next page in |
| 24    Q  Okay.  And was this also a document you | 24  this, you would agree that we've got B.P.J. listed |
| 25  reviewed in your preparation?          05:32:14 | 25  with a -- the number 5 beside the name; is that |
| Page 174 | Page 176 |

| | |
|---|---|
| 1    A  Yes. | 1  right? |
| 2    Q  And it is an e-mail from Natalie McBrayer to | 2    A  Yes. |
| 3  Danyelle Schoonmaker and Meghan Flesher dated | 3    Q  But no yellow highlight; is that correct? |
| 4  August 9th, 2021; is that correct? | 4    A  Correct. |
| 5    A  Yes.          05:32:39 | 5    Q  Any understanding of why B.P.J. did not     05:35:03 |
| 6    Q  Do you see in that first sentence the -- a | 6  receive a yellow highlight? |
| 7  reference to lap counts? | 7    MS. DENIKER:  Objection to the form. |
| 8    A  I do. | 8    MS. REINHARDT:  I'll join that objection. |
| 9    Q  What's your understanding of what lap counts | 9    THE WITNESS:  I do not know. |
| 10  are?          05:32:48 | 10  BY MR. FRAMPTON:          05:35:20 |
| 11    A  How many -- I'm assuming it's how many laps | 11    Q  You would agree that, at least the way that |
| 12  they went. | 12  this spreadsheet is presented, B.P.J. is the first |
| 13    Q  Okay.  So the next sentence says (as read): | 13  person not to receive a yellow highlight; is that |
| 14    "I highlighted the ones Meghan and I | 14  correct? |
| 15    talked about taking for at least 1     05:33:04 | 15    MS. REINHARDT:  Objection.          05:35:29 |
| 16    loop to see how they do." | 16    THE WITNESS:  Looking at the form, as it is, |
| 17    Did I read that correctly? | 17  she does not have a yellow highlight. |
| 18    A  Yes. | 18  BY MR. FRAMPTON: |
| 19    Q  Can you tell me what that means, "taking for | 19    Q  And in terms of the order in which the |
| 20  at least 1 loop to see how they do"?     05:33:15 | 20  students are presented, B.P.J. is the first person   05:35:44 |
| 21    A  My thoughts are they're going to run them one | 21  presented without a yellow highlight; is that right? |
| 22  lap and check their time. | 22    MS. REINHARDT:  Objection to form and also |
| 23    Q  And then it says (as read): | 23  outside the scope of the deposition. |
| 24    "We might want to drop some after | 24    THE WITNESS:  Would you repeat that question? |
| 25    the first loop."          05:33:32 | 25    (Exhibit 37 was marked for identification |
| Page 175 | Page 177 |

45 (Pages 174 - 177)

Armistead Supp. App. 0773

1     by the court reporter and is attached hereto.)
2  BY MR. FRAMPTON:
3     Q  I'll just strike it.
4        Let's see.
5        All right.  What I've marked as Exhibit 37     05:36:40
6  should now be available to you.
7     A  I have that.
8     Q  All right.  Was this also a document that you
9  reviewed in preparation for your deposition?
10    A  Yes.                          05:37:06
11    Q  Go to the Meet Info tab.
12    A  Okay.
13    Q  What's your understanding of this -- what
14 this tab is presenting?
15       MS. DENIKER:  Objection to the form.       05:37:32
16       THE WITNESS:  This is a schedule of the
17 upcoming meets and where they'll be held.
18 BY MR. FRAMPTON:
19    Q  These are the meets that the cross-country
20 teams at Bridgeport Middle School were going to     05:37:43
21 participate in in the fall of 2021?
22       MS. REINHARDT:  Objection to form and also
23 outside the scope of the deposition.
24       MS. DENIKER:  Objection to the form.
25       THE WITNESS:  Yes, I believe that's the     05:37:56
Page 178

1  schedule of the dates and where Bridgeport Middle
2  would be participating in events.
3        MR. FRAMPTON:  Hold on for a second.  I've
4  just got two or three more.  I'll be very quick.
5        (Exhibit 38 was marked for identification     05:38:26
6     by the court reporter and is attached hereto.)
7  BY MR. FRAMPTON:
8     Q  All right.  What I've marked as Exhibit 38
9  should now be available to you.
10    A  I have that.                    05:38:58
11    Q  All right.  Was this also a document that you
12 reviewed in preparation for your deposition?
13    A  Yes.
14    Q  What do you understand it to be?
15       MS. DENIKER:  Objection to form.       05:39:12
16       THE WITNESS:  It's looking at the
17 participants of the team and whether they meet
18 eligibility requirements.
19 BY MR. FRAMPTON:
20    Q  Who prepares this document?          05:39:22
21    A  The AD at the school.
22    Q  And is this a listing of everyone who is
23 going to be on the team for that year?
24       MS. REINHARDT:  Objection.  And outside the
25 scope of the deposition.                05:39:44
Page 179

1        MS. DENIKER:  Objection to form of the
2  question.
3        THE WITNESS:  I really don't know that.
4        And when I said with the AD, I'm sure the
5  coach had something to do with this as well.     05:39:55
6        (Exhibit 39 was marked for identification
7     by the court reporter and is attached hereto.)
8  BY MR. FRAMPTON:
9     Q  All right.  What I've marked as Exhibit 39
10 should be available to you.               05:40:24
11    A  I have that.
12    Q  All right.  Is this also a document that you
13 reviewed in preparation for your deposition today?
14    A  Yes.
15    Q  Is it a listing of how the Bridgeport Middle   05:40:51
16 school's cross-country players did at the
17 Doddridge Invitational?
18       MS. REINHARDT:  Objection.
19       And I also want to note that this line of
20 questioning pertains to a topic that's been removed   05:41:11
21 from the Deposition Notice.
22       MR. FRAMPTON:  It pertains to topic 14, which
23 has not been removed.  It is a document produced by
24 the deponent, and this particular witness has
25 already testified that she reviewed it in           05:41:25
Page 180

1  preparation.
2        MS. REINHARDT:  It's -- I'm going to hold my
3  objection that it's still outside the scope of the
4  deposition.
5        MR. FRAMPTON:  Your objection is noted.     05:41:38
6        If the witness would please answer the
7  question.
8        MS. DENIKER:  Susan Deniker.  Object to the
9  form.
10       THE WITNESS:  Would you please repeat the     05:41:46
11 question?
12       MR. FRAMPTON:  Absolutely.
13       Madame Court Reporter, could you please
14 repeat my question?
15       MS. DENIKER:  Mr. Frampton, if you're      05:41:54
16 agreeable, I will not restate my objection if you'll
17 agree to continue to note my objection.
18       MR. FRAMPTON:  Absolutely.  That's -- that's
19 totally fine with me.
20       (Record read.)                    05:42:03
21       MS. REINHARDT:  Same objections.
22       THE WITNESS:  Yes.
23 BY MR. FRAMPTON:
24    Q  Okay.  Looking at page 2 of the document,
25 would all of the blacked-out students on this page   05:42:25
Page 181

46 (Pages 178 - 181)

Armistead Supp. App. 0774

1  be Bridgeport Middle School students?
2     A  Yes.
3     Q  Okay.  So this document is not telling us how
4  the Bridgeport Middle School students did as against
5  the -- the participants from other schools in that     05:42:41
6  meet; is that correct?
7        MS. REINHARDT:  Objection to form.
8        MS. DENIKER:  Objection to the form.
9        THE WITNESS:  Yes.
10 BY MR. FRAMPTON:                                        05:42:54
11    Q  Okay.  And you would agree that B.P.J. had a
12 time that was faster than three of the girls listed
13 on the spreadsheet; is that right?
14       MS. REINHARDT:  Objection to form.
15       MS. DENIKER:  Objection to form.                  05:43:09
16       THE WITNESS:  There were three names listed
17 below her.
18 BY MR. FRAMPTON:
19    Q  Okay.  The two names at the bottom that, of
20 course, I can't see, the N/As, would those have been   05:43:24
21 people who were permitted to participate in the meet
22 and just didn't?
23       MS. REINHARDT:  Objection to form.
24       MS. DENIKER:  Objection to form.
25       THE WITNESS:  I would not know that.              05:43:35

Page 182

1        (Exhibit 40 was marked for identification
2        by the court reporter and is attached hereto.)
3  BY MR. FRAMPTON:
4     Q  All right.  What I have listed as -- marked
5  as Exhibit 40 should be -- should be available to      05:44:22
6  you now.
7        And this is my last exhibit, so you're almost
8  done with me.
9     A  I have it.
10    Q  All right.  Is this document also something      05:45:03
11 that you reviewed in preparation for your
12 deposition?
13    A  Yes.
14    Q  Okay.  The first page, is this a listing of
15 how the Bridgeport Middle School cross-country         05:45:16
16 athletes did in the Ritchie County meet on Saturday,
17 October 1st?
18       MS. REINHARDT:  Objection to form.
19       And I'll put a standing objection that these
20 questions are outside of the scope.                    05:45:29
21       MR. FRAMPTON:  Yes, happy to grant you a
22 standing objection.
23       THE WITNESS:  Yes.
24 BY MR. FRAMPTON:
25    Q  And so as with the last one we looked at, all    05:45:35

Page 183

1  of the students on this page would be
2  Bridgeport Middle School students; right?
3     A  Yes.
4     Q  And you would agree that B.P.J. has a time
5  that is faster than three of the girls listed on       05:45:49
6  this spreadsheet; correct?
7        MS. REINHARDT:  Objection to form.
8        THE WITNESS:  Yes, there are three names
9  below hers.
10 BY MR. FRAMPTON:                                        05:46:02
11    Q  Do you have any idea what the yellow
12 highlighting means?
13    A  I do not.
14    Q  It was worth a try.
15    A  I do not.                                          05:46:18
16    Q  The next two pages, are these just a -- a --
17 sort of compilation of how the Bridgeport Middle
18 School cross-country athletes did across a number of
19 meets in the fall 2021 season?
20       MS. REINHARDT:  Objection to form.               05:46:38
21       MS. DENIKER:  This is Susan Deniker.
22 Objection to form.
23       THE WITNESS:  It looks like it is a
24 compilation of meets and times.
25 BY MR. FRAMPTON:                                        05:46:58

Page 184

1     Q  Look at the third page.
2     A  Okay.
3     Q  You would agree that there are no names
4  listed next to these various times; right?
5     A  Yes.                                              05:47:25
6     Q  Okay.  Is this just a -- a sort of horizontal
7  continuation of the previous page?
8        MS. REINHARDT:  Objection to form.
9        MS. DENIKER:  Objection to form.
10       THE WITNESS:  I do not know.                      05:47:41
11 BY MR. FRAMPTON:
12    Q  And then the last page of the exhibit, would
13 you agree this is a compilation of how the various
14 Bridgeport Middle School cross-country athletes did
15 in two time trial competitions?                        05:47:59
16       MS. REINHARDT:  Objection to form.
17       MS. DENIKER:  This is Susan Deniker.
18 Objection to form.
19       THE WITNESS:  Yes, it says "Time
20 Trial-Bridgeport City Park" and the time trial for     05:48:17
21 the Bridgeport city park course on two different
22 dates.
23    Q  And you would agree, with respect to the
24 October 7, 2021, date, it's got B.P.J. listed in
25 24th place; is that right?                              05:48:33

Page 185

47 (Pages 182 - 185)

Armistead Supp. App. 0775

```
 1      MS. REINHARDT:  Objection to form.
 2      MS. DENIKER:  Objection to form.
 3      THE WITNESS:  She is by the number 24.
 4  BY MR. FRAMPTON:
 5   Q  Okay.  And the heading for that column is      05:48:46
 6  TT Place; correct?
 7   A  Yes.
 8   Q  And it's got B.P.J. in 30th place in the
 9  August 24th time trial; is that right?
10      MS. REINHARDT:  Objection to form.      05:49:08
11      MS. DENIKER:  Objection to form.
12      THE WITNESS:  Yes, she is by number 30.
13  BY MR. FRAMPTON:
14   Q  And the heading for that column is "Place"?
15   A  The heading for that column is "Place," yes.  05:49:21
16      MR. FRAMPTON:  All right.  Those were my
17  questions for you, Superintendent Stutler.  Thank
18  you so much.
19      MS. REINHARDT:  Superintendent Stutler, I
20  apologize, I have a few redirect questions, but I'll  05:49:37
21  be very brief.
22      If you could please turn to Exhibit 28.
23      MS. DENIKER:  Ms. Reinhardt, while we do
24  that, this is Susan Deniker, I will have a couple of
25  questions for this witness.  It's fine with me if  05:49:59
```
Page 186

```
 1  you want to proceed, but I did want to let you know
 2  that.
 3      MS. REINHARDT:  Thank you.
 4
 5          FURTHER EXAMINATION      05:50:05
 6  BY MS. REINHARDT:
 7   Q  Please let me know when you're at Exhibit 28.
 8   A  Okay.
 9   Q  If you could please turn to page 4, under
10  Bridgeport Middle School.      05:50:20
11      Do you, Superintendent Stutler, know if
12  football is a contact sport?
13   A  Yes.
14   Q  And on this sheet here, it says football is
15  coed; is that correct?      05:50:51
16   A  Yes.
17   Q  And do you understand that to mean that girls
18  can play on the football team?
19   A  Yes.
20   Q  And would you also say that wrestling is a   05:51:03
21  contact sport?
22   A  Yes.
23   Q  And is it also listed here as coed?
24   A  Yes.
25   Q  And does that mean that girls are able to   05:51:18
```
Page 187

```
 1  participate?
 2   A  Yes, in wrestling.
 3      MS. REINHARDT:  Thank you.  And I am going to
 4  put what will be marked as Exhibit 41 into the
 5  "Marked Exhibit" folder.  I'll let you know once   05:51:28
 6  it's -- once you can refresh.
 7      MR. REISBORD:  Counsel, what's -- what's the
 8  exhibit number?
 9      MS. REINHARDT:  It will be Exhibit 41.
10      And you should be able to refresh now.   05:51:47
11      (Exhibit 41 was marked for identification
12      by the court reporter and is attached hereto.)
13  BY MS. REINHARDT:
14   Q  Have you seen this form?
15   A  I have.      05:52:00
16   Q  Could you please read paragraph 6.
17   A  (As read):
18      "No other Bridgeport Middle School
19      student was displaced by B.P.J.'s
20      participation on the girls'      05:52:13
21      cross-country team."
22      MS. REINHARDT:  Thank you.  I have no further
23  questions.
24      MS. DENIKER:  This is Susan Deniker.
25  Superintendent Stutler, I have a few questions for  05:52:25
```
Page 188

```
 1  you.
 2
 3          EXAMINATION
 4  BY MS. DENIKER:
 5   Q  You testified earlier today about policies   05:52:29
 6  that are passed by the Harrison County Board of
 7  Education, which is made up of elected board
 8  members.
 9      Do you recall that testimony?
10   A  I do.      05:52:44
11   Q  And it's my recollection of your testimony
12  that you testified that some of the policies passed
13  by the Harrison County Board of Education are to
14  implement state board policies but on a local board
15  level, with local county board processes in place;   05:52:58
16  is that correct?
17   A  Yes.
18   Q  Does the Harrison County Board of Education
19  ever pass other policies that are not -- that do not
20  originate from state board policy?      05:53:10
21   A  Yes.
22   Q  And does the county board adopt and pass as a
23  policy every West Virginia State Board of Education
24  policy?
25   A  No.      05:53:25
```
Page 189

48 (Pages 186 - 189)

Armistead Supp. App. 0776

| | |
|---|---|
| 1    Q  Does it only pass policies for the County | 1       THE WITNESS:  No. |
| 2  where there's some type of local process or | 2  BY MS. DENIKER: |
| 3  implementation that is necessary for Harrison County | 3    Q  Did any employee or agent of Harrison County, |
| 4  schools? | 4  in their official capacities, take any action to |
| 5       MS. REINHARDT:  Objection to form.    05:53:36 | 5  advocate for the passage of that bill?    05:55:25 |
| 6       THE WITNESS:  That would be correct. | 6       MS. REINHARDT:  Objection. |
| 7  BY MS. DENIKER: | 7       THE WITNESS:  No. |
| 8    Q  I'm sorry, I didn't hear your answer. | 8  BY MS. DENIKER: |
| 9    A  That would be correct. | 9    Q  Did any employee or agent of the |
| 10    Q  You were also asked some questions today  05:53:40 | 10  Harrison County Board of Education in any way    05:55:34 |
| 11  about rostering for school sports for Harrison | 11  contribute to the passage of that bill by providing |
| 12  County schools; is that correct? | 12  testimony or information to support passage of |
| 13    A  Yes. | 13  House Bill 3293? |
| 14    Q  Have you ever held the position of being a | 14       MS. REINHARDT:  Objection to form. |
| 15  middle school or high school administrator?    05:53:54 | 15       THE WITNESS:  No.           05:55:48 |
| 16    A  No. | 16  BY MS. DENIKER: |
| 17    Q  Have you ever been an athletic director in | 17    Q  Did the Harrison County Board of Education, |
| 18  any -- in any school, in any county, in West | 18  through the elected board, pass any policy |
| 19  Virginia? | 19  proclamation or other statement that related to |
| 20    A  No.              05:54:04 | 20  House Bill 3293 in any way?         05:56:00 |
| 21    Q  Have you ever personally been responsible for | 21    A  No. |
| 22  either directly or overseeing the rostering that | 22    Q  Has the Harrison County Board of Education |
| 23  goes on at either middle schools or high schools in | 23  taken any action to implement the provisions of |
| 24  Harrison County? | 24  House Bill 3293 as you sit here today? |
| 25    A  No.              05:54:14 | 25    A  No.              05:56:13 |
| Page 190 | Page 192 |
| 1    Q  Do you know how that process is done? | 1       MS. DENIKER:  Give me one minute and let me |
| 2    A  Not from beginning to end.  I know parts. | 2  just see if I have any other questions. |
| 3    Q  Is it fair to say that you will defer | 3       Superintendent Stutler, I have no further |
| 4  testimony on behalf of the Harrison County Board of | 4  questions.  Thank you. |
| 5  Education about rostering for school sports in    05:54:29 | 5       THE WITNESS:  Thank you.      05:56:36 |
| 6  Harrison County to the other designee for today's | 6       MR. FRAMPTON:  I have some additional |
| 7  30(b)(6) deposition? | 7  questions based on plaintiff's redirect. |
| 8    A  Yes. | 8 |
| 9    Q  You were also asked questions today about | 9       FURTHER EXAMINATION |
| 10  House Bill 3293. | 10  BY MR. FRAMPTON:          05:56:42 |
| 11       Superintendent Stutler, are you familiar with | 11    Q  All right.  Superintendent Stutler, do you -- |
| 12  that house bill that was passed by the West Virginia | 12  do you still have Exhibit 41 up? |
| 13  legislature? | 13       MS. DENIKER:  We are pulling it up for the |
| 14    A  Yes. | 14  witness. |
| 15    Q  And you would have reviewed that bill; is  05:54:55 | 15       MR. FRAMPTON:  Thank you.       05:56:59 |
| 16  that correct? | 16       THE WITNESS:  I have it. |
| 17    A  Yes. | 17  BY MR. FRAMPTON: |
| 18    Q  You were asked some questions about whether | 18    Q  All right.  And scroll down to paragraph 6 |
| 19  the Harrison County Board of Education supported | 19  which plaintiff's counsel had you read into the |
| 20  that bill, and I want to ask you more specific    05:55:03 | 20  record.              05:57:11 |
| 21  questions about that. | 21    A  Okay. |
| 22       Did the Harrison County Board of Education as | 22    Q  What does this statement mean by "displaced"? |
| 23  an entity do anything officially to advocate or | 23       MS. DENIKER:  Objection to the form. |
| 24  support that bill? | 24       MS. REINHARDT:  Join the objection. |
| 25       MS. REINHARDT:  Objection to form.    05:55:15 | 25       THE WITNESS:  That someone did not get to  05:57:31 |
| Page 191 | Page 193 |

49 (Pages 190 - 193)

Armistead Supp. App. 0777

1 participate because of B.P.J.
2 BY MR. FRAMPTON:
3    Q   Participate as in join the team?
4    A   Yes, as part of the cross-country team.
5    Q   Does "participate" have any -- any other      05:57:45
6 meaning other than just join the team?
7       MS. REINHARDT:  Objection to form.
8       MS. DENIKER:  This is Susan Deniker.  I also
9 object to the form of the question.
10      THE WITNESS:  Participation.  If you're on      05:58:01
11 the team, you're participating.
12 BY MR. FRAMPTON:
13   Q   Okay.  You would agree B.P.J. did beat some
14 girls in cross-country meets; correct?
15      MS. REINHARDT:  Objection to form.          05:58:11
16      MS. DENIKER:  I also object to the form.  And
17 I believe that that is also beyond the scope of the
18 notice.
19      MR. FRAMPTON:  Well, so is the stipulation.
20      And -- and it -- and it actually does relate   05:58:26
21 to the documents we looked at earlier that are part
22 of the -- the -- the board's document production.
23      THE WITNESS:  Looking at the documents that
24 were -- that I reviewed yesterday for -- in prep for
25 this, there were students below her on the time      05:58:39

Page 194

1 trials.
2 BY MR. FRAMPTON:
3    Q   And students below her at cross-country
4 meets; correct?
5    A   Yes.                                 05:58:49
6       MS. REINHARDT:  Objection.
7 BY MR. FRAMPTON:
8    Q   And -- and not just students, but girls below
9 her at the cross-country meets; correct?
10      MS. REINHARDT:  Objection to form.          05:58:59
11      THE WITNESS:  Yes.
12      MS. REINHARDT:  And also outside the scope.
13      MR. FRAMPTON:  Just so we are clear, the
14 court reporter got it, you answered that question
15 "yes"; correct?                              05:59:08
16      THE WITNESS:  Yes.
17      MS. DENIKER:  And I would also like to place
18 a belated objection to form on the record.
19 BY MR. FRAMPTON:
20   Q   Do you know whether B.P.J.'s participation   05:59:14
21 prevented any girls at -- on the cross-country team
22 from going to any meets?
23      MS. REINHARDT:  Outside the scope of the
24 redirect and objection to form.
25      MS. DENIKER:  Objection to form.          05:59:32

Page 195

1       THE WITNESS:  I am not aware of any student
2 that was displaced due to her participating on the
3 team.
4 BY MR. FRAMPTON:
5    Q   And again, by "displaced," you simply mean   05:59:43
6 allowed to participate on the team; correct?
7    A   Yes, yes.
8       MR. FRAMPTON:  Okay.  That's all I've got.
9       MS. MORGAN:  This is Kelly Morgan.  So are we
10 concluded with Superintendent Stutler and moving      06:00:11
11 straight on to Mr. Mazza?
12      MS. REINHARDT:  We can continue with Mr.
13 Mazza at this time, yes.
14      MS. MORGAN:  Do we have any anticipation as
15 to how much longer this is going to go?  We started   06:00:26
16 here at noon for us, and it's 6 o'clock.  Some of us
17 have, you know, family obligations here.
18      Are we talking two, three, four more hours?
19      MS. REINHARDT:  I --
20      THE VIDEOGRAPHER:  Off the record?          06:00:38
21      MS. REINHARDT:  I don't believe that -- oh,
22 yes, can we please go off the record.
23      THE VIDEOGRAPHER:  Yeah.  Okay.  Thanks.
24 I -- we're going off the record.  The time is
25 6:00 p.m., and this is the end of Media Unit No. 4.   06:00:44

Page 196

1       (Recess.)
2       THE VIDEOGRAPHER:  All right.  We are back on
3 the record at 6:19 p.m., and this is the beginning
4 of Media Unit No. 5.
5       Can we please swear in the witness.          06:19:02
6       (Witness sworn.)
7       THE VIDEOGRAPHER:  And I'll just mention,
8 this is the beginning of David Mazza's testimony.
9       Go ahead.  Thank you.
10
11          DAVE MAZZA,
12 having been administered an oath, was examined and
13 testified as follows:
14          EXAMINATION
15 BY MS. REINHARDT:
16   Q   Hi, Mr. Mazza.  How are you doing today?
17   A   Good.  How are you doing?
18   Q   I'm doing well.
19      Is it okay if I call you "Principal Mazza"
20 for the point of this deposition?              06:19:39
21   A   Yes, you can call me "Principal Mazza," yes.
22   Q   Great.  And have you ever been deposed
23 before?
24   A   I have not.
25   Q   Have you ever testified in a court of law   06:19:46

Page 197

50 (Pages 194 - 197)

Armistead Supp. App. 0778

before?
A I have.
Q What is your current title?
A I am principal at Bridgeport Middle School, Harrison County schools. 06:20:02
Q And how long have you been the principal?
A I'm in my fifth year.
Q Wonderful. And what did you do before that?
A I was the assistant at Bridgeport Middle for eight years. Prior to that, I was a teacher for 06:20:11 20 years. I'm in my 33rd year in education.
Q That's wonderful. And I'm sorry, I want to make sure that I didn't mishear you. Did you say you have or have not testified in court before?
A I have testified in court before. 06:20:29
Q Thank you for clarifying.
And what was the nature of that case?
A It's when I was -- I had just turned 18, and I witnessed a fight. One of the participants in the fight used brass knuckles. I'm going way back to 06:20:45 the '70s here, so -- and I just had to be a witness of what I did see and how the fight went down.
Q I appreciate that. So you have never testified in court as it relates to your current role; is that correct? 06:21:01

Page 198

A That is true.
Q Thank you. So going back, you have been in this field for quite some time.
Did you study education in college?
A I did. I went to Fairmont State College from 06:21:13 1985 to 1989. I went on to West Virginia University and received my Master's degree in special education. Then I went to Salem International University and -- and got my administration certificate. 06:21:31
Q You're extremely credentialed. I appreciate you walking me through that.
And is there a reason you're aware of today that you won't be able to answer my questions truthfully and accurately? 06:21:47
A Can you repeat that? I'm sorry.
Q Is there a reason that you're aware of that would prevent you from answering my questions truthfully and accurately today?
A No. 06:21:59
Q Thank you. And I would like to set a couple of ground rules so there aren't any surprises for you today.
A Okay.
Q If I ask you a question, please answer it 06:22:07

Page 199

unless your attorney states otherwise. Is that understood?
A That is understood.
Q And so that the court reporter can get everything we're saying, please use only verbal 06:22:20 responses. Unfortunately, we cannot transcribe nodding or hand gestures. Is that understood?
A That is understood.
Q And if I ask a question that you don't understand, please let me know. If you answer my 06:22:36 question, I'll assume that you understand what I'm asking. Is that okay?
A Yes. Thank you for that.
Q No problem. And my last just housekeeping rule is if you'd like to take a break at any point, 06:22:48 please let us know. I'll need to finish my line of questioning, but we'd be happy to accommodate any breaks.
A Thank you very much.
Q Did you review any documents in preparation 06:22:59 of today's deposition?
A Yes, I did.
Q And without disclosing any communications you may have had with your attorney, can you please let me know which documents you reviewed. 06:23:13

Page 200

A We reviewed what the litigation is about today.
Q And were there any other documents in connection to this litigation you reviewed?
A Just what was over in the litigation. I 06:23:26 mean, we looked at several different things. We did a review of the gender support plan that was -- that had taken place last May, just the basic documents that go on with this litigation.
Q And if you know, were all of the documents 06:23:44 provided by counsel?
A Yes.
Q And did you bring any documents with you today?
A I did not. 06:24:01
Q Great. And did you provide your counsel with any documentation?
A I did.
Q And what was it?
MS. DENIKER: This is Susan Deniker. I would 06:24:12 like to clarify something here. Are you asking in preparation for the deposition, or do you mean with regard to this litigation, generally, in terms of discovery?
MS. REINHARDT: Thank you for that clarifying 06:24:26

Page 201

1  question.  I mean in preparation for today.
2      THE WITNESS:  No.
3  BY MS. REINHARDT:
4      Q  Thank you.  And did you speak with anyone in
5  preparation for today's deposition?          06:24:38
6      A  Just counsel.
7      Q  Did you --
8      MS. DENIKER:  Let me -- Ms. Reinhardt, excuse
9  me, this is Susan Deniker again.
10     Mr. Mazza, to the extent that you had        06:24:49
11  conversations with other Harrison County Board of
12  Education employees --
13     THE WITNESS:  Right.
14     MS. DENIKER:  -- to prepare for your
15  deposition, you may disclose the names of those    06:24:59
16  persons that you spoke with.
17     THE WITNESS:  Okay.  Other than counsel here,
18  we did -- of course, Dora Stutler, superintendent;
19  Amber Davis; Tarra Shields, principal of Norwood
20  Elementary -- Amber Davis was -- is the counselor --  06:25:17
21  and fifth-grade teacher -- I can't remember her
22  name, I'm sorry.  I cannot remember the
23  fifth-grade teacher's name, I'm sorry.  I apologize.
24  BY MS. REINHARDT:
25     Q  By any chance, was it a fourth-grade teacher  06:25:30

Page 202

1  by the first name of Jasmine?
2      A  Yes, it was a fourth-grade teacher.  I
3  apologize for that.  I thought it was the
4  fifth-grade teacher.
5      Q  No problem at all.          06:25:41
6      And do you understand that B.P.J. filed a
7  lawsuit against the County Board of Education?
8      A  Yes.
9      Q  And do you understand that that is why you're
10  here testifying today?          06:25:56
11     A  Correct, yes.
12     MS. REINHARDT:  Wonderful.  And I just want
13  to review, briefly, with you Exhibit 24.  It should
14  be in the "Marked Exhibit" folder.
15     (Exhibit 24 was marked for identification    06:26:09
16     by the court reporter and is attached hereto.)
17  BY MS. REINHARDT:
18     Q  Please let me know once you've reviewed it.
19     A  I have reviewed it.
20     Q  Have you seen this document before?     06:26:47
21     A  I have.
22     Q  And I'll ask you to turn to what's numbered
23  page 8.  Did you review topics 10 and 11 for today's
24  deposition?
25     A  I did.          06:26:59

Page 203

1      Q  And did you review any documentation related
2  to topics 10 and 11 in preparation for today's
3  deposition?
4      A  I did.
5      Q  And were those the same documents that you've  06:27:15
6  already -- you've already disclosed?
7      A  I believe so, yes.
8      Q  Wonderful.  And looking at this exhibit, can
9  you please review topics 1 through 15 and let me
10  know if you've already viewed these -- reviewed    06:27:35
11  these topics with counsel.
12     MS. DENIKER:  I'm going to object to -- that
13  question calls for attorney-client privileged
14  communications.  You can ask him if he -- if he's
15  reviewed the Notice of Deposition, but I'm going to  06:28:00
16  instruct him not to answer as to whether or not he
17  reviewed topics with counsel.
18     MS. REINHARDT:  Understood.
19  BY MS. REINHARDT:
20     Q  Did you review these topics in preparation    06:28:07
21  for today's deposition?
22     A  I've looked them over.
23     Q  Thank you.  And for purposes of the record,
24  we have previously spoken with
25  Superintendent Stutler and asked her a number of    06:28:22

