IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B. P. J., by her next friend and mother,
HEATHER JACKSON,

     Plaintiff,

v.

WEST VIRGINIA STATE BOARD OF
EDUCATION, HARRISON COUNTY
BOARD OF EDUCATION, WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION, W. CLAYTON BURCH, in
his official Capacity as State Superintendent,
DORA STUTLER, in her official capacity as
Harrison County Superintendent, and THE
STATE OF WEST VIRGINIA,

     Defendants.

and LAINEY ARMISTEAD,

     Intervenor Defendant.

CIVIL ACTION NO. 2:21-cv-00316
Judge Joseph R. Goodwin

## Motion of Defendant State of West Virginia to (1) Strike Expert Opinion of Professor Mary Fry, (2) Exclude Mary Fry from providing Expert Testimony and (3) for a Daubert Hearing.

Now comes Defendant State of West Virginia and moves this Court to (1) Strike the Declaration of Mary Fry (ECF289-20) submitted to this Court in connection with the Plaintiff's Motion for Summary Judgement (the "Plaintiff's MSJ Motion") (2) exclude Mary Fry from providing testimony at any hearing or at any subsequent trial and (3) hold a Daubert hearing regarding Mary Fry.

The grounds for this Motion are that Mary Fry's proffered testimony is not relevant under Fed. R. Evid. 401(b) and does not satisfy the requirements of Fed. R. Evid. 702 under *Daubert v.*

*Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 589 (1993). These grounds are set forth more

fully in the Memorandum in Support filed concurrently herewith.

Respectfully submitted,

PATRICK MORRISEY
  *West Virginia Attorney General*

/s/ *Curtis R. A. Capehart*
Douglas P. Buffington II (WV Bar # 8157)
  *Chief Deputy Attorney General*
Curtis R.A. Capehart (WV Bar # 9876)
  *Deputy Attorney General*
David C. Tryon (WV Bar #14145)
  *Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
1900 Kanawha Blvd. E, Building 1, Room E-26
Charleston, WV 25305-0220
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
Email:  David.C.Tryon@wvago.gov

*Counsel for Plaintiff, STATE OF WEST VIRGINIA*

DATE: May 12, 2022

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**B. P. J., by her next friend and mother,
HEATHER JACKSON,**

      **Plaintiff,**

**v.**

**WEST VIRGINIA STATE BOARD OF
EDUCATION, HARRISON COUNTY
BOARD OF EDUCATION, WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION, W. CLAYTON BURCH, in
his official Capacity as State Superintendent,
DORA STUTLER, in her official capacity as
Harrison County Superintendent, and THE
STATE OF WEST VIRGINIA,**

      **Defendants.**

**and LAINEY ARMISTEAD,**

      **Intervenor Defendant.**

**CIVIL ACTION NO. 2:21-cv-00316
Judge Joseph R. Goodwin**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 12th day of May 2022, I electronically filed the foregoing Motion with the Clerk of Court and all parties using the CM/ECF System.

                                          */s/ Curtis R. A. Capehart*
                                          Curtis R. A. Capehart