# EXHIBIT G

HB ORG

# WEST VIRGINIA LEGISLATURE

## 2021 REGULAR SESSION

### Originating

# House Bill 3293

By Delegates Hanna, Bridges, Clark, ellington, Horst, Jennings, Longanacre, Mazzocchi, tully and Phillips and Burkhammer

[Originating in the Committee on Education; Reported on March 16, 2021]

HB ORG

1   A BILL to amend and reenact §18-2-5c and §18-2-25 of the Code of West Virginia, 1931, as
2           amended, all relating to single-sex participation in interscholastic athletic events; providing
3           that the birth certificate required for admission to public school confirm the pupil's sex at
4           time of birth, or in the alternative, that the pupil's sex be identified by a signed physician's
5           statement; providing that the sex identified at the time of admission must be the pupil's
6           sex for the purposes of  single-sex participation in interscholastic athletic events under the
7           control, supervision, and regulation of the West Virginia Secondary Schools Activities
8           Commission; providing that the commission must verify with each county board that each
9           student participating in single-sex interscholastic events is participating according to the
10          student's sex at the time of the student's birth; and clarifying that these requirements do
11          not apply to co-educational secondary school interscholastic athletic events.

*Be it enacted by the Legislature of West Virginia:*

**§18-2-5c. Birth certificate required upon admission to public school; required notice to local law-enforcement agency of missing children; <u>identifying pupil's sex for the purpose of participating in single-sex interscholastic athletic events</u>.**

1   (a) No pupil shall be admitted for the first time to any public school in this state unless the
2   person enrolling the pupil presents a copy of the pupil's original birth record certified by the state
3   registrar of vital statistics confirming the pupil's identity, age, <u>sex at time of birth</u>, and state file
4   number of the original birth record. If a certified copy of the pupil's birth record cannot be obtained,
5   the person so enrolling the pupil shall submit<u>:</u>
6   <u>(1)</u> ~~an~~ <u>An</u> affidavit explaining the inability to produce a certified copy of the birth record:
7   *Provided,* That if any person submitting such affidavit is in U.S. military service and is in transit
8   due to military orders, a three-week extension shall be granted to such person for providing the
9   birth records<u>; and</u>
10  <u>(2) A signed physician's statement indicating the pupil's sex based solely on the pupil's</u>
11  <u>unaltered internal and external reproductive anatomy.</u>

1

HB ORG

12  (b) Upon the failure of any person enrolling a pupil to furnish a certified copy of the pupil's
13 birth record in conformance with subsection (a) above, the principal of the school in which the
14 pupil is being enrolled or his or her designee shall immediately notify the local law-enforcement
15 agency. The notice to the local law-enforcement agency shall include copies of the submitted
16 proof of the pupil's identity, ~~and~~ age, and sex at time of birth and the affidavit explaining the
17 inability to produce a certified copy of the birth record.
18  (c) Within fourteen days after enrolling a transferred pupil, the principal of the school in
19 which the pupil has been enrolled or his or her designee shall request that the principal or his or
20 her designee of the school in which the pupil was previously enrolled transfer a certified copy of
21 the pupil's birth record.
22  (d) Principals and their designees shall be immune from any civil or criminal liability in
23 connection with any notice to a local law-enforcement agency of a pupil lacking a birth certificate
24 or failure to give such notice as required by this section.
25  (e) The sex identified in subsection (a) above shall be the pupil's sex for the purposes of
26 participating in single-sex secondary school interscholastic athletic events under the control,
27 supervision, and regulation of the West Virginia Secondary Schools Activities Commission
28 pursuant to §18-2-25 of this code.

**§18-2-25. Authority of county boards to regulate athletic and other extracurricular activities of secondary schools; delegation of authority to West Virginia Secondary School Activities Commission; authority of commission; approval of rules by state board; incorporation; funds; participation by private and parochial schools, ~~and~~ by home-schooled students and by preparatory athletic programs; student participation in single-sex secondary school interscholastic athletic events.**

29  (a) The county boards of education shall exercise the control, supervision, and regulation
30 of all interscholastic athletic events, and other extracurricular activities of the students in public

