IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON<br><br>*Plaintiff,*<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA<br><br>*Defendants*<br><br>and<br><br>LAINEY ARMISTEAD<br><br>*Defendant-Intervenor.* | Case No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br>Oral Argument Requested |

### DEFENDANT-INTERVENOR AND THE STATE OF WEST VIRGINIA'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JOSHUA SAFER

Defendant-Intervenor Lainey Armistead and the State of West Virginia move to exclude the testimony of Dr. Joshua Safer pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support of their motion, they rely on the affidavits, admissions, depositions, expert reports, studies, and other documents included in the appendix attached to Defendant-Intervenor and the State of West Virginia's Motion to Exclude Expert Testimony of Dr. Deanna Adkins in addition to the contemporaneously filed Memorandum of Law. Ms. Armistead and the State request oral argument to be heard at a time and date set by the Court under Local Rule of Civil Procedure 9.8. They respectfully pray for this relief and for any further relief this Court may deem just and proper.

1

Respectfully submitted this 12th day of May, 2022.

|  |  |
|---|---|
| /s/ Brandon S. Steele<br>Brandon Steele, WV Bar No. 12423<br>Joshua D. Brown, WV Bar No. 12652<br>The Law Offices of Brandon S. Steele<br>3049 Robert C. Byrd Drive, Suite 100<br>Beckley, WV 25801<br>(304) 253-1230<br>(304) 255-1520 Fax<br>bsteelelawoffice@gmail.com<br>joshua_brown05@hotmail.com<br><br>Jonathan Scruggs, AZ Bar No. 030505*<br>Roger G. Brooks, NC Bar No. 16317*<br>Henry W. Frampton, IV, SC Bar No. 75314*<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@adflegal.org<br>rbrooks@adflegal.org<br>hframpton@adflegal.org<br><br>Christiana Holcomb, DC Bar No. 176922*<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>(202) 347-3622 Fax<br>cholcomb@adflegal.org | PATRICK MORRISEY<br>*West Virginia Attorney General*<br><br>/s/ Curtis R. A. Capehart<br>Douglas P. Buffington II (WV Bar # 8157)<br>  *Chief Deputy Attorney General*<br>Curtis R.A. Capehart (WV Bar # 9876)<br>  *Deputy Attorney General*<br>David C. Tryon (WV Bar #14145)<br>  *Deputy Solicitor General*<br>OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL<br>State Capitol Complex<br>1900 Kanawha Blvd. E, Building 1, Room E-26<br>Charleston, WV 25305-0220<br>Telephone: (304) 558-2021<br>Facsimile: (304) 558-0140<br>Email:  David.C.Tryon@wvago.gov<br><br>*Counsel for Defendant, STATE OF WEST VIRGINIA* |

(signatures continued on next page)

Tyson C. Langhofer, VA Bar No. 95204*
Rachel A. Csutoros, MA Bar No. 706225*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-2119
(571) 707-4790 Fax
tlanghofer@adflegal.org
rcsutoros@adflegal.org

Travis C. Barham, GA Bar No. 753251*
Alliance Defending Freedom
1000 Hurricane Shoals Road NE, Ste D-1100
Lawrenceville, GA 30043
(770) 339-0774
(770) 339-0774 Fax
tbarham@adflegal.org

Timothy D. Ducar, AZ Bar No. 015307*
Law Offices of Timothy D. Ducar, PLC
7430 E. Butherus Drive, Suite E
Scottsdale, AZ 85260
(480) 502-2119
(480) 452-0900 Fax
tducar@azlawyers.com

*Visiting Attorneys
Attorneys for Defendant-Intervenor

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON<br><br>*Plaintiff,*<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA<br><br>*Defendants,*<br><br>and<br><br>LAINEY ARMISTEAD<br><br>*Defendant-Intervenor.* | Case No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

CERTIFICATE OF SERVICE

I, Brandon Steele, hereby certify that on May 12, 2022, I electronically filed a true and exact copy of the forgoing with the Clerk of Court and all parties using the CM/ECF system.

/s/ *Brandon S. Steele*
Brandon Steele, WV Bar No. 12423
The Law Offices of Brandon S. Steele
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801
(304) 253-1230
(304) 255-1520 Fax
bsteelelawoffice@gmail.com

*Attorney for Defendant-Intervenor*

4