# Exhibit E

Received: 26 January 2017 | Revised: 4 April 2017 | Accepted: 6 April 2017

DOI: 10.1111/cen.13350

**ORIGINAL ARTICLE**

WILEY

# Sex differences in athletic performance emerge coinciding with the onset of male puberty

David J Handelsman 

ANZAC Research Institute, University of Sydney, Sydney, NSW, Australia

**Correspondence**
David J. Handelsman,
ANZAC Research Institute, Concord Hospital 2139 Sydney, NSW, Australia.
Email: djh@anzac.edu.au

**Summary**

**Background:** Male performance in athletic events begins to exceed that of age-matched females during early adolescence, but the timing of this divergence relative to the onset of male puberty and the rise in circulating testosterone remains poorly defined.

**Design:** This study is a secondary quantitative analysis of four published sources which aimed to define the timing of the gender divergence in athletic performance and relating it to the rise in circulating testosterone due to male puberty.

**Data:** Four data sources reflecting elite swimming and running and jumping track and field events as well as hand-grip strength in nonathletes were analysed to define the age-specific gender differences through adolescence and their relationship to the rising circulating testosterone during male puberty.

**Results:** The onset and tempo of gender divergence were very similar for swimming, running and jumping events as well as the hand-grip strength in nonathletes, and all closely paralleled the rise in circulating testosterone in adolescent boys.

**Conclusions:** The gender divergence in athletic performance begins at the age of 12-13 years and reaches adult plateau in the late teenage years with the timing and tempo closely parallel to the rise in circulating testosterone in boys during puberty.

**KEYWORDS**

age group, performance, puberty, swimming, testosterone, track and field

## 1 | INTRODUCTION

It is well known that men's athletic performance exceeds that of women especially in power sports because of men's greater strength, speed and endurance. This biological physical advantage of mature males forms the basis for gender segregation in many competitive sports to allow females a realistic chance of winning events. This physical advantage in performance arises during early adolescence when male puberty commences after which men acquire larger muscle mass and greater strength, larger and stronger bones, higher circulating haemoglobin as well as mental and/or psychological differences. After completion of male puberty, circulating testosterone levels in men are consistently 10-15 times higher than in children or women at any age.[1] The age at which sex differences emerge is reported as around the age of 12 from a study of individual Norwegian athletes in two running and two jumping events[2] and at 13-14 years in four track and field skills in Polish athletes[3]; however, the relationship to male puberty and circulating testosterone is not clear. This study investigates the age of the gender divergence in performance in elite swimming and a wider range of elite athletic events as well as a community-based study of grip strength among nonathletes to deduce the onset and progression of the gender divergence in performance of athletes and relates this to the timing and tempo of male puberty and the rise in circulating testosterone into adult male levels.

## 2 | MATERIAL AND METHODS

Four sources of published data were used in this study for which no ethics approval was required. The first was the US Age Group Swimming time standards which lists the prevailing time standard for entry to the top level (AAAA long course criteria) of all boys and girls events for individual years from 1981 to 2016 (accessed Oct 2016).

http://www.usaswimming.org/DesktopDefault.aspx?TabId=2628&Alias=Rainbow&Lang=en

Age groups were classified into five categories 10 and under, 11-12 years, 13-14 year, 15-16 years and 17-18 years. The seven events in common to all age groups were freestyle (50 m, 100 m, 200 m), backstroke, breaststroke and butterfly (all 100 m) and individual medley (200 m).

A second data source was the current world records for boys and girls between the ages of 5 and 19 years available at http://age-records.125mb.com/ (curated by Dominique Eisold, accessed Oct 2016). This included sufficient data to cover the timing of puberty onset with some pre- and postpuberty ages (ages 9-19 years) for a wide range of boys and girls track and field events. For this study, the running events included were 50 m, 60 m, 100 m, 200 m, 300 m, 400 m, 500 m, 600 m, 800 m, 1000 m, 1500 m, 1 mile, 2000 m, 3000 m and 2 miles. Only records recorded by fully automatic timing devices were included whether set indoor or outdoor or at altitude (>1000 m), but wind-assisted records were excluded from this analysis. The jumping events included were high jump, pole vault, long jump, triple jump, standing long jump.

The third data source was from a published study[1] in which serum testosterone was measured in over 100 000 consecutive serum samples processed over 7 years from a single pathology laboratory which was analysed to estimate male and female age-specific reference ranges across the full lifespan.

