IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>      *Plaintiff*,<br><br>  v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>      *Defendants*,<br><br>  and<br><br>LAINEY ARMISTEAD,<br>      *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## DECLARATION OF SRUTI SWAMINATHAN

I, Sruti Swaminathan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Lambda Legal and counsel of record for Plaintiff B.P.J., with her next friend and mother, Heather Jackson. The following is true of my own personal knowledge, and, if called as a witness, I would and could testify competently thereto.

2. I submit this declaration in support of Plaintiff B.P.J.'s memorandum of law in support of the motion to exclude the expert testimony of James M. Cantor.

3. Attached to this declaration are true and correct copies of the documents listed in the table below.

1

| Exhibit | Description |
|---|---|
| A | Decl. and Expert Report of James M. Cantor, Ph.D. |
| B | Dep. Tr. of James M. Cantor, Ph.D., March 21, 2022 |
| C | Justin Lehmiller, *The Kinsey Institute Interview Series: A Conversation with Dr. James Cantor,* Kinsey Institute, https://kinseyinstitute.org/news-events/news/2017-09-28-james-cantor.php |
| D | Dep. Tr. of Aron Janssen, M.D., April 4, 2022 |
| E | National Academies of Sciences, Engineering, and Medicine, *Understanding the Well-Being of LGBTQI+ Populations* (2020), http://nap.edu/25877 |
| F | Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102(11) The Journal of Clinical Endocrinology & Metabolism 3869–3903 (Nov. 2017), https://doi.org/10.1210/jc.2017-01658 |
| G | James Cantor, *Do trans- kids stay trans- when they grow up?* Sexology Today (Jan. 11, 2016), http://www.sexologytoday.org/2016/01/do-trans-kids-stay-trans-when-they-grow_99.html |
| H | Dep. Tr. of Stephen Levine, M.D., March 30, 2022 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 12, 2022      */s/ Sruti Swaminathan*
         Sruti Swaminathan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## CERTIFICATE OF SERVICE

I, Loree Stark, do hereby certify that on this 12th day of May, 2022, I electronically filed a true and exact copy of the foregoing document with the Clerk of Court and all parties using the CM/ECF System.

*/s/ Loree Stark*
Loree Stark
West Virginia Bar No. 12936

3