# Exhibit B

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION
 4
 5    _____
                                    )
 6    B.P.J. by her next friend and)
      mother, HEATHER JACKSON,      )
 7                                  )
              Plaintiff,            )
 8                                  )  No. 2:21-cv-00316
         vs.                        )
 9                                  )
      WEST VIRGINIA STATE BOARD OF )
10    EDUCATION, HARRISON COUNTY    )
      BOARD OF EDUCATION, WEST      )
11    VIRGINIA SECONDARY SCHOOL     )
      ACTIVITIES COMMISSION, W.     )
12    CLAYTON BURCH in his official)
      capacity as State            )
13    Superintendent, DORA STUTLER,)
      in her official capacity as  )
14    Harrison County              )
      Superintendent, and THE STATE)
15    OF WEST VIRGINIA,            )
                                    )
16              Defendants,         )
                                    )
17    LAINEY ARMISTEAD,             )
                                    )
18          Defendant-Intervenor.)
      _____)
19
                    VIDEOTAPED DEPOSITION OF
20                   JAMES M. CANTOR, PhD
                    Monday, March 21, 2022
21                        Volume I
22
      Reported by:
23    ALEXIS KAGAY
      CSR No. 13795
24    Job No.  5122845
25    PAGES 1 - 316
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION
 4
 5    _____
                                    )
 6    B.P.J. by her next friend and )
      mother, HEATHER JACKSON,      )
 7                                  )
                  Plaintiff,        )
 8                                  )  No. 2:21-cv-00316
         vs.                        )
 9                                  )
      WEST VIRGINIA STATE BOARD OF  )
10    EDUCATION, HARRISON COUNTY    )
      BOARD OF EDUCATION, WEST      )
11    VIRGINIA SECONDARY SCHOOL     )
      ACTIVITIES COMMISSION, W.     )
12    CLAYTON BURCH in his official )
      capacity as State            )
13    Superintendent, DORA STUTLER,)
      in her official capacity as   )
14    Harrison County               )
      Superintendent, and THE STATE)
15    OF WEST VIRGINIA,             )
                                    )
16               Defendants,        )
                                    )
17    LAINEY ARMISTEAD,             )
                                    )
18           Defendant-Intervenor.)
      _____)
19
20          Videotaped deposition of JAMES M. CANTOR,
21    Volume I, taken on behalf of Plaintiff, with all
22    participants appearing remotely, beginning at 9:03 a.m.
23    and ending at 5:33 p.m. on Monday, March 21, 2022,
24    before ALEXIS KAGAY, Certified Shorthand Reporter
25    No. 13795.
```

                                                      Page 2

```
1    APPEARANCES (Via Zoom Videoconference):

2

3    For West Virginia Secondary School Activities

4    Commission:

5        SHUMAN MCCUSKEY & SLICER

6        BY:  ROBERTA GREEN

7        Attorney at Law

8        1411 Virginia Street E

9        Suite 200

10       Charleston, West Virginia 25301-3088

11       RGreen@Shumanlaw.com

12

13   For the State of West Virginia:

14       WEST VIRGINIA ATTORNEY GENERAL

15       BY:  DAVID TRYON

16       Attorney at Law

17       112 California Avenue

18       Charleston West Virginia 25305-0220

19       681.313.4570

20       David.C.Tryon@wvago.gov

21

22

23

24

25
```

```
 1    APPEARANCES (Continued):

 2

 3    For West Virginia Board of Education and Superintendent

 4    Burch, Heather Hutchens as general counsel for the

 5    State Department of Education:

 6        BAILEY & WYANT, PLLC

 7        BY:  KELLY MORGAN

 8        Attorney at Law

 9        500 Virginia Street

10        Suite 600

11        Charleston, West Virginia 25301

12        KMorgan@Baileywyant.com

13

14    For Plaintiff:

15        LAMBDA LEGAL

16        BY:  SRUTI SWAMINATHAN

17        BY:  TARA BORELLI

18        BY:  MAIA ZELKIND

19        Attorneys at Law

20        120 Wall Street

21        Floor 19

22        New York, New York 10005-3919

23        SSwaminathan@lambdalegal.org

24        TBorelli@lambdalegal.org

25        MZelkind@lambdalegal.org
```

                                                  Page  4

```
 1    APPEARANCES (Continued):

 2

 3    For The Plaintiff, B.P.J.:

 4       COOLEY

 5       BY:  KATHLEEN HARTNETT

 6       BY:  VALERIA M. PELET DEL TORO

 7       BY:  KATELYN KANG

 8       BY:  ANDREW BARR

 9       BY:  ELIZABETH REINHARDT

10       BY:  JULIE VEROFF

11       BY:  ZOE HOLSTEROM

12       Attorneys at Law

13       500 Boylston Street

14       14th Floor

15       Boston, Massachusetts 02116-3740

16       617.937.2305

17       Khartnett@cooley.com

18       KKang@Cooley.com

19       VPeletdeltoro@cooley.com

20       ABarr@cooley.com

21       EReinhardt@cooley.com

22       JVeroff@cooley.com

23       ZHolstrom@cooley.com

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1    APPEARANCES (Continued):

 2

 3    For the Intervenor:

 4       ALLIANCE DEFENDING FREEDOM

 5       BY:  TRAVIS C. BARHAM

 6       BY:  CATIE KELLEY

 7       BY:  HAL FRAMPTON

 8       BY:  TYSON LANGHOFER

 9       Attorneys at Law

10       1000 Hurricane Shoals Road, NE 30043

11       Tbarham@adflegal.org

12       CKelley@adflegal.org

13       HFrampton@adflegal.org

14       TLanghofer@adflegal.org

15

16    For defendants Harrison County Board of Education and

17    Superintendent Dora Stutler:

18       STEPTOE & JOHNSON PLLC

19       BY:  JEFFREY M. CROPP

20       Attorney at Law

21       400 White Oaks Boulevard

22       Bridgeport, West Virginia 26330

23       304.933.8154

24       Jeffrey.cropp@steptoe-Johnson.com

25
```

Page  6

```
 1   APPEARANCES (Continued):

 2

 3   For West Virginia Board of Education and Superintendent

 4   Burch, Heather Hutchens as general counsel for the

 5   State Department of Education:

 6       BAILEY & WYANT, PLLC

 7       BY:  KELLY MORGAN

 8       Attorney at Law

 9       500 Virginia Street

10       Suite 600

11       Charleston, West Virginia 25301

12       KMorgan@Baileywyant.com

13

14

15   For the Plaintiff:

16       AMERICAN CIVIL LIBERTIES UNION

17       BY:  JOSHUA A. BLOCK

18       125 Broad Street

19       18th Floor

20       New York, New York 10004

21       JBlock@aclu.org

22       212.549.2500

23

24

25
```

Page  7

1    APPEARANCES (Continued):

2

3    Also Present:

4        LINDSAY DUPHILY - VERITEXT CONCIERGE

5

6    Videographer:

7        DAVE HALVORSON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

```
 1                        INDEX
 2    WITNESS                         EXAMINATION
 3    JAMES M. CANTOR, PhD
 4    Volume I
 5
 6                    BY COUNSEL SWAMINATHAN      15
 7                    BY MR. BARHAM               306
 8
 9
10                      EXHIBITS
11    NUMBER           DESCRIPTION           PAGE
12    Exhibit 44   Declaration of James M. Cantor,   32
13                 PhD
14
15    Exhibit 45   Declaration of James M. Cantor,   34
16                 PhD
17
18    Exhibit 46   "The Kinsey Institute Interview   145
19                 Series: A Conversation with
20                 doctor James Cantor"
21
22    Exhibit 47   Responses to Plaintiff's First et 176
23                 of Interrogatories to Defendant
24                 State of West Virginia
25
```

Page 9

1      Exhibit 48     Sexology Today! Article              186

2

3      Exhibit 49     Sexology Today! Article              190

4

5      Exhibit 50     "Mental Health Outcomes in           227
6                     Transgender and Nonbinary Youths
7                     Receiving Gender-Affirming Care"

8

9      Exhibit 51     "Association of Gender-Affirming      230
10                    Hormone Therapy with Depression,
11                    Thoughts of Suicide and Attempted
12                    Suicide among Transgender and
13                    Nonbinary Youth"

14

15     Exhibit 52     "Longitudinal impact of              235
16                    gender-affirming endocrine
17                    intervention on the mental health
18                    and well-being of transgender
19                    youths: Preliminary results"

20

21     Exhibit 53     "Body Dissatisfaction and mental     239
22                    health outcomes of youth on
23                    gender-affirming hormone therapy"

24

25     Exhibit 54     "Psychological Functioning in        243

1                    transgender adolescents before
2                    and after gender-affirmative care
3                    compared with cisgender general
4                    population peers"
5
6    Exhibit 55      "Psychological support, puberty        247
7                    suppression and psychosocial
8                    functioning in adolescents with
9                    gender dysphoria"
10
11   Exhibit 56      "Young Adult Psychological             250
12                   Outcome After Puberty Suppression
13                   and Gender Reassignment"
14
15   Exhibit 57      "Long-term Follow-up of               254
16                   Transsexual persons undergoing
17                   sex reassignment surgery: Cohort
18                   study in Sweden"
19
20   Exhibit 58      "Mental health of transgender          259
21                   children who are supported in
22                   their identities"
23
24   Exhibit 59      Florida Department of Children         261
25                   and Families v Adoption of XXG

Veritext Legal Solutions
866 299-5127

1     Exhibit 60    Olson 2016, Errata Issued        265

2

3     Exhibit 61    "Evaluation of anxiety and       268

4                   depression in a community sample

5                   of transgender youth"

6

7     Exhibit 62    "A Bill of Transsexual Rights" -  274

8                   JamesCantor.org

9

10    Exhibit 63    Sexology Today! Article          286

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1                    Monday, March 21, 2022

 2                        9:03 a.m.

 3

 4          THE VIDEOGRAPHER:  Okay.  Good morning.  We

 5     are on the record at 9:03 a.m. on March 21st, 2022.    06:03:33

 6          This is media unit 1 in the video-recorded

 7     deposition of Dr. James Cantor, in the matter of

 8     B.P.J. by Heather Jackson versus West Virginia State

 9     Board of Education, et al., filed in the U.S.

10     District Court for the Southern District of West        06:03:55

11     Virginia, in the Charleston Division.  The case

12     number is 2:21-cv-00316.

13          This deposition is being held virtually.

14          My name is Dave Halvorson.  I'm the

15     videographer here from Veritext.  And I'm here with     09:03:59

16     the court reporter, Alexis Kagay, also from

17     Veritext.

18          Counsel, can you please all identify

19     yourselves so the witness can be sworn in.

20          COUNSEL SWAMINATHAN:  Sure thing.              09:04:11

21          So this is Sruti Swaminathan with

22     Lambda Legal, and I am counsel for Plaintiff.  And

23     I'll allow my co-counsel from Lambda Legal to start

24     the introductions.

25          MS. BORELLI:  This is Tara Borelli from         09:04:24
```

                                                    Page 13

```
 1    Lambda Legal, for Plaintiff.

 2          MS. HARTNETT:  Hi.  This is Kathleen Hartnett

 3    from Cooley, LLP, for Plaintiff.

 4          MR. BARR:  Good morning.  This is Andrew Barr

 5    from Cooley, for Plaintiff.                     09:04:41

 6          MS. REINHARDT:  This is Elizabeth Reinhardt

 7    with Cooley, LLP, for Plaintiff.

 8          MS. KANG:  This is Katelyn Kang from Cooley,

 9    LLP, for Plaintiff.

10          MS. PELET DEL TORO:  This is Valeria Pelet   09:04:50

11    del Toro from Cooley, for Plaintiff.

12          MR. BLOCK:  This is Josh Block from the ACLU,

13    for Plaintiff.

14          THE VIDEOGRAPHER:  Is that --

15          COUNSEL SWAMINATHAN:  I believe that's       09:05:15

16    everyone on our end.

17          THE VIDEOGRAPHER:  Okay.

18          MR. TRYON:  This is David Tryon.  I'm with

19    the West Virginia Attorney General's Office,

20    representing the State of West Virginia.          09:05:24

21          MR. BARHAM:  This is Travis Barham with

22    Alliance Defending Freedom, Counsel for Intervenors,

23    defending the deposition.

24          MR. CROPP:  This is Jeffrey Cropp on behalf

25    of defendants Harrison County Board of Education and   09:05:37
```

Page 14

1      Superintendent Dora Stutler.

2           MS. MORGAN:  This is Kelly Morgan on behalf

3      of the West Virginia Board of Education and

4      Superintendent Burch.

5           MS. GREEN:  This is Roberta Green on behalf    09:05:52

6      of West Virginia Secondary School Activity (sic)

7      Commission.

8           THE VIDEOGRAPHER:  Okay.  If that's every- --

9      maybe Mr. Frampton?  Is that --

10          MR. FRAMPTON:  Sure, I'll identify myself,      09:06:10

11     although I'm not really participating.

12          Hal Frampton from Alliance Defending Freedom,

13     for the Intervenor.

14          THE VIDEOGRAPHER:  Okay.

15          Okay.  Can we please swear in the witness.      09:06:31

16          (Witness sworn.)

17          THE VIDEOGRAPHER:  Okay.  Please proceed.

18

19                    JAMES M. CANTOR, PhD,

20     having been administered an oath, was examined and

21     testified as follows:

22

23                      EXAMINATION

24     BY COUNSEL SWAMINATHAN:

25     Q    Good morning, Dr. Cantor.  Thank you again      09:06:33

                                                    Page 15

1     for your time today.  As I said, my name is

2     Sruti Swaminathan, and I'm an attorney with

3     Lambda Legal.

4          I use they/them pronouns, so if you have any

5     need to refer to me specifically, feel free to call     09:06:43

6     me Counsel Swaminathan or Attorney Swaminathan.

7          I represent B.P.J., the plaintiff in this

8     matter.  And, yeah, again, thank you for -- for

9     bearing with me today.

10          So how are you?                                   09:06:59

11     A    I'm fine.  Thank you.

12     Q    And would you please state and spell your

13     name for the record.

14     A    Dr. James Michael Cantor, J-a-m-e-s

15     M-i-c-h-a-e-l C-a-n-t-o-r.                             09:07:12

16     Q    Thank you.

17          And, Dr. Cantor, what pronouns do you use?

18     A    He/him.

19     Q    Great.  So let me explain some ground rules

20     so that the court reporter can establish a clean       09:07:23

21     transcript today.

22          I'll ask you questions, and you must answer

23     unless your counsel instructs you otherwise.

24          Do you understand?

25     A    Yes, I do.                                        09:07:33

                                                              Page 16

```
1       Q   And I will note, I might be looking above

2    you, as you can see me, the camera is just a little

3    bit below me, so apologies for that.

4           Okay.  And so, again, if your counsel objects

5    to my questions, you still need to answer my          09:07:47

6    questions unless they specifically instruct you not

7    to answer.

8           Do you understand that?

9       A   I do.

10      Q   Great.  If you don't understand my question,   09:07:53

11   please let me know.  I'm happy to try to rephrase it

12   or make it clear for you.

13          If you do answer my question, I will assume

14   that you understood.  Is that fair?

15      A   Yes.                                            09:08:06

16      Q   We can take a break whenever you need.  I

17   will try to naturally break every hour or so.

18   However, if I've asked a question or if I'm in the

19   middle of a line of questions, I'd appreciate if you

20   can provide me with an answer before we take a        09:08:17

21   break.

22          Do you understand that?

23      A   Yes.

24      Q   Great.  Let's do our best not to speak over

25   each other today.  And as you are doing right now,    09:08:26
```

Page 17

```
 1    please use verbal answers so that the court reporter

 2    can transcribe your answers accurately.

 3    Unfortunately, nodding your head or shaking your

 4    head cannot be captured by the court reporter.

 5         Do you understand that?                    09:08:42

 6    A    Yes, I do.

 7    Q    Great.  And so before we too -- get too far

 8    along today in the -- the substantive portion, I

 9    want to note for you that we're going to be talking

10    quite a bit about healthcare that's commonly used to  09:08:52

11    treat gender dysphoria for transgender people.

12         For the purposes of this deposition, when I

13    say "cisgender," I mean someone whose gender

14    identity matches the sex they were assigned at

15    birth.                                          09:09:07

16         Do you understand?

17    A    Yes, I do.

18    Q    For the purposes of this deposition, when I

19    say "transgender," I mean someone whose gender

20    identity does not match the sex they were assigned  09:09:14

21    at birth.

22         Do you understand?

23         MR. TRYON:  Objection; terminology.

24    BY COUNSEL SWAMINATHAN:

25    Q    You can answer.                             09:09:23
```

Page 18

```
 1        A    I understand what you mean, yes.

 2        Q    Great.  So if I refer to "care" as

 3    gender-affirming care or gender-confirming care, I

 4    am referring to medical care provided to transgender

 5    people to treat gender dysphoria.                    09:09:34

 6          Do you understand?

 7          MR. TRYON:  Objection; terminology.

 8          THE WITNESS:  To clarify, so when you say

 9    "care," you mean specifically medical care?

10    BY COUNSEL SWAMINATHAN:                              09:09:46

11        Q    I mean medical care.

12        A    I understand.

13        Q    Great.  And, again, when I say "B.P.J.," I am

14    referring to the plaintiff in the case.

15          Do you understand?                             09:09:56

16        A    Yes, I do.

17        Q    Great.  So you understand that you are

18    testifying under oath today, just as if you were

19    testifying in court; correct?

20        A    Yes, I do.                                  09:10:07

21        Q    Is there anything that would prevent you from

22    testifying truthfully today?

23        A    No.

24        Q    Is there any reason you're aware of that

25    would prevent you from completely and accurately     09:10:17
```

Page 19

```
 1    answering my questions?

 2        A    No.

 3        Q    Are you taking notes during this deposition?

 4        A    I wrote down one note to remind myself that

 5    when you use the word "care," you're referring          09:10:30

 6    specifically to medical care.

 7        Q    Okay.  Have you been deposed before,

 8    Dr. Cantor?

 9        A    Yes.

10        Q    How many times?                                09:10:42

11        A    About a dozen.

12        Q    About a dozen.

13             Let's go each -- through each occurrence

14    individually, starting with the first time you were

15    deposed.                                                 09:10:49

16             When was that, to your recollection?

17        A    It would have been about eight to ten years

18    ago.

19        Q    And what was the nature of the case?

20        A    What the diagnostic cutoffs are for -- for a   09:11:01

21    formal diagnosis of pedophilia or related

22    conditions.

23        Q    And what was your role in the case?

24        A    I was summarizing the science indicating that

25    sexual interest in a particular age range, 11 to        09:11:16
```

Page 20

1    14 years old, is diagnosable as a mental illness.

2        Q    And what course -- court was this in?

3        A    Oh, I don't remember the city.  It was in the

4    state of Illinois.

5        Q    Do you, by chance, happen to remember the          09:11:36

6    name of the case, either the plaintiff or the

7    defendant?

8        A    No, not offhand.

9        Q    Okay.  How about the second time you were

10   deposed?                                                    09:11:45

11       A    The same situation.  There were about six

12   such cases in Illinois.

13       Q    And so six out of the 12 or a dozen or so

14   cases that you mentioned deal with the same subject?

15       A    Roughly, yes.                                      09:12:02

16       Q    What about the other six?

17       A    Of those, roughly three more were a similar

18   kind of question, but in New York State.  Another

19   one, also in New York, was pertaining to whether

20   BDSM would count as a mental illness, but that case       09:12:23

21   did not go through to completion.  And then the

22   remaining cases were about trans issues.

23       Q    So about how many cases were about

24   transgender issues?

25       A    I think it's two others.                           09:12:42

Page 21

```
 1        Q    Could you tell me more about those two

 2   specific instances of your testimony?

 3        A    One was a -- the Josephson case, and one is

 4   the Cross case.

 5        Q    And tell me about the Josephson case.        09:13:06

 6   When -- when did you provide -- or when were you

 7   deposed in that case?

 8        A    Roughly a year ago.

 9        Q    Roughly a year ago.

10             And what was your role in connection with    09:13:14

11   that deposition?

12        A    To summarize the science on gender identity

13   issues.

14        Q    Okay.  And what court was that case in?

15        A    It was in -- I -- I believe that one was     09:13:29

16   Loudoun County.

17        Q    And then the second case you mentioned was

18   the Cross case.

19        A    Correct.

20        Q    And what was the nature of that case?        09:13:39

21        A    Similar, to summarize the science on gender

22   identity issues.

23        Q    Was that also within the past year that you

24   provided --

25        A    Yes.                                         09:13:49
```

Page 22

```
 1        Q    -- that testimony?

 2        A    Yes.

 3        Q    And was that in the same court as the

 4   Josephson case or a different court?

 5        A    A different court.                         09:13:56

 6        Q    Do you remember which court that was?

 7        A    No, I don't.

 8        Q    And so we just spoke about times that you've

 9   been deposed.  In any of these cases, did it require

10   you to testify in court as well?                     09:14:07

11        A    Yes.

12        Q    In which cases were you required to testify

13   in court?

14        A    Hold on.  I take that back.  It was one of

15   the two New York cases that required me to testify    09:14:26

16   in court.

17        Q    So not either of the cases related to

18   transgender individuals?

19        A    Correct.

20        Q    Okay.  And so we just spoke about testimony   09:14:40

21   that you've given.  Have you provided expert

22   testimony in any other litigation?

23        A    No.

24        Q    This is the first case in which you've

25   provided expert testimony?                           09:14:55
```

Page 23

```
 1      A    I think I might have misunderstood your

 2   question.  In each of these cases, I was serving as

 3   an expert witness.

 4      Q    Oh, in each of these cases, you were an

 5   expert witness, not a fact witness --              09:15:07

 6      A    Correct.

 7      Q    -- correct?  Okay.

 8           But other than these cases, there are no

 9   other cases in which you've provided expert

10   testimony; right?                                  09:15:14

11      A    Correct.

12      Q    Okay.  Has anyone ever tried to exclude the

13   testimony that you've provided in a case?

14      A    The opposing counsel, but that's -- only the

15   opposing counsel.                                  09:15:33

16      Q    In how many of the 12 cases that you just

17   mentioned to me has opposing counsel tried to

18   exclude your testimony?

19      A    All of them.

20      Q    All of them?  So let's go through them.     09:15:42

21           Sorry, apologies.  I think I cut you off

22   there.

23      A    I guess I'm wondering about how you're using

24   the word "tried" to exclude.  When you say that, I

25   mean, you know, try to verify my credentials and    09:15:59
```

Page 24

```
 1    determine whether I'm qualified to comment at all,

 2    but not any extraordinary, in other words, outside

 3    of routine, ensuring that I qualify as an expert.

 4        Q   So in your mind, what -- what would you

 5    categorize as extraordinary in your verse?          09:16:22

 6        A   Anything other than the questioning that

 7    we're going through right now.

 8        Q   Okay.  And, to your knowledge, on what

 9    grounds did opposing counsel in these cases try to

10    exclude your testimony?                             09:16:31

11        A   I don't --

12            MR. BARHAM:  Objection as to form.

13            THE WITNESS:  I don't recall the details.

14    BY COUNSEL SWAMINATHAN:

15        Q   Okay.  But it is your understanding that some   09:16:41

16    form of this effort has happened in all 12 of the

17    cases that you've provided expert testimony?

18        A   Some form, yes.

19        Q   Has any testimony you provided been

20    successfully excluded in any of these 12 cases?     09:16:54

21        A   No.

22        Q   Okay.  Did any of these cases involve

23    prepubertal or adolescent transgender children?

24        A   Not specific -- children, no.

25        Q   Who did they involve in terms of transgender   09:17:13
```

Page 25

```
 1    individuals?

 2         You spoke of two cases, correct, that focused

 3    on transgender people?

 4      A   Correct.  My role was to summarize the

 5    science of those issues, not anything about a          09:17:27

 6    specific person.

 7      Q   Okay.  In terms of summarizing the science,

 8    did the science that you provided testimony on focus

 9    on prepubertal or adolescent transgender children?

10      A   It included that, but wasn't limited to         09:17:41

11    prepubertal children.

12      Q   Would you say that it was the focus of your

13    testimony?

14         MR. BARHAM:  Objection; form.

15         THE WITNESS:  I wouldn't say focus, no.          09:17:51

16    BY COUNSEL SWAMINATHAN:

17      Q   Have you ever testified regarding athletics?

18      A   No.

19      Q   Have you ever testified regarding transgender

20    or gender-dysphoric athletes?                          09:18:04

21      A   No.

22      Q   Have you ever testified regarding transgender

23    adolescents who are participating in athletics?

24         MR. BARHAM:  Objection; terminology.

25         THE WITNESS:  Not as -- not specifically, but   09:18:20
```

Page 26

```
 1    they would be included as part of my summarizing the

 2    science overall.

 3    BY COUNSEL SWAMINATHAN:

 4       Q    And how would -- or how has your summary of

 5    the science focused on transgender -- transgender      09:18:29

 6    adolescents in athletics?

 7       A    I don't think I understand the question.

 8       Q    You said that your testimony or, you know,

 9    the -- the research that you have produced in

10    connection with your testimony on the science may      09:18:45

11    encompass transgender adolescents participating in

12    athletics; is that correct?

13       A    I --

14            MR. BARHAM:   Objection; terminology.

15            THE WITNESS:   I don't recall the subject of   09:18:58

16    athletics being relevant to any of the prior cases,

17    no.

18    BY COUNSEL SWAMINATHAN:

19       Q    Okay.  So my apologies, I must have

20    misunderstood.                                         09:19:07

21            So you're saying that the science that you've

22    provided testimony on may encompass matters related

23    to transgender adolescents; is that right?

24       A    The topic was broadly the science of

25    transsexuality and everything within it.  So it       09:19:18
```

Page 27

```
 1    could include that, but it wasn't the topic relevant

 2    to any of those cases.

 3        Q    To your understanding, did it include that?

 4    Did your testimony focus on anything specific to

 5    transgender adolescents?                              09:19:33

 6        A    No, it didn't.

 7        Q    Okay.  And just to be sure --

 8            MR. BARHAM:  I'm sorry, I -- I think there

 9    may have been -- I -- I didn't catch the last word

10    of your question, so could you kingly repeat that.   09:19:45

11            COUNSEL SWAMINATHAN:  I apologize.

12            Court reporter, can you please repeat the

13    question that I just posed to Dr. Cantor?

14            (Record read.)

15            COUNSEL SWAMINATHAN:  Are you okay with that, 09:20:09

16    Counsel?

17            THE WITNESS:  It -- it included transgender

18    adolescents, but not specifically athletes.

19    BY COUNSEL SWAMINATHAN:

20        Q    Right.  I understand.  I -- I just want to   09:20:17

21    make sure your counsel is okay, has understood the

22    question.

23            MR. BARHAM:  Thank you.

24            COUNSEL SWAMINATHAN:  Great.

25    ///
```

Page 28

```
 1    BY COUNSEL SWAMINATHAN:

 2       Q    And, again, Dr. Cantor, you've not been

 3    retained as an expert witness in any other case that

 4    we haven't already talked about; right?

 5       A    Correct.                              09:20:35

 6       Q    Great.  Did you prepare for this deposition

 7    today?

 8       A    Yes, I did.

 9       Q    Without disclosing any communications you may

10    have had with counsel, what did you do to prepare     09:20:47

11    for today's deposition?

12       A    Reread my notes, which I've been accumulating

13    for many years, reread individual papers that were

14    relevant and ensured that I was including anything

15    new that came out since the last time I went through  09:21:05

16    the literature.

17       Q    So who provided you with the documents that

18    you just mentioned?

19            I heard your own notes and then new articles

20    that may have come out in the -- in the past few      09:21:18

21    years on this literature.

22            And apologies, could you remind me what else

23    you said you reviewed?

24       A    It was my -- oh, and a scan of the literature

25    to see if there was anything new.                     09:21:31
```

Page 29

```
 1        Q    And so was this all research that you

 2   independently conducted, or did anyone provide you

 3   with any of the materials that you reviewed?

 4        A    All me.

 5        Q    Did you meet with your defense counsel?      09:21:43

 6        A    We met in rehearsal for today, but not over

 7   the material -- of my research of the material.

 8        Q    Who are your attorneys, by the way?

 9        A    Who are my attorneys?

10        Q    Who is your attorney today?  Who is          09:22:07

11   representing you in connection with this deposition?

12        A    Just Travis.

13        Q    Just Travis.

14             And so you said you've met with Travis once

15   in preparation for this deposition; right?            09:22:18

16        A    We met briefly yesterday, and then there was

17   a meeting on Friday to rehearse today.

18             MR. TRYON:  Counsel, I would also -- this is

19   David Tryon.  I will also note that I also represent

20   Dr. Cantor in this deposition.                        09:22:34

21             COUNSEL SWAMINATHAN:  Great.  Thank you,

22   Mr. Tryon.

23             And did you meet with Dr. Cantor at all in

24   preparation for this deposition?

25             MR. TRYON:  I'm sorry, are you asking me that 09:22:48
```

Page 30

```
 1    question?

 2          COUNSEL SWAMINATHAN:  Yes.

 3          MR. TRYON:  I think you should direct your

 4    questions to Dr. Cantor.

 5    BY COUNSEL SWAMINATHAN:                         09:22:55

 6       Q   Dr. Cantor, did you meet with Mr. Tryon in

 7    preparation for this deposition?

 8       A   Yes.  He was present, virtually, on Friday.

 9       Q   On Friday, but not yesterday?

10       A   Correct.                                09:23:02

11       Q   So beyond the scan of research that you've

12    done in preparation for this deposition, did you

13    review any specific documents?

14       A   Yes.  The documents are noted in my report.

15       Q   What were those documents?             09:23:17

16       A   As best as I can recall, they were the

17    declarations of Dr. Adkins, Jensen, Safer and the

18    related rebuttals.

19       Q   Did you review any documents beyond those

20    that you just listed that are not cited in your   09:23:38

21    expert report?

22       A   No.

23       Q   Did you conduct any additional research to

24    prepare for this deposition beyond what you did for

25    your expert report?                            09:23:52
```

                                                Page 31

```
1        A    No.

2        Q    Did you discuss this case with anyone other

3   than your attorneys?

4        A    No.

5        Q    Did you bring anything with you today?          09:24:05

6        A    A blank notepad, the aforementioned documents

7   so I could refer to them on the way, and the details

8   of the address to how to get here.

9        Q    Did anyone get you a water bottle?

10        A    And a water bottle.                             09:24:23

11        Q    Great.  I'm glad you have that.

12             Okay.  So if you could please go into the

13   "Marked Exhibits" folder, I'm going to introduce

14   tab 2, which is a document that has been marked as

15   Exhibit 45 -- 44, apologies.                              09:24:37

16             (Exhibit 44 was marked for identification

17          by the court reporter and is attached hereto.)

18             MR. BARHAM:  Counsel, I'm in the "Marked

19   Exhibits" folder, and I'm not seeing this document.

20             COUNSEL SWAMINATHAN:  Apologies, my --         09:24:52

21   I'll -- I'll let you know when -- when it's in

22   there, and then you might need to give the -- the

23   page a little bit of a refresh.  It's -- it takes a

24   moment to load.

25             Counsel, are you able to see the document and   09:25:35
```

Page 32

```
 1    is the witness able to see the document now?

 2          MR. BARHAM:  Yes.

 3          COUNSEL SWAMINATHAN:   Great.

 4    BY COUNSEL SWAMINATHAN:

 5       Q   Dr. Cantor, why don't you take a moment to      09:25:46

 6    review what the document is.

 7       A   I'm sorry, this is a 100-page document?

 8       Q   Take a look at the first few pages to get

 9    your understanding of what it is.

10          So have you seen this document before?        09:26:15

11       A   Yes.  This is my -- the report I prepared for

12    today.

13       Q   Did you author this document?

14       A   Yes, I did.

15       Q   Did anyone else help you draft this document?  09:26:27

16       A   No.

17       Q   When was this document created?

18       A   Both -- primarily, over the course of the

19    last two years or so.

20       Q   Is there an execution date on the document?   09:26:48

21          I believe it might be on page 2.

22       A   I see a date on page 46, 31 March 2021.

23       Q   On page 6, you said?

24       A   36 (sic), I think that was.

25          And the date of execution is 22 June 2021.     09:27:14
```

Page 33

```
 1        Q    Great.  Thank you so much.

 2             And, Dr. Cantor, why was this document

 3      created?

 4        A    In preparation for today, that was the

 5      request put to me from the attorneys of West      09:27:26

 6      Virginia.

 7        Q    Thank you.

 8             And if you could please go into the "Marked

 9      Exhibits" folder, I'd like you -- I'd like to

10      introduce tab 1, which has been marked as          09:27:38

11      Exhibit 45.

12             (Exhibit 45 was marked for identification

13          by the court reporter and is attached hereto.)

14             COUNSEL SWAMINATHAN:   Counsel and Dr. Cantor,

15      let me know when you're able to -- to see that     09:28:06

16      document.

17      BY COUNSEL SWAMINATHAN:

18        Q    Do you have it up in front of you?

19        A    Yes, I do.

20        Q    Great.  Have you seen this document before?  09:28:31

21        A    Yes, I have.

22        Q    What is it?

23        A    This is the report I prepared for today.

24        Q    Did you author this document?

25        A    Yes, I did.                                 09:28:44
```

                                                           Page 34

1       Q    Did anyone else help you draft this document?

2            MR. BARHAM:   Counsel, I'm going to

3       interrupt -- interrupt you because I'm confused

4       why -- how this document differs from the prior one

5       that we just reviewed.                              09:29:01

6            COUNSEL SWAMINATHAN:   So my understanding is

7       that this is Dr. Cantor's report executed on

8       February 23rd, 2022, and the prior document was

9       Dr. Cantor's expert report submitted in

10      conjunction -- in connection with the preliminary   09:29:20

11      injunction motion, dated June 22nd, 2021.

12           MR. BARHAM:   Thank you.

13      BY COUNSEL SWAMINATHAN:

14      Q    So, Dr. Cantor, when was this document

15      created?                                            09:29:34

16      A    This was executed on February 23, 2022.

17      Q    And why was this document created?

18      A    In preparation for today, at the request of

19      the attorneys.

20      Q    Great.  And if you can, can you please turn    09:29:51

21      to page 69 of this PDF.  Apologies for the long

22      scroll.

23           So what you should see on page 69 is the

24      start of Appendix 1 to your expert report.

25      A    Yes.                                            09:30:46

                                                    Page 35

```
 1        Q    Are you there?

 2             Have you seen --

 3        A    Yes.

 4        Q    -- this document before?

 5        A    Yes, I have.                                09:30:50

 6        Q    What is it?

 7        A    That's my CV.

 8        Q    And did you author this document?

 9        A    Yes, I did.

10        Q    Did anyone assist you in authoring this     09:30:56

11   document?

12        A    No.

13        Q    When was it created?

14        A    It's been accumulating over the course of my

15   career.                                               09:31:07

16        Q    And is there anything in this copy of your CV

17   that needs to be updated or corrected?

18        A    One second.

19        Q    Yeah, please take a moment to review.  I

20   believe there are 32 pages.  You've done a lot over   09:31:21

21   the course of your career.

22        A    Nothing to add.  It's current.

23        Q    Great.  So I want to talk to you a bit about

24   your education history.

25             So, Dr. Cantor, where did you complete your  09:31:52
```

Page 36

1    undergraduate education?

2        A    Rensselaer Polytechnic Institute.

3        Q    It's commonly known as RPI; right?

4        A    Yes, it is.

5        Q    Did you enjoy your time at RPI?              09:32:07

6        A    Yes.

7        Q    What did you study?

8        A    Interdisciplinary science, with

9    concentrations in computer science, mathematics and

10   physics.                                              09:32:18

11       Q    And so my next set of questions pertain just

12   to your undergraduate education at RPI.

13            As a part of your formal education for your

14   undergraduate degree, did you ever take any courses

15   focused on child psychology?                          09:32:33

16       A    As an undergraduate, no.

17       Q    As an undergraduate.

18       A    No.

19       Q    How about adolescent psychology?

20       A    No.                                          09:32:42

21       Q    Did you conduct any research on those

22   subjects?

23       A    No.

24       Q    As a part of your formal education for your

25   undergraduate degree, did you ever take any courses   09:32:56

                                                    Page 37

1      regarding transgender or gender-dysphoric people?

2          A    No.

3          Q    Did you ever conduct any research concerning

4      transgender or gender-dysphoric people?

5          A    No.                                            09:33:09

6          Q    Did you have any other educational training

7      related to transgender or gender-dysphoric people at

8      RPI?

9          A    No.

10         Q    Okay.  What did you study next?               09:33:18

11         A    After that, I did start studying psychology

12     at the graduate level.

13         Q    And where did you complete -- I see here a

14     Master's of Arts; correct?

15         A    Correct.                                       09:33:33

16         Q    Where did you complete your Master's of Arts?

17         A    Boston University.

18         Q    And so I believe you said you studied

19     psychology; is that correct?

20         A    Correct.                                       09:33:47

21         Q    So apologies for my naivety here, but as you

22     were getting your Master's of Arts, would that be a

23     major in psychology or a psychology focus?

24         A    At the graduate level, there are no majors.

25     The degree is in that subject matter specifically.     09:33:59

                                                    Page 38

1    So it would be a Master of Arts in psychology.

2    Q  I appreciate that clarification.  Thank you.

3      When did you graduate?

4    A  1992.

5    Q  And so my next set of questions are going to   09:34:18

6  pertain solely to your Master's education.

7      So as part of your formal education for your

8  Master's of Arts, did you ever take any courses

9  focused on child psychology?

10    A  Yes.                            09:34:31

11    Q  Can you describe those courses to me?

12    A  The course specifically was in cognitive

13  development and testing.

14    Q  And how about adolescent psychology?

15    A  It was blended in.               09:34:45

16    Q  Okay.  And so beyond this one course in

17  cognitive development, were there any other courses

18  focused on child or adolescent psychology?

19    A  Not focused on them, no.

20    Q  Okay.  Did you conduct any research on those   09:34:58

21  subjects, specifically speaking about child and

22  adolescent psychology?

23    A  No.

24    Q  As a part of your formal education for your

25  Master's of Arts, did you ever take any courses   09:35:15

Page 39

1    regarding transgender or gender-dysphoric people?

2        A    No.

3        Q    Did you ever conduct any research concerning

4    transgender or gender-dysphoric people?

5        A    No.                                        09:35:30

6        Q    And so what did you study next after your

7    time at Boston University?

8        A    I worked for several years as a research

9    assistant in neuropsychology and then began my

10   doctoral studies in psychology.                    09:35:50

11       Q    So how long were you a research assistant in

12   neuropsychology?

13       A    About three years.

14       Q    So you took a three-year gap between pursuing

15   your doctorate degree, after completing your        09:36:02

16   Master's of Arts?

17       A    Roughly, yes.

18       Q    And where did you spend those three years as

19   a research assistant?

20       A    I remained in Boston -- remained in Boston --  09:36:12

21   remained in Boston.

22            COUNSEL SWAMINATHAN:   I apologize.  Did

23   anyone else hear that a few times or --

24   BY COUNSEL SWAMINATHAN:

25       Q    Are you able to hear me clearly, Dr. Cantor?   09:36:25

                                              Page 40

```
 1        A   I think so.

 2        Q   Okay.  Cool.  Great.  Thank you.

 3            And so where -- where in Boston did you

 4     complete that research assistant three-year

 5     position?                                          09:36:36

 6        A   It was the -- it's listed on my CV.  I don't

 7     immediately recall the formal name of the hospital.

 8        Q   Okay.  Would it be the Queen Elizabeth

 9     Hospital?

10        A   No.                                         09:36:52

11        Q   No?

12        A   It was the Boston VA, part of their

13     Memory Disorders Research Center, which predates

14     when I began recording my jobs on my CV.

15        Q   Okay.  So that -- that job is --            09:37:19

16            (Simultaneous speaking.)

17        A   Correct.  It was -- it was at the Boston VA,

18     which has a formal name that I don't recall, and I

19     was in the Memory Disorders Research Center.

20        Q   Great.  And just for -- for my clarity, it is   09:37:32

21     not listed on your CV; correct?

22        A   Correct.

23        Q   Okay.  And so you said you -- after you

24     finished your research assistant in neuropsychology,

25     three-year experience, you went on to get your      09:37:47
```

Page 41

```
 1    doctorate degree; is that right?

 2      A   Yes.

 3      Q   Again, apologies if I botch the -- the

 4    language here, but what did you focus on as a part

 5    of your doctorate degree?                          09:38:03

 6      A   Clinical psychology.

 7      Q   Clinical psychology.

 8          And where did you complete your doctorate

 9    degree?

10      A   McGill University.                           09:38:12

11      Q   So, again, my next set of questions pertain

12    solely to your time at McGill.

13          So as part of your formal education for your

14    doctorate degree in clinical psychology, did you

15    ever take any courses focused on child psychology?  09:38:28

16      A   Not courses focused on it, no.  The design of

17    the program at McGill often blended child,

18    adolescent and adult psychology together.

19      Q   I see.  Can you describe that a bit more?

20      A   For example, in learning to do testing, one  09:38:50

21    would be trained both in the standard intelligence

22    test for adults as well as the standard intelligence

23    test for children.

24      Q   Thank you.  I appreciate that.

25          And so, you know, my question pertaining to   09:39:06
```

                                                    Page 42

1    adolescent psychology, it's your understanding that

2    the courses were a blend of child, adolescent and

3    adult psychology; correct?

4        A   Many of them, yes.

5        Q   Many of them.                                    09:39:17

6            And you have never specifically taken a

7    course that focused solely on adolescent psychology

8    at McGill; right?

9        A   Correct.

10       Q   Okay.  Did you, as a part of your normal        09:39:28

11   education, ever take any courses regarding

12   transgender or gender-dysphoric people at McGill?

13       A   Not any courses focused on it, but there were

14   courses focused on human sexuality, which, of

15   course, included transsexuality.                        09:39:50

16       Q   Can you describe that a bit more?  Why would

17   your course on human sexuality include

18   transsexuality?

19       A   Why would it include?

20       Q   Let me rephrase it.  How did it include?        09:40:00

21       A   By summarizing the existing research at the

22   time and what was thought in the field at the time.

23       Q   And how many courses would you say you took

24   that focused on human sexuality?

25           MR. BARHAM:  Objection; terminology.            09:40:18

                                                    Page 43

```
 1              MR. TRYON:  Objection.  Dave Tryon speaking.

 2              THE WITNESS:  The organization -- the

 3       organization of a doctoral program wasn't around

 4       courses at all.  The primary focus of -- at the

 5       doctoral level is on performing research, learning    09:40:38

 6       how to perform research and proper research

 7       methodology in whatever field the student is

 8       pursuing.

 9              In my case, that was sexuality.  So

10       everything I did at the doctoral level was one way    09:40:49

11       or another targeted towards sexuality, even though

12       there were -- even if not as part of the formal

13       course.

14       BY COUNSEL SWAMINATHAN:

15         Q    That is very helpful.  I obviously do not       09:41:01

16       have a doctorate degree, so that's a helpful

17       explanation for me to understand how the program is

18       structured.

19              So let me ask another question.

20              How much of your research, in your study of     09:41:13

21       sexuality, concerned transgender and

22       gender-dysphoric people in particular?

23              MR. BARHAM:  Objection; terminology.

24              You can answer, if you can.

25              THE WITNESS:  It's a little hard to estimate.   09:41:34
```

Page 44

```
1    Roughly 10 to 20 percent was specifically on

2    trans-related issues, and in others, because trans

3    populations were -- were included one way or

4    another, there was a little bit of all of them.

5    BY COUNSEL SWAMINATHAN:                              09:41:52

6        Q   And what was the nature of that research,

7    typically, in the 10 to 20 percent that you had just

8    mentioned?

9        A   Primarily brain development, cognitive

10   development, and I'm also called upon, very           09:42:04

11   frequently, to consult in the statistics and how to

12   analyze existing data.

13       Q   Okay.  Did you have any other educational

14   training at the doctorate level related to

15   transgender people?                                   09:42:21

16       A   What do you mean, educational training?

17       Q   Beyond the independent research that you

18   conducted or the research that you conducted with

19   supervision at McGill, did you have any other

20   educational training, such as a practicum, related    09:42:34

21   to transgender people?

22           MR. TRYON:  Objection; form of the -- form of

23   the question.

24           THE WITNESS:  Not practicum related

25   specifically to transgender people, but I did         09:42:50
```

Page 45

1    practicum related to human sexuality, which

2    necessarily included transgender people.

3    BY COUNSEL SWAMINATHAN:

4       Q   Can you describe that practicum?

5       A   I was seeing patients for -- mostly for          09:43:05

6    one-on-one therapy, regardless of the issue that

7    they came in with.  That can be anything from sexual

8    dysfunctions, curiosities about their own sexual

9    interests, and dysphoric transgender issues.

10      Q   Got it.  And you said you were seeing          09:43:20

11   patients.  How old were these patients, typically?

12      A   Young adults and up.

13      Q   And what do you understand "young adults" to

14   mean, in terms of an age?

15      A   Late teens.                                     09:43:34

16      Q   So late teens and onward you would --

17      A   Yes.

18      Q   Okay.  About how many patients do you think

19   you've seen during your time at McGill in -- in

20   these practica that you just spoke about?            09:43:52

21      A   Roughly 30.

22      Q   Okay.  Thank you.

23          And so what did you do after obtaining your

24   doctorate degree?

25      A   I continued as a postdoctoral researcher at    09:44:07

                                                    Page 46

```
1    the University of Toronto and at the Centre for

2    Addiction and Mental Health.

3        Q    Is it okay with you if I refer to the

4    Centre for Addiction and Mental Health, as CAMH?

5        A    Yes.                                    09:44:26

6        Q    Is it commonly known as CAMH, or am I --

7        A    Usually they pronounce it CAMH.

8        Q    CAMH.  I will do the same.

9             COUNSEL SWAMINATHAN:  And, Court Reporter,

10   that is C-A-M-H when I refer to "CAMH."           09:44:38

11   BY COUNSEL SWAMINATHAN:

12       Q    Okay.  Can you describe your fellowship

13   experience at CAMH?

14       A    I started at -- there was an overlap year

15   between the doctoral studies and my postdoctoral  09:44:50

16   studies.  The final year of a Ph.D. is an internship

17   program, which is very much like an advanced

18   practicum program.

19            Within the internship, I was half-time of the

20   entire year in their Gender Identity Clinic and   09:45:05

21   half-time for a full year in their Sexual Behaviours

22   Clinic, which worked primarily with sexual

23   offenders.  I continued that work and continued the

24   related research then for the seven years after

25   receiving my doctorate, staying at the same       09:45:24
```

Page 47

```
 1    institution.
 2          The -- the projects themselves were primarily
 3    focussed on brain function and development of each
 4    of the sexual issues.
 5      Q   Got it.  And so you said during your          09:45:34
 6    internship period you had a position with the
 7    Gender Identity Clinic and then separately the
 8    Sexual Behaviours Clinic; is that correct?
 9      A   Yes.
10      Q   What responsibilities did you have during    09:45:46
11    your time in those clinics?
12      A   I was conducting one-on-one therapy with
13    individual people, pursuing or wondering if they
14    should pursue medical transition, group therapy of
15    people just living their lives as trans people and 09:46:06
16    requiring support, and among the sexual -- in the
17    SBC, in the Sexual Behaviours Clinic, with the sex
18    offenders, it was rehabilitation.
19      Q   And what qualified you to provide the
20    one-on-one therapy that you just spoke about for   09:46:25
21    individuals pursuing medical transition and group
22    therapy?  Was there any additional certificate or
23    training that you needed in order to provide this
24    therapy?
25      A   The training of those issues was -- for those 09:46:39
```

Page 48

```
 1    issues is -- it's a lot of reading and then

 2    one-on-one study with other experts who are

 3    extremely experienced with -- with trans issues.  I

 4    studied under Ray Blanchard at CAMH.

 5        Q   Did you study under anyone else besides        09:47:03

 6    Ray Blanchard?

 7        A   There were other instructors.  He ran the

 8    lab.  The other primary input to my education was a

 9    trans clin- -- she herself was a trans clinician,

10    Maxine Petersen.                                       09:47:24

11        Q   And so did either Ray Blanchard or

12    Maxine Petersen serve as a supervisor to you in each

13    of those positions?

14        A   Yes.  Both of them.

15        Q   Okay.  Did you have anyone to supervise under  09:47:35

16    you in those positions at the Gender Identity Clinic

17    and the Sexual Behaviours Clinic?

18        A   Not while I was an intern or -- not while I

19    was an intern and not while I was a postdoc.

20        Q   What did you do next, after interning at       09:47:58

21    those clinics?

22        A   After the internship and I received my

23    doctorate, then I was appointed as a postdoctoral

24    fellow at CAMH.

25        Q   So my next set of questions pertain to your    09:48:08
```

                                                          Page 49

```
 1    fellowship.
 2          So as a part of your fellowship, did your
 3    work focus on child psychology?
 4       A   Did my focus -- it didn't focus on child
 5    psychology, no.                                      09:48:25
 6       Q   And apologies, can we go back one minute
 7    to -- you -- you had stated that you provided
 8    one-on-one therapy to individuals pursuing medical
 9    transition/group therapy.
10          What was the average age of those patients   09:48:37
11    that you provided the one-on-one therapy to?
12       A   Average age?
13       Q   Yeah.
14       A   Early 40s.
15       Q   What do you think was the youngest age of the  09:48:51
16    patient, to your recollection?  I understand it was
17    a bit of time ago.
18       A   Youngest would have been late teens, early
19    20s.
20       Q   Okay.  Great.  And, sorry, back to your      09:49:03
21    fellowship.  We just spoke about child psychology,
22    and you mentioned that it did not focus on child
23    psychology; correct?
24       A   Correct.
25       Q   How about adolescent psychology?             09:49:15
```

Page 50

1    A    Again, it didn't focus on adolescent

2    psychology, but most of the assessments that we were

3    doing and the research we were doing was entire

4    lifespan.  So, of course, childhood and adolescence

5    is a predominant part of that, but not the focus of          09:49:34

6    it.

7    Q    I see.  And so, again, you'll have to educate

8    me a bit, but as a part of your postdoctoral

9    fellowship, do you take any courses?

10   A    No.                                                     09:49:48

11   Q    No?  It's --

12   A    Oh, I should take that back.  There are no

13   courses built into the program itself, but I often

14   opted to take extra courses just to fill in extra

15   material that I needed, such as in neuroscience or          09:49:59

16   similar advanced statistics.

17   Q    So beyond neuroscience, what other courses

18   did you elect to take during your postdoctoral

19   fellowship?

20   A    Just those two deals, neuroscience and              09:50:12

21   statistics.

22   Q    And statistics.  Okay.

23       And were those, like, online courses, or were

24   they courses offered through CAMH?

25   A    They were courses through the Univer- --          09:50:22

Page 51

```
 1      through the University of Toronto.  CAMH is a

 2      teaching hospital of the University of Toronto.

 3          Q   Great.  And so, as part of your fellowship,

 4      did any of your work focus on transgender or

 5      gender-dysphoric adults?                         09:50:38

 6          A   Not at that time, no.

 7          Q   What about transgender or gender-dysphoric

 8      adolescents?

 9          A   Not at that time, no.

10          Q   Okay.  Have you completed any other studies?   09:50:57

11          A   Altogether, I -- oh, when you say "studies,"

12      you don't mean published studies; you mean --

13          Q   Right.  Educational pursuits of degrees and

14      things like that.

15          A   No.  That's my full formal education.        09:51:14

16          Q   And I don't mean to say that you haven't done

17      so much already.  I just wanted to make sure that

18      we've covered all of the bases.

19              And what is your current occupation right

20      now?                                              09:51:26

21          A   I'm in private practice as a clinical

22      psychologist.

23          Q   And where do you conduct your private

24      practice?

25          A   In Toronto.                                 09:51:35
```

Page 52

```
 1        Q    In Toronto.   Okay.

 2             So I see on page 1 and 2 of your CV, which

 3        hopefully you still have in front of you, you list

 4        your employment history.  I would love to walk

 5        through your employment history, but if it's okay      09:51:54

 6        with you, in chronological order.  So if we can turn

 7        to page 2.

 8        A    Yes.

 9        Q    I see that you completed predoctoral

10        practicum at the Queen Elizabeth Hospital in          09:52:07

11        Montreal, Canada; is that correct?

12        A    Yes.

13        Q    And that was in the department of psychiatry?

14        A    Yes.

15        Q    And you were there from May 1994 to             09:52:16

16        December 1994; is that correct?

17        A    Yes.

18        Q    What was your title in this position?

19        A    They used a French word that I don't

20        remember.  A "stagiaire."  A -- a local Montreal,     09:52:37

21        Quebec, term.  The best English translation would be

22        trainee in psychology.

23        Q    Do you speak French?

24        A    No, I don't.

25        Q    Trainee.  Okay.  Great.                          09:52:51
```

Page 53

1            Can you tell me a bit about your work in this

2     position?

3        A   My focus then was general psychotherapy with

4     outpatients who would typically come in to that

5     clinic with a series of disorders, mainly            09:53:08

6     depressions and anxieties.

7        Q   And did you work in this position focus on

8     children?

9        A   No.

10       Q   What about adolescents?                        09:53:17

11       A   Didn't focus on them, no.

12       Q   No.  So you predominantly worked with adults

13    who came in with depression and anxiety disorders?

14       A   Correct.

15       Q   Okay.  And then I see that you completed a     09:53:31

16    predoctoral practicum at the Royal Victoria Hospital

17    in Montreal; is that right?

18       A   Yes.

19       Q   And this was in the sex and couples therapy

20    unit?                                                 09:53:45

21       A   That's correct.

22       Q   And you were there for a little under four

23    years.  It says September 1993 to June 1997; is that

24    right?

25       A   Correct.  I continued seeing clients there     09:53:55

Page 54

```
 1     over the course of my doctoral studies.

 2        Q   Got it.  Okay.

 3            So can you tell me about your work in this

 4     position and whether you had a similar French title

 5     there?                                            09:54:07

 6            What -- what was your title?

 7        A   My -- I don't remember -- I don't remember my

 8     title.

 9        Q   Okay.  No problem.

10        A   It was in English.  It's an English-speaking  09:54:19

11     hospital.  My functions there were sex therapy and

12     couples therapy, the full range of sexual disorders

13     and the range of issues that -- that interfere with

14     romantic relationships.

15        Q   Got it.  So did the majority of your work in  09:54:34

16     this position focus on adults?

17        A   Yes.

18        Q   Okay.  And in this position, did you conduct

19     any research or, you know, have any, like, work

20     experience in the field of transgender or            09:54:49

21     gender-dysphoric people?

22        A   Not specific to them, no.

23        Q   Okay.  And then I see that you were a

24     teaching assistant at McGill in the Department of

25     Psychology; is that right?                          09:55:05
```

Page 55

```
 1        A    Yes.

 2        Q    And was this during your doctorate degree as

 3    well?

 4        A    Yes.

 5        Q    Okay.  And so that was from September 1993 to   09:55:13

 6    May 1998 --

 7        A    Yes.

 8        Q    -- is that right?

 9             Okay.  Who were you a teaching assistant for?

10    Was it for a professor, or were you a general           09:55:25

11    teaching assistant for the program?

12        A    Two different professors.  One was

13    Rhonda Amsel for statistics courses, and the other

14    was Irv Binik for sexuality courses.

15        Q    Can you repeat the name of the professor who   09:55:41

16    focused on sexuality courses?

17        A    Irv, I-r-v, Binik, B-i-n-i-k.

18        Q    And so what courses within sexuality did

19    Irv Binik teach?

20        A    The name of the course itself was             09:55:58

21    Human Sexuality.

22        Q    It was called Human Sexuality.  Okay.

23             And has he taught any other courses at

24    McGill, to your knowledge, or during the time that

25    you were there?                                        09:56:07
```

Page 56

```
 1      A   I think that's the only course he taught

 2   while I was there, yes.

 3      Q   So in your role as a teaching assistant, were

 4   you required to conduct any research on transgender

 5   or gender-dysphoric people?                          09:56:28

 6      A   As a part of that course, no.

 7      Q   As a part of that course.  No?

 8      A   Correct.  Not as part of that course.

 9      Q   Okay.  And then you went on to work as a

10   clinical psychology intern, as we spoke about, at    09:56:45

11   CAMH; right?

12      A   Correct.

13          MR. BARHAM:  Counsel, we've been going about

14   an hour.  Would this be a natural time for a

15   five-minute break?                                   09:56:55

16          COUNSEL SWAMINATHAN:  Absolutely.  Let's take

17   a break, and we can come back at 10:05, if that

18   works.

19          Do you want to take a seven-minute break?

20          MR. BARHAM:  Sure.  That sounds good.         09:57:05

21          COUNSEL SWAMINATHAN:  Okay.  We can go off

22   the record.

23          THE VIDEOGRAPHER:  Yes, we are going off the

24   record at 9:57 a.m., and this is the end of Media

25   Unit No. 1.                                          09:57:12
```

Page 57

```
 1            (Recess.)

 2            THE VIDEOGRAPHER:  All right.  We are back on

 3     the record at 10:08 a.m., and this is the beginning

 4     of Media Unit No. 2.

 5            Go ahead, please.                        10:08:34

 6     BY COUNSEL SWAMINATHAN:

 7        Q   Okay.  Dr. Cantor, before the break, you

 8     testified that you had studied under two

 9     individuals, Blanchard and Petersen; is that

10     correct?                                        10:08:46

11        A   Yes.

12        Q   And that's Ray Blanchard and Maxine Petersen;

13     right?

14        A   Yes.

15        Q   And you mentioned that they are extremely    10:08:56

16     knowledgeable on issues of transgender identities

17     and gender-dysphoric people; right?

18        A    Yes.

19        Q   And their focus is -- they -- they focus on

20     adults who identify as transgender or who suffer    10:09:14

21     from gender dysphoria; right?

22        A    Their writings and their careers have spanned

23     the entire lifespan, but most of their work was with

24     adults.

25        Q    Adults.  Okay.                          10:09:31
```

Page 58

1          And so we spoke about your time at the -- at

2     CAMH as a clinical psychology intern, but then you

3     moved to the law and mental health program, is that

4     correct, at CAMH?

5     A    The Sexual Behaviours Clinic is part of the          10:09:49

6     law and mental health program.

7     Q    Oh, okay.  So let me ask it a different way.

8          What did you do after you were a clinical

9     psychology intern at CAMH?

10    A    After I was an intern was when I started my         10:10:02

11    postdoctoral -- postdoctoral studies.

12    Q    And so this is when you were a psychologist

13    within the law and mental health program?

14    A    Yes.

15    Q    Okay.  Can you tell me about your work in           10:10:16

16    that position?

17    A    That's when I began my brain-based research

18    on the development of atypical human sexualities.

19    Q    And did your work in this position focus on

20    child psychology?                                        10:10:37

21    A    It's a little hard to say.  What I was

22    researching on was brain development, which begins

23    at conception, continues, of course, quite

24    dramatically over the course of gestation, continues

25    to develop over the course of childhood and             10:10:56

Page 59

```
 1    adolescence and ends in adulthood.

 2       Q   Got it.  So this brain development research

 3    that you did, did you focus only on brain

 4    development as it relates to atypical sexualities?

 5       A   Although the questions I was asking were        10:11:12

 6    about human sexuality, I simultaneously needed to

 7    account for all of the other possible things that

 8    were going on in the brain; and so, therefore, they

 9    became related, even though those weren't the topics

10    of my specific efforts.                               10:11:35

11       Q   Your work in this position didn't focus on

12    children and adolescents with gender dysphoria;

13    right?

14       A   It's a little tough to say.  It's tough to

15    say.  Everything I look at in a brain scan is an      10:11:54

16    accumulation of everything that happens over life,

17    very much of which happens in childhood and before

18    childhood.  So I was looking at the effects in the

19    brain of everything that happened over childhood

20    accumulated -- accumulating, but I wasn't looking     10:12:10

21    during childhood.

22       Q   It's fair to say that it didn't focus on

23    child (sic) and adolescents with gender dysphoria;

24    right?

25           MR. BARHAM:  Objection; terminology.           10:12:25
```

Page 60

```
 1            THE WITNESS:  It depends on what one means by

 2     "focus."

 3     BY COUNSEL SWAMINATHAN:

 4        Q   You didn't work with children and adolescents

 5     with gender dysphoria in this position directly, did    10:12:33

 6     you?

 7        A   Not while they were children and adolescents,

 8     no.

 9        Q   Okay.  Did you conduct research specifically

10     related to children and adolescents with gender          10:12:46

11     dysphoria, or did you focus more holistically on

12     brain development from birth to adulthood?

13            MR. TRYON:  Objection; form.

14            THE WITNESS:  I didn't -- my research

15     subjects, while they were research subjects, were no     10:13:06

16     longer children, but we would often focus on events

17     that happened during childhood and adolescence.

18     BY COUNSEL SWAMINATHAN

19        Q   I see.  So what approximate -- or age -- or

20     what was the average age of the research subjects        10:13:19

21     that you worked with?

22        A   The research subjects then ran the -- the

23     gamut from 18 to simulating.

24        Q   Okay.  And, again, this research was related

25     to brain development as connected to atypical            10:13:40
```

Page 61

1    sexualities, right, the research you --

2        A    Yes.

3        Q    -- you just mentioned?

4             Okay.  Thank you.

5             And then you went on to be the research          10:13:49

6    section head at CAMH; right?

7        A    Correct.

8        Q    And you were the section head from

9    December 2009 to September 2012; right?

10       A    Correct.                                          10:14:03

11       Q    Great.  What was your title beyond research

12   section head in this position?  Did you hold any

13   other titles?

14       A    Psychologist.

15       Q    Psychologist.  Okay.                              10:14:15

16            Can you tell me about your work in this

17   position?

18            Mainly what I'm trying to understand is how

19   much of your practice was research versus clinical

20   psychology.                                                10:14:30

21       A    It's -- it's tough to pull them apart at that

22   level.  I was simultaneously doing frontline

23   clinical work but also systematically recording the

24   results of that work, those of my colleagues, those

25   of my then-students in order to analyze patterns in       10:14:47

                                                    Page 62

1    the data of what everybody was seeing.

2         So what was done for research purposes was

3    also done for clinical purposes and vice versa.

4    Q    I see.  And so during your time as research

5    section head, did any of your research involve,          10:15:04

6    specifically, gender dysphoria or transgender

7    medicine?

8         MR. BARHAM:  Objection; form.

9         THE WITNESS:  I would hesitate -- it didn't

10   focus, but was repeatedly included.  In order to do     10:15:25

11   any of the -- or in order to do research on any of

12   these topics, because they interrelate, we also --

13   at least indirectly, also include the other atypical

14   sexualities.

15   BY COUNSEL SWAMINATHAN:                                  10:15:39

16   Q    I see.  So what was your work primarily

17   focused on, though, during your time as research

18   section head?

19   A    My work, as I said, was primarily focused on

20   how atypical sexualities develop.                        10:15:52

21   Q    And in your understanding, how do they

22   develop?

23   A    Well, that could be any atypical sexuality.

24   Some -- those include pedophilia, other paraphilias,

25   transsexuality, people who call themselves              10:16:08

                                                     Page 63

1    hypersexual.

2         I also participated in research and the

3    development of what I'll call ordinary -- the

4    development of sexual orientation.

5      Q   So would you say that your work was primarily   10:16:19

6    focused on pedophilia and hypersexuality?

7         MR. TRYON:  Objection; form.

8         THE WITNESS:  Primarily, sure.

9    BY COUNSEL SWAMINATHAN:

10     Q   And then you went on to become the head of     10:16:35

11   research at the Sexual Behaviours Clinic; right?

12     A   Yes.

13     Q   And that was from November 2010 to

14   April 2014; correct?

15     A   Yes.                                            10:16:49

16     Q   And you were still at CAMH?

17     A   Yes.

18     Q   Great.  So can you tell me about your work in

19   this position?

20     A   Only my position title changed.                10:17:03

21     Q   So your work remained the same, but you were

22   promoted to head of research?

23     A   Correct.

24     Q   What is the difference between research

25   section head and head of research?                   10:17:16

Page 64

```
 1       A    There isn't one.  There was a reorganization

 2   of the departments.  The titles in the department

 3   were realigned to match those in other departments.

 4       Q    I see.  Thank you.

 5            And so in this position, as you continued on,   10:17:33

 6   am I correct to say that your work still focused

 7   primarily on pedophilia, hypersexuality and your

 8   work with sex offenders?  Is that correct?

 9       A    Yes.

10       Q    Okay.  And did your work, in terms of the      10:17:49

11   patients you saw, at all focus on children and

12   adolescents?

13            MR. BARHAM:  Objection; form.

14            THE WITNESS:  Not --

15            MR. TRYON:  Objection.                          10:18:06

16            THE WITNESS:  Not while they were children

17   and adolescents, but very many of the issues that we

18   were dealing with were issues that occurred during

19   childhood and adolescence.

20   BY COUNSEL SWAMINATHAN:                                  10:18:11

21       Q    I see.  But the patients themselves, at the

22   time you saw them, were not children or adolescents;

23   right?

24       A    Correct.

25       Q    Got it.  And then you were a senior scientist   10:18:20
```

Page 65

1    as a part of the complex mental illness program;

2    right?

3        A   Correct.

4        Q   And that was from January 2012 to May 2018?

5        A   Correct.                                    10:18:42

6        Q   What was your responsibility or, you know,

7    what were you duties under the title of senior

8    scientist?

9        A   The duties were the same as before, but,

10   again, in the administrative structure of the       10:18:53

11   hospital, one often had dual titles.

12       Q   I see.  So when you adopted the title of

13   senior scientist, you were still the head of

14   research; is that correct?

15       A   Yes.                                         10:19:09

16       Q   So why did they give you this additional

17   title?

18       A   That was a higher rank than psychologist.

19       Q   I see.  And did your roles change at all from

20   head of research to then adopting this dual role as  10:19:23

21   senior scientist and head of research?

22       A   No.  My functions were the same.

23       Q   Did you have a change in supervision at all?

24       A   I'm not sure what you mean.

25           Whom I was supervising or whom I was         10:19:41

Page 66

1    supervised by?

2        Q    Apologies.  Was who you reported to in your

3    prior role as head of research still the same person

4    or group of people you reported to as senior

5    scientist?                                          10:19:54

6        A    Yes.

7        Q    Who were those individuals?

8        A    Oh, I don't recall his name.  He was the head

9    of the law and mental health program.

10       Q    So the head of the law and mental health      10:20:12

11   program in the 2012 to 2018 timeframe.  Is that fair

12   to say?

13       A    Yes.

14       Q    And I take it from your slight

15   misunderstanding of my prior question that you have   10:20:29

16   supervised people in those positions as well; right?

17       A    Yes.

18       Q    And so when you were a senior scientist, who

19   did you supervise in that position?

20       A    Students whom I was training at the time.     10:20:41

21       Q    And so these are students of the University

22   of Toronto?

23       A    No.  They were usually students really coming

24   to CAMH from all over the world for their

25   internships and their training.                      10:21:02

Page 67

1       Q    I see.  Okay.

2            And so at any given time, how many students

3    would you say, on average, you supervise?

4       A    Three to five.

5       Q    Okay.  And what kind of work were those          10:21:13

6    students typically engaging in when they were under

7    your supervision?

8       A    A lot of the cognitive testing and treatment

9    with people with atypical sexualities.

10      Q    And what did -- what did their assignments       10:21:27

11   look like?  What -- what did they work on, when you

12   say that they focused on cognitive treatment and

13   atypical sexualities?

14      A    There was a great deal of -- of testing.  Our

15   object was to try to record, objectively, what other   10:21:45

16   clinicians were perceiving subjectively.

17      Q    And how did you do that?  How did you -- how

18   did your clinic test objectively?

19      A    Sometimes through document checks.  Sometimes

20   through formal testing, using standardized             10:22:03

21   instruments.

22      Q    Okay.  And so in your position as senior

23   scientist and, you know, under -- while you were

24   supervising these CAMH interns, did you ever work

25   directly with children or adolescents with gender      10:22:21

Page 68

1    dysphoria?

2       A    Directly, no.

3       Q    Did your testing ever involve issues

4    pertaining to child or adolescent psychology?

5       A    Issues pertaining to, yes.                    10:22:39

6       Q    What would you describe those issues as?

7       A    Events occurring during those periods of

8    life.

9       Q    And how would you obtain data on those

10   events?                                               10:22:52

11      A    Sometimes through interview with the patient.

12   Sometimes through review of documents.

13      Q    Got it.  And so when you say you've

14   interviewed the patients, you're interviewing them

15   as adults, and they're recounting their childhood     10:23:05

16   experiences; correct?

17      A    Yes.

18      Q    And when you say "records," who provides you

19   with the medical records of these patients?

20      A    Typically, they were provided by a court,     10:23:18

21   parole or probation officers or the patients'

22   lawyers.

23      Q    I see.  Okay.  So how -- how do these

24   patients come to you?  How do you -- or a better

25   question is, how do you find these patients that you  10:23:34

Page 69

1    work with?

2       A    Well, I didn't really find them at all.

3    Typically, these would be assigned to the hospital,

4    and then the hospital would get them to the

5    appropriate clinic, and then I saw everybody who          10:23:48

6    came to that clinic, or I was ultimately responsible

7    for the research going on with everybody in that

8    clinic.

9       Q    I see.  So how -- or why would these patients

10   be referred to your hospital?                             10:24:00

11          MR. TRYON:  Objection.

12          THE WITNESS:  Either through --

13          MR. BARHAM:  Objection as to form.

14          THE WITNESS:  Typically, they were -- they

15   had committed a sexual offense and served their           10:24:11

16   sentence and were being released to parole and

17   probation, and so the parole and probation system

18   wanted as much information as possible in order to

19   put the person -- to help maximize the person's

20   benefit from their -- from their rehabilitation time      10:24:27

21   and from their parole and probation time.

22          Other people self-referred because they had a

23   question or concern with some issue and there was

24   nobody else with the expertise to be able to answer

25   it -- to be able to address it.                           10:24:42

                                              Page 70

1   BY COUNSEL SWAMINATHAN:

2      Q   Two quick follow-up questions.

3          So what was most typically the offense that

4   these patients had committed when they came to your

5   hospital?                                               10:24:51

6          MR. TRYON:  Objection.

7          THE WITNESS:  I would hesitate to say to the

8   hospital.  But the ones who ended up in my clinic

9   were there specifically for a sex-related --

10  sex-related reason.  Roughly two-thirds of those       10:25:03

11  would be related to or potentially related to a

12  sexual offense.

13  BY COUNSEL SWAMINATHAN:

14     Q   Can you describe for me what you mean by

15  "sexual offense"?  What does sexual offense            10:25:18

16  encompass?

17         MR. TRYON:  Objection.

18         And before you answer, I just -- I don't know

19  what HIPAA laws are in Canada, but I just want to

20  caution the witness to make sure that you're not       10:25:28

21  violating any confidentiality requirements of -- of

22  Canadian law.

23         COUNSEL SWAMINATHAN:  Thank you, Counsel.

24  Your objection is noted.

25  ///

Veritext Legal Solutions
866 299-5127

1    BY COUNSEL SWAMINATHAN:

2        Q    You can answer, Dr. Cantor.

3        A    I understand.

4            Typically, these were touching of a child or

5    child pornog- -- or child pornography possession.    10:25:42

6        Q    Thank you.  I appreciate that.

7            So you also said that some of these patients

8    were self-referred; right?

9        A    Yes.

10       Q    Approximately what percentage of your          10:25:55

11   patients were self-referred as opposed to coming to

12   you from a different -- coming to the hospital from

13   a different method?

14       A    Roughly a quarter to a third.

15       Q    I appreciate it.                               10:26:13

16           And then your position has changed again, but

17   maybe you can let me know if -- was there any

18   difference between your role as a senior scientist

19   and a senior scientist, inaugural member, as noted

20   on your resumé?                                        10:26:29

21       A    No, there was no difference.

22       Q    What -- what does it mean to be an inaugural

23   member?

24       A    It was -- it was an inaugural -- an inaugural

25   member of that now newly formed institution.  It was  10:26:45

Page 72

1    a large donation to the hospital, which, again,

2    triggered a another reorganization.

3        Q   Oh, okay.  So what was the Campbell Family

4    Mental Health Research Institute previously known an

5    as?                                          10:27:01

6        A   It wasn't previously known.  The Campbell

7    family was the source of the large donation which

8    triggered the renaming and the reorganization.

9        Q   I see.  So it was -- it's completely separate

10   from the complex mental illness program or the    10:27:10

11   Sexual Behaviours Clinic?

12       A   I don't recall the administrative details,

13   but as I say, it was a shuffling rather than a -- it

14   was more a shuffling than anything else.

15       Q   So were the people that you worked with in   10:27:24

16   that position largely the same as previous

17   positions, in terms of your coworkers?

18       A   Yes.  Nothing from my day-to-day work

19   changed.

20       Q   Got it.  And the -- the work that you had    10:27:36

21   just described to me, that you had done in your role

22   as senior scientist, that work was the same as

23   senior scientist, inaugural member?

24       A   Correct.

25       Q   Okay.  And you were there until May 2018;    10:27:48

                                                    Page 73

1    right?

2        A    Yes.

3        Q    And then finally, I think we're getting to

4    where you are presently, which is the director of

5    the Toronto Sexuality Centre; correct?                    10:28:01

6        A    Yes.

7        Q    And so you are currently the director of the

8    Toronto Sexuality Centre, but you're also conducting

9    your own private practice; is that right?

10       A    That is my private practice.                     10:28:14

11       Q    Oh, that is your private practice.  Okay.

12           And so can you tell me about your private

13   practice?  Approximately how many patients do you

14   have as a part of your private practice?

15       A    Roughly 50, currently.                           10:28:28

16       Q    So you have about 50 patients.  Does this

17   fluctuate a lot, or is it typically around 50?

18       A    I do my best to keep the number pretty

19   constant.

20       Q    Okay.  And why is that?                          10:28:47

21       A    Oh, for the -- for the workload.

22       Q    Got it.  And so you've been in your private

23   practice for about five years now; is that right?

24       A    Yes.

25       Q    When you first started your private practice,   10:29:01

Page 74

1    approximately how many patients did you have?

2        A    I want to say zero, and then I worked it up

3    from there.

4        Q    And how are patients typically finding you or

5    coming to you for -- for your treatment?              10:29:20

6        A    Generally from routine advertising.  Perhaps

7    a quarter of them are referred specifically from

8    other clinicians who feel that they're not qualified

9    to deal with, whatever sexual issues, will send

10   their client to me.                                   10:29:38

11       Q    You said "routine advertising."  What does

12   routine advertising for your practice look like?

13       A    An ad in Psychology Today and websites.

14       Q    Any social media?

15       A    No.                                          10:29:53

16       Q    And you said sometimes other clinicians refer

17   patients to you because they are unable to meet the

18   needs of what the patient is looking for; right?

19       A    Correct.

20       Q    And so what would you describe your specialty  10:30:05

21   to be that these other clinicians don't possess?

22       A    Human sexuality, which is left out of most

23   mental health training programs altogether.

24       Q    And I know we've spoken about this briefly

25   before, but what all do you understand to fall under  10:30:24

Page 75

```
 1    human sexuality again?

 2        A    Sexual functioning, sexual attraction --

 3    sexual functioning and sexual attraction patterns.

 4        Q    And so of your 50 patients, approximately --

 5    you know, what's the average age of your 50          10:30:40

 6    patients?

 7        A    Average?  30 to 35.

 8        Q    How old is your youngest patient, without

 9    disclosing any HIPAA violative information?

10        A    Youngest would be, I think, early 20s.       10:30:57

11        Q    Early 20s.  And how about the oldest?

12        A    Oldest would be late 60s.

13        Q    So as your role as director, is it -- am I

14    correct that it's solely just your private practice,

15    not your research?  There's no -- no more research    10:31:18

16    component of this position?

17        A    Not paid.

18        Q    So at the Toronto Sexuality Centre, you're

19    praid -- you're paid for the work that you do in

20    conjunction with your private practice; right?        10:31:36

21        A    Correct.

22        Q    And any other research you do, there's no

23    payment from this entity for that research; right?

24        A    Correct.

25        Q    Okay.  So in any of these positions that     10:31:47
```

Page 76

```
 1    we've spoken about, have you provided care directly

 2    to transgender people?

 3        A    I'm sorry, would you ask that again?

 4        Q    Sure.  So in any of these positions, have you

 5    provided care to transgender people?              10:32:03

 6             MR. BARHAM:  Objection; form.

 7             THE WITNESS:  Yes.

 8    BY COUNSEL SWAMINATHAN:

 9        Q    Which positions have you provided care to

10    transgender people?                               10:32:15

11        A    Right now, asking as to the Toronto Sexuality

12    Centre?

13        Q    Any others?

14        A    I -- I don't have any other clinical

15    positions.  I'm -- again, I'm checking your       10:32:28

16    question.

17             When you asked me about my experiences with

18    trans people, you mean the -- my clinical

19    experiences within the Toronto Sexuality Centre?

20        Q    Exactly.  And I'm just trying to ensure that  10:32:43

21    I haven't missed any other practices that, you know,

22    you may have had with respect to, you know,

23    providing direct care to -- to transgender people.

24             So I understand your answer to be the Toronto

25    Sexuality Centre; is that correct?               10:32:57
```

Page 77

```
1        A    Yes, I -- I -- that includes trans people and

2    people with transitions.

3        Q    Okay.  And, again, none of this care was

4    provided to transgender prepubertal kids; right?

5        A    Correct.                                      10:33:15

6        Q    And none of this care was provided to

7    transgender adolescents; right?

8        A    Some would be adolescents.  I -- I see

9    clients at ages 16 and up.

10       Q    16 and up.                                    10:33:32

11            And you said your youngest client at the

12   moment is in their early 20s, but you have seen

13   clients who have been under the age of 18; is that

14   right?

15       A    Yes.                                          10:33:45

16       Q    How many transgender people under the age of

17   18 have you provided care to?

18       A    Six to eight.

19       Q    Okay.

20       A    While they were in that age.                 10:33:58

21       Q    Got it.  And what about under the age 16,

22   have you ever provided care to any transgender

23   adolescent or prepubertal kid under the age of 16?

24       A    No.

25       Q    Okay.  Did any of the care that you provided  10:34:11
```

Page 78

```
 1    to transgender and gender-dysphoric people involve

 2    prescribing puberty-delaying treatment?

 3        A   No.  I'm not licensed for providing medical

 4    care.

 5        Q   And so you're not licensed to provide -- or,    10:34:31

 6    sorry, prescribe hormone therapy; right?

 7        A   That is correct.

 8        Q   Okay.  So your care primarily involved

 9    counseling; right?

10        A   Yes.                                            10:34:44

11        Q   So with respect to any employment that you've

12    held, have you ever been subject to discipline by

13    your employer?

14        A   No.

15        Q   No?  And you've spent a significant portion    10:34:55

16    of your career at CAMH; right?

17        A   Yes.

18        Q   Okay.  How have you gotten along with your

19    colleagues over the span of -- it looks like over

20    20 -- 20 years?  22 years?  How have you gotten       10:35:15

21    along with your colleagues there?

22        A   In general, very well.

23        Q   And apologies, just one -- one clarification.

24            So you said that you're not licensed to

25    prescribe puberty-delaying treatment or cross-sex     10:35:29
```

Page 79

```
 1    hormones; right?

 2        A    Correct.

 3        Q    Are you qualified to refer patients to

 4    providers who are licensed to provide that care?

 5        A    I'm not -- the question doesn't quite make      10:35:49

 6    sense to me.

 7        Q    Great.  I'm -- I'm happy to rephrase.

 8             Have you ever provided a referral for one of

 9    your patients to obtain puberty-delaying treatment

10    or cross-sex hormones from, let's say, an            10:36:03

11    endocrinologist?

12        A    It's tough to say.  Again, the Canadian

13    medical system doesn't work quite the same way as

14    the American way does.  A letter from me would

15    generally be sufficient for a medical provider who      10:36:27

16    is looking for a licensed mental healthcare provider

17    to say that a person is mentally healthy and ready

18    to engage in a medical treatment, but we don't send

19    the referral -- but -- but in the U.S., I understand

20    there are certain legal ramifications how that          10:36:53

21    referral happens, which isn't necessarily relevant

22    to where I am.

23        Q    I see.  So you would provide a letter to

24    another mental health provider who works with a

25    patient, who would then be able to provide a            10:37:05
```

Page 80

1    referral to the medical doctor to prescribe these

2    treatments; right?

3        A    No.   I would be that other mental health

4    provider.

5        Q    So you would receive a letter from another        10:37:18

6    practitioner and then that -- you would be the

7    decision-maker as to whether the person is ready for

8    a referral to a medical doctor to receive these

9    treatments; is that correct?

10       A    No.   Usually, I would be the initiator.   I      10:37:35

11   mean, a -- a -- any given patient might come to me

12   through another provider, but that doesn't require

13   anything -- anything formal or anything in writing.

14          If the request or the -- if what is

15   appropriate to the case is that the person does go      10:37:52

16   on for medical treatment, then I would write a

17   letter indicating that patient's preparedness for

18   that medical treatment.

19       Q    I see.   And so how often have you written

20   such a letter?   How -- how many times, to your         10:38:03

21   approximate recollection?

22       A    Two, three dozen.

23       Q    Two, three dozen.

24          And do you typically write these letters for

25   those who are above the age of 16?                       10:38:17

Page 81

1     A    Yes.

2     Q    Have you ever written a letter for a patient

3    of yours who was under the age of 16 to receive

4    puberty-delaying treatment or hormone therapy?

5     A    No.                                          10:38:33

6     Q    Has any patient under the age of 16 come to

7    you with that request?

8     A    I don't see patients under 16.

9     Q    How about under 18?  Has any patient between

10   the ages of 16 and 18 come to you with a request    10:38:46

11   seeking puberty-delaying treatment or, sorry, at

12   that point cross-sex hormones?

13    A    I haven't had such a request, no.

14    Q    Okay.  Sorry, we were just speaking about

15   your colleagues at CAMH, and I was asking you, you   10:39:00

16   know, how have you gotten along with your colleagues

17   there, and you said fine; is that correct?

18    A    Generally, quite well, yes.

19    Q    Generally, quite well.

20         Did you ever have any disagreements with       10:39:11

21   other employees of CAMH?

22    A    Yes.

23    Q    What kinds of disagreements have you had?

24         MR. BARHAM:  I'm going to object and advise

25   not to disclose any confidential information.        10:39:31

                                              Page 82

```
 1          THE WITNESS:  Generally, these were, you

 2    know, minor administrative disagreements about how

 3    something should be done or -- or efficiency.

 4          The largest disagreement I had was not

 5    related to gender -- to gender issues at all, but it   10:39:51

 6    ultimately was what motivated my leaving the

 7    hospital.

 8    BY COUNSEL SWAMINATHAN:

 9      Q    It was not related to issues of gender

10    dysphoria or related to transgender people?           10:40:04

11      A    Correct.

12      Q    And it caused you to leave the hospital.

13          And was that in 2018?

14      A    Yes.

15      Q    Okay.  So you've never had any issue come up   10:40:18

16    relating to the topic of transgender people; right?

17      A    When you now say "never had any issue come

18    up," we're -- we're still talking in which -- in

19    which context?

20      Q    Apologies.  Let me -- let me clarify.          10:40:38

21          So you said that there was a disagreement in

22    2018 that caused you to leave CAMH; right?

23      A    I wouldn't say that there was a disagreement

24    in 2018.  It took me several years to -- to get

25    to -- to get to that point, but that certainly --      10:40:54
```

Page 83

1    but that was the formal date of when -- when I left

2    CAMH.

3        Q    I understand.

4             What was that disagreement?

5        A    It had become very apparent to me that the          10:41:05

6    psychiatric staff was misusing hospital time for

7    their own private practices, and I was ultimately

8    unable to change that from happening in a

9    substantial way.  I thought it was grossly unethical

10   and no longer wanted any part of a clinic that would   10:41:24

11   -- that would allow that.

12       Q    And were these psychiatric staff individuals

13   that you supervised?

14       A    No.

15       Q    No?  And to your knowledge, if -- if you       10:41:34

16   know, how were they misusing hospital time?

17       A    They were seeing private patients and using

18   hospital resources for those private patients.

19       Q    And would those patients be coming to the

20   hospital, or would these be virtual sessions?          10:41:51

21       A    Coming to the hospital.

22       Q    Yeah, I'm just trying to get a better

23   understanding of whether, you know, these

24   psychiatric staff were seeing these patients and the

25   patients were not registered in the hospital          10:42:06

Page 84

1    records.

2         Is -- is that what happened?

3      A   The --

4         MR. BARHAM:   I'm going to object and caution

5    you about resealing confidential information.          10:42:16

6         COUNSEL SWAMINATHAN:   Objection noted.   Thank

7    you.

8         THE WITNESS:   That's not how the system

9    exactly was set up.   Because of the nature of the

10   laboratory, it was permitted to see nonhospital        10:42:35

11   patients, but hour by hour and patient by patient,

12   they were encroaching on hours that should have been

13   reserved for hospital patients, but hospital

14   patients were getting displaced for the private

15   patients.                                              10:42:49

16     Q   And how, exactly, did this -- this misuse of

17   time lead you to your decision to leave the hospital

18   entirely?

19     A   It became apparent -- it became apparent that

20   some money resources had been bled away from the      10:43:12

21   clinic that there were no -- at one time, the -- the

22   regular patients who were regularly getting referred

23   ceased being referred.   The referral sources

24   realized that the delays got so long, they didn't

25   bother referring anybody anymore, and if there are    10:43:27

Page 85

1    no people, then -- if there are no referrals,

2    there's no clinic.  If there's no clinic, there's no

3    research.

4         I was able to correct it for a time, but I

5    was unable to get the hospital to change its policy    10:43:40

6    to make it permanent.

7    Q   I see.  And so your disagreement with how the

8    hospital handled that situation is what caused you

9    to leave; right?

10   A   Yes.                                               10:43:53

11   Q   And prior to that, I think you testified that

12   you've had no other disagreements during your time

13   at CAMH with respect to topics concerning

14   transgender people; right?

15        MR. TRYON:  Objection; form.                      10:44:12

16        THE WITNESS:  Correct.

17   BY COUNSEL SWAMINATHAN:

18   Q   You've never disagreed with any employee as

19   to what proper care for transgender individuals

20   should be?                                             10:44:19

21        MR. TRYON:  Objection.

22        THE WITNESS:  Not that I recall, no.

23   BY COUNSEL SWAMINATHAN:

24   Q   Okay.  So let's move to page 3 of your CV, if

25   you still have that up in front of you.                10:44:33

                                               Page 86

```
 1        A    Yes.
 2        Q    Great.  Can you take a moment to review?
 3             I -- I believe pages 3 through 7 list
 4    publications that you have authored and coauthored;
 5    right?                                              10:44:57
 6        A    Yes.
 7        Q    Okay.  Approximately how long have you been
 8    authoring publications?
 9        A    You said three pages?  I'm counting five.
10        Q    3 through 7, sorry.  3, 4, 5, 6 --          10:45:11
11        A    Oh, pages 3 through 7?
12        Q    Yes, yes.
13        A    I understand.
14             Yes, I'm sorry, what was your question again?
15        Q    Approximately how long have you been         10:45:23
16    authoring publications?
17        A    Oh, almost 30 years.
18        Q    Almost 30 years.
19             And what topics do you predominantly write
20    about?                                               10:45:33
21        A    Human sexuality and atypical sexualities.
22        Q    And within human sexuality and atypical
23    sexuality, what subjects do you primarily focus on?
24        A    Sexual orientation, paraphilias and gender
25    identity.                                            10:45:51
```

Page 87

1      Q    And you have 64 articles listed here under

2    "Publications"; right?

3      A    That's -- yes.

4      Q    When did you start writing and researching

5    about paraphilias?                              10:46:06

6      A    Specifically about the paraphilias, soon

7    after I arrived at CAMH.

8      Q    Okay.  So that would be around 1998, '99

9    timeframe?

10     A    Roughly, yes.                            10:46:21

11     Q    Okay.  And how many of these publications

12   focus on transgender and gender-dysphoric people?

13     A    I have listed them on my CV.  I'd have to

14   count.  It's roughly a half dozen.

15     Q    Why don't we go through these pages together.  10:46:39

16          So your first publication titled "Transgender

17   and gender diverse children and adolescents:

18   Fact-checking of AAP policy," authored by J. Cantor

19   in 2020; is that correct?

20     A    Yes.                                      10:46:58

21     Q    And you would say that publication pertains

22   to issues of transgender and gender dysphoria in

23   people; right?

24     A    Yes.

25     Q    Great.  I'm looking down the list now.    10:47:08

                                                     Page 88

1          Is there anything else on page 3, any other

2     publication listed on page 3 that deals specifically

3     with transgender individuals or individuals

4     diagnosed with gender dysphoria?

5       A   No.                                        10:47:29

6       Q   Okay.  Let's go to page 4.  Can we go through

7     this same exercise?

8          Is this there any publication on this page

9     that relates specifically to transgender individuals

10    or individuals with gender dysphoria?        10:47:52

11      A   Only indirectly, number 26, Fazio and Cantor.

12      Q   What do you mean by "indirectly"?

13      A   One of the ways -- left-handedness is more

14    common among people who are trans or gay, for that

15    matter, than -- than not.                    10:48:18

16      Q   And that's the only -- that's the only way

17    that this article is connected to issues concerning

18    people who are transgender and gender dysphoric;

19    right?

20      A   Yes.                                     10:48:33

21      Q   Okay.  Great.  Let's go to page 5 of your

22    list of publications.

23      A   Yes.

24      Q   Can we go through that same exercise?

25          I can see that number 30 concerns paraphilia,  10:48:43

                                                    Page 89

```
 1    gender dysphoria and hypersexuality, so I assume

 2    that article relates to transgender or

 3    gender-dysphoric people in some regard; right?

 4        A   Yes.

 5        Q   Is there any other article on that page that    10:48:57

 6    relates to what we're speaking about?

 7        A   That particular one, that's a -- the relevant

 8    chapter in the Oxford Textbook of Psychopathology.

 9    I just finished writing the new version of that, but

10    it's not yet in my CV.  The book hasn't come out    10:49:17

11    yet.

12        Q   Okay.  Great.  So just number 30; right?

13            And then can we --

14        A   Hang on.  I'm going through the rest of the

15    list.                                               10:49:32

16        Q   Oh, apologies.

17        A   Again, indirectly, number 37, Cantor, 2012,

18    "Is homosexuality a paraphilia?"  Again, gender

19    identity factors indirectly, in answering that

20    question.                                           10:49:48

21        Q   So, again, your testimony is that 37

22    indirectly focuses on transgender people and gender

23    identity disorders as related to homosexuality as a

24    paraphilia; is that right?

25        A   The evidence -- exactly as the -- the title    10:50:03
```

Page 90

1    states, reviewing the evidence and the arguments

2    that have been posed for each side.

3        Q    So how does this article specifically address

4    issues of transgender people and gender dysphoria

5    individuals?                                          10:50:21

6        A    There is a specific paraphilia called

7    "autogynephilia" which is strongly related to the

8    motivator -- which is strongly -- which is one of

9    the strongest motivatives for adults who want to

10   transition, specifically from male to female.       10:50:36

11       Q    So --

12       A    Whether they --

13       Q    Apologies.  Continue.

14       A    Whether they consider themselves heterosexual

15   or homosexual is often rooted at what their stage of  10:50:45

16   transition is.  So it makes the question of

17   whether -- sexual orientations of paraphilia a

18   little more complicated.

19       Q    Got it.  And as you just testified,

20   autogynephilia applies to adults; right?            10:51:00

21       A    That's not exactly it, no.  Usually in a

22   clinic, autogynephilia is the primary motivator

23   behind most -- most people who start becoming gender

24   dysphoric in adulthood, but that doesn't mean it's

25   limited to adulthood.                               10:51:21

                                                    Page 91

1      Q   Got it.  Are there any other articles on this

2   page that relate to transgender --

3      A   Yes.

4      Q   -- or gender dysphoria?

5      A   Yes.  Number 40, which is the then prior          10:51:33

6   version of that chapter for the Oxford Textbook of

7   Psychopathology, but the chapter was retitled, so

8   the phrase "gender identity" doesn't appear in the

9   title in that -- in that title.  Or it doesn't

10  appear in the title in that version.                    10:51:50

11     Q   So this chapter titled "Sexual disorders"

12  encompasses information about transgender identities

13  and gender dysphoria; is that right?

14     A   Yes.

15     Q   Okay.  Anything else on this page?              10:51:59

16     A   No.

17     Q   Okay.  We're almost done with this exercise.

18         Page 6.  Are there any articles on page 6 of

19  your CV that focus --

20     A   Yes.  Number 53, Zucker, et al.                 10:52:26

21     Q   Okay.  "The Recalled Childhood Gender

22  Identity/Gender Role Questionnaire:  Psychometric

23  properties."

24         So this publication focuses on issues

25  pertaining to transgender and gender-dysphoric          10:52:42

Page 92

```
 1    individuals; right?

 2        A    Children specifically, yes.

 3        Q    Children specifically.  Okay.

 4             Anything else on this page?

 5        A    No.                                    10:52:51

 6        Q    And the last page, page 7, are there any

 7    articles on this page that pertain to transgender

 8    individuals or gender-dysphoric individuals?

 9        A    No.

10        Q    Great.  So you've identified six articles for   10:53:15

11    me, and, if you don't mind, I'd like to go through

12    those six articles in a little bit more depth.  So

13    if you could turn back to page 3.

14             Would it be fair to describe your work that

15    you've done in connection with these articles as      10:53:40

16    research?

17        A    Broadly speaking, in different contexts,

18    people use the word "research" different ways.

19        Q    I don't want to misrepresent your work, so

20    how -- how would you describe what goes into the      10:53:52

21    publication of these articles?  Would you call it

22    research or study?

23             Is "study" a more appropriate word?

24        A    Again, these mean different things in

25    science, and we would use different words in          10:54:11
```

Page 93

```
 1    different contexts.

 2         Usually when I use the word "research," we're

 3    talking about actually collecting original data,

 4    analyzing patterns and then reporting the results of

 5    those analyses.                                    10:54:24

 6    Q    Okay.

 7    A    In science, of course, when there are many

 8    such -- many such observations reported, we then go

 9    through and read -- read those, accumulate those and

10    find patterns in those sets of observations.       10:54:34

11         So some people would call that research;

12    others, not.  There also exists people who just

13    refer -- review all of the research and summarize it

14    all into one.  That also would legitimately be

15    called research.                                   10:54:51

16    Q    Okay.  So why don't we go through these and

17    you can correct me if I'm mischaracterizing

18    anything.

19         But article 1, to me, seems like a review; is

20    that correct?                                      10:55:02

21    A    That would be fair to say.  In -- as I say,

22    some people would call that research.

23    Q    Okay.  So why did you author this article?

24    A    When the AAP first published its paper, it

25    very obviously, to me, contained glaring error after  10:55:24
```

Page 94

```
 1    glaring error.  It repeatedly said whatever original
 2    studies made such a claim.  I was well aware of that
 3    original study and knew that it made no such claim.
 4         At that time, especially, there were
 5    relatively few people who knew any of the research     10:55:43
 6    on gender identity, so I simply conducted a
 7    fact-check of all the claims that were made by the
 8    AAP.
 9    Q    So this article doesn't include any original
10    research of yours; right?                              10:55:54
11    A    I did not collect data for it.
12    Q    Okay.  Who requested that you write this
13    article?
14    A    No one.
15    Q    No one?                                           10:56:06
16         So it was your decision to fact-check the AAP
17    policy; right?
18    A    Yes.
19    Q    It wasn't at the request of any other entity?
20    A    Correct.                                          10:56:16
21    Q    Okay.  And let's go on to number 26, which I
22    believe is the next publication, on page 4.
23    A    Yes.
24    Q    So this is an article that you authored along
25    with Fazio; is that correct?                           10:56:38
```

Page 95

```
 1      A    Yes.

 2      Q    Who is Fazio?

 3      A    She was a graduate student who was studying

 4   under me for her internship and then --

 5      Q    Got it.                            10:56:47

 6      A    -- and then post-doc.

 7           MR. TRYON:  Pardon me, Counsel, which number

 8   are we on?

 9           COUNSEL SWAMINATHAN:  Apologies.  We are on

10   page 4 of Dr. Cantor's CV and Article No. 26.   10:56:54

11           MR. TRYON:  Thank you.

12           COUNSEL SWAMINATHAN:  No worries.

13   BY COUNSEL SWAMINATHAN:

14      Q    Okay.  And so this is the article that you

15   mentioned tangentially related to transgender people  10:57:05

16   and gender identity disorders because of the

17   left-handed association; is that correct?

18      A    Yes.

19      Q    Okay.  And did you author this article out of

20   your own volition, or were you requested by a    10:57:26

21   certain entity to -- to research this issue?

22      A    Neither.  It was Fazio's initially.

23      Q    Okay.  And so you were supervising Fazio's

24   research; is that correct?

25      A    This portion of it, yes.            10:57:41
```

Page 96

1      Q    Okay.  Great.

2           And can we go to number 30 now, which is at

3      the top of page 5 of your CV?

4      A    Yes.

5      Q    You mention that there is a new version of        10:57:58

6      this Oxford textbook that is in the works right now;

7      right?

8      A    Yes.

9      Q    And in this current version, you wrote this

10     chapter with Sutton, K. S.; is that right?               10:58:14

11     A    Yes.

12     Q    Who is Sutton?

13     A    He was a postdoctoral fellow of mine at the

14     time.

15     Q    I see.  And you coauthored this article in        10:58:27

16     2014; is that right?

17     A    That's the year it came out.  I don't

18     remember the date when we submitted the manuscript.

19     Q    Okay.  A quick clarifying question.

20          Is there a reason that your name is first in     10:58:42

21     this article and Sutton's is second, but in the

22     prior article we were looking at, Fazio's name was

23     first and your name was second?

24     A    Just reflecting proportion of -- of effort

25     into it.  As I say, I -- with Fazio, I was            10:59:00

Page 97

```
 1    participating only in a particular portion.  And

 2    with Sutton, I was the primary author and Sutton

 3    added in other details.

 4        Q   Got it.  Okay.

 5            And so, can you remind me again, how exactly   10:59:12

 6    does this article relate to transgender people or

 7    people with gender dysphoria?

 8        A   A section of that chapter is specifically

 9    about transgenderism.

10        Q   What is that chapter focused on?              10:59:24

11        A   I'm sorry, I'm no longer sure that we're

12    talking about the same chapter.  I'm talking about

13    the chapter with Sutton.

14        Q   What -- what -- you mentioned that a portion

15    of the chapter focuses on transgender identities;     10:59:41

16    right?

17        A   Yes.

18        Q   I'm asking you to describe that portion a

19    little bit more for me.

20        A   Oh.  In that portion, we reviewed what, until  10:59:52

21    then, was known about gender -- gender identity,

22    gender dysphoria and transsexualism in children and

23    adults.

24        Q   And this was independent research that you

25    and Sutton conducted?                                 11:00:04
```

Page 98

1      A    It was a review, as I said, of what was

2    already known about those topics at that time.

3      Q    Got it.  And were there any findings that you

4    presented that were separate from what data was

5    already existing in this review that you mentioned?    11:00:22

6    Was there any new finding that came out of this

7    article?

8      A    Not an empirical finding.  When we saw

9    patterns in the research or comparisons between

10   different kinds of atypical sexualities and so on,     11:00:39

11   we would -- we would add those, but the focus of the

12   chapter and the purpose of the textbook was to

13   convey to readers what was already established in

14   the science.

15     Q    And -- and I assume this chapter was reviewed    11:00:51

16   by others; right?

17     A    Yes.  That particular book, the Oxford

18   Textbook of Psychopathology, is one of the best

19   known such texts in the world.

20     Q    Assume that it's a peer-reviewed text; right?    11:01:06

21     A    I would hesitate to call it peer reviewed.

22   It's not peer reviewed in the way that journal

23   articles are peer reviewed.  In journal articles,

24   it's initiated by the author, sent into the journal

25   and the journal can either publish or not publish    11:01:25

Page 99

```
 1    it.

 2        Q    Uh-huh.

 3        A    Book chapters are by invitation.  The book

 4    editors then select topic experts and -- and invite

 5    them to submit a chapter for the book.              11:01:38

 6        Q    Got it.

 7        A    That chapter gets peer reviewed in the way

 8    that it's sent to other topic experts for -- for

 9    feedback, but it's not reviewed in the same should

10    we consider this at all, I don't know anything about  11:01:49

11    this topic and then need an expert to tell me, which

12    would happen in the journal peer review system.

13        Q    Understood.  So you were invited to author

14    this chapter by Blaney and Millon; is that correct?

15        A    Correct.                                   11:02:02

16        Q    Okay.  And when did they extend this

17    invitation to you?  Because previously when I said

18    that, you know, it was published in 2014, you

19    mentioned that the work that has been put into it

20    was ongoing prior to 2014.                          11:02:17

21             So when -- when did they approach you about

22    authoring this chapter?

23        A    I don't recall exactly.  It would have been

24    about a year and a half to two years ahead of time.

25        Q    Okay.  Great.                              11:02:29
```

Veritext Legal Solutions
866 299-5127

```
 1          And then you mentioned number 37, article 37,

 2    is related to transgender identities and gender

 3    dysphoria as related to autogynephilia; is that

 4    correct?

 5      A   The -- yes, the nexus between the topics is      11:02:42

 6    autogynephilia.  In order to answer the questions

 7    that I had set for myself requires that people know

 8    each chunks of that literature.

 9      Q   Got it.  Okay.

10          And article 40, you also mention that the       11:03:03

11    title is "Sexual disorders," but that's only because

12    it's a previous version of the title that did not

13    include issues of gender identity; is that correct?

14      A   Yes.

15      Q   And the textbook actually includes              11:03:17

16    information pertinent to transgender individuals and

17    gender identity disorders; is that right?

18      A   Correct.  In the years after that, it

19    became -- it became more and more uncontested

20    whether gender identity should automatically be       11:03:36

21    called a -- a disorder at all.  So by parsing out

22    the title, we removed the word "disorder"

23    altogether.

24      Q   I see.  And this -- this came out in 2009; is

25    that right?                                            11:03:52
```

Page 101

```
 1        A    Correct.

 2        Q    And then the last one you mentioned was on

 3    page 6 of 32 of your CV, and it's Article No. 53,

 4    the Zucker article.  And you mentioned that this

 5    article focuses on children with gender identity      11:04:05

 6    disorders; is that right?

 7        A    Yes.

 8        Q    Can you tell me more about this -- and

 9    however you call it, a study or research that went

10    into this article?                                    11:04:29

11        A    I provided primarily statistical input into

12    the article.  The topic on it was how to find the

13    most objective and reliable way to ask about events

14    in childhood and how cross-gender they were.

15        Q    So what do you mean by "statistical input"?  11:04:49

16        A    Because I have a substantial background in

17    statistics, I'm often asked to -- to add to the

18    statistical analyses that -- or to double-check the

19    statistical analyses that any researcher is doing.

20        Q    So is this Zucker article a compilation of   11:05:06

21    original research?

22        A    It is an original piece of research, yes.

23        Q    It is an original piece of research.

24             And your contribution to the article was to

25    ensure that the statistical analysis was sound; is    11:05:19
```

                                                    Page 102

```
 1    that correct?

 2       A   I don't think it's fair to limit my

 3    contribution to that, but that was my predominant

 4    role.

 5       Q   Fair to say it was your predominant            11:05:31

 6    contribution; right?

 7       A   Yes.

 8           COUNSEL SWAMINATHAN:  I just want to check in

 9    because I think it's been about an hour.  So I was

10    wondering if you need a break.  Or, Counsel Travis,    11:05:40

11    if -- if you want to take another short five-minute

12    break.

13           THE WITNESS:  I'm okay.

14           COUNSEL SWAMINATHAN:  You're okay --

15           MR. BARHAM:  I'm fine with continuing.          11:05:47

16           COUNSEL SWAMINATHAN:  Okay.  Sounds good.

17    BY COUNSEL SWAMINATHAN:

18       Q   So of these six publications that we just

19    talked about, none of these publications focus on

20    transgender people in athletics; right?               11:06:02

21       A   Correct.

22       Q   Do any of these publications relate to the

23    issues in this case?

24           MR. TRYON:  Objection.

25           THE WITNESS:  Do they relate?  I -- I'm         11:06:22
```

Veritext Legal Solutions
866 299-5127

```
 1    not -- I'm not sure I know how to answer that

 2    question.

 3    BY COUNSEL SWAMINATHAN:

 4       Q    Sure.  Let me ask a better question.

 5            What is your understanding of what this case     11:06:33

 6    is about?

 7       A    Well, there's what the case is about and

 8    there's what I've been asked to contribute --

 9       Q    Sure.  My question is, what is your

10    understanding of what this case is about?             11:06:43

11       A    Is whether it's fair and appropriate for

12    biological males to participate in -- on biological

13    female teams.

14       Q    And do any of these publications inform your

15    opinion on the issues that you just identified?       11:07:03

16       A    I --

17            MR. BARHAM:  Objection; form.

18            THE WITNESS:  I would hesitate to say

19    "inform" because several of my publications in turn

20    reflect what's in the rest of the empirical           11:07:21

21    literature, and it's the entire empirical literature

22    that informs my opinion.  It can't really be

23    separated.  But none -- none of my opinion about

24    this case developed from my publications.  Rather,

25    my publications and my opinion both come from the     11:07:40
```

Page 104

```
 1    sum of the scientific literature.

 2    BY COUNSEL SWAMINATHAN:

 3        Q   I appreciate that explanation.  Thank you.

 4            Let's go on to the next section of your CV.

 5            So on, let's see, page 8, you have a list of    11:07:55

 6    letters and commentaries that you have authored and

 7    coauthored; right?

 8        A   Yes.

 9        Q   Approximately how long have you been offering

10    letters and commentaries?                               11:08:18

11        A   Roughly 20 years.

12        Q   And what topics do you predominantly comment

13    on?

14        A   Atypical sexuality in humans.

15        Q   When did you start commenting on atypical       11:08:32

16    sexualities?

17        A   The first publication on it was in 2000.

18        Q   And is that the -- Publication No. 14 that

19    was listed -- that's listed here on page 8?

20        A   Yes, it is.                                     11:08:56

21        Q   And do any of these publications focus on

22    transgender people or people with gender dysphoria?

23        A   Yes.

24        Q   Which ones?

25        A   Numbers 6, 9, 10, 11.  And I don't recall if    11:09:11
```

Page 105

1    number 12 did, but I think not.

2        Q    Okay.  So we're working with number 6, 9, 10

3    and 11, right, under "Letters and Commentaries"?

4        A    Yes.

5        Q    And Letter No. -- or Letter or Commentary        11:09:59

6    No. 6, this is a comment that you wrote in response

7    to Italiano's 2012 comment on an article that you

8    had written in 2011; is that right?

9        A    Yes.

10       Q    Does this comment have anything to do with        11:10:20

11   transgender children and adolescents playing sports?

12       A    No.

13       Q    Let's turn to number 9, which is -- is this a

14   letter, or is this commentary?

15       A    A letter.                                         11:10:44

16       Q    A letter.

17       A    The difference -- there really -- it's a

18   general standard whether they say "commentary" or

19   "letter."  There's no rigorous or systematic

20   difference between the terms.                             11:10:54

21       Q    Got it.  Thank you.

22            And so this was in 2011, entitled "New MRI

23   studies support the Blanchard typology of

24   male-to-female transsexualism."

25            Did I read that accurately?                      11:11:03

                                                        Page 106

```
 1        A    I'm sorry, say that again.

 2        Q    The -- it's titled "New MRI studies support

 3    the Blanchard typology of male-to-female

 4    transsexualism."

 5             Did I read that accurately?              11:11:16

 6        A    Yes.

 7        Q    Okay.  And did this letter have anything to

 8    do with transgender children or adolescents playing

 9    sports?

10        A    No.                                      11:11:34

11        Q    No?  Let's look at number 10.  This is --

12    this is authored by Zucker, Bradley, Own-Anderson,

13    Kibblewhite and yourself; is that correct?

14        A    Yes.

15        Q    And it's titled "Is gender identity disorder  11:11:51

16    in adolescents coming out of the closet?"; correct?

17        A    Yes.

18        Q    Can you tell me a bit about this letter or

19    commentary?  Why was it written?

20        A    So we were observing, in those days -- we're  11:12:14

21    now going back almost 15 years -- seeing the

22    beginnings of the great increase in the number of

23    adolescents presenting to clinics expressing gender

24    dysphoria.

25        Q    Okay.  And is this a piece of original       11:12:30
```

```
 1    research, or is this a review of existing research?
 2        A   Original research.
 3        Q   Who funded this research?
 4        A   It wasn't funded in a direct way.  It
 5    required no -- it required no funding.  It wasn't      11:12:54
 6    the kind of a study that required hiring new people
 7    or equipment.
 8        Q   I see.  So there was no grant application
 9    process or something similar associated with this
10    publication; right?                                   11:13:07
11        A   Correct.
12        Q   How did the authors of this study, including
13    yourself, come together to conduct this research?
14        A   They were already colleagues at CAMH.
15        Q   Got it.  So these are all employees of CAMH?  11:13:25
16        A   At that time, yes.
17        Q   Were any of these authors students or --
18    sorry, fellows?
19        A   I don't recall if Kibblewhite was.  They may
20    have been.                                            11:13:47
21        Q   Okay.  And you said that this study was not
22    directly funded.  Was it indirectly funded in any
23    way?
24        A   It would be reasonable to say that the
25    hospital's salary support of the staff was an         11:14:00
```

Page 108

```
 1    indirect funding, but it wasn't related to any --

 2    any one particular study at all.

 3        Q    Got it.  And just to clarify, this is a study

 4    that you-all came together to carry out on -- on

 5    your own, not at the request of anyone?            11:14:17

 6        A    Correct.

 7        Q    Okay.  And is this study related to

 8    transgender children or adolescents participating in

 9    athletics specifically?

10        A    No.                                        11:14:30

11        Q    Okay.  And then you said, finally, number 11

12    under "Letters and Commentaries."  It's a review, in

13    2003, of the book The Man Who Would Be Queen by

14    J. Michael Bailey.  Did I read that accurate?

15        A    Yes.                                       11:14:52

16        Q    What is The Man Who Would Be Queen?

17        A    It was a book by J. Michael Bailey, published

18    at the time, describing for the lay public gender

19    identity and transsexualism in children -- well, in

20    children and adults.                               11:15:10

21        Q    Did the book focus on children or adults?

22        A    I don't think it's fair to say it focused on

23    either.  It spanned a lifetime.

24        Q    Understood.  I'm just trying to understand

25    because it says "The Man Who Would Be Queen,"       11:15:26
```

Page 109

1    instead of "The Boy."  So I was just wondering how

2    old the protagonist of this book is, to your

3    recollection.

4        A    There wasn't a single protagonist.  There

5    were multiple protagonists.                          11:15:38

6        Q    What was the average age of the multiple

7    protagonists in this book?

8        A    Oh, I don't recall, and I'm not sure that

9    that's meaningful.  That is, in the book, Bailey was

10   describing the phenomena of transsexuality and       11:16:00

11   gender dysphoria and then used individual cases and

12   describes people in order to -- in order to help,

13   you know, color the -- the issue for -- for the

14   audience, but it wasn't -- it wasn't of a number of

15   people by which one could calculate an average.  He  11:16:20

16   described a couple of children, and he described a

17   couple of adults, and he tried to -- did his best to

18   describe people who were transitioning in each

19   direction.

20       Q    I understand.  I'm -- sorry.  I was just     11:16:30

21   trying to clarify whether this was book was similar

22   to, you know, the clinical work that you do, where

23   you speak to adults or people over the age of 16

24   and, you know, retroactively gain their childhood --

25   gain knowledge of their childhood experiences or if  11:16:47

Page 110

```
 1    this book, the individual cases that you mentioned,

 2    were actually children versus adults.

 3            And you say it's a mix of both; right?

 4        A    It includes cases of both.

 5        Q    Yeah.  Okay.  That -- that's all I was          11:17:01

 6    wondering.  Thank -- thank you.

 7            And so why did you review this book?

 8        A    For the same reason I -- I -- for the same

 9    reason that I wrote the AAP study.  The book was

10    fascinating, well written, very informative,            11:17:19

11    useful -- and useful to society, but also very

12    controversial.  So I thought it would be useful, as

13    one of the few people qualified to -- to do so, to

14    compare the book with -- with the actual research at

15    the time.                                               11:17:37

16        Q    Did anyone request you to write this review?

17        A    No.

18        Q    Did you speak to Michael Bailey while writing

19    this review?

20        A    I don't recall.  I had already met him before  11:17:47

21    I wrote the review.  I don't recall contacting him

22    at all while I was writing.

23        Q    And so to your recollection and speaking

24    about it more generally, this book has to do with

25    the full age range of transgender identities, and,     11:18:20
```

                                                        Page 111

1    in your testimony, it does not focus solely on adult

2    transitioners; right?

3        A    It's not limited -- it's not at all limited

4    to adults.

5        Q    It's not at all limited to adults, but more        11:18:33

6    generally, it speaks to adults as opposed to

7    children?

8            MR. TRYON:  Objection; form.

9            THE WITNESS:  I hesitate to say that it

10   speaks to either one any more than the other.          11:18:45

11   BY COUNSEL SWAMINATHAN:

12       Q    Okay.  That's fair.

13           And then at the bottom of the page and then

14   the next page, you have a list of your publications,

15   specifically your editorials, and that is your CV        11:18:59

16   page 8 and 9.

17       A    Yes.

18       Q    Okay.  And so approximately how long have you

19   been authoring editorials?

20       A    About 20 years.                                 11:19:18

21       Q    20 years.  And what topics do you

22   predominantly write on in terms of your editorial

23   publications?

24       A    Primarily on the editorial process itself.

25   I'm on the editorial board for the Archives of          11:19:32

                                              Page 112

1    Sexual Behavior, and I serve as editor in chief for

2    the journal Sexual Abuse.

3         So it's routine for editors and editorial

4    board members to comment on the structure and

5    recurrences within the journal itself.              11:19:47

6    Q   When did you start sitting on the board, the

7    editor -- as -- as the editor in chief of the

8    journal Sexual Abuse?

9    A   It's on my CV.  I don't recall the year.

10   Q   Approximately how long do you remember        11:20:03

11   sitting on the board for or sitting in that

12   position?

13   A   Roughly 15 to 20 years.

14   Q   Okay.  And so you have ten publications

15   listed here under "Editorials"; is that right?      11:20:18

16   A   Yes.

17   Q   And from my view of the ten editorials, is it

18   fair to say that you predominantly comment on sexual

19   abuse?

20   A   I wasn't -- no, I wasn't commenting on sexual   11:20:35

21   abuse itself.  I was commenting on the journal

22   entitled Sexual Abuse.

23   Q   Okay.  So when you're commenting on the

24   journal entitled Sexual Abuse, what is the nature of

25   this commentary?                                    11:20:52

Page 113

```
 1      A    Number of publications, people coming and

 2    leaving the editorial board, my plans for the

 3    journal for the future.  We weren't talking about

 4    the topic within the journal.  We were talking about

 5    the journal as the topic.                        11:21:05

 6      Q    I see.  Okay.  So these are -- these are

 7    comments on kind of the -- the structure or the

 8    future of the journal itself, not specific

 9    substantive reviews of the articles contained within

10    these journals; is that right?                   11:21:21

11      A    Yes.

12      Q    Okay.  And then on page 10 of your CV, you've

13    listed your funding history; is that right?

14      A    Yes.

15      Q    And so these two pages list the funding that  11:21:38

16    you've been the recipient of over the course of your

17    career; right?

18      A    Yes.

19      Q    Is this a comprehensive list of the grants

20    you've received?                                 11:21:54

21      A    Yes.

22      Q    And you were a co-investigator for four out

23    of the seven times that you received funding for a

24    study; right?

25      A    Just checking.                            11:22:08
```

Page 114

```
 1        Q    No problem.

 2        A    Yes, that's correct.

 3        Q    And you were a principal investigator, then,

 4   for three out of the seven times you received

 5   funding for a study; correct?                         11:22:26

 6        A    Yes.

 7        Q    Were any of these seven awards of funds

 8   related to the study or treatment of gender

 9   dysphoria for transgender people?

10        A    Yes.                                        11:22:40

11        Q    Can you point me to which ones, please?

12        A    The first one, "Brain function and

13   connectomics following sex hormone treatment in

14   adolescents experience gender dysphoria."

15        Q    Uh-huh.                                     11:22:54

16        A    And Effects of hormone treatment on brain

17   development:  A magnetic resonance imaging of --

18   study of adolescents with gender dysphoria.

19        Q    Great.   Thank you.

20             I would love to talk about those two studies   11:23:19

21   a bit further.   So if we could start with the first

22   one, which I understand to believe was granted in

23   July of 2018.

24             So I see that it says $650,000 and -- sorry,

25   $650,250, and then it has a forward slash, 5 years.   11:23:36
```

Page 115

```
 1          So is that the amount of funds that were
 2    awarded over a period of five years?
 3      A   Yes, that's correct.
 4      Q   Not each year; right?  It's a totality of the
 5    funds received over five years?                   11:23:51
 6      A   Correct.
 7      Q   Okay.  And when it says "July, 2018," does it
 8    mean that you -- like, the funds started coming in
 9    in July 2018 and continue on to, presumably,
10    July 2023; is that correct?                        11:24:07
11      A   June 2023, but yes.
12      Q   Okay.  June 2023.
13          And so can you describe the study to me?
14      A   The study itself is to take brain scans of
15    kids throughout the process of -- throughout their  11:24:28
16    process of transitions.
17      Q   Okay.  And how did you discover this
18    opportunity?
19      A   I had worked, at least indirectly, with some
20    of these authors before.  It's -- they're -- they --  11:24:41
21    they're running the study, but, of course, they
22    needed somebody with a background in brain imaging,
23    in statistics and in human sexuality, including
24    gender identity.
25      Q   So who are Doug VanderLaan and            11:24:58
```

Page 116

1    Meng-Chuan Lai?

2       A   They now are two sex researcher

3    neuroscientists specializing in child gender

4    identity.

5       Q   They specialize in child gender identity      11:25:12

6    disorders; is that right?

7       A   Yes.

8       Q   What about Megha Mallar Chakravarty, Nancy

9    Lobaugh, M. Palmert and Skorska?

10          Apologies if I mispronounced any of those.     11:25:25

11      A   No problem.

12          They're other statisticians and

13   neuroscientists involved in the data collection for

14   MRI research.

15      Q   Are those folks also focused on child gender   11:25:38

16   dysphoria identities?

17      A   No.

18      Q   No?  Okay.

19          And who applied for the funding for this

20   study?                                                11:25:56

21      A   Dr. VanderLaan.

22      Q   VanderLaan.

23          And are you aware of what papers were

24   submitted in connection with that application?

25      A   I don't understand the question.  Papers       11:26:07

```
 1    submitted for an application?

 2       Q   I assume that to apply for a grant, there's

 3    some sort of application process; is that correct?

 4       A   Yes.

 5       Q   Were you involved in that application          11:26:19

 6    process, or was that solely done by Doug VanderLaan?

 7       A   I was involved in relevant parts of it.

 8       Q   What was your involvement?

 9       A   To review, check and add to the sections on

10    statistics, neuro- -- and neuroimaging research        11:26:38

11    methods.

12       Q   Got it.  Okay.

13           And I assume the study is still ongoing;

14    right?

15       A   Yes, it is.                                     11:26:48

16       Q   It is.

17           And you don't have any findings to report

18    right now; right?

19       A   No, not yet.

20       Q   Okay.  And just to check in -- or is this      11:26:59

21    study at all related to the participation of

22    transgender children and adolescents in athletics

23    specifically?

24       A   It's not a topic of the study.

25       Q   Okay.  And it looks like you said there was    11:27:17
```

                                              Page 118

```
 1    another study where the principal investigator,

 2    Doug VanderLaan, and co-investigators, Bain, Cantor

 3    Chakravarty, Chavez, Lobaugh and Zucker, bas- -- or

 4    the date is September 2015.  That's the other study

 5    that you mentioned is relevant to transgender and      11:27:39

 6    gender-dysphoric individuals; right?

 7        A   It's a grant, not a study.

 8        Q   Sorry, grant.  Apologies.

 9            Can you tell me about that grant?

10        A   It was very similar to the first one.  In      11:27:51

11    fact -- well, the one we first discussed, even

12    though it, chronologically, is first.  The

13    chronologically first one bled into or ran into or

14    became the second one, which is continuing the

15    first.                                                 11:28:08

16        Q   I see.  So were there independent results

17    that were obtained from -- from this research, or

18    did that research continue on into the grant that we

19    just spoke about?

20        A   That research is continuing on into the        11:28:24

21    current one.

22        Q   Great.  And so it looks like it's the same

23    agency that awarded both grants; right?

24        A   Correct.

25        Q   And this time, they provided you $952,955,     11:28:37
```

1    again, over the course of five years, starting from

2    September 2015; is that right?

3         MR. TRYON:  Objection; form of the question.

4         THE WITNESS:  Yes.

5    BY COUNSEL SWAMINATHAN:                          11:29:01

6    Q   So am I correct that your team of

7    investigators applied for a second grant to continue

8    the research that they were doing as a part of this

9    initial awarding?

10   A   Correct.                                     11:29:12

11   Q   Is there a reason that they gave you less

12   money the second time?

13   A   Less was needed.

14   Q   Less was needed?

15   A   Yes.                                         11:29:20

16   Q   Why was less needed the second time around?

17   A   Changes in staff and then -- and student

18   needs, just the size of the lab that needed to be --

19   needed to be supported.

20        Also, in the second stage of the study, there  11:29:35

21   are now ongoing participants who require brain

22   scanning at regular intervals, which is unlike the

23   earlier part of the study where it was a much wider

24   range of people getting scanned.

25   Q   I see.  And, again, did this first stage of    11:29:49

                                        Page 120

```
 1    the study involve the participation of transgender

 2    children or adolescents in athletics?

 3        A    The -- the way you phrased your question is a

 4    little funny.  The -- the topic of the study wasn't

 5    focused on it, but I would not be at all surprised     11:30:08

 6    if some of the participants in the study were in

 7    turn involved in athletics.

 8        Q    Do you anticipate reporting specifically on

 9    athletic performance of transgender athletes in

10    these studies?                                         11:30:27

11        A    I don't anticipate reporting on that, no.

12        Q    No?  And you don't know for sure that these

13    study participants may or may not be athletes as

14    well; right?

15        A    Correct.                                      11:30:39

16        Q    Okay.

17             COUNSEL SWAMINATHAN:  Okay.  How about we

18    take a five-minute break.

19             MR. BARHAM:  Sounds good.

20             COUNSEL SWAMINATHAN:  Can we go off the       11:30:51

21    record?

22             THE VIDEOGRAPHER:  Yes.  We are going off the

23    record at 11:31 a.m., and this is the end of Media

24    Unit No. 2.

25             (Recess.)                                     11:47:06
```

                                                    Page 121

```
 1          THE VIDEOGRAPHER:  All right.  We are back on
 2     the record at 11:47 a.m., and this is the beginning
 3     of Media Unit No. 3.
 4          Go ahead, please.
 5     BY COUNSEL SWAMINATHAN:                          11:47:15
 6      Q    Okay.  So, Dr. Cantor, can you please turn to
 7     page 16 of your CV.
 8      A    I'm there.
 9      Q    Awesome.  So page 16 through 18, I
10     understand, lists your paper presentations and       11:47:39
11     symposia; is that correct?
12      A    Yes.
13      Q    What topics do you predominantly present on?
14      A    The same topics that -- that I research on,
15     atypical human sexuality.                        11:47:56
16      Q    And when did you start presenting on atypical
17     human sexuality?
18      A    In the 1990s, I believe it was.  Roughly
19     30 years.
20      Q    And it looks like you have 38 presentations     11:48:09
21     listed here; right?
22      A    Yes.
23      Q    We're going to go through a similar exercise.
24          Would you please look at page 16 and tell me
25     whether any of these paper presentations and        11:48:28
```

                                                  Page 122

```
1     symposia focus on transgendered people or

2     gender-dysphoric people.

3         A    Yes.  Number 1.  And that's the only one on

4     this page.

5         Q    Great.  And then can we do that same exercise    11:48:59

6     for page 17 of 32, please, which are 14 through 25.

7         A    Number 23 and number 25.

8         Q    Great.  And then the last page, on page 18,

9     please.

10        A    None on that page.                                11:50:33

11        Q    Great.  So if we can turn back to page 16 and

12    look at the first presentation that you have listed.

13             So I understand it's a presentation given by

14    yourself in April 2020, and it's titled "I'd rather

15    have a trans kid than a dead kid: Critical             11:50:51

16    assessment of reported rates of suicidality in trans

17    kids."

18             Did I read that correctly?

19        A    Yes.

20        Q    And this was presented at the annual meeting    11:51:01

21    of the Society for the Sex Therapy and Research;

22    right?

23        A    Yes.

24        Q    And I assume it was online due to COVID?

25        A    That's correct.                                  11:51:12
```

                                                    Page 123

```
 1      Q   Okay.  Who were you asked to present at this

 2   annual meeting by?

 3           MR. BARHAM:  Objection; form.

 4           MR. TRYON:  Objection; vague.

 5           THE WITNESS:  I wasn't -- I wasn't asked.      11:51:28

 6   BY COUNSEL SWAMINATHAN:

 7      Q   You weren't asked?

 8      A   Correct.  I submitted a proposal to -- to

 9   present, and it was accepted.

10      Q   When was it accepted?                           11:51:33

11      A   Oh, I don't remember the date.  In general,

12   they were four to six months ahead of the date of

13   the conference itself.

14      Q   Got it.  And what did you have to submit in

15   order to vie for a spot to present at this annual      11:51:47

16   meeting?

17      A   A form and a, roughly, one-paragraph summary.

18      Q   And to the best of your recollection, what

19   did you say in that one-paragraph summary?

20      A   Roughly the same material that's contained in   11:52:03

21   my report.

22      Q   Can you give me a brief summary of what you

23   mean by that?

24      A   That very many people exaggerate the amount

25   of suicide and suicidality that occur- -- that's       11:52:14
```

Page 124

```
1      reported amongst trans populations.

2         Q   Got it.  And were you paid to give that

3      presentation?

4         A   No.

5         Q   No?  And you said this presentation focuses        11:52:30

6      on transgender children and adolescents or some

7      other population?

8         A   Transgender children and adolescents.

9         Q   Does this -- did the presentation you give at

10     all focus on transgender children and adolescents        11:52:45

11     participating in athletics?

12        A   No.

13        Q   No?  Okay.

14            Then you told me that number 23 also focuses

15     on transgender people and gender-dysphoric people;       11:52:58

16     right?

17            It's a presentation from August 2003.  And I

18     take it where you're the only person listed in the

19     front, you are the only presenter; is that right?

20        A   Yes.                                               11:53:16

21        Q   Okay.  And so this presentation was titled

22     "Sex reassignment on demand: The clinician's

23     dilemma."  And this paper was presented at the 111th

24     annual meeting of the American Psychological

25     Association in Toronto, Canada; is that correct?         11:53:34
```

Page 125

1       A    Yes.

2       Q    So was this an American Psychological

3   Association annual meeting in Canada?

4       A    Yes.

5       Q    Do they typically have their annual meetings      11:53:49

6   in Canada?

7       A    Oddly, more -- more frequently than you would

8   think.   A -- Toronto is a very popular city for --

9   for the APA.

10      Q    Interesting.  Okay.                                11:54:00

11          And so you testified that in the previous

12  presentation that we spoke about, you submitted a

13  form requesting to present at that meeting.

14          Did you do the same for this annual meeting?

15      A    I don't remember the exact process anymore,       11:54:15

16  but it was roughly the same.

17      Q    So you requested your -- your participation

18  in this meeting as opposed to someone reaching out

19  to you, asking you to present at this meeting;

20  right?                                                     11:54:29

21      A    Correct.

22      Q    Okay.  And what were you presenting on?

23      A    I was presenting on my experiences, now

24  having had the first several years of my experience

25  working with people, in turn working with their           11:54:45

Page 126

1   gender identities.

2       Q   So you were presenting on your own

3   experience; right?

4       A   I was couching everything in my experience,

5   but it was meant to be a tutorial to help other          11:55:03

6   clinicians who were preparing to do the same thing.

7       Q   Did you present any data at this annual

8   meeting?

9       A   No, I did not.

10      Q   No?  Did you present any original research of   11:55:15

11  yours at this annual meeting?

12      A   No, I did not.

13      Q   Okay.  And at this meeting, did any portion

14  of your presentation focus on transgender children

15  or adolescents?                                          11:55:32

16      A   No.

17      Q   Okay.  25, I believe you said, was the -- the

18  last one that focuses on transgender identities and

19  people with gender dysphoria; right?

20      A   That sounds right, yes.                          11:55:55

21      Q   Okay.  And so this was a presentation given

22  in 2002, August 2002.  And, again, you were a sole

23  presenter here.  And your presentation -- or your --

24  title of your paper that was presented at the 110th

25  annual meeting of the American Psychological             11:56:18

Page 127

```
1    Association, this time in Chicago, was titled

2    "Gender role in autogynephilic transsexuals: The

3    more things change..."; is that correct?  Did I read

4    that correctly?

5        A   Yes.                                         11:56:38

6        Q   Is there anything after that ellipses that

7    was just left out because of lack of space, or is

8    that --

9        A   No.  The ellipses were part of the title.

10       Q   Part of the tile.  Okay.                      11:56:46

11           And did you submit a similar form to present

12   at the 110th annual meeting of the -- are you okay

13   if I call it the APA?  Is that an acronym you're

14   familiar with?

15       A   I'm familiar with it.  I'm fine in this       11:56:59

16   context.  My single hesitation is that it's easy to

17   confuse the American Psychological Association with

18   the American Psychiatric Association since both get

19   abbreviated APA.

20       Q   I will go through the process of saying the   11:57:15

21   whole term.

22           So for the 110th annual meeting of the

23   American Psychological Association, were you asked

24   to present at this meeting, or did you submit a

25   form, similar to the 111th?                           11:57:30
```

Page 128

```
 1      A   I submitted an application to present.

 2      Q   Okay.  And I assume that application was

 3   accepted?

 4      A   Yes.

 5      Q   Were you paid to give that presentation?    11:57:43

 6      A   No.

 7      Q   No?  And can you tell me a bit about the

 8   substance of that presentation?

 9      A   Yes.  I was presenting to the audience the

10   existence of autogynephilia, which most people,    11:58:04

11   especially then, were very unfamiliar with.

12      Q   So you said most people were unfamiliar with

13   it then.

14          Do you know of anyone else who was as

15   familiar or similarly familiar with autogynephilia,  11:58:21

16   at the time, as you were?

17      A   Yes.

18      Q   Any prominent researches come to mind?  Would

19   you be able to -- to name a few?

20      A   Certainly.  Even the names that have been    11:58:37

21   mentioned already, J. Michael Bailey, Ray Blanchard

22   and Maxine Petersen.

23      Q   Any others come to mind?

24      A   Again, it's a large literature.  Many people

25   have published on it.  The largest other name that   11:58:51
```

Page 129

1    quickly comes to mind is Anne Lawrence.  Again,

2    herself an openly trans woman.

3        Q   And, again, you said that at the time,

4    though, it wasn't a very well-known subject for most

5    people at this conference?                        11:59:09

6        A   Correct.

7        Q   And, again, this presentation did not focus

8    on transgender children and adolescents with gender

9    dysphoria; right?

10       A   Correct.                                    11:59:26

11       Q   And it didn't focus on transgender children

12   and adolescents participating in athletics, did it?

13       A   Correct, it did not.

14       Q   Okay.  And then if you could turn to page 25

15   of your CV.  I think it's PDF page 93.              11:59:48

16       A   Yes.

17       Q   I understand that this is a list of teaching

18   and training, and so I assume that to mean that you

19   were the supervisor of these students or fellows

20   listed on this page; right?                         12:00:14

21       A   Correct.

22       Q   Is this a comprehensive list, in addition to

23   the back, which says -- on page 26, which continues

24   the list at CAMH clinical supervision, doctoral- and

25   masters-level practice, do these two pages cover     12:00:29

                                              Page 130

1    your teaching and training experience?

2        A    Yes.

3        Q    Okay.  So did you ever provide educational

4    training to the individuals that you supervised

5    related to transgender people?                        12:00:43

6        A    One second.  I'm just running through them in

7    my head.

8        Q    No problem.

9        A    Some of the students had some trans clients

10   or a gender dysphoria-related question over the       12:01:21

11   course of a specific case, but none -- and some of

12   my students were co-supervised by other supervisors

13   who took the lead role, specifically in their

14   gender -- in cases that they did have with gender

15   dysphoria, but I myself didn't do the primary         12:01:41

16   supervision of a case specifically about gender

17   dysphoria.

18       Q    Got it.  So you did not specifically take the

19   lead role in supervising them on issues of gender

20   dysphoria; right?                                     12:01:56

21       A    Correct.

22       Q    Okay.  Did your supervision of these students

23   ever involve providing care to transgender adults?

24       A    Yes.

25       Q    Can you tell me about that?                  12:02:17

```
 1      A    Again, some of the -- although some of the

 2    clients weren't in to talk about trans issues

 3    themselves, some of them happened to have been

 4    trans. So it was related, but not a primary focus of

 5    the treatment.                                    12:02:33

 6      Q    Got it.  So it was not a primary focus of the

 7    treatment, but their identities might have been

 8    relevant to transgender issues and gender dysphoria;

 9    is that correct?

10      A    Yes, that's correct.                        12:02:44

11      Q    Okay.  Did your supervision ever involve

12    research around puberty-delaying treatment

13    prescribed to transgender children?

14      A    No.

15      Q    What about transgender adolescents?         12:02:59

16      A    No.

17      Q    Did your supervision ever involve research

18    around prescribing hormones to transgender adults?

19      A    No.

20      Q    Did your supervision ever involve research  12:03:14

21    and -- sorry, strike that.

22           Did your supervision ever involve prescribing

23    hormones to transgender adults?

24      A    No.

25      Q    Okay.  We're finally through your resumé,   12:03:33
```

Page 132

```
 1    which may provide some sense of relief, and I want

 2    to talk more about your involvement in this case.

 3         So how did you first learn about this case?

 4     A   I was contacted by the lawyers, who informed

 5    me.                                           12:03:58

 6     Q   Who were those lawyers?

 7     A   The ADF team.  I don't -- oh, no, no, no.

 8    I'm sorry.  No, I was contacted by the attorney

 9    general's office in West Virginia, who -- who told

10    me about the case and asked if I would be willing to  12:04:19

11    participate.

12     Q   And when did that contact occur?

13     A   I don't recall exactly.  Roughly six months

14    ago.

15     Q   Okay.  And had you worked with anyone from     12:04:31

16    the AG office of West Virginia before?

17     A   Before this --

18         MR. BARHAM:  Objection; form.

19    BY COUNSEL SWAMINATHAN:

20     Q   I'm sorry, before --                          12:04:47

21     A   No, I hadn't.

22     Q   Had you spoken to anyone at the AG's office

23    of West Virginia before this case?

24     A   No.

25     Q   Okay.  And why did you agree to serve as an   12:04:55
```

Page 133

```
 1    expert in this case?

 2          MR. TRYON:  Objection to the extent that it

 3    calls for any attorney-client information.

 4          You can answer to the extent you do not

 5    reveal any communications with your attorneys.      12:05:11

 6          COUNSEL SWAMINATHAN:  Objection noted.

 7          Thank you, Counsel.

 8          THE WITNESS:  I felt interested and

 9    qualified.

10    BY COUNSEL SWAMINATHAN:                             12:05:21

11      Q   Okay.  And, again, you said that you were

12    first reached out to by the AG's office of

13    West Virginia.

14          When did you hear from ADF, again?

15          MR. BARHAM:  Objection.  To the extent that   12:05:32

16    it calls for any communication between the witness

17    and legal staff, I'm going to instruct him not to

18    answer so as to preserve the attorney-client

19    privilege.

20          COUNSEL SWAMINATHAN:  Sure.  I'm -- I'm not    12:05:50

21    asking the witness to disclose any attorney-client

22    communications.  I'm simply asking him when he was

23    first contacted by any member of the Alliance

24    Defending Freedom team.

25          MR. BARHAM:  You can answer.                   12:06:07
```

Page 134

```
 1              THE WITNESS:  A few months after I was

 2      contacted by the West Virginia AG's office.

 3      BY COUNSEL SWAMINATHAN:

 4         Q   So that would put you at about three months

 5      ago, right, since you said it was about six months    12:06:14

 6      ago that you were contacted by the West Virginia

 7      AG's office?

 8         A   That's roughly correct.

 9         Q   Roughly correct.  Okay.

10              And who reached out to you?                    12:06:31

11         A   Oh, I don't remember who from the team.  I

12      believe it was Roger Brooks.

13         Q   Okay.  And, again, I am not seeking any

14      communications you had with counsel, but I just

15      wanted to know the timing of that.                    12:06:43

16              And so you said you agreed to serve as an

17      expert in the case, as you were interested and

18      qualified; correct?

19         A   Yes.

20         Q   What is your understanding of why you were     12:06:56

21      qualified to serve as an expert in this case?

22         A   Because I have a very substantial background

23      in the relevant subject matter and science.

24         Q   And can you describe your interest more, in

25      this case?                                            12:07:15
```

Page 135

1      A    My interest is indeed in the science and in

2    any opportunity that I have to provide that science

3    so it can be used for public policy.

4      Q    Got it.  Okay.

5           And so you said the AG's office reached out      12:07:31

6    to you about six months ago, but if you remember,

7    the document that we reviewed, which is marked

8    Exhibit 44, which is the declaration that you

9    submitted in conjunction with the preliminary

10   injunction motion, that motion was dated -- or       12:07:49

11   sorry, that declaration was dated June 22nd, 2021;

12   right?

13     A    Yes, that's the date.

14     Q    So if the AG's office of West Virginia

15   contacted you about six months ago, which is about    12:08:08

16   October, who contacted you in connection with

17   drafting this declaration in June of 2021?

18     A    Again, I believe the person I was contacted

19   by was Roger Brooks.

20     Q    So during the period of June 2021, you had     12:08:46

21   only spoken to Roger Brooks, not anyone at the AG's

22   office of West Virginia; right?

23          MR. TRYON:  Objection.

24          THE WITNESS:  I think --

25          MR. BARHAM:  Object -- objection as to form.    12:09:08

Page 136

```
 1              THE WITNESS:  Unless I misunderstood your

 2     question, the original question was contacted for

 3     this case.  I had received contact from the ADF team

 4     regarding prior cases.  And the other exhibit is

 5     from a deposition I gave in a prior case that was      12:09:25

 6     then reused for this case.

 7          So the date of the prior document I prepared

 8     is dated for -- from the prior case rather than when

 9     I was contacted for this case.

10              COUNSEL SWAMINATHAN:  Court reporter, can you   12:09:46

11     please read back my original question?

12              THE REPORTER:  Yes.  So the last one was

13              "Q  So during the period of June 2021..."

14          Is that the question you want read back?

15              COUNSEL SWAMINATHAN:  Actually, I think it's    12:08:48

16     either the question before that -- it's the one

17     pertaining to when he was first contacted about this

18     case.

19          (Record read.)

20     BY COUNSEL SWAMINATHAN:                                 12:10:28

21       Q   And, Dr. Cantor, you testified that, you

22     know, this was an expert report in connection with

23     another case, but I presume someone contacted you

24     about the declaration that you submitted on

25     June 22nd, 2021, in this case, which has your          12:10:36
```

Page 137

```
 1    signature on the second page of the PDF; right?

 2        A    It has my signature, yes.

 3            The AG in West Virginia already had a copy of

 4    my prior report and asked me if it would be okay for

 5    them to use that, to which I agreed.              12:10:55

 6        Q    Yeah.  So who contacted you and asked you

 7    whether it was agreeable for them to use this prior

 8    expert report?

 9        A    The AG's office.

10        Q    And when did that contact happen?        12:11:09

11        A    That's what was about six months ago.

12        Q    How could that possibly be about six months

13    ago if it was executed with your signature on

14    June 22nd, 2021?

15        A    Oh, now I'm seeing it -- okay.  Now I got it.  12:11:21

16            So it would have been older than six months

17    ago.  As I said, it was really only -- only rough,

18    my estimation of the time.

19        Q    Got it.  And so -- I appreciate that.

20            And so this report was not tailored to this   12:11:42

21    case at all?

22        A    The prior case?  The --

23        Q    I apologize.  I can be more clear.

24            So this report that was attached to the

25    declaration of the June 22nd, 2021, executed        12:11:59
```

Page 138

1    document was not changed at all when used in this

2    case; am I right?

3        A    The submission to -- to the prior case wasn't

4    changed at all when it was submitted for use in this

5    case, and then I updated it for -- to submit a           12:12:21

6    report specific to this case.

7        Q    Right.  I'm just trying to understand that

8    this expert report that was attached to the

9    declaration on June 22nd, 2021, was not changed at

10   all from its prior use in the Allan Josephson case;      12:12:38

11   is that right?

12       A    Correct.

13       Q    Okay.  Thank you.

14            And so you testified earlier that your main

15   area of expertise is studying atypical sexual           12:12:53

16   patterns -- or atypical sexualities and paraphilias;

17   right?

18       A    Yes.

19       Q    What is your understanding of a paraphilia?

20       A    Oh, goodness.  The term "paraphilia" is used    12:13:10

21   different ways by different people in different

22   contexts.  Most broadly it refers to the highly

23   atypical sexual interest that dominate a person's

24   life and interact with or prevent them from having

25   a -- an otherwise typical sexual life.                   12:13:34

                                                Page 139

1       Q    So do you view being transgender as a

2  paraphilia?

3       A    No.

4       Q    No.  Okay.

5            And how much time do you spend researching      12:13:53

6  paraphilias?

7       A    Oh, currently?

8       Q    Currently, yes.

9       A    About half my time.

10      Q    Okay.  And you said that you also focus on      12:14:15

11  atypical sexualities.  And would that include

12  hypersexuality?  Is that an atypical sexuality?

13      A    Yes.

14      Q    What is hypersexuality?

15      A    Generally, these are people who are trying to   12:14:31

16  reduce their sexual behaviors in one way or another.

17           There is no formal definition.

18      Q    And how much time do you spend researching

19  hypersexuality?

20      A    These days, roughly 10 percent.                 12:14:47

21      Q    Okay.  And I think you mentioned that you

22  also spend time researching sex addiction; is that

23  correct?

24      A    Yes.

25      Q    What is sex addiction?                          12:15:03

Page 140

```
 1        A    "Sex addiction" is a popular term.  It's

 2   essentially a synonym for hypersexuality.

 3        Q    Oh, okay.  So would you say that you spend

 4   about 10 percent of your time, in that same 10

 5   percent that we spoke about for hypersexuality,      12:15:21

 6   researching sex addiction?

 7        A    Yes.

 8        Q    Okay.  And I understand that you also

 9   research pedophilia; correct?

10        A    Yes.                                        12:15:31

11        Q    What do you understand pedophilia to be?

12        A    The sexual attraction to children.  The

13   formal diagnosis is more rigid.

14        Q    Apologies, I -- the formal diagnosis is what?

15        A    More rigid.                                 12:15:50

16        Q    More rigid.

17             What -- what is the formal diagnosis?

18        A    The formal diagnosis of pedophilic disorder

19   is somebody who's sexually attracted to prepubescent

20   children more than they are attracted to adults.      12:16:02

21        Q    Thank you.

22             And so how much time do you spend researching

23   pedophilic disorders?

24        A    Currently, roughly 10 to 20 percent.

25        Q    Okay.  And so we were speaking earlier about  12:16:21
```

Page 141

```
 1    autogynephilia, and I just want to get a clear

 2    understanding.

 3         So is autogynephilia a paraphilia?

 4    A    Yes, it is.

 5    Q    Why is it a paraphilia?                    12:16:33

 6    A    It's a highly atypical sexual interest

 7    pattern that can interfere or interact with a

 8    person's usual sexual life.

 9    Q    Okay.  But being transgender is not a

10    paraphilia; right?                             12:16:51

11         MR. BARHAM:  Objection.

12         THE WITNESS:  Correct.

13    BY COUNSEL SWAMINATHAN:

14    Q    Okay.  So we've got about, I think, 80

15    percent of your time covered now with -- with what   12:17:02

16    we've spoken about, about what your research focuses

17    on.

18         What does the other 20 percent focus on?

19    A    I wouldn't add the percentages quite so

20    easily because these topics overlap so much.  For    12:17:18

21    example, a person with -- with autogynephilia, but

22    doesn't want to be autogynephilic, might refer to

23    themselves as a sexual addict because they feel like

24    that they're addicted to the related pornography.

25         So which way it gets classified depends on      12:17:39
```

Page 142

1    what classification system a person -- a person is

2    using.

3        Q    And so you testified earlier that

4    autogynephilia is a paraphilia, but being

5    transgender is not a paraphilia.                      12:17:56

6             Why is a transgender identity not a

7    paraphilia?

8        A    More than one thing can motivate a person to

9    want to live as the other sex.  Autogynephilia is

10   only one of them.                                     12:18:14

11       Q    So being transgender is not a paraphilia

12   because there are multiple -- multiple reasons for

13   why an individual can identify as transgender; is

14   that right?

15       A    Yes, that's correct.                         12:18:30

16       Q    Okay.  And what are the other reasons behind

17   autogynephilia that go into that?

18       A    The other primary one that's been identified

19   is sexual orientation, homosexuality.

20       Q    So homosexuality is, in your mind, a         12:18:47

21   contributing factor to someone identifying as

22   transgender?

23       A    It can motivate a person to feel gender

24   dysphoric, yes.

25       Q    What do you mean by "motivate"?              12:19:01

                                            Page 143

```
 1        A    Be the source of the desire to change.

 2        Q    Is there anything else that comes to mind

 3   when you said that there are multiple contributing

 4   factors that prevent -- or that in your mind do not

 5   categorize transgender -- diagnoses of gender          12:19:23

 6   dysphoria as paraphilias?

 7            We mentioned autogynephilia, and we mentioned

 8   homosexuality.  Are there any others?

 9        A    The remaining predominant one I would

10   describe, as I described them in my report,           12:19:39

11   individuals, typically young, who mistake the

12   emotions that they're having to be gender dysphoria

13   when they're actually motivated by something else,

14   for example, a desire not to be associated with the

15   sex that they would be biologically associated with.  12:19:58

16        Q    And so beyond what you just described, what

17   other emotions are these young individuals feeling

18   that would make them want to be the other sex?

19        A    That's a subject of ongoing -- ongoing

20   investigation.  We have some educated guesses, but I  12:20:18

21   can't say that the question has been entirely --

22   entirely answered.

23        Q    And so similar to autogynephilia or

24   homosexuality, is there a term to describe these --

25   the experiences of these young individuals who        12:20:35
```

                                              Page 144

```
 1    mistake emotions that they are having for gender

 2    dysphoria?

 3       A   I can't think of a widespread term, no.

 4       Q   Is there any term that you use for it, to

 5    describe that phenomenon?                          12:20:52

 6       A   No, I don't think so.

 7       Q   Okay.  So is it your testimony that anyone

 8    who is transgender is transgender either due to

 9    autogynephilia, homosexuality or a mistake they've

10    made as a -- as a younger individual and the       12:21:13

11    emotions that they are misconstruing as

12    gender-dysphoric feelings?  Is that your

13    understanding?

14       A   That's the best summary we have of the -- of

15    the existing research, yes.                        12:21:27

16       Q   Okay.  When did you become interested in sex

17    research?

18       A   Oh, I think I was probably always interested

19    in sex research, and then I just found a way to make

20    a living at it.                                     12:21:45

21       Q   Okay.  So I'm going to introduce tab 4, which

22    will be marked as Exhibit 46.  And it will take one

23    minute to show up, so please give the system a

24    second.

25           (Exhibit 46 was marked for identification    12:21:59
```

Page 145

```
 1            by the court reporter and is attached hereto.)
 2            COUNSEL SWAMINATHAN:  And, Travis, we can
 3       break after this -- after this exhibit.
 4       BY COUNSEL SWAMINATHAN:
 5            Q    Can you see it there, Dr. Cantor?          12:22:16
 6            A    Not yet.  Ooh.  Oh, yeah.
 7            Q    Great.  Okay.
 8                 And so this is an -- my -- my understanding
 9       of this document is that the Kinsey Institute, which
10       is associated with Indiana University, has an        12:22:35
11       interview series, and they had a conversation with
12       Dr. James Cantor, which I presume is you, in this
13       context; is that true?
14            A    Yes, it is.
15            Q    Do you remember this interview?            12:22:49
16            A    I can't say that I remember it specifically.
17       I give a lot of interviews.  But I remember its
18       author, Justin Lehmiller, and I remember, roughly,
19       the -- the kind of interview.  But as I say, I can't
20       take this specific interview out of the many that I  12:23:08
21       do.
22            Q    That's fair.
23                 I would love to give you just a -- a moment
24       to review, if you want to reflesh -- refresh your
25       recollection.                                        12:23:20
```

                                                    Page 146

```
 1          And I believe the question on the first page,
 2     by Lehmiller, is (as read):
 3          "As a sex researcher, one of the
 4          most common questions you get asked
 5          is how you got into this line of          12:23:48
 6          work in the first place.  So let's
 7          start there—what is it that drew you
 8          to this field of study?  What's the
 9          story behind how you became a sex
10          researcher?"                              12:24:01
11          Did I read that correctly?
12     A    Yes.
13     Q    And when you answered, it says (as read):
14          "Cantor: I think it was mostly dumb
15          luck."                                    12:24:12
16          Did I read that correctly?
17     A    Yes.
18     Q    What do you mean when you say that it was
19     mostly dumb luck that you got into the sex
20     researcher line of work?                       12:24:24
21     A    I was referring, at that point, specifically
22     to the people who were my supervisors when I started
23     my clinical internship.  It's because they had a --
24     it's because they were doing active sex research and
25     the atypical sexualities that I got exposed to it   12:24:43
```

Page 147

1    with the depth that I did, with, you know -- with

2    experts as well known as -- as they were.

3         I didn't pick that internship site because of

4    the research that was going on there.  I went for a

5    relatively usual clinical experience where I thought    12:25:00

6    my clinical experience with the trans patients would

7    be the most relevant to my career.

8         And it's just because the other half of my

9    exposure was with sex offenders and sex offender

10   research that I realized that there was an              12:25:17

11   opportunity there for me to think and research more

12   broadly than I was -- than I had planned.

13   Q    And you said you have done a number of these

14   interviews, correct, over the course of your career?

15   A    Yes.                                               12:25:32

16   Q    And, you know, you strive to give accurate

17   information in these interviews to the questions

18   you're asked; right?

19   A    Yes.

20   Q    Yes.  Okay.                                        12:25:42

21        Can you turn to the next page, please?  I

22   think it's page 2 of the document.

23        And Lehmiller asks you what your primary area

24   of research and what methods do you typically use to

25   answer your research questions.                         12:25:59

Page 148

```
 1              Lehmiller asks you this question right after
 2      the first paragraph at the top.
 3              And your response is, quote, (as read):
 4              "My primary research opportunities
 5              have involved studying sex            12:26:11
 6              offenders, mostly pedophiles and
 7              persons with other atypical
 8              sexualities whose behaviours led
 9              them into the legal system."
10              Did I read that correctly?             12:26:23
11      A    Yes.
12      Q    And would it be fair for me to say that most
13      of the patients that you work with are those who
14      have had contact with the legal system?
15      A    Depending on how you count them.          12:26:32
16      Q    Can you tell me a bit more about that?  I
17      think I'm -- I'm trying to understand.  Because you
18      mentioned you have about 50 patients in your private
19      practice at any given point in time.  Of those --
20      A    Right.                                     12:26:51
21      Q    -- patients, are -- are they mostly folks who
22      have had some contact with the legal system?
23      A    No, they are not.  And that's why, as I say,
24      it's difficult to be able to count this way.
25              When I was doing research on sex offenders at   12:27:04
```

                                                    Page 149

```
1     CAMH, my clinical contact was largely limited to

2     roughly an hour or two per person, focused very

3     specifically on history-taking and very specifically

4     on the elements that would be useful in getting that

5     person into the right kind of a treatment program.      12:27:24

6          So those people count in very many thousands

7     because it's an hour or two per person.

8        Q   Got it.

9        A   Actual ongoing treatment with a psychotherapy

10    patient is an hour with that person per week, going    12:27:36

11    on for many months.

12       Q   So --

13       A   So just counting number of people is

14    incomparable unless you're counting the number of

15    people in a comparable situation.                       12:27:48

16       Q   Totally understood.

17          So the distinction there is that the

18    population that you worked with at CAMH is different

19    than the population that you're currently working

20    with in your private practice; is that right?          12:27:56

21       A   Correct.

22       Q   Okay.  And is it accurate to say that your

23    primary research opportunities have involved

24    studying sex offenders?

25       A   That would be fair, yes.                         12:28:06
```

Page 150

```
 1        Q    So how many of your current patients, without

 2   violating any HIPAA laws, have been adjudicated as

 3   sex offenders?

 4        A    Current patients?

 5        Q    Yes.                                    12:28:25

 6        A    None.

 7        Q    None?  And how many, approximately, if you

 8   can give me a percentage, of the patients that you

 9   saw at CAMH have been adjudicated as sex offenders?

10        A    80 percent --                           12:28:38

11        Q    80 --

12        A    -- ish.

13        Q    Okay.

14             COUNSEL SWAMINATHAN:  So this might be a good

15   place for us to break, for you to get lunch.       12:28:45

16             If we can go off the record.

17             THE VIDEOGRAPHER:  Yep.  We are going off the

18   record at 12:28 p.m., and this is the end of Media

19   Unit No. 3.

20             (Recess.)                               01:20:01

21             THE VIDEOGRAPHER:  All right.  We are back on

22   the record at 1:20 p.m., and this is the beginning

23   of Media Unit No. 4.

24             Go ahead, please.

25   ///
```

Page 151

```
 1     BY COUNSEL SWAMINATHAN:

 2        Q    So, Dr. Cantor, I understand you just had

 3     your lunch break.  Did you have any conversations

 4     with your counsel during the lunch break?

 5        A    Not about the case, no.                    01:20:19

 6        Q    They -- to clarify, they weren't about the

 7     substance of the deposition; right?

 8        A    Correct.

 9        Q    Great.  So earlier this morning, you

10     testified that in preparing for this deposition, you  01:20:30

11     did a review to find updates in the literature; is

12     that correct?

13        A    Yes.

14        Q    When did you complete this review?

15        A    Oh, I would hesitate to say that I ever     01:20:41

16     completed it or ever would complete it.  I'm, you

17     know, often scouring the literature, and I'm often

18     made aware of new papers as they come out, and I

19     keep a list to go -- to go back through them.

20        Q    Understood.  I -- I think --               01:20:58

21        A    So --

22        Q    -- a better question then is, when did you

23     conduct your review in preparation for this

24     deposition?

25        A    Right up through, let's say, a few weeks   01:21:03
```

Page 152

```
 1    before I submitted the final version.  I don't
 2    remember the exact date.
 3       Q   Got it.  And did you indeed find any updates
 4    in the literature that you thought to include in
 5    your updated report?                           01:21:23
 6       A   I don't recall specifically.  As I say, I
 7    keep a reading pile and a reading list, and every
 8    time I need to produce a document, I go through it
 9    and -- and update it.  I can't say that I have a
10    specific recollection of the size of that pile    01:21:38
11    before this specific report.
12       Q   Got it.  So would you be able to give me a
13    more general understanding of whether there was new
14    literature that you reviewed in connection with
15    drafting your second report?                    01:21:50
16       A   Yes, there -- there was a -- it had -- yes,
17    there's been a pretty substantial increase relative
18    to the very slow rate at which this literature
19    was -- was growing.  So there was a substantial
20    amount published in 2020 and 2021 that -- that I   01:22:11
21    needed to -- to include and -- that I needed to
22    include.
23       Q   And sitting here right now, you just can't
24    remember the names of the specific articles or
25    literature ; right?                             01:22:25
```

Page 153

```
 1      A   No, I can't.  Generally, I do it
 2   chronologically.
 3      Q   Okay.  I'm going to ask you a bit about the
 4   individual plaintiff in this case.
 5          So do you know who B.P.J. is?                01:22:33
 6      A   Only in theory.  I've never met the person.
 7   I couldn't -- and, of course, I have no direct
 8   contact with the -- with the client themself.
 9      Q   And you've never spoken to anyone in her
10   family either; right?                               01:22:51
11      A   Correct.
12      Q   You've personally not spoken to anyone at her
13   school; right?
14      A   Correct.
15      Q   Have you reviewed any of B.P.J.'s medical     01:22:59
16   records?
17      A   If I have, I'm not recalling.  In general, I
18   go through a medical record to take note of
19   anything, you know, specific of relevance.  If I did
20   in this, I would have made such a note, and I don't  01:23:19
21   recall doing so.
22      Q   So it's your testimony today that you -- you
23   have not reviewed any of B.P.J.'s medical records;
24   right?
25      A   Yes.                                          01:23:30
```

Page 154

```
 1       Q   Okay.  Did you read B.P.J.'s declaration in

 2    this case?

 3       A   Not that I recall, no.

 4       Q   You read the intervenor's declaration in this

 5    case; right?                                        01:23:46

 6       A   The interview?

 7       Q   The intervenor.  My apologies.

 8       A   I'm sorry, who is this?

 9       Q   Lainey Armistead, the intervenor in this

10    case.                                               01:23:57

11       A   I'm -- did I see a copy of that?

12       Q   I'm just trying to get an understanding of

13    whether you read her declaration or not.

14           If you -- what might be helpful is if you

15    turn to Exhibit 45, which is your expert report that  01:24:10

16    you prepared in 2022, and on page 4 of that expert

17    report -- I'll -- I'll wait for you to -- to get

18    there so we can review.

19       A   Oh, yes.

20       Q   So fair to say number 9 on page 4 of your    01:24:40

21    expert report says (as read):

22           "To prepare the expert report, I

23           reviewed the following resources

24           related to this litigation."

25           And A is H.B. 3293.                          01:24:48
```

Page 155

```
 1              B, the amended complaint in this litigation.

 2              C, Ms. Armistead's declaration.

 3              Do you see that?

 4       A   Yes, I do.

 5       Q   Why did you read the intervenor's              01:25:00

 6   declaration?

 7       A   I was provided each of those documents in the

 8   beginning.  I reviewed the documents to see if

 9   there's anything -- if there's anything relevant.

10   There wasn't anything relevant that I could -- that   01:25:09

11   I anticipated being in the report, so, of course, I

12   concentrated on the materials that were relevant.

13       Q   Got it.  And is there any reason that you

14   were not provided the plaintiff's declaration in

15   this case, to your knowledge?                          01:25:24

16       A   I -- I couldn't say why I -- I have no idea

17   why I wouldn't have been given something.  I -- no,

18   I have no idea why I wouldn't have been supplied

19   with a -- with a copy.

20       Q   That's fair.  Okay.                            01:25:38

21              So we're going to continue with Exhibit 45,

22   which is your report, and can you please turn to

23   page 3, which is just the page before the one you

24   were on.

25              Can you please take a moment to review this  01:25:51
```

Page 156

```
 1    page and let me know when you're ready.

 2        A    Okay.

 3        Q    So the last paragraph on the page reads,

 4    quote, (as read):

 5             "In addition, I have been asked to          01:26:28

 6             provide an expert opinion on how

 7             relevant professional organizations

 8             have addressed these questions and

 9             whether any of them have taken any

10             meritorious position that would          01:26:37

11             undermine West Virginia's Protect

12             Women's Sport Act (H.B. 3293)

13             ('Act').  As I explain in detail in

14             this report, it is my opinion that

15             Plaintiffs' expert reports display a      01:26:49

16             wide variety of flaws that call

17             their conclusions into question and

18             that no professional organization

19             has articulated a meritorious

20             position that calls into question        01:26:59

21             the basis for the Act."

22             Did I read that correctly?

23        A    Yes.

24        Q    So with respect to the Act, your role in this

25    case is to review the opinions of various          01:27:09
```

Page 157

1    professional organizations and determine if they

2    have taken any meritorious positions that would

3    undermine the Act; right?

4        A    That included that, yes.

5        Q    Are you offering any positions in support of    01:27:21

6    the Act?

7        A    I don't think I can be said to be offering

8    any opinions in support or against the Act so much

9    as providing the information that's in the science,

10   and then the political and legal process need to    01:27:43

11   integrate it into policy in the way that they do,

12   but I'm not making any specific recommendation about

13   any specific act.

14       Q    So it's fair to say that you're not offering

15   any positions in support of H.B. 3293; right?    01:27:57

16           MR. TRYON:  Objection to form.

17       A    Not in support of it.  I can only say what

18   elements of it are consistent or inconsistent with

19   the existing science.

20   BY COUNSEL SWAMINATHAN:    01:28:13

21       Q    And are those opinions of whether they are

22   consistent or inconsistent included in your report?

23       A    Yes.

24       Q    So is your main role here today to show that

25   the organizations have not, in your view, undermined    01:28:26

Page 158

```
 1    the Act?

 2        A   I'm sorry, say that again.

 3        Q   Is your role in providing your expert

 4    testimony to show that the professional

 5    organizations have not, in your view, undermined the    01:28:38

 6    Act?

 7            MR. BARHAM:  Objection to form.

 8            THE WITNESS:  Is my position -- I'm sorry,

 9    one more time.

10    BY COUNSEL SWAMINATHAN:                                 01:28:52

11        Q   No problem.  I want to make this as clear as

12    possible for you.

13            I'm just trying to understand that your role

14    is to show that no professional organization has

15    articulated a meritorious position that calls into     01:29:02

16    question the basis for the Act; right?

17            MR. TRYON:  Objection.

18            MR. BARHAM:  Objection to form.

19            THE WITNESS:  I -- I don't think I can say

20    that that is my purpose, although I'm aware of the      01:29:13

21    legal context in which the questions are being asked

22    of me.  But I'm not -- being asked of me.  But --

23    but my only opinions are -- can be about -- can only

24    be about what is or is not supported by the science.

25    Where it goes from there is up to the -- it's up to     01:29:31
```

Page 159

```
 1    others.
 2    BY COUNSEL SWAMINATHAN:
 3       Q   Understood.  So rather than your purpose,
 4    just one, you know, objective that you achieved via
 5    drafting this report is to opine on whether any        01:29:44
 6    professional organization has articulated a
 7    meritorious position that calls into question the
 8    basis for the Act; right?
 9           MR. TRYON:  Objection.
10           THE WITNESS:  If I'm understanding properly     01:29:57
11    the way you're asking the question, it's am I only
12    going to give opinions one side versus the other,
13    which is not correct.  My role has been to assess
14    altogether the role of the science regardless of
15    which way those facts fall, not to cite the facts      01:30:16
16    merely on one side of the argument.
17    BY COUNSEL SWAMINATHAN:
18       Q   Right.  And so you spoke about the science.
19           So how do you believe that the Act is
20    supported by the science that you're referring to?     01:30:27
21           MR. BARHAM:  Objection as to form.
22           THE WITNESS:  That question -- that question
23    goes outside what I was -- what I've been asked to
24    do.  I was -- I'm not and did not include in my
25    report the science specific to athletic performance.   01:30:56
```

Page 160

```
 1    As my report contains, it is an overview and --

 2    describing the science of gender identity in

 3    general, which, of course, will get adopted into the

 4    question, but I am not offering an opinion on the

 5    amount, for example, by which being born male might    01:31:19

 6    serve as an athletic advantage relative to other

 7    females.  I was not asked that question, and that

 8    question is not in my report, but that's the part

 9    that's most pertinent to the -- to the long

10    question.                                              01:31:32

11    BY COUNSEL SWAMINATHAN:

12        Q   So how is the science that you discuss in the

13    report relevant to the Act?

14            MR. BARHAM:  Objection to the scope and form.

15            THE WITNESS:  In order for any government to    01:31:54

16    institute policies that best integrate the science

17    into whatever they do, they need to know that

18    science.  The same for Courts.  So in order to

19    balance whatever a Court perceives as the relevant

20    issues, they need that information before them to      01:32:10

21    make the -- to make any decision.

22    BY COUNSEL SWAMINATHAN:

23        Q   But you're not a lawmaker; correct?

24        A   Correct.

25        Q   And you're not offering an expert opinion      01:32:23
```

Page 161

1    regarding whether science supports the Act; right?

2        A    I wasn't asked to review the part of the

3    science that is most directly involved in the Act,

4    that is to say, specifically differences in athletic

5    performance between the genders -- sexes, I should        01:32:45

6    say.

7        Q    But it's fire say that you're not offering an

8    expert opinion regarding whether science supports

9    the Act; right?

10           MR. TRYON:  Objection.                            01:32:54

11           THE WITNESS:  I -- the questions, as posed to

12   me and as phrased in my report, are neither to

13   support nor to detract from the law but merely

14   summarize the science and indicate parts of overlap

15   and parts of contradiction.  None of it is in -- is      01:33:21

16   in -- is a means to accomplish any specific end.

17   BY COUNSEL SWAMINATHAN:

18       Q    Dr. Cantor, I think my question might be a

19   yes-or-no question.  I am just asking, you know,

20   whether you believe that you're offering testimony       01:33:36

21   today and in connection with your report as to

22   whether science supports this act.

23           I understand that earlier you said you were

24   not offering an opinion on whether -- on -- on

25   either side, whether to support or not support           01:33:53

                                              Page 162

```
 1    the Act.
 2         So I think my question might be a yes-or-no
 3    question.
 4     A    I don't think it is a yes-or-no question.
 5    Science is, you know, complicated.  There are --      01:34:03
 6    this issue is complicated.  And it's quite feasible
 7    that, you know, pieces of science will support some
 8    aspects and not others.
 9     Q    Okay.  So, again, if you can clarify, what in
10    your report is relevant to the Act?  What testimony    01:34:19
11    that you've offered in your report is relevant to
12    the Act?
13     A    All of it.
14     Q    How is all of what you offer relevant to
15    the Act?                                               01:34:32
16     A    In a decision made to affect trans people,
17    one needs to be, as much as possible, aware of the
18    science of trans people.
19     Q    Okay.  And so it's your testimony that all of
20    the opinions that you offer in your report are         01:34:54
21    opinions related to H.B. 3293; is that correct?
22     A    Yes.
23     Q    Okay.  And you agree that the Act is a
24    decision that's made to affect trans people;
25    correct?                                               01:35:17
```

Page 163

```
 1        A    I'm not a lawyer, but --

 2             MR. TRYON:  Objection.

 3             THE WITNESS:  I'm not a lawyer myself, but I

 4     think that's fair for me to say, yes.

 5     BY COUNSEL SWAMINATHAN:                           01:35:25

 6        Q    Okay.  And what is your understanding of

 7     H.B. 3293?

 8        A    That it requires people who were born male to

 9     play -- it forbids people who were born male from

10     playing on female teams.                          01:35:36

11        Q    And have you read the text of the Act?

12        A    Yes, I have.

13        Q    You've read it from top to bottom?

14        A    From what I believe to be the top and what I

15     believe to be the bottom, yes.                    01:35:49

16        Q    Okay.  So what is your understanding of what

17     the, quote, basis for the Act is?

18             MR. BARHAM:  Objection as to form and the

19     scope.

20             THE WITNESS:  To ask for the basis of the Act  01:36:14

21     I think is to ask what is on the minds of the

22     political system and the politicians who created it,

23     which, of course, I can't know.

24     BY COUNSEL SWAMINATHAN:

25        Q    I'm -- I'm definitely not asking you to read   01:36:27
```

Page 164

```
 1    into the minds of the politicians.

 2         I'm -- I'm going to read again the last

 3    sentence on page 3 of your expert report that says

 4    (as read):

 5         "As I explain in detail in this          01:36:36

 6         report, it is my opinion that

 7         Plaintiffs' expert reports display a

 8         wide variety of flaws that call

 9         their conclusions into question and

10         that no professional organization       01:36:46

11         has articulated a meritorious

12         position that calls into question

13         the basis for the Act."

14         So I am simply asking you what your

15    understanding of the basis for the Act is.      01:37:01

16    A    That the Act was necessary to improve the

17    lives of the students on these teams.

18    Q    Can you be more specific about "the students

19    on these teams"?  What do you mean by that?

20    A    To balance the rights, needs and privileges  01:38:00

21    of each of the groups.

22    Q    Who are the groups that we're speaking about?

23    A    The people on the teams, the -- the

24    competitors, the trans students and then their,

25    typically, non-trans teammates.                 01:38:13
```

1      Q   And which teams are we specifically talking

2    about?

3      A   I wasn't -- I wasn't talking about any

4    particular sport, but this -- this would be any

5    sex-segregated teams.                                    01:38:28

6      Q   Okay.  And how did you develop the

7    understanding that you just shared with me?

8      A   I take it on general principles as the

9    purpose behind any law is to improve the situation

10   for the citizens relevant to it.                         01:38:48

11     Q   And how does this act impact the live --

12   lives of trans students?

13     A   I have no direct knowledge of that kind of

14   impact outside of what's reported in the science,

15   and I'm not aware of there being any objective signs     01:39:05

16   measuring such an outcome.

17         COUNSEL SWAMINATHAN:  Court Reporter, can you

18   please read back Dr. Cantor's answer before this

19   one?

20         (Recess.)                                          01:39:16

21   BY COUNSEL SWAMINATHAN:

22     Q   So, Dr. Cantor, do you think that the Act

23   improves the lives of trans students?

24     A   There's no way for me to know that without

25   data, and we don't have any.                             01:39:43

                                           Page 166

1      Q   Do you have data on how it improves the lives

2   of non-transgender students?

3      A   No.  The topic hasn't been studied.

4      Q   So your report discusses prepubertal kids;

5   right?                                            01:40:05

6      A   In part, yes.

7      Q   A portion of your report discusses

8   prepubertal kids; right?

9      A   Yes.

10      Q   That discussion does not pertain to the     01:40:13

11   population affected by H.B. 3293; correct?

12          MR. BARHAM:  Objection; form, scope and

13   terminology.

14          MR. TRYON:  Objection.

15          THE WITNESS:  No, that's not correct.       01:40:27

16   BY COUNSEL SWAMINATHAN:

17      Q   How does your discussion about prepubertal

18   kids pertain to the population affected by H.B.

19   3293?

20      A   The prepubertal kids become pubertal kids,   01:40:37

21   then become adolescents, even though they are

22   participating in these teams.  For example, in

23   teenagehood, they still are members of -- they are

24   still a member of the demographic group where they

25   were.  So they would still represent a phenomenon of   01:40:52

Page 167

```
 1    child-onset gender dysphoria even after they cease

 2    to be a child.

 3        Q   What is your understanding of who is impacted

 4    by H.B. 3293?

 5        A   Participant- -- everyone who participates and    01:41:11

 6    follows in the -- the relevant sports.

 7        Q   And you said that prepubertal kids -- your --

 8    your discussion on prepubertal kids pertains to the

 9    population affected by H.B. 3293 because prepubertal

10    kids become pubertal kids who become adolescents;      01:41:28

11    right?

12        A   Correct.  The classifications are according

13    to when the -- the dysphoria starts, not where it

14    currently is.

15        Q   So is it your opinion that adolescents are     01:41:40

16    still prepubertal kids?

17        A   No, they are not.

18        Q   Your report discusses adult-onset gender

19    dysphoria; right?

20        A   Yes, it does.                                  01:41:58

21        Q   That discussion also does not pertain to the

22    population affected by H.B. 3293; right?

23        A   That is not correct.

24        Q   Can you explain to me how adult-onset gender

25    dysphoria pertains to the population affected by       01:42:15
```

Page 168

1    H.B. 3293?

2        A    That's now a different question.  You're now

3    asking me about adult onset rather than adult trans

4    people who may or may not have been dysphoric

5    earlier.                                          01:42:29

6        Q    Can you explain that difference to me?

7        A    The -- the science demonstrates over and over

8    again that the age -- the age of development at

9    which one starts to feel highly dysphoric allows us

10   to predict the -- predict many other phenomena and    01:42:46

11   the life trajectory that the person is on.

12           If a person is adult onset, which not always,

13   but in most of the literature is midlife, 30s and

14   40s, this would be past the student athletics age,

15   but if the person has -- but that's different from    01:43:06

16   people who had childhood-onset dysphoria, continue

17   to have that dysphoria and then eventually become

18   adults.

19       Q    What studies are you talking about when you

20   just mentioned that there are studies with data that  01:43:23

21   show over and over?

22       A    The -- the -- the studies that show over and

23   over -- which specific point?

24       Q    Well, you just -- you tell me.  You -- you

25   were just talking about studies that show that        01:43:42

                                                    Page 169

1    adult-onset gender -- the differences between

2    adult-onset gender dysphoria and gender dysphoria in

3    adults; right?

4        A    Right.

5        Q    I'm -- I'm just trying to understand what          01:43:54

6    studies you were relying on when you just gave me

7    that explanation of the differences.

8        A    Oh.  There are many dozen such studies,

9    including those cited in my report.  These are the

10   studies that demonstrate that it's the adult onset,       01:44:08

11   not the childhood onset which experience, for

12   example, autogynephilia.

13       Q    So you say there are dozens, and I absolutely

14   do not expect you to recant every study cited in

15   your report, but can you name a few studies that          01:44:23

16   you're referring to?

17       A    I can't recite their titles.  The original

18   author who started most of those were Ray Blanchard,

19   and then many others have continued, such as

20   Anne Lawrence, who I mentioned earlier.                   01:44:40

21       Q    And you've cited -- cited these studies in

22   your report; is that correct?

23       A    I don't recall exactly which of those studies

24   that I mentioned, but in the section on adult-onset

25   gender dysphoria, I provide the appropriate topic --      01:44:54

1      provide the appropriate summary, with references.

2          Q    Okay.  And the discussion of adult-onset

3      gender dysphoria is not relevant to the Act;

4      correct?

5              MR. BARHAM:  Objection; asked and answered.    01:45:11

6              MR. TRYON:  Objection.

7              THE WITNESS:  It -- no, it -- it is

8      relevant -- no, it is relevant.

9      BY COUNSEL SWAMINATHAN:

10         Q    I'm sorry, I don't think I heard an answer as    01:45:25

11     to why it is relevant.

12         A    Oh, I'm sorry.  It's relevant in order to

13     help understand, especially with so much

14     misinformation being circulated today, which facts

15     apply to which group.                                  01:45:42

16         Q    Which groups are you speaking about?

17         A    Which onset -- which age -- which type of

18     onset of gender dysphoria we're talking about.

19         Q    And --

20         A    But --                                        01:45:56

21         Q    I'm sorry, go -- I apologize for cutting you

22     off.

23         A    Adult-onset gender-dysphoric individuals who

24     come in and are otherwise mentally healthy are shown

25     to do very, very well after transition.  But one      01:46:10

Page 171

```
 1     needs to know that phenomenon is limited to the

 2     adult onset type so as to not misapply it to the

 3     childhood onset types.

 4          So even though the law would not directly

 5     pertain to the behaviors of the adult onset type,     01:46:22

 6     one needs to understand the functioning of the adult

 7     onset type so as not to confuse the information

 8     about it with information about the childhood onset

 9     type.

10     Q    But we agree that the Act does not apply to      01:46:35

11     the adults that we're speaking about; right?

12          MR. TRYON:  Objection.

13          THE WITNESS:  As I -- as I've just -- as I

14     just explained, it's not relevant in a direct way,

15     but in order to understand the information about      01:46:49

16     childhood onset, one requires information about

17     adult onset with which to contrast it.

18     BY COUNSEL SWAMINATHAN:

19     Q    Okay.  And your report also discusses people

20     with the female sex assigned at birth?                01:47:02

21     A    Yes.

22          MR. TRYON:  Objection; terminology.

23     BY COUNSEL SWAMINATHAN:

24     Q    That discussion also does not pertain to the

25     population affected by H.B. 3293; right?              01:47:17
```

Page 172

```
1              MR. TRYON:  Objection.

2              MR. BARHAM:  Objection; form, scope,

3       terminology.

4              THE WITNESS:  No, that is not correct either.

5       BY COUNSEL SWAMINATHAN:                            01:47:25

6         Q   So how does -- how does your report's

7       discussion about people with a female sex assigned

8       at birth pertain to the population effected by H.B.

9       3293?

10             MR. BARHAM:  Objection; terminology.        01:47:36

11             THE WITNESS:  For the same reason.  There's a

12      great deal of information being offered -- being

13      offered which pertains only to a certain subtype of

14      gender dysphoria, and in order to make sure that

15      like goes with like, one needs to understand all of 01:47:51

16      them so information about one kind of transition

17      doesn't get confused with other kinds of transition.

18      BY COUNSEL SWAMINATHAN:

19        Q   Is it fair for me to say that H.B. 3293 does

20      not determine whether a person with the female sex  01:48:07

21      assigned at birth can play on any specific sports

22      team; correct?

23             MR. BARHAM:  Objection --

24             MR. TRYON:  Objection.

25             MR. BARHAM:  -- form, scope and terminology. 01:48:20
```

Page 173

1        THE WITNESS:  As I read the law, it doesn't

2    alter directly or doesn't affect the -- the

3    behaviors available for -- it is a one-way ban,

4    not -- it bans people born as male to play on female

5    teams, but not people born female to play on male        01:48:40

6    teams, is my understanding of the law.

7    BY COUNSEL SWAMINATHAN:

8        Q    Got it.  And are you offering an expert

9    opinion on whether transgender girls and women

10   should be allowed to play on sports teams consistent    01:48:52

11   with their gender identity?

12       A    I'm not -- not offering such an opinion of my

13   own.  I'm just evaluating what's been circulating

14   relative to the existing science.

15       Q    So would you agree that H.B. 3293 is a           01:49:03

16   one-way ban?

17       MR. TRYON:  Objection.

18       MR. BARHAM:  Objection; form and scope.

19       THE WITNESS:  Again, I'm not a lawyer.  I'm

20   not aware of a technical definition for one way, but    01:49:19

21   it certainly seems to fit that.

22   BY COUNSEL SWAMINATHAN:

23       Q    So the population of people affected are not

24   people with adult-onset gender dysphoria; right?  We

25   agree -- we discussed that; right?                       01:49:33

                                          Page 174

```
 1              MR. TRYON:  Objection.

 2              THE WITNESS:  The law doesn't pertain to

 3      their behavior specifically, correct.

 4      BY COUNSEL SWAMINATHAN:

 5        Q   And are you offering an opinion on whether an    01:49:40

 6      11-year-old transgender girl who has been on puberty

 7      blockers since Tanner stage II should be allowed to

 8      play on the girls' cross-country team consistent

 9      with her gender identity?

10        A   I'm not offering a specific opinion like          01:49:54

11      that, no.

12        Q   Okay.  Are you opining that H.B. 3293 is

13      justified because it discourages children and

14      adolescents from being on a pathway toward life as a

15      transgender person?                                     01:50:12

16              MR. TRYON:  Objection.

17              THE WITNESS:  No, that -- no, I'm not.

18      BY COUNSEL SWAMINATHAN:

19        Q   Do you believe that H.B. 3293 discourages

20      children and adolescents from being on a pathway        01:50:22

21      toward life as a transgender person?

22              MR. BARHAM:  Objection.

23              MR. TRYON:  Objection.

24              THE WITNESS:  There's no way for me to know

25      that.                                                   01:50:33
```

```
 1    BY COUNSEL SWAMINATHAN:

 2       Q   What is your understanding of the impact

 3    on -- of H.B. 3293 on the decision to transition for

 4    children and adolescents suffering from gender

 5    dysphoria?                                          01:50:46

 6       A   I'm not aware of that ever having been

 7    studied.

 8            COUNSEL SWAMINATHAN:   Okay.  I'm going to

 9    introduce tab 5, which has been marked as

10    Exhibit 47.                                         01:51:00

11           (Exhibit 47 was marked for identification

12         by the court reporter and is attached hereto.)

13    BY COUNSEL SWAMINATHAN:

14       Q   Again, it takes a moment to refresh and load,

15    so please let me know when you have it.             01:51:32

16       A   I have it.

17       Q   Great.  And have you seen this document

18    before, Dr. Cantor?

19       A   It's not looking familiar to me, no.

20       Q   It's not looking familiar to you.           01:52:03

21           You did not help author this document, then,

22    I understand; right?

23       A   No.

24       Q   Okay.  I will represent to you that these are

25    the State of West Virginia's responses to plaintiff 01:52:19
```

Page 176

```
 1    B.P.J.'s first set of interrogatories, dated

 2    November 23rd, 2021.

 3         I'm going to be focusing on page 9 of the

 4    document, if you are able to turn to page 9.

 5    A   One moment.                                    01:52:40

 6    Q   No problem.  Take your time.

 7    A   Got it.

 8    Q   Great.  And so Interrogatory No. 6, which is

 9    at the top of the document, asks the State to

10    "Identify all governmental interests that YOU" --   01:52:56

11    the State of West Virginia -- "believe are advanced

12    by H.B. 3293."

13         Do you see that?

14    A   Yes, I do.

15    Q   And the state, in its response, says (as        01:53:08

16    read):

17         "Without waiver of any objections,

18         the State asserts the following

19         interests, primarily and in general,

20         which are advanced by the Protection          01:53:19

21         of Women's Sports Act."

22         And there are three items listed under there.

23    The first is "To protect Women's Sports."  The

24    second, "To follow Title IX."  And the third, "To

25    protect women's safety in female athletic sports."   01:53:33
```

Page 177

```
 1          Do you see that?
 2     A   Yes, I do.
 3     Q   Okay.  So are you offering an expert opinion
 4  with respect to whether H.B. 3293 serves the
 5  interest of protecting women's sports?              01:53:46
 6     A   I haven't been asked that, no.
 7     Q   Okay.  And are you offering an opinion with
 8  respect to whether H.B. 3293 serves the interest of
 9  following Title IX?
10     A   I haven't been asked that, no.              01:54:03
11     Q   Okay.  And are you offering an opinion with
12  respect to whether H.B. 3293 serves the interest of
13  protecting women's safety in female athletic sports?
14     A   I have not been asked that, no.
15     Q   And are you aware that H.B. 3293 applies to  01:54:20
16  college athletes as well?
17     A   Yes.
18     Q   Do you have any opinions on whether H.B. 3293
19  should apply to college athletes?
20     A   I have no opinion in any direction.          01:54:33
21     Q   Okay.  So it's -- it's fair to say that you
22  don't have an opinion on -- on that issue; right?
23     A   Yes.
24     Q   Okay.  So I want to talk a bit about your
25  experience with the treatment of gender dysphoria.   01:54:56
```

Page 178

1        I understand earlier that you testified that

2     you're not an endocrinologist; right?

3        A   Yes.

4        Q   And you personally have not diagnosed any

5     child or adolescent with gender dysphoria; right?      01:55:05

6        A   Correct.

7        Q   And you personally have never treated any

8     child or adolescent for gender dysphoria; right?

9        A   Correct.

10       Q   Okay.  And you don't provide psychotherapy      01:55:18

11    counseling to children or adolescents with gender

12    dysphoria; right?

13       A   Age 16 or above, I do.  Under age 16, I do

14    not.

15       Q   And so it was your testimony earlier that you   01:55:38

16    see about six to eight patients age 16 to 18;

17    correct?

18       A   Roughly, yes.

19       Q   Roughly.  And so roughly, of those six to

20    eight patients, how many of those patients come to      01:55:49

21    you suffering from gender dysphoria?

22       A   Those -- those people come to me -- I'm

23    sorry, could you ask that again?

24       Q   Sure.  I -- I must have phrased it poorly.

25           So of the six to eight patients that you see,    01:56:11

Page 179

```
 1    on average, who are ages 16 to 18, how many of them

 2    have a gender dysphoria diagnosis?

 3        A   I don't recall if they came in already with

 4    such a diagnosis or at least I don't recall how many

 5    would have had -- would have already been assigned     01:56:46

 6    such a diagnosis by another clinician before they

 7    got to me.

 8        Q   Would you be able to share with me roughly

 9    how many of them identify as transgender or gender

10    dysphoric?                                             01:57:01

11        A   When they come to me, they're not sure of

12    what their identity is.  That's often among their

13    questions.

14        Q   Okay.  And what professional training or

15    expertise do you possess to provide psychotherapy     01:57:14

16    counseling to those adolescents who come to you

17    questioning whether they have gender dysphoria or

18    not?

19        A   Do you mean my licensing or education?

20        Q   Your licensing.                               01:57:30

21        A   My licensing is as a clinical psychologist,

22    registered in Ontario, specifically for adults and

23    adolescents age 16 and up.

24        Q   Okay.  And so that licensing does not

25    pertain -- or allow you to provide psychotherapy      01:57:41
```

Page 180

1    counseling to anyone under the age of 16; correct?

2        A    Correct.

3        Q    Okay.  Are you familiar with the term

4    "affirmation on demand"?

5        A    Yes.                                      01:57:56

6        Q    What does that term mean?

7        A    It refers to permitting a person to engage in

8    whatever available methods to acknowledge or to

9    medically induce their transition with no other --

10   with no evaluation or supervision.                01:58:15

11       Q    Has any patient ever come to you asking for

12   affirmation on demand?

13       A    No.

14       Q    What is your basis for saying that providers

15   are providing affirmation on demand to children and   01:58:31

16   adolescents with gender dysphoria?

17       A    Through several venues.  I get that

18   information from parents, from people, you know, in

19   society who e-mail me asking for help.  There's a

20   large number of media reports of it happening        01:58:49

21   throughout the world, U.S., Canada and Europe.  And

22   there's now been -- there are now several

23   governmental entities, mostly in Europe, are now

24   beginning more formal investiga- -- investigations

25   of it.                                            01:59:05

                                            Page 181

```
 1        Q    Okay.  So let me see if I understand this
 2   correctly.
 3             You said parents, people who e-mail you, news
 4   sources and information put out by government
 5   entities, most commonly in Europe; is that correct?    01:59:17
 6   Those are the sources from which you've heard that
 7   providers are providing affirmation on demand?
 8        A    That question sounds slightly different to
 9   me.
10             There's affirmation on demand as an idea.    01:59:36
11        Q    Uh-huh.
12        A    And then there are the actual processes that
13   clinics are doing in which they're providing
14   affirmation without sufficient evaluation.  So it's
15   starting to approach affirmation on demand, which     01:59:51
16   would be the name for the most extreme version.
17        Q    I see.  And so have you spoken to providers
18   who claim to provide affirmation on demand to
19   children and adolescents with gender dysphoria?
20        A    No.  The people who are -- seem to be        02:00:11
21   providing it deny that that's what they're doing.
22        Q    Have you -- are you personally aware of any
23   providers who fail to conduct the sufficient
24   evaluation that you just mentioned that teeters on
25   the edge of affirmation on demand?                     02:00:25
```

Veritext Legal Solutions
866 299-5127

1      A    I'm not clear on what you mean by "personally

2    aware" beyond the way that I already described how I

3    become aware of it.

4      Q    I think I'm just trying to understand more

5    how that you know for certain providers are              02:00:46

6    providing affirmation on demand.

7      A    Again, that -- that seems to be the question

8    you asked before, where it's a series of different

9    kinds of sources.

10     Q    But none of those sources are actual           02:01:00

11   providers who provide this care; right?

12     A    Again, as I said already, most of the people

13   who seem to be providing something that would

14   reasonably be called that deny that that's what

15   they're doing.                                         02:01:16

16     Q    Has anyone at your hospital, to your

17   knowledge, provided affirmation on demand?

18     A    When you say my hospital, I assume you mean

19   my former affiliation at CAMH.

20     Q    Yes.  Apologies.                                02:01:33

21         Has anyone, to your knowledge, at CAMH

22   provided affirmation on demand?

23     A    No.  The clinic there is known for being

24   cautious.

25     Q    So you've not talked to any other providers    02:01:48

                                                  Page 183

```
 1    who have claimed to provide affirmation on demand;
 2    right?
 3        A    Correct.  The people who seem to be providing
 4    it deny that that's what they're providing.
 5        Q    Okay.  And your only evidence that              02:02:03
 6    affirmation on demand is being provided is from
 7    parents, from people and society directly e-mailing
 8    you, from news sources and from the government
 9    entity releases that you spoke about earlier; right?
10        A    Correct.                                        02:02:19
11        Q    Okay.  Have you read any studies that show
12    that providers are providing affirmation on demand
13    to children and adolescents with gender dysphoria?
14        A    No.  No, I'm not.  As I say, the -- the
15    providers don't acknowledge that that's what they're   02:02:38
16    doing to begin with, leaving little opportunity to
17    study it at all.
18        Q    Okay.  What do you understand desistance to
19    mean in the context of gender dysphoria?
20        A    Different people use the words in slightly     02:02:53
21    different ways or with different cutoffs, but in
22    general, they -- they refer to a person realizing
23    that they weren't actually trans after all.
24        Q    So you said different people have maybe
25    different definitions.                                  02:03:08
```

Page 184

```
 1              What is your definition of desistance?
 2      A    I don't think I can really say that I have a
 3   definition so much as I do my best to understand
 4   what the person taking to me or the document that
 5   I'm reading, what they meant by it and then going    02:03:25
 6   with, you know, whatever meaning it is that -- that
 7   they meant.
 8      Q    I guess I'm trying to understand.
 9           So in your professional practice, what
10   different variations of understanding of the word    02:03:43
11   "desistance" have you encountered?
12      A    Generally, they would differ according to how
13   far along the transition process the person was to
14   begin with.  A person suspecting that they might be
15   trans and then figuring out that they're not is very 02:03:59
16   different from a person who transitions, socially
17   changed a name and then changed it back, which is
18   still again very different from somebody who has
19   taken hormones or gone through surgery and then
20   regrets that.                                         02:04:14
21      Q    Okay.  You spoke about regret.
22           What do you understand regret to mean in the
23   context of desistance?
24      A    Wishes that they had never gone through
25   transition to begin with.                            02:04:24
```

Page 185

```
 1       Q   Okay.  And are you aware of any studies

 2    tracking desistance in adolescents with gender

 3    dysphoria?

 4       A   I'm aware of studies that have included it

 5    inside of a larger study of the phenomenon -- of     02:04:41

 6    trans adolescents in general.  There have -- I've

 7    seen that there exists now a small handful of

 8    studies trying to survey those kids.  I haven't

 9    studied them yet in any depth, however.

10       Q   Okay.  Would you know the names of any of     02:05:06

11    these small handful of studies you just mentioned?

12       A   Not offhand, no.

13       Q   Would you know any of the authors of these

14    studies or the people who are in the process of

15    collecting this data?                               02:05:21

16       A   Not offhand, no.

17       Q   Okay.  And are any of these studies cited in

18    your report?

19       A   No, they are not.

20       Q   Okay.  So I'm going to introduce tab 7, which 02:05:29

21    is going to be marked as Exhibit 48.  Give me one

22    moment for it to show up on your end.

23           Are you --

24           (Exhibit 48 was marked for identification

25           by the court reporter and is attached hereto.) 02:06:07
```

Page 186

```
 1           THE WITNESS:  Yes.

 2      BY COUNSEL SWAMINATHAN

 3         Q    Great.  Do you recognize this blog post,

 4      Dr. Cantor?

 5         A    Yes, I do.                              02:06:16

 6         Q    So this is a blog post entitled "Do trans

 7      kids stay trans when they grow up?"

 8              You authored this post in Sexology Today!;

 9      correct?

10         A    Correct.                                02:06:29

11         Q    And you wrote this in 2016.  It says

12      January 11th, 2016; correct?

13         A    That's right.

14         Q    Okay.  And so I want to turn your attention

15      to the -- the second paragraph of -- the top of the   02:06:43

16      page.  You write (as read):

17              "Only very few trans- kids still

18              want to transition by the time they

19              are adults.  Instead, they generally

20              turn out to be regular gay or          02:06:57

21              lesbian folks."

22              Did I read that accurately?

23         A    Yes.

24         Q    What does "regular gay or lesbian folks"

25      mean?                                           02:07:08
```

                                                    Page 187

1      A    No other sexual interest phenomena that would

2   better account or better describe what they're

3   interested -- what they're interested in.

4      Q    What are non-regular gay or lesbian folks,

5   then?                                              02:07:24

6      A    For example, somebody with a -- with a

7   paraphilia or with a fetish that makes the

8   determination of their sexual orientation a bit

9   moot.

10     Q    What does that mean, to make it a bit moot?  02:07:36

11     A    That their sexual interest pattern doesn't

12  follow along what most people are generally familiar

13  with in -- in discussing attraction to men or

14  attraction to women.

15     Q    Okay.  So if a child's gender dysphoria were  02:07:53

16  to persist and they continued to want to transition

17  by the time they are adults, what are they, in your

18  view?

19     A    If -- they would most -- they would be in the

20  running to qualify -- the emotion they would be       02:08:11

21  describing would be gender dysphoria.  Whether they

22  qualify for the diagnosis depends on -- would

23  require a more fulsome assessment.

24     Q    Would they be irregular, in your mind?

25     A    They would be atypical in that it is          02:08:25

Page 188

```
 1      statistically a rarer phenomenon than cisgender is.

 2         Q   I heard you say, just a few seconds ago, they

 3      would be in the running for, and then you kind of

 4      cut off, I thought.

 5             What did you mean to say when you said they      02:08:44

 6      would be in the running for?  Would they be in the

 7      running for being transgender?

 8         A   Yes, that would be possible, but I can't make

 9      that kind of conclusion without the person

10      undergoing, as I say, a more fulsome assessment,        02:08:57

11      looking for other possible motivators for why they

12      might feel gender dysphoria.

13         Q   So what do you -- let's see.

14             Are you aware that gender identity and sexual

15      orientation are distinct concepts?                      02:09:12

16         A   Yes.

17         Q   Yes?  Are you aware that someone can be

18      transgender and gay?

19         A   Yes, although the particular phrases become a

20      little bit more complicated when a person is            02:09:24

21      changing sex and you're trying to say what they're

22      attracted to relative to the sex they are.

23         Q   And is it equally as complicated for the

24      understanding that someone can be transgender and a

25      lesbian?                                                02:09:43
```

Page 189

```
1        A   Is it complicated?  Yes.

2        Q   Is it more complicated than someone being

3    transgender and gay?

4        A   No.  This is the same complication.

5        Q   The same complication.  Okay.                02:09:56

6            Dr. Cantor, do you believe that social

7    transition for gender-dysphoric adolescents after

8    age 12 is appropriate?

9        A   That's an empirical question -- that's an

10   empirical question, and the science unde- -- is       02:10:17

11   still somewhat undecided about it.

12       Q   I'm just asking for your opinion, though.

13           Do you believe that social transition for

14   gender-dysphoric adolescents after age 12 is

15   appropriate?                                            02:10:35

16       A   It's not possible to have an opinion outside

17   of the science.

18           COUNSEL SWAMINATHAN:  Okay.  I'm going to

19   introduce tab 23, which is now going to be marked as

20   Exhibit 49.                                             02:10:49

21           (Exhibit 49 was marked for identification

22        by the court reporter and is attached hereto.)

23           THE WITNESS:  I see it.

24   BY COUNSEL SWAMINATHAN:

25       Q   Great.  And if you can turn to the second      02:11:15
```

1    page of this article, which is an article titled

2    "When is a 'TERF'" --

3            COUNSEL SWAMINATHAN:  For the court reporter,

4    that's T-E-R-F.

5    BY COUNSEL SWAMINATHAN:                              02:11:26

6        Q    -- "not a 'TERF'?" authored on July 20- --

7    July 8th, 2020.

8            And this is an article written by you, right,

9    Dr. Cantor?

10       A    Yes, it is.                                 02:11:36

11       Q    And if you turn to page 2, you'll see, around

12   the middle of the page, the -- the third paragraph

13   that begins with (as read):

14           "I support age 12, not for any

15            ideological reason, but because that     02:11:51

16            is what the (current) evidence

17            supports: The majority of

18            prepubescent kids cease to feel

19            trans during puberty, but the

20            majority of kids who continue to       02:12:04

21            feel trans after puberty rarely

22            cease."

23           Do you see that?

24       A    Yes, I do.

25       Q    So is it fair to say that you support social    02:12:09

Page 191

```
 1    transition for gender-dysphoric adolescents at age
 2    12?
 3       A   No.
 4       Q   No?  So this article is authored in July of
 5    2020.                                              02:12:29
 6          So has your opinion changed from July 2020 --
 7    July 2020 to now?
 8       A   Science has changed, and as I say, my opinion
 9    just follows the science.
10       Q   How has the science changed?             02:12:42
11       A   The -- several of the papers that were being
12    circulated in the late 2019s have turned out to be
13    wrong.  Some were retracted.  Some were reanalyzed,
14    and it was shown that their results were not correct
15    to begin with.  And it was recognized that those   02:13:02
16    studies which did seem to be indicating an
17    improvement over -- over transition, such kids were
18    receiving psychotherapy in addition to receiving
19    medical transition.
20          Once that was recognized, we could no longer  02:13:15
21    conclude that it was any -- the medical
22    transition -- that it was the medical transition or
23    any other transition being the source of the benefit
24    rather than the psychotherapy itself.
25          So once the evidence supporting earlier     02:13:28
```

Page 192

```
 1    transition evaporated, then one's opinion of that

 2    science has to change with it.

 3      Q    So you mentioned studies that have been

 4    changed or retracted.  What studies are you talking

 5    about?                                            02:13:42

 6      A    It's a series of -- a series of studies, all

 7    of which have been -- are cited in my report.

 8      Q    Can you name a few of those studies?

 9      A    I'm better with names if I could have my

10    report in front of me at the same time.           02:13:56

11          MR. BARHAM:  The latest report is Exhibit 45;

12    is that correct?

13          COUNSEL SWAMINATHAN:  That is correct.

14          THE WITNESS:  Bränström and Pachankis 2019

15    became retracted.                                 02:14:53

16    BY COUNSEL SWAMINATHAN:

17      Q    Any others?

18      A    Olson, et al., was demonstrated to be

19    incorrect.

20          The Costa study, although it came out        02:15:37

21    earlier, it then became better known once the other

22    studies started -- after the other studies started

23    showing that they were in error.

24      Q    And you're talking about the Costa 2015; is

25    that correct?                                      02:16:00
```

Page 193

```
 1       A    Yes.

 2       Q    Okay.

 3       A    So those are the --

 4       Q    Okay.  Thank you, Dr. --

 5       A    Those are the ones -- okay.                02:16:06

 6       Q    So, Dr. Cantor, what is the Dutch protocol?

 7       A    The Dutch protocol started outside of Canada.

 8   The largest clinic for children's gender dysphoria

 9   was in the Netherlands.  They also took a

10   conservative method, like -- like the clinics in     02:16:26

11   Canada, where children who were otherwise qualified

12   would be allowed to begin taking puberty blockers at

13   age 14 and then cross-sex hormones at age 16.

14       Q    And the Dutch protocol allowed for a social

15   transition after age 12; right?                       02:16:46

16       A    It was during adolescence.  I don't recall

17   the specific age.

18       Q    Let me turn your attention to a page in your

19   report that might help you reflect (sic) your

20   recollection.                                         02:17:02

21           So if you could turn to page 19 of your

22   report.

23       A    One moment.

24       Q    No problem.

25           And at the top of the page, it says that "The   02:17:23
```

Page 194

```
 1    components of the Dutch Approach are: no social

 2    transition at all considered before age 12..." which

 3    they describe as the watchful waiting period.

 4        A    Correct.

 5        Q    So is it fair to say that the Dutch protocol    02:17:36

 6    allows for social transition after age 12?

 7        A    Allows for it?  Yes.

 8        Q    So is it your opinion as you testify today

 9    that you disagree with the Dutch protocol with

10    respect to the age at which it allows for social      02:17:53

11    transition?

12        A    There were some pieces missing in that.

13             As I said, the Dutch protocol, at the time,

14    was developed on the data that was available at that

15    time.  Both have changed -- well, the Dutch          02:18:15

16    protocol, as we call it, hasn't changed, but the

17    clinics themselves have -- are now becoming more

18    conservative, as the original version of the Dutch

19    protocol has not been as well replicated.

20             But instead of clinics raising their         02:18:29

21    standards, like is happening throughout Europe,

22    clinics in the U.S. who are receiving reports are

23    lowering their standards.

24        Q    I see.  And so if you look at page 18 of your

25    report, just the page before, and you look at        02:18:42
```

Page 195

```
 1    paragraph 46, in the last sentence of your

 2    paragraph, you state, quote, (as read):

 3            "Internationally, the Dutch Approach

 4            is currently the most widely

 5            accepted and utilized method for          02:18:54

 6            treatment of children who present

 7            with gender dysphoria."

 8            End quote.

 9            Do you agree with that statement?

10       A    Yes, that would -- that would still be fair   02:19:02

11    to say.

12       Q    Okay.  Dr. Cantor, what puberty-blocking

13    drugs are you aware of?

14       A    Oh, I couldn't tell them to you by name so

15    much as by function.                                02:19:20

16       Q    What are you aware of about the function of

17    puberty-blocking treatment?

18       A    Well, there are a series of signals in the

19    brain that indicate to different parts of the brain

20    and different parts of the body when to -- that they   02:19:34

21    should be maturing.  The puberty blocker stops --

22    stops that cycle.

23       Q    And, again, you are not an expert in the

24    different types of prescription drugs that are used

25    as puberty-blocking agents; right?                  02:19:50
```

Page 196

1        A    That is correct.

2        Q    Okay.  You have never obtained informed

3    consent to provide puberty blockers; right?

4        A    Correct.

5        Q    And you've never had a patient sign an          02:20:03

6    informed consent form relating to puberty blockers;

7    right?

8        A    Correct.

9        Q    You personally have no experience with

10   monitoring patients who are undergoing                    02:20:15

11   puberty-blocking treatment; right?

12       A    Correct.

13       Q    You don't know what type of monitoring is

14   typically done or not done for those patients;

15   right?                                                    02:20:28

16       A    That's part of medical practice.

17       Q    That's not your practice; right?

18       A    Correct.

19       Q    Okay.  Dr. Cantor, you know what cross-sex

20   hormones are; correct?                                    02:20:46

21       A    Yes.

22       Q    For transgender women, estrogen is the

23   hormone that's typically prescribed; correct?

24            MR. BARHAM:  Objection as to terminology.

25            THE WITNESS:  Yes.                               02:20:55

                                                    Page 197

```
 1    BY COUNSEL SWAMINATHAN:

 2       Q    And for transgender men, testosterone is the

 3    hormone that's typically prescribed; correct?

 4            MR. BARHAM:   Objection; terminology.

 5            THE WITNESS:   Correct.                      02:21:07

 6    BY COUNSEL SWAMINATHAN:

 7       Q    Have you ever obtained informed consent to

 8    provide cross-sex hormones to anyone?

 9       A    No.

10       Q    You've never had a patient sign an informed   02:21:15

11    consent form relating to cross-sex hormones; right?

12       A    Correct.

13       Q    Okay.  Have you advised patients about

14    potential risks and benefits of cross-sex hormones?

15       A    No, I have not.                              02:21:33

16       Q    Okay.  Aside from the literature you have

17    reviewed, you personally don't know what doctors

18    tell their patients about cross-sex hormones; right?

19            MR. BARHAM:   Objection as to form and scope.

20            THE WITNESS:   That's not entirely true.  For  02:21:55

21    example, people who have detransitioned or people

22    who have transitioned, when it's relevant, you know,

23    will discuss with me conversations that they've had

24    with their physicians.

25    ///
```

Page 198

```
 1    BY COUNSEL SWAMINATHAN:

 2       Q   Okay.  So your knowledge of what doctors tell

 3    their patients about cross-sex hormones comes from

 4    what your patients who have detransitioned have told

 5    you; is that fair?                                  02:22:17

 6       A   In part.  The other sources are the sources

 7    that I mentioned earlier, e-mails and other contacts

 8    from -- from family members, requests for -- for

 9    consultation, media -- and media outlets.

10       Q   Got it.  Thank you.  Okay.                   02:22:34

11           Did you review --

12           COUNSEL SWAMINATHAN:  Actually, I just want

13    to check in.  You're -- are you okay to keep going?

14    But it has been about an hour and ten minutes.  If

15    you need a break, that's totally fine.              02:22:44

16           THE WITNESS:  I'm good.

17           COUNSEL SWAMINATHAN:  You're good?  Okay.

18    BY COUNSEL SWAMINATHAN:

19       Q   Did you review the 2017 Endocrine Society

20    guidelines in full before forming your opinions in  02:22:56

21    this case?

22       A   Yes, I have.

23       Q   You have?  You've read them from top to

24    bottom as well?

25       A   Yes, I have.                                 02:23:04
```

Page 199

```
 1        Q    When's the last time you've done that?

 2        A    Oh.  Last week.

 3        Q    Last week.  And are you aware that the

 4   Endocrine Society guidelines recommend treating

 5   gender-dysphoric and gender-incongruent adolescents    02:23:18

 6   who have entered puberty at Tanner stage II by

 7   suppression with gonadotropin-releasing hormone

 8   agonists?

 9        A    I'm aware that that's in that document, yes.

10        Q    Okay.  And if we can take a look back -- I --  02:23:30

11   I assume you still have your report pulled up.  If

12   you can take a look at page 3 of your report.

13        A    I'm there.

14        Q    And you look at paragraph 8, subset (e), you

15   state that (as read):                                  02:23:59

16             "Affirmation of a transgender

17             identity in minors who suffer from

18             early-onset or adolescent-onset

19             gender dysphoria is not an accepted

20             'standard of care.'"                         02:24:10

21             Which is in quotes.

22             Is that correct?

23        A    That's correct.

24        Q    So this opinion conflicts with the

25   Endocrine Society recommendations; right?             02:24:20
```

                                           Page  200

1      A    Yes, it does.

2      Q    And you yourself are not a part of the

3   Endocrine Society; right?

4      A    That is correct.

5      Q    You've never advised the Endocrine Society in    02:24:31

6   any capacity; right?

7      A    That is correct.

8      Q    You personally were not involved with the

9   development of the original Endocrine Society

10  guidelines back in 2009; right?                            02:24:47

11     A    Correct.

12     Q    You were not involved with the development of

13  the updated guidelines in 2017; right?

14     A    Correct.

15     Q    Do you know what kind of scientific              02:24:59

16  literature review the Endocrine Society conducted in

17  developing the 2017 updates?

18     A    I'm not aware of its details, no.

19     Q    Are you aware of what kind of outside experts

20  the Endocrine Society may have consulted in               02:25:16

21  developing the 2017 updates?

22     A    I'm aware that they had such people whom they

23  requested, yes.

24     Q    Are you aware of any of these people by name?

25     A    The only one I know by name is from his          02:25:32

Page 201

```
 1    involvement in this case, Dr. Jensen.

 2       Q   Okay.  And you don't hold yourself out as an

 3    expert in how the Endocrine Society developed the

 4    original 2009 guidelines for treatment of gender

 5    dysphoria; right?                                   02:25:50

 6       A   It's a little hard to imagine such a question

 7    being used to determine whether a person can be

 8    called an expert on -- on anything.  That's a very

 9    narrow topic.  However, there has been systematic

10    evaluation of the Endocrine Society's guidelines.   02:26:08

11       Q   I guess my question is that you don't hold

12    yourself out personally as an expert in how the

13    Endocrine Society developed the original 2009

14    guidelines; right?

15       A   Yes, that would be true.                     02:26:23

16       Q   Okay.  And the same -- you don't hold

17    yourself out as an expert in how the

18    Endocrine Society developed the 2017 updates; right?

19       A   That, again, would, I think, be true.

20       Q   Okay.  You know what the WPATH is, right, the  02:26:40

21    World Professional Association for Transgender

22    Health?

23       A   Yes, I am.

24       Q   Sorry, yes, you do or yes, you --

25       A   Yes, I am aware.                             02:26:54
```

Page 202

1      Q   Oh, okay.  Do you know that WPATH

2   publishes standards of care for the health of

3   transgender people?

4      A   Yes, I'm aware.

5      Q   Are you aware that WPATH has been publishing      02:27:07

6   these standards since 1979?

7      A   Yes, I am.

8      Q   Okay.  To your knowledge, what is the latest

9   standard of care available from WPATH?

10     A   They're in the middle of revising them now.      02:27:21

11   I don't remember the year of the current -- current

12   version, but --

13     Q   Do you know the number of the current

14   version?

15     A   No.  I don't recall.                              02:27:33

16     Q   Do you know when the most recent version was

17   published?

18     A   Not without looking it up.  I don't remember

19   the year, no.

20     Q   So in your report, you express some opinions      02:27:47

21   about the WPATH Standards of Care; right?

22     A   Correct.

23     Q   Before you wrote this report, did you sit

24   down and review the WPATH Standards of Care?

25     A   Yes.  Yes, I did.                                 02:28:00

                                                    Page 203

```
 1      Q   When did you review them?

 2      A   That was now three or four years ago.

 3      Q   And have you reviewed all of the articles

 4  cited in the "References" section of the WPATH

 5  Standards of Care?                              02:28:27

 6      A   I haven't looked through the reference list

 7  to see how many of them I would have read, no.

 8      Q   So you haven't reviewed the reference list;

 9  right?

10      A   Well, I haven't reviewed the reference list  02:28:37

11  to see how many of those references I happened to

12  know, no.

13      Q   Okay.  And you yourself are not a part of the

14  WPATH; right?

15      A   Correct.                                02:28:48

16      Q   Have you ever been a member of WPATH?

17      A   No.

18      Q   Have you ever advised the WPATH in any

19  capacity?

20      A   No.                                     02:29:01

21      Q   Okay.  You personally have not been involved

22  with the development of WPATH Standards of Care,

23  Version 7; right?

24      A   Correct.

25      Q   Okay.  Do you know that WPATH is currently  02:29:13
```

Page 204

```
 1    working on Version 8 of their standards of care?

 2       A    Yes, I am.

 3       Q    You personally have not been involved in the

 4    development of WPATH Standards of Care, Version 8;

 5    right?                                               02:29:29

 6       A    Correct.

 7       Q    And you don't hold yourself out as an expert

 8    in how Version 8 is currently being developed;

 9    right?

10       A    Again, I hesitate to say that that is a      02:29:40

11    subject in which there exists expertise.  It's

12    within my topic of expertise, but I wouldn't say

13    that I am an expert in that topic specifically.

14       Q    Okay.  And in this particular case, you're

15    not offering any expert opinions on how Version 8 of 02:29:59

16    the WPATH Standards of Care are currently being

17    developed; right?

18       A    Correct.  The comments in my report included

19    evaluation of Version 7.

20       Q    Okay.  So, Dr. Cantor, I would love for you  02:30:16

21    to turn to page 16 of your expert report.

22       A    Got it.

23       Q    Great.  If you could just have that open.

24            So do you agree that the number and

25    percentage of prepubertal kids with gender dysphoria 02:30:40
```

```
 1    who do not go on to identify as transgender is

 2    currently unknown?

 3        A    No, I don't think that's exactly fair to say.

 4    What --

 5        Q    So -- what do you base your opinion --          02:31:11

 6            MR. BARHAM:   I'd ask that -- I'd ask that you

 7    allow him to finish his answer before answer- --

 8    asking the next question.

 9            COUNSEL SWAMINATHAN:   Apologies, Counsel.

10    BY COUNSEL SWAMINATHAN:                                   02:31:20

11        Q    Please finish your answer, Dr. Cantor.

12        A    There have been 11 studies, and all of them

13    show that the large majority cease to want to

14    transition by puberty, but the exact number changes

15    study by study.  So I can't say that the number is     02:31:31

16    known, in that we haven't found the same number

17    coming up over and over again, but it would be

18    unfair to say that, you know, the entire range of

19    possible numbers are equally possible.  They're not.

20    The studies have consistently even, even            02:31:46

21    unanimously, said that it was the large majority

22    desist, but we still can't give a -- a specific

23    number better than a range.

24        Q    So you agree that the number and percentage

25    of prepubertal kids with gender dysphoria who do not   02:32:03
```

Page 206

```
1      go on to identify as transgender is currently

2      unknown; right?

3              MR. BARHAM:  Objection; asked and answered.

4              MR. TRYON:  Objection.

5              THE WITNESS:  Again, I can't say that there    02:32:12

6      is a specific number, but the range is unanimously,

7      in every single study, the large majority.

8      BY COUNSEL SWAMINATHAN:

9          Q   And which studies are you referring to?

10         A   There were 11, and they were the -- the 11    02:32:29

11     studies listed on my blog, which you posted.

12         Q   I think I have maybe shown you two blog posts

13     now.  Was it tab 40 -- sorry -- Exhibit 48?  Is that

14     the one you're referring to?

15         A   I don't remember the tab number, but only one  02:32:45

16     of those two had a list of studies, and the other

17     was, you know, just text from me.

18         Q   Okay.  Do you agree that the number and

19     percentage of adolescents with gender dysphoria who

20     do not go on to identify as transgender is currently  02:33:00

21     unknown?

22         A   That is much less known, correct.

23         Q   Okay.  And I take it you are not offering any

24     expert opinions on what number or percentage of

25     adolescents with gender dysphoria do not go on to     02:33:16
```

Page 207

1    identify as transgender; right?

2      A   I don't -- no, I'm not off- -- I'm not

3    offering such a percentage, no.  We have -- we don't

4    have the kind of prospective systematic studies to

5    give us a better idea of the range.  Instead, we        02:33:37

6    have studies which retrospectively try to ask

7    questions from these people, but those studies don't

8    give us an estimate of how many people have already

9    desisted and, therefore, never took the

10   questionnaire to begin with.                            02:33:53

11     Q   Okay.  And, Dr. Cantor, you agree that no

12   study supports the withholding of gender-affirming

13   treatment after the onset of puberty; right?

14         MR. BARHAM:  Objection as to terminology.

15         THE WITNESS:  Could you ask that again,           02:34:11

16   please?

17   BY COUNSEL SWAMINATHAN:

18     Q   Sure.  You agree that no study supports the

19   withholding of gender-affirming treatment after the

20   onset of puberty; right?                                02:34:19

21     A   That no study supports the withholding.

22         MR. BARHAM:  Objection --

23         THE WITNESS:  That's --

24         MR. BARHAM:  Objection as to terminology.

25         THE WITNESS:  That's true in only a very          02:34:37

                                                        Page 208

1    vacuous way in that that's not how science, never

2    mind medical science, is conducted.  In science, we

3    begin with the null hypothesis.  Everything starts

4    with a null hypothesis.  The onus of proof belongs

5    to the person saying that doing something will do          02:35:12

6    something.  It's not possible to prove a null

7    hypothesis.  We start with it and wait for proof

8    that doing something has whatever intended effect.

9          All of that is to say it's not possible to

10   conduct a study that would prove what happens when        02:35:30

11   you do nothing.  We start with that point.

12   BY COUNSEL SWAMINATHAN:

13      Q   So what is the basis for your opinion that

14   it's not possible to prove what the effects of,

15   quote, doing nothing are?                                  02:35:46

16      A   That's a fundamental tenet of science.

17   That's what I call the -- as I said, that's called

18   the null hypothesis.  It's a basic functioning of

19   the scientific process.

20      Q   And so there's -- I'm right, though, that          02:35:58

21   there's no study that has tracked what you call as

22   doing nothing in adolescents who are suffering from

23   gender dysphoria; right?

24          MR. TRYON:  Objection.

25          THE WITNESS:  Correct, there is no such             02:36:17

                                                        Page 209

```
 1    study.
 2    BY COUNSEL SWAMINATHAN:
 3      Q    Okay.  You recognize that your theory of
 4    withholding social transition to see if prepubertal
 5    kids with gender dysphoria desist is an outlier in    02:36:27
 6    the scientific community?
 7           MR. BARHAM:  Objection as to form and
 8    terminology.
 9           THE WITNESS:  No, I would not say that at
10    all.                                                  02:36:41
11    BY COUNSEL SWAMINATHAN:
12      Q    What do you base your -- that answer on?
13      A    I'm in regular contact with a -- with very,
14    very many scientists in my field, and they generally
15    agree with me.  It's -- and they generally agree      02:36:51
16    with -- agree with me.  It's the outliers who tend
17    to speak most often, loudest and most publicly.  So
18    the public mind is very, very different from the
19    collection of scientists.
20      Q    So you said very, very many people agree with  02:37:08
21    you.  How many people are you talking about?
22      A    Oh.  Several scores.  I -- of the ones I
23    interact with, close to a hundred.
24      Q    Can you define score for me?
25      A    20.                                            02:37:34
```

Page 210

1      Q    So several scores.  Would you say 40 to 60 is

2    an accurate capture of how many people you spoke to?

3      A    Probably closer to a hundred.

4      Q    Okay.  And who are these hundred people?  I'm

5    not asking you to identify all 100 by name, but who,     02:37:54

6    generally, are they?

7      A    Sex researchers and sex therapists.

8      Q    Okay.  So beyond the conversations that you

9    had with these scores of individuals, do you have

10   any other basis for believing that practitioners        02:38:15

11   support withholding social transition in prepubertal

12   patients with gender disorder?

13         MR. BARHAM:  Objection as to form and

14   terminology.

15         THE WITNESS:  No.  That's my primary source.      02:38:33

16   BY COUNSEL SWAMINATHAN:

17     Q    And do any of those hundred or so individuals

18   actually treat transgender patients?

19     A    Yes.  None of them does it as a specific

20   specialty, but very many of them, of the clinicians     02:38:55

21   among them, have or have had trans clients among

22   their patient base.

23     Q    Okay.  Can you please turn to page 18 of your

24   report --

25         COUNSEL SWAMINATHAN:  And, actually, I think      02:39:26

Page 211

1    this might be a good time for a five-minute break.

2    I think we've been going for about an hour and

3    20 minutes now.

4           Can we go off the record?

5           THE VIDEOGRAPHER:  Yep.  We are going off the      02:39:34

6    record and -- at, let's see, 2:39 p.m., and this is

7    the end of Media Unit No. 4.

8           (Recess.)

9           THE VIDEOGRAPHER:  All right.  We are back on

10   the record at 2:53 p.m., and this is the beginning      02:53:07

11   of Media Unit No. 5.

12          Go ahead, please.

13   BY COUNSEL SWAMINATHAN:

14      Q   Dr. Cantor, can you please turn to page 12 of

15   your expert report, which is Exhibit 45.               02:53:16

16      A   Got it.

17      Q   Okay.  So paragraph 29, on page 12, you state

18   (as read):

19          "For example, there exist only very

20          few cases of transition regret among           02:53:48

21          adult transitioners, whereas the

22          research has unanimously shown that

23          the majority of children with gender

24          dysphoria desist—that is, cease to

25          experience such dysphoria by or               02:54:01

```
 1              during puberty."

 2         Did I read that correctly?

 3    A    Yes.

 4    Q    What is your basis for this assertion?

 5    A    The 11 studies that were also cited in my      02:54:16

 6  blog.

 7    Q    Is there a reason you didn't cite any of

 8  those studies here, in your report?

 9    A    I didn't include --

10    Q    I just mean in this paragraph, on this page,   02:54:35

11  is there a reason there's no footnotes --

12    A    Oh, in that paragraph, on that page?  No.

13  Only because there was an introductory paragraph,

14  you know, before the rest of the document.

15    Q    And those 11 studies are the -- the same      02:54:52

16  studies that you mentioned before that you said were

17  on your blog?

18    A    Correct.

19    Q    Okay.  And on page 18 of your expert report,

20  on -- in paragraph 45 of page 18, you state (as       02:55:10

21  read):

22              "Because only a minority of gender

23              dysphoric children persist in

24              feeling gender dysphoric in the

25              first place, 'transition-on-demand'       02:55:25
```

Page 213

```
 1            increases the proba-" --

 2            I assume you mean "probability."  It says

 3       "probably" here.

 4       A    Oh, goodness.  That's right.

 5       Q    That's right?  Okay.                    02:55:33

 6            (As read):

 7            -- "increases the probability of

 8            unnecessary transition and

 9            unnecessary medical risks."

10            Is that fair, as it's read?            02:55:42

11       A    Yes.

12       Q    Okay.  What's your basis for this opinion?

13       A    I want to say mathematics.

14       Q    What do you mean by that?

15       A    The -- if only few people regretted       02:56:01

16       transition, then transitioning everybody would be

17       the wrong decision for only few people.  If most

18       people cease to want to transition eventually, then

19       transitioning all of them would be making a much

20       larger number of errors.                    02:56:23

21       Q    What do you mean by "transitioning all of

22       them"?

23       A    If the people were given transition on

24       demand.

25       Q    So what do you understand the term         02:56:33
```

Page 214

1    "transition on demand" to mean?

2        A    That we give the person -- we recognize

3    whatever element of that person as soon as they make

4    that request.

5        Q    So I just want to make sure I understand.        02:56:49

6            You are saying that your opinion for -- or

7    your basis for stating that a minority of

8    gender-dysphoric children persist is based in math;

9    is that correct?

10       A    No.  I'm saying that the -- the conclusion       02:57:00

11   that we will have more errors and make more mistakes

12   if we don't consider that statistic.  That's math.

13       Q    I guess I'm understanding what -- or trying

14   to understand, what is the basis for that statistic,

15   that only a minority of gender-dysphoric children       02:57:17

16   persist?

17       A    Those 11 studies, which were summarized --

18   which were summarized in my blog, together with the

19   number -- the exact numbers of people who continue

20   to want to transition after puberty and those which       02:57:33

21   ceased to.

22           These people only came into the clinics when

23   they started expressing their gender dysphoria.  If

24   they were transitioned after that first appointment,

25   because we didn't yet know which ones were going to       02:57:48

Page 215

```
 1    persist and which ones were going to desist, then we
 2    would only know that if we transi- -- transitioned
 3    all of them that first day, most of those would end
 4    up being a mistake because we know that most of
 5    those will -- will have ceased to want to transition   02:58:06
 6    by puberty.
 7        Q    And is the reason that you don't state --
 8    sorry, strike that.
 9        To your knowledge, are people being
10    transitioned on the first day?                        02:58:20
11        A    Those are the reports that we referred to
12    earlier that there are becoming more and more cases
13    getting reported to me or to the -- or via their
14    families or in the media.  Or, as I say, now that
15    there are investigations going on in other            02:58:40
16    countries, that's what they're continuing to find.
17        Q    Okay.
18        A    Transition on demand is the most extreme
19    version of it, but -- but the difference is whether
20    -- the meaningful part is whether these people are    02:58:51
21    being transitioned before a meaningful assessment
22    and a meaningful attempt to -- to estimate who might
23    persist, who might not, or if we're even capable of
24    doing that with enough precision to be risking the
25    kind of medical risks that come into play.            02:59:09
```

Page 216

```
 1      Q    Okay.  And so, again, you have no direct

 2   knowledge of this, but the reports you refer to are

 3   the parental anecdotes that are communicated to you,

 4   the e-mails that you receive, the government

 5   entities putting out information and the news          02:59:26

 6   sources that you just mentioned; right?

 7      A    We're saying that people are being

 8   transitioned on demand, yes.

 9      Q    Yes.

10      A    And when I say media reports, those are no     02:59:36

11   longer, necessarily, individual cases.  These are

12   also administrators in schools and so on who are

13   indicating what the policies are in that school or

14   parents talking about policies in the -- in social

15   groups and so on.  So these are people not going to    02:59:54

16   clinics at all; they're merely being socially

17   transitioned by -- you know, within their social

18   groups.

19      Q    Can you tell me more about those media

20   reports?                                               03:00:04

21          You know, you -- you mentioned an example of

22   a school.  Can you give me a more detail about that

23   particular report from a school?

24      A    No.  I haven't recorded -- I don't recall

25   particulars.                                           03:00:17
```

Page 217

```
 1       Q   Of any of the media reports that you're

 2   referencing, you don't recall particulars?

 3       A   Not -- not at this time, no.  Those, I

 4   haven't been accumulating.

 5       Q   Okay.  Can you please turn to page 27 of your   03:00:27

 6   report?

 7       A   Got it.

 8       Q   Great.  And so if you look at paragraph 69,

 9   you state the following, quote, (as read):

10           "...a child experiencing depression           03:00:48

11           from social isolation might develop

12           hope—" --

13       A   I'm sorry, where did you say you were?

14       Q   Oh, apologies.  It's the end of page 26, top

15   of page 27.  It's the sentence beginning "For           03:01:03

16   example."

17       A   Got it.

18       Q   Apologies.  So let me read that again.

19           So you state, quote, (as read):

20           "For example, a child experiencing            03:01:13

21           depression from social isolation

22           might develop hope—and the

23           unrealistic expectation—that

24           transition will help them fit in,

25           this time as and with the other              03:01:27
```

```
 1          sex."

 2          Did I read that accurately?

 3     A    Yes.

 4     Q    So what is the basis of this opinion?

 5          MR. TRYON:  This is Dave Tryon.            03:01:37

 6          I'm just going to object that this is one

 7     sentence out of an entire paragraph.

 8          COUNSEL SWAMINATHAN:  Your objection is

 9     noted, Counsel.

10     BY COUNSEL SWAMINATHAN:                         03:01:50

11     Q    Dr. Cantor, you can answer.

12     A    It's an explanation -- I offer it as a

13     possible explanation which accounts for all of the

14     existing observations.

15     Q    Are you aware of any study that shows that a  03:01:59

16     child experiencing depression from social isolation

17     might develop hope and the unrealistic expectation

18     that transition will help them fit in?

19     A    No.  That particular hypothesis hasn't

20     been -- hasn't been tested.                     03:02:17

21     Q    Have you spoken to anyone about this

22     hypothesis?

23     A    Oh.  Yes, relatively and commonly.

24     Q    Okay.  Can you please turn to page 53 of your

25     expert report?                                  03:02:35
```

Page 219

```
 1       A    Yes.

 2       Q    Great.  And so do you see that it's titled

 3    "References" at the top of the page?

 4       A    Yes.

 5       Q    Great.  And so pages 53 to 61 of your report    03:02:56

 6    includes a list of articles that you cite to in your

 7    report, and I've done my best to count them, but

 8    there are 106 articles cited in your report.

 9          Do you see that?

10       A    I didn't count them either, but that sounds    03:03:18

11    about right.

12       Q    Okay.  How did you find these articles?

13       A    Oh.  I've been accumulating these articles

14    throughout my career, starting with my education and

15    the classic -- and the classic articles with them,    03:03:33

16    and then I read new ones as they come out and get

17    discussed within my field.

18       Q    So you found every single one of these

19    articles in your references list.  Is that accurate?

20       A    Yes.  Yes.  Yes, it is.                        03:03:47

21       Q    None of these articles were provided to you

22    by some other source?

23       A    Oh.  I can't recall if there was a particular

24    e-mail from a colleague who told me, have you seen

25    this or that article.  I would -- I can't remember    03:04:03
```

Page 220

```
 1    specifics, but I would not be at all surprised if I

 2    received one of these articles as a manuscript, as a

 3    peer reviewer, before even it was published.

 4         Also, very commonly in science, it's a

 5    scientist spending many, many years releasing study    03:04:22

 6    after study, and before the study comes out, there

 7    are poster conferences and conference presentations.

 8    So I'm aware that they are coming even before --

 9    long before they come in print.

10         So there are those indirect methods that --      03:04:34

11    that are possible.

12     Q   But no one sent you any of these articles in

13    connection with your preparation of this report;

14    right?

15     A   No.  Yes, that is correct, no one has.           03:04:45

16     Q   Okay.  So you said you accumulated this list

17    of articles over the course of your career; right?

18     A   Yes.

19     Q   You've known about the existence of many of

20    these articles well before agreeing to serve as an    03:05:02

21    expert in this case; right?

22     A   Most of them, yes.

23     Q   Most of them.

24         So when did you begin your research for

25    drafting the expert report, version 2022?             03:05:13
```

                                            Page 221

```
 1        A    It would have been within a few days after I

 2    first received the -- the request to participate at

 3    all.

 4        Q    Okay.  And so have you read every article

 5    included in this list?                               03:05:36

 6        A    Yes, I have, with the caveat that some of

 7    them are standard reference texts where only certain

 8    portions of the text are relevant.

 9        Q    Okay.  And so when you were looking for

10    articles to include in your report, had you already   03:05:53

11    formed an opinion about whether transgender women

12    and girls have an athletic advantage over cisgender

13    women?

14            MR. BARHAM:  Objection as to scope and

15    terminology.                                          03:06:05

16            THE WITNESS:  I was already very, very well

17    aware of the state of the literature before I

18    received any notice of this particular case than

19    when I -- so it was on the basis of the knowledge of

20    the literature that I already had that gave me, you   03:06:36

21    know, some idea of what the liter- -- literature had

22    and then my searching for any other articles,

23    including articles that weren't relevant or weren't

24    part of this particular question that I continued to

25    accumulate, and I found nothing that changed my mind  03:06:59
```

Page 222

```
 1    as I was doing research for this case.

 2    BY COUNSEL SWAMINATHAN:

 3       Q   So prior to this case, what -- what was and,

 4    I guess, in your testimony now, continues to be your

 5    opinion on whether transgender women and girls have    03:07:18

 6    an athletic advantage over cisgender women?

 7       A   I wasn't --

 8           MR. BARHAM:  Objection as to scope.

 9           THE WITNESS:  I wasn't asked that question as

10    part of this report.                                   03:07:28

11    BY COUNSEL SWAMINATHAN:

12       Q   Do you have any opinion on that question

13    outside of, you know, your involvement in this case?

14       A   Only my other knowledge -- my other knowledge

15    of the studies that had been done on male and female   03:07:46

16    child performance.

17       Q   Do any of these 106 or so articles relate to

18    athletic performance?

19       A   No.  I wasn't asked to summarize that part of

20    the literature.                                        03:08:02

21       Q   Okay.  And just to be clear, do you think

22    this list of articles is comprehensive of the

23    existing research on transgender children and

24    adolescents?

25       A   I would say comprehensive in scope and topic,  03:08:15
```

Page 223

```
1    that is, the range of -- of the facts that are

2    listed -- listed in it, but, again, I wasn't asked

3    to do it specifically on athleticism.

4        Q    Leaving aside athleticism, do you think this

5    list of articles accurately captures the most          03:08:35

6    reputable studies on transgender children and

7    adolescents?

8        A    Yes, I think that --

9             MR. TRYON:   Objection.

10       A    I think that would be fair to say, yes.        03:08:47

11   BY COUNSEL SWAMINATHAN:

12       Q    Okay.  Do you think these are articles that

13   you have not included in this list that may present

14   data that is contrary to your report?

15       A    No, there isn't.                               03:08:58

16       Q    Okay.  Do you think there are articles that

17   you have not included in this list that may reach

18   conclusions that are contrary to your report?

19       A    There exists such conclusions, and they've

20   been published.  I would have to check to see to       03:09:21

21   what extent those are merely opinions in -- in

22   letters and commentaries, for example, opposed to

23   derived from -- derived as conclusions from specific

24   data.

25       Q    So your testimony is that there may be some   03:09:40
```

Veritext Legal Solutions
866 299-5127

```
 1    studies that reach conclusions that are contrary to

 2    your report?

 3          MR. BARHAM:  Objection as to form and scope.

 4          THE WITNESS:  No.  The opposite.  It's -- I'm

 5    not aware of any studies that are based on data that    03:09:50

 6    contradict these, although people may have expressed

 7    contradictory opinions.

 8    BY COUNSEL SWAMINATHAN:

 9     Q   Via letter and commentary; is that correct?

10     A   Correct.                                           03:10:01

11     Q   Okay.  Great.

12         Can you please turn to page 24 of the same

13    exhibit, so continuing with your report.

14     A   Got it.

15     Q   Great.  And so the heading above paragraph 62     03:10:22

16    of your report -- it starts with the letter "c" --

17    says, quote, (as read):

18         "Studies by other clinicians in

19          other countries have failed to

20          reliably replicate the positive              03:10:39

21          components of the results reported

22          by the Dutch clinicians in de Vries

23          et al. 2011."

24          COUNSEL SWAMINATHAN:  And for the court

25    reporter, that's D-E, space, capital V-R-I-E-S.         03:10:49
```

Page 225

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q    Do you see that?

 3        A    Oh, you're talking to me?

 4             Yes, I do.

 5        Q    I'm sorry.  Yes.                        03:10:59

 6             What did you mean by this?

 7        A    Exactly what it says.  There was initially

 8    some research demonstrating improvement among these

 9    kids after transition, but when other countries and

10    other facilities tried to do it, they were unable to  03:11:17

11    replicate those results.  They were not finding

12    improvement.

13        Q    So what are the positive components of the

14    results reported by the Dutch clinicians in

15    de Vries, et al., 2011?                          03:11:33

16        A    They reported some improvements in some

17    psychological parameters and social function.

18        Q    Any other positive components?

19        A    I would have to reread the original to see if

20    that's an exhaustive list, but they were essentially  03:11:46

21    all of those.

22        Q    Are you aware that there are additional

23    scientific peer-reviewed studies showing the

24    positive effects of gender-affirming care?

25        A    Yes, there are.                         03:12:00
```

Page 226

1     Q   Okay.  So are you aware of the 2022 Tordoff,

2   et al., study titled "Mental Health Outcomes in

3   Transgender and Nonbinary Youths Receiving

4   Gender-Affirming Care"?

5     A   Yes, I am.                              03:12:17

6         COUNSEL SWAMINATHAN:   Okay.   I'm going to

7   introduce tab 8, which has been marked as

8   Exhibit 50.

9         (Exhibit 50 was marked for identification

10        by the court reporter and is attached hereto.)   03:12:45

11   BY COUNSEL SWAMINATHAN:

12     Q   Let me know when you're able to see it,

13   Dr. Cantor.

14     A   I am.

15     Q   Okay.  Great.                         03:12:54

16         And you can see at the top that this study

17   was conducted by Diana Tordoff, Jonathon Wanta,

18   Arin Collin, Cesalie Stepney, David Inwards-Breland,

19   and Kim Ahrens; is that correct?

20     A   Yes, that's what I see.               03:13:13

21     Q   Are you familiar with any of these people?

22     A   No, I'm not.

23     Q   You don't have any personal connections to

24   any of these people; right?

25     A   Correct.                              03:13:26

                                          Page 227

1    Q   Okay.  Do you agree that the Journal of

2  American Medical Association is a highly respected

3  publication?

4    A   That's not this journal.

5    Q   Oh, apologies.  The JAMA Network.          03:13:39

6        Do you agree that the JAMA Network is a

7  highly respected entity?

8    A   No, it is not.  It's relying on the fame of

9  JAMA itself.

10    Q   It's relying on the fame of what?  I        03:13:55

11  apologize.

12    A   JAMA, the Journal of the American Medical

13  Association.  This is an online offshoot of that.

14    Q   Okay.  And you don't know whether these

15  researchers are highly respected researchers in the   03:14:04

16  field, right, because you don't know who they are?

17    A   Correct.

18    Q   Okay.  Do you know whether this particular

19  study is a peer-reviewed publication?

20    A   To the best of my knowledge, it is.         03:14:19

21    Q   Okay.  Are you aware that this study found

22  that gender-affirming care was associated with

23  60 percent lower odds of moderate or severe

24  depression and 73 percent lower odds of suicidality

25  over a 12-month follow-up?                           03:14:37

                                          Page 228

```
 1      A   Not in the way that you said you were going

 2   to use the meaning of the word "care," no.

 3      Q   So what -- what did you understand this study

 4   to find in the way that you would identify care?

 5      A   Well, these kids were -- were receiving        03:14:53

 6   medical care, and 65 percent of them were also

 7   receiving psychotherapy at the same time.

 8      Q   So for purposes of the question I'm asking

 9   you, can you understand gender-affirming care to

10   include psychotherapy and medical care?  Is that     03:15:09

11   fair?

12      A   For the purpose of this question?  Sure.

13          MR. BARHAM:  Objection to terminology.

14   BY COUNSEL SWAMINATHAN:

15      Q   Let me repeat my question, then.             03:15:16

16          Are you aware that this study found that

17   gender-affirming care, both psychotherapy and

18   medical care, was associated with 60 percent lower

19   odds of moderate or severe depression and 73 percent

20   lower odds of suicidality over a 12-month follow-up?  03:15:29

21      A   I'm aware that that was their conclusion,

22   yes.

23      Q   Okay.  And at the time you authored your

24   report, were you aware of those studies?

25      A   No.  It had not yet come out.               03:15:43
```

                                                    Page 229

```
 1      Q    Okay.  And are you aware of the 2021 Green,

 2   et al., study titled "Association of

 3   Gender-Affirming Hormone Therapy With Depression,

 4   Thoughts of Suicide, and Attempted Suicide Among

 5   Transgender and Nonbinary Youth"?                03:16:01

 6      A    Yes, I am.

 7      Q    Great.

 8           COUNSEL SWAMINATHAN:   I'm going to introduce

 9   tab 9, which is going to be marked as Exhibit 51.

10           It should pop up on your screen shortly.    03:16:19

11           (Exhibit 51 was marked for identification

12             by the court reporter and is attached hereto.)

13   BY COUNSEL SWAMINATHAN:

14      Q    And as you pull that up, Dr. Cantor, I just

15   want to confirm, did you identify the Tordoff study  03:16:37

16   as a part of your continued update to the literature

17   that you were doing before sitting for this

18   deposition?

19      A    Well, as I say, that -- that study only just

20   came out.  It -- it wasn't available when I          03:16:58

21   submitted my study.  And then I became notified of

22   its existence, you know, when it did -- first came

23   out, but my -- but my -- I shouldn't have said

24   "study."  Report.  I'm sorry.  But my report was

25   already submitted when it did come out.  So --       03:17:12
```

```
 1        Q    I -- I --

 2        A    -- had my report been due in six months, it

 3    would have been edited.

 4        Q    I understand that.  I just meant in the

 5    review that you said you did in preparing for this      03:17:21

 6    deposition, was this one of the studies that you had

 7    reviewed prior to sitting for this deposition?

 8        A    The Green study?

 9        Q    The Tordoff study.

10        A    Oh, the -- the Tordoff study?                  03:17:33

11             Again, didn't exist when I prepared.

12        Q    Okay.  So it's -- it didn't exist in the past

13    few weeks?

14        A    The --

15        Q    Tordoff study.                                 03:17:43

16        A    When you said in preparation, do you mean for

17    sitting here physically today, or do you mean for my

18    submitted report?

19        Q    I mean for sitting here physically today.

20        A    For sitting here physically today, I did -- I  03:17:54

21    did review Tordoff, yes.

22        Q    Got it.  Okay.  Thank you.

23             And now we can turn our attention to the 2021

24    Green study, and as you can see, the authors of this

25    study are Amy Green, Jonah DeChants, Myeshia Price      03:18:13
```

Page 231

```
 1    and Carrie Davis.

 2          Do you see that?

 3      A   Yes, I do.

 4      Q   Are you familiar with any of these

 5    individuals?                                    03:18:27

 6      A   Not meaningfully.  Myeshia Price, I think I

 7    had a three e-mail exchange with a few years ago.

 8    Nothing substantive or relevant to today's case.

 9      Q   Your e-mails did not pertain to transgender

10    people or gender dysphoria at all?               03:18:47

11      A   They did pertain to transgender individuals,

12    not athleticism, not today's case, but I couldn't --

13    I don't recall what aspects of gender dysphoria the

14    discussion was.

15      Q   Do you remember if the discussion was focused  03:19:05

16    on adults suffering from gender dysphoria?

17      A   I don't recall.

18      Q   Okay.  That's fair.

19          And so do you see that the study was

20    published -- or accepted on October 28, 2021?  And   03:19:19

21    do you agree that the Journal of Adolescent Health

22    is a highly respected publication?

23      A   Yes, to the best of my knowledge.

24      Q   Is it a peer-reviewed publication?

25      A   So far as I know.                          03:19:36
```

Page 232

```
 1      Q   So are you aware that this study found that

 2   access to gender-affirming hormones during

 3   adolescence was associated with lower odds of recent

 4   depression and having attempted suicide in the past

 5   year?                                            03:19:55

 6      A   In a retrospective survey, I'm aware of that,

 7   yes.

 8      Q   Yes.  At the time you authored your report,

 9   were you aware of this study?

10      A   Yes, I was.                               03:20:02

11      Q   Did you cite this study in your report?

12      A   No, I did not.

13      Q   Why didn't you cite this Green 2021 study in

14   your report?

15      A   It's not -- it's not methodologically sound   03:20:16

16   enough.  This was a retrospective instead of a

17   prospective study.  Retrospective studies are not

18   able to come to the kind of conclusions that -- that

19   are not -- retrospective studies are only able to

20   produce correlations.  We cannot, from a           03:20:38

21   correlation, say anything about causality.

22      Q   Do you cite any retrospective studies in your

23   report?

24      A   I would have to go through and check.

25      Q   Off the top of your head, can you think of   03:20:59
```

Page 233

```
 1    any retrospective studies you may have cited in your

 2    report?

 3       A   I can't think of one offhand, no.

 4       Q   Were any of the 11 studies that you mentioned

 5    that support your theory of desistance retrospective    03:21:17

 6    studies?

 7       A   No.  It was -- specifically was of

 8    prospective studies.

 9       Q   Okay.  And so it's your testimony that none

10    of the studies that you've cited in your report are     03:21:31

11    retrospective; right?

12          MR. BARHAM:  Objection as to form and

13    terminology.

14          THE WITNESS:  No.  I just can't recall

15    offhand if any were.                                    03:21:41

16    BY COUNSEL SWAMINATHAN:

17       Q   So there may be some retrospective studies

18    that you rely on in drafting your report?

19          MR. TRYON:  Objection.

20          THE WITNESS:  Yes.  But not from making a         03:21:51

21    causal conclusion.

22    BY COUNSEL SWAMINATHAN:

23       Q   Okay.  And are you aware of the 2012 Achille,

24    et al., study titled "Longitudinal impact of

25    gender-affirming endocrine intervention on the          03:22:06
```

Page 234

```
 1    mental health and well-being of transgender youths"?

 2        A   Yes, I am.  It's cited in my report.

 3        Q   Great.  Would --

 4            COUNSEL SWAMINATHAN:  I'm going to introduce

 5    tab 10, which I believe now marks Exhibit 52.        03:22:21

 6            (Exhibit 52 was marked for identification

 7             by the court reporter and is attached hereto.)

 8    BY COUNSEL SWAMINATHAN:

 9        Q   And let me know when you're able to see it,

10    Dr. Cantor.                                          03:22:52

11        A   Yes, I can see.

12        Q   Okay.  Great.

13            So this study is published in the

14    International Journal of Pediatric Endocrinology;

15    correct?                                             03:23:14

16        A   Yes, it is.

17        Q   And is -- the authors are Chris- --

18    Christal Achille -- I apologize if I'm

19    mispronouncing that -- Tenille Taggart, Nicholas

20    Eaton, Jennifer Osipoff, Kimberly Tafuri, Andrew     03:23:15

21    Lane and Thomas Wilson.

22            Do you see that?

23        A   Yes, I do.

24        Q   Are you familiar with any of these

25    individuals?                                         03:23:37
```

Page 235

```
 1        A    No, I'm not.

 2        Q    Okay.  And it looks like this study was

 3    conducted in 2020, at some point.  I don't see the

 4    date on it.

 5             But is it fair to say that it was -- it came   03:23:54

 6    out in 2020?

 7        A    The -- the study was conducted between 2013

 8    and 2018.

 9        Q    But the results were published, apologies, in

10    2020?                                                    03:24:08

11        A    It came out in print in 2020.

12        Q    Okay.  And have you read this study before?

13        A    Yes, I have.

14        Q    And are you aware that is study found that

15    endocrine intervention was associated with decreased     03:24:23

16    depression and suicidal ideation and improved

17    quality of life for transgender youth?

18        A    I'm aware that that's what the paper said,

19    yes.

20        Q    And at the time you authored your report,       03:24:33

21    were you aware of this study?

22        A    Yes, I was.

23        Q    And you cite this study in your report;

24    right?

25        A    Correct.                                        03:24:43
```

Veritext Legal Solutions
866 299-5127

```
 1       Q    Why didn't you cite this particular

 2   conclusion drawn from the study, that the endocrine

 3   intervention was associated with decreased

 4   depression and suicidal ideation and improved

 5   quality of life for transgender youth?                03:25:00

 6       A    Because the improvements are also plausibly

 7   attributed -- attributable to the psychotherapy that

 8   the clients were -- that the patients were getting.

 9       Q    But, Dr. Cantor, isn't it true that no study,

10   including the Dutch study, had a control group of     03:25:17

11   people who received solely therapy, but no blockers

12   or hormones?

13       A    That is not correct.

14       Q    Which -- can you tell me what study has a

15   control group of people who received therapy, but no  03:25:29

16   blockers and hormones?

17       A    Costa, et al., 2015.

18       Q    Can you spell that for the court reporter?

19       A    C-O-S-T-A --

20       Q    Uh-huh.                                      03:25:37

21       A    -- et al.

22       Q    2015?

23       A    Yes.

24       Q    Am I accurate in saying that the Dutch

25   protocol did not have a control group of people who   03:25:49
```

Page 237

```
 1    received therapy, but no blockers and hormones?

 2        A    That is correct.

 3        Q    And so would you agree that this Achille

 4    study is similarly situated to the Dutch protocol,

 5    in terms of what -- in terms of the two              03:26:07

 6    interventions, both psychotherapy and hormone

 7    treatment, occurring at the same time?  Is that fair

 8    to say?

 9        A    No, it's not.  The research method being used

10    is not related to the clinical method being used.    03:26:23

11    The research method is how one analyzes what's been

12    doing clinically.

13        Q    Okay.  So you mentioned that Costa, et al.,

14    2015, does have a control group.  Are there any

15    other studies that you can think of?                 03:26:40

16        A    No, not offhand.

17        Q    Okay.  And are you aware of the 2020 Kuper,

18    et al., study titled "Body Dissatisfaction and

19    Mental Health Outcomes of Youth on Gender-Affirming

20    Hormone Therapy"?                                    03:27:04

21        A    I believe that one's in my report also.

22             Can I refer to it just a second?

23        Q    Absolutely.

24             COUNSEL SWAMINATHAN:  I will introduce it as

25    tab 11, which is Exhibit 53.                         03:27:16
```

Page 238

```
 1              (Exhibit 53 was marked for identification

 2           by the court reporter and is attached hereto.)

 3              THE WITNESS:  Oh, no, I meant my report.

 4      BY COUNSEL SWAMINATHAN:

 5         Q    Oh, sure.  Feel free to reference your        03:27:20

 6      report.

 7              Do you see Exhibit 53, in the share?

 8              MR. BARHAM:  Counsel, the witness is still

 9      looking at his expert report, I see.

10              COUNSEL SWAMINATHAN:  Oh, apologies.  I'm      03:28:08

11      unable to see his hands by the --

12              MR. BARHAM:  It's okay.

13              THE WITNESS:  All right.  Got it.  Okay.

14      Ready.  Yes, Kuper.

15      BY COUNSEL SWAMINATHAN:                               03:28:19

16         Q    No problem.

17              So, again -- so this study is conducted by

18      Laura Kuper, Sunita Stewart, Stephanie Preston,

19      May Lau and Ximena Lopez.

20              Do you see that?                              03:28:33

21         A    One second.  We need to switch windows.

22         Q    No problem.

23         A    Yes, I have it.

24         Q    Okay.  Are you familiar with any of those

25      individuals?                                          03:29:00
```

                                                    Page 239

```
 1        A    No, I am not.

 2        Q    And so this study was downloaded from the

 3   American Academy of Pediatrics; is that correct?

 4        You can see that --

 5        A    It was published in the journal Pediatrics    03:29:25

 6   which is owned by the American Association of

 7   Pediatrics.

 8        Q    Yes, apologies.

 9        I was just pointing towards the bottom of the

10   page where it says this particular article was         03:29:35

11   downloaded from www.aappublications.org/news, and it

12   was accepted for publication on December 6, 2019.

13        Do you see that?

14        A    Yes, I do.

15        Q    Okay.  Is this a peer-reviewed publication?   03:29:55

16        A    Yes, it is.

17        Q    Okay.  And are you aware that the results of

18   this study show that hormone therapy for youth is

19   associated with reducing body dissatisfaction and

20   modest improvements in mental health?                  03:30:09

21        A    That's not what I would call the whole truth.

22        Q    What would you call the whole truth?

23        A    That this group of patients were -- were

24   given many, many different mental health factors.

25   The majority of those showed no differences, but the   03:30:30
```

                                                 Page 240

1     report and the media reports about this are only

2     talking about the positive ones, despite that there

3     was no difference -- that there was generally no

4     difference.

5         Q    You said that this study has faced media          03:30:42

6     criticisms.  Is that fair?

7         A    Media attention, I would say.

8         Q    Media attention.

9              What outlets of media have reported that

10    there were no positive results from this study?      03:30:57

11        A    I didn't say that there were media reports

12    saying no positive results.  The reverse.  The media

13    had been reporting only the positive results.

14        Q    So there were positive results as a result of

15    this study; right?                                    03:31:14

16             MR. TRYON:  Objection.

17             THE WITNESS:  Some of the measures indicated

18    positive results, but when one -- when one runs

19    many, many, many statistical tests, some of them

20    will always look like they're positive.              03:31:26

21    BY COUNSEL SWAMINATHAN:

22        Q    I see.  But it's fair to say that there were

23    positive results reported from the study; right?

24        A    No, I'm not sure that is fair to say.  As I

25    say, it's a statistical property that if you roll     03:31:42

                                                  Page 241

```
 1      the dice enough times, you will eventually get snake

 2      eyes.  If you only report the snake eyes and fail to

 3      report everything else, it's not fair to say that

 4      you actually caused snake eyes.

 5         Q   Dr. Cantor, so it's your testimony today that    03:31:58

 6      there are no positive results from this Kuper 2020,

 7      et al., study?

 8            MR. BARHAM:  Objection as to form.

 9            THE WITNESS:  No, that's not my testimony

10      either.                                                 03:32:10

11      BY COUNSEL SWAMINATHAN:

12         Q   So your testimony is what, that there -- you

13      just --

14         A   The positive results they found are easily

15      attributable to a statistical fluke or game plan        03:32:19

16      rather than an actual reflection of changes in the

17      actual age and groups.

18         Q   Okay.  So that method also applies to studies

19      showing negative reports; right?

20         A   The principle applies to -- no, it does not.     03:32:38

21      The problem of false positives only applies to

22      positive results.

23         Q   Interesting.  So it then isn't true for the

24      negative results of other studies, but it only

25      applies to the false positives.  Is that your           03:32:59
```

Page 242

1    testimony?

2        A    Not exactly.  I think we're using the word

3    "negative" in different ways.

4        Q    Okay.

5        A    In statistics, the word "negative" means we      03:33:11

6    didn't find anything.  Everything stays flat.

7    Everything remains exactly where it was.

8            I'm wondering if you're using the word

9    "negative" to mean unfortunate or deleterious.

10       Q    No, I think -- I think I -- I understand       03:33:25

11   your -- the way you've been using "negative," so --

12       A    Okay.  In statistics, it is indeed true that

13   the methods used to find positive results are

14   different from the ones that we use for analyzing

15   negative results.  They are not equal.               03:33:38

16       Q    Okay.  And are you aware of the 2020

17   van der Miesen, et al., study titled "Psychological

18   Functioning in Transgender Adolescents Before and

19   After Gender-Affirmative Care Compared With

20   Cisgender General Population Peers"?                  03:33:58

21       A    Yes, I am.  It also is in my report.

22           COUNSEL SWAMINATHAN:  I'm going to introduce

23   tab 12, which will be Exhibit 54.

24           (Exhibit 54 was marked for identification

25             by the court reporter and is attached hereto.)  03:34:06

                                                    Page 243

```
 1              THE WITNESS:  Hang on.  If I can just refer

 2      to my report again for the van der Miesen section.

 3      BY COUNSEL SWAMINATHAN:

 4         Q    No problem.  I can speed it up for you and

 5      say that you have cited this report on page 25 and     03:34:19

 6      26.

 7         A    Perfect.  Thank you.

 8         Q    No problem.

 9              Just a -- one more question regarding the --

10      the statistics we were just talking about.  So --     03:34:37

11         A    One second.

12              Okay.  I'm ready.

13         Q    Is your -- is it your understanding that data

14      can be skewed or explained by alternate causation in

15      all of these studies?                                  03:34:59

16         A    I don't think you're using the word "skew"

17      the way we use it in statistics.

18              Can you phrase the question a different way?

19         Q    Sure.  Isn't it possible that data can be

20      represented or explained by alternative causation in   03:35:19

21      all of these studies?

22              MR. TRYON:  Objection; form of the question.

23              THE WITNESS:  I don't know what you mean by

24      alternative causality, was it, you said?

25      ///
```

```
 1    BY COUNSEL SWAMINATHAN:

 2       Q   Yeah, of -- you know, you said earlier that,

 3    you know, there -- there are alternate reasons for

 4    why some studies -- some of the results of certain

 5    studies may be misrepresented in how the results are   03:35:46

 6    presented; right?

 7       A   Some people will cherry-pick which results

 8    they report, yes.

 9       Q   Right.  And so are you saying that, you know,

10    if you roll the dice enough times, you can get         03:36:02

11    results that you want and that's what some of these

12    researches have done?

13       A   Yes, that's true.

14       Q   Yeah.  And isn't that true that that's a

15    possibility for all studies?                           03:36:20

16       A   Yes, it is.

17           MR. TRYON:  Objection.

18    BY COUNSEL SWAMINATHAN:

19       Q   Okay.

20       A   Yes, it is.  And in figuring out what the       03:36:26

21    probability of that happening is for any particular

22    study is itself an important branch of statistics.

23       Q   And so I think you have Exhibit 54 up, is

24    that correct, the van der Miesen study?

25       A   Yes.                                            03:36:49
```

Page 245

1      Q    Great.  So this study was conducted -- or it

2    looks like it was a team of van der Miesen,

3    Steensma, de Vries, Bos and Popma, is that correct,

4    as the -- the authors of this study?

5      A    Yes, it is.                                    03:37:13

6      Q    Okay.  And do you know any of these folks?

7      A    No.  I've never met anybody.

8      Q    Okay.  And so this study was published in

9    2020 in the Journal of Adolescent Health; is that

10   right?                                               03:37:27

11     A    Yes, it is.

12     Q    And are you aware that the results of this

13   study showed fewer emotional and behavioral problems

14   after puberty suppression and similar or fewer

15   problems compared to same-age cisgender peers?       03:37:38

16     A    Yes, I am.

17     Q    Okay.  And at the time you authored your

18   report, were you aware of this study?

19     A    Yes, I was.  It's referenced in it.

20     Q    Did you reference this finding in your        03:37:56

21   report?

22     A    I -- I referenced the finding and also

23   then -- the people in this clinic also received

24   psychotherapy along with their medical care.

25     Q    Similar to the Dutch study; right?            03:38:10

Page 246

```
 1      A   This is one of the Dutch studies.

 2      Q   This is a later version; correct?

 3      A   That's right.

 4      Q   2020.

 5          And are you -- actually, we -- we just spoke    03:38:24

 6      about the 2015 Costa, et al., article; right?  So I

 7      assume you are familiar with "Psychological Support,

 8      Puberty Suppression and Psychosocial Functioning in

 9      Adolescents with Gender Dysphoria"?

10      A   That is correct.                                03:38:40

11      Q   Okay.

12          COUNSEL SWAMINATHAN:  I'm going to introduce

13      tab 13, which will be marked as Exhibit 55.

14          (Exhibit 55 was marked for identification

15           by the court reporter and is attached hereto.)  03:38:44

16      BY COUNSEL SWAMINATHAN:

17      Q   And I'll represent to you that you do cite

18      this study as well in your report, on page 22, if --

19      if you would like to reference that, but I won't be

20      referring to your report in asking my questions.     03:39:11

21          MR. BARHAM:  Do you want the report?

22          THE WITNESS:  No.  I'm fine with this.

23          I see it.

24      BY COUNSEL SWAMINATHAN:

25      Q   Great.  And so let's look at the authors of     03:39:21
```

Page 247

```
 1    this study.  It's Rosalia Costa, Michael Dunsford,

 2    Elin Skagerberg, Victoria Holt, Polly Carmichael and

 3    Marco Colizzi.

 4          Do you see that?

 5    A   Yes, I do.                                    03:39:40

 6    Q   Do you know any of these folks?

 7    A   No, I don't.

 8    Q   Okay.  And this study was published in the

 9    Journal of Sexual Medicine; is that correct?

10    A   Yes, it is.                                   03:39:48

11    Q   Do you agree that the Journal of Sexual

12    Medicine is a highly respected publication?

13    A   No, I don't.

14    Q   Why do you disagree?

15    A   I had interactions with not the current       03:40:08

16    editor, but the prior editor of the journal.

17    Together with reviews and instructions to peer

18    reviewers, he asked specifically that authors

19    increase the number of papers citing that particular

20    journal and manuscripts sent to that journal which   03:40:28

21    would elevate that journal's -- it's called an

22    impact factor.  The number of citations to studies

23    in it is a measure of how important the journal is.

24          So the prior editor was trying to gain the

25    system.  So at that point, I refused any further     03:40:45
```

Page 248

1    contact with the -- with the journal itself or that

2    editor.

3         As I said, there's a new editor.  I have had

4    some contact with -- with the new editor, who no

5    longer participates in that policy, but I remain        03:40:52

6    rather skeptical of the journal itself.

7    Q    Have you ever submitted any of your studies

8    to be published in the Journal of Sexual Medicine?

9    A    I don't recall.  If I did, it would have been

10   one soon after the journal started.                     03:41:18

11   Q    Okay.  And is this Journal of Sexual Medicine

12   a peer-reviewed publication?

13   A    Yes, it is.

14   Q    And are you aware that the results of this

15   study found increased psychological function after      03:41:36

16   six months of puberty suppression in adolescents

17   with gender dysphoria?

18   A    I'm aware that that's what it reported.

19   Q    Did you include that finding in your report?

20   A    Yes, I did, together with the caveat that          03:41:51

21   becau- -- that they were also receiving mental

22   healthcare at the same time.

23        This -- this paper didn't have a medical

24   care -- medical care only.

25   Q    Okay.  And are you aware of the 2014             03:42:07

Page 249

```
 1    de Vries, et al., study titled "Young Adult

 2    Psychological Outcome After Puberty Suppression and

 3    Gender Reassignment"?

 4        A    Yes, I am.

 5             COUNSEL SWAMINATHAN:   I'm going to introduce    03:42:25

 6    tab 14, which will be marked as Exhibit 56.

 7             (Exhibit 56 was marked for identification

 8          by the court reporter and is attached hereto.)

 9             THE WITNESS:   I have it.

10    BY COUNSEL SWAMINATHAN:                                   03:42:50

11        Q    Great.  And so let's look at the authors.

12    There's Annelou de Vries, Jenifer McGuire,

13    Thomas Steensma, Eva Wagenaar, Theo Doreleijers and

14    Peggy Cohen-Kettenis.

15             Do you see that?                                 03:43:11

16        A    Yes, I do.

17        Q    Are you familiar with any of these folks?

18        A    By reputation only.

19        Q    Who are you familiar with by reputation?

20        A    De Vries, because of the number of studies       03:43:21

21    that -- that they've been involved with, and

22    Dr. Cohen-Kettenis with her -- through her

23    association with Dr. Zucker.

24        Q    Have you met either de Vries or

25    Cohen-Kettenis before?                                    03:43:36
```

Page 250

1     A    No, I have not.

2     Q    Have you communicated with them via e-mail?

3     A    No, I have not.

4     Q    Or by phone?

5     A    No.                                          03:43:45

6     Q    Okay.  And so this study was accepted for

7     publication on July 7th, 2014, and it's published in

8     the Pediatrics journal that we just referred to

9     earlier.

10          Are you aware that this study followed a      03:44:02

11    cohort of transgender young people in the

12    Netherlands, from puberty suppression through

13    surgical treatment?

14    A    Yes, I am.

15    Q    And, in fact, these are some of the same      03:44:12

16    authors who wrote the Dutch study that you

17    described, in great length, in your report; right?

18    A    This is indeed the Dutch team, and it was on

19    the basis of these results that they began forming

20    what we're now calling the Dutch model.            03:44:30

21    Q    And are you aware that this study found that

22    the cohort had global functioning that was

23    equivalent to the Dutch population?

24    A    Yes, I am.

25    Q    And you included this study in your report;   03:44:44

                                              Page 251

```
1    right?

2        A   Yes, I did.

3        Q   And did you take similar issue with the fact

4    that this study did not have a control of folks who

5    received psychotherapy only?                          03:44:57

6        A   The issue wasn't that it lacked a group of

7    psychotherapy only; the problem is that the study

8    had no method of separating how much of its result

9    was due to psychotherapy versus due to medical

10   intervention.                                          03:45:27

11       Q   And that's typically done using a control

12   group, though; right?

13       A   That's one of the ways to do that, yes.

14       Q   What are some of the other ways to do that?

15       A   It's an advanced statistical technique called  03:45:38

16   "allocation of variance," essentially.

17       Q   Okay.

18       A   Or there's a better term.  I'll get it.

19   "Covariance analysis."

20       Q   Covariance analysis.                           03:45:57

21           And so is it fair to say that the positive

22   findings of the Dutch study have indeed been

23   replicated?

24       A   No, not meaningfully.

25       Q   What is the difference between having been     03:46:19
```

Page 252

```
 1    replicated and having been replicated meaningfully?

 2       A    Other studies that have attempted to

 3    replicate it have changed parts of the protocol in

 4    one way or another or changed the ways that they

 5    measure the outcomes in order to make direct          03:46:40

 6    comparison difficult.

 7       Q    So the de -- de Vries, as you pronounced it,

 8    2014 study, in your opinion, did not replicate the

 9    positive findings of the Dutch study?

10       A    De Vries, 2014, is the Dutch study.           03:46:57

11       Q    This is -- so I believe we're talking about

12    several Dutch studies at this -- at this point.

13            So you had testified earlier that, I believe,

14    the Dutch study was replicated in 2020 as well; is

15    that correct?                                          03:47:21

16       A    Are you referring to the van der Miesen

17    study?

18       Q    I am, yes.

19       A    No.  The van der Miesen 2020 study, from the

20    Dutch group, would not be fairly called a             03:47:46

21    replication of their own 2011 and 2014 studies.

22       Q    So why isn't it a fair replication?

23       A    It's a different patient sample approaching

24    the clinics now than in the years when -- when the

25    first studies came out.                               03:48:08
```

                                                            Page 253

```
 1        Q    What would you say the primary difference in

 2    the patiel -- patient sample is?

 3        A    The psychological profiles, their ages, their

 4    sex ratios.

 5        Q    Any other differences?                          03:48:22

 6        A    Those are the major ones.

 7        Q    Okay.

 8             COUNSEL SWAMINATHAN:   So I'm going to

 9    introduce tab 15, which has been marked as

10    Exhibit 57.                                              03:48:37

11             (Exhibit 57 was marked for identification

12          by the court reporter and is attached hereto.)

13    BY COUNSEL SWAMINATHAN:

14        Q    Let me know when you're able to access it,

15    please.                                                  03:49:24

16        A    Yes, I have it now.

17        Q    Great.  And so this is the 2011 Dhejne study;

18    correct?

19        A    It's Swedish.

20        Q    How would you pronounce that?                   03:49:39

21        A    Oh, oh, oh, you mean the -- the author's

22    name.  I'm sorry.  You said "Dane," and my brain

23    registered Danish.

24        Q    No.

25        A    Actually, I don't know how to pronounce this    03:49:49
```

Page 254

1    author's name.

2        Q   I've heard "Dhejne" for "Dhejne," so I'm

3    going to go with "Dhejne" today.

4            But do you see that this study was conducted

5    by Cecilia Dhejne, Paul Lichtenstein, Marcus Boman,    03:50:01

6    Anna Johansson, Niklas Långström and Mikael Landén?

7            Do you see that?

8        A   Yes.

9        Q   And it's titled "Long-Term Follow-Up of

10   Transsexual Persons Undergoing Sex Reassignment       03:50:13

11   Surgery: Cohort Study in Sweden."

12           Did I read that correctly?

13       A   Yes.

14       Q   You cite this study in your report; correct?

15       A   Yes, I believe I do.  Let me just refer to my   03:50:26

16   own report with context.

17           Do you have the page number offhand.

18       Q   I do.  It's page 5 of your report.

19       A   Thank you.

20           Yes, ready.                                     03:51:10

21       Q   So one of the points for which you cite this

22   study is to say that Swedish patients who underwent

23   gender-affirming firming surgery had a 19.1 times

24   greater suicide rate than the control group; right?

25       A   Yes.                                            03:51:30

                                                    Page 255

1      Q    Okay.  Beyond the Dhejne study, are you aware

2    of any other authority for that claim?

3      A    Not offhand, no.

4      Q    Okay.  And who is the control group for the

5    Dhejne study?                                    03:51:45

6      A    The Danish population, average.

7      Q    And you understand that the control group

8    consisted of patients without gender dysphoria;

9    right?

10     A    Yes.                                       03:51:58

11     Q    Okay.  So what this Dhejne study compared was

12   the suicide rate for patients who underwent

13   gender-affirming surgery against the general Swedish

14   population; right?

15     A    Correct.                                   03:52:12

16     Q    Okay.  And the suicide rate for patients who

17   underwent gender-affirming surgery was not compared

18   against patients who were transgender, but had no

19   access to medical care; right?

20     A    Correct.                                   03:52:27

21     Q    Okay.  So no one in the control group was

22   transgender; right?

23     A    There's no way to say that.  I would hesitate

24   to call the remain- -- the demographics of the

25   remaining population a control group.  They didn't  03:52:42

                                              Page 256

```
 1    exactly participate at all except via government

 2    statistic.

 3       Q   And they were ten randomly selected control

 4    persons who were matched by sex and birth year;

 5    right?                                              03:52:57

 6       A   I would have to recheck the original study

 7    for the details, but that sounds about correct.

 8       Q   Okay.  You know that there are studies that

 9    find that patients with gender dysphoria who don't

10    undergo gender-affirming surgery have a higher risk 03:53:08

11    of suicide compared to the general population.  Are

12    you aware of that?

13       A   Yes, I am.

14       Q   Okay.  If you could please turn to page 7 of

15    this study.                                         03:53:22

16       A   Yes.

17       Q   And the font size is quite small, but if you

18    look at the left side of the page and the third full

19    paragraph in that left column, it starts with "For

20    the purpose of evaluating."                         03:53:45

21           Can you take a moment to read that paragraph,

22    please?

23       A   Yes.

24       Q   So the authors recognize that persons with

25    gender dysphoria before sex reassignment may differ 03:54:26
```

                                          Page 257

```
 1    from control patients who do not have gender

 2    dysphoria; right?

 3        A   I'm sorry, say that again.

 4        Q   Sure.  The authors of this study recognize

 5    that people with gender dysphoria before sex          03:54:39

 6    reassignment may differ from control patients who do

 7    not have gender dysphoria; right?

 8        A   That is correct.

 9        Q   They say "In other words" -- this is a quote

10    directly from the study (as read):                    03:54:55

11            "In other words, the results should

12            not be interpreted such as sex

13            reassignment per se increases

14            morbidity and mortality."

15            Do you see that?                              03:55:05

16        A   Yes, I do.

17        Q   You agree that this study does not support

18    the conclusion that sex reassignment by itself

19    increases the risk of suicide; right?

20        A   That would be a bizarre conclusion, correct.  03:55:19

21        Q   Okay.  And this study does not support the

22    conclusion that sex reassignment by itself increases

23    risk of other morbidities; right?

24        A   I'm sorry, ask that again.

25        Q   Sure.  This study does not support the        03:55:36
```

Page 258

1     conclusion that sex reassignment by itself increases

2     risks of other morbidities; right?

3         A   By itself, no.

4         Q   Okay.  And the authors even go on to say

5     "Things might have been even worse without sex          03:55:54

6     reassignment."

7             Do you see that?

8         A   Yes, I do.

9         Q   Okay.

10            COUNSEL SWAMINATHAN:  And I'm going to          03:56:05

11     introduce tab 16, which has been marked as

12     Exhibit 58.

13            (Exhibit 58 was marked for identification

14         by the court reporter and is attached hereto.)

15            THE WITNESS:  I have it.                        03:56:40

16     BY COUNSEL SWAMINATHAN:

17         Q   Great.  And so I believe we referenced this

18     study earlier in our conversation.  This is a study

19     titled "Mental Health of Transgender Children Who

20     Are Supported in Their Identities," and the authors   03:56:52

21     are Kristina Olson, Lily Durwood, Madeleine DeMeules

22     and Katie McLaughlin.

23            Do you see that?

24         A   Yes, I do.

25         Q   Are you familiar with any of these authors?   03:57:02

                                                  Page 259

```
 1        A    No, I am not.

 2        Q    Do you recognize this study?

 3        A    By title, I do.  For content, I need to check

 4    my report again.

 5        Q    Okay.  I'll represent to you that you do cite    03:57:18

 6    this study in your report, and if helpful, I can

 7    point you to the paragraph number.  It's

 8    paragraph --

 9        A    Okay.

10        Q    -- paragraph 15 of your report.  And I'll get    03:57:32

11    the page number for you.  Pages 5 to 6 of your

12    report.

13        A    Hold on.

14             Yeah, I have it.

15        Q    Great.  And so in paragraph 15 of your          03:57:59

16    report, you state, quote, (as read):

17             "Olson's report turned out to be

18             incorrect.  The Olson data were

19             reanalyzed and after correcting for

20             statistical errors in the original         03:58:08

21             analysis, the data instead showed

22             that the gender dysphoric children

23             under Olson's care did, in fact,

24             exhibit significantly lower mental

25             health."                                    03:58:20
```

Page 260

1          And the cite you have for -- for that

2     statement is "Schumm & Crawford, 2020: Schumm, et

3     al., 2019."

4          Did I read that accurately?

5     A    Yes, that's correct.                        03:58:34

6     Q    Okay.  And so is it your understanding that

7     the Olson data was reanalyzed by Schumm and

8     Crawford?

9     A    Yes.

10    Q    Have you independently conducted your own    03:58:47

11    statistical analysis of the Olson data?

12    A    No, I have not.

13    Q    Okay.  Have you asked any other

14    statistician's opinion on whether Olson's

15    statistical analysis was wrong?                   03:59:02

16    A    No, I have not.

17    Q    Okay.  Do you know if Schumm's statistical

18    analysis has ever been questioned in a court of law?

19    A    Not that I know of, no.

20    Q    Okay.                                        03:59:19

21         COUNSEL SWAMINATHAN:  So I'm going to

22    introduce tab 17, which will be marked as

23    Exhibit 59.

24         (Exhibit 59 was marked for identification

25         by the court reporter and is attached hereto.)  04:00:02

                                            Page 261

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q   Let me know when you're able to see it.

 3        A   I can see it.

 4        Q   Great.  And so I'll represent to you that

 5    this is a copy of an opinion from the District Court    04:00:11

 6    of Appeal of Florida, Third District, and the title

 7    of the case is Florida Department of Children and

 8    Families, Appellant, versus Adoption of -- in re

 9    Matter of Adoption of X.X.G. and N.R.G., Appellees.

10        Do you see that?                                    04:00:29

11        A   Yes, I do.

12        Q   Are you familiar with this case?

13        A   No, I am not.

14        Q   You don't know what it's about; right?

15        A   Correct.                                        04:00:44

16        Q   Okay.  I'll represent to you that in this

17    case, Dr. Schumm conducted a methodological analysis

18    of the works of psychologists on homosexual

19    parenting.  So this is a case about the adoption of

20    children by a gay parent.  And I'll -- I'll make        04:00:57

21    that representation to you, but also please feel

22    free to review the document in further detail, if

23    you -- if you need to.  But if not, I would like to

24    turn your attention to pages 7 and 8 of the PDF.

25    Start on page 7:                                        04:01:12
```

                                                   Page 262

```
 1      A   I'm there.

 2      Q   Great.  And so if you could read from "We

 3   consider first the Department's experts."  If you

 4   could read that paragraph and let me know when you

 5   are done.                                        04:01:46

 6      A   Just the one paragraph on that page?

 7      Q   Yes.  Just on that page.  I just want you to

 8   have the understanding that Dr. Schumm was one of

 9   the department's witnesses in this case.

10        And then if you turn to the next page,      04:02:06

11   page 8.  If you can read the paragraph -- it's a

12   lengthy paragraph -- on the left-hand side of the

13   page, along with the final paragraph at the bottom,

14   and let me know when you're finished with that, that

15   would be great.                                  04:02:26

16      A   Okay.

17      Q   Okay.  And so what you just read, it states

18   the following (as read):

19          "Dr. Schumm admitted that he applies

20           statistical standards that depart        04:03:34

21           from conventions in the field.  In

22           fact, Dr. Cochran and Dr. Lamb

23           testified that Dr. Schumm's

24           statistical re-analysis contained a

25           number of fundamental errors.           04:03:43
```

Page 263

```
 1              Dr. Schumm ultimately concluded that
 2              based on his re-analysis of the
 3              data, there are statistically
 4              significant differences between
 5              children of gay and lesbian parents      04:03:54
 6              as compared to children of
 7              heterosexual parents.  Dr. Schumm
 8              understands that much of the
 9              scientific community disagrees with
10              his conclusions and concedes to the      04:04:01
11              possibility that some gay parents
12              may be beneficial to some children."
13              Did I read this correctly?
14        A    Yes, as best I can see.
15        Q    Had you previously been aware that Dr. Schumm   04:04:12
16    admitted in a court of law that he applies
17    statistical standards that depart from conventions
18    in the field?
19        A    I'm sorry, is that what I read?
20        Q    You can see it says "Dr. Schumm admitted that   04:04:27
21    he applies statistical standards that depart from
22    conventions in the field," in the middle of page 8.
23        A    Yes, I see it.
24        Q    If you had known this information, would that
25    have affected your thinking about whether Schumm was   04:04:45
```

Page 264

```
 1    a reliable source for the reanalysis of the Olson

 2    data?

 3        A    No, I don't think so.

 4        Q    Why not?

 5        A    Because of the lack of the response from the      04:04:59

 6    original team that he commented on.

 7        Q    What do you mean by that?

 8        A    Olson never replied to Schumm's correction,

 9    and Schumm's correction, in this instance, was

10    published, unlike what's being described in the case     04:05:15

11    you just put before me.

12        Q    And are you aware that there was a correction

13    issued for the 2016 Olson article?

14        A    Yes, I am.

15             COUNSEL SWAMINATHAN:   I'm going to introduce    04:05:28

16    tab 18, which will be marked as Exhibit 60.

17             (Exhibit 60 was marked for identification

18             by the court reporter and is attached hereto.)

19    BY COUNSEL SWAMINATHAN:

20        Q    Let me know when you have the document up.       04:05:58

21        A    I do.

22        Q    Okay.  So I'm going to represent to you that

23    this is an errata of the Olson 2016 "Mental Health

24    of Transgender Children Who Are Supported in Their

25    Identities," and this errata was published in           04:06:08
```

Page 265

1    August 2018, as you can see at the bottom of the

2    page.

3        A    Yes.

4        Q    So if you read the second paragraph on that

5    page, the only correcting to the article was a          04:06:26

6    missing comma, not any changes to the statistics in

7    the Olson analysis; correct?

8        A    Correct.

9        Q    And I'm going to ask you to look back at what

10   was previously marked as Exhibit 44 -- sorry --        04:06:38

11   Exhibit 45, which is your report, again, and if you

12   could please turn to page 6.

13       A    Yes.

14       Q    In paragraph 16 of your report, on page 6,

15   you state, quote, (as read):                            04:07:09

16           "I conducted an electronic search of

17           the research literature to identify

18           any responses from the Olson team

19           regarding the Schumm and Crawford

20           re-analysis of the Olson data and          04:07:20

21           was not able to locate any.  I

22           contacted Professor Schumm by email

23           on August 22, 2021 to verify that

24           conclusion, to which he wrote there

25           has been:  'No response [from           04:07:34

Page 266

```
 1              Olson].'"

 2              End quote.

 3              Did I read that correctly?

 4       A    Yes.

 5       Q    Did you ever reach out directly to          04:07:41

 6    Kristina Olson regarding the results of this study?

 7       A    No, I did not.

 8       Q    Why not?

 9       A    It wasn't pertinent to my analysis.  Had she

10    had a response, it should have been published.       04:07:58

11       Q    Did you ever reach out to anyone else on the

12    Olson team regarding the results of this study?

13       A    No, I did not.

14       Q    Okay.  Are you aware of the 2021 Gibson,

15    et al., study titled "Evaluation of Anxiety and      04:08:12

16    Depression in a Community Sample of Transgender

17    Youth"?

18       A    Not by title.  Did I cite that one?

19       Q    I don't believe you have included this study

20    in your report.                                      04:08:30

21       A    Okay.

22       Q    But as you said, you may have discovered it

23    in your further research, but I will show it to you

24    so that we are on the same page of what we're

25    talking about.                                       04:08:42
```

Page 267

```
 1          COUNSEL SWAMINATHAN:  So I'm going to

 2     introduce tab 19, which will be marked as

 3     Exhibit 61.

 4          (Exhibit 61 was marked for identification

 5          by the court reporter and is attached hereto.)  04:08:53

 6     BY COUNSEL SWAMINATHAN:

 7      Q   Also, while we're waiting for that exhibit to

 8     load, is there any reason that you felt the need to

 9     reach out to Professor Schumm, but not

10     Kristina Olson, with respect to the Olson study?       04:09:03

11      A   Only that given my known reputation, given

12     that -- the great polarization in the field, I

13     didn't anticipate a cordial or appropriate response

14     from Olson.  It didn't seem to be -- there didn't

15     seem to be a point to me.                              04:09:30

16      Q   What is your known reputation that you

17     referred to in the field?

18      A   I'm known as highly critical of a lot of the

19     claims that people are making.

20      Q   And is that what leads to what you refer to    04:09:41

21     as the great polarization?

22      A   Leads to, no.  I think it's an element of.

23      Q   What are the other elements?

24      A   Well, that the same thing happens to anybody

25     who says anything critical about anybody's thinking  04:09:56
```

Page 268

```
 1    on either side of such questions.

 2        Q   How do you know that?

 3        A   I'm frequently a target of it.  I'm

 4    frequently in contact with other targets of it.  It

 5    has become one of the most frequently discussed        04:10:19

 6    issues, not -- in the media and among academics.

 7        Q   So what evidence do you have that you are

 8    frequently a target of this -- you know, the

 9    polarization that you speak of?

10        A   On social media, the way that my views are    04:10:31

11    misrepresented in -- I wouldn't say mainstream

12    media, but in minority media, I'm frequently

13    misrepresented in -- in -- in similar ways.

14        Q   Okay.  And so please let me know if Exhibit

15    61 has entered your file share.                        04:10:56

16        A   Yes, I see it.

17        Q   Okay.  Great.

18            So this is a study conducted by Gibson --

19    Dominic Gibson, Jessica Glazier and Kristina Olson.

20            Do you see that?                               04:11:17

21        A   Yes, I do.

22        Q   And this was a 2021 study.

23            Do you see that?

24            At the bottom of the page, you can --

25        A   Yes, I do.                                     04:11:31
```

Page 269

```
 1        Q    Great.  And so do you see that Kristina Olson

 2    is an author -- one of the authors of this study?

 3        A    Yes, I see.

 4        Q    And you told me that you had not seen this

 5    study before; correct?                                    04:11:48

 6        A    Correct.

 7        Q    So I want to give you a second to review the

 8    introduction and perhaps the -- the first page, as

 9    much --

10        A    Okay.  Give me a moment.                         04:12:10

11        Q    Absolutely.

12        A    Yes.

13        Q    Great.  So as you can see, this study has a

14    bigger sample size than the 2016 Olson study;

15    correct?                                                  04:14:12

16        A    Yes.

17        Q    And you said you were not aware of this more

18    recent study at the time you authored your report;

19    right?

20        A    I would hesitate to say that I was unaware      04:14:18

21    entirely, but at least when I was going through the

22    literature, it did not fit what I thought was

23    relevant, so I passed it by.

24        Q    Why didn't you think this study was relevant?

25        A    Oh, I thought -- as I said, I imagine in the    04:14:36
```

Page 270

1    mindset then, I still didn't see how it was

2    relevant -- still don't see exactly how it was

3    relevant or would add anything above the studies I

4    already cited.

5        Q   So it's your testimony that the study didn't    04:14:45

6    add any new findings or new opinions to the studies

7    that you had already relied on in offering your

8    report; right?

9        A   I would have to read it in full in order to

10   be able to say that for sure.  When you asked had I    04:14:59

11   seen it before, I can't say whether I actually said

12   (sic) it before and rejected it or if I, in fact,

13   hadn't seen it before, for whatever reason.

14       Q   And, Dr. Cantor, do you agree that

15   transgender or gender-dysphoric youth experience      04:15:19

16   significantly higher levels of anxiety and

17   depression than their cisgender peers?

18       A   That's what the science seems to indicate,

19   yes.

20       Q   So if you look at page 3 of this study,       04:15:32

21   understanding that you have not had the time to

22   fully review it, at the top of the page, the

23   paragraph starting "Nonetheless," this study found

24   that many socially transitioned transgender or

25   gender-dysphoric youth experienced levels of anxiety  04:15:56

Page 271

```
 1     and depression in the normative range and equal to

 2     or only slightly higher than their sibling --

 3     siblings and cisgender peers.

 4          Do you see that?

 5      A   Yes, I do.                                 04:16:09

 6      Q   So are you aware of any studies showing that

 7     the existence of a Y chromosome provides an athletic

 8     advantage if a person does not go through endogenous

 9     male puberty?

10          MR. BARHAM:  Objection as to form and scope.  04:16:25

11          MR. TRYON:  Objection.

12          THE WITNESS:  I'm sorry, could you say that

13     again?

14     BY COUNSEL SWAMINATHAN:

15      Q   Sure.  Are you aware of any studies showing   04:16:32

16     that the existence of a Y chromosome in an -- in an

17     individual provides an athletic advantage if a

18     person does not go through endogenous male puberty?

19          MR. TRYON:  Objection.

20          THE WITNESS:  I have seen such studies, but   04:16:58

21     because that question was outside of the scope of

22     what was -- of the questions posed to me, I didn't

23     study them closely.

24     BY COUNSEL SWAMINATHAN:

25      Q   Can you name some of those studies that      04:17:08
```

Page 272

```
 1    you've seen?

 2        A    No, not offhand.

 3        Q    Okay.  Are you aware of any studies showing

 4    that the existence of genitalia associated with the

 5    male sex assigned at birth provides an athletic        04:17:22

 6    advantage?

 7             MR. BARHAM:   Objection as to form, scope and

 8    terminology.

 9             MR. TRYON:   Same objection.

10             THE WITNESS:   The studies that I saw didn't   04:17:33

11    break down sex into the various components or

12    evidence that indicates sex.

13    BY COUNSEL SWAMINATHAN:

14        Q    So it fair to say that you haven't seen a

15    study showing that the existence of genitalia          04:17:44

16    associated with the male sex assigned at birth

17    specifically provides an athletic advantage?

18        A    No --

19             MR. TRYON:   Same objection.

20             THE WITNESS:   No, that's not exactly the same 04:17:56

21    thing.  The studies typically compare boys versus

22    girls.  They didn't compare any of the components

23    that led them to know or believe that the boys were

24    boys and the girls were girls.  They divided boys

25    and girls, but they didn't analyze differences         04:18:10
```

                                                    Page 273

```
 1    specifically according to chromosomes or genitalia.

 2    BY COUNSEL SWAMINATHAN:

 3       Q   Can you recall the names of any of those

 4    studies that you're referring to?

 5       A   No.  I didn't study them as closely since        04:18:21

 6    they weren't part of the questions posed to me.

 7       Q   Okay.

 8           COUNSEL SWAMINATHAN:  I'm going to show you

 9    tab 21, which will be marked as Exhibit 62.

10           (Exhibit 62 was marked for identification        04:18:32

11             by the court reporter and is attached hereto.)

12           THE WITNESS:  I hit the wrong button.

13           MR. BARHAM:  Is this a good break time?

14           COUNSEL SWAMINATHAN:  Sure.

15           Do you need a break, Dr. Cantor?                 04:19:22

16           Can we go off the record?

17           No problem.

18           THE VIDEOGRAPHER:  Yes.  We are going off the

19    record at 4:19 p.m., and this is the end of Media

20    Unit No. 5.                                             04:19:32

21           (Recess.)

22           THE VIDEOGRAPHER:  Okay.  We are back on the

23    record, 4:31 p.m., and this is the beginning of

24    Media Unit No. 6.

25           Go ahead, please.                               04:31:03
```

Page 274

```
 1              COUNSEL SWAMINATHAN:   Great.

 2      BY COUNSEL SWAMINATHAN:

 3         Q    So, Dr. Cantor, I believe just before the

 4      break I was introducing tab 21, which is marked as

 5      Exhibit 62, into the Exhibit Share.  Please let me    04:31:10

 6      know if you've been able to access it.

 7         A    Yes, I can see it.

 8         Q    Great.  And have you seen this one page

 9      before?

10         A    Yes.  I wrote it.                             04:31:43

11         Q    Okay.  And so JamesCantor.org is your

12      website; right?

13         A    Yes, it is.

14         Q    Great.  And why did you include this bill of

15      transsexual rights on your website?                  04:31:54

16         A    Typically addressing the other pole of this

17      highly polarized debate.

18         Q    So the first bill of rights states that

19      "People who are transsexual have the right to

20      respect."                                            04:32:10

21              Do you agree with this statement?

22         A    Yes, I do.

23         Q    Great.  And under the statement, it reads (as

24      read):

25              "As societies and institutions               04:32:22
```

Page 275

```
 1              become increasingly aware of their

 2              transsexual members and

 3              participants, they become

 4              increasingly confronted by the needs

 5              to assimilate and accommodate what      04:32:30

 6              they used to ignore.  Taking on

 7              these tasks from a position of basic

 8              respect will go a long way in

 9              establishing inclusive policies and

10              healthy environments."                  04:32:41

11              Did I read that accurately?

12       A    Yes.

13       Q    What inclusive policies are you referring to

14   here on your website?

15       A    I wasn't referring to any particular policy.  04:32:53

16       Q    So when you say "Taking on these tasks from a

17   position of basic respect will go a long way in

18   establishing inclusive policies," what did you mean

19   inclusive -- what did you mean when you wrote

20   "inclusive policies"?                              04:33:11

21       A    Policies that would help transsexuals feel

22   included in the rest of society.

23       Q    Got it.  And what did you understand -- or

24   what do you understand the phrase "healthy

25   environments" to mean?                             04:33:22
```

Page 276

1     A   I wasn't trying to make a -- I wasn't trying

2     to be specific, certainly not when I wrote this,

3     which, I think, now was more than ten years ago.  I

4     was referring in general to how caustic environments

5     were -- were becoming for everybody in those days.    04:33:41

6          Unfortunately, environments have become all

7     the more, as they say, polarized.

8     Q   Do you still agree with this statement as it

9     reads on your website?

10    A   I -- I agree with the statement, but, of       04:33:52

11    course, we're in a very different context now.

12    Society, I mean, is in a very different context now.

13    Q   What's different about the context now as

14    compared to when you authored this portion of your

15    website?                                            04:34:14

16    A   Oh, goodness.  Most of the child transition

17    issues have now become mainstream issues, and people

18    are making extreme statements and cherry-picking and

19    overstating the reality on both sides.

20    Q   So I pulled this document, as you can see at    04:34:34

21    the corner of the page, on March 17th, 2022, at

22    7:14 a.m.  I was up early that day.

23          Is there a reason that you haven't updated

24    your website in the last ten years?

25    A   Oh, I just became involved in other projects.   04:34:52

Page 277

```
 1      It also became easier to communicate with the public

 2      in other venues.  Again, ten years ago, we barely

 3      had any -- we barely had any social media.  I'm not

 4      even sure we had Twitter then.  So now there are

 5      just other venues by which to communicate these        04:35:11

 6      types of ideas.

 7          Q   Got it.  Okay.

 8              And so the second bill of rights states (as

 9      read):

10              "People considering transition have           04:35:18

11              the right to be free from undue

12              pressure to transition -- to

13              de-transition, or not to transition.

14              Do you agree that people considering

15      transition have the right to be free from undue        04:35:28

16      pressure to not transition?

17          A   Yes.

18          Q   And under this statement, it reads (as read):

19              "Some aspects of transition, such as

20              medical interventions, affect only            04:35:44

21              the person undergoing the process,

22              and some aspects of transition

23              directly affect other people in

24              their lives.  People considering and

25              undergoing transition have the right          04:35:55
```

Page 278

```
 1              to make their choices on the basis

 2              of these only, and not for any

 3              political, religious, or societal

 4              statement that it might be perceived

 5              to be making."                              04:36:06

 6              Did I read that correctly?

 7       A   Yes.

 8       Q   Do you agree that medical interventions and

 9    transitioning affect only the person undergoing the

10    process?                                             04:36:17

11       A   That would depend on the medical intervention

12    itself.  That's not a -- medical interventions

13    aren't one thing.

14       Q   Got it.  So it's a -- as your words say,

15    "Some aspects of transition, such as medical          04:36:34

16    interventions, affect only the person undergoing the

17    process..."

18              What did you mean by that?

19       A   I was allowing for the possibility, such as,

20    for example, cosmetic -- purely cosmetic changes are  04:36:46

21    for the person themselves, but someone who is going

22    to be -- replace wearing false breasts with breast

23    implants, to the outside world, it will look the

24    same, but it will feel very different to the person.

25       Q   So apologies, you said that medical            04:37:03
```

Page 279

```
 1     intervention such as cosmetic changes?  So is -- is

 2     a cosmetic change like wearing a, you know, fake

 3     breast-augmenting device a medical intervention?

 4        A   I didn't mean to and still don't mean to be

 5     that precise so much as to point out to readers        04:37:21

 6     that -- that there exists interventions which may

 7     have absolutely nothing to do with -- with anybody

 8     other than the transsexual person themselves.  I

 9     didn't mean to try to enumerate or express an

10     opinion about any particular one of them.             04:37:40

11        Q   But you agree that those interventions can be

12     medical, correct, as --

13        A   Yes.

14        Q   Okay.  And you then go on to state that (as

15     read):                                                04:37:47

16            "People considering and undergoing

17            transition have the right to make

18            their choices on the basis of these

19            only, and not for any political,

20            religious, or societal statement..."           04:38:00

21            Do you agree that it should be the

22     transgender person's choice whether to go through

23     medical treatment?

24        A   Phrase that again, please.

25        Q   Do you agree that it should be the             04:38:16
```

                                                        Page 280

1    transgender or gender-dysphoric person's choice

2    whether or not to go through medical treatment?

3        A    Broadly speaking, yes.  There can, however,

4    and there do legitimately -- there will legitimately

5    exist exceptions to that.                          04:38:39

6        Q    Okay.  But broadly speaking, yes?

7        A    In general, it is that person to -- it's up

8    to that person to decide whether to do it.  But, of

9    course, if there's a medical reason not to do it

10   that the person is ignoring, it is indeed up to the  04:38:48

11   actual medical staff to ensure that those procedures

12   are not engaged in, even if it is the wishes of the

13   patient.

14       Q    Okay.  And if you turn to the next page,

15   page 2 of 3 of your bill of transsexual rights,     04:39:05

16   number 5 states (as read):

17            "People in the process of transition

18            have the right to health care that

19            respects the gender in which they

20            live, including to be addressed by      04:39:14

21            pronouns and other language that

22            acknowledges that gender."

23            Did I read that correctly?

24       A    I'm sorry, which number are you reading from?

25       Q    Number 5.                                  04:39:34

                                        Page 281

```
 1        A    Ah.

 2             MR. TRYON:  Counsel, I'm going to object to

 3    questions, continued questions, on this.  It's

 4    outside the scope.

 5             COUNSEL SWAMINATHAN:  Thank you, Counsel.      04:39:43

 6    Your objection is noted.

 7             THE WITNESS:  I'm sorry, I just reread it.

 8             And, I'm sorry, what was your question again?

 9    BY COUNSEL SWAMINATHAN:

10        Q    I hadn't asked one yet, but I will --          04:39:54

11        A    Oh.

12        Q    -- ask it now.

13             Do you agree that people in the process of

14    transition have the right to be addressed by

15    pronouns and other language that acknowledges the     04:39:59

16    gender in which they live?

17             MR. BARHAM:  Objection as to form and scope.

18             THE WITNESS:  In the context in which I wrote

19    it, yes.  In today's context, where -- where the

20    right is -- "exaggerated" isn't the right word, but    04:40:26

21    being abused or used for disingenuous purposes would

22    be a reasonable limit to that which really did not

23    meaningfully exist when I first -- first wrote this.

24    BY COUNSEL SWAMINATHAN:

25        Q    So do you agree, generally, that people in     04:40:47
```

Page 282

```
 1    the process of transition have the right to be

 2    addressed by pronouns and other language that

 3    acknowledges the gender in which they live, aside

 4    from these ulterior instances that you just

 5    referenced?                                      04:41:03

 6         MR. BARHAM:  Objection as to form and scope.

 7         MR. TRYON:  Same objection.

 8         THE WITNESS:  Again, in general, yes.  But

 9    transition -- the word "transition" and the process

10    of transition now is used and meant very differently  04:41:17

11    from how it was a decade ago.

12    BY COUNSEL SWAMINATHAN:

13       Q   How is it used differently?

14       A   It's used more broadly, it's used

15    prematurely, and it's used by people who are      04:41:29

16    completely outside any healthcare context.

17       Q   Is it always used more broadly and more

18    prematurely now?

19       A   I don't really understand the question.

20       Q   Is it always the case that the language that  04:41:51

21    you're taking issue with today is due to the fact

22    that it's being used prematurely in individuals who

23    are gender dysphoric?

24         MR. TRYON:  Objection to the form.

25         THE WITNESS:  I'm sorry, I'm still not quite  04:42:09
```

Veritext Legal Solutions
866 299-5127

```
 1    understanding the question.

 2           COUNSEL SWAMINATHAN:  Court Reporter, can you

 3    please read back Dr. Cantor's answer before, where

 4    he expresses the understanding issue?

 5           (Record read.)

 6           THE REPORTER:  The one before that, do you

 7    want me to --

 8           COUNSEL SWAMINATHAN:  That's good.

 9           THE REPORTER:  Okay.

10    BY COUNSEL SWAMINATHAN:

11       Q   So, Dr. Cantor, I was just saying, do you

12    believe that it's always the case that the word is

13    used more broadly and more prematurely?

14       A   There are people who still use it properly,

15    yes.                                        04:42:58

16       Q   Okay.  So you were a member of the Society

17    for the Scientific Study of Sexuality; correct?

18       A   Yes, that's correct.

19       Q   What is the purpose of the society?

20       A   Their stated purpose is to forward and      04:43:15

21    promote the conduct and dissemination of sex

22    research.

23       Q   How did you get involved in that society?

24       A   Oh, I joined when I was a student, as, in

25    those days, it was -- it was a well-known large    04:43:36
```

Page 284

1    organization, and it had -- it was relatively easy

2    to get into.  One, essentially, could get into it

3    just by signing up.

4       Q   Were there any fees associated with the

5    society?                                          04:43:51

6       A   Yes, there were.

7       Q   Were they annual membership fees?

8       A   Yes, they were.

9       Q   Are you able to give me an approximation of

10   what those fees were to be a member of the society?   04:44:02

11      A   I don't really recall.  They weren't

12   substantial.  And, of course, for students, even

13   lower, when I first joined.

14      Q   And how long have you been a member of this

15   society?                                          04:44:21

16      A   I would have to look it up.  It was roughly

17   15 to 20 years before I resigned.

18      Q   Okay.  And what did your membership involve?

19      A   Oh, at that point, really just membership and

20   discussions going -- well, actually, technically,   04:44:49

21   too, I suppose.  One was participation, largely in

22   their -- in their Listserv discussions with -- with

23   other sex researchers.  And the other, I was on the

24   editorial board of their journal, the Journal of Sex

25   Research.                                          04:45:07

                                              Page 285

```
 1      Q   And so am I understanding it correctly that

 2   you had to be a member in order to access the

 3   Listserv for the Society for the Scientific Study of

 4   Sexuality?

 5      A   Yes, the Listserv was meant for members.     04:45:16

 6      Q   Okay.  And you said that you resigned from

 7   the society; is that correct?

 8      A   That is correct.

 9      Q   When did you resign?

10      A   I would have to look up the date.  It was     04:45:29

11   roughly two or three years ago now.

12      Q   Okay.

13          COUNSEL SWAMINATHAN:  I'm going to introduce

14   tab 22, which has been marked as Exhibit 30 -- or

15   63.                                                  04:45:59

16          (Exhibit 63 was marked for identification

17           by the court reporter and is attached hereto.)

18   BY COUNSEL SWAMINATHAN:

19      Q   Please let me know when you're able to see

20   it.                                                  04:46:01

21      A   Got it.

22      Q   Great.  And so this is a blog post in

23   Sexology Today!; correct?

24      A   Yes, it is.

25      Q   And remind me again, what -- what is         04:46:34
```

Page 286

```
 1    Sexology Today!?

 2       A   It's my blog.

 3       Q   It's your blog.  Okay.

 4           And this blog post was published on

 5    August 10th, 2020; correct?                     04:46:45

 6       A   Yes, that's correct.

 7       Q   And I'm not going to assume, but since it's

 8    your blog, I assume you authored this blog post;

 9    right?

10       A   Yes.                                      04:46:59

11       Q   Okay.  And so I see here that you had a

12    27-year association with the Society for the

13    Scientific Study of Sexuality.

14           Does that ring a bell?

15       A   Yes.  Longer than I remember.            04:47:09

16       Q   And I see here that the society had removed

17    you from the online forum; is that right?

18       A   That's right.

19       Q   It says (as read):

20           "I then received an unsigned email        04:47:24

21           informing me that I had been

22           suspended from the listserv."

23           Did I read that correctly?

24       A   I'm not seeing that line, but it sounds

25    familiar.                                        04:47:34
```

Page 287

1      Q    Apologies.  It's toward the middle of the

2    page.  I think the fourth paragraph down.

3      A    Yes.

4      Q    Okay.  Why were you removed from -- or why

5    were you suspended from the Listserv?                    04:47:49

6      A    That's a good question.  There's the reason

7    they gave me, and there's the reason that everybody

8    suspects, but nobody will say out loud.

9      Q    Can you describe that a bit more?

10     A    They believe -- or they told me that what I     04:48:05

11   said they deemed to be disrespect- -- disrespectful.

12     Q    What did you say that they deemed to be

13   disrespectful?

14     A    I sincerely don't remember.

15     Q    Did -- to your recollection, did what you       04:48:30

16   said -- did what you say deal with issues relating

17   to transgender people or gender-dysphoric people?

18     A    Yes.  We were debating something about the

19   science or findings that were reported in the

20   science and whether it matched up with whatever it      04:48:51

21   was somebody else was saying.  That led to a -- and

22   that led to a debate.  I don't remember without, you

23   know, going back through my old e-mails exactly what

24   it -- what it was.

25     Q    Got it.  Can you turn to the next page of the    04:49:06

                                                    Page 288

```
 1    exhibit, please?

 2        A   Got it.

 3        Q   Okay.  And there's a footnote 1 at the bottom

 4    of the page.  Can you please review that footnote?

 5        A   Yes.                                    04:49:29

 6        Q   So this is an e-mail that you received from

 7    the board of directors?

 8        A   Yes, it is.

 9        Q   Is the paragraph under the first sentence,

10    the one beginning with "Nasty, discourteous, unkind,   04:49:43

11    uncivil, attacking, inappropriate, unprofessional,

12    harassing, threatening, hateful, racist, sexist,

13    homophobic, erotophobic, derogatory, or

14    objectionable remarks or jokes that might be

15    offensive to other people, abusive, defamatory,       04:50:01

16    libelous, pornographic, obscene, invasive of

17    another's privacy, or otherwise torturous or un- --

18    torturous or unlawful messages will NOT be deemed

19    appropriate.  Courtesy is highly valued" -- is what

20    I just read one of the Listserv's guidelines?         04:50:21

21        A   Yes, I believe it is.

22        Q   And did the Society for the Scientific Study

23    of Sexuality believe that you violated one of these

24    guidelines?

25        A   There's no way to know what the society       04:50:32
```

Page 289

```
 1    thought.  The board of directors voted that I did,

 2    but the enormous debate and the other resignations

 3    from the society at the -- at the same time

 4    suggested that was not the opinion of the society;

 5    it was just -- whichever relevant members of the        04:50:51

 6    board.

 7        Q    Does this e-mail reflesh -- refresh your

 8    recollection of what opinion you expressed that

 9    caused them to suspend your membership from the

10    Listserv?                                               04:51:07

11        A    No, it doesn't.  I didn't express -- I never

12    expressed anything on that Listserv that I hadn't

13    expressed in many other venues, including with other

14    professionals, with other sex researchers.

15        Q    And so can you please look at the next page,  04:51:20

16    at footnote 3?

17             And I believe footnote 3 spans three pages,

18    from 3 of 9 to 5 of 9, of the exhibit.

19             And this looks like it's an e-mail from you

20    to the Society of Scientific Study of Sexuality         04:51:47

21    members dated July 20th, 2020, at 4:48 p.m.; is that

22    correct?

23        A    That time is correct.  But, no, I did not

24    write that.

25        Q    This is not your e-mail?                       04:52:02
```

Page 290

1      A    Footnote -- in footnote 3, no, it is not.

2      Q    Whose e-mail is this?

3      A    Zoe Peterson, then-president of quad S.

4      Q    Okay.  And --

5      A    I believe she signed it at -- yes, that's her    04:52:16

6  signature at the bottom of it.

7      Q    Great.  And so this e-mail was written by

8  Zoe Peterson in response to your resignation from

9  the society and your suspension from the Listserv?

10     A    I hesitate to say what she wrote -- I            04:52:33

11  hesitate to say that she wrote it in response to me.

12  I think she wrote it in response to the enormous

13  discussion on the list that happened, saying that

14  the society disagreed with what the board did in

15  banning me from the Listserv.                            04:52:50

16     Q    I see.  Okay.

17          And so this e-mail did go out after you were

18  banned from the Listserv; right?

19     A    Correct.  Some of the other members continued

20  to forward to me relevant e-mails about the debate     04:53:00

21  that was going on which I then couldn't see.

22     Q    Okay.  And if you look at page 4 of the

23  exhibit, at the bottom of the page.

24     A    Yes.

25     Q    There's a paragraph starting with "Finally,     04:53:17

Page 291

```
 1    and most importantly, to our transgender,
 2    non-binary, and gender nonconforming members who
 3    raised this issue and who have expressed that they
 4    have felt -- they have long felt hurt, disrespected,
 5    marginalized, and unprotected on our listserv and      04:53:33
 6    within our organization, I hear you and I thank you
 7    for sharing your experiences and reactions with such
 8    honesty and courage."
 9         Do you see that?
10    A    Yes, I do.                                         04:53:46
11    Q    Do you know why Zoe Peterson included that in
12    her e-mail?
13    A    I assume that she was trying to demonstrate
14    that people who were resigning should stop resigning
15    and that she was on what she considered to be the      04:54:02
16    politically correct avenue.
17    Q    So when she says "Finally, and most
18    importantly, to our transgender, non-binary, and
19    gender nonconforming members who raised this issue,"
20    what issue is she talking about?                       04:54:19
21    A    That's a very good question.
22    Q    Do you know the answer to that question?
23    A    No, I don't.
24    Q    Do you have any understanding that may inform
25    what the issue that she is referring to may be?        04:54:34
```

Page 292

```
 1      A   No.  My experience is that people are

 2   misrepresenting issues and exaggerating them in

 3   order to come out with whatever political outcome

 4   they want.  It is exactly because this is so vague

 5   that I can't come to any other conclusion but that      04:54:51

 6   this is another one of those.

 7      Q   So is it your testimony that this response

 8   from Zoe Peterson was not in reaction to your

 9   suspension from the Listserv?

10      A   That's not exactly --                             04:55:11

11          MR. BARHAM:  Objection as to form.

12          THE WITNESS:  That's not exactly true either.

13   We had a long chain of events, each leading to the

14   next, leading to the next, leading to the next.  So

15   there's an association, but not a direct               04:55:27

16   association.  And I have no reason to think that she

17   was writing to me.  And she's a politician,

18   president of the organization.  I also can't easily

19   discount that she's writing it for purely political

20   purposes and the content -- I -- I -- I can't know      04:55:41

21   how much she genuinely believes the content.

22   BY COUNSEL SWAMINATHAN:

23      Q   So can you tell me more generally what the

24   chain of issues was about?

25      A   No.  I honestly can't recall.  I'm in many,       04:55:55
```

Page 293

```
 1    many debates on many, many different Listservs over

 2    the years, and I can't any longer recall which

 3    particular issue sparked this particular debate.

 4        Q   And you said that Zoe Peterson is a

 5    politician because she's the president of the         04:56:13

 6    Society for the Scientific Study of Sexuality.  Why

 7    did you --

 8        A   She --

 9        Q   -- say that?

10        A   She's writing as a politician, in her        04:56:15

11    political capacity.

12        Q   What is her political capacity as president

13    for the Society for the Scientific Study of

14    Sexuality?

15        A   I don't understand that question outside     04:56:33

16    of -- you answered it exactly within the question.

17        Q   I guess I'm just trying to understand what

18    makes Zoe Peterson a politician beyond her title as

19    president of the society.

20        A   That she is in charge of ensuring that the   04:56:45

21    board of directors has sufficient respect in order

22    to run the organization.  They were losing an

23    enormous amount of respect over their treatment of

24    me, and she was trying to shore up what she could.

25        Q   How did you know that they were losing an    04:57:01
```

Page 294

```
 1    enormous amount of respect as a result of your ban

 2    from the Listserv and your resignation?

 3       A    Oh, dozens and dozens and dozens of people

 4    were e-mailing me directly immediately afterwards.

 5    They were saying things to the list.  Even though I    04:57:17

 6    couldn't see the list, they were cc'ing me on their

 7    responses so I could see it as they were sending it,

 8    as people --

 9       Q    You said --

10       A    -- people who resigned.                         04:57:26

11       Q    Apologies, I interrupted your answer.  Please

12    continue.

13       A    As people were resigning from the

14    organization, they were e-mailing me to let me know

15    that they were resigning from the organization.         04:57:36

16       Q    You say dozens and dozens and dozens, does

17    that mean about 36 people?

18       A    Oh, again, I couldn't count.  Somewhere on

19    the order of under 50 would -- seems about -- feels

20    about right.                                            04:57:51

21       Q    Did any members disagree with you in the

22    Society for the Scientific Study of Sexuality?

23       A    That I recall, three or four people who were

24    post- -- if that many -- who were posting during the

25    debate itself.                                          04:58:13
```

Page 295

```
 1        Q   Do you remember the names of those

 2    individuals?

 3        A   No, I don't.

 4        Q   And how many members were are the society, in

 5    total?                                            04:58:23

 6        A   That's a good question.  Only a relatively

 7    small number of members are on the Listserv, only a

 8    small number of those who are on the Listserv ever

 9    participate in the Listserv, but I don't know the

10    numbers of each of those categories.             04:58:40

11        Q   How many members would you say actively

12    participate on the Listserv?

13        A   I'd guess about a hundred.

14        Q   Okay.  And so of those hundred, you say only

15    three or four of them would agree with your        04:59:02

16    retracted access to the Listserv; is that correct?

17        A   Well, no.

18            MR. TRYON:  Objection.

19            THE WITNESS:  We weren't disagreeing over my

20    access to the Listserv; we were disagreeing over   04:59:18

21    whatever scientific issue it was that we were

22    disagreeing over.

23    BY COUNSEL SWAMINATHAN:

24        Q   Were there folks who were in support of your

25    resignation and your removal from the Listserv?    04:59:29
```

                                                      Page 296

```
 1      A    The only ones I heard about were the people

 2   that Zoe Peterson referred to.   I never knew their

 3   names.   I don't know who reported me to whom, under

 4   what circumstances, the number of people.

 5      Q    Okay.  And so if we -- so sitting here today,    04:59:53

 6   you're -- you're not aware of what the issue was

 7   that caused?

 8      A    I don't recall, no.

 9      Q    Okay.  And remind me again -- so you said

10   Sexology Today! is your blog; right?                    05:00:08

11      A    That's correct.

12      Q    Do you control all the content of

13   Sexology Today!?

14      A    Yes, I do.  Except sometimes people post

15   comments.                                               05:00:23

16      Q    So the actual blog posts are all your

17   writing, but the comments came from other people; is

18   that correct?

19      A    Yes, that's correct.

20      Q    Okay.  About how many blog posts have you      05:00:34

21   offered on Sexology Today!?

22      A    Oh, 20ish, maybe.

23      Q    And when did you start your website?

24      A    Maybe 15 years ago.

25      Q    And so why did you feel the need to write      05:00:56
```

Page 297

```
 1    this open letter of resignation from the Society for
 2    the Scientific Study of Sexuality on your blog post?
 3       A   Oh, because they were failing at their -- at
 4    their own mission.  I was promoting science.  Again,
 5    I don't remember which particular issue within it,      05:01:14
 6    but it was science -- it was what was being shown in
 7    the science despite whether anybody else liked what
 8    was being shown in the science.  By blocking me and
 9    what I was saying, they were blocking the progress
10    of science -- of science itself and the purpose of     05:01:31
11    the organization.
12       Q   And I understand that you can't remember the
13    incident that led to your resignation and your
14    banning from the Listserv, but do you believe that
15    you made any statements that would have been           05:01:45
16    perceived as offensive to any members of the
17    society?
18       A   I can't automatically collapse together what
19    is offensive and what is called offensive.  I
20    sincerely don't believe and I don't think that any     05:02:09
21    objective observer would label anything that I had
22    ever said as offensive, but that's very different
23    from whether somebody would call it offensive in
24    order to keep me from saying it because they didn't
25    like its implications.                                 05:02:24
```

Page 298

```
 1      Q    I understand.  So it's possible that they
 2   either didn't like your implications of what you
 3   said or they were actually taking offense with what
 4   you had said; is that correct?  Those -- those are
 5   two plausible reactions?                          05:02:38
 6          MR. TRYON:  Objection to the form of the
 7   question.
 8          THE WITNESS:  Yes, both of those are at least
 9   theoretically possible.
10   BY COUNSEL SWAMINATHAN:                            05:02:51
11      Q    Okay.  And so, you know, we were talking
12   earlier about what you understand gender-affirming
13   care to mean versus how I use the phrase.
14          So it your opinion that the word "transition"
15   can only be applied in the healthcare setting?     05:03:08
16      A    It depends on the context.  It is relatively
17   recent that social transition has come to be called
18   transition at all.  So if one is reading older
19   posts, older papers, older words, "transition"
20   usually would refer to somebody who has embarked in  05:03:31
21   a recognized program and is going through steps.
22   When -- people use the word "transition" today much,
23   much more broadly.
24      Q    Okay.  And so as you sit here today, is it
25   your understanding that the words -- the word        05:03:51
```

Page 299

```
 1     "transition" should only be applied in the

 2     healthcare setting?

 3            MR. TRYON:  Objection.

 4            MR. BARHAM:  Objection --

 5            MR. TRYON:  Objection.                    05:04:02

 6            MR. BARHAM:  Objection as to form.

 7            THE WITNESS:  I can't say that I have any

 8     opinion about how it should be used.  The only

 9     important criterion to me is that a term, any term,

10     is used consistently and concretely and           05:04:18

11     objectively -- and as objectively as possible.

12            If "transition" is going to continue to mean

13     something very, very broad, then we are, once again,

14     going to need a term to refer to the more specific

15     situations, as long as we're involved in those     05:04:40

16     specific situations.

17     BY COUNSEL SWAMINATHAN:

18       Q   And, Dr. Cantor, what is your understanding

19     of a competitive sport?

20            MR. BARHAM:  Objection as to form and scope.  05:04:54

21            MR. TRYON:  I also object.

22            THE WITNESS:  I would have to say that I

23     really have no understanding of "competitive sport"

24     other than a layperson's.

25     ///
```

```
 1    BY COUNSEL SWAMINATHAN:

 2       Q   Do you have any understanding of what a

 3    physical advantage is in a sport?

 4           MR. TRYON:  Objection.

 5           MR. BARHAM:  Objection to form and scope.      05:05:19

 6           THE WITNESS:  Again, I know the particular

 7    terms in the same way that any -- that the lay

 8    public would, but when questions -- when questions

 9    are posed or an issue is -- arises where there is a

10    quantitative or numeric answer to it, I now have a    05:05:35

11    level of expertise for analyzing those statistics

12    for answering the question that other people don't.

13    BY COUNSEL SWAMINATHAN:

14       Q   Has anyone ever posed that question to you

15    before me today?                                      05:05:50

16       A   Not in a formal context, no.

17       Q   Would you be able to tell me what your

18    understanding is of a physical advantage in a

19    competitive sport, as you sit here today?

20           MR. TRYON:  Objection; scope and form.         05:06:05

21           MR. BARHAM:  Same.

22           THE WITNESS:  Too var- -- any variable that

23    has a causal relationship with the outcome of how

24    that sport is -- is evaluated.

25    ///
```

Page 301

```
 1    BY COUNSEL SWAMINATHAN:

 2      Q    And do you agree that there are some

 3    competitive sports teams where physical size is an

 4    advantage?

 5      A    That would certainly seem so, yes.          05:06:29

 6      Q    Okay.

 7           COUNSEL SWAMINATHAN:   I'm going to introduce

 8    tab 23, which will -- which was previously marked as

 9    Exhibit 49.  And the article is another blog post

10    from Sexology Today! titled "When is a 'TERF' not a   05:06:54

11    TERF?"

12           THE WITNESS:  Got it.

13    BY COUNSEL SWAMINATHAN:

14      Q   Great.  And you authored this article in

15    July of 2020; correct?                               05:07:14

16      A   Correct.

17      Q   And in this article, you write -- and I'll

18    turn your attention to the middle of the post.  It

19    says (as read):

20           "I must first challenge the                   05:07:27

21           ironically binary premise that

22           'exclusion' is all or none.  It's

23           only in the current climate of

24           extremism that no moderate views get

25           discussed.  Here is a range of some           05:07:40
```

Page 302

```
 1              areas in which sex/gender require

 2              protection:"

 3              And you list employment, housing, public

 4         accommodation, with ellipses, locker rooms/showers,

 5         with nudity, and in parentheses, sauna, hottub,         05:07:57

 6         ellipses, close parentheses, locker room/washrooms,

 7         sex segregated.  And the final item you list is

 8         competitive sports team, where physical size is an

 9         advantage.

10              Did I read that correctly?                         05:08:18

11           A   Yes.

12           Q   Great.  And so in this blog post, you say

13         that sex/gender require protection in competitive

14         sports teams where physical size is an advantage; is

15         that correct?                                           05:08:39

16           A   I offered it as more of an example of -- of

17         an extreme on a range, but it's hard to think of

18         something that would be even more extreme than that,

19         yes.

20           Q   Is it your belief that cross-country is a        05:08:48

21         sport where physical size is an advantage?

22              MR. TRYON:  Objection; scope.

23              THE WITNESS:  I don't know.  I would have

24         to -- I haven't read that part of the literature.

25         ///
```

                                                    Page  303

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q    Have you seen any evidence that shows that

 3    physical sides provide -- physical size provides an

 4    advantage in cross-country?

 5            MR. TRYON:  Objection; scope.              05:09:15

 6            MR. BARHAM:  Objection.

 7            THE WITNESS:  No, I haven't read those

 8    studies.

 9    BY COUNSEL SWAMINATHAN:

10        Q    Okay.  Sitting here today, do you have any   05:09:19

11    opinion whether or not the plaintiff in this case,

12    B.P.J., should be allowed to run on the girls'

13    cross-country team?

14            MR. BARHAM:  Objection as to scope and form.

15            MR. TRYON:  Same objection.               05:09:36

16            THE WITNESS:  I have no opinion in the actual

17    outcome.

18            COUNSEL SWAMINATHAN:  Okay.  I think this is

19    a good point for a break.  I'm just going to confer

20    with my co-counsel and see if we have anything else   05:09:44

21    left to discuss with Dr. Cantor.

22            But does regrouping at 5:120 work -- sorry --

23    5:20 work for everyone, a ten-minute break?

24            MR. BARHAM:  Sure.

25            COUNSEL SWAMINATHAN:  Go off the record.     05:10:00
```

Page 304

```
 1            THE VIDEOGRAPHER:  Yep.  We're going off the

 2     record.  The time is 5:10 p.m., and this is the end

 3     of Media Unit No. 6.

 4            (Recess.)

 5            THE VIDEOGRAPHER:  All right.  We are back on    05:26:05

 6     the record at 5:26 p.m., and this is the beginning

 7     of Media Unit No. 7.

 8            Go ahead, please.

 9     BY COUNSEL SWAMINATHAN:

10        Q   Dr. Cantor, I'm going to ask you to take a      05:26:15

11     look back at your 2022 expert report, page 3.

12        A   I'm sorry, what page again?

13        Q   Page 3.

14        A   Got it.

15        Q   Great.  And before we conclude today, I just    05:26:41

16     to confirm that you are offering no opinions beyond

17     the principal opinions that you on this page of the

18     report and the paragraph at the bottom of the page.

19     Is that accurate?

20        A   Yes, it is.                                     05:26:56

21        Q   Great.

22            COUNSEL SWAMINATHAN:  Thank you so much for

23     your time, Dr. Cantor.

24            I have no further questions right now.  I'll

25     tender the witness, but reserve my right to ask       05:27:03
```

Page 305

```
 1    questions should defense counsel ask questions.

 2         So thank you so much.

 3

 4                    EXAMINATION

 5    BY MR. BARHAM:                              05:27:07

 6       Q    I do have a few quick questions for you,

 7    Dr. Cantor.

 8         I want to refer to your expert report and

 9    page 32 of your CV.  Unfortunately, I don't know

10    which page that is in the deck.               05:27:30

11         THE WITNESS:  It's the last page of it, is

12    it?

13    BY MR. BARHAM:

14       Q    Correct.

15       A    Goodness, next life, I get a shorter career.  05:27:57

16         Here we go.

17       Q    Earlier today, when we were discussing your

18    expert testimony, were you referring -- did you have

19    this page in front of you at the time?

20       A    No, I did not.                        05:28:10

21       Q    On here, there is a 2019 case in probate and

22    family court, a custody hearing in Boston,

23    Massachusetts.

24         Do you see that line on page 32?

25       A    Yes, I do.                             05:28:27
```

Page 306

1       Q    Could you describe the general issue

2    involving your expert testimony in that case?

3       A    Yes.  Two women, a lesbian couple, were

4    divorcing.  They had joint custody of their child

5    whom they were fighting over.  The child had gender       05:28:38

6    dysphoria.  Now it's a female.  One parent believed

7    that the child should transition; the other parent

8    did not.

9       Q    Earlier today, we were also discussing the

10   instances in which you have provided care for            05:28:57

11   transgender individuals.

12          Is it the case that you have only provided

13   care for transgender individuals in your current

14   clinic?

15      A    No.  I was also providing care while I was at    05:29:15

16   CAMH.

17          COUNSEL SWAMINATHAN:  Can I just interrupt

18   you for one quick second, Dr. Cantor?

19          Travis, I'm having trouble hearing you.

20          MR. BARHAM:  Oh, I apologize.                     05:29:26

21          COUNSEL SWAMINATHAN:  If you could get closer

22   to the mic, I would greatly appreciate that.

23          And sorry, again, to disrupt.

24          MR. BARHAM:  Court Reporter -- is the court

25   reporter having similar issues, or have we been able

                                                    Page 307

```
 1    to get all those questions into the transcript?
 2          THE REPORTER:  I've been able to get them
 3    all.  It is a little bit difficult to hear you,
 4    though.
 5          MR. BARHAM:  I apologize.  I slid too far
 6    over to my binder.
 7          THE REPORTER:  Thank you.
 8          MR. BARHAM:  I will address that.
 9          THE REPORTER:  Thank you.
10    BY MR. BARHAM:                                  05:29:46
11      Q   Dr. Cantor, we also were earlier discussing
12    the different types of gender dysphoria, adult
13    onset, adolescent onset and childhood onset.
14          If we're dealing with -- if you're confronted
15    with an individual in, say, his early -- his or her  05:30:04
16    early 20s who is experiencing gender dysphoria,
17    which category would that individual likely fall
18    into?  What -- what categories would be possible?
19      A   Both categories are possible.  Early 20s, the
20    adult onset would be more likely, but we can't be    05:30:31
21    quite as sure today as we could, say, 10, 15 years
22    ago.  But they're -- until relatively recently, the
23    children who came in were children, prepubescent,
24    and the adults who came in were generally
25    middle-aged.  We didn't get anybody coming in during  05:30:47
```

```
 1    their teens or 20s.  And so the nicknames for

 2    these -- for these two groups simply became child

 3    onset and adult onset.

 4         As years have gone on and more people started

 5    presenting, there's now a little bit more overlap in    05:31:02

 6    between.

 7         So when age can't be used in order to provide

 8    very obvious categorization -- if somebody comes in

 9    clinically, we would start ask -- asking other

10    questions that -- that would tell us what group they    05:31:16

11    belong to, such as their sexual interest patterns,

12    whether they were attracted to men, women, both and

13    so on.

14    Q    And when you said a moment ago that both

15    categories would be possible, what are the two         05:31:31

16    categories that you had in mind?

17    A    It's possible that the --

18         COUNSEL SWAMINATHAN:  Objection to the form.

19         THE WITNESS:  It's possible that the person

20    would be an adult-onset case, but coming into a         05:31:40

21    clinic relatively early, especially now that trans

22    issues are talked about so much more.  Or as a

23    childhood-onset case who didn't come in for the

24    medical or other -- other care until atypically

25    late.                                                   05:31:57
```

Page 309

```
 1          MR. BARHAM:  All right.  I believe those are

 2     all the questions I need to ask.

 3          Mr. Tryon, do you need to supplement?

 4          MR. TRYON:  Maybe I could ask just one

 5     question, Mr. -- Dr. Cantor.                      05:32:13

 6

 7                    EXAMINATION

 8     BY MR. TRYON:

 9       Q   So in the event that you were to determine

10     that someone in that age category, who was a college  05:32:18

11     student, were suffering from adult-onset dysphoria,

12     would then adult-onset dysphoria become relevant in

13     connection with the statute which we have in place

14     here, which we are discussing here?

15          COUNSEL SWAMINATHAN:  Objection to form.     05:32:41

16          THE WITNESS:  Yes, it would become relevant.

17          MR. TRYON:  I have no other questions.

18          MS. DUPHILY:  Should we go off the record?

19          COUNSEL SWAMINATHAN:  Sounds great.

20          THE VIDEOGRAPHER:  All right.                05:33:02

21          MR. BARHAM:  Does this conclude the

22     deposition, or are we taking a break?

23          THE VIDEOGRAPHER:  This --

24          COUNSEL SWAMINATHAN:  It concludes our

25     questioning from plaintiff's side.               05:33:06
```

Page 310

```
1            THE VIDEOGRAPHER:  Everybody's had a chance;

2       otherwise, we'll --

3            MS. GREEN:  Actually -- this is Roberta Green

4       on behalf of WVSSAC, and I would just like to note

5       for the record that we have no questions.          05:33:17

6            THE VIDEOGRAPHER:  Okay.

7            MR. CROPP:  This is Jeffrey Cropp for the

8       Harrison County Board of Education and Dora Stutler.

9       We have no questions.

10           THE VIDEOGRAPHER:  Okay.                         05:33:24

11           MS. MORGAN:  This is Kelly Morgan on behalf

12      of the West Virginia Board of Education and

13      Superintendent Burch.  I don't have any questions.

14           Thank you.

15           THE VIDEOGRAPHER:  Okay.  I think that's        05:33:40

16      everyone now.  So with -- with that, I will take us

17      off the record.

18           Okay.  We are off the record at 5:33 p.m.,

19      and this ends today's testimony given by Dr. Cantor.

20           The total number of media used was seven and    05:33:54

21      will be retained by Veritext Legal Solutions.

22                  (TIME NOTED:  5:33 p.m.)

23

24

25

                                              Page 311
```

1

2

3

4

5         I, JAMES M. CANTOR, do hereby declare under

6    penalty of perjury that I have read the foregoing

7    transcript; that I have made any corrections as

8    appear noted, in ink, initialed by me, or attached

9    hereto; that my testimony as contained herein, as

10   corrected, is true and correct.

11         EXECUTED this _____ day of _____,

12   20_____, at _____, _____.

                    (City)                    (State)

13

14

15

16   _____

                    JAMES M. CANTOR

17                  VOLUME I

18

19

20

21

22

23

24

25

                                        Page 312

1

2

3          I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby

5    certify:

6              That the foregoing proceedings were taken

7    before me at the time and place herein set forth;

8    that any witnesses in the foregoing proceedings,

9    prior to testifying, were placed under oath; that a

10   record of the proceedings was made by me using

11   machine shorthand which was thereafter transcribed

12   under my direction; further, that the foregoing is

13   an accurate transcription thereof.

14             I further certify that I am neither

15   financially interested in the action nor a relative

16   or employee of any attorney of any of the parties.

17             IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19             Dated: MARCH 28, 2022

20

21

22

23

24   _____

                  ALEXIS KAGAY

25                CSR NO. 13795

                                          Page 313

1    TRAVIS C. BARHAM, ESQ.

2    tbarham@adflegal.org

3                                    MARCH 28, 2022

4    RE: BPJ V. WEST VIRGINIA STATE BOARD OF EDUCATION

5    MARCH 21, 2022, JAMES M. CANTOR, JOB NO. 5122845

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                              Page 314

1  _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2      Transcript - The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, noting the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9  __ Federal R&S Not Requested - Reading & Signature was not

10     requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 315

```
 1    BPJ V. WEST VIRGINIA STATE BOARD OF EDUCATION

 2    JAMES M. CANTOR (#5122845)

 3                      E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____     _____

24    WITNESS                            Date

25
```

Page 316

[& - 2022]

| & | | | |
|---|---|---|---|
| **&**   3:5 4:6 6:18 7:6 261:2 314:23 315:9 | **11:47**   122:2 | 265:16 | **2013**   236:7 |
| | **11th**   187:12 | **186**   10:1 | **2014**   64:14 97:16 |
| | **12**   21:13 24:16 | **18th**   7:19 | 100:18,20 249:25 |
| **0** | 25:16,20 106:1 | **19**   4:21 194:21 | 251:7 253:8,10,21 |
| **00316**   1:8 2:8 | 190:8,14 191:14 | 268:2 | **2015**   119:4 120:2 |
| 13:12 | 192:2 194:15 | **19.1**   255:23 | 193:24 237:17,22 |
| **02116-3740**   5:15 | 195:2,6 212:14,17 | **190**   10:3 | 238:14 247:6 |
| **1** | 228:25 229:20 | **1979**   203:6 | **2016**   12:1 187:11 |
| | 243:23 | **1990s**   122:18 | 187:12 265:13,23 |
| **1**   1:25 13:6 34:10 | **120**   4:20 | **1992**   39:4 | 270:14 |
| 35:24 53:2 57:25 | **125**   7:18 | **1993**   54:23 56:5 | **2017**   199:19 |
| 94:19 123:3 289:3 | **12:28**   151:18 | **1994**   53:15,16 | 201:13,17,21 |
| 315:1 | **13**   247:13 | **1997**   54:23 | 202:18 |
| **10**   45:1,7 105:25 | **13795**   1:23 2:25 | **1998**   56:6 88:8 | **2018**   66:4 67:11 |
| 106:2 107:11 | 313:25 | **1:20**   151:22 | 73:25 83:13,22,24 |
| 114:12 140:20 | **14**   21:1 105:18 | | 115:23 116:7,9 |
| 141:4,4,24 235:5 | 123:6 194:13 | **2** | 236:8 266:1 |
| 308:21 | 250:6 | **2**   32:14 33:21 53:2 | **2019**   193:14 |
| **100**   33:7 211:5 | **1411**   3:8 | 53:7 58:4 121:24 | 240:12 261:3 |
| **1000**   6:10 | **145**   9:18 | 148:22 191:11 | 306:21 |
| **10004**   7:20 | **14th**   5:14 | 281:15 | **2019s**   192:12 |
| **10005-3919**   4:22 | **15**   9:6 107:21 | **20**   45:1,7 79:20,20 | **2020**   88:19 123:14 |
| **106**   220:8 223:17 | 113:13 254:9 | 105:11 112:20,21 | 153:20 191:7 |
| **10:05**   57:17 | 260:10,15 285:17 | 113:13 141:24 | 192:5,6,7 236:3,6 |
| **10:08**   58:3 | 297:24 308:21 | 142:18 191:6 | 236:10,11 238:17 |
| **10th**   287:5 | **16**   78:9,10,21,23 | 210:25 212:3 | 242:6 243:16 |
| **11**   20:25 105:25 | 81:25 82:3,6,8,10 | 285:17 312:12 | 246:9 247:4 |
| 106:3 109:11 | 110:23 122:7,9,24 | **200**   3:9 | 253:14,19 261:2 |
| 175:6 206:12 | 123:11 179:13,13 | **2000**   105:17 | 287:5 290:21 |
| 207:10,10 213:5 | 179:16 180:1,23 | **2002**   127:22,22 | 302:15 |
| 213:15 215:17 | 181:1 194:13 | **2003**   109:13 | **2021**   33:22,25 |
| 234:4 238:25 | 205:21 259:11 | 125:17 | 35:11 136:11,17 |
| **110th**   127:24 | 266:14 | **2009**   62:9 101:24 | 136:20 137:13,25 |
| 128:12,22 | **17**   123:6 261:22 | 201:10 202:4,13 | 138:14,25 139:9 |
| **111th**   125:23 | **176**   9:22 | **2010**   64:13 | 153:20 177:2 |
| 128:25 | **17th**   277:21 | **2011**   106:8,22 | 230:1 231:23 |
| **112**   3:17 | **18**   61:23 78:13,17 | 225:23 226:15 | 232:20 233:13 |
| **11776**   313:24 | 82:9,10 122:9 | 253:21 254:17 | 266:23 267:14 |
| **11:31**   121:23 | 123:8 179:16 | **2012**   62:9 66:4 | 269:22 |
| | 180:1 195:24 | 67:11 90:17 106:7 | **2022**   1:20 2:23 |
| | 211:23 213:19,20 | 234:23 | 13:1,5 35:8,16 |

[2022 - 6]

155:16 221:25
227:1 277:21
305:11 313:19
314:3,5
**2023** 116:10,11,12
**2025.520** 314:9,12
**20ish** 297:22
**20s** 50:19 76:10,11
78:12 308:16,19
309:1
**20th** 290:21
**21** 1:20 2:23 13:1
274:9 275:4 314:5
**212.549.2500** 7:22
**21st** 13:5
**22** 33:25 79:20
247:18 266:23
286:14
**227** 10:5
**22nd** 35:11 136:11
137:25 138:14,25
139:9
**23** 35:16 123:7
125:14 190:19
302:8
**230** 10:9
**235** 10:15
**239** 10:21
**23rd** 35:8 177:2
**24** 225:12
**243** 10:25
**247** 11:6
**25** 123:6,7 127:17
130:14 244:5
**250** 11:11
**25301** 4:11 7:11
**25301-3088** 3:10
**25305-0220** 3:18
**254** 11:15
**259** 11:20

**26** 89:11 95:21
96:10 130:23
218:14 244:6
**261** 11:24
**26330** 6:22
**265** 12:1
**268** 12:3
**27** 218:5,15 287:12
**274** 12:7
**28** 232:20 313:19
314:3
**286** 12:10
**29** 212:17
**2:21** 1:8 2:8 13:12
**2:39** 212:6
**2:53** 212:10

**3**

**3** 86:24 87:3,10,10
87:11 89:1,2
93:13 122:3
151:19 156:23
165:3 200:12
271:20 281:15
290:16,17,18
291:1 305:11,13
**30** 46:21 76:7
87:17,18 89:25
90:12 97:2 122:19
286:14 315:1
**30043** 6:10
**304.933.8154** 6:23
**306** 9:7
**30s** 169:13
**31** 33:22
**316** 1:25
**32** 9:12 36:20
102:3 123:6 306:9
306:24
**3293** 155:25
157:12 158:15
163:21 164:7

167:11,19 168:4,9
168:22 169:1
172:25 173:9,19
174:15 175:12,19
176:3 177:12
178:4,8,12,15,18
**34** 9:15
**35** 76:7
**36** 33:24 295:17
**37** 90:17,21 101:1
101:1
**38** 122:20

**4**

**4** 87:10 89:6 95:22
96:10 145:21
151:23 155:16,20
212:7 291:22
**40** 92:5 101:10
207:13 211:1
**400** 6:21
**40s** 50:14 169:14
**44** 9:12 32:15,16
136:8 266:10
**45** 9:15 32:15
34:11,12 155:15
156:21 193:11
212:15 213:20
266:11
**46** 9:18 33:22
145:22,25 196:1
**47** 9:22 176:10,11
**48** 10:1 186:21,24
207:13
**49** 10:3 190:20,21
302:9
**4:19** 274:19
**4:31** 274:23
**4:48** 290:21

**5**

**5** 87:10 89:21 97:3
115:25 176:9
212:11 255:18
260:11 274:20
281:16,25 290:18
**50** 10:5 74:15,16
74:17 76:4,5
149:18 227:8,9
295:19
**500** 4:9 5:13 7:9
**51** 10:9 230:9,11
**5122845** 1:24
314:5 316:2
**52** 10:15 235:5,6
**53** 10:21 92:20
102:3 219:24
220:5 238:25
239:1,7
**54** 10:25 243:23,24
245:23
**55** 11:6 247:13,14
**56** 11:11 250:6,7
**57** 11:15 254:10,11
**58** 11:20 259:12,13
**59** 11:24 261:23,24
**5:10** 305:2
**5:120** 304:22
**5:20** 304:23
**5:26** 305:6
**5:33** 2:23 311:18
311:22

**6**

**6** 33:23 87:10
92:18,18 102:3
105:25 106:2,6
177:8 240:12
260:11 266:12,14
274:24 305:3

Page 2

**[60 - addressed]**

**60**   12:1 211:1
  228:23 229:18
  265:16,17
**600**   4:10 7:10
**60s**   76:12
**61**   12:3 220:5
  268:3,4 269:15
**617.937.2305**   5:16
**62**   12:7 225:15
  274:9,10 275:5
**63**   12:10 286:15,16
**64**   88:1
**65**   229:6
**650,000**   115:24
**650,250**   115:25
**681.313.4570**   3:19
**69**   35:21,23 218:8

**7**

**7**   87:3,10,11 93:6
  186:20 204:23
  205:19 257:14
  262:24,25 305:7
**73**   228:24 229:19
**7:14**   277:22
**7th**   251:7

**8**

**8**   105:5,19 112:16
  200:14 205:1,4,8
  205:15 227:7
  262:24 263:11
  264:22
**80**   142:14 151:10
  151:11
**8th**   191:7

**9**

**9**   105:25 106:2,13
  112:16 155:20
  177:3,4 230:9
  290:18,18

**93**   130:15
**952,955**   119:25
**99**   88:8
**9:03**   2:22 13:2,5
**9:57**   57:24

**a**

**a.m.**   2:22 13:2,5
  57:24 58:3 121:23
  122:2 277:22
**aap**   88:18 94:24
  95:8,16 111:9
**abarr**   5:20
**abbreviated**
  128:19
**able**   32:25 33:1
  34:15 40:25 70:24
  70:25 80:25 86:4
  129:19 149:24
  153:12 177:4
  180:8 227:12
  233:18,19 235:9
  254:14 262:2
  266:21 271:10
  275:6 285:9
  286:19 301:17
  307:25 308:2
**absolutely**   57:16
  170:13 238:23
  270:11 280:7
**abuse**   113:2,8,19
  113:21,22,24
**abused**   282:21
**abusive**   289:15
**academics**   269:6
**academy**   240:3
**accepted**   124:9,10
  129:3 196:5
  200:19 232:20
  240:12 251:6
**access**   233:2
  254:14 256:19

**275:6 286:2
  296:16,20
accommodate**
  276:5
**accommodation**
  303:4
**accomplish**   162:16
**account**   60:7
  188:2
**accounts**   219:13
**accumulate**   94:9
  222:25
**accumulated**
  60:20 221:16
**accumulating**
  29:12 36:14 60:20
  218:4 220:13
**accumulation**
  60:16
**accurate**   109:14
  148:16 150:22
  211:2 220:19
  237:24 305:19
  313:13
**accurately**   18:2
  19:25 106:25
  107:5 187:22
  219:2 224:5 261:4
  276:11
**achieved**   160:4
**achille**   234:23
  235:18 238:3
**acknowledge**
  181:8 184:15
**acknowledges**
  281:22 282:15
  283:3
**aclu**   14:12
**aclu.org**   7:21
**acronym**   128:13

**act**   157:12,13,21
  157:24 158:3,6,8
  158:13 159:1,6,16
  160:8,19 161:13
  162:1,3,9,22 163:1
  163:10,12,15,23
  164:11,17,20
  165:13,15,16
  166:11,22 171:3
  172:10 177:21
**action**   313:15
**active**   147:24
**actively**   296:11
**activities**   1:11
  2:11 3:3
**activity**   15:6
**actual**   111:14
  150:9 182:12
  183:10 242:16,17
  281:11 297:16
  304:16
**ad**   75:13
**add**   36:22 99:11
  102:17 118:9
  142:19 271:3,6
**added**   98:3
**addict**   142:23
**addicted**   142:24
**addiction**   47:2,4
  140:22,25 141:1,6
**addition**   130:22
  157:5 192:18
**additional**   31:23
  48:22 66:16
  226:22
**address**   32:8
  70:25 91:3 308:8
**addressed**   157:8
  281:20 282:14
  283:2

Veritext Legal Solutions
866 299-5127

[addressing - agreed]

**addressing** 275:16
**adf** 133:7 134:14
  137:3
**adflegal.org** 6:11
  6:12,13,14 314:2
**adjudicated** 151:2
  151:9
**adkins** 31:17
**administered**
  15:20
**administrative**
  66:10 73:12 83:2
**administrators**
  217:12
**admitted** 263:19
  264:16,20
**adolescence** 51:4
  60:1 61:17 65:19
  194:16 233:3
**adolescent** 25:23
  26:9 37:19 39:14
  39:18,22 42:18
  43:1,2,7 50:25
  51:1 69:4 78:23
  179:5,8 200:18
  232:21 246:9
  308:13
**adolescents** 11:1,8
  26:23 27:6,11,23
  28:5,18 52:8
  54:10 60:12,23
  61:4,7,10 65:12,17
  65:22 68:25 78:7
  78:8 88:17 106:11
  107:8,16,23 109:8
  115:14,18 118:22
  121:2 125:6,8,10
  127:15 130:8,12
  132:15 167:21
  168:10,15 175:14
  175:20 176:4

179:11 180:16,23
181:16 182:19
184:13 186:2,6
190:7,14 192:1
200:5 207:19,25
209:22 223:24
224:7 243:18
247:9 249:16
**adopted** 66:12
  161:3
**adopting** 66:20
**adoption** 11:25
  262:8,9,19
**adult** 11:11 42:18
  43:3 112:1 168:18
  168:24 169:3,3,12
  170:1,2,10,24
  171:2,23 172:2,5,6
  172:17 174:24
  212:21 250:1
  308:12,20 309:3
  309:20 310:11,12
**adulthood** 60:1
  61:12 91:24,25
**adults** 42:22 46:12
  46:13 52:5 54:12
  55:16 58:20,24,25
  69:15 91:9,20
  98:23 109:20,21
  110:17,23 111:2
  112:4,5,6 131:23
  132:18,23 141:20
  169:18 170:3
  172:11 180:22
  187:19 188:17
  232:16 308:24
**advanced** 47:17
  51:16 177:11,20
  252:15
**advantage** 161:6
  222:12 223:6

272:8,17 273:6,17
301:3,18 302:4
303:9,14,21 304:4
**advertising** 75:6
  75:11,12
**advise** 82:24
**advised** 198:13
  201:5 204:18
**affect** 163:16,24
  174:2 278:20,23
  279:9,16
**affiliation** 183:19
**affirmation** 181:4
  181:12,15 182:7
  182:10,14,15,18
  182:25 183:6,17
  183:22 184:1,6,12
  200:16
**affirmative** 11:2
  243:19
**affirming** 10:7,9
  10:16,23 19:3
  208:12,19 226:24
  227:4 228:22
  229:9,17 230:3
  233:2 234:25
  238:19 255:23
  256:13,17 257:10
  299:12
**aforementioned**
  32:6
**ag** 133:16 138:3
**ag's** 133:22 134:12
  135:2,7 136:5,14
  136:21 138:9
**age** 20:25 46:14
  50:10,12,15 61:19
  61:20 76:5 78:13
  78:16,20,21,23
  81:25 82:3,6
  110:6,23 111:25

169:8,8,14 171:17
179:13,13,16
180:23 181:1
190:8,14 191:14
192:1 194:13,13
194:15,17 195:2,6
195:10 242:17
246:15 309:7
310:10
**aged** 308:25
**agency** 119:23
**agents** 196:25
**ages** 78:9 82:10
  180:1 254:3
**ago** 20:18 22:8,9
  50:17 133:14
  135:5,6 136:6,15
  138:11,13,17
  189:2 204:2 232:7
  277:3 278:2
  283:11 286:11
  297:24 308:22
  309:14
**agonists** 200:8
**agree** 133:25
  163:23 172:10
  174:15,25 196:9
  205:24 206:24
  207:18 208:11,18
  210:15,15,16,20
  228:1,6 232:21
  238:3 248:11
  258:17 271:14
  275:21 277:8,10
  278:14 279:8
  280:11,21,25
  282:13,25 296:15
  302:2
**agreeable** 138:7
**agreed** 135:16
  138:5

**[agreeing - approaching]**

**agreeing**  221:20
**ah**  282:1
**ahead**  58:5 100:24
  122:4 124:12
  151:24 212:12
  274:25 305:8
**ahrens**  227:19
**al**  13:9 92:20
  193:18 225:23
  226:15 227:2
  230:2 234:24
  237:17,21 238:13
  238:18 242:7
  243:17 247:6
  250:1 261:3
  267:15
**alexis**  1:23 2:24
  13:16 313:24
**allan**  139:10
**alliance**  6:4 14:22
  15:12 134:23
**allocation**  252:16
**allow**  13:23 84:11
  180:25 206:7
**allowed**  174:10
  175:7 194:12,14
  304:12
**allowing**  279:19
**allows**  169:9 195:6
  195:7,10
**alter**  174:2
**alternate**  244:14
  245:3
**alternative**  244:20
  244:24
**altogether**  52:11
  75:23 101:23
  160:14
**amended**  156:1
**american**  7:16
  80:14 125:24

126:2 127:25
  128:17,18,23
  228:2,12 240:3,6
**amount**  116:1
  124:24 153:20
  161:5 294:23
  295:1
**amsel**  56:13
**amy**  231:25
**analyses**  94:5
  102:18,19
**analysis**  102:25
  252:19,20 260:21
  261:11,15,18
  262:17 263:24
  264:2 266:7,20
  267:9
**analyze**  45:12
  62:25 273:25
**analyzes**  238:11
**analyzing**  94:4
  243:14 301:11
**anderson**  107:12
**andrew**  5:8 14:4
  235:20
**anecdotes**  217:3
**anna**  255:6
**anne**  130:1 170:20
**annelou**  250:12
**annual**  123:20
  124:2,15 125:24
  126:3,5,14 127:7
  127:11,25 128:12
  128:22 285:7
**another's**  289:17
**answer**  16:22 17:5
  17:7,13,20 18:25
  44:24 70:24 71:18
  72:2 77:24 101:6
  104:1 134:4,18,25
  148:25 166:18

171:10 206:7,7,11
  210:12 219:11
  284:3 292:22
  295:11 301:10
**answered**  144:22
  147:13 171:5
  207:3 294:16
**answering**  20:1
  90:19 301:12
**answers**  18:1,2
**anticipate**  121:8
  121:11 268:13
**anticipated**  156:11
**anxieties**  54:6
**anxiety**  12:3 54:13
  267:15 271:16,25
**anybody**  85:25
  246:7 268:24
  280:7 298:7
  308:25
**anybody's**  268:25
**anymore**  85:25
  126:15
**apa**  126:9 128:13
  128:19
**apart**  62:21
**apologies**  17:3
  24:21 27:19 29:22
  32:15,20 35:21
  38:21 42:3 50:6
  67:2 79:23 83:20
  90:16 91:13 96:9
  117:10 119:8
  141:14 155:7
  183:20 206:9
  218:14,18 228:5
  236:9 239:10
  240:8 279:25
  288:1 295:11
**apologize**  28:11
  40:22 138:23

171:21 228:11
  235:18 307:20
  308:5
**apparent**  84:5
  85:19,19
**appeal**  262:6
**appear**  92:8,10
  312:8
**appearances**  3:1
  4:1 5:1 6:1 7:1 8:1
**appearing**  2:22
  314:18 315:7
**appellant**  262:8
**appellees**  262:9
**appendix**  35:24
**application**  108:8
  117:24 118:1,3,5
  129:1,2
**applied**  117:19
  120:7 299:15
  300:1
**applies**  91:20
  178:15 242:18,20
  242:21,25 263:19
  264:16,21
**apply**  118:2
  171:15 172:10
  178:19
**appointed**  49:23
**appointment**
  215:24
**appreciate**  17:19
  39:2 42:24 72:6
  72:15 105:3
  138:19 307:22
**approach**  100:21
  182:15 195:1
  196:3
**approaching**
  253:23

Veritext Legal Solutions
866 299-5127

[appropriate - attorney]

**appropriate** 70:5
81:15 93:23
104:11 170:25
171:1 190:8,15
268:13 289:19
**approximate**
61:19 81:21
**approximately**
72:10 74:13 75:1
76:4 87:7,15
105:9 112:18
113:10 151:7
**approximation**
285:9
**april** 64:14 123:14
**archives** 112:25
**area** 139:15
148:23
**areas** 303:1
**argument** 160:16
**arguments** 91:1
**arin** 227:18
**arises** 301:9
**armistead** 1:17
2:17 155:9
**armistead's** 156:2
**arrived** 88:7
**article** 10:1,3
12:10 89:17 90:2
90:5 91:3 94:19
94:23 95:9,13,24
96:10,14,19 97:15
97:21,22 98:6
99:7 101:1,10
102:3,4,5,10,12,20
102:24 106:7
191:1,1,8 192:4
220:25 222:4
240:10 247:6
265:13 266:5
302:9,14,17

**articles** 29:19 88:1
92:1,18 93:7,10,12
93:15,21 99:23,23
114:9 153:24
204:3 220:6,8,12
220:13,15,19,21
221:2,12,17,20
222:10,22,23
223:17,22 224:5
224:12,16
**articulated** 157:19
159:15 160:6
165:11
**arts** 38:14,16,22
39:1,8,25 40:16
**aside** 198:16 224:4
283:3
**asked** 17:18 77:17
102:17 104:8
124:1,5,7 128:23
133:10 138:4,6
147:4 148:18
157:5 159:21,22
160:23 161:7
162:2 171:5 178:6
178:10,14 183:8
207:3 223:9,19
224:2 248:18
261:13 271:10
282:10
**asking** 30:25 60:5
77:11 82:15 98:18
126:19 134:21,22
160:11 162:19
164:25 165:14
169:3 181:11,19
190:12 206:8
211:5 229:8
247:20 309:9
**asks** 148:23 149:1
177:9

**aspects** 163:8
232:13 278:19,22
279:15
**assertion** 213:4
**asserts** 177:18
**assess** 160:13
**assessment** 123:16
188:23 189:10
216:21
**assessments** 51:2
**assigned** 18:14,20
70:3 172:20 173:7
173:21 180:5
273:5,16
**assignments** 68:10
**assimilate** 276:5
**assist** 36:10
**assistant** 40:9,11
40:19 41:4,24
55:24 56:9,11
57:3
**associated** 108:9
144:14,15 146:10
228:22 229:18
233:3 236:15
237:3 240:19
273:4,16 285:4
**association** 10:9
96:17 125:25
126:3 128:1,17,18
128:23 202:21
228:2,13 230:2
240:6 250:23
287:12 293:15,16
**assume** 17:13 90:1
99:15,20 118:2,13
123:24 129:2
130:18 183:18
200:11 214:2
247:7 287:7,8
292:13

**athletes** 26:20
28:18 121:9,13
178:16,19
**athletic** 121:9
160:25 161:6
162:4 177:25
178:13 222:12
223:6,18 272:7,17
273:5,17
**athleticism** 224:3
224:4 232:12
**athletics** 26:17,23
27:6,12,16 103:20
109:9 118:22
121:2,7 125:11
130:12 169:14
**attached** 32:17
34:13 138:24
139:8 146:1
176:12 186:25
190:22 227:10
230:12 235:7
239:2 243:25
247:15 250:8
254:12 259:14
261:25 265:18
268:5 274:11
286:17 312:8
**attacking** 289:11
**attempt** 216:22
**attempted** 10:11
230:4 233:4 253:2
**attention** 187:14
194:18 231:23
241:7,8 262:24
302:18
**attorney** 3:7,14,16
4:8 6:20 7:8 14:19
16:2,6 30:10
133:8 134:3,18,21
313:16

**attorneys** 4:19
5:12 6:9 30:8,9
32:3 34:5 35:19
134:5
**attracted** 141:19
141:20 189:22
309:12
**attraction** 76:2,3
141:12 188:13,14
**attributable** 237:7
242:15
**attributed** 237:7
**atypical** 59:18
60:4 61:25 63:13
63:20,23 68:9,13
87:21,22 99:10
105:14,15 122:15
122:16 139:15,16
139:23 140:11,12
142:6 147:25
149:7 188:25
**atypically** 309:24
**audience** 110:14
129:9
**augmenting** 280:3
**august** 125:17
127:22 266:1,23
287:5
**author** 33:13
34:24 36:8 94:23
96:19 98:2 99:24
100:13 146:18
170:18 176:21
270:2
**author's** 254:21
255:1
**authored** 87:4
88:18 95:24 105:6
107:12 187:8
191:6 192:4
229:23 233:8

236:20 246:17
270:18 277:14
287:8 302:14
**authoring** 36:10
87:8,16 100:22
112:19
**authority** 256:2
**authors** 108:12,17
116:20 186:13
231:24 235:17
246:4 247:25
248:18 250:11
251:16 257:24
258:4 259:4,20,25
270:2
**autogynephilia**
91:7,20,22 101:3,6
129:10,15 142:1,3
142:21 143:4,9,17
144:7,23 145:9
170:12
**autogynephilic**
128:2 142:22
**automatically**
101:20 298:18
**available** 174:3
181:8 195:14
203:9 230:20
**avenue** 3:17
292:16
**average** 50:10,12
61:20 68:3 76:5,7
110:6,15 180:1
256:6
**awarded** 116:2
119:23
**awarding** 120:9
**awards** 115:7
**aware** 19:24 95:2
117:23 152:18
159:20 163:17

166:15 174:20
176:6 178:15
182:22 183:2,3
186:1,4 189:14,17
196:13,16 200:3,9
201:18,19,22,24
202:25 203:4,5
219:15 221:8
222:17 225:5
226:22 227:1
228:21 229:16,21
229:24 230:1
233:1,6,9 234:23
236:14,18,21
238:17 240:17
243:16 246:12,18
249:14,18,25
251:10,21 256:1
257:12 264:15
265:12 267:14
270:17 272:6,15
273:3 276:1 297:6
**awesome** 122:9

**b**

**b** 56:17 156:1
315:1
**b.p.j.** 1:6 2:6 5:3
13:8 16:7 19:13
154:5 304:12
**b.p.j.'s** 154:15,23
155:1 177:1
**back** 23:14 50:6
50:20 51:12 57:17
58:2 93:13 107:21
122:1 123:11
130:23 137:11,14
151:21 152:19
166:18 185:17
200:10 201:10
212:9 266:9
274:22 284:3

288:23 305:5,11
**background**
102:16 116:22
135:22
**bailey** 4:6 7:6
109:14,17 110:9
111:18 129:21
**baileywyant.com**
4:12 7:12
**bain** 119:2
**balance** 161:19
165:20
**ban** 174:3,16
295:1
**banned** 291:18
**banning** 291:15
298:14
**bans** 174:4
**barely** 278:2,3
**barham** 6:5 9:7
14:21,21 25:12
26:14,24 27:14
28:8,23 32:18
33:2 35:2,12
43:25 44:23 57:13
57:20 60:25 63:8
65:13 70:13 77:6
82:24 85:4 103:15
104:17 121:19
124:3 133:18
134:15,25 136:25
142:11 159:7,18
160:21 161:14
164:18 167:12
171:5 173:2,10,23
173:25 174:18
175:22 193:11
197:24 198:4,19
206:6 207:3
208:14,22,24
210:7 211:13

Page 7

[barham - board]

222:14 223:8
225:3 229:13
234:12 239:8,12
242:8 247:21
272:10 273:7
274:13 282:17
283:6 293:11
300:4,6,20 301:5
301:21 304:6,14
304:24 306:5,13
307:20,24 308:5,8
308:10 310:1,21
314:1
**barr** 5:8 14:4,4
**bas** 119:3
**base** 206:5 210:12
211:22
**based** 59:17 215:8
225:5 264:2
**bases** 52:18
**basic** 209:18 276:7
276:17
**basis** 157:21
159:16 160:8
164:17,20 165:13
165:15 181:14
209:13 211:10
213:4 214:12
215:7,14 219:4
222:19 251:19
279:1 280:18
**bdsm** 21:20
**bearing** 16:9
**becau** 249:21
**becoming** 91:23
195:17 216:12
277:5
**began** 40:9 41:14
59:17 251:19
**beginning** 2:22
58:3 122:2 151:22

156:8 181:24
212:10 218:15
274:23 289:10
305:6
**beginnings** 107:22
**begins** 59:22
191:13
**behalf** 2:21 14:24
15:2,5 311:4,11
**behavior** 113:1
175:3
**behavioral** 246:13
**behaviors** 140:16
172:5 174:3
**behaviours** 47:21
48:8,17 49:17
59:5 64:11 73:11
149:8
**belief** 303:20
**believe** 14:15
22:15 33:21 36:20
38:18 87:3 95:22
115:22 122:18
127:17 135:12
136:18 147:1
160:19 162:20
164:14,15 175:19
177:11 190:6,13
235:5 238:21
253:11,13 255:15
259:17 267:19
273:23 275:3
284:12 288:10
289:21,23 290:17
291:5 298:14,20
310:1
**believed** 307:6
**believes** 293:21
**believing** 211:10
**bell** 287:14

**belong** 309:11
**belongs** 209:4
**beneficial** 264:12
**benefit** 70:20
192:23
**benefits** 198:14
**best** 17:24 31:16
53:21 74:18 99:18
110:17 124:18
145:14 161:16
185:3 220:7
228:20 232:23
264:14
**better** 69:24 84:22
104:4 152:22
188:2,2 193:9,21
206:23 208:5
252:18
**beyond** 31:11,19
31:24 39:16 45:17
51:17 62:11
144:16 183:2
211:8 256:1
294:18 305:16
**bigger** 270:14
**bill** 12:7 275:14,18
278:8 281:15
**binary** 292:2,18
302:21
**binder** 308:6
**binik** 56:14,17,19
**biological** 104:12
104:12
**biologically**
144:15
**birth** 18:15,21
61:12 172:20
173:8,21 257:4
273:5,16
**bit** 17:3 18:10
32:23 36:23 42:19

43:16 45:4 50:17
51:8 54:1 93:12
98:19 107:18
115:21 129:7
149:16 154:3
178:24 188:8,10
189:20 288:9
308:3 309:5
**bizarre** 258:20
**blanchard** 49:4,6
49:11 58:9,12
106:23 107:3
129:21 170:18
**blaney** 100:14
**blank** 32:6
**bled** 85:20 119:13
**blend** 43:2
**blended** 39:15
42:17
**block** 7:17 14:12
14:12
**blocker** 196:21
**blockers** 175:7
194:12 197:3,6
237:11,16 238:1
**blocking** 196:12
196:17,25 197:11
298:8,9
**blog** 187:3,6
207:11,12 213:6
213:17 215:18
286:22 287:2,3,4,8
287:8 297:10,16
297:20 298:2
302:9 303:12
**board** 1:9,10 2:9
2:10 4:3 6:16 7:3
13:9 14:25 15:3
112:25 113:4,6,11
114:2 285:24
289:7 290:1,6

Veritext Legal Solutions
866 299-5127

[board - care]

291:14 294:21
311:8,12 314:4
316:1
**body**  10:21 196:20
238:18 240:19
**boman**  255:5
**book**  90:10 99:17
100:3,3,5 109:13
109:17,21 110:2,7
110:9,21 111:1,7,9
111:14,24
**borelli**  4:17 13:25
13:25
**born**  161:5 164:8
164:9 174:4,5
**bos**  246:3
**boston**  5:15 38:17
40:7,20,20,21 41:3
41:12,17 306:22
**botch**  42:3
**bother**  85:25
**bottle**  32:9,10
**bottom**  112:13
164:13,15 199:24
240:9 263:13
266:1 269:24
289:3 291:6,23
305:18
**boulevard**  6:21
**boy**  110:1
**boylston**  5:13
**boys**  273:21,23,24
273:24
**bpj**  314:4 316:1
**bradley**  107:12
**brain**  45:9 48:3
59:17,22 60:2,3,8
60:15,19 61:12,25
115:12,16 116:14
116:22 120:21
196:19,19 254:22

**branch**  245:22
**break**  17:16,17,21
57:15,17,19 58:7
103:10,12 121:18
146:3 151:15
152:3,4 199:15
212:1 273:11
274:13,15 275:4
304:19,23 310:22
**breast**  279:22
280:3
**breasts**  279:22
**breland**  227:18
**bridgeport**  6:22
**brief**  124:22
**briefly**  30:16
75:24
**bring**  32:5
**broad**  7:18 300:13
**broadly**  27:24
93:17 139:22
148:12 281:3,6
283:14,17 284:13
299:23
**brooks**  135:12
136:19,21
**bränström**  193:14
**built**  51:13
**burch**  1:12 2:12
4:4 7:4 15:4
311:13
**button**  274:12

**c**

**c**  6:5 16:15,15
47:10 156:2
225:16 237:19
314:1
**ca**  314:9,12,20
**calculate**  110:15
**california**  3:17
313:4

**call**  16:5 63:25
64:3 93:21 94:11
94:22 99:21 102:9
128:13 157:16
165:8 195:16
209:17,21 240:21
240:22 256:24
298:23
**called**  45:10 56:22
91:6 94:15 101:21
183:14 202:8
209:17 248:21
252:15 253:20
298:19 299:17
**calling**  251:20
**calls**  134:3,16
157:20 159:15
160:7 165:12
**camera**  17:2
**camh**  47:4,6,7,8
47:10,13 49:4,24
51:24 52:1 57:11
59:2,4,9 62:6
64:16 67:24 68:24
79:16 82:15,21
83:22 84:2 86:13
88:7 108:14,15
130:24 150:1,18
151:9 183:19,21
307:16
**campbell**  73:3,6
**canada**  53:11
71:19 125:25
126:3,6 181:21
194:7,11
**canadian**  71:22
80:12
**cantor**  1:20 2:20
9:3,12,15,20 13:7
15:19,25 16:14,17
20:8 28:13 29:2

30:20,23 31:4,6
33:5 34:2,14
35:14 36:25 40:25
58:7 72:2 88:18
89:11 90:17 119:2
122:6 137:21
146:5,12 147:14
152:2 162:18
166:22 176:18
187:4 190:6 191:9
194:6 196:12
197:19 205:20
206:11 208:11
212:14 219:11
227:13 230:14
235:10 237:9
242:5 271:14
274:15 275:3
284:11 300:18
304:21 305:10,23
306:7 307:18
308:11 310:5
311:19 312:5,16
314:5 316:2
**cantor's**  35:7,9
96:10 166:18
284:3
**capable**  216:23
**capacity**  1:12,13
2:12,13 201:6
204:19 294:11,12
**capital**  225:25
**capture**  211:2
**captured**  18:4
**captures**  224:5
**care**  10:7 11:2
19:2,3,3,4,9,9,11
20:5,6 77:1,5,9,23
78:3,6,17,22,25
79:4,8 80:4 86:19
131:23 183:11

[care - childhood]

200:20 203:2,9,21
203:24 204:5,22
205:1,4,16 226:24
227:4 228:22
229:2,4,6,9,10,17
229:18 243:19
246:24 249:24,24
256:19 260:23
281:18 299:13
307:10,13,15
309:24
**career** 36:15,21
79:16 114:17
148:7,14 220:14
221:17 306:15
**careers** 58:22
**carmichael** 248:2
**carrie** 232:1
**carry** 109:4
**case** 13:11 19:14
20:19,23 21:6,20
22:3,4,5,7,14,17
22:18,20 23:4,24
24:13 29:3 32:2
44:9 81:15 103:23
104:5,7,10,24
131:11,16 133:2,3
133:10,23 134:1
135:17,21,25
137:3,5,6,8,9,18
137:23,25 138:21
138:22 139:2,3,5,6
139:10 152:5
154:4 155:2,5,10
156:15 157:25
199:21 202:1
205:14 221:21
222:18 223:1,3,13
232:8,12 262:7,12
262:17,19 263:9
265:10 283:20

284:12 304:11
306:21 307:2,12
309:20,23
**cases** 21:12,14,22
21:23 23:9,12,15
23:17 24:2,4,8,9
24:16 25:9,17,20
25:22 26:2 27:16
28:2 110:11 111:1
111:4 131:14
137:4 212:20
216:12 217:11
**catch** 28:9
**categories** 296:10
308:18,19 309:15
309:16
**categorization**
309:8
**categorize** 25:5
144:5
**category** 308:17
310:10
**catie** 6:6
**causal** 234:21
301:23
**causality** 233:21
244:24
**causation** 244:14
244:20
**caused** 83:12,22
86:8 242:4 290:9
297:7
**caustic** 277:4
**caution** 71:20 85:4
**cautious** 183:24
**caveat** 222:6
249:20
**cc'ing** 295:6
**ccp** 314:9,12
**cease** 168:1 191:18
191:22 206:13

212:24 214:18
**ceased** 85:23
215:21 216:5
**cecilia** 255:5
**center** 41:13,19
**centre** 47:1,4 74:5
74:8 76:18 77:12
77:19,25
**certain** 80:20
96:21 173:13
183:5 222:7 245:4
**certainly** 83:25
129:20 174:21
277:2 302:5
**certificate** 48:22
**certified** 2:24
313:3
**certify** 313:5,14
**cesalie** 227:18
**chain** 293:13,24
**chakravarty**
117:8 119:3
**challenge** 302:20
**chance** 21:5 311:1
**change** 66:19,23
84:8 86:5 128:3
144:1 193:2 280:2
316:4,7,10,13,16
316:19
**changed** 64:20
72:16 73:19 139:1
139:4,9 185:17,17
192:6,8,10 193:4
195:15,16 222:25
253:3,4
**changes** 120:17
206:14 242:16
266:6 279:20
280:1
**changing** 189:21

**chapter** 90:8 92:6
92:7,11 97:10
98:8,10,12,13,15
99:12,15 100:5,7
100:14,22
**chapters** 100:3
**charge** 294:20
**charleston** 1:3 2:3
3:10,18 4:11 7:11
13:11
**chavez** 119:3
**check** 95:7,16
102:18 103:8
118:9,20 199:13
224:20 233:24
260:3
**checking** 77:15
88:18 114:25
**checks** 68:19
**cherry** 245:7
277:18
**chicago** 128:1
**chief** 113:1,7
**child** 37:15 39:9
39:18,21 42:15,17
43:2 50:3,4,21,22
59:20 60:23 69:4
72:4,5,5 117:3,5
117:15 168:1,2
179:5,8 218:10,20
219:16 223:16
277:16 307:4,5,7
309:2
**child's** 188:15
**childhood** 51:4
59:25 60:17,18,19
60:21 61:17 65:19
69:15 92:21
102:14 110:24,25
169:16 170:11
172:3,8,16 308:13

Veritext Legal Solutions
866 299-5127

[childhood - collection]

309:23
**children** 11:21,24
  25:23,24 26:9,11
  42:23 54:8 60:12
  61:4,7,10,16 65:11
  65:16,22 68:25
  88:17 93:2,3
  98:22 102:5
  106:11 107:8
  109:8,19,20,21
  110:16 111:2
  112:7 118:22
  121:2 125:6,8,10
  127:14 130:8,11
  132:13 141:12,20
  175:13,20 176:4
  179:11 181:15
  182:19 184:13
  194:11 196:6
  212:23 213:23
  215:8,15 223:23
  224:6 259:19
  260:22 262:7,20
  264:5,6,12 265:24
  308:23,23
**children's** 194:8
**choice** 280:22
  281:1
**choices** 279:1
  280:18
**chris** 235:17
**christal** 235:18
**chromosome**
  272:7,16
**chromosomes**
  274:1
**chronological** 53:6
**chronologically**
  119:12,13 154:2
**chuan** 117:1

**chunks** 101:8
**circulated** 171:14
  192:12
**circulating** 174:13
**circumstances**
  297:4
**cisgender** 11:3
  18:13 189:1
  222:12 223:6
  243:20 246:15
  271:17 272:3
**citations** 248:22
**cite** 160:15 213:7
  220:6 233:11,13
  233:22 236:23
  237:1 247:17
  255:14,21 260:5
  261:1 267:18
**cited** 31:20 170:9
  170:14,21,21
  186:17 193:7
  204:4 213:5 220:8
  234:1,10 235:2
  244:5 271:4
**citing** 248:19
**citizens** 166:10
**city** 21:3 126:8
  312:12
**civil** 7:16 314:19
  314:20
**ckelley** 6:12
**claim** 95:2,3
  182:18 256:2
**claimed** 184:1
**claims** 95:7 268:19
**clarification** 39:2
  79:23
**clarify** 19:8 83:20
  109:3 110:21
  152:6 163:9

**clarifying** 97:19
**clarity** 41:20
**classic** 220:15,15
**classification**
  143:1
**classifications**
  168:12
**classified** 142:25
**clayton** 1:12 2:12
**clean** 16:20
**clear** 17:12 138:23
  142:1 159:11
  183:1 223:21
**clearly** 40:25
**client** 75:10 78:11
  134:3,18,21 154:8
**clients** 54:25 78:9
  78:13 131:9 132:2
  211:21 237:8
**climate** 302:23
**clin** 49:9
**clinic** 47:20,22
  48:7,8,17 49:16,17
  54:5 59:5 64:11
  68:18 70:5,6,8
  71:8 73:11 84:10
  85:21 86:2,2
  91:22 183:23
  194:8 246:23
  307:14 309:21
**clinical** 42:6,7,14
  52:21 57:10 59:2
  59:8 62:19,23
  63:3 77:14,18
  110:22 130:24
  147:23 148:5,6
  150:1 180:21
  238:10
**clinically** 238:12
  309:9

**clinician** 49:9
  180:6
**clinician's** 125:22
**clinicians** 68:16
  75:8,16,21 127:6
  211:20 225:18,22
  226:14
**clinics** 48:11 49:21
  107:23 182:13
  194:10 195:17,20
  195:22 215:22
  217:16 253:24
**close** 210:23 303:6
**closely** 272:23
  274:5
**closer** 211:3
  307:21
**closet** 107:16
**coauthored** 87:4
  97:15 105:7
**cochran** 263:22
**code** 314:9,12,19
  314:20
**cognitive** 39:12,17
  45:9 68:8,12
**cohen** 250:14,22
  250:25
**cohort** 11:17
  251:11,22 255:11
**colizzi** 248:3
**collapse** 298:18
**colleague** 220:24
**colleagues** 62:24
  79:19,21 82:15,16
  108:14
**collect** 95:11
**collecting** 94:3
  186:15
**collection** 117:13
  210:19

[college - confidentiality]

**college**  178:16,19
310:10
**collin**  227:18
**color**  110:13
**column**  257:19
**come**  29:20 54:4
57:17 69:24 81:11
82:6,10 83:15,17
90:10 104:25
108:13 129:18,23
152:18 171:24
179:20,22 180:11
180:16 181:11
216:25 220:16
221:9 229:25
230:25 233:18
293:3,5 299:17
309:23
**comes**  130:1 144:2
199:3 221:6 309:8
**coming**  67:23
72:11,12 75:5
84:19,21 107:16
114:1 116:8
206:17 221:8
308:25 309:20
**comma**  266:6
**comment**  25:1
105:12 106:6,7,10
113:4,18
**commentaries**
105:6,10 106:3
109:12 224:22
**commentary**
106:5,14,18
107:19 113:25
225:9
**commented**  265:6
**commenting**
105:15 113:20,21
113:23

**comments**  114:7
205:18 297:15,17
**commission**  1:11
2:11 3:4 15:7
**committed**  70:15
71:4
**common**  89:14
147:4
**commonly**  18:10
37:3 47:6 182:5
219:23 221:4
**communicate**
278:1,5
**communicated**
217:3 251:2
**communication**
134:16
**communications**
29:9 134:5,22
135:14
**community**  12:4
210:6 264:9
267:16
**comparable**
150:15
**compare**  111:14
273:21,22
**compared**  11:3
243:19 246:15
256:11,17 257:11
264:6 277:14
**comparison**  253:6
**comparisons**  99:9
**competitive**
300:19,23 301:19
302:3 303:8,13
**competitors**
165:24
**compilation**
102:20

**complaint**  156:1
**complete**  36:25
38:13,16 41:4
42:8 152:14,16
**completed**  52:10
53:9 54:15 152:16
314:7,17 315:6
**completely**  19:25
73:9 283:16
**completing**  40:15
**completion**  21:21
315:10
**complex**  66:1
73:10
**complicated**  91:18
163:5,6 189:20,23
190:1,2
**complication**
190:4,5
**component**  76:16
**components**  195:1
225:21 226:13,18
273:11,22
**comprehensive**
114:19 130:22
223:22,25
**computer**  37:9
**concedes**  264:10
**concentrated**
156:12
**concentrations**
37:9
**conception**  59:23
**concepts**  189:15
**concern**  70:23
**concerned**  44:21
**concerning**  38:3
40:3 86:13 89:17
**concerns**  89:25
**concierge**  8:4

**conclude**  192:21
305:15 310:21
**concluded**  264:1
**concludes**  310:24
**conclusion**  189:9
215:10 229:21
234:21 237:2
258:18,20,22
259:1 266:24
293:5
**conclusions**
157:17 165:9
224:18,19,23
225:1 233:18
264:10
**concretely**  300:10
**conditions**  20:22
**conduct**  31:23
37:21 38:3 39:20
40:3 52:23 55:18
57:4 61:9 108:13
152:23 182:23
209:10 284:21
**conducted**  30:2
45:18,18 95:6
98:25 201:16
209:2 227:17
236:3,7 239:17
246:1 255:4
261:10 262:17
266:16 269:18
**conducting**  48:12
74:8
**confer**  304:19
**conference**  124:13
130:5 221:7
**conferences**  221:7
**confidential**  82:25
85:5
**confidentiality**
71:21

Veritext Legal Solutions
866 299-5127

[confirm - correct]

confirm   230:15
305:16
confirming   19:3
conflicts   200:24
confronted   276:4
308:14
confuse   128:17
172:7
confused   35:3
173:17
conjunction   35:10
76:20 136:9
connected   61:25
89:17
connection   22:10
27:10 30:11 35:10
93:15 117:24
136:16 137:22
153:14 162:21
221:13 310:13
connections
227:23
connectomics
115:13
consent   197:3,6
198:7,11
conservative
194:10 195:18
consider   91:14
100:10 215:12
263:3
considered   195:2
292:15
considering
278:10,14,24
280:16
consisted   256:8
consistent   158:18
158:22 174:10
175:8

consistently
206:20 300:10
constant   74:19
consult   45:11
consultation   199:9
consulted   201:20
contact   133:12
137:3 138:10
149:14,22 150:1
154:8 210:13
249:1,4 269:4
314:9
contacted   133:4,8
134:23 135:2,6
136:15,16,18
137:2,9,17,23
138:6 266:22
contacting   111:21
contacts   199:7
contained   94:25
114:9 124:20
263:24 312:9
contains   161:1
content   260:3
293:20,21 297:12
context   83:19
128:16 146:13
159:21 184:19
185:23 255:16
277:11,12,13
282:18,19 283:16
299:16 301:16
contexts   93:17
94:1 139:22
continue   91:13
116:9 119:18
120:7 156:21
169:16 191:20
215:19 295:12
300:12

continued   4:1 5:1
6:1 7:1 8:1 46:25
47:23,23 54:25
65:5 170:19
188:16 222:24
230:16 282:3
291:19
continues   59:23
59:24 130:23
223:4
continuing   103:15
119:14,20 216:16
225:13
contradict   225:6
contradiction
162:15
contradictory
225:7
contrary   224:14
224:18 225:1
contrast   172:17
contribute   104:8
contributing
143:21 144:3
contribution
102:24 103:3,6
control   237:10,15
237:25 238:14
252:4,11 255:24
256:4,7,21,25
257:3 258:1,6
297:12
controversial
111:12
conventions
263:21 264:17,22
conversation   9:19
146:11 259:18
conversations
152:3 198:23
211:8

convey   99:13
cool   41:2
cooley   5:4 14:3,5,7
14:8,11
cooley.com   5:17
5:18,19,20,21,22
5:23
copy   36:16 138:3
155:11 156:19
262:5
cordial   268:13
corner   277:21
correct   19:19
22:19 23:19 24:6
24:7,11 26:2,4
27:12 29:5 31:10
38:14,15,19,20
41:17,21,22 43:3,9
48:8 50:23,24
53:11,16 54:14,21
54:25 57:8,12
58:10 59:4 62:7
62:10 64:14,23
65:6,8,24 66:3,5
66:14 69:16 73:24
74:5 75:19 76:14
76:21,24 77:25
78:5 79:7 80:2
81:9 82:17 83:11
86:4,16 88:19
94:17,20 95:20,25
96:17,24 100:14
100:15 101:4,13
101:18 102:1
103:1,21 107:13
107:16 108:11
109:6 115:2,5
116:3,6,10 118:3
119:24 120:6,10
121:15 122:11
123:25 124:8

Veritext Legal Solutions
866 299-5127

[correct - couple]

125:25 126:21
128:3 130:6,10,13
130:21 131:21
132:9,10 135:8,9
135:18 139:12
140:23 141:9
142:12 143:15
148:14 150:21
152:8,12 154:11
154:14 160:13
161:23,24 163:21
163:25 167:11,15
168:12,23 170:22
171:4 173:4,22
175:3 179:6,9,17
181:1,2 182:5
184:3,10 187:9,10
187:12 192:14
193:12,13,25
195:4 197:1,4,8,12
197:18,20,23
198:3,5,12 200:22
200:23 201:4,7,11
201:14 203:22
204:15,24 205:6
205:18 207:22
209:25 213:18
215:9 221:15
225:9,10 227:19
227:25 228:17
235:15 236:25
237:13 238:2
240:3 245:24
246:3 247:2,10
248:9 253:15
254:18 255:14
256:15,20 257:7
258:8,20 261:5
262:15 266:7,8
270:5,6,15 280:12
284:17,18 286:7,8

286:23 287:5,6
290:22,23 291:19
292:16 296:16
297:11,18,19
299:4 302:15,16
303:15 306:14
312:10
**corrected**   36:17
312:10
**correcting**   260:19
266:5
**correction**   265:8,9
265:12
**corrections**   312:7
314:14,15 315:3,4
**correctly**   123:18
128:4 147:11,16
149:10 157:22
182:2 213:2
255:12 264:13
267:3 279:6
281:23 286:1
287:23 303:10
**correlation**   233:21
**correlations**
233:20
**cosmetic**   279:20
279:20 280:1,2
**costa**   193:20,24
237:17 238:13
247:6 248:1
**couching**   127:4
**counsel**   4:4 7:4 9:6
13:18,20,22,23
14:15,22 15:24
16:6,23 17:4
18:24 19:10 24:14
24:15,17 25:9,14
26:16 27:3,18
28:11,15,16,19,21
28:24 29:1,10

30:5,18,21 31:2,5
32:18,20,25 33:3,4
34:14,14,17 35:2,6
35:13 40:22,24
44:14 45:5 46:3
47:9,11 57:13,16
57:21 58:6 61:3
61:18 63:15 64:9
65:20 71:1,13,23
71:23 72:1 77:8
83:8 85:6 86:17
86:23 96:7,9,12,13
103:8,10,14,16,17
104:3 105:2
112:11 120:5
121:17,20 122:5
124:6 133:19
134:6,7,10,20
135:3,14 137:10
137:15,20 142:13
146:2,4 151:14
152:1,4 158:20
159:10 160:2,17
161:11,22 162:17
164:5,24 166:17
166:21 167:16
171:9 172:18,23
173:5,18 174:7,22
175:4,18 176:1,8
176:13 187:2
190:18,24 191:3,5
193:13,16 198:1,6
199:1,12,17,18
206:9,9,10 207:8
208:17 209:12
210:2,11 211:16
211:25 212:13
219:8,9,10 223:2
223:11 224:11
225:8,24 226:1
227:6,11 229:14

230:8,13 234:16
234:22 235:4,8
238:24 239:4,8,10
239:15 241:21
242:11 243:22
244:3 245:1,18
247:12,16,24
250:5,10 254:8,13
259:10,16 261:21
262:1 265:15,19
268:1,6 272:14,24
273:13 274:2,8,14
275:1,2 282:2,5,5
282:9,24 283:12
284:2,8,10 286:13
286:18 293:22
296:23 299:10
300:17 301:1,13
302:1,7,13 304:1,9
304:18,20,25
305:9,22 306:1
307:17,21 309:18
310:15,19,24
314:18,21 315:7
**counseling**   79:9
179:11 180:16
181:1
**count**   21:20 88:14
149:15,24 150:6
220:7,10 295:18
**counting**   87:9
150:13,14
**countries**   216:16
225:19 226:9
**country**   175:8
303:20 304:4,13
**county**   1:10,14
2:10,14 6:16
14:25 22:16 311:8
**couple**   110:16,17
307:3

Veritext Legal Solutions
866 299-5127

[couples - decision]

couples   54:19
55:12
courage   292:8
course   21:2 33:18
36:14,21 39:12,16
43:7,15,17 44:13
51:4 55:1 56:20
57:1,6,7,8 59:23
59:24,25 94:7
114:16 116:21
120:1 131:11
148:14 154:7
156:11 161:3
164:23 221:17
277:11 281:9
285:12
courses   37:14,25
39:8,11,17,25
42:15,16 43:2,11
43:13,14,23 44:4
51:9,13,14,17,23
51:24,25 56:13,14
56:16,18,23
court   1:1 2:1
13:10,16 16:20
18:1,4 19:19 21:2
22:14 23:3,4,5,6
23:10,13,16 28:12
32:17 34:13 47:9
69:20 137:10
146:1 161:19
166:17 176:12
186:25 190:22
191:3 225:24
227:10 230:12
235:7 237:18
239:2 243:25
247:15 250:8
254:12 259:14
261:18,25 262:5
264:16 265:18

268:5 274:11
284:2 286:17
306:22 307:24,24
courtesy   289:19
courts   161:18
covariance   252:19
252:20
cover   130:25
covered   52:18
142:15
covid   123:24
coworkers   73:17
crawford   261:2,8
266:19
created   33:17 34:3
35:15,17 36:13
164:22
credentials   24:25
criterion   300:9
critical   123:15
268:18,25
criticisms   241:6
cropp   6:19 14:24
14:24 311:7,7
cross   22:4,18
79:25 80:10 82:12
102:14 175:8
194:13 197:19
198:8,11,14,18
199:3 303:20
304:4,13
csr   1:23 313:25
curiosities   46:8
current   36:22
52:19 97:9 119:21
151:1,4 191:16
203:11,11,13
248:15 302:23
307:13
currently   74:7,15
140:7,8 141:24

150:19 168:14
196:4 204:25
205:8,16 206:2
207:1,20
custody   306:22
307:4
cut   24:21 189:4
cutoffs   20:20
184:21
cutting   171:21
cv   1:8 2:8 13:12
36:7,16 41:6,14,21
53:2 86:24 88:13
90:10 92:19 96:10
97:3 102:3 105:4
112:15 113:9
114:12 122:7
130:15 306:9
cycle   196:22

d

d   225:25
dane   254:22
danish   254:23
256:6
data   45:12 63:1
69:9 94:3 95:11
99:4 117:13 127:7
166:25 167:1
169:20 186:15
195:14 224:14,24
225:5 244:13,19
260:18,21 261:7
261:11 264:3
265:2 266:20
date   33:20,22,25
84:1 97:18 119:4
124:11,12 136:13
137:7 153:2 236:4
286:10 313:17
314:16 315:5
316:24

dated   35:11
136:10,11 137:8
177:1 290:21
313:19
dave   8:7 13:14
44:1 219:5
david   3:15 14:18
30:19 227:18
david.c.tryon   3:20
davis   232:1
day   73:18,18
216:3,10 277:22
312:11
days   107:20
140:20 222:1
277:5 284:25
de   225:22 226:15
246:3 250:1,12,20
250:24 253:7,7,10
278:13
dead   123:15
deal   21:14 68:14
75:9 173:12
288:16
dealing   65:18
308:14
deals   51:20 89:2
debate   275:17
288:22 290:2
291:20 294:3
295:25
debates   294:1
debating   288:18
decade   283:11
december   53:16
62:9 240:12
dechants   231:25
decide   281:8
decision   81:7
85:17 95:16
161:21 163:16,24

[decision - development]

176:3 214:17
**deck** 306:10
**declaration** 9:12
9:15 136:8,11,17
137:24 138:25
139:9 155:1,4,13
156:2,6,14
**declarations** 31:17
**declare** 312:5
**decreased** 236:15
237:3
**deemed** 288:11,12
289:18
**defamatory**
289:15
**defendant** 1:18
2:18 9:23 21:7
**defendants** 1:16
2:16 6:16 14:25
**defending** 6:4
14:22,23 15:12
134:24
**defense** 30:5 306:1
**define** 210:24
**definitely** 164:25
**definition** 140:17
174:20 185:1,3
**definitions** 184:25
**degree** 37:14,25
38:25 40:15 42:1
42:5,9,14 44:16
46:24 56:2
**degrees** 52:13
**del** 5:6 14:10,11
**delaying** 79:2,25
80:9 82:4,11
132:12
**delays** 85:24
**deleterious** 243:9
**demand** 125:22
181:4,12,15 182:7

182:10,15,18,25
183:6,17,22 184:1
184:6,12 213:25
214:24 215:1
216:18 217:8
**demeules** 259:21
**demographic**
167:24
**demographics**
256:24
**demonstrate**
170:10 292:13
**demonstrated**
193:18
**demonstrates**
169:7
**demonstrating**
226:8
**deny** 182:21
183:14 184:4
**depart** 263:20
264:17,21
**department** 4:5
7:5 11:24 53:13
55:24 65:2 262:7
**department's**
263:3,9
**departments** 65:2
65:3
**depend** 279:11
**depending** 149:15
**depends** 61:1
142:25 188:22
299:16
**deposed** 20:7,15
21:10 22:7 23:9
**deposition** 1:19
2:20 13:7,13
14:23 18:12,18
20:3 22:11 29:6
29:11 30:11,15,20

30:24 31:7,12,24
137:5 152:7,10,24
230:18 231:6,7
310:22 314:19,22
314:24 315:8,10
**depression** 10:10
12:4 54:13 218:10
218:21 219:16
228:24 229:19
230:3 233:4
236:16 237:4
267:16 271:17
272:1
**depressions** 54:6
**depth** 93:12 148:1
186:9
**der** 243:17 244:2
245:24 246:2
253:16,19
**derived** 224:23,23
**derogatory** 289:13
**describe** 39:11
42:19 43:16 46:4
47:12 69:6 71:14
75:20 93:14,20
98:18 110:18
116:13 135:24
144:10,24 145:5
188:2 195:3 288:9
307:1
**described** 73:21
110:16,16 144:10
144:16 183:2
251:17 265:10
**describes** 110:12
**describing** 109:18
110:10 161:2
188:21
**description** 9:11
**design** 42:16

**desire** 144:1,14
**desist** 206:22
210:5 212:24
216:1
**desistance** 184:18
185:1,11,23 186:2
234:5
**desisted** 208:9
**despite** 241:2
298:7
**detail** 157:13
165:5 217:22
262:22
**details** 25:13 32:7
73:12 98:3 201:18
257:7
**determination**
188:8
**determine** 25:1
158:1 173:20
202:7 310:9
**determined**
314:18,22 315:7
**detract** 162:13
**detransitioned**
198:21 199:4
**develop** 59:25
63:20,22 166:6
218:11,22 219:17
**developed** 104:24
195:14 202:3,13
202:18 205:8,17
**developing** 201:17
201:21
**development**
39:13,17 45:9,10
48:3 59:18,22
60:2,4 61:12,25
64:3,4 115:17
169:8 201:9,12
204:22 205:4

[device - document]

**device** 280:3
**dhejne** 254:17
    255:2,2,3,5 256:1
    256:5,11
**diagnosable** 21:1
**diagnosed** 89:4
    179:4
**diagnoses** 144:5
**diagnosis** 20:21
    141:13,14,17,18
    180:2,4,6 188:22
**diagnostic** 20:20
**diana** 227:17
**dice** 242:1 245:10
**differ** 185:12
    257:25 258:6
**difference** 64:24
    72:18,21 106:17
    106:20 169:6
    216:19 241:3,4
    252:25 254:1
**differences** 162:4
    170:1,7 240:25
    254:5 264:4
    273:25
**different** 23:4,5
    56:12 59:7 72:12
    72:13 93:17,18,24
    93:25 94:1 99:10
    139:21,21,21
    150:18 169:2,15
    182:8 183:8
    184:20,21,21,24
    184:25 185:10,16
    185:18 196:19,20
    196:24 210:18
    240:24 243:3,14
    244:18 253:23
    277:11,12,13
    279:24 294:1
    298:22 308:12

**differently** 283:10
    283:13
**differs** 35:4
**difficult** 149:24
    253:6 308:3
**dilemma** 125:23
**direct** 31:3 77:23
    108:4 154:7
    166:13 172:14
    217:1 253:5
    293:15
**direction** 110:19
    178:20 313:12
**directly** 61:5
    68:25 69:2 77:1
    108:22 162:3
    172:4 174:2 184:7
    258:10 267:5
    278:23 295:4
**director** 74:4,7
    76:13
**directors** 289:7
    290:1 294:21
**disagree** 195:9
    248:14 295:21
**disagreed** 86:18
    291:14
**disagreeing**
    296:19,20,22
**disagreement** 83:4
    83:21,23 84:4
    86:7
**disagreements**
    82:20,23 83:2
    86:12
**disagrees** 264:9
**discipline** 79:12
**disclose** 82:25
    134:21
**disclosing** 29:9
    76:9

**discount** 293:19
**discourages**
    175:13,19
**discourteous**
    289:10
**discover** 116:17
**discovered** 267:22
**discuss** 32:2
    161:12 198:23
    304:21
**discussed** 119:11
    174:25 220:17
    269:5 302:25
**discusses** 167:4,7
    168:18 172:19
**discussing** 188:13
    306:17 307:9
    308:11 310:14
**discussion** 167:10
    167:17 168:8,21
    171:2 172:24
    173:7 232:14,15
    291:13
**discussions** 285:20
    285:22
**disingenuous**
    282:21
**disorder** 101:21
    101:22 107:15
    141:18 211:12
**disorders** 41:13,19
    54:5,13 55:12
    90:23 92:11 96:16
    101:11,17 102:6
    117:6 141:23
**displaced** 85:14
**display** 157:15
    165:7
**disrespect** 288:11
**disrespected** 292:4

**disrespectful**
    288:11,13
**disrupt** 307:23
**dissatisfaction**
    10:21 238:18
    240:19
**dissemination**
    284:21
**distinct** 189:15
**distinction** 150:17
**district** 1:1,2 2:1,2
    13:10,10 262:5,6
**diverse** 88:17
**divided** 273:24
**division** 1:3 2:3
    13:11
**divorcing** 307:4
**doc** 96:6
**doctor** 9:20 81:1,8
**doctoral** 40:10
    44:3,5,10 47:15
    55:1 130:24
**doctorate** 40:15
    42:1,5,8,14 44:16
    45:14 46:24 47:25
    49:23 56:2
**doctors** 198:17
    199:2
**document** 32:14
    32:19,25 33:1,6,7
    33:10,13,15,17,20
    34:2,16,20,24 35:1
    35:4,8,14,17 36:4
    36:8,11 68:19
    136:7 137:7 139:1
    146:9 148:22
    153:8 176:17,21
    177:4,9 185:4
    200:9 213:14
    262:22 265:20
    277:20

[documents - early]

**documents**  29:17
31:13,14,15,19
32:6 69:12 156:7
156:8
**doing**  17:25 51:3,3
62:22 102:19
120:8 147:24
149:25 154:21
182:13,21 183:15
184:16 209:5,8,15
209:22 216:24
223:1 230:17
238:12
**dominate**  139:23
**dominic**  269:19
**donation**  73:1,7
**dora**  1:13 2:13
6:17 15:1 311:8
**doreleijers**  250:13
**double**  102:18
**doug**  116:25 118:6
119:2
**downloaded**  240:2
240:11
**dozen**  20:11,12
21:13 81:22,23
88:14 170:8
**dozens**  170:13
295:3,3,3,16,16,16
**dr**  13:7 15:25
16:14,17 20:8
28:13 29:2 30:20
30:23 31:4,6,17
33:5 34:2,14 35:7
35:9,14 36:25
40:25 58:7 72:2
96:10 117:21
122:6 137:21
146:5,12 152:2
162:18 166:18,22
176:18 187:4

190:6 191:9 194:4
194:6 196:12
197:19 202:1
205:20 206:11
208:11 212:14
219:11 227:13
230:14 235:10
237:9 242:5
250:22,23 262:17
263:8,19,22,22,23
264:1,7,15,20
271:14 274:15
275:3 284:3,11
300:18 304:21
305:10,23 306:7
307:18 308:11
310:5 311:19
**draft**  33:15 35:1
**drafting**  136:17
153:15 160:5
221:25 234:18
**dramatically**
59:24
**drawn**  237:2
**drew**  147:7
**drugs**  196:13,24
**dual**  66:11,20
**due**  123:24 145:8
231:2 252:9,9
283:21
**dumb**  147:14,19
**dunsford**  248:1
**duphily**  8:4
310:18
**durwood**  259:21
**dutch**  194:6,7,14
195:1,5,9,13,15,18
196:3 225:22
226:14 237:10,24
238:4 246:25
247:1 251:16,18

251:20,23 252:22
253:9,10,12,14,20
**duties**  66:7,9
**dysfunctions**  46:8
**dysphoria**  11:9
18:11 19:5 58:21
60:12,23 61:5,11
63:6 69:1 83:10
88:22 89:4,10
90:1 91:4 92:4,13
98:7,22 101:3
105:22 107:24
110:11 115:9,14
115:18 117:16
127:19 130:9
131:10,15,17,20
132:8 144:6,12
145:2 168:1,13,19
168:25 169:16,17
170:2,2,25 171:3
171:18 173:14
174:24 176:5
178:25 179:5,8,12
179:21 180:2,17
181:16 182:19
184:13,19 186:3
188:15,21 189:12
194:8 196:7
200:19 202:5
205:25 206:25
207:19,25 209:23
210:5 212:24,25
215:23 232:10,13
232:16 247:9
249:17 256:8
257:9,25 258:2,5,7
307:6 308:12,16
310:11,12
**dysphoric**  26:20
38:1,4,7 40:1,4
43:12 44:22 46:9

52:5,7 55:21 57:5
58:17 79:1 88:12
89:18 90:3 91:24
92:25 93:8 119:6
123:2 125:15
143:24 145:12
169:4,9 171:23
180:10 190:7,14
192:1 200:5
213:23,24 215:8
215:15 260:22
271:15,25 281:1
283:23 288:17

| e |
| --- |

**e**  3:8 16:14,15
181:19 182:3
184:7 191:4 199:7
200:14 217:4
220:24 225:25,25
232:7,9 251:2
288:23 289:6
290:7,19,25 291:2
291:7,17,20
292:12 295:4,14
314:9,12 315:1
316:3,3,3
**earlier**  120:23
139:14 141:25
143:3 152:9
162:23 169:5
170:20 179:1,15
184:9 192:25
193:21 199:7
216:12 245:2
251:9 253:13
259:18 299:12
306:17 307:9
308:11
**early**  50:14,18
76:10,11 78:12
200:18 277:22

Page 18

[early - establishing]

308:15,16,19
309:21
**easier** 278:1
**easily** 142:20
242:14 293:18
**easy** 128:16 285:1
**eaton** 235:20
**edge** 182:25
**edited** 231:3
**editor** 113:1,7,7
248:16,16,24
249:2,3,4
**editorial** 112:22
112:24,25 113:3
114:2 285:24
**editorials** 112:15
112:19 113:15,17
**editors** 100:4
113:3
**educate** 51:7
**educated** 144:20
**education** 1:10,10
2:10,10 4:3,5 6:16
7:3,5 13:9 14:25
15:3 36:24 37:1
37:12,13,24 39:6,7
39:24 42:13 43:11
49:8 52:15 180:19
220:14 311:8,12
314:4 316:1
**educational** 38:6
45:13,16,20 52:13
131:3
**effect** 209:8
**effected** 173:8
**effects** 60:18
115:16 209:14
226:24
**efficiency** 83:3
**effort** 25:16 97:24

**efforts** 60:10
**eight** 20:17 78:18
179:16,20,25
**either** 21:6 23:17
49:11 70:12 99:25
109:23 112:10
137:16 145:8
154:10 162:25
173:4 220:10
242:10 250:24
269:1 293:12
299:2
**elect** 51:18
**electronic** 266:16
**element** 215:3
268:22
**elements** 150:4
158:18 268:23
**elevate** 248:21
**elin** 248:2
**elizabeth** 5:9 14:6
41:8 53:10
**ellipses** 128:6,9
303:4,6
**email** 266:22
287:20
**embarked** 299:20
**emotion** 188:20
**emotional** 246:13
**emotions** 144:12
144:17 145:1,11
**empirical** 99:8
104:20,21 190:9
190:10
**employee** 86:18
313:16
**employees** 82:21
108:15
**employer** 79:13
**employment** 53:4
53:5 79:11 303:3

**encompass** 27:11
27:22 71:16
**encompasses**
92:12
**encountered**
185:11
**encroaching** 85:12
**ended** 71:8
**endocrine** 10:16
199:19 200:4,25
201:3,5,9,16,20
202:3,10,13,18
234:25 236:15
237:2
**endocrinologist**
80:11 179:2
**endocrinology**
235:14
**endogenous** 272:8
272:18
**ends** 60:1 311:19
**engage** 80:18
181:7
**engaged** 281:12
**engaging** 68:6
**english** 53:21
55:10,10
**enjoy** 37:5
**enormous** 290:2
291:12 294:23
295:1
**ensure** 77:20
102:25 281:11
**ensured** 29:14
**ensuring** 25:3
294:20
**entered** 200:6
269:15
**entire** 47:20 51:3
58:23 104:21
206:18 219:7

**entirely** 85:18
144:21,22 198:20
270:21
**entities** 181:23
182:5 217:5
**entitled** 106:22
113:22,24 187:6
**entity** 76:23 95:19
96:21 184:9 228:7
**enumerate** 280:9
**environments**
276:10,25 277:4,6
**equal** 243:15
272:1
**equally** 189:23
206:19
**equipment** 108:7
**equivalent** 251:23
**ereinhardt** 5:21
**erotophobic**
289:13
**errata** 12:1 265:23
265:25 314:14,16
315:3,5
**error** 94:25 95:1
193:23
**errors** 214:20
215:11 260:20
263:25
**especially** 95:4
129:11 171:13
309:21
**esq** 314:1
**essentially** 141:2
226:20 252:16
285:2
**establish** 16:20
**established** 99:13
**establishing** 276:9
276:18

[estimate - expertise]

**estimate** 44:25
208:8 216:22
**estimation** 138:18
**estrogen** 197:22
**et** 9:22 13:9 92:20
193:18 225:23
226:15 227:2
230:2 234:24
237:17,21 238:13
238:18 242:7
243:17 247:6
250:1 261:2
267:15
**europe** 181:21,23
182:5 195:21
**eva** 250:13
**evaluated** 301:24
**evaluating** 174:13
257:20
**evaluation** 12:3
181:10 182:14,24
202:10 205:19
267:15
**evaporated** 193:1
**event** 310:9
**events** 61:16 69:7
69:10 102:13
293:13
**eventually** 169:17
214:18 242:1
**everybody** 63:1
70:5,7 214:16
277:5 288:7
**everybody's** 311:1
**evidence** 90:25
91:1 184:5 191:16
192:25 269:7
273:12 304:2
**exact** 126:15 153:2
206:14 215:19

**exactly** 77:20 85:9
85:16 90:25 91:21
98:5 100:23
133:13 170:23
206:3 226:7 243:2
243:7 257:1 271:2
273:20 288:23
293:4,10,12
294:16
**exaggerate** 124:24
**exaggerated**
282:20
**exaggerating**
293:2
**examination** 9:2
15:23 306:4 310:7
**examined** 15:20
**example** 42:20
142:21 144:14
161:5 167:22
170:12 188:6
198:21 212:19
217:21 218:16,20
224:22 279:20
303:16
**exceptions** 281:5
**exchange** 232:7
**exclude** 24:12,18
24:24 25:10
**excluded** 25:20
**exclusion** 302:22
**executed** 35:7,16
138:13,25 312:11
**execution** 33:20
33:25
**exercise** 89:7,24
92:17 122:23
123:5
**exhaustive** 226:20
**exhibit** 9:12,15,18
9:22 10:1,3,5,9,15

10:21,25 11:6,11
11:15,20,24 12:1,3
12:7,10 32:15,16
34:11,12 136:8
137:4 145:22,25
146:3 155:15
156:21 176:10,11
186:21,24 190:20
190:21 193:11
207:13 212:15
225:13 227:8,9
230:9,11 235:5,6
238:25 239:1,7
243:23,24 245:23
247:13,14 250:6,7
254:10,11 259:12
259:13 260:24
261:23,24 265:16
265:17 266:10,11
268:3,4,7 269:14
274:9,10 275:5,5
286:14,16 289:1
290:18 291:23
302:9
**exhibits** 9:10
32:13,19 34:9
**exist** 212:19
231:11,12 281:5
282:23
**existence** 129:10
221:19 230:22
272:7,16 273:4,15
**existing** 43:21
45:12 99:5 108:1
145:15 158:19
174:14 219:14
223:23
**exists** 94:12 186:7
205:11 224:19
280:6

**expect** 170:14
**expectation**
218:23 219:17
**experience** 41:25
47:13 55:20
115:14 126:24
127:3,4 131:1
148:5,6 170:11
178:25 197:9
212:25 271:15
293:1
**experienced** 49:3
271:25
**experiences** 69:16
77:17,19 110:25
126:23 144:25
292:7
**experiencing**
218:10,20 219:16
308:16
**expert** 23:21,25
24:3,5,9 25:3,17
29:3 31:21,25
35:9,24 100:11
134:1 135:17,21
137:22 138:8
139:8 155:15,16
155:21,22 157:6
157:15 159:3
161:25 162:8
165:3,7 174:8
178:3 196:23
202:3,8,12,17
205:7,13,15,21
207:24 212:15
213:19 219:25
221:21,25 239:9
305:11 306:8,18
307:2
**expertise** 70:24
139:15 180:15

Veritext Legal Solutions
866 299-5127

[expertise - fine]

205:11,12 301:11
**experts** 49:2 100:4
  100:8 148:2
  201:19 263:3
**explain** 16:19
  157:13 165:5
  168:24 169:6
**explained** 172:14
  244:14,20
**explanation** 44:17
  105:3 170:7
  219:12,13
**exposed** 147:25
**exposure** 148:9
**express** 203:20
  280:9 290:11
**expressed** 225:6
  290:8,12,13 292:3
**expresses** 284:4
**expressing** 107:23
  215:23
**extend** 100:16
**extent** 134:2,4,15
  224:21
**extra** 51:14,14
**extraordinary**
  25:2,5
**extreme** 182:16
  216:18 277:18
  303:17,18
**extremely** 49:3
  58:15
**extremism** 302:24
**eyes** 242:2,2,4

**f**

**f** 191:4
**faced** 241:5
**facilities** 226:10
**fact** 24:5 88:18
  95:7,16 119:11
  251:15 252:3

260:23 263:22
  271:12 283:21
**factor** 143:21
  248:22
**factors** 90:19
  144:4 240:24
**facts** 160:15,15
  171:14 224:1
**fail** 182:23 242:2
**failed** 225:19
**failing** 298:3
**fair** 17:14 60:22
  67:11 93:14 94:21
  103:2,5 104:11
  109:22 112:12
  113:18 146:22
  149:12 150:25
  155:20 156:20
  158:14 164:4
  173:19 178:21
  191:25 195:5
  196:10 199:5
  206:3 214:10
  224:10 229:11
  232:18 236:5
  238:7 241:6,22,24
  242:3 252:21
  253:22 273:14
**fairly** 253:20
**fake** 280:2
**fall** 75:25 160:15
  308:17
**false** 242:21,25
  279:22
**fame** 228:8,10
**familiar** 128:14,15
  129:15,15 176:19
  176:20 181:3
  188:12 227:21
  232:4 235:24
  239:24 247:7

250:17,19 259:25
  262:12 287:25
**families** 11:25
  216:14 262:8
**family** 73:3,7
  154:10 199:8
  306:22
**far** 18:7 185:13
  232:25 308:5
**fascinating** 111:10
**fazio** 89:11 95:25
  96:2 97:25
**fazio's** 96:22,23
  97:22
**feasible** 163:6
**february** 35:8,16
**federal** 315:1,8,9
**feedback** 100:9
**feel** 16:5 75:8
  142:23 143:23
  169:9 189:12
  191:18,21 239:5
  262:21 276:21
  279:24 297:25
**feeling** 144:17
  213:24
**feelings** 145:12
**feels** 295:19
**fees** 285:4,7,10
**fellow** 49:24 97:13
**fellows** 108:18
  130:19
**fellowship** 47:12
  50:1,2,21 51:9,19
  52:3
**felt** 134:8 268:8
  292:4,4
**female** 91:10
  104:13 106:24
  107:3 164:10
  172:20 173:7,20

174:4,5 177:25
  178:13 223:15
  307:6
**females** 161:7
**fetish** 188:7
**fewer** 246:13,14
**field** 43:22 44:7
  55:20 147:8
  210:14 220:17
  228:16 263:21
  264:18,22 268:12
  268:17
**fighting** 307:5
**figuring** 185:15
  245:20
**file** 269:15
**filed** 13:9
**fill** 51:14
**final** 47:16 153:1
  263:13 303:7
**finally** 74:3 109:11
  132:25 291:25
  292:17
**financially** 313:15
**find** 69:25 70:2
  94:10 102:12
  152:11 153:3
  216:16 220:12
  229:4 243:6,13
  257:9
**finding** 75:4 99:6
  99:8 226:11
  246:20,22 249:19
**findings** 99:3
  118:17 252:22
  253:9 271:6
  288:19
**fine** 16:11 82:17
  103:15 128:15
  199:15 247:22

[finish - full]

**finish** 206:7,11
**finished** 41:24
   90:9 263:14
**fire** 162:7
**firming** 255:23
**first** 9:22 20:14
   23:24 33:8 74:25
   88:16 94:24 97:20
   97:23 105:17
   115:12,21 119:10
   119:11,12,13,15
   120:25 123:12
   126:24 133:3
   134:12,23 137:17
   147:1,6 149:2
   177:1,23 213:25
   215:24 216:3,10
   222:2 230:22
   253:25 263:3
   270:8 275:18
   282:23,23 285:13
   289:9 302:20
**fit** 174:21 218:24
   219:18 270:22
**five** 57:15 68:4
   74:23 87:9 103:11
   116:2,5 120:1
   121:18 212:1
**flat** 243:6
**flaws** 157:16 165:8
**floor** 4:21 5:14
   7:19
**florida** 11:24
   262:6,7
**fluctuate** 74:17
**fluke** 242:15
**focus** 26:8,12,15
   28:4 38:23 42:4
   44:4 50:3,4,4,22
   51:1,5 52:4 54:3,7
   54:11 55:16 58:19

58:19 59:19 60:3
   60:11,22 61:2,11
   61:16 63:10 65:11
   87:23 88:12 92:19
   99:11 103:19
   105:21 109:21
   112:1 123:1
   125:10 127:14
   130:7,11 132:4,6
   140:10 142:18
**focused** 26:2 27:5
   37:15 39:9,18,19
   42:15,16 43:7,13
   43:14,24 56:16
   63:17,19 64:6
   65:6 68:12 98:10
   109:22 117:15
   121:5 150:2
   232:15
**focuses** 90:22
   92:24 98:15 102:5
   125:5,14 127:18
   142:16
**focusing** 177:3
**focussed** 48:3
**folder** 32:13,19
   34:9
**folks** 117:15
   149:21 187:21,24
   188:4 246:6 248:6
   250:17 252:4
   296:24
**follow** 11:15 71:2
   177:24 188:12
   228:25 229:20
   255:9
**followed** 251:10
**following** 115:13
   155:23 177:18
   178:9 218:9
   263:18

**follows** 15:21
   168:6 192:9 314:8
**font** 257:17
**footnote** 289:3,4
   290:16,17 291:1,1
**footnotes** 213:11
**forbids** 164:9
**foregoing** 312:6
   313:6,8,12
**form** 25:12,16,18
   26:14 45:22,22
   61:13 63:8 64:7
   65:13 70:13 77:6
   86:15 104:17
   112:8 120:3 124:3
   124:17 126:13
   128:11,25 133:18
   136:25 158:16
   159:7,18 160:21
   161:14 164:18
   167:12 173:2,25
   174:18 197:6
   198:11,19 210:7
   211:13 225:3
   234:12 242:8
   244:22 272:10
   273:7 282:17
   283:6,24 293:11
   299:6 300:6,20
   301:5,20 304:14
   309:18 310:15
**formal** 20:21
   37:13,24 39:7,24
   41:7,18 42:13
   44:12 52:15 68:20
   81:13 84:1 140:17
   141:13,14,17,18
   181:24 301:16
**formed** 72:25
   222:11

**former** 183:19
**forming** 199:20
   251:19
**forth** 313:7
**forum** 287:17
**forward** 115:25
   284:20 291:20
**found** 145:19
   206:16 220:18
   222:25 228:21
   229:16 233:1
   236:14 242:14
   249:15 251:21
   271:23
**four** 54:22 114:22
   124:12 204:2
   295:23 296:15
**fourth** 288:2
**frampton** 6:7 15:9
   15:10,12
**frcp** 315:1
**free** 16:5 239:5
   262:22 278:11,15
**freedom** 6:4 14:22
   15:12 134:24
**french** 53:19,23
   55:4
**frequently** 45:11
   126:7 269:3,4,5,8
   269:12
**friday** 30:17 31:8
   31:9
**friend** 1:6 2:6
**front** 34:18 53:3
   86:25 125:19
   193:10 306:19
**frontline** 62:22
**full** 47:21 52:15
   55:12 111:25
   199:20 257:18
   271:9

Page 22

[fully - go]

| | | | |
|---|---|---|---|
| **fully** 271:22 | 19:5 22:12,21 | 205:25 206:25 | 188:12 210:14,15 |
| **fulsome** 188:23 | 26:20 38:1,4,7 | 207:19,25 208:12 | 211:6 241:3 |
| 189:10 | 40:1,4 43:12 | 208:19 209:23 | 282:25 293:23 |
| **function** 48:3 | 44:22 47:20 48:7 | 210:5 211:12 | 308:24 |
| 115:12 196:15,16 | 49:16 52:5,7 | 212:23 213:22,24 | **genitalia** 273:4,15 |
| 226:17 249:15 | 55:21 57:5 58:17 | 215:8,15,23 | 274:1 |
| **functioning** 10:25 | 58:21 60:12,23 | 226:24 227:4 | **genuinely** 293:21 |
| 11:8 76:2,3 172:6 | 61:5,10 63:6 | 228:22 229:9,17 | **gestation** 59:24 |
| 209:18 243:18 | 68:25 79:1 83:5,5 | 230:3 232:10,13 | **getting** 38:22 74:3 |
| 247:8 251:22 | 83:9 87:24 88:12 | 232:16 233:2 | 85:14,22 120:24 |
| **functions** 55:11 | 88:17,22 89:4,10 | 234:25 238:19 | 150:4 216:13 |
| 66:22 | 89:18 90:1,3,18,22 | 243:19 247:9 | 237:8 |
| **fundamental** | 91:4,23 92:4,8,13 | 249:17 250:3 | **gibson** 267:14 |
| 209:16 263:25 | 92:21,22,25 93:8 | 255:23 256:8,13 | 269:18,19 |
| **funded** 108:3,4,22 | 95:6 96:16 98:7 | 256:17 257:9,10 | **girl** 175:6 |
| 108:22 | 98:21,21,22 101:2 | 257:25 258:1,5,7 | **girls** 174:9 175:8 |
| **funding** 108:5 | 101:13,17,20 | 260:22 271:15,25 | 222:12 223:5 |
| 109:1 114:13,15 | 102:5,14 105:22 | 281:1,19,22 | 273:22,24,24,25 |
| 114:23 115:5 | 107:15,23 109:18 | 282:16 283:3,23 | 304:12 |
| 117:19 | 110:11 115:8,14 | 288:17 292:2,19 | **give** 32:22 66:16 |
| **funds** 115:7 116:1 | 115:18 116:24 | 299:12 303:1,13 | 124:22 125:2,9 |
| 116:5,8 | 117:3,5,15 119:6 | 307:5 308:12,16 | 129:5 145:23 |
| **funny** 121:4 | 123:2 125:15 | **genders** 162:5 | 146:17,23 148:16 |
| **further** 115:21 | 127:1,19 128:2 | **general** 3:14 4:4 | 151:8 153:12 |
| 248:25 262:22 | 130:8 131:10,14 | 7:4 11:3 54:3 | 160:12 186:21 |
| 267:23 305:24 | 131:14,16,19 | 56:10 79:22 | 206:22 208:5,8 |
| 313:12,14 | 132:8 143:23 | 106:18 124:11 | 215:2 217:22 |
| **future** 114:3,8 | 144:5,12 145:1,12 | 153:13 154:17 | 270:7,10 285:9 |
| | 161:2 168:1,18,24 | 161:3 166:8 | **given** 23:21 68:2 |
| **g** | 170:1,2,2,25 171:3 | 177:19 184:22 | 81:11 123:13 |
| **gain** 110:24,25 | 171:18,23 173:14 | 186:6 243:20 | 127:21 149:19 |
| 248:24 | 174:11,24 175:9 | 256:13 257:11 | 156:17 214:23 |
| **game** 242:15 | 176:4 178:25 | 277:4 281:7 283:8 | 240:24 268:11,11 |
| **gamut** 61:23 | 179:5,8,11,21 | 307:1 | 311:19 |
| **gap** 40:14 | 180:2,9,17 181:16 | **general's** 14:19 | **glad** 32:11 |
| **gay** 89:14 187:20 | 182:19 184:13,19 | 133:9 | **glaring** 94:25 95:1 |
| 187:24 188:4 | 186:2 188:15,21 | **generally** 75:6 | **glazier** 269:19 |
| 189:18 190:3 | 189:12,14 190:7 | 80:15 82:18,19 | **global** 251:22 |
| 262:20 264:5,11 | 190:14 192:1 | 83:1 111:24 112:6 | **go** 20:13 21:21 |
| **gender** 10:7,9,16 | 194:8 196:7 200:5 | 140:15 154:1 | 24:20 32:12 34:8 |
| 10:23 11:2,9,13 | 200:5,19 202:4 | 185:12 187:19 | 50:6 57:21 58:5 |
| 18:11,13,19 19:3,3 | | | |

81:15 88:15 89:6
89:6,21,24 93:11
94:8,16 95:21
97:2 105:4 121:20
122:4,23 128:20
143:17 151:16,24
152:19,19 153:8
154:18 171:21
206:1 207:1,20,25
212:4,12 233:24
255:3 259:4 272:8
272:18 274:16,25
276:8,17 280:14
280:22 281:2
291:17 304:25
305:8 306:16
310:18
**goes** 93:20 159:25
160:23 173:15
**going** 18:9 25:7
32:13 35:2 39:5
57:13,23 60:8
70:7 82:24 85:4
90:14 107:21
121:22 122:23
134:17 145:21
148:4 150:10
151:17 154:3
156:21 160:12
165:2 176:8 177:3
185:5 186:20,21
190:18,19 199:13
212:2,5 215:25
216:1,15 217:15
219:6 227:6 229:1
230:8,9 235:4
243:22 247:12
250:5 254:8 255:3
259:10 261:21
265:15,22 266:9
268:1 270:21

274:8,18 279:21
282:2 285:20
286:13 287:7
288:23 291:21
299:21 300:12,14
302:7 304:19
305:1,10
**gonadotropin**
200:7
**good** 13:4 14:4
15:25 57:20
103:16 121:19
151:14 199:16,17
212:1 274:13
284:8 288:6
292:21 296:6
304:19
**goodness** 139:20
214:4 277:16
306:15
**gotten** 79:18,20
82:16
**government**
161:15 182:4
184:8 217:4 257:1
**governmental**
177:10 181:23
**graduate** 38:12,24
39:3 96:3
**grant** 108:8 118:2
119:7,8,9,18 120:7
**granted** 115:22
**grants** 114:19
119:23
**great** 16:19 17:10
17:24 18:7 19:2
19:13,17 28:24
29:6 30:21 32:11
33:3 34:1,20
35:20 36:23 41:2
41:20 50:20 52:3

53:25 62:11 64:18
68:14 80:7 87:2
88:25 89:21 90:12
93:10 97:1 100:25
107:22 115:19
119:22 123:5,8,11
146:7 152:9
173:12 176:17
177:8 187:3
190:25 205:23
218:8 220:2,5
225:11,15 227:15
230:7 235:3,12
246:1 247:25
250:11 251:17
254:17 259:17
260:15 262:4
263:2,15 268:12
268:21 269:17
270:1,13 275:1,8
275:14,23 286:22
291:7 302:14
303:12 305:15,21
310:19
**greater** 255:24
**greatly** 307:22
**green** 3:6 15:5,5
230:1 231:8,24,25
233:13 311:3,3
**grossly** 84:9
**ground** 16:19
**grounds** 25:9
**group** 48:14,21
50:9 67:4 167:24
171:15 237:10,15
237:25 238:14
240:23 252:6,12
253:20 255:24
256:4,7,21,25
309:10

**groups** 165:21,22
171:16 217:15,18
242:17 309:2
**grow** 187:7
**growing** 153:19
**guess** 24:23 185:8
202:11 215:13
223:4 294:17
296:13
**guesses** 144:20
**guidelines** 199:20
200:4 201:10,13
202:4,10,14
289:20,24

---

**h**

**h** 16:15 47:10
316:3
**h.b.** 155:25 157:12
158:15 163:21
164:7 167:11,18
168:4,9,22 169:1
172:25 173:8,19
174:15 175:12,19
176:3 177:12
178:4,8,12,15,18
**hal** 6:7 15:12
**half** 47:19,21
88:14 100:24
140:9 148:8
**halvorson** 8:7
13:14
**hand** 263:12
**handed** 96:17
**handedness** 89:13
**handful** 186:7,11
**handled** 86:8
314:8
**hands** 239:11
**hang** 90:14 244:1
**happen** 21:5
100:12 138:10

[happened - hypersexual]

**happened**  25:16
60:19 61:17 85:2
132:3 204:11
291:13
**happening**  84:8
181:20 195:21
245:21
**happens**  60:16,17
80:21 209:10
268:24
**happy**  17:11 80:7
**harassing**  289:12
**hard**  44:25 59:21
202:6 303:17
**harrison**  1:10,14
2:10,14 6:16
14:25 311:8
**hartnett**  5:5 14:2,2
**hateful**  289:12
**head**  18:3,4 62:6,8
62:12 63:5,18
64:10,22,25,25
66:13,20,21 67:3,8
67:10 131:7
233:25
**heading**  225:15
**health**  10:5,17,22
11:20 47:2,4 59:3
59:6,13 67:9,10
73:4 75:23 80:24
81:3 202:22 203:2
227:2 232:21
235:1 238:19
240:20,24 246:9
259:19 260:25
265:23 281:18
**healthcare**  18:10
80:16 249:22
283:16 299:15
300:2

**healthy**  80:17
171:24 276:10,24
**hear**  40:23,25
134:14 292:6
308:3
**heard**  29:19
171:10 182:6
189:2 255:2 297:1
**hearing**  306:22
307:19
**heather**  1:6 2:6
4:4 7:4 13:8
**held**  13:13 79:12
**help**  33:15 35:1
70:19 110:12
127:5 171:13
176:21 181:19
194:19 218:24
219:18 276:21
**helpful**  44:15,16
155:14 260:6
**hereto**  32:17 34:13
146:1 176:12
186:25 190:22
227:10 230:12
235:7 239:2
243:25 247:15
250:8 254:12
259:14 261:25
265:18 268:5
274:11 286:17
312:9
**hesitate**  63:9 71:7
99:21 104:18
112:9 152:15
205:10 256:23
270:20 291:10,11
**hesitation**  128:16
**heterosexual**
91:14 264:7

**hframpton**  6:13
**hi**  14:2
**higher**  66:18
257:10 271:16
272:2
**highly**  139:22
142:6 169:9 228:2
228:7,15 232:22
248:12 268:18
275:17 289:19
**hipaa**  71:19 76:9
151:2
**hiring**  108:6
**history**  36:24 53:4
53:5 114:13 150:3
**hit**  274:12
**hold**  23:14 62:12
202:2,11,16 205:7
260:13
**holistically**  61:11
**holsterom**  5:11
**holt**  248:2
**homophobic**
289:12
**homosexual**  91:15
262:18
**homosexuality**
90:18,23 143:19
143:20 144:8,24
145:9
**honestly**  293:25
**honesty**  292:8
**hope**  218:12,22
219:17
**hopefully**  53:3
**hormone**  10:10,23
79:6 82:4 115:13
115:16 197:23
198:3 200:7 230:3
238:6,20 240:18

**hormones**  80:1,10
82:12 132:18,23
185:19 194:13
197:20 198:8,11
198:14,18 199:3
233:2 237:12,16
238:1
**hospital**  41:7,9
52:2 53:10 54:16
55:11 66:11 70:3
70:4,10 71:5,8
72:12 73:1 83:7
83:12 84:6,16,18
84:20,21,25 85:13
85:13,17 86:5,8
183:16,18
**hospital's**  108:25
**hottub**  303:5
**hour**  17:17 57:14
85:11,11 103:9
150:2,7,10 199:14
212:2
**hours**  85:12
**housing**  303:3
**huh**  100:2 115:15
182:11 237:20
**human**  43:14,17
43:24 46:1 56:21
56:22 59:18 60:6
75:22 76:1 87:21
87:22 116:23
122:15,17
**humans**  105:14
**hundred**  210:23
211:3,4,17 296:13
296:14
**hurricane**  6:10
**hurt**  292:4
**hutchens**  4:4 7:4
**hypersexual**  64:1

Page 25

**hypersexuality**
64:6 65:7 90:1
140:12,14,19
141:2,5
**hypothesis** 209:3,4
209:7,18 219:19
219:22

**i**

**idea** 156:16,18
182:10 208:5
222:21
**ideas** 278:6
**ideation** 236:16
237:4
**identification**
32:16 34:12
145:25 176:11
186:24 190:21
227:9 230:11
235:6 239:1
243:24 247:14
250:7 254:11
259:13 261:24
265:17 268:4
274:10 286:16
**identified** 93:10
104:15 143:18
**identify** 13:18
15:10 58:20
143:13 177:10
180:9 206:1 207:1
207:20 208:1
211:5 229:4
230:15 266:17
**identifying** 143:21
**identities** 11:22
58:16 92:12 98:15
101:2 111:25
117:16 127:1,18
132:7 259:20
265:25

**identity** 18:14,20
22:12,22 47:20
48:7 49:16 87:25
90:19,23 92:8,22
95:6 96:16 98:21
101:13,17,20
102:5 107:15
109:19 116:24
117:4,5 143:6
161:2 174:11
175:9 180:12
189:14 200:17
**ideological** 191:15
**ignore** 276:6
**ignoring** 281:10
**ii** 175:7 200:6
**illinois** 21:4,12
**illness** 21:1,20
66:1 73:10
**imagine** 202:6
270:25
**imaging** 115:17
116:22
**immediately** 41:7
295:4
**impact** 10:15
166:11,14 176:2
234:24 248:22
**impacted** 168:3
**implants** 279:23
**implications**
298:25 299:2
**important** 245:22
248:23 300:9
**importantly** 292:1
292:18
**improve** 165:16
166:9
**improved** 236:16
237:4

**improvement**
192:17 226:8,12
**improvements**
226:16 237:6
240:20
**improves** 166:23
167:1
**inappropriate**
289:11
**inaugural** 72:19
72:22,24,24 73:23
**incident** 298:13
**include** 28:1,3
43:17,19,20 63:13
63:24 95:9 101:13
140:11 153:4,21
153:22 160:24
213:9 222:10
229:10 249:19
275:14
**included** 26:10
27:1 28:17 43:15
45:3 46:2 63:10
158:4,22 186:4
205:18 222:5
224:13,17 251:25
267:19 276:22
292:11 314:14
315:3
**includes** 78:1
101:15 111:4
220:6
**including** 29:14
108:12 116:23
170:9 222:23
237:10 281:20
290:13
**inclusive** 276:9,13
276:18,19,20
**incomparable**
150:14

**incongruent** 200:5
**inconsistent**
158:18,22
**incorrect** 193:19
260:18
**increase** 107:22
153:17 248:19
**increased** 249:15
**increases** 214:1,7
258:13,19,22
259:1
**increasingly** 276:1
276:4
**independent** 45:17
98:24 119:16
**independently**
30:2 261:10
**index** 9:1
**indiana** 146:10
**indicate** 162:14
196:19 271:18
**indicated** 241:17
**indicates** 273:12
**indicating** 20:24
81:17 192:16
217:13
**indirect** 109:1
221:10
**indirectly** 63:13
89:11,12 90:17,19
90:22 108:22
116:19
**individual** 29:13
48:13 110:11
111:1 143:13
145:10 154:4
217:11 272:17
308:15,17
**individually** 20:14
**individuals** 23:18
26:1 48:21 50:8

Page 26

[individuals - involve]

58:9 67:7 84:12
86:19 89:3,3,9,10
91:5 93:1,8,8
101:16 119:6
131:4 144:11,17
144:25 171:23
211:9,17 232:5,11
235:25 239:25
283:22 296:2
307:11,13
**induce** 181:9
**inform** 104:14,19
292:24
**information** 70:18
76:9 82:25 85:5
92:12 101:16
134:3 148:17
158:9 161:20
172:7,8,15,16
173:12,16 181:18
182:4 217:5
264:24
**informative**
111:10
**informed** 133:4
197:2,6 198:7,10
**informing** 287:21
**informs** 104:22
**initial** 120:9
**initialed** 312:8
**initially** 96:22
226:7
**initiated** 99:24
**initiator** 81:10
**injunction** 35:11
136:10
**ink** 312:8
**input** 49:8 102:11
102:15
**inside** 186:5

**instance** 265:9
**instances** 22:2
283:4 307:10
**institute** 9:18 37:2
73:4 146:9 161:16
**institution** 48:1
72:25
**institutions** 275:25
**instruct** 17:6
134:17
**instructions**
248:17
**instructors** 49:7
**instructs** 16:23
**instruments** 68:21
**integrate** 158:11
161:16
**intelligence** 42:21
42:22
**intended** 209:8
**interact** 139:24
142:7 210:23
**interactions**
248:15
**interdisciplinary**
37:8
**interest** 20:25
135:24 136:1
139:23 142:6
178:5,8,12 188:1
188:11 309:11
**interested** 134:8
135:17 145:16,18
188:3,3 313:15
**interesting** 126:10
242:23
**interests** 46:9
177:10,19
**interfere** 55:13
142:7

**intern** 49:18,19
57:10 59:2,9,10
**international**
235:14
**internationally**
196:3
**interning** 49:20
**interns** 68:24
**internship** 47:16
47:19 48:6 49:22
96:4 147:23 148:3
**internships** 67:25
**interpreted**
258:12
**interrelate** 63:12
**interrogatories**
9:23 177:1
**interrogatory**
177:8
**interrupt** 35:3,3
307:17
**interrupted**
295:11
**intervals** 120:22
**intervenor** 1:18
2:18 6:3 15:13
155:7,9
**intervenor's** 155:4
156:5
**intervenors** 14:22
**intervention** 10:17
234:25 236:15
237:3 252:10
279:11 280:1,3
**interventions**
238:6 278:20
279:8,12,16 280:6
280:11
**interview** 9:18
69:11 146:11,15
146:19,20 155:6

**interviewed** 69:14
**interviewing**
69:14
**interviews** 146:17
148:14,17
**introduce** 32:13
34:10 145:21
176:9 186:20
190:19 227:7
230:8 235:4
238:24 243:22
247:12 250:5
254:9 259:11
261:22 265:15
268:2 286:13
302:7
**introducing** 275:4
**introduction**
270:8
**introductions**
13:24
**introductory**
213:13
**invasive** 289:16
**investiga** 181:24
**investigation**
144:20
**investigations**
181:24 216:15
**investigator**
114:22 115:3
119:1
**investigators**
119:2 120:7
**invitation** 100:3
100:17
**invite** 100:4
**invited** 100:13
**involve** 25:22,25
63:5 69:3 79:1
121:1 131:23

Veritext Legal Solutions
866 299-5127

[involve - know]

132:11,17,20,22
285:18
**involved**  79:8
117:13 118:5,7
121:7 149:5
150:23 162:3
201:8,12 204:21
205:3 250:21
277:25 284:23
300:15
**involvement**  118:8
133:2 202:1
223:13
**involving**  307:2
**inwards**  227:18
**ironically**  302:21
**irregular**  188:24
**irv**  56:14,17,19
**ish**  151:12
**isolation**  218:11
218:21 219:16
**issue**  46:6 70:23
83:15,17 96:21
110:13 163:6
178:22 252:3,6
283:21 284:4
292:3,19,20,25
294:3 296:21
297:6 298:5 301:9
307:1
**issued**  12:1 265:13
**issues**  21:22,24
22:13,22 26:5
45:2 46:9 48:4,25
49:1,3 55:13
58:16 65:17,18
69:3,5,6 75:9 83:5
83:9 88:22 89:17
91:4 92:24 101:13
103:23 104:15
131:19 132:2,8

161:20 269:6
277:17,17 288:16
293:2,24 307:25
309:22
**italiano's**  106:7
**item**  303:7
**items**  177:22
**ix**  177:24 178:9

**j**

**j**  16:14 88:18
109:14,17 129:21
**jackson**  1:6 2:6
13:8
**jama**  228:5,6,9,12
**james**  1:20 2:20
9:3,12,15,20 13:7
15:19 16:14
146:12 312:5,16
314:5 316:2
**jamescantor.org**
12:8 275:11
**january**  66:4
187:12
**jblock**  7:21
**jeffrey**  6:19 14:24
311:7
**jeffrey.cropp**  6:24
**jenifer**  250:12
**jennifer**  235:20
**jensen**  31:17 202:1
**jessica**  269:19
**job**  1:24 41:15
314:5
**jobs**  41:14
**johansson**  255:6
**johnson**  6:18
**johnson.com**  6:24
**joined**  284:24
285:13
**joint**  307:4

**jokes**  289:14
**jonah**  231:25
**jonathon**  227:17
**josephson**  22:3,5
23:4 139:10
**josh**  14:12
**joshua**  7:17
**journal**  99:22,23
99:24,25 100:12
113:2,5,8,21,24
114:3,4,5,8 228:1
228:4,12 232:21
235:14 240:5
246:9 248:9,11,16
248:20,20,23
249:1,6,8,10,11
251:8 285:24,24
**journal's**  248:21
**journals**  114:10
**julie**  5:10
**july**  115:23 116:7
116:9,10 191:6,7
192:4,6,7 251:7
290:21 302:15
**june**  33:25 35:11
54:23 116:11,12
136:11,17,20
137:13,25 138:14
138:25 139:9
**justified**  175:13
**justin**  146:18
**jveroff**  5:22

**k**

**k**  56:17 97:10
**kagay**  1:23 2:24
13:16 313:24
**kang**  5:7 14:8,8
**katelyn**  5:7 14:8
**kathleen**  5:5 14:2
**katie**  259:22

**keep**  74:18 152:19
153:7 199:13
298:24
**kelley**  6:6
**kelly**  4:7 7:7 15:2
311:11
**kettenis**  250:14,22
250:25
**khartnett**  5:17
**kibblewhite**
107:13 108:19
**kid**  78:23 123:15
123:15
**kids**  78:4 116:15
123:17 167:4,8,18
167:20,20 168:7,8
168:10,10,16
186:8 187:7,17
191:18,20 192:17
205:25 206:25
210:5 226:9 229:5
**kim**  227:19
**kimberly**  235:20
**kind**  21:18 68:5
108:6 114:7
146:19 150:5
166:13 173:16
189:3,9 201:15,19
208:4 216:25
233:18
**kinds**  82:23 99:10
173:17 183:9
**kingly**  28:10
**kinsey**  9:18 146:9
**kkang**  5:18
**kmorgan**  4:12
7:12
**knew**  95:3,5 297:2
**know**  17:11 24:25
27:8 32:21 34:15
42:25 55:19 66:6

Veritext Legal Solutions
866 299-5127

[know - letters]

68:23 71:18 72:17
75:24 76:5 77:21
77:22 82:16 83:2
84:16,23 100:10
100:18 101:7
104:1 110:13,22
110:24 121:12
129:14 135:15
137:22 148:1,16
152:17 154:5,19
157:1 160:4
161:17 162:19
163:5,7 164:23
166:24 172:1
175:24 176:15
181:18 183:5
185:6 186:10,13
197:13,19 198:17
198:22 201:15,25
202:20 203:1,13
203:16 204:12,25
206:18 207:17
213:14 215:25
216:2,4 217:17,21
222:21 223:13
227:12 228:14,16
228:18 230:22
232:25 235:9
244:23 245:2,3,9
246:6 248:6
254:14,25 257:8
261:17,19 262:2
262:14 263:4,14
265:20 269:2,8,14
273:23 275:6
280:2 286:19
288:23 289:25
292:11,22 293:20
294:25 295:14
296:9 297:3
299:11 301:6

303:23 306:9
**knowledge** 25:8
56:24 84:15
110:25 156:15
166:13 183:17,21
199:2 203:8 216:9
217:2 222:19
223:14,14 228:20
232:23
**knowledgeable**
58:16
**known** 37:3 47:6
73:4,6 98:21 99:2
99:19 130:4 148:2
183:23 193:21
206:16 207:22
221:19 264:24
268:11,16,18
284:25
**kristina** 259:21
267:6 268:10
269:19 270:1
**kuper** 238:17
239:14,18 242:6

**l**

**l** 16:15
**lab** 49:8 120:18
**label** 298:21
**laboratory** 85:10
**lack** 128:7 265:5
**lacked** 252:6
**lai** 117:1
**lainey** 1:17 2:17
155:9
**lamb** 263:22
**lambda** 4:15 13:22
13:23 14:1 16:3
**lambdalegal.org**
4:23,24,25
**landén** 255:6

**lane** 235:21
**langhofer** 6:8
**language** 42:4
281:21 282:15
283:2,20
**large** 73:1,7
129:24 181:20
206:13,21 207:7
284:25
**largely** 73:16
150:1 285:21
**larger** 186:5
214:20
**largest** 83:4
129:25 194:8
**late** 46:15,16
50:18 76:12
192:12 309:25
**latest** 193:11
203:8
**lau** 239:19
**laura** 239:18
**law** 3:7,16 4:8,19
5:12 6:9,20 7:8
59:3,6,13 67:9,10
71:22 162:13
166:9 172:4 174:1
174:6 175:2
261:18 264:16
**lawmaker** 161:23
**lawrence** 130:1
170:20
**laws** 71:19 151:2
**lawyer** 164:1,3
174:19
**lawyers** 69:22
133:4,6
**lay** 109:18 301:7
**layperson's**
300:24

**lead** 85:17 131:13
131:19
**leading** 293:13,14
293:14
**leads** 268:20,22
**learn** 133:3
**learning** 42:20
44:5
**leave** 83:12,22
85:17 86:9
**leaving** 83:6 114:2
184:16 224:4
**led** 149:8 273:23
288:21,22 298:13
**left** 75:22 84:1
89:13 96:17 128:7
257:18,19 263:12
304:21
**legal** 4:15 13:22,23
14:1 16:3 80:20
134:17 149:9,14
149:22 158:10
159:21 311:21
314:7
**legitimately** 94:14
281:4,4
**lehmiller** 146:18
147:2 148:23
149:1
**length** 251:17
**lengthy** 263:12
**lesbian** 187:21,24
188:4 189:25
264:5 307:3
**letter** 80:14,23
81:5,17,20 82:2
106:5,5,14,15,16
106:19 107:7,18
225:9,16 298:1
**letters** 81:24 105:6
105:10 106:3

[letters - machine]

109:12 224:22
**level** 38:12,24 44:5
    44:10 45:14 62:22
    130:25 301:11
**levels** 271:16,25
**libelous** 289:16
**liberties** 7:16
**licensed** 79:3,5,24
    80:4,16
**licensing** 180:19
    180:20,21,24
**lichtenstein** 255:5
**life** 60:16 69:8
    139:24,25 142:8
    169:11 175:14,21
    236:17 237:5
    306:15
**lifespan** 51:4
    58:23
**lifetime** 109:23
**liked** 298:7
**lily** 259:21
**limit** 103:2 282:22
**limited** 26:10
    91:25 112:3,3,5
    150:1 172:1
**lindsay** 8:4
**line** 17:19 147:5
    147:20 287:24
    306:24 314:15
    315:4 316:4,7,10
    316:13,16,19
**list** 53:3 87:3
    88:25 89:22 90:15
    105:5 112:14
    114:15,19 130:17
    130:22,24 152:19
    153:7 204:6,8,10
    207:16 220:6,19
    221:16 222:5
    223:22 224:5,13

224:17 226:20
    291:13 295:5,6
    303:3,7
**listed** 31:20 41:6
    41:21 88:1,13
    89:2 105:19,19
    113:15 114:13
    122:21 123:12
    125:18 130:20
    177:22 207:11
    224:2,2
**lists** 122:10
**listserv** 285:22
    286:3,5 287:22
    288:5 290:10,12
    291:9,15,18 292:5
    293:9 295:2 296:7
    296:8,9,12,16,20
    296:25 298:14
**listserv's** 289:20
**listservs** 294:1
**liter** 222:21
**literature** 29:16
    29:21,24 101:8
    104:21,21 105:1
    129:24 152:11,17
    153:4,14,18,25
    169:13 198:16
    201:16 222:17,20
    222:21 223:20
    230:16 266:17
    270:22 303:24
**litigation** 23:22
    155:24 156:1
**little** 17:2 32:23
    44:25 45:4 54:22
    59:21 60:14 91:18
    93:12 98:19 121:4
    184:16 189:20
    202:6 308:3 309:5

**live** 143:9 166:11
    281:20 282:16
    283:3
**lives** 48:15 165:17
    166:12,23 167:1
    278:24
**living** 48:15
    145:20
**llp** 14:3,7,9
**load** 32:24 176:14
    268:8
**lobaugh** 117:9
    119:3
**local** 53:20
**locate** 266:21
**locked** 314:12
    315:1
**locker** 303:4,6
**long** 11:15 35:21
    40:11 85:24 87:7
    87:15 105:9
    112:18 113:10
    161:9 221:9 255:9
    276:8,17 285:14
    292:4 293:13
    300:15
**longer** 61:16 84:10
    98:11 192:20
    217:11 249:5
    287:15 294:2
**longitudinal** 10:15
    234:24
**look** 33:8 60:15
    68:11 75:12
    107:11 122:24
    123:12 195:24,25
    200:10,12,14
    218:8 241:20
    247:25 250:11
    257:18 266:9
    271:20 279:23

285:16 286:10
    290:15 291:22
    305:11
**looked** 204:6
**looking** 17:1 60:18
    60:20 75:18 80:16
    88:25 97:22
    176:19,20 189:11
    203:18 222:9
    239:9
**looks** 79:19 118:25
    119:22 122:20
    236:2 246:2
    290:19
**lopez** 239:19
**losing** 294:22,25
**lot** 36:20 49:1 68:8
    74:17 146:17
    268:18
**loud** 288:8
**loudest** 210:17
**loudoun** 22:16
**love** 53:4 115:20
    146:23 205:20
**lower** 228:23,24
    229:18,20 233:3
    260:24 285:13
**lowering** 195:23
**luck** 147:15,19
**lunch** 151:15
    152:3,4
**långström** 255:6

| m |
|---|

**m** 1:20 2:20 5:6
    6:19 9:3,12,15
    15:19 16:14,15
    47:10 117:9 312:5
    312:16 314:5
    316:2
**machine** 313:11

Veritext Legal Solutions
866 299-5127

[madeleine - medical]

madeleine  259:21
magnetic  115:17
maia  4:18
mail  181:19 182:3
  220:24 232:7
  251:2 289:6 290:7
  290:19,25 291:2,7
  291:17 292:12
mailing  184:7
  295:4,14
mails  199:7 217:4
  232:9 288:23
  291:20
main  139:14
  158:24
mainstream
  269:11 277:17
major  38:23 254:6
majority  55:15
  191:17,20 206:13
  206:21 207:7
  212:23 240:25
majors  38:24
maker  81:7
making  158:12
  214:19 234:20
  268:19 277:18
  279:5
male  91:10 106:24
  107:3 161:5 164:8
  164:9 174:4,5
  223:15 272:9,18
  273:5,16
males  104:12
mallar  117:8
man  109:13,16,25
manuscript  97:18
  221:2
manuscripts
  248:20

march  1:20 2:23
  13:1,5 33:22
  277:21 313:19
  314:3,5
marco  248:3
marcus  255:5
marginalized
  292:5
marked  32:13,14
  32:16,18 34:8,10
  34:12 136:7
  145:22,25 176:9
  176:11 186:21,24
  190:19,21 227:7,9
  230:9,11 235:6
  239:1 243:24
  247:13,14 250:6,7
  254:9,11 259:11
  259:13 261:22,24
  265:16,17 266:10
  268:2,4 274:9,10
  275:4 286:14,16
  302:8
marks  235:5
massachusetts
  5:15 306:23
master  39:1
master's  38:14,16
  38:22 39:6,8,25
  40:16
masters  130:25
match  18:20 65:3
matched  257:4
  288:20
matches  18:14
material  30:7,7
  51:15 124:20
materials  30:3
  156:12
math  215:8,12

mathematics  37:9
  214:13
matter  13:7 16:8
  38:25 89:15
  135:23 262:9
matters  27:22
maturing  196:21
maximize  70:19
maxine  49:10,12
  58:12 129:22
mccuskey  3:5
mcgill  42:10,12,17
  43:8,12 45:19
  46:19 55:24 56:24
mcguire  250:12
mclaughlin  259:22
mean  18:13,19
  19:1,9,11 24:25
  45:16 46:14 52:12
  52:12,16 66:24
  71:14 72:22 77:18
  81:11 89:12 91:24
  93:24 102:15
  116:8 124:23
  130:18 143:25
  147:18 165:19
  180:19 181:6
  183:1,18 184:19
  185:22 187:25
  188:10 189:5
  213:10 214:2,14
  214:21 215:1
  226:6 231:16,17
  231:19 243:9
  244:23 254:21
  265:7 276:18,19
  276:25 277:12
  279:18 280:4,4,9
  295:17 299:13
  300:12

meaning  185:6
  229:2
meaningful  110:9
  216:20,21,22
meaningfully
  232:6 252:24
  253:1 282:23
means  61:1 162:16
  243:5
meant  127:5 185:5
  185:7 231:4 239:3
  283:10 286:5
measure  248:23
  253:5
measures  241:17
measuring  166:16
media  13:6 57:24
  58:4 75:14 121:23
  122:3 151:18,23
  181:20 199:9,9
  212:7,11 216:14
  217:10,19 218:1
  241:1,5,7,8,9,11
  241:12 269:6,10
  269:12,12 274:19
  274:24 278:3
  305:3,7 311:20
medical  19:4,9,11
  20:6 48:14,21
  50:8 69:19 79:3
  80:13,15,18 81:1,8
  81:16,18 154:15
  154:18,23 192:10
  192:21,22 197:16
  209:2 214:9
  216:25 228:2,12
  229:6,10,18
  246:24 249:23,24
  252:9 256:19
  278:20 279:8,11
  279:12,15,25

Veritext Legal Solutions
866 299-5127

[medical - money]

280:3,12,23 281:2
281:9,11 309:24
**medically** 181:9
**medicine** 63:7
248:9,12 249:8,11
**meet** 30:5,23 31:6
75:17
**meeting** 30:17
123:20 124:2,16
125:24 126:3,13
126:14,18,19
127:8,11,13,25
128:12,22,24
**meetings** 126:5
**megha** 117:8
**member** 72:19,23
72:25 73:23
134:23 167:24
204:16 284:16
285:10,14 286:2
**members** 113:4
167:23 199:8
276:2 286:5 290:5
290:21 291:19
292:2,19 295:21
296:4,7,11 298:16
**membership**
285:7,18,19 290:9
**memory** 41:13,19
**men** 188:13 198:2
309:12
**meng** 117:1
**mental** 10:5,17,21
11:20 21:1,20
47:2,4 59:3,6,13
66:1 67:9,10 73:4
73:10 75:23 80:16
80:24 81:3 227:2
235:1 238:19
240:20,24 249:21
259:19 260:24

265:23
**mentally** 80:17
171:24
**mention** 97:5
101:10
**mentioned** 21:14
22:17 24:17 29:18
45:8 50:22 58:15
62:3 96:15 98:14
99:5 100:19 101:1
102:2,4 111:1
119:5 129:21
140:21 144:7,7
149:18 169:20
170:20,24 182:24
186:11 193:3
199:7 213:16
217:6,21 234:4
238:13
**merely** 160:16
162:13 217:16
224:21
**meritorious**
157:10,19 158:2
159:15 160:7
165:11
**messages** 289:18
**met** 30:6,14,16
111:20 154:6
246:7 250:24
**method** 72:13
194:10 196:5
238:9,10,11
242:18 252:8
**methodological**
262:17
**methodologically**
233:15
**methodology** 44:7
**methods** 118:11
148:24 181:8

221:10 243:13
**mic** 307:22
**michael** 16:14
109:14,17 111:18
129:21 248:1
**middle** 17:19
191:12 203:10
264:22 288:1
302:18 308:25
**midlife** 169:13
**miesen** 243:17
244:2 245:24
246:2 253:16,19
**mikael** 255:6
**millon** 100:14
**mind** 25:4 93:11
129:18,23 130:1
143:20 144:2,4
188:24 209:2
210:18 222:25
309:16
**minds** 164:21
165:1
**mindset** 271:1
**mine** 97:13
**minor** 83:2
**minority** 213:22
215:7,15 269:12
**minors** 200:17
**minute** 50:6 57:15
57:19 103:11
121:18 145:23
212:1 304:23
**minutes** 199:14
212:3
**misapply** 172:2
**mischaracterizing**
94:17
**misconstruing**
145:11

**misinformation**
171:14
**mispronounced**
117:10
**mispronouncing**
235:19
**misrepresent**
93:19
**misrepresented**
245:5 269:11,13
**misrepresenting**
293:2
**missed** 77:21
**missing** 195:12
266:6
**mission** 298:4
**mistake** 144:11
145:1,9 216:4
**mistakes** 215:11
**misunderstanding**
67:15
**misunderstood**
24:1 27:20 137:1
**misuse** 85:16
**misusing** 84:6,16
**mix** 111:3
**model** 251:20
**moderate** 228:23
229:19 302:24
**modest** 240:20
**moment** 32:24
33:5 36:19 78:12
87:2 146:23
156:25 176:14
177:5 186:22
194:23 257:21
270:10 309:14
**monday** 1:20 2:23
13:1
**money** 85:20
120:12

[monitoring - number]

**monitoring** 197:10
197:13
**month** 228:25
229:20
**months** 124:12
133:13 135:1,4,5
136:6,15 138:11
138:12,16 150:11
231:2 249:16
**montreal** 53:11,20
54:17
**moot** 188:9,10
**morbidities**
258:23 259:2
**morbidity** 258:14
**morgan** 4:7 7:7
15:2,2 311:11,11
**morning** 13:4 14:4
15:25 152:9
**mortality** 258:14
**mother** 1:6 2:6
**motion** 35:11
136:10,10
**motivate** 143:8,23
143:25
**motivated** 83:6
144:13
**motivatives** 91:9
**motivator** 91:8,22
**motivators** 189:11
**move** 86:24
**moved** 59:3
**mri** 106:22 107:2
117:14
**multiple** 110:5,6
143:12,12 144:3
**myeshia** 231:25
232:6
**mzelkind** 4:25

**n**

**n** 16:15 56:17
**n.r.g.** 262:9
**naivety** 38:21
**name** 13:14 16:1
16:13 21:6 41:7
41:18 56:15,20
67:8 97:20,22,23
129:19,25 170:15
182:16 185:17
193:8 196:14
201:24,25 211:5
254:22 255:1
272:25 313:18
**names** 129:20
153:24 186:10
193:9 274:3 296:1
297:3
**nancy** 117:8
**narrow** 202:9
**nasty** 289:10
**natural** 57:14
**naturally** 17:17
**nature** 20:19
22:20 45:6 85:9
113:24
**ne** 6:10
**necessarily** 46:2
80:21 217:11
**necessary** 165:16
314:14 315:3
**need** 16:5 17:5,16
32:22 100:11
103:10 153:8
158:10 161:17,20
199:15 239:21
260:3 262:23
268:8 274:15
297:25 300:14
310:2,3

**needed** 48:23
51:15 60:6 116:22
120:13,14,16,18
120:19 153:21,21
**needs** 36:17 75:18
120:18 163:17
165:20 172:1,6
173:15 276:4
**negative** 242:19
242:24 243:3,5,9
243:11,15
**neither** 96:22
162:12 313:14
**netherlands** 194:9
251:12
**network** 228:5,6
**neuro** 118:10
**neuroimaging**
118:10
**neuropsychology**
40:9,12 41:24
**neuroscience**
51:15,17,20
**neuroscientists**
117:3,13
**never** 43:6 83:15
83:17 86:18 154:6
154:9 179:7
185:24 197:2,5
198:10 201:5
208:9 209:1 246:7
265:8 290:11
297:2
**new** 4:22,22 7:20
7:20 21:18,19
23:15 29:15,19,25
90:9 97:5 99:6
106:22 107:2
108:6 152:18
153:13 220:16
249:3,4 271:6,6

**newly** 72:25
**news** 182:3 184:8
217:5 240:11
**nexus** 101:5
**nicholas** 235:19
**nicknames** 309:1
**niklas** 255:6
**nodding** 18:3
**non** 165:25 167:2
188:4 292:2,18
**nonbinary** 10:6,13
227:3 230:5
**nonconforming**
292:2,19
**nonhospital** 85:10
**normal** 43:10
**normative** 272:1
**notating** 314:15
315:4
**note** 17:1 18:9
20:4 30:19 154:18
154:20 311:4
**noted** 31:14 71:24
72:19 85:6 134:6
219:9 282:6
311:22 312:8
**notepad** 32:6
**notes** 20:3 29:12
29:19
**notice** 222:18
**notified** 230:21
**november** 64:13
177:2
**nudity** 303:5
**null** 209:3,4,6,18
**number** 9:11
13:12 74:18 89:11
89:25 90:12,17
92:5,20 95:21
96:7 97:2 101:1
106:1,2,13 107:11

Page 33

[number - oh]

107:22 109:11
110:14 114:1
123:3,7,7 125:14
148:13 150:13,14
155:20 181:20
203:13 205:24
206:14,15,16,23
206:24 207:6,15
207:18,24 214:20
215:19 248:19,22
250:20 255:17
260:7,11 263:25
281:16,24,25
296:7,8 297:4
311:20 314:15
315:4
**numbers** 105:25
206:19 215:19
296:10
**numeric** 301:10

**o**

**o** 16:15 237:19
**oaks** 6:21
**oath** 15:20 19:18
313:9
**object** 68:15 82:24
85:4 136:25 219:6
282:2 300:21
**objection** 18:23
19:7 25:12 26:14
26:24 27:14 43:25
44:1,23 45:22
60:25 61:13 63:8
64:7 65:13,15
70:11,13 71:6,17
71:24 77:6 85:6
86:15,21 103:24
104:17 112:8
120:3 124:3,4
133:18 134:2,6,15
136:23,25 142:11

158:16 159:7,17
159:18 160:9,21
161:14 162:10
164:2,18 167:12
167:14 171:5,6
172:12,22 173:1,2
173:10,23,24
174:17,18 175:1
175:16,22,23
197:24 198:4,19
207:3,4 208:14,22
208:24 209:24
210:7 211:13
219:8 222:14
223:8 224:9 225:3
229:13 234:12,19
241:16 242:8
244:22 245:17
272:10,11,19
273:7,9,19 282:6
282:17 283:6,7,24
293:11 296:18
299:6 300:3,4,5,6
300:20 301:4,5,20
303:22 304:5,6,14
304:15 309:18
310:15
**objectionable**
289:14
**objections** 177:17
**objective** 102:13
160:4 166:15
298:21
**objectively** 68:15
68:18 300:11,11
**objects** 17:4
**obscene** 289:16
**observations** 94:8
94:10 219:14
**observer** 298:21

**observing** 107:20
**obtain** 69:9 80:9
**obtained** 119:17
197:2 198:7
**obtaining** 46:23
**obvious** 309:8
**obviously** 44:15
94:25
**occupation** 52:19
**occur** 124:25
133:12
**occurred** 65:18
**occurrence** 20:13
**occurring** 69:7
238:7
**october** 136:16
232:20
**oddly** 126:7
**odds** 228:23,24
229:19,20 233:3
**offender** 148:9
**offenders** 47:23
48:18 65:8 148:9
149:6,25 150:24
151:3,9
**offense** 70:15 71:3
71:12,15,15 299:3
**offensive** 289:15
298:16,19,19,22
298:23
**offer** 163:14,20
219:12
**offered** 51:24
163:11 173:12,13
297:21 303:16
**offering** 105:9
158:5,7,14 161:4
161:25 162:7,20
162:24 174:8,12
175:5,10 178:3,7
178:11 205:15

207:23 208:3
271:7 305:16
**offhand** 21:8
186:12,16 234:3
234:15 238:16
255:17 256:3
273:2
**office** 14:19 133:9
133:16,22 134:12
135:2,7 136:5,14
136:22 138:9
314:11
**officers** 69:21
**official** 1:12,13
2:12,13
**offshoot** 228:13
**oh** 21:3 24:4 29:24
51:12 52:11 59:7
67:8 73:3 74:11
74:21 87:11,17
90:16 98:20 110:8
124:11 133:7
135:11 138:15
139:20 140:7
141:3 145:18
146:6 152:15
155:19 170:8
171:12 196:14
200:2 203:1
210:22 213:12
214:4 218:14
219:23 220:13,23
226:3 228:5
231:10 239:3,5,10
254:21,21,21
270:25 277:16,25
282:11 284:24
285:19 295:3,18
297:22 298:3
307:20

[okay - opinion]

**okay**  13:4 14:17
15:8,14,15,17 17:4
20:7 21:9 22:14
23:20 24:7,12
25:8,15,22 26:7
27:19 28:7,15,21
32:12 38:10 39:16
39:20 41:2,8,15,23
43:10 45:13 46:18
46:22 47:3,12
49:15 50:20 51:22
52:10 53:1,5,25
54:15 55:2,9,18,23
56:5,9,22 57:9,21
58:7,25 59:7,15
61:9,24 62:4,15
65:10 68:1,5,22
69:23 73:3,25
74:11,20 76:25
78:3,19,25 79:8,18
82:14 83:15 86:24
87:7 88:8,11 89:6
89:21 90:12 92:15
92:17,21 93:3
94:6,16,23 95:12
95:21 96:14,19,23
97:1,19 98:4
100:16,25 101:9
103:13,14,16
106:2 107:7,25
108:21 109:7,11
111:5 112:12,18
113:14,23 114:6
114:12 116:7,12
116:17 117:18
118:12,20,25
121:16,17 122:6
124:1 125:13,21
126:10,22 127:13
127:17,21 128:10
128:12 129:2

130:14 131:3,22
132:11,25 133:15
133:25 134:11
135:9,13 136:4
138:4,15 139:13
140:4,10,21 141:3
141:8,25 142:9,14
143:16 145:7,16
145:21 146:7
148:20 150:22
151:13 154:3
155:1 156:20
157:2 163:9,19,23
164:6,16 166:6
171:2 172:19
175:12 176:8,24
178:3,7,11,21,24
179:10 180:14,24
181:3 182:1 184:5
184:11,18 185:21
186:1,10,17,20
187:14 188:15
190:5,18 194:2,4,5
196:12 197:2,19
198:13,16 199:2
199:10,13,17
200:10 202:2,16
202:20 203:1,8
204:13,21,25
205:14,20 207:18
207:23 208:11
210:3 211:4,8,23
212:17 213:19
214:5,12 216:17
217:1 218:5
219:24 220:12
221:16 222:4,9
223:21 224:12,16
225:11 227:1,6,15
228:1,14,18,21
229:23 230:1

231:12,22 232:18
234:9,23 235:12
236:2,12 238:13
238:17 239:12,13
239:24 240:15,17
242:18 243:4,12
243:16 244:12
245:19 246:6,8,17
247:11 248:8
249:11,25 251:6
252:17 254:7
256:1,4,11,16,21
257:8,14 258:21
259:4,9 260:5,9
261:6,13,17,20
262:16 263:16,17
265:22 267:14,21
269:14,17 270:10
273:3 274:7,22
275:11 278:7
280:14 281:6,14
284:9,16 285:18
286:6,12 287:3,11
288:4 289:3 291:4
291:16,22 296:14
297:5,9,20 299:11
299:24 302:6
304:10,18 311:6
311:10,15,18
**old**  21:1 46:11
76:8 110:2 175:6
288:23
**older**  138:16
299:18,19,19
**oldest**  76:11,12
**olson**  12:1 193:18
259:21 260:18
261:7,11 265:1,8
265:13,23 266:7
266:18,20 267:1,6
267:12 268:10,10

268:14 269:19
270:1,14
**olson's**  260:17,23
261:14
**once**  30:14 192:20
192:25 193:21
300:13
**one's**  193:1 238:21
**ones**  71:8 105:24
115:11 194:5
210:22 215:25
216:1 220:16
241:2 243:14
254:6 297:1
**ongoing**  100:20
118:13 120:21
144:19,19 150:9
**online**  51:23
123:24 228:13
287:17
**onset**  168:1,18,24
169:3,12,16 170:1
170:2,10,11,24
171:2,17,18,23
172:2,3,5,7,8,16
172:17 174:24
200:18,18 208:13
208:20 308:13,13
308:13,20 309:3,3
309:20,23 310:11
310:12
**ontario**  180:22
**onus**  209:4
**onward**  46:16
**ooh**  146:6
**open**  205:23 298:1
**openly**  130:2
**opine**  160:5
**opining**  175:12
**opinion**  104:15,22
104:23,25 157:6

[opinion - paper]

157:14 161:4,25
162:8,24 165:6
168:15 174:9,12
175:5,10 178:3,7
178:11,20,22
190:12,16 192:6,8
193:1 195:8
200:24 206:5
209:13 214:12
215:6 219:4
222:11 223:5,12
253:8 261:14
262:5 280:10
290:4,8 299:14
300:8 304:11,16
**opinions** 157:25
158:8,21 159:23
160:12 163:20,21
178:18 199:20
203:20 205:15
207:24 224:21
225:7 271:6
305:16,17
**opportunities**
149:4 150:23
**opportunity**
116:18 136:2
148:11 184:16
**opposed** 72:11
112:6 126:18
224:22
**opposing** 24:14,15
24:17 25:9
**opposite** 225:4
**opted** 51:14
**order** 48:23 53:6
62:25 63:10,11
70:18 101:6
110:12,12 124:15
161:15,18 171:12
172:15 173:14

253:5 271:9 286:2
293:3 294:21
295:19 298:24
309:7
**ordinary** 64:3
**organization** 44:2
44:3 157:18
159:14 160:6
165:10 285:1
292:6 293:18
294:22 295:14,15
298:11
**organizations**
157:7 158:1,25
159:5
**orientation** 64:4
87:24 143:19
188:8 189:15
**orientations** 91:17
**original** 94:3 95:1
95:3,9 102:21,22
102:23 107:25
108:2 127:10
137:2,11 170:17
195:18 201:9
202:4,13 226:19
257:6 260:20
265:6 314:10,21
**osipoff** 235:20
**outcome** 11:12
166:16 250:2
293:3 301:23
304:17
**outcomes** 10:5,22
227:2 238:19
253:5
**outlets** 199:9
241:9
**outlier** 210:5
**outliers** 210:16

**outpatients** 54:4
**outside** 25:2
160:23 166:14
190:16 194:7
201:19 223:13
272:21 279:23
282:4 283:16
294:15
**overall** 27:2
**overlap** 47:14
142:20 162:14
309:5
**overstating** 277:19
**overview** 161:1
**owned** 240:6
**oxford** 90:8 92:6
97:6 99:17

**p**

**p.m.** 2:23 151:18
151:22 212:6,10
274:19,23 290:21
305:2,6 311:18,22
**pachankis** 193:14
**page** 9:11 32:23
33:7,21,22,23
35:21,23 53:2,7
86:24 89:1,2,6,8
89:21 90:5 92:2
92:15,18,18 93:4,6
93:6,7,13 95:22
96:10 97:3 102:3
105:5,19 112:13
112:14,16 114:12
122:7,9,24 123:4,6
123:8,8,10,11
130:14,15,20,23
138:1 147:1
148:21,22 155:16
155:20 156:23,23
157:1,3 165:3
177:3,4 187:16

191:1,11,12
194:18,21,25
195:24,25 200:12
205:21 211:23
212:14,17 213:10
213:12,19,20
218:5,14,15
219:24 220:3
225:12 240:10
244:5 247:18
255:17,18 257:14
257:18 260:11
262:25 263:6,7,10
263:11,13 264:22
266:2,5,12,14
267:24 269:24
270:8 271:20,22
275:8 277:21
281:14,15 288:2
288:25 289:4
290:15 291:22,23
305:11,12,13,17
305:18 306:9,10
306:11,19,24
314:15 315:4
316:4,7,10,13,16
316:19
**pages** 1:25 33:8
36:20 87:3,9,11
88:15 114:15
130:25 220:5
260:11 262:24
290:17 314:14,17
314:17 315:3,6,6
**paid** 76:17,19
125:2 129:5
**palmert** 117:9
**paper** 94:24
122:10,25 125:23
127:24 236:18
249:23

[papers - people]

**papers** 29:13
117:23,25 152:18
192:11 248:19
299:19
**paragraph** 124:17
124:19 149:2
157:3 187:15
191:12 196:1,2
200:14 212:17
213:10,12,13,20
218:8 219:7
225:15 257:19,21
260:7,8,10,15
263:4,6,11,12,13
266:4,14 271:23
288:2 289:9
291:25 305:18
**parameters**
226:17
**paraphilia** 89:25
90:18,24 91:6,17
139:19,20 140:2
142:3,5,10 143:4,5
143:7,11 188:7
**paraphilias** 63:24
87:24 88:5,6
139:16 140:6
144:6
**pardon** 96:7
**parent** 262:20
307:6,7
**parental** 217:3
**parentheses** 303:5
303:6
**parenting** 262:19
**parents** 181:18
182:3 184:7
217:14 264:5,7,11
**parole** 69:21 70:16
70:17,21

**parsing** 101:21
**part** 27:1 37:13,24
39:7,24 41:12
42:4,13 43:10
44:12 50:2 51:5,8
52:3 57:6,7,8 59:5
66:1 74:14 84:10
120:8,23 128:9,10
161:8 162:2 167:6
197:16 199:6
201:2 204:13
216:20 222:24
223:10,19 230:16
274:6 303:24
**participant** 168:5
**participants** 2:22
120:21 121:6,13
276:3
**participate** 104:12
133:11 222:2
257:1 296:9,12
**participated** 64:2
**participates** 168:5
249:5
**participating**
15:11 26:23 27:11
98:1 109:8 125:11
130:12 167:22
**participation**
118:21 121:1
126:17 285:21
**particular** 20:25
44:22 90:7 98:1
99:17 109:2 166:4
189:19 205:14
217:23 219:19
220:23 222:18,24
228:18 237:1
240:10 245:21
248:19 276:15
280:10 294:3,3

298:5 301:6
**particulars** 217:25
218:2
**parties** 313:16
**parts** 118:7 162:14
162:15 196:19,20
253:3
**passed** 270:23
**pathway** 175:14
175:20
**patiel** 254:2
**patient** 50:16
69:11 75:18 76:8
80:25 81:11 82:2
82:6,9 85:11,11
150:10 181:11
197:5 198:10
211:22 253:23
254:2 281:13
**patient's** 81:17
**patients** 46:5,11
46:11,18 50:10
65:11,21 69:14,19
69:21,24,25 70:9
71:4 72:7,11
74:13,16 75:1,4,17
76:4,6 80:3,9 82:8
84:17,18,19,24,25
85:11,13,14,15,22
148:6 149:13,18
149:21 151:1,4,8
179:16,20,20,25
197:10,14 198:13
198:18 199:3,4
211:12,18 237:8
240:23 255:22
256:8,12,16,18
257:9 258:1,6
**pattern** 142:7
188:11

**patterns** 62:25
76:3 94:4,10 99:9
139:16 309:11
**paul** 255:5
**payment** 76:23
**pdf** 35:21 130:15
138:1 262:24
314:12 315:1
**pediatric** 235:14
**pediatrics** 240:3,5
240:7 251:8
**pedophiles** 149:6
**pedophilia** 20:21
63:24 64:6 65:7
141:9,11
**pedophilic** 141:18
141:23
**peer** 99:20,21,22
99:23 100:7,12
221:3 226:23
228:19 232:24
240:15 248:17
249:12
**peers** 11:4 243:20
246:15 271:17
272:3
**peggy** 250:14
**pelet** 5:6 14:10,10
**penalty** 312:6
314:16 315:5
**people** 18:11 19:5
26:3 38:1,4,7 40:1
40:4 43:12 44:22
45:15,21,25 46:2
48:13,15,15 55:21
57:5 58:17 63:25
67:4,16 68:9
70:22 73:15 77:2
77:5,10,18,23 78:1
78:2,16 79:1
83:10,16 86:1,14

Veritext Legal Solutions
866 299-5127

**[people - plaintiff]**

88:12,23 89:14,18
90:3,22 91:4,23
93:18 94:11,12,22
95:5 96:15 98:6,7
101:7 103:20
105:22,22 108:6
110:12,15,18,23
111:13 114:1
115:9 120:24
123:1,2 124:24
125:15,15 126:25
127:19 129:10,12
129:24 130:5
131:5 139:21
140:15 147:22
150:6,13,15
163:16,18,24
164:8,9 165:23
169:4,16 172:19
173:7 174:4,5,23
174:24 179:22
181:18 182:3,20
183:12 184:3,7,20
184:24 186:14
188:12 198:21,21
201:22,24 203:3
208:7,8 210:20,21
211:2,4 214:15,17
214:18,23 215:19
215:22 216:9,20
217:7,15 225:6
227:21,24 232:10
237:11,15,25
245:7 246:23
251:11 258:5
268:19 275:19
277:17 278:10,14
278:23,24 280:16
281:17 282:13,25
283:15 284:14
288:17,17 289:15

292:14 293:1
295:3,8,10,13,17
295:23 297:1,4,14
297:17 299:22
301:12 309:4
**perceived**  279:4
298:16
**perceives**  161:19
**perceiving**  68:16
**percent**  45:1,7
140:20 141:4,5,24
142:15,18 151:10
228:23,24 229:6
229:18,19
**percentage**  72:10
151:8 205:25
206:24 207:19,24
208:3
**percentages**
142:19
**perfect**  244:7
**perform**  44:6
**performance**
121:9 160:25
162:5 223:16,18
**performing**  44:5
**period**  48:6 116:2
136:20 137:13
195:3 314:18
315:7
**periods**  69:7
**perjury**  312:6
314:17 315:6
**permanent**  86:6
**permitted**  85:10
**permitting**  181:7
**persist**  188:16
213:23 215:8,16
216:1,23
**person**  26:6 67:3
70:19 80:17 81:7

81:15 125:18
136:18 142:21
143:1,1,8,23 150:2
150:5,7,10 154:6
169:11,12,15
173:20 175:15,21
181:7 184:22
185:4,13,14,16
189:9,20 202:7
209:5 215:2,3
272:8,18 278:21
279:9,16,21,24
280:8 281:7,8,10
309:19
**person's**  70:19
139:23 142:8
280:22 281:1
**personal**  227:23
**personally**  154:12
179:4,7 182:22
183:1 197:9
198:17 201:8
202:12 204:21
205:3
**persons**  11:16
149:7 255:10
257:4,24
**pertain**  37:11 39:6
42:11 49:25 93:7
167:10,18 168:21
172:5,24 173:8
175:2 180:25
232:9,11
**pertaining**  21:19
42:25 69:4,5
92:25 137:17
**pertains**  88:21
168:8,25 173:13
**pertinent**  101:16
161:9 267:9

**petersen**  49:10,12
58:9,12 129:22
**peterson**  291:3,8
292:11 293:8
294:4,18 297:2
**ph.d.**  47:16
**phd**  1:20 9:3,13,16
15:19
**phenomena**
110:10 169:10
188:1
**phenomenon**
145:5 167:25
172:1 186:5 189:1
**phone**  251:4
**phrase**  92:8
244:18 276:24
280:24 299:13
**phrased**  121:3
162:12 179:24
**phrases**  189:19
**physical**  301:3,18
302:3 303:8,14,21
304:3,3
**physically**  231:17
231:19,20
**physicians**  198:24
**physics**  37:10
**pick**  148:3 245:7
**picking**  277:18
**piece**  102:22,23
107:25
**pieces**  163:7
195:12
**pile**  153:7,10
**place**  147:6 151:15
213:25 310:13
313:7
**placed**  313:9
**plaintiff**  1:7 2:7,21
4:14 5:3 7:15

[plaintiff - practice]

13:22 14:1,3,5,7,9
14:11,13 16:7
19:14 21:6 154:4
176:25 304:11
**plaintiff's** 9:22
156:14 310:25
**plaintiffs** 157:15
165:7
**plan** 242:15
**planned** 148:12
**plans** 114:2
**plausible** 299:5
**plausibly** 237:6
**play** 164:9 173:21
174:4,5,10 175:8
216:25
**playing** 106:11
107:8 164:10
**please** 13:18 15:15
15:17 16:12 17:11
18:1 28:12 32:12
34:8 35:20 36:19
58:5 115:11 122:4
122:6,24 123:6,9
137:11 145:23
148:21 151:24
156:22,25 166:18
176:15 206:11
208:16 211:23
212:12,14 218:5
219:24 225:12
254:15 257:14,22
262:21 266:12
269:14 274:25
275:5 280:24
284:3 286:19
289:1,4 290:15
295:11 305:8
**pllc** 4:6 6:18 7:6
**point** 82:12 83:25
115:11 147:21

149:19 169:23
209:11 236:3
248:25 253:12
260:7 268:15
280:5 285:19
304:19
**pointing** 240:9
**points** 255:21
**polarization**
268:12,21 269:9
**polarized** 275:17
277:7
**pole** 275:16
**policies** 161:16
217:13,14 276:9
276:13,18,20,21
**policy** 86:5 88:18
95:17 136:3
158:11 249:5
276:15
**political** 158:10
164:22 279:3
280:19 293:3,19
294:11,12
**politically** 292:16
**politician** 293:17
294:5,10,18
**politicians** 164:22
165:1
**polly** 248:2
**polytechnic** 37:2
**poorly** 179:24
**pop** 230:10
**popma** 246:3
**popular** 126:8
141:1
**population** 11:4
125:7 150:18,19
167:11,18 168:9
168:22,25 172:25
173:8 174:23

243:20 251:23
256:6,14,25
257:11
**populations** 45:3
125:1
**pornog** 72:5
**pornographic**
289:16
**pornography** 72:5
142:24
**portion** 18:8 79:15
96:25 98:1,14,18
98:20 127:13
167:7 277:14
**portions** 222:8
**posed** 28:13 91:2
162:11 272:22
274:6 301:9,14
**position** 41:5 48:6
53:18 54:2,7 55:4
55:16,18 59:16,19
60:11 61:5 62:12
62:17 64:19,20
65:5 67:19 68:22
72:16 73:16 76:16
113:12 157:10,20
159:8,15 160:7
165:12 276:7,17
**positions** 49:13,16
67:16 73:17 76:25
77:4,9,15 158:2,5
158:15
**positive** 225:20
226:13,18,24
241:2,10,12,13,14
241:18,20,23
242:6,14,22
243:13 252:21
253:9
**positives** 242:21
242:25

**possess** 75:21
180:15
**possession** 72:5
**possibility** 245:15
264:11 279:19
**possible** 60:7
70:18 159:12
163:17 189:8,11
190:16 206:19,19
209:6,9,14 219:13
221:11 244:19
299:1,9 300:11
308:18,19 309:15
309:17,19
**possibly** 138:12
**post** 96:6 187:3,6
187:8 286:22
287:4,8 295:24
297:14 298:2
302:9,18 303:12
**postdoc** 49:19
**postdoctoral**
46:25 47:15 49:23
51:8,18 59:11,11
97:13
**posted** 207:11
**poster** 221:7
**posting** 295:24
**posts** 207:12
297:16,20 299:19
**potential** 198:14
**potentially** 71:11
**practica** 46:20
**practice** 52:21,24
62:19 74:9,10,11
74:13,14,23,25
75:12 76:14,20
130:25 149:19
150:20 185:9
197:16,17

Page 39

[practices - process]

**practices** 77:21
84:7
**practicum** 45:20
45:24 46:1,4
47:18 53:10 54:16
**practitioner** 81:6
**practitioners**
211:10
**praid** 76:19
**precise** 280:5
**precision** 216:24
**predates** 41:13
**predict** 169:10,10
**predoctoral** 53:9
54:16
**predominant** 51:5
103:3,5 144:9
**predominantly**
54:12 87:19
105:12 112:22
113:18 122:13
**preliminary** 10:19
35:10 136:9
**prematurely**
283:15,18,22
284:13
**premise** 302:21
**preparation** 30:15
30:24 31:7,12
34:4 35:18 152:23
221:13 231:16
**prepare** 29:6,10
31:24 155:22
**prepared** 33:11
34:23 137:7
155:16 231:11
**preparedness**
81:17
**preparing** 127:6
152:10 231:5

**prepubertal** 25:23
26:9,11 78:4,23
167:4,8,17,20
168:7,8,9,16
205:25 206:25
210:4 211:11
**prepubescent**
141:19 191:18
308:23
**prescribe** 79:6,25
81:1
**prescribed** 132:13
197:23 198:3
**prescribing** 79:2
132:18,22
**prescription**
196:24
**present** 8:3 31:8
122:13 124:1,9,15
126:13,19 127:7
127:10 128:11,24
129:1 196:6
224:13
**presentation**
123:12,13 125:3,5
125:9,17,21
126:12 127:14,21
127:23 129:5,8
130:7
**presentations**
122:10,20,25
221:7
**presented** 99:4
123:20 125:23
127:24 245:6
**presenter** 125:19
127:23
**presenting** 107:23
122:16 126:22,23
127:2 129:9 309:5

**presently** 74:4
**preserve** 134:18
**president** 291:3
293:18 294:5,12
294:19
**pressure** 278:12
278:16
**preston** 239:18
**presumably** 116:9
**presume** 137:23
146:12
**pretty** 74:18
153:17
**prevent** 19:21,25
139:24 144:4
**previous** 73:16
101:12 126:11
**previously** 73:4,6
100:17 264:15
266:10 302:8
**price** 231:25 232:6
**primarily** 33:18
45:9 47:22 48:2
63:16,19 64:5,8
65:7 79:8 87:23
102:11 112:24
177:19
**primary** 44:4 49:8
91:22 98:2 131:15
132:4,6 143:18
148:23 149:4
150:23 211:15
254:1
**principal** 115:3
119:1 305:17
**principle** 242:20
**principles** 166:8
**print** 221:9 236:11
**prior** 27:16 35:4,8
67:3,15 86:11
92:5 97:22 100:20

137:4,5,7,8 138:4
138:7,22 139:3,10
223:3 231:7
248:16,24 313:9
**privacy** 289:17
**private** 52:21,23
74:9,10,11,12,14
74:22,25 76:14,20
84:7,17,18 85:14
149:18 150:20
**privilege** 134:19
**privileges** 165:20
**proba** 214:1
**probability** 214:2
214:7 245:21
**probably** 145:18
211:3 214:3
**probate** 306:21
**probation** 69:21
70:17,17,21
**problem** 55:9
115:1 117:11
131:8 159:11
177:6 194:24
239:16,22 242:21
244:4,8 252:7
274:17
**problems** 246:13
246:15
**procedure** 314:19
314:20
**procedures** 281:11
**proceed** 15:17
**proceedings** 313:6
313:8,10
**process** 108:9
112:24 116:15,16
118:3,6 126:15
128:20 158:10
185:13 186:14
209:19 278:21

Veritext Legal Solutions
866 299-5127

[process - publication]

279:10,17 281:17
282:13 283:1,9
**processes** 182:12
**produce** 153:8
233:20
**produced** 27:9
**professional** 157:7
157:18 158:1
159:4,14 160:6
165:10 180:14
185:9 202:21
**professionals**
290:14
**professor** 56:10,15
266:22 268:9
**professors** 56:12
**profiles** 254:3
**program** 42:17
44:3,17 47:17,18
51:13 56:11 59:3
59:6,13 66:1 67:9
67:11 73:10 150:5
299:21
**programs** 75:23
**progress** 298:9
**projects** 48:2
277:25
**prominent** 129:18
**promote** 284:21
**promoted** 64:22
**promoting** 298:4
**pronounce** 47:7
254:20,25
**pronounced** 253:7
**pronouns** 16:4,17
281:21 282:15
283:2
**proof** 209:4,7
**proper** 44:6 86:19
**properly** 160:10
284:14

**properties** 92:23
**property** 241:25
**proportion** 97:24
**proposal** 124:8
**prospective** 208:4
233:17 234:8
**protagonist** 110:2
110:4
**protagonists** 110:5
110:7
**protect** 157:11
177:23,25
**protecting** 178:5
178:13
**protection** 177:20
303:2,13
**protocol** 194:6,7
194:14 195:5,9,13
195:16,19 237:25
238:4 253:3
**prove** 209:6,10,14
**provide** 17:20
22:6 30:2 48:19
48:23 79:5 80:4
80:23,25 131:3
133:1 136:2 157:6
170:25 171:1
179:10 180:15,25
182:18 183:11
184:1 197:3 198:8
304:3 309:7
**provided** 19:4
22:24 23:21,25
24:9,13 25:17,19
26:8 27:22 29:17
50:7,11 69:20
77:1,5,9 78:4,6,17
78:22,25 80:8
102:11 119:25
156:7,14 183:17
183:22 184:6

220:21 307:10,12
314:19 315:8
**provider** 80:15,16
80:24 81:4,12
**providers** 80:4
181:14 182:7,17
182:23 183:5,11
183:25 184:12,15
**provides** 69:18
272:7,17 273:5,17
304:3
**providing** 77:23
79:3 131:23 158:9
159:3 181:15
182:7,13,21 183:6
183:13 184:3,4,12
307:15
**psychiatric** 84:6
84:12,24 128:18
**psychiatry** 53:13
**psychological**
10:25 11:6,11
125:24 126:2
127:25 128:17,23
226:17 243:17
247:7 249:15
250:2 254:3
**psychologist** 52:22
59:12 62:14,15
66:18 180:21
**psychologists**
262:18
**psychology** 37:15
37:19 38:11,19,23
38:23 39:1,9,14,18
39:22 40:10 42:6
42:7,14,15,18 43:1
43:3,7 50:3,5,21
50:23,25 51:2
53:22 55:25 57:10
59:2,9,20 62:20

69:4 75:13
**psychometric**
92:22
**psychopathology**
90:8 92:7 99:18
**psychosocial** 11:7
247:8
**psychotherapy**
54:3 150:9 179:10
180:15,25 192:18
192:24 229:7,10
229:17 237:7
238:6 246:24
252:5,7,9
**pubertal** 167:20
168:10
**puberty** 11:6,12
79:2,25 80:9 82:4
82:11 132:12
175:6 191:19,21
194:12 196:12,17
196:21,25 197:3,6
197:11 200:6
206:14 208:13,20
213:1 215:20
216:6 246:14
247:8 249:16
250:2 251:12
272:9,18
**public** 109:18
136:3 210:18
278:1 301:8 303:3
**publication** 88:16
88:21 89:2,8
92:24 93:21 95:22
105:17,18 108:10
228:3,19 232:22
232:24 240:12,15
248:12 249:12
251:7

Veritext Legal Solutions
866 299-5127

**[publications - reactions]**

**publications** 87:4 87:8,16 88:2,11 89:22 103:18,19 103:22 104:14,19 104:24,25 105:21 112:14,23 113:14 114:1
**publicly** 210:17
**publish** 99:25,25
**published** 52:12 94:24 100:18 109:17 129:25 153:20 203:17 221:3 224:20 232:20 235:13 236:9 240:5 246:8 248:8 249:8 251:7 265:10,25 267:10 287:4
**publishes** 203:2
**publishing** 203:5
**pull** 62:21 230:14
**pulled** 200:11 277:20
**purely** 279:20 293:19
**purpose** 99:12 159:20 160:3 166:9 229:12 257:20 284:19,20 298:10
**purposes** 18:12,18 63:2,3 229:8 282:21 293:20
**pursue** 48:14
**pursuing** 40:14 44:8 48:13,21 50:8
**pursuits** 52:13
**put** 34:5 70:19 100:19 135:4

182:4 265:11
**putting** 217:5

**q**

**quad** 291:3
**qualified** 25:1 48:19 75:8 80:3 111:13 134:9 135:18,21 194:11
**qualify** 25:3 188:20,22
**quality** 236:17 237:5
**quantitative** 301:10
**quarter** 72:14 75:7
**quebec** 53:21
**queen** 41:8 53:10 109:13,16,25
**question** 17:10,13 17:18 21:18 24:2 27:7 28:10,13,22 31:1 42:25 44:19 45:23 67:15 69:25 70:23 77:16 80:5 87:14 90:20 91:16 97:19 104:2,4,9 117:25 120:3 121:3 131:10 137:2,2,11,14,16 144:21 147:1 149:1 152:22 157:17,20 159:16 160:7,11,22,22 161:4,7,8,10 162:18,19 163:2,3 163:4 165:9,12 169:2 182:8 183:7 190:9,10 202:6,11 206:8 222:24 223:9,12 229:8,12

229:15 244:9,18 244:22 272:21 282:8 283:19 284:1 288:6 292:21,22 294:15 294:16 296:6 299:7 301:12,14 310:5
**questioned** 261:18
**questioning** 25:6 180:17 310:25
**questionnaire** 92:22 208:10
**questions** 16:22 17:5,6,19 20:1 31:4 37:11 39:5 42:11 49:25 60:5 71:2 101:6 147:4 148:17,25 157:8 159:21 162:11 180:13 208:7 247:20 269:1 272:22 274:6 282:3,3 301:8,8 305:24 306:1,1,6 308:1 309:10 310:2,17 311:5,9 311:13
**quick** 71:2 97:19 306:6 307:18
**quickly** 130:1
**quite** 18:10 59:23 80:5,13 82:18,19 142:19 163:6 257:17 283:25 308:21
**quote** 149:3 157:4 164:17 196:2,8 209:15 218:9,19 225:17 258:9 260:16 266:15

267:2
**quotes** 200:21

**r**

**r** 16:15 56:17 191:4 225:25 316:3,3
**r&s** 315:1,9
**racist** 289:12
**raised** 292:3,19
**raising** 195:20
**ramifications** 80:20
**ran** 49:7 61:22 119:13
**randomly** 257:3
**range** 20:25 55:12 55:13 111:25 120:24 206:18,23 207:6 208:5 224:1 272:1 302:25 303:17
**rank** 66:18
**rarely** 191:21
**rarer** 189:1
**rate** 153:18 255:24 256:12,16
**rates** 123:16
**ratios** 254:4
**ray** 49:4,6,11 58:12 129:21 170:18
**reach** 224:17 225:1 267:5,11 268:9
**reached** 134:12 135:10 136:5
**reaching** 126:18
**reaction** 293:8
**reactions** 292:7 299:5

[read - refer]

**read** 28:14 94:9,9
106:25 107:5
109:14 123:18
128:3 137:11,14
137:19 147:2,11
147:13,16 149:3
149:10 155:1,4,13
155:21 156:5
157:4,22 164:11
164:13,25 165:2,4
166:18 174:1
177:16 184:11
187:16,22 191:13
196:2 199:23
200:15 204:7
212:18 213:2,21
214:6,10 218:9,18
218:19 219:2
220:16 222:4
225:17 236:12
255:12 257:21
258:10 260:16
261:4 263:2,4,11
263:17,18 264:13
264:19 266:4,15
267:3 271:9
275:24 276:11
278:9,18 279:6
280:15 281:16,23
284:3,5 287:19,23
289:20 302:19
303:10,24 304:7
312:6
**readers** 99:13
280:5
**reading** 49:1
153:7,7 185:5
281:24 299:18
314:23 315:9
**reads** 157:3
275:23 277:9

278:18
**ready** 80:17 81:7
157:1 239:14
244:12 255:20
**realigned** 65:3
**reality** 277:19
**realized** 85:24
148:10
**realizing** 184:22
**really** 15:11 67:23
70:2 104:22
106:17 138:17
185:2 282:22
283:19 285:11,19
300:23
**reanalysis** 265:1
**reanalyzed** 192:13
260:19 261:7
**reason** 19:24
71:10 97:20 111:8
111:9 120:11
156:13 173:11
191:15 213:7,11
216:7 268:8
271:13 277:23
281:9 288:6,7
293:16 316:6,9,12
316:15,18,21
**reasonable** 108:24
282:22
**reasonably** 183:14
**reasons** 143:12,16
245:3
**reassignment**
11:13,17 125:22
250:3 255:10
257:25 258:6,13
258:18,22 259:1,6
**rebuttals** 31:18
**recall** 25:13 27:15
31:16 41:7,18

67:8 73:12 86:22
100:23 105:25
108:19 110:8
111:20,21 113:9
133:13 153:6
154:21 155:3
170:23 180:3,4
194:16 203:15
217:24 218:2
220:23 232:13,17
234:14 249:9
274:3 285:11
293:25 294:2
295:23 297:8
**recalled** 92:21
**recalling** 154:17
**recant** 170:14
**receive** 81:5,8 82:3
217:4
**received** 49:22
114:20,23 115:4
116:5 137:3 221:2
222:2,18 237:11
237:15 238:1
246:23 252:5
287:20 289:6
**receiving** 10:7
47:25 192:18,18
195:22 227:3
229:5,7 249:21
**recess** 58:1 121:25
151:20 166:20
212:8 274:21
305:4
**recheck** 257:6
**recipient** 114:16
**recite** 170:17
**recognize** 187:3
210:3 215:2
257:24 258:4
260:2

**recognized** 192:15
192:20 299:21
**recollection** 20:16
50:16 81:21 110:3
111:23 124:18
146:25 153:10
194:20 288:15
290:8
**recommend** 200:4
**recommendation**
158:12
**recommendations**
200:25
**record** 13:5 16:13
28:14 57:22,24
58:3 68:15 121:21
121:23 122:2
137:19 151:16,18
151:22 154:18
212:4,6,10 274:16
274:19,23 284:5
304:25 305:2,6
310:18 311:5,17
311:18 313:10
**recorded** 13:6
217:24
**recording** 41:14
62:23
**records** 69:18,19
85:1 154:16,23
**recounting** 69:15
**recurrences** 113:5
**reduce** 140:16
**reducing** 240:19
**refer** 16:5 19:2
32:7 47:3,10
75:16 80:3 94:13
142:22 184:22
217:2 238:22
244:1 255:15
268:20 299:20

Page 43

300:14 306:8
**reference**  204:6,8
  204:10 222:7
  239:5 246:20
  247:19
**referenced**  246:19
  246:22 259:17
  283:5 314:6
**references**  171:1
  204:4,11 220:3,19
**referencing**  218:2
**referral**  80:8,19
  80:21 81:1,8
  85:23
**referrals**  86:1
**referred**  70:10,22
  72:8,11 75:7
  85:22,23 216:11
  251:8 268:17
  297:2
**referring**  19:4,14
  20:5 85:25 147:21
  160:20 170:16
  207:9,14 247:20
  253:16 274:4
  276:13,15 277:4
  292:25 306:18
**refers**  139:22
  181:7
**reflect**  104:20
  194:19
**reflecting**  97:24
**reflection**  242:16
**reflesh**  146:24
  290:7
**refresh**  32:23
  146:24 176:14
  290:7
**refused**  248:25
**regard**  90:3

**regarding**  26:17
  26:19,22 38:1
  40:1 43:11 137:4
  162:1,8 244:9
  266:19 267:6,12
**regardless**  46:6
  160:14
**registered**  84:25
  180:22 254:23
**regret**  185:21,22
  212:20
**regrets**  185:20
**regretted**  214:15
**regrouping**  304:22
**regular**  85:22
  120:22 187:20,24
  188:4 210:13
**regularly**  85:22
**rehabilitation**
  48:18 70:20
**rehearsal**  30:6
**rehearse**  30:17
**reinhardt**  5:9 14:6
  14:6
**rejected**  271:12
**relate**  92:2 98:6
  103:22,25 223:17
**related**  20:21
  23:17 27:22 31:18
  38:7 45:2,14,20,24
  46:1 47:24 60:9
  61:10,24 71:9,10
  71:11,11 83:5,9,10
  90:23 91:7 96:15
  101:2,3 109:1,7
  115:8 118:21
  131:5,10 132:4
  142:24 155:24
  163:21 238:10
**relates**  60:4 89:9
  90:2,6

**relating**  83:16
  197:6 198:11
  288:16
**relationship**
  301:23
**relationships**
  55:14
**relative**  153:17
  161:6 174:14
  189:22 313:15
**relatively**  95:5
  148:5 219:23
  285:1 296:6
  299:16 308:22
  309:21
**released**  70:16
  314:21
**releases**  184:9
**releasing**  200:7
  221:5
**relevance**  154:19
**relevant**  27:16
  28:1 29:14 80:21
  90:7 118:7 119:5
  132:8 135:23
  148:7 156:9,10,12
  157:7 161:13,19
  163:10,11,14
  166:10 168:6
  171:3,8,8,11,12
  172:14 198:22
  222:8,23 232:8
  270:23,24 271:2,3
  290:5 291:20
  310:12,16
**reliable**  102:13
  265:1
**reliably**  225:20
**relied**  271:7
**relief**  133:1

**religious**  279:3
  280:20
**rely**  234:18
**relying**  170:6
  228:8,10
**remain**  249:5
  256:24
**remained**  40:20
  40:20,21 64:21
**remaining**  21:22
  144:9 256:25
**remains**  243:7
**remarks**  289:14
**remember**  21:3,5
  23:6 53:20 55:7,7
  97:18 113:10
  124:11 126:15
  135:11 136:6
  146:15,16,17,18
  153:2,24 203:11
  203:18 207:15
  220:25 232:15
  287:15 288:14,22
  296:1 298:5,12
**remind**  20:4 29:22
  98:5 286:25 297:9
**remotely**  2:22
**removal**  296:25
**removed**  101:22
  287:16 288:4
**renaming**  73:8
**rensselaer**  37:2
**reorganization**
  65:1 73:2,8
**repeat**  28:10,12
  56:15 229:15
**repeatedly**  63:10
  95:1
**rephrase**  17:11
  43:20 80:7

[replace - researchers]

**replace**  279:22
**replicate**  225:20
  226:11 253:3,8
**replicated**  195:19
  252:23 253:1,1,14
**replication**  253:21
  253:22
**replied**  265:8
**report**  31:14,21,25
  33:11 34:23 35:7
  35:9,24 118:17
  124:21 137:22
  138:4,8,20,24
  139:6,8 144:10
  153:5,11,15
  155:15,17,21,22
  156:11,22 157:14
  158:22 160:5,25
  161:1,8,13 162:12
  162:21 163:10,11
  163:20 165:3,6
  167:4,7 168:18
  170:9,15,22
  172:19 186:18
  193:7,10,11
  194:19,22 195:25
  200:11,12 203:20
  203:23 205:18,21
  211:24 212:15
  213:8,19 217:23
  218:6 219:25
  220:5,7,8 221:13
  221:25 222:10
  223:10 224:14,18
  225:2,13,16
  229:24 230:24,24
  231:2,18 233:8,11
  233:14,23 234:2
  234:10,18 235:2
  236:20,23 238:21
  239:3,6,9 241:1

  242:2,3 243:21
  244:2,5 245:8
  246:18,21 247:18
  247:20,21 249:19
  251:17,25 255:14
  255:16,18 260:4,6
  260:10,12,16,17
  266:11,14 267:20
  270:18 271:8
  305:11,18 306:8
**report's**  173:6
**reported**  1:22 67:2
  67:4 94:8 123:16
  125:1 166:14
  216:13 225:21
  226:14,16 241:9
  241:23 249:18
  288:19 297:3
**reporter**  2:24
  13:16 16:20 18:1
  18:4 28:12 32:17
  34:13 47:9 137:10
  137:12 146:1
  166:17 176:12
  186:25 190:22
  191:3 225:25
  227:10 230:12
  235:7 237:18
  239:2 243:25
  247:15 250:8
  254:12 259:14
  261:25 265:18
  268:5 274:11
  284:2,6,9 286:17
  307:24,25 308:2,7
  308:9 313:4
**reporting**  94:4
  121:8,11 241:13
**reports**  157:15
  165:7 181:20
  195:22 216:11

  217:2,10,20 218:1
  241:1,11 242:19
**represent**  16:7
  30:19 167:25
  176:24 247:17
  260:5 262:4,16
  265:22
**representation**
  262:21
**represented**
  244:20
**representing**
  14:20 30:11
**reputable**  224:6
**reputation**  250:18
  250:19 268:11,16
**request**  34:5 35:18
  81:14 82:7,10,13
  95:19 109:5
  111:16 215:4
  222:2
**requested**  95:12
  96:20 126:17
  201:23 315:1,9,10
**requesting**  126:13
**requests**  199:8
**require**  23:9 81:12
  120:21 188:23
  303:1,13
**required**  23:12,15
  57:4 108:5,5,6
**requirements**
  71:21
**requires**  101:7
  164:8 172:16
**requiring**  48:16
**reread**  29:12,13
  226:19 282:7
**resealing**  85:5
**research**  27:9 30:1
  30:7 31:11,23

  37:21 38:3 39:20
  40:3,8,11,19 41:4
  41:13,19,24 43:21
  44:5,6,6,20 45:6
  45:17,18 47:24
  51:3 55:19 57:4
  59:17 60:2 61:9
  61:14,15,20,22,24
  62:1,5,11,19 63:2
  63:4,5,11,17 64:2
  64:11,22,24,25
  66:14,20,21 67:3
  70:7 73:4 76:15
  76:15,22,23 86:3
  93:16,18,22 94:2
  94:11,13,15,22
  95:5,10 96:21,24
  98:24 99:9 102:9
  102:21,22,23
  108:1,1,2,3,13
  111:14 117:14
  118:10 119:17,18
  119:20 120:8
  122:14 123:21
  127:10 132:12,17
  132:20 141:9
  142:16 145:15,17
  145:19 147:24
  148:4,10,11,24,25
  149:4,25 150:23
  212:22 221:24
  223:1,23 226:8
  238:9,11 266:17
  267:23 284:22
  285:25
**researcher**  46:25
  102:19 117:2
  147:3,10,20
**researchers**  211:7
  228:15,15 285:23
  290:14

[researches - right]

| researches 129:18 | responsible 70:6 | 118:9 146:24 | 80:1 81:2 83:16 |
|---|---|---|---|
| 245:12 | rest 90:14 104:20 | 152:11,14,23 | 83:22 86:9,14 |
| researching 59:22 | 213:14 276:22 | 155:18 156:25 | 87:5 88:2,23 |
| 88:4 140:5,18,22 | result 241:14 | 157:25 162:2 | 89:19 90:3,12,24 |
| 141:6,22 | 252:8 295:1 | 199:11,19 201:16 | 91:20 92:13 93:1 |
| reserve 305:25 | results 10:19 | 203:24 204:1 | 95:10,17 97:6,7,10 |
| reserved 85:13 | 62:24 94:4 119:16 | 231:5,21 262:22 | 97:16 98:16 99:16 |
| resign 286:9 | 192:14 225:21 | 270:7 271:22 | 99:20 101:17,25 |
| resignation 291:8 | 226:11,14 236:9 | 289:4 314:8,10,13 | 102:6 103:6,20 |
| 295:2 296:25 | 240:17 241:10,12 | 315:2 | 105:7 106:3,8 |
| 298:1,13 | 241:13,14,18,23 | reviewed 29:23 | 108:10 111:3 |
| resignations 290:2 | 242:6,14,22,24 | 30:3 35:5 98:20 | 112:2 113:15 |
| resigned 285:17 | 243:13,15 245:4,5 | 99:15,20,21,22,23 | 114:10,13,17,24 |
| 286:6 295:10 | 245:7,11 246:12 | 100:7,9 136:7 | 116:4 117:6 |
| resigning 292:14 | 249:14 251:19 | 153:14 154:15,23 | 118:14,18,18 |
| 292:14 295:13,15 | 258:11 267:6,12 | 155:23 156:8 | 119:6,23 120:2 |
| resonance 115:17 | resumé 72:20 | 198:17 204:3,8,10 | 121:14 122:1,21 |
| resources 84:18 | 132:25 | 226:23 228:19 | 123:22 125:16,19 |
| 85:20 155:23 | retained 29:3 | 231:7 232:24 | 126:20 127:3,19 |
| respect 77:22 | 311:21 | 240:15 249:12 | 127:20 130:9,20 |
| 79:11 86:13 | retitled 92:7 | reviewer 221:3 | 131:20 135:5 |
| 157:24 178:4,8,12 | retracted 192:13 | reviewers 248:18 | 136:12,22 138:1 |
| 195:10 268:10 | 193:4,15 296:16 | reviewing 91:1 | 139:2,7,11,17 |
| 275:20 276:8,17 | retroactively | reviews 114:9 | 142:10 143:14 |
| 294:21,23 295:1 | 110:24 | 248:17 | 148:18 149:1,20 |
| respected 228:2,7 | retrospective | revising 203:10 | 150:5,20 151:21 |
| 228:15 232:22 | 233:6,16,17,19,22 | rgreen 3:11 | 152:7,25 153:23 |
| 248:12 | 234:1,5,11,17 | rhonda 56:13 | 153:25 154:10,13 |
| respects 281:19 | retrospectively | right 17:25 24:10 | 154:24 155:5 |
| response 106:6 | 208:6 | 25:7 27:23 28:20 | 158:3,15 159:16 |
| 149:3 177:15 | return 314:17 | 29:4 30:15 37:3 | 160:8,18 162:1,9 |
| 265:5 266:25 | 315:6 | 42:1 43:8 52:13 | 167:5,8 168:11,19 |
| 267:10 268:13 | reused 137:6 | 52:19 54:17,24 | 168:22 170:3,4 |
| 291:8,11,12 293:7 | reveal 134:5 | 55:25 56:8 57:11 | 172:11,25 174:24 |
| responses 9:22 | reverse 241:12 | 58:2,13,17,21 | 174:25 176:22 |
| 176:25 266:18 | review 31:13,19 | 60:13,24 62:1,6,9 | 178:22 179:2,5,8 |
| 295:7 | 33:6 36:19 69:12 | 64:11 65:23 66:2 | 179:12 183:11 |
| responsibilities | 87:2 94:13,19 | 67:16 72:8 74:1,9 | 184:2,9 187:13 |
| 48:10 | 99:1,5 100:12 | 74:23 75:18 76:20 | 191:8 194:15 |
| responsibility | 108:1 109:12 | 76:23 77:11 78:4 | 196:25 197:3,7,11 |
| 66:6 | 111:7,16,19,21 | 78:7,14 79:6,9,16 | 197:15,17 198:11 |

Veritext Legal Solutions
866 299-5127

[right - scientists]

198:18 200:25
201:3,6,10,13
202:5,14,18,20
203:21 204:9,14
204:23 205:5,9,17
207:2 208:1,13,20
209:20,23 212:9
214:4,5 217:6
220:11 221:14,17
221:21 227:24
228:16 234:11
236:24 239:13
241:15,23 242:19
245:6,9 246:10,25
247:3,6 251:17
252:1,12 255:24
256:9,14,19,22
257:5 258:2,7,19
258:23 259:2
262:14 270:19
271:8 275:12,19
278:11,15,25
280:17 281:18
282:14,20,20
283:1 287:9,17,18
291:18 295:20
297:10 305:5,24
305:25 310:1,20
**rights**   12:7 165:20
275:15,18 278:8
281:15
**rigid**   141:13,15,16
**rigorous**   106:19
**ring**   287:14
**risk**   257:10 258:19
258:23
**risking**   216:24
**risks**   198:14 214:9
216:25 259:2
**road**   6:10

**roberta**   3:6 15:5
311:3
**roger**   135:12
136:19,21
**role**   20:23 22:10
26:4 57:3 66:20
67:3 72:18 73:21
76:13 92:22 103:4
128:2 131:13,19
157:24 158:24
159:3,13 160:13
160:14
**roles**   66:19
**roll**   241:25 245:10
**romantic**   55:14
**room**   303:6
**rooms**   303:4
**rooted**   91:15
**rosalia**   248:1
**rough**   138:17
**roughly**   21:15,17
22:8,9 40:17 45:1
46:21 71:10 72:14
74:15 88:10,14
105:11 113:13
122:18 124:17,20
126:16 133:13
135:8,9 140:20
141:24 146:18
150:2 179:18,19
179:19 180:8
285:16 286:11
**routine**   25:3 75:6
75:11,12 113:3
**royal**   54:16
**rpi**   37:3,5,12 38:8
**rules**   16:19 315:8
**run**   294:22 304:12
**running**   116:21
131:6 188:20
189:3,6,7

**runs**   241:18

**s**

**s**   16:14 97:10
225:25 237:19
291:3 316:3
**safer**   31:17
**safety**   177:25
178:13
**salary**   108:25
**sample**   12:4
253:23 254:2
267:16 270:14
**sauna**   303:5
**saw**   65:11,22 70:5
99:8 151:9 273:10
**saying**   27:21
128:20 181:14
209:5 215:6,10
217:7 237:24
241:12 245:9
284:11 288:21
291:13 295:5
298:9,24
**says**   54:23 109:25
115:24 116:7
130:23 147:13
155:21 165:3
177:15 187:11
194:25 214:2
225:17 226:7
240:10 264:20
268:25 287:19
292:17 302:19
**sbc**   48:17
**scan**   29:24 31:11
60:15
**scanned**   120:24
**scanning**   120:22
**scans**   116:14
**schedule**   314:10

**school**   1:11 2:11
3:3 15:6 154:13
217:13,22,23
**schools**   217:12
**schumm**   261:2,2,7
262:17 263:8,19
264:1,7,15,20,25
266:19,22 268:9
**schumm's**   261:17
263:23 265:8,9
**science**   20:24
22:12,21 26:5,7,8
27:2,5,10,21,24
37:8,9 93:25 94:7
99:14 135:23
136:1,2 158:9,19
159:24 160:14,18
160:20,25 161:2
161:12,16,18
162:1,3,8,14,22
163:5,7,18 166:14
169:7 174:14
190:10,17 192:8,9
192:10 193:2
209:1,2,2,16 221:4
271:18 288:19,20
298:4,6,7,8,10,10
**scientific**   105:1
201:15 209:19
210:6 226:23
264:9 284:17
286:3 287:13
289:22 290:20
294:6,13 295:22
296:21 298:2
**scientist**   65:25
66:8,13,21 67:5,18
68:23 72:18,19
73:22,23 221:5
**scientists**   210:14
210:19

Veritext Legal Solutions
866 299-5127

[scope - sexist]

**scope** 161:14
164:19 167:12
173:2,25 174:18
198:19 222:14
223:8,25 225:3
272:10,21 273:7
282:4,17 283:6
300:20 301:5,20
303:22 304:5,14
**score** 210:24
**scores** 210:22
211:1,9
**scouring** 152:17
**screen** 230:10
**scroll** 35:22
**se** 258:13
**search** 266:16
**searching** 222:22
**second** 21:9 22:17
36:18 97:21,23
119:14 120:7,12
120:16,20 131:6
138:1 145:24
153:15 177:24
187:15 190:25
238:22 239:21
244:11 266:4
270:7 278:8
307:18
**secondary** 1:11
2:11 3:3 15:6
**seconds** 189:2
**section** 62:6,8,12
63:5,18 64:25
98:8 105:4 170:24
204:4 244:2
**sections** 118:9
**see** 17:2 29:25
32:25 33:1,22
34:15 35:23 38:13
42:19 51:7 53:2,9

54:15 55:23 61:19
63:4,16 65:4,21
66:12,19 68:1
69:23 70:9 73:9
78:8 80:23 81:19
82:8 85:10 86:7
89:25 97:15
101:24 105:5
108:8 114:6
115:24 119:16
120:25 146:5
155:11 156:3,8
177:13 178:1
179:16,25 182:1
182:17 189:13
190:23 191:11,23
195:24 204:7,11
210:4 212:6 220:2
220:9 224:20
226:2,19 227:12
227:16,20 231:24
232:2,19 235:9,11
235:22 236:3
239:7,9,11,20
240:4,13 241:22
247:23 248:4
250:15 255:4,7
258:15 259:7,23
262:2,3,10 264:14
264:20,23 266:1
269:16,20,23
270:1,3,13 271:1,2
272:4 275:7
277:20 286:19
287:11,16 291:16
291:21 292:9
295:6,7 304:20
306:24
**seeing** 32:19 46:5
46:10 54:25 63:1
84:17,24 107:21

138:15 287:24
**seeking** 82:11
135:13
**seen** 33:10 34:20
36:2 46:19 78:12
176:17 186:7
220:24 270:4
271:11,13 272:20
273:1,14 275:8
304:2
**segregated** 166:5
303:7
**select** 100:4
**selected** 257:3
**self** 70:22 72:8,11
**send** 75:9 80:18
**sending** 295:7
**senior** 65:25 66:7
66:13,21 67:4,18
68:22 72:18,19
73:22,23
**sense** 80:6 133:1
**sent** 99:24 100:8
221:12 248:20
**sentence** 70:16
165:3 196:1
218:15 219:7
289:9
**separate** 73:9 99:4
**separated** 104:23
**separately** 48:7
**separating** 252:8
**september** 54:23
56:5 62:9 119:4
120:2
**series** 9:19 54:5
146:11 183:8
193:6,6 196:18
**serve** 49:12 113:1
133:25 135:16,21
161:6 221:20

**served** 70:15
**serves** 178:4,8,12
**serving** 24:2
**sessions** 84:20
**set** 37:11 39:5
42:11 49:25 85:9
101:7 177:1 313:7
**sets** 94:10
**setting** 299:15
300:2
**seven** 47:24 57:19
114:23 115:4,7
311:20
**severe** 228:23
229:19
**sex** 11:17 18:14,20
48:17 54:19 55:11
65:8 71:9,10
79:25 80:10 82:12
115:13 117:2
123:21 125:22
140:22,25 141:1,6
143:9 144:15,18
145:16,19 147:3,9
147:19,24 148:9,9
149:5,25 150:24
151:3,9 166:5
172:20 173:7,20
189:21,22 194:13
197:19 198:8,11
198:14,18 199:3
211:7,7 219:1
254:4 255:10
257:4,25 258:5,12
258:18,22 259:1,5
273:5,11,12,16
284:21 285:23,24
290:14 303:1,7,13
**sexes** 162:5
**sexist** 289:12

[sexology - social]

**sexology** 10:1,3
  12:10 187:8
  286:23 287:1
  297:10,13,21
  302:10
**sexual** 20:25 46:7
  46:8 47:21,22
  48:4,8,16,17 49:17
  55:12 59:5 64:4
  64:11 70:15 71:12
  71:15,15 73:11
  75:9 76:2,2,3,3
  87:24 91:17 92:11
  101:11 113:1,2,8
  113:18,20,22,24
  139:15,23,25
  140:16 141:12
  142:6,8,23 143:19
  188:1,8,11 189:14
  248:9,11 249:8,11
  309:11
**sexualities** 59:18
  60:4 62:1 63:14
  63:20 68:9,13
  87:21 99:10
  105:16 139:16
  140:11 147:25
  149:8
**sexuality** 43:14,17
  43:24 44:9,11,21
  46:1 56:14,16,18
  56:21,22 60:6
  63:23 74:5,8
  75:22 76:1,18
  77:11,19,25 87:21
  87:22,23 105:14
  116:23 122:15,17
  140:12 284:17
  286:4 287:13
  289:23 290:20
  294:6,14 295:22

  298:2
**sexually** 141:19
**shaking** 18:3
**share** 180:8 239:7
  269:15 275:5
**shared** 166:7
**sharing** 292:7
**shoals** 6:10
**shore** 294:24
**short** 103:11
**shorter** 306:15
**shorthand** 2:24
  313:3,11
**shortly** 230:10
**show** 145:23
  158:24 159:4,14
  169:21,22,25
  184:11 186:22
  206:13 240:18
  267:23 274:8
**showed** 240:25
  246:13 260:21
**showers** 303:4
**showing** 193:23
  226:23 242:19
  272:6,15 273:3,15
**shown** 171:24
  192:14 207:12
  212:22 298:6,8
**shows** 219:15
  304:2
**shuffling** 73:13,14
**shuman** 3:5
**shumanlaw.com**
  3:11
**sibling** 272:2
**siblings** 272:3
**sic** 15:6 33:24
  60:23 194:19
  271:12

**side** 91:2 160:12
  160:16 162:25
  257:18 263:12
  269:1 310:25
**sides** 277:19 304:3
**sign** 197:5 198:10
  314:16 315:5
**signals** 196:18
**signature** 138:1,2
  138:13 291:6
  313:24 314:21,23
  314:23 315:9
**signed** 291:5
**significant** 79:15
  264:4
**significantly**
  260:24 271:16
**signing** 285:3
**signs** 166:15
**similar** 21:17
  22:21 51:16 55:4
  108:9 110:21
  119:10 122:23
  128:11,25 144:23
  246:14,25 252:3
  269:13 307:25
**similarly** 129:15
  238:4
**simply** 95:6
  134:22 165:14
  309:2
**simulating** 61:23
**simultaneous**
  41:16
**simultaneously**
  60:6 62:22
**sincerely** 288:14
  298:20
**single** 110:4
  128:16 207:7
  220:18

**sit** 203:23 299:24
  301:19
**site** 148:3
**sitting** 113:6,11,11
  153:23 230:17
  231:7,17,19,20
  297:5 304:10
**situated** 238:4
**situation** 21:11
  86:8 150:15 166:9
**situations** 300:15
  300:16
**six** 21:11,13,16
  78:18 93:10,12
  103:18 124:12
  133:13 135:5
  136:6,15 138:11
  138:12,16 179:16
  179:19,25 231:2
  249:16
**size** 120:18 153:10
  257:17 270:14
  302:3 303:8,14,21
  304:3
**skagerberg** 248:2
**skeptical** 249:6
**skew** 244:16
**skewed** 244:14
**skorska** 117:9
**slash** 115:25
**slicer** 3:5
**slid** 308:5
**slight** 67:14
**slightly** 182:8
  184:20 272:2
**slow** 153:18
**small** 186:7,11
  257:17 296:7,8
**snake** 242:1,2,4
**social** 75:14 190:6
  190:13 191:25

Page 49

[social - staff]

194:14 195:1,6,10
210:4 211:11
217:14,17 218:11
218:21 219:16
226:17 269:10
278:3 299:17
**socially** 185:16
217:16 271:24
**societal** 279:3
280:20
**societies** 275:25
**society** 111:11
123:21 181:19
184:7 199:19
200:4,25 201:3,5,9
201:16,20 202:3
202:13,18 276:22
277:12 284:16,19
284:23 285:5,10
285:15 286:3,7
287:12,16 289:22
289:25 290:3,4,20
291:9,14 294:6,13
294:19 295:22
296:4 298:1,17
**society's** 202:10
**sole** 127:22
**solely** 39:6 42:12
43:7 76:14 112:1
118:6 237:11
**solutions** 311:21
314:7
**somebody** 116:22
141:19 185:18
188:6 288:21
298:23 299:20
309:8
**somewhat** 190:11
**soon** 88:6 215:3
249:10

**sorry** 24:21 28:8
30:25 33:7 50:20
77:3 79:6 82:11
82:14 87:10,14
98:11 107:1
108:18 110:20
115:24 119:8
132:21 133:8,20
136:11 155:8
159:2,8 171:10,12
171:21 179:23
202:24 207:13
216:8 218:13
226:5 230:24
254:22 258:3,24
264:19 266:10
272:12 281:24
282:7,8 283:25
304:22 305:12
307:23
**sort** 118:3
**sound** 102:25
233:15
**sounds** 57:20
103:16 121:19
127:20 182:8
220:10 257:7
287:24 310:19
**source** 73:7 144:1
192:23 211:15
220:22 265:1
**sources** 85:23
182:4,6 183:9,10
184:8 199:6,6
217:6
**southern** 13:10
**space** 128:7
225:25
**span** 79:19
**spanned** 58:22
109:23

**spans** 290:17
**sparked** 294:3
**speak** 17:24 53:23
110:23 111:18
210:17 269:9
**speaking** 39:21
41:16 44:1 55:10
82:14 90:6 93:17
111:23 141:25
165:22 171:16
172:11 281:3,6
**speaks** 112:6,10
**specialize** 117:5
**specializing** 117:3
**specialty** 75:20
211:20
**specific** 22:2 25:24
26:6 28:4 31:13
55:22 60:10 91:6
114:8 131:11
139:6 146:20
153:10,11,24
154:19 158:12,13
160:25 162:16
165:18 169:23
173:21 175:10
194:17 206:22
207:6 211:19
224:23 277:2
300:14,16
**specifically** 16:5
17:6 19:9 20:6
26:25 28:18 38:25
39:12,21 43:6
45:1,25 61:9 63:6
71:9 75:7 88:6
89:2,9 91:3,10
93:2,3 98:8 109:9
112:15 118:23
121:8 131:13,16
131:18 146:16

147:21 150:3,3
153:6 162:4 166:1
175:3 180:22
205:13 224:3
234:7 248:18
273:17 274:1
**specifics** 221:1
**speed** 244:4
**spell** 16:12 237:18
**spend** 40:18 140:5
140:18,22 141:3
141:22
**spending** 221:5
**spent** 79:15
**spoke** 23:8,20 26:2
46:20 48:20 50:21
57:10 59:1 119:19
126:12 141:5
160:18 184:9
185:21 211:2
247:5
**spoken** 75:24 77:1
133:22 136:21
142:16 154:9,12
182:17 219:21
**sport** 157:12 166:4
300:19,23 301:3
301:19,24 303:21
**sports** 106:11
107:9 168:6
173:21 174:10
177:21,23,25
178:5,13 302:3
303:8,14
**spot** 124:15
**sruti** 4:16 13:21
16:2
**sswaminathan**
4:23
**staff** 84:6,12,24
108:25 120:17

[staff - study]

134:17 281:11
**stage**  91:15 120:20
120:25 175:7
200:6
**stagiaire**  53:20
**standard**  42:21,22
106:18 200:20
203:9 222:7
**standardized**
68:20
**standards**  195:21
195:23 203:2,6,21
203:24 204:5,22
205:1,4,16 263:20
264:17,21
**start**  13:23 35:24
38:11 88:4 91:23
105:15 113:6
115:21 122:16
147:7 209:7,11
262:25 297:23
309:9
**started**  47:14
59:10 74:25 116:8
147:22 170:18
193:22,22 194:7
215:23 249:10
309:4
**starting**  20:14
120:1 182:15
220:14 271:23
291:25
**starts**  168:13
169:9 209:3
225:16 257:19
**state**  1:9,12,14 2:9
2:12,14 3:13 4:5
7:5 9:24 13:8
14:20 16:12 21:4
21:18 176:25
177:9,11,15,18

196:2 200:15
212:17 213:20
216:7 218:9,19
222:17 260:16
266:15 280:14
312:12 313:4
314:4,9,12 316:1
**stated**  50:7 284:20
**statement**  196:9
261:2 275:21,23
277:8,10 278:18
279:4 280:20
**statements**  277:18
298:15
**states**  1:1 2:1 91:1
263:17 275:18
278:8 281:16
**stating**  215:7
**statistic**  215:12,14
257:2
**statistical**  102:11
102:15,18,19,25
241:19,25 242:15
252:15 260:20
261:11,15,17
263:20,24 264:17
264:21
**statistically**  189:1
264:3
**statistician's**
261:14
**statisticians**
117:12
**statistics**  45:11
51:16,21,22 56:13
102:17 116:23
118:10 243:5,12
244:10,17 245:22
266:6 301:11
**statute**  310:13

**stay**  187:7
**staying**  47:25
**stays**  243:6
**steensma**  246:3
250:13
**stephanie**  239:18
**stepney**  227:18
**steps**  299:21
**steptoe**  6:18,24
**stewart**  239:18
**stipulation**  314:20
**stop**  292:14
**stops**  196:21,22
**story**  147:9
**street**  3:8 4:9,20
5:13 7:9,18
**strike**  132:21
216:8
**strive**  148:16
**strongest**  91:9
**strongly**  91:7,8
**structure**  66:10
113:4 114:7
**structured**  44:18
**student**  44:7 96:3
120:17 169:14
284:24 310:11
**students**  62:25
67:20,21,23 68:2,6
108:17 130:19
131:9,12,22
165:17,18,24
166:12,23 167:2
285:12
**studied**  38:18 49:4
58:8 167:3 176:7
186:9
**studies**  40:10
47:15,16 52:10,11
52:12 55:1 59:11
95:2 106:23 107:2

115:20 121:10
169:19,20,22,25
170:6,8,10,15,21
170:23 184:11
186:1,4,8,11,14,17
192:16 193:3,4,6,8
193:22,22 206:12
206:20 207:9,11
207:16 208:4,6,7
213:5,8,15,16
215:17 223:15
224:6 225:1,5,18
226:23 229:24
231:6 233:17,19
233:22 234:1,4,6,8
234:10,17 238:15
242:18,24 244:15
244:21 245:4,5,15
247:1 248:22
249:7 250:20
253:2,12,21,25
257:8 271:3,6
272:6,15,20,25
273:3,10,21 274:4
304:8
**study**  11:18 37:7
38:10 40:6 44:20
49:2,5 93:22,23
95:3 102:9 108:6
108:12,21 109:2,3
109:7 111:9
114:24 115:5,8,18
116:13,14,21
117:20 118:13,21
118:24 119:1,4,7
120:20,23 121:1,4
121:6,13 147:8
170:14 184:17
186:5 193:20
206:15,15 207:7
208:12,18,21

Veritext Legal Solutions
866 299-5127

[study - sure]

209:10,21 210:1
219:15 221:5,6,6
227:2,16 228:19
228:21 229:3,16
230:2,15,19,21,24
231:8,9,10,15,24
231:25 232:19
233:1,9,11,13,17
234:24 235:13
236:2,7,12,14,21
236:23 237:2,9,10
237:14 238:4,18
239:17 240:2,18
241:5,10,15,23
242:7 243:17
245:22,24 246:1,4
246:8,13,18,25
247:18 248:1,8
249:15 250:1
251:6,10,16,21,25
252:4,7,22 253:8,9
253:10,14,17,19
254:17 255:4,11
255:14,22 256:1,5
256:11 257:6,15
258:4,10,17,21,25
259:18,18 260:2,6
267:6,12,15,19
268:10 269:18,22
270:2,5,13,14,18
270:24 271:5,20
271:23 272:23
273:15 274:5
284:17 286:3
287:13 289:22
290:20 294:6,13
295:22 298:2
**studying**  38:11
96:3 139:15 149:5
150:24

**stutler**  1:13 2:13
6:17 15:1 311:8
**subject**  21:14
27:15 38:25 79:12
130:4 135:23
144:19 205:11
**subjectively**  68:16
**subjects**  37:22
39:21 61:15,15,20
61:22 87:23
**submission**  139:3
**submit**  100:5
124:14 128:11,24
139:5
**submitted**  35:9
97:18 117:24
118:1 124:8
126:12 129:1
136:9 137:24
139:4 153:1
230:21,25 231:18
249:7
**subscribed**  313:18
**subset**  200:14
**substance**  129:8
152:7
**substantial**  84:9
102:16 135:22
153:17,19 285:12
**substantive**  18:8
114:9 232:8
**subtype**  173:13
**successfully**  25:20
**suffer**  58:20
200:17
**suffering**  176:4
179:21 209:22
232:16 310:11
**sufficient**  80:15
182:14,23 294:21

**suggested**  290:4
**suicidal**  236:16
237:4
**suicidality**  123:16
124:25 228:24
229:20
**suicide**  10:11,12
124:25 230:4,4
233:4 255:24
256:12,16 257:11
258:19
**suite**  3:9 4:10 7:10
**sum**  105:1
**summarize**  22:12
22:21 26:4 94:13
162:14 223:19
**summarized**
215:17,18
**summarizing**
20:24 26:7 27:1
43:21
**summary**  27:4
124:17,19,22
145:14 171:1
**sunita**  239:18
**superintendent**
1:13,14 2:13,14
4:3 6:17 7:3 15:1
15:4 311:13
**supervise**  49:15
67:19 68:3
**supervised**  67:1
67:16 84:13 131:4
131:12
**supervising**  66:25
68:24 96:23
131:19
**supervision**  45:19
66:23 68:7 130:24
131:16,22 132:11
132:17,20,22

181:10
**supervisor**  49:12
130:19
**supervisors**
131:12 147:22
**supplement**  310:3
**supplied**  156:18
**support**  11:6
48:16 106:23
107:2 108:25
158:5,8,15,17
162:13,25,25
163:7 191:14,25
211:11 234:5
247:7 258:17,21
258:25 296:24
**supported**  11:21
120:19 159:24
160:20 259:20
265:24
**supporting**  192:25
**supports**  162:1,8
162:22 191:17
208:12,18,21
**suppose**  285:21
**suppression**  11:7
11:12 200:7
246:14 247:8
249:16 250:2
251:12
**sure**  13:20 15:10
28:7,21 52:17
57:20 64:8 66:24
71:20 77:4 98:11
104:1,4,9 110:8
121:12 134:20
173:14 179:24
180:11 208:18
215:5 229:12
239:5 241:24
244:19 258:4,25

Veritext Legal Solutions
866 299-5127

[sure - tara]

271:10 272:15
274:14 278:4
304:24 308:21
**surgery** 11:17
185:19 255:11,23
256:13,17 257:10
**surgical** 251:13
**surprised** 121:5
221:1
**survey** 186:8
233:6
**suspecting** 185:14
**suspects** 288:8
**suspend** 290:9
**suspended** 287:22
288:5
**suspension** 291:9
293:9
**sutton** 97:10,12
98:2,2,13,25
**sutton's** 97:21
**swaminathan** 4:16
9:6 13:20,21
14:15 15:24 16:2
16:6,6 18:24
19:10 25:14 26:16
27:3,18 28:11,15
28:19,24 29:1
30:21 31:2,5
32:20 33:3,4
34:14,17 35:6,13
40:22,24 44:14
45:5 46:3 47:9,11
57:16,21 58:6
61:3,18 63:15
64:9 65:20 71:1
71:13,23 72:1
77:8 83:8 85:6
86:17,23 96:9,12
96:13 103:8,14,16
103:17 104:3

105:2 112:11
120:5 121:17,20
122:5 124:6
133:19 134:6,10
134:20 135:3
137:10,15,20
142:13 146:2,4
151:14 152:1
158:20 159:10
160:2,17 161:11
161:22 162:17
164:5,24 166:17
166:21 167:16
171:9 172:18,23
173:5,18 174:7,22
175:4,18 176:1,8
176:13 187:2
190:18,24 191:3,5
193:13,16 198:1,6
199:1,12,17,18
206:9,10 207:8
208:17 209:12
210:2,11 211:16
211:25 212:13
219:8,10 223:2,11
224:11 225:8,24
226:1 227:6,11
229:14 230:8,13
234:16,22 235:4,8
238:24 239:4,10
239:15 241:21
242:11 243:22
244:3 245:1,18
247:12,16,24
250:5,10 254:8,13
259:10,16 261:21
262:1 265:15,19
268:1,6 272:14,24
273:13 274:2,8,14
275:1,2 282:5,9,24
283:12 284:2,8,10

286:13,18 293:22
296:23 299:10
300:17 301:1,13
302:1,7,13 304:1,9
304:18,25 305:9
305:22 307:17,21
309:18 310:15,19
310:24
**swear** 15:15
**sweden** 11:18
255:11
**swedish** 254:19
255:22 256:13
**switch** 239:21
**sworn** 13:19 15:16
**symposia** 122:11
123:1
**synonym** 141:2
**system** 70:17
80:13 85:8 100:12
143:1 145:23
149:9,14,22
164:22 248:25
**systematic** 106:19
202:9 208:4
**systematically**
62:23

---

**t**

**t** 16:15 191:4
237:19 316:3,3
**tab** 32:14 34:10
145:21 176:9
186:20 190:19
207:13,15 227:7
230:9 235:5
238:25 243:23
247:13 250:6
254:9 259:11
261:22 265:16
268:2 274:9 275:4
286:14 302:8

**tafuri** 235:20
**taggart** 235:19
**tailored** 138:20
**take** 17:16,20
23:14 33:5,8
36:19 37:14,25
39:8,25 42:15
43:11 51:9,12,14
51:18 57:16,19
67:14 87:2 103:11
116:14 121:18
125:18 131:18
145:22 146:20
154:18 156:25
166:8 177:6
200:10,12 207:23
252:3 257:21
305:10 311:16
**taken** 2:21 43:6
157:9 158:2
185:19 313:6
**takes** 32:23 176:14
**talk** 36:23 115:20
132:2 133:2
178:24
**talked** 29:4 103:19
183:25 309:22
**talking** 18:9 83:18
94:3 98:12,12
114:3,4 166:1,3
169:19,25 171:18
193:4,24 210:21
217:14 226:3
241:2 244:10
253:11 267:25
292:20 299:11
**tangentially** 96:15
**tanner** 175:7
200:6
**tara** 4:17 13:25

Page 53

[target - think]

| | | | |
|---|---|---|---|
| **target** 269:3,8 | 198:18 199:2 | 152:10 179:1 | 194:4 199:10 |
| **targeted** 44:11 | 217:19 237:14 | 253:13 263:23 | 231:22 244:7 |
| **targets** 269:4 | 293:23 301:17 | **testify** 23:10,12,15 | 255:19 282:5 |
| **tasks** 276:7,16 | 309:10 | 195:8 | 292:6 305:22 |
| **taught** 56:23 57:1 | **ten** 20:17 113:14 | **testifying** 19:18,19 | 306:2 308:7,9 |
| **tbarham** 6:11 | 113:17 199:14 | 19:22 313:9 | 311:14 |
| 314:2 | 257:3 277:3,24 | **testimony** 22:2 | **themself** 154:8 |
| **tborelli** 4:24 | 278:2 304:23 | 23:1,20,22,25 | **theo** 250:13 |
| **teach** 56:19 | **tend** 210:16 | 24:10,13,18 25:10 | **theoretically** |
| **teaching** 52:2 | **tender** 305:25 | 25:17,19 26:8,13 | 299:9 |
| 55:24 56:9,11 | **tenet** 209:16 | 27:8,10,22 28:4 | **theory** 154:6 |
| 57:3 130:17 131:1 | **tenille** 235:19 | 90:21 112:1 145:7 | 210:3 234:5 |
| **team** 120:6 133:7 | **terf** 191:2,6 | 154:22 159:4 | **therapists** 211:7 |
| 134:24 135:11 | 302:10,11 | 162:20 163:10,19 | **therapy** 10:10,23 |
| 137:3 173:22 | **term** 11:15 53:21 | 179:15 223:4 | 46:6 48:12,14,20 |
| 175:8 246:2 | 128:21 139:20 | 224:25 234:9 | 48:22,24 50:8,9,11 |
| 251:18 265:6 | 141:1 144:24 | 242:5,9,12 243:1 | 54:19 55:11,12 |
| 266:18 267:12 | 145:3,4 181:3,6 | 271:5 293:7 | 79:6 82:4 123:21 |
| 303:8 304:13 | 214:25 252:18 | 306:18 307:2 | 230:3 237:11,15 |
| **teammates** 165:25 | 255:9 300:9,9,14 | 311:19 312:9 | 238:1,20 240:18 |
| **teams** 104:13 | **terminology** 18:23 | **testing** 39:13 | **thereof** 313:13 |
| 164:10 165:17,19 | 19:7 26:24 27:14 | 42:20 68:8,14,20 | **thing** 13:20 127:6 |
| 165:23 166:1,5 | 43:25 44:23 60:25 | 69:3 | 143:8 268:24 |
| 167:22 174:5,6,10 | 167:13 172:22 | **testosterone** 198:2 | 273:21 279:13 |
| 302:3 303:14 | 173:3,10,25 | **tests** 241:19 | **things** 52:14 60:7 |
| **technical** 174:20 | 197:24 198:4 | **text** 99:20 164:11 | 93:24 128:3 259:5 |
| **technically** 285:20 | 208:14,24 210:8 | 207:17 222:8 | 295:5 |
| **technique** 252:15 | 211:14 222:15 | **textbook** 90:8 92:6 | **think** 21:25 24:1 |
| **teenagehood** | 229:13 234:13 | 97:6 99:12,18 | 24:21 27:7 28:8 |
| 167:23 | 273:8 | 101:15 | 31:3 33:24 41:1 |
| **teens** 46:15,16 | **terms** 25:25 26:7 | **texts** 99:19 222:7 | 46:18 50:15 57:1 |
| 50:18 309:1 | 46:14 65:10 73:17 | **thank** 15:25 16:8 | 74:3 76:10 86:11 |
| **teeters** 182:24 | 106:20 112:22 | 16:11,16 28:23 | 103:2,9 106:1 |
| **tell** 22:1,5 54:1 | 238:5,5 301:7 | 30:21 34:1,7 | 109:22 126:8 |
| 55:3 59:15 62:16 | **test** 42:22,23 68:18 | 35:12 39:2 41:2 | 130:15 136:24 |
| 64:18 74:12 | **tested** 219:20 | 42:24 46:22 62:4 | 137:15 140:21 |
| 100:11 102:8 | **testified** 15:21 | 65:4 71:23 72:6 | 142:14 145:3,6,18 |
| 107:18 119:9 | 26:17,19,22 58:8 | 85:6 96:11 105:3 | 147:14 148:11,22 |
| 122:24 129:7 | 86:11 91:19 | 106:21 111:6,6 | 149:17 152:20 |
| 131:25 149:16 | 126:11 137:21 | 115:19 134:7 | 158:7 159:19 |
| 169:24 196:14 | 139:14 143:3 | 139:13 141:21 | 162:18 163:2,4 |

Page 54

[think - tough]

164:4,21 166:22
171:10 183:4
185:2 202:19
206:3 207:12
211:25 212:2
223:21 224:4,8,10
224:12,16 232:6
233:25 234:3
238:15 243:2,10
243:10 244:16
245:23 265:3
268:22 270:24
277:3 288:2
291:12 293:16
298:20 303:17
304:18 311:15
**thinking** 264:25
268:25
**third** 72:14 177:24
191:12 257:18
262:6
**thirds** 71:10
**thomas** 235:21
250:13
**thought** 43:22
84:9 111:12 148:5
153:4 189:4
270:22,25 290:1
**thoughts** 10:11
230:4
**thousands** 150:6
**threatening**
289:12
**three** 21:17 40:13
40:14,18 41:4,25
68:4 81:22,23
87:9 115:4 135:4
177:22 204:2
232:7 286:11
290:17 295:23
296:15

**tile** 128:10
**time** 16:1 20:14
21:9 29:15 37:5
40:7 42:12 43:22
43:22 46:19 47:19
47:21 48:11 50:17
52:6,9 56:24
57:14 59:1 63:4
63:17 65:22 67:20
68:2 70:20,21
84:6,16 85:17,21
86:4,12 95:4
97:14 99:2 100:24
108:16 109:18
111:15 119:25
120:12,16 128:1
129:16 130:3
138:18 140:5,9,18
140:22 141:4,22
142:15 149:19
153:8 159:9 177:6
187:18 188:17
193:10 195:13,15
200:1 212:1 218:3
218:25 229:7,23
233:8 236:20
238:7 246:17
249:22 270:18
271:21 274:13
290:3,23 305:2,23
306:19 311:22
313:7 314:10,18
314:24 315:7
**timeframe** 67:11
88:9
**times** 20:10 23:8
40:23 81:20
114:23 115:4
242:1 245:10
255:23

**timing** 135:15
**title** 53:18 55:4,6,8
62:11 64:20 66:7
66:12,17 90:25
92:9,9,10 101:11
101:12,22 127:24
128:9 177:24
178:9 260:3 262:6
267:18 294:18
**titled** 88:16 92:11
107:2,15 123:14
125:21 128:1
191:1 220:2 227:2
230:2 234:24
238:18 243:17
250:1 255:9
259:19 267:15
302:10
**titles** 62:13 65:2
66:11 170:17
**tlanghofer** 6:14
**today** 10:1,3 12:10
16:1,9,21 17:25
18:8 19:18,22
29:7 30:6,10,17
32:5 33:12 34:4
34:23 35:18 75:13
154:22 158:24
162:21 171:14
187:8 195:8
231:17,19,20
242:5 255:3
283:21 286:23
287:1 297:5,10,13
297:21 299:22,24
301:15,19 302:10
304:10 305:15
306:17 307:9
308:21
**today's** 29:11
232:8,12 282:19

311:19
**told** 125:14 133:9
199:4 220:24
270:4 288:10
**top** 97:3 149:2
164:13,14 177:9
187:15 194:25
199:23 218:14
220:3 227:16
233:25 271:22
**topic** 27:24 28:1
83:16 100:4,8,11
102:12 114:4,5
118:24 121:4
167:3 170:25
202:9 205:12,13
223:25
**topics** 60:9 63:12
86:13 87:19 99:2
101:5 105:12
112:21 122:13,14
142:20
**tordoff** 227:1,17
230:15 231:9,10
231:15,21
**toro** 5:6 14:10,11
**toronto** 47:1 52:1
52:2,25 53:1
67:22 74:5,8
76:18 77:11,19,24
125:25 126:8
**torturous** 289:17
289:18
**total** 296:5 311:20
**totality** 116:4
**totally** 150:16
199:15
**touching** 72:4
**tough** 60:14,14
62:21 80:12

[tracked - true]

**tracked**  209:21
**tracking**  186:2
**trained**  42:21
**trainee**  53:22,25
**training**  38:6
    45:14,16,20 48:23
    48:25 67:20,25
    75:23 130:18
    131:1,4 180:14
**trajectory** 169:11
**trans**  21:22 45:2,2
    48:15 49:3,9,9
    77:18 78:1 89:14
    123:15,16 125:1
    130:2 131:9 132:2
    132:4 148:6
    163:16,18,24
    165:24,25 166:12
    166:23 169:3
    184:23 185:15
    186:6 187:6,7,17
    191:19,21 211:21
    309:21
**transcribe**  18:2
**transcribed**
    313:11
**transcript**  16:21
    308:1 312:7 314:6
    314:8,10,13,13,21
    315:2,2
**transcription**
    313:13
**transgender**  10:6
    10:12,18 11:1,20
    12:5 18:11,19
    19:4 21:24 23:18
    25:23,25 26:3,9,19
    26:22 27:5,5,11,23
    28:5,17 38:1,4,7
    40:1,4 43:12
    44:21 45:15,21,25

46:2,9 52:4,7
55:20 57:4 58:16
58:20 63:6 77:2,5
77:10,23 78:4,7,16
78:22 79:1 83:10
83:16 86:14,19
88:12,16,22 89:3,9
89:18 90:2,22
91:4 92:2,12,25
93:7 96:15 98:6
98:15 101:2,16
103:20 105:22
106:11 107:8
109:8 111:25
115:9 118:22
119:5 121:1,9
125:6,8,10,15
127:14,18 130:8
130:11 131:5,23
132:8,13,15,18,23
140:1 142:9 143:5
143:6,11,13,22
144:5 145:8,8
167:2 174:9 175:6
175:15,21 180:9
189:7,18,24 190:3
197:22 198:2
200:16 202:21
203:3 206:1 207:1
207:20 208:1
211:18 222:11
223:5,23 224:6
227:3 230:5 232:9
232:11 235:1
236:17 237:5
243:18 251:11
256:18,22 259:19
265:24 267:16
271:15,24 280:22
281:1 288:17
292:1,18 307:11

307:13
**transgendered**
    123:1
**transgenderism**
    98:9
**transi**  216:2
**transition**  48:14
    48:21 50:9 91:10
    91:16 171:25
    173:16,17 176:3
    181:9 185:13,25
    187:18 188:16
    190:7,13 192:1,17
    192:19,22,22,23
    193:1 194:15
    195:2,6,11 206:14
    210:4 211:11
    212:20 213:25
    214:8,16,18,23
    215:1,20 216:5,18
    218:24 219:18
    226:9 277:16
    278:10,12,13,13
    278:15,16,19,22
    278:25 279:15
    280:17 281:17
    282:14 283:1,9,9
    283:10 299:14,17
    299:18,19,22
    300:1,12 307:7
**transitioned**
    198:22 215:24
    216:2,10,21 217:8
    217:17 271:24
**transitioners**
    112:2 212:21
**transitioning**
    110:18 214:16,19
    214:21 279:9
**transitions**  78:2
    116:16 185:16

**translation**  53:21
**transsexual**  11:16
    12:7 255:10
    275:15,19 276:2
    280:8 281:15
**transsexualism**
    98:22 106:24
    107:4 109:19
**transsexuality**
    27:25 43:15,18
    63:25 110:10
**transsexuals**
    128:2 276:21
**travis**  6:5 14:21
    30:12,13,14
    103:10 146:2
    307:19 314:1
**treat**  18:11 19:5
    211:18
**treated**  179:7
**treating**  200:4
**treatment**  68:8,12
    75:5 79:2,25 80:9
    80:18 81:16,18
    82:4,11 115:8,13
    115:16 132:5,7,12
    150:5,9 178:25
    196:6,17 197:11
    202:4 208:13,19
    238:7 251:13
    280:23 281:2
    294:23
**treatments**  81:2,9
**tried**  24:12,17,24
    110:17 226:10
**triggered**  73:2,8
**trouble**  307:19
**true**  146:13
    198:20 202:15,19
    208:25 237:9
    242:23 243:12

Veritext Legal Solutions
866 299-5127

[true - understanding]

245:13,14 293:12
312:10
**truth** 240:21,22
**truthfully** 19:22
**try** 17:11,17 24:25
25:9 68:15 208:6
280:9
**trying** 62:18 77:20
84:22 109:24
110:21 139:7
140:15 149:17
155:12 159:13
170:5 183:4 185:8
186:8 189:21
215:13 248:24
277:1,1 292:13
294:17,24
**tryon** 3:15 14:18
14:18 18:23 19:7
30:18,19,22,25
31:3,6 44:1,1
45:22 61:13 64:7
65:15 70:11 71:6
71:17 86:15,21
96:7,11 103:24
112:8 120:3 124:4
134:2 136:23
158:16 159:17
160:9 162:10
164:2 167:14
171:6 172:12,22
173:1,24 174:17
175:1,16,23 207:4
209:24 219:5,5
224:9 234:19
241:16 244:22
245:17 272:11,19
273:9,19 282:2
283:7,24 296:18
299:6 300:3,5,21
301:4,20 303:22

304:5,15 310:3,4,8
310:17
**turn** 35:20 53:6
93:13 104:19
106:13 121:7
122:6 123:11
126:25 130:14
148:21 155:15
156:22 177:4
187:14,20 190:25
191:11 194:18,21
205:21 211:23
212:14 218:5
219:24 225:12
231:23 257:14
262:24 263:10
266:12 281:14
288:25 302:18
**turned** 192:12
260:17
**tutorial** 127:5
**twitter** 278:4
**two** 21:25 22:1
23:15 26:2 33:19
51:20 56:12 58:8
71:2,10 81:22,23
100:24 114:15
115:20 117:2
130:25 150:2,7
207:12,16 238:5
286:11 299:5
307:3 309:2,15
**type** 171:17 172:2
172:5,7,9 197:13
**types** 172:3 196:24
278:6 308:12
**typical** 139:25
**typically** 45:7
46:11 54:4 68:6
69:20 70:3,14
71:3 72:4 74:17

75:4 81:24 126:5
144:11 148:24
165:25 197:14,23
198:3 252:11
273:21 275:16
**typology** 106:23
107:3
**tyson** 6:8

**u**

**u.s.** 13:9 80:19
181:21 195:22
**uh** 100:2 115:15
182:11 237:20
**ulterior** 283:4
**ultimately** 70:6
83:6 84:7 264:1
**un** 289:17
**unable** 75:17 84:8
86:5 226:10
239:11
**unanimously**
206:21 207:6
212:22
**unaware** 270:20
**uncivil** 289:11
**uncontested**
101:19
**unde** 190:10
**undecided** 190:11
**undergo** 257:10
**undergoing** 11:16
189:10 197:10
255:10 278:21,25
279:9,16 280:16
**undergraduate**
37:1,12,14,16,17
37:25
**undermine** 157:11
158:3
**undermined**
158:25 159:5

**undersigned** 313:3
**understand** 16:24
17:8,10,22 18:5,16
18:22 19:1,6,12,15
19:17 27:7 28:20
44:17 46:13 50:16
62:18 72:3 75:25
77:24 80:19 84:3
87:13 109:24
110:20 115:22
117:25 122:10
123:13 130:17
139:7 141:8,11
149:17 152:2
159:13 162:23
170:5 171:13
172:6,15 173:15
176:22 179:1
182:1 183:4
184:18 185:3,8,22
214:25 215:5,14
229:3,9 231:4
243:10 256:7
276:23,24 283:19
294:15,17 298:12
299:1,12
**understanding**
25:15 28:3 33:9
35:6 43:1 63:21
84:23 104:5,10
135:20 139:19
142:2 145:13
146:8 153:13
155:12 160:10
164:6,16 165:15
166:7 168:3 174:6
176:2 185:10
189:24 215:13
244:13 261:6
263:8 271:21
284:1,4 286:1

Page 57

[understanding - vries]

292:24 299:25 300:18,23 301:2 301:18

**understands** 264:8

**understood** 17:14 28:21 100:13 109:24 150:16 152:20 160:3

**underwent** 255:22 256:12,17

**undue** 278:11,15

**unethical** 84:9

**unfair** 206:18

**unfamiliar** 129:11 129:12

**unfortunate** 243:9

**unfortunately** 18:3 277:6 306:9

**union** 7:16

**unit** 13:6 54:20 57:25 58:4 121:24 122:3 151:19,23 212:7,11 274:20 274:24 305:3,7

**united** 1:1 2:1

**univer** 51:25

**university** 38:17 40:7 42:10 47:1 52:1,2 67:21 146:10

**unkind** 289:10

**unknown** 206:2 207:2,21

**unlawful** 289:18

**unnecessary** 214:8 214:9

**unprofessional** 289:11

**unprotected** 292:5

**unrealistic** 218:23 219:17

**unsigned** 287:20

**update** 153:9 230:16

**updated** 36:17 139:5 153:5 201:13 277:23

**updates** 152:11 153:3 201:17,21 202:18

**use** 16:4,17 18:1 20:5 93:18,25 94:2 138:5,7 139:4,10 145:4 148:24 184:20 229:2 243:14 244:17 284:14 299:13,22

**useful** 111:11,11 111:12 150:4

**usual** 142:8 148:5

**usually** 47:7 67:23 81:10 91:21 94:2 299:20

**utilized** 196:5

**v**

**v** 11:25 56:17 225:25 314:4 316:1

**va** 41:12,17

**vacuous** 209:1

**vague** 124:4 293:4

**valeria** 5:6 14:10

**valued** 289:19

**van** 243:17 244:2 245:24 246:2 253:16,19

**vanderlaan** 116:25 117:21,22 118:6 119:2

**var** 301:22

**variable** 301:22

**variance** 252:16

**variations** 185:10

**variety** 157:16 165:8

**various** 157:25 273:11

**venues** 181:17 278:2,5 290:13

**verbal** 18:1

**verify** 24:25 266:23

**veritext** 8:4 13:15 13:17 311:21 314:7,9,11

**veroff** 5:10

**versa** 63:3

**verse** 25:5

**version** 90:9 92:6 92:10 97:5,9 101:12 153:1 182:16 195:18 203:12,14,16 204:23 205:1,4,8 205:15,19 216:19 221:25 247:2

**versus** 13:8 62:19 111:2 160:12 252:9 262:8 273:21 299:13

**vice** 63:3

**victoria** 54:16 248:2

**video** 13:6

**videoconference** 3:1

**videographer** 8:6 13:4,15 14:14,17 15:8,14,17 57:23 58:2 121:22 122:1 151:17,21 212:5,9

**variable** 301:22

**videotaped** 1:19 2:20

**vie** 124:15

**view** 113:17 140:1 158:25 159:5 188:18

**views** 269:10 302:24

**violated** 289:23

**violating** 71:2 151:2

**violative** 76:9

**virginia** 1:2,9,11 1:15 2:2,9,11,15 3:3,8,10,13,14,18 4:3,9,11 6:22 7:3 7:9,11 9:24 13:8 13:11 14:19,20 15:3,6 34:6 133:9 133:16,23 134:13 135:2,6 136:14,22 138:3 177:11 311:12 314:4 316:1

**virginia's** 157:11 176:25

**virtual** 84:20

**virtually** 13:13 31:8

**volition** 96:20

**volume** 1:21 2:21 9:4 312:17

**voted** 290:1

**vpeletdeltoro** 5:19

**vries** 225:22 226:15 246:3 250:1,12,20,24 253:7,10

Veritext Legal Solutions
866 299-5127

[vs - word]

**vs**   1:8 2:8

**w**

**w**   1:11 2:11
**wagenaar**   250:13
**wait**   155:17 209:7
**waiting**   195:3
    268:7
**waived**   314:23,23
**waiver**   177:17
**waiving**   314:20
**walk**   53:4
**wall**   4:20
**want**   18:9 28:20
    36:23 57:19 71:19
    75:2 91:9 93:19
    103:8,11 133:1
    137:14 142:1,22
    143:9 144:18
    146:24 159:11
    178:24 187:14,18
    188:16 199:12
    206:13 214:13,18
    215:5,20 216:5
    230:15 245:11
    247:21 263:7
    270:7 284:7 293:4
    306:8
**wanta**   227:17
**wanted**   52:17
    70:18 84:10
    135:15
**washrooms**   303:6
**watchful**   195:3
**water**   32:9,10
**way**   30:8 32:7
    44:10 45:3 59:7
    80:13,14 84:9
    89:16 99:22 100:7
    102:13 108:4,23
    121:3 140:16
    142:25 145:19

149:24 158:11
    160:11,15 166:24
    172:14 174:3,16
    174:20 175:24
    183:2 209:1 229:1
    229:4 243:11
    244:17,18 253:4
    256:23 269:10
    276:8,17 289:25
    301:7
**ways**   89:13 93:18
    139:21 184:21
    243:3 252:13,14
    253:4 269:13
**we've**   52:18 57:13
    75:24 77:1 142:14
    142:16 212:2
**wearing**   279:22
    280:2
**website**   275:12,15
    276:14 277:9,15
    277:24 297:23
**websites**   75:13
**week**   150:10 200:2
    200:3
**weeks**   152:25
    231:13
**went**   29:15 41:25
    57:9 62:5 64:10
    102:9 148:4
**west**   1:2,9,10,15
    2:2,9,10,15 3:3,10
    3:13,14,18 4:3,11
    6:22 7:3,11 9:24
    13:8,10 14:19,20
    15:3,6 34:5 133:9
    133:16,23 134:13
    135:2,6 136:14,22
    138:3 157:11
    176:25 177:11
    311:12 314:4

316:1
**western**   1:2 2:2
**when's**   200:1
**whereof**   313:17
**whichever**   290:5
**white**   6:21
**wide**   157:16 165:8
**widely**   196:4
**wider**   120:23
**widespread**   145:3
**willing**   133:10
**wilson**   235:21
**windows**   239:21
**wishes**   185:24
    281:12
**withholding**
    208:12,19,21
    210:4 211:11
**witness**   9:2 13:19
    15:15,16 19:8
    24:3,5,5 25:13
    26:15,25 27:15
    28:17 29:3 33:1
    44:2,25 45:24
    61:1,14 63:9 64:8
    65:14,16 70:12,14
    71:7,20 77:7 83:1
    85:8 86:16,22
    103:13,25 104:18
    112:9 120:4 124:5
    134:8,16,21 135:1
    136:24 137:1
    142:12 159:8,19
    160:10,22 161:15
    162:11 164:3,20
    167:15 171:7
    172:13 173:4,11
    174:1,19 175:2,17
    175:24 187:1
    190:23 193:14
    197:25 198:5,20

199:16 207:5
    208:15,23,25
    209:25 210:9
    211:15 222:16
    223:9 225:4
    234:14,20 239:3,8
    239:13 241:17
    242:9 244:1,23
    247:22 250:9
    259:15 272:12,20
    273:10,20 274:12
    282:7,18 283:8,25
    293:12 296:19
    299:8 300:7,22
    301:6,22 302:12
    303:23 304:7,16
    305:25 306:11
    309:19 310:16
    313:17 314:13,16
    315:2,5 316:24
**witnesses**   263:9
    313:8
**woman**   130:2
**women**   174:9
    188:14 197:22
    222:11,13 223:5,6
    307:3 309:12
**women's**   157:12
    177:21,23,25
    178:5,13
**wondering**   24:23
    48:13 103:10
    110:1 111:6 243:8
**word**   20:5 24:24
    28:9 53:19 93:18
    93:23 94:2 101:22
    185:10 229:2
    243:2,5,8 244:16
    282:20 283:9
    284:12 299:14,22
    299:25

Veritext Legal Solutions
866 299-5127

[words - zucker]

**words** 25:2 93:25
184:20 258:9,11
279:14 299:19,25
**work** 47:23 50:3
52:4 54:1,7 55:3
55:15,19 57:9
58:23 59:15,19
60:11 61:4 62:16
62:23,24 63:16,19
64:5,18,21 65:6,8
65:10 68:5,11,24
70:1 73:18,20,22
76:19 80:13 93:14
93:19 100:19
110:22 147:6,20
149:13 304:22,23
**worked** 40:8 47:22
54:12 61:21 73:15
75:2 116:19
133:15 150:18
**working** 106:2
126:25,25 150:19
205:1
**workload** 74:21
**works** 57:18 80:24
97:6 262:18
**world** 67:24 99:19
181:21 202:21
279:23
**worries** 96:12
**worse** 259:5
**wpath** 202:20
203:1,5,9,21,24
204:4,14,16,18,22
204:25 205:4,16
**write** 81:16,24
87:19 95:12
111:16 112:22
187:16 290:24
297:25 302:17

**writing** 81:13 88:4
90:9 111:18,22
293:17,19 294:10
297:17
**writings** 58:22
**written** 81:19 82:2
106:8 107:19
111:10 191:8
291:7
**wrong** 192:13
214:17 261:15
274:12
**wrote** 20:4 97:9
106:6 111:9,21
187:11 203:23
251:16 266:24
275:10 276:19
277:2 282:18,23
291:10,11,12
**wvago.gov** 3:20
**wvssac** 311:4
**www.aappublic...**
240:11
**wyant** 4:6 7:6

**x**

**x** 315:1
**x.x.g.** 262:9
**ximena** 239:19
**xxg** 11:25

**y**

**y** 272:7,16
**yeah** 16:8 36:19
50:13 84:22 111:5
138:6 146:6 245:2
245:14 260:14
**year** 22:8,9,23
40:14 41:4,25
47:14,16,20,21
97:17 100:24
113:9 116:4 175:6

203:11,19 233:5
257:4 287:12
**years** 20:17 21:1
29:13,21 33:19
40:8,13,18 47:24
54:23 74:23 79:20
79:20 83:24 87:17
87:18 100:24
101:18 105:11
107:21 112:20,21
113:13 115:25
116:2,5 120:1
122:19 126:24
204:2 221:5 232:7
253:24 277:3,24
278:2 285:17
286:11 294:2
297:24 308:21
309:4
**yep** 151:17 212:5
305:1
**yesterday** 30:16
31:9
**york** 4:22,22 7:20
7:20 21:18,19
23:15
**young** 11:11 46:12
46:13 144:11,17
144:25 250:1
251:11
**younger** 145:10
**youngest** 50:15,18
76:8,10 78:11
**youth** 10:13,22
12:5 230:5 236:17
237:5 238:19
240:18 267:17
271:15,25
**youths** 10:6,19
227:3 235:1

**z**

**zelkind** 4:18
**zero** 75:2
**zholstrom** 5:23
**zoe** 5:11 291:3,8
292:11 293:8
294:4,18 297:2
**zoom** 3:1
**zucker** 92:20
102:4,20 107:12
119:3 250:23

Page 60

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.