# Exhibit H

```
1                  IN THE UNITED STATES DISTRICT COURT
2            FOR THE WESTERN DISTRICT OF WEST VIRGINIA
3                         CHARLESTON DIVISION
4
5      _____
       B.P.J. by her next friend and)
6      mother, HEATHER JACKSON,      )
                                     )
7                  Plaintiff,        )
                                     )
8        vs.                         )   No. 2:21-cv-00316
                                     )
9      WEST VIRGINIA STATE BOARD OF  )
       EDUCATION, HARRISON COUNTY    )
10     BOARD OF EDUCATION, WEST      )
       VIRGINIA SECONDARY SCHOOL     )
11     ACTIVITIES COMMISSION, W.     )
       CLAYTON BURCH in his official )
12     capacity as State             )
       Superintendent, DORA STUTLER, )
13     in her official capacity as   )
       Harrison County              )
14     Superintendent, and THE STATE )
       OF WEST VIRGINIA,             )
15                                   )
                   Defendants,       )
16                                   )
       LAINEY ARMISTEAD,             )
17                                   )
                   Defendant-Intervenor.)
18     _____)
19                   VIDEOTAPED DEPOSITION OF
                          STEPHEN LEVINE
20                  Wednesday, March 30, 2022
                          Volume I
21
22
23     Reported by:
       ALEXIS KAGAY
24     CSR No. 13795
       Job No. 5122884
25     PAGES 1 - 289
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3                     CHARLESTON DIVISION
 4
 5      _____
                                     )
 6      B.P.J. by her next friend and)
        mother, HEATHER JACKSON,     )
 7                                    )
                 Plaintiff,          )
 8                                    )  No. 2:21-cv-00316
           vs.                       )
 9                                    )
        WEST VIRGINIA STATE BOARD OF )
10      EDUCATION, HARRISON COUNTY   )
        BOARD OF EDUCATION, WEST     )
11      VIRGINIA SECONDARY SCHOOL    )
        ACTIVITIES COMMISSION, W.    )
12      CLAYTON BURCH in his official)
        capacity as State           )
13      Superintendent, DORA STUTLER,)
        in her official capacity as  )
14      Harrison County             )
        Superintendent, and THE STATE)
15      OF WEST VIRGINIA,            )
                                     )
16              Defendants,          )
                                     )
17      LAINEY ARMISTEAD,            )
                                     )
18          Defendant-Intervenor.)
        _____)
19
20          Remote videotaped deposition of
21      STEPHEN LEVINE, Volume I, taken on behalf of Plaintiff,
22      with all participants appearing remotely, beginning at
23      9:09 a.m. and ending at 5:46 p.m. on Wednesday,
24      March 30, 2022, before ALEXIS KAGAY, Certified
25      Shorthand Reporter No. 13795.
```

                                                    Page  2

```
 1   APPEARANCES (via Zoom Videoconference):

 2

 3   For The Plaintiff B.P.J.:

 4       COOLEY

 5       BY:  KATELYN KANG

 6       BY:  VALERIA M. PELET DEL TORO

 7       BY:  ANDREW BARR

 8       BY:  KATHLEEN HARTNETT

 9       BY:  JULIE VEROFF

10       BY:  ELIZABETH REINHARDT

11       BY:  ZOE HELSTROM

12       Attorneys at Law

13       500 Boylston Street

14       14th Floor

15       Boston, Massachusetts 02116-3740

16       617.937.2305

17       KKang@Cooley.com

18       VPeletDelToro@Cooley.com

19       ABarr@Cooley.com

20       KHartnett@cooley.com

21       JVeroff@Cooley.com

22       ZHolstrom@Cooley.com

23

24

25
```

Page  3

```
1    APPEARANCES (Continued):

2

3    For Plaintiff:

4       LAMBDA LEGAL

5       BY:  SRUTI SWAMINATHAN

6       BY:  MAIA ZELKIND

7       Attorneys at Law

8       120 Wall Street

9       Floor 19

10      New York, New York 10005-3919

11      SSwaminathan@lambdalegal.org

12      MZelkind@lambdalegal.org

13

14

15   For the Intervenor:

16      ALLIANCE DEFENDING FREEDOM

17      BY:  ROGER BROOKS

18      BY:  LAWRENCE WILKINSON

19      Attorneys at Law

20      1000 Hurricane Shoals Road, NE 30043

21      RBrooks@adflegal.org

22      LWilkinson@adflegal.org

23

24

25
```

Page 4

```
 1    APPEARANCES (Continued):

 2

 3

 4    For the State of West Virginia:

 5        WEST VIRGINIA ATTORNEY GENERAL

 6        BY:  DAVID TRYON

 7        Attorney at Law

 8        112 California Avenue

 9        Charleston West Virginia 25305-0220

10        681.313.4570

11        David.C.Tryon@wvago.gov

12

13

14    For West Virginia Board of Education and Superintendent

15    Burch, Heather Hutchens as general counsel for the

16    State Department of Education:

17        BAILEY & WYANT, PLLC

18        BY:  KELLY MORGAN

19        Attorney at Law

20        500 Virginia Street

21        Suite 600

22        Charleston, West Virginia 25301

23        KMorgan@Baileywyant.com

24

25
```

<div align="right">Page 5</div>

```
 1    APPEARANCES (Continued):

 2

 3    For defendants Harrison County Board of Education and

 4    Superintendent Dora Stutler:

 5        STEPTOE & JOHNSON PLLC

 6        BY:  SUSAN L. DENIKER

 7        Attorney at Law

 8        400 White Oaks Boulevard

 9        Bridgeport, West Virginia 26330

10        304.933.8154

11        Susan.Deniker@Steptoe-Johnson.com

12

13

14    For West Virginia Secondary School Activities

15    Commission:

16        SHUMAN MCCUSKEY SLICER

17        BY:  SHANNON ROGERS

18        Attorney at Law

19        1411 Virginia Street E

20        Suite 200

21        Charleston, West Virginia 25301-3088

22        SRogers@Shumanlaw.com

23

24

25
```

Page  6

```
 1   APPEARANCES (Continued):

 2

 3   For West Virginia Secondary School Activities

 4   Commission:

 5       SHUMAN MCCUSKEY SLICER

 6       BY:  ROBERTA GREEN

 7       Attorney at Law

 8       1411 Virginia Street E

 9       Suite 200

10       Charleston, West Virginia 25301-3088

11       RGreen@Shumanlaw.com

12

13

14

15   Also Present:

16       MITCH REISBORD - VERITEXT CONCIERGE

17

18   Videographer:

19       KIMBERLEE DECKER

20

21

22

23

24

25
```

Page 7

```
 1                         INDEX
 2   WITNESS                            EXAMINATION
 3   STEPHEN LEVINE
 4   Volume I
 5
 6                 BY MS. HARTNETT              14
 7
 8
 9                       EXHIBITS
10   NUMBER              DESCRIPTION          PAGE
11   Exhibit 86   Expert Declaration of Dr. Stephen   51
12                B. Levine in Support of
13                Plaintiff's Motion for
14                Preliminary Injunction
15
16   Exhibit 87   Declaration of Stephen B. Levine,   69
17                M.D.
18
19   Exhibit 88   Presentation of Healthcare Models   217
20                for Transgender Adolescents
21
22   Exhibit 89   Video Clip                     256
23
24   Exhibit 90   Video Clip                     258
25
```

                                            Page 8

```
 1      Exhibit 91    Video Clip                          260

 2

 3      Exhibit 92    Video Clip                          261

 4

 5      Exhibit 93    Video Clip                          263

 6

 7      Exhibit 94    Video Clip                          265

 8

 9      Exhibit 95    Video Clip                          267

10

11      Exhibit 96    Video Clip                          267

12

13      Exhibit 97    Video Clip                          268

14

15      Exhibit 98    Video Clip                          269

16

17      Exhibit 99    Video Clip                          270

18

19      Exhibit 100   Video Clip                          271

20

21      Exhibit 101   Video Clip                          272

22

23      Exhibit 102   Video Clip                          275

24

25      Exhibit 103   Video Clip                          278
```

Page 9

1

2      Exhibit 104   Video Clip                        278

3

4      Exhibit 105   Video Clip                        279

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1                      Wednesday, March 30, 2022

 2                         9:09 a.m.  A.M.

 3              THE VIDEOGRAPHER:  We are on the record at

 4      9:09 a.m. on March the 30th of 2022.

 5              All participants are attending remotely.        06:09:27

 6              Audio and video recording will continue to

 7      take place unless all parties agree to go off the

 8      record.

 9              This is media unit 1 of the recorded

10      deposition of Dr. Stephen Levine, taken by counsel for    06:09:39

11      the plaintiff, in the matter of B.P.J., by her be- --

12      by her next friend and mother, Heather Jackson, versus

13      West Virginia State Board of Education, filed in the

14      U.S. District Court, for the Southern District of

15      West Virginia, Charleston Division, Case               06:09:59

16      Number 2:21-cv-00316.

17              My name is Kimberlee Decker from Veritext

18      Legal Solutions, and I am the videographer.  The court

19      reporter is Alexis Kagay.

20              I am not related to any party in this action,    06:10:16

21      nor am I financially interested in the outcome.

22              Counsel and all present will now state your

23      appearances and affiliations for the record.  If there

24      are any objections to proceeding, please state them at

25      the time of your appearance, beginning with the        06:10:31
```

```
 1    noticing attorney.

 2           MS. HARTNETT:  Good morning.  I am Kathleen

 3    Hartnett from Cooley, LLP, and I represent the

 4    plaintiff B.P.J.

 5           I will let my co-counsel introduce themselves,   06:10:40

 6    starting with my colleagues at Cooley.

 7           MR. BARR:  Good morning.  Andrew Barr from

 8    Cooley, LLP, for the plaintiff.

 9           MS. VEROFF:  Good morning.  This is Julie

10    Veroff from Cooley, LLP, for Plaintiff.                06:10:53

11           MS. KANG:  Good morning.  This is Katelyn Kang

12    from Cooley, LLP, for Plaintiff.

13           MS. PELET DEL TORO:  Good morning.  This is

14    Valeria Pelet del Toro of Cooley, for Plaintiff.

15           MS. REINHARDT:  Good morning.  This is          06:11:00

16    Elizabeth Reinhardt at Cooley, for Plaintiff.

17           MS. HELSTROM:  Hello.  This is Zoe Helstrom

18    from Cooley, LLP, for Plaintiff.

19           COUNSEL SWAMINATHAN:  Good morning.  This is

20    Sruti Swaminathan from Lambda Legal, for Plaintiff.    06:11:26

21    And I have a paralegal at Lambda, Maia Zelkind, with me

22    as well.

23           MR. BLOCK:  Good morning.  This is Josh Block

24    from the ACLU, for Plaintiff.

25           MS. DENIKER:  Good morning.  Susan Deniker      06:11:44
```

Page 12

1   from Steptoe & Johnson, PLLC, representing Harrison

2   County Board of Education and Superintendent Dora

3   Stutler.

4          MS. MORGAN:  This is Kelly Morgan on behalf of

5   the West Virginia Board of Education and            06:11:58

6   Superintendent Burch.

7          MS. ROGERS:  This is Shannon Rogers on behalf

8   of the West Virginia Secondary School Activities

9   Commission.

10          MR. TRYON:  This is David Tryon.  I'm with the   06:12:12

11   West Virginia attorney general's office, representing

12   the State of West Virginia.

13          MR. BROOKS:  This is Roger Brooks with

14   Alliance Defending Freedom, representing the intervenor

15   Lainey Armistead and defending Dr. Levine today in this   06:12:28

16   deposition.  With me is my colleague and law clerk,

17   Lawrence Wilkinson.

18          THE VIDEOGRAPHER:  Thank you.

19          Will the court reporter please swear in the

20   witness.                                            06:12:41

21

22                    STEPHEN LEVINE,

23   having been administered an oath, was examined and

24   testified as follows:

25

Page 13

```
 1                         EXAMINATION

 2   BY MS. HARTNETT:

 3        Q   Good morning, Dr. Levine.

 4        A   Good morning.

 5            MS. HARTNETT:  Before we start, I'm just going    06:13:01

 6   to put a housekeeping matter on the record that the

 7   attorneys discussed before we went on the record and

 8   that is that objection to form preserves all objections

 9   other than privilege and that the parties will make an

10   effort to use "form," "scope" and "terminology" as the   06:13:13

11   shorthand objections.  In addition, an objection by one

12   defendant is an objection for all defendants.

13            Could any counsel for the defense let me know

14   if they have any disagreement with that?

15            MR. BROOKS:  We have agreed, in fact.           06:13:30

16            MS. HARTNETT:  Thank you very much.

17   BY MS. HARTNETT:

18        Q   So again, my name is Kathleen Hartnett, and

19   I'm with the law firm called Cooley, LLP.

20            Can you hear me okay?                           06:13:41

21        A   I do.  At this point, yes.

22        Q   Okay.  Please let me know if that changes.

23            I use she/her pronouns.

24            Would you please state and spell your name for

25   the record.                                              06:13:53
```

Page 14

1       A    Stephen Barrett Levine, S-T-E-P-H-E-N

2    B-A-R-R-E-T-T L-E-V-I-N-E.

3       Q    And what pronouns do you use?

4       A    He/him.

5       Q    Thank you.  Dr. Levine, you've been deposed    06:14:07

6    many times before; correct?

7       A    Yes.

8       Q    Was the most recent deposition that you gave

9    in September of last year, 2021?

10      A    No.                                            06:14:21

11      Q    What was the most recent deposition that you

12   gave?

13      A    In -- within the last month, I was deposed in

14   a Connectica- -- a Connecticut case involving a

15   transgender prisoner.                                  06:14:41

16      Q    Do you know the name of that case?

17      A    Probably Clark versus the department of

18   corrections in Connecticut.  Connecticut Department of

19   Corrections (sic).

20      Q    Okay.  And what was your -- the nature of your  06:15:01

21   testimony in that Connecticut case, this recent

22   deposition that you gave?

23      A    Well, I provided a psychiatric evaluation of

24   the patient and made recommendations.  It -- it was --

25   I'm hesitating because -- I provided a thorough        06:15:28

                                                    Page 15

```
 1    psychiatric evaluation of the developmental history and

 2    the in prison history of the patient and the -- the

 3    psychology of his new transgender identity.

 4         Q    And you say "new transgender identity."

 5              Was the new identity of -- male or female?    06:16:02

 6         A    The -- the new identity as a transgender

 7    woman.

 8              MR. BROOKS:  And -- and, Counsel, I will

 9    caution that obviously any detail about a psychiatric

10    evaluation of an individual prisoner is a matter        06:16:18

11    covered by confidentiality that Dr. Levine is not free

12    to get into detail about.

13              MS. HARTNETT:  I hear you.  I -- this is not a

14    disclosed matter on his CV and is a recent deposition,

15    so we'll have to just determine whether we need more    09:16:23

16    information, but thank you.

17    BY MS. HARTNETT:

18         Q    Could you let me know what -- without giving

19    any personal identifying -- or, I guess, any more

20    detail than you believe appropriate, could you tell me  09:16:33

21    what the nature of any recommendations you made were in

22    that matter?

23         A    My recommendations were to provide a pathway

24    towards further evaluation so that eventually a

25    decision could be made about whether sex reassignment   09:16:56
```

Page 16

```
 1    surgery would be appropriate.

 2          The -- the reason I'm hesitating is that that

 3    really did not come to be the subject of the

 4    deposition.  The subject of the deposition really was

 5    the contents of my evaluation, which was done two years    09:17:24

 6    before, and -- so lots of things had happened in the

 7    two years since I saw the patient or interviewed the

 8    patient and -- so I was not able to make

 9    recommendations based on current knowledge of the

10    patient, and so I did not.                                 09:17:43

11        Q    And was the -- prior to this recent deposition

12    in Clark, was the most recent deposition before that

13    the deposition in September of last year?

14        A    Yes.

15        Q    Thank you.  And I'm asking that by way of         09:18:03

16    introduction just because I want to make sure we're on

17    the same page about the ground rules for the

18    deposition, and it sounds like you've been through this

19    before, but I'll just let you know my basic ground

20    rules and make sure we're on the same page.                09:18:18

21          So I will ask questions, and you must answer

22    the questions unless your counsel instructs you not to

23    answer.

24          Do you understand that?

25        A    I do.                                             09:18:26
```

Veritext Legal Solutions
866 299-5127

```
 1        Q   And if your counsel objects, you'll still need
 2   to answer my question unless you've been instructed not
 3   to answer.
 4            Do you understand that?
 5        A   I do.                                    09:18:35
 6        Q   If you don't answer (sic) my question, could
 7   you please let me know, and I'll be happy to try to
 8   rephrase it or make it clear for you?
 9            Does that make sense?
10        A   I'll try to remember.                    09:18:48
11        Q   And if you answer, I will assume you
12   understood the question.
13            Do you understand that?
14        A   Yes.
15        Q   I'm going to ty -- try to take a break every  09:19:00
16   hour or so.  If you need a break at a different time,
17   please let me know.
18            Do you understand that?
19        A   I understand.
20        Q   And if I've asked a question, you'll need to  09:19:11
21   provide an answer before we take a break.
22            Do you also understand that?
23        A   I do.
24        Q   I will do my best not to speak over you -- and
25   please use verbal answers so the court reporter can  09:19:25
```

                                                  Page 18

```
 1    transcribe your answers.  Nodding or shaking your head

 2    can't be captured on the transcript.

 3          Do you understand that?

 4      A   I do, but I can guarantee you you'll have to

 5    remind me of that.                                     09:19:36

 6      Q   Well, you may have to do the same for me, but

 7    we'll try.

 8          I also just want to explain what I'm going to

 9    mean when I use a couple of terms today.

10          For purposes of this deposition, when I say    09:19:51

11    "cisgender," I will mean someone who's gender identity

12    matches the sex that was recorded for that person at

13    birth.

14          Do you understand that?

15      A   Yes.                                            09:20:02

16      Q   And then when I say the word "transgender," I

17    will mean someone whose gender identity does not match

18    the sex for which was recorded at birth.

19          Do you understand that?

20      A   Yes.                                            09:20:13

21      Q   And when I say "B.P.J.," I'm referring to the

22    plaintiff in this case.

23          Do you understand that?

24      A   Yes.

25      Q   Do you understand that you are testifying       09:20:21
```

Page 19

```
 1    under oath today just as if you were testifying in
 2    court?
 3         A    Yes.
 4         Q    Is there anything that would prevent you from
 5    testifying truthfully today?                        09:20:32
 6         A    No.
 7         Q    Are you taking any medication that would
 8    affect your ability to give truthful testimony?
 9         A    Well, I took a sleeping pill last night, but I
10    feel reasonably alert today.                        09:20:48
11         Q    Okay.  So you don't -- you don't have a belief
12    that that medication you took last night will affect
13    your ability to give truthful testimony today?
14         A    I -- I don't think it will.
15         Q    Do you know what case you're being deposed in  09:21:06
16    today?
17         A    Well, I -- yes.
18         Q    What case is that?
19         A    B.P.J. versus Department of Education.
20         Q    And do you know what jurisdiction this case is  09:21:19
21    from?
22         A    West Virginia.
23         Q    And do you have -- sorry.
24              Do you have an understanding of the issue
25    presented by this case?                             09:21:35
```

Page 20

```
 1        A    I have an understanding.  I'm not sure it is

 2   the correct understanding, but I do have an

 3   understanding.

 4        Q    Understood.  What is your understanding of

 5   this case?                                          09:21:47

 6        A    The plaintiff and next friend and mother wish

 7   the young person to be able to compete in athletics

 8   according to their current gender identity and

 9   apparently the State Board of Education is --

10   disagrees.                                          09:22:13

11        Q    Okay.  Thank you.

12             So we already touched on that you had been

13   deposed previously.  I just want to ask you about a

14   couple of specific depositions you gave to see if you

15   recall those?                                       09:22:29

16             There was a matter in North Carolina called

17   Kadel that you gave a deposition in September of 2021

18   regarding state employee healthcare.

19             Do you recall giving that deposition?

20        A    Would you repeat -- regarding what?  I didn't  09:22:41

21   hear that last phrase.

22        Q    I'll try to speak more slowly.

23             That was regarding -- so let me just start

24   that one again.

25             So do you recall giving a deposition in a     09:22:51
```

Page 21

```
1    North Carolina matter called Kadel in September of 2021

2    regarding state employee healthcare?

3         A    Yes.

4         Q    Do you recall giving a deposition in a Florida

5    case in December of 2020 called "Claire"?  That was      09:23:07

6    also about state employee healthcare.

7         A    Yes.

8         Q    There also was a case called Keohane in

9    Florida where you gave a deposition in 2017 and that

10   was a prisoner case.                                      09:23:21

11            Do you recall that?

12        A    Yes.

13        Q    Did you give true and correct testimony in

14   those depositions?

15        A    Yes.                                            09:23:31

16        Q    Have you always given true and correct

17   testimony in your depositions?

18        A    To the best of my knowledge, yes.

19        Q    Thank you.  And you've had depositions in

20   cases involving prisoners who were seeking care for       09:23:45

21   gender dysphoria; is that correct?

22        A    Yes.

23        Q    Have you ever testified in favor of a prisoner

24   who was seeking medical care for gender dysphoria?

25        A    Yes.                                            09:23:59
```

Page 22

1        Q    Can you describe those instances where you've

2    testified in favor of a prisoner seeking medical care

3    for gender dysphoria?

4        A    In the last case involving a prisoner by the

5    name of Soneeya, S-O-N-E-E-Y-A, I recommended transfer        09:24:14

6    to a female prisoner and -- sorry -- transfer to a

7    female prison and the opportunity to have sex

8    reassignment surgery if, after a year of adaptation

9    there, there were no significant decompensations or

10   problems.                                                      09:24:44

11       Q    And do you remember what year you made that

12   recommendation?

13       A    I think it was 2019.

14       Q    Okay.  And can you -- are you aware of any

15   other examples of you having testified in favor of a          09:25:05

16   prisoner seeking medical care for gender dysphoria?

17       A    I'm hesitating because medical care includes

18   many things.  And so the answer is yes.  It involves

19   accommodations to their current gender identity in

20   terms of canteen items, for example, and it includes          09:25:35

21   the prescription of cross gender -- cross-sex hormones.

22   So I've been involved in the provision of those kind of

23   things repeatedly over the years for prisoners.

24       Q    Have you ever, other than in the Soneeya

25   matter, recommended that a prisoner -- sorry --               09:26:04

Page 23

```
 1    testified that a prisoner should receive gender

 2    confirmation surgery?

 3         A    I'm hesitating to answer the question because

 4    it's about testimony.  In my work as consultant, I have

 5    repeatedly recommended both surgery and, more -- more      09:26:25

 6    commonly, hormone treatment, electrolysis treatment,

 7    canteen item treatment.  Most of -- the vast majority

 8    of these cases never come to trial.

 9         Q    When is the last time that you recommended

10    that a pres- -- a prisoner should have hormone            09:26:46

11    treatment?

12         A    It would have been the third Thursday in

13    March, this year.

14         Q    And where is that prisoner located?

15         A    Massachusetts.                                  09:27:06

16         Q    Can you estimate how many prisoners you've

17    given a recommendation about through the course of your

18    career?

19         A    That would be very difficult.  I've been the

20    consultant to the department of corrections gender        09:27:30

21    identity committee since, I think, 2008 and every month

22    since that time, with less than one handful of

23    exceptions, I've been present at discussions, and we've

24    recommended accommodations in prison to people who

25    declare identity as a trans woman.  And I would say       09:27:58
```

Page 24

```
 1    probably, and I ask you not to hold me to this number,

 2    40 times.

 3         Q   Sorry, 40 times describes what?

 4         A   That -- that I've joined a group of people who

 5    decided to provide electrolysis, canteen item --          09:28:25

 6    special privileges for canteen items, that is, female

 7    canteen items, the ability to shower alone, the ability

 8    to be tapped down or searched by a female attendant,

 9    not a male attendant, a correction officer, hormone --

10    the beginning of hormone treatment and -- and, of         09:28:52

11    course, bilateral mastectomies and -- and on several

12    occasions, male gender confirming surgery for biologic

13    males who are living as trans women.  In other words,

14    the whole gamete of services.

15         Q   So 40 times you've recommended something -- or    09:29:19

16    joined in a recommendation for something for -- a

17    prisoner to receive medical care, as you've broadly

18    described that term?

19         A   Yes.

20         Q   And then how many times can you estimate where    09:29:34

21    you had made a recommendation that the prisoner should

22    not receive medal care, as you've broadly defined it?

23         A   I don't think I've ever recommended that no

24    treatment be offered to this person.  The -- the --

25    because the treatment involves that entire array of       09:30:07
```

```
 1    matters that I just delineated.
 2          And so prisons -- or at least Massachusetts,
 3    where I work as a consultant, has been very --
 4    eventually, by 2008, has been -- have been very
 5    interested in providing individual services to -- to      09:30:26
 6    help these people diminish their pain about their
 7    incongruence, and I have been one of the people who
 8    devised the program.
 9       Q    The prisoner that you reco- -- you
10    recommended -- sorry -- that you were referring earlier   09:30:49
11    to, the one in the Clark matter, do you recall us
12    discussing that?
13       A    I do.
14       Q    And that person identifies as female; correct?
15       A    Yes.                                              09:31:00
16       Q    Do you view that person as a female?
17       A    I view that person as a trans woman.
18       Q    You have just testified that you've never
19    recommended that a -- no treatment be offered to a
20    prisoner for gender dysphoria; is that correct?          09:31:22
21       A    I'm hesitating because "no treatment"
22    includes -- would include all of the above, of the
23    array I previously listed, and at this moment, I don't
24    recall ever saying no treatment should be given to this
25    individual, no accommodation should be given to this     09:31:47
```

Page 26

```
 1    individual.
 2         Q    Do you recall if you've ever recommended that
 3    no surgery be permitted for an individual in prison?
 4         A    Oh, yes, I have.  I have said that I didn't
 5    think sex reassignment surgery -- in those days, that's    09:32:06
 6    what we called it, but it's now called gender
 7    confirming surgery -- I have said I did not think
 8    sex -- that kind of surgery was indicated or
 9    necessary -- medically necessary.
10         Q    And so how many times did you say that surgery   09:32:26
11    was medically necessary?
12         A    Would you repeat that, please.
13         Q    How many times did you say that surgery was
14    medically necessary for a prisoner?
15              MR. BROOKS:  Objection; ambiguous.               09:32:45
16              THE WITNESS:  You may or may not know that I
17    do not like the term "medically necessary."  I prefer
18    to use the term "would be psychologically beneficial to
19    this person."  So that's the reason I'm hesitating
20    answering your question.                                   09:33:12
21         I generally avoid using the term "medical
22    necessity."  Instead, I try to make a determination
23    whether I think, in the -- in the long run, this
24    particular intervention that we're talking about would
25    be psychologically beneficial to the patient.             09:33:29
```

Page 27

```
 1    BY MS. HARTNETT:

 2         Q    My question is whether you've ever recommended

 3    any gender confirming surgery as medically necessary

 4    for a prisoner.

 5         A    Yes, I -- I have signed my name to such          09:33:47

 6    documents, such recommendations, because where I work,

 7    in Massachusetts, this is the way that the -- most of

 8    the staff and -- and -- that -- that is the common term

 9    used to -- to justify that kind of intervention.

10         Q    How many times have you signed your name to      09:34:10

11    that kind of intervention for a prisoner?

12         A    Perhaps five times.

13         Q    And you referenced the Soneeya matter;

14    correct?

15         A    Correct.                                         09:34:38

16         Q    And years earlier than the 2019 recommendation

17    that you just described, you testified against surgery

18    for that prisoner; correct?

19         A    That is not correct.

20         Q    What's not correct about that?                   09:34:50

21         A    That I did not testify -- I did not testify

22    against sex reassignment surgery.

23         Q    Did you testify against something earlier in

24    that matter?

25         A    I testified the recommendation to -- to have     09:35:05
```

                                                      Page 28

```
 1    what the judge called a soft landing, like first

 2    transferring the person to a female facility, and then,

 3    based upon her adaptation there, to have sex

 4    reassignment surgery.

 5            In fact, that was really -- the issue was not    09:35:29

 6    whether the person should eventually have sex

 7    reassignment surgery, but -- but whether it should be

 8    done before transfer to the female facility or after

 9    transfer.

10       Q    Did that prisoner seek sex reassignment         09:35:46

11    surgery before transfer?

12       A    Please repeat that.

13       Q    Did that prisoner seek sex reassignment

14    surgery before transfer?

15       A    She did until we presented this idea to her,    09:36:04

16    and she jumped at the idea.  She thought it was a very

17    good idea when we interviewed her.  And by the time

18    this case got to court, her attorneys were arguing for

19    immediate sex reassignment surgery.  But --

20       Q    So she -- by the time you were -- oh, pardon     09:36:27

21    me.  Please complete your answer.

22       A    So we were aware that, because we were in the

23    room when we -- I discussed this with her, she was very

24    happy with the idea of transfer with the -- because she

25    was very positive that she would have a fine adaptation  09:36:41
```

Page 29

```
 1    among women prisoners, and she was delighted.

 2          And then months later, when this came to

 3    trial, the -- her attorney arg- -- was arguing against

 4    that.

 5       Q   So you testified against her wishes as          09:37:05

 6    expressed by her attorney at trial; correct?

 7       A   I never conceived that I was testifying

 8    against Soneeya.  You may do that, but I -- that's not

 9    my concept.

10       Q   In the cases where you've given testimony       09:37:24

11    about employee healthcare coverage, you were testifying

12    against the employee healthcare coverage for gender

13    dysphoria; correct?

14       A   Incorrect.

15       Q   What's incorrect about that?                    09:37:38

16       A   What I was testifying to is my understanding

17    of the state of science.  I was not taking a stand that

18    people should not have healthcare coverage.  I was

19    trying to inform the Court about what we knew about

20    this subject and what we don't know about this subject. 09:37:58

21          I didn't take a position that -- that I knew

22    what should be done.  I was just here as a -- to offer

23    what I understood about the state of science, about

24    various aspects of surgical and medical and

25    psychological care for the trans population.            09:38:18
```

Page 30

```
 1        Q   Are you aware in the Kadel and the Claire

 2   matters -- those are the North Carolina and Florida

 3   employee healthcare coverage matters -- your testimony

 4   was submitted by the defendants in that case against

 5   the relief being sought?  Are you aware of that?        09:38:37

 6        A   I was aware that -- who employed me and what

 7   their purposes were, but -- but I was not enjoining

 8   psychologically with the idea that I was doing anything

 9   but offering the Court what I hope to be an objective

10   appraisal of the state of knowledge based upon          09:39:01

11   literature and, you know, participation in trans care

12   over the years.

13        Q   So were you, in those two matters, agnostic as

14   to whether the employees received the healthcare

15   coverage or not?                                        09:39:21

16        A   Agnostic?

17        Q   That you didn't have a view.

18        A   Would you -- would you mind explaining that

19   term?  I'm -- I usually understand that in terms of

20   religious notions.                                      09:39:34

21        Q   That you did not have a view -- in those

22   cases, Kadel and Claire, is it fair to say you did not

23   have a view as to whether the healthcare coverage

24   should be extended or not?

25        A   I felt insufficient to make a societal         09:39:47
```

Page 31

```
 1    decision.  I'm not an expert in the insurance industry
 2    at all.  I -- I am certainly not an expert in the
 3    political processes in any particular state.  The
 4    only -- the only knowledge base that I feel I have
 5    comes from the study of the literature and the            09:40:05
 6    participation in trans care, both in the community and
 7    in prison systems.
 8          And so the fact that the State used my
 9    testimony does not really equate, in my mind, with my
10    position on whether or not people should have            09:40:31
11    healthcare insurance.
12          I -- again, to repeat, my understanding is I
13    am somewhat knowledgeable about the state of science in
14    this area and that the various people on law -- on the
15    side of -- in -- in -- in judicial issues -- judicial    09:40:48
16    matter want somebody who can articulate the state of --
17    of knowledge.  And that's what I do.
18          The state of knowledge should be applied, in
19    my view, to both sides of the issue, not just, you
20    know, the State or the Board of Education.  It should    09:41:09
21    be -- it should be established -- it should be relevant
22    to the plaintiff's side.
23      Q   Were you paid by the State in the
24    North Carolina and the Florida matters for your
25    testimony?                                               09:41:27
```

Page 32

1        A    Ultimately, I think I was paid by the State,

2    but the check did not come from the State.  The check

3    came from the lawyer who employed me.

4        Q    Understood.  Have you ever provided testimony

5    with your -- what you've described as your expertise in    09:41:46

6    favor of -- on the side of extending the healthcare

7    coverage to tran- -- to people seeking care for gender

8    dysphoria?

9        A    No attorney representing that side of the

10   issue has ever hired me, but if they would, I would be     09:42:03

11   happy to present my knowledge or -- to, and they can do

12   what they want with that testimony.

13       Q    You were deposed in at least one child custody

14   matter in Texas where a child wanted to transition; is

15   that correct?                                              09:42:26

16       A    I was.

17       Q    And you testified in trial at that matter,

18   too?

19       A    I did.

20       Q    And was your testimony in that case in          09:42:37

21   opposition to the desired transition?

22       A    The testimony in that case was to present the

23   state of knowledge about this matter.  I did not take a

24   position that a child should or should not have a

25   particular treatment.  I was just informing the Court,    09:42:56

```
 1    as I previously described to you.  I thought I was a

 2    witness about the nature of knowledge about trans

 3    children.

 4           THE WITNESS:  Could you get me some water,

 5    please.                                          09:43:16

 6    BY MS. HARTNETT:

 7       Q    Sorry, is your testimony that you, in that

 8    case, in the -- this is the Younger matter; is that

 9    correct?

10       A    Yes.  That's what I understand you to be     09:43:23

11    referring to.

12       Q    And your testi- -- your testimony today is

13    that you were not testifying in opposition to the

14    transition that the child -- of the child in the

15    Younger matter?                                   09:43:36

16       A    I was hired by the lawyer who was representing

17    the father who did not want his son to be transitioned

18    to a little girl, socially.  But I was not testifying

19    that the child should not be transitioned.  I was

20    testifying -- I had no knowledge of that -- I wasn't   09:44:02

21    asked for that question.  That -- that was never asked

22    of me, Ms. Hartnett.  What was asked of me was what we

23    knew about this subject.  And, therefore, I felt

24    comfortable sharing the state of knowledge and -- and

25    what is missing from our knowledge.               09:44:23
```

Page 34

1        Again, it -- it has the appearance that I was

2   testifying against the socialization of the child, but

3   I think if you look closely at that, what I was doing

4   was telling the Court what was known and what was not

5   known and what the consequences were, the implications        09:44:45

6   of treating the child one way versus another.

7        Q   So you did not testify in that matter that

8   desistance was preferable to affirmation?

9        A   I actually don't recall if I made that

10  statement.  It's -- I just don't recall.                       09:45:09

11       Q   Okay.  Has your testimony -- oh, sorry.

12       Have you testified in any other matters of --

13  similar to the Younger matter, in which parents were

14  disputing the proper care of their child who sought

15  care for gender dysphoria?                                     09:45:37

16       A   Yes.  There was a case that I believe is

17  sealed in the Tucson court.  I don't know if I'm

18  allowed to give the name.  I presume I can give the

19  name.  I don't know.

20       MR. BROOKS:  If -- if it's sealed, I would not            09:45:56

21  give any identifying information.

22       THE WITNESS:  But the answer to your question

23  is yes.

24  BY MS. HARTNETT:

25       Q   And in that matter, did your -- was your             09:46:05

Page 35

1    testimony used by the party who was opposing the

2    treatment for gender dysphoria for the child?

3        A    In that particular matter, it was the parents,

4    who hired me, who objected to losing custody of their

5    child when the child was hospitalized for a suicide        09:46:38

6    gesture and told the people in the hospital that her

7    evil parents were preventing her, at age 13, from

8    transitioning to being a boy.  And her parents --

9            MR. BROOKS:  I'm just going to interrupt and

10   caution the witness.  I'm not part of that case, but       09:47:03

11   I -- nor do I want Dr. Levine to violate any

12   confidentiality obligations.

13           So as you answer, whatever level of generality

14   you think is appropriate, just be very careful not to

15   disclose information that you believe you received in      09:47:18

16   confidence and that remains confidential given the

17   conduct of that case.

18           So I -- I don't want us in our proceedings to

19   violate any obligations of that proceeding.

20           THE WITNESS:  Well, given that, I actually          09:47:35

21   think anything I would say about this would violate the

22   confidentiality rule here, and I think I've told you

23   enough about the case.

24           MS. HARTNETT:  Well, I don't want to waste our

25   time on the record discussing this, but we have a right    09:47:51

                                                    Page 36

```
 1    to discovery into your testimony, so we will follow up

 2    with counsel to figure how to get it.

 3    BY MS. HARTNETT:

 4         Q   When was this testimony given?

 5         A   In the spring of 2021.  And if I'm wrong, it    09:48:13

 6    was in the spring of 2020.

 7         Q   Thank you.  And, sorry, what -- was the

 8    testimony given in deposition or trial or some other

 9    fashion?

10         A   In juvenile court.                              09:48:32

11         Q   In what form did the testimony take?

12             MR. BROOKS:  Objection; vague.

13    BY MS. HARTNETT:

14         Q   Just, sorry, meaning written or oral.

15         A   Oh, in person?  I was in -- I was in person by  09:48:50

16    video, and I was cross-examined, you know.

17             I also submitted a report of the psychiatric

18    evaluation.

19         Q   Any other testimony that you've given in a

20    case involving parents and the potential care of a       09:49:13

21    child with gender dysphoria?

22         A   I submitted a rebuttal to a report in a case

23    in Cincinnati I think the first week of January of this

24    year.  The case is called Siefert, S-I-E-F-O-R-D (sic),

25    or E-R-T, something like that.  Siefert versus Hamilton  09:49:49
```

Page 37

```
 1    County, which is the Cincinnati county.

 2              So that would be the answer to your question.

 3        Q    And what's the nature of that matter, the

 4    Siefert matter?

 5        A    The -- the child, who was identifying as a        09:50:08

 6    trans male, were treated -- the parents were treated

 7    during the hospitalization as persona non grata and the

 8    hospital refused to discharge the patient even though

 9    the patient did not meet criteria for continued

10    hospitalization and -- so the -- the parents were        09:50:46

11    objecting to the loss of parental rights.

12              Subsequently, the child reidentified as a

13    female and -- so I don't know what the outcome has been

14    legally.  It's in process.

15              And I just commented on the limitations of     09:51:07

16    the -- another expert who felt that it was justified to

17    keep the child in the hospital against the parents'

18    wishes, for two and a half months.

19        Q    In the Tucson matter that you discussed,

20    which, again, we will follow up on, but can you just     09:51:34

21    tell me if that's been resolved?  Do you know if that's

22    reached a conclusion?

23        A    Yes, that -- the -- the particular judicial

24    issue was -- was resolved.  Whether or not the parents

25    are going to continue to sue the -- the child welfare    09:51:56
```

Page 38

```
 1    organization, I -- I don't know.  I haven't heard -- I

 2    haven't had any follow-up on the case since it was

 3    adjudi- -- since it was resolved.

 4        Q    Thank you.  Has your testimony ever been

 5    excluded by a court?                               09:52:18

 6        A    Yes.

 7        Q    When?

 8        A    2015.

 9        Q    What matter was that?

10        A    It was in the matter of a prisoner named   09:52:33

11    Noseworthy (sic) in California.

12        Q    And what is your understanding of how your

13    testimony was excluded?

14        A    Well, I didn't actually have testimony.  I

15    submitted a psychiatric evaluation and a            09:52:50

16    recommendation, and I was never invited to a -- a

17    courtroom for that.

18            The judge -- I presented, in my written

19    deposition, an account of a female prisoner who had a

20    very extremely negative outcome from genital surgery,  09:53:12

21    and the judge -- the judge thought I was lying about

22    this case, and he also did not think that -- that I

23    followed the Harry -- the WPATH standards of care, and

24    he dismissed my -- without asking me one question,

25    without asking me do I have any evidence to show that I  09:53:39
```

Page 39

```
 1    wasn't lying about this case, he -- he dismissed my

 2    recommendation.

 3            So I'm aware that judges have their -- judges

 4    can make mistakes.  Because I, in fact, have in my

 5    possession the case history, I saved the case history    09:54:01

 6    that was presented to me by the California Department

 7    of Corrections, and that -- no one seems to know that.

 8    Or at least the judge did not inquire about that.  I

 9    never had a chance to defend myself and -- so that's --

10    that's when my testimony was dismissed.                  09:54:24

11      Q    Thank you.  Is there any other time where your

12    testimony has been excluded by a court?

13            MR. BROOKS:  Objection; vague.

14            THE WITNESS:  Well, I believe that the impact

15    of that judge in the Noseworthy -- Norsworthy case has   09:54:48

16    influenced two other cases to discredit my position, at

17    least whatever I said on those other cases -- on one

18    other case.

19            One of the cases that -- that my name gets

20    brought up about, I actually never submitted any         09:55:10

21    testimony to, but someone quoted what I had taught in a

22    workshop; and, therefore, the judge dismissed that

23    testimony.

24            You should understand that since that time and

25    even before that time, my testimonies have been          09:55:29
```

Page 40

1   accepted by various courts, and -- for example, in the

2   district court of Arizona, in a case involving

3   insurance coverage, the judge quoted my testimony.

4   That -- that was appealed to the Ninth Circuit Court,

5   and the Ninth Circuit Court made -- made a reference       09:55:49

6   to, but did not name my testimony.

7           And so it seems to me that since -- before

8   2015, in that particular case, and subsequent to 2015,

9   my testimony has been accepted by various courts, in

10  various matters involving, you know, trans issues that     09:56:10

11  I am asked to opine about.

12      Q    Thank you.  Is there any other example you can

13  think of where your testimony has been excluded by a

14  court?

15          MR. BROOKS:  Objection, vague.                      09:56:37

16          THE WITNESS:  Well, I'm aware of the

17  Noseworthy case, the -- the Edmo case, and there's a

18  Hecox case.

19          But again, all these exclusions were

20  objections to my expertise derived from the judge in       09:56:58

21  the Norsworthy case.

22          And the answer to your specific question, I am

23  not aware of any other situation where my testimony was

24  excluded.

25      Q    Thank you.  For the Noseworthy case, you did       09:57:13

                                                    Page 41

```
 1    submit an expert report; correct?

 2        A   I -- I -- yes.

 3        Q   So you understand this case involves sports;

 4    correct?

 5        A   Yes.                                      09:57:42

 6        Q   What, if any, prior testimony have you given,

 7    whether by declaration or report or oral testimony,

 8    about transgender participation in sports?

 9        A   I believe that both in the Connecticut case

10    and in the Hecox case the expert opinion report that I   09:58:09

11    gave about the state of knowledge in this field has

12    been submitted for the Court's consideration.

13            I am not an expert, as you probably know, in

14    matters of athletics and physiology.  I am only

15    providing information that I feel I know about, which    09:58:41

16    is the knowledge and the lack thereof about certain

17    issues related to trans care.

18            So I -- I've never really, as far as I know,

19    as far as I remember, made an opinion about this should

20    happen or this should not happen.  I'm just providing    09:59:06

21    information to the courts about what I know and what is

22    not known by society or by science.

23        Q   Thank you.  So in this case, for example,

24    B.P.J., is it fair to say you do not have an opinion as

25    to whether she should be permitted to play sports?       09:59:25
```

Page 42

```
 1        A    I do not have an opinion.

 2        Q    Have you -- setting aside the context of

 3   transgender participation in sports, have you ever

 4   given any testimony of any kind in a matter related to

 5   sports?                                               09:59:51

 6        A    I can't think of any.

 7        Q    Have you given any prior testimony, whether by

 8   declaration, report or oral testimony, about

 9   prepubertal trans- -- transgender children?

10             MR. BROOKS:  Let -- let me ask you to restate  10:00:16

11   that question.  Not to rephrase it, necessarily.  I

12   just want to hear it back.

13             MS. HARTNETT:  Sure.

14   BY MS. HARTNETT:

15        Q    Have you given any prior testimony by          10:00:22

16   declaration, report or oral testimony involving

17   prepubertal transgender children?

18        A    I'm hesitating because I have written about

19   informed consent and -- and that my writings about

20   informed consent have covered all trans, beginning with  10:01:02

21   prebu -- prepubertal children.  But your question is

22   about giving testimony about that.  I would imagine

23   that in the Younger I may have raised the issue of --

24   of what we know -- I mean, I did raise tissue of what

25   was known and what is not known.                         10:01:38
```

Page 43

```
1              So I would imagine the answer to your question
2       must be yes.
3              And the Arizona case that is sealed is not
4       about a preber -- prepubertal child.  But, of course,
5       in taking a history of any child in adolescence, we      10:01:55
6       certainly take histories of their prepubertal period
7       and the behaviors evidenced during that time.
8              So I just find the answer to your -- I'm not
9       actually sure what the answer to your question should
10      be.                                                      10:02:13
11         Q   Did the Younger case involve a prepubertal
12      child?
13         A   It did.
14         Q   And the Arizona case did not involve a
15      preber -- prepubertal child; is that correct?           10:02:26
16         A   That's -- that's correct.
17         Q   And how about the Cincinnati case you
18      mentioned, was that a prepubertal child?
19         A   No.
20         Q   Can you think of any other -- and I'm setting     10:02:34
21      aside your nonjudicial work, but any -- any
22      testimony -- and I -- that was my question.  Thank you
23      for focusing on that -- but any testimony you've given
24      other than these examples that you consider to be
25      related to prepubertal transgender children?            10:02:57
```

Page 44

1        A    The key word to your question is "testimony."

2   And so I have played -- I have -- I have offered

3   opinions to lawyers that never rose to the point of

4   testimony.  So the --

5        Q    And let me be clear.                          10:03:25

6        A    The answer to your question must be no.

7        Q    And for this question, I was just trying to be

8   clear when I said "testimony," whether by written

9   declaration, written report or oral testimony.

10           And so I want to -- just using that           10:03:41

11  understanding of "testimony" for this question, other

12  than the Younger case, have you given any prior

13  testimony regarding a prepubertal -- in a case

14  involving a prepubertal transgender child?

15       A    I'm trying to be helpful and -- and          10:03:55

16  informative to your question.

17           I think the -- I think the -- the -- to the

18  best of my knowledge, the answer is no, but people use

19  my knowledge, in my previous publications, and call me

20  sometimes and ask me opinions about matters -- the     10:04:24

21  lawyers, I mean, or guardian ad litem persons -- and --

22  but it's not testimony per se.  I guess it would be

23  consultation.

24       Q    Thank you.  And then just again sticking with

25  testimony, which for this question I'm meaning to be    10:04:52

Page 45

```
 1    written or oral testimony in a judicial proceeding,

 2    have you given any testimony about a case involving a

 3    transgender adolescent, other than the Arizona case and

 4    the Cincinnati case?

 5         A    At the moment, I can't think of any.          10:05:21

 6         Q    And have you -- and this is, again, for the

 7    purposes of this questions meaning -- "testimony" to

 8    mean written or oral testimony in a judicial

 9    proceeding.  Have you ever given testimony in support

10    of a transgender party?                                 10:05:40

11         A    In support of a transgender what?

12         Q    Party.

13         A    Party.  Please repeat that question.

14              MS. HARTNETT:  Could the reporter read that

15    back.  I'm not sure I could do it.                      10:05:50

16              (Record read.)

17              THE WITNESS:  I guess the key word in your

18    question is "support."  And I want you to know that

19    when I testify about the state of knowledge, I actually

20    think that because my perspective is a long-term life   10:06:48

21    cycle perspective, I think of that my knowledge base

22    sometimes suggests that I'm actually being quite

23    supportive in -- in trying to have people understand

24    what the consequences of -- of, quote, affirmative or

25    supportive care actually may mean, what the risks are.  10:07:11
```

Page 46

```
 1              So I believe your understanding of the word
 2      "support" is different than my understanding of the
 3      word "support."
 4              But once again, I want to repeat, I
 5      conceptualize what I'm doing is accurately stating the    10:07:32
 6      state of science, of what is known, what is not known
 7      and what we need to do in order to get the answers to
 8      the unknown questions.  That's what I'm doing.
 9              I'm not supporting this or supporting that.
10      I'm not against this.  I'm not against that.  I'm        10:07:52
11      trying to give an appraisal of what we know, in a
12      scientific sense.  Because of the one principles of
13      medical ethics is that science should lead our
14      therapeutics.
15      BY MS. HARTNETT:                                         10:08:07
16          Q   Dr. Levine, you understand that your testimony
17      in this matter has been provided by the State, the
18      defendants, in support of their position; is that
19      correct?
20          A   Yes.                                             10:08:15
21          Q   And so when I use the word "in support of," in
22      the context of a judicial proceeding, you understand
23      that your testimony, what has been submitted in these
24      proceedings, is submitted in support of one party or in
25      support of another party; correct?                       10:08:36
```

Page 47

```
1         A   Yes.  But that has to do with legal processes.

2    What -- what I am supporting is to inform the court of

3    what is known and what is not known.  If you were to

4    hire me to tell what -- the Court what is known and not

5    known, I think I would be giving the same testimony.     10:08:58

6         Q   Let me ask you again, then.  Which of -- have

7    you ever previously given written or oral testimony

8    that was submitted in support of the transgender party

9    in a judicial proceeding?

10             MR. BROOKS:  Objection.                        10:09:16

11             THE WITNESS:  You asked that question before,

12   so I'm going to answer it in the same way I answered it

13   before.  It depends on your notion or my notion of

14   "support."

15   BY MS. HARTNETT:                                         10:09:36

16        Q   I'm using the notion of "support" that we just

17   discussed, which is -- like, for example, your

18   testimony in this matter is being submitted in support

19   of the defendants.  You understand that?

20        A   I do.                                           10:09:44

21             MS. DENIKER:  This is Susan Deniker.  I just

22   want to place on the record an objection to the form.

23   BY MS. HARTNETT:

24        Q   And using that understanding of "support," do

25   you agree with me that you have not previously had your  10:10:00
```

Page 48

1    testimony submitted in a judicial proceeding in support

2    of the transgender party; correct?

3            MR. BROOKS:  Objection.

4            THE WITNESS:  Incorrect.  I already told you

5    that I have recommended transfer to a female prison and    10:10:10

6    ultimate sex reassignment surgery and that -- for --

7    for the Soneeya case, and there were -- there was

8    another case -- another prisoner at the same time that

9    we made the same recommendation for.

10           And I've already told you that I have -- I --    10:10:33

11   I -- I have participated in the support of -- of

12   bilateral mastectomies for female prisoners, but

13   that -- none of those cases have gone to court.  So

14   I -- I guess that's not relevant to your question.

15   BY MS. HARTNETT:                                          10:10:51

16      Q   Right.  I was asking about whether you've

17   submitted, in a judicial proceeding, an opinion on the

18   side of the transgender party.  Have you?

19           MR. BROOKS:  Objection.

20           THE WITNESS:  I already answered that question    10:11:10

21   three times about Soneeya.

22   BY MS. HARTNETT:

23      Q   Can you please answer my question?

24           Have you ever submitted an expert opinion on

25   the side of the transgender party?                        10:11:20

                                                    Page  49

```
 1              MR. BROOKS:  Objection.

 2              THE WITNESS:  In your narrative --

 3      BY MS. HARTNETT:

 4          Q   In a --

 5          A   In your --                              10:11:32

 6          Q   Sorry, I'm just trying to be really clear

 7      since I understand you're disputing the term "support,"

 8      which I thought was clear, but I -- I -- I'm listening

 9      to you, and now I'm asking you whether, in a judicial

10      proceeding, you've ever submitted testimony on the side   10:11:43

11      of the transgender person, the formal side of the case.

12              MR. BROOKS:  Objection.  Experts don't

13      themselves submit anything in court.

14              You may answer, if you recall.

15              THE WITNESS:  I may answer?               10:12:09

16              MR. BROOKS:  If you recall.

17              THE WITNESS:  I -- I find myself unable to

18      answer that question.

19              MS. HARTNETT:  Okay.  I'm going to introduce

20      an exhibit now, so we'll see how this Exhibit Share   10:12:22

21      works for you.  Just a moment here.

22              MR. BROOKS:  Tell me when you've placed it in

23      the folder, and I will then refresh the folder --

24              MS. HARTNETT:  Will do.

25              We're starting with 86.  Okay.  Just one     10:12:49
```

Page 50

```
 1    moment, please.

 2              (Exhibit 86 was marked for identification

 3         by the court reporter and is attached hereto.)

 4              MR. BROOKS:  Are you doing all right, or do

 5    you want to take a break?                          10:13:02

 6              THE WITNESS:  Well, she said we would have a

 7    break in an hour.  It's a little over an hour.

 8              MR. BROOKS:  If you're -- you're about to

 9    introduce a document and you're taking a little time to

10    get that straight, let's take a short break.        10:13:07

11              MS. HARTNETT:  That works for me.  Thank you.

12              MR. BROOKS:  All right.

13              THE VIDEOGRAPHER:  We're off the record at

14    10:13 a.m.

15              (Recess.)                                 10:22:57

16              THE VIDEOGRAPHER:  We are on the record at

17    10:23 a.m.

18    BY MS. HARTNETT:

19         Q   Now, Dr. Levine, you've been retained as an

20    expert witness in this case, B.P.J.; correct?       10:23:20

21         A   Correct.

22         Q   Who retained you?

23         A   Initially, David Tryon.

24         Q   And was there someone who retained you after

25    that?                                               10:23:37
```

                                                    Page 51

```
 1        A   I -- I think David Tryon, in the matter and

 2   means that I don't understand, created a liaison with

 3   Alliance for Defending Freedom, Mr. Brooks, and then

 4   they became -- so then I am -- I've been recruited by

 5   both Mr. Tryon and Mr. Brooks, their -- their          10:24:10

 6   particular institutions.

 7        Q   And with respect to Mr. Brooks, he's

 8   affiliated with the Alliance for Defending Freedom, is

 9   that your understanding?

10        A   Yes.                                          10:24:29

11        Q   Have you previously worked with the Alliance

12   for Defending Freedom on any matter?

13        A   Yes.  I -- I think of it as working with

14   Mr. Brooks.

15        Q   And I don't want to --                        10:24:45

16        A   Mr. Brooks is associated with the Alliance for

17   Defending Freedom, so I guess the answer to your

18   question is yes.

19        Q   When did you first work with Mr. Brooks?

20        A   In the Young -- Young -- in the Younger case.  10:24:57

21        Q   And that was the Texas matter we discussed?

22        A   Yes.

23        Q   And I think you testified in your deposition

24   in the Claire matter, that's the Florida case, that you

25   worked with a lawyer from the Alliance Defending         10:25:17
```

                                                    Page 52

1    Freedom to write your report in Younger; is that right?

2        A    In -- the question is a little confusing to me

3    because you brought up the Florida case, and I don't --

4    could you repeat the question and ask me just one

5    question?                                              10:25:36

6        Q    Sure.   I was trying to orient you that I

7    understand that you gave a deposition in that Florida

8    matter of Claire; correct?

9        A    I did.

10       Q    And in that case, you were asked some         10:25:44

11   questions about your report.   Do you remember that?

12       A    You mean my report in the Younger case?

13       Q    Correct.

14       A    I don't remember that.   I'm not denying it,

15   but I just don't remember that.                        10:26:00

16       Q    Yeah, was just curious about the kind of

17   genesis of your report in this case, and so what -- I

18   guess what I'll ask you is, is it -- is it fair to say

19   that you worked with a lawyer from the Alliance for

20   Defending Freedom to prepare your report in the Younger  10:26:14

21   matter?   Correct?

22       A    Yes.

23       Q    And then your report in the Claire matter in

24   Florida was derivative of the Younger report; correct?

25       A    I don't think that's correct.               10:26:27

                                                    Page 53

```
1          Q   What's not correct about it?

2          A   I think the Florida case was about three --

3     the plaintiffs, I think, were three adults.  The

4     Younger case was about, as we established before, a

5     very young child.                              10:26:53

6          Q   Okay.  So your testimony is that the report

7     you submitted in the Claire case was not a derivative

8     of the report that was submitted in Younger; is that

9     right?

10              MR. BROOKS:  Object to the form.        10:27:06

11              THE WITNESS:  It's -- it's very difficult for

12     a person like me to know how my clinical activities and

13     my consulting activities interplay and influence one

14     another.

15              I am a very busy person, doing a lot of   10:27:28

16     different things, and I often think about, in a very

17     pleasing way, how my various activities cross-fertilize

18     my -- and stimulate my views, and what I read in one

19     case for one particular matter may stay with me and

20     help me understand yet another matter.            10:27:48

21              So this cross-fertilization is a very

22     intellectually stimulating process, but it makes me

23     very unable to answer the question about what

24     influenced what.  You know, sometimes I read a novel

25     and it influences, I think.                       10:28:08
```

                                                    Page 54

```
 1            But it's hard -- I -- I can't really track,

 2    with any degree of certainty, what influences what.

 3            Perhaps if you had specific -- more specific

 4    questions, I may be able to give you an opinion.  But

 5    based on what you just said, I -- I -- I'm at a loss to   10:28:29

 6    answer it definitively.

 7    BY MS. HARTNETT:

 8       Q   So I think my -- just to be clear for the

 9    record, then, you cannot answer definitively whether

10    the report you submitted in the Claire case was a        10:28:44

11    derivative of the report that was done in the Younger

12    case; is that fair?

13            MR. BROOKS:  Objection; vague.

14            THE WITNESS:  Based on how I currently think

15    at the moment, I think it's correct.                     10:28:59

16    BY MS. HARTNETT:

17       Q   Sorry, correct that you -- you can't take a

18    view on that?

19       A   It is correct that I don't know whether the

20    Younger case influenced my -- a specific -- I mean,      10:29:18

21    I -- I probably wrote many, many pages for the Florida

22    case, and so, you know, maybe there's a sentence or a

23    paragraph or two that, in my mind, was conceptualized

24    in part because of -- of my experience in the Younger

25    case.                                                    10:29:38
```

                                                    Page 55

```
1              But at this moment, I cannot tell you

2      definitively this influenced me or this did not

3      influence me.

4              Number one, that was a couple of years ago.

5      Lots of things have happened in my brain in the last    10:29:51

6      couple of years.

7         Q   Did any novels affect your expert opinion in

8      this case?

9         A   Not that I can think of.

10        Q   You mentioned that you first encountered       10:30:03

11     Mr. Brooks on behalf of ADF in the Younger case.

12             Can you tell me how you got connected with him

13     in that matter?

14        A   He called me.  He had read two papers, I

15     believe, that I had published, and he wanted to talk to  10:30:22

16     me.

17        Q   So for this case, B.P.J., what were you asked

18     to do in terms of presenting an expert opinion?

19        A   He wanted me to present the state of

20     knowledge, what is known and what is not known, about    10:30:47

21     trans care as a background for this particular case.

22     But he was aware, and -- and I told him very clearly --

23     that he was quite aware.  I didn't have to tell him.  I

24     just reminded him that I am not an expert in the

25     physiology of estrogen and testosterone blockages for   10:31:11
```

Page 56

```
 1    athletic capacities, I'm not an expert in lung volumes

 2    and cardiac capacities.  And -- and I asked him why --

 3    why he would --

 4          MR. BROOKS:  I'm going to instruct you not to

 5    disclose the substance of conversations with your        10:31:28

 6    attorneys.

 7          THE WITNESS:  All right.  Thank you.

 8    BY MS. HARTNETT:

 9      Q   Was that a conversation you had before you

10    were retained in this matter, Dr. Levine?              10:31:36

11      A   Was that a conversation?

12          MR. BROOKS:  Counsel, the -- the witness can

13    answer that question, but any conversations surrounding

14    the retention, I will instruct the witness not to

15    answer.                                                10:31:53

16          THE WITNESS:  I wondered why he needed my

17    testimony in this case.  He provided an answer for me.

18    BY MS. HARTNETT:

19      Q   Do you view your testimony as relevant to this

20    case?                                                  10:32:07

21          MR. BROOKS:  Objection.

22          THE WITNESS:  Insofar as you make claims --

23    you -- that your side may make claims that is not --

24    that are not scientifically correct or established, it

25    may very well be relevant.                             10:32:29
```

Page 57

```
 1            But that is not a question for me to decide.

 2     That's a question for lawyers on both sides and for the

 3     judge.

 4            Again, I'm just -- I'm just -- I just have a

 5     certain limited understanding and knowledge which I        10:32:44

 6     believe the Court might benefit from having.

 7     BY MS. HARTNETT:

 8         Q   Did you prepare for the deposition today?

 9         A   Yes.

10         Q   What did you do to prepare?                        10:33:03

11            And please don't disclose your

12     communications that you had -- the substance of the

13     communications that you had with counsel.

14         A   I reread my report Sunday evening.  I met with

15     counsel yesterday afternoon.                               10:33:17

16         Q   How long did you meet for yesterday afternoon?

17         A   I'm sorry, how long, did you say?

18         Q   Yes, how long did you meet with counsel

19     yesterday afternoon?

20         A   Between 1:30 and quarter to 7:00.                  10:33:30

21         Q   Did you review any documents to prepare for

22     this deposition other than your expert report?

23            MR. BROOKS:  And you -- you can answer that

24     question yes or no without identifying specific

25     documents.                                                 10:33:44
```

Page 58

```
 1              THE WITNESS:  Yes.

 2   BY MS. HARTNETT:

 3       Q   Did you review the rebuttal report of

 4   Dr. Safer?

 5              MR. BROOKS:  I'm going to instruct the witness   10:33:52

 6   not to answer questions about what specifically he

 7   reviewed with counsel yesterday.

 8              MS. HARTNETT:  I believe I have a right to

 9   know what, if any, additional documents he's reviewed

10   before the deposition other than his report.          10:34:08

11              MR. BROOKS:  On the contrary.  I believe that

12   selection is my work product.  And I stand by my

13   instruction.

14   BY MS. HARTNETT:

15       Q   Outside the presence of your counsel, is there   10:34:15

16   anything other than the expert report that you reviewed

17   to -- before your deposition?

18              MR. BROOKS:  On your own, outside our session

19   yesterday, did you review anything else in preparation

20   for your deposition?                                   10:34:32

21              THE WITNESS:  No.

22   BY MS. HARTNETT:

23       Q   Do any materials other than those cited in

24   your expert report inform your opinion in this matter?

25              MR. BROOKS:  Objection.                     10:34:49
```

Page 59

```
 1              THE WITNESS:  As was -- if you have read my

 2   curriculum vitae, I have recently published two papers

 3   about issues.  One is titled the Reflections of a

 4   Clinician about the trans -- the care of trans youth

 5   that was published in November, in the Archives of        10:35:19

 6   Sexual Behavior.  And about 16 days ago, a new article

 7   appeared online about informed consent, Reconsidering

 8   Informed Consent in the Treatment of Trans Children,

 9   Adolescents, and Young Adults.

10              And so I can't really separate the processes    10:35:46

11   of writing these papers from, you know, the submission

12   of documents in this particular case.

13              But in a literal answer to your question, did

14   I -- did I review any particular documents in -- in --

15   in preparation for this testimony today, this            10:36:07

16   deposition today?  The answer is no.  But the process

17   of writing articles is a deep, you know, dive into all

18   kinds of issues and -- so I'm busy with this -- these

19   sub- -- these topic areas.

20              But I guess the answer to your question is no.  10:36:31

21   BY MS. HARTNETT:

22       Q    Thank you.  And what I need to understand

23   and -- and find a way to get that information from you,

24   notwithstanding your counsel's objection, but he should

25   make any direction he sees fit to make, in -- in your    10:36:46
```

                                                    Page 60

```
 1    expert report, you refer to certain materials in this

 2    case that you had reviewed as a basis for your opinion.

 3           Do you recall that?

 4           MR. BROOKS:  Do you want to direct the

 5    witness's attention to what you're referring to?     10:37:03

 6           MS. HARTNETT:  Yeah, I can do that, I guess.

 7    BY MS. HARTNETT:

 8       Q   You reviewed Dr. Adkins' and Dr. Safer's

 9    declarations before you -- as part of your materials

10    that you rely on in your expert report; correct?     10:37:13

11       A   Yes.

12       Q   And what I'm trying to understand is whether

13    or not you are going to rely on Dr. Adkins' or

14    Dr. Safer's supplemental declarations as part of your

15    expert opinion in this matter.                        10:37:29

16           MR. BROOKS:  Counsel, let me -- I'll object

17    and, I think, make a suggestion.

18           The -- is your question whether he has

19    considered those rebuttal reports submitted by

20    Dr. Adkins and Safer?  Or did you mean something else? 10:37:47

21           MS. HARTNETT:  I would like to know if he has

22    reviewed the expert -- supplemental expert report of

23    Dr. Adkins.

24           Will you allow him to answer that question?

25           MR. BROOKS:  I will.                           10:38:02
```

Page 61

```
 1              THE WITNESS:  I think at one point I did.

 2   BY MS. HARTNETT:

 3       Q   Do you understand that Dr. Adkins wrote an

 4   initial report and then a rebuttal, including to your

 5   report?                                              10:38:13

 6       A   Yes.

 7       Q   Have you reviewed Dr. Adkins' rebuttal,

 8   including to your report?

 9       A   Not -- not in preparation for this deposition,

10   no.                                                  10:38:23

11       Q   And did you review Dr. Safer's rebuttal

12   declaration in this case, ever?

13       A   I think I have.  Yes, I --

14       Q   And have you --

15       A   I --                                         10:38:36

16       Q   Okay.

17       A   I have, yeah.

18       Q   And have you reviewed the declaration of

19   Aron Janssen in this matter?

20       A   Of Aron who?                                 10:38:43

21       Q   Janssen.

22       A   I can't recall that.  I may have.

23       Q   He's a physician at Chicago Children's

24   Hospital.  Is that ringing a bell?

25       A   No.                                          10:39:02
```

Page 62

```
 1        Q    Okay.

 2        A    It's ringing a faint bell.

 3        Q    All right.  If you could go into your "Marked

 4   Exhibits," there should now be a marked Exhibit 86.

 5             MR. BROOKS:  I have that on the screen.        10:39:23

 6             MS. HARTNETT:  Thank you, Roger.

 7             And this is a document that starts with the

 8   page that says "Exhibit A," and then it goes on to --

 9   it's an attached expert declaration.

10   BY MS. HARTNETT:                                        10:39:38

11        Q    Do you see this document, Dr. Levine?

12        A    We're scrolling through it here.

13             Expert declaration of Dr. Levine.  Robert

14   Ferguson -- Tingley, yeah, okay.

15        Q    And so what -- what is this document, if you  10:39:54

16   know?

17        A    This is something I submitted several years

18   ago of -- I think it was about an attempt to censor a

19   psychologist who wanted to provide a certain

20   exploration with a patient, and -- and so I was         10:40:19

21   offering an opinion about, I guess, the

22   psychotherapeutic evalua- -- the evaluation of

23   pyscho- -- the psychotherapeutic processes involving

24   patients.

25        Q    And just turning to page 2 of this document,  10:40:38
```

Page 63

```
 1    do you see it says -- are -- are you on page 2 of the

 2    PDF?

 3         A   Let's see.  How do I know that?

 4         Q   The page after the page that says "Exhibit A."

 5         A   I -- I'm on the page that is the title page      10:40:54

 6    that says, Expert Declaration of Dr. Stephen Levine.

 7         Q   And, Dr. Levine, the caption of this page says

 8    "Expert Declaration of Dr. Stephen B. Levine in Support

 9    of Plaintiff's Motion for Preliminary Injunction";

10    correct?                                                  10:41:14

11         A   Correct.

12         Q   And I know we had some discussion before the

13    break about what the word "support" means.  In this

14    case, did you understand that your declaration was

15    being submitted in support of the plaintiff challenging  10:41:25

16    the practice that you were referring to?

17         A   I guess I now understand that, yes.

18         Q   Okay.  And just flashing back to the end of --

19    this is a declaration that was submitted in a matter in

20    court in Washington State.                                10:41:46

21              Do you see that?

22         A   Yes.

23         Q   And then at the -- it's -- you can page

24    through, but it appears that you signed this

25    declaration on May 10th, 2021; is that correct?          10:41:57
```

                                                        Page 64

```
 1              MR. BROOKS:  Well, we'll go to the end and see

 2      what we see.

 3              THE WITNESS:  Let's see.  May 2021.

 4      BY MS. HARTNETT:

 5         Q    Okay.  And what -- what, if any, additional      10:42:17

 6      involvement have you had with the Tingley matter other

 7      than submitting this declaration?

 8         A    I think none.

 9         Q    Okay.  Now, just turning back to the first

10      page or any page, frankly, in this document, you can      10:42:41

11      see there's a caption on the top of the page there.

12              Do you see "Case 2:21-cv-00316"?  Do you see

13      that?

14         A    Yes.

15         Q    And that, I would represent, is the caption      10:42:51

16      for the current case, B.P.J.

17              And this was Exhi- -- this -- this

18      declaration, the version that I put before you, is

19      actually the version that was attached in opposition to

20      plaintiff's motion for preliminary injunction in this      10:43:11

21      case.

22              Did you have an understanding that your

23      declaration from the Washington case was going to be

24      submitted as an attachment in support of the defendants

25      in this matter at the preliminary injunction stage?      10:43:25
```

Page 65

```
 1              MR. BROOKS:  Objection.

 2              THE WITNESS:  No.

 3    BY MS. HARTNETT:

 4       Q   Were you asked to -- for permission before the

 5    defendants in this case attached your Washington          10:43:44

 6    declaration to the opposition to the preliminary

 7    injunction motion in this case?

 8       A   No.

 9       Q   Do you recall whether you were asked to submit

10    an expert declaration at the preliminary injunction       10:43:58

11    phase of this case?

12       A   Would you clarify that question?  I'm not

13    exactly sure what you're asking.

14              MS. HARTNETT:  Could the reporter read back my

15    question.                                                 10:44:29

16              (Record read.)

17              MR. BROOKS:  Objection.

18              THE WITNESS:  I don't know what the

19    preliminary injunction phase was.  I don't know the --

20    who the implied person who might have asked me.  I --     10:44:38

21    I -- I'm -- I'm a psychiatrist.  I am not a -- I'm not

22    very knowledgeable about your -- about the law and the

23    legal processes.

24              So I -- I just can't answer the question

25    because I don't I understand the terms.                   10:44:56
```

                                                      Page 66

1            Perhaps you can simplify the question for me.

2   BY MS. HARTNETT:

3       Q   What I'm trying to understand -- and thank you

4   for -- for that.

5            I'm trying to understand whether you are aware   10:45:09

6   that your declaration from the Tingley matter was

7   submitted in opposition to the plaintiff's motion for

8   preliminary injunction in this case.

9            MR. BROOKS:  Objection; asked and answered.

10            THE WITNESS:  I thought I already answered       10:45:23

11   that question.

12   By MS. HARTNETT:

13       Q   Okay.  Right.  And you said, I think, that you

14   were not aware.  And then what I'm asking you is, were

15   you asked to prepare a declaration specifically for      10:45:30

16   this case at the preliminary injunction phase?

17            MR. BROOKS:  Objection; asked and answered.

18            THE WITNESS:  Again, I don't know the phases

19   of this case.  And the preliminary injunction phase

20   is -- I don't understand specifically what that means    10:45:49

21   in terms of the long process of adjudication in this

22   case.

23            I was asked to submit a report for this case,

24   but I was not told it was for a preliminary injunction

25   or what- -- an injunction that's not preliminary.        10:46:05

Page 67

```
 1              I simply don't know the answer to your

 2     question.

 3     BY MS. HARTNETT:

 4        Q    Thank you.  When were you retained in this

 5     case, B.P.J.?                                        10:46:15

 6              MR. BROOKS:  Objection.

 7              If you recall.

 8              THE WITNESS:  I presume it was sometime in

 9     2021, but I don't recall the specific date.  I -- you

10     know, I could find out, but right now, I -- I -- I     10:46:33

11     can't tell you a specific date.  I would presume in the

12     last half of 2021.

13     BY MS. HARTNETT:

14        Q    Do you have any objection to your declaration

15     from one case being submitted in another case without  10:46:51

16     your approval?

17              MR. BROOKS:  Objection.

18              THE WITNESS:  Personally do I have an

19     objection for people using my previous testimony?  Yes.

20     I don't -- I don't think that's fair to me because      10:47:06

21     every case is somewhat different.  And it feels like

22     it's my work product and that -- but the truth is that

23     I'm naive about the -- about the legal processes, and I

24     think when -- the first time I submitted an expert

25     opinion report, I was shocked that people had read it   10:47:30
```

Page 68

```
 1    who weren't involved in the case.

 2            So there was this problem with Dr. Levine not

 3    being a forensic psychiatrist, just did not understand

 4    about what is public and what is not public when it

 5    comes to legal documentations.                    10:47:51

 6            I think I subsequently learned that -- that

 7    lots of people read my reports who have nothing to do

 8    with the matter at hand because lawyers are looking for

 9    experts and precedents and so -- and arguments and so

10    forth.                                             10:48:12

11            So in a -- in a personal sense, I have some

12    kind of objection to that.  It doesn't feel fair to me,

13    but it's also a reflection of my naivety about this --

14    my past naivety about this matter -- about legal

15    matters.                                           10:48:28

16    BY MS. HARTNETT:

17        Q   Thank you.  I have added a different --

18    another exhibit that I would like to introduce into the

19    folder, if you could refresh.

20            MR. BROOKS:  87?                           10:48:44

21            MS. HARTNETT:  That's correct.

22            MR. BROOKS:  Shall I open that now?

23            MS. HARTNETT:  Yes, if you would.

24            (Exhibit 87 was marked for identification

25          by the court reporter and is attached hereto.)  10:48:48
```

Page 69

```
 1    BY MS. HARTNETT:

 2        Q   And, Dr. Levine, I've marked as Exhibit 87

 3    your expert report and declaration in this matter dated

 4    February 23rd, '22.

 5            Could you please just take a moment to look      10:49:04

 6    through the document.

 7            MR. BROOKS:  Well, Counsel, the document, I

 8    think we'll all agree, is perhaps, what, 70-some pages

 9    long, plus bibliography.

10            Would you -- what do you mean by asking the      10:49:17

11    witness to look through the document?

12            MS. HARTNETT:  I was just giving him the

13    courtesy of making sure he agrees it's his expert

14    report.

15            THE WITNESS:  Well, my -- my signature is on     10:49:28

16    the first page.

17    BY MS. HARTNETT:

18        Q   Excellent.  So what is this document,

19    Dr. Levine?

20        A   Well, I believe it is the report that I         10:49:34

21    submitted at the end of February about -- in this

22    matter.

23        Q   Okay.  And did you prepare this report?

24        A   Yes.

25        Q   And do you notice that this one has the         10:49:50
```

Page 70

```
 1    caption for this case on it, on the first page;

 2    correct?

 3         A   It does, yeah.

 4         Q   How much time did you spend preparing this

 5    report?                                            10:50:06

 6         A   I could -- I would say approximately 20 to

 7    25 hours.  I would say closer to 25 hours.

 8         Q   And were you -- as a basis for this report,

 9    did you use a kind of prior report that you had

10    submitted in a different case?                     10:50:35

11         A   Yes.

12         Q   What was the basis -- like, the prior report

13    that you used as a basis for this report?

14         A   Well, as I've told you already, I have

15    provided reports about the nature of what is known and  10:50:51

16    what is not known in a scientific sense about this

17    whole matter and -- so that's just part of my thinking.

18    And one report is a sort of modern refinement of a

19    previous report that -- that is selected, added to or

20    deleted from based upon the relevance to the case in  10:51:22

21    point.

22              So every -- every submission that I have made,

23    in a sense, has contributed to the -- to this current

24    report with the understanding that things have been

25    added and things have been deleted every time that I --  10:51:44
```

                                                       Page 71

1    I submit a report for a case.

2         I hope that's an answer to your question.

3    Q   Thank you, yes.  I guess what I'm trying to

4    get at is was there a particular past report that you

5    used as a template to work from as you made your          10:52:03

6    refinements and edits for this report?

7    A   No.  That's -- that's -- I think the answer is

8    my -- my -- my knowledge -- my -- I think the answer is

9    to all, all my reports.  I guess the answer to your

10   question is no, there's not a particular one, but there   10:52:38

11   are a series of reports, and I sometimes will select

12   from various reports.

13        Well, for example, this -- the -- the simplest

14   thing is if -- in the beginning of the report, when I

15   provide my credentials, for much of that, there is a      10:52:58

16   cut and paste phenomenon and -- and it doesn't much

17   matter which report I cut and paste from, but I only

18   added to it or subtract to it depending on, I think,

19   the relevance.

20        So, for example, if you looked at my report on       10:53:20

21   the North Carolina matter, probably there's much

22   similarity in the beginning of the report.

23   Q   Thank you.  So this document indicates that

24   the -- at least by my reading of it -- the only

25   documents specific to this case, B.P.J., that you         10:53:39

Page  72

1    reviewed in preparing your report were the Adkins

2    declaration and the Safer declaration; is that correct?

3         A    I think so.

4         Q    Are you familiar with the concept of a

5    reasonable degree of scientific certainty?              10:53:57

6         A    I hear it as "medical certainty."  Is this a

7    reasonable degree -- can you offer this with a

8    reasonable degree of medical certainty, Doctor?  And

9    when I've asked what that -- what that meant, I've been

10   told 51 percent certainty.                              10:54:17

11        Q    Okay.  What is your understanding of -- so

12   your understanding of a reasonable degree of medical

13   certainty means 51 percent certainty?

14        A    No.  I think that's my understanding of the

15   legal definition of medical certainty.  My clinical     10:54:35

16   idea and my scientific idea would be very different.

17             I -- I often smile when I think that -- if I'm

18   correct -- that in the legal world, medical certainty

19   refers to 51 percent.

20        Q    And what is, in contrast, your clinical        10:54:58

21   standard that you were referring to?

22        A    Repeat that, please.  What is what?

23        Q    The -- I think you were contrasting it with a

24   clinical standard; is that correct?

25        A    Right.  Oh, clinical or scientific.            10:55:14

                                                  Page 73

```
 1              You know, in -- in science, we have -- in
 2     clinician, we have the idea of what is the risk of a
 3     false positive and what is the risk of a false
 4     negative, and it's a complicated statistical balance
 5     between the ability to get it right or to get it wrong.   10:55:31
 6              And I am -- I am one who is very humbly
 7     impressed by the inability to be certain about things,
 8     and I distrust certainty because facts change in
 9     medicine.
10              And -- and if I could just tell you a -- an     10:55:52
11     experience that I've had.  As a young person, I was
12     interested in becoming a physician, and I went to a
13     premed program at the University of Pittsburgh, and
14     somebody in that program held up Harrison's textbook of
15     medicine, which requires considerable arm strength to    10:56:13
16     lift over your head because it's probably, you know,
17     900 to a thousand pages.  And he said, This is what you
18     have to learn when you're in medical school, by the
19     time you graduate medical school.  I want to tell you,
20     ladies and gentlemen, that 90 percent of the things in   10:56:33
21     this book are probably not true.  They probably will
22     not prove to be true in time.  The trouble is I and
23     other people in medicine can't tell which of the
24     10 percent -- which of the facts are correct and which
25     of the facts are not.  This is the nature of medical     10:56:48
```

Page 74

```
 1    science as it -- and clinical science as it moves

 2    forward.  We have, at any given time, a set of facts, a

 3    set of principles and -- and controversy occurs, people

 4    disagree and studies are done, and the facts disappear

 5    and new facts take their place.                    10:57:12

 6            That was my introduction to medical science.

 7            And as I've spent most of my -- the majority

 8    of my years in this field, I still believe that that

 9    little example remains to be -- remains salient and

10    something that all of us need to remember.         10:57:32

11            And so I say to you, 51 percent medical

12    certainty is a joke to me.  It -- it -- I always smile.

13        Q   Thank you.  That -- that's helpful.

14            If we could just go through your CV attached

15    to your report, we can -- I have a few questions on    10:57:52

16    that, and then I'll turn to your report.

17            You'll have to page down a bit.  It starts

18    repaginating about page -- after page 81.

19            MR. BROOKS:  We are at the beginning of where

20    it says "Brief Introduction," "Curriculum Vita."      10:58:20

21            MS. HARTNETT:  Okay.  Thank you.

22    BY MS. HARTNETT:

23        Q   Dr. Levine, is this your CV?

24        A   It is.

25        Q   Are you aware of anything, sitting here today,  10:58:27
```

Page 75

```
 1    that needs to be updated or corrected?

 2         A    Probably if you scroll to the end of the

 3    articles, article 151 -- publication 151.

 4              MR. BROOKS:  We're scrolling.  We're

 5    scrolling.                                         10:58:51

 6              MS. HARTNETT:  I think it might be 147.

 7              MR. BROOKS:  There's a lot.  Pardon me.  86.

 8    Here we are at -- just before --

 9              THE WITNESS:  Oh --

10              MR. BROOKS:  -- where it says "Book Chapters."  10:59:00

11              THE WITNESS:  I'm sorry, 147.  147 is -- I

12    can -- you know, today -- if I were to give you my CV

13    today, I would give you the exact citation of that

14    article.

15              And if we scroll down to the end of the CV, I  10:59:34

16    will show you something else.

17              MR. BROOKS:  I'm not sure there's a further

18    question --

19              THE WITNESS:  Oh.

20              MR. BROOKS:  -- pending.                 10:59:46

21              Or is there a question pending?

22              MS. HARTNETT:  Well, yeah, I can -- I can ask

23    one.

24    BY MS. HARTNETT:

25         Q    So I take it that 147 has now been published.  10:59:51
```

Page 76

```
 1              Is that the difference?

 2         A   Yes.

 3         Q   Did you -- is there a -- a more updated

 4    version of your CV that goes up to 151?

 5         A   I think last week, I -- I rearranged the        11:00:03

 6    numbers and somehow -- I may be -- I may -- I may not

 7    be accurate at 151.

 8         Q   Okay.  And then 146 there is what you were

 9    talking about earlier, the November piece about the

10    reflections on a clinician's role?                       11:00:26

11         A   Yes.

12         Q   Thank you.  And is there anything further on

13    here you'd like to draw my attention to is in need of

14    updating?

15         A   I don't know if -- if this -- this thing has    11:00:40

16    a -- this CV has a -- my -- a podcast I participated

17    in.  I never -- unlike many of my colleagues, I never

18    put in my CV the talks I give and the -- you know, and

19    now there's this whole thing about podcasts.  I -- I

20    gave a -- I didn't -- I was invited to give a podcast    11:01:04

21    recently and -- so I think it's on my CV, but I'm not

22    sure.

23         Q   That was in January of this year?

24         A   Was it in January?  It was -- it was within

25    several months ago, yeah.                                11:01:20
```

Page 77

```
 1        Q    Have you given any podcasts other than the one

 2   you gave in January of this year?

 3        A    The -- the answer to that question is I don't

 4   know.  I mean, sometimes people come and talk to me

 5   and -- and film me on camera and I never know what          11:01:46

 6   happens to -- what hap- -- what -- what -- that

 7   happens.  I never know what happens to it.

 8        Q    Are you aware of any other -- sorry.

 9        A    The answer to your question is I'm not aware

10   that I have been in any other podcast, but, you know,       11:02:04

11   you may dig up some other conversation that is -- that

12   I've had somewhere along the line.

13        Q    Thank you.  If we could just turn back to the

14   first page of your CV, I would appreciate it.

15             Let me know when you're there.                    11:02:26

16             MR. BROOKS:  Yeah.  We're there.

17             MS. HARTNETT:   Okay.

18   BY MS. HARTNETT:

19        Q    So on page 1, it notes that you are -- board

20   certified in -- in June of 1976; correct?                   11:02:39

21        A    Yes.

22        Q    In neurology and psychiatry; is that correct?

23        A    That's the name of the board that

24   psychiatrists get certified in.  It's a little bit of a

25   joke that I'm -- that any psychiatrist is certified as      11:02:59
```

                                                        Page 78

```
 1    a neurologist.

 2         Q    Have you been recertified with that

 3    certification?

 4         A    No.  I don't need to be.  I'm grandfathered

 5    in, as they say.                              11:03:13

 6         Q    Thank you.  Do you have any other board

 7    certifications?

 8         A    No.

 9         Q    So you are not board certified in child and

10    adolescent psychiatry; correct?              11:03:27

11         A    No, I'm not board certified.

12         Q    Do you have any specialized training in child

13    development?

14         A    Yes.

15         Q    Can you describe that?              11:03:36

16         A    I'm a psychiatrist.  All psychiatrists are

17    trained in child development.  I, in particular, have

18    been interested in the whole process of adult -- of --

19    of development throughout the life cycle and have -- I

20    think I quoted in my expert opinion report that   11:03:57

21    Tom Insel, who was the head of the NIH, NIMH, said that

22    75 percent of adult psychopathology, that is, suffering

23    as a result of mental disorders, have their origins in

24    childhood.

25             So it's hard for me to conceive that any --  11:04:16
```

Page 79

1    any -- any psychiatrist is not knowledgeable about the

2    processes of growing from birth to death.  And I, in

3    particular, am interested in that process.  I often say

4    to my -- to other people that I -- development is my

5    field.  In fact, when -- when people talk about          11:04:40

6    psychoanalysis and psychodynamic psychiatry, I like to

7    rephrase those terms as developmental psychology.

8        Q   Thank you.  I just -- my -- my question,

9    though, was whether you have any specialized training

10   in child development.                                    11:04:57

11           Do you have any specialized training?

12       A   Well, of course, I rotated through child

13   psychology when I was a resident.  For the purpose- --

14       Q   Anything else?

15       A   For the purposes of questioning my expertise,    11:05:12

16   I have no specialized credentialed, certificated

17   training in child psychi- -- in -- in child

18   development.

19           However, what I'm saying to you is that my

20   understanding of being a psychiatrist and listening to   11:05:27

21   people's stories about their development all day long,

22   I don't need a special certificate to testify that I am

23   trained in -- in -- in child, adolescent, young adult,

24   middle-aged and older-aged development.

25       Q   And would the answer be the same if I asked      11:05:49

Page 80

```
1    you whether you had any specialized training in -- in

2    children or adolescents with gender dysphoria?

3        A   Specialized training?  I was in on the ground

4    floor of these things when there was no specialized

5    training.  I was part of the -- I was part of the          11:06:12

6    process that was trying to figure out what this all was

7    about, you see.  And --

8             THE WITNESS:   Sorry.

9             -- I very much object to that term

10   "specialized training" because I have an understanding    11:06:30

11   of what that really -- the connotation of that term is,

12   and I don't accept that -- the legitimacy of

13   specialized training.

14            I feel what you may mean is indoctrination

15   training.  I'm -- I like to distinguish between           11:06:50

16   indoctrination and education.

17   BY MS. HARTNETT:

18       Q   Are you an endocrinologist?

19           Are you an endocrinologist?

20       A   No.                                                11:07:17

21       Q   And you would not hold yourself out as an

22   expert in endocrinology; correct?

23       A   I'm not an expert in endocrinology.

24       Q   And are you an expert in sports medicine?

25       A   No, I'm not an expert in sports medicine.          11:07:33
```

Page 81

```
 1        Q   Are you an expert in athletic performances?
 2        A   I've already testified to that.  The answer is
 3   no.
 4        Q   Yeah, I'm asking because I think your attorney
 5   at some point indicated that might be part of your        11:07:44
 6   privileged conversation.  That's why I'm asking you
 7   again.
 8            Do you have any -- have you ever had any
 9   complaints made against you related to your medical
10   practice?                                                 11:07:56
11        A   Yes.
12        Q   Could you tell me about those?
13        A   Yes.  We had a trans adult who wanted
14   hormones, and I was supervising a psychology intern,
15   and the -- we decided the person was mentally unstable    11:08:17
16   and was not in a position to be given hormones just
17   yet, and the patient threatened to murder the
18   psychology intern who told her that -- who told the
19   patient that answer.
20            And I -- when she told me that, I went in and    11:08:36
21   I saw the patient, and I told the -- and I discharged
22   the patient.  And I said that patients have obligations
23   and doctors have obligations and you have justified the
24   rule, you have crossed over the line, and I cannot
25   allow you to continue to get care here.                   11:08:59
```

                                                    Page 82

```
1              The patient then left and then reported me to

2      the State Medical Board, and the State Medical Board

3      investigated and -- and found -- and found that I was

4      perfectly justified in what I did.

5              That is the only awareness that I have of --    11:09:21

6      of complaints to the State Medical Board about my work.

7         Q   Thank you.  Just back to the point, we -- we

8      were discussing the notion of specialized training a

9      minute ago.

10             Do you recall that?                             11:09:40

11        A   I recall.

12        Q   So do you -- do you accept the legitimacy of

13     the notion of specialized training in child and

14     adolescent psychiatry?

15        A   For people who are interested in having a more   11:09:58

16     extensive experience and plan to spend their lives with

17     young -- young people only or primarily, I think it's a

18     fine thing to -- to -- to -- it's just one of the many

19     houses in the big -- in the mansion of medicine and one

20     of the -- one of the subspecialties in psychiatry.  I   11:10:20

21     have no objection to people becoming child and

22     adolescent psychiatrists.

23        Q   And just to be clear, that's not a specialty

24     of yours; correct?

25             MR. BROOKS:  Objection.                         11:10:40
```

Page 83

```
 1              THE WITNESS:  It's not formally.  I -- I don't

 2      define myself as a board-certified child and adolescent

 3      psychiatrist, but I do define myself as a psychiatrist.

 4              And as -- as I've already stated, I believe

 5      that psychiatrists, over the -- during the course of        11:10:51

 6      their training and -- that is, their initial education

 7      and their subsequent life education, practicing

 8      psychiatry, comes to understand or should come to

 9      understand the influence of childhood positive and

10      negative experiences on their subsequent mental life        11:11:09

11      and behavioral life.

12      BY MS. HARTNETT:

13          Q    In your mind, are the concepts of having an

14      understanding of child psychology and actually working

15      with child patients distinct notions?                       11:11:25

16          A    Well, I think they're -- they are to be

17      separated.  One's -- one's theoretical understanding of

18      the processes of development, the stages of development

19      and understanding childhood adversities that -- that we

20      hear about all the time from adolescents and from           11:11:49

21      adults, that's different than actually, you know,

22      seeing five-year-old children or six-year-old children.

23              So I make a distinction between that, sure.

24          Q    And how much of your practice throughout your

25      career has involved actually seeing children or             11:12:12
```

Page 84

```
 1   adolescent patients?

 2        A    Well, I -- I spend a lot of time with

 3   adolescent patients, and I spend much less time with --

 4   with children per se.  I spend an enormous amount of

 5   time talking about children to their parents.  I mean,      11:12:30

 6   conversations about childhood are about the -- my -- my

 7   older patients, about their childhood, and the parents

 8   that I see about their children's processes, that's

 9   a -- I would say a daily occurrence in my practice.

10        Q    How many child patients have you had in your      11:12:56

11   career?

12             MR. BROOKS:  Objection; vague.

13             THE WITNESS:  I -- I would have a very hard

14   time answering that question.  I've had -- you know,

15   when -- when parents talk to me about their children,      11:13:26

16   for insurance purposes, the patient is the mother or

17   father or both; right?  But the subject of our

18   conversation is the child.

19             So I don't know -- you see, and one of the

20   therapeutic activities that I do, I call "parent           11:13:47

21   guidance."  And so parent guidance involves the focus

22   on the child's environment and how to improve the

23   child's anxiety problems or whatever, you see.

24             So I don't know if I -- if that constitutes

25   how many children.  Can I answer that question in terms     11:14:08
```

Page 85

```
 1    of parent guidance?

 2           I have a pediatrician, for example, as an

 3    adult patient now, and he and I have spent a lot of

 4    time talking about his daughter and -- and some of the

 5    things I've said to him have really helped his daughter    11:14:25

 6    overcome a problem.  But he's my patient, you see.

 7           I don't -- so I can't answer your question

 8    with numerical terms and --

 9    BY MS. HARTNETT:

10        Q   Children can be patients; correct?               11:14:39

11        A   Children can be patients, certainly.

12        Q   And so I'm just asking you how many actual

13    children patients you've had over your career, if you

14    could estimate that.

15           MR. BROOKS:  Objection; vague as to the term      11:14:51

16    "children."

17           THE WITNESS:  Can you clarify whether -- what

18    a child is versus what a teenager is?

19    BY MS. HARTNETT:

20        Q   Yeah, I'll ask you for two categories.           11:15:04

21           I'll ask you for prepubertal children.

22           How many prepubertal children have you had as

23    a patient in your career, approximately?

24        A   And if I saw that prepubertal child one time,

25    would that -- would that constitute a patient?          11:15:20
```

Page 86

```
 1          Q    Why don't you give me your estimate of how

 2     many prepubertal children you've ever seen as patients,

 3     and then we can ask more questions.

 4          A    I would say a handful.  Six.

 5          Q    And how many of those -- of those              11:15:35

 6     approximately six did you see more than one time?

 7          A    I can't recall one.

 8          Q    And then I'll ask the same question about

 9     adolescents, which I'll mean minors from puberty

10     through being a minor.                                   11:16:00

11               How many adolescent patients have you had in

12     your career, approximately?

13          A    50.

14          Q    And how many of those have you seen more than

15     once?                                                    11:16:14

16          A    Most.

17          Q    And were most of those, of the adolescent

18     patients you've seen, late adolescence?

19          A    No.

20          Q    Turning back to your CV, you list yourself --  11:16:27

21     you're listed as a clinical professor at Case Western

22     Reserve University School of Medicine; correct?

23          A    Yes.

24          Q    Do you work at Case Western Reserve University

25     School of Medicine full-time?                            11:16:51
```

                                                        Page 87

```
 1         A    No.  No.

 2         Q    When did you stop working full-time?

 3         A    In 19- -- November 1992.

 4         Q    Are you currently teaching any classes at

 5    Case Western?                                      11:17:09

 6         A    I've never taught classes per se.  That's not

 7    how my teaching has ever been.  If you think about a

 8    college course, I have never -- I don't teach college

 9    courses or graduate school courses.  I provide seminars

10    sometimes.  I've written articles about the sex         11:17:32

11    education of doctors and -- so over the years, I've

12    taught a number of seminars to our residents in

13    psychiatry.  I teach -- I give workshops.

14              I recently, for example, gave a

15    four-hour work- -- a four-hour workshop at the Harvard   11:17:59

16    student health service for their mental health

17    professionals where I presented, you know, ideas to

18    them, and we had discussions.

19              So I teach -- I teach sometimes by giving

20    grand rounds.  I -- there -- there is a named          11:18:20

21    lectureship in my honor at Case Western Reserve, and

22    once a year, I invite someone to give a talk from

23    another university about some sexual topic.

24              So I have residents who come to spend --

25    for -- I can't -- for probably -- probably -- since     11:18:44
```

                                                    Page 88

```
 1    1992, 1993, I've always had a resident with me who

 2    comes and sees my patients with me, and they usually

 3    spend six months with me, sitting in and seeing my

 4    patients together.

 5           So my teaching is not in the classic sense        11:19:03

 6    that -- that the average layperson would think of

 7    teaching classes.  It's -- it's much more -- you know,

 8    coming in and seeing how an older doctor does work,

 9    has, quote, therapy.

10           I also, since 1977, have led two clinical case     11:19:26

11    conferences a week, and residents and medical students,

12    depending on the year, medical students, residents and

13    members of the community come in to those conferences

14    and we discuss cases.

15           So I have multiple avenues, multiple ways of       11:19:45

16    being a teacher, but none of them are through

17    coursework per se.

18        Q   Thank you.

19        A   I forgot to tell you.  I also sometimes am

20    invited to give continuing education lectures.  And,     11:20:02

21    for example, at the -- I've given courses, for seven

22    years in a row, at the American Psychiatric Association

23    on sex and love, mostly love I use as -- as the title,

24    and we talk about sexual problems and the barriers to

25    loving.                                                  11:20:25
```

Page 89

```
 1              And this year's APA meeting, I -- I am

 2     presenting a symposium with three colleagues on whether

 3     or not this is time to reexamine the best practices for

 4     transgender youth.

 5              So all those things are -- in my review, are     11:20:39

 6     -- are my teaching.

 7         Q   I was going to ask you about the May

 8     presentation.

 9              Who are your copresenters for that?

10         A   Sasha Ayad, Lisa Marciano and Ken Zucker.         11:20:55

11         Q   Thank you.  When is that expected to be

12     presented?

13         A   May 24th.

14         Q   And do you know if there are other panels or

15     presentations regarding the care of transgender          11:21:15

16     patients at that conference?

17         A   There probably are, but I'm -- I haven't seen

18     the entire program.  But -- but there are usually --

19     there usually are one or two presentations.

20         Q   And you said it was Sasha Ayad, Ken Zucker.       11:21:29

21              And who was the third person?

22         A   Lisa Marciano.

23         Q   Right.  So I just had one -- a couple of

24     follow-up questions about the discussion we were having

25     about seeing prepubertal and adolescent patients.        11:21:46
```

Page 90

```
 1              When is the last time you saw a prepubertal

 2    child patient?

 3        A    Physically saw?

 4        Q    Or -- or virtually.  I mean, as your patient.

 5        A    Maybe two years ago.                    11:22:20

 6        Q    And how about an adolescent, meaning puberty

 7    while -- through being a minor?

 8        A    Three weeks ago.

 9        Q    And what was the age of that patient?

10        A    17.                                     11:22:44

11        Q    Okay.  Let's just turn to page 2 of your CV.

12    I had a couple of questions there.

13             MR. BROOKS:  Just checking --

14             MS. HARTNETT:  I'm just --

15             MR. BROOKS:  Since it's been an hour, I was   11:23:00

16    just checking.  The witness says he's fine and doesn't

17    need a break yet.

18             MS. HARTNETT:  Okay.  Please let me know.

19    This is --

20             MR. BROOKS:  We're on --                11:23:08

21             MS. HARTNETT:  So --

22             MR. BROOKS:  -- the next page.  If you'll

23    direct -- I can't fit the whole page on the screen at a

24    time, so you have to direct me to portions of it.

25             MS. HARTNETT:  Okay.  It's -- I'm looking    11:23:16
```

Page 91

```
 1    at -- under "Professional Societies."

 2              MR. BROOKS:  All right.  I have it up.

 3    BY MS. HARTNETT:

 4         Q   Dr. Levine, on page 2 of your CV, you list

 5    professional societies; correct?                    11:23:28

 6         A   Yes.

 7         Q   Is the Cochrane Collaborative a professional

 8    society?

 9         A   Is the what?

10         Q   The Cochrane Collaborative.                 11:23:40

11         A   I don't know the answer to that question.  The

12    Cochrane Library, you're talking about?

13         Q   The Cochrane Collaborative.

14         A   Cochrane Collaborative.

15              Well, I -- the word "Cochrane" is -- is what  11:23:54

16    comes to mind.  It -- the second word changes from

17    whomever is using it.

18              I don't think it's a society.  It's an

19    organization that does objective appraisal of -- of

20    scientific questions or controversies.  And I -- I     11:24:13

21    don't -- I never thought about that as a society;

22    therefore, it's not listed there.

23         Q   Okay.  And I apologize.  I believe I misstated

24    the name of it.  It's on paragraph 4 of your report,

25    which you can look back to, but it then will require    11:24:31
```

                                                   Page 92

```
 1    flipping forward again.
 2          You discussed being an invited member of the
 3    Cochrane Collaboration subcommittee, and so I was just
 4    trying to understand whether the Cochrane Collaboration
 5    is a professional society.                          11:24:42
 6       A   Well, it's an organization, and it's an
 7    organization devoted to the objective appraisal of
 8    issues that are controversial in medicine, throughout
 9    medicine, every branch of medicine, every specialty of
10    medicine.  It's an older institution, and it's among  11:25:02
11    the most highly respected institutions about objective
12    scientific appraisal of clinical work, and I -- I am on
13    the -- one of their committee- -- I'm on two of their
14    committees, actually.
15       Q   Which committees are you on?                 11:25:20
16       A   It's the evaluation of puberty blockers and
17    the evaluation of cross-sex hormones for transgender
18    teens.
19       Q   Do you know how many committees the
20    Cochrane Collaboration has?                          11:25:35
21       A   No.  I think it's many decades old, and it --
22    that's -- but the answer to your question is I don't
23    know.
24       Q   Are you a member of the Cochrane
25    Collaboration?                                       11:25:53
```

Page 93

1          A    I'm a member of those subcommittees.

2          Q    And can you describe your work on those

3    subcommittees?  What does that entail?

4          A    I'm hesitating to answer that question because

5    you're going to ask a follow-up question, and it is my      11:26:12

6    understanding that until the publication of our work is

7    finished -- is published, our work is published, that

8    we are not to discuss the processes and the content

9    of -- of that.

10          So I -- I feel constrained to, you know, ask        11:26:35

11    you not to ask me more questions about that.

12          MR. BROOKS:  Well, I -- I'm -- I'm not going

13    to instruct the witness either way.  I will advise the

14    witness that we can, I'm sure with counsel's agreement,

15    designate a portion of the transcript as confidential      11:26:50

16    and kind of proceed question by question as you are

17    comfort- -- as you are -- as you feel able, given --

18    I -- I don't know the nature of your commitments to the

19    organization.

20          But we can designate a portion of the               11:27:04

21    transcript as confidential, which will make it

22    available to attorneys representing parties in this

23    case but would prevent it from being published

24    generally.

25          So I -- I -- I offer that.  I don't -- I don't       11:27:18

Page 94

1    represent Dr. Levine, and I don't know that in

2    connection with that -- that professional activity, and

3    I don't know the nature of the obligations, but I'd

4    just advise the client of that pos- -- of that --

5    Dr. Levine of that possibility.                     11:27:37

6            If you want --

7    BY MS. HARTNETT:

8        Q   Does your work with the Cochrane -- does your

9    work with the Cochrane Collabor- -- Collaboration

10   affect your -- sorry.                               11:27:46

11           Has your work on the Cochrane Collaboration

12   informed your opinions in this matter?

13       A   My work with the Cochrane group, in reading

14   about the evidence on those two -- on that subject of

15   puberty blockers adds to my -- I should say there's --  11:28:17

16   I'm hesitating because I really don't know whether I

17   should be saying anything about this, even answering

18   your reasonable question.

19       Q   I appreciate that, but --

20       A   Pardon me?                                  11:28:51

21       Q   -- we do need to know this for you views, and

22   so I would ask if we -- could you -- could -- are you

23   able to answer my questions and we can designate this

24   portion of the transcript as confidential, meaning it

25   would not be publicly disclosed?                    11:29:03

                                                    Page 95

```
 1        A   There's nothing that I have -- there's nothing

 2    that I have seen in my work with Cochrane that has led

 3    me to modify what is in that report.

 4        Q   Can you please generally describe what the

 5    nature of your work is with Cochrane?                    11:29:20

 6        A   It is to read and respond to summaries of the

 7    data, various studies.  It has been to help

 8    conceptualize what the issue is and what measurements

 9    we need -- are needed in order to answer the question

10    in the future about a more -- to provide data in the     11:29:43

11    future if -- based on studies.  It's been about trying

12    to limit the number of issues that need to be measured

13    to -- in outcome studies in order to be practical

14    versus comprehensive.

15            So my work has been to participate with other    11:30:06

16    people in Zoom discussions after we read documents and

17    to given our opinions about draft documents.

18            And you may or may not know how Cochrane

19    works, but it's a series of -- like, our subcommittee

20    goes through a number of other committees above them to  11:30:31

21    be consistent and -- with the traditions of Cochrane.

22            And so I'm not, you know, privy to the

23    committees above the subcommittee.  I just sometimes

24    hear about, learn about, their -- their responses to

25    druff -- draft reports.                                  11:30:54
```

Page 96

```
 1              So I think that's my answer to your question.

 2         Q    Okay.  Are you a member of the Society for the

 3    Scientific Study of Sexuality?

 4         A    The -- oh, no longer.

 5         Q    What is the Society for Scientific Study of        11:31:19

 6    Sexuality?

 7         A    It's a bunch of clinicians who are

 8    interested in -- it's a bunch of clinicians who are

 9    interested in providing services for people's sexual

10    problems.                                                    11:31:36

11         Q    And you ended your membership there in 1999?

12         A    Yes, apparently so.

13         Q    Why?

14         A    Apparently so.  I -- I -- if I hadn't looked

15    at my CV, I wouldn't have been able to answer your          11:31:56

16    question.

17         Q    Okay.  I'm sorry, I was asking why you stopped

18    being a member in 1999.

19         A    Oh.  Because I felt that the majority of the

20    membership thought very differently than me.  They          11:32:15

21    weren't -- they were mostly Master's prepared people.

22    They included people who were sexual surrogates.  It

23    was a potpourri of people interested in human sexuality

24    that did not have my academic interest in sexuality.

25              I was interested, I guess -- back then, in the    11:32:39
```

Page 97

1    '90s, there was the -- there was the Society for Sex

2    Therapy and Research, and there was this society.

3    Quadruple S, it's called.  And this was -- and there

4    was another society called AASEC- -- AASECT.  And

5    the -- the range of professional degrees, the people          11:32:59

6    who had -- the people in those societies had different

7    ranges of professional degrees, and they had different

8    interest in -- sort of an understanding of sexual

9    disorders and in research, and I thought that the

10   society for scientific study of sex really -- I thought       11:33:23

11   that the activities of the organization did not rise to

12   the level of -- of the title of their organization,

13   that it really wasn't scientific.

14        And, you know, it is amazing to me what --

15   what people call -- who wrap themselves in the mantle          11:33:49

16   of science that really don't have a concept of science.

17        So I -- you know, when I was younger, I wanted

18   to be part of the scene and -- and when I got into part

19   of the scene, I didn't want to be part of the scene.

20   Q    Are you aware of the Society for Evidence              11:34:06

21   Based Gender Medicine?

22   A    Yes.

23   Q    And does that go by an acronym?

24   A    Is what?

25   Q    Does that go by an acronym?                           11:34:15

Page 98

```
 1        A   Yes.   SEGM.

 2        Q   SEGM.  Are you a member of SEGM?

 3        A   I contributed -- when I -- when I learned

 4    about SEGM probably a year and a half ago, two years

 5    ago, I -- I felt that I -- I wanted to support that       11:34:35

 6    because they were interested in evidence, in scientific

 7    evidence, so I sent them a check for $200.

 8            So I don't know if I'm a supporter of it or --

 9    but I -- they consider me to be an integral and

10    important member of their society.  So I guess, based     11:35:02

11    on the fact that I gave them a one-time check of $200

12    and they hired me to write a -- to -- to develop a

13    paper and they put me on a subcommittee to talk about

14    psychotherapy of adolescents, so I guess I am a member

15    of SEGM.                                                  11:35:21

16            I think I'm a valued member of SEGM.

17        Q   Understood.  Sorry, you said you were on the

18    psychotherapy -- child psychotherapy subcommittee?

19        A   I think we should call it an adolescent -- it

20    doesn't exist anymore.  We met -- we met every two        11:35:45

21    weeks for almost a year, but I certainly was an active

22    participant of that.

23        Q   And what -- what was the work of that

24    subcommittee?

25        A   It was talking about what -- it was talking       11:36:01
```

Page 99

```
 1    about how to develop case histories that would teach
 2    mental health professionals, in general, on how to
 3    approach a -- an -- an approach to transgender children
 4    and adolescents.
 5              As you probably know, there has been, in the      11:36:33
 6    last ten years, a dramatic increase in the number of
 7    teenage children who are declaring themselves to be
 8    trans people.  And so the number of, quote, experts --
 9    the epidemiology is such that there is enormous
10    pressure on a -- on the few people who say they're       11:36:53
11    interested in gender, taking care of gender cases.
12              So SEGM was trying to develop concepts that
13    could be taught to people in the community who are not
14    experts.  We are trying to interest them in providing
15    psychiatric services, psychological services to          11:37:14
16    families and to the -- the patients themselves.
17              And so we were talking about how to -- how to
18    achieve that, whether we should publish -- whether we
19    should give a conference, whether we should -- they
20    just -- they talked about various ways of -- of          11:37:32
21    informing -- of getting more mental health
22    professionals to -- to stop ignoring this problem and
23    to be interested in -- in how to help these kids and
24    their families.
25         Q    Okay.  Thank you.                               11:37:56
```

Page 100

```
 1            So you said that that subcommittee is no

 2    longer meeting?

 3       A    That particular committee is no longer

 4    meeting, as far as I know.  But that -- but SEGM

 5    sponsors many things that I'm totally unaware of.      11:38:07

 6       Q    Was there a work product that came out of that

 7    committee?

 8       A    Well, in some sense, my paper, my most recent

 9    paper, didn't come out of that committee, but it came

10    out of the deliberations of that committee because one    11:38:24

11    of the strategies that SEGM had is that they wanted

12    to -- they wanted to put things in the literature

13    that -- that were based on evidence rather than based

14    on precedent.

15            And so I think that led to the publication of    11:38:45

16    my -- of 147.

17       Q    What do you mean, precedent?

18       A    Well, as you may or may not know, there's a

19    60-year history of -- of trying to find treatments for

20    transgendered individuals and -- so there has been a      11:39:08

21    precedent of treatment over the years that has preceded

22    the -- the -- the scientific demonstration of the

23    efficacy and the long-term outcomes of that treatment.

24            So I would say that precedent is a -- is a

25    very important influence in how transgender people are    11:39:30
```

Page 101

```
 1    being treated today and -- so that's how I use the term

 2    "precedent."  That is, we have patterns or fashions of

 3    treatment that have gone in -- far in advance of the

 4    scientific demonstration of the efficacy and were

 5    the -- and the long-term outcomes of those treatments.    11:39:55

 6          So that's the term precedent, as I -- as -- as

 7    how I use it or how I think about it.

 8       Q   And was your -- I think your testimony was

 9    that you were in the kind of ground floor of starting

10    that precedent; is that correct?                          11:40:10

11       A   I -- well, if -- well, the ground floor really

12    began in the '70s, and I was --

13       Q   I'm sorry, did your counsel say something?

14          MR. BROOKS:  No.  I looked at him.  He looked

15    at me.  I didn't say anything.                            11:40:28

16          THE WITNESS:  Yeah.

17          MS. HARTNETT:  Just for the record, the

18    counsel and the witness appeared to be exchanging some

19    sort of a glance, but please continue.

20          THE WITNESS:  So the ground floor has to do       11:40:37

21    with the Harry Benjamin International Dysphoria

22    Association, which I think I joined in 1974 or

23    something like that, and I was in that program or in

24    that -- that associ- -- whatever you call that, a

25    society or something.  I was in that professional         11:41:02
```

Page 102

```
 1    organization for many, many years.  And in 19- -- when

 2    the fifth standard of care was being thought about, I

 3    was named to be the chairman of the writing group that

 4    made what was called the Fifth Edition.

 5          So --                                        11:41:25

 6    BY MS. HARTNETT:

 7       Q   So you were part of creating the precedent;

 8    correct?

 9       A   Yes.  The only objection I had, what is ground

10    floor.  That's the only word I was responding to.  I    11:41:34

11    didn't know what ground floor meant.

12       Q   Fair enough.  So back to SEGM.  Were you part

13    of helping to develop treatment guidelines for the

14    treatment of gender dysphoria with SEGM?

15       A   I don't know that SEGM has ever issued          11:41:52

16    treatment guidelines.  In a sense, my latest

17    publication is -- is probably in that ballpark.

18          What we're trying to do is to -- I think what

19    we are trying to do is -- is create treatment

20    guidelines.                                             11:42:19

21          You know, Sweden, Finland, the UK and France

22    have all come out and said that -- let's slow this

23    down, let's be very careful.  Even -- even in the

24    United States, there are people who used to be on

25    this -- sort of on a different -- they had a -- they    11:42:46
```

Page 103

```
 1   had a different treatment guidelines.

 2          There's been a wave of objectivity --

 3      Q   I'm sorry to interrupt.  I'm sorry to

 4   interrupt you, but I -- I really need to ask you to

 5   answer my question.  And I -- I think we're -- my -- my    11:42:57

 6   question was just whether SEGM is developing treatment

 7   guidelines.

 8      A   I think it's the aspiration of SEGM to develop

 9   development treatment guidelines in keeping with what

10   is happening scientifically and -- in terms of             11:43:13

11   objective reviews.

12          So I'm not so sure that SEGM has published

13   treatment guidelines yet, but I do think they're

14   interested in -- in providing a different set of

15   guidelines that may have dominating the United States      11:43:34

16   and European countries in the past.  And Australian and

17   compani- -- countries in the past --

18      Q   Are you part -- are you part of any effort at

19   SEGM to develop treatment guidelines on a going-forward

20   basis?                                                     11:43:55

21      A   No, not directly, but I do --

22      Q   Are you involved --

23      A   I do believe that my recent article will be

24   read by people and considered by people who are

25   going -- if -- if they do develop treatment guidelines.    11:44:12
```

Page 104

1      Q   Is -- is -- am I understanding correctly that

2   your article was an effort, in conjunction with SEGM,

3   to affect the practitioner community about how you view

4   treatment should be provided?

5      A   To the extent that treatment should be          11:44:35

6   provided based upon a thorough informed consent

7   process, that my article describing informed consent

8   would be affirmative answer to your question that I --

9   I'm hoping that the influence of my article will

10  influence all treatment guidelines in the future,       11:45:01

11  regardless of who issues those guidelines.

12          MR. BROOKS:  Counsel, when --

13  BY MS. HARTNETT:

14      Q   Are you --

15          MR. BROOKS:  When you come to a convenient       11:45:10

16  point, let's take one more break and have one more

17  stint before lunch.  I don't mean to disrupt the line

18  of questioning, but when you come to a point, it would

19  be good.

20          MS. HARTNETT:  I appreciate that.  I have a      11:45:20

21  couple more questions on this, and then we can take a

22  break.

23  BY MS. HARTNETT:

24      Q   Are you actively involved in any SEGM work

25  currently?                                               11:45:29

Page 105

```
 1        A   No.

 2        Q   Do you know where SEGM receives its funding

 3   from?

 4        A   I believe that -- that the hundred or so

 5   people that are, quote, members contribute something,      11:45:55

 6   but it's something as modest, perhaps, as I gave, $200.

 7   There must be a large donor or set of donors.

 8            And the answer to your question is I don't

 9   know the answer.

10        Q   Is there someone at SEGM that you think would    11:46:15

11   know that answer?

12        A   Yes.

13        Q   Who is that?

14            MR. BROOKS:  Objection.

15            THE WITNESS:  There are several people.          11:46:26

16            May I answer that question?

17            MR. BROOKS:  You may answer.

18            THE WITNESS:  Stephen Beck, Dr. Stephen Beck,

19   and Ema Zane, E-M-A Z-A-N-E.

20            MR. BROOKS:  And, Counsel, we will designate     11:46:47

21   the testimony about finances of SEGM as confidential.

22            MS. HARTNETT:  We can -- oh, we can

23   provisionally do that.  That's fine.

24   BY MS. HARTNETT:

25        Q   You mentioned -- I have just one more.           11:46:59
```

Page 106

```
 1          You -- you mentioned you were a valued member

 2    of SEGM.  Is that just your -- is there a special group

 3    of people that are valued, or do you just kind of view

 4    yourself as having a valued role in the organization?

 5       A   Well, I was asked to develop this paper or a      11:47:12

 6    series of papers on informed consent, and to me, I

 7    considered that a compliment, and it was based upon my

 8    previous publications about this matter.

 9          And in the concept -- and in the discussions

10    of the committee on psychotherapy, I just got the sense  11:47:41

11    that -- I offered an opinion and people really -- they

12    often said that was helpful or clarifying or, you know,

13    really good or "Can I use that term?" or whatever.

14          So whatever the subjective appraisal I was

15    making of my role, my status, among these very           11:48:04

16    respected people, I believed that I was a valued

17    member.  You know, I could be --

18       Q   Do you think you're the most --

19       A   -- delusional about that.

20       Q   Do you think you're the most -- are you the       11:48:18

21    most highly credentialed professional in SEGM?

22       A   No.

23       Q   Huh?

24       A   No.

25          MS. HARTNETT:  Okay.  I think this is a good        11:48:34
```

Page 107

```
 1    time for a break.

 2            MR. BROOKS:  All right.

 3            THE VIDEOGRAPHER:  Off the record at

 4    11:49 a.m.

 5            (Recess.)                              12:00:19

 6            THE VIDEOGRAPHER:  We are on the record at

 7    12:01 p.m.

 8            MS. HARTNETT:  Thank you.

 9    BY MS. HARTNETT:

10        Q   Welcome back, Dr. Levine.              12:00:40

11        A   Thank you.

12        Q   I think I want to turn from your -- we were

13    talking through your CV a bit and now just go to your

14    report.  So if you could -- I'm going to be asking a

15    question about paragraph 5, if you want to pull up that   12:00:53

16    page?

17            MR. BROOKS:  We now have paragraph 5 on the

18    screen.

19            MS. HARTNETT:  Great.

20    BY MS. HARTNETT:                               12:01:14

21        Q   So you, in the first sentence of paragraph 5,

22    say you first encountered a patient suffering with

23    what -- sorry -- "what we would now call gender

24    dysphoria in July 1973."

25            Do you see that?                        12:01:30
```

Page 108

1          A    Yes, I do.

2          Q    Who was that patient?

3               MR. BROOKS:  I will, of course, object to the

4     extent you're asking the doctor to disclose

5     confidential --                                        12:01:43

6               THE WITNESS:  Actually --

7               MR. BROOKS:  -- identifying information.

8               THE WITNESS:  Actually, the patient and I

9     wrote a paper together and -- and so the patient has

10    used the name, so I feel like I can tell you the name.   12:01:52

11    BY MS. HARTNETT:

12         Q    That's why I was asking.

13         A    Yeah.  So the name was Rutherford Shumaker.

14         Q    And did you refer to the patient as

15    "Rutherford" or some other name?                        12:02:07

16         A    Well, the name of the -- the name of the

17    article was Increasingly Ruth: Towards an understanding

18    of sex reassignment surgery.

19              And so Rutherford, in, I think -- became Ruth.

20    So Ruth and I published that paper, and then I wrote a   12:02:32

21    follow-up to that paper after Ruth committed suicide in

22    her family's home.  But that was 1983.  I'd have to

23    check the CV.

24              So that was my -- the man coming to me as

25    Rutherford, who eventually became Ruth, came to me in    12:02:56

                                                       Page 109

1    July of 1973.

2        Q    And do you recall how long after you first

3    encountered that patient you encountered your next

4    patient that was suffering from what we would now call

5    gender dysphoria?                                    12:03:11

6        A    Oh, it probably -- it was probably a couple of

7    months.

8            The answer to your question, I don't

9    specifically recall, but --

10       Q    Okay.                                       12:03:26

11       A    -- I -- I -- there was enough pressure by

12   patient request for care that we started this -- this

13   clinic.

14       Q    Understood.  And you note here, on your

15   paragraph 5, you also founded the Case Western Reserve   12:03:37

16   University Gender Identity Clinic; correct?

17       A    Correct.

18       Q    And you note, later in that paragraph, that in

19   1993, the Gender Identity Clinic was renamed.

20       A    In 1993, I left full-time employment at      12:03:52

21   Case Western Reserve, and I continued the program, but

22   we changed the name of the program, but our work

23   evaluating and providing services for trans individuals

24   continued.

25       Q    And what did you change the name of the      12:04:15

                                                         Page 110

```
 1   program to?

 2        A    Well, I think we just called it the Gender

 3   Identity Clinic of Levine, Risen -- Althof, Levine and

 4   Risen, which was the name of our clinical practice,

 5   Althof, Levine and Risen.  So it --                    12:04:34

 6        Q    Okay.

 7        A    Gender Identity Clinic at ALR.

 8        Q    And when you -- when the university kind of

 9   discontinued -- or you discontinued the affiliation

10   with the university in 1993, did you consider that to   12:04:50

11   be a dark day in the department, in the politics of the

12   department?

13             MR. BROOKS:  Objection; compound question.

14             THE WITNESS:  Number one, I did not

15   discontinue my affiliation.  I changed my affiliation.  12:05:06

16   That is, I was salaried until 1993, and then I left the

17   university and personally, for a while, I did consider

18   it a -- a great disappointment that I left the

19   university.

20   BY MS. HARTNETT:                                        12:05:30

21        Q    Did you consider it a dark day in the

22   department, in the politics of the department, at the

23   university?

24        A    That per se wasn't the source of the darkness.

25   That day wasn't it.  In my view, it's a very            12:05:43
```

Page 111

```
 1    prejudicial view, the dark day came when a new chairman

 2    was selected, who came aboard, who then basically ran

 3    the department into a great debt, and then I and

 4    several other program- -- my program and several other

 5    programs needed to be cut from the department in order     12:06:07

 6    to get the department back into solvency.

 7            So the fact that one day I left was the

 8    by-product of things that had happened over a

 9    three-year period.

10            So the dark days began, I think, on day one       12:06:25

11    when the chairman came.

12        Q   Thank you.  Are you familiar with the

13    University Hospitals?

14        A   The department of psychiatry was part of the

15    University Hospitals of Cleveland.                         12:06:41

16        Q   And you did your psychiatric residency at the

17    University Hospitals of Cleveland?

18        A   Yes.

19        Q   Do you have an affiliation there now?

20        A   I do.  I'm a clinical professor.                  12:06:52

21        Q   And how often do you -- if at all -- do you go

22    to the University Hospitals?

23        A   Not very frequently.  The -- the resident

24    comes to me, and I -- but I am probably going to be

25    teaching a seminar at University Hospitals in the next     12:07:13
```

Page 112

1    three months because I'm part of a committee to plan

2    the curriculum on sexuality and gender.

3            Speaking of education, the university --

4    other -- other institutions also asked me to teach

5    about this subject.  And on August -- on April 7th, I'm    12:07:39

6    going to Akron to teach -- or virtually I'm going to

7    teach a three -- a two-and-a-half-hour seminar.

8            And I forgot to mention to you before, and I'd

9    like you to hear this, that when you were questioning

10   me about my credentials or not having a certificate    12:07:57

11   about -- in child psychiatry, you should know, I forgot

12   to tell you that Cleveland Clinic, department of child

13   psychiatry, and the University Hospitals, the

14   department of child psychiatry, sends residents to be

15   with me as part of their training in child development    12:08:18

16   and child clinical issues, child and adolescent

17   clinical issues.

18           So I think -- I just forgot to mention that.

19       Q   Are you familiar with the University

20   Hospitals' LGBTQ and gender care program?    12:08:48

21       A   I'm aware that it exists, yes.

22       Q   Have you ever talked to any clinicians in that

23   practice?

24       A   No one has ever talked to me in that practice.

25   The only time I have interaction with them is when --    12:09:00

Page 113

1    if I present grand rounds, some of those people ask me

2    a question.  But they've never consulted me whatsoever

3    in the formation of their clinic and in the ongoing

4    work of their clinic.

5            Although, Cleveland Clinic has a very similar    12:09:20

6    program, and they have called me up and -- for some

7    advice sometimes.

8            But my -- my, quote, own University Hospitals'

9    place I don't really think has any people from child

10   psychiatry in it, but I'm not sure because they have    12:09:38

11   kept me away.

12       Q   What do you mean they have kept you away?

13       A   Just what I explained.  They have never

14   communicated with me.  It is -- you know, other people

15   know me as being published in this area.  You know, I    12:09:54

16   think I've written 20 articles on this -- you know, I

17   have 20 or so publications in this area.  You would

18   think that they would invite me or consult with me or

19   ask me questions, but I think they recognized that they

20   are part of what is called affirmative care and what I    12:10:18

21   would say, rapidly affirmative care, and -- and they

22   sense that I'm not so interested in rapid, that -- that

23   I believe that -- that I have long believed that people

24   who have this kind of dilemma need some patient time in

25   talking about this matter.                              12:10:45

                                                  Page 114

```
 1              And while I can't tell you how they feel about

 2    me, I can only deduce that they're not interested in my

 3    concepts because --

 4         Q    Have you --

 5         A    -- they must be different than their concepts.   12:10:57

 6         Q    Have you offered your -- your services to

 7    them?

 8         A    No.

 9         Q    You said your understanding is that they

10    provide rapid affirmative care; is that correct?        12:11:10

11         A    I presume so.  I -- you know, I can't

12    understand why -- why the organizers and the leaders of

13    those -- that team are not interested in anything I

14    have to say because they've never asked me.

15         Q    So just because someone hasn't asked you for    12:11:29

16    your view, do you assume that they're not interested in

17    what you have to say?

18         A    This -- I wouldn't say as a general principle,

19    but I would say in this case, I have long assumed that,

20    correctly or incorrectly.                               12:11:44

21         Q    It sounds like you don't agree with rapid

22    affirmative care; is that fair?

23         A    Yes.  I don't believe that people, after

24    meeting someone for an hour, for example, ought to be

25    given a firm diagnosis and a prescription for hormones.  12:12:00
```

Page 115

```
 1         Q    Is that your definition of rapid affirmative

 2    care?

 3         A    That would be one definition, yes.

 4         Q    Can you give me a more general definition of

 5    what rapid affirmative care is?                          12:12:17

 6         A    It would be -- it would be a commitment to be

 7    affirmative in -- in being a cheerleader for social

 8    transition or taking hormones or having one's breasts

 9    removed after what I would consider to be an inadequate

10    evaluation.                                              12:12:34

11              So it begins with an adequate evaluation.

12    It -- it requires having an understanding of the

13    elements of informed consent.  And in dealing with

14    minors, it has to do with working with not only with

15    the patient but with the parents.                        12:12:51

16              So rapid affirmative care would be care that

17    does not meet my criteria for thorough evaluation,

18    including a developmental history, a process of

19    informed consent and involvement, over time, with the

20    parents so they consider the weighty -- the weighty     12:13:10

21    implications of -- of what affirmative care represents.

22              So anything short of deliberation in this and

23    careful consideration I would kind of dismiss as rapid.

24         Q    If affirmative care is given with deliberation

25    and informed consideration, do you disagree with that?   12:13:33
```

Page 116

1           A    No.  No.  I think parents -- parents have a

2     weighty decision to make, but they ought to be informed

3     about the state of science.  The -- the health tour

4     benefits have to be understood in terms of the

5     scientific likelihood of achieving those benefits.  And      12:13:51

6     they have to understand the short-term medical but more

7     important the long-term psychosocial risk of what

8     they're doing.

9            And if those competent parents, knowing the

10    child as they know them, decide, after they're              12:14:09

11    informed, they -- they have my blessing to socialize

12    their child in the opposite gender.

13           Whether I think in that particular case it's a

14    wise thing or not, it's not my decision to make.  I

15    don't actually believe that people like me ought to be      12:14:29

16    recommending.  I think we ought to be educating,

17    evaluating and informing and the parents and the child

18    make the decision with my supportive help, both on the

19    positive side and the negative side.

20           I am to be the trustee, informer of what             12:14:45

21    science knows, and I believe that clinicians who don't

22    know science, who actually think they can evaluate this

23    in a -- in -- in a -- in an hour, I just think that's

24    not good care.

25           Q    Is your view that the clinicians at the          12:15:06

                                                          Page 117

1    University Hospitals LGBTQ and gender program don't

2    know science?

3         A    I don't know what they know.  I don't know

4    what they know.  I have no views about that because I

5    have no means of knowing, only that I get to see people    12:15:22

6    brought to me after they've gone to various affirmative

7    care programs and the parents are horrified at the

8    recommendations that are being made.  So --

9         Q    How many -- sorry.  Go ahead.

10        A    But in answer to your specific question, since    12:15:44

11   I don't even know the people there and I don't know

12   what they're doing, I'm not -- I would just -- I would

13   just -- I pose these standards, and I don't know

14   whether they meet them or not.

15             I have not been impressed in general that       12:16:04

16   affirmative care programs in various cities that I get

17   to hear about meet those criteria.

18             I'm just trying to help people, you know,

19   realize the importance of trans care and -- and trans

20   care, to me, includes careful evaluation and -- and     12:16:19

21   addressing the comorbidities that are frequently

22   present in these kids.

23             And by "kids," I mean even teenagers.

24        Q    Have you had -- sorry, so you -- but your

25   understanding is that the University Hospitals LGBTQ      12:16:39

                                                    Page 118

```
 1    and gender care program does provide the rapid type of

 2    affirmative care; is that right?

 3            MR. BROOKS:  Objection.

 4            THE WITNESS:  I already --

 5            MR. BROOKS:  Asked and answered.          12:16:48

 6            THE WITNESS:  -- answered that question.  I'm

 7    not -- I'm not aware of what they do.  I -- I am --

 8    BY MS. HARTNETT:

 9        Q   Okay.  Sorry, I thought you had said you

10    thought that they provided rapid affirmative care,     12:17:01

11    which is why I was asking.

12        A   I wouldn't be surprised if their definition of

13    inadequate evaluation is different than my evalua- --

14    my -- my definition of an adequate evaluation.

15        Q   Do you know what their definition is of an      12:17:20

16    adequate evaluation?

17        A   No.  And because I don't know, I don't want to

18    endorse them, nor do I want to condemn them.

19        Q   What is the basis for your understanding that

20    there is kind of rapid transition care being provided  12:17:32

21    out there?

22            MR. BROOKS:  Objection; vague.

23    BY MS. HARTNETT:

24        Q   Sorry, let me just use your term.

25            You said rapid affirmation.                    12:17:42
```

Page 119

```
 1        A    Well --

 2             MR. BROOKS:   I was objecting to the outlier as

 3    vague.  I'm not sure what you -- are you referring to

 4    the clinic you've been discussing or something else?

 5    BY MS. HARTNETT:                                      12:17:52

 6        Q    What is your basis for your view that there

 7    are clinicians in the United States performing rapid

 8    affirmation care?

 9        A    Thank you for asking that question.

10             I have been in contact with -- that is,      12:18:03

11    parents -- there -- there are parent groups who cannot

12    find -- there -- there are groups of parents who

13    brought -- were brought together, who came together,

14    bounded -- bound together in organizations who are

15    objecting to what they call rapid affirmation and the  12:18:27

16    inability to find a therapist in their community who is

17    willing to just do psychiatric care like they would do

18    psychiatric care if a child presented simply with

19    anxiety or depression or substance abuse or some other

20    behavioral problem.                                    12:18:48

21             The -- the basis for -- for my -- the answer

22    to your question is parents, both Cleveland parents,

23    national -- parents from all over the country and

24    parents from the UK.  I am aware that parents are

25    particularly perturbed by rapid affirmation and its    12:19:07
```

Page 120

```
 1    treatment, and they -- they have complaints that their
 2    child is not understood; that is, their problems have
 3    not been understood.
 4        Q    How many parents have you talked -- how many
 5    parents have you talked to about their concern with        12:19:26
 6    what you call the rapid affirmation model?
 7        A    Well, I gave a talk to 35 parents probably a
 8    year ago.  In 2017, I think I wrote about it in the
 9    article that -- the last four or five cases that I was
10    involved with, the parents all said the same thing;        12:19:53
11    that is, they were horrified that after one hour,
12    their -- their child was diagnosed and -- and had
13    recommend- -- and had recommendations that horrified
14    them.
15        Q    Sorry, how -- where was the talk that you gave    12:20:10
16    to the 35 parents?  What -- what was that?
17        A    It was in -- it was in my easy chair in my
18    bedroom.
19        Q    What was the convening?  What was the venue
20    for that?                                                  12:20:23
21        A    It was a group of parents who invited me to
22    give a talk, and what I gave a talk on was -- the
23    aspects of what -- what I knew about human identity,
24    not just --
25        Q    What was --                                       12:20:38
```

Page 121

```
 1        A    -- not just gender identity.

 2        Q    Was this group of parents affiliated with an

 3   organization, or how did they -- how did they present

 4   themselves?  As some sort of an organization?

 5        A    A woman contacted me and said that she belongs    12:20:50

 6   to an organization of -- of concerned parents of trans

 7   teenagers or children.  I'm not sure which.  Mostly

 8   teenagers.  She actually sent me an analysis of --

 9   of -- of -- that she made, a little research that she

10   had done that demonstrated a very high intelligence       12:21:10

11   in -- of their -- all the children in this group and

12   very high incidents of autism and other developmental

13   problems and -- so she sent me that data, and she

14   wanted some advice to -- from me about how to get that

15   published.                                                 12:21:37

16           And -- and then she invited me to give a talk.

17   When we talked, she then said she would get back to me,

18   and she got back to me and invited me to give a talk to

19   the parent group.  And so that's what happened.

20        Q    Is the parent group called Genspect?            12:21:51

21        A    No.  I think -- it -- it might -- it -- this

22   was an American group of people and --

23        Q    What was the parent's name that did the

24   research?

25        A    You know, I -- I would have to look that up.    12:22:15
```

Page 122

1    I don't remember.

2        Q   I'm just going to try to -- so I appreciate

3    what you've explained.

4            Could you tell me how many actual parents have

5    described to you, personally, an experience where their    12:22:29

6    child was diagnosed and prescribed treatment in an

7    hour?

8        A   Well, if -- some people, it would be two

9    hours, okay?

10       Q   Let me just start with one hour.                    12:22:46

11           How many parents have told you directly that

12   their child had been prescribed -- diagnosed and

13   prescribed treatment in an hour?

14       A   I would say perhaps 50 percent of the people

15   who -- who have consulted me.                               12:22:59

16       Q   And how many people have consulted you?

17       A   I really can't answer.  You know, if I told

18   you 11, if I told you 16, if I told you four, I

19   would -- I would have no conviction that I -- that --

20   that that answer is correct.                                12:23:19

21           I'm telling you I had the impression that over

22   and over again parents complain about this.  They

23   complain about affirmation.  They're afraid of

24   affirmation, what that will mean to their child's

25   future.  And they complain that they can't get their       12:23:35

Page 123

1    point of view to influence their thera- -- the -- the

2    person -- their gender expert that they took their kid

3    to and -- and that they can't find anyone else who

4    has -- who has the courage, they say, to just talk to

5    their kid without saying they believe in affirmation      12:23:55

6    because that's the right thing to do.

7         Q    Thank you.  I -- I just -- you've talked about

8    the importance of scientific data; correct?

9         A    Correct.

10        Q    And you've made the representation that there    12:24:09

11   is a practice of rapid affirmation happening in the

12   United States; correct?

13        A    As -- as far as I know, yes.

14        Q    And what I'm trying to understand is the basis

15   for your understanding that there is a phenomenon of      12:24:22

16   rapid affirmation happening in the United States.

17             And so --

18        A    Well --

19        Q    -- I guess my question is -- sorry.

20        A    -- the basis.  And I've tried to answer the      12:24:33

21   basis is -- is that the parents who consult me all

22   tell -- pretty much all tell me the same story.  It is

23   multiple patient reports.

24             And when I -- when I was on that committee

25   that we talked about before, of psychotherapy, people     12:24:52

Page 124

```
 1    in Australia, people in Ireland, people in London, in

 2    various parts of the UK and -- let me think where this

 3    is a source of -- and the United States have all

 4    reported to me the same thing.  Everyone says the same

 5    thing, that the parents complained to them about going    12:25:18

 6    to specialty care which rapidly confirms the diagnosis

 7    and recommends affirmation and tends to make the

 8    parents feel like they're -- they're doing a terrible

 9    thing by resisting transition.

10        Q    You mentioned --                                 12:25:39

11        A    So the answer to your question is multiple

12    sources, both directly in my clinical practice, both --

13    what I read about sometimes in these legal proceedings,

14    legal documents and in -- and -- and from my

15    colleagues.                                                12:26:01

16            I -- I just want you to know that if -- that

17    professionals all claim to do thorough evaluations, but

18    I -- I'm not sure that our definition of thorough

19    evaluation is -- is correct.

20        Q    Have you talked to any gender-affirming          12:26:18

21    professional to learn what their practice actually is?

22        A    Well, I've read Dr. Adkins, for example,

23    reassurance about the thorough evaluations done in her

24    clinic.

25            And -- have I talked to any affirmation --        12:26:40
```

                                                            Page 125

```
 1    well, I did talk to the Cleveland Clinic people and --

 2    who are -- were sharing with me their angst about what

 3    they should do with these borderline personality kids,

 4    kids who aren't doing well, who don't want to focus on

 5    anything but their transgender state.  So they consult     12:26:57

 6    me about these -- these case- -- you know, they

 7    consulted me about this.

 8            So I guess the answer is yes.

 9            And if you ask me the number, I would say it's

10    not a large number.  I don't -- and I don't --           12:27:14

11      Q   Sorry, other than Dr. -- other than Dr. Adkins

12    and whoever you talked to at the Cleveland Clinic, have

13    you -- are you -- sorry.

14            You've never talked to Dr. Adkins; correct?

15      A   I've never personally spoken to her, no.           12:27:25

16      Q   So other than the people at the Cleveland

17    Clinic that you referred to, have you spoken to any

18    other gender-affirming professionals about their

19    practices?

20      A    Well, in these various legal matters,             12:27:37

21    oftentimes I'm asked to review case material, and I --

22    and I -- I haven't visibly, virtually, talked to -- the

23    answer to your question is no, but I -- I certainly

24    have seen materials that indicate the -- the quality of

25    the interactions that have been between the affirming    12:28:09
```

Page 126

```
 1   and the professional and the patient and sometimes the

 2   parents.

 3       Q    And you mentioned -- you mentioned multiple

 4   patient reports, I think, when you were saying what the

 5   basis was for your review.                        12:28:24

 6            Do you recall that?

 7       A    Yes.

 8       Q    Are you -- and there, you're talking about the

 9   patient would be the -- the parent of the child that's

10   being cared for; right?                           12:28:30

11       A    Yes.  I think if --

12       Q    In other words, you were -- you were not

13   getting complaints from the -- the child or adolescent

14   that was being discussed; you were getting the

15   complaint from the patient parent; is that right?  12:28:45

16       A    Oh, I've heard -- I -- I've heard patients say

17   that they were a little surprised by the rapidity of

18   things, yes.

19       Q    Sorry, one of your child or adolescent --

20       A    So it's --                              12:28:58

21       Q    -- patients --

22       A    It's not entirely parents, but it's largely

23   parents.

24       Q    And then I've asked you how many parents

25   you've directly heard reports of -- let's just say   12:29:10
```

                                                    Page 127

```
 1    two-hour or less diagnosis and treatment.  How many

 2    parents have you heard that from directly?

 3             MR. BROOKS:  Objection; asked and answered.

 4             THE WITNESS:  I would say 15 sets of parents.

 5    And if you allow me to accept the reports of the people    12:29:31

 6    on the committee, probably it's over a hundred.  But,

 7    you know, as I already answered, I can't really -- I'm

 8    just giving you numbers because you're asking for

 9    numbers.

10    BY MS. HARTNETT:                                           12:29:54

11        Q   Well, isn't it important to have good data?

12        A   You're right, it is important to have good

13    information.  And data varies in its nature.  And

14    parental reports that are consistent over time, to me,

15    is good data.  That represents good data.  That are      12:30:10

16    good data, rather.

17        Q   Have you ever had a parent report to you a

18    positive experience from an affirming practitioner, as

19    you describe them?

20        A   Ever had a positive experience.               12:30:35

21             Well, last Sunday morning, I gave a talk at a

22    church, and a grandmother told me that her very

23    disturbed granddaughter has transitioned to a -- living

24    as a boy and she's far less disturbed and much happier

25    and she's beginning to restart her life as a student     12:30:50
```

Page 128

```
 1   now, when she couldn't function as a student before.
 2           So if a grandparent -- I mean, it's -- it's --
 3   today's Wednesday.  So that was Sunday morning.
 4           So I think -- that is not the first time I've
 5   ever heard from somebody.  I've also heard from          12:31:05
 6   grandmothers who were deeply concerned about their
 7   grandchild.
 8           And, actually, come to think of it, I had an
 9   interview -- yes, I -- I have heard about a -- another
10   trans male teenager who is doing very well now as --     12:31:23
11   and much better than they were doing living as a -- as
12   a distressed female.
13           So I do have positive reports of people doing
14   well.
15           And in -- in my years of taking care of -- of    12:31:39
16   adults, I've seen some people, at least who have came
17   back in follow-up after transition, who seem to be
18   doing very well in life.
19           I'm not saying that -- so I -- you know, I get
20   both sides of the coin here.                              12:32:01
21      Q   You haven't undertaken a scientific sampling,
22   though, to figure out what parents' experiences are
23   with affirming practitioners; correct?
24      A   I -- no, I have no follow-up study on this.  I
25   am like other people who don't have follow-up studies.   12:32:18
```

Page 129

1      Q    And it could be that parents that are having

2    negative experiences are the ones that are seeking you

3    out; correct?

4      A    Yes.   There's always a selection by a -- in --

5    in clinics.   When -- when you have data coming from any      12:32:35

6    clinic, one of the methodologic questions is, What is

7    the selection bias?

8           And so I -- I represent a person who has some

9    kind of unknown or known reputation in the community,

10   and so people come to see me because they think I have      12:32:54

11   knowledge or attitude that is consistent with their

12   position.

13          But, you see, in the -- in the fundamentals

14   of -- of the use of statistics and creating scientific

15   methodology, selection bias is a well-known problem,       12:33:12

16   and that's one of the reasons why some studies need

17   to -- that's one of the advantages of having multisite

18   studies and multicultural -- studies from multiple

19   countries, is -- is what we're going to do about

20   selection bias.                                             12:33:31

21     Q    I believe earlier you said that your view is

22   that the doctor's role isn't to recommend the treatment

23   for the minors who may be experiencing gender dysphoria

24   but, rather, to provide information to the parents and

25   the children and the parents and the children should        12:33:47

Page 130

```
 1    make the decision; is that fair?

 2         A    Yes.  This is the idea that I am trying to

 3    educate the world about, that, actually, doctors don't

 4    know what the best treatment is for a particular child

 5    and that they shouldn't pretend to know because there's    12:34:06

 6    no follow-up data that are -- there's no compelling

 7    follow-up data.  There's just anecdotal reports like

 8    you and I were just discussing.  Or anecdotal reports.

 9            And so given the fact that -- that people

10    believe doctors and they believe that doctors know       12:34:24

11    things and that I know doctors don't know things, you

12    see, what I'm saying, what I'm trying to influence the

13    world to think about is that we should make a -- we --

14    we recommend that you go to surgery for appendicitis

15    because we know the consequences of not having surgery.   12:34:44

16    You're going to die from this condition if you don't

17    have surgery, you see.

18            So we -- based on the consequences, we know

19    what is indicated medically to save life or preserve

20    function.                                                 12:34:59

21            But in this particular area, the long-term

22    follow-up of children or adolescents or even adults who

23    undergo transition are not known.  And I -- they're

24    not -- they're simply not known.

25            And because we are -- some doctors make         12:35:15
```

Page 131

1    recommendation to transition a seven-year-old or

2    transition a 14-year-old or remove the breasts of a

3    14-year-old, and I would say that what is the

4    scientific basis of your recommendation to tell

5    parents, who are often trusting of your knowledge base,    12:35:36

6    what is the scientific basis of your recommendation?

7            And I say, given what we know about science,

8    I'm not opposed to transitioning a child or

9    transitioning a teenager or an adult.  What I'm saying,

10   that we should be able to educate, objectively, the       12:35:54

11   parents and the child themselves, you see, so that they

12   know the issues here.

13           And it's their child.  They are legally

14   responsible and they're morally and ethically

15   responsible for the welfare of their child.  And so I     12:36:11

16   think they need to be informed.

17           And -- and what I'm saying is, in the past,

18   doctors have recommended things, and I'm -- so I'm

19   questioning the wisdom of making a strong

20   recommendation because it's based on the allusion that    12:36:25

21   we know what is best for this kid or this adult.  And

22   I'm saying, please, doctors, please be humble about

23   what your knowledge is here.  Please respect the

24   limitations of your knowledge.  That's all I'm saying.

25           So I -- I am objecting.  I'm trying to teach       12:36:47

Page 132

1     the world.  If -- I know that sounds rather grandiose,

2     but I'm trying to teach the world that based on our

3     lack of information about the long-term follow-up, we

4     can give options for the treatment of this condition

5     and that option includes what you would call          12:37:03

6     affirmative care.

7             But we should understand the scientific basis

8     of affirmative care, you see, and we should understand

9     the limitations, and we should understand that even the

10    advocates of -- of gender-conforming surgery have      12:37:17

11    published two papers recently saying that the -- the

12    long-term psychosocial outcomes are not clear, that the

13    benefit of -- of -- of genital surgery or breast

14    surgery, in the long run, is not -- they're not clear.

15            And so people have undergone -- undertaken two   12:37:38

16    studies in the last year or two years to prove that

17    there are benefits.  So why are we, in 2020 (sic),

18    doing studies to prove there are benefits if -- if we

19    already know the answer.

20            We don't know the answer.  And I say because     12:37:56

21    we don't know the answer, there's an ethical

22    responsibility, a professional responsibility, to teach

23    the parents, teach the adult what is known and what is

24    not known.

25            What they decide is their business.  It's        12:38:12

Page 133

```
 1    their prerog- -- it's their prerogative.  It's their

 2    child.  It's their seven-year-old.  It's not my

 3    seven-year-old.  See?  It's not your seven-year-old.

 4    It's not your 14-year-old.  It's theirs.  And it's a

 5    weighted decision.  And the idea that it's not a          12:38:25

 6    weighted decision requires you to be an ostrich and

 7    bury your head in the sand.

 8         Q    Do you think that politicians should be making

 9    that decision?

10             MR. BROOKS:  Objection.                          12:38:36

11             THE WITNESS:  Well, I -- I do ask myself the

12    question who should be making decisions about the

13    delivery of medical care, you see.  And I do realize

14    that in some circumstances, politicians make decisions

15    that influence medical care and medical treatment.       12:38:55

16             I don't know the answer to that question, but

17    I don't know that doctors per se who are not informed

18    about the -- about the state of science really should

19    be making these decisions with the illusion that they

20    know best.  I am not sure politicians know what's best.  12:39:16

21    I mean, when it comes to politicians, you know, we --

22    we all have skepticism.

23             But nowadays, what -- who is making decisions

24    are -- are judges, you see.  I don't think juries as

25    much as judges and -- and state legislature and          12:39:35
```

Page 134

```
 1    governors are making decisions.  I don't like that
 2    either.
 3            I would prefer that an informed medical
 4    professional -- I would -- I would prefer that doctors
 5    make these decisions based upon accurate scientific      12:39:54
 6    information and not political ideology and not mixing
 7    up civil rights concerns with medical decision-making.
 8            So I realize we're in a -- this is a morass,
 9    and I -- all I -- all -- my point to you today is let's
10    look at the science and let -- let the doctors decide   12:40:21
11    or let the politicians decide, let the governors
12    decide, let the judges decide, but on the basis of
13    science.
14        Q   And are you aware of any scientific study
15    showing that affirmative care practitioners in the      12:40:40
16    United States are providing rapid affirmation, a
17    scientific study, not just anecdotal reports?
18        A   There was a study out of the UK about 20 years
19    ago.  I kind of think the author of the study was
20    M-O-L-E.  I'm not certain.  And they did a follow-up    12:41:10
21    study of people who were given sex reassignment surgery
22    immediately because they asked for it, with -- with
23    very little screening, versus people who were treated
24    as usual, because in that days, people had psychiatric
25    evaluation and psychotherapy, and I think they found in 12:41:33
```

Page 135

```
 1    the small numbers of patients that they operated on

 2    versus the people who weren't operated on, that there

 3    seemed to be -- they seemed to be happier in the short

 4    term after surgery than the people who didn't have

 5    surgery.                                        12:41:49

 6            But you know what I've been saying to you

 7    in -- well, maybe I haven't quite said it yet.  What

 8    I'm saying is, when we come to evaluate the impact of

 9    these treatments, we need to agree upon -- we have to

10    have a consensus, and it should be an international    12:42:07

11    consensus, about what is the ideal way to evaluate the

12    effects of these treatments.

13            Should it be, like, at six months, at

14    twelve months, should it be at six -- two years,

15    five years, ten years.  And we should agree upon the  12:42:28

16    mecha- -- the measurements that we're going to use

17    prior to actually doing the study so that we all agree

18    upon both -- both the strengths and the limitations of

19    the methods.

20            So what I'm --                         12:42:42

21        Q   Yeah, maybe my question --

22        A   What I'm trying to do is to refine the

23    requirements to answer your question.

24        Q   Thank you.  And I think maybe my question may

25    have been unclear.                              12:42:55
```

Page 136

```
 1              What I'm trying to figure out is that you've

 2     testified about a perception that there's this

 3     widespread practice of providing rapid affirmation

 4     service in the U.S.; is that fair?

 5        A   Yes, I do have that perception.              12:43:05

 6        Q   And what I'm trying to figure out, is there

 7     any kind of scientific or other -- otherwise kind of an

 8     analysis of a -- of that healthcare market to determine

 9     whether in fact that is actually happening or in fact

10     whether these are just anecdotal occurrences that       12:43:22

11     you've learned of?

12        A   There -- your question is one of a series of

13     questions that I would have to answer as far as I know,

14     there are not -- there are not respected scientific

15     methods demonstrating my -- my impression.             12:43:44

16        Q   Thank you.  If you could turn to page --

17     paragraph 6 of your -- or it's probably on the same

18     page you have there, but I'm going to just ask a

19     question about paragraph 6 of your declaration -- or

20     your report.                                           12:44:02

21              And you talk about -- you can read the whole

22     thing.  I'm not trying to misread it into the record,

23     but I wanted to focus on the sentence that says (as

24     read):

25              I have at one time or another                 12:44:13
```

Page 137

```
 1              recommended or prescribed or supported

 2              social transition, cross-sex hormones,

 3              and surgery for particular patients,

 4              but only after extensive diagnostic

 5              and psychotherapeutic work."              12:44:26

 6              Do you see that?

 7         A   I do.

 8         Q   Have you ever recommended cross-sex hormones

 9   for a minor patient?

10         A   No.                                        12:44:37

11         Q   Have you ever prescribed cross-sex hormones

12   for a minor patient?

13         A   Is that a different question than you just

14   asked me?

15         Q   Well, you have recommended or prescribed or   12:44:53

16   supported, and so I could go into asking you what the

17   difference is, but I just figured I'd ask you -- is

18   there a differences between recommended, prescribed and

19   supported?

20         A   Oh, yes.  I feel like my view of my role is to   12:45:08

21   write a letter of recommendation describing the patient

22   in detail, the -- the diagnosis, the patient's

23   sensibilities, whether I think this would be beneficial

24   to the patient at this time in his life.

25              The last person that I wrote, I was doing    12:45:26
```

Page 138

```
 1    psychotherapy with a young person, starting at age 16,

 2    and saw this person over the course of a year and a

 3    half.  I promised that if they continued talking to me,

 4    at the end of the time, I -- if patient still wanted

 5    hormones, I would give hormone- -- I -- I wrote a          12:45:47

 6    letter of recommendation.

 7            And I did write a letter of recommendation,

 8    and the patient did take hormones.  He went off to

 9    college, failed miserably at college, transferred

10    college, and I sadly I tell you, and I -- I sadly tell     12:46:01

11    you, this person died of a heroin overdose in his dorm

12    room at Ohio State University.

13            And I know from the parents, postmortem, that

14    he acquired a girlfriend, and he then said that it's

15    not so bad -- he's rethinking this matter.  It's not so    12:46:23

16    bad being -- being a male and having sex with someone.

17            But I don't know whether -- I -- his heroin

18    overdose, which was his third heroin overdose, was

19    accidental death or suicide.

20            So I have provided hormones.  I do have that        12:46:40

21    really negative taste in my mouth from that experience.

22    I don't -- I don't -- I don't have remorse about giving

23    hormones to this person because I promised that if --

24    that it is his decision.

25            His parents weren't happy with that decision,      12:47:02
```

Veritext Legal Solutions
866 299-5127

```
 1    but they also agreed with the decision.  And now

 2    they're, of course, in perpetual mourning for their

 3    deceased 18-year-old child.

 4           So, yes, listen, I also have given hormones to

 5    someone else who is living okay, who is not made any       12:47:20

 6    suicide attempts.  But it is, as I described in that

 7    paragraph, after I get to know these people.  And to

 8    tell you, I -- as best as I can tell, they appreciate

 9    that.

10       Q   Thank you.  I'm just -- sorry for the -- for       12:47:35

11    the person that you -- your -- your patient that you

12    mentioned, the -- the 18-year-old, I'm -- I'm sorry to

13    hear about that.

14           Sorry, when was that?  What -- what time

15    period?                                                    12:47:47

16       A   That was --

17       Q   Datewise.

18       A   -- March 17th, 2021.

19       Q   And did you prescribe the -- or, sorry, write

20    a letter for the hormones before the person was 18 or      12:47:58

21    only once they were 18?

22       A   I think the person turned 18 in August or

23    September, and I think I wrote the letter right near

24    the person's birthday.  Whether it was before or after,

25    I'm not sure.                                              12:48:19
```

Page 140

1        Q   How about social transition, have you ever

2    recommended or prescribed or supported social

3    transition for a minor?

4        A   A minor being someone less than 18?

5        Q   Correct.                                    12:48:34

6        A   Have I ever recommended, prescribed -- I have

7    never prescribed.  I have met people who already had

8    social transition, and I had supported them even in the

9    face of their parents' objection.  But I don't think I

10   have ever prescribed social transition to a person.  I    12:49:00

11   cooperate with it.  I recognize that -- I recognize

12   that it is the patient's decision.  And while I may not

13   have thought it was a wise decision to transition or to

14   surreptitiously take hormones, you know, from China or

15   something, I -- I don't interfere with it.  I just talk    12:49:30

16   about it.

17          So -- but if you're really asking have I said,

18   oh, Parents, you should transition your child, I think

19   the answer is no.

20       Q   Yeah.  So I'm trying to -- that's -- thank you    12:49:43

21   for clarifying that.  I -- I'm trying to figure out if

22   you've supported the transition of a -- the social

23   transition of any minor patients.

24       A   Yes.

25          MR. BROOKS:  Objection; vague.                      12:49:53

Page 141

```
 1   BY MS. HARTNETT:

 2        Q   When was the last time you supported the

 3   social transition of a minor patient?

 4        A   Two years ago, I'm guessing.

 5        Q   Okay.  Let me -- do you know who B.P.J. --        12:50:08

 6   B.P.J. is the plaintiff in this case.

 7            Do you know if B.P.J. is a girl or a boy?

 8        A   I know nothing about B.P.J.

 9        Q   So you've reviewed none of her medical records

10   or anything like that?                                    12:50:32

11        A   Yeah, I would presume that this is a trans

12   boy -- a trans girl who was born a -- a boy, but I

13   wouldn't -- I have no certainty.

14        Q   What makes you presume that?

15        A   Well, because trans -- trans girls              12:50:47

16   generally -- I mean -- how should I say it?  Trans

17   girls -- trans adolescent girls generally don't -- wait

18   a -- I'm getting confused here.  Excuse me.

19            I presume that B.P.J. is an -- was born and

20   assigned and is a natal -- was a natal male.             12:51:17

21            But if it's a natal female, I -- I've not

22   heard anything where a natal female becomes a trans boy

23   and wants to compete against boys.  If there is a

24   lawsuit like that, that has been raised, I am unaware

25   of it.                                                   12:51:43
```

Veritext Legal Solutions
866 299-5127

```
 1              When I read these things in the newspaper,

 2     it's -- it's -- they're -- they're always about natal

 3     boys who live as trans women or girls and want to

 4     compete against women.  So that's why I presume that

 5     B.P.J. must be a natal male.                      12:52:04

 6              But because my role in this case had nothing

 7     to do with the athletic side, it's just to -- to

 8     provide some basis of -- some background basis on the

 9     science of transgender knowledge and the lack of

10     knowledge, I didn't spend time investigating that.   12:52:23

11        Q   Okay.  And are you familiar with the law

12     that's being challenged in this case that's called

13     H.B. 3293?

14        A   No.

15        Q   Could we just turn to page 20 of your         12:52:42

16     declaration, paragraph 50 -- or your -- sorry, I'm

17     saying declaration.  I mean report.

18              MR. BROOKS:  We're getting there.

19              MS. HARTNETT:  No, take your time.  Page 20,

20     paragraph 50.                                        12:53:00

21              MR. BROOKS:  Let's see.  This is under -- just

22     simply -- since I can't fit it all on the screen at

23     once, it's under the heading that says, "The

24     affirmation therapy model (model #4)."  And now, under

25     that, I have paragraph 50 showing on the screen.     12:53:14
```

Page 143

1           MS. HARTNETT:  There is a way to, I believe,

2     make that -- I don't know if he needs that to be that

3     large to read it, but there is -- if you hover over the

4     document, you can zoom in or out.

5           MR. BROOKS:  Perhaps.  But this is, I think,      12:53:31

6     much smaller, and it would be hard to read.

7           THE WITNESS:  I have the entire paragraph 50

8     in front of me.

9     BY MS. HARTNETT:

10        Q    Okay.  Thank you.                               12:53:41

11          So I was looking through your report, trying

12    to see if there was a connection to the context here,

13    which is this sport -- whether the plaintiff can play

14    sports, and I'm just looking -- you can look at all of

15    paragraph 50, if you need to, but I'm going to be        12:53:51

16    focused on -- well, feel free to take a look.

17          But you're -- under this part called "the

18    affirmation therapy model."  That's the heading that's

19    above paragraph 50.

20          Do you see that?                                   12:54:04

21        A    Yes.

22        Q    And you're referring to -- what -- you say

23    that -- you're referring to some advocates and

24    practitioners that go much further.  That's in your

25    second line there.  And then I'm going to just read one  12:54:14

                                                  Page 144

```
 1    sentence in the middle of the paragraph.  (As read):

 2             "They argue that the child should be

 3             comprehensively resocialized in grade

 4             school to (sic) their aspired-to

 5             gender.  As I understand it, this is          12:54:27

 6             asserted as a reason why male students

 7             who assert a female gender identity

 8             must be permitted to compete in girls'

 9             or women's athletic events."

10             Did I read that correctly?                    12:54:37

11       A   Yes, you did.

12             MR. BROOKS:  And I will -- well, you can ask a

13    question.  I'm going to ask the witness to read the

14    entire paragraph so we don't lose the --

15             MS. HARTNETT:  He should feel free.  I'm       12:54:50

16    not -- this is not a trick.

17             MR. BROOKS:  Nope.

18    BY MS. HARTNETT:

19       Q   Let me know when you're ready.

20       A   I've read the paragraph.                         12:55:22

21       Q   Do you know whether the law being challenged

22    in this case applies to grade school?

23       A   I don't -- I don't know the law being

24    challenged here.

25       Q   So you don't know whether the law at issue       12:55:35
```

Page 145

```
 1    requires that transgender youth be comprehensively

 2    resocialized; is that fair?

 3              MR. BROOKS:  Objection.

 4              THE WITNESS:  When I talk about

 5    comprehensively resocialized, it was not in              12:55:51

 6    relationship to this law; it was in relationship to the

 7    American Academy of Pediatrics' recent study, I think

 8    in 2018, by Rafferty, et al., where it was asserting --

 9    they were asserting such things that I'm summarizing

10    here.                                                    12:56:18

11              And, see, for them, participation in athletics

12    just follows their fundamental assumption that they

13    know what's best for these children even though they

14    have no long-term -- they don't even have adolescent

15    follow-up, let alone adult follow-up.                    12:56:35

16              And so I just think that the case of

17    athletics -- the issue of athletics is a secondary

18    derivative issue about the more fundamental matter of

19    when and how, to what extent, and before -- what

20    requirements are necessary before we socialize a child,  12:56:55

21    you see.

22              So if you think about the -- your issue today

23    about athletics, it's what I would call a downstream

24    issue, downstream from the fundamental thing that we

25    were talking about before the last break about what are  12:57:15
```

Page 146

```
 1    the requirements to ethically enable parents to make

 2    this decision without doctors pretending like they know

 3    what's best for a seven-year-old or an eight-year-old

 4    or a 12-year-old or a 15-year-old, you see.

 5            So this is a downstream question about which I    12:57:34

 6    feel I have no legitimacy to pretend expertise.

 7            So I think every question you ask me about

 8    this, I'm going to have to say, listen, this is not

 9    my -- this is not my wheelhouse.  This is not my

10    knowledge base.  My knowledge base is about what we     12:57:54

11    were talking about, you know, about the evaluation of

12    children and teens.

13    BY MS. HARTNETT:

14       Q    So here, where you say, "this is asserted as a

15    reason why male students who assert a female gender     12:58:07

16    identity must be permitted to compete in girls' or

17    women's athletic events," when you say -- asserted by

18    whom?  Is it the American Academy of Pediatrics?  Is

19    that who you're referring to there?

20       A    No, I don't think it's entirely that.  I think  12:58:23

21    it has to -- you know, this is a -- this is a big

22    cultural issue in many, many states.  They made -- the

23    NCAA, you know, the high school athletic associations,

24    whatever the names, the acronyms of those

25    organizations, they have made policies based upon       12:58:48
```

Page 147

```
 1    information that they've gotten from various, quote,

 2    expert groups, and -- and there is this -- in education

 3    services today, there is this enormous emphasis on

 4    diversity and support for all forms of diversity, and

 5    so I -- I think the answer is not it's just from the      12:59:12

 6    American Academy of Pediatrics.  I think the American

 7    Academy of Pediatrics is influenced by these larger

 8    social trends that have recognized how much harm we've

 9    done to various -- to women, for example, or to African

10    Americans or to Asians, and we are trying, as a          12:59:34

11    society, to make things more open and to -- to

12    represent more people in the public discourse in arts,

13    in music, in the theater and so forth.

14          So there's just a broad, broad cultural trend

15    towards being much more inclusive, you see, and -- and   12:59:52

16    I just thing the trends -- athletic issue must be

17    viewed in terms of the larger social questions that are

18    being answered in a political sense in our culture.

19          MR. BROOKS:  Counsel, when you get to a

20    breaking point, I think it is one o'clock, and it would  01:00:10

21    be a good time to take a lunch break.

22          MS. HARTNETT:  We can break now.  I have a

23    couple more questions on this paragraph, but we can

24    pick it up after lunch.  What would you prefer?

25          MR. BROOKS:  You can finish up the paragraph.     01:00:27
```

Page 148

```
 1              MS. HARTNETT:  Sure.

 2     BY MS. HARTNETT:

 3         Q    So -- so is it your view that allowing a

 4     transgender youth to participate on the team of

 5     their -- the sex that they present as, is that a        01:00:39

 6     psychotherapeutic intervention that would dramatically

 7     change the outcome for that child?

 8         A    I'm not certain.

 9         Q    What is your concern -- I'm sorry, please.

10         A    I think if -- I think if a child, let's say a  01:01:02

11     14-year-old, wants to run track or play a sport as a

12     member of a female -- the female side of the sport and

13     if the school or the -- the State or the -- the

14     organization that -- that organizes high school

15     athletics or junior high school athletics says, no, you  01:01:31

16     can't because you were a natal male and you -- trans is

17     not accepted as -- for athletic purposes, I think that

18     person would be disappointed.  I think that would be

19     disappointed.  And disappointment may look like

20     depression.  It may increase the person's anxiety for a  01:01:52

21     while.  But like many, all of us get disappointed in

22     life, and, you know, we deal with it.  And sometimes we

23     grow from our disappointment.

24              So I would think they would be disappointed.

25     Whether that is to be considered harm, you see, I don't  01:02:12
```

Page 149

```
 1    think we would -- we should, just on the basis of

 2    disappointment, refer to that as harm.  Harm is a

 3    different concept, you see.

 4           And -- so I guess the answer to your question

 5    is I'm not sure.                                        01:02:32

 6      Q    But do you think that permitting them to play

 7    with -- in that example, allowing the 14-year-old

 8    person that identifies and is a girl to play with the

 9    girl team, do you believe that that would make them

10    more likely to continue to identify as transgender when  01:02:50

11    they otherwise would not?

12           MR. BROOKS:  Objection; ambiguous.

13           THE WITNESS:  They would otherwise continue --

14    you -- you mean -- if I understand --

15    BY MS. HARTNETT:                                        01:03:05

16      Q    I'm sorry, I'll ask a better questions.

17           I'm just trying to figure out if your opinion

18    is that allowing transgender, let's just say,

19    adolescents to play on sports teams that match their

20    gender identity will cause them to continue to identify  01:03:15

21    as transgender when they otherwise would not.

22      A    I have no idea the answer to that question.  I

23    would imagine that they would continue to identify as a

24    trans female, but I don't know what would happen to

25    their identity if they didn't.  That was the other side  01:03:40
```

Page 150

```
 1    of your question, the last part of your questions.

 2            So I guess I can answer part of the question.

 3            It would be my opinion, if we allowed a child

 4    who currently identifies as a trans girl to participate

 5    in a girl's athletic -- organized athletics, that that     01:03:57

 6    would do nothing -- that would -- that would reinforce

 7    the idea that she continues -- that she is a trans

 8    girl.  Not that she is a girl, but that she's a trans

 9    girl.  That's -- I think that would be my opinion.

10            About the other aspect to your question, I          01:04:20

11    don't know the answer.

12       Q    But is your opinion that there's a -- is that

13    a -- in your opinion, is there something wrong with

14    reinforcing the girl being on -- sorry -- the girl's

15    gender identity of being on the team?                       01:04:33

16            Like, do you have a problem with that, or are

17    you okay with the 14-year-old girl playing on the --

18    transgender girl playing on the girls' team if the

19    rules allow it?

20            MR. BROOKS:  Objection; vague, compound.            01:04:42

21            THE WITNESS:  If you -- if you look narrowly

22    at the individual girl, we get one set of

23    considerations.

24            If we look at fairness, if we look at the

25    perspective of the other girls, the natal girls who are    01:05:07
```

Page 151

```
 1    participating, we get another perspective.

 2           If we look at the parents' perspective of the

 3    very talented athletes who are natal girls who may be

 4    defeated by these trans girls, we get yet a third or

 5    fourth perspective.                              01:05:31

 6    BY MS. HARTNETT:

 7       Q   Well, that's not your area of expertise;

 8    correct?

 9       A   But you -- you just anticipated what I was

10    going to say.  I mean, you're asking me opinions that I  01:05:39

11    have no legitimate expertise to answer.  I -- I'm

12    just -- I'm separating the perspectives for you.  And I

13    say your -- your question is not as simple as it

14    sounded because there are these other perspectives to

15    be considered which people other than me are going to  01:05:57

16    consider.

17           There is -- shall I repeat?

18           There is the child --

19       Q   No, I don't think so.  I don't think you

20    should repeat.  But what I do -- would like would be  01:06:08

21    before we have lunch, just an answer, which is do you

22    object --

23           MS. HARTNETT:  Can you -- can the reporter

24    read back my last question, please.

25           THE REPORTER:  Yes.                        01:06:15
```

Page 152

```
 1              (Record read.)

 2         MR. BROOKS:  Objection; compound, form of the

 3    question, vague.

 4         You can answer, if you are able and know what

 5    the question is.                              01:07:02

 6         MS. HARTNETT:  That's -- enough coaching.

 7         THE WITNESS:  Pardon me?  I didn't hear what

 8    you just said.

 9    BY MS. HARTNETT:

10         Q   I was telling your counsel to please stop  01:07:07

11    coaching you.  And I can ask a better question.

12         A   Oh.

13         Q   Is it your perspective that allowing a

14    transgender girl to participate on a girl team,

15    consistent with her gender identity, is harmful to the  01:07:18

16    transgender girl?

17         A   No, I don't think it's harmful in the short

18    run to the transgender girl.  In the long run, if the

19    transgender girl detransitions, say, in five years, I

20    wonder what he will now think about what happened five  01:07:36

21    years before when she was competing against girls as a

22    girl.

23              But in the -- I presume your question is in

24    the short term, you see?  And I guess in the short

25    term, I don't think it would harm the child to the  01:07:58
```

Page 153

```
 1    extent that it reinforces their current identity.

 2            But as you may or may not know, gender

 3    identity can evolve over time.  And so when people

 4    detransition and return to presenting themselves as a

 5    boy and thinking of themselves as a boy, they then have   01:08:20

 6    to -- they then have to consider what happened when

 7    they were -- when they were presenting themselves as a

 8    girl and believing that they were a girl.  They no

 9    longer believe that they're a girl, but they did back

10    then, you see?                                            01:08:39

11            So I don't know, I don't think anybody knows,

12    what implications, what harm, might come from their --

13    what retrospective view of the harm that -- that they

14    cause themselves by presenting -- by competing against

15    girls.  So --                                             01:08:58

16        Q   Does anybody know the implications of the

17    disappointment that the transgender girl might

18    experience from exclusion, or is it similarly

19    indeterminant?

20            MR. BROOKS:  Objection.                           01:09:09

21            THE WITNESS:  Well, I -- I think I've already

22    answered the question, that disappointment -- I would

23    expect it if a -- if the girl -- the trans girl wanted

24    to participate and was prohibited by some larger force

25    from participating, they would be disappointed, and it    01:09:24
```

Page 154

```
 1    may have -- it may have -- it -- and I couldn't predict

 2    the outcome of the disappointment, whether it would

 3    precipitate depression or whether it would precipitate

 4    giving up their trans identity, as being unrealistic,

 5    that other people are saying I am very unrealistic        01:09:47

 6    and -- and this is unfair and I'm asking for an unfair

 7    advantage.

 8            So, you know, I can't -- I don't -- these are

 9    not areas that I -- that anyone has had any experience

10    with, you see.  And -- and I -- it's hard for me to       01:10:01

11    give you a simple answer.

12            It feels to me, Ms. Hartnett, that you are

13    trying to get me to answer a question in a certain way,

14    and I'm just trying to say I think it's more

15    complicated.  And I think you're asking me to give an     01:10:16

16    opinion about which I don't have adequate knowledge,

17    and I don't -- that's all.  Period.

18            Lunch.

19            MS. HARTNETT:  Let's go to lunch.

20            THE VIDEOGRAPHER:  We are off the record at       01:10:35

21    1:11 p.m.

22            (Lunch recess.)

23            THE VIDEOGRAPHER:  We are on the record at

24    2:11 p.m.

25            MS. HARTNETT:  Thank you.                         02:11:22
```

Page 155

```
 1   BY MS. HARTNETT:

 2        Q    Welcome back, Dr. Levine.

 3             I think before the break, we had -- I'm not

 4   sure what page you have up, but I -- I'm at

 5   paragraph 50 of the declaration.                    02:11:31

 6        A    So are -- so am I.

 7        Q    Okay.  Let's -- I was trying to -- and the

 8   reason why we were talking about that is there was a

 9   mention of athletic events there, and the other mention

10   of athletic events in your declaration is at           02:11:43

11   paragraph 130.  So if you could go to 130, I'll have a

12   question about that.

13             Let me know went you get to 130, please.

14             MR BROOKS:  We are at 130, which fits on the

15   screen.                                              02:12:14

16   BY MS. HARTNETT:

17        Q    Great.  So here in this paragraph, you say, in

18   the third sentence, the following (as read):

19             "It is evident from the scientific

20             literature that engaging in therapy         02:12:26

21             that encourages social transition

22             before or during puberty—which would

23             include participation on athletic

24             teams designated for the opposite

25             sex—is a psychotherapeutic                  02:12:37
```

Page 156

```
 1              intervention that dramatically changes

 2              outcomes."

 3              Do you see that?

 4      A    I do.

 5      Q    And you don't know if H.B. 3293 applies to      02:12:46

 6   prepubertal kids; right?

 7      A    I'm sorry, would you repeat that question.

 8      Q    You don't know if H.B. 3293 applies to

 9   prepubertal kids?

10      A    I already testified that I don't know the      02:13:03

11   content of the deal.

12      Q    So is it your opinion that allowing

13   transgender children and adolescents to play on sports

14   teams will continue -- will cause them to continue to

15   identify as transgender?                               02:13:21

16      A    I think it -- well -- well, you know, my

17   hesitance is because you used the word "cause."

18      Q    I'm just trying to --

19      A    A child --

20           (Simultaneous speaking.)                       02:14:10

21   BY MS. HARTNETT:

22      Q    Oh, sorry, go ahead.

23      A    That's why I have taken so long.  I'm -- I'm

24   thinking about the word "cause" and its implications in

25   my mind.  I -- I do think that various aspects of       02:14:20
```

Page 157

1    social transition tend to continue the child on a life

2    course consistent with trans life, whether or not

3    they're aware of the risk that they're entailing or

4    not.

5            I think that's as close to an answer I can          02:14:45

6    give you.

7        Q   Are you aware of any research indicating that

8    by preventing children from playing on sports teams

9    consistent with their gender identity that will prevent

10   them from continuing to identify as transgender going    02:14:59

11   forward?

12       A   I'm not aware of research literature about

13   athletic teams and its impact, positive or negative, at

14   all.  I'm totally unaware.

15       Q   Okay.  Do you think that by excluding            02:15:14

16   transgender girls from playing on the girls' team the

17   law that's being challenged in this case stigmatizes

18   transgender girls?

19           MR. BROOKS:  Objection.

20           THE WITNESS:  I think it may disappoint          02:15:48

21   transgender girls.  Stigma has another concept.  You

22   know, it has to do with social things.

23           I -- I think a reasonable mental health

24   professional could assume that if a child wanted

25   something and was prohibited from it, they would be      02:16:03

```
 1    disappointed, at least initially.

 2           Other than that, I -- I don't care to comment.

 3    BY MS. HARTNETT:

 4       Q   Well, say a child wants a cookie and they

 5    aren't allowed to have it.  That's disappointing;        02:16:23

 6    right?

 7       A   Yes.

 8       Q   Is the disappointment that a transgender child

 9    would have from being excluded from a sports team

10    consistent with their gender identity essentially that,  02:16:31

11    equivalent of the cookie denial?

12           MR. BROOKS:  Objection; calls for speculation.

13           THE WITNESS:  I don't know if you even put my

14    smile into the text.

15           Obviously, you know, there -- there are          02:16:57

16    degrees of disappointment in the universe.  And to

17    equate that with a cookie, I don't know.  I prefer not

18    to even answer that question.

19    BY MS. HARTNETT:

20       Q   Well, your -- your point of view is that          02:17:10

21    people that experience being transgender also generally

22    experience a wide range of other distressing feelings

23    and conditions; correct?

24       A   My point of view is what?

25       Q   That people who are transgender also             02:17:27
```

Page 159

```
 1    experience a wide range of other concerns and -- and

 2    issues; correct?

 3         A   Yes, I think -- yes.

 4         Q   That they're subject to serious mental health

 5    issues, that's your point of view; correct?          02:17:47

 6         A   I think they're apt to encounter a number of

 7    frustrations in their future lives that could add to

 8    their social anxiety, their sense of pervasive sadness

 9    and it lead to solving the problem in ineffective ways,

10    like substance abuse.                                02:18:13

11           So, yes, I do think that being transgender,

12    for -- for many, many people, poses adaptive challenges

13    in the present and in the future.

14         Q   How do you know that that's based on being

15    transgender as opposed to how the transgender people   02:18:34

16    are being treated, or do you not distinguish between

17    the two?

18         A   Because -- because some of the -- in children,

19    some of the psychiatric problems that they have are --

20    occur well before there's any awareness of the society.  02:18:54

21           And in every cross-sectional study of adults

22    in the transgender community have shown that the --

23    that they're a vulnerable population and they're

24    vulnerable to many psychiatric difficulties, and the

25    common explanation for that, among trans advocates, is   02:19:19
```

Page 160

```
 1    that it's entirely due to social discrimination whereas

 2    I think if you look at the premorbid and the

 3    accompanying psychiatric difficulties of many trans

 4    people, these -- these -- the social discrimination has

 5    only added to the -- the internalized conflicts about      02:19:37

 6    what they're doing.

 7            So I think it's far more complicated than it's

 8    merely a result of stigma, so to speak.

 9    "Discrimination" would be a better word, I guess.

10        Q    Yeah, I'm -- thank you.  And I'm trying to       02:19:54

11    reconcile that view with the notion that excluding a

12    transgender youth who, in your view, might be subject

13    to these various preexisting psychological problems,

14    why -- where you're having -- where -- what is the

15    basis for you believing it would just be a simple          02:20:09

16    source of disappointment for the trans youth to be

17    excluded from a team, consistent with their gender

18    identity, as opposed to a more severe harm?

19            MR. BROOKS:  Objection.

20            THE WITNESS:  Number one, I don't think            02:20:22

21    there's any research in this area.  So whatever --

22    whatever you would like to conclude, I think there's no

23    basis for it.

24            I'm just trying to understand, based on my

25    knowledge of human beings, that for one person, it         02:20:37
```

Page 161

```
 1    would be a major disappointment and it might lead to

 2    harm for that person, and for another person, it might

 3    be a major disappointment that leads to no harm, and

 4    for another person, it might be, oh, well, so what, and

 5    it's not a big -- not a big deal.                    02:20:52

 6              Every study of human beings shows the variety

 7    of human beings.  And we can't predict that if you

 8    exclude a child from anything on the basis of their

 9    gender identity, that it's going to cause --

10    automatically, you can guarantee it will cause harm.  02:21:12

11    There's just no reason to think that.

12              It doesn't mean there isn't a child who might

13    not be harmed, but it doesn't mean that all the

14    children will be harmed, and it doesn't mean that the

15    harm will follow in the same manifestation.          02:21:27

16              Human beings have a variety of responses to

17    everything.

18    BY MS. HARTNETT:

19         Q   So is your view for the trans girls that would

20    be excluded under a policy of not allowing them to play  02:21:43

21    on the team consistent with their gender identity, that

22    they should just toughen up and stomach the

23    disappointment?

24              MR. BROOKS:  Objection.

25              THE WITNESS:  You're putting words in my      02:21:55
```

Page 162

```
 1    mouth.  That's not my view.  That's not how I was --
 2    that's not how I have spoken about it.  You're
 3    summarizing it in a very negative way for me.  I don't
 4    accept your language.  It's not me.
 5    BY MS. HARTNETT:                                    02:22:09
 6         Q    Okay.  You don't have to.
 7              How would you put it?
 8         A    I already put it.
 9              MR. BROOKS:  Objection.
10    BY MS. HARTNETT:                                    02:22:15
11         Q    You mentioned before the break that you also,
12    in your view, had to look at the potential harms or the
13    effects on the other people at issue, and I think you
14    mentioned the other girls on the team; is -- did I hear
15    you right?                                          02:22:26
16         A    I think I did mention that.
17         Q    Are you giving an expert opinion in this case
18    about the harm to girls on a team where they would have
19    to include a transgender girl?
20         A    I don't know how many times, Ms. Hartnett, I   02:22:41
21    have to tell you that I don't consider myself having an
22    expert opinion on this subject.  I have stated what I
23    stated, but I don't -- I don't -- I don't feel like I
24    represent an expert.
25              And so the answer to your question is, no, I   02:22:59
```

                                                    Page 163

```
 1   don't have an expert opinion on that.

 2       Q    Thank you.  I have a few questions about your

 3   expert report.  I'm just going to go back to the

 4   beginning and go through sequentially, and I'll --

 5   please feel free to read the paragraphs I cite to you      02:23:16

 6   while I'm asking you questions.

 7           My first one is going to be back on

 8   paragraph 5, page 2.

 9           MR. BROOKS:  Getting there.

10           Paragraph 5 is on the screen.                      02:23:36

11           MS. HARTNETT:  Yeah, we were there before.

12   BY MS. HARTNETT:

13       Q   I just had a question about -- so I was

14   comparing this report to the declaration that was

15   submitted at the beginning of the case.  That was the      02:23:47

16   one from the Washington State declaration that had been

17   attached to an earlier motion in the case.  And that's

18   something I introduced as Exhibit 86.  So if you need

19   to refer to it, feel free.

20           But I will just represent to you that in the       02:24:02

21   version of paragraph 5 that was in your earlier

22   declaration, you had certain language that's no longer

23   in this report.  I'll read it to you and then -- just

24   curious as to why you removed it.

25           You -- this is the declaration that you signed     02:24:15
```

Page 164

```
 1    in May of 2021.  (As read):

 2            "As the incidence of gender dysphoria

 3            has increased among children and youth

 4            in recent years, larger numbers of

 5            minors presenting with actual or              02:24:29

 6            potential gender dysphoria have

 7            presented to our clinic.

 8            I currently am providing psychotherapy

 9            for several minors in this area.  I

10            also counsel distressed parents of           02:24:41

11            these teens."

12            Do you know why you removed that language from

13    your -- this report?

14            MR. BROOKS:  And, counsel, are -- asking that

15    question, are you representing that that or similar   02:24:54

16    language doesn't appear somewhere else in the report?

17            MS. HARTNETT:  I was unable to find that

18    language in this report.  It was in paragraph 4 of the

19    PI declaration, which is now paragraph 5 of this

20    report, and I was not able to find that language.     02:25:09

21            THE WITNESS:  I would imagine the answer to

22    the question is I didn't think it was relevant to this

23    particular document.

24            Please understand, in preparing this document,

25    I did not read the -- Exhibit 86.                     02:25:29
```

Page 165

```
 1    BY MS. HARTNETT:

 2        Q    Is it true that larger numbers of minors have

 3    been presenting with actual or potential gender

 4    dysphoria to your clinic?

 5        A    No.   It's true that across the world larger      02:25:46

 6    numbers of minors are requesting services for gender.

 7    That's an epidemiologic phenomenon that exists on four

 8    continents.

 9        Q    Is it true that you are currently providing

10    psychotherapy for several minors in this area?           02:26:07

11        A    Yes.

12        Q    How many?

13        A    It depends on what era you're -- what month,

14    what week, what -- what year you're talking about.   If

15    you're talking about within the last year, I would say    02:26:22

16    probably four or five kids.

17        Q    Can you give me the ages of those kids?

18        A    Probably from 14 to 17.

19        Q    And how many of those have you seen more than

20    one time?                                                 02:26:41

21        A    Each of them.

22             You should -- well, okay.

23             Oh, one of them I've seen once, I'm sorry.

24    I -- let me correct that.

25        Q    For the other four, do you see them on a          02:27:01
```

Page 166

1    monthly basis?

2        A    No.   I -- I tend to see them more often.

3        Q    Are there any of those patients that you have

4    seen on a monthly or less basis, other than the one you

5    only saw once?                                          02:27:21

6        A    Well, I hear from patients I see in the past

7    periodically, sometimes.   I hear from their parents.   I

8    sometimes hear from them.   But it's -- it's not

9    anything regular.

10       Q    Yeah, I'm -- thank you.   I'm just trying to    02:27:45

11   understand.   There was a statement made in your

12   May 2021 declaration that you were currently providing

13   psychotherapy for several minors in this area, and I'm

14   just trying to figure out, is that actually true today?

15       A    No, it's not true today to the same extent     02:27:59

16   that it was when I wrote the original -- the Tingley

17   declaration.

18       Q    Thank you.   Moving down in here, you have on

19   page -- paragraph 7 and paragraph 8, you identify a

20   couple of cases where you previously provided           02:28:15

21   testimony.

22       A    Yes.

23       Q    There's the -- the case in the Eastern

24   District of Massachusetts, in the First Circuit, that

25   you refer to in paragraph 7.                            02:28:29

Page 167

```
 1              Do you see that?

 2       A    Yes.

 3       Q    And then there's the Younger litigation in

 4  paragraph 8.

 5              Do you see that?                          02:28:37

 6       A    Yes.

 7       Q    And you do cross-reference your CV list and

 8  then the Tavistock case.

 9              Do you see that?

10       A    Yes.                                        02:28:47

11       Q    Why did you choose to highlight the

12  Massachusetts and the Younger case here?

13       A    Well, the Massachusetts case, under

14  Judge Wolf, Judge Wolf asked me to be a judge's

15  witness.  That was the beginning of my legal         02:29:10

16  involvement in that whole area of transgenderism.  So I

17  think that that's noteworthy.  It's also noteworthy

18  because that became -- among the DOC attorneys across

19  the nation, that's a very landmark case, and it's often

20  quoted in various other legal matters.               02:29:29

21              So it seemed to me that you ought to know that

22  I began in that area in 2006 with Dr. -- with

23  Judge Avery.

24              And what was the second part of your question?

25       Q    Oh, the Younger case and why you included that 02:29:49
```

Page 168

1    here.

2         A    I included that because that was my entry case

3    into transgender children and the -- when parents don't

4    agree on the treatment of their trans child and -- and

5    courts are involved and -- I mean, that is not just          02:30:10

6    happening in the Younger case.  That's happening in

7    other jurisdictions as well.  And so I --

8         Q    In the Younger -- oh, sorry.

9         A    That that's the kind of thing you wanted to

10   know.  That is a credential, in a sense.  Or I thought       02:30:26

11   that you would like to read that case, if you could.

12        Q    Are you aware the jury rejected the father's

13   claim in the Younger case and awarded the

14   decision-making to the mother?

15             MR. BROOKS:  Objection; mischaracterizes the       02:30:43

16   record.

17             THE WITNESS:  One of my complaints about my

18   participation is I -- I often am not informed about the

19   outcome and the progress of the cases that I've

20   testified in.                                                02:30:55

21             I did -- I did hear something like you --

22   what -- what you said, but it seems to me that it was a

23   more complicated decision than you summarized.

24   BY MS. HARTNETT:

25        Q    Are you aware that -- of the more recent           02:31:14

Page 169

```
 1    litigation in Texas regarding a directive from the

 2    attorney general about the investigation of the --

 3    sorry -- by the directive of state officials to

 4    investigate those providing transgender care for child

 5    abuse?  Does that ring a bell?                      02:31:30

 6          MR. TRYON:  Objection.

 7          THE WITNESS:  I only know about that because I

 8    read it in the papers.  I have not --

 9    BY MS. HARTNETT:

10      Q   Okay.  That's what I was going to ask you.    02:31:40

11          Were you involved in that?  Were you asked to

12    provide an expert opinion in that case?

13      A   Never.

14      Q   Is there a reason why you didn't include the

15    Nosewor- -- Norsworthy case when you were summarizing  02:31:50

16    your background here in paragraph 7 and 8?

17      A   The Noseworthy case is one of, I don't know,

18    seven or eight cases.  I -- if you look at my CV, I'm

19    sure it's listed in my CV.

20          This is a prisoner case.  I didn't think it    02:32:22

21    had to do with -- it just didn't seem it had to do with

22    athletics and -- and teenagers.

23      Q   Are you aware that your testimony was

24    partially excluded in a case called Claire in Florida

25    that was about the -- it was precluded with respect to  02:32:40
```

Page 170

```
 1     the testimony about the motivations that plaintiffs had

 2     for seeking gender confirmation surgery.

 3          A    I was not --

 4               MR. BROOKS:  Objection.

 5               THE WITNESS:  I was not aware.            02:32:51

 6     BY MS. HARTNETT:

 7          Q    Just flashing forward to paragraph 13 here.

 8     This is a paragraph where you're discussing, in part,

 9     Dr. Adkins' declaration.  And my first question is, at

10     the end of this paragraph, you talk about a life course  02:33:15

11     perspective?

12          A    Yes.

13          Q    I'm just curious if that's a term that you

14     coined or that's from somewhere else in the literature.

15          A    If I took credit for coining that term, I      02:33:36

16     think it would be -- I didn't -- I didn't coin the term

17     "life perspective."

18               I'm a -- I'm a psychiatrist, and I see people

19     throughout the life cycle, and so I am constantly

20     confronted with the consequences of early life           02:33:54

21     decisions and of behavioral patterns.

22               I have a natural life perspective on matters.

23     I certainly didn't -- I don't believe I coined the

24     term.

25          Q    Well, I ask because it's in quotes, and so I'm  02:34:10
```

Page 171

1    just wondering if it's something that you refer to your

2    method as the life course perspective or if that's a

3    method I could look to in the literature somewhere.

4        A    I think it's in quotes -- I think it's in

5    quotes because I wanted to emphasize the perspective        02:34:25

6    that this whole question about how to take care of

7    trans youth needs to be understood, not does it make

8    them happy in the current life, but what will it do to

9    the whole course of their life.

10           And so by putting it into italics (sic), I --     02:34:46

11   I -- perhaps -- perhaps I shouldn't have done that, but

12   I was just trying to bring the reader's attention to

13   the perspective here that the decisions that are made

14   in teenage years, for example, or in their 20s or in

15   their 30s have implications, serious implications, for    02:35:08

16   10 years, 20 years, 30 years down the pike.

17           And as an adult psychiatrist who deals with

18   people, you know, from 96 down, I certainly see the

19   impact of previous life decisions on their current

20   suffering.                                                 02:35:32

21           And so that's all it refers to, that -- and I

22   do believe that if you spend your time in pediatrics,

23   you probably don't have as -- as sharp a focus on the

24   life perspective that an adult person -- adult -- a

25   per- -- specializes in adults or who has a lot of         02:35:50

```
 1    experience with adults have.  That's all I'm trying to
 2    say.
 3         Q    Is it your view that Dr. Adkins' approach is
 4    to make the young person happy as opposed to creating a
 5    happy, high-functional, mentally healthy person for the     02:36:06
 6    next 50 to 70 years of life?
 7         A    I believe that Dr. Adkins has hope that she is
 8    going to create a happy, functional human being for the
 9    next 70 years of life, but I do believe she's
10    influenced, primarily, on making her child -- her           02:36:20
11    current patients happy.
12              The question is does Dr. Adkins have any
13    evidence whatsoever that the decisions that she has
14    been making with teenagers and younger children,
15    does -- does she know that creates happiness in ten         02:36:38
16    years or in five years.  And certainly, I don't think
17    she knows what happens in 30 years.
18              But I think as a society, you and I as
19    representatives of society, can recog- -- recognize the
20    relevance of the question.                                  02:36:56
21              We want to separate, at all times, physicians'
22    beliefs from the evidence that supports those beliefs.
23         Q    What's the basis for your notion that
24    Dr. Adkins lacks an understanding of how to create a
25    happy, highly functional, mentally healthy person for      02:37:15
```

Page 173

```
 1    the next 50 to 70 years of life?

 2         A    Because she's a pediatric endocrinologist.

 3    Because she's a busy person dealing with young people.

 4    Because she doesn't follow-up her patients, I'm sure,

 5    for 30 years.                                    02:37:31

 6         Q    Do you follow-up your patients for 30 years?

 7         A    Some of them, yes.  You know I published a

 8    paper about a 30-year follow-up of a trans person.

 9    Maybe you don't know.  I published a paper about

10    returning to the male gender role after 30 years.   02:37:48

11              Now, I can't say that I have, you know, 20

12    patients I've followed for 30 years, but I -- I have

13    certainly written about that case, and in -- in writing

14    about that case, I have raised certain issues that are

15    germane to your questioning right now.  That is, a life  02:38:05

16    perspective, a life course perspective is something

17    that's reasonable and that an educa- -- a physician

18    needs to be thinking about the long-term outcome of

19    what is being done today.

20         Q    What is the basis for you -- but you're --    02:38:24

21    sorry, I think you've already stated it, but I -- is

22    there any other reason you have to believe that

23    Dr. Adkins is not informing herself about the

24    consequences of her actions on her patients 30 --

25    30 years from today?                              02:38:39
```

```
 1        A   Only that she could not know what happens.

 2   She hasn't been practicing 30 years, I don't believe.

 3   And I don't believe she is in a position, considering

 4   the work that she does, to have systematic follow-up,

 5   even for shorter periods of times, on her patients.        02:38:54

 6            If, for example, she has systematic follow-up

 7   on 80 percent of the patients she's ever given a

 8   hormone treatment for, that should be in the

 9   literature.  And she knows, she should know, given

10   the -- the -- what's absent from the literature, how       02:39:15

11   welcome such a study would be, such a report would be.

12   But as far as I know, she hasn't published that

13   information.

14        Q   So your testimony is that you're basing your

15   assumption that Dr. Adkins doesn't conduct systematic      02:39:28

16   follow-up on her failure to publish a study showing her

17   systematic follow-up?

18        A   I'm sorry, you'll have to repeat that.  Too

19   many similar phrases.

20            MS. HARTNETT:  Can the -- well, I'll try.         02:39:42

21   BY MS. HARTNETT:

22        Q   Is the basis for your assumption that

23   Dr. Adkins doesn't engage in systematic follow-up of

24   her patients her failure to publish research indicating

25   her systematic follow-up?                                  02:39:52
```

Page 175

```
 1        A    No.  I am sure Dr. Adkins follows her
 2   patients, but she's a pediatrician, basically, and
 3   usually, and I can't be certain about this, that at 18,
 4   pediatrics people turn the kids over to adult
 5   endocrinologists.                                    02:40:23
 6           And so I think just in the nature of being a
 7   pediatric endocrinologist, although she may see some
 8   kids into their 20s, I would imagine that the usual
 9   trend in pediatrics is to hand kids off, when they're
10   18, to other practitioners; and, therefore, she       02:40:37
11   probably has limited systematic follow-up after 18.
12           And if you extend that by years, like five
13   years and ten years and so forth, I would imagine that
14   she may have a case or two that she follows or knows
15   about, but it would not be anything like systematic.   02:40:55
16           So the answer to your question is the basis --
17   did she not publish, and that's the basis.  I'm giving
18   you an additional basis.
19        Q    Thank you.  You mentioned one patient you had
20   followed up over the course of 30 years, and I think   02:41:10
21   said something like maybe 20 or -- how many patients,
22   overall, do you feel like -- do -- do you believe that
23   you followed up with over a period of decades in your
24   practice?
25        A    Very -- very few.  Because I exist in America, 02:41:26
```

Page 176

Veritext Legal Solutions
866 299-5127

```
 1    and in America, we have no means of guaran- -- of -- of

 2    insisting on follow-up.

 3            And on -- in -- another reason why is that

 4    when people transition, they -- they want to get rid of

 5    their professionals who dealt with them, and they don't   02:41:47

 6    naturally come back.

 7            In fact, all attempts at follow-up, not just

 8    in my clinic, but elsewhere, we -- we reach -- we reach

 9    very few people.

10            For example, in a 2002 study of everyone who      02:42:02

11    had sex reassignment surgery by one surgeon, only

12    30 percent of the people who ever had surgery by this

13    one surgeon actually were available for follow-up.

14            And all follow-up studies -- very few

15    follow-up studies can have a hundred percent of the      02:42:22

16    data of all the patients.

17            Follow-up is a problem.  It's a much better

18    problem -- it's solved much better in Scandinavia than

19    it is in the United States.  The United States have 50

20    states.  They have different rules.  Nobody -- I don't    02:42:39

21    think we -- we don't publish follow-up studies in the

22    United States very often.

23        Q    What do you do to try to follow up with your

24    patients?

25            MR. TRYON:  I think we have a connection          02:43:08
```

Page 177

```
 1   problem.

 2           MS. HARTNETT:  Is that me?  It could be me.

 3           THE VIDEOGRAPHER:  We're just going to pause

 4   and see if he -- there he is.  He's back.

 5           MR. TRYON:  There -- he came back.          02:43:15

 6   BY MS. HARTNETT:

 7      Q   Sorry, I think you froze.

 8          Did you hear my question?

 9           MR. BROOKS:  No, I think we don't -- we did

10   not hear a pending question in this room.          02:43:32

11          Can you hear us now?

12           MS. HARTNETT:  Okay.  Sorry.  The video froze

13   from your end.

14           MR. BROOKS:  We -- we see --

15   BY MS. HARTNETT:                                   02:43:40

16      Q   My question was, what do you do to follow up

17   with your patients?

18      A   I ask them to follow up with me after their

19   surgery, for example, or after their consultation with

20   another person, another professional, and they actually  02:43:54

21   rarely do.

22      Q   Do you try to find them if they don't come

23   back to you --

24      A   Yes.

25      Q   -- afterwards?                              02:44:07
```

                                                    Page 178

```
 1        A    Yes.

 2        Q    How?

 3        A    I write them notes.  I write them a letter.

 4   Sometimes I write them a cute little postcard reminding

 5   them of who I am.  But they know what I mean.          02:44:15

 6        Q    If you have such limited follow-up with your

 7   own patients, how do you know your method has -- what

 8   the effect of your method is on people 30 years later?

 9        A    I don't know.  And I -- I am like other people

10   in this field.  I don't know the 30-year implication of  02:44:47

11   what we're doing.  I don't know the 20-year implication

12   of what we're doing.  I'm just raising the question,

13   shouldn't we be concerned about a life course

14   perspective.

15           I don't know and the people who are advocates   02:45:05

16   don't know, you see.  I don't know how they can be so

17   sure that they're going to create a happy life.

18        Q    So for all you know, your method could

19   actually be harming your patients more than the other

20   methods; is that fair?                                 02:45:24

21        A    You mean in the long run I may be harming them

22   by talking with them, say, for six months about their

23   decision, what -- what they should go -- what -- what

24   they want to do?

25           I can't imagine that -- that my                02:45:48
```

```
1    psychotherapeutic -- my relationship with them that is

2    helping them to consider their thoughts, their feelings

3    and their futures is -- is harming them and in 30 years

4    they're going to have some terrible result of my

5    intervention, you see.                          02:46:07

6            What you're trying to contrast is talking to a

7    person, say, for six months, every -- twice, three

8    times a month for six months with socializing them in a

9    new gender or supporting, giving them hormones and --

10   and saying yes to genital surgery or mastectomy or      02:46:24

11   sterilizing procedures, you see.

12           You're comparing Dr. Levine or

13   psychotherapeutic talking, conversation, extended

14   evaluation, with major biologically sterilizing,

15   sexually dysfunction in causing interventions.         02:46:44

16           I really think -- we're not talking about

17   apples and oranges here.  I think we're talking about

18   apples and zebras.

19       Q   Your report discusses four competing models of

20   therapy; correct?                                02:47:13

21       A   Correct.

22       Q   So you have the apple, the zebra and two other

23   things in that; correct?

24           MR. BROOKS:  Objection.

25           THE WITNESS:  No.                         02:47:20
```

Page 180

```
 1    BY MS. HARTNETT:

 2        Q   The four competing models are watchful

 3    waiting, sub 1; sub 2, psychotherapy; and the

 4    affirmation model.

 5            That's what you've set forth; correct?          02:47:30

 6        A   That's right.

 7        Q   And I'm asking you whether, for all you know,

 8    the psychotherapy model may be creating more harm for

 9    people than the affirmation theory model.  You just

10    don't know?                                            02:47:46

11        A   I think I've already testified that it's hard

12    for me to even conceptualize that I'm causing harm.

13    Sometimes I'm causing frustration because "I want

14    hormones now" and you're 14, and I'm sorry, we have --

15    I want to talk about this.                             02:48:14

16            But I don't really think that's harm in the

17    way that when I look at the cross-sectional data on

18    adults who have transitioned and -- and the

19    comorbidities that they have, I consider those to be

20    manifestations of harm, you see.                       02:48:32

21            I don't really think that talking briefly

22    and -- and honestly and examining things is -- is a

23    source of harm.

24            It is --

25        Q   But your -- your practice isn't to talk        02:48:46
```

Page 181

```
1    briefly to someone.  You're talking -- right?

2           The -- the -- the model that you're setting

3    forth is to talk with them at length and get to know

4    them; correct?

5       A   Yes, this used to be the model -- before 2011,    02:48:55

6    this was the endorsed model by the World -- by WPATH,

7    you see.  I'm not talking -- I'm not inventing a new

8    model here.  This was the model we had in the '60s, the

9    '70s, the '80s and the '90s and in the 2010s and --

10      Q   And it's your view that the psychotherapy --     02:49:14

11      A   The view model changed.

12      Q   It's your view that the psychotherapy model

13   cannot, by its nature, harm anyone?

14      A   I know some people think that it harms people.

15   I don't believe that, actually.                         02:49:28

16      Q   Well, let me give you an example.

17          Say you're meeting with a patient and they

18   want to talk you about their need or their perceived

19   need for cross-sex hormones and you don't agree or

20   choose not to support them with a letter.               02:49:45

21          Do you -- is that a fair -- just assume that,

22   okay?

23          And that person then goes on to stop seeing

24   you, has been taken off course from getting the

25   cross-sex hormones, ends up becoming distraught at      02:49:55
```

Page 182

```
 1    their condition and commits suicide.

 2            Is that a situation where the psychotherapy

 3    model might be responsible for causing harm?

 4            MR. BROOKS:  Objection; calls for speculation.

 5            MR. TRYON:  Objection.                    02:50:08

 6            THE WITNESS:  If that -- such a patient goes

 7    to me -- comes to me and after -- in the first session

 8    wants a letter and I refuse to provide it, I will help

 9    that person -- if the person doesn't know, I will refer

10    them to clinics -- to other resources.             02:50:26

11            The idea that my refusal would cause them to

12    suicide is enormous and deep that leaves out so many

13    intervening factors as to make me say I can't possibly

14    agree with what you said.

15    BY MS. HARTNETT:                                   02:50:43

16       Q   But it's possible that your patients, for

17    example, have higher rates of suicide than other

18    patients that have gone through a different model;

19    correct?  You just don't know?

20            MR. TRYON:  Objection.                     02:50:52

21            THE WITNESS:  It's equally possible that the

22    patients have a lower rate of suicide that have gone

23    through Dr. Levine's care.

24    BY MS. HARTNETT:

25       Q   But it's also possible that they have had a   02:51:04
```

Page 183

```
 1    higher rate of suicide going through Dr. Levine's care;
 2    correct?
 3            MR. BROOKS:  Objection --
 4            MR. TRYON:  Objection.
 5            MR. BROOKS:  -- calls for speculation.        02:51:13
 6    BY MS. HARTNETT:
 7        Q   You said it's possible that they have a lower
 8    rate.  It seems that the flip side of that is it's
 9    possible that they had a higher rate; is that correct?
10        A   You're --                                     02:51:23
11            MR. BROOKS:  Same -- same objection.
12            THE WITNESS:  You're asking me to speculate
13    about something you know I don't have the answer to, so
14    why should I give you an answer that I don't have?  Why
15    are you asking --                                     02:51:32
16    BY MS. HARTNETT:
17        Q   You testified that it's possible that --
18            MS. HARTNETT:  I'm going to ask for an answer
19    to my question without coaching, please.
20    BY MS. HARTNETT:                                      02:51:37
21        Q   My -- I asked if it's possible that the
22    patients of Dr. Levine have a higher rate of suicide
23    than patients going through another method, and then
24    you responded it's possible that they have a lower --
25    lower rate.  That's an answer.                        02:51:49
```

Page 184

```
 1            I'm asking you, is it possible that they also
 2    have a higher rate?
 3            MR. BROOKS:  And I have objected to the
 4    question as calling for speculation.
 5    BY MS. HARTNETT:                                    02:52:01
 6        Q   Please answer.
 7        A   In order to -- in order to have an answer to a
 8    rate question, one has to have a denominator and
 9    numerator.  I have neither a denominator or numerator;
10    and, therefore, I can't really ask -- in any expert    02:52:23
11    way, I cannot answer a question about the rate.
12            You're asking me theoretical possibilities,
13    and there probably are at least three theoretical
14    possibilities, and I could probably think of more,
15    but --                                               02:52:40
16        Q   What are the three?
17        A   There would be no difference in the rates,
18    right?  The rates could not be ascertained because the
19    denominator -- the numerator and the denominator
20    couldn't be determined.  And then the fifth one would  02:52:52
21    be because the numerator can't be determined.
22            So if you ask me a question about rate, it's a
23    mathematical question.  It's a scientific question.
24    But you're not asking it in a scientific way at all.
25    And I can't answer it.                               02:53:07
```

Page 185

```
 1            To the extent that I have any expertise, it's

 2     on the science.  It's not on the speculation side of

 3     things.

 4        Q    Your expert opinion is that the affirmative

 5     model is more harmful than the psychotherapy model;      02:53:18

 6     correct?

 7        A    My -- my expert opinion is that the

 8     affirmative model does not have the scientific

 9     justification to declaim -- to -- to declare it to be

10     the best practice.  That's my expert opinion that --     02:53:35

11        Q    Does the psychotherapy model have any more

12     justification than the affirmative model?

13        A    Only the tradition that if any other

14     psychiatric problem presented in a 14- or 15-year-old,

15     no one, no one would object to an extended evaluation,   02:53:53

16     a psychotherapeutic exploration and the use of a

17     medication to a drug -- to address some comorbidity.

18            It's just that when a -- when the child

19     declares themselves trans, we want to create a whole

20     different approach to this situation.  That's my point.  02:54:12

21        Q    And just to make sure that we close the loop

22     on the other point, because I'm not quite sure what the

23     answer was there, is it your testimony that it's

24     possible that your -- that Dr. Levine's patients could

25     have lower rates of suicide than other methods?          02:54:29
```

Page 186

```
 1              MR. BROOKS:  Objection; calls for speculation.
 2              THE WITNESS:  I'm afraid -- although you don't
 3      understand my answer to the question, I feel like I've
 4      answered the question repeatedly already.
 5      BY MS. HARTNETT:                                    02:54:46
 6          Q   Well, you've said that it could be -- I
 7      thought you -- I thought I understood you to say you
 8      could have lower rates, you could have a missing
 9      numerator or denominator or equivalent, but I didn't
10      hear whether or not you think another possibility is in  02:54:54
11      fact that the rates of suicide could be higher from
12      your patients.
13          A   Well, perhaps you missed the implication of
14      what I said, that it could be higher, it could be
15      lower, it could be the same, it could be indeterminant  02:55:06
16      because of the denominator issues, and it could be
17      indeterminant because of the numerator issues.
18          Q   I appreciate that.  Thank you.
19              We've talked about Dr. Adkins a bit here.  I
20      just wanted to ask you -- this is flashing back to -- I  02:55:22
21      think we're in paragraph 13.
22              You then go on, in paragraph 16, to talk about
23      Dr. Safer.  Let me know when you're there.
24          A   Got it.
25          Q   Other than reviewing Dr. Safer's expert        02:55:43
```

Page 187

```
 1    report, do you have any other familiarity with

 2    Dr. Safer's practices?

 3         A   I believe he's the head of a New York gender

 4    team, clinic.

 5         Q   Have you ever met him before?              02:55:58

 6         A   Not that I am aware of.

 7         Q   Have you ever been to his clinic?

 8         A   No.

 9         Q   Have you ever spoken to any of his patients?

10         A   Not that I'm aware of.                       02:56:11

11         Q   How about Dr. Adkins, have you been to her

12    clinic?

13         A   No.

14         Q   Have you spoken to any of her patients?

15         A   Not that I'm aware of.                       02:56:23

16         Q   So do you know whether or not Dr. Safer's

17    approach is focused on creating a happy, healthy --

18    sorry -- happy, highly functional, mentally healthy

19    person for the next 50 to 70 years?

20         A   Ms. Hartnett, I think everyone in this field  02:56:42

21    is hoping that what they're doing is creating that

22    outcome.  I would presume that Dr. Safer believes that

23    and Dr. Adkins believes that.  I just go back to the

24    fact that we don't know the answer in what they're

25    doing and what they're doing is a rather dramatic        02:57:04
```

Page 188

```
 1    interventions in a person's biology, their physiology,

 2    their anatomy and their social roles, and it seems to

 3    me that if we're making such a very, very

 4    life-changing -- or cooperating with such a life

 5    change, a profound life change, that's going to effect    02:57:21

 6    every aspect of their lives, or most aspect of their

 7    lives, we ought to at least acknowledge that we don't

 8    have the follow-up data to match our belief systems.

 9            And as I wrote about in the most recent

10    publication, I do think that ethically we have a          02:57:40

11    responsibility to inform people of what science knows

12    and what we as professionals believe, but it's not

13    supported by science.

14            So in answer -- to summarize my answer, I

15    believe that your experts believe that they are          02:57:58

16    creating a happy, healthy, functional life, even in the

17    face of the fact that they -- cross-sectional studies

18    of adults who are transgender and those who have had

19    complete medical surgeries have significant problems.

20            And so what I have been saying, in summary, is    02:58:18

21    that we -- we should separate our beliefs from what

22    science knows.

23        Q   You said "cross-sectional studies."  You're

24    just saying that those are lacking to -- to -- to -- to

25    substantiate their approach.  Is that what you're        02:58:37
```

Page 189

1    saying?

2        A    Please repeat that.  You sort of -- I couldn't

3    understand.

4        Q    Sorry.  You had -- yeah, fair -- fair enough.

5        I think you said something about                02:58:44

6    cross-sectional studies being lacking to support their

7    approach.  Is that what you were saying?

8        A    Yes.  Not only cross-sectional studies failed

9    to support the idea that everyone is living happily

10   ever after or the majority are living happily ever      02:59:04

11   after, the -- the Swedish study that was published in

12   2011 that had outcome data on everyone who had sex

13   reassignment surgery over a 30-year period.  You may

14   know that as the D-H-E-N-J-A (sic) study, et al.  They

15   demonstrated -- the -- the recommendation of that study  02:59:26

16   is that everyone after sex reassignment surgery should

17   have lifelong psychiatric care because the suicide rate

18   was 19 times higher after this than the general

19   population.  The death rates were higher of cancer and

20   of heart disease, the criminal rates were higher, and   02:59:45

21   the admission rates to psychiatric hospitals were

22   higher, after, then general population.

23        So that group in Sweden, in 2011, said, wow,

24   these people are not necessarily doing so well as a

25   group; that is, everyone that was -- everyone who had    03:00:01

```
 1    sex reassignment surgery was in that.  So

 2    we wouldn't -- we wouldn't call that a cross-sectional

 3    study.  We would have a life perspective study, you

 4    see.  You are aware --

 5         Q   Was that -- was that comparing it to the        03:00:14

 6    general population, though?  Not transgender people

 7    that had gone untreated, right?

 8         A   That study did not include people who were not

 9    treated with surgery, that's right.

10         Q   Right.  So to figure out if surgery makes a     03:00:26

11    difference, wouldn't you study a population that had

12    had surgery versus the population that had not had

13    surgery, all of transgender people?

14         A   Yes, I often wondered why the authors of that

15    study did not study those people that they had records  03:00:39

16    on who didn't have surgery.  It's one of the missing

17    issues about that.  It doesn't take away from the fact

18    that relative to non-transgender people of either sex,

19    these people don't do nearly as well in life.  But it

20    doesn't answer the question that you're raising, and    03:00:59

21    that's been amazing -- that's an amazing absence.  One

22    wonders why that is absent.  I don't know why.

23         Q   So just to be clear, the -- the thing that's

24    absent is testing whether or not it's actually the

25    medical interventions with the transgender people that  03:01:16
```

Page 191

```
 1   are accounting for the difference in suicide from

 2   the -- is that what you were saying?

 3           MR. BROOKS:  Objection; vague.

 4           THE WITNESS:  I'm saying that it would have

 5   been nice to have four control groups.  And they only    03:01:35

 6   had three control groups.  And I don't --

 7   BY MS. HARTNETT:

 8      Q   Right.

 9      A   I don't understand why there wasn't the fourth

10   control group that you are raising because it does --    03:01:43

11   you know, I already testified that nothing is certain,

12   but this would have increased our conviction about

13   whether or not people are dying of cancer and heart

14   disease and HIV and suicide and so forth at a higher

15   rate compared to those who are transgender but who       03:02:08

16   weren't getting the surgery.

17           So I don't know the answer.

18      Q   Could I go to -- paragraph 18 has several

19   subparagraphs.  I just have a couple of questions on

20   this.  The first is on paragraph 18A.                    03:02:28

21           I just had a -- it was a minor reference, but

22   I'm just curious about your own use of terminology.

23   You had, here in the second sentence of 18A (as read):

24           "While hormonal and surgical

25            procedures may enable some individuals          03:02:45
```

Page 192

```
 1              to 'pass' as the opposite gender

 2              during some or all of their lives..."

 3              And the sentence continues.

 4              In the declaration you had -- that had been

 5      filed, your declaration that was filed at the PI stage,    03:02:55

 6      the words "female identifying male" were used instead

 7      of "some individuals."

 8              Is -- is there a reason why that would have

 9      been changed?

10         A    In the original -- what was in the original    03:03:15

11      draft that you looked at?

12         Q    It said "a female identifying male" as opposed

13      to "some individuals."

14              MR. BROOKS:  I'll object to the question as

15      characterizing that as original.                        03:03:24

16      BY MS. HARTNETT:

17         Q    Well, it was the declaration -- I compared the

18      declaration that was apparently submitted without your

19      knowledge on your -- in -- in the PI stage of this case

20      with the report, thinking that you had done both of     03:03:36

21      them, and I'm -- what I'm just observing was that the

22      words "female identifying male" had been used in this

23      paragraph and then now has been replaced by "some

24      individuals," and I'm just curious as to why that

25      change was made, if you know.                           03:03:47
```

Page 193

```
 1        A   I don't know.  I don't remember that phrase.

 2   That seems like -- that seems like a rather awkward

 3   phrase, you know, that you quoted.

 4        Q   Yeah, why -- is that a phrase you use --

 5   "female identifying male," is that a phrase that you      03:04:00

 6   use?

 7        A   I -- I may have at one time or another used

 8   that phrase.

 9            Obviously, for everyone concerned, the

10   language -- the vocabulary -- the -- the -- the          03:04:12

11   socially acceptable vocabulary in this field changes so

12   often.

13            So, you know, as I told you, I spent probably

14   25 hours developing this, and there are numerous

15   changes here and there which I could not possibly        03:04:33

16   recall.

17            And I can't answer your question.  I really

18   don't know the answer.

19        Q   Okay.  Well, I'll ask one more in that vein,

20   and then we'll move on.                                  03:04:42

21            For paragraph 18L, which is at the top of

22   page 8 -- and this a paragraph where you're

23   describing -- you say that (as read):

24            "Hormonal interventions to treat

25            gender dysphoria are experimental in            03:05:01
```

```
 1              nature and have not been shown to be

 2              safe, but rather put an individual at

 3              risk of a wide range of long-term and

 4              even life-long harms..."

 5         And then you go on to list all that.          03:05:10

 6     A   Yes.

 7     Q   The prior version of this -- in the same place

 8   had -- had language that said -- I'm going to just read

 9   it to you.  (As read):

10              "Putting a child or adolescent on a        03:05:21

11              pathway towards life as a transgender

12              person."

13              And that has been removed.  I'm just curious

14   as to why that was removed.

15              MR. BROOKS:  Late objection.               03:05:28

16              THE WITNESS:  I actually -- I can't give you a

17   specific answer to the question.  I have no memory

18   of -- of -- of making that editorial change.

19              I -- I -- I am sensitive to and actually have

20   a preference to not using the same phrase endlessly in   03:06:01

21   any document.  And one of my concerns about previous

22   documents has been the redundancy of phrases, and so

23   I -- I try not to repeat certain powerful phrases.

24   I -- I think they actually have more impact on the

25   reader if they read them once or twice and not 15        03:06:26
```

Page 195

```
 1    times.  So that may have been an example of that.

 2            As a writer, I'm very sensitive to redundancy,

 3    and I prefer to have things done short -- in shorter

 4    versions than in longer versions, but that is not

 5    always in keeping with legal requirements.          03:06:46

 6        Q    Turning to paragraph 19, this is -- I'm not

 7    going to -- there's a couple of questions I had

 8    about -- or, sorry, not -- 20.  You're talking about

 9    biological sex.

10            Do you see that?                            03:07:01

11        A    Yes.

12            MR. BROOKS:  Sorry, you want 19 or 20?

13            MS. HARTNETT:  I'll move to 20.

14    BY MS. HARTNETT:

15        Q    You say that (as read):                    03:07:08

16            "Sex is not 'assigned at birth' by

17             humans visualizing the genitals of a

18             newborn; it is not imprecise.

19            Do you see that?

20        A    Yes.                                        03:07:17

21        Q    Do you have any experience with the process of

22    assigning sex to newborns at birth?

23            MR. BROOKS:  Objection.

24            THE WITNESS:  You know, I -- probably for a

25    week in my medical school pediatrics rotation I was  03:07:32
```

Page 196

```
 1    part of the newborn nursery and delivery -- and in
 2    obstetrics.  The newborn delivery room phenomenon of
 3    saying, Mother, your -- you have a daughter.  Or,
 4    Mother, you have a son.  So I guess that's part of my
 5    experience.  I'm a parent, so I've had that experience.   03:07:52
 6    What I -- period.  I think that's an answer.
 7    BY MS. HARTNETT:
 8        Q    Thank you.  You also say in this paragraph,
 9    among other things, that sex is determined at
10    conception; correct?                                     03:08:06
11        A    Yes, when -- yes, I do -- that's when sex is
12    determined, yes.
13        Q    You say that at the end of the first
14    sentence of -- sorry -- the second sentence of
15    paragraph 20.  And the source that you cite in this       03:08:22
16    paragraph for everything in this paragraph is a
17    document that says "NIH 2022."
18             Do you see that?
19             That's at the top of page 9.
20        A    Yes.                                            03:08:34
21        Q    What is NIH 2022?
22        A    I think the first author's name is Aditi
23    B-H-R-A-R- -- Bhar- -- Bhargara or something like that,
24    but it has probably 15 authors, the paper.
25        Q    So that's a paper that you were citing?        03:08:55
```

Page 197

```
 1        A   Yes.

 2        Q   Okay.  Let me move down to section D.  So that

 3   starts on page 14 of your report.

 4            MR. BROOKS:  We have it.

 5   BY MS. HARTNETT:                                    03:09:26

 6        Q   And you -- this is your section about "Three

 7   competing conceptual models of gender dysphoria and

 8   transgender identity."

 9            Do you see that?

10        A   Yes.                                       03:09:35

11        Q   Is this your construct, these three models?

12        A   Yes.

13        Q   Paragraph 37, you describe the developmental

14   paradigm, I guess; is that fair?

15        A   Yes.                                       03:09:50

16        Q   I was comparing the declaration submitted at

17   the earlier stage of the case with the report here, and

18   I noticed that some language was deleted, and I will

19   double-check to represent to you that it is not still

20   here.                                               03:10:09

21            But the language that was deleted from

22   paragraph 37 is as follows (as read):

23            The developmental paradigm does not

24            preclude a biological temperamental

25            contribution to some patients'             03:10:22
```

```
 1              life (sic); it merely objects to

 2              assuming these problems are biological

 3              in origin.  All sexual behaviors and

 4              experiences involve the brain and the

 5              body."                                    03:10:31

 6         Is there some reason that you removed this

 7    language from this report?

 8         A    Well, I think I said it in a different way.  I

 9    said (as read):

10              "The developmental paradigm is mindful    03:10:42

11              of temperamental, parental bonding,

12              psychological, sexual, and physical

13              trauma influence (sic), and the fact

14              that young children work out their

15              psychological issues through fantasy      03:10:53

16              and play and adolescents work out

17              their issues by adapting various

18              interests and identity labels."

19         This is -- this is the material that I

20    prepared as the expert witness report for this      03:11:07

21    particular case.

22         Over time, you see, I have a different -- I --

23    I say things more efficiently, I believe.

24         I could elaborate that, but I don't think it's

25    relevant.                                           03:11:27
```

Page 199

```
 1        Q    No.  Thank you.  I appreciate it.

 2             But you agree, sitting here today, that all

 3   sexual behaviors and experiences involve the brain and

 4   the body?

 5        A    I agree that all behaviors involve -- well,      03:11:38

 6   the brain and the body is really one thing, you know.

 7   They're just part of the biology of a -- of the

 8   human -- of human beings, and that -- those biology --

 9   multiple biologic factors interact with other

10   psychosocial factors throughout life to shape our         03:12:03

11   feelings and our behaviors and so forth.

12        Q    In paragraph 38, you refer to a Littman 2018

13   study.

14             Do you see that?

15        A    Paragraph 38, yeah.                              03:12:17

16             Yeah.

17        Q    Are you aware that that article was -- had to

18   be withdrawn and corrected and republished?

19             MR. BROOKS:  Objection.

20             THE WITNESS:  I am aware that there was a lot    03:12:32

21   of political brouhaha about that and that various trans

22   advocates accused that author of bad things or whatever

23   but that the restatement of the study really did not --

24   did not amount to a great change.

25             But -- but, in fact, there was a brouhaha by     03:13:01
```

                                                      Page 200

```
 1    the publication objecting to her methods so to speak,

 2    but really were -- they were objecting to her

 3    conclusions.

 4    BY MS. HARTNETT:

 5        Q   Was her method an anonymous survey of parents?   03:13:16

 6        A   Her -- it was a survey of parents, right.

 7        Q   Do you know if they were anonymous or not?

 8        A   At this moment, I don't know.

 9        Q   You go on in section E here, starting on

10    page 16, to talk about four competing models of care.    03:13:32

11           MR. BROOKS:  Sorry.

12    BY MS. HARTNETT:

13        Q   I also was wondering --

14           MS. HARTNETT:  Oh, sorry.

15           MR. BROOKS:  I hit the wrong thing, and the    03:13:38

16    document disappeared off the screen.  Let me -- I'm not

17    sure what's going on here.

18           Okay.  Sorry, I -- it accidentally closed as I

19    tried to get rid of some pop-up on the screen, and we

20    will get us back.                                        03:14:04

21           And, I'm sorry, what paragraph were you at?

22           MS. HARTNETT:  It's section header E, page 16.

23           MR. BROOKS:  Page 16.

24    BY MS. HARTNETT:

25        Q   I'm just asking whether the four competing      03:14:25
```

Page 201

```
 1    models of care is your schema.

 2        A   I think it borrows from other things in the

 3    literature.  I wouldn't want to claim, you know,

 4    authorship for that per se.  It's really hard for me to

 5    know where all my ideas come from because I read so        03:14:54

 6    much and go to meetings and so forth, and I hear

 7    things, and it influences me.

 8            I -- I -- it's my summary of -- when we think

 9    about what are the options that we can offer to people,

10    this is all I think of.  Maybe tomorrow --                 03:15:11

11        Q   Okay.

12        A   -- I'll think of a fifth option.

13        Q   Can you go down to paragraph 53?

14            And this is after you walk through the

15    watchful waiting model, A and B, a psychotherapy model     03:15:25

16    and then the affirmation model and then coming to

17    paragraph 53.

18            MR. BROOKS:  Let me just find the heading

19    above it.

20            So we're under the affirmation therapy model        03:15:38

21    number 4, if I'm scanning the --

22            MS. HARTNETT:  Yeah.

23            MR. BROOKS:  Okay.

24            MS. HARTNETT:  That's correct.

25            And then paragraph 53.                              03:15:46
```

```
 1              MR. BROOKS:  Okay.

 2    BY MS. HARTNETT:

 3        Q   Out of these four models, you do not know what

 4    proportion of practitioners are using which model; is

 5    that correct?                                    03:15:57

 6        A   Yes.

 7        Q   Okay.  Oh, sorry, I had one question about 49,

 8    which was within the psychotherapy model area, if you

 9    could flip up to there.

10              MR. BROOKS:  Yes, let me just find the heading   03:16:11

11    again so we understand how much material --the

12    psychotherapy model begins at the top of page 18, and

13    you now want to direct us to paragraph 49?  Was that

14    the paragraph you mentioned?

15              MS. HARTNETT:  Correct.                03:16:29

16              MR. BROOKS:  All right.

17    BY MS. HARTNETT:

18        Q   And is the psychotherapy model the model you

19    follow, Dr. Levine?

20        A   It's the model that I approach new patients   03:16:43

21    with, and depending on the situation of the patient in

22    the family's life, I then go from there.  So individual

23    patients, I may counsel the support of the -- I may

24    counsel parents to support the transgender

25    identifications of their child.                  03:17:09
```

```
 1            But it begins with trying to figure out what's

 2   going on here and going on here with the child and the

 3   child's history and the parents and their history and

 4   the interactions between the -- the parents and the

 5   child.                                            03:17:25

 6            So it's not my model for all therapy.  As I've

 7   said, I think earlier, that I have supported trans care

 8   for individuals, affirmative care for individuals.  But

 9   if you ask me how I begin, I don't not -- I do not

10   begin with the affirmative model.  I begin with let's   03:17:44

11   investigate this situation thoroughly so we can

12   eventually make a prudent decision.

13       Q   You say in paragraph 49 (as read):

14           "To my knowledge, there is no evidence

15            beyond anecdotal reports that            03:18:01

16            psychotherapy can enable a return to

17            male identification for genetically

18            male boys, adolescents, and men, or

19            return to female identification for

20            genetically female girls, adolescents,   03:18:13

21            and women."

22           Do you see that?

23       A   I do.

24       Q   And you stand by that statement?

25       A   Yes.                                      03:18:24
```

Page 204

```
 1        Q    Paragraph 50, this is at the beginning of the

 2    affirmative therapy model, on the next page.  I think

 3    we've already covered this, so we don't need to belabor

 4    it, but here, you -- among other things, you say that,

 5    under the affirmation therapy model, practitioners --      03:18:44

 6    and I'm going to read from the first sentence.  And I'm

 7    not reading the whole sentence, but you can obviously

 8    read whatever you want.  I'm reading from the middle of

 9    it.  (As read):

10            "...promote and recommend that any                 03:18:58

11            expression of transgender identity

12            should be immediately accepted as

13            decisive..."

14        I'm just going to stick on that part, the

15    "immediately accepted as decisive."                         03:19:08

16        What is your basis for believing that the

17    affirmation model proceeds with an immediate acceptance

18    as decisive?

19        A    Because --

20            MR. TRYON:  Objection.                              03:19:19

21            Go ahead.

22            MR. BROOKS:  Mr. Tryon is objecting.

23            You have to give him time.

24            THE WITNESS:  In a previous -- in a -- in a

25    previous portion of this informed consent, I said that     03:19:29
```

Page 205

1    it is my impression that many people in the affirmative

2    model have a number of beliefs that I don't think are

3    scientifically accepted or acceptable or correct and

4    including the fact that this is biologically dictated,

5    that anytime a person, any stage in life, declares a          03:19:52

6    transgender identity, it's because prenatally that was

7    determined and it merely unfolded at a different rate

8    at different times.

9          So the -- the justification for immediate

10   affirmation is based upon this idea, one, that it's            03:20:13

11   biologically dictated; and, two, that it's

12   unchangeable.

13   BY MS. HARTNETT:

14       Q   Yeah, I'm sorry, I think -- just given that

15   we're -- have only so much time and I -- I think my            03:20:25

16   question, though, was what was your basis for

17   understanding that the practitioners engage in this

18   practice.

19          MR. BROOKS:   Objection; vague as to "this

20   practice.                                                      03:20:36

21   BY MS. HARTNETT:

22       Q   Well, the practice of immediate acceptance as

23   decisive.

24       A   I think I've already testified how many

25   parents have told me these things and how many patients        03:20:43

                                                           Page 206

```
 1    have told me these things and -- and -- well, I won't

 2    repeat what I began to tell you about.

 3         Q    No.  Thank you.  That -- that just helps me

 4    connect that that -- that basis of evidence is the same

 5    that's at issue here.                              03:20:59

 6            Paragraph 56, I had a question there.

 7            MR. BROOKS:  And, Counsel, we should take an

 8    hourly break soon.

 9            MS. HARTNETT:  Now is fine.

10            MR. BROOKS:  All right.  Now is it -- now it   03:21:14

11    is.

12            THE VIDEOGRAPHER:  We are off the --

13            MS. HARTNETT:  Come back at --

14            THE VIDEOGRAPHER:  Off the record at 3:21 p.m.

15            (Recess.)                                  03:35:28

16            THE VIDEOGRAPHER:  We are on the record at

17    3:36 p.m.

18            MR. BROOKS:  And -- and --

19            MS. HARTNETT:  Thank you.

20            MR. BROOKS:  -- Josh, if you would turn off   03:35:34

21    your camera, you will -- will be able to see the

22    questioner better.

23            There we go.  Thank you.

24            MS. HARTNETT:  Okay.  Great.

25    ///
```

```
 1   BY MS. HARTNETT:

 2       Q    Before the break, we were talking, at least a

 3   bit, about the four models that you had in the

 4   psychotherapy model, and I was asking you if you follow

 5   that, and we were having a discussion.  And I want to      03:35:54

 6   make sure I don't misconstrue your approach.

 7            Is it fair to say that you kind of follow the

 8   psychotherapy model, but also not to the exclusion of

 9   providing medical care or recommending medical care, if

10   it's appropriate, after some course of psychotherapy?     03:36:07

11       A    Yes, I -- to summarize, the initial approach

12   to a patient, I believe my model, what I endorse, is an

13   extended evaluation, an opportunity to talk over time

14   in what I call psychotherapy.  Other people may call it

15   extended evaluation.  And then depending on what I        03:36:34

16   understand about the patient and his or her life and

17   their aspirations and their capacities to understand

18   the present and the future and the past, then I may in

19   fact say, you know, Fine.  You know, do what you -- do

20   what you -- use your best judgment.  And I will write a   03:36:55

21   letter for you, you know, telling your -- the surgeon

22   or telling the endocrinologist about you.

23            And I do that.

24       Q    And was that general approach extended to

25   minors as well?                                           03:37:17
```

Page 208

1          A    Well, if -- if minors are children, I actually

2     have never recommended socialization of a child in

3     that -- that is, in a new gender.  I have seen -- I

4     have never recommended that.

5               When it comes to teenagers, the closer they          03:37:36

6     get to 18, the more I'm willing to talk to them about

7     the possibility of hormones and being supportive of it

8     after a certain period of time.

9               When it comes to older people, it's -- it's

10    not as broad a question.                                       03:37:57

11         Q    And how long is your -- when you discuss an

12    extended evaluation, how -- how long is that?

13         A    It doesn't have a definable length.

14         Q    Is there -- and I'm just trying to really

15    understand.  Is it a matter of hours, days or longer?          03:38:13

16         A    It's certainly -- a -- a psychotherapeutic

17    hour is typically one; right?  But when people come to

18    Cleveland for an evaluation, I often spend two days.

19    And so I may spend, you know, four hours over two days

20    or maybe even more with a patient and then separately          03:38:37

21    with their parents and sometimes together with their

22    parents.

23              But when I'm talking about an extended

24    evaluation, I mean that in two terms.  One is for

25    people who want to come for an intense evaluation that         03:38:53

Page 209

```
 1    at the end of two days will give some -- give some
 2    feedback to them and -- but the usual sense for people
 3    who live in Cleveland, where I reside, that is over
 4    weeks and months of talking over time, considering
 5    various -- the things I've already articulated.          03:39:14
 6         Q    Have there been situations where after the
 7    sort of intense extended evaluation, the two days
 8    and -- four hours over two days period, where you've
 9    supported or recommended any medical treatment after
10    that period?                                             03:39:33
11         A    Well, about -- about a year ago, a -- a --
12    a -- a college student who wasn't doing very well, who
13    got actually hormones on a one-hour visit, to the
14    student health service, the -- we recommended that the
15    patient could decide whether to continue hormones or    03:39:53
16    not.  The parents did not want the person to continue
17    hormones, and the patient continued hormones.  And we
18    just made a recommendation.  We thought there was an
19    advantage to stopping and reconsidering life, but it
20    was the patient's choice, you see.  It wasn't the        03:40:12
21    parents' choice.  It wasn't my choice, you see.  But
22    it's the respect for the patient's autonomy.
23         Q    Did you write a letter there or some sort of
24    authorization for him to get the hormones?
25         A    No.  He already had the hormones.  As I said,  03:40:29
```

Page 210

```
 1    he got the hormones after one hour with a person who

 2    knew nothing about his background, really, that -- what

 3    I would say, relatively nothing.

 4         Q   Where was that treatment?

 5         A   That was at the University of Rochester.        03:40:40

 6         Q   Okay.  So -- and then my question is just for

 7    kind of -- I guess, what's the shortest period of

 8    extended evaluation that you've performed after which

 9    you've written a letter for someone to get transgender

10    medical care?                                            03:41:00

11         A   I'm going to elaborate your question into me

12    or my staff because in some --

13         Q   Thank you.

14         A   It's a whole -- it's a committee of work, a

15    group of people.                                         03:41:13

16             I would say four hours.

17         Q   Thank you.  You had mentioned your -- the

18    recently published article about the -- the

19    reconsidering informed consent piece; correct?

20         A   Yes.                                            03:41:32

21         Q   And in there, you note that -- kind of --

22    you're talking about the affirmation -- what you

23    characterize as the affirmation approach; right?

24         A   Correct.  There's a section on that, yeah.

25         Q   And then you note that the "research about     03:41:46
```

1    alternative approaches, such as psychotherapy or

2    watchful waiting, shares the scientific limitations of

3    the research of more invasive interventions; there are

4    no control groups, nor is there systematic follow-up at

5    predetermined intervals with predetermined means of          03:42:03

6    measurement."

7            Does that --

8       A    Yes.

9       Q    Is that something you have in the article?

10      A    I think I made the same point in -- in this         03:42:10

11   document that I gave to you.

12      Q    Right.  I was just trying to connect the two.

13           So that's basically the same point you've been

14   making, that -- the kind of lack of evidence, from your

15   perspective, as to which approach is kind of              03:42:26

16   scientifically based; is that right?

17      A    Yes.

18      Q    Okay.  If we could flip forward, I -- sorry,

19   going backward for a minute and then we'll go forward

20   again, in your declaration, but I had a question about    03:42:36

21   paragraph 18, little L.  Sorry, that's not right.  It

22   is 18, little -- sorry, one second.

23           I'll try again.

24           Can I direct your attention to paragraph 18H,

25   on page 7?                                                 03:43:03

Page 212

```
 1          MR. BROOKS:  And let me just first start on

 2   the top of 18 so we know what the major proposition

 3   here -- a summary of key points.  All right.

 4          And, I'm sorry, you said H?

 5          MS. HARTNETT:  Correct.                    03:43:18

 6   BY MS. HARTNETT:

 7      Q   So I'm going to direct your attention to

 8   paragraph H, on page 7, which you talk about

 9   administration of puberty blockers not being a benign,

10   quote, pause of puberty.                           03:43:31

11          Do you see that?

12      A   I do.

13      Q   And this, I noticed, was something newly added

14   to this declarations from the one that you had

15   submitted at the preliminary injunction stage.     03:43:42

16          My question for you is what the basis is for

17   your qualification, in your perspective, to talk about

18   the effects of puberty blockers.

19          MR. BROOKS:  Object to the form of the

20   question.                                          03:43:57

21          THE WITNESS:  What is the basis of my

22   objection to the use of puberty blockers?

23   BY MS. HARTNETT:

24      Q   Sorry, the basis for your understanding of

25   whether -- how they function on the body and whether 03:44:04
```

Page 213

1    they're a benign pause of puberty or not.

2         A    The initial justification for puberty blockers

3    being a benign thing is that it merely was a pause and

4    that if it was fully reversible, puberty would -- would

5    return when puberty blockers were removed, if they were      03:44:32

6    chosen to be removed.

7              I often reacted to that word "pause" because I

8    was aware that I was unaware of the rich biological

9    details that puberty changes every organ in the body.

10   Puberty not only causes growth of bones, but puberty        03:44:53

11   causes growth of the liver, of the lungs, of the heart,

12   of the brain.  You name the organ, and the pubertal

13   changes are occurring, and they occur in a sequence.

14   And one of the developmental aspects of development is

15   that there are windows of opportunity for development,      03:45:15

16   and when the window closes, we're not sure whether

17   things can be totally reversed.

18             And I noticed that there was a benign

19   connotation to the word "pause" which did not strike me

20   as true or possibly true or certifiably true.               03:45:35

21             And so I began looking at various statements

22   from various authors about saying this.

23             And in the early years, people talked about

24   complete reversibility and it's only a pause, but I

25   realized, in reading their subsequent sentences, that       03:45:56

                                                          Page 214

```
 1    they didn't consider -- they were talking about bone.

 2    They were talking about the onset of puberty.  They

 3    weren't talking about the subtle changes of -- of, say,

 4    for two or three years of interfering with the

 5    processes that were naturally happening in your and my    03:46:11

 6    children and the children of society.

 7           So -- and then I looked closer at it, and I

 8    said, what about the impact, the psychological, social,

 9    sexual impact of having one's peers have these major

10    changes in every aspect of their body while the person    03:46:31

11    was paused in a puerile state, has anyone considered

12    that when they said it's completely reversible.

13           Nowadays, I think people are not certain it's

14    completely reversible, and they're beginning to

15    articulate the possibility that I just articulated.       03:46:53

16           They're beginning to say we don't know what

17    the psychosocial impact of being puerile while your

18    peers are pubertal.

19           And while your peers are pubertal, you're

20    getting -- you're starting to deal with your sexual       03:47:10

21    feelings and your sexual conflicts, and you're getting

22    to operationalize your -- what the early orientation

23    aspects of early puberty are, you see.  And the puerile

24    child is not.

25           And so I thought the word pause was a kind of      03:47:23
```

Page 215

```
1     rhetoric that -- that justified doing something that

2     was much more complicated and had not been articulated

3     well by the people who began using it.

4            I'm not sure that today's people are talking

5     in the same way that they did when -- 20 -- ten years    03:47:41

6     ago.

7        Q   When did you come to --

8        A   I think they're more sophisticated today.

9        Q   When did you come to this understanding or

10    view about the -- your kind of concern with using the    03:47:53

11    term "pause"?

12       A   I think it's been evolving in my mind over the

13    last two or three years.

14       Q   Do you know whether the pubertal response

15    would be the same -- basically, if the puberty blockers   03:48:06

16    were used and then a child were to go off the puberty

17    blockers, do you know whether it would be the same

18    pubertal response that would have been had without the

19    blockers?

20       A   Well, I think endocrinologists have said that    03:48:21

21    it's same, but I don't know if they have even the -- I

22    don't know that -- I don't know that I trust that

23    they're right about that.  I don't know that they're

24    wrong.  I just don't know that they're right.  Because

25    in concepts of development -- for example, if you        03:48:43
```

```
 1    don't -- if you don't hear at a certain stage in life,

 2    say the first two years of life, and even if we do a

 3    cochlear implant, and we put -- we -- you can hear

 4    starting at age three or age four or age five, you

 5    can't speak as clearly as you and I can speak.         03:49:01

 6            So, you see, there's a window of opportunity

 7    when the brain is changing and we -- it's -- that --

 8    that other -- other aspects of life develop.  And I

 9    think this is probably true throughout life as a

10    principle.                                             03:49:18

11            So the idea that, oh, we can give a kid for

12    three years or four years and keep them paused while

13    they decide what they want to do, whether they want to

14    go cross-sex hormones or not, and then if they decide

15    not to go the cross-sex hormone route, that they will  03:49:33

16    just go into puberty and everything be normal, I just

17    think that's a naive idea.  But I was proposing that,

18    you see.  I can't prove it and either can -- either can

19    the endocrinologist prove it.  That's my point.

20        Q    Thank you.                                    03:49:47

21            MS. HARTNETT:  I've put in the "Marked

22    Exhibits" folder Exhibit 88.  If you -- your counsel

23    could look at that.

24            Let me know if you see that.

25            (Exhibit 88 was marked for identification      03:50:05
```

Page 217

```
 1              by the court reporter and is attached hereto.)

 2              MR. BROOKS:  I do see it now.

 3    BY MS. HARTNETT:

 4         Q    This is -- Dr. Levine, do you see -- this is

 5    testimony that you gave to the Pennsylvania legislature    03:50:11

 6    in March of 2020.

 7         A    Okay.

 8         Q    Do you recall giving this testimony?

 9         A    I recall testifying, yes.

10         Q    Okay.  I'm -- I have a question that -- you      03:50:19

11    had your kind of prepared remarks, and then you got

12    some questions from the legislators, and what I would

13    like to do is ask you about something on page 61, which

14    was your response to a question about puberty blockers,

15    if you could page forward to 61.                           03:50:33

16              MR. BROOKS:  Will you direct us to the

17    question?

18              Let me see here.  I -- I --

19              MS. HARTNETT:  Okay.  If -- yeah.  It's a

20    question from Representative Zimmerman, and it's asking    03:50:47

21    about the reversibility of puberty blockers, on

22    page 61.

23              MR. BROOKS:  Oh, the question on 61 is

24    fragmentary; right?

25              "If puberty blockers are started," is that the   03:51:06
```

Page 218

```
 1    question you're referring to?

 2           MS. HARTNETT:  You can feel free to look

 3    above, but I'd like to ask about the passage on 61.

 4           He asked a two-part question, and he had then

 5    asked to be reminded about the second part of the        03:51:21

 6    question.

 7           And Representative Zimmerman said, "Yes.  If

 8    puberty blockers are started."

 9           And then Dr. Levine said, "Oh, reversible,

10    yes, sorry."                                              03:51:30

11           And what I'd like to ask him is to read this

12    passage -- hear his testimony and just whether he

13    continues to believe what he's testified to.

14           THE WITNESS:  I've read the paragraph.

15           MR. BROOKS:  The --                               03:52:06

16    BY MS. HARTNETT:

17        Q   I guess, just --

18           MR. BROOKS:  Just continue --

19           THE WITNESS:  Oh, you want me to continue?

20           MR. BROOKS:  I want you to read to the end of     03:52:11

21    that answer.

22           MS. HARTNETT:  Correct.  Thank you.

23           THE WITNESS:  Okay.

24    BY MS. HARTNETT:

25        Q   Do you stand by the testimony that you gave in   03:52:32
```

1    these two paragraphs?

2         A    I don't see a -- a major difference between

3    what I just said to you except -- than what I said

4    here.  Here, I was talking about one year.  And -- and

5    it depends on -- you know, if you give a puber- -- an        03:52:51

6    eight-year-old child a puberty blocker versus a

7    nine-year-old child versus a 14-year-old child.  I

8    think we're talking about different phenomenon, you

9    see.  The -- not only biologic phenomenon, but

10   psychosocial phenomenon.  Because if you give it to an       03:53:09

11   eight-year-old, their peers are still puerile, you see.

12   And -- and when -- if you give it to 14-year-old or a

13   12-year-old, their peers are rapidly growing and

14   changing and being involved in all kinds of

15   psychosocial and -- processes that -- that a              03:53:23

16   nine-year-old is not, the eight-year-old is not.

17           So I think today's testimony elaborates upon

18   what I was saying in a less sophisticated way to

19   Mr. Zimmerman.

20        Q    Thank you.  You talk about desistance at          03:53:37

21   length in your report; correct?

22        A    I hope so, yes.

23           MR. BROOKS:  Counsel, do you want me to take

24   down 88 or leave it up?

25           MS. HARTNETT:  You can take down 88.               03:53:50

1    BY MS. HARTNETT:

2        Q    Do you believe that desistance should be the

3    goal of treating patients with gender dysphoria?

4        A    I think I previously stated that the goal of

5    treating gender dysphoria is to have an informed          03:54:05

6    consent process in a brain -- for a person whose brain

7    is old enough to consider the possibilities about the

8    risks, and the goal of -- of their gender expression

9    has to rely primarily on them and their process of

10   coming to grips with what it needs, not just in          03:54:24

11   fantasy, but in reality, for them to portray themselves

12   as a trans person.

13           So I don't -- your question has previously

14   been answered by me.  Parents would very much like me

15   to be able to return their child efficiently and         03:54:44

16   quickly to a tran- -- to a cis state, but I can't

17   promise that as a goal.  I can't even hold that out as

18   a goal.  What I hold out is what I just said to you.

19       Q    If you could -- you -- so you don't believe

20   it's possible to talk somebody out of being             03:55:08

21   transgender; is that fair?

22           MR. BROOKS:  Objection.

23           THE WITNESS:  It's not the language that I

24   would ever use.  I don't talk people out of things.  I

25   don't talk people out of getting married to a person.    03:55:22

Page 221

```
 1    I don't talk people out of going to this college versus

 2    that college.

 3            I -- I -- I sort of elicit their feelings.  I

 4    help them see where there is conflict.  I help them

 5    articulate the pluses and minuses, as we can predict      03:55:38

 6    the future.  I look at trends.

 7            I don't talk people out.  It's not what a --

 8    what Dr. Levine, the psychiatrist, does, talk people

 9    out of X, Y or Z.  And Z may be transgender identity.

10    Q    If you could treat everyone to have them cease      03:55:58

11    being transgender who -- sorry.

12            For the transgender patients you have, if you

13    were able to treat them such that they would no longer

14    be transgender, would that be your preferred outcome?

15            MR. TRYON:  Objection.                           03:56:19

16            THE WITNESS:  It depends what cost it would

17    have to be -- to return to living as a cisgender

18    person.  It would not be my goal if it would cost them

19    their sanity, for example, if it would cost them

20    continued anguish.  My goal is -- is stated to -- I've   03:56:38

21    already stated my goal.

22            The -- there is a belief that life is hard

23    enough as a cisgender person, you see.  But these

24    things -- you see, I -- I -- I'm interested in what it

25    is about being a cisgender person that is so hard for    03:57:08
```

Page 222

```
 1    you, you see.  Why is it that this is so difficult for

 2    you.  What is it about femaleness or maleness or

 3    your -- your -- your sex, your original sex, you know,

 4    your sex, what it is about it that is so offensive and

 5    offending to you.  Why is there such incompatibility.      03:57:30

 6    Tell me.  Teach me.

 7        Q   But using the language from your -- at least

 8    your declaration earlier in the case where you had

 9    described, you know, the -- the risks and harms that

10    would come from, quote, putting a child or adolescent      03:57:44

11    on the pathway towards life as a transgender person --

12    I'm just trying to understand if -- if you, Dr. Levine,

13    could put all the young people that were experiencing

14    gender dysphoria on a pathway toward being

15    non-transgender, would you do that?                        03:57:59

16        A   What I would say about that, if I could put

17    them on a pathway of being non-transgender, I would

18    expect that the vast majority of them would end up to

19    be homosexual in their orientation.  And the

20    cisgender with -- you know, if they were males, they       03:58:16

21    would probably be cisgender with a little feminine

22    aspects to them, but they would be homosexual.  And if

23    they were biologic females, they would be cisgender

24    lesbians with a little touch of masculine patterns and

25    so forth.                                                  03:58:35
```

Page 223

```
 1              So that would be cisgender to me, but I
 2     wouldn't be cisgender heterosexual.  I think we already
 3     know scientifically the outcome of gender atypicality.
 4     Cross-gender atypicality in boys and girls is
 5     homosexual orientation.                              03:58:52
 6         Q   Is it your opinion that it's better to be a
 7     cisgender homosexual than a transgender heterosexual?
 8              MR. BROOKS:  Objection to the form of the
 9     question.
10              THE WITNESS:  Well, you do no harm to your    03:59:09
11     stability.  You do no harm to your anatomy.  You do no
12     harm to your physiology.  In that sense, I think -- you
13     don't -- you don't risk any of the complications of
14     cross-sex hormones, and you don't risk any of the
15     complications of surgery.  And I think it's probably --  03:59:24
16     although I can't tell you the facts, but I do believe
17     it's probably easier to be a gay person in society than
18     to be a trans person.  And I don't mean it's easy to be
19     any sexual minority in our society.
20     BY MS. HARTNETT:                                      03:59:43
21         Q   Do you know what autogynephilia is?
22         A   I -- I didn't understand what you just said.
23         Q   Apologies.  Do you know what autogynephilia
24     is?
25         A   Yes.                                           03:59:56
```

Page 224

```
 1          Q    What is autogynephilia?

 2          A    Well, "autogynephilia" is a word that means

 3     love of the self as a woman.  It's a characteristic of

 4     internal life that was popular in the trans literature,

 5     beginning in about 1988.  It was a concept suggested by    04:00:11

 6     Ray Blanchard of Toronto.  It was a supposition that --

 7     that autogynephilic trans people had a form of

 8     paraphilia and that it -- I think it was a concept that

 9     replaced pretty much the concept of fetishistic

10     transvestism that had existed since the 1900s, early       04:00:44

11     1900s.

12          So at about -- the trans community objected to

13     the idea of autogynephilia, very profoundly objected to

14     the idea.

15          Anne Lawrence, who is a transsexual                    04:01:06

16     researcher, wrote a book on men who are trapped in

17     men's bodies, and it was all about gyne- --

18     autogynephilia, men who -- who recognized that they

19     were autogynephilic.

20          I recently had a patient who came to see me            04:01:15

21     because he couldn't find anyone who knew anything about

22     autogynephilia.

23          But I think you don't find that word used in

24     the literature -- in the modern literature anymore.

25     Because I think with 2011 standards of care, there was     04:01:29
```

Page 225

```
 1    much less interest in the pathways to transgenderism

 2    and more interest in the treatment of transgenderism,

 3    and so it became too many advocates, politically

 4    irrelevant and obnoxious to -- to even use the term

 5    "autogynephilia."                                    04:01:55

 6         Q   Do you find autogynephilia to be a helpful

 7    concept?

 8         A   For some people.

 9         Q   Have you ever heard it said that transgender

10    people are either gay, mistaken or have autogynephilia?   04:02:06

11              MR. BROOKS:  Objection.

12              THE WITNESS:  I don't recall hearing that

13    sentence before.

14    BY MS. HARTNETT:

15         Q   Do you think that that -- is that something   04:02:19

16    that you would agree with, that being transgender --

17    people think that transgender are either gay, mistaken

18    or have another malady, like autogynephilia?

19              MR. BROOKS:  Objection.

20              THE WITNESS:  It's not something that I would   04:02:32

21    summarize by saying.  Those three options seem

22    pejorative and unscientific.

23    BY MS. HARTNETT:

24         Q   Do you think the term --

25         A   I'm sorry, I -- I object to the idea of   04:02:50
```

Page 226

```
 1    mistaken.

 2         Q    Do you think the term or that use of

 3    autogynephilia is obnoxious?

 4         A    No.

 5         Q    Do you think that being transgender is a      04:03:07

 6    paraphilia?

 7              MR. BROOKS:   Objection.

 8              THE WITNESS:   To the extent that -- to the

 9    extent that autogynephilia is a paraphilia and that

10    some men develop a transgender identity as a            04:03:18

11    consequence of autogynephilic behaviors, that was --

12    that may be one pathway towards transgender identity.

13              But I wouldn't certainly -- I -- I certainly

14    would not say that at all transgenders or most

15    transgendered people are autogynephilic.                04:03:38

16    BY MS. HARTNETT:

17         Q    I mentioned the -- one possible formulation

18    that people that are identifying as trans are just gay,

19    mistaken or have a malady like autogynephilia, and I

20    think you said that you took issue with the notion of,   04:03:55

21    among other things, the idea of it being a mistake; is

22    that fair?

23         A    I -- yeah, I take -- I take issue with that,

24    yeah.

25         Q    Why?                                           04:04:05
```

Page 227

1      A    A mistake is something that a patient decides

2    after they've trans- -- detransitioned and they say it

3    was a mistake to do that.

4            It's not something I would say.  I would say

5    that they -- they have a current gender identity, and      04:04:21

6    I'm not sure they're -- I'm not sure anyone's gender

7    identity is not going to evolve in some way in the

8    future.  Especially I would like to say that about

9    young adolescents.

10           But please don't -- please don't quote me         04:04:38

11   because I have never authored that sentence.

12       Q    Thank you.  Do you think that transgender

13   identity is something that can be cured?

14       A    Can be cured?

15       Q    Yeah.                                             04:04:54

16       A    Is that what you said?

17           MR. BROOKS:  Objection.

18   BY MS. HARTNETT:

19       Q    Cured.

20       A    If you read the end of my paper on the patient    04:05:02

21   who trans- -- detransitioned 30 years ago, I think I

22   said something like even though medical psychiatric

23   knowledge does not know how to transform a person from

24   a trans state to a cis state or a previous state, it

25   doesn't mean that life doesn't transform people into      04:05:25

Page 228

```
1    detransitioned people.

2            We need to understand the modesty and the

3    differences between what we know how to do to create

4    behavioral change, which is quite modest throughout

5    psychiatry and what happens to people over time if we      04:05:44

6    take a life course perspective.

7            So my case illustration in that case was

8    Dr. Levine did not change his -- did not cause his

9    detransition at all; right?  Life processes, which he

10   described in great detail in the that paper, changed,      04:06:02

11   and it took him years to make that change, years of

12   anguish, years of the sense of inauthenticity as a

13   woman, which at first he tried to deny.

14           So I would -- I would refer you to the last

15   paragraph in that paper if you wanted to find out how I    04:06:22

16   said it.  I can't -- I can't quote it.  I'm just

17   paraphrasing it if for you.

18       Q   But is that an example of someone that you

19   think was cured?

20           MR. BROOKS:  Objection.                            04:06:41

21           THE WITNESS:  It was an example of a person

22   who changed their presentation and now is terribly

23   embarrassed about what he had -- I can call him "he"

24   now -- what he had done, or what she had done; right?

25   And now -- and it is now a person who -- I think I'm        04:06:57
```

Page 229

```
 1    quoting -- hates all the advocates of the -- in the

 2    trans world for, he believes, misleading people that

 3    they can have a happy life.

 4            But that's just one person's opinion, you

 5    know.                                              04:07:13

 6            But if you read the paper, I think, you know,

 7    there's lots to think about in the paper.

 8        Q   Is it embarrassing to be transgender?

 9        A   In -- in some settings, it probably is, yes.

10        Q   Do you think that transitioning, for a        04:07:28

11    transgender person, is something that you find to be an

12    embarrassing concept?

13        A   No.

14        Q   Well, you said that your -- I'm just -- I'm

15    not putting your patient's words in your mouth, but you  04:07:38

16    were describing him as having been embarrassed by the

17    whole thing.  I -- I took that to mean he was

18    embarrassed by having transitioned; is that right?

19        A   Yes, he's now angry at himself and angry at

20    those who facilitated his original transition.        04:07:52

21            But that's one person, you know.

22        Q   But do you feel embarrassment for your

23    patients that have to go through transition?

24            MR. BROOKS:  Objection.

25            THE WITNESS:  Do I feel embarrassment?  No.  I  04:08:09
```

Page 230

```
 1    feel --

 2    BY MS. HARTNETT:

 3         Q   I'm just --

 4         A   No.   That's -- that would not describe a

 5    dominant feeling I have.   I have concern for my          04:08:20

 6    patient.   I have worry about this, but I'm not

 7    embarrassed by it.

 8         Q   Is shame one of the feelings?

 9             MR. BROOKS:   Objection.

10             Of whom?                                         04:08:35

11    BY MS. HARTNETT:

12         Q   Do you (technical difficulty) shame for them?

13             MR. BROOKS:   Objection.

14             THE WITNESS:   I'm a little hard of hearing,

15    and I actually could not discern what you said.          04:08:43

16    BY MS. HARTNETT:

17         Q   Sorry, I'll speak up.

18             I was asking if you felt shame for your

19    patients experiencing transition.

20         A   No, I'm not -- am I ashamed?                     04:08:52

21         Q   Yes.

22         A   No.

23         Q   Do you think that people can change their

24    sexual orientation?

25             MR. BROOKS:   Objection; outside the scope of   04:09:10
```

Page 231

1    this witness's testimony.

2         THE WITNESS:  I think the work of Lisa Diamond

3    has demonstrated that among women who are -- who assert

4    a lesbian identity, that that lesbi- -- there is a lot

5    of two-way traffic between a heterosexual identity and    04:09:43

6    a homosexual identity, or orientation, we would say,

7    and -- so I don't know how to change a person's sexual

8    orientation, but I do think, especially among natal

9    women, sexual orientation is -- people experiment with

10   different ways of life and that there are -- there's    04:10:06

11   more two-way traffic between lesbian and a heterosexual

12   life among women.  There's much more bisexual behavior

13   and bisexual eroticism among natal born females than

14   there is among natal born males.

15        So that would be my answer to your question,    04:10:29

16   without a yes-or-no answer.

17     Q   Do you agree that gay people, on average, have

18   a harder time than straight people, on average, just

19   navigating life?

20     A   Yes.    04:10:40

21        MR. BROOKS:  Objection.

22   BY MS. HARTNETT:

23     Q   Do you have similar views to those you've

24   expressed about caution before encouraging youth to be

25   transgender -- or to inhabit their transgender gender    04:10:51

Page 232

1    identity?  Do you have similar views about youth

2    expressing homosexuality?

3         A    No.

4         Q    Why not?

5         A    Well, again, I think I'm going to make a        04:11:03

6    distinction between homosexuality as it occurs in men,

7    as it occurs in women, and the eroticism of a person is

8    a bunch of fantasies and thoughts and attractions that

9    makes sex comfortable or anxious and makes romance easy

10   or hard to -- to participate in, and given the power of   04:11:37

11   orientation, I believe that people have to come to

12   grips with -- with who they are attracted to and -- and

13   what is easy for them and what is difficult for them.

14          And so I just think that that's part of the

15   human landscape and that people can -- can -- they       04:12:03

16   know -- they know their orientation, and then they have

17   to choose how -- how to act or not act on their

18   orientation, and it's a very personal, private and

19   often difficult decision, and I respect that, and I'm

20   happy to hear about it when it comes up in my gay        04:12:23

21   patients.

22          And, you know, I see a lot of people who have

23   orientations that are not heterosexual.

24        Q    I'm just curious why the same principle

25   doesn't hold for people that have a gender identity of   04:12:37

Page 233

```
 1    transgender, if they have an innate sense that that's

 2    their identity, why would you not approach that the

 3    same way you approach homosexuality.

 4            MR. BROOKS:  Objection.

 5            THE WITNESS:  Because homosexuality does not    04:12:51

 6    involve the -- it's not against the first principle of

 7    medical ethics; above all, do no harm.

 8            It doesn't involve changing the body's

 9    reproductive capacity.  It doesn't change the body's

10    sexual physiology, you see.  It doesn't change the      04:13:08

11    ability to find a love partner, a stable mate.  It --

12    it -- it doesn't -- trans- -- we're talking about here

13    changing the anatomy, changing the physiology, creating

14    the inability to have a child, interfering with the

15    ability to have sexual pleasure as we understand it in  04:13:32

16    the general population as, you know, orgasm.

17            So -- so we understand -- transsexuality is

18    exposing yourself to surgical complications.  And

19    surgical transformation of a teenager, before a child

20    has lived long enough to -- to come to grips with the   04:13:51

21    multiple dimensions of being an older person, that is,

22    a 20-year-old or a 19-year-old, and romance and so

23    forth, that's why it's different.  It's not the same.

24            You're trying to take a principle and -- and

25    apply it to a group of people that -- that you're       04:14:10
```

Page 234

```
 1    talking about the possibility of harming them.  Not

 2    just their -- their -- their reproductive capacity, but

 3    harming them in numerous ways.  And they have to take

 4    responsibility for that choice, and they -- I just have

 5    been saying all morning and all afternoon, I just want    04:14:29

 6    them to be informed.

 7            And, you know, 13-year-old passionate kids

 8    cannot be informed easily.

 9       Q   I'm glad you brought that up.

10            Could you turn to paragraph 202 of your           04:14:49

11    declaration, page 69.

12            MR. BROOKS:  Yeah.  And it was long.  I didn't

13    think it was that long.

14            Page 69.  Let's see here.

15            You said 202.  Yes, we have that on the           04:15:13

16    screen.

17    BY MS. HARTNETT:

18       Q   Yeah, I wanted to ask you, these are within a

19    larger section, well, about various harms that come

20    from, I guess, treating or -- or validating a            04:15:26

21    transgender person's identity.  But this paragraph 202

22    talks about harm to family and friendships, and then

23    203 talks about sexual-romantic harms.

24            Do you see that?

25       A   Yes.                                               04:15:41
```

```
 1        Q    And my question is, the harms you set forth in

 2    these paragraphs -- first of all, you cite your -- only

 3    your own publications for these two paragraphs; is that

 4    correct?

 5        A    Yes, it's my only citation.                    04:15:49

 6        Q    Is there any other basis for these assertions?

 7        A    Well, there's an article in the Archives of

 8    Sexual Behavior about being the fetish object, when --

 9    a transsexual adult talking about -- a survey of

10    transsexual adults, that they get really upset that      04:16:10

11    people want to have sex with them because they're what

12    they call a fetish object, that they're -- they -- they

13    have attractions to transsexuals and they want to have

14    an experience.

15            And so it's really about the frustration of      04:16:25

16    adult tran- -- sexually active transsexual, I think --

17    transsexuals who are complaining about difficulties in

18    romantic relationships because they feel they're being

19    used by people with perverse adventures, some

20    curiosities, as opposed to genuine romantic              04:16:47

21    relationships.

22            So I was happy to read that article because it

23    had confirmed one of the stories that I had been

24    hearing from many patients over the years by --

25        Q    Can you direct me --                            04:17:00
```

Page 236

```
 1        A    Sorry.

 2        Q    What article is that?  Can you direct me --

 3        A    I -- I certainly can get you the reference.

 4   It's in the Archives of Sexual Behavior.  It's probably

 5   within the last two years.  And I think the first        04:17:13

 6   author's name is either -- starts with an A, B or C.

 7            Anyway, I -- you -- it's about tran- -- in the

 8   title, there's something like "transgender and fetish

 9   objects."  So I --

10        Q    Okay.                                          04:17:38

11        A    I can -- if you want, I will eventually give

12   you the exact reference, yeah, but --

13        Q    That's --

14        A    -- you're -- you're not interested in wasting

15   time, I'm sure.                                          04:17:48

16        Q    No, no, I -- I -- I just want to know the

17   basis for these -- these paragraphs, so I appreciate

18   you telling me that.

19            My question is -- you know, I read 202 and

20   203, and you say -- you list various perceived harms     04:17:58

21   and challenges from being transgender; is that fair?

22        A    Yes.

23        Q    What I'm confused about is, is this premised

24   on the notion that there's a way to dissuade someone

25   from being transgender so that they don't have these     04:18:14
```

Page 237

```
 1    outcomes?

 2        A    Exactly.  I -- this is what I'm trying to do.

 3    This is why I say to parents, you know, we have to

 4    support and love this child regardless of what --

 5    what -- what they pass through because mental health is    04:18:35

 6    determined, in part, by the ability to -- to be valued

 7    by your family before you can be valued by other

 8    people.

 9             And I think the outcomes -- I mean, so many of

10    my patients have in fact been alienated from their         04:18:53

11    families.  And -- sorry -- you've heard about runaway

12    kids and throwaway kids and -- and I --

13        Q    Well, why isn't -- sorry, why isn't that

14    the family's --

15             MR. BROOKS:  Counsel -- Counsel, the witness       04:19:08

16    is busy talking, in the middle of his --

17             MS. HARTNETT:  Yeah, I'm aware of that, but

18    he's also taking a long time to respond to

19    straightforward question.

20    BY MS. HARTNETT:                                            04:19:18

21        Q    My question is whether or not --

22             MR. BROOKS:  Counsel, the witness is entitled

23    to finish his answer.

24             MS. HARTNETT:  He's not entitled to

25    filibuster.                                                 04:19:23
```

Veritext Legal Solutions
866 299-5127

```
 1          MR. BROOKS:  He's not filibustering; he's
 2    answering your question.
 3          MS. HARTNETT:  I've been very permissible all
 4    day with his answers, but I'm happy to have him finish
 5    his answer.                                      04:19:35
 6          MR. BROOKS:  Thank you.
 7          If you have -- if you feel that you haven't
 8    finished, you may finish.
 9          THE WITNESS:  I have heard considerable
10    stories over the years about family relationships,    04:19:43
11    about alienations, about isolation.  And in answer to
12    your question, in -- in hearing those stories, it has
13    led me to counsel both the patient and the parents to
14    do whatever they can to maintain their relationships,
15    despite what the child or the grownup, the adult, has   04:20:02
16    decided because I know the suffering of mothers and
17    fathers and grandmothers and grandfathers and of
18    patients.
19          And so it's an adverse outcome to have family
20    alienation.  And from the very beginning, I say the    04:20:19
21    first principle evaluation is to preserve family
22    relationships, and I think you can read that in my 2021
23    paper.
24    BY MS. HARTNETT:
25          Q   My question is -- so in the example of the    04:20:31
```

```
 1    child who's -- or the adolescent who's experiencing

 2    gender dysphoria and would like to be affirmed and the

 3    parents that are horrified, why isn't the answer to try

 4    to work with the parents to be more tolerant and

 5    understanding rather than to try to change the child?    04:20:48

 6        A    I think I do work with the parents.  I do.

 7    But it's not an either-or thing.  It's not an either-or

 8    phenomenon.

 9            And just because --

10        Q    Is your --                                     04:21:07

11        A    Just because we work with a parent doesn't

12    mean I'm capable of changing the parent's behavior,

13    changing the parent's values, changing the parent's

14    knowledge of the child and changing the parent's fear

15    for their future.                                       04:21:22

16        Q    I'm just puzzled by these paragraphs because

17    it strikes me that the person is going to be

18    transgender regardless if they get transgender

19    healthcare and, therefore -- I don't understand the

20    point that giving them healthcare is going to harm them 04:21:37

21    more than they would have otherwise been harmed if they

22    were transgender, but just without healthcare.

23            MR. BROOKS:  Objection; assumes facts not in

24    evidence, argumentative.

25            THE WITNESS:  I accept the fact that you don't  04:21:47
```

Page 240

```
 1    understand.

 2    BY MS. HARTNETT:

 3        Q   Can you explain to me why -- so, I guess --

 4    let me ask you this:  Do you disagree that these people

 5    are transgender even if they don't get the healthcare?    04:21:56

 6            MR. BROOKS:  Objection.

 7            THE WITNESS:  I agree that the patient who

 8    says that "I'm transgender" is currently transgender.

 9    That's what I believe.  They're currently transgender.

10            Do I believe they will always be transgender?    04:22:14

11    No.

12            Can I predict which ones will be transitioned

13    and not?  Not -- not with any certainty, no.

14            But, you see, I believe that many of the

15    assumptions behind your questions is that              04:22:28

16    transgenderism is a fixed phenomenon, it never changes,

17    and I -- if I am correct that that is your assumption,

18    then you and I disagree.

19    BY MS. HARTNETT:

20        Q   And do you agree that there's no evidence       04:22:44

21    to -- assuming those are different assumptions, that

22    there's not evidence out there that would prove either

23    of us correct on that one?

24            MR. BROOKS:  Objection.

25            THE WITNESS:  No, I don't agree with that at     04:22:53
```

```
 1    all.  Not at all.

 2    BY MS. HARTNETT:

 3         Q   Do you believe that --

 4         A   I -- and -- and I give you evidence of

 5    detransition.                                      04:22:59

 6         Q   Is there anything other than anecdotal

 7    evidence to say whether or not gender identity is fixed

 8    versus not labeled?

 9             MR. TRYON:  Objection.

10             THE WITNESS:  You know, you and I have       04:23:13

11    different ideas of what is anecdotal.

12             Is Lisa Diamond's work anecdotal, about

13    homosexuality?  Is that anecdotal?

14             And -- and, you know, there is something

15    called a proof of concept study that if you can       04:23:29

16    demonstrate that it is possible, for example, to cure a

17    particular cancer with a new drug that has never been

18    tried before, that proof of concept then leads to more

19    definitive studies.

20             And we're in -- we're -- we already have proof  04:23:47

21    of concept that -- that there are many people who

22    detransition.

23             In fact, if you look at the UK studies, the

24    two UK studies that have been done in the last, I

25    think, six months, we all now have a rate of            04:24:07
```

Page 242

```
 1    detransition.  We now, for the first time, have a rate

 2    of detransition data.

 3            And so I would say it's not anecdotal.

 4    It's -- it's an emerging new branch of transgender

 5    science, so to speak, or knowledge that the error rate    04:24:24

 6    in trans -- in -- in -- in affirmative care is now

 7    becoming more clear than it ever was.

 8        Q    You are aware that some transgender -- many

 9    transgender people have fulfilling romantic

10    relationships and family relationships; correct?        04:24:37

11            MR. BROOKS:  Objection.

12            THE WITNESS:  I am aware.

13    BY MS. HARTNETT:

14        Q    In paragraph 203, you say (as read):

15            After adolescence, transgender                04:24:47

16            individuals find the pool of

17            individuals willing to develop a

18            romantic and intimate relationship

19            with them to be greatly diminished."

20        A    Yes.                                          04:24:57

21        Q    Do you have any basis for making that

22    statement other than your own anecdotal experience?

23        A    Well, if you look at -- if you look at

24    cross-sectional data about the percentage of people who

25    are married and cohabitating among trans people versus  04:25:09
```

Page 243

```
 1    cis people, there are -- there are far less marriages,

 2    and there are far less stable relationships.

 3            If you look at a series of psychosocial

 4    histories of -- of patients, many of them do not come

 5    to us with stable functional relationships.  I don't --   04:25:31

 6        Q    You --

 7        A    I actually -- I actually don't think this

 8    is -- this is anecdotal, but it is perhaps

 9    impressionistic based upon 50 years of taking care of

10    these people.                                             04:25:50

11        Q    Is it possibly also dated?

12            MR. BROOKS:  I'm -- I'm sorry, I couldn't hear

13    the question.

14    BY MS. HARTNETT:

15        Q    Is the notion also possibly dated?              04:25:57

16        A    Well, the big hope in the trans advocate

17    community has been as society improves, the lives --

18    society recognizes and accepts transgender people,

19    there will be less suffering and less isolation in

20    trans people.  That -- that is -- you can find that in    04:26:15

21    many, many studies that -- that articulate the -- the

22    frequency of psychiatric problems.  And there's the

23    hope that as -- the whole idea of the minority stress

24    theory is that if we improve society, fewer people will

25    suffer.                                                   04:26:40
```

Page 244

```
 1            I don't know whether that -- I hope it's true

 2    that as society has improved its defense of -- of

 3    gender diverse people, that more gender diverse people

 4    will be able to have satisfying, intimate, stable

 5    relationships.  I hope that is true.  And I hope it        04:26:56

 6    will be worked through in ten years.

 7        Q    Thank you.  In the paragraph 202, you say, in

 8    the middle of that paragraph (as read):

 9            "By adulthood, the friendships of

10            transgender individuals tend to be                 04:27:11

11            confined to other transgender

12            individuals (often 'virtual' friends

13            known only online) and the generally

14            limited set of others who are

15            comfortable interacting with                       04:27:24

16            transgender individuals."

17            Do you see that?

18        A    Yes.

19        Q    Is there a basis for that beyond your own --

20    you cite yourself for that, but are you aware of           04:27:39

21    whether or not that actually represents the lived

22    experience of transgender individuals in 2022?

23        A    Well, I think in that sentence, if I could

24    edit it, I would emphasize rather than "by adulthood,"

25    I would say "during adolescence."  And the basis is not   04:28:00
```

```
 1      just my clinical experience.  The basis is the clinical

 2      experience of the people in the psychosocial therapy

 3      group that I mentioned earlier this morning.  That

 4      seems to be a broad consensus, that many of their trans

 5      people are -- have social isolation problems in their      04:28:19

 6      friendships and their romances, and I've seen this in

 7      my practice.  They really are occurring through --

 8      through the Internet.

 9              And when they're not occurring through the

10      Internet, they're occurring with people in the sexual      04:28:34

11      minority community, other people who may not be trans

12      themselves, but who are excited by their trans and

13      supportive of their trans status.

14              So that's the basis of it.

15      Q   You've referred to the trans community, at             04:28:53

16      times, in our conversation today; correct?

17      A   I'm sure I've said that, yes.

18      Q   Are you aware that the trans community, as a

19      general matter, takes issue with your viewpoint?

20              MR. BROOKS:  Objection.                            04:29:08

21              THE WITNESS:  Yeah, I am aware that there are

22      members in the trans community who find me a hateful

23      person and who believe that I'm against medical,

24      surgical and social care and against the civil rights

25      of transgender people.                                     04:29:28
```

Page 246

```
 1              I can't control what they believe about me,

 2      you see.  But I am aware that some people are very

 3      appreciative of me and other people think I'm an enemy.

 4      BY MS. HARTNETT:

 5         Q   If 95 percent of trans people opposed your        04:29:47

 6      methods, do you think that they would make sense to

 7      continue suggesting them for trans people?

 8              MR. BROOKS:  Objection --

 9              THE WITNESS:  What was the --

10              MR. BROOKS:  -- lack of foundation, calls for    04:29:56

11      speculation.

12              THE WITNESS:  What was the last part of your

13      sentence?

14      BY MS. HARTNETT:

15         Q   I'm just trying to ask you if -- like, say,       04:30:04

16      assuming 95 percent of trans people opposed your

17      methods, would you have concern for continuing to

18      promote them?

19              MR. BROOKS:  Objection.

20              THE WITNESS:  To promote my methods?            04:30:13

21      BY MS. HARTNETT:

22         Q   Towards --

23              MR. BROOKS:  Objection.

24      BY MS. HARTNETT:

25         Q   -- trans people.                                 04:30:17
```

Page 247

```
 1        A   My method of -- of informed consent and my

 2   method of -- of being thoughtful and considerate

 3   about -- about -- about the sources and the

 4   consequences?

 5        I don't believe that -- that a person          04:30:32

 6   thinks -- misunderstands my position would make me give

 7   up my position.  If you show me that -- that my

 8   position is not tenable in a -- in a -- in a -- in a

 9   strong scientific basis, I'm certainly able to change.

10        The fact that public opinion, in some          04:30:53

11   commun- -- some sectors of the community, you know,

12   think -- misunderstand me and -- and don't really know

13   what I'm saying, you see, that -- that wouldn't make me

14   give it up.

15        And I don't know how you could assume that      04:31:09

16   95 percent of people, you see.  I don't know -- you're

17   just presuming things.

18        Q   Are you opposed to civil rights for

19   transgender people?

20        A   Absolutely not.  I am not --               04:31:20

21        Q   Do you understand --

22        A   I am not --

23        Q   Sorry?

24        A   -- opposed to civil rights for transsexual

25   people.                                             04:31:26
```

Page 248

```
 1         Q    Do you know that your opinion in this case is

 2    being used to support excluding an 11-year-old

 3    transgender girl from a middle school track team that

 4    wants her to play on it?

 5              MR. BROOKS:  Objection.                    04:31:36

 6              MR. TRYON:   Objection.

 7              MR. BROOKS:  Foundation.

 8              THE WITNESS:  I already told you I don't know

 9    the details of this particular case, the B.P.J.

10    BY MS. HARTNETT:                                    04:31:50

11         Q    I know.  And I'm going to tell you that your

12    opinion is being used by some of the defendants in this

13    case to seek to deny an 11-year-old transgender girl

14    from playing on a girls' cross-country and track team

15    where her school otherwise would be willing to have her  04:31:57

16    play, with the support of her parents and family.

17              MR. BROOKS:  Objection.

18              There's no question pending, so far as I

19    understand.

20    BY MS. HARTNETT:                                    04:32:12

21         Q    Do you know that that's what your opinion is

22    being used for in this case?

23              MR. BROOKS:  Objection.

24              THE WITNESS:  I am not aware.

25    ///
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MS. HARTNETT:

 2        Q   Do you object to your opinion being used to

 3    deny an 11-year-old girl the ability to run on a track

 4    team at her middle school in West Virginia when she's

 5    already otherwise socially transitioning and is          04:32:26

 6    supported by her family and her school?

 7            MR. BROOKS:  Objection; mischaracterizes the

 8    witness's opinions.

 9            THE WITNESS:  I've heard the objection that

10    you're -- you're mischaracterizing my opinion.          04:32:41

11            I -- I don't understand.

12            My opinion has to do with the things I've

13    testified to.  I did not testify to anything about an

14    11-year-old girl.

15            And what you are telling me about, I trust        04:32:54

16    you're telling me the truth.

17            I actually don't think about -- when I think

18    about civil rights, I am thinking much more about, I

19    think, older people, you know, housing, educational

20    discrimination in colleges and things like that,        04:33:18

21    vocation, right to vote.

22            You will have to -- it's a -- it's a new thing

23    for me to even think about the civil rights of a

24    six-year-old or a seven-year-old or an eight-year-old.

25    ///
```

```
 1    BY MS. HARTNETT:

 2        Q   Well, your -- I'll help you.

 3            Your opinion was also submitted in the case of

 4    Lindsay Hecox, a college student who was seeking to run

 5    consistent with her identity, gender identity, on her      04:33:39

 6    college cross-country and track team.

 7        A   Yes.

 8        Q   You're aware that your -- your testimony was

 9    submitted in support of prohibiting her from running on

10    the team?                                                   04:33:51

11            MR. BROOKS:  Objection; mischaracterizes that

12    case.

13            THE WITNESS:  Again, my testimony --

14            MS. HARTNETT:  I'm counsel of record in that

15    case, and I can tell you that I'm accurately               04:34:03

16    characterizing the case, which is that Dr. Levine's

17    declaration was submitted in support of a motion to

18    ban -- to -- to uphold a statute that would not permit

19    Lindsay Hecox to run, consistent with her gender

20    identity, on a college sports team.                        04:34:15

21            And I'm asking him, in light of his statement

22    that he does not oppose transgender civil rights, how

23    he can reconcile that with having his testimony used in

24    this manner.

25            MR. BROOKS:  Objection; argumentative.             04:34:26
```

Page 251

```
 1              The witness has explained that his opinions

 2     are about science.

 3              MS. HARTNETT:  Please stop testifying.

 4              MR. BROOKS:  Please stop arguing.

 5     BY MS. HARTNETT:                                04:34:35

 6        Q    Dr. Levine, how can you reconcile --

 7              (Simultaneous speaking.)

 8              MR. BROOKS:  This is not a debate.  This is a

 9     deposition.

10              MS. HARTNETT:  And this -- you're not the     04:34:45

11     witness, either.  I'd like to ask Dr. Levine and get an

12     answer as to how he can reconcile having his testimony

13     be filed to oppose the participation of a college

14     student on her college team consistent with her gender

15     identity.                                       04:34:59

16              THE WITNESS:  I don't find it easy to

17     reconcile -- this is just part of some of the great

18     conflict embedded in -- in -- my -- my knowledge is

19     about science.  And I do recognize that people

20     interpret what I say in various ways and -- but I don't  04:35:25

21     think I'm responsible for how that is interpreted.  I'm

22     just making statements based on my knowledge, based on

23     my clinical experience.  And I am uncomfortable, at

24     times, with various aspects of what people make of --

25     of what I have said.                            04:35:46
```

Page 252

```
 1              I -- I am uncomfortable, to some extent, by

 2      how the lawyers have used some of my -- you know, at

 3      times.  And I am certainly uncomfortable at how the

 4      trans community has used some of what they think I

 5      stand for.                                          04:36:04

 6              I'm trying to be clear what I -- what I think

 7      and what I stand for.  And I am somewhat uncomfortable,

 8      at times, about many things, including this, but --

 9      BY MS. HARTNETT:

10          Q   Do you understand that you're being paid as an   04:36:16

11      expert witness in both the Hecox case and in this case

12      by the defendants in order to submit testimony that

13      will be used against the participation of the

14      transgender students?

15              MR. TRYON:  Objection.                       04:36:31

16              THE WITNESS:  I don't think I fully understand

17      that.  I don't think -- I don't think that's -- I -- I

18      guess the answer to the question is I don't fully

19      understand it.

20      BY MS. HARTNETT:                                     04:36:48

21          Q   Okay.  Because I -- I'm -- I'm genuinely

22      perplexed because you've said that you're supporting

23      transgender civil rights and you wish for a time where

24      there's less discrimination and that -- yet your

25      submission is not being submitted in a neutral manner   04:36:59
```

Page 253

```
 1    in this case; it's being submitted in support of the

 2    side of the case that's seeking to defend the exclusion

 3    of the transgender student.

 4             And so we don't need to belabor the point, but

 5    I'm just trying to -- I'm happy to tell you that.  And      04:37:11

 6    if you have something you would like to say on the

 7    record as to how you can reconcile the use of your

 8    testimony for that, with the views you've expressed in

 9    this deposition about seeking to make the world better

10    for transgender people, I would appreciate your chance     04:37:24

11    to respond to that.

12             MR. BROOKS:  Objection; mischaracterizes --

13             MR. TRYON:  Objection.

14             MR. BROOKS:  -- testimony and is outside the

15    scope of this witness's expert opinions.                   04:37:30

16             THE WITNESS:  Well, I thank you for pointing

17    that out.  I will think about it more.

18             MS. HARTNETT:  Thank you.

19             I think we can take a break now.

20             THE VIDEOGRAPHER:  We are off the record at       04:37:46

21    4:38 p.m.

22             (Recess.)

23             THE VIDEOGRAPHER:  We are on the record at

24    4:55 p.m.

25             MS. HARTNETT:  Thank you.                         04:55:19
```

Page 254

```
 1   BY MS. HARTNETT:

 2       Q   Hi, Dr. Levine.  We discussed the SEGM

 3   organization earlier.

 4           Do you recall that?

 5       A   I do.                                    04:55:25

 6       Q   And you described it as an evidence-based

 7   organization; correct?

 8       A   Yes.  That's the title, yes.

 9       Q   And you view them as an organization that

10   strictly adheres to the facts; correct?          04:55:35

11       A   Well, facts are interpreted, but, yes, they

12   have a basis in facts.

13       Q   In January, you earlier, in the deposition,

14   mentioned that you did a podcast; correct?

15       A   I did.                                   04:55:53

16       Q   And that podcast was with two of the lead

17   advisors of SEGM; is that right?

18       A   I don't think they're the lead advisors.

19   They're -- they were members of the psychotherapy

20   group.  I don't -- I don't -- I wouldn't describe them  04:56:10

21   as lead advisors to SEGM, no.

22       Q   Okay.  They're -- are they affiliated with

23   SEGM in some way?

24       A   They're members of SEGM, yeah.

25       Q   And that would be Sasha Ayad and Stella   04:56:21
```

Page 255

```
 1    O'Malley; is that right?

 2         A   Yes.

 3         Q   Were the thoughts that you shared with them

 4    during that podcast all truthful?

 5         A   I hope so.                              04:56:32

 6         Q   Okay.  I'm just going to -- and I referenced,

 7    before we went on the record, uploading a few audio

 8    files.  I've excerpted some excerpts from the talk you

 9    gave, which was, for the record, available at

10    https://gender-a-wider-lens.captivate.fm/episode/60-     04:56:53

11    pioneers-series-we-contain-multitudes-with-Stephen --

12    S-T-E-P-H-E-N -- Levine, dated January 28th, 2022.

13              Dr. Levine, do you recall whether the podcast

14    was -- the conversation you had with Ms. O'Malley and

15    Ms. Ayad actually took place on January 28th?           04:57:38

16         A   I think it did, yes.

17         Q   Okay.  So I'm going to just play for you an

18    excerpt, and I'll ask you a question about it.

19              MS. HARTNETT:  Could you please play

20    Exhibit 89.                                             04:57:56

21              (Exhibit 89 was marked for identification

22           by the court reporter and is attached hereto.)

23              THE WITNESS:  I'm not hearing anything.

24              THE VIDEOGRAPHER:  Just -- just a moment.  I

25    believe he's working on it.                             04:58:22
```

                                                    Page 256

```
 1              MR. REISBORD:  Were you unable to hear that?

 2              THE VIDEOGRAPHER:  Correct.

 3              MS. HARTNETT:  We did not hear that.

 4              MR. REISBORD:  Let my try one more time.

 5              (Video Clip Played.)                      04:58:40

 6              "In 1973" --

 7              MR. REISBORD:  Are you able to hear that?

 8              MS. HARTNETT:  Yes.

 9              THE WITNESS:  Yes.

10              MR. REISBORD:  Okay.                       04:58:45

11              (Video Clip Played.)

12              "In 1973, after 30 days in -- in practice, I

13    was at a department of psychiatry and had a halftime

14    private practice.  I got a man who told me he was

15    sitting in the backyard with a gun in his mouth, under  04:59:00

16    his oak tree, and he decided either to kill himself" --

17              MS. HARTNETT:  We can't hear it anymore.

18              (Video Clip Played.)

19              -- "see a psychiatrist who used to be my

20    supervisor a month ago, and my supervisor said, Well,   04:59:17

21    there was an expert in human sexuality down at the

22    university.  Why don't you go see him?

23              "And that was the beginning of my career

24    working with people who wanted to change their sex.

25              "You know, he almost killed himself at that  04:59:33
```

Page 257

```
 1    point in 1973."

 2    BY MS. HARTNETT:

 3        Q    Dr. Levine, was that the patient that you were

 4    referring earlier to in the deposition?

 5        A    Yes.                                    04:59:48

 6        Q    Rutherford or Ruth; correct?

 7        A    Yes.

 8            MS. HARTNETT:  Could you play tab 40, please.

 9            MR. REISBORD:  Tab 40 would be Exhibit 90.

10            MS. HARTNETT:  Oh, sorry, thanks.          05:00:07

11            (Exhibit 90 was marked for identification

12          by the court reporter and is attached hereto.)

13            (Video Clip Played.)

14            "And -- and nine years later, he in fact did

15    kill himself after he changed his gender and left his   05:00:11

16    family and left his country and then returned back to

17    live in America and just decided to end his life.  So

18    that was my introduction, my nine-year introduction, to

19    adults who wanted to change their sex.

20            "This was a highly accomplished man.  He was    05:00:30

21    the head of our county library system.  He had a degree

22    in divinity.  And he was a joy to talk to.  And he --

23    one day, about four years before he actually killed

24    himself, he slashed his -- at his neck, and when he was

25    admitted to the hospital, he -- he told me that I was    05:00:55
```

Page 258

```
 1    deficient as a therapist because I failed to

 2    investigate how angry he has been all of his life at

 3    his parents."

 4    BY MS. HARTNETT:

 5        Q    Dr. Levine, is what was just played an          05:01:10

 6    accurate account of -- I'm sorry, is -- is what -- do

 7    you stand by the account that you provided to SEGM, as

 8    just played in that sequence?

 9            MR. BROOKS:   Objection to the description.

10            THE WITNESS:   Are you asking if -- if -- if I   05:01:28

11    said these things that you're recording --

12    BY MS. HARTNETT:

13        Q    Yeah, thank you, I'll ask a better question.

14            Is that what you said on the SEGM podcast

15    earlier this year?                                       05:01:40

16        A    I don't call this "the SEGM podcast."   This is

17    a --

18        Q    I'm sorry.

19        A    -- podcast of these two women who have a

20    business in providing information to others who are     05:01:47

21    interested.

22            So I --

23        Q    Okay.

24        A    -- did say these things, as you -- as is

25    obvious, I said these things.                            05:01:56
```

Page 259

```
 1        Q    And they were truthful; correct?

 2        A    Was I telling the truth?  Yes --

 3        Q    Yes.

 4        A    -- I was -- I tell --

 5        Q    Okay.                                   05:02:06

 6        A    -- the truth.

 7        Q    Sorry, it's partially a formality of -- I'm

 8   just trying to confirm that what you were saying to

 9   them is also true today, and so that's why I'm asking

10   you the question, but I won't refer to it as "the SEGM   05:02:17

11   podcast."

12             MS. HARTNETT:  Could you please play tab 41,

13   Exhibit 91.

14             (Exhibit 91 was marked for identification

15        by the court reporter and is attached hereto.)     05:02:24

16             (Video Clip Played.)

17             "It was quite an educational experience for

18   me, both as a he and as a she, and -- and she and I

19   wrote a paper in the Archives of Sexual Behavior in

20   19-, I think, -83 called Increasingly Ruth: Towards an   05:02:37

21   understanding of sex reassignment surgery.

22             And then in 1984, when he died, I wrote a

23   letter to the editor about Ruth's suicide.

24        Q    Dr. Levine, was that a recording of you

25   speaking to the podcast earlier this year?              05:03:03
```

Page 260

```
 1        A    Yes.

 2        Q    You mentioned that you wrote a letter to the

 3   editor after Ruth's death, and in that letter, you said

 4   that Ruth's unfortunate legacy to those who invested in

 5   her is psychologic injury due to her abandonment of      05:03:18

 6   them; is that correct?

 7        A    Would you repeat that?  I don't recognize

 8   those words.

 9             Would you repeat them slowly?

10        Q    I'm sorry.  Ruth's unfortunate legacy to those  05:03:30

11   who invested in her is psychologic injury due to her

12   abandonment of them.

13        A    Yes, that was --

14        Q    Did you write that?

15        A    Yes.  I don't want to give you more            05:03:39

16   information than you're asking for, but -- the answer

17   to your question is yes.

18        Q    Thank you.

19             MS. HARTNETT:  Could you play tab --

20   Exhibit 92, please.                                      05:04:01

21             (Exhibit 92 was marked for identification

22          by the court reporter and is attached hereto.)

23             (Video Clip Played.)

24             "So I've been accused of being very

25   conservative on this issue and biased by -- by that      05:04:06
```

Page 261

```
 1    experience, and, in fact, I plead guilty.  I am -- I --
 2    I -- that was my introduction."
 3            Female:  "Yeah."
 4            "And it -- and, unfortunately, it's not the
 5    only case of -- of people who have aspirations who          05:04:21
 6    think that their troubles as a person will disappear
 7    if -- if they change their gender presentation and
 8    change their bodies and -- and only to discover that
 9    life is not as easy as they imagined, and they didn't
10    escape much.                                                05:04:44
11            "So I plead guilty to being biased, and I
12    think all of us have a kind of bias, and we ought to
13    own it."
14    BY MS. HARTNETT:
15        Q   Dr. Levine, were those your statements on the      05:04:55
16    podcast earlier this year?
17        A   Yes.
18        Q   And were they your truthful statements?
19        A   Yes.
20            MS. HARTNETT:  Could you please play               05:05:10
21    Exhibit 93.
22            MR. TRYON:  This is Dave Tryon.  I'm going to
23    object to --
24            (Video Clip Played.)
25            "I have a Mas-" --                                 05:05:16
```

                                                        Page 262

```
 1              MR. TRYON:  I'm going to object to to playing

 2      these excerpts without the full context.

 3              MS. HARTNETT:  And I will just say for the

 4      record that there is -- I think the -- the person that

 5      gave the podcast knows the context, and I've given the    05:05:26

 6      web URL for anyone to look at the full context.

 7      There's not a written transcript online.

 8              MR. TRYON:  My objection stands.

 9              MS. HARTNETT:  Of course.  Thank you.

10              Could you play Exhibit 93, please.                 05:05:43

11              (Exhibit 93 was marked for identification

12          by the court reporter and is attached hereto.)

13              (Video Clip Played.)

14              "I have a Master's prepared person, just got

15      out of her -- her internship, who told me how you're      05:05:48

16      supposed to treat transgender people, and I was just

17      astounded.

18              "I gave a seminar two years ago to residents

19      who told me -- residents in psychiatry -- who told me

20      how trans people ought to be treated.                     05:06:05

21              "See, they had a chain in trust.  Somebody

22      taught them, and they believe it, the passion, they

23      believe it.  They have the zeal of the new -- of the

24      convert to being a psychiatrist or being a counselor,

25      whatever it is.  And -- and -- and when I give them       05:06:21
```

Page 263

```
1   facts, they think I'm an outlier or they think I'm an

2   old fuddy-duddy, there's something wrong with me.  They

3   don't believe me.

4        "Because the truth is that trans is normal,

5   you see, and -- and that they can have highly          05:06:33

6   successful lives, just like anybody else.

7        "And it's not based on experience.  It's

8   certainly not based on any scientific scrutiny, you

9   see.

10        "And so what I'm really saying is that so many   05:06:46

11   of the doctors just practice how they've been taught to

12   practice.  They -- they -- we -- we -- none of us have

13   the brain power -- we take care of so many different

14   things, we can't be experts in -- in -- in the original

15   train of -- that chain of trust at all, you see.       05:07:05

16        "So of course we oversimplify everything.

17        "And, you know, there -- we rely on -- on a

18   few skeptics like -- like the three of us."

19   BY MS. HARTNETT:

20        Q   Dr. Levine, was that clip of you speaking on  05:07:22

21   the podcast earlier this year?

22        A   It is.

23        Q   Was that your truthful statements?

24            MR. TRYON:  Objection.

25   ///
```

Page 264

```
 1    BY MS. HARTNETT:

 2         Q    Sorry?

 3         A    I said --

 4         Q    I --

 5         A    -- those things that you heard on the podcast,    05:07:44

 6    yes.

 7         Q    And were they your truthful statements?

 8         A    Yes.

 9              MS. HARTNETT:   Okay.   Could you play

10    Exhibit 94, please.                                          05:07:53

11              (Exhibit 94 was marked for identification

12           by the court reporter and is attached hereto.)

13              (Video Clip Played.)

14              "And then three years later, there was the six

15    standards of care that was almost word for word for          05:07:59

16    what our group did except for one letter was necessary.

17    That is, he wanted to make it easier to get

18    transgender."

19    BY MS. HARTNETT:

20         Q    Dr. Levine, was that you speaking on the           05:08:15

21    podcast earlier this year?

22         A    Yes.   And it's my truthful statement.

23         Q    Thank you.   You used the term "get

24    transgender" on that clip.   I was just wondering what

25    you mean by that.                                            05:08:27
```

Page 265

```
 1        A    I think that was referring to hormones, access

 2   to hormones.

 3            We used to have a standard that two

 4   independent individuals or one group committee were

 5   required to write a recommendation for hormones, and      05:08:44

 6   Dr. Richard Green, who was the head of the organization

 7   at the time, didn't like that at all.  He was a strong

 8   advocate of immediate care.  And he told me so, he

 9   didn't like it.  And -- and he reconstituted --

10   accepted the fifth standards of care, and he formed a     05:09:05

11   new committee with the -- you know, with the charge to

12   get rid of that criteria for hormones.

13        Q    Do you typically use the term "get

14   transgender"?

15        A    No.  This was a spontaneous conversation.  I    05:09:24

16   don't -- it's a funny phrase.  I don't know.  It came

17   out of my mouth.  I don't know why.  That's --

18        Q    Okay.

19        A    -- not my usual language.

20            But again, this was not a paper I was            05:09:33

21   delivering that I, you know, worked on.  This is

22   something that happened rather spontaneously.

23        Q    I understand.

24            MS. HARTNETT:  Could you please play

25   Exhibit 95.                                                05:09:49
```

                                                          Page 266

```
 1              (Exhibit 95 was marked for identification

 2         by the court reporter and is attached hereto.)

 3              (Video Clip Played.)

 4              "I think it's time for a re-examination of the

 5    wisdom of affirmative care.  I'm not saying affirmative   05:09:55

 6    care doesn't help some people, but I'm not so sure how

 7    many people it harms."

 8    BY MS. HARTNETT:

 9         Q   Dr. Levine, was that your truthful statement

10    on the podcast earlier this year?                         05:10:09

11         A   It --

12              MR. TRYON:  Same objection as before.

13              Thank you.

14              You may answer.

15              THE WITNESS:  I -- it is my true statement.      05:10:18

16              I'm still not sure what percentage of people

17    are ultimately harmed and how to measure those harms

18    and when to measure those harms.

19              MS. HARTNETT:  Thank you.

20              Could you play tab -- sorry -- Exhibit 96,       05:10:33

21    please.

22              (Exhibit 96 was marked for identification

23         by the court reporter and is attached hereto.)

24              (Video Clip Played.)

25              "The problem is that we do not have rigorous     05:10:38
```

Page 267

```
 1    follow-up studies of people who made the transition."

 2    BY MS. HARTNETT:

 3        Q   Dr. Levine, is that your truthful statement

 4    made earlier this year?

 5            MR. TRYON:  Objection.                     05:11:00

 6            THE WITNESS:  Yes.

 7            MR. TRYON:  I just want to place on the record

 8    evidence rule 106.  Thank you.

 9            Go ahead and answer.

10    BY MS. HARTNETT:                                   05:11:05

11        Q   Dr. Levine, do you agree that there is not

12    rigorous follow-up studies of people who have made the

13    transition?

14        A   Yes.  I believe I testimony -- I testified to

15    that earlier today.                                05:11:24

16        Q   And for all of these statements that I've

17    asked you about, do you stand by those statements,

18    sitting here today?

19        A   Number one, I have said those things, and I

20    believe them to be essentially correct today, yes.  05:11:36

21        Q   And, thank you, I'm asking only to -- in light

22    of the objection, not to repeat my questions to you.

23            MS. HARTNETT:  Could you please play

24    Exhibit 97.

25            (Exhibit 97 was marked for identification   05:11:48
```

Page 268

1              by the court reporter and is attached hereto.)

2              (Video Clip Played.)

3              "The people who come to me who are depressed,

4    you know, those -- those -- after transition, those are

5    just anecdotal reports.  I have no idea what the --        05:12:00

6    what the denominator is, you see."

7    BY MS. HARTNETT:

8        Q    Dr. Levine, do you agree with the statement

9    that was just played?

10       A    Yes.                                              05:12:10

11             MS. HARTNETT:  Could you please play

12   Exhibit 98.

13             (Exhibit 98 was marked for identification

14         by the court reporter and is attached hereto.)

15             MR. TRYON:  Counsel, before you play it --       05:12:19

16             MS. HARTNETT:  Yes.

17             MR. TRYON:  Counsel, will you just agree to

18   give me a standing objection to these excerpts?

19             MS. HARTNETT:  Yes.

20             MR. TRYON:  Thank you.                           05:12:28

21             (Video Clip Played.)

22             "And -- and because we don't know, because we

23   don't know, I think we have to say why do we have all

24   this enthusiasm, why do we have all this chain of trust

25   passion that this is the best treatment.  We don't know   05:12:46

                                                          Page 269

```
 1    is the best treatment, you see."

 2    BY MS. HARTNETT:

 3        Q   Dr. Levine, do you agree with that statement

 4    that you made earlier this year?

 5        A   I do.                                    05:12:58

 6            MS. HARTNETT:  Could you please play

 7    Exhibit 99.

 8            (Exhibit 99 was marked for identification

 9         by the court reporter and is attached hereto.)

10            (Video Clip Played.)                     05:13:05

11            "Now, I want to quickly say that while I'm an

12    advocate of someone who thinks or wants to be or

13    considers themselves a transgendered person, I think

14    they ought to have a psychotherapeutic approach before

15    they make any -- any life-changing decisions, but I    05:13:22

16    admit that I have no follow-up.  This is not on the

17    basis of randomized control study.  I am in the same

18    difficult position that the affirmative care doctors

19    are in, only I have more faith based upon a hundred

20    years of doing psychotherapy as a tradition, you see,   05:13:42

21    and they only have a few years, with no follow-up."

22    BY MS. HARTNETT:

23        Q   Dr. Levine, is that your truthful statement?

24        A   Yes.

25            MS. HARTNETT:  Could you please play          05:14:02
```

Page 270

```
 1    Exhibit 100.

 2              (Exhibit 100 was marked for identification

 3          by the court reporter and is attached hereto.)

 4              (Video Clip Played.)

 5              "So -- so what I'm saying is that in the early    05:14:05

 6    studies, the death rates from cancer and cardiovascular

 7    disease and -- and accidents were -- were elevated and

 8    what -- and what that really means is that the

 9    lifestyle things predispose them to physical diseases.

10              "So, you know, if you're a parent, you --         05:14:27

11    you -- you want to die -- you want to die before your

12    children, you see.

13              "So for many -- for many of these kids,

14    they're going to be sick.

15              "And I just saw a slide of the famous --          05:14:41

16    Jazz Jennings.  Do you know that name?

17              Female:  Yeah.

18              "Apparently Jazz Jennings was a very thin,

19    very attractive person when she had surgery, and in the

20    postoperative time, she's now grossly obese.  She is --    05:14:58

21    I saw a picture of her.  She is grossly obese.

22              "So, you know, this is one of the -- this is

23    one of the things that never gets talked about, what

24    are the physical manifestations, what are the

25    psychological manifestations, what are the outcomes."      05:15:13
```

                                                    Page 271

```
 1    BY MS. HARTNETT:

 2        Q   Dr. Levine, is that your truthful statement?

 3        A   Yes.

 4        Q   Is it your contention that Jazz Jennings is

 5    grossly obese because she had gender confirmation          05:15:29

 6    surgery?

 7        A   No.  She became grossly obese after gender

 8    confirmation surgery.  In addition, she had -- she had

 9    other problems as well, I think.

10            I only know that because Jazz Jennings is a       05:15:50

11    public, you know, celebrity, so to speak, and people

12    talk about her and people showed me pictures of her.

13            So I've never -- that's -- that's what I know.

14        Q   But you've never met Jazz Jennings; correct?

15        A   I have never met Jazz Jennings.                   05:16:09

16            MS. HARTNETT:  Could you play Exhibit 101,

17    please.

18            (Exhibit 101 was marked for identification

19          by the court reporter and is attached hereto.)

20            (Video Clip Played.)                              05:16:19

21            "And the -- the affirmative care doctors like

22    to blame all these comorbidities and the shortened

23    lifespan on minority stress, and you would -- I

24    think -- I think we recognize that it is stressful to

25    be -- to belong to a sexual minority, but -- but        05:16:32
```

```
 1    children who are cross-gender identified, who have

 2    separation anxiety and depression and so forth, they're

 3    not -- they're not having minority stress.

 4            "And -- and the kids who -- you know, if

 5    you -- if you walk in -- if you walk in and see your      05:16:50

 6    postpartum depressed mom hanging from the rafters and

 7    then you decide three weeks later that you're going to

 8    change your gender, this is not minority stress."

 9    BY MS. HARTNETT:

10        Q   Dr. Levine, is that your truthful statement?      05:17:07

11        A   Yes.

12        Q   Are you aware of any example of an actual kid

13    who walked in and saw their postpartum depressed mom

14    hanging from the rafters and three weeks later decided

15    to change gender?                                         05:17:22

16        A   Absolutely.

17        Q   Can you tell me what -- where is that example?

18        A   I think that case was presented to me.

19        Q   By whom?

20        A   One of my staff.  Or it was presented to me,      05:17:33

21    you know, by somebody else.

22            Occasionally, I supervise other people.

23            But that came -- that -- that came from a

24    recent -- a recent January 20th case history that I

25    heard.                                                    05:17:53
```

Page 273

```
 1              It -- it has to do, you see, with not taking a

 2      history, giving people, very quickly, affirmative care

 3      and not appreciating the forces that might have shaped

 4      this -- that -- that may be very -- that may play out

 5      and may -- very difficult to have a happy, successful      05:18:15

 6      life as a trans person.

 7              So I -- I can't give you the -- I can't tell

 8      you at the moment who told me that, but I can tell you

 9      I am not telling -- I am telling the truth.  This is

10      what I recently heard prior --                             05:18:34

11         Q   Was that as a -- sorry.

12         A   Pardon me.

13         Q   Was that -- was that an anecdote that came to

14      you from somebody in your clinic?

15         A   As I said before, it might have been someone      05:18:43

16      in my clinic; it might have been some other

17      professional who talked to me about that.

18         Q   Do you know if the person at issue, the --

19      the -- that was seeking a transition, whether they had

20      any signs of gender dysphoria prior to the mom hanging    05:18:58

21      from the rafters?

22         A   I think the implication was that they hadn't,

23      but I don't remember enough details to -- I couldn't

24      tell you the case history.  That's the aspect of the

25      case history that I recall.                                05:19:18
```

Page 274

```
 1        Q    Thank you.

 2             MS. HARTNETT:  Can you play Exhibit 102,

 3    please.

 4             (Exhibit 102 was marked for identification

 5          by the court reporter and is attached hereto.)   05:19:26

 6             (Video Clip Played.)

 7             "Lots of girls have temporary eating

 8    disorders, and some of them end up overcoming it, but

 9    they overcome it sometimes by becoming vegetarians or

10    vegans.  So it's okay, and it's much better.  It's much   05:19:42

11    better than having an eating disorder."

12    BY MS. HARTNETT:

13        Q    Dr. Levine, was that your truthful statement?

14        A    Yes.

15        Q    What point were you trying to make by drawing   05:19:59

16    an analogy to eating disorders and vegetarians and

17    vegans?

18        A    I think you would have to play for me what

19    preceded that, but off the top of my head today, two

20    months after I made that statement, more than two   05:20:14

21    months after I made that statement, I was probably

22    making reference to the fact that among adolescent

23    girls who declare themselves to be trans boys, a large

24    percentage of them have a pre- -- a predeclaration

25    eating disorder, that this is part of the -- the   05:20:35
```

Page 275

```
 1    psycho- -- the -- if we can agree that an eating

 2    disorder is a true problem and not just a dietary of

 3    something or other, the -- this evidence of the

 4    psychopathology that precedes transgender

 5    identification, the crystallization of a trans          05:20:59

 6    identification, eating disorder is just another way of

 7    self-harm where -- where one cannot live comfortably in

 8    the self as it is developing.

 9          So that's probably what I was making reference

10    to, the pre-crystallization of a transgender, the       05:21:18

11    problems that are some- -- that are often seen in girls

12    prior to their coming out as a trans boy.

13       Q   Is it your view that you could correct the

14    eating disorder and the person may stop identifying as

15    transgender?                                             05:21:38

16       A   Well, I think most eating dis- -- what I was

17    saying -- I think you misunderstood -- is the -- the

18    prelude to the eating disorder was transgender.  I will

19    say if you could help the person understand the

20    motivation for the eating disorder and help her to come  05:22:00

21    to grips with what she's doing is harmful to herself in

22    the short and in the long run, then it wouldn't -- it

23    may prevent -- it may help her to find another

24    solution, for example, becoming a vegan or -- that

25    would be a benign -- a less -- less problematic          05:22:25
```

Page 276

```
 1    solution than having to become transgender, forget her

 2    eating disorder and focus on something else in a way

 3    that dominates her life.

 4          So you -- you dominate your life by thinking

 5    that you're too fat when you're 93 pounds, and now        05:22:43

 6    you're domi- -- you give that up, and then you dominate

 7    your life because you're really a boy trapped in a

 8    girl's body and --

 9          So I'm telling you, as a psychiatrist, life is

10    complicated and histories are complicated and our        05:22:57

11    ability to predict things is not very good, and I just

12    want us to rely on science, as -- whatever the

13    limitations of sciences are, I want to rely on science

14    and not something shorter than science, you know,

15    fervent, passionate beliefs, whatever.                   05:23:19

16      Q   So in that instance -- I'm just trying to make

17    sure I understand -- your -- the idea would be that

18    it's better to end up being vegan than transgender?

19      A   If -- if you put it in that way, if you reduce

20    everything to that simplicity, I guess the answer is it  05:23:35

21    would be better to have a -- that would be a better

22    supplementation of your original concerns about

23    yourself and your body and the sexual meaning of your

24    body than it is to repudiate your femininity entirely

25    and try to remove your breasts surgically and take       05:23:56
```

Page 277

```
 1    hormones and so forth, yes.

 2           MS. HARTNETT:  Could you play Exhibit 103,

 3    please.

 4           (Exhibit 103 was marked for identification

 5        by the court reporter and is attached hereto.)   05:24:04

 6           (Video Clip Played.)

 7           "It's your current sexual identity --

 8           Female:  Yeah.

 9           -- "you see.  I mean, I'm sure I've had

10    identities -- I used to be a stamp collector, you know.   05:24:15

11    I had an identity as a stamp collector.  And I don't

12    collect stamps anymore."

13    BY MS. HARTNETT:

14        Q   Dr. Levine, are those your truthful

15    statements?                                          05:24:28

16        A   I was a stamp collector.

17        Q   I was a baseball card collector.

18           Is being transgender like being a stamp

19    collector?

20        A   No.                                          05:24:38

21           MS. HARTNETT:  Could you play tab --

22    Exhibit 104, please.

23           (Exhibit 104 was marked for identification

24        by the court reporter and is attached hereto.)

25           (Video Clip Played.)                          05:24:55
```

Page 278

```
  1            "I think the doctor's responsibility is to

  2     diagnose this, understand the factors that is pushing

  3     the child in that direction and the family in that

  4     direction and to inform what -- the parents and the

  5     child of what is known and what is not known and what      05:25:10

  6     the alternative treatments are, and the parents and the

  7     child make the decision, not the doctor.  The doctor

  8     does not have the data to make the decision."

  9     BY MS. HARTNETT:

 10         Q   Dr. Levine, is that your truthful statements?      05:25:28

 11         A   That is, although I'm embarrassed, but I used

 12     the wrong -- I should have said "are" and not "is" in

 13     the first sentence.

 14         Q   I think I just did the same thing.

 15             I have one more excerpt to play.                   05:25:42

 16             MS. HARTNETT:  Could you play Exhibit 105,

 17     please.

 18             (Exhibit 105 was marked for identification

 19         by the court reporter and is attached hereto.)

 20             (Video Clip Played.)                               05:25:48

 21             "So if I'm an expert in something, it's a very

 22     narrow topic I'm an expert in.  Even though I'm a

 23     doctor and you -- somebody may think, well, he's a

 24     doctor; right?  But the doctor doesn't know much about

 25     most things.                                               05:26:01
```

Page 279

1          "And -- and there is the wisdom, I think, is

2     the difference between demagoguery, which I think many

3     affirmative care doctors are demagogues, and experts,

4     many of whom are just uneasy about what is not known."

5     BY MS. HARTNETT:                              05:26:23

6          Q   Dr. Levine, were these your truthful

7     statements from earlier this year?

8          A   Yes.

9          Q   Do you consider yourself to be a demagogue or

10    an expert?                                    05:26:36

11         A   I consider myself, on this issue of the

12    scientific basis of -- of trans delivery -- care

13    delivery, to be an expert in this very narrow field

14    because my definition of an expert, knows the

15    difference between what is known and what is not known,  05:26:53

16    you see.

17         On many subjects that I have to work on every

18    day as a psychiatrist, I -- I have -- I -- I'm not sure

19    what -- the difference between what I know and what is

20    known by more expert people in the field.     05:27:10

21         I seem to have enough to have credentials as a

22    practicing doctor, but I'm not an expert in most things

23    I take care of.

24         When it comes to the data about this matter of

25    trans care, I feel I'm a relative expert, and I think I  05:27:28

Page 280

```
 1    have more perspective and more basis for that

 2    perspective than many people who have been taught how

 3    to take care of transgender people.

 4         Q   Do you believe Dr. Adkins is a demagogue?

 5         A   I don't know Dr. Adkins well enough to -- to      05:27:49

 6    make that decision.  I don't want to be insulting at

 7    all to my colleagues, but if -- if Dr. Adkins believes

 8    this is genetically determined and if she believes that

 9    it's fixed and if she believes she's helping and she

10    has evidence that she's helping people live happy lives   05:28:11

11    for the next 40 years, I believe she is much more

12    closer to my definition of a demagogue than, say, a

13    person who can't distinguish between what she knows and

14    what is known versus an expert.

15              But I don't want to pass judgment on her         05:28:27

16    because, you know, I've just read her report, that's

17    all.

18         Q   How about Dr. Safer, would you have the same

19    view there, that -- do you believe he's a demagogue, or

20    you wouldn't want to pass judgment?                        05:28:39

21         A   You know, one of the ethical principles of

22    being a doctor is to speak respectfully of one's

23    colleagues.

24              I -- I would say, I just want to repeat, that

25    most practicing doctors have a belief system that         05:28:58
```

Page 281

```
 1    they're working on the side of angels, and that's a

 2    different set of ideas than what science has already

 3    demonstrated.

 4         So to the extent that people believe,

 5    passionately believe, that what they are doing is      05:29:10

 6    ensuring a -- a -- a productive, successful,

 7    asymptomatic, fulfilling life and there's no evidence

 8    for it, well, I think they're not -- they shouldn't be

 9    certain about that.

10         And they're closer to an ordinary physician or    05:29:30

11    a demagogue than they are to an expert.

12      Q   Thank you.  Could you just -- I have a --

13    hopefully, a couple of final questions about your

14    expert report.

15         Could you pull that back up?  That was            05:29:44

16    Exhibit 87.

17         MR. BROOKS:  Coming, coming.

18    BY MS. HARTNETT:

19      Q   And I'm going to be just going to

20    paragraph 81.                                          05:29:54

21         MR. BROOKS:  Which is on.

22         MS. HARTNETT:  It's on -- take your time, but

23    page 31, paragraph 81.

24         MR. BROOKS:  What heading are we under here?

25         MS. HARTNETT:  You are under --                   05:30:10
```

Veritext Legal Solutions
866 299-5127

```
 1              MR. BROOKS:  I see it.  I see the heading at

 2      the top of page 30.

 3              Is that the right heading?  Am I missing

 4      anything --

 5              MS. HARTNETT:  Correct.                    05:30:23

 6              MR. BROOKS:  -- or is that --

 7              Under "Opinions and practices vary widely..."

 8      Okay.

 9              And then you said paragraph 81?

10              MS. HARTNETT:  Right.  And this is a paragraph  05:30:29

11      about -- Dr. Levine is describing a Lichenstein

12      article; is that correct?

13              MR. BROOKS:  Let me just say, Dr. Levine, if

14      you want to look at any paragraphs between the heading

15      and this one, for context, you should feel free to, or  05:30:46

16      if not -- if you don't feel the need, then you don't

17      need to.

18              THE WITNESS:  Okay.

19      BY MS. HARTNETT:

20          Q   So this paragraph is talking about, in your     05:31:09

21      words, the "loose standards" at Dr. Safer's clinics at

22      Mount Sinai in Columbia; correct?

23          A   Yes.

24          Q   And do you say that he's -- I'm just reading

25      from the first sentence, but you a say at least one     05:31:22
```

Page 283

```
 1    prominent clinic, quote, is quite openly admitting

 2    patients for even surgical transition who are not

 3    eligible under the criteria set out in WPATH's

 4    Standards of Care.

 5            Do you see that?                              05:31:36

 6       A    Yes.  The last sentence, right.

 7       Q    Is it your understanding that patients were

 8    receiving care there without meeting the WPATH

 9    standards?

10       A    WPATH standards are just one set of standards,  05:31:53

11    and I guess Dr. Safer has a different set of standards.

12            I don't think that WPATH needs to be followed,

13    you know.  I don't think they're -- they are in fact

14    the standards of care.  They are just an organization

15    that is providing some guidelines, which they call     05:32:19

16    standards of care, but aren't true standards of care.

17    They're just guidelines from a professional

18    organization that is -- that is an advocacy

19    organization for -- for the treatment -- for

20    affirmative treatment.                                 05:32:36

21       Q    But are you aware that Mount Sinai went

22    through the process of having those people satisfy the

23    WPATH standards before they had surgery notwithstanding

24    that they would have also met the other standards set

25    forth by Sinai?                                        05:32:47
```

```
 1              MR. BROOKS:  Objection.

 2              THE WITNESS:  I'm -- I'm not deeply involved

 3      in the process of how Dr. Safer has done his work.

 4      This would be not an area of my expertise about --

 5      about his criteria.                              05:33:04

 6      BY MS. HARTNETT:

 7          Q   I guess my question for you is whether you

 8      know, sitting here today, whether in fact Dr. Safer's

 9      center allowed patients to have surgery under what you

10      call the "loose standards" without satisfying WPATH.   05:33:17

11          A   Well, it was my understanding from the quoted

12      study that -- that he was providing -- or giving

13      permission for surgical care for people who may not

14      have met the few criteria that -- that we have -- had

15      organized in 2000- -- in, you know, the seventh        05:33:44

16      edition.

17          Q   Did you read the Lichtenstein article before

18      citing it here?

19          A   I must have read it, but it's probably one of

20      hundreds of articles, and right now, I can't recall the  05:33:54

21      details.

22          Q   Thank you.

23              MS. HARTNETT:  Could I take a -- go off -- I

24      think I'm almost -- or -- done, if not done.

25              But could we go off the record briefly for me   05:34:06
```

                                                     Page 285

1    to collect my nets and then hopefully we'll be done?

2           THE VIDEOGRAPHER:  We are off the record at

3    5:34 p.m.

4           (Recess.)

5           THE VIDEOGRAPHER:  We are on the record at        05:44:53

6    5:45 p.m.

7           MS. HARTNETT:  Thank you, Dr. Levine.  I have

8    no further questions, but reserve the right to any

9    recross if there's further questioning of you.

10          THE WITNESS:  You're welcome.                     05:45:12

11          MS. HARTNETT:  Thank you.

12          MR. BROOKS:  Speaking for the -- Roger Brooks,

13   speaking for the intervenor, I have no questions for

14   the witness.

15          MR. TRYON:  This is Dave Tryon on behalf of        05:45:20

16   the State of West Virginia.

17          Dr. Levine, thank you for your time.

18          I have no questions.

19          MS. MORGAN:  This is Kelly Morgan on behalf of

20   the West Virginia Board of Education and Superintendent   05:45:29

21   Burch.  I have no questions.  Thank you.

22          MS. DENIKER:  Dr. Levine, this is Susan

23   Deniker, counsel for defendants Harrison County Board

24   of Education and Superintendent Stutler, and I have no

25   questions for you.

Page 286

```
 1              Thank you for your time.

 2              THE WITNESS:  You're welcome.

 3              MS. ROGERS:  Dr. Levine, this is Shannon

 4    Rogers on behalf of the West Virginia Secondary School

 5    Activities Commission.  I have no questions either.     05:45:53

 6              Thank you.

 7              THE WITNESS:  You're welcome.

 8              MS. HARTNETT:  Dr. Levine, thank you for your

 9    time.

10              THE VIDEOGRAPHER:  Thank you.              05:46:00

11              We are off the record at 5:46 p.m., and this

12    concludes today's testimony given by Stephen Levine,

13    Dr. -- Dr. Stephen Levine.

14              The total number of media units was seven and

15    will be retained by Veritext Legal Solutions.        05:46:16

16              Thank you.

17                   (TIME NOTED:  5:46 p.m.)

18

19

20

21

22

23

24

25

                                                    Page 287
```

1

2

3

4        I, STEPHEN LEVINE, do hereby declare under

5    penalty of perjury that I have read the foregoing

6    transcript; that I have made any corrections as appear

7    noted, in ink, initialed by me, or attached hereto;

8    that my testimony as contained herein, as corrected, is

9    true and correct.

10        EXECUTED this _____ day of _____,

11    20_____, at _____, _____.
                        (City)                    (State)

12

13

14

15        _____

                    STEPHEN LEVINE

16                    VOLUME I

17

18

19

20

21

22

23

24

25

                                          Page 288

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were placed under oath; that a record of

7    the proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    further, that the foregoing is an accurate

10   transcription thereof.

11         I further certify that I am neither financially

12   interested in the action nor a relative or employee of

13   any attorney of any of the parties.

14         IN WITNESS WHEREOF, I have this date subscribed

15   my name.

16

17   Dated:  April 15, 2022

18

19

20                    _____

                      ALEXIS KAGAY

21                    CSR NO. 13795

22

23

24

25

                                          Page  289

**&**

**&** 5:17 6:5 13:1

**0**

**00316** 1:8 2:8 11:16 65:12
**02116-3740** 3:15

**1**

**1** 1:25 11:9 78:19 181:3
**10** 74:24 172:16
**100** 9:19 271:1,2
**1000** 4:20
**10005-3919** 4:10
**101** 9:21 272:16,18
**102** 9:23 275:2,4
**103** 9:25 278:2,4
**104** 10:2 278:22,23
**105** 10:4 279:16,18
**106** 268:8
**10:13** 51:14
**10:23** 51:17
**10th** 64:25
**11** 123:18 249:2,13 250:3,14
**112** 5:8
**11776** 289:20
**11:49** 108:4
**12** 147:4 220:13
**120** 4:8
**12:01** 108:7
**13** 36:7 171:7 187:21 235:7
**130** 156:11,11,13 156:14
**13795** 1:24 2:25 289:21
**14** 8:6 132:2,3 134:4 149:11 150:7 151:17 166:18 181:14 186:14 198:3 220:7,12
**1411** 6:19 7:8
**146** 77:8
**147** 76:6,11,11,25 101:16
**14th** 3:14
**15** 128:4 147:4 186:14 195:25 197:24 289:17
**151** 76:3,3 77:4,7
**16** 60:6 123:18 139:1 187:22 201:10,22,23
**17** 91:10 166:18
**17th** 140:18
**18** 140:3,12,20,21 140:22 141:4 176:3,10,11 192:18 203:12 209:6 212:21,22 213:2
**18a** 192:20,23
**18h** 212:24
**18l** 194:21
**19** 4:9 88:3 103:1 190:18 196:6,12 234:22 260:20
**1900s** 225:10,11
**1973** 108:24 110:1 257:6,12 258:1
**1974** 102:22
**1976** 78:20
**1977** 89:10
**1983** 109:22
**1984** 260:22
**1988** 225:5
**1992** 88:3 89:1
**1993** 89:1 110:19 110:20 111:10,16
**1999** 97:11,18
**1:11** 155:21
**1:30** 58:20

**2**

**2** 63:25 64:1 91:11 92:4 164:8 181:3
**20** 71:6 114:16,17 135:18 143:15,19 172:16 174:11 176:21 179:11 196:8,12,13 197:15 216:5 234:22 288:11
**200** 6:20 7:9 99:7 99:11 106:6
**2000** 285:15
**2002** 177:10
**2006** 168:22
**2008** 24:21 26:4
**2010s** 182:9
**2011** 182:5 190:12 190:23 225:25
**2015** 39:8 41:8,8
**2017** 22:9 121:8
**2018** 146:8 200:12
**2019** 23:13 28:16
**202** 235:10,15,21 237:19 245:7
**2020** 22:5 37:6 133:17 218:6
**2021** 15:9 21:17 22:1 37:5 64:25 65:3 68:9,12 140:18 165:1 167:12 239:22
**2022** 1:20 2:24 11:1,4 197:17,21 245:22 256:12 289:17
**203** 235:23 237:20 243:14
**20s** 172:14 176:8
**20th** 273:24
**217** 8:19
**22** 70:4
**23rd** 70:4
**24th** 90:13
**25** 71:7,7 194:14
**25301** 5:22
**25301-3088** 6:21 7:10
**25305-0220** 5:9
**256** 8:22
**258** 8:24
**260** 9:1
**261** 9:3
**263** 9:5
**26330** 6:9
**265** 9:7
**267** 9:9,11
**268** 9:13
**269** 9:15
**270** 9:17
**271** 9:19
**272** 9:21
**275** 9:23
**278** 9:25 10:2
**279** 10:4
**289** 1:25
**28th** 256:12,15
**2:11** 155:24
**2:21** 1:8 2:8 11:16 65:12

**3**

**30** 1:20 2:24 11:1 172:16 173:17 174:5,6,8,10,12,24 174:25 175:2 176:20 177:12 179:8,10 180:3 190:13 228:21 257:12 283:2

**[30043 - accurate]**

**30043**  4:20
**304.933.8154**  6:10
**30s**  172:15
**30th**  11:4
**31**  282:23
**3293**  143:13 157:5
157:8
**35**  121:7,16
**37**  198:13,22
**38**  200:12,15
**3:21**  207:14
**3:36**  207:17

**4**

**4**  92:24 143:24
165:18 202:21
**40**  25:2,3,15 258:8
258:9 281:11
**400**  6:8
**41**  260:12
**49**  203:7,13 204:13
**4:38**  254:21
**4:55**  254:24

**5**

**5**  108:15,17,21
110:15 164:8,10
164:21 165:19
**50**  87:13 123:14
143:16,20,25
144:7,15,19 156:5
173:6 174:1
177:19 188:19
205:1 244:9
**500**  3:13 5:20
**51**  8:11 73:10,13
73:19 75:11
**5122884**  1:24
**53**  202:13,17,25
**56**  207:6
**5:34**  286:3

**5:45**  286:6
**5:46**  2:23 287:11
287:17

**6**

**6**  137:17,19
**60**  101:19 256:10
**600**  5:21
**60s**  182:8
**61**  218:13,15,22,23
219:3
**617.937.2305**  3:16
**681.313.4570**  5:10
**69**  8:16 235:11,14

**7**

**7**  167:19,25 170:16
212:25 213:8
**70**  70:8 173:6,9
174:1 188:19
**70s**  102:12 182:9
**75**  79:22
**7:00**  58:20
**7th**  113:5

**8**

**8**  167:19 168:4
170:16 194:22
**80**  175:7
**80s**  182:9
**81**  75:18 282:20,23
283:9
**83**  260:20
**86**  8:11 50:25 51:2
63:4 76:7 164:18
165:25
**87**  8:16 69:20,24
70:2 282:16
**88**  8:19 217:22,25
220:24,25
**89**  8:22 256:20,21

**9**

**9**  197:19
**90**  8:24 74:20
258:9,11
**900**  74:17
**90s**  98:1 182:9
**91**  9:1 260:13,14
**92**  9:3 261:20,21
**93**  9:5 262:21
263:10,11 277:5
**94**  9:7 265:10,11
**95**  9:9 247:5,16
248:16 266:25
267:1
**96**  9:11 172:18
267:20,22
**97**  9:13 268:24,25
**98**  9:15 269:12,13
**99**  9:17 270:7,8
**9:09**  2:23 11:2,4

**a**

**a.m.**  2:23 11:2,2,4
51:14,17 108:4
**aasec**  98:4
**aasect**  98:4
**abandonment**
261:5,12
**abarr**  3:19
**ability**  20:8,13
25:7,7 74:5
234:11,15 238:6
250:3 277:11
**able**  17:8 21:7
55:4 94:17 95:23
97:15 132:10
153:4 165:20
207:21 221:15
222:13 245:4
248:9 257:7

**aboard**  112:2
**absence**  191:21
**absent**  175:10
191:22,24
**absolutely**  248:20
273:16
**abuse**  120:19
160:10 170:5
**academic**  97:24
**academy**  146:7
147:18 148:6,7
**accept**  81:12 83:12
128:5 163:4
240:25
**acceptable**  194:11
206:3
**acceptance**  205:17
206:22
**accepted**  41:1,9
149:17 205:12,15
206:3 266:10
**accepts**  244:18
**access**  266:1
**accidental**  139:19
**accidentally**
201:18
**accidents**  271:7
**accommodation**
26:25
**accommodations**
23:19 24:24
**accompanying**
161:3
**accomplished**
258:20
**account**  39:19
259:6,7
**accounting**  192:1
**accurate**  77:7
135:5 259:6 289:9

[accurately - aged]

accurately 47:5
  251:15
accused 200:22
  261:24
achieve 100:18
achieving 117:5
acknowledge
  189:7
aclu 12:24
acquired 139:14
acronym 98:23,25
acronyms 147:24
act 233:17,17
action 11:20
  289:12
actions 174:24
active 99:21
  236:16
actively 105:24
activities 1:11
  2:11 6:14 7:3 13:8
  54:12,13,17 85:20
  98:11 287:5
activity 95:2
actual 86:12 123:4
  165:5 166:3
  273:12
ad 45:21
adaptation 23:8
  29:3,25
adapting 199:17
adaptive 160:12
add 160:7
added 69:17 71:19
  71:25 72:18 161:5
  213:13
addition 14:11
  272:8
additional 59:9
  65:5 176:18

address 186:17
addressing 118:21
adds 95:15
adequate 116:11
  119:14,16 155:16
adf 56:11
adflegal.org 4:21
  4:22
adheres 255:10
aditi 197:22
adjudi 39:3
adjudication
  67:21
adkins 61:8,13,20
  61:23 62:3,7 73:1
  125:22 126:11,14
  171:9 173:3,7,12
  173:24 174:23
  175:15,23 176:1
  187:19 188:11,23
  281:4,5,7
administered
  13:23
administration
  213:9
admission 190:21
admit 270:16
admitted 258:25
admitting 284:1
adolescence 44:5
  87:18 243:15
  245:25
adolescent 46:3
  79:10 80:23 83:14
  83:22 84:2 85:1,3
  87:11,17 90:25
  91:6 99:19 113:16
  127:13,19 142:17
  146:14 195:10
  223:10 240:1
  275:22

adolescents 8:20
  60:9 81:2 84:20
  87:9 99:14 100:4
  131:22 150:19
  157:13 199:16
  204:18,20 228:9
adult 79:18,22
  80:23 82:13 86:3
  132:9,21 133:23
  146:15 172:17,24
  172:24 176:4
  236:9,16 239:15
adulthood 245:9
  245:24
adults 54:3 60:9
  84:21 129:16
  131:22 160:21
  172:25 173:1
  181:18 189:18
  236:10 258:19
advance 102:3
advantage 155:7
  210:19
advantages 130:17
adventures 236:19
adverse 239:19
adversities 84:19
advice 114:7
  122:14
advise 94:13 95:4
advisors 255:17
  255:18,21
advocacy 284:18
advocate 244:16
  266:8 270:12
advocates 133:10
  144:23 160:25
  179:15 200:22
  226:3 230:1
affect 20:8,12 56:7
  95:10 105:3

affiliated 52:8
  122:2 255:22
affiliation 111:9
  111:15,15 112:19
affiliations 11:23
affirmation 35:8
  119:25 120:8,15
  120:25 121:6
  123:23,24 124:5
  124:11,16 125:7
  125:25 135:16
  137:3 143:24
  144:18 181:4,9
  202:16,20 205:5
  205:17 206:10
  211:22,23
affirmative 46:24
  105:8 114:20,21
  115:10,22 116:1,5
  116:7,16,21,24
  118:6,16 119:2,10
  133:6,8 135:15
  186:4,8,12 204:8
  204:10 205:2
  206:1 243:6 267:5
  267:5 270:18
  272:21 274:2
  280:3 284:20
affirmed 240:2
affirming 125:20
  126:18,25 128:18
  129:23
afraid 123:23
  187:2
african 148:9
afternoon 58:15
  58:16,19 235:5
age 36:7 91:9
  139:1 217:4,4,4
aged 80:24,24

[ages - appearances]

**ages** 166:17
**agnostic** 31:13,16
**ago** 56:4 60:6
  63:18 77:25 83:9
  91:5,8 99:4,5
  121:8 135:19
  142:4 210:11
  216:6 228:21
  257:20 263:18
**agree** 11:7 48:25
  70:8 115:21 136:9
  136:15,17 169:4
  182:19 183:14
  200:2,5 226:16
  232:17 241:7,20
  241:25 268:11
  269:8,17 270:3
  276:1
**agreed** 14:15
  140:1
**agreement** 94:14
**agrees** 70:13
**ahead** 118:9
  157:22 205:21
  268:9
**akron** 113:6
**al** 146:8 190:14
**alert** 20:10
**alexis** 1:23 2:24
  11:19 289:20
**alienated** 238:10
**alienation** 239:20
**alienations** 239:11
**alliance** 4:16
  13:14 52:3,8,11,16
  52:25 53:19
**allow** 61:24 82:25
  128:5 151:19
**allowed** 35:18
  151:3 159:5 285:9

**allowing** 149:3
  150:7,18 153:13
  157:12 162:20
**allusion** 132:20
**alr** 111:7
**alternative** 212:1
  279:6
**althof** 111:3,5
**amazing** 98:14
  191:21,21
**ambiguous** 27:15
  150:12
**america** 176:25
  177:1 258:17
**american** 89:22
  122:22 146:7
  147:18 148:6,6
**americans** 148:10
**amount** 85:4
  200:24
**analogy** 275:16
**analysis** 122:8
  137:8
**anatomy** 189:2
  224:11 234:13
**andrew** 3:7 12:7
**anecdotal** 131:7,8
  135:17 137:10
  204:15 242:6,11
  242:12,13 243:3
  243:22 244:8
  269:5
**anecdote** 274:13
**angels** 282:1
**angry** 230:19,19
  259:2
**angst** 126:2
**anguish** 222:20
  229:12
**anne** 225:15

**anonymous** 201:5
  201:7
**answer** 17:21,23
  18:2,3,6,11,21
  23:18 24:3 29:21
  35:22 36:13 38:2
  41:22 44:1,8,9
  45:6,18 48:12
  49:23 50:14,15,18
  52:17 54:23 55:6
  55:9 57:13,15,17
  58:23 59:6 60:13
  60:16,20 61:24
  66:24 68:1 72:2,7
  72:8,9 78:3,9
  80:25 82:2,19
  85:25 86:7 92:11
  93:22 94:4 95:23
  96:9 97:1,15
  104:5 105:8 106:8
  106:9,11,16,17
  110:8 118:10
  120:21 123:17,20
  124:20 125:11
  126:8,23 133:19
  133:20,21 134:16
  136:23 137:13
  141:19 148:5
  150:4,22 151:2,11
  152:11,21 153:4
  155:11,13 158:5
  159:18 163:25
  165:21 176:16
  184:13,14,18,25
  185:6,7,11,25
  186:23 187:3
  188:24 189:14,14
  191:20 192:17
  194:17,18 195:17
  197:6 219:21
  232:15,16 238:23

**239**:5,11 240:3
  252:12 253:18
  261:16 267:14
  268:9 277:20
**answered** 48:12
  49:20 67:9,10,17
  119:5,6 128:3,7
  148:18 154:22
  187:4 221:14
**answering** 27:20
  85:14 95:17 239:2
**answers** 18:25
  19:1 47:7 239:4
**anticipated** 152:9
**anxiety** 85:23
  120:19 149:20
  160:8 273:2
**anxious** 233:9
**anybody** 154:11
  154:16 264:6
**anymore** 99:20
  225:24 257:17
  278:12
**anyone's** 228:6
**anytime** 206:5
**anyway** 237:7
**apa** 90:1
**apologies** 224:23
**apologize** 92:23
**apparently** 21:9
  97:12,14 193:18
  271:18
**appealed** 41:4
**appear** 165:16
  288:6
**appearance** 11:25
  35:1
**appearances** 3:1
  4:1 5:1 6:1 7:1
  11:23

Veritext Legal Solutions
866 299-5127

[appeared - athletic]

appeared 60:7
102:18
appearing 2:22
appears 64:24
appendicitis
131:14
apple 180:22
apples 180:17,18
applied 32:18
applies 145:22
157:5,8
apply 234:25
appraisal 31:10
47:11 92:19 93:7
93:12 107:14
appreciate 78:14
95:19 105:20
123:2 140:8
187:18 200:1
237:17 254:10
appreciating
274:3
appreciative 247:3
approach 100:3,3
173:3 186:20
188:17 189:25
190:7 203:20
208:6,11,24
211:23 212:15
234:2,3 270:14
approaches 212:1
appropriate 16:20
17:1 36:14 208:10
approval 68:16
approximately
71:6 86:23 87:6
87:12
april 113:5 289:17
apt 160:6
archives 60:5
236:7 237:4

260:19
area 32:14 114:15
114:17 131:21
152:7 161:21
165:9 166:10
167:13 168:16,22
203:8 285:4
areas 60:19 155:9
arg 30:3
argue 145:2
arguing 29:18
30:3 252:4
argumentative
240:24 251:25
arguments 69:9
arizona 41:2 44:3
44:14 46:3
arm 74:15
armistead 1:16
2:17 13:15
aron 62:19,20
array 25:25 26:23
article 60:6 76:3
76:14 104:23
105:2,7,9 109:17
121:9 200:17
211:18 212:9
236:7,22 237:2
283:12 285:17
articles 60:17 76:3
88:10 114:16
285:20
articulate 32:16
215:15 222:5
244:21
articulated 210:5
215:15 216:2
arts 148:12
ascertained
185:18

ashamed 231:20
asians 148:10
aside 43:2 44:21
asked 18:20 34:21
34:21,22 41:11
48:11 53:10 56:17
57:2 66:4,9,20
67:9,15,17,23 73:9
80:25 107:5 113:4
115:14,15 119:5
126:21 127:24
128:3 135:22
138:14 168:14
170:11 184:21
219:4,5 268:17
asking 17:15
39:24,25 49:16
50:9 66:13 67:14
70:10 82:4,6
86:12 97:17
108:14 109:4,12
119:11 120:9
128:8 138:16
141:17 152:10
155:6,15 164:6
165:14 181:7
184:12,15 185:1
185:12,24 201:25
208:4 218:20
231:18 251:21
259:10 260:9
261:16 268:21
aspect 151:10
189:6,6 215:10
274:24
aspects 30:24
121:23 157:25
214:14 215:23
217:8 223:22
252:24

aspiration 104:8
aspirations 208:17
262:5
aspired 145:4
assert 145:7
147:15 232:3
asserted 145:6
147:14,17
asserting 146:8,9
assertions 236:6
assigned 142:20
196:16
assigning 196:22
associ 102:24
associated 52:16
association 89:22
102:22
associations
147:23
assume 18:11
115:16 158:24
182:21 248:15
assumed 115:19
assumes 240:23
assuming 199:2
241:21 247:16
assumption
146:12 175:15,22
241:17
assumptions
241:15,21
astounded 263:17
asymptomatic
282:7
athletes 152:3
athletic 57:1 82:1
143:7 145:9
147:17,23 148:16
149:17 151:5
156:9,10,23
158:13

Veritext Legal Solutions
866 299-5127

[athletics - basis]

**athletics** 21:7 42:14 146:11,17 146:17,23 149:15 149:15 151:5 170:22
**attached** 51:3 63:9 65:19 66:5 69:25 75:14 164:17 218:1 256:22 258:12 260:15 261:22 263:12 265:12 267:2,23 269:1,14 270:9 271:3 272:19 275:5 278:5,24 279:19 288:7
**attachment** 65:24
**attempt** 63:18
**attempts** 140:6 177:7
**attendant** 25:8,9
**attending** 11:5
**attention** 61:5 77:13 172:12 212:24 213:7
**attitude** 130:11
**attorney** 5:5,7,19 6:7,18 7:7 12:1 13:11 30:3,6 33:9 82:4 170:2 289:13
**attorneys** 3:12 4:7 4:19 14:7 29:18 57:6 94:22 168:18
**attracted** 233:12
**attractions** 233:8 236:13
**attractive** 271:19
**atypicality** 224:3,4
**audio** 11:6 256:7
**august** 113:5 140:22

**australia** 125:1
**australian** 104:16
**author** 135:19 200:22
**author's** 197:22 237:6
**authored** 228:11
**authorization** 210:24
**authors** 191:14 197:24 214:22
**authorship** 202:4
**autism** 122:12
**autogynephilia** 224:21,23 225:1,2 225:13,18,22 226:5,6,10,18 227:3,9,19
**autogynephilic** 225:7,19 227:11 227:15
**automatically** 162:10
**autonomy** 210:22
**available** 94:22 177:13 256:9
**avenue** 5:8
**avenues** 89:15
**average** 89:6 232:17,18
**avery** 168:23
**avoid** 27:21
**awarded** 169:13
**aware** 23:14 29:22 31:1,5,6 40:3 41:16,23 56:22,23 67:5,14 75:25 78:8,9 98:20 113:21 119:7 120:24 135:14 158:3,7,12 169:12

169:25 170:23 171:5 188:6,10,15 191:4 200:17,20 214:8 238:17 243:8,12 245:20 246:18,21 247:2 249:24 251:8 273:12 284:21
**awareness** 83:5 160:20
**awkward** 194:2
**ayad** 90:10,20 255:25 256:15

**b**

**b** 8:12,16 15:2 64:8 197:23 202:15 237:6
**b.p.j.** 1:5 2:6 3:3 11:11 12:4 19:21 20:19 42:24 51:20 56:17 65:16 68:5 72:25 142:5,6,7,8 142:19 143:5 249:9
**back** 43:12 46:15 64:18 65:9 66:14 78:13 83:7 87:20 92:25 97:25 103:12 108:10 112:6 122:17,18 129:17 152:24 154:9 156:2 164:3 164:7 177:6 178:4 178:5,23 187:20 188:23 201:20 207:13 258:16 282:15
**background** 56:21 143:8 170:16 211:2

**backward** 212:19
**backyard** 257:15
**bad** 139:15,16 200:22
**bailey** 5:17
**baileywyant.com** 5:23
**balance** 74:4
**ballpark** 103:17
**ban** 251:18
**barr** 3:7 12:7,7
**barrett** 15:1
**barriers** 89:24
**base** 32:4 46:21 132:5 147:10,10
**baseball** 278:17
**based** 17:9 29:3 31:10 55:5,14 71:20 96:11 98:21 99:10 101:13,13 105:6 107:7 131:18 132:20 133:2 135:5 147:25 160:14 161:24 206:10 212:16 244:9 252:22,22 255:6 264:7,8 270:19
**basic** 17:19
**basically** 112:2 176:2 212:13 216:15
**basing** 175:14
**basis** 61:2 71:8,12 71:13 104:20 119:19 120:6,21 124:14,20,21 127:5 132:4,6 133:7 135:12 143:8,8 150:1 161:15,23 162:8

Page 6

[basis - body]

167:1,4 173:23
174:20 175:22
176:16,17,18
205:16 206:16
207:4 213:16,21
213:24 236:6
237:17 243:21
245:19,25 246:1
246:14 248:9
255:12 270:17
280:12 281:1
**beck** 106:18,18
**becoming** 74:12
83:21 182:25
243:7 275:9
276:24
**bedroom** 121:18
**began** 102:12
112:10 168:22
207:2 214:21
216:3
**beginning** 2:22
11:25 25:10 43:20
72:14,22 75:19
128:25 164:4,15
168:15 205:1
215:14,16 225:5
239:20 257:23
**begins** 116:11
203:12 204:1
**behalf** 2:21 13:4,7
56:11 286:15,19
287:4
**behavior** 60:6
232:12 236:8
237:4 240:12
260:19
**behavioral** 84:11
120:20 171:21
229:4

**behaviors** 44:7
199:3 200:3,5,11
227:11
**beings** 161:25
162:6,7,16 200:8
**belabor** 205:3
254:4
**belief** 20:11 189:8
222:22 281:25
**beliefs** 173:22,22
189:21 206:2
277:15
**believe** 16:20
35:16 36:15 40:14
42:9 47:1 56:15
58:6 59:8,11
70:20 75:8 84:4
92:23 104:23
106:4 114:23
115:23 117:15,21
124:5 130:21
131:10,10 144:1
150:9 154:9
171:23 172:22
173:7,9 174:22
175:2,3 176:22
182:15 188:3
189:12,15,15
199:23 208:12
219:13 221:2,19
224:16 233:11
241:9,10,14 242:3
246:23 247:1
248:5 256:25
263:22,23 264:3
268:14,20 281:4
281:11,19 282:4,5
**believed** 107:16
114:23
**believes** 188:22,23
230:2 281:7,8,9

**believing** 154:8
161:15 205:16
**bell** 62:24 63:2
170:5
**belong** 272:25
**belongs** 122:5
**beneficial** 27:18
27:25 138:23
**benefit** 58:6
133:13
**benefits** 117:4,5
133:17,18
**benign** 213:9
214:1,3,18 276:25
**benjamin** 102:21
**best** 18:24 22:18
45:18 90:3 131:4
132:21 134:20,20
140:8 146:13
147:3 186:10
208:20 269:25
270:1
**better** 129:11
150:16 153:11
161:9 177:17,18
207:22 224:6
254:9 259:13
275:10,11 277:18
277:21,21
**beyond** 204:15
245:19
**bhar** 197:23
**bhargara** 197:23
**bias** 130:7,15,20
262:12
**biased** 261:25
262:11
**bibliography** 70:9
**big** 83:19 147:21
162:5,5 244:16

**bilateral** 25:11
49:12
**biologic** 25:12
200:9 220:9
223:23
**biological** 196:9
198:24 199:2
214:8
**biologically**
180:14 206:4,11
**biology** 189:1
200:7,8
**birth** 19:13,18
80:2 196:16,22
**birthday** 140:24
**bisexual** 232:12,13
**bit** 75:17 78:24
108:13 187:19
208:3
**blame** 272:22
**blanchard** 225:6
**blessing** 117:11
**block** 12:23,23
**blockages** 56:25
**blocker** 220:6
**blockers** 93:13
95:15 213:9,18,22
214:2,5 216:15,17
216:19 218:14,21
218:25 219:8
**board** 1:9,10 2:9
2:10 5:14 6:3
11:13 13:2,5 21:9
32:20 78:19,23
79:6,9,11 83:2,2,6
84:2 286:20,23
**bodies** 225:17
262:8
**body** 199:5 200:4
200:6 213:25
214:9 215:10

Page 7

[body - capacities]

277:8,23,24
**body's** 234:8,9
**bonding** 199:11
**bone** 215:1
**bones** 214:10
**book** 74:21 76:10
  225:16
**borderline** 126:3
**born** 142:12,19
  232:13,14
**borrows** 202:2
**boston** 3:15
**boulevard** 6:8
**bound** 120:14
**bounded** 120:14
**boy** 36:8 128:24
  142:7,12,12,22
  154:5,5 276:12
  277:7
**boylston** 3:13
**boys** 142:23 143:3
  204:18 224:4
  275:23
**brain** 56:5 199:4
  200:3,6 214:12
  217:7 221:6,6
  264:13
**branch** 93:9 243:4
**break** 18:15,16,21
  51:5,7,10 64:13
  91:17 105:16,22
  108:1 146:25
  148:21,22 156:3
  163:11 207:8
  208:2 254:19
**breaking** 148:20
**breast** 133:13
**breasts** 116:8
  132:2 277:25
**bridgeport** 6:9

**brief** 75:20
**briefly** 181:21
  182:1 285:25
**bring** 172:12
**broad** 148:14,14
  209:10 246:4
**broadly** 25:17,22
**brooks** 4:17 13:13
  13:13 14:15 16:8
  27:15 35:20 36:9
  37:12 40:13 41:15
  43:10 48:10 49:3
  49:19 50:1,12,16
  50:22 51:4,8,12
  52:3,5,7,14,16,19
  54:10 55:13 56:11
  57:4,12,21 58:23
  59:5,11,18,25 61:4
  61:16,25 63:5
  65:1 66:1,17 67:9
  67:17 68:6,17
  69:20,22 70:7
  75:19 76:4,7,10,17
  76:20 78:16 83:25
  85:12 86:15 91:13
  91:15,20,22 92:2
  94:12 102:14
  105:12,15 106:14
  106:17,20 108:2
  108:17 109:3,7
  111:13 119:3,5,22
  120:2 128:3
  134:10 141:25
  143:18,21 144:5
  145:12,17 146:3
  148:19,25 150:12
  151:20 153:2
  154:20 156:14
  158:19 159:12
  161:19 162:24
  163:9 164:9

165:14 169:15
171:4 178:9,14
180:24 183:4
184:3,5,11 185:3
187:1 192:3
193:14 195:15
196:12,23 198:4
200:19 201:11,15
201:23 202:18,23
203:1,10,16
205:22 206:19
207:7,10,18,20
213:1,19 218:2,16
218:23 219:15,18
219:20 220:23
221:22 224:8
226:11,19 227:7
228:17 229:20
230:24 231:9,13
231:25 232:21
234:4 235:12
238:15,22 239:1,6
240:23 241:6,24
243:11 244:12
246:20 247:8,10
247:19,23 249:5,7
249:17,23 250:7
251:11,25 252:4,8
254:12,14 259:9
282:17,21,24
283:1,6,13 285:1
286:12,12
**brought** 40:20
  53:3 118:6 120:13
  120:13 235:9
**brouhaha** 200:21
  200:25
**bunch** 97:7,8
  233:8
**burch** 1:11 2:12
  5:15 13:6 286:21

**bury** 134:7
**business** 133:25
  259:20
**busy** 54:15 60:18
  174:3 238:16

---
c
---

**c** 237:6
**california** 5:8
  39:11 40:6 289:2
**call** 45:19 85:20
  98:15 99:19
  102:24 108:23
  110:4 120:15
  121:6 133:5
  146:23 191:2
  208:14,14 229:23
  236:12 259:16
  284:15 285:10
**called** 14:19 21:16
  22:1,5,8 27:6,6
  29:1 37:24 56:14
  98:3,4 103:4
  111:2 114:6,20
  122:20 143:12
  144:17 170:24
  242:15 260:20
**calling** 185:4
**calls** 159:12 183:4
  184:5 187:1
  247:10
**camera** 78:5
  207:21
**cancer** 190:19
  192:13 242:17
  271:6
**canteen** 23:20
  24:7 25:5,6,7
**capable** 240:12
**capacities** 57:1,2
  208:17

Veritext Legal Solutions
866 299-5127

[capacity - change]

**capacity** 1:12,13
2:12,13 234:9
235:2
**caption** 64:7 65:11
65:15 71:1
**captured** 19:2
**card** 278:17
**cardiac** 57:2
**cardiovascular**
271:6
**care** 22:20,24 23:2
23:16,17 25:17,22
30:25 31:11 32:6
33:7 35:14,15
37:20 39:23 42:17
46:25 56:21 60:4
82:25 90:15
100:11 103:2
110:12 113:20
114:20,21 115:10
115:22 116:2,5,16
116:16,21,24
117:24 118:7,16
118:19,20 119:1,2
119:10,20 120:8
120:17,18 125:6
129:15 133:6,8
134:13,15 135:15
159:2 170:4 172:6
183:23 184:1
190:17 201:10
202:1 204:7,8
208:9,9 211:10
225:25 243:6
244:9 246:24
264:13 265:15
266:8,10 267:5,6
270:18 272:21
274:2 280:3,12,23
280:25 281:3
284:4,8,14,16,16

285:13
**cared** 127:10
**career** 24:18 84:25
85:11 86:13,23
87:12 257:23
**careful** 36:14
103:23 116:23
118:20
**carolina** 21:16
22:1 31:2 32:24
72:21
**case** 11:15 15:14
15:16,21 19:22
20:15,18,20,25
21:5 22:5,8,10
23:4 29:18 31:4
33:20,22 34:8
35:16 36:10,17,23
37:20,22,24 39:2
39:22 40:1,5,5,15
40:18 41:2,8,17,17
41:18,21,25 42:3,9
42:10,23 44:3,11
44:14,17 45:12,13
46:2,3,4 49:7,8
50:11 51:20 52:20
52:24 53:3,10,12
53:17 54:2,4,7,19
55:10,12,20,22,25
56:8,11,17,21
57:17,20 60:12
61:2 62:12 64:14
65:12,16,21,23
66:5,7,11 67:8,16
67:19,22,23 68:5
68:15,15,21 69:1
71:1,10,20 72:1,25
87:21,24 88:5,21
89:10 94:23 100:1
110:15,21 115:19
117:13 126:6,21

142:6 143:6,12
145:22 146:16
158:17 163:17
164:15,17 167:23
168:8,12,13,19,25
169:2,6,11,13
170:12,15,17,20
170:24 174:13,14
176:14 193:19
198:17 199:21
223:8 229:7,7
249:1,9,13,22
251:3,12,15,16
253:11,11 254:1,2
262:5 273:18,24
274:24,25
**cases** 22:20 24:8
30:10 31:22 40:16
40:17,19 49:13
89:14 100:11
121:9 167:20
169:19 170:18
**categories** 86:20
**cause** 150:20
154:14 157:14,17
157:24 162:9,10
183:11 229:8
**causes** 214:10,11
**causing** 180:15
181:12,13 183:3
**caution** 16:9 36:10
232:24
**cease** 222:10
**celebrity** 272:11
**censor** 63:18
**center** 285:9
**certain** 42:16 58:5
61:1 63:19 74:7
135:20 149:8
155:13 164:22
174:14 176:3

192:11 195:23
209:8 215:13
217:1 282:9
**certainly** 32:2
44:6 86:11 99:21
126:23 171:23
172:18 173:16
174:13 209:16
227:13,13 237:3
248:9 253:3 264:8
**certainty** 55:2
73:5,6,8,10,13,13
73:15,18 74:8
75:12 142:13
241:13
**certifiably** 214:20
**certificate** 80:22
113:10
**certificated** 80:16
**certification** 79:3
**certifications** 79:7
**certified** 2:24
78:20,24,25 79:9
79:11 84:2 289:1
**certify** 289:2,11
**chain** 263:21
264:15 269:24
**chair** 121:17
**chairman** 103:3
112:1,11
**challenged** 143:12
145:21,24 158:17
**challenges** 160:12
237:21
**challenging** 64:15
**chance** 40:9
254:10
**change** 74:8
110:25 149:7
189:5,5 193:25
195:18 200:24

Veritext Legal Solutions
866 299-5127

[change - clinical]

229:4,8,11 231:23
232:7 234:9,10
240:5 248:9
257:24 258:19
262:7,8 273:8,15
**changed** 110:22
111:15 182:11
193:9 229:10,22
258:15
**changes** 14:22
92:16 157:1
194:11,15 214:9
214:13 215:3,10
241:16
**changing** 189:4
217:7 220:14
234:8,13,13
240:12,13,13,14
270:15
**chapters** 76:10
**characteristic**
225:3
**characterize**
211:23
**characterizing**
193:15 251:16
**charge** 266:11
**charleston** 1:3 2:3
5:9,22 6:21 7:10
11:15
**check** 33:2,2 99:7
99:11 109:23
198:19
**checking** 91:13,16
**cheerleader** 116:7
**chicago** 62:23
**child** 33:13,14,24
34:14,14,19 35:2,6
35:14 36:2,5,5
37:21 38:5,12,17
38:25 44:4,5,12,15

44:18 45:14 54:5
79:9,12,17 80:10
80:12,17,17,23
83:13,21 84:2,14
84:15 85:10,18
86:18,24 91:2
99:18 113:11,12
113:14,15,16,16
114:9 117:10,12
117:17 120:18
121:2,12 123:6,12
127:9,13,19 131:4
132:8,11,13,15
134:2 140:3
141:18 145:2
146:20 149:7,10
151:3 152:18
153:25 157:19
158:1,24 159:4,8
162:8,12 169:4
170:4 173:10
186:18 195:10
203:25 204:2,5
209:2 215:24
216:16 220:6,7,7
221:15 223:10
234:14,19 238:4
239:15 240:1,5,14
279:3,5,7
**child's** 85:22,23
123:24 204:3
**childhood** 79:24
84:9,19 85:6,7
**children** 34:3 43:9
43:17,21 44:25
60:8 81:2 84:22
84:22,25 85:4,5,15
85:25 86:10,11,13
86:16,21,22 87:2
100:3,7 122:7,11
130:25,25 131:22

146:13 147:12
157:13 158:8
160:18 162:14
165:3 169:3
173:14 199:14
209:1 215:6,6
271:12 273:1
**children's** 62:23
85:8
**china** 141:14
**choice** 210:20,21
210:21 235:4
**choose** 168:11
182:20 233:17
**chosen** 214:6
**church** 128:22
**cincinnati** 37:23
38:1 44:17 46:4
**circuit** 41:4,5
167:24
**circumstances**
134:14
**cis** 221:16 228:24
244:1
**cisgender** 19:11
222:17,23,25
223:20,21,23
224:1,2,7
**citation** 76:13
236:5
**cite** 164:5 197:15
236:2 245:20
**cited** 59:23
**cities** 118:16
**citing** 197:25
285:18
**city** 288:11
**civil** 135:7 246:24
248:18,24 250:18
250:23 251:22
253:23

**claim** 125:17
169:13 202:3
**claims** 57:22,23
**claire** 22:5 31:1,22
52:24 53:8,23
54:7 55:10 170:24
**clarify** 66:12
86:17
**clarifying** 107:12
141:21
**clark** 15:17 17:12
26:11
**classes** 88:4,6 89:7
**classic** 89:5
**clayton** 1:11 2:12
**clear** 18:8 45:5,8
50:6,8 55:8 83:23
133:12,14 191:23
243:7 253:6
**clearly** 56:22
217:5
**clerk** 13:16
**cleveland** 112:15
112:17 113:12
114:5 120:22
126:1,12,16
209:18 210:3
**client** 95:4
**clinic** 110:13,16,19
111:3,7 113:12
114:3,4,5 120:4
125:24 126:1,12
126:17 130:6
165:7 166:4 177:8
188:4,7,12 274:14
274:16 284:1
**clinical** 54:12
73:15,20,24,25
75:1 87:21 89:10
93:12 111:4
112:20 113:16,17

Veritext Legal Solutions
866 299-5127

[clinical - compliment]

125:12 246:1,1
252:23
**clinician** 60:4 74:2
**clinician's** 77:10
**clinicians** 97:7,8
113:22 117:21,25
120:7
**clinics** 130:5
183:10 283:21
**clip** 8:22,24 9:1,3
9:5,7,9,11,13,15
9:17,19,21,23,25
10:2,4 257:5,11,18
258:13 260:16
261:23 262:24
263:13 264:20
265:13,24 267:3
267:24 269:2,21
270:10 271:4
272:20 275:6
278:6,25 279:20
**close** 158:5 186:21
**closed** 201:18
**closely** 35:3
**closer** 71:7 209:5
215:7 281:12
282:10
**closes** 214:16
**coaching** 153:6,11
184:19
**cochlear** 217:3
**cochrane** 92:7,10
92:12,13,14,15
93:3,4,20,24 95:8
95:9,11,13 96:2,5
96:18,21
**cohabitating**
243:25
**coin** 129:20
171:16

**coined** 171:14,23
**coining** 171:15
**collabor** 95:9
**collaboration** 93:3
93:4,20,25 95:9,11
**collaborative** 92:7
92:10,13,14
**colleague** 13:16
**colleagues** 12:6
77:17 90:2 125:15
281:7,23
**collect** 278:12
286:1
**collector** 278:10
278:11,16,17,19
**college** 88:8,8
139:9,9,10 210:12
222:1,2 251:4,6,20
252:13,14
**colleges** 250:20
**columbia** 283:22
**come** 17:3 24:8
33:2 78:4 84:8
88:24 89:13 101:9
103:22 105:15,18
129:8 130:10
136:8 154:12
177:6 178:22
202:5 207:13
209:17,25 216:7,9
223:10 233:11
234:20 235:19
244:4 269:3
276:20
**comes** 32:5 69:5
84:8 89:2 92:16
112:24 134:21
183:7 209:5,9
233:20 280:24
**comfort** 94:17

**comfortable** 34:24
233:9 245:15
**comfortably** 276:7
**coming** 89:8
109:24 130:5
202:16 221:10
276:12 282:17,17
**comment** 159:2
**commented** 38:15
**commission** 1:11
2:11 6:15 7:4 13:9
287:5
**commitment**
116:6
**commitments**
94:18
**commits** 183:1
**committed** 109:21
**committee** 24:21
93:13 101:3,7,9,10
107:10 113:1
124:24 128:6
211:14 266:4,11
**committees** 93:14
93:15,19 96:20,23
**common** 28:8
160:25
**commonly** 24:6
**commun** 248:11
**communicated**
114:14
**communications**
58:12,13
**community** 32:6
89:13 100:13
105:3 120:16
130:9 160:22
225:12 244:17
246:11,15,18,22
248:11 253:4

**comorbidities**
118:21 181:19
272:22
**comorbidity**
186:17
**compani** 104:17
**compared** 192:15
193:17
**comparing** 164:14
180:12 191:5
198:16
**compelling** 131:6
**compete** 21:7
142:23 143:4
145:8 147:16
**competent** 117:9
**competing** 153:21
154:14 180:19
181:2 198:7
201:10,25
**complain** 123:22
123:23,25
**complained** 125:5
**complaining**
236:17
**complaint** 127:15
**complaints** 82:9
83:6 121:1 127:13
169:17
**complete** 29:21
189:19 214:24
**completely** 215:12
215:14
**complicated** 74:4
155:15 161:7
169:23 216:2
277:10,10
**complications**
224:13,15 234:18
**compliment** 107:7

Veritext Legal Solutions
866 299-5127

[compound - continues]

**compound** 111:13
151:20 153:2
**comprehensive**
96:14
**comprehensively**
145:3 146:1,5
**conceive** 79:25
**conceived** 30:7
**concept** 30:9 73:4
98:16 107:9 150:3
158:21 225:5,8,9
226:7 230:12
242:15,18,21
**conception** 197:10
**concepts** 84:13
100:12 115:3,5
216:25
**conceptual** 198:7
**conceptualize** 47:5
96:8 181:12
**conceptualized**
55:23
**concern** 121:5
149:9 216:10
231:5 247:17
**concerned** 122:6
129:6 179:13
194:9
**concerns** 135:7
160:1 195:21
277:22
**concierge** 7:16
**conclude** 161:22
**concludes** 287:12
**conclusion** 38:22
**conclusions** 201:3
**condemn** 119:18
**condition** 131:16
133:4 183:1
**conditions** 159:23

**conduct** 36:17
175:15
**conference** 90:16
100:19
**conferences** 89:11
89:13
**confidence** 36:16
**confidential** 36:16
94:15,21 95:24
106:21 109:5
**confidentiality**
16:11 36:12,22
**confined** 245:11
**confirm** 260:8
**confirmation** 24:2
171:2 272:5,8
**confirmed** 236:23
**confirming** 25:12
27:7 28:3
**confirms** 125:6
**conflict** 222:4
252:18
**conflicts** 161:5
215:21
**conforming**
133:10
**confronted** 171:20
**confused** 142:18
237:23
**confusing** 53:2
**conjunction** 105:2
**connect** 207:4
212:12
**connected** 56:12
**connectica** 15:14
**connecticut** 15:14
15:18,18,21 42:9
**connection** 95:2
144:12 177:25
**connotation** 81:11
214:19

**consensus** 136:10
136:11 246:4
**consent** 43:19,20
60:7,8 105:6,7
107:6 116:13,19
205:25 211:19
221:6 248:1
**consequence**
227:11
**consequences** 35:5
46:24 131:15,18
171:20 174:24
248:4
**conservative**
261:25
**consider** 44:24
99:9 111:10,17,21
116:9,20 152:16
154:6 163:21
180:2 181:19
215:1 221:7 280:9
280:11
**considerable**
74:15 239:9
**considerate** 248:2
**consideration**
42:12 116:23,25
**considerations**
151:23
**considered** 61:19
104:24 107:7
149:25 152:15
215:11
**considering** 175:3
210:4
**considers** 270:13
**consistent** 96:21
128:14 130:11
153:15 158:2,9
159:10 161:17
162:21 251:5,19

252:14
**constantly** 171:19
**constitute** 86:25
**constitutes** 85:24
**constrained** 94:10
**construct** 198:11
**consult** 114:18
124:21 126:5
**consultant** 24:4,20
26:3
**consultation** 45:23
178:19
**consulted** 114:2
123:15,16 126:7
**consulting** 54:13
**contact** 120:10
**contacted** 122:5
**contain** 256:11
**contained** 288:8
**content** 94:8
157:11
**contention** 272:4
**contents** 17:5
**context** 43:2 47:22
144:12 263:2,5,6
283:15
**continents** 166:8
**continue** 11:6
38:25 82:25
102:19 150:10,13
150:20,23 157:14
157:14 158:1
210:15,16 219:18
219:19 247:7
**continued** 4:1 5:1
6:1 7:1 38:9
110:21,24 139:3
210:17 222:20
**continues** 151:7
193:3 219:13

**[continuing - creating]**

**continuing** 89:20
158:10 247:17
**contrary** 59:11
**contrast** 73:20
180:6
**contrasting** 73:23
**contribute** 106:5
**contributed** 71:23
99:3
**contribution**
198:25
**control** 192:5,6,10
212:4 247:1
270:17
**controversial** 93:8
**controversies**
92:20
**controversy** 75:3
**convenient** 105:15
**convening** 121:19
**conversation** 57:9
57:11 78:11 82:6
85:18 180:13
246:16 256:14
266:15
**conversations**
57:5,13 85:6
**convert** 263:24
**conviction** 123:19
192:12
**cookie** 159:4,11,17
**cooley** 3:4 12:3,6,8
12:10,12,14,16,18
14:19
**cooley.com** 3:17
3:18,19,20,21,22
**cooperate** 141:11
**cooperating** 189:4
**copresenters** 90:9
**correct** 15:6 21:2
22:13,16,21 26:14

26:20 28:14,15,18
28:19,20 30:6,13
33:15 34:9 42:1,4
44:15,16 47:19,25
49:2 51:20,21
53:8,13,21,24,25
54:1 55:15,17,19
57:24 61:10 64:10
64:11,25 69:21
71:2 73:2,18,24
74:24 78:20,22
79:10 81:22 83:24
86:10 87:22 92:5
102:10 103:8
110:16,17 115:10
123:20 124:8,9,12
125:19 126:14
129:23 130:3
141:5 152:8
159:23 160:2,5
166:24 180:20,21
180:23 181:5
182:4 183:19
184:2,9 186:6
197:10 202:24
203:5,15 206:3
211:19,24 213:5
219:22 220:21
236:4 241:17,23
243:10 246:16
255:7,10,14 257:2
258:6 260:1 261:6
268:20 272:14
276:13 283:5,12
283:22 288:9
**corrected** 76:1
200:18 288:8
**correction** 25:9
**corrections** 15:18
15:19 24:20 40:7
288:6

**correctly** 105:1
115:20 145:10
**cost** 222:16,18,19
**counsel** 5:15 11:10
11:22 12:5,19
14:13 16:8 17:22
18:1 37:2 57:12
58:13,15,18 59:7
59:15 61:16 70:7
102:13,18 105:12
106:20 148:19
153:10 165:10,14
203:23,24 207:7
217:22 220:23
238:15,15,22
239:13 251:14
269:15,17 286:23
**counsel's** 60:24
94:14
**counselor** 263:24
**countries** 104:16
104:17 130:19
**country** 120:23
249:14 251:6
258:16
**county** 1:9,13 2:10
2:14 6:3 13:2 38:1
38:1 258:21
286:23
**couple** 19:9 21:14
56:4,6 90:23
91:12 105:21
110:6 148:23
167:20 192:19
196:7 282:13
**courage** 124:4
**course** 24:17
25:11 44:4 80:12
84:5 88:8 109:3
139:2 140:2 158:2
171:10 172:2,9

174:16 176:20
179:13 182:24
208:10 229:6
263:9 264:16
**courses** 88:9,9
89:21
**coursework** 89:17
**court** 1:1 2:1
11:14,18 13:19
18:25 20:2 29:18
30:19 31:9 33:25
35:4,17 37:10
39:5 40:12 41:2,4
41:5,14 48:2,4
49:13 50:13 51:3
58:6 64:20 69:25
218:1 256:22
258:12 260:15
261:22 263:12
265:12 267:2,23
269:1,14 270:9
271:3 272:19
275:5 278:5,24
279:19
**court's** 42:12
**courtesy** 70:13
**courtroom** 39:17
**courts** 41:1,9
42:21 169:5
**coverage** 30:11,12
30:18 31:3,15,23
33:7 41:3
**covered** 16:11
43:20 205:3
**create** 103:19
173:8,24 179:17
186:19 229:3
**created** 52:2
**creates** 173:15
**creating** 103:7
130:14 173:4

Veritext Legal Solutions
866 299-5127

[creating - declare]

181:8 188:17,21
189:16 234:13
**credential** 169:10
**credentialed** 80:16
107:21
**credentials** 72:15
113:10 280:21
**credit** 171:15
**criminal** 190:20
**criteria** 38:9
116:17 118:17
266:12 284:3
285:5,14
**cross** 23:21,21
37:16 54:17,21
93:17 138:2,8,11
160:21 168:7
181:17 182:19,25
189:17,23 190:6,8
191:2 217:14,15
224:4,14 243:24
249:14 251:6
273:1
**crossed** 82:24
**crystallization**
276:5,10
**csr** 1:24 289:21
**cultural** 147:22
148:14
**culture** 148:18
**cure** 242:16
**cured** 228:13,14
228:19 229:19
**curiosities** 236:20
**curious** 53:16
164:24 171:13
192:22 193:24
195:13 233:24
**current** 17:9 21:8
23:19 65:16 71:23
154:1 172:8,19

173:11 228:5
278:7
**currently** 55:14
88:4 105:25 151:4
165:8 166:9
167:12 241:8,9
**curriculum** 60:2
75:20 113:2
**custody** 33:13
36:4
**cut** 72:16,17 112:5
**cute** 179:4
**cv** 1:8 2:8 11:16
16:14 65:12 75:14
75:23 76:12,15
77:4,16,18,21
78:14 87:20 91:11
92:4 97:15 108:13
109:23 168:7
170:18,19
**cycle** 46:21 79:19
171:19

**d**

**d** 37:24 190:14
198:2
**daily** 85:9
**dark** 111:11,21
112:1,10
**darkness** 111:24
**data** 96:7,10
122:13 124:8
128:11,13,15,15
128:16 130:5
131:6,7 177:16
181:17 189:8
190:12 243:2,24
279:8 280:24
**date** 68:9,11
289:14
**dated** 70:3 244:11
244:15 256:12

289:17
**datewise** 140:17
**daughter** 86:4,5
197:3
**dave** 262:22
286:15
**david** 5:6 13:10
51:23 52:1
**david.c.tryon** 5:11
**day** 80:21 111:11
111:21,25 112:1,7
112:10 239:4
258:23 280:18
288:10
**days** 27:5 60:6
112:10 135:24
209:15,18,19
210:1,7,8 257:12
**deal** 149:22
157:11 162:5
215:20
**dealing** 116:13
174:3
**deals** 172:17
**dealt** 177:5
**death** 80:2 139:19
190:19 261:3
271:6
**debate** 252:8
**debt** 112:3
**decades** 93:21
176:23
**deceased** 140:3
**december** 22:5
**decide** 58:1 117:10
133:25 135:10,11
135:12,12 210:15
217:13,14 273:7
**decided** 25:5
82:15 239:16
257:16 258:17

273:14
**decides** 228:1
**decision** 16:25
32:1 117:2,14,18
131:1 134:5,6,9
135:7 139:24,25
140:1 141:12,13
147:2 169:14,23
179:23 204:12
233:19 279:7,8
281:6
**decisions** 134:12
134:14,19,23
135:1,5 171:21
172:13,19 173:13
270:15
**decisive** 205:13,15
205:18 206:23
**decker** 7:19 11:17
**declaim** 186:9
**declaration** 8:11
8:16 42:7 43:8,16
45:9 62:12,18
63:9,13 64:6,8,14
64:19,25 65:7,18
65:23 66:6,10
67:6,15 68:14
70:3 73:2,2
137:19 143:16,17
156:5,10 164:14
164:16,22,25
165:19 167:12,17
171:9 193:4,5,17
193:18 198:16
212:20 223:8
235:11 251:17
**declarations** 61:9
61:14 213:14
**declare** 24:25
186:9 275:23
288:4

Veritext Legal Solutions
866 299-5127

[declares - development]

declares 186:19
206:5
declaring 100:7
decompensations
23:9
deduce 115:2
deep 60:17 183:12
deeply 129:6
285:2
defeated 152:4
defend 40:9 254:2
defendant 1:17
2:18 14:12
defendants 1:15
2:16 6:3 14:12
31:4 47:18 48:19
65:24 66:5 249:12
253:12 286:23
defending 4:16
13:14,15 52:3,8,12
52:17,25 53:20
defense 14:13
245:2
deficient 259:1
definable 209:13
define 84:2,3
defined 25:22
definition 73:15
116:1,3,4 119:12
119:14,15 125:18
280:14 281:12
definitive 242:19
definitively 55:6,9
56:2
degree 55:2 73:5,7
73:8,12 258:21
degrees 98:5,7
159:16
del 3:6 12:13,14
deleted 71:20,25
198:18,21

deliberation
116:22,24
deliberations
101:10
delighted 30:1
delineated 26:1
delivering 266:21
delivery 134:13
197:1,2 280:12,13
delusional 107:19
demagogue 280:9
281:4,12,19
282:11
demagoguery
280:2
demagogues 280:3
demonstrate
242:16
demonstrated
122:10 190:15
232:3 282:3
demonstrating
137:15
demonstration
101:22 102:4
denial 159:11
deniker 6:6 12:25
12:25 48:21,21
286:22,23
denominator
185:8,9,19,19
187:9,16 269:6
deny 229:13
249:13 250:3
denying 53:14
department 5:16
15:17,18 20:19
24:20 40:6 111:11
111:12,22,22
112:3,5,6,14
113:12,14 257:13

depending 72:18
89:12 203:21
208:15
depends 48:13
166:13 220:5
222:16
deposed 15:5,13
20:15 21:13 33:13
deposition 1:19
2:20 1:10 13:16
15:8,11,22 16:14
17:4,4,11,12,13,18
19:10 21:17,19,25
22:4,9 37:8 39:19
52:23 53:7 58:8
58:22 59:10,17,20
60:16 62:9 252:9
254:9 255:13
258:4
depositions 21:14
22:14,17,19
depressed 269:3
273:6,13
depression 120:19
149:20 155:3
273:2
derivative 53:24
54:7 55:11 146:18
derived 41:20
describe 23:1
79:15 94:2 96:4
128:19 198:13
231:4 255:20
described 25:18
28:17 33:5 34:1
123:5 140:6 223:9
229:10 255:6
describes 25:3
describing 105:7
138:21 194:23
230:16 283:11

description 8:10
259:9
designate 94:15,20
95:23 106:20
designated 156:24
desired 33:21
desistance 35:8
220:20 221:2
despite 239:15
detail 16:9,12,20
138:22 229:10
details 214:9
249:9 274:23
285:21
determination
27:22
determine 16:15
137:8
determined
185:20,21 197:9
197:12 206:7
238:6 281:8
detransition 154:4
229:9 242:5,22
243:1,2
detransitioned
228:2,21 229:1
detransitions
153:19
develop 99:12
100:1,12 103:13
104:8,19,25 107:5
217:8 227:10
243:17
developing 104:6
194:14 276:8
development
79:13,17,19 80:4
80:10,18,21,24
84:18,18 104:9
113:15 214:14,15

[development - doctor's]

216:25

**developmental**
16:1 80:7 116:18
122:12 198:13,23
199:10 214:14
**devised** 26:8
**devoted** 93:7
**diagnose** 279:2
**diagnosed** 121:12
123:6,12
**diagnosis** 115:25
125:6 128:1
138:22
**diagnostic** 138:4
**diamond** 232:2
**diamond's** 242:12
**dictated** 206:4,11
**die** 131:16 271:11
271:11
**died** 139:11
260:22
**dietary** 276:2
**difference** 77:1
138:17 185:17
191:11 192:1
220:2 280:2,15,19
**differences** 138:18
229:3
**different** 18:16
47:2 54:16 68:21
69:17 71:10 73:16
84:21 98:6,7
103:25 104:1,14
115:5 119:13
138:13 150:3
177:20 183:18
186:20 199:8,22
206:7,8 220:8
232:10 234:23
241:21 242:11
264:13 282:2

284:11
**differently** 97:20
**difficult** 24:19
54:11 223:1
233:13,19 270:18
274:5
**difficulties** 160:24
161:3 236:17
**difficulty** 231:12
**dig** 78:11
**dilemma** 114:24
**dimensions** 234:21
**diminish** 26:6
**diminished** 243:19
**direct** 61:4 91:23
91:24 203:13
212:24 213:7
218:16 236:25
237:2
**direction** 60:25
279:3,4 289:8
**directive** 170:1,3
**directly** 104:21
123:11 125:12
127:25 128:2
**dis** 276:16
**disagree** 75:4
116:25 241:4,18
**disagreement**
14:14
**disagrees** 21:10
**disappear** 75:4
262:6
**disappeared**
201:16
**disappoint** 158:20
**disappointed**
149:18,19,21,24
154:25 159:1
**disappointing**
159:5

**disappointment**
111:18 149:19,23
150:2 154:17,22
155:2 159:8,16
161:16 162:1,3,23
**discern** 231:15
**discharge** 38:8
**discharged** 82:21
**disclose** 36:15
57:5 58:11 109:4
**disclosed** 16:14
95:25
**discontinue**
111:15
**discontinued**
111:9,9
**discourse** 148:12
**discover** 262:8
**discovery** 37:1
**discredit** 40:16
**discrimination**
161:1,4,9 250:20
253:24
**discuss** 89:14 94:8
209:11
**discussed** 14:7
29:23 38:19 48:17
52:21 93:2 127:14
255:2
**discusses** 180:19
**discussing** 26:12
36:25 83:8 120:4
131:8 171:8
**discussion** 64:12
90:24 208:5
**discussions** 24:23
88:18 96:16 107:9
**disease** 190:20
192:14 271:7
**diseases** 271:9

**dismiss** 116:23
**dismissed** 39:24
40:1,10,22
**disorder** 275:11
275:25 276:2,6,14
276:18,20 277:2
**disorders** 79:23
98:9 275:8,16
**disputing** 35:14
50:7
**disrupt** 105:17
**dissuade** 237:24
**distinct** 84:15
**distinction** 84:23
233:6
**distinguish** 81:15
160:16 281:13
**distraught** 182:25
**distressed** 129:12
165:10
**distressing** 159:22
**district** 1:1,2 2:1,2
11:14,14 41:2
167:24
**distrust** 74:8
**disturbed** 128:23
128:24
**dive** 60:17
**diverse** 245:3,3
**diversity** 148:4,4
**divinity** 258:22
**division** 1:3 2:3
11:15
**doc** 168:18
**doctor** 73:8 89:8
109:4 279:7,7,23
279:24,24 280:22
281:22
**doctor's** 130:22
279:1

[doctors - education]

**doctors** 82:23
88:11 131:3,10,10
131:11,25 132:18
132:22 134:17
135:4,10 147:2
264:11 270:18
272:21 280:3
281:25
**document** 51:9
63:7,11,15,25
65:10 70:6,7,11,18
72:23 144:4
165:23,24 195:21
197:17 201:16
212:11
**documentations**
69:5
**documents** 28:6
58:21,25 59:9
60:12,14 72:25
96:16,17 125:14
195:22
**doing** 31:8 35:3
47:5,8 51:4 54:15
117:8 118:12
125:8 126:4
129:10,11,13,18
133:18 136:17
138:25 161:6
179:11,12 188:21
188:25,25 190:24
210:12 216:1
270:20 276:21
282:5
**domi** 277:6
**dominant** 231:5
**dominate** 277:4,6
**dominates** 277:3
**dominating**
104:15

**donor** 106:7
**donors** 106:7
**dora** 1:12 2:13 6:4
13:2
**dorm** 139:11
**double** 198:19
**downstream**
146:23,24 147:5
**dr** 8:11 11:10
13:15 14:3 15:5
16:11 36:11 47:16
51:19 57:10 59:4
61:8,8,13,14,20,23
62:3,7,11 63:11,13
64:6,7,8 69:2 70:2
70:19 75:23 92:4
95:1,5 106:18
108:10 125:22
126:11,11,14
156:2 168:22
171:9 173:3,7,12
173:24 174:23
175:15,23 176:1
180:12 183:23
184:1,22 186:24
187:19,23,25
188:2,11,16,22,23
203:19 218:4
219:9 222:8
223:12 229:8
251:16 252:6,11
255:2 256:13
258:3 259:5
260:24 262:15
264:20 265:20
266:6 267:9 268:3
268:11 269:8
270:3,23 272:2
273:10 275:13
278:14 279:10
280:6 281:4,5,7,18

283:11,13,21
284:11 285:3,8
286:7,17,22 287:3
287:8,13,13
**draft** 96:17,25
193:11
**dramatic** 100:6
188:25
**dramatically**
149:6 157:1
**draw** 77:13
**drawing** 275:15
**druff** 96:25
**drug** 186:17
242:17
**duddy** 264:2
**due** 161:1 261:5
261:11
**dying** 192:13
**dysfunction**
180:15
**dysphoria** 22:21
22:24 23:3,16
26:20 30:13 33:8
35:15 36:2 37:21
81:2 102:21
103:14 108:24
110:5 130:23
165:2,6 166:4
194:25 198:7
221:3,5 223:14
240:2 274:20

| e |
| --- |
**e** 6:19 7:8 15:1,1,2
15:2,2 23:5,5
37:24,25 106:19
106:19 135:20
190:14 201:9,22
256:12,12
**earlier** 26:10
28:16,23 77:9

130:21 164:17,21
198:17 204:7
223:8 246:3 255:3
255:13 258:4
259:15 260:25
262:16 264:21
265:21 267:10
268:4,15 270:4
280:7
**early** 171:20
214:23 215:22,23
225:10 271:5
**easier** 224:17
265:17
**easily** 235:8
**eastern** 167:23
**easy** 121:17
224:18 233:9,13
252:16 262:9
**eating** 275:7,11,16
275:25 276:1,6,14
276:16,18,20
277:2
**edit** 245:24
**edition** 103:4
285:16
**editor** 260:23
261:3
**editorial** 195:18
**edits** 72:6
**edmo** 41:17
**educa** 174:17
**educate** 131:3
132:10
**educating** 117:16
**education** 1:9,10
2:10,10 5:14,16
6:3 11:13 13:2,5
20:19 21:9 32:20
81:16 84:6,7
88:11 89:20 113:3

[education - evidence]

148:2 286:20,24
**educational**
250:19 260:17
**effect** 179:8 189:5
**effects** 136:12
163:13 213:18
**efficacy** 101:23
102:4
**efficiently** 199:23
221:15
**effort** 14:10
104:18 105:2
**eight** 147:3 170:18
220:6,11,16
250:24
**either** 94:13 135:2
191:18 217:18,18
226:10,17 237:6
240:7,7 241:22
252:11 257:16
287:5
**elaborate** 199:24
211:11
**elaborates** 220:17
**electrolysis** 24:6
25:5
**elements** 116:13
**elevated** 271:7
**elicit** 222:3
**eligible** 284:3
**elizabeth** 3:10
12:16
**ema** 106:19
**embarrassed**
229:23 230:16,18
231:7 279:11
**embarrassing**
230:8,12
**embarrassment**
230:22,25

**embedded** 252:18
**emerging** 243:4
**emphasis** 148:3
**emphasize** 172:5
245:24
**employed** 31:6
33:3
**employee** 21:18
22:2,6 30:11,12
31:3 289:12
**employees** 31:14
**employment**
110:20
**enable** 147:1
192:25 204:16
**encounter** 160:6
**encountered** 56:10
108:22 110:3,3
**encourages** 156:21
**encouraging**
232:24
**ended** 97:11
**endlessly** 195:20
**endocrinologist**
81:18,19 174:2
176:7 208:22
217:19
**endocrinologists**
176:5 216:20
**endocrinology**
81:22,23
**endorse** 119:18
208:12
**endorsed** 182:6
**ends** 182:25
**enemy** 247:3
**engage** 175:23
206:17
**engaging** 156:20
**enjoining** 31:7

**enormous** 85:4
100:9 148:3
183:12
**ensuring** 282:6
**entail** 94:3
**entailing** 158:3
**enthusiasm**
269:24
**entire** 25:25 90:18
144:7 145:14
**entirely** 127:22
147:20 161:1
277:24
**entitled** 238:22,24
**entry** 169:2
**environment**
85:22
**epidemiologic**
166:7
**epidemiology**
100:9
**episode** 256:10
**equally** 183:21
**equate** 32:9
159:17
**equivalent** 159:11
187:9
**era** 166:13
**eroticism** 232:13
233:7
**error** 243:5
**escape** 262:10
**especially** 228:8
232:8
**essentially** 159:10
268:20
**established** 32:21
54:4 57:24
**estimate** 24:16
25:20 86:14 87:1

**estrogen** 56:25
**et** 146:8 190:14
**ethical** 133:21
281:21
**ethically** 132:14
147:1 189:10
**ethics** 47:13 234:7
**european** 104:16
**evalua** 63:22
119:13
**evaluate** 117:22
136:8,11
**evaluating** 110:23
117:17
**evaluation** 15:23
16:1,10,24 17:5
37:18 39:15 63:22
93:16,17 116:10
116:11,17 118:20
119:13,14,16
125:19 135:25
147:11 180:14
186:15 208:13,15
209:12,18,24,25
210:7 211:8
239:21
**evaluations**
125:17,23
**evening** 58:14
**events** 145:9
147:17 156:9,10
**eventually** 16:24
26:4 29:6 109:25
204:12 237:11
**evidence** 39:25
95:14 98:20 99:6
99:7 101:13
173:13,22 204:14
207:4 212:14
240:24 241:20,22
242:4,7 255:6

[evidence - extremely]

268:8 276:3
281:10 282:7
**evidenced** 44:7
**evident** 156:19
**evil** 36:7
**evolve** 154:3 228:7
**evolving** 216:12
**exact** 76:13 237:12
**exactly** 66:13
238:2
**examination** 8:2
14:1 267:4
**examined** 13:23
37:16
**examining** 181:22
**example** 23:20
41:1,12 42:23
48:17 72:13,20
75:9 86:2 88:14
89:21 115:24
125:22 148:9
150:7 172:14
175:6 177:10
178:19 182:16
183:17 196:1
216:25 222:19
229:18,21 239:25
242:16 273:12,17
276:24
**examples** 23:15
44:24
**excellent** 70:18
**exceptions** 24:23
**excerpt** 256:18
279:15
**excerpted** 256:8
**excerpts** 256:8
263:2 269:18
**exchanging**
102:18

**excited** 246:12
**exclude** 162:8
**excluded** 39:5,13
40:12 41:13,24
159:9 161:17
162:20 170:24
**excluding** 158:15
161:11 249:2
**exclusion** 154:18
208:8 254:2
**exclusions** 41:19
**excuse** 142:18
**executed** 288:10
**exhi** 65:17
**exhibit** 8:11,16,19
8:22,24 9:1,3,5,7,9
9:11,13,15,17,19
9:21,23,25 10:2,4
50:20,20 51:2
63:4,8 64:4 69:18
69:24 70:2 164:18
165:25 217:22,25
256:20,21 258:9
258:11 260:13,14
261:20,21 262:21
263:10,11 265:10
265:11 266:25
267:1,20,22
268:24,25 269:12
269:13 270:7,8
271:1,2 272:16,18
275:2,4 278:2,4,22
278:23 279:16,18
282:16
**exhibits** 8:9 63:4
217:22
**exist** 99:20 176:25
**existed** 225:10
**exists** 113:21
166:7

**expect** 154:23
223:18
**expected** 90:11
**experience** 55:24
74:11 83:16 123:5
128:18,20 139:21
154:18 155:9
159:21,22 160:1
173:1 196:21
197:5,5 236:14
243:22 245:22
246:1,2 252:23
260:17 262:1
264:7
**experiences** 84:10
129:22 130:2
199:4 200:3
**experiencing**
130:23 223:13
231:19 240:1
**experiment** 232:9
**experimental**
194:25
**expert** 8:11 32:1,2
38:16 42:1,10,13
49:24 51:20 56:7
56:18,24 57:1
58:22 59:16,24
61:1,10,15,22,22
63:9,13 64:6,8
66:10 68:24 70:3
70:13 79:20 81:22
81:23,24,25 82:1
124:2 148:2
163:17,22,24
164:1,3 170:12
185:10 186:4,7,10
187:25 199:20
253:11 254:15
257:21 279:21,22
280:10,13,14,20

280:22,25 281:14
282:11,14
**expertise** 33:5
41:20 80:15 147:6
152:7,11 186:1
285:4
**experts** 50:12 69:9
100:8,14 189:15
264:14 280:3
**explain** 19:8 241:3
**explained** 114:13
123:3 252:1
**explaining** 31:18
**explanation**
160:25
**exploration** 63:20
186:16
**exposing** 234:18
**expressed** 30:6
232:24 254:8
**expressing** 233:2
**expression** 205:11
221:8
**extend** 176:12
**extended** 31:24
180:13 186:15
208:13,15,24
209:12,23 210:7
211:8
**extending** 33:6
**extensive** 83:16
138:4
**extent** 105:5 109:4
146:19 154:1
167:15 186:1
227:8,9 253:1
282:4
**extremely** 39:20

Veritext Legal Solutions
866 299-5127

[f - first]

| f | | | |
|---|---|---|---|
| **f**  37:24 | **familiar**  73:4 | 219:2 230:22,25 | **fifth**  103:2,4 |
| **face**  141:9 189:17 | 112:12 113:19 | 231:1 236:18 | 185:20 202:12 |
| **facilitated**  230:20 | 143:11 | 239:7 280:25 | 266:10 |
| **facility**  29:2,8 | **familiarity**  188:1 | 283:15,16 | **figure**  37:2 81:6 |
| **fact**  14:15 29:5 | **families**  100:16,24 | **feeling**  231:5 | 129:22 137:1,6 |
| 32:8 40:4 80:5 | 238:11 | **feelings**  159:22 | 141:21 150:17 |
| 99:11 112:7 131:9 | **family**  235:22 | 180:2 200:11 | 167:14 191:10 |
| 137:9,9 177:7 | 238:7 239:10,19 | 215:21 222:3 | 204:1 |
| 187:11 188:24 | 239:21 243:10 | 231:8 | **figured**  138:17 |
| 189:17 191:17 | 249:16 250:6 | **feels**  68:21 155:12 | **filed**  11:13 193:5,5 |
| 199:13 200:25 | 258:16 279:3 | **felt**  31:25 34:23 | 252:13 |
| 206:4 208:19 | **family's**  109:22 | 38:16 97:19 99:5 | **files**  256:8 |
| 238:10 240:25 | 203:22 238:14 | 231:18 | **filibuster**  238:25 |
| 242:23 248:10 | **famous**  271:15 | **female**  16:5 23:6,7 | **filibustering**  239:1 |
| 258:14 262:1 | **fantasies**  233:8 | 25:6,8 26:14,16 | **film**  78:5 |
| 275:22 284:13 | **fantasy**  199:15 | 29:2,8 38:13 | **final**  282:13 |
| 285:8 | 221:11 | 39:19 49:5,12 | **finances**  106:21 |
| **factors**  183:13 | **far**  42:18,19 101:4 | 129:12 142:21,22 | **financially**  11:21 |
| 200:9,10 279:2 | 102:3 124:13 | 145:7 147:15 | 289:11 |
| **facts**  74:8,24,25 | 128:24 137:13 | 149:12,12 150:24 | **find**  44:8 50:17 |
| 75:2,4,5 224:16 | 161:7 175:12 | 193:6,12,22 194:5 | 60:23 68:10 |
| 240:23 255:10,11 | 244:1,2 249:18 | 204:19,20 262:3 | 101:19 120:12,16 |
| 255:12 264:1 | **fashion**  37:9 | 271:17 278:8 | 124:3 165:17,20 |
| **failed**  139:9 190:8 | **fashions**  102:2 | **femaleness**  223:2 | 178:22 202:18 |
| 259:1 | **fat**  277:5 | **females**  223:23 | 203:10 225:21,23 |
| **failure**  175:16,24 | **father**  34:17 85:17 | 232:13 | 226:6 229:15 |
| **faint**  63:2 | **father's**  169:12 | **feminine**  223:21 | 230:11 234:11 |
| **fair**  31:22 42:24 | **fathers**  239:17 | **femininity**  277:24 | 243:16 244:20 |
| 53:18 55:12 68:20 | **favor**  22:23 23:2 | **ferguson**  63:14 | 246:22 252:16 |
| 69:12 103:12 | 23:15 33:6 | **fertilization**  54:21 | 276:23 |
| 115:22 131:1 | **fear**  240:14 | **fertilize**  54:17 | **fine**  29:25 83:18 |
| 137:4 146:2 | **february**  70:4,21 | **fervent**  277:15 | 91:16 106:23 |
| 179:20 182:21 | **feedback**  210:2 | **fetish**  236:8,12 | 207:9 208:19 |
| 190:4,4 198:14 | **feel**  20:10 32:4 | 237:8 | **finish**  148:25 |
| 208:7 221:21 | 42:15 69:12 81:14 | **fetishistic**  225:9 | 238:23 239:4,8 |
| 227:22 237:21 | 94:10,17 109:10 | **fewer**  244:24 | **finished**  94:7 |
| **fairness**  151:24 | 115:1 125:8 | **field**  42:11 75:8 | 239:8 |
| **faith**  270:19 | 138:20 144:16 | 80:5 179:10 | **finland**  103:21 |
| **false**  74:3,3 | 145:15 147:6 | 188:20 194:11 | **firm**  14:19 115:25 |
| | 163:23 164:5,19 | 280:13,20 | **first**  29:1 37:23 |
| | 176:22 187:3 | | 52:19 56:10 65:9 |

Page 20

[first - futures]

68:24 70:16 71:1
78:14 108:21,22
110:2 129:4 164:7
167:24 171:9
183:7 192:20
197:13,22 205:6
213:1 217:2
229:13 234:6
236:2 237:5
239:21 243:1
279:13 283:25
**fit** 60:25 91:23
143:22
**fits** 156:14
**five** 28:12 84:22
121:9 136:15
153:19,20 166:16
173:16 176:12
217:4
**fixed** 241:16 242:7
281:9
**flashing** 64:18
171:7 187:20
**flip** 184:8 203:9
212:18
**flipping** 93:1
**floor** 3:14 4:9 81:4
102:9,11,20
103:10,11
**florida** 22:4,9 31:2
32:24 52:24 53:3
53:7,24 54:2
55:21 170:24
**focus** 85:21 126:4
137:23 172:23
277:2
**focused** 144:16
188:17
**focusing** 44:23
**folder** 50:23,23
69:19 217:22

**follow** 37:1 38:20
39:2 90:24 94:5
109:21 129:17,24
129:25 131:6,7,22
133:3 135:20
146:15,15 162:15
174:4,6,8 175:4,6
175:16,17,23,25
176:11 177:2,7,13
177:14,15,17,21
177:23 178:16,18
179:6 189:8
203:19 208:4,7
212:4 268:1,12
270:16,21
**followed** 39:23
174:12 176:20,23
284:12
**following** 156:18
**follows** 13:24
146:12 176:1,14
198:22
**force** 154:24
**forces** 274:3
**foregoing** 288:5
289:3,5,9
**forensic** 69:3
**forget** 277:1
**forgot** 89:19 113:8
113:11,18
**form** 14:8,10
37:11 48:22 54:10
153:2 213:19
224:8 225:7
**formal** 50:11
**formality** 260:7
**formally** 84:1
**formation** 114:3
**formed** 266:10
**forms** 148:4

**formulation**
227:17
**forth** 69:10 148:13
176:13 181:5
182:3 192:14
200:11 202:6
223:25 234:23
236:1 273:2 278:1
284:25 289:4
**forward** 75:2 93:1
104:19 158:11
171:7 212:18,19
218:15
**found** 83:3,3
135:25
**foundation** 247:10
249:7
**founded** 110:15
**four** 88:15,15
121:9 123:18
166:7,16,25
180:19 181:2
192:5 201:10,25
203:3 208:3
209:19 210:8
211:16 217:4,12
258:23
**fourth** 152:5 192:9
**fragmentary**
218:24
**france** 103:21
**frankly** 65:10
**free** 16:11 144:16
145:15 164:5,19
219:2 283:15
**freedom** 4:16
13:14 52:3,8,12,17
53:1,20
**frequency** 244:22
**frequently** 112:23
118:21

**friend** 1:5 2:6
11:12 21:6
**friends** 245:12
**friendships** 235:22
245:9 246:6
**front** 144:8
**froze** 178:7,12
**frustration** 181:13
236:15
**frustrations** 160:7
**fuddy** 264:2
**fulfilling** 243:9
282:7
**full** 87:25 88:2
110:20 263:2,6
**fully** 214:4 253:16
253:18
**function** 129:1
131:20 213:25
**functional** 173:5,8
173:25 188:18
189:16 244:5
**fundamental**
146:12,18,24
**fundamentals**
130:13
**funding** 106:2
**funny** 266:16
**further** 16:24
76:17 77:12
144:24 286:8,9
289:9,11
**future** 96:10,11
105:10 123:25
160:7,13 208:18
222:6 228:8
240:15
**futures** 180:3

Veritext Legal Solutions
866 299-5127

[gamete - going]

**g**

gamete  25:14
gay  224:17 226:10
  226:17 227:18
  232:17 233:20
gender  19:11,17
  21:8 22:21,24
  23:3,16,19,21 24:1
  24:20 25:12 26:20
  27:6 28:3 30:12
  33:7 35:15 36:2
  37:21 81:2 98:21
  100:11,11 103:14
  108:23 110:5,16
  110:19 111:2,7
  113:2,20 117:12
  118:1 119:1 122:1
  124:2 125:20
  126:18 130:23
  133:10 145:5,7
  147:15 150:20
  151:15 153:15
  154:2 158:9
  159:10 161:17
  162:9,21 165:2,6
  166:3,6 171:2
  174:10 180:9
  188:3 193:1
  194:25 198:7
  209:3 221:3,5,8
  223:14 224:3,4
  228:5,6 232:25
  233:25 240:2
  242:7 245:3,3
  251:5,19 252:14
  256:10 258:15
  262:7 272:5,7
  273:1,8,15 274:20
general  5:5,15
  100:2 115:18
  116:4 118:15

  170:2 190:18,22
  191:6 208:24
  234:16 246:19
general's  13:11
generality  36:13
generally  27:21
  94:24 96:4 142:16
  142:17 159:21
  245:13
genesis  53:17
genetically  204:17
  204:20 281:8
genital  39:20
  133:13 180:10
genitals  196:17
genspect  122:20
gentlemen  74:20
genuine  236:20
genuinely  253:21
germane  174:15
gesture  36:6
getting  100:21
  127:13,14 142:18
  143:18 164:9
  182:24 192:16
  215:20,21 221:25
girl  34:18 142:7,12
  150:8,9 151:4,8,8
  151:9,14,17,18,22
  153:14,14,16,18
  153:19,22 154:8,8
  154:9,17,23,23
  163:19 249:3,13
  250:3,14
girl's  151:5,14
  277:8
girlfriend  139:14
girls  142:15,17,17
  143:3 145:8
  147:16 151:18,25
  151:25 152:3,4

  153:21 154:15
  158:16,16,18,21
  162:19 163:14,18
  204:20 224:4
  249:14 275:7,23
  276:11
give  20:8,13 22:13
  35:18,18,21 47:11
  55:4 76:12,13
  77:18,20 87:1
  88:13,22 89:20
  100:19 116:4
  121:22 122:16,18
  133:4 139:5
  155:11,15 158:6
  166:17 182:16
  184:14 195:16
  205:23 210:1,1
  217:11 220:5,10
  220:12 237:11
  242:4 248:6,14
  261:15 263:25
  269:18 274:7
  277:6
given  22:16 24:17
  26:24,25 30:10
  36:16,20 37:4,8,19
  42:6 43:4,7,15
  44:23 45:12 46:2
  46:9 48:7 75:2
  78:1 82:16 89:21
  94:17 96:17
  115:25 116:24
  131:9 132:7
  135:21 140:4
  175:7,9 206:14
  233:10 263:5
  287:12
giving  16:18 21:19
  21:25 22:4 43:22
  48:5 70:12 88:19

  128:8 139:22
  155:4 163:17
  176:17 180:9
  218:8 240:20
  274:2 285:12
glad  235:9
glance  102:19
go  11:7 63:3 65:1
  75:14 98:23,25
  108:13 112:21
  118:9 131:14
  138:16 144:24
  155:19 156:11
  157:22 164:3,4
  179:23 187:22
  188:23 192:18
  195:5 201:9 202:6
  202:13 203:22
  205:21 207:23
  212:19 216:16
  217:14,15,16
  230:23 257:22
  268:9 285:23,25
goal  221:3,4,8,17
  221:18 222:18,20
  222:21
goes  63:8 77:4
  96:20 182:23
  183:6
going  14:5 18:15
  19:8 36:9 38:25
  48:12 50:19 57:4
  59:5 61:13 65:23
  90:7 94:5,12
  104:19,25 108:14
  112:24 113:6,6
  123:2 125:5
  130:19 131:16
  136:16 137:18
  144:15,25 145:13
  147:8 152:10,15

[going - harmful]

158:10 162:9
164:3,7 170:10
173:8 178:3
179:17 180:4
184:1,18,23 189:5
195:8 196:7
201:17 204:2,2
205:6,14 211:11
212:19 213:7
222:1 228:7 233:5
240:17,20 249:11
256:6,17 262:22
263:1 271:14
273:7 282:19,19
**good** 12:2,7,9,11
12:13,15,19,23,25
14:3,4 29:17
105:19 107:13,25
117:24 128:11,12
128:15,15,16
148:21 277:11
**gotten** 148:1
**governors** 135:1
135:11
**grade** 145:3,22
**graduate** 74:19
88:9
**grand** 88:20 114:1
**grandchild** 129:7
**granddaughter**
128:23
**grandfathered**
79:4
**grandfathers**
239:17
**grandiose** 133:1
**grandmother**
128:22
**grandmothers**
129:6 239:17

**grandparent**
129:2
**grata** 38:7
**great** 108:19
111:18 112:3
156:17 200:24
207:24 229:10
252:17
**greatly** 243:19
**green** 7:6 266:6
**grips** 221:10
233:12 234:20
276:21
**grossly** 271:20,21
272:5,7
**ground** 17:17,19
81:3 102:9,11,20
103:9,11
**group** 25:4 95:13
103:3 107:2
121:21 122:2,11
122:19,20,22
190:23,25 192:10
211:15 234:25
246:3 255:20
265:16 266:4
**groups** 120:11,12
148:2 192:5,6
212:4
**grow** 149:23
**growing** 80:2
220:13
**grownup** 239:15
**growth** 214:10,11
**guaran** 177:1
**guarantee** 19:4
162:10
**guardian** 45:21
**guess** 16:19 45:22
46:17 49:14 52:17
53:18 60:20 61:6

63:21 64:17 72:3
72:9 97:25 99:10
99:14 124:19
126:8 150:4 151:2
153:24 161:9
197:4 198:14
211:7 219:17
235:20 241:3
253:18 277:20
284:11 285:7
**guessing** 142:4
**guidance** 85:21,21
86:1
**guidelines** 103:13
103:16,20 104:1,7
104:9,13,15,19,25
105:10,11 284:15
284:17
**guilty** 262:1,11
**gun** 257:15
**gyne** 225:17

# h

**h** 15:1 190:14
197:23 213:4,8
256:12
**h.b.** 143:13 157:5
157:8
**half** 38:18 68:12
99:4 113:7 139:3
**halftime** 257:13
**hamilton** 37:25
**hand** 69:8 176:9
**handful** 24:22
87:4
**hanging** 273:6,14
274:20
**hap** 78:6
**happen** 42:20,20
150:24
**happened** 17:6
56:5 112:8 122:19

153:20 154:6
266:22
**happening** 104:10
124:11,16 137:9
169:6,6 215:5
**happens** 78:6,7,7
173:17 175:1
229:5
**happier** 128:24
136:3
**happily** 190:9,10
**happiness** 173:15
**happy** 18:7 29:24
33:11 139:25
172:8 173:4,5,8,11
173:25 179:17
188:17,18 189:16
230:3 233:20
236:22 239:4
254:5 274:5
281:10
**hard** 55:1 79:25
85:13 144:6
155:10 181:11
202:4 222:22,25
231:14 233:10
**harder** 232:18
**harm** 148:8
149:25 150:2,2
153:25 154:12,13
161:18 162:2,3,10
162:15 163:18
181:8,12,16,20,23
182:13 183:3
224:10,11,12
234:7 235:22
240:20 276:7
**harmed** 162:13,14
240:21 267:17
**harmful** 153:15,17
186:5 276:21

[harming - helpful]

**harming**  179:19
179:21 180:3
235:1,3
**harms**  163:12
182:14 195:4
223:9 235:19,23
236:1 237:20
267:7,17,18
**harrison**  1:9,13
2:10,14 6:3 13:1
286:23
**harrison's**  74:14
**harry**  39:23
102:21
**hartnett**  3:8 8:6
12:2,3 14:2,5,16
14:17,18 16:13,17
28:1 34:6,22
35:24 36:24 37:3
37:13 43:13,14
46:14 47:15 48:15
48:23 49:15,22
50:3,19,24 51:11
51:18 55:7,16
57:8,18 58:7 59:2
59:8,14,22 60:21
61:6,7,21 62:2
63:6,10 65:4 66:3
66:14 67:2,12
68:3,13 69:16,21
69:23 70:1,12,17
75:21,22 76:6,22
76:24 78:17,18
81:17 84:12 86:9
86:19 91:14,18,21
91:25 92:3 95:7
102:17 103:6
105:13,20,23
106:22,24 107:25
108:8,9,19,20
109:11 111:20

119:8,23 120:5
128:10 142:1
143:19 144:1,9
145:15,18 147:13
148:22 149:1,2
150:15 152:6,23
153:6,9 155:12,19
155:25 156:1,16
157:21 159:3,19
162:18 163:5,10
163:20 164:11,12
165:17 166:1
169:24 170:9
171:6 175:20,21
178:2,6,12,15
181:1 183:15,24
184:6,16,18,20
185:5 187:5
188:20 192:7
193:16 196:13,14
197:7 198:5 201:4
201:12,14,22,24
202:22,24 203:2
203:15,17 206:13
206:21 207:9,13
207:19,24 208:1
213:5,6,23 217:21
218:3,19 219:2,16
219:22,24 220:25
221:1 224:20
226:14,23 227:16
228:18 231:2,11
231:16 232:22
235:17 238:17,20
238:24 239:3,24
241:2,19 242:2
243:13 244:14
247:4,14,21,24
249:10,20 250:1
251:1,14 252:3,5
252:10 253:9,20

254:18,25 255:1
256:19 257:3,8,17
258:2,8,10 259:4
259:12 260:12
261:19 262:14,20
263:3,9 264:19
265:1,9,19 266:24
267:8,19 268:2,10
268:23 269:7,11
269:16,19 270:2,6
270:22,25 272:1
272:16 273:9
275:2,12 278:2,13
278:21 279:9,16
280:5 282:18,22
282:25 283:5,10
283:19 285:6,23
286:7,11 287:8
**harvard**  88:15
**hateful**  246:22
**hates**  230:1
**head**  19:1 74:16
79:21 134:7 188:3
258:21 266:6
275:19
**header**  201:22
**heading**  143:23
144:18 202:18
203:10 282:24
283:1,3,14
**health**  88:16,16
100:2,21 117:3
158:23 160:4
210:14 238:5
**healthcare**  8:19
21:18 22:2,6
30:11,12,18 31:3
31:14,23 32:11
33:6 137:8 240:19
240:20,22 241:5

**healthy**  173:5,25
188:17,18 189:16
**hear**  14:20 16:13
21:21 43:12 73:6
84:20 96:24 113:9
118:17 140:13
153:7 163:14
167:6,7,8 169:21
178:8,10,11
187:10 202:6
217:1,3 219:12
233:20 244:12
257:1,3,7,17
**heard**  39:1 127:16
127:16,25 128:2
129:5,5,9 142:22
226:9 238:11
239:9 250:9 265:5
273:25 274:10
**hearing**  226:12
231:14 236:24
239:12 256:23
**heart**  190:20
192:13 214:11
**heather**  1:6 2:6
5:15 11:12
**hecox**  41:18 42:10
251:4,19 253:11
**held**  74:14
**hello**  12:17
**help**  26:6 54:20
96:7 100:23
117:18 118:18
183:8 222:4,4
251:2 267:6
276:19,20,23
**helped**  86:5
**helpful**  45:15
75:13 107:12
226:6

Veritext Legal Solutions
866 299-5127

[helping - identify]

**helping** 103:13
180:2 281:9,10
**helps** 207:3
**helstrom** 3:11
12:17,17
**hereto** 51:3 69:25
218:1 256:22
258:12 260:15
261:22 263:12
265:12 267:2,23
269:1,14 270:9
271:3 272:19
275:5 278:5,24
279:19 288:7
**heroin** 139:11,17
139:18
**hesitance** 157:17
**hesitating** 15:25
17:2 23:17 24:3
26:21 27:19 43:18
94:4 95:16
**heterosexual**
224:2,7 232:5,11
233:23
**hi** 255:2
**high** 122:10,12
147:23 149:14,15
173:5
**higher** 183:17
184:1,9,22 185:2
187:11,14 190:18
190:19,20,22
192:14
**highlight** 168:11
**highly** 93:11
107:21 173:25
188:18 258:20
264:5
**hire** 48:4
**hired** 33:10 34:16
36:4 99:12

**histories** 44:6
100:1 244:4
277:10
**history** 16:1,2
40:5,5 44:5
101:19 116:18
204:3,3 273:24
274:2,24,25
**hit** 201:15
**hiv** 192:14
**hold** 25:1 81:21
221:17,18 233:25
**home** 109:22
**homosexual**
223:19,22 224:5,7
232:6
**homosexuality**
233:2,6 234:3,5
242:13
**honestly** 181:22
**honor** 88:21
**hope** 31:9 72:2
173:7 220:22
244:16,23 245:1,5
245:5 256:5
**hopefully** 282:13
286:1
**hoping** 105:9
188:21
**hormonal** 192:24
194:24
**hormone** 24:6,10
25:9,10 139:5
175:8 217:15
**hormones** 23:21
82:14,16 93:17
115:25 116:8
138:2,8,11 139:5,8
139:20,23 140:4
140:20 141:14
180:9 181:14

182:19,25 209:7
210:13,15,17,17
210:24,25 211:1
217:14 224:14
266:1,2,5,12 278:1
**horrified** 118:7
121:11,13 240:3
**hospital** 36:6 38:8
38:17 62:24
258:25
**hospitalization**
38:7,10
**hospitalized** 36:5
**hospitals** 112:13
112:15,17,22,25
113:13,20 114:8
118:1,25 190:21
**hour** 18:16 51:7,7
88:15,15 91:15
113:7 115:24
117:23 121:11
123:7,10,13 128:1
209:17 210:13
211:1
**hourly** 207:8
**hours** 71:7,7 123:9
194:14 209:15,19
210:8 211:16
**housekeeping** 14:6
**houses** 83:19
**housing** 250:19
**hover** 144:3
**https** 256:10
**huh** 107:23
**human** 97:23
121:23 161:25
162:6,7,16 173:8
200:8,8 233:15
257:21
**humans** 196:17

**humble** 132:22
**humbly** 74:6
**hundred** 106:4
128:6 177:15
270:19
**hundreds** 285:20
**hurricane** 4:20
**hutchens** 5:15

### i

**idea** 29:15,16,17
29:24 31:8 73:16
73:16 74:2 131:2
134:5 150:22
151:7 183:11
190:9 206:10
217:11,17 225:13
225:14 226:25
227:21 244:23
269:5 277:17
**ideal** 136:11
**ideas** 88:17 202:5
242:11 282:2
**identification** 51:2
69:24 204:17,19
217:25 256:21
258:11 260:14
261:21 263:11
265:11 267:1,22
268:25 269:13
270:8 271:2
272:18 275:4
276:5,6 278:4,23
279:18
**identifications**
203:25
**identified** 273:1
**identifies** 26:14
150:8 151:4
**identify** 150:10,20
150:23 157:15
158:10 167:19

[identifying - initially]

identifying 16:19
  35:21 38:5 58:24
  109:7 193:6,12,22
  194:5 227:18
  276:14
identities 278:10
identity 16:3,4,5,6
  19:11,17 21:8
  23:19 24:21,25
  110:16,19 111:3,7
  121:23 122:1
  145:7 147:16
  150:20,25 151:15
  153:15 154:1,3
  155:4 158:9
  159:10 161:18
  162:9,21 198:8
  199:18 205:11
  206:6 222:9
  227:10,12 228:5,7
  228:13 232:4,5,6
  233:1,25 234:2
  235:21 242:7
  251:5,5,20 252:15
  278:7,11
ideology 135:6
ignoring 100:22
illusion 134:19
illustration 229:7
imagine 43:22
  44:1 150:23
  165:21 176:8,13
  179:25
imagined 262:9
immediate 29:19
  205:17 206:9,22
  266:8
immediately
  135:22 205:12,15
impact 40:14
  136:8 158:13

172:19 195:24
  215:8,9,17
implant 217:3
implication
  179:10,11 187:13
  274:22
implications 35:5
  116:21 154:12,16
  157:24 172:15,15
implied 66:20
importance
  118:19 124:8
important 99:10
  101:25 117:7
  128:11,12
imprecise 196:18
impressed 74:7
  118:15
impression 123:21
  137:15 206:1
impressionistic
  244:9
improve 85:22
  244:24
improved 245:2
improves 244:17
inability 74:7
  120:16 234:14
inadequate 116:9
  119:13
inauthenticity
  229:12
incidence 165:2
incidents 122:12
include 26:22
  156:23 163:19
  170:14 191:8
included 97:22
  168:25 169:2
includes 23:17,20
  26:22 118:20

133:5
including 62:4,8
  116:18 206:4
  253:8
inclusive 148:15
incompatibility
  223:5
incongruence 26:7
incorrect 30:14,15
  49:4
incorrectly 115:20
increase 100:6
  149:20
increased 165:3
  192:12
increasingly
  109:17 260:20
independent 266:4
indeterminant
  154:19 187:15,17
index 8:1
indicate 126:24
indicated 27:8
  82:5 131:19
indicates 72:23
indicating 158:7
  175:24
individual 16:10
  26:5,25 27:1,3
  151:22 195:2
  203:22
individuals 101:20
  110:23 192:25
  193:7,13,24 204:8
  204:8 243:16,17
  245:10,12,16,22
  266:4
indoctrination
  81:14,16
industry 32:1

ineffective 160:9
influence 54:13
  56:3 84:9 101:25
  105:9,10 124:1
  131:12 134:15
  199:13
influenced 40:16
  54:24 55:20 56:2
  148:7 173:10
influences 54:25
  55:2 202:7
inform 30:19 48:2
  59:24 189:11
  279:4
information 16:16
  35:21 36:15 42:15
  42:21 60:23 109:7
  128:13 130:24
  133:3 135:6 148:1
  175:13 259:20
  261:16
informative 45:16
informed 43:19,20
  60:7,8 95:12
  105:6,7 107:6
  116:13,19,25
  117:2,11 132:16
  134:17 135:3
  169:18 205:25
  211:19 221:5
  235:6,8 248:1
informer 117:20
informing 33:25
  100:21 117:17
  174:23
inhabit 232:25
initial 62:4 84:6
  208:11 214:2
initialed 288:7
initially 51:23
  159:1

Page 26

[injunction - johnson]

**injunction**  8:14
64:9 65:20,25
66:7,10,19 67:8,16
67:19,24,25
213:15
**injury**  261:5,11
**ink**  288:7
**innate**  234:1
**inquire**  40:8
**insel**  79:21
**insisting**  177:2
**insofar**  57:22
**instance**  277:16
**instances**  23:1
**institution**  93:10
**institutions**  52:6
93:11 113:4
**instruct**  57:4,14
59:5 94:13
**instructed**  18:2
**instruction**  59:13
**instructs**  17:22
**insufficient**  31:25
**insulting**  281:6
**insurance**  32:1,11
41:3 85:16
**integral**  99:9
**intellectually**
54:22
**intelligence**
122:10
**intense**  209:25
210:7
**interact**  200:9
**interacting**  245:15
**interaction**  113:25
**interactions**
126:25 204:4
**interest**  97:24 98:8
100:14 226:1,2

**interested**  11:21
26:5 74:12 79:18
80:3 83:15 97:8,9
97:23,25 99:6
100:11,23 104:14
114:22 115:2,13
115:16 222:24
237:14 259:21
289:12
**interests**  199:18
**interfere**  141:15
**interfering**  215:4
234:14
**intern**  82:14,18
**internal**  225:4
**internalized**  161:5
**international**
102:21 136:10
**internet**  246:8,10
**internship**  263:15
**interplay**  54:13
**interpret**  252:20
**interpreted**
252:21 255:11
**interrupt**  36:9
104:3,4
**intervals**  212:5
**intervening**
183:13
**intervenor**  1:17
2:18 4:15 13:14
286:13
**intervention**  27:24
28:9,11 149:6
157:1 180:5
**interventions**
180:15 189:1
191:25 194:24
212:3
**interview**  129:9

**interviewed**  17:7
29:17
**intimate**  243:18
245:4
**introduce**  12:5
50:19 51:9 69:18
**introduced**  164:18
**introduction**
17:16 75:6,20
258:18,18 262:2
**invasive**  212:3
**inventing**  182:7
**invested**  261:4,11
**investigate**  170:4
204:11 259:2
**investigated**  83:3
**investigating**
143:10
**investigation**
170:2
**invite**  88:22
114:18
**invited**  39:16
77:20 89:20 93:2
121:21 122:16,18
**involve**  44:11,14
199:4 200:3,5
234:6,8
**involved**  23:22
69:1 84:25 104:22
105:24 121:10
169:5 170:11
220:14 285:2
**involvement**  65:6
116:19 168:16
**involves**  23:18
25:25 42:3 85:21
**involving**  15:14
22:20 23:4 37:20
41:2,10 43:16
45:14 46:2 63:23

**ireland**  125:1
**irrelevant**  226:4
**isolation**  239:11
244:19 246:5
**issue**  20:24 29:5
32:19 33:10 38:24
43:23 96:8 145:25
146:17,18,22,24
147:22 148:16
163:13 207:5
227:20,23 246:19
261:25 274:18
280:11
**issued**  103:15
**issues**  32:15 41:10
42:17 60:3,18
93:8 96:12 105:11
113:16,17 132:12
160:2,5 174:14
187:16,17 191:17
199:15,17
**italics**  172:10
**item**  24:7 25:5
**items**  23:20 25:6,7

## j

**j**  190:14
**jackson**  1:6 2:6
11:12
**janssen**  62:19,21
**january**  37:23
77:23,24 78:2
255:13 256:12,15
273:24
**jazz**  271:16,18
272:4,10,14,15
**jennings**  271:16
271:18 272:4,10
272:14,15
**job**  1:24
**johnson**  6:5 13:1

[johnson.com - know]

**johnson.com** 6:11
**joined** 25:4,16
  102:22
**joke** 75:12 78:25
**josh** 12:23 207:20
**joy** 258:22
**judge** 29:1 39:18
  39:21,21 40:8,15
  40:22 41:3,20
  58:3 168:14,14,23
**judge's** 168:14
**judges** 40:3,3
  134:24,25 135:12
**judgment** 208:20
  281:15,20
**judicial** 32:15,15
  38:23 46:1,8
  47:22 48:9 49:1
  49:17 50:9
**julie** 3:9 12:9
**july** 108:24 110:1
**jumped** 29:16
**june** 78:20
**junior** 149:15
**juries** 134:24
**jurisdiction** 20:20
**jurisdictions**
  169:7
**jury** 169:12
**justification** 186:9
  186:12 206:9
  214:2
**justified** 38:16
  82:23 83:4 216:1
**justify** 28:9
**juvenile** 37:10
**jveroff** 3:21

**k**

**kadel** 21:17 22:1
  31:1,22

**kagay** 1:23 2:24
  11:19 289:20
**kang** 3:5 12:11,11
**katelyn** 3:5 12:11
**kathleen** 3:8 12:2
  14:18
**keep** 38:17 217:12
**keeping** 104:9
  196:5
**kelly** 5:18 13:4
  286:19
**ken** 90:10,20
**keohane** 22:8
**kept** 114:11,12
**key** 45:1 46:17
  213:3
**khartnett** 3:20
**kid** 124:2,5 132:21
  217:11 273:12
**kids** 100:23
  118:22,23 126:3,4
  157:6,9 166:16,17
  176:4,8,9 235:7
  238:12,12 271:13
  273:4
**kill** 257:16 258:15
**killed** 257:25
  258:23
**kimberlee** 7:19
  11:17
**kind** 23:22 27:8
  28:9,11 43:4
  53:16 69:12 71:9
  94:16 102:9 107:3
  111:8 114:24
  116:23 119:20
  130:9 135:19
  137:7,7 169:9
  208:7 211:7,21
  212:14,15 215:25
  216:10 218:11

262:12
**kinds** 60:18
  220:14
**kkang** 3:17
**kmorgan** 5:23
**knew** 30:19,21
  34:23 121:23
  211:2 225:21
**know** 14:13,22
  15:16 16:18 17:19
  18:7,17 20:15,20
  27:16 30:20 31:11
  32:20 35:17,19
  37:16 38:13,21
  39:1 40:7 41:10
  42:13,15,18,21
  43:24 46:18 47:11
  54:12,24 55:19,22
  59:9 60:11,17
  61:21 63:16 64:3
  64:12 66:18,19
  67:18 68:1,10
  74:1,16 76:12
  77:15,18 78:4,5,7
  78:10,15 84:21
  85:14,19,24 88:17
  89:7 90:14 91:18
  92:11 93:19,23
  94:10,18 95:1,3,16
  95:21 96:18,22
  98:14,17 99:8
  100:5 101:4,18
  103:11,15,21
  106:2,9,11 107:12
  107:17 113:11
  114:14,15,15,16
  115:11 117:10,22
  118:2,3,3,3,4,11
  118:11,13,18
  119:15,17 122:25
  123:17 124:13

125:16 126:6
128:7 129:19
131:4,5,10,11,11
131:15,18 132:7
132:12,21 133:1
133:19,20,21
134:16,17,20,20
134:21 136:6
137:13 139:13,17
140:7 141:14
142:5,7,8 144:2
145:19,21,23,25
146:13 147:2,11
147:21,23 149:22
150:24 151:11
153:4 154:2,11,16
155:8 156:13
157:5,8,10,16
158:22 159:13,15
159:17 160:14
163:20 165:12
168:21 169:10
170:7,17 172:18
173:15 174:7,9,11
175:1,9,12 179:5,7
179:9,10,11,15,16
179:16,18 181:7
181:10 182:3,14
183:9,19 184:13
187:23 188:16,24
190:14 191:22
192:11,17 193:25
194:1,3,13,18
196:24 200:6
201:7,8 202:3,5
203:3 208:19,19
208:21 209:19
213:2 215:16
216:14,17,21,22
216:22,23,24
217:24 220:5

Page 28

[know - levine]

223:3,9,20 224:3
224:21,23 228:23
229:3 230:5,6,21
232:7 233:16,16
233:22 234:16
235:7 237:16,19
238:3 239:16
242:10,14 245:1
248:11,12,15,16
249:1,8,11,21
250:19 253:2
257:25 264:17
266:11,16,17,21
269:4,22,23,25
271:10,16,22
272:10,11,13
273:4,21 274:18
277:14 278:10
279:24 280:19
281:5,16,21
284:13 285:8,15
**knowing** 117:9
118:5
**knowledge** 17:9
22:18 31:10 32:4
32:17,18 33:11,23
34:2,20,24,25
42:11,16 45:18,19
46:19,21 56:20
58:5 72:8 130:11
132:5,23,24 143:9
143:10 147:10,10
155:16 161:25
193:19 204:14
228:23 240:14
243:5 252:18,22
**knowledgeable**
32:13 66:22 80:1
**known** 35:4,5
42:22 43:25,25
47:6,6 48:3,3,4,5

56:20,20 71:15,16
130:9,15 131:23
131:24 133:23,24
245:13 279:5,5
280:4,15,15,20
281:14
**knows** 117:21
154:11 173:17
175:9 176:14
189:11,22 263:5
280:14 281:13

**l**

**l** 6:6 15:2 135:20
212:21
**labeled** 242:8
**labels** 199:18
**lack** 42:16 133:3
143:9 212:14
247:10
**lacking** 189:24
190:6
**lacks** 173:24
**ladies** 74:20
**lainey** 1:16 2:17
13:15
**lambda** 4:4 12:20
12:21
**lambdalegal.org**
4:11,12
**landing** 29:1
**landmark** 168:19
**landscape** 233:15
**language** 163:4
164:22 165:12,16
165:18,20 194:10
195:8 198:18,21
199:7 221:23
223:7 266:19
**large** 106:7 126:10
144:3 275:23

**largely** 127:22
**larger** 148:7,17
154:24 165:4
166:2,5 235:19
**late** 87:18 195:15
**latest** 103:16
**law** 3:12 4:7,19
5:7,19 6:7,18 7:7
13:16 14:19 32:14
66:22 143:11
145:21,23,25
146:6 158:17
**lawrence** 4:18
13:17 225:15
**lawsuit** 142:24
**lawyer** 33:3 34:16
52:25 53:19
**lawyers** 45:3,21
58:2 69:8 253:2
**layperson** 89:6
**lead** 47:13 160:9
162:1 255:16,18
255:21
**leaders** 115:12
**leads** 162:3 242:18
**learn** 74:18 96:24
125:21
**learned** 69:6 99:3
137:11
**leave** 220:24
**leaves** 183:12
**lectures** 89:20
**lectureship** 88:21
**led** 89:10 96:2
101:15 239:13
**left** 83:1 110:20
111:16,18 112:7
258:15,16
**legacy** 261:4,10
**legal** 4:4 11:18
12:20 48:1 66:23

68:23 69:5,14
73:15,18 125:13
125:14 126:20
168:15,20 196:5
287:15
**legally** 38:14
132:13
**legislators** 218:12
**legislature** 134:25
218:5
**legitimacy** 81:12
83:12 147:6
**legitimate** 152:11
**length** 182:3
209:13 220:21
**lens.captivate.fm**
256:10
**lesbi** 232:4
**lesbian** 232:4,11
**lesbians** 223:24
**letter** 138:21
139:6,7 140:20,23
179:3 182:20
183:8 208:21
210:23 211:9
260:23 261:2,3
265:16
**level** 36:13 98:12
**levine** 1:19 2:21
8:3,12,16 11:10
13:15,22 14:3
15:1,5 16:11
36:11 47:16 51:19
57:10 63:11,13
64:6,7,8 69:2 70:2
70:19 75:23 92:4
95:1,5 108:10
111:3,3,5 156:2
180:12 184:22
203:19 218:4
219:9 222:8

Veritext Legal Solutions
866 299-5127

[levine - lower]

223:12 229:8
252:6,11 255:2
256:12,13 258:3
259:5 260:24
262:15 264:20
265:20 267:9
268:3,11 269:8
270:3,23 272:2
273:10 275:13
278:14 279:10
280:6 283:11,13
286:7,17,22 287:3
287:8,12,13 288:4
288:15
**levine's** 183:23
184:1 186:24
251:16
**lgbtq** 113:20 118:1
118:25
**liaison** 52:2
**library** 92:12
258:21
**lichenstein** 283:11
**lichtenstein**
285:17
**life** 46:20 79:19
84:7,10,11 128:25
129:18 131:19
138:24 149:22
158:1,2 171:10,17
171:19,20,22
172:2,8,9,19,24
173:6,9 174:1,15
174:16 179:13,17
189:4,4,5,16 191:3
191:19 195:4,11
199:1 200:10
203:22 206:5
208:16 210:19
217:1,2,8,9 222:22
223:11 225:4

228:25 229:6,9
230:3 232:10,12
232:19 258:17
259:2 262:9
270:15 274:6
277:3,4,7,9 282:7
**lifelong** 190:17
**lifespan** 272:23
**lifestyle** 271:9
**lift** 74:16
**light** 251:21
268:21
**likelihood** 117:5
**limit** 96:12
**limitations** 38:15
132:24 133:9
136:18 212:2
277:13
**limited** 58:5
176:11 179:6
245:14
**lindsay** 251:4,19
**line** 78:12 82:24
105:17 144:25
**lisa** 90:10,22 232:2
242:12
**list** 87:20 92:4
168:7 195:5
237:20
**listed** 26:23 87:21
92:22 170:19
**listen** 140:4 147:8
**listening** 50:8
80:20
**litem** 45:21
**literal** 60:13
**literature** 31:11
32:5 101:12
156:20 158:12
171:14 172:3
175:9,10 202:3

225:4,24,24
**litigation** 168:3
170:1
**little** 34:18 51:7,9
53:2 75:9 78:24
122:9 127:17
135:23 179:4
212:21,22 223:21
223:24 231:14
**littman** 200:12
**live** 143:3 210:3
258:17 276:7
281:10
**lived** 234:20
245:21
**liver** 214:11
**lives** 83:16 160:7
189:6,7 193:2
244:17 264:6
281:10
**living** 25:13
128:23 129:11
140:5 190:9,10
222:17
**llp** 12:3,8,10,12,18
14:19
**located** 24:14
**london** 125:1
**long** 27:23 46:20
58:16,17,18 67:21
70:9 80:21 101:23
102:5 110:2
114:23 115:19
117:7 131:21
133:3,12,14
146:14 153:18
157:23 174:18
179:21 195:3,4
209:11,12 234:20
235:12,13 238:18
276:22

**longer** 97:4 101:2
101:3 154:9
164:22 196:4
209:15 222:13
**look** 35:3 70:5,11
92:25 122:25
135:10 144:14,16
149:19 151:21,24
151:24 152:2
161:2 163:12
170:18 172:3
181:17 217:23
219:2 222:6
242:23 243:23,23
244:3 263:6
283:14
**looked** 72:20
97:14 102:14,14
193:11 215:7
**looking** 69:8 91:25
144:11,14 214:21
**loop** 186:21
**loose** 283:21
285:10
**lose** 145:14
**losing** 36:4
**loss** 38:11 55:5
**lot** 54:15 76:7 85:2
86:3 172:25
200:20 232:4
233:22
**lots** 17:6 56:5 69:7
230:7 275:7
**love** 89:23,23
225:3 234:11
238:4
**loving** 89:25
**lower** 183:22
184:7,24,25
186:25 187:8,15

Veritext Legal Solutions
866 299-5127

[lunch - medical]

| | | | |
|---|---|---|---|
| **lunch** 105:17 | **man** 109:24 | **match** 19:17 | 81:14 85:5 87:9 |
| 148:21,24 152:21 | 257:14 258:20 | 150:19 189:8 | 91:4 101:17 |
| 155:18,19,22 | **manifestation** | **matches** 19:12 | 105:17 114:12 |
| **lung** 57:1 | 162:15 | **mate** 234:11 | 118:23 123:24 |
| **lungs** 214:11 | **manifestations** | **material** 126:21 | 129:2 134:21 |
| **lwilkinson** 4:22 | 181:20 271:24,25 | 199:19 203:11 | 142:16 143:17 |
| **lying** 39:21 40:1 | **manner** 251:24 | **materials** 59:23 | 150:14 152:10 |
| | 253:25 | 61:1,9 126:24 | 162:12,13,14 |
| **m** | **mansion** 83:19 | **mathematical** | 169:5 179:5,21 |
| **m** 3:6 106:19 | **mantle** 98:15 | 185:23 | 209:24 224:18 |
| 135:20 | **march** 1:20 2:24 | **matter** 11:11 14:6 | 228:25 230:17 |
| **m.d.** 8:17 | 11:1,4 24:13 | 16:10,14,22 21:16 | 238:9 240:12 |
| **machine** 289:7 | 140:18 218:6 | 22:1 23:25 26:11 | 265:25 278:9 |
| **maia** 4:6 12:21 | **marciano** 90:10 | 28:13,24 32:16 | **meaning** 37:14 |
| **maintain** 239:14 | 90:22 | 33:14,17,23 34:8 | 45:25 46:7 91:6 |
| **major** 162:1,3 | **marked** 51:2 63:3 | 34:15 35:7,13,25 | 95:24 277:23 |
| 180:14 213:2 | 63:4 69:24 70:2 | 36:3 38:3,4,19 | **means** 52:2 64:13 |
| 215:9 220:2 | 217:21,25 256:21 | 39:9,10 43:4 | 67:20 73:13 118:5 |
| **majority** 24:7 75:7 | 258:11 260:14 | 47:17 48:18 52:1 | 177:1 212:5 225:2 |
| 97:19 190:10 | 261:21 263:11 | 52:12,21,24 53:8 | 271:8 |
| 223:18 | 265:11 267:1,22 | 53:21,23 54:19,20 | **meant** 73:9 103:11 |
| **making** 70:13 | 268:25 269:13 | 56:13 57:10 59:24 | **measure** 267:17 |
| 107:15 132:19 | 270:8 271:2 | 61:15 62:19 64:19 | 267:18 |
| 134:8,12,19,23 | 272:18 275:4 | 65:6,25 67:6 69:8 | **measured** 96:12 |
| 135:1,7 169:14 | 278:4,23 279:18 | 69:14 70:3,22 | **measurement** |
| 173:10,14 189:3 | **market** 137:8 | 71:17 72:17,21 | 212:6 |
| 195:18 212:14 | **marriages** 244:1 | 95:12 107:8 | **measurements** |
| 243:21 252:22 | **married** 221:25 | 114:25 139:15 | 96:8 136:16 |
| 275:22 276:9 | 243:25 | 146:18 209:15 | **mecha** 136:16 |
| **malady** 226:18 | **mas** 262:25 | 246:19 280:24 | **medal** 25:22 |
| 227:19 | **masculine** 223:24 | **matters** 26:1 31:2 | **media** 11:9 287:14 |
| **male** 16:5 25:9,12 | **massachusetts** | 31:3,13 32:24 | **medical** 22:24 |
| 38:6 129:10 | 3:15 24:15 26:2 | 35:12 41:10 42:14 | 23:2,16,17 25:17 |
| 139:16 142:20 | 28:7 167:24 | 45:20 69:15 | 27:21 30:24 47:13 |
| 143:5 145:6 | 168:12,13 | 126:20 168:20 | 73:6,8,12,15,18 |
| 147:15 149:16 | **mastectomies** | 171:22 | 74:18,19,25 75:6 |
| 174:10 193:6,12 | 25:11 49:12 | **mccuskey** 6:16 7:5 | 75:11 82:9 83:2,2 |
| 193:22 194:5 | **mastectomy** | **mean** 19:9,11,17 | 83:6 89:11,12 |
| 204:17,18 | 180:10 | 43:24 45:21 46:8 | 117:6 134:13,15 |
| **maleness** 223:2 | **master's** 97:21 | 46:25 53:12 55:20 | 134:15 135:3,7 |
| **males** 25:13 | 263:14 | 61:20 70:10 78:4 | 142:9 189:19 |
| 223:20 232:14 | | | |

Veritext Legal Solutions
866 299-5127

[medical - morning]

191:25 196:25
208:9,9 210:9
211:10 228:22
234:7 246:23
**medically**  27:9,11
27:14,17 28:3
131:19
**medication**  20:7
20:12 186:17
**medicine**  74:9,15
74:23 81:24,25
83:19 87:22,25
93:8,9,9,10 98:21
**meet**  38:9 58:16
58:18 116:17
118:14,17
**meeting**  90:1
101:2,4 115:24
182:17 284:8
**meetings**  202:6
**member**  93:2,24
94:1 97:2,18 99:2
99:10,14,16 107:1
107:17 149:12
**members**  89:13
106:5 246:22
255:19,24
**membership**
97:11,20
**memory**  195:17
**men**  204:18
225:16,18 227:10
233:6
**men's**  225:17
**mental**  79:23
84:10 88:16 100:2
100:21 158:23
160:4 238:5
**mentally**  82:15
173:5,25 188:18

**mention**  113:8,18
156:9,9 163:16
**mentioned**  44:18
56:10 106:25
107:1 125:10
127:3,3 140:12
163:11,14 176:19
203:14 211:17
227:17 246:3
255:14 261:2
**merely**  161:8
199:1 206:7 214:3
**met**  58:14 99:20
99:20 141:7 188:5
272:14,15 284:24
285:14
**method**  172:2,3
179:7,8,18 184:23
201:5 248:1,2
**methodologic**
130:6
**methodology**
130:15
**methods**  136:19
137:15 179:20
186:25 201:1
247:6,17,20
**middle**  80:24
145:1 205:8
238:16 245:8
249:3 250:4
**mind**  31:18 32:9
55:23 84:13 92:16
157:25 216:12
**mindful**  199:10
**minor**  87:10 91:7
138:9,12 141:3,4
141:23 142:3
192:21
**minority**  224:19
244:23 246:11

272:23,25 273:3,8
**minors**  87:9
116:14 130:23
165:5,9 166:2,6,10
167:13 208:25
209:1
**minuses**  222:5
**minute**  83:9
212:19
**mischaracterizes**
169:15 250:7
251:11 254:12
**mischaracterizing**
250:10
**misconstrue**  208:6
**miserably**  139:9
**misleading**  230:2
**misread**  137:22
**missed**  187:13
**missing**  34:25
187:8 191:16
283:3
**misstated**  92:23
**mistake**  227:21
228:1,3
**mistaken**  226:10
226:17 227:1,19
**mistakes**  40:4
**misunderstand**
248:12
**misunderstands**
248:6
**misunderstood**
276:17
**mitch**  7:16
**mixing**  135:6
**model**  121:6
143:24,24 144:18
181:4,8,9 182:2,5
182:6,8,8,11,12
183:3,18 186:5,5,8

186:11,12 202:15
202:15,16,20
203:4,8,12,18,18
203:20 204:6,10
205:2,5,17 206:2
208:4,8,12
**models**  8:19
180:19 181:2
198:7,11 201:10
202:1 203:3 208:3
**modern**  71:18
225:24
**modest**  106:6
229:4
**modesty**  229:2
**modify**  96:3
**mom**  273:6,13
274:20
**moment**  26:23
46:5 50:21 51:1
55:15 56:1 70:5
201:8 256:24
274:8
**month**  15:13
24:21 166:13
180:8 257:20
**monthly**  167:1,4
**months**  30:2 38:18
77:25 89:3 110:7
113:1 136:13,14
179:22 180:7,8
210:4 242:25
275:20,21
**morally**  132:14
**morass**  135:8
**morgan**  5:18 13:4
13:4 286:19,19
**morning**  12:2,7,9
12:11,13,15,19,23
12:25 14:3,4
128:21 129:3

Veritext Legal Solutions
866 299-5127

[morning - noteworthy]

235:5 246:3
**mother** 1:6 2:6
  11:12 21:6 85:16
  169:14 197:3,4
**mothers** 239:16
**motion** 8:13 64:9
  65:20 66:7 67:7
  164:17 251:17
**motivation** 276:20
**motivations** 171:1
**mount** 283:22
  284:21
**mourning** 140:2
**mouth** 139:21
  163:1 230:15
  257:15 266:17
**move** 194:20
  196:13 198:2
**moves** 75:1
**moving** 167:18
**multicultural**
  130:18
**multiple** 89:15,15
  124:23 125:11
  127:3 130:18
  200:9 234:21
**multisite** 130:17
**multitudes** 256:11
**murder** 82:17
**music** 148:13
**mzelkind** 4:12

**n**

**n** 15:1,2 23:5
  106:19 190:14
  256:12
**naive** 68:23
  217:17
**naivety** 69:13,14
**name** 11:17 14:18
  14:24 15:16 23:5
  28:5,10 35:18,19

40:19 41:6 78:23
92:24 109:10,10
109:13,15,16,16
110:22,25 111:4
122:23 197:22
214:12 237:6
271:16 289:15
**named** 39:10
88:20 103:3
**names** 147:24
**narrative** 50:2
**narrow** 279:22
280:13
**narrowly** 151:21
**natal** 142:20,20,21
142:22 143:2,5
149:16 151:25
152:3 232:8,13,14
**nation** 168:19
**national** 120:23
**natural** 171:22
**naturally** 177:6
215:5
**nature** 15:20
16:21 34:2 38:3
71:15 74:25 94:18
95:3 96:5 128:13
176:6 182:13
195:1
**navigating** 232:19
**ncaa** 147:23
**ne** 4:20
**near** 140:23
**nearly** 191:19
**necessarily** 43:11
190:24
**necessary** 27:9,9
27:11,14,17 28:3
146:20 265:16
**necessity** 27:22

**neck** 258:24
**need** 16:15 18:1,16
18:20 47:7 60:22
75:10 77:13 79:4
80:22 91:17 95:21
96:9,12 104:4
114:24 130:16
132:16 136:9
144:15 164:18
182:18,19 205:3
229:2 254:4
283:16,17
**needed** 57:16 96:9
112:5
**needs** 76:1 144:2
172:7 174:18
221:10 284:12
**negative** 39:20
74:4 84:10 117:19
130:2 139:21
158:13 163:3
**neither** 185:9
289:11
**nets** 286:1
**neurologist** 79:1
**neurology** 78:22
**neutral** 253:25
**never** 24:8 26:18
30:7 34:21 39:16
40:9,20 42:18
45:3 77:17,17
78:5,7 88:6,8
92:21 114:2,13
115:14 126:14,15
141:7 170:13
209:2,4 228:11
241:16 242:17
271:23 272:13,14
272:15
**new** 4:10,10 16:3,4
16:5,6 60:6 75:5

112:1 180:9 182:7
188:3 203:20
209:3 242:17
243:4 250:22
263:23 266:11
**newborn** 196:18
197:1,2
**newborns** 196:22
**newly** 213:13
**newspaper** 143:1
**nice** 192:5
**night** 20:9,12
**nih** 79:21 197:17
197:21
**nimh** 79:21
**nine** 220:7,16
258:14,18
**ninth** 41:4,5
**nodding** 19:1
**non** 38:7 191:18
223:15,17
**nonjudicial** 44:21
**nope** 145:17
**normal** 217:16
264:4
**norsworthy** 40:15
41:21 170:15
**north** 21:16 22:1
31:2 32:24 72:21
**nosewor** 170:15
**noseworthy** 39:11
40:15 41:17,25
170:17
**note** 110:14,18
211:21,25
**noted** 287:17
288:7
**notes** 78:19 179:3
**noteworthy**
168:17,17

[notice - okay]

notice 70:25
noticed 198:18
213:13 214:18
noticing 12:1
notion 48:13,13,16
83:8,13 161:11
173:23 227:20
237:24 244:15
notions 31:20
84:15
notwithstanding
60:24 284:23
novel 54:24
novels 56:7
november 60:5
77:9 88:3
nowadays 134:23
215:13
number 8:10
11:16 25:1 56:4
88:12 96:12,20
100:6,8 111:14
126:9,10 160:6
161:20 202:21
206:2 268:19
287:14
numbers 77:6
128:8,9 136:1
165:4 166:2,6
numerator 185:9
185:9,19,21 187:9
187:17
numerical 86:8
numerous 194:14
235:3
nursery 197:1

o

o 23:5 37:24
135:20
o'clock 148:20

o'malley 256:1,14
oak 257:16
oaks 6:8
oath 13:23 20:1
289:6
obese 271:20,21
272:5,7
object 54:10 61:16
81:9 109:3 152:22
186:15 193:14
213:19 226:25
236:8,12 250:2
262:23 263:1
objected 36:4
185:3 225:12,13
objecting 38:11
120:2,15 132:25
201:1,2 205:22
objection 14:8,11
14:12 27:15 37:12
40:13 41:15 48:10
48:22 49:3,19
50:1,12 55:13
57:21 59:25 60:24
66:1,17 67:9,17
68:6,14,17,19
69:12 83:21,25
85:12 86:15 103:9
106:14 111:13
119:3,22 128:3
134:10 141:9,25
146:3 150:12
151:20 153:2
154:20 158:19
159:12 161:19
162:24 163:9
169:15 170:6
171:4 180:24
183:4,5,20 184:3,4
184:11 187:1
192:3 195:15

196:23 200:19
205:20 206:19
213:22 221:22
222:15 224:8
226:11,19 227:7
228:17 229:20
230:24 231:9,13
231:25 232:21
234:4 240:23
241:6,24 242:9
243:11 246:20
247:8,19,23 249:5
249:6,17,23 250:7
250:9 251:11,25
253:15 254:12,13
259:9 263:8
264:24 267:12
268:5,22 269:18
285:1
objections 11:24
14:8,11 41:20
objective 31:9
92:19 93:7,11
104:11
objectively 132:10
objectivity 104:2
objects 18:1 199:1
237:9
obligations 36:12
36:19 82:22,23
95:3
obnoxious 226:4
227:3
observing 193:21
obstetrics 197:2
obvious 259:25
obviously 16:9
159:15 194:9
205:7
occasionally
273:22

occasions 25:12
occur 160:20
214:13
occurrence 85:9
occurrences
137:10
occurring 214:13
246:7,9,10
occurs 75:3 233:6
233:7
offending 223:5
offensive 223:4
offer 30:22 73:7
94:25 202:9
offered 25:24
26:19 45:2 107:11
115:6
offering 31:9
63:21
office 13:11
officer 25:9
official 1:11,13
2:12,13
officials 170:3
oftentimes 126:21
oh 27:4 29:20
35:11 37:15 73:25
76:9,19 97:4,19
106:22 110:6
127:16 138:20
141:18 153:12
157:22 162:4
166:23 168:25
169:8 201:14
203:7 217:11
218:23 219:9,19
258:10
ohio 139:12
okay 14:20,22
15:20 20:11 21:11
23:14 35:11 50:19

Page 34

[okay - overdose]

50:25 54:6 62:16
63:1,14 64:18
65:5,9 67:13
70:23 73:11 75:21
77:8 78:17 91:11
91:18,25 92:23
97:2,17 100:25
107:25 110:10
111:6 119:9 123:9
140:5 142:5
143:11 144:10
151:17 156:7
158:15 163:6
166:22 170:10
178:12 182:22
194:19 198:2
201:18 202:11,23
203:1,7 207:24
211:6 212:18
218:7,10,19
219:23 237:10
253:21 255:22
256:6,17 257:10
259:23 260:5
265:9 266:18
275:10 283:8,18
**old**  84:22,22 93:21
132:1,2,3 134:2,3
134:3,4 140:3,12
147:3,3,4,4 149:11
150:7 151:17
186:14 220:6,7,7
220:11,12,13,16
220:16 221:7
234:22,22 235:7
249:2,13 250:3,14
250:24,24,24
264:2
**older**  80:24 85:7
89:8 93:10 209:9
234:21 250:19

**once**  47:4 87:15
88:22 140:21
143:23 166:23
167:5 195:25
**one's**  84:17,17
116:8 215:9
281:22
**ones**  130:2 241:12
**ongoing**  114:3
**online**  60:7 245:13
263:7
**onset**  215:2
**open**  69:22 148:11
**openly**  284:1
**operated**  136:1,2
**operationalize**
215:22
**opine**  41:11
**opinion**  42:10,19
42:24 43:1 49:17
49:24 55:4 56:7
56:18 59:24 61:2
61:15 63:21 68:25
79:20 107:11
150:17 151:3,9,12
151:13 155:16
157:12 163:17,22
164:1 170:12
186:4,7,10 224:6
230:4 248:10
249:1,12,21 250:2
250:10,12 251:3
**opinions**  45:3,20
95:12 96:17
152:10 250:8
252:1 254:15
283:7
**opportunity**  23:7
208:13 214:15
217:6

**oppose**  251:22
252:13
**opposed**  132:8
160:15 161:18
173:4 193:12
236:20 247:5,16
248:18,24
**opposing**  36:1
**opposite**  117:12
156:24 193:1
**opposition**  33:21
34:13 65:19 66:6
67:7
**option**  133:5
202:12
**options**  133:4
202:9 226:21
**oral**  37:14 42:7
43:8,16 45:9 46:1
46:8 48:7
**oranges**  180:17
**order**  47:7 96:9,13
112:5 185:7,7
253:12
**ordinary**  282:10
**organ**  214:9,12
**organization**  39:1
92:19 93:6,7
94:19 98:11,12
103:1 107:4 122:3
122:4,6 149:14
255:3,7,9 266:6
284:14,18,19
**organizations**
120:14 147:25
**organized**  151:5
285:15
**organizers**  115:12
**organizes**  149:14
**orgasm**  234:16

**orient**  53:6
**orientation**  215:22
223:19 224:5
231:24 232:6,8,9
233:11,16,18
**orientations**
233:23
**origin**  199:3
**original**  167:16
193:10,10,15
223:3 230:20
264:14 277:22
**origins**  79:23
**ostrich**  134:6
**ought**  115:24
117:2,15,16
168:21 189:7
262:12 263:20
270:14
**outcome**  11:21
38:13 39:20 96:13
149:7 155:2
169:19 174:18
188:22 190:12
222:14 224:3
239:19
**outcomes**  101:23
102:5 133:12
157:2 238:1,9
271:25
**outlier**  120:2
264:1
**outside**  59:15,18
231:25 254:14
**overall**  176:22
**overcome**  86:6
275:9
**overcoming**  275:8
**overdose**  139:11
139:18,18

Veritext Legal Solutions
866 299-5127

[oversimplify - partner]

**oversimplify**
264:16

**p**

**p** 15:1 256:12
**p.m.** 2:23 108:7
155:21,24 207:14
207:17 254:21,24
286:3,6 287:11,17
**page** 8:10 17:17,20
63:8,25 64:1,4,4,5
64:5,7,23 65:10,10
65:11 70:16 71:1
75:17,18,18 78:14
78:19 91:11,22,23
92:4 108:16
137:16,18 143:15
143:19 156:4
164:8 167:19
194:22 197:19
198:3 201:10,22
201:23 203:12
205:2 212:25
213:8 218:13,15
218:22 235:11,14
282:23 283:2
**pages** 1:25 55:21
70:8 74:17
**paid** 32:23 33:1
253:10
**pain** 26:6
**panels** 90:14
**paper** 99:13 101:8
101:9 107:5 109:9
109:20,21 174:8,9
197:24,25 228:20
229:10,15 230:6,7
239:23 260:19
266:20
**papers** 56:14 60:2
60:11 107:6
133:11 170:8

**paradigm** 198:14
198:23 199:10
**paragraph** 55:23
92:24 108:15,17
108:21 110:15,18
137:17,19 140:7
143:16,20,25
144:7,15,19 145:1
145:14,20 148:23
148:25 156:5,11
156:17 164:8,10
164:21 165:18,19
167:19,19,25
168:4 170:16
171:7,8,10 187:21
187:22 192:18,20
193:23 194:21,22
196:6 197:8,15,16
197:16 198:13,22
200:12,15 201:21
202:13,17,25
203:13,14 204:13
205:1 207:6
212:21,24 213:8
219:14 229:15
235:10,21 243:14
245:7,8 282:20,23
283:9,10,20
**paragraphs** 164:5
220:1 236:2,3
237:17 240:16
283:14
**paralegal** 12:21
**paraphilia** 225:8
227:6,9
**paraphrasing**
229:17
**pardon** 29:20 76:7
95:20 153:7
274:12

**parent** 85:20,21
86:1 120:11
122:19,20 127:9
127:15 128:17
197:5 240:11
271:10
**parent's** 122:23
240:12,13,13,14
**parental** 38:11
128:14 199:11
**parents** 35:13 36:3
36:7,8 37:20 38:6
38:10,17,24 85:5,7
85:15 116:15,20
117:1,1,9,17 118:7
120:11,12,22,22
120:23,24,24
121:4,5,7,10,16,21
122:2,6 123:4,11
123:22 124:21
125:5,8 127:2,22
127:23,24 128:2,4
129:22 130:1,24
130:25 132:5,11
133:23 139:13,25
141:9,18 147:1
152:2 165:10
167:7 169:3 201:5
201:6 203:24
204:3,4 206:25
209:21,22 210:16
210:21 221:14
238:3 239:13
240:3,4,6 249:16
259:3 279:4,6
**part** 36:10 55:24
61:9,14 71:17
81:5,5 82:5 98:18
98:18,19 103:7,12
104:18,18 112:14
113:1,15 114:20

144:17 151:1,2
168:24 171:8
197:1,4 200:7
205:14 219:4,5
233:14 238:6
247:12 252:17
275:25
**partially** 170:24
260:7
**participant** 99:22
**participants** 2:22
11:5
**participate** 96:15
149:4 151:4
153:14 154:24
233:10
**participated** 49:11
77:16
**participating**
152:1 154:25
**participation**
31:11 32:6 42:8
43:3 146:11
156:23 169:18
252:13 253:13
**particular** 27:24
32:3 33:25 36:3
38:23 41:8 52:6
54:19 56:21 60:12
60:14 72:4,10
79:17 80:3 101:3
117:13 131:4,21
138:3 165:23
199:21 242:17
249:9
**particularly**
120:25
**parties** 11:7 14:9
94:22 289:13
**partner** 234:11

[parts - percent]

**parts**  125:2
**party**  11:20 36:1
46:10,12,13 47:24
47:25 48:8 49:2
49:18,25
**pass**  193:1 238:5
281:15,20
**passage**  219:3,12
**passion**  263:22
269:25
**passionate**  235:7
277:15
**passionately**  282:5
**paste**  72:16,17
**pathway**  16:23
195:11 223:11,14
223:17 227:12
**pathways**  226:1
**patient**  15:24 16:2
17:7,8,10 27:25
38:8,9 63:20
82:17,19,21,22
83:1 85:16 86:3,6
86:23,25 91:2,4,9
108:22 109:2,8,9
109:14 110:3,4,12
114:24 116:15
124:23 127:1,4,9
127:15 138:9,12
138:21,24 139:4,8
140:11 142:3
176:19 182:17
183:6 203:21
208:12,16 209:20
210:15,17 225:20
228:1,20 231:6
239:13 241:7
258:3
**patient's**  138:22
141:12 210:20,22
230:15

**patients**  63:24
82:22 84:15 85:1
85:3,7,10 86:10,11
86:13 87:2,11,18
89:2,4 90:16,25
100:16 127:16,21
136:1 138:3
141:23 167:3,6
173:11 174:4,6,12
174:24 175:5,7,24
176:2,21 177:16
177:24 178:17
179:7,19 183:16
183:18,22 184:22
184:23 186:24
187:12 188:9,14
198:25 203:20,23
206:25 221:3
222:12 230:23
231:19 233:21
236:24 238:10
239:18 244:4
284:2,7 285:9
**patterns**  102:2
171:21 223:24
**pause**  178:3
213:10 214:1,3,7
214:19,24 215:25
216:11
**paused**  215:11
217:12
**pdf**  64:2
**pediatric**  174:2
176:7
**pediatrician**  86:2
176:2
**pediatrics**  146:7
147:18 148:6,7
172:22 176:4,9
196:25

**peers**  215:9,18,19
220:11,13
**pejorative**  226:22
**pelet**  3:6 12:13,14
**penalty**  288:5
**pending**  76:20,21
178:10 249:18
**pennsylvania**
218:5
**people**  24:24 25:4
26:6,7 30:18
32:10,14 33:7
36:6 45:18 46:23
68:19,25 69:7
74:23 75:3 78:4
80:4,5 83:15,17,21
96:16 97:21,22,23
98:5,6,15 100:8,10
100:13 101:25
103:24 104:24,24
106:5,15 107:3,11
107:16 114:1,9,14
114:23 115:23
117:15 118:5,11
118:18 122:22
123:8,14,16
124:25 125:1,1
126:1,16 128:5
129:13,16,25
130:10 131:9
133:15 135:21,23
135:24 136:2,4
140:7 141:7
148:12 152:15
154:3 155:5
159:21,25 160:12
160:15 161:4
163:13 171:18
172:18 174:3
176:4 177:4,9,12
179:8,9,15 181:9

182:14,14 189:11
190:24 191:6,8,13
191:15,18,19,25
192:13 202:9
206:1 208:14
209:9,17,25 210:2
211:15 214:23
215:13 216:3,4
221:24,25 222:1,7
222:8 223:13
225:7 226:8,10,17
227:15,18 228:25
229:1,5 230:2
231:23 232:9,17
232:18 233:11,15
233:22,25 234:25
236:11,19 238:8
241:4 242:21
243:9,24,25 244:1
244:10,18,20,24
245:3,3 246:2,5,10
246:11,25 247:2,3
247:5,7,16,25
248:16,19,25
250:19 252:19,24
254:10 257:24
262:5 263:16,20
267:6,7,16 268:1
268:12 269:3
272:11,12 273:22
274:2 280:20
281:2,3,10 282:4
284:22 285:13
**people's**  80:21
97:9
**perceived**  182:18
237:20
**percent**  73:10,13
73:19 74:20,24
75:11 79:22
123:14 175:7

Veritext Legal Solutions
866 299-5127

[percent - plead]

177:12,15 247:5
247:16 248:16
**percentage** 243:24
267:16 275:24
**perception** 137:2
137:5
**perfectly** 83:4
**performances**
82:1
**performed** 211:8
**performing** 120:7
**period** 44:6 112:9
140:15 155:17
176:23 190:13
197:6 209:8 210:8
210:10 211:7
**periodically** 167:7
**periods** 175:5
**perjury** 288:5
**permissible** 239:3
**permission** 66:4
285:13
**permit** 251:18
**permitted** 27:3
42:25 145:8
147:16
**permitting** 150:6
**perpetual** 140:2
**perplexed** 253:22
**person** 19:12 21:7
25:24 26:14,16,17
27:19 29:2,6
37:15,15 50:11
54:12,15 66:20
74:11 82:15 90:21
124:2 130:8
138:25 139:1,2,11
139:23 140:11,20
140:22 141:10
149:18 150:8
161:25 162:2,2,4

172:24 173:4,5,25
174:3,8 178:20
180:7 182:23
183:9,9 188:19
195:12 206:5
210:16 211:1
215:10 221:6,12
221:25 222:18,23
222:25 223:11
224:17,18 228:23
229:21,25 230:11
230:21 233:7
234:21 240:17
246:23 248:5
262:6 263:4,14
270:13 271:19
274:6,18 276:14
276:19 281:13
**person's** 140:24
149:20 189:1
230:4 232:7
235:21
**persona** 38:7
**personal** 16:19
69:11 233:18
**personality** 126:3
**personally** 68:18
111:17 123:5
126:15
**persons** 45:21
**perspective** 46:20
46:21 151:25
152:1,2,5 153:13
171:11,17,22
172:2,5,13,24
174:16,16 179:14
191:3 212:15
213:17 229:6
281:1,2
**perspectives**
152:12,14

**perturbed** 120:25
**pervasive** 160:8
**perverse** 236:19
**phase** 66:11,19
67:16,19
**phases** 67:18
**phenomenon**
72:16 124:15
166:7 197:2 220:8
220:9,10 240:8
241:16
**phrase** 21:21
194:1,3,4,5,8
195:20 266:16
**phrases** 175:19
195:22,23
**physical** 199:12
271:9,24
**physically** 91:3
**physician** 62:23
74:12 174:17
282:10
**physicians** 173:21
**physiology** 42:14
56:25 189:1
224:12 234:10,13
**pi** 165:19 193:5,19
**pick** 148:24
**picture** 271:21
**pictures** 272:12
**piece** 77:9 211:19
**pike** 172:16
**pill** 20:9
**pioneers** 256:11
**pittsburgh** 74:13
**place** 11:7 48:22
75:5 114:9 195:7
256:15 268:7
289:4
**placed** 50:22
289:6

**plaintiff** 1:7 2:7,21
3:3 4:3 11:11 12:4
12:8,10,12,14,16
12:18,20,24 19:22
21:6 64:15 142:6
144:13
**plaintiff's** 8:13
32:22 64:9 65:20
67:7
**plaintiffs** 54:3
171:1
**plan** 83:16 113:1
**play** 42:25 144:13
149:11 150:6,8,19
157:13 162:20
199:16 249:4,16
256:17,19 258:8
260:12 261:19
262:20 263:10
265:9 266:24
267:20 268:23
269:11,15 270:6
270:25 272:16
274:4 275:2,18
278:2,21 279:15
279:16
**played** 45:2 257:5
257:11,18 258:13
259:5,8 260:16
261:23 262:24
263:13 265:13
267:3,24 269:2,9
269:21 270:10
271:4 272:20
275:6 278:6,25
279:20
**playing** 151:17,18
158:8,16 249:14
263:1
**plead** 262:1,11

**please** 11:24 13:19
14:22,24 18:7,17
18:25 27:12 29:12
29:21 34:5 46:13
49:23 51:1 58:11
70:5 73:22 91:18
96:4 102:19
132:22,22,23
149:9 152:24
153:10 156:13
164:5 165:24
184:19 185:6
190:2 228:10,10
252:3,4 256:19
258:8 260:12
261:20 262:20
263:10 265:10
266:24 267:21
268:23 269:11
270:6,25 272:17
275:3 278:3,22
279:17
**pleasing** 54:17
**pleasure** 234:15
**pllc** 5:17 6:5 13:1
**plus** 70:9
**pluses** 222:5
**podcast** 77:16,20
78:10 255:14,16
256:4,13 259:14
259:16,19 260:11
260:25 262:16
263:5 264:21
265:5,21 267:10
**podcasts** 77:19
78:1
**point** 14:21 45:3
62:1 71:21 82:5
83:7 105:16,18
124:1 135:9
148:20 159:20,24

160:5 186:20,22
212:10,13 217:19
240:20 254:4
258:1 275:15
**pointing** 254:16
**points** 213:3
**policies** 147:25
**policy** 162:20
**political** 32:3
135:6 148:18
200:21
**politically** 226:3
**politicians** 134:8
134:14,20,21
135:11
**politics** 111:11,22
**pool** 243:16
**pop** 201:19
**popular** 225:4
**population** 30:25
160:23 190:19,22
191:6,11,12
234:16
**portion** 94:15,20
95:24 205:25
**portions** 91:24
**portray** 221:11
**pos** 95:4
**pose** 118:13
**poses** 160:12
**position** 30:21
32:10 33:24 40:16
47:18 82:16
130:12 175:3
248:6,7,8 270:18
**positive** 29:25
74:3 84:9 117:19
128:18,20 129:13
158:13
**possession** 40:5

**possibilities**
185:12,14 221:7
**possibility** 95:5
187:10 209:7
215:15 235:1
**possible** 183:16,21
183:25 184:7,9,17
184:21,24 185:1
186:24 221:20
227:17 242:16
**possibly** 183:13
194:15 214:20
244:11,15
**postcard** 179:4
**postmortem**
139:13
**postoperative**
271:20
**postpartum** 273:6
273:13
**potential** 37:20
163:12 165:6
166:3
**potpourri** 97:23
**pounds** 277:5
**power** 233:10
264:13
**powerful** 195:23
**practical** 96:13
**practice** 64:16
82:10 84:24 85:9
111:4 113:23,24
124:11 125:12,21
137:3 176:24
181:25 186:10
206:18,20,22
246:7 257:12,14
264:11,12
**practices** 90:3
126:19 188:2
283:7

**practicing** 84:7
175:2 280:22
281:25
**practitioner** 105:3
128:18
**practitioners**
129:23 135:15
144:24 176:10
203:4 205:5
206:17
**pre** 275:24 276:10
**preber** 44:4,15
**prebu** 43:21
**preceded** 101:21
275:19
**precedent** 101:14
101:17,21,24
102:2,6,10 103:7
**precedents** 69:9
**precedes** 276:4
**precipitate** 155:3
155:3
**preclude** 198:24
**precluded** 170:25
**predeclaration**
275:24
**predetermined**
212:5,5
**predict** 155:1
162:7 222:5
241:12 277:11
**predispose** 271:9
**preexisting** 161:13
**prefer** 27:17 135:3
135:4 148:24
159:17 196:3
**preferable** 35:8
**preference** 195:20
**preferred** 222:14
**prejudicial** 112:1

[preliminary - process]

**preliminary** 8:14
64:9 65:20,25
66:6,10,19 67:8,16
67:19,24,25
213:15
**prelude** 276:18
**premed** 74:13
**premised** 237:23
**premorbid** 161:2
**prenatally** 206:6
**preparation** 59:19
60:15 62:9
**prepare** 53:20
58:8,10,21 67:15
70:23
**prepared** 97:21
199:20 218:11
263:14
**preparing** 71:4
73:1 165:24
**prepubertal** 43:9
43:17,21 44:4,6,11
44:15,18,25 45:13
45:14 86:21,22,24
87:2 90:25 91:1
157:6,9
**prerog** 134:1
**prerogative** 134:1
**pres** 24:10
**prescribe** 140:19
**prescribed** 123:6
123:12,13 138:1
138:11,15,18
141:2,6,7,10
**prescription** 23:21
115:25
**presence** 59:15
**present** 7:15 11:22
24:23 33:11,22
56:19 114:1
118:22 122:3

149:5 160:13
208:18
**presentation** 8:19
90:8 229:22 262:7
**presentations**
90:15,19
**presented** 20:25
29:15 39:18 40:6
88:17 90:12
120:18 165:7
186:14 273:18,20
**presenting** 56:18
90:2 154:4,7,14
165:5 166:3
**preserve** 131:19
239:21
**preserves** 14:8
**pressure** 100:10
110:11
**presume** 35:18
68:8,11 115:11
142:11,14,19
143:4 153:23
188:22
**presuming** 248:17
**pretend** 131:5
147:6
**pretending** 147:2
**pretty** 124:22
225:9
**prevent** 20:4
94:23 158:9
276:23
**preventing** 36:7
158:8
**previous** 45:19
68:19 71:19 107:8
172:19 195:21
205:24,25 228:24
**previously** 21:13
26:23 34:1 48:7

48:25 52:11
167:20 221:4,13
**primarily** 83:17
173:10 221:9
**principle** 115:18
217:10 233:24
234:6,24 239:21
**principles** 47:12
75:3 281:21
**prior** 17:11 42:6
43:7,15 45:12
71:9,12 136:17
195:7 274:10,20
276:12 289:5
**prison** 16:2 23:7
24:24 27:3 32:7
49:5
**prisoner** 15:15
16:10 22:10,23
23:2,4,6,16,25
24:1,10,14 25:17
25:21 26:9,20
27:14 28:4,11,18
29:10,13 39:10,19
49:8 170:20
**prisoners** 22:20
23:23 24:16 30:1
49:12
**prisons** 26:2
**private** 233:18
257:14
**privilege** 14:9
**privileged** 82:6
**privileges** 25:6
**privy** 96:22
**probably** 15:17
25:1 42:13 55:21
72:21 74:16,21,21
76:2 88:25,25
90:17 99:4 100:5
103:17 110:6,6

112:24 121:7
128:6 137:17
166:16,18 172:23
176:11 185:13,14
194:13 196:24
197:24 217:9
223:21 224:15,17
230:9 237:4
275:21 276:9
285:19
**problem** 69:2 86:6
100:22 120:20
130:15 151:16
160:9 177:17,18
178:1 186:14
267:25 276:2
**problematic**
276:25
**problems** 23:10
85:23 89:24 97:10
121:2 122:13
160:19 161:13
189:19 199:2
244:22 246:5
272:9 276:11
**procedures** 180:11
192:25
**proceed** 94:16
**proceeding** 11:24
36:19 46:1,9
47:22 48:9 49:1
49:17 50:10
**proceedings** 36:18
47:24 125:13
289:3,5,7
**proceeds** 205:17
**process** 38:14
54:22 60:16 67:21
79:18 80:3 81:6
105:7 116:18
196:21 221:6,9

[process - public]

284:22 285:3
processes 32:3
48:1 60:10 63:23
66:23 68:23 80:2
84:18 85:8 94:8
215:5 220:15
229:9
product 59:12
68:22 101:6 112:8
productive 282:6
professional 92:1
92:5,7 93:5 95:2
98:5,7 102:25
107:21 125:21
127:1 133:22
135:4 158:24
178:20 274:17
284:17
professionals
88:17 100:2,22
125:17 126:18
177:5 189:12
professor 87:21
112:20
profound 189:5
profoundly
225:13
program 26:8
74:13,14 90:18
102:23 110:21,22
111:1 112:4,4
113:20 114:6
118:1 119:1
programs 112:5
118:7,16
progress 169:19
prohibited 154:24
158:25
prohibiting 251:9
prominent 284:1

promise 221:17
promised 139:3,23
promote 205:10
247:18,20
pronouns 14:23
15:3
proof 242:15,18
242:20
proper 35:14
proportion 203:4
proposing 217:17
proposition 213:2
prove 74:22
133:16,18 217:18
217:19 241:22
provide 16:23
18:21 25:5 63:19
72:15 88:9 96:10
115:10 119:1
130:24 143:8
170:12 183:8
provided 15:23,25
33:4 47:17 57:17
71:15 105:4,6
119:10,20 139:20
167:20 259:7
providing 26:5
42:15,20 97:9
100:14 104:14
110:23 135:16
137:3 165:8 166:9
167:12 170:4
208:9 259:20
284:15 285:12
provision 23:22
provisionally
106:23
prudent 204:12
psychi 80:17
psychiatric 15:23
16:1,9 37:17

39:15 89:22
100:15 112:16
120:17,18 135:24
160:19,24 161:3
186:14 190:17,21
228:22 244:22
psychiatrist 66:21
69:3 78:25 79:16
80:1,20 84:3,3
171:18 172:17
222:8 257:19
263:24 277:9
280:18
psychiatrists
78:24 79:16 83:22
84:5
psychiatry 78:22
79:10 80:6 83:14
83:20 84:8 88:13
112:14 113:11,13
113:14 114:10
229:5 257:13
263:19
psycho 276:1
psychoanalysis
80:6
psychodynamic
80:6
psychologic 261:5
261:11
psychological
30:25 100:15
161:13 199:12,15
215:8 271:25
psychologically
27:18,25 31:8
psychologist 63:19
psychology 16:3
80:7,13 82:14,18
84:14

psychopathology
79:22 276:4
psychosocial
117:7 133:12
200:10 215:17
220:10,15 244:3
246:2
psychotherapeutic
63:22,23 138:5
149:6 156:25
180:1,13 186:16
209:16 270:14
psychotherapy
99:14,18,18
107:10 124:25
135:25 139:1
165:8 166:10
167:13 181:3,8
182:10,12 183:2
186:5,11 202:15
203:8,12,18
204:16 208:4,8,10
208:14 212:1
255:19 270:20
puber 220:5
pubertal 214:12
215:18,19 216:14
216:18
puberty 87:9 91:6
93:16 95:15
156:22 213:9,10
213:18,22 214:1,2
214:4,5,9,10,10
215:2,23 216:15
216:16 217:16
218:14,21,25
219:8 220:6
public 69:4,4
148:12 248:10
272:11

Veritext Legal Solutions
866 299-5127

[publication - rapidity]

**publication**  76:3
  94:6 101:15
  103:17 189:10
  201:1
**publications**  45:19
  107:8 114:17
  236:3
**publicly**  95:25
**publish**  100:18
  175:16,24 176:17
  177:21
**published**  56:15
  60:2,5 76:25 94:7
  94:7,23 104:12
  109:20 114:15
  122:15 133:11
  174:7,9 175:12
  190:11 211:18
**puerile**  215:11,17
  215:23 220:11
**pull**  108:15 282:15
**purpose**  80:13
**purposes**  19:10
  31:7 46:7 80:15
  85:16 149:17
**pushing**  279:2
**put**  14:6 65:18
  77:18 99:13
  101:12 159:13
  163:7,8 195:2
  217:3,21 223:13
  223:16 277:19
**putting**  162:25
  172:10 195:10
  223:10 230:15
**puzzled**  240:16
**pyscho**  63:23

**q**

**quadruple**  98:3
**qualification**
  213:17

**quality**  126:24
**quarter**  58:20
**question**  18:2,6,12
  18:20 24:3 27:20
  28:2 34:21 35:22
  38:2 39:24 41:22
  43:11,21 44:1,9,22
  45:1,6,7,11,16,25
  46:13,18 48:11
  49:14,20,23 50:18
  52:18 53:2,4,5
  54:23 57:13 58:1
  58:2,24 60:13,20
  61:18,24 66:12,15
  66:24 67:1,11
  68:2 72:2,10
  76:18,21 78:3,9
  80:8 85:14,25
  86:7 87:8 92:11
  93:22 94:4,5,16,16
  95:18 96:9 97:1
  97:16 104:5,6
  105:8 106:8,16
  108:15 110:8
  111:13 114:2
  118:10 119:6
  120:9,22 124:19
  125:11 126:23
  134:12,16 136:21
  136:23,24 137:12
  137:19 138:13
  145:13 147:5,7
  150:4,22 151:1,2
  151:10 152:13,24
  153:3,5,11,23
  154:22 155:13
  156:12 157:7
  159:18 163:25
  164:13 165:15,22
  168:24 171:9
  172:6 173:12,20

176:16 178:8,10
  178:16 179:12
  184:19 185:4,8,11
  185:22,23,23
  187:3,4 191:20
  193:14 194:17
  195:17 203:7
  206:16 207:6
  209:10 211:6,11
  212:20 213:16,20
  218:10,14,17,20
  218:23 219:1,4,6
  221:13 224:9
  232:15 236:1
  237:19 238:19,21
  239:2,12,25
  244:13 249:18
  253:18 256:18
  259:13 260:10
  261:17 285:7
**questioner**  207:22
**questioning**  80:15
  105:18 113:9
  132:19 174:15
  286:9
**questions**  17:21,22
  46:7 47:8 53:11
  55:4 59:6 75:15
  87:3 90:24 91:12
  92:20 94:11 95:23
  105:21 114:19
  130:6 137:13
  148:17,23 150:16
  151:1 164:2,6
  192:19 196:7
  218:12 241:15
  268:22 282:13
  286:8,13,18,21,25
  287:5
**quickly**  221:16
  270:11 274:2

**quite**  46:22 56:23
  136:7 186:22
  229:4 260:17
  284:1
**quote**  46:24 89:9
  100:8 106:5 114:8
  148:1 213:10
  223:10 228:10
  229:16 284:1
**quoted**  40:21 41:3
  79:20 168:20
  194:3 285:11
**quotes**  171:25
  172:4,5
**quoting**  230:1

**r**

**r**  15:2,2 37:24,25
  197:23,23
**rafferty**  146:8
**rafters**  273:6,14
  274:21
**raise**  43:24
**raised**  43:23
  142:24 174:14
**raising**  179:12
  191:20 192:10
**ran**  112:2
**randomized**
  270:17
**range**  98:5 159:22
  160:1 195:3
**ranges**  98:7
**rapid**  114:22
  115:10,21 116:1,5
  116:16,23 119:1
  119:10,20,25
  120:7,15,25 121:6
  124:11,16 135:16
  137:3
**rapidity**  127:17

Veritext Legal Solutions
866 299-5127

[rapidly - record]

**rapidly**  114:21
125:6 220:13
**rarely**  178:21
**rate**  183:22 184:1
184:8,9,22,25
185:2,8,11,22
190:17 192:15
206:7 242:25
243:1,5
**rates**  183:17
185:17,18 186:25
187:8,11 190:19
190:20,21 271:6
**ray**  225:6
**rbrooks**  4:21
**reach**  177:8,8
**reached**  38:22
**reacted**  214:7
**read**  46:14,16
54:18,24 56:14
60:1 66:14,16
68:25 69:7 96:6
96:16 104:24
125:13,22 137:21
137:24 143:1
144:3,6,25 145:1
145:10,13,20
152:24 153:1
156:18 164:5,23
165:1,25 169:11
170:8 192:23
194:23 195:8,9,25
196:15 198:22
199:9 202:5
204:13 205:6,8,9
219:11,14,20
228:20 230:6
236:22 237:19
239:22 243:14
245:8 281:16
285:17,19 288:5

**reader**  195:25
**reader's**  172:12
**reading**  72:24
95:13 205:7,8
214:25 283:24
**ready**  145:19
**reality**  221:11
**realize**  118:19
134:13 135:8
**realized**  214:25
**really**  17:3,4 29:5
32:9 42:18 50:6
55:1 60:10 81:11
86:5 95:16 98:10
98:13,16 102:11
104:4 107:11,13
114:9 123:17
128:7 134:18
139:21 141:17
180:16 181:16,21
185:10 194:17
200:6,23 201:2
202:4 209:14
211:2 236:10,15
246:7 248:12
264:10 271:8
277:7
**rearranged**  77:5
**reason**  17:2 27:19
145:6 147:15
156:8 162:11
170:14 174:22
177:3 193:8 199:6
**reasonable**  73:5,7
73:8,12 95:18
158:23 174:17
**reasonably**  20:10
**reasons**  130:16
**reassignment**
16:25 23:8 27:5
28:22 29:4,7,10,13

29:19 49:6 109:18
135:21 177:11
190:13,16 191:1
260:21
**reassurance**
125:23
**rebuttal**  37:22
59:3 61:19 62:4,7
62:11
**recall**  21:15,19,25
22:4,11 26:11,24
27:2 35:9,10
50:14,16 61:3
62:22 66:9 68:7,9
83:10,11 87:7
110:2,9 127:6
194:16 218:8,9
226:12 255:4
256:13 274:25
285:20
**receive**  24:1 25:17
25:22
**received**  31:14
36:15
**receives**  106:2
**receiving**  284:8
**recertified**  79:2
**recess**  51:15 108:5
155:22 207:15
254:22 286:4
**reco**  26:9
**recog**  173:19
**recognize**  141:11
141:11 173:19
252:19 261:7
272:24
**recognized**  114:19
148:8 225:18
**recognizes**  244:18
**recommend**
121:13 130:22

131:14 205:10
**recommendation**
23:12 24:17 25:16
25:21 28:16,25
39:16 40:2 49:9
132:1,4,6,20
138:21 139:6,7
190:15 210:18
266:5
**recommendations**
15:24 16:21,23
17:9 28:6 118:8
121:13
**recommended**
23:5,25 24:5,9,24
25:15,23 26:10,19
27:2 28:2 49:5
132:18 138:1,8,15
138:18 141:2,6
209:2,4 210:9,14
**recommending**
117:16 208:9
**recommends**
125:7
**reconcile**  161:11
251:23 252:6,12
252:17 254:7
**reconsidering**
60:7 210:19
211:19
**reconstituted**
266:9
**record**  11:3,8,23
14:6,7,25 36:25
46:16 48:22 51:13
51:16 55:9 66:16
102:17 108:3,6
137:22 153:1
155:20,23 169:16
207:14,16 251:14
254:7,20,23 256:7

Page 43

[record - reports]

256:9 263:4 268:7
285:25 286:2,5
287:11 289:6
**recorded** 11:9
19:12,18
**recording** 11:6
259:11 260:24
**records** 142:9
191:15
**recross** 286:9
**recruited** 52:4
**reduce** 277:19
**redundancy**
195:22 196:2
**reexamine** 90:3
**refer** 61:1 109:14
150:2 164:19
167:25 172:1
183:9 200:12
229:14 260:10
**reference** 41:5
168:7 192:21
237:3,12 275:22
276:9
**referenced** 28:13
256:6
**referred** 126:17
246:15
**referring** 19:21
26:10 34:11 61:5
64:16 73:21 120:3
144:22,23 147:19
219:1 258:4 266:1
**refers** 73:19
172:21
**refine** 136:22
**refinement** 71:18
**refinements** 72:6
**reflection** 69:13
**reflections** 60:3
77:10

**refresh** 50:23
69:19
**refusal** 183:11
**refuse** 183:8
**refused** 38:8
**regarding** 21:18
21:20,23 22:2
45:13 90:15 170:1
**regardless** 105:11
238:4 240:18
**regular** 167:9
**reidentified** 38:12
**reinforce** 151:6
**reinforces** 154:1
**reinforcing** 151:14
**reinhardt** 3:10
12:15,16
**reisbord** 7:16
257:1,4,7,10 258:9
**rejected** 169:12
**related** 11:20
42:17 43:4 44:25
82:9
**relationship** 146:6
146:6 180:1
243:18
**relationships**
236:18,21 239:10
239:14,22 243:10
243:10 244:2,5
245:5
**relative** 191:18
280:25 289:12
**relatively** 211:3
**relevance** 71:20
72:19 173:20
**relevant** 32:21
49:14 57:19,25
165:22 199:25
**relief** 31:5

**religious** 31:20
**rely** 61:10,13
221:9 264:17
277:12,13
**remains** 36:16
75:9,9
**remarks** 218:11
**remember** 18:10
23:11 42:19 53:11
53:14,15 75:10
123:1 194:1
274:23
**remind** 19:5
**reminded** 56:24
219:5
**reminding** 179:4
**remorse** 139:22
**remote** 2:20
**remotely** 2:22
11:5
**remove** 132:2
277:25
**removed** 116:9
164:24 165:12
195:13,14 199:6
214:5,6
**renamed** 110:19
**repaginating**
75:18
**repeat** 21:20 27:12
29:12 32:12 46:13
47:4 53:4 73:22
152:17,20 157:7
175:18 190:2
195:23 207:2
261:7,9 268:22
281:24
**repeatedly** 23:23
24:5 187:4
**rephrase** 18:8
43:11 80:7

**replaced** 193:23
225:9
**report** 37:17,22
42:1,7,10 43:8,16
45:9 53:1,11,12,17
53:20,23,24 54:6,8
55:10,11 58:14,22
59:3,10,16,24 61:1
61:10,22 62:4,5,8
67:23 68:25 70:3
70:14,20,23 71:5,8
71:9,12,13,18,19
71:24 72:1,4,6,14
72:17,20,22 73:1
75:15,16 79:20
92:24 96:3 108:14
128:17 137:20
143:17 144:11
164:3,14,23
165:13,16,18,20
175:11 180:19
188:1 193:20
198:3,17 199:7,20
220:21 281:16
282:14
**reported** 1:23 83:1
125:4
**reporter** 2:25
11:19 13:19 18:25
46:14 51:3 66:14
69:25 152:23,25
218:1 256:22
258:12 260:15
261:22 263:12
265:12 267:2,23
269:1,14 270:9
271:3 272:19
275:5 278:5,24
279:19 289:2
**reports** 61:19 69:7
71:15 72:9,11,12

[reports - roger]

96:25 124:23
127:4,25 128:5,14
129:13 131:7,8
135:17 204:15
269:5
**represent**  12:3
65:15 95:1 130:8
148:12 163:24
164:20 198:19
**representation**
124:10
**representative**
218:20 219:7
**representatives**
173:19
**representing**  13:1
13:11,14 33:9
34:16 94:22
165:15
**represents**  116:21
128:15 245:21
**reproductive**
234:9 235:2
**republished**
200:18
**repudiate**  277:24
**reputation**  130:9
**request**  110:12
**requesting**  166:6
**require**  92:25
**required**  266:5
**requirements**
136:23 146:20
147:1 196:5
**requires**  74:15
116:12 134:6
146:1
**reread**  58:14
**research**  98:2,9
122:9,24 158:7,12
161:21 175:24

211:25 212:3
**researcher**  225:16
**reserve**  87:22,24
88:21 110:15,21
286:8
**reside**  210:3
**residency**  112:16
**resident**  80:13
89:1 112:23
**residents**  88:12,24
89:11,12 113:14
263:18,19
**resisting**  125:9
**resocialized**  145:3
146:2,5
**resolved**  38:21,24
39:3
**resources**  183:10
**respect**  52:7
132:23 170:25
210:22 233:19
**respected**  93:11
107:16 137:14
**respectfully**
281:22
**respond**  96:6
238:18 254:11
**responded**  184:24
**responding**  103:10
**response**  216:14
216:18 218:14
**responses**  96:24
162:16
**responsibility**
133:22,22 189:11
235:4 279:1
**responsible**
132:14,15 183:3
252:21
**restart**  128:25

**restate**  43:10
**restatement**
200:23
**result**  79:23 161:8
180:4
**retained**  51:19,22
51:24 57:10 68:4
287:15
**retention**  57:14
**rethinking**  139:15
**retrospective**
154:13
**return**  154:4
204:16,19 214:5
221:15 222:17
**returned**  258:16
**returning**  174:10
**reversed**  214:17
**reversibility**
214:24 218:21
**reversible**  214:4
215:12,14 219:9
**review**  58:21 59:3
59:19 60:14 62:11
90:5 126:21 127:5
**reviewed**  59:7,9
59:16 61:2,8,22
62:7,18 73:1
142:9
**reviewing**  187:25
**reviews**  104:11
**rgreen**  7:11
**rhetoric**  216:1
**rich**  214:8
**richard**  266:6
**rid**  177:4 201:19
266:12
**right**  36:25 49:16
51:4,12 53:1 54:9
57:7 59:8 63:3
67:13 68:10 73:25

74:5 85:17 90:23
92:2 108:2 119:2
124:6 127:10,15
128:12 140:23
157:6 159:6
163:15 174:15
181:6 182:1
185:18 191:7,9,10
192:8 201:6
203:16 207:10
209:17 211:23
212:12,16,21
213:3 216:23,24
218:24 229:9,24
230:18 250:21
255:17 256:1
279:24 283:3,10
284:6 285:20
286:8
**rights**  38:11 135:7
246:24 248:18,24
250:18,23 251:22
253:23
**rigorous**  267:25
268:12
**ring**  170:5
**ringing**  62:24 63:2
**rise**  98:11
**risen**  111:3,4,5
**risk**  74:2,3 117:7
158:3 195:3
224:13,14
**risks**  46:25 221:8
223:9
**road**  4:20
**robert**  63:13
**roberta**  7:6
**rochester**  211:5
**roger**  4:17 13:13
63:6 286:12

Veritext Legal Solutions
866 299-5127

[rogers - sectional]

**rogers** 6:17 13:7,7
  287:3,4
**role** 77:10 107:4
  107:15 130:22
  138:20 143:6
  174:10
**roles** 189:2
**romance** 233:9
  234:22
**romances** 246:6
**romantic** 235:23
  236:18,20 243:9
  243:18
**room** 29:23
  139:12 178:10
  197:2
**rose** 45:3
**rotated** 80:12
**rotation** 196:25
**rounds** 88:20
  114:1
**route** 217:15
**row** 89:22
**rule** 36:22 82:24
  268:8
**rules** 17:17,20
  151:19 177:20
**run** 27:23 133:14
  149:11 153:18,18
  179:21 250:3
  251:4,19 276:22
**runaway** 238:11
**running** 251:9
**ruth** 109:17,19,20
  109:21,25 258:6
  260:20
**ruth's** 260:23
  261:3,4,10
**rutherford** 109:13
  109:15,19,25
  258:6

**s**

**s** 15:1 23:5 37:24
  98:3 256:12
**sadly** 139:10,10
**sadness** 160:8
**safe** 195:2
**safer** 59:4 61:20
  73:2 187:23
  188:22 281:18
  284:11 285:3
**safer's** 61:8,14
  62:11 187:25
  188:2,16 283:21
  285:8
**salaried** 111:16
**salient** 75:9
**sampling** 129:21
**sand** 134:7
**sanity** 222:19
**sasha** 90:10,20
  255:25
**satisfy** 284:22
**satisfying** 245:4
  285:10
**save** 131:19
**saved** 40:5
**saw** 17:7 82:21
  86:24 91:1,3
  139:2 167:5
  271:15,21 273:13
**saying** 26:24 80:19
  95:17 124:5 127:4
  129:19 131:12
  132:9,17,22,24
  133:11 136:6,8
  143:17 155:5
  180:10 189:20,24
  190:1,7 192:2,4
  197:3 214:22
  220:18 226:21
  235:5 248:13

260:8 264:10
  267:5 271:5
  276:17
**says** 63:8 64:1,4,6
  64:7 75:20 76:10
  91:16 125:4
  137:23 143:23
  149:15 197:17
  241:8
**scandinavia**
  177:18
**scanning** 202:21
**scene** 98:18,19,19
**schema** 202:1
**school** 1:10 2:11
  6:14 7:3 13:8
  74:18,19 87:22,25
  88:9 145:4,22
  147:23 149:13,14
  149:15 196:25
  249:3,15 250:4,6
  287:4
**science** 30:17,23
  32:13 42:22 47:6
  47:13 74:1 75:1,1
  75:6 98:16,16
  117:3,21,22 118:2
  132:7 134:18
  135:10,13 143:9
  186:2 189:11,13
  189:22 243:5
  252:2,19 277:12
  277:13,14 282:2
**sciences** 277:13
**scientific** 47:12
  71:16 73:5,16,25
  92:20 93:12 97:3
  97:5 98:10,13
  99:6 101:22 102:4
  117:5 124:8
  129:21 130:14

132:4,6 133:7
  135:5,14,17 137:7
  137:14 156:19
  185:23,24 186:8
  212:2 248:9 264:8
  280:12
**scientifically**
  57:24 104:10
  206:3 212:16
  224:3
**scope** 14:10
  231:25 254:15
**screen** 63:5 91:23
  108:18 143:22,25
  156:15 164:10
  201:16,19 235:16
**screening** 135:23
**scroll** 76:2,15
**scrolling** 63:12
  76:4,5
**scrutiny** 264:8
**se** 45:22 85:4 88:6
  89:17 111:24
  134:17 202:4
**sealed** 35:17,20
  44:3
**searched** 25:8
**second** 92:16
  144:25 168:24
  192:23 197:14
  212:22 219:5
**secondary** 1:10
  2:11 6:14 7:3 13:8
  146:17 287:4
**section** 198:2,6
  201:9,22 211:24
  235:19
**sectional** 160:21
  181:17 189:17,23
  190:6,8 191:2
  243:24

[sectors - sexual]

**sectors**  248:11
**see**  21:14 50:20
  63:11 64:1,3,21
  65:1,2,3,11,12,12
  81:7 85:8,19,23
  86:6 87:6 108:25
  118:5 130:10,13
  131:12,17 132:11
  133:8 134:3,13,24
  138:6 143:21
  144:12,20 146:11
  146:21 147:4
  148:15 149:25
  150:3 153:24
  154:10 155:10
  157:3 166:25
  167:2,6 168:1,5,9
  171:18 172:18
  176:7 178:4,14
  179:16 180:5,11
  181:20 182:7
  191:4 196:10,19
  197:18 198:9
  199:22 200:14
  204:22 207:21
  210:20,21 213:11
  215:23 217:6,18
  217:24 218:2,4,18
  220:2,9,11 222:4
  222:23,24 223:1
  225:20 233:22
  234:10 235:14,24
  241:14 245:17
  247:2 248:13,16
  257:19,22 263:21
  264:5,9,15 269:6
  270:1,20 271:12
  273:5 274:1 278:9
  280:16 283:1,1
  284:5

**seeing**  84:22,25
  89:3,8 90:25
  182:23
**seek**  29:10,13
  249:13
**seeking**  22:20,24
  23:2,16 33:7
  130:2 171:2 251:4
  254:2,9 274:19
**seen**  87:2,14,18
  90:17 96:2 126:24
  129:16 166:19,23
  167:4 209:3 246:6
  276:11
**sees**  60:25 89:2
**segm**  99:1,2,2,4,15
  99:16 100:12
  101:4,11 103:12
  103:14,15 104:6,8
  104:12,19 105:2
  105:24 106:2,10
  106:21 107:2,21
  255:2,17,21,23,24
  259:7,14,16
  260:10
**select**  72:11
**selected**  71:19
  112:2
**selection**  59:12
  130:4,7,15,20
**self**  225:3 276:7,8
**seminar**  112:25
  113:7 263:18
**seminars**  88:9,12
**sends**  113:14
**sense**  18:9 47:12
  69:11 71:16,23
  89:5 101:8 103:16
  107:10 114:22
  148:18 160:8
  169:10 210:2

224:12 229:12
  234:1 247:6
**sensibilities**
  138:23
**sensitive**  195:19
  196:2
**sent**  99:7 122:8,13
**sentence**  55:22
  108:21 137:23
  145:1 156:18
  192:23 193:3
  197:14,14 205:6,7
  226:13 228:11
  245:23 247:13
  279:13 283:25
  284:6
**sentences**  214:25
**separate**  60:10
  173:21 189:21
**separated**  84:17
**separately**  209:20
**separating**  152:12
**separation**  273:2
**september**  15:9
  17:13 21:17 22:1
  140:23
**sequence**  214:13
  259:8
**sequentially**  164:4
**series**  72:11 96:19
  107:6 137:12
  244:3 256:11
**serious**  160:4
  172:15
**service**  88:16
  137:4 210:14
**services**  25:14
  26:5 97:9 100:15
  100:15 110:23
  115:6 148:3 166:6

**session**  59:18
  183:7
**set**  75:2,3 104:14
  106:7 151:22
  181:5 236:1
  245:14 282:2
  284:3,10,11,24
  289:4
**sets**  128:4
**setting**  43:2 44:20
  182:2
**settings**  230:9
**seven**  89:21 132:1
  134:2,3,3 147:3
  170:18 250:24
  287:14
**seventh**  285:15
**severe**  161:18
**sex**  16:25 19:12,18
  23:7,21 27:5,8
  28:22 29:3,6,10,13
  29:19 49:6 88:10
  89:23 93:17 98:1
  98:10 109:18
  135:21 138:2,8,11
  139:16 149:5
  156:25 177:11
  182:19,25 190:12
  190:16 191:1,18
  196:9,16,22 197:9
  197:11 217:14,15
  223:3,3,4 224:14
  233:9 236:11
  257:24 258:19
  260:21
**sexual**  60:6 88:23
  89:24 97:9,22
  98:8 199:3,12
  200:3 215:9,20,21
  224:19 231:24
  232:7,9 234:10,15

Veritext Legal Solutions
866 299-5127

[sexual - sorry]

235:23 236:8
237:4 246:10
260:19 272:25
277:23 278:7
**sexuality** 97:3,6
97:23,24 113:2
257:21
**sexually** 180:15
236:16
**shaking** 19:1
**shame** 231:8,12,18
**shannon** 6:17 13:7
287:3
**shape** 200:10
**shaped** 274:3
**share** 50:20
**shared** 256:3
**shares** 212:2
**sharing** 34:24
126:2
**sharp** 172:23
**shoals** 4:20
**shocked** 68:25
**short** 51:10 116:22
117:6 136:3
153:17,24,24
196:3 276:22
**shortened** 272:22
**shorter** 175:5
196:3 277:14
**shortest** 211:7
**shorthand** 2:25
14:11 289:1,7
**show** 39:25 76:16
248:7
**showed** 272:12
**shower** 25:7
**showing** 135:15
143:25 175:16
**shown** 160:22
195:1

**shows** 162:6
**shumaker** 109:13
**shuman** 6:16 7:5
**shumanlaw.com**
6:22 7:11
**sic** 15:19 18:6
37:24 39:11
133:17 145:4
172:10 190:14
199:1,13
**sick** 271:14
**side** 32:15,22 33:6
33:9 49:18,25
50:10,11 57:23
117:19,19 143:7
149:12 150:25
184:8 186:2 254:2
282:1
**sides** 32:19 58:2
129:20
**siefert** 37:24,25
38:4
**signature** 70:15
289:20
**signed** 28:5,10
64:24 164:25
**significant** 23:9
189:19
**signs** 274:20
**similar** 35:13
114:5 165:15
175:19 232:23
233:1
**similarity** 72:22
**similarly** 154:18
**simple** 152:13
155:11 161:15
**simplest** 72:13
**simplicity** 277:20
**simplify** 67:1

**simply** 68:1
120:18 131:24
143:22
**simultaneous**
157:20 252:7
**sinai** 283:22
284:21,25
**sitting** 75:25 89:3
200:2 257:15
268:18 285:8
**situation** 41:23
183:2 186:20
203:21 204:11
**situations** 210:6
**six** 84:22 87:4,6
89:3 136:13,14
179:22 180:7,8
242:25 250:24
265:14
**skepticism** 134:22
**skeptics** 264:18
**slashed** 258:24
**sleeping** 20:9
**slicer** 6:16 7:5
**slide** 271:15
**slow** 103:22
**slowly** 21:22 261:9
**small** 136:1
**smaller** 144:6
**smile** 73:17 75:12
159:14
**social** 116:7 138:2
141:1,2,8,10,22
142:3 148:8,17
156:21 158:1,22
160:8 161:1,4
189:2 215:8 246:5
246:24
**socialization** 35:2
209:2

**socialize** 117:11
146:20
**socializing** 180:8
**socially** 34:18
194:11 250:5
**societal** 31:25
**societies** 92:1,5
98:6
**society** 42:22 92:8
92:18,21 93:5
97:2,5 98:1,2,4,10
98:20 99:10
102:25 148:11
160:20 173:18,19
215:6 224:17,19
244:17,18,24
245:2
**soft** 29:1
**solution** 276:24
277:1
**solutions** 11:18
287:15
**solved** 177:18
**solvency** 112:6
**solving** 160:9
**somebody** 32:16
74:14 129:5
221:20 263:21
273:21 274:14
279:23
**somewhat** 32:13
68:21 253:7
**son** 34:17 197:4
**soneeya** 23:5,24
28:13 30:8 49:7
49:21
**soon** 207:8
**sophisticated**
216:8 220:18
**sorry** 20:23 23:6
23:25 25:3 26:10

[sorry - statement]

34:7 35:11 37:7
37:14 50:6 55:17
58:17 76:11 78:8
81:8 95:10 97:17
99:17 102:13
104:3,3 108:23
118:9,24 119:9,24
121:15 124:19
126:11,13 127:19
140:10,12,14,19
143:16 149:9
150:16 151:14
157:7,22 166:23
169:8 170:3
174:21 175:18
178:7,12 181:14
188:18 190:4
196:8,12 197:14
201:11,14,18,21
203:7 206:14
212:18,21,22
213:4,24 219:10
222:11 226:25
231:17 237:1
238:11,13 244:12
248:23 258:10
259:6,18 260:7
261:10 265:2
267:20 274:11
**sort**  71:18 98:8
102:19 103:25
122:4 190:2 210:7
210:23 222:3
**sought**  31:5 35:14
**sounded**  152:14
**sounds**  17:18
115:21 133:1
**source**  111:24
125:3 161:16
181:23 197:15

**sources**  125:12
248:3
**southern**  11:14
**speak**  18:24 21:22
161:8 201:1 217:5
217:5 231:17
243:5 272:11
281:22
**speaking**  113:3
157:20 252:7
260:25 264:20
265:20 286:12,13
**special**  25:6 80:22
107:2
**specialized**  79:12
80:9,11,16 81:1,3
81:4,10,13 83:8,13
**specializes**  172:25
**specialty**  83:23
93:9 125:6
**specific**  21:14
41:22 55:3,3,20
58:24 68:9,11
72:25 118:10
195:17
**specifically**  59:6
67:15,20 110:9
**speculate**  184:12
**speculation**
159:12 183:4
184:5 185:4 186:2
187:1 247:11
**spell**  14:24
**spend**  71:4 83:16
85:2,3,4 88:24
89:3 143:10
172:22 209:18,19
**spent**  75:7 86:3
194:13
**spoken**  126:15,17
163:2 188:9,14

**sponsors**  101:5
**spontaneous**
266:15
**spontaneously**
266:22
**sport**  144:13
149:11,12
**sports**  42:3,8,25
43:3,5 81:24,25
144:14 150:19
157:13 158:8
159:9 251:20
**spring**  37:5,6
**srogers**  6:22
**sruti**  4:5 12:20
**sswaminathan**
4:11
**stability**  224:11
**stable**  234:11
244:2,5 245:4
**staff**  28:8 211:12
273:20
**stage**  65:25 193:5
193:19 198:17
206:5 213:15
217:1
**stages**  84:18
**stamp**  278:10,11
278:16,18
**stamps**  278:12
**stand**  30:17 59:12
204:24 219:25
253:5,7 259:7
268:17
**standard**  73:21,24
103:2 266:3
**standards**  39:23
118:13 225:25
265:15 266:10
283:21 284:4,9,10
284:10,11,14,16

284:16,23,24
285:10
**standing**  269:18
**stands**  263:8
**start**  14:5 21:23
123:10 213:1
**started**  110:12
218:25 219:8
**starting**  12:6
50:25 102:9 139:1
201:9 215:20
217:4
**starts**  63:7 75:17
198:3 237:6
**state**  1:9,12,14 2:9
2:12,14 5:4,16
11:13,22,24 13:12
14:24 21:9,18
22:2,6 30:17,23
31:10 32:3,8,13,16
32:18,20,23 33:1,2
33:23 34:24 42:11
46:19 47:6,17
56:19 64:20 83:2
83:2,6 117:3
126:5 134:18,25
139:12 149:13
164:16 170:3
215:11 221:16
228:24,24,24
286:16 288:11
289:2
**stated**  84:4 163:22
163:23 174:21
221:4 222:20,21
**statement**  35:10
167:11 204:24
243:22 251:21
265:22 267:9,15
268:3 269:8 270:3
270:23 272:2

Veritext Legal Solutions
866 299-5127

[statement - summarize]

273:10 275:13,20
275:21
**statements** 214:21
252:22 262:15,18
264:23 265:7
268:16,17 278:15
279:10 280:7
**states** 1:1 2:1
103:24 104:15
120:7 124:12,16
125:3 135:16
147:22 177:19,19
177:20,22
**stating** 47:5
**statistical** 74:4
**statistics** 130:14
**status** 107:15
246:13
**statute** 251:18
**stay** 54:19
**stella** 255:25
**stephen** 1:19 2:21
8:3,11,16 11:10
13:22 15:1 64:6,8
106:18,18 256:11
287:12,13 288:4
288:15
**steptoe** 6:5,11 13:1
**sterilizing** 180:11
180:14
**stick** 205:14
**sticking** 45:24
**stigma** 158:21
161:8
**stigmatizes** 158:17
**stimulate** 54:18
**stimulating** 54:22
**stint** 105:17
**stomach** 162:22
**stop** 88:2 100:22
153:10 182:23

**stopped** 97:17
**stopping** 210:19
**stories** 80:21
236:23 239:10,12
**story** 124:22
**straight** 51:10
232:18
**straightforward**
238:19
**strategies** 101:11
**street** 3:13 4:8
5:20 6:19 7:8
**strength** 74:15
**strengths** 136:18
**stress** 244:23
272:23 273:3,8
**stressful** 272:24
**strictly** 255:10
**strike** 214:19
**strikes** 240:17
**strong** 132:19
248:9 266:7
**student** 88:16
128:25 129:1
210:12,14 251:4
252:14 254:3
**students** 89:11,12
145:6 147:15
253:14
**studies** 75:4 96:7
96:11,13 129:25
130:16,18,18
133:16,18 177:14
177:15,21 189:17
189:23 190:6,8
242:19,23,24
244:21 268:1,12
271:6
**study** 32:5 97:3,5
98:10 129:24

135:14,17,18,19
135:21 136:17
146:7 160:21
162:6 175:11,16
177:10 190:11,14
190:15 191:3,3,8
191:11,15,15
200:13,23 242:15
270:17 285:12
**stutler** 1:12 2:13
6:4 13:3 286:24
**sub** 60:19 181:3,3
**subcommittee**
93:3 96:19,23
99:13,18,24 101:1
**subcommittees**
94:1,3
**subject** 17:3,4
30:20,20 34:23
85:17 95:14 113:5
160:4 161:12
163:22
**subjective** 107:14
**subjects** 280:17
**submission** 60:11
71:22 253:25
**submit** 42:1 50:13
66:9 67:23 72:1
253:12
**submitted** 31:4
37:17,22 39:15
40:20 42:12 47:23
47:24 48:8,18
49:1,17,24 50:10
54:7,8 55:10
61:19 63:17 64:15
64:19 65:24 67:7
68:15,24 70:21
71:10 164:15
193:18 198:16
213:15 251:3,9,17

253:25 254:1
**submitting** 65:7
**subparagraphs**
192:19
**subscribed** 289:14
**subsequent** 41:8
84:7,10 214:25
**subsequently**
38:12 69:6
**subspecialties**
83:20
**substance** 57:5
58:12 120:19
160:10
**substantiate**
189:25
**subtle** 215:3
**subtract** 72:18
**successful** 264:6
274:5 282:6
**sue** 38:25
**suffer** 244:25
**suffering** 79:22
108:22 110:4
172:20 239:16
244:19
**suggested** 225:5
**suggesting** 247:7
**suggestion** 61:17
**suggests** 46:22
**suicide** 36:5
109:21 139:19
140:6 183:1,12,17
183:22 184:1,22
186:25 187:11
190:17 192:1,14
260:23
**suite** 5:21 6:20 7:9
**summaries** 96:6
**summarize** 189:14
208:11 226:21

Veritext Legal Solutions
866 299-5127

[summarized - talked]

| | | | |
|---|---|---|---|
| **summarized** 169:23 | 209:7 246:13 | **surgical** 30:24 | 55:17 70:5 75:5 |
| **summarizing** 146:9 163:3 170:15 | **supports** 173:22 | 192:24 234:18,19 246:24 284:2 285:13 | 76:25 105:16,21 139:8 141:14 143:19 144:16 |
| **summary** 189:20 202:8 213:3 | **supposed** 263:16 | **surgically** 277:25 | 148:21 172:6 |
| **sunday** 58:14 128:21 129:3 | **supposition** 225:6 | **surprised** 119:12 127:17 | 191:17 207:7 220:23,25 227:23 |
| **superintendent** 1:12,14 2:13,14 5:14 6:4 13:2,6 286:20,24 | **sure** 17:16,20 21:1 43:13 44:9 46:15 53:6 66:13 70:13 76:17 77:22 84:23 94:14 104:12 114:10 120:3 122:7 125:18 134:20 140:25 149:1 150:5 156:4 170:19 174:4 176:1 179:17 186:21,22 201:17 208:6 214:16 216:4 228:6,6 237:15 246:17 267:6,16 277:17 278:9 280:18 | **surreptitiously** 141:14 | 227:23 229:6 234:24 235:3 254:19 264:13 277:25 280:23 281:3 282:22 285:23 |
| **supervise** 273:22 | | **surrogates** 97:22 | **taken** 2:21 11:10 157:23 182:24 289:3 |
| **supervising** 82:14 | | **surrounding** 57:13 | **takes** 246:19 |
| **supervisor** 257:20 257:20 | | **survey** 201:5,6 236:9 | **talented** 152:3 |
| **supplemental** 61:14,22 | | **susan** 6:6 12:25 48:21 286:22 | **talk** 56:15 78:4 80:5 85:15 88:22 89:24 99:13 121:7 121:15,22,22 122:16,18 124:4 126:1 128:21 137:21 141:15 146:4 171:10 181:15,25 182:3 182:18 187:22 201:10 208:13 209:6 213:8,17 220:20 221:20,24 221:25 222:1,7,8 256:8 258:22 272:12 |
| **supplementation** 277:22 | | **susan.deniker** 6:11 | |
| **support** 8:12 46:9 46:11,18 47:2,3,18 47:21,24,25 48:8 48:14,16,18,24 49:1,11 50:7 64:8 64:13,15 65:24 99:5 148:4 182:20 190:6,9 203:23,24 238:4 249:2,16 251:9,17 254:1 | **surgeon** 177:11,13 208:21 | **swaminathan** 4:5 12:19,20 | |
| | **surgeries** 189:19 | **swear** 13:19 | |
| | **surgery** 17:1 23:8 24:2,5 25:12 27:3 27:5,7,8,10,13 28:3,17,22 29:4,7 29:11,14,19 39:20 49:6 109:18 131:14,15,17 133:10,13,14 135:21 136:4,5 138:3 171:2 177:11,12 178:19 180:10 190:13,16 191:1,9,10,12,13 191:16 192:16 224:15 260:21 271:19 272:6,8 284:23 285:9 | **sweden** 103:21 190:23 | |
| | | **swedish** 190:11 | |
| | | **symposium** 90:2 | |
| | | **system** 258:21 281:25 | |
| **supported** 138:1 138:16,19 141:2,8 141:22 142:2 189:13 204:7 210:9 250:6 | | **systematic** 175:4,6 175:15,17,23,25 176:11,15 212:4 | |
| | | **systems** 32:7 189:8 | |
| | | | **talked** 100:20 113:22,24 121:4,5 122:17 124:7,25 125:20,25 126:12 126:14,22 187:19 214:23 271:23 274:17 |
| **supporter** 99:8 | | **t** | |
| **supporting** 47:9,9 48:2 180:9 253:22 | | **t** 15:1,2,2 37:25 256:12 | |
| **supportive** 46:23 46:25 117:18 | | **tab** 258:8,9 260:12 261:19 267:20 278:21 | |
| | | **take** 11:7 18:15,21 30:21 33:23 37:11 44:6 51:5,10 | |

Veritext Legal Solutions
866 299-5127

[talking - thank]

| | | | |
|---|---|---|---|
| **talking** 27:24 77:9 85:5 86:4 92:12 99:25,25 100:17 108:13 114:25 127:8 139:3 146:25 147:11 156:8 166:14,15 179:22 180:6,13 180:16,17 181:21 182:1,7 196:8 208:2 209:23 210:4 211:22 215:1,2,3 216:4 220:4,8 234:12 235:1 236:9 238:16 283:20 **talks** 77:18 235:22 235:23 **tapped** 25:8 **taste** 139:21 **taught** 40:21 88:6 88:12 100:13 263:22 264:11 281:2 **tavistock** 168:8 **teach** 88:8,13,19 88:19 100:1 113:4 113:6,7 132:25 133:2,22,23 223:6 **teacher** 89:16 **teaching** 88:4,7 89:5,7 90:6 112:25 **team** 115:13 149:4 150:9 151:15,18 153:14 158:16 159:9 161:17 162:21 163:14,18 188:4 249:3,14 250:4 251:6,10,20 252:14 | **teams** 150:19 156:24 157:14 158:8,13 **technical** 231:12 **teenage** 100:7 172:14 **teenager** 86:18 129:10 132:9 234:19 **teenagers** 118:23 122:7,8 170:22 173:14 209:5 **teens** 93:18 147:12 165:11 **tell** 16:20 38:21 48:4 50:22 56:1 56:12,23 68:11 74:10,19,23 82:12 89:19 109:10 113:12 115:1 123:4 124:22,22 132:4 139:10,10 140:8,8 163:21 207:2 223:6 224:16 249:11 251:15 254:5 260:4 273:17 274:7,8,24 **telling** 35:4 123:21 153:10 208:21,22 237:18 250:15,16 260:2 274:9,9 277:9 **temperamental** 198:24 199:11 **template** 72:5 **temporary** 275:7 **ten** 100:6 136:15 173:15 176:13 216:5 245:6 | **tenable** 248:8 **tend** 158:1 167:2 245:10 **tends** 125:7 **term** 25:18 27:17 27:18,21 28:8 31:19 46:20 50:7 81:9,11 86:15 101:23 102:1,5,6 107:13 117:6,7 119:24 131:21 133:3,12 136:4 146:14 153:24,25 171:13,15,16,24 174:18 195:3 216:11 226:4,24 227:2 265:23 266:13 **terminology** 14:10 192:22 **terms** 19:9 23:20 31:19 56:18 66:25 67:21 80:7 85:25 86:8 104:10 117:4 148:17 209:24 **terrible** 125:8 180:4 **terribly** 229:22 **testi** 34:12 **testified** 13:24 22:23 23:2,15 24:1 26:18 28:17 28:25 30:5 33:17 35:12 52:23 82:2 137:2 157:10 169:20 181:11 184:17 192:11 206:24 219:13 250:13 268:14 **testify** 28:21,21,23 35:7 46:19 80:22 | 250:13 **testifying** 19:25 20:1,5 30:7,11,16 34:13,18,20 35:2 218:9 252:3 289:6 **testimonies** 40:25 **testimony** 15:21 20:8,13 22:13,17 24:4 30:10 31:3 32:9,25 33:4,12,20 33:22 34:7,12 35:11 36:1 37:1,4 37:8,11,19 39:4,13 39:14 40:10,12,21 40:23 41:3,6,9,13 41:23 42:6,7 43:4 43:7,8,15,16,22 44:22,23 45:1,4,8 45:9,11,13,22,25 46:1,2,7,8,9 47:16 47:23 48:5,7,18 49:1 50:10 54:6 57:17,19 60:15 68:19 102:8 106:21 167:21 170:23 171:1 175:14 186:23 218:5,8 219:12,25 220:17 232:1 251:8,13,23 252:12 253:12 254:8,14 268:14 287:12 288:8 **testing** 191:24 **testosterone** 56:25 **texas** 33:14 52:21 170:1 **text** 159:14 **textbook** 74:14 **thank** 13:18 14:16 15:5 16:16 17:15 |

Veritext Legal Solutions
866 299-5127

21:11 22:19 37:7 39:4 40:11 41:12 41:25 42:23 44:22 45:24 51:11 57:7 60:22 63:6 67:3 68:4 69:17 72:3 72:23 75:13,21 77:12 78:13 79:6 80:8 83:7 89:18 90:11 100:25 108:8,11 112:12 120:9 124:7 136:24 137:16 140:10 141:20 144:10 155:25 161:10 164:2 167:10,18 176:19 187:18 197:8 200:1 207:3,19,23 211:13,17 217:20 219:22 220:20 228:12 239:6 245:7 254:16,18 254:25 259:13 261:18 263:9 265:23 267:13,19 268:8,21 269:20 275:1 282:12 285:22 286:7,11 286:17,21 287:1,6 287:8,10,16
**thanks** 258:10
**theater** 148:13
**theirs** 134:4
**theoretical** 84:17 185:12,13
**theory** 181:9 244:24
**thera** 124:1
**therapeutic** 85:20
**therapeutics** 47:14
**therapist** 120:16 259:1
**therapy** 89:9 98:2 143:24 144:18 156:20 180:20 202:20 204:6 205:2,5 246:2
**thereof** 42:16 289:10
**thin** 271:18
**thing** 72:14 77:15 77:19 83:18 117:14 121:10 124:6 125:4,5,9 137:22 146:24 148:16 169:9 191:23 200:6 201:15 214:3 230:17 240:7 250:22 279:14
**things** 17:6 23:18 23:23 54:16 56:5 71:24,25 74:7,20 81:4 86:5 90:5 101:5,12 112:8 127:18 131:11,11 132:18 143:1 146:9 148:11 158:22 180:23 181:22 186:3 196:3 197:9 199:23 200:22 202:2,7 205:4 206:25 207:1 210:5 214:17 221:24 222:24 227:21 248:17 250:12,20 253:8 259:11,24,25 264:14 265:5 268:19 271:9,23 277:11 279:25 280:22
**think** 20:14 23:13 24:21 25:23 27:5 27:7,23 33:1 35:3 36:14,21,22 37:23 39:22 41:13 43:6 44:20 45:17,17 46:5,20,21 48:5 52:1,13,23 53:25 54:2,3,16,25 55:8 55:14,15 56:9 61:17 62:1,13 63:18 65:8 67:13 68:20,24 69:6 70:8 72:7,8,18 73:3,14,17,23 76:6 77:5,21 79:20 82:4 83:17 84:16 88:7 89:6 92:18 93:21 97:1 99:16 99:19 101:15 102:7,8,22 103:18 104:5,8,13 106:10 107:18,20,25 108:12 109:19 111:2 112:10 113:18 114:9,16 114:18,19 117:1 117:13,16,22,23 121:8 122:21 125:2 127:4,11 129:4,8 130:10 131:13 132:16 134:8,24 135:19 135:25 136:24 138:23 140:22,23 141:9,18 144:5 146:7,16,22 147:7 147:20,20 148:5,6 148:20 149:10,10 149:17,18,24 150:1,6 151:9 152:19,19 153:17 153:20,25 154:11 154:21 155:14,15 156:3 157:16,25 158:5,15,20,23 160:3,6,11 161:2,7 161:20,22 162:11 163:13,16 165:22 168:17 170:20 171:16 172:4,4 173:16,18 174:21 176:6,20 177:21 177:25 178:7,9 180:16,17 181:11 181:16,21 182:14 185:14 187:10,21 188:20 189:10 190:5 195:24 197:6,22 199:8,24 202:2,8,10,12 204:7 205:2 206:2 206:14,15,24 212:10 215:13 216:8,12,20 217:9 217:17 220:8,17 221:4 224:2,12,15 225:8,23,25 226:15,17,24 227:2,5,20 228:12 228:21 229:19,25 230:6,7,10 231:23 232:2,8 233:5,14 235:13 236:16 237:5 238:9 239:22 240:6 242:25 244:7 245:23 247:3,6 248:12 250:17,17

250:19,23 252:21 253:4,6,16,17,17 254:17,19 255:18 256:16 260:20 262:6,12 263:4 264:1,1 266:1 267:4 269:23 270:13 272:9,24 272:24 273:18 274:22 275:18 276:16,17 279:1 279:14,23 280:1,2 280:25 282:8 284:12,13 285:24
**thinking** 71:17 154:5 157:24 174:18 193:20 250:18 277:4
**thinks** 248:6 270:12
**third** 24:12 90:21 139:18 152:4 156:18
**thorough** 15:25 105:6 116:17 125:17,18,23
**thoroughly** 204:11
**thought** 29:16 34:1 39:21 50:8 67:10 92:21 97:20 98:9,10 103:2 119:9,10 141:13 169:10 187:7,7 210:18 215:25
**thoughtful** 248:2
**thoughts** 180:2 233:8 256:3
**thousand** 74:17
**threatened** 82:17
**three** 49:21 54:2,3 90:2 91:8 112:9 113:1,7 180:7 185:13,16 192:6 198:6,11 215:4 216:13 217:4,12 226:21 264:18 265:14 273:7,14
**throwaway** 238:12
**thursday** 24:12
**time** 11:25 18:16 24:9,22 29:17,20 36:25 40:11,24,25 44:7 49:8 51:9 68:24 71:4,25 74:19,22 75:2 84:20 85:2,3,5,14 86:4,24 87:6,25 88:2 90:3 91:1,24 99:11 108:1 110:20 113:25 114:24 116:19 128:14 129:4 137:25 138:24 139:4 140:14 142:2 143:10,19 148:21 154:3 166:20 172:22 194:7 199:22 205:23 206:15 208:13 209:8 210:4 229:5 232:18 237:15 238:18 243:1 253:23 257:4 266:7 267:4 271:20 282:22 286:17 287:1,9,17 289:4
**times** 15:6 25:2,3 25:15,20 27:10,13 28:10,12 49:21 163:20 173:21 175:5 180:8 190:18 196:1 206:8 246:16 252:24 253:3,8
**tingley** 63:14 65:6 67:6 167:16
**tissue** 43:24
**title** 64:5 89:23 98:12 237:8 255:8
**titled** 60:3
**today** 13:15 19:9 20:1,5,10,13,16 34:12 58:8 60:15 60:16 75:25 76:12 76:13 102:1 135:9 146:22 148:3 167:14,15 174:19 174:25 200:2 216:8 246:16 260:9 268:15,18 268:20 275:19 285:8
**today's** 129:3 216:4 220:17 287:12
**told** 36:6,22 49:4 49:10 56:22 67:24 71:14 73:10 82:18 82:18,20,21 123:11,17,18,18 128:22 194:13 206:25 207:1 249:8 257:14 258:25 263:15,19 263:19 266:8 274:8
**tolerant** 240:4
**tom** 79:21
**tomorrow** 202:10
**top** 65:11 194:21 197:19 203:12 213:2 275:19 283:2
**topic** 60:19 88:23 279:22
**toro** 3:6 12:13,14
**toronto** 225:6
**total** 287:14
**totally** 101:5 158:14 214:17
**touch** 223:24
**touched** 21:12
**toughen** 162:22
**tour** 117:3
**track** 55:1 149:11 249:3,14 250:3 251:6
**tradition** 186:13 270:20
**traditions** 96:21
**traffic** 232:5,11
**train** 264:15
**trained** 79:17 80:23
**training** 79:12 80:9,11,17 81:1,3 81:5,10,13,15 83:8 83:13 84:6 113:15
**tran** 33:7 221:16 236:16 237:7
**trans** 24:25 25:13 26:17 30:25 31:11 32:6 34:2 38:6 41:10 42:17 43:9 43:20 56:21 60:4 60:4,8 82:13 100:8 110:23 118:19,19 122:6 129:10 142:11,12 142:15,15,16,17

[trans - true]

142:22 143:3
149:16 150:24
151:4,7,8 152:4
154:23 155:4
158:2 160:25
161:3,16 162:19
169:4 172:7 174:8
186:19 200:21
204:7 221:12
224:18 225:4,7,12
227:18 228:2,21
228:24 230:2
234:12 243:6,25
244:16,20 246:4
246:11,12,13,15
246:18,22 247:5,7
247:16,25 253:4
263:20 264:4
274:6 275:23
276:5,12 280:12
280:25
**transcribe** 19:1
**transcribed** 289:8
**transcript** 19:2
94:15,21 95:24
263:7 288:6
**transcription**
289:10
**transfer** 23:5,6
29:8,9,11,14,24
49:5
**transferred** 139:9
**transferring** 29:2
**transform** 228:23
228:25
**transformation**
234:19
**transgender** 8:20
15:15 16:3,4,6
19:16 42:8 43:3,9
43:17 44:25 45:14

46:3,10,11 48:8
49:2,18,25 50:11
90:4,15 93:17
100:3 101:25
126:5 143:9 146:1
149:4 150:10,18
150:21 151:18
153:14,16,18,19
154:17 157:13,15
158:10,16,18,21
159:8,21,25
160:11,15,15,22
161:12 163:19
169:3 170:4
189:18 191:6,13
191:18,25 192:15
195:11 198:8
203:24 205:11
206:6 211:9
221:21 222:9,11
222:12,14 223:11
223:15,17 224:7
226:9,16,17 227:5
227:10,12 228:12
230:8,11 232:25
232:25 234:1
235:21 237:8,21
237:25 240:18,18
240:22 241:5,8,8,9
241:10 243:4,8,9
243:15 244:18
245:10,11,16,22
246:25 248:19
249:3,13 251:22
253:14,23 254:3
254:10 263:16
265:18,24 266:14
276:4,10,15,18
277:1,18 278:18
281:3

**transgendered**
101:20 227:15
270:13
**transgenderism**
168:16 226:1,2
241:16
**transgenders**
227:14
**transition** 33:14
33:21 34:14 116:8
119:20 125:9
129:17 131:23
132:1,2 138:2
141:1,3,8,10,13,18
141:22,23 142:3
156:21 158:1
177:4 230:20,23
231:19 268:1,13
269:4 274:19
284:2
**transitioned** 34:17
34:19 128:23
181:18 230:18
241:12
**transitioning** 36:8
132:8,9 230:10
250:5
**transsexual**
225:15 236:9,10
236:16 248:24
**transsexuality**
234:17
**transsexuals**
236:13,17
**transvestism**
225:10
**trapped** 225:16
277:7
**trauma** 199:13
**treat** 194:24
222:10,13 263:16

**treated** 38:6,6
102:1 135:23
160:16 191:9
263:20
**treating** 35:6
221:3,5 235:20
**treatment** 24:6,6,7
24:11 25:10,24,25
26:19,21,24 33:25
36:2 60:8 101:21
101:23 102:3
103:13,14,16,19
104:1,6,9,13,19,25
105:4,5,10 121:1
123:6,13 128:1
130:22 131:4
133:4 134:15
169:4 175:8 210:9
211:4 226:2
269:25 270:1
284:19,20
**treatments** 101:19
102:5 136:9,12
279:6
**tree** 257:16
**trend** 148:14
176:9
**trends** 148:8,16
222:6
**trial** 24:8 30:3,6
33:17 37:8
**trick** 145:16
**tried** 124:20
201:19 229:13
242:18
**trouble** 74:22
**troubles** 262:6
**true** 22:13,16
74:21,22 166:2,5,9
167:14,15 214:20
214:20,20 217:9

[true - understood]

245:1,5 260:9
267:15 276:2
284:16 288:9
**trust**  216:22
250:15 263:21
264:15 269:24
**trustee**  117:20
**trusting**  132:5
**truth**  68:22 250:16
260:2,6 264:4
274:9
**truthful**  20:8,13
256:4 260:1
262:18 264:23
265:7,22 267:9
268:3 270:23
272:2 273:10
275:13 278:14
279:10 280:6
**truthfully**  20:5
**try**  18:7,10,15
19:7 21:22 27:22
123:2 175:20
177:23 178:22
195:23 212:23
240:3,5 257:4
277:25
**trying**  30:19 45:7
45:15 46:23 47:11
50:6 53:6 61:12
67:3,5 72:3 81:6
93:4 96:11 100:12
100:14 101:19
103:18,19 118:18
124:14 131:2,12
132:25 133:2
136:22 137:1,6,22
141:20,21 144:11
148:10 150:17
155:13,14 156:7
157:18 161:10,24

167:10,14 172:12
173:1 180:6 204:1
209:14 212:12
223:12 234:24
238:2 247:15
253:6 254:5 260:8
275:15 277:16
**tryon**  5:6 13:10,10
51:23 52:1,5
170:6 177:25
178:5 183:5,20
184:4 205:20,22
222:15 242:9
249:6 253:15
254:13 262:22,22
263:1,8 264:24
267:12 268:5,7
269:15,17,20
286:15,15
**tucson**  35:17
38:19
**turn**  75:16 78:13
91:11 108:12
137:16 143:15
176:4 207:20
235:10
**turned**  140:22
**turning**  63:25 65:9
87:20 196:6
**twelve**  136:14
**twice**  180:7 195:25
**two**  17:5,7 31:13
38:18 40:16 55:23
56:14 60:2 86:20
89:10 90:19 91:5
93:13 95:14 99:4
99:20 113:7 123:8
128:1 133:11,15
133:16 136:14
142:4 160:17
176:14 180:22

206:11 209:18,19
209:24 210:1,7,8
212:12 215:4
216:13 217:2
219:4 220:1 232:5
232:11 236:3
237:5 242:24
255:16 259:19
263:18 266:3
275:19,20
**ty**  18:15
**type**  119:1
**typically**  209:17
266:13

**u**

**u.s.**  11:14 137:4
**uk**  103:21 120:24
125:2 135:18
242:23,24
**ultimate**  49:6
**ultimately**  33:1
267:17
**unable**  50:17
54:23 165:17
257:1
**unaware**  101:5
142:24 158:14
214:8
**unchangeable**
206:12
**unclear**  136:25
**uncomfortable**
252:23 253:1,3,7
**undergo**  131:23
**undergone**  133:15
**undersigned**  289:1
**understand**  17:24
18:4,13,18,19,22
19:3,14,19,23,25
31:19 34:10 40:24
42:3 46:23 47:16

47:22 48:19 50:7
52:2 53:7 54:20
60:22 61:12 62:3
64:14,17 66:25
67:3,5,20 69:3
84:8,9 93:4
115:12 117:6
124:14 133:7,8,9
145:5 150:14
161:24 165:24
167:11 187:3
190:3 192:9
203:11 208:16,17
209:15 223:12
224:22 229:2
234:15,17 240:19
241:1 248:21
249:19 250:11
253:10,16,19
266:23 276:19
277:17 279:2
**understanding**
20:24 21:1,2,3,4
30:16 32:12 39:12
45:11 47:1,2
48:24 52:9 58:5
65:22 71:24 73:11
73:12,14 80:20
81:10 84:14,17,19
94:6 98:8 105:1
109:17 115:9
116:12 118:25
119:19 124:15
173:24 206:17
213:24 216:9
240:5 260:21
284:7 285:11
**understood**  18:12
21:4 30:23 33:4
99:17 110:14
117:4 121:2,3

[understood - virginia]

172:7 187:7
**undertaken**
129:21 133:15
**uneasy** 280:4
**unfair** 155:6,6
**unfolded** 206:7
**unfortunate** 261:4
261:10
**unfortunately**
262:4
**unit** 11:9
**united** 1:1 2:1
103:24 104:15
120:7 124:12,16
125:3 135:16
177:19,19,22
**units** 287:14
**universe** 159:16
**university** 74:13
87:22,24 88:23
110:16 111:8,10
111:17,19,23
112:13,15,17,22
112:25 113:3,13
113:19 114:8
118:1,25 139:12
211:5 257:22
**unknown** 47:8
130:9
**unrealistic** 155:4,5
**unscientific**
226:22
**unstable** 82:15
**untreated** 191:7
**updated** 76:1 77:3
**updating** 77:14
**uphold** 251:18
**uploading** 256:7
**upset** 236:10
**url** 263:6

**use** 14:10,23 15:3
18:25 19:9 27:18
45:18 47:21 71:9
89:23 102:1,7
107:13 119:24
130:14 136:16
186:16 192:22
194:4,6 208:20
213:22 221:24
226:4 227:2 254:7
266:13
**usual** 135:24
176:8 210:2
266:19
**usually** 31:19 89:2
90:18,19 176:3

**v**

**v** 15:2
**vague** 37:12 40:13
41:15 55:13 85:12
86:15 119:22
120:3 141:25
151:20 153:3
192:3 206:19
**valeria** 3:6 12:14
**validating** 235:20
**valued** 99:16
107:1,3,4,16 238:6
238:7
**values** 240:13
**varies** 128:13
**variety** 162:6,16
**various** 30:24
32:14 41:1,9,10
54:17 72:12 96:7
100:20 118:6,16
125:2 126:20
148:1,9 157:25
161:13 168:20
199:17 200:21
210:5 214:21,22

235:19 237:20
252:20,24
**vary** 283:7
**vast** 24:7 223:18
**vegan** 276:24
277:18
**vegans** 275:10,17
**vegetarians** 275:9
275:16
**vein** 194:19
**venue** 121:19
**verbal** 18:25
**veritext** 7:16
11:17 287:15
**veroff** 3:9 12:9,10
**version** 65:18,19
77:4 164:21 195:7
**versions** 196:4,4
**versus** 11:12 15:17
20:19 35:6 37:25
86:18 96:14
135:23 136:2
191:12 220:6,7
222:1 242:8
243:25 281:14
**video** 8:22,24 9:1
9:3,5,7,9,11,13,15
9:17,19,21,23,25
10:2,4 11:6 37:16
178:12 257:5,11
257:18 258:13
260:16 261:23
262:24 263:13
265:13 267:3,24
269:2,21 270:10
271:4 272:20
275:6 278:6,25
279:20
**videoconference**
3:1

**videographer** 7:18
11:3,18 13:18
51:13,16 108:3,6
155:20,23 178:3
207:12,14,16
254:20,23 256:24
257:2 286:2,5
287:10
**videotaped** 1:19
2:20
**view** 26:16,17
31:17,21,23 32:19
55:18 57:19 105:3
107:3 111:25
112:1 115:16
117:25 120:6
124:1 130:21
138:20 149:3
154:13 159:20,24
160:5 161:11,12
162:19 163:1,12
173:3 182:10,11
182:12 216:10
255:9 276:13
281:19
**viewed** 148:17
**viewpoint** 246:19
**views** 54:18 95:21
118:4 232:23
233:1 254:8
**violate** 36:11,19
36:21
**virginia** 1:2,9,10
1:14 2:2,9,11,15
5:4,5,9,14,20,22
6:9,14,19,21 7:3,8
7:10 11:13,15
13:5,8,11,12 20:22
250:4 286:16,20
287:4

Veritext Legal Solutions
866 299-5127

[virtual - witness]

**virtual** 245:12
**virtually** 91:4
  113:6 126:22
**visibly** 126:22
**visit** 210:13
**visualizing** 196:17
**vita** 75:20
**vitae** 60:2
**vocabulary**
  194:10,11
**vocation** 250:21
**volume** 1:20 2:21
  8:4 288:16
**volumes** 57:1
**vote** 250:21
**vpeletdeltoro** 3:18
**vs** 1:8 2:8
**vulnerable** 160:23
  160:24

**w**

**w** 1:11 2:11
**wait** 142:17
**waiting** 181:3
  202:15 212:2
**walk** 202:14 273:5
  273:5
**walked** 273:13
**wall** 4:8
**want** 17:16 19:8
  21:13 32:16 33:12
  34:17 36:11,18,24
  43:12 45:10 46:18
  47:4 48:22 51:5
  52:15 61:4 74:19
  95:6 98:19 108:12
  108:15 119:17,18
  125:16 126:4
  143:3 173:21
  177:4 179:24
  181:13,15 182:18
  186:19 196:12

202:3 203:13
205:8 208:5
209:25 210:16
217:13,13 219:19
219:20 220:23
235:5 236:11,13
237:11,16 261:15
268:7 270:11
271:11,11 277:12
277:13 281:6,15
281:20,24 283:14
**wanted** 33:14
  56:15,19 63:19
  82:13 98:17 99:5
  101:11,12 122:14
  137:23 139:4
  154:23 158:24
  169:9 172:5
  187:20 229:15
  235:18 257:24
  258:19 265:17
**wants** 142:23
  149:11 159:4
  183:8 249:4
  270:12
**washington** 64:20
  65:23 66:5 164:16
**waste** 36:24
**wasting** 237:14
**watchful** 181:2
  202:15 212:2
**water** 34:4
**wave** 104:2
**way** 17:15 28:7
  35:6 48:12 54:17
  60:23 94:13
  136:11 144:1
  155:13 163:3
  181:17 185:11,24
  199:8 216:5
  220:18 228:7

232:5,11 234:3
237:24 255:23
276:6 277:2,19
**ways** 89:15 100:20
  160:9 232:10
  235:3 252:20
**we've** 24:23 148:8
  187:19 205:3
**web** 263:6
**wednesday** 1:20
  2:23 11:1 129:3
**week** 37:23 77:5
  89:11 166:14
  196:25
**weeks** 91:8 99:21
  210:4 273:7,14
**weighted** 134:5,6
**weighty** 116:20,20
  117:2
**welcome** 108:10
  156:2 175:11
  286:10 287:2,7
**welfare** 38:25
  132:15
**went** 14:7 74:12
  82:20 139:8
  156:13 256:7
  284:21
**west** 1:2,9,10,14
  2:2,9,10,15 5:4,5,9
  5:14,22 6:9,14,21
  7:3,10 11:13,15
  13:5,8,11,12 20:22
  250:4 286:16,20
  287:4
**western** 1:2 2:2
  87:21,24 88:5,21
  110:15,21
**whatsoever** 114:2
  173:13

**wheelhouse** 147:9
**whereof** 289:14
**white** 6:8
**wide** 159:22 160:1
  195:3
**widely** 283:7
**wider** 256:10
**widespread** 137:3
**wilkinson** 4:18
  13:17
**willing** 120:17
  209:6 243:17
  249:15
**window** 214:16
  217:6
**windows** 214:15
**wisdom** 132:19
  267:5 280:1
**wise** 117:14
  141:13
**wish** 21:6 253:23
**wishes** 30:5 38:18
**withdrawn** 200:18
**witness** 8:2 13:20
  27:16 34:2,4
  35:22 36:10,20
  40:14 41:16 46:17
  48:11 49:4,20
  50:2,15,17 51:6,20
  54:11 55:14 57:7
  57:12,14,16,22
  59:1,5,21 60:1
  62:1 65:3 66:2,18
  67:10,18 68:8,18
  70:11,15 76:9,11
  76:19 81:8 84:1
  85:13 86:17 91:16
  94:13,14 102:16
  102:18,20 106:15
  106:18 109:6,8
  111:14 119:4,6

Veritext Legal Solutions
866 299-5127

[witness - year]

| | | | |
|---|---|---|---|
| 128:4 134:11 | 229:13 | working 52:13 | 138:25 139:5 |
| 144:7 145:13 | women 25:13 30:1 | 84:14 88:2 116:14 | 140:23 167:16 |
| 146:4 150:13 | 143:3,4 148:9 | 256:25 257:24 | 189:9 225:16 |
| 151:21 153:7 | 204:21 232:3,9,12 | 282:1 | 260:19,22 261:2 |
| 154:21 158:20 | 233:7 259:19 | works 50:21 51:11 | wvago.gov 5:11 |
| 159:13 161:20 | women's 145:9 | 96:19 | wyant 5:17 |
| 162:25 165:21 | 147:17 | workshop 40:22 | x |
| 168:15 169:17 | wonder 153:20 | 88:15 | x 222:9 |
| 170:7 171:5 | wondered 57:16 | workshops 88:13 | y |
| 180:25 183:6,21 | 191:14 | world 73:18 131:3 | y 23:5 222:9 |
| 184:12 187:2 | wondering 172:1 | 131:13 133:1,2 | yeah 53:16 61:6 |
| 192:4 195:16 | 201:13 265:24 | 166:5 182:6 230:2 | 62:17 63:14 71:3 |
| 196:24 199:20 | wonders 191:22 | 254:9 | 76:22 77:25 78:16 |
| 200:20 205:24 | word 19:16 45:1 | worry 231:6 | 82:4 86:20 102:16 |
| 213:21 219:14,19 | 46:17 47:1,3,21 | wow 190:23 | 109:13 136:21 |
| 219:23 221:23 | 64:13 92:15,16 | wpath 39:23 182:6 | 141:20 142:11 |
| 222:16 224:10 | 103:10 157:17,24 | 284:8,10,12,23 | 161:10 164:11 |
| 226:12,20 227:8 | 161:9 214:7,19 | 285:10 | 167:10 190:4 |
| 229:21 230:25 | 215:25 225:2,23 | wpath's 284:3 | 194:4 200:15,16 |
| 231:14 232:2 | 265:15,15 | wrap 98:15 | 202:22 206:14 |
| 234:5 238:15,22 | words 25:13 | write 53:1 99:12 | 211:24 218:19 |
| 239:9 240:25 | 127:12 162:25 | 138:21 139:7 | 227:23,24 228:15 |
| 241:7,25 242:10 | 193:6,22 230:15 | 140:19 179:3,3,4 | 235:12,18 237:12 |
| 243:12 246:21 | 261:8 283:21 | 208:20 210:23 | 238:17 246:21 |
| 247:9,12,20 249:8 | work 24:4 26:3 | 261:14 266:5 | 255:24 259:13 |
| 249:24 250:9 | 28:6 44:21 52:19 | writer 196:2 | 262:3 271:17 |
| 251:13 252:1,11 | 59:12 68:22 72:5 | writing 60:11,17 | 278:8 |
| 252:16 253:11,16 | 83:6 87:24 88:15 | 103:3 174:13 | year 15:9 17:13 |
| 254:16 256:23 | 89:8 93:12 94:2,6 | writings 43:19 | 23:8,11 24:13 |
| 257:9 259:10 | 94:7 95:8,9,11,13 | written 37:14 | 37:24 77:23 78:2 |
| 267:15 268:6 | 96:2,5,15 99:23 | 39:18 43:18 45:8 | 84:22,22 88:22 |
| 283:18 285:2 | 101:6 105:24 | 45:9 46:1,8 48:7 | 89:12 99:4,21 |
| 286:10,14 287:2,7 | 110:22 114:4 | 88:10 114:16 | 101:19 112:9 |
| 289:14 | 138:5 175:4 | 174:13 211:9 | 121:8 132:1,2,3 |
| witness's 61:5 | 199:14,16 211:14 | 263:7 | 133:16 134:2,3,3,4 |
| 232:1 250:8 | 232:2 240:4,6,11 | wrong 37:5 74:5 | 139:2 140:3,12 |
| 254:15 | 242:12 280:17 | 151:13 201:15 | 147:3,3,4,4 149:11 |
| witnesses 289:5 | 285:3 | 216:24 264:2 | 150:7 151:17 |
| wolf 168:14,14 | worked 52:11,25 | 279:12 | 166:14,15 174:8 |
| woman 16:7 24:25 | 53:19 245:6 | wrote 55:21 62:3 | 179:10,11 186:14 |
| 26:17 122:5 225:3 | 266:21 | 109:9,20 121:8 | |

Page 59

**[year - zucker]**

190:13 210:11
220:4,6,7,7,11,12
220:13,16,16
234:22,22 235:7
249:2,13 250:3,14
250:24,24,24
258:18 259:15
260:25 262:16
264:21 265:21
267:10 268:4
270:4 280:7
**year's**  90:1
**years**  17:5,7 23:23
28:16 31:12 56:4
56:6 63:17 75:8
88:11 89:22 91:5
99:4 100:6 101:21
103:1 129:15
133:16 135:18
136:14,15,15
142:4 153:19,21
165:4 172:14,16
172:16,16 173:6,9
173:16,16,17
174:1,5,6,10,12,25
175:2 176:12,13
176:13,20 179:8
180:3 188:19
214:23 215:4
216:5,13 217:2,12
217:12 228:21
229:11,11,12
236:24 237:5
239:10 244:9
245:6 258:14,23
263:18 265:14
270:20,21 281:11
**yesterday**  58:15
58:16,19 59:7,19
**york**  4:10,10
188:3

**young**  21:7 52:20
52:20 54:5 60:9
74:11 80:23 83:17
83:17 139:1 173:4
174:3 199:14
223:13 228:9
**younger**  34:8,15
35:13 43:23 44:11
45:12 52:20 53:1
53:12,20,24 54:4,8
55:11,20,24 56:11
98:17 168:3,12,25
169:6,8,13 173:14
**youth**  60:4 90:4
146:1 149:4
161:12,16 165:3
172:7 232:24
233:1

**z**

**z**  106:19 222:9,9
**zane**  106:19
**zeal**  263:23
**zebra**  180:22
**zebras**  180:18
**zelkind**  4:6 12:21
**zholstrom**  3:22
**zimmerman**
218:20 219:7
220:19
**zoe**  3:11 12:17
**zoom**  3:1 96:16
144:4
**zucker**  90:10,20

Page 60

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.