IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>     *Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>     *Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>     *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF STEPHEN B. LEVINE

Pending before the Court is Plaintiff's Motion to Exclude the Expert Testimony of Dr. Stephen B. Levine. After considering the papers submitted by counsel, the applicable law, the arguments of counsel, and the record before the Court, and for good cause having been shown, Plaintiff's Motion is **GRANTED** and the expert testimony of Dr. Stephen B. Levine will be excluded in its entirety.

  IT IS SO ORDERED.

Dated: _____              _____

                                    Honorable Joseph R. Goodwin
                                     United States District Court Judge