# Exhibit 46

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| B.P.J, by her next friend and mother, HEATHER JACKSON<br><br>*Plaintiff,*<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA<br><br>*Defendants,*<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>*Defendant-Intervenor.* | Case No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**INTERVENOR LAINEY ARMISTEAD'S**
**FIRST SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26(A)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1), Intervenor Lainey Armistead submits her first supplemental disclosures.

**I.  Individuals likely to have discoverable information.**

Armistead discloses the following individuals likely to have discoverable information that may be used to support her claims.

1. Lainey Armistead
   c/o Christiana Holcomb
   Alliance Defending Freedom
   440 First Street NW, Suite 600
   Washington, DC  20001
   (202) 393-8690

   Lainey Armistead may have discoverable information pertaining to the facts and

1

issues set forth within Intervenor Lainey Armistead's Memorandum in Support of Her Motion for Intervene, including, but not limited to, Armistead's experiences playing soccer growing up, the several benefits of participating in a team sport, her experience in competing at the collegiate level against female athletes, and the expected impact competing against males would have, on her and others.

2. B.P.J.
   c/o Loree Stark
   American Civil Liberties Union of West Virginia Foundation
   P.O. Box 3952
   Charleston, WV  25339-3952
   (914) 393-4614

   B.P.J. is likely to have discoverable information pertaining to this case, including, but not limited to the allegations within Plaintiff's First Amended Complaint.

3. Heather Jackson
   c/o Loree Stark
   American Civil Liberties Union of West Virginia Foundation
   405 Capitol Street
   Suite 507
   Charleston, WV  25301
   (914) 393-4614

   Heather Jackson is likely to have discoverable information pertaining to this case, including, but not limited to the allegations within Plaintiff's First Amended Complaint.

4. Person Most Knowledgeable
   West Virginia State Board of Education
   c/o Kelly C. Morgan
   c/o Kristen Vickers Hammond
   c/o Michael W. Taylor
   Bailey & Wyant
   P.O. Box 3710
   Charleston, WV  25337-3710

   The person most knowledgeable of the West Virginia State Board of Education is likely to have discoverable information pertaining to general matters relating to this case, including the adoption of West Virginia Code § 18-2-25d ("the Sports Act"),

2

and policies of West Virginia State Board of Education.

5. Person Most Knowledgeable
   Harrison County Board of Education
   c/o Susah L. Deniker
   Steptoe & Johnson
   400 White Oaks Blvd.
   Bridgeport, WV  26330

   The person most knowledgeable of the Harrison County Board of Education is likely

   to have discoverable information pertaining to general matters relating to this case,

   including the adoption of the Sports Act, and policies of Harrison County Board of

   Education.

6. Person Most Knowledgeable
   West Virginia Secondary School Activities Commission
   c/o Anthony E. Nortz
   Shuman McCusky & Slicer
   P.O. Box 3952
   Charleston, WV  25339

   The person most knowledgeable of the West Virginia Secondary School Activities

   Commission is likely to have discoverable information pertaining to general matters

   relating to this case, including the adoption of the Sports Act, and policies of West

   Virginia Secondary School Activities Commission.

7. W. Clayton Burch, in his capacity of State Superintendent
   c/o Kelly C. Morgan
   c/o Kristen Vickers Hammond
   c/o Michael W. Taylor
   Bailey & Wyant
   P.O. Box 3710
   Charleston, WV  25337-3710

   Mr. Burch is likely to have discoverable information pertaining to general matters

   relating to this case, including the adoption of the Sports Act, and policies of and as

   State Superintendent.

8. Dora Stutler, in her official capacity as Harrison County Superintendent
   c/o Susah L. Deniker
   Steptoe & Johnson

3

400 White Oaks Blvd.
Bridgeport, WV 26330

Dora Stutler is likely to have discoverable information pertaining to general matters relating to this case, including the adoption of the Sports Act, and policies of and as Harrison County Superintendent.

