# Exhibit 48

# THE RULES AND REGULATIONS

of the

## West Virginia Secondary School Activities Commission

as set forth in the

## Constitution and Bylaws

and

Approved by the West Virginia State Board of Education

Published by

## THE BOARD OF DIRECTORS

of

The West Virginia Secondary School Activities Commission

REVISED AND PRINTED AUGUST 2020

Printed by Chapman Printing Co., Inc., Parkersburg, WV

**Introduction** ............................................................................................................. IV
Glossary of Terms ..................................................................................................... XIII

**Series 1 - Constitution**
| | | |
|---|---|---|
| 127-1-1 | General | 1 |
| 127-1-2 | Name | 1 |
| 127-1-3 | Goals | 1 |
| 127-1-4 | Membership | 2 |
| 127-1-5 | Administration | 3 |
| 127-1-6 | Officers and Duties | 4 |
| 127-1-7 | Meetings | 5 |
| 127-1-8 | Board of Directors | 5 |
| 127-1-9 | Funds | 6 |
| 127-1-10 | Amendments | 7 |
| 127-1-11 | Executive Director | 9 |
| 127-1-12 | Duties of Executive Director | 9 |
| 127-1-13 | Review Board | 10 |
| 127-1-14 | Rules and Regulations | 13 |
| 127-1-15 | Board of Trustees | 13 |

**Series 2 - Athletics, Provisions Governing Eligibility**
| | | |
|---|---|---|
| 127-2-1 | General | 16 |
| 127-2-2 | Waivers | 16 |
| 127-2-3 | Enrollment and Team Membership | 16 |
| 127-2-4 | Age | 18 |
| 127-2-5 | Semester and Season | 18 |
| 127-2-6 | Scholarship | 19 |
| 127-2-7 | Residence - Transfer | 19 |
| 127-2-8 | Adoption - Guardianship | 23 |
| 127-2-9 | Undue Influence - Recruiting | 23 |
| 127-2-10 | Non-School Participation | 23 |
| 127-2-11 | Amateur | 24 |
| 127-2-12 | Participation As An Ineligible | 25 |
| 127-2-13 | Practice | 25 |
| 127-2-14 | Concussion | 25 |
| 127-2-15 | Emergency Action Plan | 27 |
| Appendix | Policy 2436.10 ("C Rule") | 29 |

**Series 3 - Provisions Governing Contests**
| | | |
|---|---|---|
| 127-3-1 | General | 35 |
| 127-3-2 | Duties and Responsibilities of the Principal | 35 |
| 127-3-3 | Physical Examination - Parental Permission | 36 |
| 127-3-4 | All Star Participation | 36 |
| 127-3-5 | Awards | 36 |
| 127-3-6 | Coaches | 37 |
| 127-3-7 | Out-of-Season Coaching | 38 |
| 127-3-8 | Forfeit and Restitution | 40 |
| 127-3-9 | Game Officials | 41 |
| 127-3-10 | Classification | 42 |

WVSSAC000013

| | | |
|---|---|---|
| 127-3-11 | Exchange of Eligibility Certificates | 43 |
| 127-3-12 | Legal Opponents | 44 |
| 127-3-13 | Contracts | 44 |
| 127-3-14 | Sunday Contests | 44 |
| 127-3-15 | Sports Rules - Game Protests | 44 |
| 127-3-16 | Sanctioning and Travel | 45 |
| 127-3-17 | WVSSAC Tournaments | 45 |
| 127-3-18 | Season Regulations | 46 |
| 127-3-19 | Baseball | 47 |
| 127-3-20 | Basketball (Boys and Girls) | 47 |
| 127-3-21 | Cheerleading | 47 |
| 127-3-22 | Cross Country (Boys and Girls) | 49 |
| 127-3-23 | Football | 49 |
| 127-3-24 | Golf (Boys and Girls) | 50 |
| 127-3-25 | Soccer (Boys and Girls) | 52 |
| 127-3-26 | Softball | 53 |
| 127-3-27 | Swimming (Boys and Girls) | 54 |
| 127-3-28 | Tennis (Boys and Girls) | 55 |
| 127-3-29 | Track and Field (Boys and Girls) | 55 |
| 127-3-30 | Volleyball (Girls) | 56 |
| 127-3-31 | Wrestling | 58 |

**Series 4 - Provisions Governing Conduct**

| | | |
|---|---|---|
| 127-4-1 | General | 59 |
| 127-4-2 | Sportsmanship | 59 |
| 127-4-3 | Code for Interscholastic Athletics | 60 |

**Series 5 - Band Activities**

| | | |
|---|---|---|
| 127-5-1 | General | 66 |
| 127-5-2 | Enrollment and Membership - Band | 66 |
| 127-5-3 | Scholarship - Band | 66 |
| 127-5-4 | Festivals - Band | 67 |
| 127-5-5 | Sanctioning - Band | 67 |
| 127-5-6 | Awards - Band | 68 |
| 127-5-7 | Classification of Schools - Band | 68 |

