# Exhibit 53



IQA
RULEBOOK
2020

# CONTENTS

**CONTENTS** 1

**ACKNOWLEDGEMENTS** 4

**ABOUT THE INTERNATIONAL QUIDDITCH ASSOCIATION** 6

**INTRODUCTION** 8

**1.  TEAM COMPOSITION AND SUBSTITUTIONS** 10
1.1.  Leadership and team staff 11
1.2.  Rosters and players 11
1.3.  Substitutions 13
1.4.  Substitution area and the team bench 15

**2.  EQUIPMENT AND DIMENSIONS** 18
2.1.  Field lines and marks 21
2.2.  Hoops 23
2.3.  Game balls 24
2.4.  Brooms 25
2.5.  Player equipment 26

**3. GAME PROCEDURE** 32
3.1.  Preliminaries 33
3.2.  Starting the game 33
3.3.  Stoppages 36
3.4.  Regulating game time 39
3.5.  Ending the game and overtime 40
3.6.  Forfeits 41
3.7.   Suspended games 41

**4.  SCORING** 45
4.1.  Goal scoring 46
4.2.  Restarting after a goal 47
4.3.  Broken or fallen hoops 47
4.4.  The snitch catch 49

**5.  BLUDGERS AND THE KNOCKOUT EFFECT** 52
5.1.  The mounted broom 53
5.2.  Knocking out players 53
5.3.  Knockout procedure 55
5.4.  Redirecting and catching live bludgers 57
5.5.  The third bludger and knockout immunity 59
5.6.  Natural motion 60

**6.  PHYSICAL CONTACT AND INTERACTIONS**                        63
6.1.   General interactions                                      64
6.2.   Specific contact                                          69
6.3.   Seekers and the snitch runner                             71
6.4.   Right of way                                              72
6.5.   Unsporting behavior                                       74

**7.  BOUNDARIES AND BALLS**                                     77
7.1.   Using the balls                                           78
7.2.   Keeper zone                                               80
7.3.   Offense, defense, and drives                              81
7.4.   Pace of play                                              81
7.5.   Boundaries                                                84

**8.  THE SNITCH RUNNER**                                        89
8.1.   Role of the snitch runner                                 90
8.2.   Snitch runner requirements                                90
8.3.   The snitch runner's timing                                91
8.4.   Ruled as down                                             92

**9.  PENALTIES**                                                95
9.1.   Disciplinary Sanctions                                    96
9.2.   General Foul Procedures                                   99
9.3.   Timing Of The Foul                                        100
9.4.   The Penalty Box                                           101
9.5.   Advantage                                                 104
9.6.   Delayed Penalties                                         105
9.7.   Alternate Post-Penalty Restart                            106

**10. GAME OFFICIALS**                                           108
10.1. The officials                                              109
10.2. Officials' calls                                           111
10.3. Players and officials                                      112

**APPENDIX A: DEFINITIONS**                                      114

**APPENDIX B: LIST OF FOULS BY TYPE**                            119

**APPENDIX C: LIST OF REFEREE SIGNALS**                          127

**APPENDIX D: CHANGE LOG**                                       153

# ACKNOWLEDGEMENTS

This rulebook was produced by and for the use of the International Quidditch Association. The IQA would like to thank the following individuals who have contributed to its development.

## New Content

Amel Sadikovic | Arkady English | Hugo Petit-Jean | Michael Clark-Polner | Natalie Astalosh Nicholas Weir

## Editing

Andrés Vargas Beato | Daniel Scharf | Eva Baisan | Keith Jones

## Design

Elisa Scorrano | Lucy Nicholls

## Photography

Ajantha Abey Quidditch Photography | Axel Casas | Giovanni Franchi Honeybadger Quidditch Pictures

## Board of Trustees

Alberto Coronado | Alex Benepe | Austin Wallace | Betsy Lewin-Leigh | Borja Arbosa David Jonsson | Kym Couch | Pauline Raes | Rahel Liviero

## Thanks

Aldo Mastellone | Caleb Ragatz | Christos Kaldis | Clay Dockery | Crystal Hutcheson | Cynthia Holden | Eric Schnier | Fredric Armstrong Nelson IV | Jared Leggett | Katie Bone Max D. Gutierrez | Mary Kimball | Matthew Niederberger | Sarah Kneiling | Sarah Woolsey

## Past Contributors

Alex Greenhalgh | Armand Cosseron | Chris LeCompte | Chula Bruggeling | Dave Goddin Eamonn Harrison | Emma Morris | Jelmer Lokman | Kyle Ross | Irene Velasco Larsen Price | Lisa Tietze | Luke Nickholds | Nicole Stone | Ragnhild W. Dahl Rebecca Alley | Steffen Wirsching | Stephen Cockram | Steven Daly

This rulebook is dedicated to all the volunteers who have chosen to put so much of their time and effort into the IQA.

Copyright © 2020 by the International Quidditch Association. All rights reserved. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews.

This book has not been written, prepared, approved, or licensed by Warner Bros, J.K. Rowling, or any of their publishers or licensees.

It does not imply or claim any rights to her characters or creations, nor are the authors, staff members, or the publisher in any way affiliated with Warner Bros, J.K. Rowling, or any of her publishers or licensees.

# ABOUT THE INTERNATIONAL QUIDDITCH ASSOCIATION

## WHAT IS OUR MISSION?

The International Quidditch Association (IQA) is the international governing body for quidditch, and supports quidditch development and competition worldwide. The IQA aims to lead and promote the sport of quidditch by holding international sporting events, supporting other quidditch groups, and by sharing quidditch and its values of gender equity and inclusivity with a broader audience.

## WHAT IS QUIDDITCH?

Quidditch has existed since 2005. Quidditch players gather daily in 40 countries. It embraces players of all genders and sexualities, and athletes play as their stated gender. All quidditch athletes have the right to define how they identify and it is this stated gender that is recognized on pitch. Many players have, for the first time, found a team sport that recognizes them as they are.

Quidditch is an exciting, fast-paced, full-contact sport. A quidditch team consists of up to 21 athletes with seven players per team on the field at any one time. Each player must keep a broom between their legs at all times. The 'four maximum' rule of quidditch states that there may be no more than four players of the same gender on pitch at one time, ensuring the sport is inclusive to all genders and that gender diversity is always maintained on the field of play.

More information on iqasport.com.


**Any questions?** Contact the IQA on social media!


    International Quidditch Association  https://bit.ly/2HO0Zmz

    International Quidditch Association  https://bit.ly/2HO1z3J

# INTRODUCTION

Quidditch has seen much growth and development over the last two years. It is constantly and rapidly evolving, and the rules need to evolve with it. To write this rulebook we listened to the feedback of officials, coaches and players and addressed their biggest concerns for quidditch's future. We have condensed the rulebook and increased the clarity of the rules while making meaningful additions. We hope that these changes can help drive the sport forward in a way all players around the world can be excited by.

© Axel Casas



# 1.

# TEAM COMPOSITIONS AND SUBSTITUTIONS

## 1.1. LEADERSHIP AND TEAM STAFF

### 1.1.1. Mandatory speaking captain

Each team must designate one individual on the team's official roster to serve as the speaking captain for a game.

**A.** The speaking captain has the power to speak for the team when conversing with officials.
   **i.** Individual players may speak to officials on their own behalf.
   **ii.** Officials may direct any person to stop talking with any official.

**B.** If the team's speaking captain is unable to continue the duties of the position for any reason, their team must select an alternate speaking captain.
   **i.** If the team's original speaking captain for the game legally returns to the bench or pitch, they shall resume the role of speaking captain.

**C.** Speaking captains must not enter the pitch while play is not stopped unless they are entering as an active player.
   **i.** If the speaking captain substantially illegally enters the pitch or affects play while illegally on the pitch, they are encroaching on the pitch.

**Penalty**: blue card—encroaching on the pitch

### 1.1.2. Team staff

Non-playing members of the team, including non-playing coaches, are "team staffers."

**A.** Event directors may limit the number of team staffers allowed in the player area.
   **i.** This number cannot be limited to less than three.
   **ii.** Officials may direct any person to stop talking with any official.

**B.** Team staffers are not eligible to enter play.

**C.** If a team staffer engages in any action that would result in a penalty for a substitute, the team staffer shall receive the same penalty.

**D.** Team staffers must not enter the pitch while play is not stopped.
   **i.** If a team staffer substantially illegally enters the pitch or affects play while illegally on the pitch, they are encroaching on the pitch.

**Penalty**: blue card—encroaching on the pitch

## 1.2 ROSTERS AND PLAYERS

### 1.2.1. Rosters

**A.** Each team is made up of between seven and 21 players.
   **i.** A team must be able to field a legal set of seven eligible players to begin or continue a game, including during the seeker floor.
      **a.** During overtime, a team may continue the game if they are able to field a legal set of six eligible players.

**b.** If a team has insufficient eligible players to continue at any time during the game, that team must forfeit the game.

**c.** If a player's injury would cause their team to forfeit, and the onsite medical staff believes the player can safely return to the field with approximately a minute or less of treatment, the Head Referee shall keep the game stopped until the player returns, rather than declaring a forfeit.

**Penalty**: forfeit—having insufficient eligible players to continue the game.

### 1.2.2. Positions

**A.** A team shall have four chasers in play, one of whom is the keeper

   **i.** The keeper must wear a green headband on their forehead.

   **ii.** The remaining chasers must wear a white headband on their forehead.

   **iii.** Chasers may use the quaffle in any legal manner.

   **iv**. Keepers and chasers shall be treated as separate positions for the purpose of substitutions and position changes.

**B.** A team shall have two beaters in play.

   **i.** Beaters must wear a black headband on their forehead.

   **ii.** Beaters may use the bludgers in any legal manner.

**C.** A team must have one seeker in play from the end of the seeker floor until the snitch is legally caught. Otherwise, a team must not have a seeker in play.

   **i.** Seekers must wear a yellow headband on their forehead.

**D.** Any players not in play are substitutes.

   **i.** Substitutes are not designated as being at any position.

   **ii.** Substitutes are not required to wear a headband.

**E.** Players in the penalty box are considered in play and count towards the position requirements for their teams.

**F.** No penalty shall be given if teams are lacking a full complement of players either due to an active substitution or if a seeker accidentally neglects to enter the field at the end of the seeker floor.

**Penalty**: speaking captain yellow card—illegal set of players in play.

**Penalty**: speaking captain yellow card—intentionally failing to send a seeker into the game.

### 1.2.3. Gender maximum rule

**A.** A team may not have more than four players who identify as the same gender in play at the same time.

   **i.** A player serving penalty time is considered in play.

**B.** The gender that a player identifies as is considered to be that player's gender.

**Penalty:** speaking captain yellow card—illegal set of players in play

## 1.2.4. Correcting illegal sets of players

When the speaking captain receives a penalty for having an illegal set of players in play, they must correct the violation with as few substitutions as possible before play is restarted.

### 1.3. SUBSTITUTIONS

## 1.3.1. Substitution procedure

To replace a player with a substitute while play is not stopped, the following conditions must be observed:

**A.** The player substituting out is not knocked out.

**B.** The player substituting out exits the pitch within the team's substitution area and then promptly dismounts.

   **i.** The player must not dismount before crossing out of the pitch.

   **ii.** The player substituting out is no longer eligible to be knocked out once they have dismounted.

**C.** If any other equipment must be traded (including headbands) it must be traded while off the pitch.

**D.** The substitute entering play must then mount the broom in the substitution area and step onto the pitch before interacting with play.

   **i.** The substitute enters the pitch along the boundary of the team's substitution area at roughly the same place as the outgoing player had left the pitch.

   **ii.** A substitution is complete when the substitute crosses the boundary of the team's substitution area into the pitch and is only touching the ground inside the pitch.

      **a.** The substitute is then immediately eligible to engage in gameplay and is eligible to be knocked out.

**E.** The entering player receives any penalty card for violations of this procedure.

**F.** If a player enters play through a substitution that violates this procedure, but has not yet interacted with play, the official shall call a substitution violation instead of an illegal substitution.

   **i.** If the entering player interacts with play before the call, or before correcting the substitution violation, they must be penalized for an illegal substitution.

   **ii.** A player who repeatedly commits substitution violations must be penalized for an illegal substitution.

**Penalty:** repeat procedure—substitution violation

**Penalty:** blue card—illegal substitution

## 1.3.2. Position change

Players may exchange positions by following the substitution procedure and changing headbands while dismounted in the substitution area.

**A.** When a player switches positions with a teammate, they shall be treated as participating in two separate substitutions. Substituting out at their old position in one, and substituting in at their new position in the other.

## 1.3.3. Substitution guidelines

**A.** Substitutions may only be made while play is not stopped with the following exceptions:

**i.** Replacing an ejected player *(See: 9.1.6. Ejection)*.

**ii.** Replacing an injured player *(See: 1.3.4. Substitutions due to injury)*.

**iii.** A keeper changing positions with another player in play when sent to the penalty box *(See: 9.4.2. Proceeding to the penalty box)*.

**iv.** Replacing a player in play with a fouling substitute *(See: 9.4.5. Penalties to substitutes and team staffers)*.

**v.** Correcting violations after receiving a penalty for having an illegal set of players in play *(See: 1.2.4. Correcting illegal sets of players)*.

## 1.3.4. Substitutions due to injury

**A.** If a player is injured and play is not stopped, any substitution must follow all of the substitution procedure as outlined in 1.3.1. Substitution procedure.

**B.** Play must be stopped for an injury when a player in play is openly bleeding or is down and too injured to continue to play or substitute while play continues.

**i.** Play should be stopped immediately if the injured player is obstructing gameplay or has a serious injury, including any non-superficial head injury.

**ii.** If the injury is not serious and the player is not obstructing active gameplay, the head referee should allow play to continue until stopping play would not significantly advantage either team or play moves into the area of the injured player.

**C.** If play is stopped and a player is injured:

**i.** The injured player may leave the pitch to be replaced by a substitute.

**a.** If play is stopped for a player's injury, that player must leave the pitch.

**b.** If the injured player is openly bleeding, they must leave the pitch.

**1.** The bleeding player is ineligible to return to play until receiving permission from an official, who must be satisfied that the bleeding has stopped.

**c.** The injured player's broom is left on the field where they were when play was stopped.

**1**

**ii.** Any injured player who leaves the pitch must be replaced by an eligible substitute.

    **a.** While play is stopped, the substitute replaces the player at the point indicated by the broom.

    **b.** The substitute is given possession of any ball that would have been possessed by the injured player upon the restart of play.

    **c.** If a player is forced, by rule, to leave the pitch for a non-severe injury and there is no eligible substitute, that player may take their broom and resume play at the boundary of their substitution area.

**D.** A player may not feign an injury for any reason.

**Penalty:** yellow card—feigning an injury

## 1.4. SUBSTITUTION AREA AND THE TEAM BENCH

### 1.4.1. Team bench and substitution area restrictions

**A.** All substitutions must occur in the substitution area and not in the team bench.

**B.** Substitutes and team staff must remain in the team bench or substitution area whenever play is not stopped and must not crowd the pitch boundary line unless about to substitute into the game.

    **i.** If a team is repeatedly illegally crowding the pitch boundary line, the officials may require all substitutes on that team to remain in the team bench unless about to substitute into the game.

**C.** Any extra equipment or property not necessary for play that is brought into the player area by a team must be kept securely stored in the team's bench.

    **i.** Any extra balls kept in the bench must be stored in a bag or other storage container.

### 1.4.2. Leaving the substitution area, bench, or player area

**A.** One substitute or team staffer at a time may leave the substitution area or teambench to check information with the scorekeeper or timekeeper but must neither interfere with the scorekeeper's or timekeeper's duties, nor enter the pitch.

**B.** The team's speaking captain may leave the player area in order to communicate with event staff.

**C.** Any person in need of medical attention may leave the player area to receive it.

    **i.** All players who leave the player area in this way may return to the game if they are medically cleared.

    **ii.** If necessary, anyone designated by the team's speaking captain may leave the player area to attend to an injured teammate.

    **iii.** In cases of head injuries, the head referee may, at their discretion, require that the injured person leave the player area to receive medical attention.

**D.** Intentionally and illegally leaving the substitution area or bench with the intent of circumventing other rules is illegal circumvention.

**Penalty:** blue card—illegal circumvention

### 1.4.3. Sideline interference

Substitutes must not commit sideline interference.

**A.** It is sideline interference if a substitute directly affects play when either of the following are true:

**i.** The substitute is intentionally and illegally outside of both the substitution area and team bench.

**ii.** The substitute failed to make every reasonable effort to avoid the play.

**Penalty:** blue card—sideline interference

**Penalty:** red card—intentional sideline interference

# 1.



© Honeybadger Quidditch Pictures

IQA Rulebook 2020



# EQUIPMENT AND DIMENSIONS





All dimensions in meters (m).

## 2.1. FIELD LINES AND MARKS

### 2.1.1. Boundary lines

The pitch consists of four boundary lines that form a 33 by 60 meter rectangle.

A. The 33-meter boundary lines are the endlines.

B. The 60-meter boundary lines are the sidelines.
   i. The sideline closest to the scorekeeper's table is the "scorekeeper's sideline."
   ii. The sideline farthest from the scorekeeper's table is the "starting sideline."

### 2.1.2. Midfield line

The midfield line connects the midpoints of the sidelines.

### 2.1.3. Keeper zone lines

There are two keeper zone lines, which run parallel to the endlines, connect the sidelines, and are positioned 11 meters away from the midfield line on either side of it.

### 2.1.4. Goal lines

There are two goal lines, which run parallel to the endlines, connect the sidelines, and are positioned 16.5 meters away from the midfield line on either side of it.

### 2.1.5. Quaffle runner starting line

The quaffle runner starting line is located 8.25 meters from the starting sideline and extends 2 meters in each direction, perpendicular to the midfield line.

### 2.1.6. Starting runner zone

The starting runner zone is the area within 4 meters of the midline, from the quaffle runners' starting line, to the starting sideline, and extended to the player area boundary.

A. If the starting runner zone is marked, it should only be marked at the starting sideline, outside of the pitch.

### 2.1.7. Substitution areas

Each team's substitution area is a 19 by 2.75 meter rectangle outside of the pitch and bordering their own keeper zone.

A. One side of the substitution area is the section of the scorekeeper's sideline inside the keeper zone.

B. The substitution area extends 2.75 meters away from the sideline.

## 2.1.8. Team benches

Each team's bench is a 19 by 2.75 meter rectangle between their substitution area and the player area boundary.

## 2.1.9. Penalty boxes

Each team has a penalty box outside of the pitch.

A. Each box is a 5.5 by 4 meter rectangular area that begins at the midfield line and extends 4 meters along the scorekeeper's sideline in the direction of the team's bench.

## 2.1.10.  Ball positions

There are four ball positions on the pitch.

A. One bludger position is located at the midpoint of each keeper zone line.

B. One bludger position is located at the intersection of the midfield and quaffle runner starting lines.

C. The quaffle position is located at the midpoint of the midfield line.

## 2.1.11. The player area

The player area is a rectangle enclosing the pitch with the pitch at its center.

A. This rectangle is:
   i. 44 meters wide and 66 meters long.

B. The player area must be clear of obstacles and dangerous terrain.
   i. No event-specific obstructions, such as a scorekeeper's table, may be set up within the player area.

C. During gameplay, the player area is reserved for:
   i. Players on the active roster of the teams in play.
   ii. Referees and officials assigned to the game currently in play.
   iii. Event staff given access to the player area (at their own risk) at the discretion of the head referee or event director.
   iv. Team staffers as designated in 1.1.2. Team staff.

D. No spectators may enter the player area.

## 2.1.12. Field markings

Various parts of the pitch and surrounding area should be marked in a clear manner. These markings are usually made with cones or lines.

A. The following must be marked in some way:
   i. The pitch boundary as described in 2.1.1.

**ii.** The midfield line as described in 2.1.2.

**iii.** The keeper zone lines as described in 2.1.3.

**iv.** The quaffle runner starting line as described in 2.1.5.

**B.** The following markings are optional, though recommended:

**i.** The goal lines as described in 2.1.4.

**ii.** The starting runner zone as described in 2.1.6.

**iii.** The team benches as described in 2.1.8.

**iv.** The penalty boxes as described in 2.1.9.

**v.** The remaining ball positions as described in 2.1.10.

**vi.** The player area as described in 2.1.11.

**vii.** The hoop positioning as described in 2.2.3.

**a.** These markings must not interfere with the stability of the hoops.

## 2.2. HOOPS

### 2.2.1. Hoop composition and construction

**A.** Each hoop must be made up of a post and a circular loop attached to the top. These may be made of any material other than metal or concrete and must not be dangerous to players.

**B.** A hoop may be attached to a base to keep it upright.

**i.** This base should not affect the hoop height.

**ii.** Other than metal fasteners, the base must not be made of hard metal or concrete.

**C.** Hoops must be freestanding and able to withstand play.

**i.** Referees must disallow any hoops or bases that they believe are dangerous to the players.

### 2.2.2. Hoop shape

Each set of hoops must have hoop loops attached to the top of posts of three different heights.

**A.** The required heights are measured from the ground to the lowest part of the outer edge of the hoop loop. The heights are as follows:

**i.** The short hoop is between 89 and 93 centimetres high.

**ii.** The medium hoop is between 135 and 139 centimetres high.

**iii.** The tall hoop is between 181 and 185 centimetres high.

**B.** A hoop loop must be fastened to the top of each post.

**i.** The inner diameter of each hoop loop must be between 81 centimeters and 86 centimeters.

### 2.2.3. Hoop positioning

**A.** Three hoops are positioned on each goal line.

   **i.** The tall hoop must be placed at the center of the goal line.

   **ii.** The other two hoops are placed on the goal line, 2.34 meters away from the tall hoop on either side.

   **iii.** Facing either set of hoops from midfield, the short hoop must be on the left and the medium hoop must be on the right.

**B.** The hoop loops must be in line with the goal line.

## 2.3. GAME BALLS

### 2.3.1. The quaffle

The quaffle must be:

**A.** A volleyball.

**B.** Between 65 centimeters to 67 centimeters in circumference.

**C.** The quaffle must maintain its spherical shape and must be neither inflated all the way nor so flat that the average player could grip a bulk of the leather in one hand.

### 2.3.2. Bludgers

**A.** Spherical balls made of flexible rubber or rubber-like covers (such as dodgeballs).

**B.** 22 centimeters in diameter and 68 centimeters in circumference.

**C.** The bludgers must maintain their spherical shape and must be neither inflated all the way nor so flat that the average player could grip a bulk of the rubber in one hand.

