# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

B. P. J., et al.,

        Plaintiffs,

v.                         CIVIL ACTION NO.   2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

        Defendants.

## ORDER

For reasons appearing to the court the motion hearing, previously scheduled in this matter for June 8, 2022, at 10:00 a.m., is **CANCELED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:   May 20, 2022

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE