# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     CHARLESTON DIVISION
    _____
 4  B.P.J. by her next friend and)
 5  mother, HEATHER JACKSON,      )
 6            Plaintiff,          )
       vs.                        ) Case No.
 7  WEST VIRGINIA STATE BOARD OF  ) 2:21-cv-00316
 8  EDUCATION, HARRISON COUNTY    )
    BOARD OF EDUCATION, WEST      )
 9  VIRGINIA SECONDARY SCHOOL     )
10  ACTIVITIES COMMISSION, W.     )
    CLAYTON BURCH in his official )
11  capacity as State             )
12  Superintendent, DORA STUTLER, )
    in her official capacity as   )
13  Harrison County               )
14  Superintendent, and THE STATE )
15  OF WEST VIRGINIA,             )
16           Defendants.          )
             And                  )
17  LAINEY ARMISTEAD,             )
18        Defendant-Intervenor.   )
    _____)
19            REMOTE VIDEOTAPED DEPOSITION OF
20                     DORA STUTLER
                          AND
21                     DAVE MAZZA
                 Tuesday, March 8, 2022
22                      Volume I
    Reported by:
23  ALEXIS KAGAY, CSR No. 13795
24  Job No. 5079542
25  PAGES 1 - 240
```

Page 1

| | | |
|---|---|---|
| 1 | Q   Did you or anyone at the county board present | |
| 2 | the county board members with the -- with the bill | |
| 3 | H.B. 3293? | |
| 4 | A   No. | |
| 5 | Q   Has the board voted in any way relating to | 01:05:04 |
| 6 | policies around H.B. 3293? | |
| 7 | A   No. | |
| 8 | Q   What is the county board's relationship with | |
| 9 | the Department of Education? | |
| 10 | A   I believe, as the superintendent, I am the | 01:05:21 |
| 11 | conduit from the County Board of Education to my | |
| 12 | board.  So information that comes from the state | |
| 13 | board is usually a conduit through me to the board, | |
| 14 | although my board has -- our state boards have their | |
| 15 | own association that also has a relationship with | 01:05:50 |
| 16 | the state board, and they do have a fall meeting and | |
| 17 | a winter meeting to update board members.  So | |
| 18 | they -- they have a relationship outside of my | |
| 19 | relationship with the state board through that | |
| 20 | organization. | 01:06:08 |
| 21 | Q   When you say "they," who are you referring | |
| 22 | to? | |
| 23 | A   My board members.  My five board members are | |
| 24 | part of a state -- it's just an association.  Like I | |
| 25 | have an association for superintendents, there's an | 01:06:23 |

Page 38

| | |
|---|---|
| 1 | Q   Understood.  Does the county board have any |
| 2 | policies pertaining to sports? |
| 3 | A   We have minimal.  We have two. |
| 4 | Q   And what are those two policies? |
| 5 | A   We have a policy on extracurricular        01:44:45 |
| 6 | activities for 6 to 12, just defining what |
| 7 | extracurricular would be for 6 to 12th grade.  And |
| 8 | the other policy that we have is on how you obtain a |
| 9 | letter, how are you a lettermen, as far as sports is |
| 10 | concerned.                                       01:45:07 |
| 11 | Q   When were those policies developed? |
| 12 | A   I believe 2008 was one.  I don't remember the |
| 13 | date on the other.  They were early.  They're -- |
| 14 | they're older policies. |
| 15 | Q   So as it relates to the lettermen policy,   01:45:20 |
| 16 | I'll use that as an example, who is responsible for |
| 17 | enforcing it? |
| 18 | A   That would be the school AD and the athletic |
| 19 | program at the school.  That would be really |
| 20 | pertaining to the high school athletic directors.  01:45:40 |
| 21 | Q   And does the county board ever need to step |
| 22 | in, as far as enforcing those policies? |
| 23 | A   Only if there would be a disagreement.  I |
| 24 | would assume that if a child thought they were |
| 25 | supposed to get a letter, and they didn't, then I   01:46:00 |

Page 56

1    would probably be -- it would be brought to my
2    attention.
3        Q   Understood.  And just for clarity, does the
4    county board have any policies related to sex
5    separation in sports?                                01:46:12
6        A   No, we do not have an adopted policy for
7    that.  We follow SSAC guidelines on what teams are
8    coed.
9        Q   Does the County have any policies pertaining
10   to transgender students?                             01:46:40
11       A   No.
12       Q   What do you know about H.B. 3293?
13           MS. DENIKER:  Objection to the form.
14           THE WITNESS:  It -- it was a state law passed
15   in July of '21.                                      01:47:05
16   BY MS. REINHARDT:
17       Q   What does H.B. 3293 do?
18           MS. DENIKER:  Objection to the form.
19           THE WITNESS:  I can really only tell you what
20   I know when I read the statute.  It's a -- it makes  01:47:24
21   a distinction between -- it begins by saying that
22   there is an inherent difference between a male and a
23   female.  It talks about safety during sporting
24   activities or doing -- during athletics.  And it
25   also addresses the equity or displacement of female  01:47:46

Page 57

