# Exhibit A

 > Journals > The Journal of Clinical Endocrinology & Metabolism

Advertisement

JOURNALS & ARTICLES

# The Journal of Clinical Endocrinology & Metabolism



The *Journal of Clinical Endocrinology & Metabolism* is the world's leading peer-reviewed journal for the dissemination of original research as it relates to the clinical practice of endocrinology, diabetes, and metabolism. Spanning the full spectrum of translational research from discovery science to experimental medicine and from critical evaluation of new treatments to patient-population-related outcomes, each issue provides up-to-date coverage of novel developments that enhance our understanding of the pathophysiology, diagnosis and treatment of endocrine and metabolic disorders or give insight into the metabolic basis of other human diseases. Over and above new findings submitted from researchers across the globe, regular features of special interest include personal perspectives and commentaries on new developments, results of prismatic clinical trials, mini-reviews, and clinical practice guidelines.

 Journal Website

## Contact

*Journal of Clinical Endocrinology & Metabolism*

Endocrine Society

2055 L Street NW, Suite 600

Washington, DC 20036

Phone: 202-971-3669

**publications@endocrine.org**

### FEATURED ARTICLES

THE JOURNAL OF CLINICAL ENDOCRINOLOGY AND METABOLISM    Journal Article

## Papillary Thyroid Cancer Recurrence Risk Factors

May 17, 2022

Here analysis of existing next-generation sequencing data was employed to investigate gene expression changes and somatic mutational profiles associated with thyroid cancer recurrence.

THE JOURNAL OF CLINICAL ENDOCRINOLOGY AND METABOLISM    Journal Article

## SARS-CoV-2 vaccine-Induced Thyroiditis Revaccination

May 10, 2022

This study aims to present long-term clinical follow-up of SARS-CoV-2 vaccine-induced SAT or GD cases and provide data regarding the safety of revaccinations.

THE JOURNAL OF CLINICAL ENDOCRINOLOGY AND METABOLISM        Journal Article

# Inflammation and COVID-19 Mortality in Type 2 Diabetes

May 03, 2022

This study seeks to determine the relationship of inflammation with mortality in COVID-19 hospitalized patients and to assess if the relationship differs by strata of type 2 diabetes status.

THE JOURNAL OF CLINICAL ENDOCRINOLOGY AND METABOLISM        Journal Article

# NGS in Chinese Children With Short Stature

April 26, 2022

We aim to explore the diagnostic efficiency of the associated risk factors of short stature and their exome sequences for screening.

THE JOURNAL OF CLINICAL ENDOCRINOLOGY AND METABOLISM        Journal Article

# OC and Menopausal HT and Risk of Pituitary Adenoma

April 19, 2022

This study aims to determine the association between use of oral contraceptives and menopausal hormone therapy and risk of pituitary adenoma in two separate datasets.

# Tweets by @EndoSocJournals



**Endocrine Society Journals**
@EndoSocJournals

Meet #JCEM Editor in Chief Paul M. Stewart MD FRCP FMedSci at #ECE2022 in Milan! Paul will be @TheEndoSociety booth in the exhibition hall (#33) from 1.30 pm to 2.30 pm CEST on Sunday 22 May and Monday 23 May, ready to discuss your submission ideas.



Embed                                                                                                                View on Twitter

All Patient Guides are the property of the Endocrine Society. All Endocrine Society materials are protected by copyright and all rights are reserved. Individual or personal use only of the Patient Guides is allowed without permission from the Endocrine Society. To license this content: licensing@endocrine.org