IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER THE GRANT OF LAINEY ARMISTEAD'S PERMISSIVE INTERVENTION**

Pending before the Court is Plaintiff's Motion to Reconsider the Grant of Lainey Armistead's Permissive Intervention. After considering the papers submitted by counsel, the applicable law, the arguments of counsel, and the record before the Court, and for good cause having been shown, Plaintiff's Motion is **GRANTED** and Lainey Armistead's status as Defendant-Intervenor is hereby revoked.

IT IS SO ORDERED.

Dated: _____                         _____
                                                                   Honorable Joseph R. Goodwin
                                                                   United States District Court Judge