Page 204

1  questions related to these topics.  Today, we'll
2  only be asking you about topics 10 and 11.  Is that
3  understood?
4      A  That is understood.
5      Q  And I'm just briefly going to go over two    06:28:34
6  terms with you.  So the first one is the word
7  "transgender."  When I use the word "transgender,"
8  I'm referring to someone whose gender identity does
9  not match the sex they were assigned at birth.
10     So, for example, if someone was assigned male  06:28:51
11  at birth, but they identify as female, that person
12  would be a transgender girl or woman.
13     Do you understand how I am referring to that
14  term?
15     MR. TRYON:  Objection.          06:29:04
16     THE WITNESS:  I do.
17  BY MS. REINHARDT:
18     Q  Thank you.  And, likewise, I'll be asking the
19  term "cisgender."  When I use the term "cisgender,"
20  I am referring to someone whose gender identity    06:29:14
21  matches the sex they were assigned at birth.
22     So as an example, if someone was assigned
23  male at birth and they identify as male, that person
24  would be a cisgender boy or man.
25     Do you understand how I'm referring to that    06:29:28

Page 205

52 (Pages 202 - 205)

Armistead Supp. App. 0780

1 term?
2     MR. TRYON:  Objection.
3     THE WITNESS:  I do -- I do understand.
4     MR. TRYON:  Elizabeth, can I just have a
5 standing objection to terminology?        06:29:38
6     MS. REINHARDT:  Yes, I will see that standing
7 objection.  Thank you.
8     MR. TRYON:  Thank you.
9 BY MS. REINHARDT:
10    Q  And when I say the word "you," unless I     06:29:43
11 specifically say "Principal Mazza as an individual"
12 or something similar, I'm asking for you to answer
13 my question as a representative of the County Board
14 of Education.  Is that understood?
15    A  That is understood.           06:30:00
16    Q  And when I -- if it's okay with you, I'd like
17 to use the term "county board" rather than "County
18 Board of Education."  Is that okay?
19    A  That is okay.
20    Q  Wonderful.  And also, when I'm referring to     06:30:14
21 the county board, I am talking about the entire
22 entity of the county board, not just its elected
23 members.  Is that understood?
24    A  That is understood.
25    Q  Thank you.  So I am going to -- I am going to  06:30:27

1 put tab 5 into the "Marked Exhibit" folder.  I
2 believe --
3     MS. REINHARDT:  And please correct me if I'm
4 wrong, Mrs. Court Reporter.  I believe we're at
5 Exhibit 41 -- 42.  Apologies.           06:30:50
6     I'll let you know once you can refresh.
7     You may refresh.  And please let me know once
8 you have that document open.
9     (Exhibit 42 was marked for identification
10    by the court reporter and is attached hereto.)  06:31:13
11 BY MS. REINHARDT:
12    Q  Do you have that document open?
13    A  Yes.
14    Q  Great.  Are you familiar with WVSSAC, or the
15 West Virginia Secondary School Activities        06:31:58
16 Commission?
17    A  I am familiar with the WVSSAC, correct.
18    Q  And are you okay with me using the acronym
19 WVSSAC in reference to the West Virginia School --
20 Secondary School Activities Commission?        06:32:16
21    A  Yes.
22    Q  Wonderful.  And if you look at the front page
23 here, it says "Regional Principals' Meeting."
24     Are you familiar with the regional
25 principals' meeting?           06:32:24

1    A  I am.
2    Q  Can you please tell me what that is?
3     MS. DENIKER:  Object to the form.
4     THE WITNESS:  Yes.  We attend -- member
5 school principals attend a regional principals'     06:32:41
6 meeting every fall before school starts.  This
7 year -- it typically takes place the first week in
8 August.  We meet at East Fairmont High School in
9 Marion County.  That's where the region is set up
10 for Harrison, and surrounding counties.  We meet     06:33:01
11 from noon to 3:00.  And they go over information of
12 previous proposals that pass at the board of
13 controls meeting in April.
14 BY MS. REINHARDT:
15    Q  Thank you.  It sounds like you are used to     06:33:20
16 sitting in long meetings, so I appreciate you being
17 here today.
18     Did -- were you in attendance for the 2021 to
19 2022 regional principals' meeting?
20    A  I was not.               06:33:32
21    Q  Have you seen this PowerPoint before?
22    A  I have.
23    Q  And when did you first see this PowerPoint?
24    A  I believe from my athletic director.
25    Q  And when did your athletic director show you  06:33:49

1 this document?
2    A  I would say shortly after.  He is part of the
3 SSAC.  He's actually a director.  And he gets this
4 information sent to him via e-mail, I believe.
5    Q  And what is the name of this individual?     06:34:09
6    A  Mr. Arthur Petitto.
7    Q  Thank you.  And do you know why WVSSAC holds
8 the principals' meeting?
9     MS. GREEN:  Object to the form.
10    MS. DENIKER:  Objection to the form as well.   06:34:40
11     You can answer.
12     THE WITNESS:  In the spring, we have controls
13 where there are proposals that are passed by the
14 member schools.  Once these proposals pass, they go
15 to the State Board of Education who then approve     06:34:49
16 them.  And this regional principals' meeting is an
17 update, typically, of what passed and what has
18 changed with anything athletic in the state of West
19 Virginia.
20 BY MS. REINHARDT:                06:35:03
21    Q  Thank you.  And other than your conversation
22 with Mr. Petitto -- is that correct? -- have you
23 seen --
24    A  That is correct.
25    Q  Wonderful.                06:35:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0781

1    -- have you seen this PowerPoint?
2    A  Have I seen it, is that -- was that your
3    question?
4    Q  Yes.  Other than with Mr. Petitto -- or from
5    Mr. Petitto.                          06:35:23
6    A  I have not.  I have not.
7    Q  And you should feel free to review this
8    document in its entirety, but I'll only be asking
9    you questions as it relates to what is
10   Bates-numbered WVSSAC 000346.  So you should feel    06:35:35
11   free to go to that page, if it's convenient for you,
12   or you may look through the entire PowerPoint.
13       Please let me know once you're at
14   WVSSAC 00346.  It's slide 60.
15   A  We are there.                     06:36:29
16   Q  Great.  And did you -- do you know what this
17   slide is in reference to?
18       MS. GREEN:  Object to the form.
19       MS. DENIKER:  You can answer, if you know.
20       THE WITNESS:  I believe it's for the current    06:36:47
21   law -- the bill and law that was passed in the state
22   of West Virginia that went into effect in July.
23   BY MS. REINHARDT:
24   Q  And is what you're referring to H.B. 3293?
25   A  Correct.                          06:37:02

Page 210

1    Q  Thank you.  And did you discuss this slide in
2    particular with Mr. Petitto?
3    A  I did not.
4    Q  Have you reviewed this slide before today?
5    A  I have not.                       06:37:18
6    Q  So on the slide, it says -- the heading is
7    "Transgender," and the first bullet point is
8    "Current law being challenged in court."  The second
9    bullet says "WVSSAC's current position in that
10   gender is identified in WVEIS for athletic          06:37:33
11   participation purposes."
12       Did I read that correctly?
13   A  You did.
14   Q  So for WVEIS, is it okay if I refer to that
15   as "WVEIS"?                         06:37:53
16   A  Yes, you can.
17   Q  And do you know what WVEIS is?
18   A  Yes, I do.
19   Q  What is it?
20   A  It's our identification system for every       06:38:01
21   student that is in the state of West Virginia.  That
22   number stays with them.  They're assigned a number.
23   Each county is different, as far as assigning the
24   number.  But if the student transfers to a different
25   county, that same number stays with them.           06:38:18

Page 211

1    Q  Thank you.  And do you have access to WVEIS
2    as the principal of Bridgeport Middle School?
3    A  Yes, I do.
4    Q  Does the athletic director have access to
5    WVEIS?                              06:38:34
6    A  No, he doesn't.
7    Q  Does anyone at Bridgeport Middle School have
8    the ability to change information in WVEIS?
9    A  The -- the people that can change information
10   are myself, my assistant and my counselor.          06:38:52
11   Q  And do --
12   A  Also, both of my secretaries.
13   Q  And does anyone you've just listed need
14   permission to change information in WVEIS?
15   A  No.                              06:39:06
16   Q  Thank you.
17   A  Can I add something to that?
18   Q  Of course.
19   A  WVEIS, the way it's set up, only certain
20   things that are part of WVEIS, like, for example,    06:39:25
21   discipline, my secretaries do not access to that,
22   nor my counselor.  Just the assistant principal and
23   myself.  There's -- there's just certain items, like
24   health, if a student has a health issue, I would
25   have to put that in.  There are -- there are certain 06:39:44

Page 212

1    items that only go to certain people.
2       The secretaries have, usually, residency
3    information, scheduling, the schedules, things like
4    that, but some of the stuff that is put in the
5    WVEIS, it's mostly my counselor, myself and my       06:40:03
6    assistant.
7    Q  In WVEIS, are students' names listed and
8    other -- so I'm asking, are student names listed,
9    including their ID number?
10   A  That is correct.                  06:40:16
11   Q  And are students' genders listed in WVEIS?
12   A  Yes, they are.
13   Q  And if a student were to participate in a
14   school athletic program, would the athletic director
15   need to check WVEIS to know which team the student   06:40:39
16   needed to be on?
17   A  No.
18   Q  How is it -- how are students designated
19   between teams?
20   A  They are given an information sheet that is    06:40:48
21   filled out by them or the -- the student or the
22   parent.  That information goes back to the athletic
23   director who then puts it in a portal that would be
24   seen by the WVSSAC.
25   Q  Does that portal have a name?              06:41:03

Page 213

54 (Pages 210 - 213)

Armistead Supp. App. 0782

1    A   It's part of the WVSSAC website where you
2  see -- I'm not sure if you've visited that website,
3  but there's an admin login.
4    Q   And is -- is the information the athletic
5  director provides not a part of WVEIS?            06:41:28
6    A   It is not part of WVEIS.
7    Q   And is that information used to create a
8  roster?
9    A   That information is used to create a roster.
10   Q   So WVEIS is not used to create a roster; is   06:41:43
11 that correct?
12       MS. DENIKER:  Object --
13       THE WITNESS:  That is correct.
14       MS. DENIKER:  -- to the form.
15 BY MS. REINHARDT:                                 06:41:51
16   Q   And if I'm understanding correctly, the
17 administrative director would list whichever gender
18 is completed by a parent or the athlete in the form
19 you noted earlier; is that correct?
20   A   That would be correct.                      06:42:10
21   Q   And does Bridgeport Middle School have any
22 policies as it relates to gender separation in
23 sports?
24   A   We don't have any policies.
25   Q   Is Bridgeport Middle School required to     06:42:32
                                              Page 214

1  follow any other policies related to gender
2  separation in sports?
3        MS. GREEN:  Object to the form.
4        MS. DENIKER:  I also object to the form.
5        THE WITNESS:  Bridgeport Middle follows the   06:42:53
6  guidelines set by the WVSSAC.
7  BY MS. REINHARDT:
8    Q   And what are those guidelines as it relates
9  to gender separation in sports?
10       MS. GREEN:  Object to the form.             06:43:06
11       MS. DENIKER:  Object to the form.
12       THE WITNESS:  Those guidelines come in the
13 form of rostering, where -- for example, my athletic
14 director receives from the track coach, who is the
15 boys track coach, he would roster them on the WVEIS   06:43:23
16 system as a B, goes into the B portal.  And if my
17 athletic director receives the information from the
18 girls' coach, it would go on the G side, which is --
19 would be the girl.
20 BY MS. REINHARDT:                                 06:43:44
21   Q   So the athletic director implements a
22 student's gender into WVEIS; is that correct?
23       MS. DENIKER:  Objection to the form and also
24 asked and answered.
25       MS. GREEN:  I'll object to the form as well.   06:43:56
                                              Page 215

1  Thank you.
2        MS. DENIKER:  Do you need to have -- if
3  you'll give me a standing objection on that.  Maybe
4  we should have the court reporter read back the
5  question so that the witness could hear it, if     06:44:09
6  that's okay, Ms. Reinhardt.
7        MS. REINHARDT:  That would be great.  I'll
8  give you a standing objection.
9        If the court reporter could please read my
10 question back.                                    06:44:18
11       (Record read.)
12       MS. DENIKER:  If you need to hear it again,
13 you can ask for it to be repeated.
14       THE WITNESS:  Repeat that again, please, I'm
15 sorry.                                            06:44:46
16       MS. REINHARDT:  If the court reporter could
17 please read that again.
18       And I believe it should be "input."  I
19 apologize if I wasn't clear.
20       (Record read.)                              06:45:08
21       THE WITNESS:  The athletic director puts the
22 information on the boy roster or the girl roster.
23 BY MS. REINHARDT:
24   Q   And where -- okay.  I think I understand.
25       And are B and G the only options for the --   06:45:33
                                              Page 216

1  putting a student's gender on the roster?
2    A   I believe so.
3    Q   And does Bridgeport Middle School have any
4  coed sports?
5    A   We do.                                      06:45:48
6    Q   And for those rosters, for the rosters for
7  coed sports, do they still list B or G?
8    A   I believe so.
9    Q   Thank you.  And are you familiar with the
10 roster that's used for football?                  06:46:13
11   A   I am.
12   Q   Can you please describe to me what that
13 roster would include?
14       MS. GREEN:  Object to the form.
15       THE WITNESS:  It's -- the roster would       06:46:31
16 include a student's name, the place of birth.  I
17 believe, residence.
18 BY MS. REINHARDT:
19   Q   And does it say they're a B or a G as well?
20   A   I'm honestly not sure.                       06:46:57
21   Q   Understood.  And -- but it's your
22 understanding that generally these rosters contain a
23 B or a G?
24       MS. GREEN:  I'm going to object to the form.
25       THE WITNESS:  That is correct.              06:47:12
                                              Page 217

55 (Pages 214 - 217)

Armistead Supp. App. 0783

Page 218

1 BY MS. REINHARDT:
2    Q   And if a -- if a student is gender
3 nonconforming, does the school have a policy on what
4 would be put as their gender for school sports?
5    A   Can you repeat that again, please?        06:47:27
6    Q   If a student is gender nonconforming -- and
7 what I mean by that is they neither identify as just
8 a boy or a girl -- does the school have a policy for
9 how they're listed on a sports team's roster?
10   A   We do not.                                 06:47:43
11   Q   Does the school have a policy related to what
12 transgender students are listed as for the purposes
13 of sports teams' rosters?
14   A   We do not.
15   Q   I'm just going to make sure I have -- I've   06:47:59
16 asked all my questions on this topic.  One second.
17        Other than school policies, does WVSSAC have
18 any policies that you would follow related to
19 students' genders listed on school sports?
20        MS. GREEN:  Object to the form.            06:48:33
21        MS. DENIKER:  Object to the form.
22        THE WITNESS:  I have never seen any
23 information like that from the SSAC.
24 BY MS. REINHARDT:
25   Q   Thank you.  And I want to ask if you've ever  06:48:42

Page 219

1 discussed gender separation in school sports with
2 Heather Jackson.
3        MS. DENIKER:  I'm going to ask you identify
4 where -- which topic that falls under.
5        MS. REINHARDT:  I'm referring to topic 11    06:49:03
6 where it says policies, documents, communications of
7 the Harrison County board and the county board
8 superintendent concerning the separation of boys and
9 girls in school-sponsored sports.
10        MS. DENIKER:  Thank you.                   06:49:19
11        Do you need to have the question repeated
12 Mr. Mazza?
13        THE WITNESS:  Just the name again.
14 BY MS. REINHARDT:
15   Q   Are you familiar with B.P.J.'s mother?      06:49:28
16   A   Oh, I'm -- yes, absolutely.
17   Q   No problem.  It's been a long day, I'm sure.
18        Have you --
19   A   It has.  And -- and I'm thinking "Pepper" --
20 I'm sorry -- I'm thinking "P.J." instead of just    06:49:37
21 "Jackson."
22   Q   Makes sense.  Have you had any conversation
23 with B.P.J.'s mother related to the separation of
24 boys and girls in school-sponsored sports?
25   A   The only conversation was at the gender      06:49:53

Page 220

1 support meeting back in May of '21.
2    Q   And what was the conversation about?
3    A   As we were going through the gender support
4 plan, and we were finishing up, she was -- Heather
5 was asking specific questions about band.  I said    06:50:15
6 that would not be a problem.  You know, we do offer
7 related art classes other than our five core
8 classes, which is reading, English, science, math,
9 social studies.  So we were pretty much asking Becky
10 what other related art classes she would be          06:50:33
11 interested in other than band.  She -- Becky said,
12 art.  And we do offer STEAM, etcetera.
13        And then Heather asked me, Becky wants to
14 participate in cross-country.  I said, No problem.
15 And then Heather asked me, Becky wants to run with    06:50:48
16 the girls.  And I -- I know -- I've known Heather --
17 I've had both of her -- I had her oldest son go
18 through, and she has another son that is an
19 eighth-grader in our building.  And I looked at
20 Heather, and I said, You did hear about the bill      06:51:07
21 that was signed into law, that's going into effect
22 in July.
23        And she said, We know all about that.
24        And that was the only discussion we had with
25 this law that went into effect in the state of        06:51:17

Page 221

1 West Virginia.
2    Q   And if you know, did Mrs. Jackson take that
3 to mean that Becky would have to participate on the
4 boys' sports team?
5        MS. DENIKER:  Objection to the form of the   06:51:30
6 question, calls for speculation.
7        THE WITNESS:  I honestly don't know.
8 BY MS. REINHARDT:
9    Q   And what was the purpose in raising H.B. 3293
10 with Mrs. Jackson?                                    06:51:48
11   A   Her question was pretty forward, and I just
12 wondered if she knew that that bill was going to
13 turn into a law in July.
14   Q   Understood.  I'm just checking my notes.  One
15 moment.                                               06:52:13
16        And just for background information, do
17 you -- have you ever coached any sports?
18   A   I have.
19   Q   Which sports have you coached?
20   A   I've coached football and track.            06:52:26
21   Q   And were those in Harrison County?
22   A   Football was in Monongalia County, 1989, and
23 track was in Harrison County, 1991, Lincoln High
24 School.  Football was the -- what was then
25 Westover Junior High, which is now Westwood Middle.   06:52:51

56 (Pages 218 - 221)

Armistead Supp. App. 0784

1    Q   Thank you.  And do you see a benefit in
2    participating in school sports?
3    A   Absolutely.
4    Q   And what are those benefits as you know them
5    as Principal Mazza?                        06:53:01
6        MR. TRYON:  Objection.
7        THE WITNESS:  I --
8        MS. DENIKER:  Objection to the form.
9        THE WITNESS:  My benefits of having two
10   children of my own, I believe it develops        06:53:11
11   discipline, teamwork.  There's nothing better than
12   teamwork.  I truly believe once you do graduate
13   college and go into the workforce, you will always
14   be working as a team with someone.  Trust.  Leave a
15   lot of trust with sports.  And it's just great    06:53:31
16   conditioning just to be part of something, just to
17   be part of a team.
18   BY MS. REINHARDT:
19   Q   I understand that.  I played basketball and
20   volleyball, so I can appreciate those.       06:53:42
21       Do you think B.P.J. gained any benefits from
22   participating on a sports team?
23       MS. DENIKER:  Objection to the form.
24       MR. TRYON:  Objection.
25       THE WITNESS:  I believe so.  I believe so.  06:54:03

Page 222

1        MS. REINHARDT:  Could we please go off the
2    record for one moment?
3        THE VIDEOGRAPHER:  Sorry.  Oop, I was on
4    mute.
5        Yep.  We're going off the record.  The time  06:54:23
6    is 6:54 p.m.
7        (Recess.)
8        THE VIDEOGRAPHER:  All right.  We are back on
9    the record.  It's 7:00 p.m.
10       Go ahead.                              07:00:30
11       MS. REINHARDT:  Principal Mazza, we have no
12   further questions for you, unless there will be
13   questions on redirect.
14
15                              07:00:36
16           EXAMINATION
17   BY MS. GREEN:
18   Q   Principal Mazza, my name is Roberta Green,
19   and I'm an attorney here on behalf of WVSSAC.  I
20   appreciate your patience today.  I know it's been a  07:00:47
21   long day.
22       In terms of your knowledge of WVSSAC's rules
23   and policies, their rationale with the slideshow,
24   would you defer to WVSSAC as to the interpretation
25   of all of that?                           07:01:08

Page 223

1        MS. REINHARDT:  Objection.
2        MS. DENIKER:  Objection to form.
3        THE WITNESS:  Can you repeat that question,
4    please?
5        MS. GREEN:  Sure.                      07:01:17
6        MS. DENIKER:  And, Ms. Green, if you'll just
7    give me a standing objection, I won't repeat my
8    objection to form.
9        MS. GREEN:  Thank you.  Absolutely.
10   BY MS. GREEN:                              07:01:24
11   Q   Mr. Mazza, in terms of WVSSAC's policies,
12   you've commented on a couple this evening, I
13   wondered if -- I'm asking you on behalf of WVSSAC --
14   would you defer to WVSSAC to speak to its own
15   policies?                                 07:01:40
16       MS. REINHARDT:  Same objection.
17       THE WITNESS:  Yes, I would.
18   BY MS. GREEN:
19   Q   Okay.  And in terms of WVSSAC's thinking in
20   assembling the principals' slideshow or whoever  07:01:49
21   assembled the slideshow, would you defer to WVSSAC
22   to explain the slides in that slideshow?
23       MS. REINHARDT:  Object to form.
24       MS. DENIKER:  This is Susan Deniker.  I also
25   object to the form.                       07:02:05

Page 224

1        THE WITNESS:  Yes, I would.
2    BY MS. GREEN:
3    Q   And in terms of the rules and regulations
4    that WVSSAC has in place, would you defer to WVSSAC
5    to take a position on their rules and how they're  07:02:18
6    interpreted and applied?
7        MS. REINHARDT:  Objection to form.
8        MS. DENIKER:  Same objection.
9        THE WITNESS:  Yes, I would.
10       MS. GREEN:  Thank you.  No further questions,  07:02:33
11   Principal Mazza.  Thank you very much.
12       THE WITNESS:  Thank you.
13       MR. TRYON:  Kelly, do you have any questions?
14       MS. MORGAN:  This is Kelly Morgan.  I don't
15   have any questions.  Thank you.            07:02:51
16
17
18
19           EXAMINATION
20   BY MR. TRYON:                             07:02:53
21   Q   Mr. Mazza, I do have a few questions.  My
22   name is David Tryon, and I'm an attorney
23   representing the State of West Virginia, and I'm
24   with the attorney general's office.
25       I would like to -- let me start off with    07:03:08

Page 225

57 (Pages 222 - 225)

Armistead Supp. App. 0785

1 Exhibit 28. Let me know when you see it, when you
2 have that.
3    A  Yes.
4    Q  Have you seen this document before?
5    A  I've seen so many documents, sir, I'm not    07:04:00
6 sure.
7    Q  Right. Well, take a look at page 4. I want
8 to ask you some questions about information on
9 page 4.
10    A  I am on page 4.                    07:04:13
11    Q  Under "Bridgeport Middle School," do you see
12 those various teams listed?
13    A  I do.
14    Q  And as far as the -- the -- list of
15 teams, just the list itself, does that seem to be    07:04:29
16 accurate?
17    A  Let me look through that real quick, sir.
18       It does look correct.
19    Q  On the football team, to your knowledge, are
20 there any biological girls on the football team?    07:04:53
21       MS. REINHARDT: Objection to terminology.
22 BY MR. TRYON:
23    Q  Go ahead, you may answer.
24    A  We do not have any biological girls on our
25 football team.                         07:05:10

Page 226

1    Q  So it's my understanding that football is
2 generally considered to be a boy's sport, and so I'm
3 interested to see that that is characterized as a
4 coed sport.
5       Can you explain why it's characterized as a    07:05:21
6 coed sport?
7       MS. REINHARDT: Objection to form and also
8 outside the scope of the deposition.
9 BY MR. TRYON:
10    Q  You may answer.                    07:05:31
11    A  Sir, I'm assuming because girls can play
12 football.
13    Q  Okay. And -- and why can girls play
14 football?
15       MS. GREEN: I'll object to the form.    07:05:42
16       MS. REINHARDT: Same objection.
17       THE WITNESS: I believe there's not an equal
18 sport for females in the fall.
19 BY MR. TRYON:
20    Q  And so is there some reason that you then    07:05:55
21 have to characterize this as coed?
22    A  I believe if we had a female on the team, it
23 would be coed.
24    Q  And if it -- it does not have a female on the
25 team, is it still considered coed?            07:06:12

Page 227

1       MS. REINHARDT: Objection to form.
2       MS. DENIKER: Objection to form.
3       THE WITNESS: I believe --
4       MS. GREEN: And I'll object to form.
5       THE WITNESS: I believe that if it leaves the    07:06:26
6 door open, that a female can go out for
7 Bridgeport Middle School football.
8 BY MR. TRYON:
9    Q  Is it the same rationale for wrestling?
10       MS. REINHARDT: Objection to form.    07:06:38
11       THE WITNESS: Yes, sir, it is the same
12 rationale.
13 BY MR. TRYON:
14    Q  Are there any safety concerns involved for
15 girls joining the football team?            07:06:47
16       MS. GREEN: Object to the form.
17       MS. REINHARDT: Same objection.
18       MS. DENIKER: This is Susan Deniker.
19 Objection to the form.
20       THE WITNESS: We would all -- the female    07:06:55
21 students would be suited up just as equally as the
22 male student, helmet, shoulder pads, etcetera.
23 BY MR. TRYON:
24    Q  So -- strike that.
25       Is there a reason that girls' soccer and    07:07:23

Page 228

1 boys' soccer are separated by sex?
2       MS. REINHARDT: Objection.
3       MS. DENIKER: Objection to the form.
4       MS. GREEN: I'll object to the form.
5       THE WITNESS: We have -- we have enough    07:07:37
6 students to support both boys and girls' soccer.
7 BY MR. TRYON:
8    Q  Well, why not just have them both be coed?
9       MS. REINHARDT: Objection --
10       MS. DENIKER: Objection to the form.    07:07:51
11       MS. REINHARDT: -- to the form.
12       Oh, I apologize, also objection to the form.
13       MS. GREEN: And I'll join.
14       THE WITNESS: Once again -- once again, sir,
15 we have a number of students that can do both, and    07:07:57
16 our understanding is if we just did coed, it would
17 be playing just boys' teams.
18 BY MR. TRYON:
19    Q  Why is that?
20       MS. DENIKER: Objection to the form.    07:08:09
21       MS. REINHARDT: Same objection.
22       THE WITNESS: My -- my belief is at -- at
23 middle school or high school, if you support a coed
24 team, that coed team must play a boys' team.
25 BY MR. TRYON:                        07:08:25

Page 229

58 (Pages 226 - 229)

Armistead Supp. App. 0786

**Page 230**

```
1    Q  Okay.  What's the problem with doing that?
2       MS. REINHARDT:  Object to --
3       MS. GREEN:  Object to the form.
4       MS. REINHARDT:  I'll join that objection.
5       THE WITNESS:  We have the -- we have the    07:08:33
6    numbers for both a boys and a girls' soccer team.
7    BY MR. TRYON:
8    Q  Well, why not just let the girls play against
9    the boys, then?
10      MS. REINHARDT:  Objection to the form.    07:08:42
11      MS. DENIKER:  This is Susan Deniker.
12   Objection to the form.
13      THE WITNESS:  Because we have a girls' team
14   and we have a boys' team, sir.
15      MR. TRYON:  And I'll just stipulate to a    07:08:54
16   standing objection on this.
17   BY MR. TRYON:
18   Q  But I still don't understand why you separate
19   the boys from the girls.
20      MS. REINHARDT:  Same objection.    07:09:02
21   BY MR. TRYON:
22   Q  Can you please explain that?  You haven't
23   really explained that, I don't think.
24   A  The SSAC allows us to have a girls' team and
25   a boys' team, if we can support both numbers for
```

**Page 231**

```
1    each.
2    Q  Does it require it?
3       MS. GREEN:  Object to the form.
4       MS. REINHARDT:  I'll join that objection.
5       MS. DENIKER:  And this is Susan Deniker.    07:09:25
6    Mr. Tryon, if you'll give me a standing objection to
7    this line of questioning, I will not continue to
8    object to form.
9       MR. TRYON:  Right.  And that's what I just
10   said a minute ago, that I would give all three of    07:09:34
11   you --
12      MS. DENIKER:  Yes.
13      MR. TRYON:  -- a standing objection on that.
14      MS. GREEN:  Okay.
15      THE WITNESS:  I'm not sure, sir, about that    07:09:42
16   question, if it requires that.
17   BY MR. TRYON:
18   Q  When you mix boys and girls on soccer teams,
19   is that creating a safety issue, as far as you're
20   concerned?    07:09:59
21      MS. REINHARDT:  Objection to form.
22   BY MR. TRYON:
23   Q  As far as you're concerned as the
24   representative of the -- of the -- of the board?
25   A  I believe in every sport there are safety    07:10:08
```

**Page 232**

```
1    issues.  I think in this particular case, since it
2    is allowed, I -- I don't think the safety factor is
3    an issue.
4    Q  Wait, I'm sorry, since what is allowed?
5    A  To have a coed team.    07:10:29
6    Q  Having a coed -- I was talking about -- about
7    soccer.
8    A  Yeah, if you said you mixed the -- didn't you
9    say if you mix the boys and the girls together, does
10   it create a safety issue?  That was your question,    07:10:40
11   sir?
12   Q  Yes.  So if in soccer, if you mixed all the
13   boys and girls together, does that create any safety
14   issues for the girls, competing against -- against
15   the boys?    07:10:51
16      MS. REINHARDT:  Objection to form.
17      THE WITNESS:  I believe there's always safety
18   issues with any sport, sir.
19   BY MR. TRYON:
20   Q  Are biological boys allowed on girls' teams,    07:11:32
21   other than B.P.J.?
22      MS. REINHARDT:  Objection to form and also
23   objection to terminology.
24      THE WITNESS:  Can you repeat the question,
25   sir?    07:11:44
```

**Page 233**

```
1    BY MR. TRYON:
2    Q  Other than B.P.J., are any biological boys
3    allowed on the girls' teams?
4       MS. REINHARDT:  Same objections.
5       MS. DENIKER:  This is Susan Deniker.    07:11:56
6    Objection to the form.
7       THE WITNESS:  The particular Becky situation,
8    because we are in an injunction, Becky was allowed
9    to run on the girls' cross-country team.
10   BY MR. TRYON:    07:12:15
11   Q  Understood.  Other than B.P.J., are any
12   biological boys allowed on girls' team?
13      MS. REINHARDT:  Same objection.
14      THE WITNESS:  We have -- we have never came
15   to that situation, sir, up until this year.    07:12:24
16   BY MR. TRYON:
17   Q  Is fairness an important value in sports?
18      MS. REINHARDT:  Objection.
19      MS. DENIKER:  Objection to form.
20      THE WITNESS:  I have two children that played    07:13:17
21   sports, and I always just believe that, you know,
22   fairness is part of it.  You know, you just go out
23   and do your best.
24   BY MR. TRYON:
25   Q  I understand that on a personal level.  I was    07:13:28
```