HB ORG

31 secondary schools, and of those schools of their respective counties. The county board of
32 education may delegate control, supervision, and regulation of interscholastic athletic events and
33 band activities to the West Virginia Secondary School Activities Commission.
34     (b) The West Virginia Secondary School Activities Commission is composed of the
35 principals, or their representatives, of those secondary schools whose county boards of education
36 have certified in writing to the State Superintendent of Schools that they have elected to delegate
37 the control, supervision, and regulation of their interscholastic athletic events and band activities
38 of the students in the public secondary schools in their respective counties to the commission.
39 The West Virginia Secondary School Activities Commission may exercise the control, supervision,
40 and regulation of interscholastic athletic events and band activities of secondary schools,
41 delegated to it pursuant to this section. The rules of the West Virginia Secondary School Activities
42 Commission shall contain a provision for a proper review procedure and review board and be
43 promulgated in accordance with the provisions of chapter 29A of this code, but shall, in all
44 instances, be subject to the prior approval of the state board. The West Virginia Secondary School
45 Activities Commission, may, with the consent of the State Board of Education, incorporate under
46 the name of West Virginia Secondary School Activities Commission, Inc., as a nonprofit, nonstock
47 corporation under the provisions of chapter 31 of this code. County boards of education may
48 expend moneys for and pay dues to the West Virginia Secondary School Activities Commission,
49 and all moneys paid to the commission, as well as moneys derived from any contest or other
50 event sponsored by the commission, are quasi-public funds as defined in §18-5-1 *et seq.* of this
51 code, and the funds of the commission are subject to an annual audit by the State Tax
52 Commissioner.
53     (c) The West Virginia Secondary School Activities Commission shall promulgate
54 reasonable rules providing for the control, supervision, and regulation of the interscholastic
55 athletic events and other extracurricular activities of private and parochial secondary schools as

HB ORG

56 elect to delegate to the commission control, supervision, and regulation, upon the same terms
57 and conditions, subject to the same rules and requirements and upon the payment of the same
58 fees and charges as those provided for public secondary schools. Any such private or parochial
59 secondary school shall receive any monetary or other benefits in the same manner and in the
60 same proportion as any public secondary school.
61     (d) Notwithstanding any other provision of this section, or the commission's rules, the
62 commission shall consider eligible for participation in interscholastic athletic events and other
63 extracurricular activities of secondary schools a student who is receiving home instruction
64 pursuant to §18-8-1(c) of this code and who:
65     (1) Has demonstrated satisfactory evidence of academic progress for one year in
66 compliance with the provisions of that subsection: *Provided,* That the student's average test
67 results are within or above the fourth stanine in all subject areas;
68     (2) Is enrolled in at least one virtual instructional course per semester, consistent with the
69 applicable virtual instruction policy of the county board in which the home-schooled student lives
70 and the State Board;
71     (3) Has not reached the age of 19 by August 1 of the current school year;
72     (4) Is an amateur who receives no compensation but participates solely for the
73 educational, physical, mental and social benefits of the activity;
74     (5) Agrees to comply with all disciplinary rules of the West Virginia Secondary School
75 Activities Commission and the county board in which the home-schooled student lives; and
76     (6) Agrees to obey all rules of the West Virginia Secondary School Activities Commission
77 governing awards, all-star games, parental consents, physical examinations, and vaccinations
78 applicable to all high school athletes.
79     Eligibility is limited to participation in interscholastic athletic events and other
80 extracurricular activities at the public secondary school serving the attendance zone in which the
81 student lives: *Provided,* That home-schooled students who leave a member school during the

HB ORG

82   school year are subject to the same transfer protocols that apply to member-to-member transfers.
83   Reasonable fees may be charged to the student to cover the costs of participation in
84   interscholastic athletic events and other extracurricular activities.
85   (e) The West Virginia Secondary School Activities Commission shall recognize
86   preparatory athletic programs, whose participants attend a secondary school in West Virginia for
87   academic instruction, as nonparticipating members of the commission solely for the purpose of
88   competing on the national level: *Provided*, That the preparatory athletic program shall pay the
89   same fees as member schools. Such recognition does not entitle the preparatory athletic program
90   to compete against a member school during the regular season or in any commission state
91   championship events. The commission may promulgate an emergency rule pursuant to
92   subsection (b) of this section, if necessary, to carry out the intent of this subsection.
93   (f) Prior to a student's participation in single-sex secondary school interscholastic athletic
94   events, the West Virginia Secondary School Activities Commission must verify with each county
95   board that each student participating in single-sex interscholastic events is participating according
96   to the student's sex at the time of the student's birth pursuant to §18-2-5c.
97   This subsection does not prohibit students from participating in a co-educational
98   secondary school interscholastic athletic events. Students may participate in a co-educational
99   secondary school interscholastic athletic events without having to comply with the requirements
100  of this subsection.

NOTE: The purpose of this bill is to require that a secondary student athlete's participation in single-sex athletics be based upon the athlete's biological sex, as indicated on the athlete's original birth certificate issued at the time of birth.

Strike-throughs indicate language that would be stricken from a heading or the present law and underscoring indicates new language that would be added.