The fourth was a meta-analysis of secular changes in hand-grip strength in nonathletic children and adolescents from Canada and United States[4] using the data provided on 5676 males and 5489 females in 19 studies conducted between 1966 and 2009.

Data analysis was performed by analysis of variance and nonlinear curve fitting using NCSS 11 Statistical Software (NCSS LLC. Kaysville, Utah, USA). For each event used in this analysis, the age-specific record or age-group time standard was defined for boys (Tb) and girls (Tg) so the difference (expressed as a percentage) between boys and girls for any event was defined as $D=(Tg-Tb)*100/Tg$. For athletic jumping events, an analogous definition for record length was used (Lb for boys, Lg for girls) with the male advantage defined as $D=(Lb-Lg)*100/Lg$. For the athletic events where individual year age records were available across the age of puberty, the age-specific difference (as a percentage) for each year of age were pooled into running or jumping categories. For track and field performance, the pooled data were fitted to a four-parameter sigmoidal curve which allowed for asymptotic estimation of the lower (prepubertal) and upper (postpubertal) plateaus from the four parameters. In addition, the timing and tempo of the pubertal increase were defined by the start of puberty, defined as the time when 20% of the ultimate increase due to puberty had occurred ($ED_{20}$), and mid-puberty as the time when half the ultimate increase had occurred ($ED_{50}$). For swimming, the pooled gender differences for all strokes and distances were fitted by a smoothed spline curve. For hand-grip strength, the differences were fitted to a piecewise linear-quadratic curve with a single inflexion point.

## 3 | RESULTS

In swimming performance, the overall gender differences were highly significant with age group ($F_{4,360}$=1481, $P$<.0001) and stroke ($F_{4,360}$=11.9, $P$<.0001) as main (between) effects (Figure 1). There was no significant difference according to year (as a within factor, $P$=.99) so that for further analysis, years were taken as replicates. Using a sigmoidal curve fit for the overall gender differences pooling all strokes and distances, the $ED_{20}$ was 11.4 years and the $ED_{50}$ was 12.8 years.

Within a single stroke (freestyle), in addition to expected age-group effects ($F_{4,525}$=2174, $P$<.0001), there were also significant effects according to distance ($F_{2,525}$=231.5, $P$<.0001) whereby the age-group effects was significantly greater the shorter the event distance (Figure 2, 50 m>100 m>200 m, age group x distance interaction, $F_{8,525}$=55.9, $P$<.0001) (Figure 1). Similarly, for a fixed length of events (100 m) and after taking age-group effects into account, the four form strokes did differ significantly ($F_{3,700}$=12.9, $P$<.0001) producing significant



**FIGURE 1** Gender differences in performance (in percentage) according to age group and stroke (left panel) or distance in freestyle events (right) in swimming events. Data shown as mean and standard error of the mean. Note greatest increase after the age of 12 years by age in breaststroke and least in freestyle and magnitude of increases are 50 m>100 m>200 m in freestyle events. [Colour figure can be viewed at wileyonlinelibrary.com]

differences between strokes (interaction $F_{12,700}=23.4$, $P<.0001$), the most prominent being for breaststroke, which displayed the greatest age-group effect, and butterfly followed by backstroke and then freestyle, which showed the least age-group effect (Figure 1).

In track and field athletics, the effects of age on running performance (Figure 2 upper left panel) showed that the prepubertal differences of 3.0% increased to a plateau of 10.1% with an onset ($ED_{20}$) at 12.4 years and reaching midway ($ED_{50}$) at 13.9 years. For jumping (Figure 2 upper right panel), the prepubertal difference of 5.8% increased to 19.4% starting at 12.4 years and reaching midway at 13.9 years. The timing of the male advantage in running, jumping and swimming was similar and corresponded to the increases in serum testosterone in males (Figure 2 lower panel).

To examine age of gender divergence in strength in an analogous data set from a nonathletic population (Canadian and US children and adolescents), the age trends in hand-grip strength showed a difference in hand-grip strength commencing from the age of 12.8 years onwards (Figure 3). Prior to the age of 13 years, boys had a marginally significant greater grip strength than girls (n=45, $t=2.0$, $P=.026$), but after the age of 13 years, there was a strong significant relationship between age and difference in grip strength (n=18, $r=.89$, $P<.001$).