9. Patrick Morrissey, in his official capacity as Attorney General
c/o Curtis R. Capehart
WV Attorney General's Office
Building 1, Room 26e
1900 Kanawa Boulevard, East
Charleston, WV 25305

Mr. Morrissey is likely to have discoverable information pertaining to general matters relating to this case, including the adoption of the Sports Act, and policies of and as Attorney General.

10. Person Most Knowledgeable
The State of West Virginia
c/o Curtis R. Capehart
WV Attorney General's Office
Building 1, Room 26e
1900 Kanawa Boulevard, East
Charleston, WV 25305

The person most knowledgeable of the State of West Virginia is likely to have discoverable information pertaining to general matters relating to this case, including the adoption of the Sports Act, and policies of the State of West Virginia.

11. Selina Soule
c/o Christiana Holcomb
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690

Selina Soule may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, the experience of competing against two male athletes in girls' high school track and field, and the impact it had on her and other female competitors.

4

12. Chelsea Mitchell
    c/o Christiana Holcomb
    Alliance Defending Freedom
    440 First Street NW, Suite 600
    Washington, DC  20001
    (202) 393-8690

    Chelsea Mitchell may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, the experience of competing against two male athletes in girls' high school track and field, and the impact it had on her and other female competitors.

13. Christina Mitchell
    c/o Christiana Holcomb
    Alliance Defending Freedom
    440 First Street NW, Suite 600
    Washington, DC  20001
    (202) 393-8690

    Christina Mitchell may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, her daughter's experience competing against male athletes in girls' high school track and field, and the impact it had on her and other female competitors.

14. Alanna Smith
    c/o Christiana Holcomb
    Alliance Defending Freedom
    440 First Street NW, Suite 600
    Washington, DC  20001
    (202) 393-8690

    Alanna Smith may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, the experience of competing against a male athlete in girls' high school track and field, and the impact it had on her and other female competitors.

15. Linnea Saltz
    4114 Davis Place, Northwest, Unit 207
    Washington DC 20007
    (702) 523-0545

    Linnea Saltz may have discoverable information pertaining to the facts and issues set

forth in this case, including the benefits of competing in girls-only sports, the experience of competing against a male athlete in girls' college track and field, and the impact it had on her, and other female competitors.

16. Margaret O'Neal
    917 Kana Place
    Lahaina, Hawaii 96761
    (808) 280-4423

    Margaret O'Neal may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, the deflating experience of competing against a male athlete in girls' high school track and field, and the impact it had on her and other female competitors.

17. Cynthia Monteleone
    917 Kana Place
    Lahaina, Hawaii 96761
    (808) 280-4423

    Cynthia Monteleone may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, her daughter's experience of competing against a male athlete in girls' high school track and field, and the impact it had on her and other female competitors.

18. Madison Kenyon
    c/o Christiana Holcomb
    Alliance Defending Freedom
    440 First Street NW, Suite 600
    Washington, DC  20001
    (202) 393-8690

    Madison Keyon may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, the experience of competing against a male athlete in women's college track and field and cross-country and the impact it had on her, and other female competitors.

///

6

19. Mary Kate Marshall
    c/o Christiana Holcomb
    Alliance Defending Freedom
    440 First Street NW, Suite 600
    Washington, DC  20001
    (202) 393-8690

    Mary Kate Marshall may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, the experience of competing against a male athlete in women's college track and field and cross-country and the impact it had on her, and other female competitors.

20. Darcy Aschoff
    540 W. 700 South,
    Lehi Utah, 84043
    (702) 769-4287

    Darcy Aschoff may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, her daughters' experience competing against a male athlete in girls' high school volleyball and the impact it had on her daughters and other female competitors.

21. Female athletes on the University of Pennsylvania women's swimming and diving team
    University of Pennsylvania
    Philadelphia, PA 19104
    215-898-5000

    Female swimmers on the University of Pennsylvania swimming and diving team may have discoverable information pertaining to the facts issues set forth in this case, including the benefits of competing in girls-only sports, the experience of competing against a male athlete in women's collegiate swimming and the impact it had on them and other female competitors.