**Series 6 - Violation of Rules**

| | | |
|---|---|---|
| 127-6-1 | General | 70 |
| 127-6-2 | Powers of the Board of Directors to Impose Penalties | 70 |
| 127-6-3 | Method of Protests - Deputies | 70 |
| 127-6-4 | Method of Protests - Executive Director | 71 |
| 127-6-5 | Method of Protests - Contested Cases | 71 |
| 127-6-6 | Review Board | 73 |

**Appendix**

| | |
|---|---|
| A. WVSSAC Standardized Calendar | 75 |
| B. National Federation Calendar Weeks | 77 |
| C. Past Members - Board of Directors | 78 |

**Index** ... 84

# INTRODUCTION

## Officers of the Activities Commission

### THE BOARD OF DIRECTORS

| | | |
|---|---|---|
| **PRESIDENT:** | **DAVID COTTRELL,** Principal<br>Clay-Battelle High School<br>Blacksville, West Virginia 26521 | Office: 304-432-8208 |
| **VICE PRESIDENT:** | **DR. GREGORY MOORE,** Principal<br>South Harrison High School<br>Lost Creek, West Virginia 26385 | Office: 304-326-7440 |
| **MEMBER:** | **JIMMY FRASHIER,** Principal<br>Ripley High School<br>Ripley, West Virginia 25271 | Office: 304-372-7355 |
| **MEMBER** | **MICHAEL KELLEY**<br>Herbert Hoover High School<br>Elkview, West Virginia 25071 | Office: 304-965-3394 |
| **MEMBER:** | **CRAIG LEE LOY,** Principal<br>Valley PreK-8 School<br>Smithers, West Virginia 25186 | Office: 304-442-8284 |
| **MEMBER:** | **ARTHUR PETITTO,** Athletic Director Association<br>Bridgeport Middle School<br>Bridgeport, West Virginia 26330 | Office: 304-842-6251 |
| **MEMBER:** | **JIM CRAWFORD**<br>County Boards of Education<br>St. Albans, West Virginia 25177 | Office: 304-549-0499 |
| **MEMBER:** | **DR. EDDIE CAMPBELL**<br>County Superintendents, Tucker County<br>Parsons, West Virginia 26287 | Office: 304-478-2771 |
| **MEMBER:** | **DR. JAMES WILSON**<br>WV State Board of Education<br>Glen Dale, West Virginia 26038 | Office: 304-281-1338 |
| **MEMBER:** | **ROBERT DUNLEVY**<br>WV State Superintendent Designee<br>130 North 10th Street<br>Wheeling, West Virginia 26003 | Office: 304-281-0529 |
| **EXECUTIVE DIRECTOR** | **BERNIE DOLAN**<br>2875 Staunton Turnpike<br>Parkersburg, West Virginia 26104-7219 | Office: 304-485-5494 |
| **ASSISTANT EXECUTIVE DIRECTOR** | **GREG REED**<br>2875 Staunton Turnpike<br>Parkersburg, West Virginia 26104-7219 | Office: 304-485-5494 |
| **ASSISTANT EXECUTIVE DIRECTOR** | **WAYNE RYAN**<br>2875 Staunton Turnpike<br>Parkersburg, West Virginia 26104-7219 | Office: 304-485-5494 |
| **ASSISTANT EXECUTIVE DIRECTOR** | **DR CINDY DANIEL**<br>2875 Staunton Turnpike<br>Parkersburg, West Virginia 26104-7219 | Office: 304-485-5494 |

## DEPUTY BOARD MEMBERS AND JURISDICTION

### REGION ONE
**MEREDITH DAILER**
WHEELING PARK HIGH SCHOOL, WHEELING, WEST VIRGINIA
Counties: Brooke, Hancock, Marshall, Ohio, Tyler and Wetzel

### REGION TWO
**DOTTIE SMITH**
WIRT COUNTY HIGH SCHOOL, ELIZABETH, WEST VIRGINIA
Counties: Calhoun, Doddridge, Gilmer, Jackson, Pleasants, Ritchie, Roane, Wirt and Wood

### REGION THREE
**MATT DeMOTTO**
BRIDGEPORT HIGH SCHOOL, BRIDGEPORT, WEST VIRGINIA
Counties: Harrison, Marion, Monongalia, Preston, Taylor and Tucker

### REGION FOUR
**HOLLY KLOEPPNER**
MUSSELMAN HIGH SCHOOL, INWOOD, WEST VIRGINIA
Counties: Berkeley, Grant, Hampshire, Hardy, Jefferson, Mineral, Morgan, and Pendleton

### REGION FIVE
**EDDIE VINCENT**
BUCKHANNON-UPSHUR HIGH SCHOOL, BUCKHANNON, WEST VIRGINIA
Counties: Barbour, Braxton, Clay, Lewis, Nicholas, Randolph, Upshur, and Webster

### REGION SIX
**ROCKY POWELL**
WOODROW WILSON HIGH SCHOOL, BECKLEY, WEST VIRGINIA
Counties: Fayette, Raleigh and Summers

### REGION SEVEN
**AMY ROBERTSON**
GREENBRIER WEST HIGH SCHOOL, CHARMCO, WEST VIRGINIA
Counties: Greenbrier, Monroe and Pocahontas