### 2.3.3. The snitch

The snitch must be:

**A.** A standard tennis ball held within a sock.

   **i.** The sock must have a visible and unobstructed length of between 25 and 30 centimeters.

   **a.** If the sock is attached to the outside of the shorts, up to 5 centimeters of the attachment may be counted toward this minimum length.

**B.** The sock must be tucked in or attached to the shorts of the snitch runner in a manner that is secure and allows for the removal of the sock by the seeker.

### 2.3.4. Defective balls mid-play

If a game ball becomes defective (e.g. deflates) while in play, the head referee must stop play to replace the ball. The following conditions apply:

**A.** The head referee must stop play immediately when any ball becomes defective.

**B.** If a ball is in midair when it becomes defective, the replaced or repaired ball is returned to the player who last held possession, except the quaffle after a good goal.

    **i.** If this player is knocked out or dismounted before play is stopped, then the ball is given to the nearest eligible player on the same team to this player's current location.

        **a.** If no such player exists, then the ball shall be left at the player's current location.

**C.** No goals or knockouts may happen with a ball an official recognized as defective before the knockout or goal occurred.

**D.** If a bludger becomes defective while hitting a player, the knockout counts and the bludger is considered dead.

    **i.** If the bludger becomes defective in the final motion of being otherwise successfully caught, that catch shall count.

**E.** If the snitch becomes defective during the snitch catch (e.g. the sock breaks in half and the seeker gets half of it), the catch counts if the seeker cleanly removed the actual ball.

    **i.** If the snitch becomes defective before the catch, the catch must be called no good.

## 2.4. BROOMS

### 2.4.1. Broom regulations

All players in play must have a broom. The broom:

**A.** Must consist of a rigid pole made of plastic.

    **i.** This pole must be between 98 and 102 centimeters long.

    **ii.** This pole must have an outer diameter between 25 and 35 millimeters.

        **a.** If the ends of the pole are capped, the caps may slightly exceed 35 millimeters in diameter.

**B.** Must not have splinters or sharp points.

    **i.** If the broom is hollow, the broom ends must be sufficiently covered.

**C.** Must not be attached to the body, clothing, or other equipment of the player.

**D.** Must not be reinforced by additional material, including tape covering the shaft of the broom.

    **i.** Grip tape may cover one section of up to 20 cm of the broom, approximately where the player would normally grip it with their hand.

### 2.4.2. Broken brooms

If a broom breaks during the course of play, the head referee must immediately stop play and it must be replaced before its player may make any play

> **i.** It is illegal to knowingly initiate a new play while using a broken broom.

**Penalty:** red card—knowingly initiating a new play with a broken broom

### 2.4.3. Providing brooms

The event director for a game must provide at least 10 equal brooms to both teams. Teams may provide their own brooms unless this is disallowed by event policy prior to the event.

## 2.5. PLAYER EQUIPMENT

### 2.5.1. Safety

Players must not use any equipment or wear anything that is dangerous to themselves or other players.

> **A.** Players must not have, at the discretion of the head referee, sharp or long fingernails. Nails that are visible when the hand is held palm up are generally considered long.

**Penalty:** blue card—entering play with illegally long or sharp fingernails

### 2.5.2. Mandatory equipment

While in play, each player must properly wear the following equipment:

> **A.** A colored headband, which must be worn on the forehead, distinguishing the player's position.
>
> **B.** A shirt or jersey.
> > **i.** Jerseys for players on the same team must be readily identifiable, of the same base color, and distinguishable from the opposing team.
> > **ii.** The primary jersey color may not be yellow or gold.
> > **iii.** The jersey design must not primarily consist of vertical black and white stripes.
>
> **C.** Some sort of bottom (such as shorts, pants, or a skirt).
> > **i.** The primary color of the outermost layer of the bottoms must not be yellow or gold.
> > **ii.** Some form of undergarment must be worn under the bottoms.
>
> **D.** Shoes or cleats.
> > **i.** Spikes or studs must not be sharp.
> > **ii.** Spikes or studs must not be completely made of metal or affixed with metal caps.

**E.** A mouthguard that shall:

    **i.** Include an occlusal (protecting and separating the biting surfaces) portion.

    **ii.** Include a labial (protecting the teeth and supporting structures) portion.

    **iii.** Cover the posterior teeth with adequate thickness.

**Penalty:** blue card—entering play without wearing mandatory equipment

**Penalty:** blue card—intentionally removing mandatory equipment while in play

## 2.5.3. Headband requirements

Position headbands are subject to the following standards.

**A.** The color of the headband must be distinct enough to unambiguously identify the player's position.

**B.** The headband must be easily visible from a reasonable distance and be identifiable through a player's hair or other equipment.

**C.** Hats or other headgear may not be used as headbands.

    **i.** The positional headband must be worn over the headgear and the headgear must be a color that is clearly distinguishable from the headband.

    **ii.** Headwear that is both in the shape of a band and is a positional color shall be considered a headband.

        **a.** No other positional headband may be worn over this item.

**D.** If a player's headband is lost mid-play, they may continue to play without it. However, they must replace the headband whenever any of the following occur:

    **i.** They are knocked out.

    **ii.** There is a stoppage in play.

    **iii.** A goal is scored.

        **a.** Seekers and beaters do not have to replace their headband when a goal is scored.

**E.** If an official deems a player's headband unacceptable for any reason, the player must immediately correct the issue.

    **i.** If this cannot be completed immediately on the pitch, the accidental equipment infringement procedure shall be applied *(See: 2.5.7. Accidental equipment infringement)*.

**Penalty:** back to hoops—illegally failing to replace a lost headband

## 2.5.4. Jersey numbers

Each player must have an integer between 0 and 99, inclusive, clearly visible on the back of their jersey.

**A.** The number may not exceed two digits, including preceding zeros.

**B.** No two players in the player area for the same team may share the same number.

**2**

    **i.** Leading zeros are ignored when determining a player's number.

    **ii.** If a team is penalized for having two players wearing the same number in the player area, the speaking captain must designate one of the players to change their number.

        **a.** The designated player is ineligible to be in play until they have a new number affixed to their back and the new number is reported to the scorekeeper.

**C.** If a player's number becomes damaged beyond recognition while in play:

    **i.** Play is not stopped.

    **ii.** The referee informs the player that their jersey number has been damaged.

    **iii.** The player must fix the number the next time they substitute out of the game, or during the next stoppage in play, whichever occurs first.

        **a.** If there is a stoppage in play and the number cannot be quickly fixed, the player must substitute out during that stoppage.

        **b.** If the issue can only be addressed by giving the player a new number, that new number must be reported to the scorekeeper.

**D.** No player may enter play without a legal and recognizable number on their back.

**Penalty:** blue card—entering play without a legal and recognizable jersey number

**Penalty:** speaking captain blue card—having two players wearing the same number in the player area

## 2.5.5. Additional equipment

The following are considered "additional equipment" and may be worn with the listed limitations.

**A.** Padding—all padding must:

    **i.** Be 2.5 centimeters or less in thickness.

    **ii.** Pass the "knock test," i.e., when a referee raps on it with a knuckle, it should not make a knocking sound.

    **iii.** Bend easily when a minimal amount of force is applied to it.

**B.** Braces—athletic braces are allowed but must generally meet the standards of padding above.

    **i.** A brace may include a hard element; however, any hard plastic or metal in a brace must be covered at all times during a game and, once covered, must pass the knock test.

    **ii.** If any hard plastic or metal becomes exposed, the player must leave the pitch and fix the problem *(See: 2.5.7. Accidental equipment infringement)*.

    **iii.** Referees reserve the right to refuse any brace that they believe presents a danger to anyone on the field.

**C.** Athletic supporters—athletic supporters (cups) that are used to protect the groin are allowed.

**D.** Glasses and eyewear—players may wear glasses, goggles, or other eyewear.

    **i.** No eyewear actually made of glass is allowed unless it is worn underneath goggles so the glass is not exposed.

    **ii.** Goggles made of metal, such as lacrosse "cage" goggles, are not allowed.

**E.** Gloves—gloves are allowed and are subject to the same rules as padding.

**F.** Hats—hats with one or more horizontal stripes in any of the four positional headband colors may not be worn, even if the stripe is covered by the headband.

**G.** Additional equipment on the arm—nothing other than sleeves, gloves, or braces are allowed to be worn on the forearm.

**H.** Special equipment—individuals with disabilities or recovering from injuries may require other specific equipment. Such equipment must be approved by the governing league's equipment waiver policy prior to its use in any official game.

**I.** Any additional equipment must be approved by the head referee before the game. Any equipment that the referee determines to be dangerous or unfair to either team must not be permitted.

**Penalty:** blue card—using illegal additional equipment in play

## 2.5.6. Approving additional equipment

All padding, braces, and special equipment must be presented to the head referee or their designated representative before each game for approval whether or not the officials choose to perform a full team equipment check.

**Penalty:** red card—using equipment in play that was disallowed by a game official

## 2.5.7. Accidental equipment infringement

In the event that a player's previously legal equipment becomes illegal as a result of play:

**A.** Play is not stopped unless the referee determines the infringement presents a danger to players.

**B.** The player at fault must leave the pitch to correct the infringement immediately and may be replaced with a substitute.

    **i.** Players do not need to leave the pitch to replace a broken broom.

**C.** Any player required to leave the pitch to correct equipment must not re-enter until the equipment has been replaced, repaired, or removed.

    **i.** Mandatory equipment must be replaced or repaired.

        **a.** If there is no replacement for a broom or headband available, the head referee must stop play until the equipment is provided.

**D.** If the player does not leave the pitch upon being informed of the infringement,   or re-enters play without correcting the infringement, that player is subject to penalty for disregarding an official's directive.

**Penalty:** yellow card—disregarding an official's directive

## 2.5.8. Venue specific equipment restrictions

Event directors may ban non-required equipment in order to comply with venue requirements.

**Penalty:** red card—using equipment explicitly barred by the event director

## 2.5.9. Intentionally altering equipment

It is illegal to intentionally alter any game equipment, including the game balls and hoops, in order to gain an advantage.

**Penalty:** red card—illegally altering game equipment

## 2.5.10. Forbidden Equipment

The following are forbidden equipment and may never be worn by players while in play:

**A.** Audio or visual recording devices.

**B.** Jewelry of any kind.
  **i.** Flexible plastic piercing retainers that are flush with the skin are allowed.
  **ii.** Players with significantly stretched piercings may use hard plastic retainers that are flush with the skin and completely fill the piercing.
  **iii.** If a player's jewelry has not affected play, the player shall receive the penalty for wearing forbidden jewelry instead of wearing forbidden equipment.

**C.** Grip enhancing substances that might transfer to and affect a ball.

**Penalty:** ejection—wearing forbidden jewelry

**Penalty:** red card—wearing forbidden equipment



© Ajantha Abey Quidditch Photography





# GAME
# PROCEDURES

## 3.1. PRELIMINARIES

### 3.1.1. Pregame meeting

Before any game, the head referee calls together representatives of the two teams to go over general rules.

**A.** Each team must designate one person to serve as speaking captain to represent the team during the game.

    **i.** The speaking captain must attend the pregame meeting.

    **ii.** Additional team representatives may also attend the pregame meeting.

**B.** At this time, the head referee should discuss the following with the team representatives:

    **i.** Any ground rules specific to the field.

    **ii.** The identity of the snitch runner.

    **iii.** Any players the officials should be aware of regarding the gender maximum rule.

    **iv.** Any other concerns from the attending parties that are specific to the game.

### 3.1.2. Coin toss

There shall be a coin toss at the conclusion of the pregame meeting.

**A.** The toss shall be called while the coin is in the air by the team that has traveled farthest from its point of origin.

**B.** The winner of the toss shall have first choice from among the three options listed in 3.1.2.C., or may defer that first choice to the opposing captain. The team that does not select first shall make the choices on the remaining two options.

**C.** The options for the game shall be:

    **i.** Which set of hoops to defend.

    **ii.** Which team's quaffle runner shall choose their starting position first.

    **iii.** Which team's bludger runner shall choose their starting position first.

**D.** The teams shall make their choices in the chosen order immediately after the coin toss.

## 3.2. STARTING THE GAME

### 3.2.1. Starting lineup

At the call of the head referee, each team shall send their starting players to the starting lines.

**A.** Each team must send one chaser and one beater to line up at the starting positions in the starting runner zone. These players will be the designated runners.

**B.** The designated runners shall line up with their inside shoulder at least 0.5 meters away from the midline and within the starting runner zone.

  **i.** The quaffle runners shall start on the quaffle runner starting line, and the bludger runners shall start on the starting sideline.

  **ii.** For each contested ball, the runner designated to choose their position first shall indicate their choice by placing their broom on their preferred side of the midline. The opposing runner shall then place their broom on the other side of the midline.

**C.** One chaser from each team shall line up on the starting sideline in their opponent's half, outside of the starting runner zone and at least 1.5 meters away from the keeper zone line, and place their broom on the ground at that location.

**D.** Once each team's offensive zone chaser has chosen their starting location, the remaining beater and chasers on both teams shall line up on the starting sideline in their own halves outside of the starting runner zone.

  **i.** No player may line up within 1 meter, as measured shoulder-to-shoulder, of the opposing chaser in their half.

**E.** A player chooses their starting location by placing their broom on the ground at that location as a marker. Once the marker has been set, it is a locked-in player violation for a player to:

  **i.** Move any marker broom.

  **ii.** Leave the immediate vicinity of their marker broom without permission from an official.

  **iii.** Change their position headband.

  **iv.** Change which player is starting, unless the original player is ejected or becomes too injured to play. This penalty should only be assessed against the original player.

**F.** If any penalty cards are assessed prior to the start of the game, the player serving the penalty time shall start in the penalty box instead of on their starting line.

  **i.** If a designated runner receives a penalty, the team may replace them on their starting line with one of the other starting players of the same position.

**Penalty:** blue card—locked-in player violation

## 3.2.2. Brooms up procedure

**A.** Once all players have taken their positions, the head referee confirms that both teams, all assistant referees, and any other officials are ready, and that all balls are resting in their appropriate positions *(See: 2.1.10. Ball positions)*.

  **i.** Any ball that moves off of its mark before brooms up, for any reason, must be reset before the head referee calls "brooms up."

**B.** The head referee calls "brooms down." Starting players must take their broom in their hand, and hold it flat on the ground at the location where they placed it. Once "brooms down" has been called, the following applies until "brooms up" is called:

**3**

　　　**i.** Players may not contact the ground beyond their starting line with any part of their body or equipment, except the broom.

　　　**ii.** Players must have their broom in hand but otherwise flat on the ground until the call of "brooms up."

**D.** The head referee shouts "ready."

　　　**i.** Players may assume a starting position at the call of "ready," but in doing so the broom must remain flat on the ground.

**E.** A few seconds after the head referee calls "ready" the head referee then calls "brooms up."

　　　**i.** On the "B" sound of "brooms up" all players must immediately mount their brooms and begin play.

　　　ii. If there is a false call of "brooms up" or a foul is committed prior to the "brooms up" call the head referee shall:

　　　　　**a.** Adjudicate any appropriate penalties.

　　　　　**b.** Reset the players to their positions at the "brooms down" call.

　　　　　**c.** Repeat the brooms up procedure.

**F.** A player has committed a false start if:

　　　**i.** The player already has their broom off the ground at the call of "brooms up."

　　　**ii.** The player moves early and touches the ground on the other side of their starting line prior to the call of "brooms up."

**Penalty:** blue card—false start

## 3.2.3. Starting restrictions

**A.** The two balls that start on the midline are the contested balls.

　　　**i.** Each ball remains a contested ball until it is either legally touched or no longer has any designated runners assigned to it.

　　　**ii.** The referee should call a ball "free" if they believe that it may be unclear to the players that it is no longer a contested ball.

**B.** A contested ball may only be touched by a designated runner.

**C.** Designated runners may not push each other, slide, or dive.

　　　**i.** It is a designated runner violation if a player violates this rule in a way that would be legal between two players who are not designated runners.

**D.** It is designated runner interference for a player who is not a designated runner to contact a designated runner or block their path. Designated runner interference is illegal.

**E.** A player ceases to be a designated runner when any of the following occur:

　　　**i.** Their assigned ball has been legally touched.

　　　**ii.** They leave the vicinity of the midline.

　　　**iii.** They become knocked out.

**iv.** They have a penalty assessed against them.

**v.** Their assigned ball is turned over.

**Penalty:** blue card—illegally touching a contested ball

**Penalty:** blue card—designated runner violation

**Penalty:** yellow card—designated runner interference

## 3.3. STOPPAGES

### 3.3.1. Stopping play

To stop play:

**A.** The referee blows a whistle in paired short blasts.

**B.** The timekeeper stops the game time and all other time clocks.

**C.** All players currently in play must stop, drop their brooms, and hold their respective positions.

    **i.** The players maintain any balls they possessed at the stoppage whistle, unless the ball is turned over.

        **a.** Players must not take hold of or otherwise move any other balls during a stoppage.

    **ii.** Any players who are paused in an illegal position are adjusted immediately to a legal position.

    **iii.** Any players who accidentally and significantly moved after the whistle are returned to their location at the time the whistle was blown.

**Penalty:** yellow card—intentionally illegally moving during a stoppage

**Penalty:** yellow card—intentionally illegally moving or taking hold of a ball during a stoppage.

### 3.3.2. Stoppage procedures

While play is stopped:

**A.** The head referee consults with other officials as necessary.

**B.** The head referee adjudicates any fouls and communicates the type of foul to the players, scorekeeper, and spectators:

    **i.** Any player who receives penalty time is sent to the penalty box.

    **ii.** Any player who is ejected is removed from the player area.

**C.** If a change of possession occurs, the appropriate procedure shall be followed before play is restarted.

**D.** Any loose live ball that was propelled and had not touched anything (including other players, equipment, or the ground) before the whistle to stop play is returned to the player who propelled it.

    **i.** This rule does not take effect if the ball is otherwise turned over.

    **ii.** If the propelling player is not eligible to receive the ball, it shall not be moved by this rule.

**E.** Any loose ball that was propelled and had touched something (including other players, equipment, or the ground) before the whistle to stop play shall continue its motion until it comes to rest or becomes out of bounds.

    **i.** If the ball became out of bounds after the whistle, it is placed approximately 2 meters inbounds from the point where it crossed the boundary line and does not need to be inbounded by either team.

    **ii.** If the ball moves after coming to rest, it shall be placed at the spot where it initially came to rest.

    **iii.** This rule does not take effect if another rule would move this ball elsewhere.

**F.** Any external interference is removed.

**G.** Any other concerns, including injured players and defective equipment, are addressed.

**H.** If the quaffle will be dead when play is restarted, it is given to the formerly defending keeper.

### 3.3.3. Restarting play

In order to restart play:

**A.** The head referee indicates to the players that play is about to resume by calling for the players to "remount!"

    **i.** Players must remount their brooms where the brooms were left when play was stopped.

    **ii.** Players must stand at the call to remount.

        **a.** If two or more players on the ground each had a grip on a ball at the moment when play was stopped, they still must stand. Once standing, each may retake hold of that ball. They do not need to hold it in the same way they had on the ground.

        **b.** If a player had an opponent legally wrapped on the ground when play was stopped, they still must stand and release all contact. Once standing the player may choose to move to any side of the wrapped player.

            **1.** The player must remain within 1 meter of their opponent.

            **2.** The player may initiate contact with the formerly wrapped player from behind as though it was from the front if they do so immediately upon the restart whistle.

            **3.** If either the formerly wrapped player would not resume play with possession of a ball, or a penalty card or turnover penalty is assessed

**3.**

against the wrapping player's team during the stoppage, the player shall not be allowed to move around their opponent nor initiate contact from behind on the restart.

**iii.** Players who were in legal contact with another player at the time of the stoppage may resume that contact as long as both players were in a standing position when play stopped.

**iv.** Players may otherwise reposition themselves to prepare for the restart but must not commit a false restart.

    **a.** It is a false restart if a player does any of the following before the restart whistle:

        **1.** Begins the forward motion of a throw.

        **2.** Initiates new contact.

        **3.** Begins to move off of their location.

        **4.** Attempts to directly affect a ball that the player does not solely possess.

    **b.** If there is a false restart, play remains stopped, and any player who moved is returned to their previous location.

    **c.** The first false restart of a stoppage will result in a warning to all players on the field.

        **1.** Any subsequent false restart by any player on the same stoppage shall result in a penalty.

**B.** The head referee blows one short whistle blast. On this whistle blast:

    **i.** Play resumes.

    **ii.** The timekeeper resumes the game time and all other time clocks.

**Penalty:** back to hoops—second false restart

### 3.3.4. Timeouts

**A.** There are two methods for calling a timeout.

    **i.** The speaking captain may request a timeout during any stoppage.

    **ii.** The speaking captain may request a timeout during any lull in play during the first 17 minutes of game time. A lull in play occurs whenever there is no active play happening on the field.

        **a.** The timekeeper must clearly announce the 17-minute mark of game time.

        **b.** The referee should quickly check the field for any active plays, including plays involving beaters or bludgers, before granting this type of stoppage.

    **iii.** The timeout shall be denied if neither of these conditions are met.

        **a.** If the timeout is not granted, the referee must explicitly deny the request.

    **iv.** Each team may only call one timeout in each game.

    **v.** A penalty for an illegal timeout request shall only apply if the request was intentionally illegal or if the referee stops play or otherwise grants the request before realizing it was illegal.

**3.**

**a.** If play was stopped in error because the referee was unaware of an active play somewhere, the speaking captain should not be penalized as long as the request was made in good faith.

**B.** When a timeout is properly called:

**i.** If play is not stopped, the head referee shall stop play.

**ii.** The head referee shall inform the scorekeeper that a timeout has been called.

**iii.** Once all applicable stoppage procedures in rule 3.3.2. are completed, the one minute of the timeout starts.

**iv.** The head referee shall blow one long whistle blast 45 seconds into the timeout.

**v.** After the completion of the timeout, the head referee shall resume play using the standard restart procedure (See: 3.3.3. Restarting play).

**a.** Any player who is not mounted on their broom at the restart whistle is dismounted.

**Penalty:** blue card—illegal timeout request

## 3.4. REGULATING GAME TIME

### 3.4.1. Game time

Game time is measured beginning from the "B" sound of "brooms up!"