```
 1      Q    And once the association made you aware of
 2   H.B. 3293, did you report -- did you report anything
 3   related to H.B. 3293 to someone you report to?
 4           And I can rephrase that if that was not
 5   clear.                                                 01:59:29
 6      A    No.
 7      Q    Did you discuss H.B. 3293 with anyone who
 8   reports to you?
 9      A    No.
10      Q    Was the County Board of Education -- did the   01:59:45
11   County Board of Education have a role in drafting
12   H.B. 3293?
13      A    No.
14      Q    Did the county board provide any comments or
15   thoughts to the legislature regarding H.B. 3293 that   02:00:01
16   you are aware of as Superintendent Stutler?
17      A    Are you speaking about my county-elected
18   board or --
19      Q    The County Board of Education, generally.
20      A    No.                                            02:00:22
21      Q    How was H.B. 3293 described to you as
22   Superintendent Stutler?
23           MS. DENIKER:  Objection to the form.
24           THE WITNESS:  I truly just read the
25   administrative updates, and I will tell you that we    02:00:42
```

Page 62

1           Do you see that?
2      A    Yes.
3      Q    Then on the following page, which is
4  HCBOE 00345, it says, "WV House Bill 3293."
5           Do you see that?                              02:04:54
6      A    Yes.
7      Q    And is it correct that you, as Dora Stutler,
8  were not present for this presentation?
9      A    I do not attend all of those association
10 meetings.  So I do not recall that particular          02:05:12
11 presentation.  These attorneys do present often at
12 these organization meetings.
13     Q    After this presentation, did any of the --
14 other superintendents that are members of this
15 associations speak with you about a presentation?      02:05:33
16     A    No.
17     Q    Has the county board had any conversations
18 with the State Board of Education, prior to the
19 enactment of H.B. 3293, about students who are
20 transgender participating in sports?                   02:05:54
21     A    No.
22     Q    Now, looking at this page, which I believe is
23 345, is that the same page you're currently on?
24     A    Yes.
25     Q    Can you just review it and let me know if     02:06:07

Page 65

```
 1              THE WITNESS:  No.  Because we are not
 2     operating under House B. -- House Bill 3293.
 3     BY MS. REINHARDT:
 4        Q    Despite the injunction, if one was not put in
 5     place, would the process that you've described be        03:09:05
 6     the same for H.B. 3293?
 7              MS. DENIKER:  Object to the form.
 8              THE WITNESS:  If a student -- if a student
 9     athlete is objecting to something, according to SSAC
10     rules, they could follow that process.                   03:09:20
11     BY MS. REINHARDT:
12        Q    Thank you.  Did the county board have any
13     conversations with WVSSAC prior to the enactment of
14     H.B. 3293 about students who are transgender
15     participating in sports?                                 03:09:40
16        A    No.
17        Q    Do you know who Bernie Dolan is?
18        A    Yes.
19        Q    Who is Bernie Dolan?
20        A    He's the executive director of the SSAC.         03:09:52
21        Q    Did the county board have any conversations
22     with Mr. Dolan, prior to the enactment of H.B. 3293,
23     about students who are transgender participating in
24     sports?
25        A    No.                                              03:10:11
```

Page 83

```
 1    for the fifth-grade year?
 2       A   Tarra Shields -- in conversation with
 3    Tarra Shields, they put this plan into place, her
 4    going into fourth grade.  And, now, this is from
 5    Tarra Shields.  There were -- they -- she had a --      04:08:05
 6    I'm talking from Tarra, that she had a good
 7    fourth-grade year.  They were going -- she was going
 8    into the fifth grade, and they felt there was really
 9    no need to change anything.
10            At any time, a parent can request that the      04:08:20
11    plan be reviewed.  So I would take that if there's
12    not another plan dated, that they felt that, you
13    know, she was having a good two years.
14       Q   And who are you referring to when you say
15    "they"?                                                 04:08:35
16       A   I -- I would say Tarra Shields, this team
17    that was with her at Norwood.  And you've also got
18    to understand the parent is involved in this.
19    And -- and B████.
20       Q   Did the county board implement any policies      04:08:46
21    related to transgender students after implementing
22    B████'s gender support plan?
23       A   No.
24       Q   Now I'm going to ask you to go back to what
25    was previously marked as WV-19.                         04:09:05
```

Page 125