59 (Pages 230 - 233)

Armistead Supp. App. 0787

1  asking, I guess, more on behalf of the board, does
2  the board consider fairness to be important in
3  sports?
4      MR. REINHARDT:  Objection to form.
5      MS. DENIKER:  I'm going to raise an objection   07:13:42
6  to form here and also state that to the extent that
7  you're seeking an opinion, that the -- the entity
8  here cannot have an opinion about something that's
9  not reflected in some official policy or other
10  determination by the board.            07:14:00
11  BY MR. TRYON:
12  Q  Well --
13  A  I will say this --
14  Q  -- can you answer --
15  A  The --                    07:14:16
16  Q  Can you answer the question?
17  A  I -- I would just say that, like, like you said,
18  like I just believe as representing the board, that
19  that question just cannot be answered.
20  Q  Okay.  So the -- the board has no position on   07:14:26
21  fairness?
22      MS. DENIKER:  Objection to the form of the
23  question.
24      To the extent that you can answer about
25  fairness and sports, you can answer that.   07:14:37

Page 234

1      THE WITNESS:  I believe -- I believe any
2  board would want fairness in sports, any Board of
3  Education that has athletic programs would want
4  fairness.
5      MS. REINHARDT:  And I wasn't able to   07:14:51
6  interject with an objection.  I'm going to say also
7  outside the scope of the deposition.
8      MR. TRYON:  I don't have any other questions.
9  Thank you.
10      Hal --                    07:15:33
11      MS. REINHARDT:  Does anyone else --
12      MR. TRYON:  -- are you there?
13      MS. REINHARDT:  -- have any --
14      MR. FRAMPTON:  Yeah, I don't have any
15  questions.                    07:15:39
16      MS. DENIKER:  This is Susan Deniker.
17  Mr. Mazza, I do have a couple of questions for you
18  to clarify your earlier testimony.
19
20
21
22          EXAMINATION
23  BY MS. DENIKER:
24  Q  You talked earlier about the athletic
25  director putting information onto a roster for a   07:15:53

Page 235

1  sports team.
2      Do you recall that testimony?
3  A  I do.
4  Q  Does the athletic director input any
5  information into WVEIS relating to a student's   07:16:04
6  athletic participation?
7  A  It does not.  It goes into the WVSSAC portal
8  to put that information in for eligibility.
9  Q  And I think you also testified about whether
10  the athletic -- about the information the athletic   07:16:20
11  director uses as a source of information to input
12  information into the WVSSAC portal.
13      Does the athletic director pull information
14  from WVEIS to put into that WVSSAC portal?
15  A  It does not.  It uses an informational sheet.   07:16:41
16  I want to say I believe it's an WVSSAC sheet that's
17  standard to all the schools.  The information is
18  filled out on that sheet.  He uploads it into the
19  portal.  And if -- for example, if that child is a
20  sixth-grader, that information will stay in there   07:16:59
21  and each year it -- it transfers over.
22      MS. DENIKER:  Okay.  Thank you, Mr. Mazza.  I
23  do not have any further questions.
24      MS. REINHARDT:  Mr. Mazza, we don't have any
25  redirect questions.                07:17:10

Page 236

1      We would ask that this deposition stay open.
2  We previously discussed offline that we're waiting
3  for documents from another custodian.  We don't
4  anticipate having to reopen the deposition, but we'd
5  like to hold that position.            07:17:24
6      MS. DENIKER:  Thank you, Ms. Reinhardt.
7      On behalf of the Harrison County Board of
8  Education and Superintendent Stutler, I am not
9  agreeable to leaving the deposition open based upon
10  the information that is -- is remaining out there,   07:17:36
11  and so I'm placing an objection to that request on
12  the record.
13      THE VIDEOGRAPHER:  Should we go off the
14  record for the day?  Are we done?
15      MS. REINHARDT:  We're finished.  Thank you.   07:17:59
16      THE VIDEOGRAPHER:  Okay.  All right.  We are
17  off the record at 7:18 p.m.  This ends today's
18  testimony given by Ms. Stutler and Mr. Mazza.
19      The total number of media was used was five
20  and will be retained by Veritext Legal Solutions.   07:18:12
21      (TIME NOTED:  7:18 P.M.)
22
23
24
25

Page 237

60 (Pages 234 - 237)

Armistead Supp. App. 0788

1     I, DORA STUTLER, do hereby declare under
2  penalty of perjury that I have read the foregoing
3  transcript; that I have made any corrections as
4  appear noted, in ink, initialed by me, or attached
5  hereto; that my testimony as contained herein, as
6  corrected, is true and correct.
7     EXECUTED this _____ day of _____,
8  20____, at _____, _____.
9        (City)          (State)
10
11
12
13
14  _____
15     DORA STUTLER
16     VOLUME I
17
18
19
20
21
22
23
24
25
                                      Page 238

1
2
3     I, the undersigned, a Certified Shorthand
4  Reporter of the State of California, do hereby
5  certify:
6     That the foregoing proceedings were taken
7  before me at the time and place herein set forth;
8  that any witnesses in the foregoing proceedings,
9  prior to testifying, were placed under oath; that a
10  record of the proceedings was made by me using
11  machine shorthand which was thereafter transcribed
12  under my direction; further, that the foregoing is
13  an accurate transcription thereof.
14     I further certify that I am neither
15  financially interested in the action nor a relative
16  or employee of any attorney of any of the parties.
17     IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19     Dated: March 22, 2022
20
21
22
23  _____
24     ALEXIS KAGAY
25     CSR NO. 13795
                                      Page 240

1     I, DAVE MAZZA, do hereby declare under
2  penalty of perjury that I have read the foregoing
3  transcript; that I have made any corrections as
4  appear noted, in ink, initialed by me, or attached
5  hereto; that my testimony as contained herein, as
6  corrected, is true and correct.
7     EXECUTED this _____ day of _____,
8  20_____, at _____, _____.
9        (City)          (State)
10
11
12
13  _____
14     DAVE MAZZA
15     VOLUME I
16
17
18
19
20
21
22
23
24
25
                                      Page 239

61 (Pages 238 - 240)

Armistead Supp. App. 0789

[& - 2:54]

**&**

**&**   3:5 5:6 7:5

**0**

**000346**   210:10
**001**   124:20
**003**   119:3
**00316**   1:7 2:7
  13:12
**00343**   64:19
**00345**   65:4 66:12
**00346**   210:14
**00347**   66:17
**005**   127:9 128:9
**008**   116:7 119:20
**010**   120:25
**01132**   139:25
**01133**   140:25
**01178**   137:21
**02116-3740**   4:13

**1**

**1**   1:25 13:6 22:8
  50:16,19,20,21
  51:7 148:20
  175:15,20 204:9
**10**   21:22 70:7 73:6
  76:6 78:16 80:24
  203:23 204:2
  205:2
**10,000**   30:14
**10005-3919**   7:20
**101**   10:10
**11**   21:22 203:23
  204:2 205:2 219:5
**110**   12:3
**112**   6:22
**11776**   240:23
**118**   12:5
**11:30**   51:3
**12**   21:20 56:6
  110:15

**120**   7:18
**12:00**   17:10
**12:32**   2:23
**12:33**   13:2,5
**12th**   56:7
**13**   24:11 42:1
  118:19
**130**   10:17
**134**   12:4
**135**   10:19
**137**   10:21
**13795**   1:23 2:25
  240:25
**139**   10:23
**14**   24:11,18 130:4
  180:22
**1411**   3:8
**14th**   4:12
**15**   9:3,7 21:21
  133:22 204:9
**150**   9:8
**1500**   30:13
**153**   9:9
**155**   9:10
**16**   135:20
**166**   9:11
**169**   10:25
**17**   12:3 110:17
  119:18 137:7
  155:22
**171**   11:2
**172**   11:4
**174**   11:6
**177**   11:8
**179**   11:10
**18**   12:4 112:8
  134:3 166:9
  173:16,19,21,21
  198:18
**180**   11:13

**183**   11:15
**187**   9:12
**188**   11:17
**189**   9:13
**19**   7:19 12:5
  112:15 118:21
  125:25 165:20
**193**   9:14
**197**   9:4,15
**1985**   199:6
**1989**   199:6 221:22
**1991**   221:23
**1:24**   51:6
**1:36**   51:10
**1:38**   53:1
**1:39**   142:4
**1:41**   53:4
**1:49**   59:1
**1:55**   59:4
**1st**   92:23 150:5
  183:17

**2**

**2**   23:3,7 51:11
  70:22 101:25
  136:13 142:5
  181:24
**20**   70:9 101:19
  104:21 198:11
  238:8 239:8
**200**   3:9
**2008**   56:12
**2009**   32:17
**20116**   6:10
**20147**   6:12
**2018**   32:17,18
  33:14 112:14
**2019**   23:20 92:13
  92:23 123:4 150:6
**2020**   34:1
**2020-2021**   139:17

**2021**   64:4 166:9
  172:10 175:4
  178:21 184:19
  185:24 208:18
**2022**   1:21 2:24
  13:1,6 208:19
  240:19
**203**   10:1
**207**   11:19
**21**   9:23 57:15
  220:1
**22**   240:19
**223**   9:16
**225**   9:17
**235**   9:18
**24**   9:23 21:2,4
  29:5 78:19 186:3
  203:13,15
**240**   1:25
**24th**   185:25 186:9
**25**   10:4 63:4,9
**250**   6:11
**25301**   5:12
**25301-3088**   3:10
**25305-0220**   6:23
**26**   10:6 30:20 84:8
  84:12,13 85:6
**26330**   7:10
**27**   10:8 97:11,16
  97:18
**28**   10:10 101:16,20
  101:23 103:20
  104:24 130:5
  167:5 186:22
  187:7 226:1
**29**   10:17 130:6,6,9
**29th**   136:18
**2:13**   70:21
**2:21**   1:7 2:7 13:12
**2:54**   71:1

Page 1

Armistead Supp. App. 0790

[3 - ad]

| | | | |
|---|---|---|---|
| **3** | **350** 43:8,11 | **60** 210:14 | 121:23 134:1 |

**3**

**3** 21:20 71:2
**3/22** 132:8
**3/23** 132:25
133:20
**30** 9:24 10:2,19
20:17,19,22 21:13
36:1 53:19 58:10
133:24 135:17,22
147:21 165:5
186:12 191:7
**304.933.8154** 7:11
**30th** 186:8
**31** 10:21 137:8,9
139:4
**32** 10:23 139:4,6
**3293** 24:16 37:24
38:3,6 44:4 46:14
57:12,17 58:5
59:8 61:10 62:2,3
62:7,12,15,21 65:4
65:19 66:1,10
67:9,18 68:6,10,14
68:25 69:16,20
70:2 79:4,20,22
80:21 81:1 82:22
83:2,6,14,22 86:3
86:8 87:3,10 89:5
89:16 90:11 91:14
100:2,8,21 103:13
105:5,19 144:15
145:8,18 151:6
152:12 191:10
192:13,20,24
210:24 221:9
**33** 10:25 169:13,17
**33rd** 198:11
**34** 11:2 171:6,8
**345** 65:23
**35** 11:4 172:21
173:2

**350** 43:8,11
**36** 11:6 173:21,24
174:18,22
**37** 11:8 177:25
178:5
**38** 11:10 179:5,8
**39** 11:13 180:6,9
**3:00** 208:11

**4**

**4** 23:14 91:23
103:21 110:15
120:24 127:9
142:9 160:8
165:22 167:7
187:9 196:25
226:7,9,10
**40** 11:15 130:23
141:21 183:1,5
**400** 7:9
**41** 11:17 172:12
173:23 188:4,9,11
193:12 207:5
**42** 11:19 207:5,9
**4373** 40:22
**4:46** 142:8

**5**

**5** 23:21 110:15
124:19 176:25
197:4 207:1
**500** 4:11 5:10
**5079542** 1:24
**55** 61:14,19

**6**

**6** 9:24 10:2 20:17
20:19,22 21:13,20
53:19 56:6,7
58:10 147:21
165:5 188:16
191:7 193:18
196:16

**60** 210:14
**600** 5:11
**617.937.2305** 4:14
**63** 10:4
**681.313.4570** 6:24
**6:00** 196:25
**6:19** 197:3
**6:54** 223:6

**7**

**7** 23:24 24:7 78:23
84:5 136:5 148:25
185:24
**70s** 198:21
**7:00** 223:9
**7:18** 2:23 237:17
237:21

**8**

**8** 1:21 2:24 13:1
23:24 24:7 73:10
76:9 78:22 79:12
80:20,25 203:23
**8-23-19** 111:4
**8/21** 121:14
**8/23** 121:14
**8/23/19** 121:20
**84** 10:6
**8th** 13:6

**9**

**9** 21:20 78:15
97:14
**97** 10:8
**9th** 175:4

**a**

**abbreviated** 24:25
**abide** 145:3,4
**ability** 96:21 212:8
**able** 17:3 48:10,20
51:3 71:21 88:14
108:25 118:13

121:23 134:1
187:25 188:10
199:14 235:5
**absolutely** 106:19
181:12,18 219:16
222:3 224:9
**access** 47:17,20
48:23,24 49:2
114:6 212:1,4,21
**accommodate**
200:17
**accounted** 159:13
**accurate** 226:16
240:13
**accurately** 176:13
199:15,19
**acronym** 47:3
207:18
**acted** 36:18,23
89:18 91:8 162:9
162:10
**action** 36:5 52:3
66:20,22 67:2,8,14
67:21 68:4,5 70:5
89:25 90:6 140:14
158:19 192:4,23
240:15
**actions** 67:17 68:1
90:7
**activities** 1:10
2:10 3:3 14:20
56:6 57:24 71:7
79:7 80:9,12
160:11 166:3
207:15,20
**acts** 36:4
**actual** 40:6 158:9
**ad** 56:18 82:19
85:8 108:8 168:17
169:9 179:21
180:4

Page 2

Armistead Supp. App. 0791

[adapting - apologize]

**adapting** 36:16
**add** 41:1,18
  212:17
**added** 36:12
**adding** 41:10
**additional** 80:5
  136:25 193:6
**address** 36:20
  90:8 161:12
**addressed** 123:15
**addresses** 57:25
**addressing** 67:21
**adflegal.org** 6:13
  6:14,15
**adjoining** 28:25
**admin** 214:3
**administered**
  15:18 197:12
**administration**
  127:18 199:9
**administrative**
  30:22,23 31:1,16
  31:17 62:25
  214:17
**administrator**
  42:20 54:5 77:24
  78:4 82:20 94:7
  94:15 108:8
  168:23,24 169:10
  190:15
**administrators**
  30:21,21 41:14
  74:23 75:20 77:1
  78:8 82:10 85:19
  86:21,25 112:24
  114:23 122:8,9
  138:17 140:7
  146:15
**adolescent** 111:24
  138:10 156:6

**adopt** 37:15,20
  39:21,25 40:1,11
  40:16,24 52:7
  55:8,16,17,18 91:7
  189:22
**adopted** 44:11,17
  57:6 91:5 156:10
  158:24
**adopting** 36:14
**ads** 74:23 77:1
  82:10 85:11,18,19
  86:20,24 144:3
  146:14
**adult** 126:22
**advise** 26:18
**advisory** 49:7,9
  50:8
**advocate** 191:23
  192:5
**aes** 86:20
**affect** 61:22
**afternoon** 13:4,20
  14:14 15:23 167:2
**agent** 192:3,9
**aggrieved** 66:21
**ago** 17:24 28:10
  112:10 143:14
  154:4 231:10
**agree** 35:14 75:3
  75:15 86:7 87:9
  88:9,15 98:17
  163:8,9 164:24
  165:14 170:21
  171:12 173:16,21
  176:24 177:11
  181:17 182:11
  184:4 185:3,13,23
  194:13
**agreeable** 181:16
  237:9

**agreed** 15:13
  21:20
**agreeing** 98:19
**agrees** 35:13
**ah** 158:12
**ahead** 35:3 49:17
  51:12 53:5 55:11
  59:5 71:3 101:2
  142:10 167:6
  197:9 223:10
  226:23
**ai** 121:13
**al** 13:9
**alexis** 1:23 2:24
  13:16 240:24
**allegations** 99:20
**alleged** 66:25 67:1
  99:2
**alliance** 6:4 14:24
**allow** 49:2 81:3
  140:24 147:22
**allowed** 39:7
  42:14 107:14
  176:11 196:6
  232:2,4,20 233:3,8
  233:12
**allows** 107:12
  230:24
**alternative** 42:2
**amber** 18:24
  94:22 126:7,8
  130:14 131:14,17
  131:20,23 133:3
  133:17 202:19,20
**amended** 9:23
  10:1
**andrew** 4:9 13:22
**annual** 50:3
**annually** 124:5
**answer** 16:19,23
  16:23 17:13 22:15

26:25 58:21 60:23
  76:8,10 77:23
  79:14 80:18 81:19
  87:21 88:7 89:10
  97:4,5 99:6,9
  109:15 121:10
  143:4 145:12
  147:22 149:9,17
  162:21 165:8,11
  176:8 181:6 190:8
  199:14,25 200:10
  204:16 206:12
  209:11 210:19
  226:23 227:10
  234:14,16,24,25
**answered** 80:1
  81:14 87:13,23
  88:2 89:9 149:12
  195:14 215:24
  234:19
**answering** 19:22
  52:13 199:18
**answers** 10:12
  81:17 91:12
**anticipate** 237:4
**anticipation**
  196:14
**antiquated** 47:6,8
**anybody** 49:2
  116:2 141:13
  166:18
**anytime** 41:12
**apologies** 207:5
**apologize** 35:2
  55:11 58:19 61:16
  68:20 70:3 74:8
  77:10 86:22 101:2
  104:24 112:6
  114:13 115:7
  134:2,13 186:20
  202:23 203:3

Page 3

Armistead Supp. App. 0792

[apologize - authentic]

216:19 229:12
**apparently**  133:14
**appeal**  75:3
**appear**  132:7
238:4 239:4
**appearances**  3:1
4:1 5:1 6:1 7:1 8:1
**appearing**  2:22
**appears**  131:13
132:24
**applicable**  37:7
155:4
**applied**  225:6
**applies**  157:16
**appreciate**  19:11
41:20 153:10
198:23 199:11
208:16 222:20
223:20
**approach**  127:17
**appropriate**  77:19
132:18 147:5
149:14
**approval**  157:2,20
**approve**  209:15
**approved**  44:1
140:5,10 157:12
**april**  208:13
**areas**  163:20
**arguing**  41:7
**armistead**  1:17
2:17
**arranged**  128:25
**art**  220:7,10,12
**arthur**  209:6
**article**  98:24
**articles**  19:8
**ashbrook**  6:10
**ashburn**  6:12
**aside**  164:24

**asked**  20:3 76:12
80:1 81:14 87:13
87:23 88:2 89:9
91:1 100:14 132:2
147:5 154:16
162:18 190:10
191:9,18 204:25
215:24 218:16
220:13,15
**asking**  16:18 22:2
40:2 51:20 58:7,7
58:12,14,19 64:16
68:12,18 73:8
74:20 77:24 78:2
80:16,21 81:12
88:9 90:3 91:11
92:22 128:5,8
143:1 146:6
148:19,25 160:11
160:23 163:4,24
174:3 200:12
201:21 205:2,18
206:12 210:8
213:8 220:5,9
224:13 234:1
**assembled**  224:21
**assembling**  224:20
**assigned**  25:8,9,21
25:22 205:9,10,21
205:22 211:22
**assigning**  211:23
**assistance**  93:15
**assistant**  18:18
30:22,23 31:1,16
31:18,19 64:5
85:9 154:9 170:4
170:8,9,10 198:9
212:10,22 213:6
**association**  38:15
38:24,25 39:1
60:2 61:14,18,24

62:1 63:18 65:9
95:9
**associations**  65:15
**assume**  26:25
56:24 105:4 168:8
200:11
**assuming**  175:11
227:11
**athlete**  69:7 77:25
81:22 82:18,18
83:9 97:10 102:9
172:1 214:18
**athletes**  58:1 75:4
101:15 122:12,13
164:11 170:22
183:16 184:18
185:14
**athletic**  54:4,6,6,8
56:18,20 72:20
73:22 75:8 85:20
88:18 89:20 92:9
136:5 164:12
169:2 190:17
208:24,25 209:18
211:10 212:4
213:14,14,22
214:4 215:13,17
215:21 216:21
235:3,24 236:4,6
236:10,10,13
**athletics**  23:12
34:11,12 52:9
53:25 57:24 73:23
74:24 163:25
**attached**  21:5 63:5
64:7 84:14 97:12
99:3 101:17
130:10 135:18
137:10 139:7,16
169:14 170:21
171:4,9 172:22

174:19 178:1
179:6 180:7 183:2
188:12 203:16
207:10 238:4
239:4
**attachment**
139:25
**attend**  39:5,7,9,11
39:18 65:9 69:4
115:2 122:1
129:11 208:4,5
**attendance**  32:2
33:23 48:6,22,23
96:7 114:18
118:24 129:13
170:23 171:21
172:16 208:18
**attended**  130:14
**attending**  39:11
**attends**  31:10
39:17
**attention**  57:2
61:7
**attorney**  3:7 6:19
6:21 7:8,17 14:7
16:19,22 19:14,17
22:3 23:6 97:1,4,6
99:7 119:13
155:17,18 160:1
200:1,24 204:13
223:19 225:22,24
240:16
**attorney's**  155:18
**attorneys**  4:10 5:9
6:9 20:1 65:11
**august**  115:17
139:22 175:4
186:9 208:8
**authentic**  159:12
159:15

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0793

[authority - believe]

**authority**  23:11
52:4 72:15 79:5
108:7,9
**automatic**  143:19
143:23
**autonomy**  42:21
43:11
**available**  45:20,20
46:10 101:14
135:5 164:13
169:17 171:7
173:1 174:21
178:6 179:9
180:10 183:5
**avenue**  6:22
**avoid**  112:21
**aware**  24:22 26:14
26:15 50:1,6
58:13,21 59:8
62:1,16 77:9
91:20 95:11,25
96:3,9 105:13,16
105:17 108:16
109:22 110:1
121:21 127:4,15
128:11 129:8
130:17 131:5
134:25 138:22
144:6,10 145:14
145:17,23 154:18
154:23 157:23
158:17,20 159:1
160:6 164:3
166:16 196:1
199:13,17

**b**

**b**  9:24 10:2 20:17
20:19,22 21:13
53:19 58:10 83:2
147:21 165:5
191:7 215:16,16

216:25 217:7,19
217:23
**b.p.j.**  1:4 2:4,22
4:3 13:8,23,25
20:6 67:16 69:3
70:3 91:25 92:4,6
92:24 93:9,20
94:3,11 95:17
96:2 99:24 103:13
105:6 106:25
110:2 111:12
127:10 130:17
131:3,15 135:15
161:20 166:11
172:3 176:24
177:5,12,20
182:11 184:4
185:24 186:8
194:1,13 203:6
222:21 232:21
233:2,11
**b.p.j.'s**  93:6 94:20
95:11 96:21 120:7
127:21 128:3
188:19 195:20
219:15,23
**bachelor's**  27:22
27:24 28:14,16
33:6
**back**  23:20 28:21
32:23 33:2,8 36:3
51:9 53:3 59:3
70:25 75:19 76:19
92:14 117:20
119:17 125:24
142:7,12 144:21
144:23 149:20
157:3 158:3
164:20 197:2
198:20 199:2
213:22 216:4,10

220:1 223:8
**background**  27:15
54:19 114:24
148:19,22 156:25
221:16
**bailey**  5:6
**baileywyant.com**
5:13
**band**  220:5,11
**barbara**  136:4,5
136:22 138:6,22
141:1 156:6,12,13
156:24
**barr**  4:9 13:22
**bars**  133:10
**based**  41:13
154:17 176:21
193:7 237:9
**basic**  201:8
**basis**  89:8 164:9
**basketball**  222:19
**bate**  64:19
**bates**  66:11,16
116:6 137:21
210:10
**bearings**  20:14
**beat**  194:13
**becky**  115:18
116:21 117:15,21
117:22,22 119:7
119:15,22 120:14
120:17,20 124:3
125:19 132:17,20
133:4,7 135:8
220:9,11,13,15
221:3 233:7,8
**becky's**  125:22
127:2,16
**began**  114:19
**beginning**  2:23
51:10 71:1 142:8

191:2 197:3,8
**beginnings**  157:1
**begins**  57:21
134:24
**behalf**  2:21 13:23
13:25 14:2,5,8,9
14:19,24 15:6
71:12 88:3 143:12
151:2 191:4
223:19 224:13
234:1 237:7
**behavior**  41:3
**belated**  195:18
**belatedly**  147:2
**belief**  229:22
**believe**  15:3,8
38:10 43:20 46:24
47:25 52:15 53:18
56:12 65:22 70:6
73:5 76:6,8 78:15
78:22 80:15,20,23
84:24 90:21 92:12
94:14 95:20 98:23
99:3 100:15 102:6
130:5 134:15
141:16 144:3
146:6,14 147:20
148:14,17 149:3
149:13 150:15
155:22 156:12,13
156:24 159:18,21
162:20 168:3,23
172:19 173:10
178:25 194:17
196:21 204:7
207:2,4 208:24
209:4 210:20
216:18 217:2,8,17
222:10,12,25,25
227:17,22 228:3,5
231:25 232:17

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0794

[believe - break]

233:21 234:18
235:1,1 236:16
**belongs**   117:19
**benefit**   106:16,23
222:1
**benefited**   106:25
**benefits**   29:9
43:21 106:21
162:18 222:4,9,21
**bernie**   83:17,19
153:3
**best**   233:23
**better**   162:21
222:11
**beyond**   78:15
147:20 148:14
149:4 194:17
**big**   55:25 107:18
116:2
**bill**   24:16 38:2
59:20,21 65:4
68:6 79:20,22
80:21,25 83:2
86:3,9 87:3,10
90:1,5,15 101:4
164:20,24 191:10
191:12,15,20,24
192:5,11,13,20,24
210:21 220:20
221:12
**bills**   59:14,18
85:23
**biological**   160:17
226:20,24 232:20
233:2,12
**birth**   25:8,10,21
25:23 105:10,13
107:23 108:21
109:8 119:23
143:7 205:9,11,21
205:23 217:16

**bit**   51:18 58:9 74:9
91:24 102:12
142:13 161:22
162:20 167:10
170:23
**blacked**   172:3,5
181:25
**bms**   128:23 129:4
**boar**   95:7
**board**   1:7,8 2:7,9
5:3 7:3 10:10,14
13:9 14:10,16
20:7 26:6,7,11
27:2 29:13,20,22
29:25 30:4 33:22
35:12,13,14,24,24
36:3,4,7,10,18,21
36:24 37:3 38:1,2
38:5,11,12,13,13
38:14,16,17,19,23
38:23 39:1,3,8,11
39:12,14,17,19,24
40:4,9,10,12 42:5
43:2,16,17 44:1,2
44:3,9,11,15,17,19
44:20,22 45:1,11
45:11,15,18,20,24
45:25 46:12,17,18
47:17,20 48:9,10
48:12 49:7,9,23
50:5 51:14,22,25
52:2,4,13,14,17
53:7,11,12,24
54:10,12,14,22
55:1,7,18,20,21,22
55:23 56:1,21
57:4 58:16 60:1
60:13 62:10,11,14
62:18,19 63:1,3
65:17,18 66:23
67:9,20,25 68:8,23

69:14 70:9 71:21
72:1,7,15,16,18,21
72:23 73:5,20
74:13,13 75:15
77:5 78:2,24
80:23 81:8,25
82:5,14 83:12,21
84:22 85:3,15
88:15 89:4,5,15,25
91:3,3,5,6,8,13,16
91:17 93:8,12,19
95:4 98:1,3,8
99:23 108:17
113:7,8,9,10,14
125:20 131:3
134:12 140:5,9,12
140:13,21 141:3
144:14 145:2,4,7
147:12,17 148:10
150:10 153:19,25
154:19 155:3
156:11 157:12,22
157:25 158:6,6,8
158:10,10,15,16
158:25 162:9,15
165:12 170:13,13
189:6,7,13,14,14
189:15,18,20,22
189:23 191:4,19
191:22 192:10,17
192:18,22 202:11
203:7 206:13,17
206:18,21,22
208:12 209:15
219:7,7 231:24
234:1,2,10,18,20
235:2,2 237:7
**board's**   38:8 41:24
53:14 69:19
161:25 194:22

**boards**   38:14
**body**   60:4 71:13
71:16,22 72:20
73:1 74:5 80:13
**bond**   133:8,12
**boston**   4:13
**bother**   55:13
**bottom**   78:23
116:7 119:21
120:25 124:20
128:13 136:8
137:21 140:1
171:13 182:19
**boulevard**   7:9
**boy**   25:24 205:24
216:22 218:8
**boy's**   227:2
**boylston**   4:11
**boys**   102:21
103:23,23 104:4
104:14 105:20,24
166:12 167:14,19
173:19 215:15
219:8,24 221:4
229:1,6,17,24
230:6,9,14,19,25
231:18 232:9,13
232:15,20 233:2
233:12
**bpj**   116:7 119:3,20
120:25 124:20
127:9 128:9
**brackets**   120:11
120:13
**brainstorming**
133:7
**brand**   132:3
**brass**   198:20
**break**   17:8,9,11,14
49:5 50:15,22,23
50:25 51:2 70:8

Armistead Supp. App. 0795

[break - clarifications]

110:10 141:13,24
142:2 200:15
**breaks** 200:18
**bridgeport** 7:10
18:17,20 19:4
30:15,18 35:10
42:4 54:11 68:9
68:24 69:4,10
97:10 101:25
103:21 109:20,24
126:10,14 129:5
130:15 131:6
135:12 136:24
167:7,15 169:25
172:6 178:20
179:1 180:15
182:1,4 183:15
184:2,17 185:14
185:20,21 187:10
188:18 198:4,9
212:2,7 214:21,25
215:5 217:3
226:11 228:7
**brief** 186:21
**briefly** 55:2
203:13 205:5
**bring** 19:16 66:22
111:8 115:24
201:13
**broader** 29:14
**brother** 133:5,10
**brought** 57:1 67:8
68:1 94:17 122:6
132:19 157:3
158:18
**build** 121:3 128:15
**building** 42:3 43:5
43:12 54:5,8
92:20 129:19
135:7 138:19
140:23 159:22

220:19
**buildings** 129:17
162:17
**bulk** 146:22
**bullet** 211:7,9
**burch** 1:10 2:11
5:4 14:11 46:13
46:15 153:19
**busy** 60:10