## 4 | DISCUSSION

The present study shows that the gender divergence in performance for swimming and for running and jumping track and field events is very closely aligned to the timing of the onset of male puberty, which typically has onset at around 12 years of age.[5,6] These findings are consistent with reports on the timing of the gender differences in performance observed among Norwegian athletes in two running and two jumping events[2] and for track and field skills among Polish athletes.[3] This study extends the findings to swimming and a wider range of running and jumping track and field events. This timing is also consistent with the start of the gender divergence in fat-free (muscle) mass[7] and strength increases.[8,9]

In this study, the timing and tempo of male puberty effects on running and jumping performance were virtually identical and very similar



**FIGURE 2** Gender differences in performance (in percentage) according to age (in years) in running events including 50 m, 60 m, 100 m, 200 m, 300 m, 400 m, 500 m, 600 m, 800 m, 1000 m, 1500 m, 1 mile, 2000 m, 3000 m and 2 miles (upper left panel) and in jumping events including high jump, pole vault, triple jump, long jump and standing long jump (upper right panel). Fitted sigmoidal curve plot of gender differences in performance (in percentage) according to age (in years) in running, jumping and swimming events as well as serum testosterone (lower panel). Data shown as mean and standard error of the mean of the pooled gender differences by age. [Colour figure can be viewed at wileyonlinelibrary.com]



**FIGURE 3** Hand-grip strength in children and adolescents from 19 studies including 5676 males (square) and 5489 females (circles) and the differences between male and females (diamonds) conducted between 1966 and 2009. The dotted line represents the fitted curve using a piecewise linear-quadratic curve fit with an automatically defined inflexion point at 12.8 years. [Colour figure can be viewed at wileyonlinelibrary.com]

to those in swimming events. Furthermore, these coincided with the timing of the rise in circulating testosterone due to male puberty. In addition to the strikingly similar timing and tempo, the magnitude of the effects on performance by the end of this study was 10.0% for running and 19.3% for jumping, both consistent with the gender differences in performance of adult athletes previously reported to be 10%-12% for running[10,11,12] and 19% for jumping.[12] The similar magnitude of the plateau effects observed for the oldest (postpubertal) stages in this study with mature adult gender differences suggests there are likely minimal if any further divergences in gender performance among athletes after the age of 20 years.

In the swimming events, despite the continued progressive improvements in individual male and female event records, the stability of the gender difference over 35 years shown in this study suggests that the gender differences in performance are stable and robust. These findings are consistent with a previous report of no narrowing of the gender gap in swimming event performance over more than three decades.[12] These findings contribute to discounting previous suggestions that the gender gap in performance of athletes was narrowing and might even disappear,[13] interpretations which were confounded by the increasing participation of females in elite sports through the 20th century that led to short-term accelerating improvement until women approached closer to contemporary female performance plateau.[12] The greater effect of male puberty on shorter freestyle events is consistent with the greater power demands of short sprint events than for longer freestyle events that involve more endurance. The consistent differences between form strokes over 100-m events, even after accounting for the very dominant age-group effect, suggest that the power demands on performance were most prominent in breaststroke and least in freestyle, presumably due to the different mechanical demands of the different strokes.

The gender divergence in hand-grip strength among nonathletic children and adolescents strengthens the view that these gender divergences are a feature of normal male puberty rather than being a feature that manifests only in elite athletes.

The similar time course of the rise in circulating testosterone with that of the gender divergences in swimming and track and field sports is strongly suggestive that these effects arise from the increase in circulating testosterone from the start of male puberty.[1] Somatic effects of male puberty differ in responsiveness to the postpubertal increase in serum testosterone. Muscle effects of testosterone have been established in well-controlled, interventional clinical experiments in healthy young[14,15] and older[16] men. Testosterone increases muscle mass and strength over weeks to months with a strong dose-response evident from below to above physiological testosterone doses and concentrations. Analogous findings are reported in androgen-deficient (hypogonadal) men administered testosterone replacement therapy[17] and in women receiving appropriately lower testosterone doses,[18] and observational dose-effect relationship between endogenous testosterone and upper or lower body muscle mass is reported in healthy men.[19] Most if not all sex differences in maximal oxygen uptake are explained by differences in muscle mass.[20-22]