///

22. Haley Tanne
    current address unknown
    (801) 796-3235

    Haley Tanne may have discoverable information pertaining to the facts and issues set forth in this case, including the benefits of competing in girls-only sports, the experience of competing against a male athlete in women's college track and field and cross-country and the impact it had on her, and other female competitors.

23. The following girls and women may have discoverable information pertaining to the facts issues set forth in this case, including the benefits of competing in female-only sports, the experience of competing against a male athlete in women's sports and the impact it had on them and other female competitors. The contact information for these girls and women is unknown.

    - Anna Cameron, College of Siskiyous in 2012
    - Shyanna Ashworth, College of the Siskiyous in 2012
    - Brianne Burnside, College of the Siskiyous in 2012
    - Carrie Watson, College of the Siskiyous in 2012
    - Hailey Wales, College of the Siskiyous in 2012
    - Mariia Rachiteleva, Los Angeles THC Women in 2022
    - Katiana Sladanha, Los Angeles THC Women in 2022
    - Patricia Fernandez, Los Angeles THC Women in 2022
    - Sabrina Mcgauran, Los Angeles THC Women in 2022
    - Natallia Zhelnova, Los Angeles THC Women in 2022
    - Robyn Hargrove, competed in 2011 Border States Classic
    - Maikayla Malaspina, Northern AZ women's track & field team in 2020
    - Malaina Thacker, Idaho State women's track & field team in 2020
    - Molly Olsen, Idaho State women's track & field team in 2020
    - Pipi Eitel, Northern Arizona women's track & field team in 2020

8

- Dawn Orwick, competed in Masters Track World Championship in 2019
- Kristen Herup Sovange, competed in Masters Track World Championship in 2019
- Kanani Lodge, 2022 DLS World Rankings
- Katie Calderon, 2022 DLS World Rankings
- Tamikka Brents, MMA fighter in 2014
- Heather Bassett, XFO 50: Xtreme Fighting Organization 50
- Ashlee Evans-Smith, CFA 12: Championship Fighting Alliance 12
- Allanna Jones, CFA 11: Kyle v Wiuff
- Erika Newsome, CFA: 10 McSweeney vs. Staring

## II. Documents and tangible items.

Armistead points to L.Armistead__000001-000169 and the forthcoming Defendants' expert reports, and reserves the right to rely on documents produced by the other parties in this case to support her claims and defenses.

## III. Computation of damages.

Armistead seeks an award of attorneys' fees pursuant to 42 U.S.C. §1988. Armistead reserves the right to supplement this response.

## IV. Insurance Agreements.

Not applicable.

Dated this 11th day of February, 2022.

/s/ Brandon S. Steele
------
Brandon S. Steele, WV Bar No. 12423
Joshua D. Brown, WV Bar No. 12652
The Law Offices of Brandon S. Steele
3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801
(304) 253-1230
(304) 255-1520 Fax
bsteelelawoffice@gmail.com
joshua_brown05@hotmail.com

Jonathan Scruggs, AZ Bar No. 030505*
Roger G. Brooks, NC Bar No. 16317*
Henry W. Frampton, IV, SC Bar No. 75314*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@adflegal.org
rbrooks@adflegal.org
hframpton@adflegal.org

Christiana Holcomb, DC Bar No. 176922*
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
cholcomb@adflegal.org

Rachel A. Csutoros, MA Bar No. 706225*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
(571) 707-4790 Fax
rcsutoros@adflegal.org

Timothy D. Ducar, AZ Bar No. 015307*
Law Offices of Timothy D. Ducar, PLC
7430 E. Butherus Drive, Suite E
Scottsdale, AZ 85260
(480) 502-2119
(480) 452-0900 Fax
tducar@azlawyers.com

*Visiting Attorneys
 Attorneys for Defendant-Intervenor