### REGION EIGHT
**ANNA LILLY**
PIKEVIEW HIGH SCHOOL, PRINCETON, WEST VIRGINIA
Counties: McDowell, Mercer and Wyoming

### REGION NINE
**PE MCCLANAHAN**
HURRICANE HIGH SCHOOL, HURRICANE, WEST VIRGINIA
Counties: Boone, Kanawha, Mason and Putnam

### REGION TEN
**BRENT JARRELL**
BARBOURSVILLE MIDDLE SCHOOL, BARBOURSVILLE, WEST VIRGINIA
Counties: Cabell, Lincoln, Logan, Mingo and Wayne

VI

## CONSTITUTION AND BYLAWS COMMITTEE

**TRENT SHERMAN,** Principal
Martinsburg High School
Martinsburg, West Virginia

**JEFF SOLE,** Principal
St. Marys High School
St. Marys, West Virginia

**STEVE WAMSLEY,** Principal
Tygarts Valley High School
Mill Creek, West Virginia

**MIKE COLLINS,** Principal
Bluefield High School
Bluefield, West Virginia

**JASON MARLING,** Principal
Sherrard Middle School
Wheeling, West Virginia

### BOARD OF TRUSTEES

| | |
|---|---|
| **KENT YOHO** | Tyler Consolidated High School |
| **VACANT** | |
| **RON REEDY** | Sissonville High School |
| **KENNY DEMOSS** | Parkersburg High School |
| **HOLLY KLOEPPNER** | Musselman High School |

**DISCRIMINATION PROHIBITED:** As required by federal laws and regulations, the West Virginia Secondary School Activities Commission does not discriminate on the basis of sex, race, color, religion, handicapping condition, marital status, or national origin to employment or in its programs and activities. Inquiries may be referred to Bernie Dolan, Executive Director, 2875 Staunton Turnpike, Parkersburg, WV 26104. NOTE: State and Federal laws include Title IX, Education Amendments of 1972; Title VI, Civil Rights Act of 1964; Title VII, Civil Rights Act of 1964; Rehabilitation Act of 1973, Section 504; and other State and Federal laws and regulations governing students and employees.

### BELIEFS AND OBJECTIVES

The Commission believes that a controlled activities program is a strong factor in the development of courage, personality, cooperation, and leadership. The Commission believes that representatives of a school should be good citizens of that school, hence the need for requirements and regulations governing eligibility that have been standardized.

The Commission is designed to provide means for the unbiased and amicable settlement of disputes regarding activities.

The Commission seeks to present proper ideals of sportsmanship so that coaches, players, school authorities, game officials, and spectators may combine to make any activity enjoyable and productive of physical and social benefits to both sides involved in the contest, with partisanship and prejudice eliminated as far as possible.

To accomplish these objectives the Commission asks the cooperation of its members, all lovers of clean, wholesome activities, and all fans, young and old, who believe in our American system of interscholastics.

### HISTORICAL SKETCH

The West Virginia High School Athletic Association was organized June 17, 1916, during a meeting of the West Virginia State Education Association. The original draft of the Constitution and Bylaws as formulated by Mr. R.J. Gorman, Charleston, West Virginia, was submitted to the principals of the high schools by Principal W.C. McKee of Charleston High School.

The charter members were Bluefield, Charleston, Clarksburg (Washington Irving), Elkins, Fairmont West,

Grafton, Huntington, Parkersburg, St. Marys, Sistersville and Wheeling.

The first officers were: President, John G. Graham, Principal of Huntington High School; Vice President, Benjamin H. Williams, Principal of Beaver High School, Bluefield; and Secretary-Treasurer, H. P. Johns, Principal of Wheeling High School.

The officers of the association were to be three in number; namely, a president, a vice president, and a secretary-treasurer.

After a few minor changes of the original draft, the eleven charter member schools met and adopted the Constitution and Bylaws by an unanimous vote.

The Association grew very rapidly during the ensuing years, and the work on the part of the secretary-treasurer especially became very burdensome. During these years on three or four occasions, moves were made to employ a full time executive secretary, a step that had been taken in several other states. However, on each occasion, such proposal was defeated.

It was not until 1946 that the Board of Control of the Association realized that a principal of a member school could not serve his school in an acceptable manner and at the same time serve as secretary-treasurer of the High School Athletic Association.

As a result of a meeting of the Board of Control held in Bluefield, West Virginia, on April 6, 1946, "the report of the Committee on the Executive Secretary was distributed to the members in mimeographed form, and on motion of Principal W. C. Whaley, East Fairmont, and seconded by Principal Robert L. Bryan, South Charleston, the report was accepted by a majority vote."

The report accepted was as follows:

"The president, vice president and treasurer shall constitute a Board of Appeals, which board shall have authority to appoint an executive secretary to serve for a period of four years or during the will and pleasure of the Board of Appeals. The beginning salary of the executive secretary shall be three thousand four hundred dollars ($3,400) to four thousand dollars ($4,000)."

Shortly after the meeting in Bluefield, the Board of Appeals met and employed William R. Fugitt as the first Executive Secretary of the West Virginia School Athletic Association, and Mr. Fugitt immediately set up his office in Beckley, West Virginia.