**A.** The game time, and any time associated with it, must be paused for all complete stoppages of play and resumed when play is resumed.

### 3.4.2. Seeker floor

The seeker floor is the first 18 minutes of game time, during which the snitch may not be caught.

**A.** Seeker floors must be measured in game time.

**B.** During a seeker floor, there are no seekers in play.

**C.** A seeker from each team should report to the timekeeper at or before the 17-minute mark of game time.

**i.** Seekers are considered substitutes during the seeker floor and may not enter the pitch until they are released by the timekeeper.

**ii.** There is no penalty for failing to report to the timekeeper prior to the 17-minute mark of game time. However, each team's initial seeker for the game must check in with the timekeeper and be released onto the pitch directly from the penalty box.

**a.** A player who enters the pitch as their team's initial seeker for the game before being released by the timekeeper has committed a seeker false start and must serve the penalty time as a seeker.

**D.** The snitch runner must enter the player area between the 17 and 18 minute marks of game time.

**E.** At the end of the seeker floor, the timekeeper releases the seekers into play from their respective penalty boxes.

**Penalty:** blue card—seeker false start

## 3.5. ENDING THE GAME AND OVERTIME

### 3.5.1. Resolving the snitch catch

After the snitch catch has been confirmed and the catching team has been awarded 30 points:

**A.** If the catching team has more points than the other team, the catching team wins, and the head referee must blow three long whistle blasts to indicate the end of the game.

**B.** If the catching team does not have more points than the other team, the game shall proceed to overtime.

### 3.5.2. Proceeding to overtime

When a game proceeds to overtime:

**A.** The snitch runner leaves the player area.

**B.** Seekers return to their benches as substitutes.

    **i.** If a seeker would be serving time in the penalty box when play resumes, they must immediately switch positions by switching headbands with a player in play other than the keeper. They serve the remainder of the penalty in that position and the new seeker returns to the bench as a substitute.

**C.** All other players remain where they are during the stoppage.

**D.** The target score is set at the non-catching team's score plus 30 points.

**E.** The head referee announces the current scores and the target score.

**F.** Play resumes using the standard restart procedure. *(See Rule 3.3.3. Restarting Play).*

### 3.5.3. Reaching the target score

When a team reaches the target score:

**A.** The head referee shall stop play.

**B.** After confirming with all officials that there are no remaining issues or penalties to address, the head referee must blow three long whistle blasts to indicate the end of the game.

**C.** The team that reached the target score wins.

### 3.5.4. Conceding during overtime

At any point during overtime, either team may concede the game.

**A.** If the conceding team is trailing, the referee shall signal the end of the game using three long whistle blasts. The score at the time of concession shall be the final score, and the non-conceding team wins.

**B.** If the conceding team is not trailing, the non-conceding team shall be awarded goals sufficient to give them a 10 point lead. The head referee shall signal the end of the game using three long whistle blasts. The resulting score shall be the final score, and the non-conceding team wins.

**C.** Only the speaking captain may concede the game for their team. A speaking captain's concession is final.

**D.** The captain may concede at any time during overtime, including when play is not stopped or before play resumes after the catch.

## 3.6. FORFEITS

### 3.6.1. Declaring a forfeit

**A.** The head referee must declare a game forfeit if:

   **i.** The speaking captain of a team officially requests a forfeit.

   **ii.** A team refuses to resume a suspended game without the agreement of their opponent and the event director.

   **iii.** A forfeit penalty is administered.

**B.** A game may be declared forfeit due to violations of league or event policy.

**C.** In the event of a forfeit:

   **i.** The game is over immediately and the forfeiting team is declared the losing team.

   **ii.** All players should clear the pitch.

## 3.7. SUSPENDED GAMES

### 3.7.1. Declaring a suspended game

**A.** The head referee or event director may declare a game suspended due to weather, safety concerns, extreme or inappropriate conduct, external interference, a change of pitches, or an extended stoppage that requires the balls or brooms to be moved significantly.

**B.** Suspended games must be recorded with the current game time, score, players in the penalty box and their remaining penalty time, and which team is in possession

**3**

of all game balls.

    **i.** Loose balls, other than the snitch, shall be assigned to the teams based on which team the head referee reasonably believes would have next possessed them.

        **a.** The head referee shall generally assign the ball based on the closest eligible player without a ball unless:

            **1.** The ball was clearly guarded by an armed beater.

            **2.** A beater's position would be used to assign two different balls.

        **b.** No more than two bludgers may be assigned to one team.

        **c.** If both beaters on one team are in the penalty box, they shall still be assigned at least one bludger.

**C.** Suspended games should be resumed as soon as possible after it has become safe to do so.

## 3.7.2. Resuming a suspended game

**A.** If any of the game's original officials are unavailable, the event director or head referee shall replace them.

**B.** Teams may make substitutions during the suspension without following the substitution procedure.

    **i.** Any player serving time in the penalty box may not be substituted out during the suspension.

        **a.** If the player in the penalty box is unavailable, their remaining penalty time must be served by another eligible player on the roster.

    **ii.** If a player receives a penalty card for a foul occurring during the suspension, it shall be treated as a penalty against a substitute, and the speaking captain may choose the position at which the penalty shall be served.

**C.** All players to be in play for the restart shall line up anywhere in their respective keeper zones.

    **i.** The teams shall take possession of the balls which they possessed or were assigned when the game was suspended.

    **ii.** In the event that a team has both beaters in the penalty box, their bludger shall be placed next to their center hoop.

**D.** If the suspension occurred after 17 minutes and before the snitch had been legally caught, the snitch runner should enter the pitch before the game resumes.

    **i.** If seekers had not yet been released, a seeker from each team should report to the scorekeeper before the game is restarted.

    **ii.** Any snitch handicaps that had been implemented prior to the suspension are still in effect when the game resumes.

**E.** The head referee checks that both teams and all officials are ready.

**F.** The referee calls "ready"

**G.** A few seconds later, the head referee blows one short whistle blast. On this whistle blast:

    **i.** Play resumes.

    **ii.** The timekeeper resumes the game time and all other time clocks.

**H.** It is a false start if a player touches the ground in front of their keeper zone line between the ready call and the whistle to restart play.

**Penalty:** blue card—false start

### 3.7.3. Abandoned games

**A.** If a suspended game cannot be resumed during the event at which it is being held, the event director must declare the game abandoned.

**B.** If the speaking captains of both teams and the event director mutually decide to not restart a suspended game, then the event director may declare the game abandoned.

    **i.** If one or both teams refuses to resume play without the agreement of the opposing team and the event director, the team(s) shall be declared to have forfeited the game.



# 3.

© Axel Casas





# SCORING

## 4.1. GOAL SCORING

### 4.1.1. Good goal

Ten points are scored by a team when the quaffle passes entirely through their opponent's hoops, regardless of who propelled it, and the goal is confirmed as good.

**A.** All of the following must be true for a goal to be counted as good:

    **i.** The whole quaffle passed through one of the hoops.

        **a.** Goals may be scored through either side of the hoops.

    **ii.** The quaffle was not dead.

    **iii.** The quaffle was not unscorable *(See: 5.6.3. Unscorable quaffle)*.

    **iv.** The goal did not occur between a foul resulting in a penalty card by any member of the scoring team and the time the card was given to the player.

    **v.** The goal did not occur between a foul resulting in a quaffle turnover by any member of the scoring team and the completion of that turnover.

    **vi.** The scoring player did not commit a foul resulting in a back to hoops penalty, penalty card, or ejection immediately before receiving the quaffle or while in contact with a live quaffle.

    **vii.** The hoop was not dislodged or otherwise unplayable *(See: 4.3.1. Scoring through a dislodged hoop)*.

**B.** The quaffle becomes dead as soon as a good goal has been scored.

**C.** The head referee must confirm that a goal is good by blowing one long whistle blast and raising both arms.

**D.** Any otherwise good goal made after the snitch was legally caught must be disallowed *(See: 4.4.3. Closely timed plays)*.

### 4.1.2. Goaltending

**A.** A play is considered goaltending, and is scored as if the quaffle had gone through the hoop, if either of the following are true:

    **i.** A player within their own keeper zone, other than the keeper, touches the quaffle with a part of themselves or their equipment that is extended through a hoop from the side where the quaffle would exit.

    **ii.** A player within their own keeper zone, other than the keeper, touches the quaffle while it is part way through a hoop with a part of themselves or their equipment that is positioned on the opposite side of the hoop from where the quaffle entered and is not extended through that hoop.

**B.** A beater or seeker who intentionally goaltends has committed intentional interposition goaltending.

**Penalty:** red card—intentional interposition goaltending

## 4.2. RESTARTING AFTER A GOAL

### 4.2.1. Dead quaffle

After a goal is scored and before quaffle play is restarted, the quaffle is dead.

**A.** Any player on the formerly defending keeper's team may carry or pass the dead quaffle to the keeper in that keeper's own keeper zone, but may not otherwise interact with the dead quaffle.

    **i.** Substitutes may pass the dead quaffle to their keeper in this manner, but must always remain in the substitution area or bench while doing so.

**B.** The formerly offensive team may not pick up or otherwise intentionally interact with the dead quaffle unless it is providing it to the keeper at the formerly defending team's request.

    **i.** The formerly offensive team may choose to decline that request.

**C.** Players shall not be penalized for playing as if the quaffle is live before the goal is confirmed.

    **i.** This shall not apply if the player is ruled to be acting with the intent to affect the restart of the quaffle game.

**D.** The formerly defending keeper may request that a referee deliver the quaffle.

**E.** If a penalty turns over a dead quaffle to the formerly offensive team, the quaffle becomes live upon the restart after the turnover.

**Penalty:** blue card—intentionally and illegally interacting with a dead quaffle

### 4.2.2. Keeper restart

If the formerly defending keeper is the first person to possess the dead quaffle after the confirmation of a goal, it becomes live, restarting the quaffle game, once they possess it anywhere in their half of the pitch.

**A.** If anyone else possesses the quaffle first, the keeper must possess the quaffle in their own keeper zone to make it live.

**B.** The head referee must blow one short whistle blast after quaffle play is restarted by the keeper's possession.

## 4.3. BROKEN OR FALLEN HOOPS

### 4.3.1. Scoring through a dislodged hoop

No one may score on a hoop that has become dislodged. A dislodged hoop is defined as being broken, displaced, in any way knocked down, or unplayable.

**A.** If a hoop is in the process of falling when the quaffle passes completely through it, the goal still counts.

**i.** A falling hoop is considered dislodged when the hoop-loop touches the ground or the hoop otherwise comes to at least temporary rest in a non-upright position, including on top of a player.

**B.** Hoop loops that are turned in such a way that they are no longer in line with the goal line are not dislodged and may be scored upon.

    **i.** Turned hoops should be returned to the proper position once active play leaves the area.

**C.** A hoop is broken when the pole or hoop loop breaks or when the hoop loop detaches from the pole.

**D.** If the head referee determines a hoop is dislodged, they may verbally declare it dislodged.

**E.** A dislodged hoop must be fixed and returned to its correct position before a goal may again be scored on that hoop.

## 4.3.2. Dislodged hoop procedure

When a hoop is dislodged, play generally continues.

**A.** If a hoop is dislodged and any of the following occur, play must be stopped.

    **i.** A broken hoop poses a threat to the safety of the players.

    **ii.** A broken hoop requires extra parts or an unusually long time to fix and the team defending that broken hoop is the offensive team.

        **a.** The head referee may wait for a lull in play to initiate this stoppage.

    **iii.** All three hoops in the same keeper zone are dislodged.

**B.** Any dislodged hoops must be reset to their proper positions during any stoppage.

**C.** If play is not stopped for a dislodged hoop, it must be fixed while play has moved away from the area.

**D.** The quaffle carrier may request play be stopped to fix an opponent's dislodged hoop if the quaffle carrier is in their own half of the player area and is not contacted by an opposing player.

## 4.3.3. Dislodging, spinning, and resetting hoops

**A.** Players may not reset their opponent's dislodged hoops while their team is the offensive team.

**B.** Players may not recklessly or repeatedly dislodge hoops.

    **i.** This rule does not apply in the following instances:

        **a.** A hoop is dislodged by a thrown ball.

        **b.** An offensive quaffle player dislodges a hoop while attempting a contested score.

**4**

     **c.** A player dislodges a hoop as a result of their own physical interaction with an opposing player

  **ii.** If a player illegally dislodges a hoop while successfully attempting a goal, that goal shall not be negated by the penalty for dislodging the hoop.

**C.** A player may not intentionally dislodge a hoop.

**D.** A player may not move or alter a hoop for the purpose of affecting whether the quaffle will pass through it.

**Penalty:** blue card—illegally resetting an opponent's hoop

**Penalty:** blue card—unintentionally dislodging hoops repeatedly

**Penalty:** yellow card—recklessly dislodging a hoop

**Penalty:** red card—intentionally dislodging a hoop

**Penalty:** red card—moving or altering a hoop to affect whether the quaffle will pass through it

## 4.4. THE SNITCH CATCH

### 4.4.1. The snitch catch

Thirty points are scored for a team when their seeker catches the snitch and the catch is confirmed as good.

**A.** A snitch catch is confirmed when all of the following are true:

  **i.** A seeker has detached the snitch ball from the snitch runner and holds sole possession of the snitch ball during the instant that it is separated from the snitch runner.

  **ii.** The snitch ball was securely attached to the shorts of the snitch runner before the catch.

  **iii.** The snitch runner was not down at the time of the catch *(See: 8.4.1. Down snitch runner)*.

  **iv.** The catching seeker did not commit a foul resulting in a back to hoops penalty, penalty card, or ejection immediately before or during the catch.

  **v.** The catch did not occur between a foul resulting in a penalty card by any member of the catching team and the time the card was given to the player.

  **vi.** The catch did not occur between the catching team committing third bludger interference and the time the penalty for third bludger interference was administered.

  **vii.** The snitch was not physically impeded by any game official or member of the catching team in a way that may have contributed to the catch.

    **a.** Physical impediments caused solely by the actions listed under 6.3.1.A. (Seeker interactions with the snitch runner) shall be ignored, if those actions were executed legally by the seeker.

**viii.** The seeker was not knocked out at the time of the catch.

**ix.** The seekers did not simultaneously remove the snitch from the snitch runner.

**x.** Play was not stopped when the snitch was caught.

## 4.4.2. Signaling the catch

**A.** If the head referee or snitch referee believes that there may have been a good snitch catch, play must be stopped.

**B.** If the catch is confirmed, the catching team is awarded 30 points and the head referee signals whether the game is over or proceeds to overtime *(See 3.5.1. Resolving the snitch catch)*.

## 4.4.3. Closely timed plays

**A.** When a valid snitch catch and either a foul by the catching team or a good goal by either team occur in quick succession, the head referee must determine which happened first based on the available evidence.

**i.** Only statements by game officials shall be treated as evidence.

**ii.** If an otherwise good goal was scored after a valid snitch catch was made, the goal will not be considered when determining whether the game will end or proceed to overtime.

**a.** If the snitch catch would end the game, the goal must be disallowed.

**b.** If the game proceeds to overtime, the goal shall be counted after the set score is determined. The goal shall be considered to have been scored during overtime, and is not considered when setting the target score.

**iii.** If a valid snitch catch occurred before the foul, the snitch catch must be counted.

**iv.** If, and only if, there is no evidence whatsoever available as to which event occurred first, the head referee may declare the events synchronous.

**a.** If a snitch catch-negating foul and an otherwise good snitch catch are declared synchronous, the snitch catch shall be disallowed.

**b.** If an otherwise good goal and an otherwise good snitch catch are declared synchronous, the goal shall be treated as occurring first.



# 4.



© Honeybadger Quidditch Pictures



# 5.

# BLUDGERS AND THE KNOCKOUT EFFECT

## 5.1. THE MOUNTED BROOM

### 5.1.1. Mounting the broom

All players must be mounted on a broom in order to participate in play.

**A.** To mount the broom the player must have their broom straddled between their legs and touching some part of their body.

**B.** The player remains mounted until one of the following occurs:

**i.** Their broom (or arm that is holding the broom) no longer crosses the plane between the player's legs.

**ii.** The player loses contact with their broom.

**iii.** Their broom lays flat on the ground without the player's hand underneath it.

### 5.1.2. Dismounting

If a player becomes dismounted while in play, the player is immediately knocked out and must follow the knockout procedure.

**A.** If a player is dismounted by the illegal actions of an opponent, an official may allow the player to immediately remount and continue play. If the player does not immediately remount, then they must follow the knockout procedure.

## 5.2. KNOCKING OUT PLAYERS

### 5.2.1. Incurring the knockout effect

**A.** A player is "knocked out" when either of the following occur:

**i.** The player becomes dismounted.

**ii.** The player is struck by an opponent's live bludger.

**a.** This includes being struck on the player's hair, clothing, or equipment other than a game ball.

**b.** The following players are not knocked out when struck by an opponent's live bludger:

**1.** Protected keepers *(See: 7.2.2. Keeper-specific powers).*

**2.** Beaters with knockout immunity *(See: 5.5.2. Claiming knockout immunity).*

**3.** Inbounding players while out of bounds to inbound a ball *(See: 7.5.4. Inbounding procedure).*

**c.** Beaters who are not immune may delay dismounting in order to attempt to catch the bludger that struck them, until it becomes dead *(See: 5.4.3. Struck beater).*

**B.** Players must immediately follow the knockout procedure once knocked out *(See: 5.3.1. Knockout procedure).*

　　**i.** Players must not willfully ignore being knocked out.

**Penalty:** yellow card—willfully ignoring being knocked out

## 5.2.2. Live bludger

In order to incur the knockout effect, a bludger must be live.

**A.** To be live, a bludger:

　　**i.** Must either:

　　　　**a.** Be thrown, kicked, or otherwise intentionally propelled by a beater or

　　　　**b.** Be intentionally dropped by a beater when not required to be dropped by rule.

　　**ii.** Must not have been in contact with an opponent at the moment it was released, or otherwise finished being propelled.

　　**iii.** Must not have touched the ground, become out of bounds, or been caught.

　　　　**a.** In these cases, the bludger is live until the action indicated has occurred.

　　**iv.** Must not have been knocked loose by an opponent's body, another bludger, or the quaffle.

**B.** Any bludger that is not live is considered "dead."

## 5.2.3. Held bludgers

**A.** A beater may not attempt to deceive an opponent by contacting them using a held bludger.

　　**i.** Incidental contact with a held bludger shall not be penalized.

**Penalty:** blue card—illegally contacting an opponent with a held bludger

## 5.2.4. Friendly fire

A player cannot be knocked out by a bludger most recently made live by themselves or their teammate.

## 5.2.5. Safe calls

If a player is stuck by a bludger that cannot knock them out, the referee shall call that player "safe" or "clear" unless they otherwise become knocked out.

**A.** Players struck by a bludger should dismount and begin the knockout procedure immediately (unless the player is a struck beater attempting to catch the live bludger).

　　**i.** If a player has been stuck by a bludger, and is not called "safe" or "clear" by an official, then that player is subject to the knockout effect.

**B.** If the player dismounts due to being struck by a bludger but is then called "safe" or "clear," the player may remount at an official's direction and continue play.

    **i.** If the player does not quickly remount at the official's direction, that player must instead complete the knockout procedure.

**C.** If the player fails to begin the knockout procedure immediately, a penalty may apply.

    **i.** If the final call on that bludger hit is "safe" or "clear," play shall continue and no penalty shall apply.

    **ii.** If an official called the player "safe" or "clear" but the call changes to "beat," the player shall receive no penalty for failing to dismount as long as the player responds to the "beat" call by dismounting.

    **iii.** If no referee called the player "safe" or "clear" and the final call on that bludger hit is "beat," the player shall be considered to be willfully ignoring being knocked out.

        **a.** If the official believes that the player was unaware that the bludger touched them, then the official may treat it as an unnoticed knockout *(See: 5.3.4. Unnoticed knockout)*.

            **1.** A player's belief that they are otherwise safe from the bludger shall not be taken into consideration when determining any appropriate penalty.

**Penalty:** yellow card—willfully ignoring being knocked out

## 5.3. KNOCKOUT PROCEDURE

### 5.3.1. Knockout procedure

Knocked out players remain knocked out until they complete the following procedure, in order:

**A.** Immediately give up possession of any ball by dropping it and dismount their broom.

    **i.** The player must not pass, toss, roll, or kick the ball, unless completing a natural motion already begun *(See: 5.6.2. Natural motion conditions)*.

    **ii.** A bludger dropped in this way is dead.

    **iii.** A quaffle dropped in this way is unscorable.

**B.** Touch one of their own hoops.

    **i.** The player must touch either the hoop loop or pole, not the hoop base.

    **ii.** The player must touch the hoop with some part of their body, not with their broom.

**C.** Remount their broom before leaving the vicinity of the hoops.

**Penalty:** repeat procedure—violating the knockout procedure

**Penalty:** yellow card—intentionally or repeatedly violating the knockout procedure

### 5.3.2. Knocked out players

Knocked out players must not interact with play and must therefore:

**A.** Not make any plays.

**B.** Not propel or otherwise play any game ball other than in cases of natural motion *(See: 5.6.2. Natural motion conditions)*.

    **i.** If the player illegally propels a ball immediately after the player is knocked out, it shall be adjudicated as a natural motion violation.

**C.** Drop any balls that are currently possessed.

**D.** Actively avoid interactions with other players.

**E.** Not substitute out while play is not stopped.

**Penalty:** blue card—illegally interacting with play while knocked out

### 5.3.3. Making contact as a knocked out player

**A.** A knocked out player may not initiate any physical contact, other than incidental contact.

    **i.** If a player is in the final motion of making contact before becoming knocked out, they may complete that motion if it could not reasonably be stopped.

        **a.** The player still must immediately act to cease that contact under the provisions of 5.3.3.B.

        **b.** If a player takes multiple steps between being knocked out and initiating contact with an opponent, then that contact is illegal.

**B.** If a knocked out player is already in contact with an opponent before becoming knocked out, they must immediately act to cease contact safely and with as little effect to the opponent as reasonably possible.

**Penalty:** yellow card—illegal contact while knocked out

### 5.3.4. Unnoticed knockout

If a player unintentionally continues play after dismounting or being hit by an opponent's live bludger:

**A.** The referee should verbally and visually inform the player that the player has been knocked out.

**B.** The referee may stop play in order to inform the player that they have been knocked out.

    **i.** If this occurs, any ball the player possessed when play was stopped is turned over to the opposing team.

**C.** If a player affects play while unaware that they had been dismounted or hit by an opponent's live bludger, they shall be penalized for affecting play while unknowingly knocked out.