```
 1            MS. DENIKER:  And I'm going to ask for --
 2     this is Susan Deniker again.
 3            What is the scope of timing on your question,
 4     Ms. Reinhardt?
 5            MS. REINHARDT:  It will be from January 1st,    04:57:03
 6     2019, to present.
 7            THE WITNESS:  No.
 8     BY MS. REINHARDT:
 9        Q   Thank you.  And just as one last final
10     follow-up question, has the county board implemented  04:57:12
11     any Title IX policies pertaining to transgender
12     students' participation in sports?
13        A   No.
14            MS. REINHARDT:  Thank you very much,
15     Superintendent Stutler.  I believe that opposing      04:57:26
16     counsel may have a few questions for you.
17            THE WITNESS:  Thank you.
18
19                       EXAMINATION
20     BY MS. GREEN:                                         04:57:34
21        Q   Hello, Superintendent Stutler.  This is
22     Roberta Green with WVSSAC --
23            MS. GREEN:  Kelly, did -- were you guys
24     hopping on to go first?  Okay.  I'll just leap to
25     the front of the line, then.                          04:58:02
```

Page 150

| | | |
|---|---|---|
| 1 | Q   Do you know how that process is done? | |
| 2 | A   Not from beginning to end.  I know parts. | |
| 3 | Q   Is it fair to say that you will defer | |
| 4 | testimony on behalf of the Harrison County Board of | |
| 5 | Education about rostering for school sports in | 05:54:29 |
| 6 | Harrison County to the other designee for today's | |
| 7 | 30(b)(6) deposition? | |
| 8 | A   Yes. | |
| 9 | Q   You were also asked questions today about | |
| 10 | House Bill 3293. | 05:54:44 |
| 11 | Superintendent Stutler, are you familiar with | |
| 12 | that house bill that was passed by the West Virginia | |
| 13 | legislature? | |
| 14 | A   Yes. | |
| 15 | Q   And you would have reviewed that bill; is | 05:54:55 |
| 16 | that correct? | |
| 17 | A   Yes. | |
| 18 | Q   You were asked some questions about whether | |
| 19 | the Harrison County Board of Education supported | |
| 20 | that bill, and I want to ask you more specific | 05:55:03 |
| 21 | questions about that. | |
| 22 | Did the Harrison County Board of Education as | |
| 23 | an entity do anything officially to advocate or | |
| 24 | support that bill? | |
| 25 | MS. REINHARDT:  Objection to form. | 05:55:15 |

Page 191

```
 1            THE WITNESS:  No.
 2      BY MS. DENIKER:
 3         Q   Did any employee or agent of Harrison County,
 4      in their official capacities, take any action to
 5      advocate for the passage of that bill?              05:55:25
 6            MS. REINHARDT:  Objection.
 7            THE WITNESS:  No.
 8      BY MS. DENIKER:
 9         Q   Did any employee or agent of the
10      Harrison County Board of Education in any way       05:55:34
11      contribute to the passage of that bill by providing
12      testimony or information to support passage of
13      House Bill 3293?
14            MS. REINHARDT:  Objection to form.
15            THE WITNESS:  No.                             05:55:48
16      BY MS. DENIKER:
17         Q   Did the Harrison County Board of Education,
18      through the elected board, pass any policy
19      proclamation or other statement that related to
20      House Bill 3293 in any way?                         05:56:00
21         A   No.
22         Q   Has the Harrison County Board of Education
23      taken any action to implement the provisions of
24      House Bill 3293 as you sit here today?
25         A   No.                                          05:56:13
```

Page 192

1    A    It's part of the WVSSAC website where you
2    see -- I'm not sure if you've visited that website,
3    but there's an admin login.
4    Q    And is -- is the information the athletic
5    director provides not a part of WVEIS?                 06:41:28
6    A    It is not part of WVEIS.
7    Q    And is that information used to create a
8    roster?
9    A    That information is used to create a roster.
10   Q    So WVEIS is not used to create a roster; is      06:41:43
11   that correct?
12        MS. DENIKER:  Object --
13        THE WITNESS:  That is correct.
14        MS. DENIKER:  -- to the form.
15   BY MS. REINHARDT:                                      06:41:51
16   Q    And if I'm understanding correctly, the
17   administrative director would list whichever gender
18   is completed by a parent or the athlete in the form
19   you noted earlier; is that correct?
20   A    That would be correct.                            06:42:10
21   Q    And does Bridgeport Middle School have any
22   policies as it relates to gender separation in
23   sports?
24   A    We don't have any policies.
25   Q    Is Bridgeport Middle School required to           06:42:32

Page 214