### c

**california** 6:22
240:4
**call** 14:25 46:6,24
47:5,6,8 109:4
154:7 158:5
197:19,21
**called** 46:7 47:1
107:16 112:25
113:21 153:24
**calls** 27:6 96:24
160:1 204:13
221:6
**cameras** 87:18
**capacities** 192:4
**capacity** 1:11,12
2:12,13 29:10
52:16 59:8 121:3
128:15
**care** 108:22
113:25
**case** 1:6 2:6 13:12
19:24 22:23 67:18
91:25 92:18,18
96:15,16 124:3
144:11 198:17
232:1
**cases** 36:9 64:25
108:19,20
**categories** 119:6
123:18

**categorize** 66:10
**cause** 66:20 67:2
67:21 68:5
**cc'd** 139:13
**central** 33:15
**certain** 73:24 75:1
76:3 107:13
212:19,23,25
213:1
**certainly** 172:4
**certificate** 11:11
105:10,13 107:23
108:21 109:9
143:8 199:10
**certified** 2:24 95:8
240:3
**certify** 240:5,14
**cessation** 138:11
**chain** 10:4,6,8,19
10:21,23,25 11:6
11:13
**challenged** 211:8
**chance** 202:25
**change** 37:14
41:13 43:5 108:9
108:22,23 109:7
114:8 125:9 143:1
143:6,6 154:1,20
212:8,9,14
**changed** 89:19
209:18
**changes** 35:25
107:22 124:16
154:5 156:16
**characterization**
87:9 88:10
**characterize** 87:2
227:21
**characterized**
86:8 90:17 227:3
227:5

**charleston** 1:3 2:3
3:10 5:12 6:23
13:11 59:13 60:4
60:10
**check** 142:16
169:18 175:22
213:15
**checked** 97:9
**checking** 221:14
**checks** 54:19
**chief** 31:22
**child** 56:24 134:18
141:9 159:19,23
161:9,11,16
236:19
**child's** 159:17
**children** 28:19
41:6 114:4 122:11
122:11,12 123:17
164:11 222:10
233:20
**children's** 161:4
**chips** 133:11
**choice** 40:12
**choose** 43:1
107:16
**chooses** 134:19
**chose** 103:16
**christiana** 6:8
15:1
**circle** 142:12
**cisgender** 25:18
25:19,24,25 100:2
205:19,19,24
**city** 185:20,21
238:9 239:9
**clarification** 45:12
68:18
**clarifications**
52:22

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0796

[clarified - context]

clarified 46:2 109:3

clarify 18:2 21:17 53:13 92:17,19,22 201:21 235:18

clarifying 85:21 120:23 153:22 198:16 201:25

clarity 57:3 74:9 109:14 119:14 142:13

class 132:17,22

classes 220:7,8,10

classroom 115:19 130:22

classrooms 136:16

clayton 1:10 2:11 46:13,15

clean 16:16

clear 53:14 58:18 58:19 62:5 157:11 167:11 195:13 216:19

clearly 78:16

client 97:1,4,6 99:7 160:1 204:13

close 30:13 133:5

closer 119:20 133:8

clubs 166:6

coach 18:19 82:19 129:23,24 168:3,4 168:18 169:9,24 170:1,9,10 176:12 180:5 215:14,15 215:18

coach's 172:20

coached 104:7 221:17,19,20

coaches 54:11,13 54:15,17 127:15

127:18,21 128:5,8 129:13,16,22 144:1 164:10 173:11

coaching 129:17

coed 57:8 100:23 101:5,6,12 102:4,8 102:13 103:17,25 104:3 187:15,23 217:4,7 227:4,6,21 227:23,25 229:8 229:16,23,24 232:5,6

collaboration 49:22

collectively 157:6 159:18

college 199:4,5 222:13

column 85:2,15 104:23 105:1,1 186:5,14,15

combination 42:3

come 31:25 35:11 36:3 58:5 59:23 75:19 111:9 123:19 129:22 156:10 215:12

comes 38:12 40:3 45:1 108:12 117:17

comfortable 122:16,21 145:14

coming 35:19 39:3 60:3 61:8

comment 27:7,8 36:1,2 144:17

commentary 59:19

commented 224:12

comments 62:14

commission 1:10 2:10 3:4 14:20 71:8 79:8 80:9,12 207:16,20

communications 17:20 18:3 22:16 79:14 97:1,3,6 99:8,8 160:2,4 200:23 204:14 219:6

community 116:17

compared 176:14

compete 34:6

competing 168:1 232:14

competitions 185:15

competitive 104:18 162:13 168:10 176:18

compilation 184:17,24 185:13

complaint 99:3,21

complaints 109:19 109:22,25 147:18 148:3 149:6,10,14

completed 113:15 214:18

complicated 91:2

complicating 58:10

comprehensive 115:23

computer 32:22 33:7

concern 164:22 166:10,16

concerned 56:10 163:16 231:20,23

concerning 219:8

concerns 50:4 99:24 228:14

concierge 7:24

concluded 50:17 196:10

conclusion 27:6 50:18,21

concurrently 28:9

conditioning 173:11 222:16

conditions 121:7 128:19

conduit 38:11,13

confirm 89:1,3

confirmed 22:3

conflict 91:14

conforming 140:2 140:20

confusion 72:14

connected 47:13

connection 20:9 148:19 201:4

consensus 36:25

consider 234:2

consideration 164:1

considered 43:20 144:15 145:8 227:2,25

contact 34:22 45:11,19,25 165:2 165:16 187:12,21

contacted 95:20

contacting 31:8

contain 217:22

contained 238:5 239:5

context 80:20,25 118:6 138:6

[continuation - county]

**continuation**
185:7
**continue** 26:22
50:24 76:8 81:2,4
89:19 99:14 110:9
181:17 196:12
231:7
**continued** 4:1 5:1
6:1 7:1 8:1
**continuing** 77:18
99:14
**contract** 54:16,20
**contribute** 192:11
**controls** 47:23
143:15 208:13
209:12
**convene** 59:13
**convenient** 210:11
**conversation** 19:1
95:25 96:20 125:2
132:1 133:4
209:21 219:22,25
220:2
**conversations**
22:24 23:5 65:17
68:8,23 69:10,14
83:13,21 84:2
89:4,12 96:13
202:11
**cooley** 4:4 13:22
13:25 14:3,5
**cooley.com** 4:15
4:16,17,18
**cooperation**
106:22
**coordinator**
111:25 136:6
156:6
**copy** 10:17 113:15
123:2

**core** 220:7
**correct** 20:7,10
24:7 37:4,8 42:15
65:7 74:15 85:15
90:19 102:14,15
102:23 106:2
111:4 114:16
116:18 120:7,17
121:8 130:15
135:22 140:10
142:18 161:18
167:16,20,24
175:4 176:19
177:3,4,14 182:6
184:6 186:6
187:15 189:16
190:6,9,12 191:16
194:14 195:4,9,15
196:6 198:25
203:11 207:3,17
209:22,24 210:25
213:10 214:11,13
214:19,20 215:22
217:25 226:18
238:6 239:6
**corrected** 238:6
239:6
**corrections** 238:3
239:3
**correctly** 36:6
64:3 85:25 86:5
98:14,18 100:16
102:20 120:15
121:17 124:23
126:24 128:20
129:2 154:2
170:24 175:17
176:1 211:12
214:16
**council** 49:7,10,21
49:25 50:2

**counsel** 5:4 13:18
14:12,15 17:21,23
17:24 22:17,22,25
35:23 63:15 64:12
68:2 79:15 88:6
96:13 110:23
141:18 150:16
160:4 162:22
188:7 193:19
201:11,16 202:6
202:17 204:11,17
**counseling** 95:9
116:2 130:24
**counselor** 18:25
94:24 95:2,7
126:8,13 130:21
130:22 132:4
134:23 135:7
136:23 202:20
212:10,22 213:5
**counselors** 94:19
95:3,8 135:6
**counsels** 80:14
**counterpart** 102:8
**counties** 47:13
61:14,19 72:14
111:25 136:7
138:9,13 158:24
208:10
**country** 18:19
19:6 103:16,23,24
104:6,22,25 105:3
127:11 166:8,12
166:13 167:14,15
169:24 170:5
172:9 173:13,17
178:19 180:16
183:15 184:18
185:14 188:21
194:4,14 195:3,9
195:21 220:14

233:9
**counts** 175:7,9
**county** 1:8,13 2:8
2:14 7:3 10:10,14
14:16 16:4 20:6
24:8 26:5,7,11
27:2 28:23,25,25
29:2,4,13,13,16
30:4,7,11 33:20
34:16,19 35:11
36:13,19,20 37:8
38:1,2,8,11 39:5
39:13,19,22,24
40:3,9 41:11,24
42:5,12 43:2,15
44:3,9,11,15,17,19
44:22 45:15 46:17
47:15,17,20 48:9
48:10,12,15 49:7,9
49:19,22 50:5
51:14,15 52:9,12
52:13,14 53:7,11
53:11,14,24 54:10
54:12,21 55:1,3,9
55:16 56:1,21
57:4,9 58:15
60:13,15,17 62:10
62:11,14,17,19
63:24 64:6 65:17
66:23 67:9,20,25
68:8,23 69:14,19
70:9 71:21 72:1,7
72:9 73:4,20
74:13,13 75:15
77:1,5 78:2,7,10
78:24,25 80:22
81:8,24 82:5,14
83:12,21 84:22
85:3,8,14 89:3,5
89:15 91:7,13,16
92:1 93:8,12,19

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0798

[county - decisions]

95:4,7,7 99:23
108:16,22 111:18
113:7,8,8,10,13,14
115:5 122:8 123:7
125:20 129:23,24
131:3 134:12
135:6 138:17,17
140:5,9,12,21
141:3 144:14
145:2,4,7 147:12
147:17 148:10
149:2,19 150:10
156:11,14 157:17
159:2 161:24
162:7 165:12
170:13 183:16
189:6,13,15,18,22
190:1,3,12,18,24
191:4,6,19,22
192:3,10,17,22
198:5 202:11
203:7 206:13,17
206:17,21,22
208:9 211:23,25
219:7,7 221:21,22
221:23 237:7
**county's** 161:24
**countywide**
121:24
**couple** 16:14 39:2
85:23 153:22
186:24 199:21
224:12 235:17
**course** 54:9 71:25
107:15 113:1
116:1 182:20
185:21 202:18
212:18
**court** 1:1 2:1
13:10,16 16:12,16
17:2,18 21:5 63:5

76:18 84:14 97:12
101:17 107:23
108:20 109:8,10
130:10 135:18
137:10 139:7
143:7 144:23
149:22 169:14
171:9 172:22
174:19 178:1
179:6 180:7
181:13 183:2
188:12 195:14
197:25 198:14,15
198:24 200:4
203:16 207:4,10
211:8 216:4,9,16
**cover** 35:20
**covered** 147:4
**crashed** 32:22
33:4,7
**create** 35:22 37:21
121:6 128:18
159:10 214:7,9,10
232:10,13
**created** 19:4 69:2
102:7 111:20,21
141:5,7 156:8,14
**creating** 40:5
75:22 231:19
**credentialed**
199:11
**cris** 111:22 112:2
122:5,20 123:6
141:1,3 156:2,16
**cropp** 7:7 14:15
**cross** 18:19 19:6
50:20 103:16,23
103:24 104:6,22
104:25 105:3
127:11 166:8,12
166:12,13 167:14

167:15 169:24
170:5 172:9
173:13,17 178:19
180:16 183:15
184:18 185:14
188:21 194:4,14
195:3,9,21 220:14
233:9
**csr** 1:23 240:25
**csutoros** 6:6 15:2
**cultural** 121:12
**culture** 128:24
**current** 16:1 18:25
29:17 44:6 64:24
68:2 78:25 104:8
198:3,24 210:20
211:8,9
**currently** 16:3
29:1 65:23 77:5
**curricular** 160:11
166:2
**custodian** 237:3
**customized** 156:21
**cut** 158:4
**cv** 1:7 2:7 13:12

**d**

**dad** 133:6,15,16
**daily** 31:3 164:9
**danyelle** 169:23
175:3
**database** 47:12,14
47:16 48:1,7
107:17
**date** 56:13 59:9
64:4 111:2 121:19
124:10 129:9
185:24 240:17
**dated** 125:12
131:13 132:8,25
175:3 240:19

**dates** 121:25 179:1
185:22
**dating** 23:20
**daugherty** 29:25
**dave** 1:21 2:20 8:3
9:4 13:14 18:16
32:21 87:22
197:11 239:1,14
**david** 6:20 14:6
25:15 26:2 33:10
70:10 80:3 85:5
93:11 126:9
155:16 197:8
225:22
**david.c.tryon** 6:25
**davis** 18:24 94:22
126:7,8 130:14,17
131:2,5 132:9
202:19,20
**davis's** 131:14
**day** 17:25 30:5,5,8
30:8,10 31:7 36:1
46:6 51:24,24
52:1,1,6,6,8,8
107:15 117:15,18
130:1 136:13
140:23,23 155:16
219:17 223:21
237:14 238:7
239:7
**days** 121:22
**dealing** 33:23
117:14
**deals** 162:10
**dear** 85:17
**decide** 168:20
**decides** 167:25
**decision** 140:24
168:7,10,15
**decisions** 61:3

[declare - develop]

**declare** 238:1
239:1
**defendant** 1:18
2:18
**defendant's** 10:13
**defendants** 1:16
2:16 7:3 10:10
14:16
**defending** 6:4
14:24
**defer** 46:17 151:9
151:13 152:7,7
155:1 191:3
223:24 224:14,21
225:4
**define** 24:23
**defining** 56:6
**definition** 53:7
**degree** 27:22,24
28:13 33:5 199:7
**degrees** 33:6
**del** 4:6 14:1,2
**delegate** 71:21
**delegated** 72:1,7
**delegating** 72:15
**delegation** 79:5
**denied** 98:13
**deniker** 7:6 9:13
9:18 14:14,15
18:1 21:16 22:14
22:19 26:16 27:4
37:9 43:19 44:5
44:12,18,24 45:8
46:19 47:24 50:16
50:23 52:19,20
57:13,18 58:6,20
58:24 60:16 62:23
66:3,14 67:4,22
68:11,14,16,17
69:21 70:11,15
72:3,10 73:2,2,15

74:17 75:11 76:5
76:10,23 77:11,17
78:5,13 79:13,25
80:7,19 81:10,16
81:19 82:1,8,24
83:7 84:23 86:10
86:12 87:5,11,25
87:25 88:12,22
89:8,17,24 90:4,13
90:20 91:19 92:11
93:2 94:4 95:13
95:19 96:23 99:5
99:13,17 100:4,10
100:13 102:16
103:15 104:16
105:7,21 106:18
107:2 108:4,13
109:2 111:15
112:19 116:25
117:10 118:4
120:18 123:11
127:22 128:4,7,10
130:19 131:7,16
132:14 133:2
140:11 142:19
143:17 144:2,9,16
144:19 145:10
146:5 147:1,8,19
148:5,13 149:3,9
149:18 150:1,2
151:16 152:15
157:24 159:25
160:20 161:7
162:2,25 163:18
163:18 164:19
165:9 166:15
174:1,3,6 176:5,20
177:7 178:15,24
179:15 180:1
181:8,8,15 182:8
182:15,24 184:21

184:21 185:9,17
185:17 186:2,11
186:23,24 188:24
188:24 189:4
190:7 192:2,8,16
193:1,13,23 194:8
194:8,16 195:17
195:25 201:20,20
202:8,9,14 204:12
208:3 209:10
210:19 214:12,14
215:4,11,23 216:2
216:12 218:21
219:3,10 221:5
222:8,23 224:2,6
224:24,24 225:8
228:2,18,18 229:3
229:10,20 230:11
230:11 231:5,5,12
233:5,5,19 234:5
234:22 235:16,16
235:23 236:22
237:6
**department** 5:5
14:12 31:11,12
32:10 38:9 39:4
45:21 48:1,22
109:4,16 114:20
122:25 123:1
140:18 142:21
143:2,10 148:11
154:12,19 155:2
**department's**
143:4
**departments**
31:15 46:8 48:3
48:18,19,20 157:4
**depends** 49:1
60:10
**deponent** 180:24

**deposed** 16:9
197:22
**deposition** 1:19
2:20 9:24 10:2
13:7,13 16:7
17:22 18:7 20:4
20:17,19,22 24:20
58:11 90:18
110:25 119:12
126:4 131:11
144:11 147:21
169:21 170:19
171:16 177:23
178:9,23 179:12
179:25 180:13,21
181:4 183:12
191:7 197:20
200:21 201:22
202:5,15 203:24
204:3,15,21 227:8
235:7 237:1,4,9
**describe** 45:6
75:14 92:8 217:12
**described** 62:21
83:5 132:16 133:3
133:17
**description** 9:22
**designated** 60:23
73:6 146:17
168:13 213:18
**designee** 58:16
191:6
**desire** 159:17,17
**despite** 83:4
**determination**
234:10
**determine** 78:10
144:7 146:3
**determines** 81:8
**develop** 111:24

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0800

[developed - e]

**developed** 56:11
117:23 124:2
134:8 140:6
**development**
39:15
**develops** 222:10
**devono** 29:23
**difference** 57:22
158:5
**differences** 165:15
**different** 42:17
48:2 50:11 59:24
61:1 73:6 81:13
104:13 116:13
123:18 134:19
138:3 146:10
171:3 185:21
201:6 211:23,24
**differently** 27:1
**difficult** 123:17
**direct** 64:15,17,18
71:25 109:16
**directing** 117:6,7
**direction** 113:5
240:12
**directions** 59:24
**directly** 37:16
40:3 80:16 109:15
190:22
**director** 32:1,2
33:16 48:23 54:4
54:7,8 61:20 64:1
83:20 85:20 94:17
112:3 114:15
143:12 190:17
208:24,25 209:3
212:4 213:14,23
214:5,17 215:14
215:17,21 216:21
235:25 236:4,11
236:13

**directors** 56:20
88:19
**directs** 88:6
**disagree** 82:18
88:15
**disagreement**
56:23
**disagrees** 40:9
**discipline** 40:20
40:23 41:1 212:21
222:11
**disclose** 18:8
202:15
**disclosed** 204:6
**disclosing** 17:20
23:5 110:22
132:21 147:16
200:23
**discovered** 112:12
**discovery** 24:17
201:24
**discuss** 19:24
35:25 45:23 46:14
62:7 70:19 77:20
135:11 211:1
**discussed** 53:7
55:2 97:9 148:20
148:21 155:21
219:1 237:2
**discussion** 21:17
22:13 112:20
220:24
**displaced** 188:19
193:22 196:2,5
**displacement**
57:25
**dispute** 76:2 82:4
82:13
**distinction** 57:21
158:7

**distressed** 92:10
92:25
**district** 1:1,2 2:1,2
13:10,11
**districts** 49:22
**diversity** 121:13
123:1,5,13 128:24
129:21 136:15
138:12
**division** 1:3 2:3
13:12
**divisions** 30:12
**document** 19:16
21:1,10 63:8 67:5
79:23 84:18
108:21 110:20,24
111:20,21 126:2
131:13 139:3,5
141:5,7 156:3,18
157:18 159:8,18
171:18 172:16
173:4,7 174:24
178:8 179:11,20
180:12,23 181:24
182:3 183:10
194:22 203:20
207:8,12 209:1
210:8 226:4
**documentation**
201:17 204:1
**documents** 18:21
19:2,13,19 20:3
22:11,22,24 23:6,9
23:17,19,22 24:4,6
24:9,14 79:16,21
80:5 107:17,20
113:24 140:9,13
194:21,23 200:20
200:25 201:3,8,10
201:13 204:5
219:6 226:5 237:3

**doddridge** 180:17
**doing** 15:25 57:24
114:19 197:16,17
197:18 230:1
**dolan** 83:17,19,22
84:2 87:2 88:17
153:4
**donna** 64:2,4
**door** 228:6
**dora** 1:12,20 2:12
2:20 7:4 9:3 10:11
10:15 13:7 14:17
15:17 27:11 60:17
65:7 71:6 202:18
238:1,15
**double** 120:1,11
120:13
**doug** 30:1
**dr** 111:22 112:2
122:5,20 154:9
157:5
**drafters** 156:2
**drafting** 62:11
**drop** 31:24 175:24
176:4,18
**ducar** 6:7 15:1
**due** 196:2
**duplicative** 155:20
**duties** 104:9

| e |
|---|

**e** 3:8 10:4,6,8,19
10:21,23,25 11:6
11:13 63:14,15
64:7 66:8,10
84:21 85:2,17
88:18 97:20,25
98:9 99:4 135:25
136:22 139:10,12
169:20 170:21
175:2 209:4

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0801

[earlier - exhibit]

earlier 90:18
121:20 142:15,25
153:23 162:8
167:11 170:7
189:5 194:21
214:19 235:18,24
early 56:13 173:10
easier 87:19
east 208:8
ed 39:4 102:2,22
109:4 154:13
education 1:8,8
2:8,9 5:3,5 7:3
10:11,15 13:9
14:10,13,16 20:7
26:6 27:19,25
28:6,8 29:14
31:17,18,21 33:5
38:9,11 39:4 42:2
46:22 49:24 50:8
53:12 62:10,11,19
65:18 66:23,24
73:20 77:6 78:3
80:23 81:25 85:15
89:5 91:18 109:17
113:9 143:10
148:11 153:19,25
154:19,19 155:2,3
156:11 157:12,23
159:3 165:13
170:13 189:7,13
189:18,23 191:5
191:19,22 192:10
192:17,22 198:11
199:4,8 202:12
203:7 206:14,18
209:15 235:3
237:8
education's 42:5
educational 27:20
43:24

effect 210:22
220:21,25
eight 198:10
eighth 220:19
eis 46:25
either 36:16 87:20
101:15 108:10
119:9 190:22,23
elected 29:20,22
30:3 43:17 53:12
53:14 55:21,22,23
60:1 62:17 72:22
157:25 158:6,8,15
158:16 189:7
192:18 206:22
elementary 18:14
18:15,25 27:25
31:18 32:4,6,12,15
42:1,8 69:3,15
94:2,7,12,20 95:3
115:10,13 202:20
eligibility 11:11
74:2 78:11 81:8
81:20,21,22 82:6
151:4,21 179:18
236:8
elizabeth 4:5
13:21 206:4
embedded 151:23
employed 95:4
employee 29:5,6,7
29:9 33:23 43:21
43:22 192:3,9
240:16
employees 30:13
54:12,15 68:9,24
69:11,15 84:22
85:3,14 99:23
129:17 202:12
employs 43:15

empty 120:11,13
enact 91:3
enacted 55:19
69:24 90:6
enactment 65:19
68:10,25 69:16
83:13,22
enacts 35:13
encompassing
122:11 123:14
ended 162:5
ends 237:17
energetic 92:9
enforce 44:25 45:2
45:4,10
enforced 45:7 70:2
enforcing 56:17
56:22 79:4
engage 121:3
128:15
english 220:8
entail 122:4
enter 48:10,15,21
entire 53:11 113:8
206:21 210:12
entirety 117:13
210:8
entities 67:12,15
entity 58:21 72:8
191:23 206:22
234:7
environment
117:24 118:18
environments
122:10
equal 227:17
equally 228:21
equipment 164:10
equity 57:25
ereinhardt 4:15

especially 165:2
essentially 174:12
establish 16:16
et 13:9
etcetera 220:12
228:22
evening 224:12
events 74:22 179:2
everybody 111:8
123:16
everyday 51:25
exactly 127:6
examination 9:2
15:21 150:19
153:15 155:12
166:22 187:5
189:3 193:9
197:14 223:16
225:19 235:22
examined 15:18
197:12
example 25:9,22
37:13,23 41:19,20
56:16 205:10,22
212:20 215:13
236:19
examples 40:22
73:24 159:3
excel 11:2,8
170:22 171:20
excellent 114:24
excuse 21:16
166:3 202:8
executed 238:7
239:7
executing 43:24
executive 61:20
83:20
exhibit 9:23 10:4,6
10:8,10,17,19,21
10:23,25 11:2,4,4

Armistead Supp. App. 0802

[exhibit - five]

11:6,6,8,10,10,13
11:15,15,17,19
12:3,4,5 21:2,4
63:4,9 78:19,19
84:6,8,12,13 85:6
85:6 97:11,16,18
101:16,20,23
103:11,20 104:21
104:24 110:17
118:21 119:18
130:5,6,9 131:10
133:24 135:17,22
137:7,8,9 139:4,6
155:22 165:18,20
167:5 169:12,13
169:17 171:6,8
172:21 173:2
174:18,22 177:25
178:5 179:5,8
180:6,9 183:1,5,7
185:12 186:22
187:7 188:4,5,8,9
188:11 193:12
203:13,14,15
204:8 207:1,5,9
226:1
**exhibits** 9:21 12:1
20:25 63:8 97:15
101:20 110:16
118:20 130:4
133:23 135:21
139:2
**exists** 49:21
**expansive** 121:4
128:16
**expected** 79:1
**expedite** 88:25
**experience** 91:25
107:5
**expert** 146:24

**explain** 47:10
72:24 102:3,11
112:17 224:22
227:5 230:22
**explained** 114:14
230:23
**extent** 18:6 73:3
79:25 81:16 96:24
97:2 99:6 104:10
104:11 147:3,20
160:1 165:11
176:8 202:10
234:6,24
**extra** 160:10 166:2
**extracurricular**
56:5,7
**extracurriculars**
162:10
**extremely** 199:11

**f**

**facilities** 31:19
**fact** 121:21 127:1
169:1
**factor** 58:10 232:2
**factors** 168:19
**facts** 11:17
**faculty** 114:3
**fair** 158:23 191:3
**fairmont** 199:5
208:8
**fairness** 233:17,22
234:2,21,25 235:2
235:4
**fall** 34:20 38:16
80:16 140:22
148:16 172:9
173:13 178:21
184:19 208:6
227:18
**falls** 30:15 76:8
78:16 148:17

219:4
**familiar** 49:11
94:19 97:20,24
104:5 139:12
143:20 147:10
191:11 207:14,17
207:24 217:9
219:15
**families** 114:23
**family** 93:6 133:9
196:17
**far** 33:20 40:5
52:8 56:9,22
143:21 162:11
163:13,16 167:2
211:23 226:14
231:19,23
**fast** 33:8
**faster** 182:12
184:5
**federal** 31:21
**feel** 41:11 135:23
159:5 160:21,25
210:7,10
**feels** 117:18
**fellow** 106:23
**felt** 35:7 125:8,12
156:15
**female** 25:10
57:23,25 101:15
102:7,9 103:8
106:5 107:24
205:11 227:22,24
228:6,20
**females** 227:18
**field** 28:21 199:3
**fifth** 125:1,8 198:7
202:21,23 203:4
**fight** 198:19,20,22
**file** 113:17 114:1
171:3

**filed** 13:10 20:6
203:6
**fill** 134:16
**filled** 166:8,9
213:21 236:18
**final** 149:16 150:9
156:18 157:2
**finally** 64:2 115:21
**finance** 48:5
**financial** 31:22
47:15,15
**financially** 240:15
**find** 37:19 108:25
138:18 154:11
161:3
**finding** 160:24
**fine** 15:24 26:8
50:25 77:13
110:11 166:18
181:19 186:25
**finish** 17:12
200:16
**finished** 237:15
**finishing** 220:4
**first** 43:15 48:14
49:6 52:11 63:13
98:17,21,22
104:25 111:1
114:11 120:12
126:5,15 136:8
139:24 144:11
150:24 159:7
160:10 163:3
165:25 171:21
175:6,25 177:12
177:20 183:14
203:1 205:6 208:7
208:23 211:7
**five** 29:20 35:24
36:24 37:3 38:23
41:25,25 43:17

Armistead Supp. App. 0803

[five - frampton]

44:2 51:2 141:22
158:9,15,16 220:7
237:19
**fiveish** 174:12
**flesher** 170:3
175:3
**flip** 21:8 64:14
**floor** 4:12 7:19
**focus** 122:15
159:21,22
**focused** 113:5
**folder** 21:1 63:8
78:19 84:6,10
97:15 101:20
110:16 118:20
130:4,8 133:23
135:21 137:7,12
139:3 188:5
203:14 207:1
**folks** 19:25 22:23
51:3 141:24 172:6
**follow** 40:12 42:12
45:5 55:10,12
57:7 73:17,20,24
74:1,14 75:1,7,24
83:10 107:9 108:2
133:19 145:19
146:8 150:10
155:21 161:24
162:16,19 215:1
218:18
**followed** 77:5
108:17
**following** 27:12
44:20 64:24 65:3
72:16 77:1 124:7
146:15
**follows** 15:19
113:4 197:13
215:5

**fooling** 122:17
**football** 102:1,3,4
102:7,7,21 103:1,2
187:12,14,18
217:10 221:20,22
221:24 226:19,20
226:25 227:1,12
227:14 228:7,15
**foregoing** 238:2
239:2 240:6,8,12
**form** 15:14 25:14
26:16 27:4 37:9
43:19 44:5,12
45:8 46:19 47:24
57:13,18 58:6
60:16 62:23 66:3
66:14 67:4,22
68:11,18 69:21
71:11 72:3,4,10,11
73:14,21 74:17,18
75:10,11,17 76:4,5
76:22 77:7 78:5
78:12,13 81:9,10
82:1,7,8,16,23,24
83:7 84:23 86:12
86:13 87:4,5,11,12
88:1,4,20,22 89:17
89:24 90:4,12,13
90:20 91:19 92:11
94:4 95:13,19
100:4,10 101:8,13
102:5,16,24 103:7
103:15 104:15,16
105:7,8,21 106:7
106:13,18 107:2
107:11 108:3,13
109:1,2 111:15
112:20 116:25
117:10 120:18
123:11 127:22
128:4 130:19

131:7,16 132:14
133:2 134:5,14,17
134:23 135:1,4,9
135:11 140:5,11
142:19 143:17
144:2,9,16 145:10
145:22 146:5,19
147:1 148:7,13
151:16 152:1,15
153:6 156:4,8,9,14
156:19 157:2,3,23
157:24 158:17,23
159:4,24 160:5,20
161:6,7,14 162:2
163:14,17,19
164:6,19 165:3,10
166:14,15 169:4
172:18 174:1,6
176:5,7,20 177:7
177:16,22 178:15
178:22,24 179:15
180:1 181:9 182:7
182:8,14,15,23,24
183:18 184:7,20
184:22 185:8,9,16
185:18 186:1,2,10
186:11 188:14
190:5 191:25
192:14 193:23
194:7,9,15,16
195:10,18,24,25
208:3 209:9,10
210:18 214:14,18
215:3,4,10,11,13
215:23,25 217:14
217:24 218:20,21
221:5 222:8,23
224:2,8,23,25
225:7 227:7,15
228:1,2,4,10,16,19
229:3,4,10,11,12