Adult male circulating testosterone also has marked effects on bone development leading to longer, stronger and denser bone than in age-matched females.[23] However, testosterone effects on bone are slower in onset and probably less reversible than effects on muscle. For example, men achieve peak bone mass at the end of skeletal maturation only in the early 1920s, about a decade after the start of sustained exposure to adult male testosterone levels. Furthermore, while testosterone deficiency may lead to loss of bone density,[23] the overall structural framework of the skeleton is likely to change slowly if at all. Hence, the extent to which testosterone-induced bone changes contribute to the male advantage in adolescent athletic performance is unclear but is probably at least not maximal until the third decade of life by which time the gender differences are already stabilized.

A further biological advantage of adult male circulating testosterone concentrations is the increased circulating haemoglobin. Men have ~10 g/L greater haemoglobin than women[24] with the gender differences also evident from the age of 13-14 years.[25] Testosterone effects on haemoglobin are replicated by administration of exogenous testosterone in a dose-dependent fashion[26] within 1-3 months.[27] Like the effects on muscle, the erythropoietic effect of testosterone is relatively rapid and reversible in contrast to the slower effects on bone. Although a higher haemoglobin is likely to provide advantages in endurance rather than power events, it is unclear how much the relatively modest magnitude of this gender difference contributes to the male advantage in athletic performance.

Finally, exposure to adult male testosterone concentrations is likely to produce some mental or psychological effects.[28] However, the precise nature of these remains controversial and it is not clear whether, or to what extent, this contributes to the superior elite sporting performance of men in power sports compared with the predominant effects on muscle mass and function.

The strength of the present study is that it includes a wide range of swimming as well as track and field running and jumping events as well as strength for nonathletes for males and females across the ages spanning the onset of male puberty. The similar timing of the gender divergence in each of these settings to that of the rise in circulating

testosterone to adult male levels strongly suggests that they all reflect the increase in muscular size and strength although the impact of other androgen-dependent effects on bone, haemoglobin and psychology may also contribute. Limitations of this study include that it could not extend to all swimming or track and field events due to the restricted participation of younger age groups in more gruelling events. Furthermore, the testosterone measurements were not from the individual athletes included in the analysis of available published data so that the comparisons are cohort-wise rather than based on individuals.

It is concluded that the gender divergence in athletic performance begins at the age of 12-13 years and reaches adult plateau in the late teenage years. Although the magnitude of the divergence varies between athletic skills, the timing and tempo are closely parallel with each other and with the rise in circulating testosterone in boys during puberty to reach adult male levels.

### ACKNOWLEDGEMENTS

The author is grateful to Professor Ken Fitch for helpful advice.

### CONFLICT OF INTERESTS

Nothing to declare.