Mr. Fugitt came into his new position well prepared for the work ahead. A graduate of Marshall College (AB) and the University of Cincinnati (MA), Mr. Fugitt began his career as an elementary principal. He then taught and coached at Proctorville, Ohio, and Dunbar, West Virginia, after which he served for four years as a high school principal in Beckley. From 1933 to 1937, Mr. Fugitt was Assistant County Superintendent of Raleigh County Schools.

During Mr. Fugitt's tenure as Executive Secretary of the Secondary School Activities Commission, he was elected President of the National Federation of State High School Associations, an organization in which some 20,000 senior and Middle School/9th Grade hold membership.

During Mr. Fugitt's tenure in office, the name of the Association was changed to that of the West Virginia Secondary School Activities Commission. This took place in 1955.

Mr. Fugitt passed away on November 3, 1959 and was succeeded by W. Gordon Eismon who, at that time, was a member of the Board of Appeals. The office was moved to Charles Town for a short time and then to Parkersburg upon Mr. Eismon's relocation.

Mr. Eismon was a graduate of Glenville State College (AB) and West Virginia University (MA). He served the Wirt County Board of Education for a period of 14 years as teacher, coach, principal, and county superintendent of schools before moving on to the principalship of Charles Town High School in Jefferson County.

Mr. Eismon was in his 12th year as principal at Charles Town when appointed to the Executive Secretary

position. During his tenure as Executive Secretary, he, like Mr. Fugitt, was elected President of the National Federation of State High School Associations.

Mr. Eismon retired September 1, 1975 and was succeeded by Mr. Sam Williams who, at the time, was serving as West Virginia's first Assistant Executive Secretary.

Mr. Williams was educated at Glenville State College (AB) and received his MA at West Virginia University. He then became Principal of Wirt County High School and served in that capacity for ten years. From Wirt County, Mr. Williams moved to New Matamoras, Ohio, where he served as Executive Head of that school district for two years and moved on to St. Marys High to serve as principal for five years. For a period of twenty years, Mr. Williams was active as a football official in high schools and colleges in West Virginia and Ohio and was ranked as one of the top football officials in the Mid-Atlantic Conference.

It was during his tenure that the Commission experienced tremendous growth, particularly in the area of girls sports and state level championships. The current WVSSAC office was also built during this time. Mr. Williams retired on January 1, 1986.

Mr. Bill Hanlin became Executive Secretary on January 1, 1986, after serving as Assistant Executive Secretary since 1975. Mr. Hanlin was educated at Glenville State College (AB). He then coached football at Tyler County High School and Ashland High School, Ashland, Ohio. Mr. Hanlin entered the University of Maryland as a graduate assistant and earned his MA Degree. After receiving his MA at Maryland, he returned to St. Marys High School as football coach for nine years. He returned to Glenville State College as head coach in football from 1966 until 1975 before becoming the Assistant Executive Secretary.

Important programs implemented during Mr. Hanlin's tenure included the officials and schools rating systems, PROJECT TARGET, the Academic Achievement Awards and state-wide cheering competition. He also served on the National Federation of State High Schools Executive Committee as Vice President and was a member of the National Federation TARGET Executive Committee.

Mr. Jim Hamrick assumed the Executive Secretary position on January 16, 1989. A graduate of Glenville State College (AB) and West Virginia University (MA), Mr. Hamrick began his career at his high school Alma Mater, Meadow Bridge High School. After teaching math and coaching there for three years, he moved to Rainelle High School where he was head coach of all sports for four years. From there he went to Clendenin High School for one year. During that time he was a member of the WVSSAC Board of Appeals, directed the State Track Meet and served on numerous other WVSSAC Committees. He was also a member of the National Federation Track Rules Committee on two occasions. From there he moved on to Herbert Hoover High School for seven years. In 1970 he was named as principal at Clendenin Junior High School where he served until 1989. For twenty-five years he served as a football, basketball, baseball and track official. He also directed numerous state basketball tournaments and was director of the state track meet for thirteen years. He retired in August 1992.

Mr. Warren Carter assumed the position as Executive Secretary in September 1992. He had served as Assistant Executive Secretary since 1985. He graduated from Shepherd College (AB) and West Virginia University (MA). Mr. Carter taught at Charles Town and later assumed the principalship of Shepherdstown High School. He was the Principal at Jefferson High School at the time of his appointment to the WVSSAC staff. Prior to that time he had served as President of the Board of Appeals and as a member of the National Federation Executive Committee.

Important programs expanded or implemented during Mr. Carter's tenure included Sportsmanship, Ethics, and Integrity Program, NFICEP Coaches' Education, Regional Principals' Meetings, Girls' Sports, state championships in swimming and three-person officiating crews in basketball. He was also largely responsible for technology advancements such as computerized scanning of forms, office networking, and creation of a WVSSAC web site. He retired in December 1999.

Ms. Janet Pannett was appointed Assistant Executive Secretary in January 1993. She was appointed Administrative Assistant of the WVSSAC in July 1986. Ms. Pannett was a graduate and former instructor and coach at West Liberty State College. She received her MA degree from West Virginia University. During her tenure, tremendous growth and development occurred in the girls program and implementation of state-wide competition in cheerleading.