**i.** If the player makes otherwise legal contact while unaware of being knocked out, they are only subject to this penalty for that contact.

**ii.** If a player propels a ball in violation of the natural motion rules immediately after being knocked out, they are not subject to this penalty for that propulsion *(See: 5.6.2. Natural motion conditions).*

**Penalty:** blue card—affecting play while unknowingly knocked out

## 5.4. REDIRECTING AND CATCHING LIVE BLUDGERS

### 5.4.1. Blocking and batting bludgers

A player in possession of a ball may attempt to block or bat an incoming live bludger with the ball in their possession:

**A.** The held ball may be used to bat or otherwise propel the incoming bludger.

**B.** A block or bat does not affect whether the bludger is live.

**C.** A dead quaffle may not be used to intentionally interact with a bludger.

**D.** Players may not intentionally use a held ball to interact with a dead bludger or a bludger that was made live by a teammate.

**i.** If the referee determines that the player was not reasonably aware that the bludger was either dead or made live by their own teammate, and the play was otherwise legal, the player shall not be penalized.

**Penalty:** blue card—illegal bat

**Penalty:** blue card—illegal block

### 5.4.2. Swatting bludgers

Any attempt to swat or otherwise intentionally propel a live bludger, other than through the use of another ball, is considered a bludger swat.

**A.** Beaters may generally swat or make any attempt to alter the course of a live bludger.

**i.** A struck beater may not swat any bludger, except as part of an attempt to catch it *(See: 5.4.3. Struck beater).*

**ii.** A beater who is in possession of a bludger may not swat another bludger.

**a.** This rule does not prohibit batting a live bludger with a held bludger *(See: 5.4.1. Blocking and batting bludgers).*

**iii.** If the bludger was already live, it remains live for the original team.

**a.** If it was live for the opposing team, the swatting beater becomes a struck beater.

**B.** Chasers and seekers may not swat bludgers at any time.

**i.** This rule does not prohibit batting a live bludger with a held quaffle *(See: 5.4.1. Blocking and batting bludgers).*

**ii.** This rule does not prohibit shielding *(See. 7.1.2.B. Interpositional Ball Interactions).*

**C.** If a player is repeatedly illegally swatting bludgers, no harm no foul may not be called.

**Penalty:** blue card—illegal bludger swat

### 5.4.3. Struck beater

A non-immune beater is a struck beater, rather than knocked out, from the time they are hit by an opponent's live bludger until that bludger becomes dead. A struck beater is subject to the following restrictions:

**A.** A struck beater is unable to make a bludger live.

**B.** A struck beater must immediately drop any bludger that they are holding.

**i.** The player must not pass, toss, roll, or kick the bludger, unless completing a natural motion already begun *(See: 5.6.2. Natural motion conditions).*

**ii.** Failure to release the bludger is a struck beater violation.

**C.** A struck beater must either attempt to catch the live bludger that struck them or immediately follow the knockout procedure.

**i.** A beater is allowed to propel a bludger further into the air in the process of attempting a catch.

**ii.** After the initial hit, any intentional attempt by the struck beater to change the direction of any bludger, in any manner, other than to attempt to catch the bludger that struck them is a struck beater violation.

**D.** If a struck beater takes any actions other than those outlined in 5.4.3.A-C., they are subject to the same rules and penalties for those actions as a knocked out player.

**E.** If a struck beater catches the bludger before it otherwise becomes dead, that beater is no longer subject to the knockout effect.

**i.** A struck beater still incurs the knockout effect from all live bludgers propelled by opponents that hit them while they are a struck beater unless they also catch those bludgers before they become dead.

**F.** A struck beater who fails to catch the bludger before it becomes dead is knocked out and must immediately begin the knockout procedure.

**Penalty:** blue card—struck beater violation

## 5.5. THE THIRD BLUDGER AND KNOCKOUT IMMUNITY

### 5.5.1. The third bludger

When one team has possession of two bludgers and the remaining bludger is unpossessed and dead, the free dead bludger becomes the third bludger.

**A.** This ball remains the third bludger until one of the following occurs:
  **i.** The possessing team makes a reasonable beat attempt.
  **ii.** The possessing team loses a bludger directly due to the actions of an opposing player.
  **iii.** The team without a bludger gains possession of any bludger.

**B.** Players on the possessing team may not commit third bludger interference.
  **i.** It is third bludger interference if either:
    **a.** A player from the possessing team takes possession of or in any way attempts to move the third bludger.
    **b.** A player from the possessing team prevents or delays the other team from getting to the third bludger by continually or intentionally moving into their path.
  **ii.** The two bludgers turned over for third bludger interference are chosen at the referee's discretion, but should generally include the third bludger.
  **iii.** Play must be stopped in order to adjudicate the penalty for third bludger interference.
    **a.** Officials may delay the stoppage under advantage or delayed penalty as appropriate.

**Penalty:** back to hoops, quaffle turnover, and double bludger turnover—third bludger interference

### 5.5.2. Claiming knockout immunity

When there is a third bludger, a beater on the team with no bludgers may raise a hand above their shoulder, fist closed, to claim immunity from being knocked out by live bludgers.

**A.** It is an improper immunity claim if a player claims immunity when the opposing team has two bludgers, but:
  **i.** The remaining bludger is still live.
  **ii.** The third bludger was released by that player without attempting to incur the knockout effect.
  **iii.** Their team's other beater is also claiming immunity.
    **a.** If both beaters on a team attempt to claim immunity, one of them must put their fist back down to avoid a penalty. If neither beater puts their fist down, only one shall be penalized.

**B.** It is an invalid immunity claim if a beater claims immunity when there is no third bludger, unless the opposing team has two bludgers and the remaining bludger is live.

    **i.** If the claim was unintentionally invalid, and did not affect play, the player may instead be penalized for a minor invalid immunity claim.

**C.** The immune beater is not immune to bludgers made live before immunity was claimed.

**D.** If an opponent begins the final singular natural motion on an attempted knockout before the immune beater loses their immunity, the formerly immune beater cannot be knocked out by that attempt.

**Penalty:** back to hoops—improper immunity claim

**Penalty:** back to hoops—minor invalid immunity claim

**Penalty:** blue card—invalid immunity claim

## 5.5.3. Immunity limitations

While a beater is claiming immunity, they are subject to the following restrictions:

**A.** The beater must directly and immediately proceed to gain possession of the third bludger.

    **i.** The beater may approach the ball from any direction they prefer.

    **ii.** Taking any other action while immune is an immunity violation.

    **iii.** The beater loses their immunity once they gain possession of the bludger.

        **a.** The beater remains immune while attempting to pick up the third bludger, even if their fist is lowered in doing so.

**B.** The beater may not give up their immunity unless they lose their immunity by rule or the opposing team loses a bludger.

    **i.** The beater must give up their immunity if they are no longer attempting to directly recover the third bludger.

    **ii.** Illegally giving up immunity is an immunity violation.

**C.** If the status of the third bludger changes, the immune beater immediately loses immunity and must lower their hand.

**Penalty:** blue card—immunity violation

## 5.6. NATURAL MOTION

### 5.6.1. Natural motion

When a player is knocked out or becomes a struck beater, that player may finish one singular natural motion that they had already started if that motion cannot be reasonably stopped.

### 5.6.2. Natural motion conditions

**A.** For natural motion to be called for propelling a ball, the following conditions apply:

  **i.** The player must release any possessed ball as part of the singular natural motion begun before becoming knocked out.

    **a.** Any motion begun after the player is knocked out does not qualify as a natural motion.

  **ii.** The player must already be in contact with the ball when knocked out.

**B.** If a player propels a ball immediately after being knocked out without meeting the above conditions for natural motion, it is a natural motion violation.

**C.** A bludger released by completing natural motion is considered dead.

**D.** For the purpose of this rule, a struck beater is treated as knocked out.

**Penalty:** turnover—unintentional natural motion violation

**Penalty:** yellow card—intentional natural motion violation

### 5.6.3. Unscorable quaffle

If a player is touching the quaffle when they become knocked out and releases it or otherwise propels it according to natural motion, the quaffle becomes an unscorable quaffle.

**A.** An unscorable quaffle cannot result in a goal, even if the quaffle goes entirely through a hoop.

**B.** The quaffle remains live and play continues normally.

**C.** The quaffle becomes scorable again once either of the following occur:

  **i.** It is touched by an eligible chaser on the same team as the player who released it.

  **ii.** It is possessed by any player.





© Ajantha Abey Quidditch Photography

IQA Rulebook 2020



# PHYSICAL CONTACT AND INTERACTIONS

## 6.1. GENERAL INTERACTIONS

### 6.1.1. Illegal physical contact

The following forms of physical contact are always illegal unless the contact is determined by the referee to have been incidental:

**A.** Intentionally contacting a player of another position.

**B.** Intentionally contacting the snitch runner, except for seekers.

**C.** Kicking an opponent.

**D.** Making forcible contact using the head.

**E.** Making contact with an opponent's head, neck, or groin.

**F.** Initiating contact or exerting force at or below the knees of an opponent.

**G.** Tripping an opponent.

**H.** Sliding or diving into an opponent.

**I.** Jumping, leaping, or climbing onto any player.

**J.** Intentionally lifting or continuing to hold another player off the ground, either an opponent or a teammate.

**K.** Grabbing the broom or clothing of an opponent.

**L.** Attempting to steal the quaffle from, contacting, or otherwise interacting with an opposing protected keeper who is in sole possession of the quaffle *(See: 7.2.2 Keeper-specific powers)*.

**Penalty:** standard contact penalty—illegal physical contact

### 6.1.2. Picks

A pick is when a player gets to a legal position on the field in the path of an opposing player for the purpose of slowing them down or making them change direction without initially engaging in a push, charge, or wrap.

**A.** A pick is considered set once the picking player positions themselves in the anticipated path of their opponent.

**B.** All picks are subject to the following rules and restrictions, regardless of whether either player involved has a ball:

    **i.** It is illegal to pick a player of another position.

    **ii.** It is illegal to extend a single point of one's body during a pick, such as the elbow or point of the shoulder, causing the picked player to run into it.

    **iii.** If the player initiates contact rather than being run into, this shall not be considered a pick.

**iv.** The player's feet do not need to be set in order for the play to be legal.

    **a.** If the would-be picking player is moving directly at their opponent during the pick and contact is forceful, the play will instead be considered a charge.

**C.** If neither player has possession of a ball, the following restrictions apply in addition to the general pick restrictions:

    **i.** A pick set from behind must initially give the picked player a step of room to stop and/or change direction.

    **ii.** A pick set on a moving player must be set with enough time for the player to stop and/or change direction, as determined by the picked player's speed at the time that the pick is set, not by their actual awareness of the pick.

    **iii.** The picked player must make every attempt to avoid charging the picking player, either by slowing down so that the initiation of contact is non-forceful or by avoiding the opposing player entirely.

        **a.** Incidental contact shall not be penalized.

**D.** If a picked player reacts to the pick by changing their path, any motion to move into the new path shall be considered a new pick.

**E.** A player charging through an illegal pick shall not be penalized provided they do not increase their force in response to the pick.

**Penalty:** standard contact penalty—illegal pick

**Penalty:** standard contact penalty—illegally charging a picking player

## 6.1.3. Kicking a contested ball

It is generally legal to kick a ball that an opponent is attempting to play. The following rules apply:

**A.** A player must not kick any opponent.

**B.** Kicking a ball that an opponent is touching with their hand is a dangerous kick.

**C.** If the referee determines that a player's kick would have been illegal if the opponent had not reacted to the kick by actively getting out of the way, the kick must be ruled a dangerous kick.

**D.** If the referee determines that the kicked or nearly kicked player was at fault for being kicked or nearly kicked because they moved into the way of the kick late, there is no foul under this rule.

**Penalty:** yellow card—dangerous kick

**Penalty:** yellow card—kicking an opponent

**Penalty:** red card—violent or egregious illegal kick

### 6.1.4. Sliding and diving

Players may slide or dive. However, it is illegal to:

A. Slide or dive into an opponent.

B. Slide or dive directly toward an opponent in a way that forces the opponent to change their movement to avoid the slide or dive.

C. A player going straight down onto a ball is not considered to be sliding or diving.

D. Dives or slides that do not violate the above condition (e.g. side-by-side motion) and are not reckless, dangerous, or otherwise illegal are legal.

**Penalty:** standard contact penalty—illegal slide

**Penalty:** standard contact penalty—illegal dive

### 6.1.5. Hurdling

Jumping or diving fully over any person is considered hurdling.

A. It is illegal for a player to hurdle or attempt to hurdle any person who is not contacting the ground with any part of their body other than their feet.

    i. If the hurdling player was forced, by the sudden movement of the hurdled person, to make an illegal hurdle to avoid more dangerous contact, the hurdle shall not be penalized.

B. If a player jumps so as to reach over or past another person, including but not limited to attempting to make a throw or catch the snitch, and they come back down on the same side of the would-be hurdled person, this shall not be ruled a hurdle.

    i. If a player attempts to jump or dive fully over any person, but fails to do so, this shall be ruled as an attempted hurdle.

C. If a player jumps without attempting a hurdle but falls over another person due to being contacted while in the air, it shall not be ruled as a hurdle.

**Penalty:** yellow card—illegally hurdling or attempting to hurdle any person

**Penalty:** red card—violently or egregiously illegally hurdling any person

### 6.1.6. Contact through a teammate

A. It is illegal for any player to primarily contact a teammate with the intent of causing or otherwise affecting that teammate's physical interaction with any opponent.

B. Incidental or secondary contact through a teammate shall not be penalized.

**Penalty:** standard contact penalty—illegal contact through a teammate

## 6.1.7. Helpless receiver

A receiver who is in the process of attempting to catch a ball that is in the air is considered a helpless receiver.

A. A receiver does not have to leave the ground in order to be considered a helpless receiver.

B. An airborne receiver remains helpless until their legs have absorbed the shock of the landing after either gaining sole and complete possession of the ball or abandoning the attempt to catch the ball.

C. A helpless receiver may not be pushed, wrapped, charged, or tackled by any opponent.

D. A player who the referee determines to have thrown a ball to themselves in an attempt to draw a card for illegal contact with a helpless receiver shall not be considered a helpless receiver on that throw.

E. Incidental contact that results from attempts to play the ball shall not be penalized under this rule.

  i. If the contacting player was directly attempting to apply force to the helpless receiver, this contact shall be ruled as non-incidental.

**Penalty:** yellow card—illegally contacting a helpless receiver

**Penalty:** red card—charging a helpless receiver

**Penalty:** red card—tackling a helpless receiver

## 6.1.8. Stealing

A steal consists of a player's attempt to extract a ball from an opponent by either stripping or poking it loose.

A. A player may attempt to steal from an opponent while wrapping them.

  i. A player may not wrap both arms around an opponent in an attempt to steal. This includes reaching around the opponent with one arm in an attempt to steal while the other arm is being used to wrap the opponent.

B. A player must not wind up or swing at the ball in an attempt to punch it loose.

C. For the purposes of contact between the stealing player and the player being stolen from only, the player being stolen from is considered to have sole possession during the steal attempt until they lose direct control of the ball.

**Penalty:** standard contact penalty—illegal attempt to steal

### 6.1.9. Initial point of contact

When pushing, body blocking, charging, or wrapping, a player must not make initial contact with an opponent from behind.

A. The contact must be initiated from the front of the opponent's torso.

   i. The front of the torso is defined by a flat plane bisecting the player at the middle of both shoulders.

   ii. To be considered to the front of the opponent, the navel of the player initiating contact must be in front of this flat plane when contact is initiated.

   iii. As long as the body of the contacting player is positioned in this manner the actual point of contact may occur at any legal part of the opponent's torso, arms, or legs above the knee.

B. Once contact has been legally established, a player may continue contact even when it results in contact from behind, so long as contact is not broken.

   i. This includes changing the type of contact.

C. If a player initiates contact by leading with their back, the opposing player may continue the contact and there is no foul.

D. If a player spins or turns just prior to contact, causing the opposing player to initiate contact from behind, there is no foul for contact from behind provided the contacting player did not have reasonable time to react to the spin and completely avoid contact.

E. If a player outruns or runs by an opponent attempting to initiate contact and the contact is initiated from behind, this is still a foul.

**Penalty:** standard contact penalty—illegal contact from behind

### 6.1.10. Limited contact from behind

A. It is legal to place a hand or hands on an opponent from behind without applying force.

   i. This includes using an arm, without pushing, to prevent an opponent from moving toward oneself.

B. Limited contact from behind is allowed in the following circumstances:

   i. Jostling for position.

   ii. During an attempt to steal.

C. Contact initiated from behind under this rule does not allow a player to engage in the contacts listed in 6.1.9.

### 6.1.11. Adjusting illegal contact

A. A player who is forced to make illegal contact on an opposing player due to the direct actions of the opposing player must act immediately to readjust the contact to a legal position or discontinue the contact to avoid penalty.

**i.** The player's readjustment must not use or further the illegal contact.

**ii.** If the player has enough time to adjust to a legal position prior to initiating contact, they must do so.

## 6.1.12. Playing recklessly

It is illegal to play recklessly. This includes playing with complete disregard for danger to others.

**Penalty:** yellow card—playing recklessly

**Penalty**: red card—playing egregiously recklessly

## 6.1.13. Egregious contact

Particularly egregious illegal contact is prohibited. The following are always egregiously illegal contact:

**A.** Making contact using excessive force.

**i.** Using excessive force is defined as when a player both exceeds by far the necessary use of force to complete the action initiated and as a result is in danger of injuring an opponent.

**B.** Deliberately injuring or attempting to deliberately injure any person by using one's body or any equipment including the balls.

**C.** Striking or attempting to strike another person including but not limited to intentionally kneeing, elbowing, or headbutting an opponent.

**D.** Intentionally physically contacting another person's head, neck, or groin.

**E.** Intentionally physically contacting an official other than the snitch runner.

**F.** Charging a helpless receiver *(See: 6.1.7. Helpless receiver)*.

**G.** Tackling a helpless receiver *(See: 6.1.7. Helpless receiver)*.

**Penalty:** ejection—egregiously illegal contact against a teammate

**Penalty:** red card—egregiously illegal contact against an opponent, spectator, official, or event staffer

## 6.2. SPECIFIC CONTACT

## 6.2.1. Body blocking

A body block consists of applying force to an opponent using body parts other than arms or hands not pinned to the torso, where any significant force of the contact is applied after non-forceful contact has already been established by the blocking player's aforementioned body parts.

**A.** It is illegal to body block using the head, legs, or feet.

**B.** It is illegal to extend the point of the elbow into an opponent during a body block.

**C.** It is illegal to body block if contact was initiated from behind *(See: 6.1.9. Initial point of contact).*

**Penalty:** standard contact penalty—illegal body block

## 6.2.2. Pushing

A push consists of initiating force upon an opponent with an extended arm, be it extended during or before the initiation of contact.

**A.** Only one arm may be used to push.

**B.** It is illegal to push using the point of an elbow.

**C.** It is illegal to push if contact was initiated from behind *(See: 6.1.9. Initial point of contact).*

**D.** It is illegal to directly push an opponent's broom.

    **i.** Incidental pushing of an opponent's broom is not illegal.

**Penalty:** standard contact penalty—illegal push

## 6.2.3. Charging

A charge consists of forcefully making contact with an opponent using body parts other than arms or hands not pinned to the torso, except in cases of body blocking.

**A.** It is illegal to charge using the head, legs, or feet.

**B.** It is illegal to charge an opponent who is not in complete and sole possession of a ball unless the charging player has possession of a ball.

    **i.** A beater without a ball must not charge an opponent without trying to wrap that player around their torso or their legs above the knee.

**C.** It is illegal to initiate contact during a charge so that a single point of the charging player's body initiates the contact, such as leading with the point of a shoulder or elbow.

    **i.** Point-of-shoulder to point-of-shoulder contact is allowed.

**D.** It is illegal for a charging player's feet to completely leave the ground while applying the primary force of a charge, unless the player left their feet as a part of a direct attempt to pass, shoot, or otherwise throw a ball.

    **i.** The player does not need to actually throw the ball in order to be ruled to have left their feet as part of a direct attempt to throw a ball.

**E.** It is illegal to charge if contact was initiated from behind *(See: 6.1.9. Initial point of contact).*

**Penalty:** standard contact penalty—illegal charge

## 6.2.4. Wrapping

A wrap consists of encircling any part of an opponent with an arm or arms. The arm includes the hand.

A. It is illegal to wrap an opponent who is not in possession of a ball.

B. It is illegal to wrap an opponent using both arms.

C. It is illegal for a player to leave the ground during a wrap in an attempt to spear or otherwise propel their body into an opponent.

D. Once a wrap has been initiated legally, the wrapping player may continue the already initiated motion of the wrap due to momentum even if the player being wrapped releases the ball.
   i. The referee must shout "ball out" the moment the ball is released.
   ii. Once aware of the ball being released the player cannot continue contact beyond previously created momentum.

E. It is illegal to wrap if contact was initiated from behind *(See: 6.1.9. Initial point of contact).*

F. A grab is a form of wrap that involves holding an opponent or any part of an opponent with a closed hand.
   i. It is illegal to grab an opponent's broom or clothing.
   ii. It is illegal to yank any part of an opponent or pull their arm that is holding the broom during a grab.

G. It is illegal to apply sharp and sudden force directly through the arm of an opponent during any type of wrap.

H. A tackle is the act of wrapping a player and bringing them to the ground.

**Penalty:** standard contact penalty—illegal wrap

## 6.3. SEEKERS AND THE SNITCH RUNNER

## 6.3.1. Seeker interactions with the snitch runner

While seekers have the standard contact and interaction rules with regard to interactions with each other, different rules apply to interactions with the snitch runner.

A. The following interactions are legal for a seeker to do to a snitch runner:
   i. Body blocking the snitch runner, subject to standard body block rules *(See: 6.2.1. Body blocking).*
   ii. Pushing or moving the snitch runner's arms.
   iii. Reaching around or over the snitch runner with one or both arms.
      a. Any arm reaching around the snitch runner must only have incidental contact with them.
      b. It is illegal to squeeze or otherwise restrict the snitch runner's body with



an arm that is reaching around them.