229:20 230:3,10
230:12 231:3,8,21
232:16,22 233:6
233:19 234:4,6,22
**formal** 157:20
**forms** 139:16,20
139:23
**forth** 59:14 147:21
240:7
**fortunately** 135:6
**forward** 52:22
53:13 71:19
221:11
**foundation** 77:15
81:3 88:21
**foundational**
20:13
**four** 28:1 29:20
30:3 196:18
**fourth** 18:15 94:9
115:12,16,19
124:13,14 125:4,7
202:25 203:2
**framed** 122:18
**frampton** 6:5 9:11
9:14 14:23,23
166:23,25 169:7
169:11,15 171:1
171:11 172:23
174:10,16,20
176:16,22 177:10
177:18 178:2,18
179:3,7,19 180:8
180:22 181:5,12
181:15,18,23
182:10,18 183:3
183:21,24 184:10
184:25 185:11
186:4,13,16 193:6
193:10,15,17
194:2,12,19 195:2

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0804

[frampton - going]

195:7,13,19 196:4
196:8 235:14
**frank** 29:23
**free** 135:23 210:7
210:11
**freedom** 6:4 14:24
**frequently** 60:11
**friend** 1:4 2:4
**front** 117:20
150:25 207:22
**frontline** 114:5
**frustration** 74:19
**full** 29:9 30:21
**funding** 136:7
**further** 102:12
107:7 128:22
147:23 149:13
167:22 187:5
188:22 193:3,9
223:12 225:10
236:23 240:12,14

**g**

**g** 215:18 216:25
217:7,19,23
**gained** 222:21
**games** 164:13
**gary** 29:24 98:3
**gender** 23:20,23
25:7,20 69:2,8
93:15,18,21 94:16
95:22 96:3,6,11,14
97:7,9 107:9,24
108:2 111:6,11
113:10,12,15
114:9,19 115:2,14
115:22 116:12
118:24 119:5,10
119:22 120:16
121:4,6,19,22
125:22 126:19
127:2,21 128:16

128:18 130:14
134:10,13 140:2
140:20 141:8
143:15 145:19
155:22 157:10
159:12,15 201:7
205:8,20 211:10
214:17,22 215:1,9
215:22 217:1
218:2,4,6 219:1,25
220:3
**genders** 213:11
218:19
**general** 5:4 6:19
14:12 60:7 72:14
72:23 80:21 81:12
129:20 130:24
155:18 158:10
162:24
**general's** 14:7
225:24
**generally** 34:23
35:18,22 36:11
45:9 59:12 60:19
62:19 102:20
115:24 139:22
201:23 217:22
227:2
**generated** 35:17
35:19 112:11
113:2,12
**generates** 107:17
107:19 140:12
**gestures** 17:3
200:7
**girl** 25:11 93:9,20
94:3,12 95:12,18
99:24 132:17,20
205:12 215:19
216:22 218:8

**girls** 96:2,21 100:2
100:3,8,9,21,22
102:14,22,25
103:24,24 104:4
104:13,22,22,23
104:25 105:1,2,3
160:18 166:12
167:14,19 173:17
182:12 184:5
187:17,25 188:20
194:14 195:8,21
215:18 219:9,24
220:16 226:20,24
227:11,13 228:15
228:25 229:6
230:6,8,13,19,24
231:18 232:9,13
232:14,20 233:3,9
233:12
**give** 37:23 42:20
46:4 59:9 60:6
64:13 84:7 99:13
111:16 149:24
169:11 171:4
174:16 193:1
216:3,8 224:7
231:6,10
**given** 39:2 111:23
120:4 145:4
146:10 169:2
213:20 237:18
**gives** 40:22 59:17
**go** 16:14 20:25
22:3 24:24 25:1
26:23 31:25 32:24
33:9 35:2 41:2
49:17 51:3,12
52:20,23 53:5,16
55:11,18,20 58:22
59:5 60:15 63:7
66:16 70:17 71:3

75:19 77:15 78:18
95:21 101:2 104:2
106:14 117:20
119:2,17 125:24
134:20,21,22,22
139:2 140:13
142:1,10 143:25
150:24 158:3
160:8 167:6
173:15 178:11
196:15,22 197:9
201:9 205:5
208:11 209:14
210:11 213:1
215:18 220:17
222:13 223:1,10
226:23 228:6
233:22 237:13
**goes** 35:23,23 50:4
85:22 130:22
143:23 190:23
213:22 215:16
236:7

**going** 18:2 20:12
20:15 21:1 22:14
22:15 24:10 25:5
27:10 39:16 42:22
43:13 49:18 51:5
52:25 53:13,23
58:6,25 60:11
61:21 63:8,12
64:18 69:3 70:20
71:18 76:7 78:14
78:18 82:25 84:5
87:17 88:20 91:22
92:14 94:8 95:21
96:23 97:5,14
101:3,19 103:19
110:8,15 112:19
112:20 115:18
116:5 118:16,19

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0805

[going - harrison]

120:24 124:14
125:4,7,7,24 130:3
133:15,22 135:20
137:6,20 139:3
141:21 142:3
144:19 145:11
147:19,22 149:8
150:1 152:2
155:24 159:25
161:20 164:20
165:9 171:2
175:21 178:20
179:23 181:2
188:3 195:22
196:15,24 198:20
199:2 204:12,15
205:5 206:25,25
217:24 218:15
219:3 220:3,21
221:12 223:5
234:5 235:6
**good** 13:4,20
14:14 37:12 41:11
125:6,13 141:14
155:7 197:17
**govern** 74:6
**governing** 71:13
71:16 74:5 80:13
**governs** 42:24
74:21
**grade** 18:15 56:7
94:9 115:12,16,19
124:13,14 125:1,4
125:7,8 171:23
202:21,23,25
203:2,4
**grader** 95:21
220:19 236:20
**graduate** 222:12
**graduation** 107:18

**grant** 136:6
183:21
**great** 16:5 46:3,4
85:12 93:17
103:11 107:5
110:12 114:22
117:24 122:14
141:22 197:22
201:16 207:14
210:16 216:7
222:15
**green** 3:6 9:8,16
14:18,18 71:11,12
72:4,11 73:14,21
74:18 75:10,17
76:4,22 77:7,11,13
78:12 81:9 82:7
82:16,23 86:11,13
87:4,12 88:3,3,11
88:20 90:12 101:8
101:13 102:5,24
103:7 104:15
105:8,23 106:7,13
107:11 108:3
109:1 145:22
146:19 148:7
150:20,22,23
151:1,17 152:5,11
152:18 153:8
209:9 210:18
215:3,10,25
217:14,24 218:20
223:17,18 224:5,6
224:9,10,18 225:2
225:10 227:15
228:4,16 229:4,13
230:3 231:3,14
**ground** 16:14
114:22 199:22
**group** 31:6,9,10
52:2,7 59:12

61:13,20 116:20
117:14,24
**guess** 40:16 52:5
61:1 74:19 91:10
98:7 158:4 176:11
176:11 234:1
**guessing** 176:10
**guidance** 40:18
42:13 72:19
122:20 142:20,24
153:25 154:24
**guide** 74:25
**guideline** 72:17
75:15 81:21,24
108:6
**guidelines** 57:7
73:16,19 74:1,12
74:14,25 82:15
113:3 146:10
157:15 162:16
215:6,8,12
**guiding** 72:20
**guys** 32:19 150:23
**gym** 132:16,22

**h**

**h.b.** 37:24 38:3,6
44:4 46:14 57:12
57:17 58:5 59:8
61:9 62:2,3,7,12
62:15,21 65:19
66:1,10 67:9,18
68:10,25 69:16,20
70:2 79:4 82:22
83:6,14,22 86:8
87:3,10 89:5,16
90:11 91:14 100:2
100:8,21 103:13
105:5,19 144:15
145:8,18 210:24
221:9

**hage** 64:2,4 154:9
**hal** 6:5 14:23
166:25 235:10
**half** 28:5,10,11
136:13
**halvorson** 8:3
13:14
**hammond** 5:7
14:22
**hamrick** 29:24
98:3
**hand** 42:18 200:7
**handle** 164:14
**handled** 35:1,4
**handouts** 138:24
**handwritten**
10:17
**hang** 171:1 172:24
**happened** 37:24
**happening** 43:5
**happens** 76:2 82:4
**happy** 90:25 110:9
117:3 119:8
183:21 200:17
**hard** 87:16,18
133:4 176:12
**harrison** 1:8,13
2:8,14 7:3 10:10
10:14 14:16 16:3
24:8 28:23,24
29:2,3,12,16 34:16
34:19 36:13 51:15
55:3 64:6 73:4
76:25 78:7,24
80:22 85:8 92:1
111:18 135:6
149:2 156:11,14
157:17 165:12
189:6,13,18 190:3
190:11,24 191:4,6
191:19,22 192:3

Veritext Legal Solutions
866 299-5127
Armistead Supp. App. 0806

[harrison - important]

192:10,17,22
198:5 202:11
208:10 219:7
221:21,23 237:7
**hartnett**  4:7 13:24
13:24
**hb**  86:3
**hcboe**  64:19 65:4
66:12,17 137:21
139:25 140:25
**head**  142:14 170:1
**heading**  186:5,14
186:15 211:6
**heads**  31:11,12
32:11 140:18
157:4
**health**  115:24
136:5 138:10,10
212:24,24
**hear**  90:25 99:16
100:15 106:12
112:7 149:21
153:20 190:8
216:5,12 220:20
**heard**  46:22 47:1
49:6 50:7 71:5,6
98:17,21,22
100:14
**hearing**  82:20
**hearings**  75:4
**heather**  1:5 2:5
5:4 7:25 13:8
14:11 96:1,4,10,20
219:2 220:4,13,15
220:16,20
**held**  13:13 39:10
178:17 190:14
**hello**  150:21
155:14
**helmet**  228:22

**help**  74:11 144:3
156:5
**helped**  22:25
**helpful**  52:22
137:16 155:23
**helstrom**  4:8 14:4
14:4
**hereto**  21:5 63:5
84:14 97:12
101:17 130:10
135:18 137:10
139:7 169:14
171:9 172:22
174:19 178:1
179:6 180:7 183:2
188:12 203:16
207:10 238:5
239:5
**hershey**  133:10
**hey**  75:2
**hframpton**  6:13
**hi**  13:24 14:1,4
15:5 153:17
155:15 197:16
**high**  41:25 42:2
48:14 56:20 85:9
85:9,10 101:25
129:24 162:12
190:15,23 208:8
221:23,25 229:23
**higher**  66:24
**highlight**  177:3,6
177:13,17,21
**highlighted**
175:14
**highlighting**
184:12
**hipaa**  112:21
**hired**  29:10 43:17
**hiring**  33:21

**hogue**  30:1
**holcomb**  6:8 15:1
**hold**  32:23 179:3
181:2 237:5
**holds**  47:14 209:7
**home**  28:19
**honest**  116:21,24
117:2,6,8,16 118:3
118:7,12 119:7,15
152:3
**honestly**  217:20
221:7
**hope**  107:5,5
161:19
**hopefully**  134:22
152:21 155:19
**hoping**  126:7
**hopping**  150:24
**horizontal**  185:6
**hot**  133:10
**hour**  17:8 110:9
141:21
**hours**  39:13,16,18
136:13 196:18
**house**  24:16 65:4
68:6 79:20,22
80:20,25 83:2,2
90:1,5,15 101:4
136:10 164:20,24
191:10,12 192:13
192:20,24
**housekeeping**
200:14
**huh**  173:22
**hutchens**  5:4 7:25
14:11

**i**

**ia**  123:9
**idea**  88:23 102:25
184:11

**ideas**  133:7,9
**identification**  21:4
63:4 84:13 97:11
101:16 130:9
135:17 137:9
139:6 169:13
171:8 172:21
174:18 177:25
179:5 180:6 183:1
188:11 203:15
207:9 211:20
**identified**  120:10
211:10
**identify**  13:18
25:10,23 123:16
141:10 205:11,23
218:7 219:3
**identities**  147:16
**identity**  25:7,20
205:8,20
**immediate**  34:22
**immediately**  28:13
28:20
**impact**  85:24
**impacted**  160:17
**implement**  36:22
42:14 43:2 90:11
125:20 189:14
192:23
**implementation**
190:3
**implemented**
150:10
**implementing**
76:3 79:2 90:24
125:21
**implements**
215:21
**important**  163:9
163:21,25 164:2
233:17 234:2

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0807

[incidents - johnson]

incidents  99:2
116:13
include  123:8
217:13,16
included  67:16
147:13,15
including  79:4
117:22 119:13
213:9
inclusion  136:16
inclusive  121:6
128:18
index  9:1
indicate  131:20
indicates  127:10
individual  26:11
59:8 130:24 168:4
206:11 209:5
individuals  117:14
info  172:1 178:11
inform  61:20 63:3
96:12,19
information  19:5
22:16 33:21 38:12
39:3 46:5,23
47:14 48:4,10,16
48:21 80:8,11
86:16 96:25 98:25
110:22 112:3
122:23 126:18
146:22,24 148:20
148:22 151:25
154:12 172:20
192:12 208:11
209:4 212:8,9,14
213:3,20,22 214:4
214:7,9 215:17
216:22 218:23
221:16 226:8
235:25 236:5,8,10
236:11,12,13,17

236:20 237:10
informational
236:15
informed  46:4
93:8,19 94:3,8,11
95:17,23 98:12
127:2,3,5,21 128:2
151:10
inherent  57:22
initial  157:10
initialed  238:4
239:4
initially  111:21
initiative  136:6
initiatives  138:11
injunction  44:7
69:23 70:4 83:4
89:14,23 233:8
injuries  164:4
injury  164:14
ink  238:4 239:4
input  49:23 114:7
216:18 236:4,11
instance  144:6
instances  40:2
45:22,23
institution  66:24
instruct  22:15
79:13 97:5 99:5
204:16
instructing  160:3
instruction  43:8
99:15
intent  86:25 88:8
inter  50:20
interact  80:14
130:23
interacted  93:6
130:17
interacting  114:3
114:4

interactions  92:23
interest  161:4
interested  160:25
172:9 220:11
227:3 240:15
interests  160:23
interject  235:6
internal  157:14
international
199:8
interpretation
223:24
interpreted  225:6
interrogatories
10:13
interrupt  49:16
99:15 100:13
interrupting  35:2
interscholastic
34:4,12
intervenor  1:18
2:18 6:3 11:4,6,10
11:15 14:25 15:1
166:25
intimidation
122:17
introduce  21:1
63:8 135:3 139:3
introduced  59:22
investigated
148:10
investigator  63:24
93:13 111:23
114:25
invitational
180:17
invited  115:4
inviting  122:10
involve  48:24
involved  48:2
50:10 93:13,14

97:8 112:1 114:7
115:1 117:21
125:18 148:23
164:9 228:14
involves  59:11
involving  123:6
149:11
iss  41:8
issue  34:23 76:6
91:13 112:10
160:16 212:24
231:19 232:3,10
issues  26:14,15
64:24 76:13
112:22 151:3
161:12 232:1,14
232:18
items  97:8 212:23
213:1
ix  63:24 64:8,24
93:13 94:17
111:23 112:3
114:15,25 147:10
147:12,17 148:11
148:22 149:6,10
149:14 150:11

j

jackson  1:5 2:5
13:8 96:1,4,10,20
219:2,21 221:2,10
james  94:23
january  92:23
150:5
jasmine  18:14
115:11,12,16
203:1
jeff  14:15
jeffrey  7:7
job  1:24
johnson  7:5

Armistead Supp. App. 0808

[johnson.com - level]

**johnson.com** 7:12
**join** 82:25 177:8
    193:24 194:3,6
    229:13 230:4
    231:4
**joining** 228:15
**josh** 94:25 95:1
**judge** 108:10
    176:14
**july** 57:15 210:22
    220:22 221:13
**junior** 29:23
    167:23 168:1,13
    176:15 221:25
**jurisdiction** 30:16
    41:24 42:6 54:3

**k**

**kagay** 1:23 2:24
    13:16 240:24
**kathleen** 4:7 13:24
**keep** 46:4 48:5
    77:13
**kelly** 5:8 14:9,21
    150:23 153:18
    196:9 225:13,14
**kenneth** 63:25
**kept** 113:16,18
    114:1,6
**khammon** 5:13
**khartnett** 4:17
**kickers** 103:2
**kids** 42:18 74:24
    113:25 114:2
    122:16,19 134:20
    163:10 164:1
**kind** 20:14 31:24
    39:14 50:19 59:20
    111:23 138:10
    157:4
**knew** 221:12

**know** 16:1 20:19
    21:3 24:22 26:24
    27:18 34:15 35:7
    35:16 36:20 37:1
    41:7,13 42:18,20
    42:22 43:15 45:9
    49:20 50:3,9
    53:19 55:2,24
    57:12,20 58:5
    59:13,14 63:10
    64:20 65:25 72:21
    74:20,21 78:20
    81:17,18 83:17
    84:9,12,20 85:6
    86:19,25 87:2,16
    88:8,17 92:3
    94:23 97:15,17
    101:21,22 104:6
    104:11 108:12,24
    111:6,17 113:1,22
    114:5,7 116:1
    118:13 121:24
    122:15 123:12
    124:6,16,18
    125:13 126:21
    127:6,23,24 128:2
    129:9 130:7,20,21
    130:23 131:14
    133:19,21 135:3,8
    136:2,21 137:2,4
    142:21 143:25
    145:12 146:3,21
    147:22 151:25
    152:6,21 156:9,22
    156:23 158:20,23
    159:1 161:11
    164:8,16 165:20
    166:18 167:1,10
    168:7,14 169:5,8
    174:8,9,15 176:4
    176:12 177:9

180:3 182:25
185:10 187:1,7,11
188:5 191:1,2
195:20 196:17
200:10,16,25
201:10 203:18
204:10 207:6,7
209:7 210:13,16
210:19 211:17
213:15 220:6,16
220:23 221:2,7
222:4 223:20
226:1 233:21,22
**knowing** 144:18
    161:9
**knowledge** 91:16
    110:6 134:16
    223:22 226:19
**knowledgeable**
    151:10,14 152:8
    152:17
**known** 220:16
**knuckles** 198:20
**kristen** 5:7 14:22
**kristin** 30:1

**l**

**l** 7:6
**laffy** 133:13
**lainey** 1:17 2:17
**lambda** 7:15 15:6
**lambdalegal.org**
    7:21
**language** 36:13,14
    37:16,16,20 40:17
    40:25 91:6 117:23
**lap** 171:25 172:16
    175:7,9,22
**laps** 175:11
**large** 30:12 47:16
    47:16 48:6 115:5

**laura** 126:13
    136:21
**lauren** 126:11,13
    136:23
**law** 3:7 4:10 5:9
    6:9,21 7:8,17
    17:18 57:14 69:22
    98:11,19 145:2
    197:25 210:21,21
    211:8 220:21,25
    221:13
**lawsuit** 20:6,10
    26:15 27:3 67:15
    68:3 98:23 203:7
**lawyers** 159:24
**leadership** 27:20
**leads** 98:8
**leap** 150:24
**learn** 132:5
**learned** 96:25
    161:20
**learning** 99:2,20
**leaves** 228:5
**leaving** 237:9
**legal** 7:15 15:6
    27:6 107:17,19,20
    107:21 108:7,9
    109:7 237:20
**legislation** 60:3,14
    60:24 61:3,22
    66:9 145:9
**legislative** 59:10
    59:12 60:2,4,25
    63:2,3
**legislature** 60:5
    62:15 191:13
**letter** 56:9,25
**lettermen** 56:9,15
**level** 27:19 48:14
    108:22 113:16,24
    168:1,2 189:15

Page 20

Veritext Legal Solutions
866 299-5127          Armistead Supp. App. 0809

[level - master's]

233:25
**levels** 171:23
**lgbtq** 121:13 123:8
128:25
**lifeline** 141:2
**liked** 133:10
**likes** 133:13
**likewise** 205:18
**limits** 168:12,16
169:1
**lincoln** 221:23
**line** 53:16 90:17
110:14 120:21
122:17 147:7
149:5 150:25
180:19 200:16
231:7
**linked** 137:15
**list** 31:14 59:21
163:22 172:12
214:17 217:7
226:14,15
**listed** 19:25 21:13
24:5,18 84:21
104:21 107:10
108:2 117:22
119:1 127:9
173:16,19 176:24
182:12,16 183:4
184:5 185:4,24
187:23 212:13
213:7,8,11 218:9
218:12,19 226:12
**listing** 19:12
179:22 180:15
183:14
**listings** 167:7
**lists** 102:1 116:13
116:16 119:5
140:25

**listserv** 63:20
**litigation** 201:1,4
201:5,9,23
**little** 51:18 58:9
74:9 91:24 102:11
142:12 161:22
162:20 167:10
**live** 129:23
**llp** 13:22 14:3,5
**local** 36:12,16
37:19 40:19,20,24
45:1 55:17 189:14
189:15 190:2
**logged** 15:4
**login** 214:3
**long** 17:24 28:3,7
28:10 29:3 47:1,9
103:1 134:12
155:16 162:22
167:1 198:6
208:16 219:17
223:21
**longer** 17:9 133:6
196:15
**look** 22:8 35:24
78:22 98:9 103:21
114:11 117:12
124:4 132:7,24
137:23 138:19
159:24 160:23
165:18 176:23
185:1 207:22
210:12 226:7,17
226:18
**looked** 19:3,5,7,7
23:12,12 138:4
156:23 159:4
183:25 194:21
201:6 204:22
220:19

**looking** 63:12
65:22 85:4 117:13
124:8 126:5
136:24 177:16
179:16 181:24
194:23 204:8
**looks** 85:5,10
184:23
**loop** 175:16,20,25
**losers** 104:19
**lot** 19:10 32:8
36:15 37:15 48:1
48:3 60:11 106:23
122:23 138:3
140:13 164:7,9
168:19 222:15
**lots** 160:23
**lowther** 18:14
115:11,12,16
**lunch** 43:6
**lunches** 42:23

**m**

**m** 4:6
**ma'am** 169:22
**machine** 240:11
**madame** 181:13
**mail** 10:4,6,8,19
10:21,23,25 11:6
11:13 63:14,15
64:7 84:21 85:17
88:18 97:20,25
98:9 99:4 135:25
139:10,12 169:20
170:21 175:2
209:4
**mailing** 136:22
**mails** 66:8,10 85:2
**majority** 36:25
37:2 75:24
**making** 40:6 61:2

**male** 25:9,23,23
25:24 57:22
101:15 106:5
107:24 119:22
120:16,16 205:10
205:23,23 228:22
**males** 160:17
**man** 205:24
**manchin** 157:5
**manner** 122:18
**march** 1:21 2:24
13:1,6 240:19
**marion** 208:9
**mark** 169:12
171:2 172:24
**marked** 12:1
20:25 21:2,4 63:4
63:7,9 78:18 84:7
84:13 97:11,15,16
101:16,19 102:13
102:18,22 110:16
110:17 118:19,20
119:18 125:25
130:4,6,9 133:23
133:23 134:2
135:17,21 137:7,9
139:2,4,6,25
140:25 169:13,16
171:6,8 172:21
173:2 174:18,22
177:25 178:5
179:5,8 180:6,9
183:1,4 188:4,5,11
203:14,15 207:1,9
**massachusetts**
4:13
**master** 43:6
**master's** 27:20,21
28:3,6,8,13,17,20
33:5 199:7

Armistead Supp. App. 0810

[match - mom]

**match** 25:7 36:17
  205:9
**matches** 25:20
  205:21
**material** 19:10
**materials** 137:24
  138:1
**math** 220:8
**matter** 13:8 22:19
  33:23
**mayo** 111:22
  112:2 122:5,20
  123:6 141:1,3
  156:2,16
**mazza** 1:21 2:21
  9:4 18:16 70:10
  95:17,23 96:1,5,10
  96:17 97:3 98:12
  99:1,19 126:9
  127:3 128:25
  136:12 162:21
  196:11,13 197:11
  197:16,19,21
  202:10 206:11
  219:12 222:5
  223:11,18 224:11
  225:11,21 235:17
  236:22,24 237:18
  239:1,14
**mazza's** 197:8
**mcbrayer** 18:18
  170:7,9 175:2
**mccuskey** 3:5
  14:19
**mean** 27:13 29:8
  32:5 41:10 42:19
  49:16 54:21 55:21
  58:9 67:23 72:13
  72:16,25 98:20
  103:25 105:2
  107:19 112:17

113:8 116:24
118:7 120:2 124:1
138:12 176:3,3
187:17,25 193:22
196:5 201:6,22
202:1 218:7 221:3
**meaning** 118:14
  176:19 194:6
**means** 29:9 118:3
  118:11,12 119:14
  120:3 146:25
  159:14 175:19
  176:4,7 184:12
**media** 13:6 51:6
  51:11 70:21 71:2
  142:5,9 196:25
  197:4 237:19
**meet** 17:24 31:5,9
  39:1 46:3 122:6
  123:19 178:11
  179:17 182:6,21
  183:16 208:8,10
**meeting** 11:19
  18:22 19:17,25
  31:5,10 38:16,17
  39:17 46:2 52:2
  79:17 96:5,6,7,10
  114:12 115:15,22
  118:10,11,25
  126:6 130:15
  140:13 158:18
  207:23,25 208:6
  208:13,19 209:8
  209:16 220:1
**meetings** 31:25
  39:6,7,9,12 65:10
  65:12 98:8 115:3
  208:16
**meets** 104:3,4
  167:18 178:17,19
  184:19,24 194:14

195:4,9,22
**meghan** 170:3
  175:3,14
**member** 29:25
  30:1,1 37:3 39:12
  44:2 50:2 61:24
  63:20 71:14 73:1
  116:10 119:4
  208:4 209:14
**members** 29:21,22
  30:2,4 35:24
  36:24 38:2,17,23
  38:23 39:1,8,11
  43:17 47:20 48:12
  52:4,14 53:12,14
  55:21 60:1 65:14
  71:14 72:22,25
  74:4 75:21,24
  93:6 116:16 117:7
  117:12 126:23
  158:10,15,16
  162:15 189:8
  206:23
**memory** 47:4
**mention** 197:7
**mentioned** 32:14
  37:4 101:5
**menus** 47:15
  48:23,24
**merrill** 136:21,23
**message** 32:21
**messages** 170:18
**messenger** 30:1
**met** 17:23 64:12
  92:6
**metronews** 98:23
**michael** 29:25
**middle** 17:10
  18:17,20 19:5
  30:15,19 35:10
  41:25 42:2,4

54:11 68:9,24
69:4,10 97:10
103:22 104:17
109:20,24 126:10
126:14 129:5
130:15 131:6
135:12 136:24
162:11 167:7,15
168:5 169:25
172:6 178:20
179:1 180:15
182:1,4 183:15
184:2,17 185:14
187:10 188:18
190:15,23 198:4,9
212:2,7 214:21,25
215:5 217:3
221:25 226:11
228:7 229:23
**mind** 25:1 31:14
  63:22 87:17
  109:11 149:23
**minimal** 56:3
**minute** 43:11 51:2
  52:20 141:24
  142:1 193:1
  231:10
**minutes** 43:8 70:9
  130:23 141:22
**mirror** 91:6
**mirrors** 37:21
**mishear** 198:13
**misrepresenting**
  37:5
**missed** 158:4
**misspoke** 142:22
**mitch** 7:24
**mix** 231:18 232:9
**mixed** 232:8,12
**mom** 133:13

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0811

[moment - object]

**moment** 21:9
32:23 58:23 70:23
73:10 93:18
221:15 223:2
**monday** 31:5
**mondays** 31:9
**monitoring** 44:4
44:10,16,23 79:2
**monongalia**
221:22
**morgan** 5:8 9:9
14:9,9,21,21 32:19
153:16,18 155:7
196:9,9,14 225:14
225:14
**morning** 136:17
**mother** 1:5 2:5
94:8,14 96:4
124:3 133:6
219:15,23
**motion** 94:16
**mountain** 17:10
**move** 41:23 84:5
91:22 97:14
101:19 110:7,15
118:19 135:20
141:12
**moved** 33:15
**moving** 52:22
124:11 196:10
**multiple** 59:16
67:15 76:12 97:8
113:25 121:15,24
**muro** 126:11
**mute** 223:4

**n**

**n** 182:20
**name** 13:14 85:7
107:14,16 108:21
113:19 119:23
120:4,5,7,19,20

126:12 134:13,19
135:1,4,9,15 143:6
153:17 154:1,5,20
176:25 202:22,23
203:1 209:5
213:25 217:16
219:13 223:18
225:22 240:18
**named** 67:11 68:3
**names** 85:4 113:1
132:5 171:22
182:16,19 184:8
185:3 202:15
213:7,8
**natalie** 18:18
170:7,9,14,18
175:2
**national** 95:9
**nature** 198:17
**near** 120:25
128:13
**necessary** 97:22
190:3
**need** 17:4,11 18:1
18:4 35:20 36:20
43:7 45:19,22,23
49:1 50:22,23
56:21 73:23 77:18
112:11,12,16,18
113:3 114:5
122:16 125:9
127:15 138:18
145:13 149:20
161:12 200:16
212:13 213:15
216:2,12 219:11
**needed** 35:7 46:7
110:10 154:24
156:15 213:16
**needs** 123:18,19
124:5 141:13

**neither** 218:7
240:14
**never** 35:16 59:14
69:23 104:7,7
157:12 158:18
198:23 218:22
233:14
**new** 7:20,20 59:14
90:15 98:11,19
108:21 109:8
113:1 132:3
139:20 143:7
145:2
**news** 19:8,9
**nodding** 17:4
200:7
**non** 140:2,20
**nonconforming**
218:3,6
**nonelected** 158:6
**noon** 196:16
208:11
**norwood** 18:14,15
18:25 19:4 32:4,6
32:12,15 42:8
69:3,15 94:2,7,12
94:20 95:3 115:10
115:13 121:11
125:17 126:8
202:19
**note** 64:25 132:15
132:19,24 133:1
180:19 181:17
**noted** 53:20
121:20 181:5
214:19 237:21
238:4 239:4
**notes** 131:18 132:7
133:17 221:14
**notice** 9:23 10:1
20:17,19,23 21:13

53:19 180:21
194:18 204:15
**number** 9:22 12:2
13:12 116:6
168:21 169:2
176:25 184:18
186:3,12 188:8
204:25 211:22,22
211:24,25 213:9
229:15 237:19
**numbered** 64:19
66:12 203:22
210:10
**numbers** 230:6,25
**nurse** 115:21
**nursing** 116:2

**o**

**o'clock** 196:16
**oaks** 7:9
**oath** 15:18 17:17
197:12 240:9
**object** 58:6 71:11
72:3,4,11 73:14,21
74:17 75:10,17
76:4,22 77:7
78:12,13,14 80:19
81:5,9,10,12 82:7
82:16,23 83:7
86:11,13 87:4,12
88:20,22 90:12
96:23 100:10
101:8,13 102:5,16
102:24 103:7
104:15,16 105:8
106:7,13 108:3,13
109:1,2 112:19,20
140:11 142:19
143:17 144:2,9
145:22 146:19
147:1,19,23 148:7
149:5 152:2