### REFERENCES

1. Handelsman DJ, Sikaris K, Ly LP. Estimating age-specific trends in circulating testosterone and sex hormone-binding globulin in males and females across the lifespan. *Annu Clin Biochem*. 2016;53:377-384.
2. Tonnessen E, Svendsen IS, Olsen IC, Guttormsen A, Haugen T. Performance development in adolescent track and field athletes according to age, sex and sport discipline. *PLoS ONE*. 2015;10:e0129014.
3. Malina RM, Slawinska T, Ignasiak Z, et al. Sex differences in growth and performance of track and field athletes 11-15 years. *J Hum Kinet*. 2010;24:79-85.
4. Silverman IW. The secular trend for grip strength in Canada and the United States. *J Sports Sci*. 2011;29:599-606.
5. Beccuti G, Ghizzoni L. Normal and abnormal puberty. In: De Groot LJ, Beck-Peccoz P, Chrousos G, et al., eds. *Endotext*. MDText.com, Inc.: South Dartmouth, MA; 2000.
6. Day FR, Bulik-Sullivan B, Hinds DA, et al. Shared genetic aetiology of puberty timing between sexes and with health-related outcomes. *Nat Commun*. 2015;6:8842.
7. Malina RM, Bouchard C, Beunen G. Human growth: selected aspects of current research on well-nourished children. *Ann Rev Anthropol*. 1988;17:187-219.
8. Sartorio A, Lafortuna CL, Pogliaghi S, Trecate L. The impact of gender, body dimension and body composition on hand-grip strength in healthy children. *J Endocrinol Invest*. 2002;25:431-435.
9. Henneberg M, Brush G, Harrison GA. Growth of specific muscle strength between 6 and 18 years in contrasting socioeconomic conditions. *Am J Phys Anthropol*. 2001;115:62-70.
10. Cheuvront SN, Carter R, Deruisseau KC, Moffatt RJ. Running performance differences between men and women:an update. *Sports Med*. 2005;35:1017-1024.
11. Seiler S, De Koning JJ, Foster C. The fall and rise of the gender difference in elite anaerobic performance 1952-2006. *Med Sci Sports Exerc*. 2007;39:534-540.
12. Thibault V, Guillaume M, Berthelot G, et al. Women and men in sport performance: the gender gap has not evolved since 1983. *J Sports Sci Med*. 2010;9:214-223.
13. Beneke R, Leithauser RM, Doppelmayr M. Women will do it in the long run. *Br J Sports Med*. 2005;39:410.
14. Bhasin S, Storer TW, Berman N, et al. The effects of supraphysiologic doses of testosterone on muscle size and strength in normal men. *N Engl J Med*. 1996;335:1-7.
15. Finkelstein JS, Lee H, Burnett-Bowie SA, et al. Gonadal steroids and body composition, strength, and sexual function in men. *N Engl J Med*. 2013;369:1011-1022.
16. Bhasin S, Woodhouse L, Casaburi R, et al. Older men are as responsive as young men to the anabolic effects of graded doses of testosterone on the skeletal muscle. *J Clin Endocrinol Metab*. 2005;90:678-688.
17. Bhasin S, Storer TW, Berman N, et al. Testosterone replacement increases fat-free mass and muscle size in hypogonadal men. *J Clin Endocrinol Metab*. 1997;82:407-413.
18. Huang G, Basaria S, Travison TG, et al. Testosterone dose-response relationships in hysterectomized women with or without oophorectomy: effects on sexual function, body composition, muscle performance and physical function in a randomized trial. *Menopause*. 2014;21:612-623.
19. Mouser JG, Loprinzi PD, Loenneke JP. The association between physiologic testosterone levels, lean mass, and fat mass in a nationally representative sample of men in the United States. *Steroids*. 2016;115:62-66.
20. Jones NL, Makrides L, Hitchcock C, Chypchar T, McCartney N. Normal standards for an incremental progressive cycle ergometer test. *Am Rev Respir Dis*. 1985;131:700-708.
21. Svedenhag J. Maximal and submaximal oxygen uptake during running: how should body mass be accounted for? *Scand J Med Sci Sports*. 1995;5:175-180.
22. Genberg M, Andren B, Lind L, Hedenstrom H, Malinovschi A. Commonly used reference values underestimate oxygen uptake in healthy, 50-year-old Swedish women. *Clin Physiol Funct Imaging*. 2016; doi: 10.1111/cpf.12377. [Epub ahead of print]
23. Vanderschueren D, Laurent MR, Claessens F, et al. Sex steroid actions in male bone. *Endocr Rev*. 2014;35:906-960.
24. Murphy WG. The sex difference in haemoglobin levels in adults - mechanisms, causes, and consequences. *Blood Rev*. 2014;28:41-47.
25. Krabbe S, Christensen T, Worm J, Christiansen C, Transbol I. Relationship between haemoglobin and serum testosterone in normal children and adolescents and in boys with delayed puberty. *Acta Paediatr Scand*. 1978;67:655-658.
26. Coviello AD, Kaplan B, Lakshman KM, Chen T, Singh AB, Bhasin S. Effects of graded doses of testosterone on erythropoiesis in healthy young and older men. *J Clin Endocrinol Metab*. 2008;93:914-919.
27. Bachman E, Travison TG, Basaria S, et al. Testosterone induces erythrocytosis via increased erythropoietin and suppressed hepcidin: evidence for a new erythropoietin/hemoglobin set point. *J Gerontol A Biol Sci Med Sci*. 2014;69:725-735.
28. Celec P, Ostatnikova D, Hodosy J. On the effects of testosterone on brain behavioral functions. *Front Neurosci*. 2015;9:12.

**How to cite this article:** Handelsman DJ. Sex differences in athletic performance emerge coinciding with the onset of male puberty. *Clin Endocrinol (Oxf)*. 2017;87:68–72. https://doi.org/10.1111/cen.13350