Mr. Gerald Trembush, Principal of Moundsville Jr. High School and past president of the WVSSAC Board

of Appeals, was appointed Assistant Executive Secretary on May 1, 1993. He taught and served as Principal at Sherrard Jr. High School and in 1972 assumed the Assistant Principalship at John Marshall High School. He was appointed Principal at Moundsville Junior High School in 1984.

Ms. Elizabeth W. Best, Assistant Principal of Jefferson High School, was appointed Assistant Executive Secretary on June 13, 1995. She graduated from Shepherd College (BS) and West Virginia University (MA). She taught mathematics and served as department head at Jefferson High School for eleven years. She was appointed Assistant Principal at Jefferson High School in 1988.

Mr. C. W. "Butch" Powell, Athletic Director and Boys' Basketball Coach of Nicholas County High School, was appointed Assistant Executive Secretary on August 5, 1997. He taught, coached, and served as athletic director at Kingwood High School from 1969 to 1974 and then assumed similar positions at Nicholas County High School from 1974-1997.

Mr. Mike Hayden assumed the position as Executive Secretary in January 2000. He graduated from Parkersburg High School in 1960 and Morehead State University in 1965. He taught and coached for two years at Massillion High School and Fremont, OH for 1 year before returning to Parkersburg High School in 1968 as teacher/coach. He was head football coach at Parkersburg South High School from 1970-84 and Assistant Principal at Parkersburg High School from 1984-December 1999. He is a Certified Athletic Administrator (CAA) and has a Masters Degree in Education Administration from West Virginia University.

Mr. Gary W. Ray assumed the position as Executive Director in August 2007. He had served as Assistant Executive Director since May 26, 2001. He graduated from Glenville State College and received his Masters Degree from the WV College of Graduate Studies in 1979. He became athletic director and assistant principal of Oak Hill High School in 1978 and assumed the principalship in 1995. He served as Director of Schools in Fayette County. He was active with the WVSCA Coaches' Association and the West Virginia Athletic Directors' Association. He has also been a member of the WVSSAC Board of Appeals, TARGET Committee, and WVSSAC Sportsmanship Committee.

Miss Kelly Geddis was appointed Assistant Executive Director on October 17, 2002. She earned her teaching certification in English and Physical Education in 1981 and completed her Masters Degree in Sport Management and her Administration Certification from West Virginia University. She began her teaching career at Morgantown High School where she coached the sports of cheer, girls' basketball and boys' track. In 1987 she became Athletic Director and later served as an Assistant Principal. She has been an instructor for the WVSSAC Coaches Education Program since its inception in 1991 and is also an instructor for the American Association of Cheerleaders, Coaches and Advisors (AACCA).

Mr. Ray Londeree, Principal at Valley (F) High School, was appointed Assistant Executive Director on March 15, 2007. He received his AB from Concord College and MS degree from WV College of Graduate Studies. He has served as principal at Oak Hill High School, Eastern Greenbrier Jr. High and Gauley Bridge High/Middle School. He also coached several sports and was athletic director at Valley, Mt. Hope and Oak hill High School. He has also been a member of the WVSSAC Board of Directors.

Mr. Bernie Dolan assumed the position of Executive Director January 2016. He served as Assistant Executive Director from July 2015 till he took office in January 2016. He received his BA from West Virginia University and his Masters in Safety and Environmental Engineering. He also received a Professional Administration Certificate from Salem International University. He served as Deputy Superintendent in Ohio County. At Wheeling Park High School, he served as Principal, Assistant Principal/Athletic Director, Technology Coordinator and math instructor. He served as Director for the Super Six; Director of the State Golf Tournament; on the OVAC Executive Board; and on the WVADA Board of Directors. He has also been a member of the WVSSAC Board of Directors.

Mr. Greg Reed, Assistant Principal/Athletic Director, Martinsburg High School was appointed Assistant Executive Director in December 2015. He attended Glenville State College majoring in Secondary Education. He received his MA in Communication Studies from WVU and his Educational Leadership degree from Salem International University. He taught and coached at Nicholas County High School. He served as Assistant Principal/Athletic Director at Martinsburg High School since 2003.

Mr. Wayne Ryan assumed the position of Assistant Executive Director in July, 2016. He served as

x

Assistant Principal/Athletic Director at Summers County High School. He received his Bachelors in Secondary from Alderson Broaddus and Masters in Communication from West Virginia University. He received his CAA certification from the NIAAA. He is also a member of the WBCA, NFHSCA, WVSACA, NIAAA and the WVADA.

Dr. Cindy Daniel joined the WVSSAC staff in July 2018 as an Assistant Executive Director. A veteran educator with 34 years of experience in the West Virginia public school system, Dr. Daniel has served as a teacher, coach, curriculum supervisor, assistant principal, acting principal, and assistant superintendent before retiring in 2017 as the WV Deputy State Superintendent of Schools. She earned her bachelor's degree in Multi-categorical Special Education from the University of Charleston, masters' degrees in School Counseling and Leadership Studies from Marshall University, and her doctorate in Leadership Studies from Marshall University.

William R. "Bill" Wooton became WVSSAC general counsel on June 1, 1985, following the tenure of Sam White, who resigned to become Judge of the Circuit Court of Doddridge, Pleasants and Ritchie Counties. He was educated at Marshall University (BBA), Ohio University and West Virginia University College of Law. Mr. Wooton resigned as WVSSAC general counsel on December 31, 2020 to become a Justice of the West Virginia Supreme Court of Appeals.