   **c.** If the snitch runner moves into the seeker's arm while the seeker is reaching around them, the seeker must move their arm to avoid restricting the snitch runner's motion.

**B.** The following interactions are illegal for a seeker to do to a snitch runner:

   **i.** Contacting the head, neck, or groin of the snitch runner.

   **ii.** Charging the snitch runner.

      **a.** If the would-be charge fails to make contact with the legs, waist, or torso of the snitch runner, it shall not be ruled to be a charge.

   **iii.** Pushing the snitch runner's legs, waist, or torso.

   **iv.** Holding down or grabbing the snitch runner's arms.

   **v.** Hurdling or attempting to hurdle over the snitch runner while they are not contacting the ground with any part of their body other than their feet.

   **vi.** Tackling or attempting to tackle the snitch runner.

   **vii.** Grabbing the snitch runner's clothing.

      **a.** No penalty shall apply if the seeker immediately releases the clothing.

      **b.** Any catch made by the offending seeker during, immediately after or as a result of grabbing the snitch runner's clothing shall still be ruled invalid, even if no penalty is assessed.

   **viii.** Making forceful contact with the snitch runner while sliding or diving.

      **a.** Minor incidental contact shall not be penalized.

   **ix.** Making egregiously illegal contact with the snitch runner *(See: 6.1.13. Egregious contact).*

**C.** If the snitch runner's arms are held tight against or are otherwise pinned against their torso, they shall be treated as part of their torso.

**Penalty:** standard contact penalty—illegal interaction with the snitch runner

## 6.4. RIGHT OF WAY

### 6.4.1. Interposition right of way

Players of different positions may not physically interact with each other. The following rules apply to these interactions:

**A.** The following is the order of priority for right of way between two players of different positions from highest to lowest priority:

   **i.** A stationary player with a ball.

   **ii.** A stationary chaser without a ball.

   **iii.** A moving player with a ball.

   **iv.** A stationary beater or seeker without a ball.

   **v.** A moving player without a ball.

**B.** Players with lower priority must yield to players with higher priority which may include moving out of the way.

    **i.** Players of lower priority who fail to yield are generally "at fault."

**C.** When two players of the same priority interact, the player whom the referee judges to be at fault for the interaction shall be deemed at fault.

    **i.** If the players are judged to be equally at fault for the interaction, no penalty shall be given.

**D.** If a player clearly acts with the intent of causing an illegal interposition interaction, that player shall be deemed at fault, regardless of their priority.

**E.** If a player moves with the intent of causing an opponent to enter an illegal interposition interaction with or yield to another player of equal or higher priority, that player shall be deemed at fault rather than either of the interacting parties.

**F.** If the referee determines that there was not enough time for the at fault player to reasonably react and yield, the interaction shall be deemed incidental and no penalty shall be given.

    **i.** This provision shall not activate if the at fault player could be reasonably expected to be aware or acted to ensure they would be unaware of the opposing player with whom they interacted.

**G.** Only the at fault player is penalized for an illegal interposition interaction.

    **i.** If the illegal interposition interaction was accidental, and overall gameplay was unaffected, they shall instead be penalized for a minor illegal interposition interaction.

**Penalty:** back to hoops—minor illegal interposition interaction

**Penalty:** yellow card—illegal interposition interaction

**Penalty:** red card—violent or egregious illegal interposition interaction

## 6.4.2. Interactions with knocked out players

**A.** It is illegal for any player to intentionally attempt to initiate contact, continue contact, or otherwise interact with a knocked out opponent.

    **i.** If contact was initiated before or as the knockout occurred, reasonable allowance shall be made for the player to safely disengage from the knocked out opponent.

    **ii.** Knocked out players must still make all reasonable efforts to avoid interacting with play while they are knocked out.

**Penalty:** yellow card—illegally interacting with a knocked out opponent

**Penalty:** red card—violently or egregiously illegally interacting with a knocked out opponent

## 6.5. UNSPORTING BEHAVIOR

### 6.5.1. Unsportsmanlike conduct

A. Players must not engage in unsportsmanlike conduct such as taunting, rude, or antagonistic behavior with players, spectators, officials, or event staff.

B. Use of explicit, vulgar, extreme, or abusive language or gestures at any time is considered unsportsmanlike conduct.

    i. It is egregious unsportsmanlike conduct if the language is directed at another person and any of the following are true:

        a. The language is extreme or abusive.

        b. The language includes vulgar words used for their meaning, rather than solely for emphasis.

        c. The language is discriminatory, including but not limited to racial epithets, ethnic slurs, or other phrases that demean or debase any person or group of people based on their race, sex, gender, sexual orientation, religion, or country of origin.

    ii. It is egregious unsportsmanlike conduct to direct obscene, explicit, or vulgar gestures at another person.

C. Egregiously rude or hostile behavior, including threats, are egregious unsportsmanlike conduct.

**Penalty:** yellow card—unsportsmanlike conduct

**Penalty:** red card—egregious unsportsmanlike conduct

### 6.5.2. Internal unsportsmanlike conduct

Unsportsmanlike conduct that is undirected or solely directed at one's teammates or oneself is internal unsportsmanlike conduct.

A. Internal unsportsmanlike conduct is not penalized unless it is either:

    i. Repeated use of explicit or vulgar language.

    ii. Egregious.

B. The penalties for this section apply in lieu of the penalties in 6.5.1. Unsportsmanlike conduct.

**Penalty:** blue card—repeated use of explicit or vulgar language

**Penalty:** ejection—egregious internal unsportsmanlike conduct

### 6.5.3. Physical altercations

It is illegal to engage in physical altercations with any person.

**Penalty:** ejection—engaging in a physical altercation with a teammate

**Penalty:** red card—engaging in a physical altercation with an opponent, spectator, official, or event staffer

### 6.5.4. Spitting

Players must not intentionally spit at or on any player, spectator, official, or event staffer.

**Penalty:** ejection—intentionally spitting at or on a teammate

**Penalty:** red card—intentionally spitting at or on an opponent, spectator, official, or event staffer

### 6.5.5. Serious foul play

It is illegal to commit serious foul play, including egregious conduct and flagrant cheating.

    **A.** If an instance of serious foul play cannot be attributed to a specific player, the speaking captain must receive the penalty.

**Penalty:** red card—serious foul play

### 6.5.6. Faking a foul

It is illegal to pretend to be fouled.

**Penalty:** yellow card—pretending to be fouled



© Ajantha Abey Quidditch Photography





# 7.

# BOUNDARIES AND BALLS

## 7.1. USING THE BALLS

### 7.1.1. Use of the ball

Players may possess, touch, kick, throw, or otherwise use the ball associated with their own position.

A. A player is considered to have possession of a ball when that player has sole and complete control of it. This includes when a player is the only player in contact with the ball during a kick.

   i. Swatting a ball out of an opponent's hands or out of the air is not considered possession.

      a. Swatting a ball that is on the ground is considered possession.

B. Players may only possess, touch, kick, throw, or otherwise use one ball associated with their position at any given time.

   i. A beater may temporarily possess two bludgers if they are in the process of catching a live bludger propelled by an opponent.

      a. In this scenario, the beater must drop one of the two bludgers immediately to avoid penalty.

C.  Players may kick any ball, other than the snitch, that they may legally possess.

D. Players may not use a ball associated with their position to mimic the actions of a ball of a different position.

E. Players may not use a ball of their position to intentionally interact with the snitch runner.

**Penalty:** blue card—illegally using a ball of one's own position

**Penalty**: yellow card—using a ball to intentionally interact with the snitch runner

### 7.1.2. Interposition ball interactions

Players are forbidden from possessing, touching, kicking, throwing, or in any way using a ball not associated with their position. The following guidelines apply:

A. Any mounted player who may not play the quaffle must take any and all reasonable actions to avoid a propelled quaffle.

   i. It is a failure to avoid a propelled quaffle if the player is required to avoid it and is hit by the quaffle.

      a. It is a minor failure to avoid a propelled quaffle if the player attempted to avoid it and failed, but the overall play was not affected.

      b. Intentionally moving into, or remaining in, the path of the quaffle to block it is an interposition ball interference.

      c. If a player's unintentional failure to avoid the propelled quaffle directly blocks it from scoring, they must be penalized for illegally unintentionally blocking a propelled quaffle from scoring.

**ii.** A beater in the way of the quaffle may attempt to propel their bludger at the quaffle to divert it. However, they are still penalized if hit by the quaffle.

**iii.** A player unaware of an incoming quaffle is not penalized for not avoiding it unless they have acted to ensure they would be unaware.

    **a.** If the player acted to ensure they would be unaware, the interaction shall be treated as intentional.

**iv.** A player without time to reasonably avoid an incoming quaffle is not penalized for failing to avoid it.

**B.** A player allowing a bludger to hit them, including by intentionally getting in the way of a bludger, is shielding against that bludger.

    **i.** Any mounted player may shield against a bludger made live by an opponent.

        **a.** It is illegal shielding for a player who may not play a bludger to shield against a bludger that is dead, or made live by a teammate.

            **1.** If the referee determines that the player was not reasonably aware that the bludger was either dead or made live by their own teammate and the play was otherwise legal, the player shall not be penalized.

            **2.** The penalty for illegal shielding is given instead of the penalty for interpositional ball interference.

    **ii.** A player who may not play a bludger may attempt to shield against a bludger before it is made live as long as they do not make contact with the bludger before it is live, nor with the beater possessing that bludger.

    **iii.** The player may allow the bludger to bounce off of any part of their body or equipment at any angle. However, any attempt to propel a live bludger with any part of their body is an illegal bludger swat. *(See: 5.4.2. Swatting Bludgers.)*

        **a.** The penalty for an illegal bludger swat shall be given instead of the penalty for interposition ball interference.

**C.** Players may legally possess a dead quaffle to return it to the formerly defending keeper after a score *(See: 4.2.1. Dead quaffle)*.

**D.** Any other intentional interaction with a ball not associated with one's position is an interposition ball interference.

**E.** Unintentionally and illegally acting on a ball not associated with one's position in a manner that significantly affects the position or trajectory of that ball is an incidental interposition ball interference.

**F.** Intentionally blocking a score by committing interposition ball interference is intentionally and illegally blocking a score.

**Penalty:** back to hoops—minor failure to avoid a propelled quaffle

**Penalty:** turnover—incidental interposition ball interference

**Penalty:** blue card—failure to avoid a propelled quaffle

**Penalty:** blue card—illegal bludger swat

**Penalty:** blue card -  illegal shielding

**Penalty:** yellow card—Interposition ball interference

**Penalty:** yellow card—illegally unintentionally blocking a propelled quaffle from scoring

**Penalty:** red card—intentionally and illegally blocking a score

## 7.1.3. Interference by substitutes and knocked out players

Substitutes and knocked out players must make a reasonable effort, at the discretion of the referee, not to interact with any ball.

**Penalty:** blue card—illegally failing to make a reasonable effort to avoid a ball

**Penalty:** red card—intentionally and illegally blocking a score

## 7.1.4. Bludger vs quaffle

**A.** Players may not propel or use a held ball of their position to interact with a ball of another position with the following exceptions:

  **i.** Beaters may propel bludgers at a live quaffle.

  **ii.** Chasers may use a held or propelled quaffle to hit or deflect a bludger made live by an opponent.

   **a.** If the referee determines that the player was not reasonably aware that the airborne bludger was either dead or made live by their own teammate and the play was otherwise legal, the player shall not be penalized.

**B.** Any intentional illegal use of a held ball to interact with a ball not associated with one's position is an interposition ball interference.

**C.** Unintentionally and illegally acting on a ball not associated with one's position by using a held ball in a manner that significantly affects the position or trajectory of that ball is an incidental interposition ball interference.

**Penalty:** turnover—incidental interposition ball interference

**Penalty:** yellow card—interposition ball interference

## 7.2. KEEPER ZONE

## 7.2.1. Inside the keeper zone

A player with any part of their body behind or touching their own keeper zone line is considered to be in the keeper zone.

## 7.2.2. Keeper-specific powers

A keeper within their own keeper zone, except in the situation described in 7.2.2.B., is considered to be a protected keeper.

**A.** A protected keeper has the following powers:

**i.** While a protected keeper has sole possession of the quaffle, opposing players may not contact, interact with, or attempt to steal the quaffle from the keeper *(See: 6.1.1. Illegal physical contact)*.

    **a.** Sole possession of the quaffle must be established before this immunity from contact goes into effect.

**ii.** A protected keeper is immune from being knocked out by live bludgers.

    **a.** There is no penalty for beaters throwing bludgers at immune players.

**B.** Once any player on the keeper's team possesses the quaffle outside their keeper zone:

    **i.** The keeper loses all powers listed above.

    **ii.** The powers listed above can be regained when their team's drive ends.

## 7.3. OFFENSE, DEFENSE, AND DRIVES

### 7.3.1. Drives

**A.** A drive is initiated for a team when one of the following occurs:

    **i.** A player on that team is the first player to gain possession of the quaffle at the beginning of the game.

    **ii.** A player on that team gains possession of the quaffle during the opposing team's drive, thus ending the opposing team's drive.

    **iii.** A player on that team makes the quaffle live after a good goal.

**B.** A drive ends for a team when one of the following occurs.:

    **i.** The opposing team gains possession of the quaffle, initiating their own drive.

    **ii.** A goal is scored for either team

**C.** A drive ends and a new drive begins for the same team when the defensive team is assessed a penalty card or third bludger interference penalty.

### 7.3.2. Offense and defense

**A.** During a team's drive, it is the "offensive team."

    **i.** The opposing team is the "defensive team."

## 7.4. PACE OF PLAY

### 7.4.1. Delay of game

Delay of game is defined as delaying the start of the game by any means, or attempting to stop or significantly impede the quaffle game from continuing. The exact determination of what constitutes delay of game is at the discretion of the referee, within the following guidelines:

**A.** Delaying the start of the game by failing to be present on time, or failing to send out the starters when directed by the officials is delay of game.

    **i.** If multiple individuals on one team are delaying the start of the game, the penalty shall be given to the speaking captain.

**B.** A beater or beaters may guard a quaffle to prevent the opposing team from gaining possession of it. However, it is delay of game if a beater continues to protect the quaffle while their chasers are making no reasonable attempt to retrieve it.

**C.** Keeper delay:

    **i.** A protected keeper must directly and immediately advance the quaffle out of the keeper zone, attempt to complete a pass, or drop the quaffle to the ground.

    **ii.** After a goal, the keeper on the formerly defensive team must not substitute out of the game until they have made the quaffle live.

**D.** The quaffle carrier must at least advance the quaffle at a normal walking pace until they have crossed the midfield line.

    **i.** If the quaffle carrier is taking a non-direct path, their forward progress must equal or exceed the forward progress of a normal walking pace on a path perpendicular to the midfield line.

    **ii.** If the quaffle carrier is blocked by a defender, they may temporarily delay their forward progress but must clearly attempt to find a way to bypass the defender.

        **a.** The quaffle carrier is considered blocked by a defender if that defender is between the quaffle carrier and any part of the defender's endline and that defender is:

            **1.** An opposing chaser within approximately 2 meters of the quaffle carrier.

            **2.** An opposing beater in possession of a bludger within approximately 4 meters of the quaffle carrier.

**E.** Stalling:

    **i.** On each drive, the chasers on the offensive team must act with the overall primary intent to score. Players in possession of the quaffle may not act with the overall primary intent to waste time for any reason.

**F.** The head referee may issue a warning when the referee determines that the team is beginning to delay the game.

    **i.** Teams must respond immediately to this warning to avoid a penalty for delay of game. Multiple warnings may be given for delay of game during a single game, as the referee determines to be appropriate.

    **ii.** Warnings do not need to be issued before calling delay of game.

**Penalty:** blue card and quaffle turnover—delay of game

## 7.4.2. Resetting the quaffle

Teams are partially restricted from carrying or propelling the quaffle backward toward their own hoops. The following rules apply:

**A.** Each team has two restrictor lines during their drives, each of which extend completely across the width of the pitch at:

    **i.** The team's own keeper zone line.

    **ii.** The midfield line.

**B.** The quaffle is considered to have crossed a restrictor line when it moves from being completely on one side of that line, to being completely on the other side of that line.

    **i.** A player in possession of the quaffle is treated as an extension of the quaffle for purposes of crossing a restrictor line.

    **ii.** The quaffle does not have to touch the ground on either side of the line in order to have crossed it.

**C.** If an offensive player carries or propels the quaffle backward across one of their restrictor lines, it shall be ruled a reset, with the following exceptions:

    **i.** A defensive player deflects the quaffle, during or after the propulsion and before the quaffle travels backward across a restrictor line.

        **a.** This includes if the deflection is done with a bludger.

    **ii.** A defender strips the quaffle causing it to travel across a restrictor line.

        **a.** Once the quaffle becomes loose, the offensive team must act to carry or propel the quaffle forward across that restrictor line as soon as reasonably possible or it shall be considered a reset.

    **iii.** The player who initiates a drive carries or propels the quaffle backward across one or both restrictor lines immediately upon the beginning of the drive.

        **a.** This action is still subject to all other rules, including delay of game and stalling.

        **b.** If the player started the drive while engaged in physical contact with an opponent, they may carry or propel the quaffle backward across the restrictor lines during or immediately after that contact without it counting as a reset, provided they did not significantly advance the quaffle during that contact.

**D.** If a single resetting action causes the quaffle to cross backward across both restrictor lines, it shall be considered a single reset.

    **i.** This action is still subject to all other rules, including delay of game and stalling.

**E.** Upon the first legal reset of each drive, the head referee shall loudly declare "reset used" and signal the same by swinging one arm out, palm down, toward the offensive teams' hoops.

**F.** There are two types of illegal resets:

    **i.** It is illegal to reset the quaffle more than once on a single drive.

    **ii.** It is illegal to reset the quaffle by propelling it backward across a restrictor line without either attempting a pass to an eligible receiver or attempting to score a goal through their opponents' hoops.

        **a.** A receiver's eligibility is determined at the arrival of the quaffle, not the time of the pass.

**b.** This restriction does not apply to loose balls, unless a player intentionally made the quaffle loose in order for their team to attempt a reset.

**G.** If an illegal reset is called, play must be stopped.

**a.** If the opposing team would clearly recover the quaffle without the turnover call, the referee may allow play to continue under a "no harm no foul" call.

**Penalty:** quaffle turnover—illegal reset

## 7.5. BOUNDARIES

### 7.5.1. Out of bounds.

**A.** The area within the boundary lines is inbounds.

**B.** The boundary lines, and any area beyond them, are out of bounds.

### 7.5.2. Boundaries and balls

**A.** A possessed ball becomes out of bounds only when the player possessing it becomes out.

**B.** An unpossessed ball becomes out of bounds when one of the following occur:
**i.** The ball touches anything that is out of bounds, other than a player in play.
**ii.** The quaffle is in contact with a player who is out of bounds.

**C.** A live bludger becomes dead immediately upon becoming out of bounds.

**D.** Play is not stopped for a bludger going out of bounds.

**E.** When a live quaffle goes out of bounds, the referee shall declare "boundary" and indicate the inbounding player.
**i.** If a player on the opposing team possesses the quaffle, they must drop it.
**ii.** All chasers on the non-inbounding team must return or remain inbounds and cease interfering with the inbounding player.
**iii.** Play is stopped if the non-inbounding team fails to follow the above requirements, or if the head referee judges that retrieval of the quaffle may unnecessarily delay the game.

**F.** When a dead quaffle goes out of bounds after a score, it is returned to the formerly defending keeper, and does not need to be inbounded.
**i.** Play is not stopped for a dead quaffle going out of bounds unless the head referee judges that retrieval of the quaffle may unnecessarily delay the game.

**G.** It is illegal to propel a ball with the intent of sending any ball out of bounds.

**H.** A ball that is out of bounds cannot be used to knockout an opponent or score a goal until it has been properly inbounded.

**Penalty:** blue card—propelling a ball with the intent of sending any ball out of bounds

**Penalty:** yellow card—intentionally or blatantly ignoring a "boundary" call

### 7.5.3. Players out of bounds

A. Players are considered out of bounds upon touching the ground out of bounds.

 i. A player remains out of bounds until the player re-establishes themselves inbounds by touching the ground only inbounds.

 ii. If a ball possessed by a player touches the ground out of bounds, that player is also out of bounds.

B. Players may not go out of bounds unless specifically allowed or required by rule.

 i. A player who accidentally steps out of bounds for a short time shall not be penalized.

 a. This does not negate any out of bounds turnovers.

 ii. A player who legally goes out of bounds must directly and immediately return inbounds once the reason for legally going out of bounds no longer applies.

C. Players may attempt to force opponents out of bounds through otherwise legal contact.

 i. Once the opposing player is out of bounds, the forcing player must discontinue contact as soon as they can safely do so.

 ii. There is no penalty for being forced out of bounds by an opponent.

  a. This does not negate any out of bounds turnovers.

  b. The player must directly and immediately act to return inbounds.

 iii. If the ball carrier is forced out by a player who is knocked out, they are not considered out of bounds.

  a. To avoid being called out, the ball carrier must act to return inbounds immediately.

D. Players may go out of bounds while attempting to force a ball carrier out of bounds.

E. Players may go out of bounds in the process of attempting to prevent a ball from becoming out of bounds.

**Penalty:** back to hoops—intentionally or egregiously illegally going or remaining out of bounds

### 7.5.4. Inbounding procedure

A. The inbounding player takes possession of the out of bounds ball and moves to the inbounding point.

 i. The inbounding point for the quaffle is the approximate location where the quaffle crossed the boundary line.

 ii. The inbounding point for a bludger is approximately at the closest point on the boundary line to the inbounding beater when they take possession of the out of bounds bludger.

**iii.** The inbounding player is immune from being knocked out by live bludgers while out of bounds to inbound a ball.

**B.** If play was stopped, the head referee shall restart play.

**C.** An official shall count down five seconds.

**D.** The inbounding player must inbound the ball by either carrying the ball back inbounds or throwing the ball inbounds before the official starts saying "zero."

    **i.** If the ball is thrown, it is considered inbounds once it completely crosses the sideline or endline.

    **ii.** If the ball is carried inbounds, it is considered inbounds once the player re-establishes themselves inbounds.

    **iii.** No player on the opposing team may physically prevent the inbounding player from fully re-entering the pitch at the inbounding point.