Veritext Legal Solutions
866 299-5127          Armistead Supp. App. 0812

[object - okay]

159:25 163:18
174:1 181:8 194:9
194:16 204:12
208:3 209:9
210:18 214:12
215:3,4,10,11,25
217:14,24 218:20
218:21 224:23,25
227:15 228:4,16
229:4 230:2,3
231:3,8
**objected** 68:17
88:1,1,4
**objecting** 77:14
83:9 87:19 174:4
**objection** 25:14
26:1,16 27:4 37:9
43:19 44:5,12,18
44:24 45:8 46:19
47:24 57:13,18
60:16 62:23 66:3
66:14 67:4,10,22
68:11,13 69:21
72:10 73:15 74:18
75:11 76:5 77:12
77:18,25 78:1,5
79:25 80:2,7 81:4
82:1,8,24,25 84:23
86:10,14 87:5,11
87:13,22 88:11,12
88:13 89:8,17,24
90:4,13,20 91:19
92:11 93:2,10,22
94:4,5,13 95:13,14
95:19 100:4,5,11
103:15 105:7,21
105:22,23 106:18
107:2,3,11 108:4
110:4 111:15
116:25 117:9,10
118:4,9 120:18

123:11 127:22
128:4,10 130:19
131:7,16 132:14
133:2 144:16
145:10,21 146:5
148:5,13,16
151:15,16 152:1
152:10,14,15
153:6 155:5 156:4
157:24 160:19,20
161:6,7,14 162:2
163:11,17 164:6
164:18,19 165:3
165:10 166:14,15
169:4 172:18
176:5,6,20 177:7,8
177:15,22 178:15
178:22,24 179:15
179:24 180:1,18
181:3,5,16,17
182:7,8,14,15,23
182:24 183:18,19
183:22 184:7,20
184:22 185:8,9,16
185:18 186:1,2,10
186:11 190:5
191:25 192:6,14
193:23,24 194:7
194:15 195:6,10
195:18,24,25
205:15 206:2,5,7
209:10 215:23
216:3,8 221:5
222:6,8,23,24
224:1,2,7,8,16
225:7,8 226:21
227:7,16 228:1,2
228:10,17,19
229:2,3,9,10,12,20
229:21 230:4,10
230:12,16,20

231:4,6,13,21
232:16,22,23
233:6,13,18,19
234:4,5,22 235:6
237:11
**objections** 15:14
76:23 77:15 78:6
82:9 87:16 100:18
181:21 233:4
**objects** 16:22
**obligations** 196:17
**obtain** 28:7,12
56:8
**obtaining** 27:22
28:13
**obviously** 172:2
**occasionally** 37:18
59:23 138:14
**occur** 36:8,9
121:22 123:4
**occurred** 129:8
137:4
**occurs** 40:23
**october** 136:18
183:17 185:24
**offer** 35:17 77:20
220:6,12
**office** 14:7,22
30:11 33:15
113:13 122:8
123:3 140:7,16
148:22 155:18
158:11 225:24
**officer** 31:22
**official** 1:10,12
2:11,13 31:5
43:18 55:19 120:4
120:20 142:22
143:5 158:19
192:4 234:9

**officially** 140:10
191:23
**offline** 237:2
**oh** 33:3 55:11
77:10 101:2
104:23 114:13
130:5 151:20
196:21 219:16
229:12
**okay** 13:4 15:8
16:5 17:5,14 22:5
22:18 24:25 25:1
26:6 34:14 47:5,7
58:25 67:8 70:15
70:16,20 71:18
84:11 85:13 92:1
99:16 103:11
126:1 135:24
137:25 139:1
150:24 151:20,20
153:8,20 155:1
156:1 159:7 160:9
162:23,24 163:5
165:21,24 166:18
167:22 168:4,20
170:15 171:12
172:8 174:5,11,24
175:13 176:17
178:12 181:24
182:3,11,19
183:14 185:2,6
186:5 187:8
193:21 194:13
196:8,23 197:19
199:24 200:12
202:17 206:16,18
206:19 207:18
211:14 216:6,24
224:19 227:13
230:1 231:14
234:20 236:22

Page 24

Armistead Supp. App. 0813

[okay - paying]

237:16
**older** 56:14
**oldest** 220:17
**once** 31:6 60:12
　62:1 75:23 78:20
　84:9,12 97:16,17
　101:22 130:7,22
　136:1 161:11
　188:5,6 203:18
　207:6,7 209:14
　210:13 222:12
　229:14,14
**ones** 75:22 175:14
**oop** 223:3
**open** 116:21,24
　117:2,6,8,16 118:2
　118:6,12 119:7,14
　162:5 207:8,12
　228:6 237:1,9
**operating** 83:2
**operations** 30:6,10
　51:24 52:1,6,9
　140:23
**opinion** 133:1
　234:7,8
**opinions** 131:15
　131:21,22,23
　132:10,11,12
**opportunity** 64:13
**opposing** 150:15
**optional** 39:12
**options** 136:11
　216:25
**order** 17:13 20:13
　36:21 37:7 107:23
　108:20 109:8
　142:17 144:7
　145:19 146:3
　165:1 177:19
**organization**
　30:13 35:21 38:20

59:17,25 61:12
　65:12 71:15
**organizations** 19:9
　59:16 61:16
**original** 156:22,23
**originally** 122:6
**originate** 189:20
**originated** 157:1
**origins** 156:23
**ought** 169:17
　171:7
**outside** 38:18 89:4
　120:4 177:23
　178:23 179:24
　181:3 183:20
　195:12,23 227:8
　235:7
**overarching** 40:21
　41:17
**oversee** 30:5,5
　32:5 33:20
**overseeing** 30:6
　190:22
**oversees** 54:7
**oversight** 72:13,18
　162:14
**overview** 59:20

## p

**p.j.** 219:20
**p.m.** 2:23,23 13:2
　13:5 51:6,10 53:1
　53:4 59:1,4 70:21
　71:1 142:4,8
　196:25 197:3
　223:6,9 237:17,21
**pads** 228:22
**page** 9:22 12:2
　63:13 64:19,23,25
　65:3,22,23 66:11
　66:16 78:23 86:2
　101:25 103:21

111:1 114:11
　116:6 117:20
　119:2,20,21
　120:24 123:21
　124:19,19 126:5
　126:15 127:9
　128:9 130:7 136:8
　137:20 140:25
　159:19 160:8
　165:22 167:7
　173:15 176:23
　181:24,25 183:14
　184:1 185:1,7,12
　187:9 203:23
　207:22 210:11
　226:7,9,10
**pages** 1:25 64:15
　64:17 184:16
**paragraph** 188:16
　193:18
**parent** 125:10,18
　213:22 214:18
**parentheses**
　113:20 120:2,5,21
**parents** 116:17
　159:17
**park** 185:20,21
**part** 38:24 41:21
　42:5 55:25 75:21
　96:25 97:3 115:25
　116:3,3 123:6
　134:11 141:8
　159:7 160:10
　161:1,3,8 194:4,21
　209:2 212:20
　214:1,5,6 222:16
　222:17 233:22
**participants** 2:22
　114:12 119:1
　126:6 179:17
　182:5 198:19

**participate** 102:9
　145:20 160:18
　161:5,21 166:11
　178:21 182:21
　188:1 194:1,3,5
　196:6 213:13
　220:14 221:3
**participated**
　173:10
**participating**
　65:20 69:1,17
　83:15,23 89:7
　107:1 109:20,23
　127:10 166:5
　179:2 194:11
　196:2 222:2,22
**participation**
　69:12 84:3 149:1
　150:12 188:20
　194:10 195:20
　211:11 236:6
**participations**
　69:12
**particular** 65:10
　163:24 180:24
　211:2 232:1 233:7
**parties** 70:8
　240:16
**parts** 191:2
**pass** 189:19,22
　190:1 192:18
　208:12 209:14
**passage** 192:5,11
　192:12
**passed** 57:14
　75:23 164:21
　189:6,12 191:12
　209:13,17 210:21
**patience** 223:20
**paying** 61:7

Page 25

Armistead Supp. App. 0814

[pelet - policy]

**pelet**  4:6 14:1,2
**penalty**  238:2
  239:2
**people**  18:6 48:2
  84:20 97:8 114:3
  114:5,7 115:25
  132:5 158:9
  159:19 168:12,20
  170:17 173:16,23
  174:12 182:21
  212:9 213:1
**pepper**  219:19
**perfectly**  77:13
**period**  145:5
  168:22
**perjury**  238:2
  239:2
**permanent**  143:1
**permission**  212:14
**permit**  76:10,11
**permitted**  166:11
  182:21
**person**  25:10,24
  60:22 114:25
  117:21 142:16
  177:13,20 205:11
  205:23
**personal**  131:15
  131:21,22 132:10
  132:11 233:25
**personally**  190:21
**personnel**  30:11
  33:16,20,24
  143:11
**persons**  202:16
**perspective**
  164:25
**pertaining**  23:7,17
  23:19 24:14 50:14
  56:2,20 57:9
  120:6 150:11

**pertains**  32:3,11
  55:2 82:5 110:14
  180:20,22
**petitto**  209:6,22
  210:4,5 211:2
**phone**  154:7 158:5
**physical**  165:15
**piece**  35:4 86:16
**place**  6:10 51:23
  77:19 82:13 83:5
  89:15,23 96:4
  113:3 117:3 125:3
  130:2 132:22
  134:22 151:5
  185:25 186:6,8,14
  186:15 189:15
  195:17 201:8
  208:7 217:16
  225:4 240:7
**placed**  84:9 240:9
**placing**  237:11
**plaintiff**  1:6 2:6,21
  4:3 7:14 13:23,25
  14:2,5 15:7 21:19
  91:25
**plaintiff's**  9:23
  10:1,12 193:7,19
**plan**  69:2,7,8
  93:15,18,21 94:16
  95:22 96:3,6,11,14
  97:7,9 111:7,10,11
  111:24 113:11,12
  114:9 115:2,14,22
  115:23 116:4
  117:13,16 118:25
  121:19,22 123:22
  124:1,2,2,6,8,25
  125:3,11,12,22
  130:15 134:10
  141:8 155:22
  157:10 201:7

  220:4
**planning**  20:15
  116:1
**plans**  19:3 23:20
  23:23 113:15,25
  114:19 119:10
**play**  96:21 100:2,9
  100:22 103:1,14
  105:6,20 143:16
  144:8 146:4
  187:18 227:11,13
  229:24 230:8
**played**  110:2
  222:19 233:20
**player**  78:10 81:8
  82:5
**players**  106:23
  180:16
**playing**  96:2
  106:16 229:17
**pleasant**  92:9
**please**  13:18 15:9
  15:11 16:1 17:11
  21:2 24:21 25:3
  26:24 27:18 31:14
  35:2 37:4 47:10
  52:24 58:23 63:10
  64:20 66:16 68:15
  75:14 76:17,19
  78:19,20 79:11
  84:6,11 86:3,22
  96:12 97:17,21
  100:18 101:2,10
  101:22 102:11
  103:19 109:11,14
  119:17 135:25
  136:1 139:5,16
  144:21,23 149:17
  149:20,23 165:8
  167:5 181:6,10,13
  186:22 187:7,9

  188:16 196:22
  197:5 199:25
  200:5,10,16,24
  203:18 204:9
  207:3,7 208:2
  210:13 216:9,14
  216:17 217:12
  218:5 223:1 224:4
  230:22
**pllc**  5:6 7:5
**plus**  123:9 173:21
**point**  74:11 77:17
  197:20 200:15
  211:7
**policies**  23:10
  35:10,11,18 36:10
  36:15,22,23 37:6
  38:6 39:23,24
  40:15 42:12,13,15
  43:25 44:10,16,17
  44:20 51:23 55:3
  55:6 56:2,4,11,14
  56:22 57:4,9
  90:24 91:3,4
  125:20 150:11
  151:14,23 153:4
  155:4 161:23,24
  161:25 162:1,6,7,9
  189:5,12,14,19
  190:1 214:22,24
  215:1 218:17,18
  219:6 223:23
  224:11,15
**policy**  35:12,13,15
  35:17,17,22,23,25
  35:25 36:1,2,4,5,7
  36:11,17,17 37:11
  37:12,14,17,20,21
  39:21,25 40:2,3,5
  40:6,9,11,13,17,17
  40:19,20,21,22,24

Page 26

Armistead Supp. App. 0815

[policy - programs]

40:24,25 41:3,13
41:17,17 42:16,23
42:24 43:7,9
44:20,25 45:2,4,11
51:16 52:7 55:15
55:17,19 56:5,8,15
57:6 72:16 91:5,5
91:6,7 147:12,13
147:14 151:24
154:17,18,24
189:20,23,24
192:18 218:3,8,11
234:9
**portal** 213:23,25
215:16 236:7,12
236:14,19
**portion** 86:23
131:12
**position** 27:2
60:23 190:14
211:9 225:5
234:20 237:5
**possible** 77:14
117:17 136:14
**possibly** 46:2
92:14 98:25
**potato** 133:10
**potentially** 152:8
**power** 39:20
**powerpoint** 64:14
208:21,23 210:1
210:12
**powers** 71:21 72:2
72:8 73:12
**practice** 104:2
**practices** 171:22
**prefer** 64:16 90:25
113:21
**preferably** 136:13
**preferred** 120:5
134:13,19,25

135:4,9
**preliminary** 89:14
**prep** 67:5 79:17
110:25 169:21
194:24
**preparation** 18:16
20:4 68:1,5 79:12
96:16 170:19
171:16 173:5,12
174:25 178:9
179:12 180:13
181:1 183:11
200:20 201:22
202:1,5 204:2,20
**preparations**
152:12 153:5
**prepare** 17:21
18:7 22:25 79:9
113:24 202:14
**prepared** 21:12
80:18 160:15
**preparers** 156:2
**prepares** 179:20
**preparing** 119:11
126:4 131:11
153:2
**present** 7:23 36:7
38:1 65:8,11
70:10 92:23 150:6
**presentation** 64:8
64:15 65:8,11,13
65:15
**presented** 36:10
40:10 63:1 74:13
91:8 149:15
177:12,20,21
**presenting** 178:14
**preserve** 100:17
**president** 29:24,24
98:1,3,8

**pretty** 220:9
221:11
**prevent** 19:21
164:4 199:18
**prevented** 195:21
**previous** 53:23
64:11 94:24 104:9
108:20 109:6
185:7 208:12
**previously** 12:1
89:2 110:16
118:20 119:18
125:25 134:2
204:24 237:2
**primary** 156:2
**principal** 18:14,17
32:8,14,16 43:4
54:9,10 85:9
92:20 95:17 96:1
96:10,17 99:1
115:9 126:10
197:19,21 198:4,6
202:19 206:11
212:2,22 222:5
223:11,18 225:11
**principals** 11:19
71:15 73:1 74:4
85:11,18 88:18
157:7 162:15
207:23,25 208:5,5
208:19 209:8,16
224:20
**prior** 64:11 65:18
67:2 68:9,24
69:15 83:13,22
92:13 93:23 94:8
103:13 105:5,9,19
105:24 112:14
121:22 123:4,5
145:17 198:10
240:9

**private** 126:17
**privilege** 15:15
41:21 97:4
**privileged** 97:1,6
99:7 204:13
**probably** 57:1
142:22 151:10
164:8
**problem** 27:10
32:24 34:23 40:8
55:24 68:21 77:21
139:1 141:23
200:14 203:5
219:17 220:6,14
230:1
**problems** 131:2,5
**proceed** 187:1
**proceedings** 240:6
240:8,10
**process** 41:22
55:12,14 59:10,15
75:14 82:13,17
83:5,10 90:14,18
90:24 94:17
134:11,24 156:17
157:20 159:20
190:2 191:1
**processes** 55:16,17
141:9 151:4,5,11
189:15
**processing** 33:21
**proclamation**
192:19
**produce** 165:16
**produced** 180:23
**production** 194:22
**professional** 39:15
**program** 28:1,3,5
54:6 56:19 213:14
**programs** 31:21
54:7 72:20 73:23

Page 27

Armistead Supp. App. 0816

[programs - read]

74:6,23 75:8
89:20 162:11,17
166:2 235:3
**progressive** 41:1
**promote** 49:22
**promulgated**
91:17
**promulgating**
90:10
**pronouncing** 64:3
126:11
**proper** 164:10
**properly** 86:8
106:12 164:14
**proposals** 208:12
209:13,14
**protected** 18:3
**protocol** 113:3
121:15 134:8,9,15
140:1,6,19 157:14
**provide** 20:3
22:15 49:23 62:14
74:25 93:14
113:10 119:14
122:20 123:13
138:6 139:20
159:22 201:16
**provided** 19:13,17
60:9 75:9 113:13
121:15 122:5,25
134:23 140:21
201:11
**provides** 72:19
74:12 136:7 138:2
138:9,13,22 214:5
**providing** 192:11
**provisions** 192:23
**public** 36:2 126:17
**pull** 78:19 103:19
143:19,23 155:23
167:5 236:13

**pulled** 146:23
**pulling** 193:13
**purpose** 27:12
40:14 111:6 159:8
172:15 221:9
**purposes** 27:15
34:10 165:2
204:23 211:11
218:12
**pursuant** 152:12
**purview** 114:20
140:23
**put** 27:1 36:1 41:8
74:23 83:4 107:12
107:14 112:4
114:20 123:17
125:3 130:4
133:22 137:6
165:9 183:19
188:4 207:1
212:25 213:4
218:4 236:8,14
**puts** 213:23
216:21
**putting** 21:25
59:14 217:1
235:25

**q**

**qualifications** 95:6
**question** 16:24
17:11,12 19:7
21:9 27:5 44:13
49:6 52:11 53:23
66:4 68:19 71:25
76:16,19 81:17
84:25 91:2,12
96:24 99:16
100:14 109:11,15
128:9 133:14
144:20,24 147:23
149:4,10,16,18,20

150:3,10 151:12
162:5 163:1,3,5
165:8,19 172:5
174:2,3,6 177:24
180:2 181:7,11,14
194:9 195:14
199:25 200:9,11
202:1 204:13
206:13 210:3
216:5,10 219:11
221:6,11 224:3
231:16 232:10,24
234:16,19,23
**questioning** 53:17
110:14 147:7,24
149:6,13 180:20
200:17 231:7
**questions** 16:18
17:12 19:22 20:13
27:11,13 43:14
45:10 46:11 49:4
50:13,19 51:25
60:14,23 70:7
73:9 74:10 76:12
80:16,18,21 81:12
81:14 89:1 92:12
93:17 112:24
116:11 119:4
127:17 150:16
153:9,23 155:8,19
160:24 162:22
166:20 167:1
183:20 186:17,20
186:25 188:23,25
190:10 191:9,18
191:21 193:2,4,7
199:14,18 205:1
210:9 218:16
220:5 223:12,13
225:10,13,15,21
226:8 235:8,15,17

236:23,25
**quick** 179:4
226:17
**quickly** 28:4
**quite** 74:8 84:20
103:3 123:7 199:3

**r**

**rachel** 6:6 15:2
**raise** 42:18 99:23
234:5
**raised** 76:24
**raising** 221:9
**rationale** 223:23
228:9,12
**rcsutoros** 6:14
**reach** 112:24
138:14 159:2
**reached** 94:15
143:2 154:4,12,24
**reaches** 93:14
**reaching** 143:12
**read** 57:20 62:24
66:19 76:19,21
78:23 79:22,23
85:22 86:2,4
98:10,16 103:22
109:12 116:8,20
119:6,21 121:1,8
121:10,17 123:21
124:20 126:16
127:14 128:13,20
128:22 136:9
137:14 139:15
144:20,23,25
149:20,25 159:9
166:1 170:24
175:13,17,23
176:1 181:20
188:16,17 193:19
211:12 216:4,9,11
216:17,20 238:2

Page 28

Armistead Supp. App. 0817

[read - reinhardt]

239:2
**reading** 61:7
  79:16 85:25 86:5
  86:15 98:14,18
  124:23 126:24
  129:2 220:8
**reads** 85:17
**real** 37:23 117:17
  226:17
**really** 34:11 35:11
  41:16,20 52:3
  56:19 57:19 86:17
  122:10,14 125:8
  127:23 144:17
  145:12 158:22
  159:18 162:4,9,12
  164:12 180:3
  230:23
**reason** 199:13,17
  227:20 228:25
**reasons** 164:16
**recall** 61:9 64:10
  65:10 66:1 84:19
  109:5 112:5
  122:22 131:25
  132:1,6 143:4
  189:9 236:2
**receive** 27:21 60:7
  90:5 109:18
  113:14 122:24
  128:23 177:6,13
**received** 59:11
  66:8 147:17 149:7
  199:7
**receives** 121:11
  215:14,17
**recess** 51:8 53:2
  59:2 70:24 142:6
  197:1 223:7
**recognize** 138:1

**recollect** 151:3,7
**recollection**
  189:11
**recommendations**
  33:22
**reconsider** 148:16
**record** 13:5 15:12
  15:13 16:16 21:18
  21:25 32:25 33:7
  51:4,6,10 52:20,24
  53:1,4,6 58:22
  59:1,4 70:18,20
  71:1 76:21 87:17
  107:20,21 109:8
  109:12 142:1,4,8
  143:1 144:25
  149:25 165:10
  181:20 193:20
  195:18 196:20,22
  196:24 197:3
  204:23 216:11,20
  223:2,5,9 237:12
  237:14,17 240:10
**recorded** 13:7
**recordkeeping**
  48:6
**redirect** 186:20
  193:7 195:24
  223:13 236:25
**reestablish** 133:7
**refer** 16:5 26:5
  34:10 46:25 53:7
  53:10 71:18 113:8
  211:14
**reference** 25:12,25
  58:18 175:7
  207:19 210:17
**referred** 140:16
**referring** 25:6,19
  26:10 29:14 34:12
  38:21 48:12,19

52:12 58:17 98:4
  98:23 101:5
  108:25 125:14
  134:9 138:15
  140:17 205:8,13
  205:20,25 206:20
  210:24 219:5
**refers** 34:6
**reflected** 234:9
**reflection** 160:22
**refresh** 84:11
  97:17 101:21,22
  110:18 134:1
  135:23 188:6,10
  207:6,7
**refreshed** 130:7
**regard** 21:18,22
  80:22 97:5 99:7,9
  201:23
**regarding** 21:12
  23:11 27:3 50:4
  55:3 62:15 82:14
  84:2 96:1,11,21
  131:2
**regardless** 159:20
**regards** 76:13
**region** 136:5 208:9
**regional** 11:19
  207:23,24 208:5
  208:19 209:16
**regular** 29:5,7,9
  29:10
**regularly** 39:9
  46:3
**regulating** 79:3
**regulations** 42:10
  225:3
**reinhardt** 4:5 9:7
  9:12,15 13:20,21
  15:12,22 18:11
  21:7,16,24 22:1,20

25:17 26:4,21
  27:9 32:24 33:11
  33:12 37:22 43:23
  44:8,14,21 45:3,13
  46:21 48:8 50:17
  50:18 51:1,13
  52:19,23 53:6,9
  57:16 58:4,14,22
  59:6 60:19,21
  63:6 66:6,15 67:7
  67:13,24 68:15,21
  68:22 69:25 70:6
  70:14,17 71:4,17
  72:6 73:8,11,18
  74:7 75:5,13 76:1
  76:7,14,15,18 77:3
  77:8,10,21,22 78:9
  78:17 79:18 80:4
  80:10,15 81:2,6,15
  81:23 82:3,12,21
  83:3,11 84:5,16
  85:1 86:18 87:8
  88:5,16,24 89:13
  89:21 90:2,9,16,22
  91:21 92:16 93:4
  93:16 94:1,10,18
  95:16,24 97:13
  99:11,17,18 100:7
  100:19,20 101:1,9
  101:18 102:10,17
  103:4,10,18
  104:20 105:12
  106:1,10,15,20
  107:6,25 108:11
  108:15 109:10,13
  110:7,12,13
  111:19 113:6
  117:4 118:1,5,15
  120:22 123:20
  128:1,6,8,12 130:3
  130:11 131:1,9,19

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0818

[reinhardt - requires]

132:23 133:18
135:19 137:6,11
139:1,9 140:15
141:12,16,18,23
142:11,23 144:5
144:13,22 145:6
145:16 146:1,12
147:6,9,25 148:2,9
148:17 149:8,16
149:22 150:4,5,8
150:14 151:15
152:1,10,14 153:6
155:5 156:4
160:19 161:6,14
163:11,14,17
164:6,18 165:3
166:14 169:4
172:18 177:8,15
177:22 178:22
179:24 180:18
181:2,21 182:7,14
182:23 183:18
184:7,20 185:8,16
186:1,10,19,23
187:3,6 188:3,9,13
188:22 190:5
191:25 192:6,14
193:24 194:7,15
195:6,10,12,23
196:12,19,21
197:15 201:25
202:3,8,24 203:12
203:17 204:18,19
205:17 206:6,9
207:3,11 208:14
209:20 210:23
214:15 215:7,20
216:6,7,16,23
217:18 218:1,24
219:5,14 221:8
222:18 223:1,11

224:1,16,23 225:7
226:21 227:7,16
228:1,10,17 229:2
229:9,11,21 230:2
230:4,10,20 231:4
231:21 232:16,22
233:4,13,18 234:4
235:5,11,13
236:24 237:6,15
**reisbord** 7:24
188:7
**reiterate** 90:23
**relate** 70:7 91:23
148:3 194:20
**related** 22:11,23
33:24 57:4 60:14
62:3 67:17 68:25
79:23 96:15 116:2
125:21 149:10
192:19 204:1
205:1 215:1
218:11,18 219:23
220:7,10
**relates** 30:18
34:18 35:9 40:15
49:18 51:15,17
52:13 53:25 56:15
58:10 69:19 72:2
72:8 73:9,12 89:6
89:16 90:1 147:3
148:25 198:24
210:9 214:22
215:8
**relating** 24:5 38:5
236:5
**relationship** 38:8
38:15,18,19 45:14
45:17 72:24 73:4
80:22
**relationships**
133:8

**relative** 151:4,5
153:4 240:15
**remain** 39:14
**remaining** 16:6
237:10
**remember** 56:12
154:14 202:21,22
**remembering**
18:24
**remind** 79:11
143:3 165:4
**reminder** 165:6
**reminding** 55:13
**remote** 1:19
**remotely** 2:22
**removed** 180:20
180:23
**reopen** 237:4
**repeat** 44:13 49:8
68:15 76:16 86:22
144:20 151:12
177:24 181:10,14
199:16 216:14
218:5 224:3,7
232:24
**repeated** 216:13
219:11
**rephrase** 45:16
48:9 62:4 71:5,23
102:19
**report** 29:19 30:12
30:14,22 31:2
32:11 35:6 48:20
50:3 62:2,2,3
131:2
**reported** 1:22 31:4
131:6
**reporter** 2:25
13:16 16:17 17:2
21:5 63:5 76:18
76:20 84:14 87:15

87:24 97:12
101:17 109:10
130:10 135:18
137:10 139:7
144:23 149:22,24
169:14 171:9
172:22 174:19
178:1 179:6 180:7
181:13 183:2
188:12 195:14
200:4 203:16
207:4,10 216:4,9
216:16 240:4
**reporting** 31:7
**reports** 30:23 54:8
54:10 62:8
**represent** 153:18
155:16
**representative**
165:12 206:13
231:24
**representing**
52:16 225:23
234:18
**request** 125:10
134:14 135:1,4,9
154:1 237:11
**requested** 111:12
111:14,17 154:11
**requesting** 112:25
**require** 231:2
**required** 45:2
54:16 89:15 90:3
95:6 103:14 106:4
106:6 130:25
144:8 214:25
**requirements** 74:2
81:21 179:18
**requires** 107:9
108:1 142:16
231:16

Page 30

Veritext Legal Solutions
866 299-5127   Armistead Supp. App. 0819

[reread - sarah]

**reread**  144:19
**rereading**  109:11
**reserve**  15:14
**residence**  217:17
**residency**  213:2
**resource**  121:16
  138:21
**resources**  121:16
  122:24 123:2
  136:15,25 137:15
  138:3,7,9,14,20,23
**respect**  163:25
  165:2 185:23
**respond**  98:16
  116:11 119:4
**response**  20:17
**responses**  24:17
  200:6
**responsibilities**
  30:9 34:21
**responsibility**
  30:25
**responsible**  43:24
  44:4,10,16,23
  56:16 66:25 90:10
  104:8 190:21
**rest**  70:6
**restate**  181:16
**result**  114:8
**retained**  68:2
  237:20
**return**  51:3
**review**  18:21 19:2
  20:22 22:11 23:6
  23:17,24 24:4,14
  24:17 43:2,7
  65:25 97:21
  131:12 135:25
  139:5 140:21
  146:3 156:16
  200:20 201:7

203:13,23 204:1,9
204:20 210:7
**reviewed**  21:10
  22:21 23:19 53:18
  53:21 80:6 96:14
  101:23 123:22
  124:6,15,25
  125:11 136:1
  144:7 146:17
  157:5 171:15
  173:4 174:25
  178:9 179:12
  180:13,25 183:11
  191:15 194:24
  200:25 201:1,4
  203:18,19 204:10
  204:15,17 211:4
**reviewing**  53:18
  136:10
**revise**  37:6
**rgreen**  3:11
**right**  33:1,4 51:9
  52:25 53:3 59:3
  70:25 114:25
  126:12 142:7
  152:6 153:2 156:3
  157:13 160:18
  161:5,13 162:1,4
  167:23 169:1,11
  169:16 171:1,6
  172:13,24 173:1
  174:14,16,21
  177:1,21 178:5,8
  179:8,11 180:9,12
  182:13 183:4,10
  184:2 185:4,25
  186:9,16 193:11
  193:18 197:2
  202:13 223:8
  226:7 231:9
  237:16

**rights**  15:15 43:21
**risk**  165:16
**ritchie**  183:16
**roberta**  3:6 14:18
  71:12 88:3 150:22
  152:2 223:18
**role**  29:17 30:18
  32:3 33:17,18,25
  34:18,20 35:5,9
  51:14,19 52:15
  53:24 54:2 55:1,5
  55:6 60:20 61:1,1
  61:4,6 62:11 79:1
  80:14 98:6 111:24
  113:23 148:23,23
  170:12 198:25
**roles**  148:24
**rolled**  157:7
**room**  13:21 18:16
  152:24 154:8
**roster**  106:5
  143:20,24,25
  144:3,7 146:11,23
  214:8,9,10 215:15
  216:22,22 217:1
  217:10,13,15
  218:9 235:25
**rostered**  105:10
  106:3
**rostering**  19:5
  143:21 146:9,22
  146:25 190:11,22
  191:5 215:13
**rosters**  144:12
  146:17 217:6,6,22
  218:13
**rule**  39:22 43:3
  44:7 45:5,6,10
  69:19 75:16 76:3
  77:25 78:1 90:15
  105:9 107:9 108:1