## REORGANIZATION AND LEGALIZATION

Prior to 1952, the Bylaws consisted of major rules to which had been added, over the years, explanations and rulings based upon interpretations and decisions of various Boards of Appeals. As a result of general acceptance and long usage, these explanations and interpretations acquired force and meaning comparable to the basic rules. Consequently, at the annual meeting of the Board of Control in 1952, official action was taken declaring that, because of usage, explanations and interpretations under the rules are a part of the rules.

At the annual meeting in 1955 a constitution was adopted establishing authority for a reorganization to include all interscholastic activities and the changing of the name of the organization from the "West Virginia High School Athletic Association." The reorganization provided for a division of the Bylaws into two separate parts: "The Athletic Bylaws" and "The Non-Athletic Activities Bylaws."

An act to amend Article 2, Chapter 18 of the Code of West Virginia of 1931 as amended by adding thereto a new section, designated Section 25, pertaining to The West Virginia Secondary School Activities Commission was enacted into law by the West Virginia Legislature on March 11, 1967. The new law created the West Virginia Secondary School Activities Commission as a legal entity, an arm of the county school boards. As such it is authorized by law to make rules and regulations and to adjudicate contested cases.

Prior to the enactment of the law in 1967, the Commission's scope of jurisdiction included supervision, control and regulation of all interscholastic extracurricular activities of the schools of its members. The law now limits the Commission's scope of jurisdiction to interscholastic athletic events and band activities.

The position of the Commission was further strengthened as the result of a decision rendered by the West Virginia Supreme Court of Appeals in a case styled, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION v HARVEY OAKLEY, JUDGE, AND EDWARD LEE, dated September 1968.

The decision rendered is long and need not be recounted here in its entirety. However, a few very significant statements from that decision are important enough to be included in this section on LEGALIZATION. (Boldface is pertinent. Points not necessarily in order in the decision).

1. As a general rule courts should not interfere with the internal affairs of school activities commissions or associations.
2. The West Virginia Secondary School Activities Commission is still for all intents and purposes in the same position as it has been for the past fifty years; that is, that member schools eligible to participate may voluntarily do so, and after such participation, they agree to comply with the rules and regulations that have governed such organization in the past and will govern in the future.
3. The organization has had rules for eligibility of students to participate in athletics or procedure for

declaring such students ineligible to participate and for disciplinary procedures for member schools and for the review of such action or decision made by the officers of boards of the association or organization during its entire existence. Where such procedure is provided for in such organization or association the procedure must be followed and due process of law may be afforded administratively without the use of or application to the courts.
(State ex. rel. Burchett v Taylor, 150 W.Va. 702, 149 S.E. 2d 234.)

The question as to whether a student's participation in interscholastic athletics is a CONSTITUTIONAL RIGHT or a PRIVILEGE was answered in litigation in the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF WEST VIRGINIA, CHARLESTON, in a Civil Action case No. 79-2497 Harris vs. West Virginia Secondary School Activities Commission, et. al.

On September 2, 1981, Chief Judge Dennis R. Knapp ruled:

"The Supreme Court held that a student's legitimate entitlement to an education is a property interest protected by the due process clause of the Fourteenth Amendment, Gross vs. Lopez, 419 U.S. 754; 95 S. Ct. 729 (1975). However, participating in interscholastic athletics is only a mere expectation rather than a constitutionally protected claim of entitlement and, thus, falls outside the protection of due process. Moreland v. Western Pennsylvania, 572 F. 2d 121 (3rd Cir. 1978). Even if the plaintiff's due process arguments were well founded, the WVSSAC, in both its rules and actions, provided plaintiff with a sufficient review procedure that ultimately resulted in the relief sought."

Judge Knapp's decision was appealed to the UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT in Richmond, Virginia. On May 2, 1982, Senior Circuit Judge Clement F. Haynsworth, Jr. and Circuit Judges H. Emory Widener, Jr. and Robert F. Chapman agreed with and affirmed the District Court's opinion.

In June, 1987, a Petition for Writ of Mandamus was filed by A. James Manchin, Treasurer of State of West Virginia, asking that the WVSSAC comply with statutory requirements of state agencies and that the WVSSAC deposit with the State Treasurer, within 24 hours, "all monies received or collected by them for or on behalf of the State for any purpose whatsoever."

The Supreme Court ruled and Justice McHugh wrote the opinion in December 1987. This opinion stated that "Funds received by the West Virginia Secondary School Activities Commission, which operates pursuant to authority granted it by county boards of education under W.Va. Code 18-2-25 (1967), are quasi-public funds" as defined in W.Va. Code 18-5-13 (1987), and are to be accounted for in a manner similar to that provided for funds of county boards of education, but such funds are not to be accounted for under W.Va. Code 12-2-2 (1983) as "monies due the State." Consequently, the Writ of Mandamus on behalf of Treasurer Manchin was denied.

The titles Executive Secretary, Assistant Executive Secretary and Board of Appeals were changed by the Board of Control in April 2002 to Executive Director, Assistant Executive Director, and Board of Directors respectively.