**E.** The inbounding player may only move in a primarily perpendicular direction to the boundary line.

    **i.** This does not prevent a player from stepping into their throw.

**F.** A bludger inbounded by a throw is dead.

**G.** A quaffle inbounded by a throw is unscorable *(See: 5.6.3. Unscorable quaffle)*.

**H.** If there is an inbounding procedure violation, the player receiving the resulting turnover does not need to inbound the ball.

**Penalty:** back to hoops and turnover—inbounding procedure violation

**Penalty:** back to hoops—illegally physically preventing the inbounding player from re-entering the pitch

## 7.5.5. Determining the inbounding player

**A.** An inbounding player must be eligible.

    **i.** An eligible player is a player who meets all of the following conditions.

        **a.** The player is not knocked out.

        **b.** The player is legally allowed to possess the ball.

        **c.** The player is not in possession of another ball.

        **d.** The player is not already the inbounding player for another currently out of bounds ball.

**B.** When a loose bludger goes out of bounds, the inbounding player is the nearest eligible player to the ball at the time that the bludger became out of bounds.

    **i.** If the inbounding player becomes ineligible for any reason before gaining possession of the out of bounds bludger or declines to pursue the out of bounds bludger, the next nearest eligible beater shall be designated as the inbounding player.

    **ii.** If there are no eligible beaters near the inbounding point and no beater on

either team is attempting to pursue the out of bounds bludger, the nearest official shall retrieve the bludger and place it approximately 2 meters inside the inbounding point.

    **a.** This ball no longer needs to be inbounded.

**C.** When the quaffle goes out of bounds the inbounding player is the nearest eligible chaser to the inbounding point who is on the team that did not last touch the quaffle.

    **i.** When the quaffle becomes out due being in contact with an out of bounds player, that player shall be deemed to have touched the quaffle last.

    **ii.** The inbounding chaser is immune from being knocked out by live bludgers from the time they are designated as the inbounding player until they return to the pitch after the quaffle is inbounded.

**D.** When a ball goes out of bounds while in the possession of a player, the inbounding player is the nearest eligible player on the opposing team.

# 7.

© Ajantha Abey Quidditch Photography





# THE
# SNITCH
# RUNNER

## 8.1. ROLE OF THE SNITCH RUNNER

### 8.1.1. Role of the snitch runner

The role of the snitch runner is to prevent the snitch ball from being caught by either team's seeker for as long as possible while also serving as a fair and impartial official.

### 8.1.2. The snitch runner's uniform

**A.** The snitch runner must wear shorts or pants with the snitch ball affixed.

  **i.** The snitch shorts and ball must meet all the requirements in section 2.3.3. The snitch.

**B.** The snitch runner must wear a shirt or jersey and be easily identifiable as distinct from either team.

**C.** The snitch runner is strongly encouraged to wear shorts or pants that are all yellow or gold.

## 8.2. SNITCH RUNNER REQUIREMENTS

### 8.2.1. Snitch runner code of conduct

A snitch runner must not:

**A.** Make contact with a seeker's head, neck, or groin.

  **i.** Minor incidental contact with the head is ignored.

**B.** Make contact with a seeker's legs at or below the knee unless contact with the seeker has already been established in another manner.

**C.** Interact with any players other than the seekers.

**D.** Play recklessly or dangerously.

**E.** Intentionally injure anyone.

**F.** Play with a bias toward one team.

**G.** Cooperate with a seeker who is defending them for more than a few seconds.

  **i.** A seeker is defending the snitch runner when they are putting more effort into interfering with the opposing seeker than they are putting into attempting to catch the snitch.

  **ii.** The snitch runner must move out of the area being defended by that seeker, attempt to steal that seeker's broom, or otherwise significantly interfere with that seeker's attempt to defend them within approximately three seconds of recognizing they are being defended.

  **iii.** If a snitch runner is in doubt as to whether a seeker is attempting to defend them, they should assume that they are being defended.

**H.** Remain on one team's side of the pitch for an extended period of time.

**I.** Remain within 2 meters of the pitch boundary for an extended period of time.

**J.** Intentionally leave the pitch.

**K.** Intentionally attempt to become down in any manner unless injured, unable to play, avoiding a dangerous situation, adjusting equipment, or asked to do so by a referee (See: *8.4.1. Down snitch runner*).

**L.** Intentionally touch any ball, including holding or shielding the snitch ball itself.

**M.** Intentionally pull a seeker's headband, clothing, or equipment other than the broom.

**N.** Throw a stolen broom a significant distance away in any direction.

    **i.** The snitch runner shall immediately either drop the stolen broom, toss it gently a short distance away (preferably in the direction of the seeker's hoops), or hand it directly back to the player.

**O.** Intentionally make an incorrect call or lie about a call to deceive players.

**P.** Disobey a directive from the head referee.

**Q.** Bring any props into the player area.

## 8.2.2. Breach of standards by the snitch runner

**A.** The head referee may remove any snitch runner due to injury, breach of the standards listed in 8.2.1. Snitch runner code of conduct, or for being overly aggressive or irresponsible.

**B.** A referee must warn the snitch runner of violations or breaches of the standards listed in 8.2.1. Snitch runner code of conduct.

    **i.** Major violations may warrant removal of the snitch runner without a previous warning.

**C.** If the snitch runner commits a major violation against one seeker, play should be stopped immediately and any snitch catch by the opposing team before play is stopped must be called no good.

## 8.2.3. Snitch runners during stoppages

The snitch runner may move around during stoppages, however:

**A.** The snitch runner must return to roughly where they were when play was stopped before play is restarted.

**B.** The snitch runner must not delay the restart of play.

## 8.3. THE SNITCH RUNNER'S TIMING

## 8.3.1. The snitch runner's release

The snitch runner must be released onto the pitch from the scorekeeper's table between the 17- and 18-minute marks of game time.

### 8.3.2. Remaining on the pitch

Once the snitch runner has been released onto the pitch, the snitch runner may not intentionally leave the pitch until they are caught.

### 8.3.3. Snitch handicaps

**A.** The following handicaps on the snitch runner are cumulative and must be implemented at their assigned times as measured in game time.

    **i.** Upon the release of the seekers, the snitch runner is required to remain between the keeper zone lines.

    **ii.** Twenty-three minutes into the game, the snitch runner is required to remain within roughly 1.5 meters of the midfield line.

    **iii.** Twenty-eight minutes into the game, the snitch runner is required to use only one arm.

    **iv.** Thirty-three minutes into the game, the snitch runner is required to remain within roughly 1.5 meters of the intersection of the midfield and quaffle runner starting lines (See: *2.1.5. Quaffle runner starting line*).

**B.** Snitch runners may choose to further handicap themselves during a game, however event staff and game officials must neither order nor request that they do so.

**C.** No snitch catch shall be invalidated due to a snitch runner not being in compliance with the handicaps, unless in doing so the snitch runner commits a major breach of standards against the non-catching team.

**D.** Repeated violations of the handicaps is grounds for the replacement of the snitch runner.

## 8.4. RULED AS DOWN

### 8.4.1. Down snitch runner

**A.** A snitch runner is considered down when:

    **i.** Any part of the snitch runner's body, other than their hands or feet, touches the ground.

        **a.** The snitch sock itself touching the ground does not cause the snitch runner to be considered down.

    **ii.** Any part of the snitch runner contacts the ground on or outside the boundary of the pitch.

    **iii.** The snitch runner's clothing needs to be adjusted, as described in 8.4.2. Adjusting the snitch runner's clothing.

    **iv.** Play is restarted after any stoppage.

**B.** When the snitch runner is down, the snitch is uncatchable, regardless of whether the snitch runner went down intentionally or unintentionally.

    **i.** The snitch runner is considered down until the completion of their three second head start (See: *8.4.3. Resetting a down snitch runner*).

### 8.4.2. Adjusting the snitch runner's clothing

**A.** The snitch runner's clothing needs to be adjusted if the snitch runner's shorts are notably low or off center, the snitch runner's other clothing obscures the snitch, or the snitch runner's clothing impedes the snitch runner.

**B.** If the snitch runner's clothing needs to be adjusted, the snitch runner is considered down and the snitch is uncatchable from the moment the clothing is askew, at the discretion of the referee.

   **i.** If the clothing is made askew because a seeker had grabbed the snitch sock and it did not release from the shorts, the snitch runner shall not be considered down until the seeker lets go of the snitch sock so long as the seeker did not also grab other parts of the snitch runner's clothing.

   **a.** This does not prevent or delay the snitch runner from being ruled as down for reasons other than the clothing needing to be adjusted.

### 8.4.3. Resetting a down snitch runner

Once a snitch runner has been ruled down, the seekers must:

**A.** Cease directly pursuing the snitch.

**B.** Release all parts of the snitch runner's body, clothing, and the snitch.

**C.** Allow the snitch runner to rise to their feet.

**D.** Allow the snitch runner to adjust all clothing and equipment as necessary.

**E.** Allow an additional three-second head start as counted off by the snitch referee before directly pursuing the snitch again.

**Penalty:** back to hoops—illegally pursuing the snitch.



© Giovanni Franchi





# PENALTIES

## 9.1. DISCIPLINARY SANCTIONS

### 9.1.1. No harm no foul

In the case of a minor offense that has not given either team an advantage, a referee may decide to verbally warn players about a potential infraction rather than calling a foul.

### 9.1.2. Repeat procedure

If a player commits a foul that results in a repeat procedure penalty, the player must repeat the violated procedure from the point of the procedure that was violated.

    **A.** The player does not need to return to the location of the violation unless it is necessary to complete the procedure correctly.

    **B.** The player is ineligible to otherwise interact with play until the procedure is correctly completed.

### 9.1.3. Back to hoops

If a player commits a foul that results in a back to hoops penalty:

    **A.** Play should generally not be stopped.

    **B.** A referee informs the player of the infringement and tells them "back to hoops."

    **C.** The player must dismount and follow the knockout procedure.

    **D.** If any ball is propelled by a player while or immediately after commiting a foul for which they are sent back to hoops, that ball must be turned over to the opposing team under the turnover procedure.

**Penalty:** yellow card—disregarding an official's directive.

### 9.1.4. Turnover

Turnovers result in possession of a specific ball being given to the opposing team. If a player commits a foul that results in a turnover:

    **A.** The referee may choose to stop play or complete the turnover while play continues unless required to stop play by rule.

        **i.** If multiple balls are to be turned over simultaneously, the referee should generally stop play in order to complete the turnover.

    **B.** If play is not stopped to complete the turnover:

        **i.** The referee calls for the turnover.

        **ii.** If a player on the fouling team has the ball, they must drop it.

        **iii.** If the ball is loose any eligible player for the receiving team may retrieve it.

        **iv.** The referee may pass the ball to the nearest eligible player.

        **v.** The fouling team may not touch the ball until the receiving team gains possession of it or declines the turnover.

        **vi.** The fouling team may not delay the receiving team from getting the ball.

**vii.** The receiving team must immediately move to possess the ball or decline the turnover.

  **a.** Failure to do either after being clearly informed of the turnover shall be treated as declining the turnover.

**C.** If play is stopped to complete the turnover:

  **i.** The referee stops play.

  **ii.** The referee gives the ball to the closest eligible player to the location of the ball.

   **a.** If the ball was thrown during or after the foul, the ball is turned over to the closest eligible player to the spot of the throw.

**D.** If there is no eligible player to receive the ball, the ball is placed at or thrown to the center hoop of the receiving team.

  **i.** If there are no eligible players to receive a bludger because all the receiving team's beaters already have bludgers, the ball is dropped or left in place instead of being turned over.

**E.** A quaffle to be turned over is unable to result in a goal against the receiving team until the procedure is complete.

**F.** Once a turnover is called for a bludger, that bludger is unable to knock a player out until the turnover procedure is complete.

**G.** If both teams have committed fouls that would turn over the same ball, possession of that ball is determined by:

  **i.** The procedure for the foul receiving the most severe penalty card, if any.

  **ii.** If multiple fouls tie for the most severe penalty card, among the tied fouls, the procedure for the foul committed last.

**Penalty:** back to hoops—delaying the completion of the turnover procedure.

**Penalty:** yellow card—willfully ignoring a turnover call.

## 9.1.5. Penalty cards

If a foul results in a penalty card:

**A.** Play is stopped.

**B.** The referee signals that there was a penalty by showing the appropriate card(s) and communicating the nature of the foul.

**C.** The player who committed the foul is sent to the penalty box.

  **i.** The fouling team must play down a player at the position of the fouling player for the duration of the penalty time.

   **a.** The player serving the penalty time may not be substituted while in the penalty box unless they are injured or ejected.

  **ii.** A player who receives a red card is ejected and their substitute is sent to the penalty box.

   **a.** All requirements and procedures for ejected players must be followed (See: *9.1.6. Ejection*).

**D.** Penalty cards result in the following turnovers:

    **i.** Any ball that the fouling player possessed or acted on from the time of the foul until play was stopped must be turned over to the opposing team. This includes any balls that the fouled team was prevented from possessing by the foul.

    **ii.** If a delayed penalty results in a card and the fouled team lost the quaffle between the time of the foul and the stoppage of play, the quaffle is turned over to the fouled team.

    **iii.** For yellow and red cards, if the fouling team is in possession of the quaffle or if the quaffle is loose, the quaffle is turned over to the opposing team.

**E.** If a player receives a second yellow card in the same game, the player must be ejected after being shown the yellow card. Their replacement must serve their penalty.

**F.** Play is resumed.

## 9.1.6. Ejection

If a penalty results in an ejection:

**A.** The ejected player must leave the player area and may not return for the remainder of the game.

**B.** If the player refuses to leave the player area:

    **i.** The player's team must assist in escorting the player away from the player area.

    **ii.** If the player persists in refusing to leave or becomes dangerous, the head referee may end the game resulting in a forfeit for the fouling player's team.

**C.** The referee may require the player to leave the vicinity of the pitch.

**D.** Ejected players must not re-enter the player area or communicate with anyone inside the player area.

    **i.** This rule does not prohibit the ejected player from cheering for their team.

**E.** If the ejected player was in play, the team must substitute a player in for the fouling player.

**F.** If the ejected player had any penalty time assessed that had not been fully served, their substitute must serve the remainder of the penalty time.

    **i.** If the ejected player was not in play, then the speaking captain must designate a player on the pitch to go to the penalty box and serve that time.

**Penalty:** speaking captain blue card—illegally communicating with people in the player area as an ejected player.

**Penalty:** forfeit—persistently refusing to leave the player area after being ejected.

**Penalty:** forfeit—endangering others after being ejected.

### 9.1.7. Forfeit

If a foul results in a forfeit penalty, the fouling team forfeits the game (See: *3.6.1. Declaring a forfeit*).

**A.** If both teams receive forfeit penalties on the same play or incident, a double forfeit shall be declared.

### 9.1.8. Standard contact penalties

When a penalty for a foul is listed as the standard contact penalty, the following set of penalties shall apply to that foul:

**A.** The default penalty for the foul is a yellow card.

**B.** Minor fouls that do not affect overall gameplay and were, if applicable, immediately adjusted may receive a back to hoops penalty in place of the yellow card.

**C.** Violent or egregious fouls must receive a red card instead of the yellow card.

### 9.1.9. Speaking captain penalty cards

When a penalty for a foul is listed as a speaking captain card, the listed penalty card is given to the team's speaking captain rather than the individual directly committing or causing the foul.

## 9.2. GENERAL FOUL PROCEDURES

### 9.2.1. Violations caused by opponents' fouls

**A.** Any player who violates a rule as a direct result of the illegal actions of an opponent must correct the violation as soon as possible in order to avoid penalty.

### 9.2.2. Plays after a foul

Any goal, knockout, or snitch catch performed by a player while or immediately after committing a foul does not count.

**A.** If either advantage or a delayed penalty are called, the fouling player may knock out opponents during the delay as normal so long as the attempts were not made while or immediately after committing the foul.

### 9.2.3. Bench fouls

In certain limited cases, when substitutes or team staffers commit fouls, the penalty may be assessed to the speaking captain as a speaking captain penalty.

**A.** If a single identifiable substitute or team staffer commits a foul, only the fouling individual shall be assessed the penalty.

**B.** If a single substitute or team staffer commits a foul but the individual cannot be identified, the penalty shall be assessed to the speaking captain instead.

**C.** If multiple substitutes or team staffers jointly commit the same or directly related

offenses, only the speaking captain shall receive a penalty card, if applicable, for the foul committed.

    **i.** The speaking captain shall only receive a single penalty card for the offense.

    **ii.** If the penalty for the offense is a straight red card or ejection, all substitutes and team staffers who are identified as having committed the red card or ejection offense themselves, shall be ejected from the game.

**D.** If multiple unconnected offenses are committed by substitutes or team staffers, they shall be treated as separate incidents for the purposes of applying this rule.

    **i.** If this would result in multiple penalty cards being given to the speaking captain, including multiple red cards, on a single stoppage, then the speaking captain or their replacement shall serve only the single most severe of the cards. A separate player must be pulled off of the pitch to serve the time for each of the remaining cards.

        **a.** The players pulled off the pitch do not get credited with the cards.

        **b.** If the speaking captain is given two yellow cards in this manner, they shall still be ejected.

## 9.3. TIMING OF THE FOUL

### 9.3.1. Simultaneous penalty

If a player commits multiple fouls, the player shall be assessed the appropriate penalty for each offense except as follows:

**A.** If a player commits multiple penalty card offenses simultaneously, the referee only adjudicates the single most severe penalty of those fouls.

**B.** If a player commits multiple directly related penalty card offenses in quick succession, the referee only adjudicates the most severe penalty of those fouls.

### 9.3.2. Fouls before a goal

**A.** If the fouled team scores a good goal between the time of the foul and the adjudication of the penalty for that foul, the penalty shall not result in a turnover of the quaffle.

### 9.3.3. Fouls after a goal

**A.** If a player on the formerly defending team receives a penalty for a foul committed while the quaffle is dead:

    **i.** If the foul was committed as part of a play to defend against the goal, the penalty shall not result in a turnover of the quaffle.

    **ii.** If the foul was not committed as part of a play to defend against the goal, the penalty is assessed in full including any prescribed turnovers.

    **iii.** The goal does not negate any penalty time for the foul.

### 9.3.4. Fouls prior to the game

If a player receives a penalty card before the game begins:

**A.** The offending team begins the game with the offending player (or the player's replacement in the case of a red card) in the penalty box and one fewer player on the starting lines.

**B.** The player's penalty time officially begins at the call of "brooms up."

### 9.3.5. Seeker penalties during the seeker floor

If a seeker receives a penalty card during the seeker floor:

**A.** The offending seeker is sent to the penalty box.

**B.** The seeker's penalty time officially begins at the expiration of the seeker floor.

**C.** Goals cannot release the seeker prior to their penalty time beginning.

### 9.3.6. Fouls after the end of the game

If a player is assessed a foul after the game ends, the penalty must be noted normally on the scorecard for the game.

## 9.4. THE PENALTY BOX

### 9.4.1. Time of penalty

**A.** Penalty cards result in one- or two-minute penalties for the penalized person.

   **i.** When all of a player's penalties have expired they are released from the penalty box.

   **ii.** If a player is serving time for multiple penalties, the penalties are served consecutively in the order they are assessed.

   **iii.** A two-minute penalty expires when a player spends two minutes of game time in the penalty box.

   **iv.** A one-minute penalty expires when the player either spends one minute of game time in the penalty box or the opposing team scores by any method.

      **a.** A single score causes a single one-minute penalty of the player with the fewest remaining one-minute penalties to expire.

      **b.** If two players have the same number of one-minute penalties which have not expired, the one-minute penalty with the least amount of time remaining expires.

      **c.** If two players have the same number of unspent penalties and the same amount of penalty time remaining, the head referee shall use their discretion to choose which one-minute penalty expires.

   **v.** If the fouled team scores between the time of the foul resulting in a one-minute penalty and when play is stopped, and no other one-minute penalty would expire due to that score, the one-minute penalty immediately expires.

      **a.** If multiple one-minute penalties are assessed, only one shall expire in this manner.



**b.** If the penalized player has their only one-minute penalty spent by the goal, they do not go to the penalty box.

**vi.** If the player leaves the penalty box early for any reason, time spent outside the penalty box is not counted towards the penalty.

**a.** If a score would cause the player's penalty to expire while the player is improperly outside of the penalty box, the penalty does not expire until the player returns to the penalty box.

**B.** A red card results in a two-minute penalty to be served by the penalized player's replacement.

**C.** Blue and yellow cards result in a one-minute penalty being assessed to the fouling player.

**D.** If a person serving time in the penalty box for their own penalty receives a blue or yellow penalty card, they must serve an additional one-minute penalty.

**E.** If a person serving time in the penalty box for a teammate's penalty receives a penalty card:

**i.** Another substitute must serve the remainder of the original penalty.

**ii.** The offending player's penalty shall then be treated as a foul by a substitute (See: *9.2.3. Bench fouls*).

## 9.4.2. Proceeding to the penalty box

Play is stopped while the penalized player, team staffer, or appropriate substitute is sent to the penalty box.

**A.** Any substitution or position change made by the fouling player after the foul and before receiving the penalty card must be undone, and the fouling player must serve their penalty time at the position at which they committed the initial foul.

**i.** If the foul is illegal substitution, the entering player receives the penalty card and time.

**B.** If the keeper is sent to the penalty box, they must switch headbands with another chaser on their team before going to the penalty box.

**i.** The keeper must not switch with a player who is serving time in the penalty box.

**ii.** If all of the team's other chasers are already serving time in the penalty box, the keeper must switch positions by switching headbands with a seeker or beater on their team instead.

**C.** If the speaking captain receives a speaking captain penalty card while they happen to be in play, they may switch game positions with another non-keeper on their team who is in play before proceeding to the penalty box.

**i.** If the speaking captain was in play as the keeper, they must switch headbands with another player.

**ii.** They must not switch with a player who is already serving time in the penalty box.

**iii.** If the speaking captain is already serving time in the penalty box for their own penalty when they receive the speaking captain penalty card, they shall not be allowed to change positions with another player.

**D.** The person going to the penalty box must proceed immediately to the penalty box without delay and remain there until the penalty expires.

 **i.** If a player is given a blue or yellow card but is deemed to be too injured to serve their penalty by the head referee or the fouling player themselves, the speaking captain must choose an eligible substitute to serve the penalty.

  **a.** If a carded player is replaced in the penalty box due to an injury, that player may not re-enter play until their substitute is released from the penalty box.

**E.** Penalty time begins as soon as the head referee resumes play.

**F.** If the player's penalty time is negated by a score before they are shown the penalty card the player shall not be moved to the penalty box.