108:12,17,25
  142:16,22 145:3,3
  145:17 151:23,24
  200:15
**rulemaking**  39:19
**rules**  16:15 23:13
  42:10,17 43:1
  61:22 74:3 75:7,9
  75:19,22,22,23,24
  77:2,4 78:7 82:2
  82:11 83:10 90:11
  91:13,17 106:8,11
  145:4 146:8,15,16
  151:4,21,22 152:9
  152:9 164:3,3,7,8
  199:22 223:22
  225:3,5
**run**  42:21,22
  103:16 104:1,2,4
  175:21 220:15
  233:9
**running**  172:9
  173:12

### s

**s**  121:2 128:14
**safe**  40:21 117:18
  118:18 134:21
  147:14
**safety**  32:1 57:23
  64:1 163:10,20,25
  164:2,4,22 165:1
  165:16 228:14
  231:19,25 232:2
  232:10,13,17
**sake**  15:12
**salem**  199:8
**sarah**  63:23
  114:13,15 139:20
  141:1,6 148:21,24
  156:1,13 157:6
  159:2

Veritext Legal Solutions
866 299-5127
Armistead Supp. App. 0820

[saturday - seen]

**saturday** 183:16
**save** 147:6
**saw** 64:10
**saying** 57:21 98:20
  152:16 167:12
  200:5
**says** 45:5 58:3
  64:23,25 65:4
  66:19 75:2 86:2
  101:3,25 102:1,4
  103:22 104:22,25
  105:14 111:2,4
  114:12 119:3,6,21
  120:15,25,25
  121:10 123:21
  124:19,20 126:16
  126:22 127:14
  128:13 136:8
  137:14 139:15
  140:1 159:9
  165:25 170:21
  175:13,23 185:19
  187:14 207:23
  211:6,9 219:6
**schedule** 29:11
  43:6,6,11 124:21
  178:16 179:1
**schedules** 213:3
**scheduling** 42:22
  213:3
**school** 1:9 2:9 3:3
  14:20 18:17,20,25
  23:11 30:15,19
  32:2,4,6,12,15
  33:24 35:10 41:8
  41:9 42:2,2,5,8,16
  42:20 43:1,10
  48:23 54:4,9,9,11
  54:14 56:18,19,20
  60:1 61:22 68:9
  68:24 69:4,10,15

71:7 73:25 79:7
  80:9,12 82:10
  85:9,9,10,24 89:7
  93:14 94:2,12,20
  95:4,9 102:1
  103:22 104:17
  107:21 109:20,24
  113:16,24 114:1,4
  114:6 115:17,24
  115:25 116:3
  117:14,18,21
  121:2,5 122:7,8,10
  124:4,21,22
  126:10,21 128:14
  128:17 129:1,5,25
  130:1,15,21 131:6
  132:4 134:18
  135:5,12 139:17
  139:21 145:18,24
  146:2 149:2,11
  158:25 161:1
  163:10,21 167:7
  167:15 168:5,17
  168:24 169:9,10
  169:25 172:6
  178:20 179:21
  182:1,4 183:15
  184:2,18 185:14
  187:10 188:18
  190:11,15,15,18
  191:5 198:4
  207:15,19,20
  208:5,6,8 212:2,7
  213:14 214:21,25
  217:3 218:3,4,8,11
  218:17,19 219:1,9
  219:24 221:24
  222:2 226:11
  228:7 229:23,23
**school's** 180:16

**schools** 16:4 24:8
  29:2,4,13,16 30:10
  30:23,24 34:7
  40:22 41:15,23,25
  42:1,1,4,10,12,14
  42:21,25 48:25
  64:6 71:15 72:19
  92:1 113:4,11,13
  135:2,3 138:5
  146:8 147:14
  156:15 157:7,15
  157:16,19 162:12
  165:1 182:5 190:4
  190:12,23,23
  198:5 209:14
  236:17
**schoonmaker**
  169:23 175:3
**science** 220:8
**scope** 77:16 78:15
  80:24 88:21
  147:20 148:14
  149:4 150:3
  151:21 177:23
  178:23 179:25
  181:3 183:20
  194:17 195:12,23
  227:8 235:7
**scratch** 156:8
**scroll** 167:6
  193:18
**season** 173:14
  184:19
**second** 10:12
  32:20 51:1 84:7
  104:12 105:1
  119:2,20 124:11
  128:9 148:18
  149:24 169:11
  171:5 173:15
  174:16 179:3

211:8 218:16
**secondary** 1:9 2:9
  3:3 14:20 31:17
  71:7 79:7 80:8,12
  207:15,20
**secretaries** 212:12
  212:21 213:2
**section** 66:22
  67:21 68:1,5 69:6
  69:6
**secure** 117:18
  118:18
**see** 20:14 46:5
  63:11 65:1,5
  66:18 72:22 77:17
  84:12,15 87:18
  89:1 97:18,19
  101:24 110:9,23
  111:1 116:14,15
  116:22 118:22
  119:24 123:24
  126:2 127:12,19
  130:6,12 134:7
  136:19 137:13,18
  139:16,18 140:3
  141:13 142:17
  155:25 160:13
  165:21 173:18
  175:6,16,20 176:2
  178:4 182:20
  193:2 198:22
  206:6 208:23
  214:2 222:1,14
  226:1,11 227:3
**seeing** 41:14 64:11
  84:19 85:14
**seeking** 234:7
**seen** 63:14,15 64:9
  67:2 84:17 92:10
  92:24 110:20
  126:2 131:10

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0821

[seen - specific]

134:5 136:2
139:10 144:12
169:20 188:14
203:20 208:21
209:23 210:1,2
213:24 218:22
226:4,5
**selected**  30:2
**selina**  136:17
**send**  60:2 88:17
139:23
**sense**  34:8 48:13
78:3 122:18
130:24 145:13
219:22
**sent**  86:16,20,24
156:16 209:4
**sentence**  175:6,13
**separate**  164:25
167:14 230:18
**separated**  164:17
167:22 229:1
**separately**  171:2
**separation**  57:5
214:22 215:2,9
219:1,8,23
**series**  17:12 27:11
**services**  136:7
**session**  60:12 63:3
136:14 137:16
**set**  10:12 73:16,19
75:16 77:4 81:2
94:15 110:8
147:21 162:16
164:4 199:21
208:9 212:19
215:6 240:7
**sets**  161:22 162:6
**seven**  29:5 111:25
136:7 138:9,13

**sex**  25:7,20 57:4
107:24 108:2
114:8 164:17
165:1 205:9,21
229:1
**sexuality**  132:21
**shared**  63:16
159:10
**sheet**  170:24
171:20 187:14
213:20 236:15,16
236:18
**shields**  18:13 94:6
115:8,9 125:2,3,5
125:16 202:19
**shorthand**  2:25
240:3,11
**shortly**  209:2
**shoulder**  228:22
**show**  148:15
208:25
**shown**  67:6
**shuman**  3:5 14:18
**shumanlaw.com**
3:11
**sic**  33:6 86:20
104:21 106:11
121:11,13,16
124:20 133:24
136:16,21 142:5
**side**  48:4,5 129:23
129:24 215:18
**sides**  48:3
**sign**  54:16
**signature**  240:23
**signed**  220:21
**similar**  32:3 49:25
206:12
**similarly**  50:7
66:11 119:3

**simply**  118:2
196:5
**simultaneous**
87:14 100:12,25
148:6 154:22
**single**  52:4
**sir**  226:5,17
227:11 228:11
229:14 230:14
231:15 232:11,18
232:25 233:15
**sit**  151:9,25 192:24
**sitting**  208:16
**situation**  233:7,15
**six**  28:19
**sixth**  95:21 236:20
**slicer**  3:5 14:19
**slide**  210:14,17
211:1,4,6
**slides**  224:22
**slideshow**  223:23
224:20,21,22
**slightly**  27:1
**small**  86:16
**smoking**  138:11
**snippet**  59:20
**soccer**  228:25
229:1,6 230:6
231:18 232:7,12
**social**  114:24
220:9
**solely**  80:25
**solutions**  237:20
**somebody**  15:3
120:12
**someplace**  156:20
**somewhat**  17:9
**son**  220:17,18
**sooner**  124:5
**sorry**  45:15 49:16
55:22 68:17

100:13 103:19
104:23 121:14
130:5 141:17
163:8 170:11
190:8 198:12
199:16 202:22,23
216:15 219:20
223:3 232:4
**sort**  154:17 184:17
185:6
**sounds**  80:17
174:11 208:15
**source**  236:11
**sources**  60:8
121:16
**southern**  1:2 2:2
13:10
**speak**  17:4 18:12
51:18 58:2,15
65:15 66:13 88:14
90:7 92:15 96:17
99:1,12 107:4
108:19 118:13
119:9 121:23
143:9 153:3 202:4
224:14
**speaking**  33:10
48:13 52:8 60:17
60:19 62:17 69:9
87:14,19 92:13
94:6 100:12,25
124:8 148:6
154:22 157:25
158:15
**special**  28:6,8
31:20 199:7
**specific**  24:6,9
36:13,20 41:11
48:22 51:20 59:9
60:6,22 112:21
129:20 146:18

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0822

[specific - stipulation]

154:18 155:4
191:20 220:5
**specifically** 61:11
108:1 119:16
121:23 123:12
132:2 138:2,4,18
138:25 159:15
160:11 206:11
**specifics** 111:16
122:22
**specify** 126:22
**speculation** 87:6
221:6
**speculative** 88:21
**spent** 17:25
**spoke** 18:9,9,13,13
18:18 99:19 129:9
131:17 154:14
170:18 202:16
**spoken** 135:14
204:24
**sponsored** 23:11
149:2 219:9,24
**sport** 74:6 103:17
103:25 104:3,18
104:22 106:24
165:16 187:12,21
227:2,4,6,18
231:25 232:18
**sporting** 57:23
74:22
**sports** 34:4,6,11
34:12,15,18 51:15
51:17,20 53:25
55:3 56:2,9 57:5
65:20 69:1,12,17
72:2,8 73:13
83:15,24 84:3
89:7,19 96:2,21
100:3,9,22 101:6
101:12 104:18

106:16 107:1
108:1 109:20,23
110:2 129:13,16
142:17 143:16,22
144:8 145:20
146:4,18,25 148:4
149:2,11 150:12
160:12,16 161:4,4
161:23,24 162:7
162:11,13,17,19
163:16 164:1,2,5
164:17,25 165:2
166:5 190:11
191:5 214:23
215:2,9 217:4,7
218:4,9,13,19
219:1,9,24 221:4
221:17,19 222:2
222:15,22 233:17
233:21 234:3,25
235:2 236:1
**spreadsheet** 11:2
11:8 170:22 171:4
171:12 173:24,24
174:13 177:12
182:13 184:6
**spring** 209:12
**sruti** 7:16 15:6
**ssac** 19:6 23:13
57:7 71:16 72:13
72:13,18,25 74:5
74:21 78:7 82:2
82:10 83:9,20
88:4 143:22
151:24 162:14
209:3 218:23
230:24
**sswaminathan**
7:21
**staff** 116:10,16
117:7,12 119:4

121:11 122:7,24
124:4 126:21,22
129:7 136:11,25
138:20 140:1,19
**staffing** 43:12
168:24,25
**stakeholders**
35:20
**stamped** 66:11,16
116:6 137:21
**stand** 85:19
**standard** 236:17
**standing** 77:12
81:3 183:19,22
206:5,6 216:3,8
224:7 230:16
231:6,13
**starkey** 63:23
114:15 139:20
141:1,6 148:21,24
156:1,13 159:2
**start** 225:25
**started** 134:15
156:20 196:15
**starting** 32:18
33:14 115:18
**starts** 208:6
**state** 1:7,11,14 2:7
2:12,14 5:5 6:18
13:9 14:8,12 26:9
35:19 36:12,14,17
37:7,10,10,11,14
37:17,19,20,21
38:12,14,16,19,24
39:1,3,13 40:10,12
40:16,17,21,25
41:17 43:18,21,22
44:10,16,20 45:1,2
45:4,11,11,17,20
45:21,24,25 46:12
46:18 47:12,25

49:23 50:4,11
55:15 57:14 65:18
66:23 69:22 72:16
73:3 91:5,6,17
95:10 98:11,19
109:16 131:23
132:9 142:21
143:2,3,9 147:3
151:23,24 154:19
155:17 158:25
161:25,25 189:14
189:20,23 199:5
209:15,18 210:21
211:21 220:25
225:23 234:6
238:9 239:9 240:4
**stated** 89:2 142:15
164:21
**statement** 37:5
192:19 193:22
**states** 1:1 2:1
78:23 116:8,20
117:5 126:23
128:9,22 200:1
**stating** 124:25
**status** 95:11
**statute** 19:7 24:16
35:19 36:12 57:20
58:2
**stay** 236:20 237:1
**stayed** 28:19
**stays** 211:22,25
**steam** 220:12
**step** 56:21
**steps** 67:20,25
**steptoe** 7:5,12
**stick** 53:20
**stipulate** 230:15
**stipulation** 11:17
194:19

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0823

[stop - supported]

stop  32:19
stored  113:22
straight  37:15
  196:11
strategies  136:14
street  3:8 4:11
  5:10 7:18
stressed  92:25
strictly  41:2
strike  161:21
  178:3 228:24
student  32:1 47:14
  48:4,5 66:20 67:8
  70:3 73:25 81:22
  82:17 83:8,8
  94:21 98:13
  107:13 109:23
  111:9 112:21
  113:17,20 117:1
  138:24 142:17
  144:8 145:20
  146:4,23,24
  147:18 148:4
  154:20 160:22
  166:4,4 167:25
  171:22 188:19
  196:1 211:21,24
  212:24 213:8,13
  213:15,21 218:2,6
  228:22
student's  116:12
  119:5 126:18
  154:1 159:12,15
  215:22 217:1,16
  236:5
students  30:14
  34:6,7 41:12,14
  57:10 65:19 69:1
  69:11,16 83:14,23
  84:3 89:6 108:18
  109:19 110:1

112:25 116:16
117:12 121:5,7
122:12,12,21
125:21 128:17,19
134:16,25 135:4,8
138:23 140:2,20
143:16 144:4
145:13 146:11,17
147:17 149:1,11
150:12 164:11,13
168:21 169:2
172:6,8,12 173:9
174:7 177:20
181:25 182:1,4
184:1,2 194:25
195:3,8 213:7,11
213:18 218:12,19
228:21 229:6,15
studies  220:9
study  199:4
stuff  213:4
stutler  1:12,20
  2:12,20 7:4 9:3
  10:15 13:7 14:17
  15:17,23 16:6
  21:18 22:6 27:12
  27:14 33:13 53:10
  58:12,15,17 59:7
  60:17 62:16,22
  65:7 66:7 70:12
  71:6 73:9 77:23
  80:17 81:7 84:1
  84:17 86:7 92:3
  93:5 122:1 135:14
  150:15,21 153:17
  165:5 166:24
  186:17,19 187:11
  188:25 191:11
  193:3,11 196:10
  202:18 204:25
  237:8,18 238:1,15

stutler's  10:11
submitted  19:6
subscribed  240:18
substance  18:3
  160:4
substitute  28:18
  28:24 29:6,10
successful  117:25
suite  3:9 5:11 6:11
suited  162:21
  228:21
suits  70:7
summarized  66:1
  66:5
summary  74:15
summer  173:11
superintendent
  1:12,14 2:12,14
  5:3 7:4 14:11,17
  16:3,6 27:11,14
  29:18 31:19 33:13
  33:22 34:1 38:10
  39:5 43:16 44:4,9
  44:15,22 45:15,18
  45:24 46:1,12,17
  46:18 47:17 48:15
  50:11 53:10 58:8
  58:12,13,15,17
  59:7 60:13,15,18
  60:20 61:2,11,15
  61:16 62:16,22
  64:5 66:7 73:9
  77:23 80:17 81:7
  84:1,17 86:7 92:3
  93:5 109:7 122:1
  135:14 143:13
  150:15,21 152:7
  153:10,17,19
  154:10,10 155:14
  157:9 165:5
  166:24 167:9

169:16 186:17,19
187:11 188:25
191:11 193:3,11
196:10 202:18
204:25 219:8
237:8
superintendent's
  49:7,9 59:17,25
  78:25
superintendents
  38:25 43:14 49:19
  50:4,10 61:5,14,18
  63:19 65:14
supervising  79:3
supervision  79:6
supervisor  30:20
  31:20,21,22 33:19
supervisors  31:7
  34:22 35:6 48:24
  52:17
support  19:3
  23:20,23 32:1
  52:7 64:1 69:2,8
  93:15,18,21 94:16
  95:22 96:3,6,11,14
  97:7,9 111:7,11,22
  113:11,12,15
  114:9,19,22 115:2
  115:14,22,24
  118:25 119:10
  121:19,22 125:22
  130:14 134:10,13
  140:7 141:8
  144:14 145:12,14
  155:22 157:10
  159:22 191:24
  192:12 201:7
  220:1,3 229:6,23
  230:25
supported  145:7
  191:19

Armistead Supp. App. 0824

[supportive - tend]

**supportive** 40:21
147:14
**supposed** 56:25
**sure** 16:8 17:15
22:4 31:16 46:25
50:9 58:18,20,24
74:20 77:16 91:10
105:17 108:7
137:5 138:24
142:3 156:23
165:25 167:10
174:12 180:4
198:13 214:2
217:20 218:15
219:17 224:5
226:6 231:15
**surprised** 16:15
**surprises** 199:22
**surrounding**
208:10
**surroundings**
145:15
**susan** 7:6 14:14
52:19 70:6 73:2
80:15 87:25 150:2
163:18 181:8
184:21 185:17
186:24 188:24
194:8 201:20
202:9 224:24
228:18 230:11
231:5 233:5
235:16
**susan.deniker**
7:12
**suspension** 41:8,9
**swaminathan** 7:16
15:5,6
**swear** 15:9 197:5
**switch** 141:20

**sworn** 13:19 15:10
197:6
**system** 46:23 47:7
47:8 120:4 163:10
163:21 211:20
215:16
**systems** 61:22

**t**

**tab** 84:5 97:14
101:19 110:15
118:19 130:4
133:22 135:20
137:6 172:1
178:11,14 207:1
**tabs** 171:13
**taffy** 133:13
**take** 17:8,9,11,13
28:7 35:14,16
36:25 40:24 48:14
49:4 50:15,24
51:2 52:3 70:4,8
86:17 87:20 97:21
103:11 108:22
113:25 125:11
137:23 141:24
159:24 192:4
200:15 221:2
225:5 226:7
**taken** 2:21 67:20
67:25 70:5 89:25
90:8 156:9,19
192:23 201:8
240:6
**takes** 36:5 208:7
**talk** 18:4 46:9
72:12 91:24
**talked** 18:4,6
132:20 161:22
175:15 235:24
**talking** 33:5 53:11
53:13 60:1 73:3

91:2 117:11 125:6
132:18 158:8
162:13,24 196:18
206:21 232:6
**talks** 57:23 129:15
159:8
**tape** 141:20
**tarra** 18:13 94:6
115:8,9 125:2,3,5
125:6,16 202:19
**taught** 28:18
**taylor** 28:24
**tducar** 6:15
**teach** 116:9
**teacher** 18:15
115:12,16,20
116:10 119:4
134:20,21 140:1
140:19 170:15
198:10 202:21,25
203:2,4
**teacher's** 202:23
**teachers** 117:7
126:20,23 127:1,3
127:4 128:2,7
129:7 140:8
**teaching** 28:22
**team** 18:19 50:8
50:12 101:14
102:7,8,14,21,21
102:22 103:5,13
104:13,14 105:3,5
105:19 106:24
116:1 125:16
129:13 142:17
144:8 145:20
146:4,18 166:12
166:13 167:14,15
168:19,21 169:3
170:5 173:17,19
176:14 179:17,23

187:18 188:21
194:3,4,6,11
195:21 196:3,6
213:15 221:4
222:14,17,22
226:19,20,25
227:22,25 228:15
229:24,24,24
230:6,13,14,24,25
232:5 233:9,12
236:1
**team's** 218:9
**teammates** 127:16
**teams** 57:7 96:2,22
100:3,9,22,23
103:1,3 106:17
160:18 178:20
213:19 218:13
226:12,15 229:17
231:18 232:20
233:3
**teamwork** 106:22
222:11,12
**technically** 33:19
**technology** 31:23
**tell** 16:23 35:18
57:19 59:10 62:25
71:10 76:25
101:10 108:10
126:7 137:5 146:7
154:3 158:3
162:22 169:22
171:18 173:7
175:19 208:2
**telling** 182:3
**tells** 16:19 107:23
**ten** 31:13 32:10
48:19 141:24
142:1
**tend** 159:3

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0825

**term** 24:21 25:6
27:13 29:15
205:14,19,19
206:1,17
**terminology** 206:5
226:21 232:23
**terms** 24:23,24
25:2 26:20 30:3
151:21 177:19
201:23 205:6
223:22 224:11,19
225:3
**testified** 15:19
16:12 151:3 162:8
167:10 180:25
189:5,12 197:13
197:25 198:14,15
198:24 236:9
**testify** 21:12 160:3
**testifying** 17:17,18
21:18,21,23 70:13
203:10 240:9
**testimony** 142:25
151:7 153:3,23
189:9,11 191:4
192:12 197:8
235:18 236:2
237:18 238:5
239:5
**thank** 17:7 21:24
24:10,20 25:3,4
26:5,22 29:1 33:9
33:11 34:3,14
40:8 41:22 50:7
52:23 53:15,22
54:24,25 63:22
64:7 76:14 77:20
78:10 83:12 85:21
87:21,24 88:25
91:12,22 94:2
95:1 97:14 98:9

99:17 108:24
109:18 113:14
116:5 119:17
120:23 124:17
126:15 127:8
128:10 130:3
133:22 135:20
141:11 147:7,8
150:9,14,17 153:9
153:11 155:7,9
165:6 166:20
167:3,9 172:1,24
186:17 187:3
188:3,22 193:4,5
193:15 197:9
198:16 199:2,21
200:13,19 201:25
202:4 204:23
205:18 206:7,8,25
208:15 209:7,21
211:1 212:1,16
216:1 217:9
218:25 219:10
222:1 224:9
225:10,11,12,15
235:9 236:22
237:6,15
**thanks** 47:4
196:23
**that'd** 90:3
**theater** 166:5
**thereof** 240:13
**thing** 39:15 49:13
52:5 107:18
113:19 139:22
146:21 163:9
164:1 165:25
**things** 35:19,20
41:3,5,10,18 42:19
45:23 50:11 75:2
132:18,21 160:12

201:6 212:20
213:3
**think** 37:12 41:12
51:24 52:21 75:18
77:19 86:15,20
91:1 92:14 98:24
112:8,9 117:1
132:19 136:12
143:15 145:1
146:20 153:8
158:7 161:8
171:21 216:24
222:21 230:23
232:1,2 236:9
**thinking** 72:22,23
112:14 176:13
219:19,20 224:19
**third** 41:1 185:1
**thorton** 94:23,25
95:1,11
**thought** 56:24
133:11 163:4
203:3
**thoughts** 62:15
175:21
**three** 116:13 119:5
170:17 171:13
179:4 182:12,16
184:5,8 196:18
231:10
**till** 32:17
**time** 17:10 28:10
28:20,22 30:21
47:2 50:15 53:1
59:1,9 60:6 64:4
70:21 81:11 87:16
87:20,21 92:24
93:21,23 94:20
97:21 103:1
125:10 133:5
134:20 142:4

143:13 144:11
147:2 154:10,11
157:5,22 160:16
166:10 168:9
175:22 182:12
184:4 185:15,19
185:20 186:9
194:25 196:13,24
199:3 223:5
237:21 240:7
**times** 36:15 37:15
39:2 156:18
170:22 171:25
172:17 176:13,21
184:24 185:4
**timing** 150:3
**timothy** 6:7 15:1
**tina** 115:21
**title** 16:2 63:24
64:8,24 93:13
94:17 111:23
112:3 114:15,25
147:10,12,17
148:11,22 149:6
149:10,14 150:11
198:3
**titled** 50:9
**today** 16:15 17:17
18:7 19:19,22
20:9,15 34:10
79:17 151:25
153:3 158:21
180:13 189:5
190:10 191:9
192:24 197:16
199:13,19,23
201:2,14 202:1
203:10 205:1
208:17 211:4
223:20

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0826

**today's** 17:22
111:2 119:11
191:6 200:21
202:5 203:23
204:2,21 237:17
**told** 127:7
**tolerance** 121:12
128:24
**tomorrow** 137:17
**top** 42:15 64:23
116:8 127:9
131:12 137:14
163:21 165:22
**topic** 22:8,9,12
23:1,3,7,14,15,18
23:21,21 24:6,7,7
24:9,18 50:14,16
50:19,20,21 51:17
70:7 73:5,10 76:6
76:9 78:15,16,22
79:9,12,24 80:20
80:24,25 91:23
137:3 141:13
147:4 148:15,16
148:20,25 180:20
180:22 218:16
219:4,5
**topics** 21:13,19,19
21:20,22,23 22:2,5
23:24,25 24:5,11
24:12,15 53:18,20
70:12 77:12 91:22
110:8,15 147:21
148:18 149:5,15
203:23 204:2,9,11
204:17,20 205:1,2
**toro** 4:6 14:1,2
**total** 237:19
**totally** 167:11
181:19

**track** 127:11
166:9 215:14,15
221:20,23
**tracking** 172:16
**trainer** 164:12
**training** 121:2,12
121:21 122:7,14
123:13 128:14,23
129:6,8,10,11,18
129:21 130:1
136:11,25 137:4
138:12 164:10
**trainings** 121:24
122:2,4,5 123:4,5
123:8 129:14
**trans** 141:2
**transcribe** 17:3
200:6
**transcribed**
240:11
**transcript** 238:3
239:3
**transcription**
240:13
**transcripts** 107:18
**transfer** 73:24
**transfers** 211:24
236:21
**transgender** 19:3
25:5,6,11,13 57:10
65:20 68:25 69:11
69:17 83:14,23
84:2 86:3,8 87:3
87:10 89:6 93:9
93:20 95:12 98:13
99:25 100:9,22
105:20,24 109:19
109:23 110:1
125:21 140:2,20
141:10 147:18
149:1,11 150:11

205:7,7,12 211:7
218:12
**transition** 127:16
128:3
**transportation**
31:20
**treated** 104:3
**trial** 185:15,20,20
186:9
**trials** 195:1
**tried** 123:16
**tries** 115:4
**true** 82:22 89:22
103:5 199:1 238:6
239:6
**truly** 62:24 222:12
**trust** 222:14,15
**truthfully** 19:22
199:15,19
**try** 17:8 53:20
87:20 155:24
171:2 184:14
**trying** 37:12 72:24
90:23 107:7 112:8
112:9 113:2
117:15 118:2
132:5 142:14
148:21 176:13
**tryon** 6:20 9:10,17
14:6,6 25:14,15
26:1,2 32:21 33:2
33:4,10 67:10
68:13 80:2,3
82:25 86:14 87:6
87:13,22,22 88:13
93:10,11,22 94:5
94:13 95:14 100:5
100:11 105:22
107:3 110:4 117:9
118:9 145:21
152:2 155:13,16

156:7 158:1,2
160:7 161:2,10,17
162:3 163:2,7,12
163:15,23 164:15
164:23 165:4,6,7
165:17 166:17,19
205:15 206:2,4,8
222:6,24 225:13
225:20,22 226:22
227:9,19 228:8,13
228:23 229:7,18
229:25 230:7,15
230:17,21 231:6,9
231:13,17,22
232:19 233:1,10
233:16,24 234:11
235:8,12
**tt** 186:6
**tucker** 136:4,5,22
138:6,22 141:1
156:6,12,25
**tuesday** 1:21 2:24
13:1
**turn** 87:20 116:5
120:24 127:8
137:20 139:24
165:23 186:22
187:9 203:22
221:13
**turned** 198:18
**two** 25:2 28:5,10
28:10 41:6 56:3,4
121:22 125:13
148:18 162:8
171:21 179:4
182:19 184:16
185:15,21 196:18
205:5 222:9
233:20
**type** 39:15 132:21
190:2

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0827

[types - virginia]

**types** 138:9 171:3
**typically** 208:7
  209:17

**u**

**u.s.** 13:10
**uh** 151:20 173:22
**ultimately** 30:14
  30:24
**umbrella** 29:15
**unaware** 61:6 78:6
  82:9 89:11 93:23
  95:15 109:25
  146:9
**unclear** 66:5
**uncontested** 11:17
**underlining** 26:15
**underlying** 27:3
**underneath**
  127:14
**undersigned** 240:3
**understand** 16:20
  17:16 19:11,11
  20:16 21:15 22:4
  22:9,21 23:3,14,21
  24:2,12 25:12,25
  26:17,18,19,24,25
  27:16 34:3 37:6
  40:1 49:20,21
  66:7 80:24 107:7
  113:2 114:2 118:2
  125:18 129:16
  132:3 142:13
  152:3 153:24
  154:2 156:1
  157:11 159:5
  161:23 171:18
  172:4,15 173:7
  179:14 187:17
  200:10,11 203:6,9
  205:13,25 206:3
  216:24 222:19

230:18 233:25
**understanding**
  36:6 51:22 74:8
  74:11 76:11
  101:11,11 102:20
  117:5 120:15
  143:18,22 159:14
  159:16 167:13
  175:9 176:17
  177:5 178:13
  214:16 217:22
  227:1 229:16
**understandings**
  159:11
**understood** 16:25
  21:24 26:12 28:12
  29:12 32:10 43:13
  44:3 45:14 49:3
  50:13 56:1 57:3
  63:7 64:13 73:8
  76:14 81:15
  104:10 144:14
  147:6,25 160:16
  200:2,3,7,8 204:18
  205:3,4 206:14,15
  206:23,24 217:21
  221:14 233:11
**unfamiliar** 24:21
**unfortunately**
  17:2 171:2 200:6
**unit** 13:6 51:7,11
  70:21 71:2 142:5
  142:9 196:25
  197:4
**united** 1:1 2:1
**university** 199:6,9
**unpaid** 54:15
**unusual** 137:1
  138:19
**upcoming** 66:8
  129:1 178:17

**update** 38:17
  59:18,23 60:25
  95:22 139:23
  209:17
**updated** 61:4,9
  170:23
**updates** 59:10
  60:3,7,9 61:7
  62:25 63:2
**uploads** 236:18
**use** 24:21,25 25:5
  25:6,19 26:10
  27:13 37:16 40:17
  47:12 56:16
  107:15 114:1
  141:9 157:18
  176:13 200:5
  205:7,19 206:17
**uses** 113:20
  236:11,15
**usually** 38:13
  59:18 115:25
  213:2