A partial list showing the number of member schools from 1931:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1931–135 | 1939–215 | 1952–287 | 1965–334 | 1978–310 | 1991–320 | 2004–299 |
| 1932–193 | 1940–219 | 1953–289 | 1966–333 | 1979–311 | 1992–306 | 2005–297 |
| 1933–195 | 1941–220 | 1954–290 | 1967–332 | 1980–313 | 1993–306 | 2006–297 |
| 1934–198 | 1942–221 | 1955–291 | 1968–327 | 1981–311 | 1994–306 | 2007–292 |
| 1935–196 | 1943–214 | 1956–296 | 1969–317 | 1982–311 | 1995–307 | 2008–292 |
| 1936–205 | 1944–214 | 1957–305 | 1970–320+ | 1983–313 | 1996–308 | 2009–301 |
| 1937–212 | 1945–214 | 1958–318 | 1971–323 | 1984–321 | 1997–307 | 2010-293 |
| 1938–218 | 1946–219 | 1959–320 | 1972–318 | 1985–314 | 1998–304 | 2011-287 |
| | 1947–221 | 1960–320 | 1973–322 | 1986–313 | 1999–304 | 2012-287 |
| | 1948–222 | 1961–318 | 1974–322 | 1987–316 | 2000–304 | 2013-288 |
| | 1949–226 | 1962–321 | 1975–320 | 1988–316 | 2001–306 | 2014-288 |
| | 1950–228 | 1963–328 | 1976–313 | 1989–318 | 2002–300 | 2015-288 |
| | 1951–287* | 1964–333 | 1977–312 | 1990–327 | 2003–296 | 2016-288 |
| | | | | | | 2017-288 |
| | | | | | | 2018-289 |

\*Hereafter this figure includes Middle School/9th Grade as members.
+Hereafter this number also includes Private and Parochial School Members.

## NATIONAL FEDERATION OF STATE HIGH SCHOOL ASSOCIATIONS

The National Federation consists of the fifty individual state high school athletic and/or activities associations and the association of the District of Columbia. Also affiliated are nine interscholastic organizations from the Canadian Provinces of Alberta, British Columbia, Manitoba, New Brunswick, Newfoundland-Labrador, Nova Scotia, Ontario, Prince Edward Island, Saskatchewan and Quebec as well as the Canadian School Sports Federation and the associations of the Republic of the Philippines, Guam and Saint Thomas.

These associations have united to secure the benefits of cooperative action which eliminates unnecessary duplication of effort and increases efficiency through the pooling and coordinating of ideas of all who are engaged in the administration of high school athletic and activities programs.

## ORIGIN AND GROWTH

The national organization had its beginning in a meeting at Chicago on May 14, 1920. L.W. Smith, secretary of the Illinois High School Athletic Association, issued invitations to neighboring states, and state association representatives came from Illinois, Indiana, Iowa, Michigan and Wisconsin. The primary purpose of the meeting was to discuss problems which had resulted from high school contests which were organized by colleges and universities or by other clubs or promoters. In many cases, little attention was paid to the eligibility rules of the high school associations or to other school group regulations, and chaotic conditions had developed. At this first meeting it was decided that the welfare of the high schools required a more active part in the control of such athletic activities be exercised by the high school through the state associations, and this control necessitated the formation of a national organization. A Constitution and Bylaws were adopted and the group decided on the name "Midwest Federation of State High School Athletic Association." Principal George Edward Marshall, Davenport, Iowa, was elected president and Principal L.W. Smith of Joliet, Illinois, was elected secretary-treasurer.

In 1921, four states — Illinois, Iowa, Michigan and Wisconsin — continued their interest and became charter members through formal ratification of the constitution. Largely due to their efforts, the national organization grew during the early years.

In 1922, the Chicago annual meeting was attended by representatives from eleven states, and the name of the National Federation of State High School Athletic Associations was adopted. A number of college and university representatives who attended the meeting expressed sympathy for and interest in the efforts to introduce a high degree of order in the regulation of interscholastic contests.

Since that time, the National Federation has had a healthy growth to its present nationwide membership. By 1940, a national office with a full-time executive staff became necessary, and such office was established in September of that year.

The legislative body is the National Council made up of one representative from each member state association. Each representative must be a state association chief executive officer or governing board member. The executive body is the Executive Committee of twelve members from the eight territorial sections as outlined in the Constitution. Their election is by the National Council at its summer meeting.

## STATEMENT OF PHILOSOPHY

The purpose of the National Federation of State High School Associations is to coordinate the efforts of its member state associations toward the ultimate objectives of interscholastic activities. It shall provide a means for state high school associations to cooperate in order to enhance and protect their interscholastic programs. In order to accomplish this, the National Federation is guided by a philosohy consistent with the accepted purposes of secondary education. Member state associations' programs must be administered in

accordance with the following basic beliefs:

Interscholastic activities shall be an integral part of the total secondary school educational program which has as its purpose to provide educational experiences not otherwise provided in the curriculum, which will develop learning outcomes in the areas of knowledge, skills and emotional patterns and will contribute to the development of better citizens. Emphasis shall be upon teaching "through" activities in addition to teaching the "skills" of activities.