 **i.** If the player was legally mounted when play was stopped, then they shall remain mounted upon the restart unless they are assessed a back to hoops penalty for a separate foul.

**Penalty:** yellow card—failing to immediately proceed to the penalty box after being carded.

## 9.4.3. Penalty box considerations

**A.** Players serving penalty time are considered in play for the purposes of the gender maximum rule and positions.

**B.** If a player is serving time for another player's card, the carded player, not the player serving the time, is considered in play for the purposes of the gender maximum rule and positions for the duration of the penalty.

 **i.** This does not apply to cases where a player is serving time for a team staffer's penalty.

**C.** Players in the penalty box are subject to the same restrictions and penalties regarding interacting with play as substitutes.

 **i.** If a player leaves the penalty box due to reasonably but mistakenly believing their penalty time had expired, and they do not interact with play prior to returning to the penalty box, they shall not be penalized.

  **a.** Their penalty time will not run while they are outside of the box (See: *9.4.1.A.vi*).

**D.** Players serving time in the penalty box may not be mounted on a broom.

**E.** If a player illegally substitutes while serving time in the penalty box, the substitution must be undone, and a penalty for an illegal substitution in the penalty box must be assessed instead of the penalty for a regular illegal substitution.

**Penalty:** speaking captain yellow card—illegal substitution in the penalty box.

## 9.4.4. Tracking penalty time.

**A.** Penalty time begins when the referee blows the whistle to restart play.

**B.** As soon as a player's penalty time expires, the timekeeper must release the player from the penalty box.

 **i.** When a player is released from the penalty box they are dismounted and must follow the knockout procedure to re-enter play.

**ii.** Any player serving time in the penalty box may return to the pitch as soon as their penalty time expires.

## 9.4.5. Penalties to substitutes and team staffers

If a substitute or team staffer receives a penalty card, that team must play a player down. The following procedure applies:

**A.** The speaking captain must designate a player in play who is not already serving penalty time.

    **i.** If more than one substitute or team staffer is sent to the penalty box, a separate player in play must be designated for each.

    **ii.** The designated player must not be the keeper unless there is no other player whose designation would not result in a violation of the gender maximum rule.

**B.** If the substitute receiving the card is not ejected, they substitute into the game for the designated player.

    **i.** The fouling substitute proceeds to the penalty box.

    **ii.** The designated player returns to the bench and is eligible to substitute back into the game through the normal substitution procedure.

**C.** If the substitute receiving the card is ejected, the designated player must proceed to the penalty box to serve the penalty time.

**D.** If a team staffer receives a penalty card, the designated player proceeds to the penalty box and serves the penalty time.

    **i.** If the team staffer was not ejected, they must join the designated player in the penalty box.

        **a.** Once the team staffer's penalty time expires, the player is released and the team staffer shall return to the team bench.

## 9.4.6. All players in the penalty box

If all players in play for a team are simultaneously serving time in the penalty box, that team must forfeit the game.

**A.** If both teams reach this situation on the same play or incident, a double forfeit shall be declared.

**Penalty:** forfeit—having all players in play serving penalty time.

## 9.5. ADVANTAGE

## 9.5.1. Calling advantage

If the head referee determines that stopping play due to a foul would provide an advantage in the quaffle game to the fouling team, the referee may delay stopping play by calling advantage.

**A.** If advantage is called the following procedure applies:

    **i.** The referee throws a marker indicating the location of the quaffle at the time of the foul and raises one hand straight into the air.

**ii.** The referee may send the fouling player back to hoops at the start of the advantage if the situation warrants.

**iii.** Play continues until the fouling team would no longer benefit from play being stopped including but not limited to the following situations:

    **a.** The fouling team gains possession of the quaffle.

    **b.** A goal is scored for the fouled team.

    **c.** The fouled team is not actively moving to score.

    **d.** The fouled team commits a separate foul.

    **e.** There is a snitch catch by either team.

**B.** When advantage abates, the referee must stop play, and any penalties shall be adjudicated as normal.

    **i.** If no penalty is assessed against the team that was on defense during the advantage call, play shall be restarted as though advantage was not called.

## 9.5.2. Advantage restart procedure

Play is restarted as follows after an advantage call:

**A.** If a goal is scored for the non-fouling team, play restarts according to standard procedure for a goal (See: *4.2. Restarting after a goal*).

**B.** If the originally fouled team did not score before the advantage abated:

    **i.** The quaffle carrier at the time of the foul (or their substitute) is returned to the location of the advantage marker and is given the quaffle before play is resumed.

        **a.** If this player has been knocked out, they are returned to the location of the advantage marker as an eligible player.

        **b.** If this player committed a back to hoops foul during the advantage or has been sent to the penalty box, the eligible quaffle player from that team nearest to the location of the advantage marker shall move there and receive the quaffle instead.

        **c.** If the quaffle is turned over to the originally fouling team, no players shall be moved to the location of the advantage marker.

    **ii.** All other players remain where they were at the time of the stoppage and, if knocked out before the stoppage, continue to be knocked out.

    **iii.** Play is resumed by the head referee.

## 9.6. DELAYED PENALTIES

## 9.6.1. Delayed penalties

All blue, yellow, and red card penalties, as well as third bludger interference penalties, called by officials other than the head referee are considered delayed penalties.

**A.** If the head referee also sees and calls the foul themselves, then it is not treated as a delayed penalty.

**B.** If play is stopped under this procedure and no cards or third bludger interference

penalties are assessed as a result, it shall be treated as though it was not a delayed penalty.

## 9.6.2. Calling a delayed penalty

**A.** If an official other than the head referee sees a player or team staffer commit a foul, that official raises their hand and play continues as a delayed penalty.

**B.** The assistant referee may send the fouling player back to hoops during the delay if the situation warrants.

**C.** The referee visually and verbally signals to the head referee that a foul has occurred and which team committed the foul.

  **i.** If the head referee determines that it is appropriate to immediately stop play, the head referee may do so.

  **ii.** The head referee may allow play to continue as in an advantage situation until the advantage abates in any way, unless the foul continues or escalates.

    **a.** If the head referee continues play as in an advantage situation, they shall raise their own arm as well.

**D.** If another foul is committed by either team during a delayed penalty, the head referee should stop play and adjudicate both fouls immediately.

**E.** After all penalties are adjudicated, play is restarted.

## 9.7. ALTERNATE POST-PENALTY RESTART

### 9.7.1. Alternate restart positioning

After a penalty card or third bludger interference penalty is assessed, the chaser in possession of the quaffle on the restart shall have a choice of where they will be when play resumes.

**A.** The options available to that player are determined by where they would resume by default in the absence of this rule as follows:

  **i.** That player may choose to resume play where the default procedures would have them resume play, regardless of their location on the field.

  **ii.** If they would resume play outside of the opposing team's keeper zone, they may instead move back to any location on the nearest restrictor line in the direction of their own hoops.

  **iii.** If they would resume play in the opposing team's keeper zone, they may instead move to any location on the opposing team's endline and inbound the quaffle from that point when play resumes.

**B.** The chaser must make their decision and, if applicable, move to the selected location immediately.

  **i.** If the chaser delays in making their choice, the referee shall direct them to resume play where the default procedures would have them resume play.

**9**

**c.** This choice shall not be available to the chaser if any of the following are true:

    **i.** A good goal is scored during the delay between the foul and the stoppage.

    **ii.** The chaser is in their own keeper zone.

    **iii.** All penalty cards and third bludger interference penalties assessed during the stoppage were assessed to the chaser's own team.

© Ajantha Abey Quidditch Photography





# 10.

# GAME
# OFFICIALS

## 10.1. THE OFFICIALS

### 10.1.1. The head referee

**A.** Event officials must appoint a head referee for each game.

**B.** The head referee has the authority to enforce the rules and take disciplinary action from the moment they enter the player area until they leave the player area after the final whistle.

**C.** The head referee may stop play at any time to enforce rules or otherwise facilitate safe and fair gameplay.

**D.** The head referee is the only official who may directly issue penalty cards.

    **i.** Other officials may advise the head referee to issue penalty cards.

**E.** The head referee may replace any official with an appropriate replacement if the official is injured or, in the opinion of the head referee, needs to be dismissed.

**F.** All other officials must defer to the authority of the head referee.

### 10.1.2. Appointing additional officials

The head referee or event officials must appoint at least two assistant referees, a snitch referee, a scorekeeper, and a snitch runner and may appoint other officials (up to two additional assistant referees, a timekeeper, and two goal judges) for each game.

**A.** The snitch referee may act as an assistant referee while the snitch runner is not in play if there are less than four other assistant referees appointed for the game.

    **i.** If the snitch referee is not serving as an assistant referee when the snitch runner is out of play:

        **a.** They shall assist with watching brooms up, and then immediately leave the player area.

        **b.** If the game would continue after the snitch is caught, they shall leave the player area after the catch has been confirmed.

**B.** The snitch referee must be appointed in addition to the two required assistant referees.

### 10.1.3. Officiating with a minimum crew

It is highly recommended that two goal judges and a timekeeper are appointed for each game.

**A.** If a separate timekeeper is not appointed, the scorekeeper assumes the responsibilities of the timekeeper.

**B.** If goal judges are not appointed, the head referee assumes the responsibilities of the goal judges.

### 10.1.4. Assistant referees

**A.** The primary focuses of the assistant referees, subject to the discretion of the head referee, are:

    **i.** Calling whether players are subject to the knockout effect.

    **ii.** Watching plays away from the quaffle.

    **iii.** Watching for balls and players going out of bounds.

## 10.1.5. Snitch referee

**A.** The primary focuses of the snitch referee, subject to the discretion of the head referee are:

    **i.** Watching for false starts on "Brooms up."

    **ii.** Watching plays around the snitch runner including knockouts and potential catches.

    **iii.** Ruling whether the snitch runner is down and counting the three second head start.

    **iv.** Enforcing snitch handicaps.

    **v.** Informing the snitch runner when they believe that a seeker is defending the snitch runner and they believe that the snitch runner may not have noticed.

**B.** The snitch referee must not provide any additional advice or warnings to the snitch runner during the game to help them avoid being caught, including but not limited to the locations, substitutions, and tactics of the seekers.

**C.** The snitch referee may stop play only in the following instances:

    **i.** They believe that a snitch catch may have been successful.

    **ii.** The snitch runner is injured or needs to be replaced.

    **iii.** The snitch ball or snitch shorts become defective and need to be replaced.

    **iv.** They believe a false start has occurred on "Brooms Up."

## 10.1.6. Goal judges

**A.** The primary focuses of the goal judges, subject to the discretion of the head referee, are:

    **i.** Watching shots taken toward the goals.

    **ii.** Ruling whether the quaffle is out of bounds on their endline.

## 10.1.7. Scorekeeper

**A.** The primary focuses of the scorekeeper are:

    **i.** Keeping track of the game's score.

    **ii.** Updating the game's scoreboard.

    **iii.** Recording the player number and reason for all penalty cards.

    **iv.** Announcing the score at regular intervals and upon request.

    **v.** Announcing and displaying the target score in a similar manner as the game score during overtime.

### 10.1.8. Timekeeper

**A.** The primary focuses of the timekeeper are:

  **i.** Keeping track of game time.

  **ii.** Keeping track of penalty time and releasing players from the penalty box after their penalty time is served.

  **iii.** Clearly announce the 17 minute mark of gametime *(See: 3.3.4. Timeouts)*.

  **iv.** Acknowledging the seekers and snitch runner when they report to the scorekeeper's table and releasing them onto the pitch at the appropriate time.

  **v.** Watching for seeker false starts.

**B.** The game clock does not need to be displayed in a way that is visible to the players on the pitch. However, if the game clock is displayed it must:

  **i.** Be directly and solely controlled by the timekeeper.

    **a.** If there are multiple displays on the field, the displays must be controlled by a single set of controls such that the displays cannot fail to match.

  **ii.** Be clearly and fairly visible to both teams.

  **iii.** Be the official clock.

    **a.** No displayed game clock may ever be unofficial.

    **b.** If a displayed game clock malfunctions or otherwise ceases to be the official clock, it must be turned off until it is corrected and becomes the official clock again.

### 10.1.9. The snitch runner

**A.** The snitch runner is an official and may advise the other officials on any call.

**B.** The snitch runner may only make direct calls on the following:

  **i.** Knockouts, including dismounts, around the snitch runner.

  **ii.** Illegal contact committed against the snitch runner.

  **iii.** Down calls when their clothing is askew and needs to be adjusted.

**C.** If the snitch runner and another official disagree on a direct call, the snitch runner must defer to the other official while play is live.

## 10.2. OFFICIALS' CALLS

### 10.2.1. Referee's discretion

In cases where intent or severity are relevant to a call, the referee retains full discretion in judging that severity or intent.

### 10.2.2. Basis of calls

Calls made by any official must be made only based on their observations and those of the other officials appointed for the game.

### 10.2.3. Adjusting calls during a stoppage

The head referee may freely change calls made during a stoppage before resuming play.

> **A.** Once the head referee blows the three whistles indicating the end of the game, goal and snitch catch calls for the game become final and must not be adjusted.

### 10.2.4. Adjusting a goal call

The head referee may adjust a goal or no-goal call at any time prior to the formerly defending team having possession of the quaffle outside of the keeper zone and a subsequent significant interaction or play by the player with possession of the quaffle.

## 10.3. PLAYERS AND OFFICIALS

### 10.3.1. Interactions with officials

> **A.** Players and team staff must abide by the decisions and directives of the head referee and all other officials.

> **B.** Players and team staff must not show disrespect to any official including persistently questioning the decisions of the officials.

**Penalty:** blue or yellow card—disrespecting an official.

**Penalty:** yellow card—disregarding an official's directive.

### 10.3.2. Using referee commands

Players and team staff may not use verbal or visual referee signals or commands.

**Penalty:** blue card—illegally using verbal or visual referee signals or commands.



© Ajantha Abey Quidditch Photography





# APPENDIX A: DEFINITIONS

**Bat -** To propel a ball by hitting it with another ball that is still in one's possession at the time of the hit.

**Beaters -** Two players on each team who throw, kick, or in any way propel the bludgers to disrupt the flow of the game by "knocking out" other players.

**Bludger -** One of three 22 centimeters diameter inflated rubber balls that may only be used by the beaters and are used to temporarily knock opponents out (See: *2.3.2. Bludgers*).

**Chasers -** Four players on each team who attempt to send the quaffle through the opposing team's hoops and attempt to stop the other team from doing so.

**Dead bludger -** A bludger that cannot inflict the knockout effect due to not being live (See: *5.2.2. Live bludger*).

**Dead quaffle -** A quaffle during the time between when a good goal is scored and when quaffle play is restarted. A dead quaffle cannot be used to score. (See: *4.2.1. Dead quaffle*).

**Default procedures -** The procedures that would be followed in the absence of the three-digit rule in which the term is used.

**Egregious -** Shockingly bad

**Free bludger -** A bludger that is not in the possession of a beater on either team.

**Formerly offensive team -** The team for whom a goal was just scored.

**Formerly defensive team -** The team against whom a goal was just scored.

**Game -** A singular competition between two teams for the purpose of declaring a winner.

**Game time -** The official time of any given game, measured from the "B" sound of "Brooms up!" until the end of the game but paused for stoppages in play.

**Gender maximum rule -** The rule that allows each team to have a maximum of four players who identify as the same gender in active play on the field at the same time. (See: *1.2.3. Gender maximum rule*).

**Good goal -** Ten points are scored for a team when the quaffle in any way passes entirely through their opponent's hoops and the goal is confirmed as good (See: *4.1.1. Good goal*).

**Helpless receiver -** A receiver who is in the process of catching a ball that is in the air. The receiver does not have to leave the ground in order to be considered a helpless receiver. It is illegal to push, charge, tackle, or wrap a helpless receiver (See: *6.1.7. Helpless receiver*).

**Hoop -** A hoop-loop and the pole it is attached to (See: *2.2.2. Hoop Shape*).  The hoop base is not considered part of the hoop.  Players must touch one of their non-dislodged hoops before remounting to complete the knockout procedure.

**Hoop-Loop -** The 81-86 centimeters inner diameter circle through which the quaffle must pass to score a goal (See: *2.2.2. Hoop Shape*).

**Incidental -** Occurring merely by chance or without intention or calculation.

**Intentional -** An action performed with a specific purpose in mind.

**Keeper -** The chaser on each team with additional privileges in their own keeper zone.

**Kick -** To strike with a foot or feet, or with any part of the leg below the knee. At the time of a kick the player striking the ball is considered to have possession of that ball, if they are the only player in contact with it. It is illegal to kick an opponent.

**Knockout immunity -** A player with knockout immunity is not knocked by live bludgers. A protected keeper is immune in that keeper's own keeper zone. A beater retrieving the third bludger gains knockout immunity by raising a hand in a fist above their shoulder. (See: *5.5.2. Claiming knockout immunity*).

**Live bludger -** A bludger that has been thrown, kicked, or otherwise intentionally propelled by a beater who is in play, unless they are inbounding the ball, knocked out, or struck. A live bludger can inflict the knockout effect upon opponents (See: *5.2.2. Live bludger*).

**Live quaffle -** A quaffle that is not a dead quaffle, whenever play is not stopped.

**Natural motion -** A player's continued movement in making a play, one singular natural motion that the player had already started, if that motion cannot be stopped (See: *5.6.1. Natural motion*).

**Opponents' half -** The half of the pitch or player area containing the hoops that a team is assigned to attack.

**Opponents' hoops -** The hoops that a team is assigned to attack.

**Opponents' keeper zone -** The keeper zone containing the hoops that a team is assigned to attack.

**Opponents' live bludger -** A live bludger most recently made live by the player's opponent

**Overtime -** The portion of the game that occurs after the snitch has been caught.  It only occurs when the snitch catch does not leave the catching team with a lead, and lasts until either team reaches the target score (See: *3.5. Ending the game and overtime*).

**Own half -** The half of the pitch or player area containing the hoops that a team is assigned to defend.

**Own hoops -** The hoops that a team is assigned to defend.

**Own keeper zone -** The keeper zone containing the hoops that a team is assigned to defend.

**Penalty box -** A 5.5 by 4 meter box bordering the midfield line, the pitch, and the player area boundary where players must remain for a certain amount of time after committing a foul. Each team has a penalty box on their own side of the midfield line. Players in the penalty box may not interact with play, but are considered in play for purposes of the gender maximum rule and positions (See: *2.1.9. Penalty boxes*).

**Penalty time -** The time a player must spend in the penalty box due to a foul. Penalty time is measured in game time and therefore does not run during a stoppage of play.

**Pitch boundary -** The 33 by 60 meter rectangular area marked by the boundary lines where play is generally restricted (See: *2.1.1. Boundary lines*).

**Player -** Any person on a team's roster who is eligible to be in play.

**Player area -** The 44 by 66 meter rectangular area that includes and surrounds the pitch. Spectators may not enter the player area. Anything outside the player area is the spectator area (See: *2.1.11. The player area*).

**Possessing Team -** In the context of the third bludger, the possessing team is the team that initially possessed two bludgers when the remaining free bludger became the third bludger.

**Possession -** Complete and sole control of a ball. A player who is intentionally kicking a ball is considered to have possession of that ball while they are the sole person in contact with the ball. A player who is swatting a ball that is on the ground is considered to have possession of that ball while they are the sole person in contact with the ball (See *7.1.1. Use of the ball*).

**Protected Keeper -** A keeper within their own keeper zone, except in the situation described in *7.2.2.B*.

**Quaffle -** The ball used by chasers to score goals (See: *2.3.1. The quaffle*).

**Quaffle carrier -** The player in possession of the quaffle.

**Reckless -** Playing with a complete disregard for the consequences of one's actions.

**Scorekeeper's table -** The location outside the player area, approximately along the extension of the midfield line, where the scorekeeper and timekeeper are stationed. This is not always an actual table.

**Scoring Team -** The team for which a snitch catch is made or a goal is scored, regardless of which team directly caused the score.

**Seeker -** The player on each team who attempts to remove the snitch ball from the snitch runner to score 30 points.

**Seeker floor -** The first 18 minutes of game time, during which the snitch may not be caught.

**Snitch -** The snitch is a ball contained within a fabric sleeve or sock. Seekers attempt to catch the snitch to earn 30 points (See: *2.3.3. The snitch*).

**Snitch ball -** See: Snitch

**Snitch sock -** The fabric sleeve that contains the snitch ball and must be attached to the back of the snitch runner's shorts.

**Snitch runner -** A game official who is tasked with protecting the snitch from being caught (See: *8. The snitch runner*).

**Speaking captain -** The designated individual on the team who is the only person who may speak for the team when conversing with officials (See: *1.1.1. Mandatory speaking captain*).

**Spectator area -** The area outside of the 44 by 66 meter player area.

**Stoppage -** The time within the game between a referee stopping play and when the head referee resumes play or declares the game over.

**Struck beater -** A struck beater is a beater who has been hit by a live bludger propelled by an opponent (See: *5.4.3. Struck beater*).

**Substitute -** A player who is not currently in play.

**Substitution area -** A designated zone for each team existing outside of the pitch boundary where all of that team's substitutions must take place (See: *2.1.7. Substitution areas*).

**Third bludger -** The only free bludger when one team has possession of the other two. The bludger can remain the third bludger when the possessing team loses a bludger under certain conditions (See: *5.5.1. The third bludger*).

**Tripping -** Any attempt to knock a player off their feet through contact below their knees. Tripping is always illegal physical contact.

**Unscorable quaffle -** If a player inbounds the quaffle by throw, or is touching a quaffle when struck by a live bludger and releases it or propels it according to natural motion, the quaffle becomes an unscorable quaffle. An unscorable quaffle cannot result in a goal, even if the quaffle goes entirely through a hoop (See: *5.6.3. Unscorable quaffle*).