**v**

**valeria** 4:6 14:1
**validity** 27:3
**value** 233:17
**various** 48:18 66:8
  185:4,13 226:12
**varsity** 167:23,23
  168:1,1,13,13
  176:14,15
**vary** 42:11
**verbal** 200:5
**verbally** 17:4
**verify** 46:8
**veritext** 13:15,17
  237:20
**version** 24:25
**versus** 13:8

**vet** 54:18,19
**vetted** 54:14
**vice** 29:24
**vickers** 136:17
**video** 13:7
**videoconference**
  3:1
**videographer** 8:2
  13:4,15 15:3,8,11
  33:1,3 51:5,9
  52:25 53:3 58:25
  59:3 70:16,19,25
  141:15,17,19,19
  142:3,7 196:20,23
  197:2,7 223:3,8
  237:13,16
**videotaped** 1:19
  2:20
**viewed** 204:10
**violated** 91:17
**violation** 66:21
  67:1
**violations** 148:12
**virginia** 1:2,7,9,15
  2:2,7,9,15 3:3,8,10
  5:3,10,12 6:12,18
  6:19,23 7:10 13:9
  13:11 14:7,8,10,19
  19:8 46:22,24
  50:8 63:18 71:7
  72:18 74:5,21
  79:6 80:11 109:4
  110:3 145:18,24
  146:2 153:18,24
  155:2,3,17 162:14
  189:23 190:19
  191:12 199:6
  207:15,19 209:19
  210:22 211:21
  221:1 225:23

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0828

[virtually - witness]

**virtually** 13:13
**visited** 214:2
**volleyball** 222:20
**volume** 1:22 2:21
  9:5 141:20 238:16
  239:15
**volunteer** 18:19
  54:13,15,17 170:4
  170:8,10
**vote** 36:21,25 37:2
  74:4 91:4,9
**voted** 36:23 38:5
  74:3
**votes** 40:14
**voting** 75:22
**vpeletdeltoro** 4:16
**vs** 1:6 2:6

|   w   |
| --- |

**w** 1:10 2:10
**wait** 32:25 124:11
  232:4
**waiting** 237:2
**walking** 199:12
**wall** 7:18
**want** 16:14 41:2,7
  41:7 43:5,15
  50:24 55:15 73:3
  81:11 89:1 91:24
  98:7 108:8 109:14
  114:11 117:2,2,16
  141:13 146:21
  153:22 165:18
  167:9 175:24
  176:11 180:19
  187:1,1 191:20
  198:12 203:12
  218:25 226:7
  235:2,3 236:16
**wanted** 42:17 46:1
  46:9 110:9 117:25
  118:17 141:10

142:12 160:17
**wants** 220:13,15
**watching** 61:3
  106:22
**water** 141:25
**way** 33:10 36:8,9
  38:5 71:24 89:19
  133:11,17 144:18
  156:20 177:11
  192:10,20 198:20
  212:19
**ways** 75:3 159:11
**we've** 36:12 68:3
  70:5 73:6 90:6
  102:25,25 108:19
  110:8 123:5 126:5
  141:21 161:22
  176:24
**weapon** 41:4
**website** 214:1,2
**week** 31:6 60:12
  130:23 173:10,11
  208:7
**weekly** 59:18
**welcoming** 138:5
**went** 28:21 85:10
  156:17 175:12
  198:22 199:5,6,8
  210:22 220:25
**west** 1:2,7,8,15 2:2
  2:7,9,15 3:3,10
  5:3,12 6:18,19,23
  7:10 13:8,11 14:7
  14:8,10,19 19:8
  46:22,24 50:8
  63:18 71:7 72:18
  74:4,21 79:6
  80:11 109:4 110:2
  145:18,18,24
  146:2 153:18,24
  155:2,3,17 162:14

189:23 190:18
  191:12 199:6
  207:15,19 209:18
  210:22 211:21
  221:1 225:23
**westover** 221:25
**westwood** 221:25
**wheelhouse** 169:6
**whereof** 240:17
**whichever** 214:17
**white** 7:9
**winkie** 63:25
**winner** 167:19,19
**winners** 104:13,18
  105:3 167:18
**winter** 38:17
**withdraw** 21:20
**witness** 9:2 13:19
  15:9,10 18:2,9
  21:6,22 22:18
  25:16 26:3,19
  27:7 37:10 43:20
  44:6,13,19,25 45:9
  46:20 47:25 50:22
  57:14,19 62:24
  67:5,11,23 69:22
  71:13 72:5,12
  73:6,16,22 74:19
  75:12,18 76:7,25
  77:9 78:6 79:16
  80:8 81:13,14,18
  81:20 82:2,9 83:1
  83:8 84:15 86:15
  87:7 88:14,23
  89:11,18,25 90:5
  90:14,21 91:20
  92:12 93:3,12,23
  94:6,14 95:15,20
  97:7 99:10,16
  100:6 101:14
  102:6 103:16

104:17 105:9,24
  106:8,19 107:4,12
  108:5,14 109:3
  110:5,11 111:16
  112:23 117:1,11
  118:10 120:19
  123:12 127:23
  128:11 130:20
  131:8,17 132:15
  133:3 139:8
  140:12 141:14
  142:20 143:18,21
  144:3,10,17 145:1
  145:11,23 146:6
  146:20 147:4,5,7
  148:1,8 149:9,12
  149:17 150:7,17
  152:4,16 153:7,11
  155:6,9 156:5
  160:6,21 161:8,15
  163:4,20 164:7,20
  165:5,14 166:16
  169:5 171:10
  172:19 174:2,5,7
  176:10,21 177:9
  177:16,24 178:16
  178:25 179:16
  180:3,24 181:6,10
  181:22 182:9,16
  182:25 183:23
  184:8,23 185:10
  185:19 186:3,12
  186:25 190:6
  192:1,7,15 193:5
  193:14,16,25
  194:10,23 195:11
  195:16 196:1
  197:5,6 198:21
  202:2,13,17
  205:16 206:3
  208:4 209:12

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0829

[witness - zoom]

210:20 214:13
215:5,12 216:5,14
216:21 217:15,25
218:22 219:13
221:7 222:7,9,25
224:3,17 225:1,9
225:12 227:17
228:3,5,11,20
229:5,14,22 230:5
230:13 231:15
232:17,24 233:7
233:14,20 235:1
240:17
**witnessed** 198:19
**witnesses** 18:10,12
76:12 240:8
**woman** 25:11
205:12
**wondered** 221:12
224:13
**wonderful** 16:9
17:7,16 20:12
22:8 26:9 29:17
47:3 53:16 64:18
139:24 198:8,12
203:12 204:8
206:20 207:22
209:25
**wondering** 74:10
84:21 93:19 99:19
145:7
**word** 25:5,18,19
26:10 205:6,7
206:10
**work** 29:1 35:22
74:22 121:5
128:17 129:23
141:3 152:9
**worked** 28:9,19
29:3

**worker** 114:24
**workforce** 222:13
**working** 109:6
111:9 113:4 121:4
128:16 156:13
222:14
**works** 43:12 74:21
104:6 107:8
111:25 136:6
138:8
**world** 55:25
**worries** 167:4
**worth** 184:14
**wrap** 142:14
**wrestlers** 103:9
**wrestling** 103:5
187:20 188:2
228:9
**writes** 98:10
**writing** 40:6 133:9
**written** 120:6
124:2 162:9
**wrong** 146:7 207:4
**wssac** 106:11
**wv** 12:3,4,5 65:4
110:17 118:21
119:18 125:25
134:3
**wvago.gov** 6:25
**wvasa** 63:17
**wveis** 46:24,25
47:5,10,12,13,18
47:21,23 48:2,11
48:16,21 49:2,13
105:15,16 106:4
106:14 107:8,10
107:12,17,22
108:2,23 109:8
113:18,19,22,23
114:8 120:3,3,10
120:11,13,16

142:13,17 143:2,6
143:19 145:19
146:3 154:5
211:10,14,15,17
212:1,5,8,14,19,20
213:5,7,11,15
214:5,6,10 215:15
215:22 236:5,14
**wveis's** 143:15
**wvsac** 11:10
**wvssac** 71:12,18
72:2 73:5,12
74:12 75:9,16
77:4 80:23 82:5
82:14 83:13 106:9
150:22 151:2,10
151:13,14 152:7
152:23 207:14,17
207:19 209:7
210:10,14 213:24
214:1 215:6
218:17 223:19,24
224:13,14,21
225:4,4 236:7,12
236:14,16
**wvssac's** 151:23
153:4 211:9
223:22 224:11,19
**wvu** 111:22 123:1
**wyant** 5:6

**x**

**x** 126:20

**y**

**yeah** 24:8 26:8
33:2 35:1 61:18
70:19 77:15 82:18
152:4 156:22
158:3 162:4 163:3
163:24 165:19
168:11 171:25

174:15 196:23
232:8 235:14
**year** 28:1,5 30:3
39:2 94:9 112:8,9
112:14 124:7,21
124:22 125:1,7
129:1 139:17,21
179:23 198:7,11
208:7 233:15
236:21
**yearly** 123:23
**years** 28:11,19
29:5,6 32:9
112:10 125:13
143:14 154:4
198:10,11
**yellow** 177:3,6,13
177:17,21 184:11
**yep** 223:5
**yesterday** 17:25
18:10 19:25 21:10
22:22 64:10,11
194:24
**york** 7:20,20
**younger** 92:21

**z**

**zhelstrom** 4:18
**zoe** 4:8 14:4
**zoom** 3:1 87:17

Veritext Legal Solutions
866 299-5127

Armistead Supp. App. 0830

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Armistead Supp. App. 0832

# WEST VIRGINIA LEGISLATURE

## 2021 REGULAR SESSION

## ENROLLED

## Committee Substitute

## for

# House Bill 3293

By Delegates Hanna, Bridges, Clark, Ellington,

Horst, Jennings, Longanacre, Mazzocchi, Tully,

Phillips and Burkhammer

[Passed April 9, 2021; in effect ninety days from

passage.]

Armistead Supp. App. 0833

# WEST VIRGINIA LEGISLATURE

## 2021 REGULAR SESSION

## ENROLLED

## Committee Substitute

## for

# House Bill 3293

BY DELEGATES HANNA, BRIDGES, CLARK, ELLINGTON,

HORST, JENNINGS, LONGANACRE, MAZZOCCHI, TULLY,

PHILLIPS AND BURKHAMMER

[Passed April 9, 2021; in effect ninety days from

passage.]

Armistead Supp. App. 0834

Enr CS for HB 3293

1    AN ACT to amend the Code of West Virginia, 1931, as amended, by adding thereto a new section,

2        designated §18-2-25d, relating to designation of athletic teams or sports sponsored by

3        any public secondary school or state institution of higher education according to biological

4        sex; providing legislative findings; defining "biological sex", "female", and "male"; providing

5        for designation of athletic teams as "males, men, or boys", "females, women, or girls", or

6        "coed or mixed"; prohibiting biological males from participating on athletic teams or sports

7        designated for biological females where competitive skill or contact is involved; clarifying

8        that eligibility of any student to participate on athletic teams or sports designated for

9        biological males is not restricted; providing cause of action for student aggrieved by

10       violation of this section; requiring identity of minor student related to such action to remain

11       anonymous; requiring promulgation of rules by the State Board of Education; and requiring

12       proposal of legislative rules by the Higher Education Policy Commission and Council for

13       Community and Technical College Education.

*Be it enacted by the Legislature of West Virginia:*

**ARTICLE 2. STATE BOARD OF EDUCATION.**

**§18-2-25d. Clarifying participation for sports events to be based on biological sex of the athlete at birth.**

1        (a) The Legislature hereby finds:

2        (1) There are inherent differences between biological males and biological females, and

3    that these differences are cause for celebration, as determined by the Supreme Court of the

4    United States in *United States v. Virginia* (1996);

5        (2) These inherent differences are not a valid justification for sex-based classifications that

6    make overbroad generalizations or perpetuate the legal, social, and economic inferiority of either

7    sex. Rather, these inherent differences are a valid justification for sex-based classifications when

8    they realistically reflect the fact that the sexes are not similarly situated in certain circumstances,

9    as recognized by the Supreme Court of the United States in *Michael M. v. Sonoma County,*

Armistead Supp. App. 0835

10  *Superior Court* (1981) and the Supreme Court of Appeals of West Virginia in *Israel v. Secondary*

11  *Schools Act. Com'n* (1989);

12      (3) In the context of sports involving competitive skill or contact, biological males and

13  biological females are not in fact similarly situated. Biological males would displace females to a

14  substantial extent if permitted to compete on teams designated for biological females, as

15  recognized in *Clark v. Ariz. Interscholastic Ass'n* (9th Cir. 1982);

16      (4) Although necessarily related, as concluded by the United States Supreme Court in

17  *Bostock v. Clayton County* (2020), gender identity is separate and distinct from biological sex to

18  the extent that an individual's biological sex is not determinative or indicative of the individual's

19  gender identity. Classifications based on gender identity serve no legitimate relationship to the

20  State of West Virginia's interest in promoting equal athletic opportunities for the female sex; and

21      (5) Classification of teams according to biological sex is necessary to promote equal

22  athletic opportunities for the female sex.

23      (b) Definitions. - As used in this section, the following words have the meanings ascribed

24  to them unless the context clearly implies a different meaning:

25      (1) "Biological sex" means an individual's physical form as a male or female based solely

26  on the individual's reproductive biology and genetics at birth.

27      (2) "Female" means an individual whose biological sex determined at birth is female. As

28  used in this section, "women" or "girls" refers to biological females.

29      (3) "Male" means an individual whose biological sex determined at birth is male. As used

30  in this section, "men" or "boys" refers to biological males.

31      (c) Designation of Athletic Teams. —

32      (1) Interscholastic, intercollegiate, intramural, or club athletic teams or sports that are

33  sponsored by any public secondary school or a state institution of higher education, including a

34  state institution that is a member of the National Collegiate Athletic Association (NCAA), National

Armistead Supp. App. 0836

Enr CS for HB 3293

35  Association of Intercollegiate Athletics (NAIA), or National Junior College Athletic Association

36  (NJCAA), shall be expressly designated as one of the following based on biological sex:

37      (A) Males, men, or boys;

38      (B) Females, women, or girls; or

39      (C) Coed or mixed.

40      (2) Athletic teams or sports designated for females, women, or girls shall not be open to

41  students of the male sex where selection for such teams is based upon competitive skill or the

42  activity involved is a contact sport.

43      (3) Nothing in this section shall be construed to restrict the eligibility of any student to

44  participate in any interscholastic, intercollegiate, or intramural athletic teams or sports designated

45  as "males," "men," or "boys" or designated as "coed" or "mixed": *Provided,* That selection for a

46  team may still be based on those who try out and possess the requisite skill to make the team.

47      (d) Cause of Action. —

48      (1) Any student aggrieved by a violation of this section may bring an action against a

49  county board of education or state institution of higher education alleged to be responsible for the

50  alleged violation. The aggrieved student may seek injunctive relief and actual damages, as well

51  as reasonable attorney's fee and court costs, if the student substantially prevails.

52      (2) In any private action brought pursuant to this section, the identity of a minor student

53  shall remain private and anonymous.

54      (e) The State Board of Education shall promulgate rules, including emergency rules,

55  pursuant to §29A-3B-1 *et. seq.* of this code to implement the provisions of this section. The Higher

56  Education Policy Commission and the Council for Community and Technical College Education

57  shall promulgate emergency rules and propose rules for legislative approval pursuant to §29A-

58  3A-1 *et. seq.* of this code to implement the provisions of this section.

3

Armistead Supp. App. 0837

Enr CS for HB 3293

The Joint Committee on Enrolled Bills hereby certifies that the foregoing bill is correctly enrolled.

.................................................
Chairman, House Committee

.................................................
Chairman, Senate Committee

Originating in the House.

In effect ninety days from passage.

.................................................
Clerk of the House of Delegates

.................................................
Clerk of the Senate

.................................................
Speaker of the House of Delegates

.................................................
President of the Senate

—————

The within *is Approved* this the *28th* ......................................

day of *April* .............................................................. 2021.

.................................................
Governor

5

Armistead Supp. App. 0838

PRESENTED TO THE GOVERNOR

APR 2 2 2021

Time _____ 1:53 pm

Armistead Supp. App. 0839

**WEST VIRGINIA DIVISION OF HEALTH**
**VITAL REGISTRATION**
**CHARLESTON, WV 25339-1012**
**CERTIFICATE OF LIVE BIRTH**

**BIRTH NUMBER**

2010

ID: CAJAC20100512135630

| CHILD | 1. CHILD'S NAME (First, Middle, Last) | 2. DATE OF BIRTH (Month, Day, Year) | 3. TIME OF BIRTH |
|---|---|---|---|
| | P— J— | ██ / 2010 | 10:10 Mil |

| 4. SEX | 5. CITY, TOWN, OR LOCATION OF BIRTH | 6. COUNTY OF BIRTH |
|---|---|---|
| Male | Morgantown | Monongalia |

| 7. PLACE OF BIRTH | 8. FACILITY NAME (If not institution, give street and number) |
|---|---|
| Hospital | WVU Hospitals, Inc. |

**CERTIFIER/ATTENDANT**

| 9. I certify that this child was born alive at the place and time and on the date stated. Signature | 10. DATE SIGNED (Month, Day, Year) ██ / 2010 | 11. ATTENDANT'S NAME AND TITLE (if other than certifier) (if yes, print) Wanda Hembree, MD |
|---|---|---|

| 12. CERTIFIER'S NAME AND TITLE (type/print) Jean Colombo, BIRTH REGISTRAR | 13. ATTENDANT'S MAILING ADDRESS (Street and Number or Rural Route No. City or Town, State, Zip Code) Wvu Hospitals, Inc. Morgantown, WV 26506 |
|---|---|

**MOTHER**

| 14. MOTHER'S NAME (First, Middle, Last) Heather  Denise  Jackson | 14b. MAIDEN SURNAME Jackson | 15. DATE OF BIRTH (Month, Day, Year) ██ / 1968 |
|---|---|---|

| 16. BIRTH PLACE (State or Foreign Country) ██ | 17a. RESIDENCE - STATE WV | 17b. COUNTY Harrison | 17c. CITY, TOWN OR LOCATION Lost Creek |
|---|---|---|---|

| 17d. STREET AND NUMBER ██ | 17e. INSIDE CITY LIMITS (Yes/No) No | 18. MOTHER'S MAILING ADDRESS (If same as residence enter zip code only) |
|---|---|---|

**FATHER**

| 19. FATHER'S NAME (First, Middle, Last) Wesley  Scott  ██ | 20. DATE OF BIRTH (Month, Day, Year) ██ / 1962 | 21. BIRTH PLACE (State or Foreign Country) ██ |
|---|---|---|

**INFORMANT**

22. I certify that the personal information provided on this certificate is correct to the best of my knowledge and belief.

Heather Jackson

| 23. REGISTRAR'S SIGNATURE | 24. DATE FILED BY REGISTRAR (Month, Day, Year) ██ 2010 |
|---|---|

**STATE COPY**

Armistead Supp. App. 0840

BPJ_095

SARGENT'S COURT REPORTING SERVICE, INC.          210 Main Street     Johnstown, PA 15901          814-536-8908     www.sargents.com

## ERRATA SHEET

**AFFIDAVIT**
State of ~~Pennsylvania~~ Illinois
County of Cook

I, Aron C. Janssen, MD, certify under oath or affirmation that I
have read the transcript of my testimony dated 4/4/2022 and that the transcript of my testimony is
accurate with the following corrections:

| Page | Line | Error | Correction | Reason |
|---|---|---|---|---|
| 49 | 20 | "identity" | "idea" | Incorrect word |
| 109-10 | 24-1 | "that is being positive" | Remove words | Incorrect insertion |
| 153 | 6, 18 | "team" | "teen" | Incorrect word |
| 190 | 5 | "cause" | "pause" | Incorrect word |
| 280 | 21 | "nine people" | "twenty-two people" | Incorrect number |
| 33 | 14 | "reported" | "report" | incorrect word |
| 85 | 17 | "Ulson" | "Olson" | incorrect word |
| 147 | 20 | "precise" | "imprecise" | incorrect word |
| 149 | 5 | "provision" | "revision" | incorrect word |
| 166 | 8 | "performance" | "informants" | incorrect word |
| 310 | 19 | "ceiling" | "floor" | incorrect word |
| 324 | 20 | "gender disorder" | :gender identity disorder" | missing word |
| 333 | 19 | "attestable" | "a testable" | misspelling |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Are there additional corrections on a following page?  X NO  ___ YES

Signature of Deponent/Affiant _____

Sworn to and subscribed before me, a Notary Public, on this

9th day of May , 20 22

_____
Notary Public

OFFICIAL SEAL
**ALEXANDER RODRIGUEZ**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires JUN.07, 2023

Armistead Supp. App. 0841

SARGENT'S COURT REPORTING SERVICE, INC.       210 Main Street     Johnstown, PA 15901       814-536-8908       www.sargents.com

## ERRATA SHEET

AFFIDAVIT
State of Pennsylvania
County of _____

I, Mary Fry, PhD , certify under oath or affirmation that I
have read the transcript of my testimony dated 3/29/2022 and that the transcript of my testimony
is accurate with the following corrections:

| Page | Line | Error | Correction | Reason |
|------|------|-------|------------|--------|
| 18 | 15 | transathlete | trans athlete | transcription error |
| 21 | 9 | that what was | that was | transcription error |
| 31 | 15 | considering them | considering that | transcription error |
| 35 | 14 | male and female | male or female | transcription error |
| 36 | 13 | I think term | I think the term | transcription error |
| 36 | 24 | there is people | there are people | transcription error |
| 37 | 3 | it is is not | it is not | transcription error |
| 39 | 4 | than | then | transcription error |
| 42 | 20 | by the fact | by in fact | transcription error |
| 49 | 21 | there was big | there were big | transcription error |
| 51 | 22 | there is huge | there are huge | transcription error |
| 52 | 16 | specifically | specific | transcription error |
| 61 | 22 | task in | task and | transcription error |
| 63 | 20 | youth support | youth sport | transcription error |
| 64 | 23 | score psychology | sports psychology | transcription error |
| 69 | 22 | I think there is | I think there are | transcription error |

Are there additional corrections on a following page?  __ NO  _X_ YES

Signature of Deponent/Affiant   *Mary Fry*

Sworn to and subscribed before me, a Notary Public, on this

___28th___ day of _____April_____ , 20_22_ .

*Britany Shawntey Goodman*
Notary Public

BRITANY SHAWNTEY GOODMAN
ELECTRONIC
NOTARY
PUBLIC
REG # 7825803
EXPIRES
7/31/2023
COMMONWEALTH OF VIRGINIA

SARGENT'S COURT REPORTING SERVICE, INC.          210 Main Street     Johnstown, PA 15901          814-536-8908      www.sargents.com

**Additional Corrections to the Testimony of Mary Fry, PhD**

| Page | Line | Error | Correction | Reason |
|------|------|-------|------------|--------|
| 72 | 23 | there is isolated | there are isolated | transcription error |
| 78 | 5 | people come | people did not come | transcription error |
| 81 | 13 | chance to complete | chance to compete | transcription error |
| 89 | 8 | so what if is | so what if it's | transcription error |
| 103 | 8 | International View | International Review | transcription error |
| 120 | 5 | that that's what's | that's what's | transcription error |
| 131 | 15 | tells people | tells people to | transcription error |
| 134 | 8 | promote is the | promote as the | transcription error |
| 154 | 6 | care about performance | care about is performance | transcription error |
| 174 | 22 | transitioning to know transitioning | transitioning to not transitioning | transcription error |
| 176 | 7 | PBJ | BPJ | transcription error |
| 181 | 13 | why would you say | why wouldn't you say | transcription error |
| 189 | 18 | transcend gender | transgender | transcription error |
| 198 | 7 | educational education | educational institution | transcription error |
| 217 | 17 | going to be | going to beat | transcription error |
| 222 | 4 | emersed | immersed | transcription error |
| 243 | 1 | No people | Some people | transcription error |
| 243 | 17 | for the that | for that | transcription error |
| 257 | 13 | that that | that | transcription error |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Are there additional corrections on a following page?    __ NO    X̲ YES

Deponent's / Affiant's Name: ___Mary Fry_____    Initials: __MF__

Armistead Supp. App. 0843

| Page | Line | Error | Correction | Reason |
|------|------|-------|------------|--------|
| 40 | 6 | there's two cross overs | that there are cross overs | transcription error |
| 51 | 18 | say | see | transcription error |
| 57 | 2 | about about | about | transcription error |
| 57 | 3 | say they're | say is they're | transcription error |
| 57 | 15 | I take | I attend | transcription error |
| 58 | 24 | in any female student | adding data with female athletes | transcription error |
| 62 | 7 | because research | because this research | transcription error |
| 63 | 3 | samples athletes | samples of athletes | transcription error |
| 63 | 6 | at least | it leads | transcription error |
| 65 | 5 | late | later | transcription error |
| 66 | 5 | Just someone | I'm just someone | transcription error |
| 70 | 11 | are | were | transcription error |
| 70 | 14 | either caring task involving | either a caring and task-involving | transcription error |
| 71 | 18 | six, seven and eight graders | sixth, seventh, and eight graders | transcription error |
| 75 | 20 | to say | I would say | transcription error |
| 75 | 23 | reap off | reap all | transcription error |
| 76 | 2 | mix of | mix within | transcription error |
| 76 | 3,4 | the team | athletic teams | transcription error |
| 77 | 9 | Medical | Mental | transcription error |
| 78 | 4, 5 | have, for example, people comme and say | I have not, for example, had people come up an | transcription error |
| 81 | 4 | confidence | competence | transcription error |
| 81 | 17 | hard | hard, | transcription error |
| 82 | 14 | one one | thinking | transcription error |
| 85 | 24 | with the best individual | is an individual sport | transcription error |
| 89 | 8 | is | I'm | transcription error |
| 89 | 17 | lower | lower in ego orientation | transcription error |
| 89 | 19 | win | win, | transcription error |
| 91 | 2 | their | they have an | transcription error |
| 97 | 6 | 60 61 | 6-0, 6-1 | transcription error |
| 97 | 22 | your | her | transcription error |
| 111 | 6 | ranking | rankings | transcription error |

Are there additional corrections on the following page: No __  Yes _X_

Deponent's / Affiant's Name: _____Mary Fry_____  Initials: _MF__

Supp. App. 0844

| 116 | 24 | stakes | stage | transcription error |
|---|---|---|---|---|
| 117 | 24 | think | know | transcription error |
| 118 | 2 | that NCAA | that the NCAA | transcription error |
| 120 | 22 | focused on just this | focused on, just that this | transcription error |
| 122 | 2 | sports team | being on a sports team | transcription error |
| 123 | 13 | sport exercise | sport and exercise | transcription error |
| 125 | 13 | there | their | transcription error |
| 126 | 19 | specific measurable | specific and measurable | transcription error |
| 127 | 12 | academia from, I'm | from academia, and I'm | transcription error |
| 128 | 3, 4 | work. Early | work early | transcription error |
| 128 | 24 | Somebody didn't | Somebody who didn't | transcription error |
| 129 | 2 | know, what do we think is happening here. | know, "What do we think is happening here?" | transcription error |
| 131 | 4 | there is a reason to try your hardest | now there is a reason to not try your hardest | transcription error |
| 131 | 15 | tells | helps | transcription error |
| 133 | 7 | on 1997 | in 1997 | transcription error |
| 133 | 10 | those are my my dissertation studies | that was my dissertation study | transcription error |
| 136 | 8 | caring task-involving | caring and task-involving | transcription error |
| 137 | 12 | are running | are not running | transcription error |
| 138 | 18 | terms | skills | transcription error |
| 144 | 9 | is task | is for task | transcription error |
| 145 | 20 | morbid | normative | transcription error |
| 145 | 9 | far things | far as | transcription error |
| 145 | 20 | in orientation | in ego orientation | transcription error |
| 148 | 6 | Small | Smoll | transcription error |
| 148 | 12 | Small | Smoll | transcription error |
| 148 | 13 | crosses documents | The proposition crosses documents | transcription error |
| 148 | 15 | 150 references probably. Tried | 150 references probably, but we tried | transcription error |
| 154 | 3 | perceptions on an | perceptions of an | transcription error |
| 154 | 14 | traits | trait | transcription error |
| 156 | 15, 16 | but what I'm feeling about it is | but the feeling I prioritize is that helping people | transcription error |
| 175 | 10 | to not hold a category | to hold a category | transcription error |
| 178 | 22 | than | and | transcription error |

Are there additional corrections on the following page: No __ Yes _X_

Deponent's / Affiant's Name: _____Mary Fry_____  Initials: _MF__

| 182 | 6 | an indifference | a difference | transcription error |
|-----|-----|-----------------|--------------|--------------------|
| 189 | 18 | transcend gender | is not just transgender | transcription error |
| 192 | 15 | They | I | transcription error |
| 192 | 22 | write | rate | transcription error |
| 197 | 6 | evaluate | value | transcription error |
| 201 | 23 | in use for a | every | transcription error |
| 210 | 2 | are the best postion | are in the best position | transcription error |
| 220 | 23 | be it | to both | transcription error |
| 237 | 22 | evaluate | demonstrate | transcription error |

Are there additional corrections on the following page: No _X_  Yes __

Deponent's / Affiant's Name: ____Mary Fry_____  Initials: _MF__

Armistead Supp. App. 0846

## ERRATA SHEET

AFFIDAVIT

State of West Virginia

County of _Harrison_

I, BPJ, certify under oath or affirmation that I
have read the transcript of my testimony dated 1/21/2022 and that the transcript of my testimony
is accurate with the following corrections:

| Page | Line | Error | Correction | Reason |
|------|------|-------|------------|--------|
| 25 | 8 | I refer myself | I refer to myself | Typographical error |
| 45 | 20 | decisions what happens | decisions of what happens | Typographical error |
| 51 | 4 | mute to | mute too | Typographical error |
| 72 | 8 | B, C D? | B, C, D? | Typographical error |
| 78 | 17 | get metals in those? | get medals in those? | Typographical error |
| 95 | 3 | before that can became | before that can become | Typographical error |
| 98 | 5 | you half an | you have an | Typographical error |
| 109 | 24 | meaning about it. | mean about it | Typographical error |
| 115 | 4 | 11-year0old | 11-year-old | Typographical error |
| 134 | 19 | treated your | treated you | Typographical error |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Are there additional corrections on a following page?   X NO   YES

Signature of Deponent/Affiant _B. P. Jr_

Sworn to and subscribed before me, a Notary Public, on this

_24th_ day of _February_, 20 _22_

Notary Public  — _Zaki Michaels_

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Zaki Michaels
PO Box 3952, Charleston, WV 25339
My Commission Expires   01/03/2027

Armistead Supp. App. 0847