Interschool activities shall be primarily for the benefit of the high school students who participate directly and vicariously in them. The interscholastic activity program shall exist mainly for the value which it has for students and not for the benefit of the sponsoring institutions. The activities and contests involved shall be psychologically sound by being tailored to the physical, mental and emotional maturity levels of the youth participating in them.

Any district and/or state athletic meet competition to determine a so-called champion shall provide opportunities for schools to demonstrate and to evaluate the best taught in their programs with the best taught in other schools and in other areas of the state.

Participation in interscholastic activities is a privilege to be granted to those students who meet the minimum standards of eligibility adopted cooperatively by the schools through their state associations and those additional standards established by each school for its own students.

The state high school associations and the National Federation shall be concerned with the development of those standards, policies and regulations essential to assist their member schools in the implementation of their philosophy of interscholastic activities.

Nonschool activities sponsored primarily for the benefit of the participants in accordance with a philosophy compatible with the school philosophy of interscholastics may have values for youth. When they do not interfere with the academic and interscholastic programs and do not result in exploitation of youth, they shall be considered as a worthwhile supplement to interschool activities.

The welfare of the schools demands a united front in sports direction policies and the high school associations provide opportunity for this unity. **They must be kept strong!**

# GLOSSARY OF TERMS

**ALL-STAR GAME** - a contest where all contestants on each team are students selected from four or more school teams. No more than three students from any one school may participate on the same team.

**COACH** - county board/governing body contracted or approved facilitator of any secondary school athletic team.

**COMMISSION/WVSSAC** - West Virginia Secondary School Activities Commission

**CONTEST or GAME** – one or more of the following conditions are present: previous agreement, advertisement, score and/or time kept, spectators present, regulation or modified rules used, coverage appearing in local media, sufficient number of students to form teams, admission charged, and/or contest officiated by registered officials.

**EXTRACURRICULAR ACTIVITIES** - nonacademic activities such as interscholastic athletics, student government, class officers, marching band that is not a part of the curricular band, and clubs which are not closely related to identifiable programs/areas of study.

**FACULTY MEMBER** - one who has a full-time teacher permit as defined by W. Va. 126CSR136, WVBE Policy 5202, Minimum Requirements for the Licensure of Professional/Paraprofessional Personnel and Advanced Salary Classification.

**FEEDER SCHOOL** - the school(s) designated by the county board of education/governing body as the school of attendance prior to entrance into the high school.

**GRID-O-RAMA/SOCCER-O-RAMA** – must adhere to rules of Preview and Scrimmage (see definitions).

**MEMBER SCHOOL** - a school that is a member of the WVSSAC.

**PREVIEW** - must be three or more teams; teams are only allowed to play the equivalent of one contest; all conditions of a scrimmage apply.

**PRINCIPAL** - the individual charged with supervision, management, and control of a secondary school.

**SCRIMMAGE** - after seven days of practice; prior to the first contest; without keeping score in a book or on a score board; not under game conditions (examples include basketball and soccer - quarters; three outs- baseball and softball); admission may be charged; free substitution; time-outs permitted; if officials are used, they must be West Virginia registered officials.

**SEMESTER** - a block of instructional time that is equivalent to at least one-half of the academic year. (See W. Va. 126CSR42, WVBE Policy 2510, Assuring the Quality of Education: Regulations for Education Programs.)

**SECONDARY SCHOOL** - a high school or middle school as registered with the WVDE.

**STUDENT** - a male or female participant in interscholastic athletics or band activities.

**SUBSTITUTE TEACHER** - a person in a public school who has met the requirements as specified by the WVBE and has been approved as a substitute teacher of that county board of education, or a person who has met the requirements of the governing body of a private/parochial school.

**VARSITY** - primary representative team of a high school.

## BASKETBALL CLASSIFICATION FACTORS

This considers the following factors: enrollment, location and economics. These factors are given individual scores, which are then given a weighted aggregate total. All individual scores (scores for enrollment, location and economics) are normalized using maximum-minimum normalization using feature scaling, wherein their values fall between 0-1. Individual scores are calculated in the following ways:

- The **enrollment score** takes enrollment data and normalizes it on a scale from 0-1

- The **location score** is made up of two equally weighted pieces.
    - Part 1 is determined by taking the school county's population divided by the driving distance between the school and the county seat, that value is then normalized between 0-1.
    - Part 2 is calculated by finding the distance from the school to the closest city with a population of 10,000 or more, then normalized between 0-1. Each part is then multiplied by half of the location score weight.

- The **economic score** is determined by first calculating a county score where the z-score of the county's median household income is added to the z-score of the county's poverty rate and the sum is normalized between 0-1.
    - For all schools located within single high school counties, the county economic score serves as the school economic score.
    - For all schools located within multi-high school counties, Direct Certified numbers on students eligible for free or reduced lunch are used to scale the county economic score. The scaling is accomplished by comparing the Direct Certified numbers of each individual school with the county average.

Weights are applied to each score that are determined based on qualitative assessment by the WVSSAC Competitive Balance Committee. All county data (population, median household income, and poverty rate) are from the most recent US Census American Community Survey's Five Year Estimates and the distances are determined using Google Maps.