**Yank -** To pull with sudden sharp force.

© Giovanni Franchi





# APPENDIX B: LIST OF FOULS BY TYPE

## B-1. INDIVIDUAL FOULS

### B.1.1. Repeat procedure offenses

The following are offenses for which the offending player must repeat the action properly before continuing with play:

**1.3.1.** Substitution violation

**5.3.1.** Violating the knockout procedure

### B-1.2 Back to hoops offenses

The referee must send any player who commits a back to hoops offense back to that player's hoops with the player completing the entirety of the knockout procedure as described in rule 5.3.1. The following are back to hoops offenses:

**2.5.3.** Illegally failing to replace a lost headband

**3.3.3.** Second false restart

**5.5.2.** Improper immunity claim

**5.5.2.** Minor invalid immunity claim

**6.4.1.** Minor illegal interposition interaction

**7.1.2.** Minor failure to avoid a propelled quaffle

**7.5.3.** Intentionally or egregiously illegally going or remaining out of bounds

**7.5.4.** Illegally physically preventing the inbounding player from re-entering the pitch

**8.4.3.** Illegally pursuing the snitch

**9.1.4.** Delaying the completion of the turnover procedure

### B-1.3. Turnover offenses

The following offenses result in a turnover of either a quaffle or a bludger:

**5.6.2.** Unintentional natural motion violation

**7.1.2.** Incidental interposition ball interference *(Also 7.1.4.)*

**7.4.2.** Illegal reset

### B-1.4. Blue card offenses

The following are blue card offenses:

**1.1.1.** Encroaching on the pitch *(Also 1.1.2.)*

**1.3.1.** Illegal substitution

**1.4.2.** Illegal circumvention

**1.4.3.** (Unintentional) sideline interference

**2.5.1.** Entering play with illegally long or sharp fingernails

**2.5.2.** Entering play without wearing mandatory equipment

**2.5.2.** Intentionally removing mandatory equipment while in play

**2.5.4.** Entering play without a legal and recognizable jersey number

**2.5.5.** Using illegal additional equipment in play

**3.2.1.** Locked-in player violations

**3.2.2.** False start *(Also 3.7.2.)*

**3.2.3.** Illegally touching a contested ball

**3.2.3.** Designated runner violation

**3.3.4.** Illegal timeout request

**3.4.2.** Seeker false start

**4.2.1.** Intentionally and illegally interacting with a dead quaffle

**4.3.3.** Illegally resetting an opponent's hoop

**4.3.3.** Unintentionally dislodging hoops repeatedly

**5.2.3.** Illegally contacting an opponent with a held bludger

**5.3.2.** Illegally interacting with play while knocked out

**5.3.4.** Affecting play while unknowingly knocked out

**5.4.1.** Illegal bat

**5.4.1.** Illegal block

**5.4.2.** Illegal bludger swat *(also 7.1.2.)*

**5.4.3.** Struck beater violation

**5.5.2.** Invalid immunity claim

**5.5.3.** Immunity violation

**6.5.2.** Repeated use of explicit or vulgar language

**7.1.1.** Illegally using a ball of one's own position

**7.1.2.** Failure to avoid a propelled quaffle

**7.1.2.** Illegal Shielding

**7.1.3.** Illegally failing to make a reasonable effort to avoid a ball

**7.5.2.** Propelling a ball with the intent of sending any ball out of bounds

**10.3.2.** Illegally using verbal or visual referee signals or commands

## B-1.5. Yellow card offenses

The following are yellow card offenses:

**1.3.4.** Feigning an injury

**3.2.3.** Designated runner interference

**3.3.1.** Intentionally illegally moving during a stoppage

**3.3.1.** Intentionally illegally moving or taking hold of a ball during a stoppage.

**4.3.3.** Recklessly dislodging a hoop

**5.2.1.** Willfully ignoring being knocked out (also *5.2.5.*)

**5.3.1.** Intentionally or repeatedly violating the knockout procedure

**5.3.3.** Illegal contact while knocked out

**5.6.2.** Intentional natural motion violation

**6.1.3.** Dangerous kick

**6.1.3.** Kicking an opponent

**6.1.5.** Illegally hurdling or attempting to hurdle any person

**6.1.7.** Illegally contacting a helpless receiver

**6.1.12.** Playing recklessly

**6.4.1.** Illegal interposition interaction

**6.4.2.** Illegally interacting with a knocked out opponent

**6.5.1.** Unsportsmanlike conduct

**6.5.6.** Pretending to be fouled

**7.1.1.** Using a ball to intentionally interact with the snitch runner

**7.1.2.** Interposition ball interference (also *7.1.4.*)

**7.1.2.** Illegally unintentionally blocking a propelled quaffle from scoring

**7.5.2.** Intentionally or blatantly ignoring a "boundary" call

**9.1.4.** Willfully ignoring a turnover call

**9.4.2.** Failing to immediately proceed to the penalty box after being carded

**10.3.1.** Disregarding an official's directive *(also 2.5.7. and 9.1.3.)*

## B-1.6. Red card offenses

The following are red card offenses:

**1.4.3.** Intentional sideline interference

**2.4.2.** Knowingly initiating a new play with a broken broom

**2.5.6.** Using equipment in play that was disallowed by a game official

**2.5.8.** Using equipment explicitly barred by the event director

**2.5.9.** Illegally altering game equipment

**2.5.10.** Wearing forbidden equipment

**4.1.2.** Intentional interposition goaltending

**4.3.3.** Intentionally dislodging a hoop

**4.3.3.** Moving or altering a hoop to affect whether the quaffle will pass through it

**6.1.3.** Violent or egregious illegal kick

**6.1.5.** Violently or egregiously illegally hurdling any person

**6.1.7.** Charging a helpless receiver

**6.1.7.** Tackling a helpless receiver

**6.1.12.** Playing egregiously recklessly

**6.1.13.** Egregiously illegal contact against an opponent, spectator, official, or event staffer

**6.4.1.** Violent or egregious illegal interposition interaction

**6.4.2.** Violently or egregiously illegally interacting with a knocked out opponent

**6.5.1.** Egregious unsportsmanlike conduct

**6.5.3.** Engaging in a physical altercation with an opponent, spectator, official, or event staffer

**6.5.4.** Intentionally spitting at or on an opponent, spectator, official, or event staffer

**6.5.5.** Serious foul play

**7.1.2.** Intentionally and illegally blocking a score (also *7.1.3.*)

## B-1.7. Ejection offenses

The following offenses result in an ejection, without a red card:

**2.5.10.** Wearing forbidden jewelry

**6.1.13.** Egregiously illegal contact against a teammate

**6.5.2.** Egregious internal unsportsmanlike conduct

**6.5.3.** Engaging in a physical altercation with a teammate

**6.5.4.** Intentionally spitting at or on a teammate

## B-1.8. Standard contact penalty offenses

The following offenses result in the application of the standard contact penalty set, found in rule *9.1.8.*:

6.1.1. Illegal physical contact

6.1.2. Illegal pick

6.1.2. Illegally charging a picking player

6.1.4. Illegal slide

6.1.4. Illegal dive

6.1.6. Illegal contact through a teammate

6.1.8. Illegal attempt to steal

6.1.9. Illegal contact from behind

6.2.1. Illegal body block

6.2.2. Illegal push

6.2.3. Illegal charge

6.2.4. Illegal wrap

6.3.1. Illegal interaction with the snitch runner

## B-1.9. Offenses with unique penalties

Some offenses have unique penalties, applying multiple sanctions or with optional sanction levels. The following offenses result in the penalty listed after them in parentheses:

5.5.1. Third bludger interference (back to hoops, quaffle turnover, and double bludger turnover)

7.4.1. Delay of game (blue card and quaffle turnover)

7.5.4. Inbounding procedure violation (back to hoops and turnover)

10.3.1. Disrespecting an official (blue or yellow card)

## B-2. SPEAKING CAPTAIN FOULS

## B-2.1. General offenses by the speaking captain

Except where explicitly listed, speaking captains are subject to the same penalties as players when they commit fouls themselves.

## B-2.2. Speaking captain blue card offenses.

The following fouls result in a blue card for the team's speaking captain, regardless of which team member caused the foul:

**2.5.4.** Having two players wearing the same number in the player area

**9.1.6.** Illegally communicating with people in the player area as an ejected player

## B-2.3. Speaking captain yellow card offenses.

The following fouls result in a yellow card for the team's speaking captain, regardless of which team member caused the foul:

**1.2.2.** Illegal set of players in play *(also 1.2.3.)*

**1.2.2.** Intentionally failing to send a seeker into the game

**9.4.3.** Illegal substitution in the penalty box

## B-3. FORFEIT FOULS

## B-3.1. Forfeit offenses

The following offenses by individual team members or the team as a whole result in a forfeit:

**1.2.1.** Having insufficient eligible players to continue the game.

**9.1.6.** Persistently refusing to leave the player area after being ejected

**9.1.6.** Endangering others after being ejected

**9.4.6.** Having all players in play serving penalty time



# B.

© Ajantha Abey Quidditch Photography

IQA Rulebook 2020



# APPENDIX C: REFEREE SIGNALS

## NON-FOUL SIGNALS

**1. Restart play - https://bit.ly/2NcMsxV**

 

**2. Timeout - https://bit.ly/2QgdvKq**



### 3. No goal/no catch - https://bit.ly/2zHyfFD



### 4. Good goal - https://bit.ly/2DH71mp



**5. Good snitch catch - https://bit.ly/2OlX4z0**



**6. Goaltending - https://bit.ly/2xNpbNQ**



## 7. Keeper zone/immunity - https://bit.ly/2y0HazJ



## 8. Out of bounds - https://bit.ly/2OhSVMD

 

**9. Reset used - https://bit.ly/2It8xaE**



<span style="background-color:green">**FOUL SIGNALS**</span>

**12. Inbounding procedure violation - https://bit.ly/2RdFCLx**




**13. Third bludger interference - https://bit.ly/2QmZjj4**



**14. Illegal procedure - https://bit.ly/2DHD2Ld**



**15. Sideline infraction - https://bit.ly/2NPyabz**



**16. Equipment violation - https://bit.ly/2Ongt2E**



**17. Delay of game - https://bit.ly/2NdzzDs**



**18. Explicit or vulgar language (blue only) - https://bit.ly/2OlvMc4**




**19. Illegal interaction with a ball - https://bit.ly/2Ql1bZj**



**20. Dislodging hoops - https://bit.ly/2xL0YrC**




## 21. Using referee signals or commands - https://bit.ly/2xNxY2A



## 24. Disrespecting an official - https://bit.ly/2zGDBkd



### 25. Ignoring an official's call - https://bit.ly/2IuD3AI



### 26. Intentional violations, dishonesty, ignoring stoppage/knockout - https://bit.ly/2DFe6UF



**29. Dangerous kick - https://bit.ly/2DJCfJT**



**30. Illegal slide/dive - https://bit.ly/2xNR2NZ**



### 31. General illegal contact - https://bit.ly/2y5KUjM



### 32. Illegal pick - https://bit.ly/2OZHjL7



## 33. Illegal attempt to steal - https://bit.ly/2P2majl

 

## 34. Illegal push - https://bit.ly/2NabVYN



### 35. Illegal charge - https://bit.ly/2QnSGwT



### 36. Illegal wrap - https://bit.ly/2zH8PYR



**36. Illegal wrap (grab) - https://bit.ly/2y5Lazg**



**37. Interposition interference - https://bit.ly/2RbOql4**



## 38. Illegal snitch interaction - https://bit.ly/2NcSZbV



## 39. Reckless play - https://bit.ly/2IrD20H

 

**40. Personnel infraction - https://bit.ly/2RcvJOg**



**42. Unsporting conduct - https://bit.ly/2OXd1ZC**



**43. Internal conduct - https://bit.ly/2xYqby6**



**44. Egregious or other red card version of normally lesser foul - https://bit.ly/2Rcpbzh**



**45. Helpless receiver - https://bit.ly/2NW4XMf**



**46. Initiating a new play with a broken broom - https://bit.ly/2Rcpha7**

 

**47. Intentionally and illegally blocking a score**
   **- https://bit.ly/2NV1ZYk**



**50. Back to hoops - https://bit.ly/2N6UdW1**



**51. Turnover - https://bit.ly/2DlWVl8**

 

**52. Penalty card - https://bit.ly/2NSvPww**



**53. Non-card ejection - https://bit.ly/2y15fqd**



**54. Concession/Forfeit (offense or by request) - https://bit.ly/2y1ETV0**



## 55. Speaking captain penalty - https://bit.ly/2NdLvVN





© Ajantha Abey Quidditch Photography

IQA Rulebook 2020



# APPENDIX D: CHANGE LOG

## OVERVIEW

The following is a list of the changes made from the 2018-20 rulebook.  Rule numbers refer to their place in this edition of the rulebook, unless the section is listed as "[deleted]"

The entries in this change log are summaries of the changes made, not the new rules themselves.  Important details may not be included in these summaries.  The entries in this change log should not be treated as rules or used in place of the actual rules.  Please refer to the rules themselves for details.

## MAJOR CHANGES

The following rules are those expected to have a significant impact on how quidditch is played throughout nearly all games.

### 3.2.

A new starting procedure has been implemented with players starting from the side of the field.

> **Other rules adjusted due to this change:** *2.1.1.B.ii., 2.1.5., 2.1.6., 2.1.10., 2.1.12., 3.1.2., 8.3.3.A.iv., 9.3.4.A.*

### 3.5.

Catches that do not result in the catching team holding a lead now trigger a set score based overtime.

> **Notable related changes:** *10.1.2.* (Snitch referees during overtime), *10.1.7.A.v.* (Scorekeepers displaying the set score).
>
> **Other rules adjusted due to this change:** *1.2.2.C., 1.3.5.* [deleted], *3.4.2., 4.4.1., 4 .4.2., 4.4.3.A.ii., 4.4.3.A.iii.* [deleted], *4.4.3.A.v.b., 7.3.1.A., 7.3.1.B.ii.* [deleted], *8.2.3.E.* [deleted], *8.3.1., 8.3.2., 9.3.6., 10.1.8.vi., 10.2.3.,*
>
> **Appendix A definitions adjusted due to this change:** Game time, Overtime, Period [deleted], Regulation time [deleted], Second overtime [deleted], Seeker floor, Snitch, Stoppage

### 9.1.5.E.

Players who receive a second yellow card in a single game will be ejected, but will not receive a red card. The only way to get a red card is from a red card foul.

> **Other rules adjusted due to this change:** 9.1.6.F.ii., 9.2.3.D.i.b., 9.4.5.

### 9.7.

In most situations where a penalty card or third bludger interference penalty is called against the opposing team, the player resuming play with the quaffle will have a limited choice on from where they will resume play.

> **Appendix A definitions adjusted due to this change:** Default procedures

## CHANGES WITH FREQUENT IMPACT

The following changes are expected to come up in or affect many if not all games.

### 3.3.4.

The keeper in the keeper zone timeout has been removed, and replaced by a lull in play timeout.

*7.1.5.* [deleted]

The limit on consecutive kicks on a ball has been removed.

> **Other rules adjusted due to this change:** *7.1.1.C., 7.2.2.A.i.* [deleted]
> **Appendix A definitions adjusted due to this change:** Kick

### 7.3.1.C.

When the defense is assessed a penalty card or third bludger interference penalty, and the offense retains the quaffle, the offense will be granted a new drive.

### 7.4.2.B.

Physically forcing a quaffle carrier backwards over a restrictor line will now count as a reset.

### 8.2.1.G.

Snitch runners must actively interfere with seekers who defend them after a short time.

> **Notable related changes:** *10.1.5.A.v.* (Snitch referee to help identify defensive seeking)

### 9.4.1.

Stacking penalty time now treats penalty cards as separate penalties served consecutively (hockey style).

## CHANGES WITH INFREQUENT IMPACT

The following changes are notable, but will not come up in most games.

### 1.2.1.A.i.

The minimum number of players necessary to continue a game drops to six in overtime.

### 1.2.1.A.i.

A limited exception has been added to the minimum player forfeit rule for cases of minor injuries.

### 1.2.3.C.

The gender rule exception to the minimum player requirement has been eliminated.

> **Other rules adjusted due to this change:** *1.2.1.A.i., 1.2.3.C.* [deleted], *9.1.6.E.i.* [deleted]

### 3.3.3.A.ii.b.

Players who have an opponent legally wrapped on the ground when play is stopped shall, in some circumstances, be allowed to choose to resume play on any side of the formerly wrapped player, and have special contact initiation exceptions immediately upon the resumption of play.

### 3.7.1.B.

When a game is declared suspended, any loose balls are assigned to the teams based on the HR's judgement of who would have next possessed them.

> **Other rules adjusted due to this change:** *3.7.2.*

### 4.4.1.A.vi.

Third bludger interference can negate a snitch catch.

### 4.4.4.[deleted]

Teams may no longer decline a legal snitch catch for any reason.

### 7.2.2.A.i.

When the defending keeper saves a shot and the ball goes out of bounds without touching anyone else, the offense will inbound the ball.

> **Other rules adjusted due to this change:** *7.5.5.C.*

### 7.4.1.

Delaying the start of the game is now covered under "delay of game."

### 8.2.1.N.

Snitch runners who steal a seeker's broom may not hold onto it after the seeker is ruled dismounted, nor throw it a significant distance away.

### 9.1.4.F.

Once a turnover is called for a bludger, that bludger cannot knock out players until the turnover is completed.

> **Note:** This applies to live play turnovers. A turnover being called starts the turnover procedure. Turnovers from penalty cards and third bludger interference calls are not "called" until play has been stopped. In those cases rule *9.2.2.* (Plays after a foul) is the controlling rule.

### 9.4.1.

Penalty time pauses while a player is illegally out of the penalty box early, including if they return to the box under no harm no foul.

### 9.4.2.C.

When a speaking captain receives a "speaking captain penalty card" while they are in play, they may choose at which position they will serve the penalty.

Other rules adjusted due to this change: *9.2.3.*

## PENALTY CHANGES

The following changes primarily affect the penalty for an illegal action, rather than changing whether it is legal.

### 2.5.10.B.iii.

The penalty for most cases of illegal jewelry has been reduced to an ejection.

### 5.5.1.

A quaffle turnover has been added to the penalty for third bludger interference.

### 5.5.1.B.iii.

Play must now be stopped to adjudicate third bludger interference.

## PLAYER EQUIPMENT CHANGES

The following changes affect player equipment, including brooms.

### 2.4.1.A.i.

The length of the broom must now be between 98-102 cm.

### 2.4.1.A.ii.

The outer diameter of the broom shaft must now be between 25-35 mm.

### 2.4.1.D.

Tape and other reinforcing materials may no longer be applied to brooms, other than grip tape in a 20cm area where the hand would normally grip it.

### 2.5.5.F.

Hats with horizontal stripes in any of the four position colors may no longer be worn.

## CHANGES TO THE FIELD AND GAME EQUIPMENT

The following changes affect the hoops, balls, and dimensions of the field.

### 2.1.9.

The penalty box is now 5.5x4 meters.

### 2.2.2.

A tolerance of +/- two centimeters has been added to the hoop heights.

*Other rules adjusted due to this change: 2.2.3.*

## CLARIFICATIONS

The following adjustments are clarifications to pre-existing rules.

### 1.3.4.C.ii.b.

An injured player's substitute takes possession of any ball the injured player would have possessed on the restart.

### 2.1.8.

The description of the bench has been adjusted for clarity.

### 3.3.2.E.

Unpossessed balls that were moving when play was stopped, and are not covered by *3.3.2.D, H*, or other rules shall be allowed to continue moving until they come to rest or go out of bounds. If they come to rest and then move again during the stoppage, they shall be returned to where they initially came to rest.

### 3.3.3.A.iii.

When a standing player is in contact with another standing player when play is stopped, they may generally resume that contact for the restart.

### 5.4.2.B.ii.

Other rules adjusted due to this clarification

### 6.1.7.

A receiver is considered helpless while attempting to catch a ball, even if they ultimately miss the catch.

### 6.1.7.

Airborne helpless receivers retain their status after the attempt to catch until their legs have absorbed the shock of their landing.

### 6.1.7.

Guidance added on contact between two opposing helpless receivers.

### 6.2.3.D.

An explicit exception to the rule against leaving the feet during a charge has been added for contact that occurs during a jump to throw a ball.

### 7.1.2.B.

Non-beaters may move into the path of their opponents' live bludgers (but they must not propel them).

### 7.4.2.B.

A ball is considered to have crossed a restrictor line when the ball, or person holding the ball, completely crosses the line.

### 7.5.3.E.

Players may legally go out of bounds during a direct attempt to prevent a ball from becoming out of bounds.

### 7.5.5.C.i.

When an unpossessed quaffle (including one which is jointly held by two or more players) becomes out of bounds due to being in contact with an out of bounds player, that out of bounds player shall be treated as the last player to touch the quaffle.

### 8.3.3.C.

A snitch catch can be negated due to a violation of the snitch handicaps if, and only if, the violation constitutes a major breach of standards against the non-catching team.

### 9.1.4.A.i.

Guidance added to generally stop play when more than one ball is being turned over.

### 9.3.5.

Added instructions for penalties given to the seeker during the seeker floor.

### 9.4.3.C.i.

When a player leaves the penalty box early because they reasonably but mistakenly believed their penalty time had expired, and they return without interacting with play, they shall not be penalized for their departure.

## NEWLY DEFINED TERMS

Definitions have been added to Appendix A for the following terms. These definitions are unrelated to other changes listed in this change log.

**Egregious**

Shockingly bad

**Opponent's Hoops**

The hoops that a team is assigned to attack.

## TECHNICAL CHANGES

The following changes are technical in nature, and should have either extremely limited or no in game impact.

### 1.2.2.A.

The keeper has been redefined as a specialized form of chaser.

*Other rules adjusted due to this change: 5.4.2.B., 5.6.3.C.i., 6.1.1.A., 6.1.2.B.i., 6.4.1., 7.1.2.B.i.a., 7.1.4.ii., 7.4.1.B., 7.4.1.D.ii.a.1., 7.4.1.E., 7.5.2.E.ii., 7.5.5.C.ii., 9.4.2.B.*

*Appendix A definitions adjusted due to this change:* Chaser, Keeper, Beater, Seeker, Quaffle

### 3.7.1.A.

The technically allowed reasons for suspending a game have been expanded.

### 10.1.5.

The snitch referee is specifically assigned to watch for false starts on brooms up, and may use their whistle to stop play if a false start is called. This still applies when the snitch referee will not be serving as an AR during the seeker floor.

## WORDING CHANGES

The following changes are minor wording changes with no in game impact, and are unrelated to other changes.

**Throughout the rulebook**

All instances of the word "tournament" have been changed to "event."

**Throughout the rulebook**

All parentheticals referring to imperial measurements have been removed.

**4.3.1.B.**

"Turned such they are" has been changed to "turned in such a way that they are."

**6.1.9.**

"180 degree straight plane" has been changed to "flat plane."

# D.



© Ajantha Abey Quidditch Photography

IQA Rulebook 2020

