# Exhibit 64

```
 1
 2
 3
 4        I, CHAD T. CARLSON, M.D., FACSM, do hereby
 5   declare under penalty of perjury that I have read
 6   the foregoing transcript; that I have made any
 7   corrections as appear noted, in ink, initialed by
 8   me, or attached hereto; that my testimony as
 9   contained herein, as corrected, is true and correct.
10            EXECUTED this _11__ day of May_____,
11    2022__, at West Des Moines_____, Iowa_____.
                         (City)                  (State)
12
13
14
15   _____
                  CHAD T. CARLSON, M.D., FACSM
16                        VOLUME I
17
18
19
20
21
22
23
24
25
                                                  Page 226
```

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were placed under oath; that a
8   record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; further, that the foregoing is
11  an accurate transcription thereof.
12       I further certify that I am neither
13  financially interested in the action nor a relative
14  or employee of any attorney of any of the parties.
15       IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17
18  Dated: April 11, 2022
19
20
21  _____
22              ALEXIS KAGAY
23              CSR NO. 13795
24
25

Page 227

```
 1   HAL FRAMPTON

 2   HFrampton@adflegal.org

 3                                           April 11, 2022

 4   RE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION

 5   March 28, 2022, CHAD T. CARLSON, M.D., JOB NO. 5122881

 6   The above-referenced transcript has been

 7   completed by Veritext Legal Solutions and

 8   review of the transcript is being handled as follows:

 9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25
```

Page 228

```
 1   _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2       Transcript - The witness should review the transcript and
 3       make any necessary corrections on the errata pages included
 4       below, notating the page and line number of the corrections.
 5       The witness should then sign and date the errata and penalty
 6       of perjury pages and return the completed pages to all
 7       appearing counsel within the period of time determined at
 8       the deposition or provided by the Federal Rules.
 9   ___ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 229

```
 1   CASE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION
 2   WITNESS: CHAD T. CARLSON, M.D.,  (#JOB NO 5122881)
 3                    E R R A T A  S H E E T
 4   PAGE__25___ LINE__19___ CHANGE_____
 5   should read "categorically stronger and
 6   faster"_____ REASON__replacing
 7   technical difficulty_____
 8   PAGE__41___ LINE___8__ CHANGE_should read "I don't_____
 9   believe I've been retained to provide"_____
10   REASON_more accurately reflects what was said_____
11   PAGE__41___ LINE_15-17__ CHANGE_I believe some of this
12   text was Mr. Block_____
13   REASON_more accurately reflects what was said_____
14   PAGE__48___ LINE__15___ CHANGE_should read "on site" not
15   "insight"_____
16   REASON_more accurately reflects what was said_____
17   PAGE__53___ LINE__19___ CHANGE_Should read "both before
18   and after transition"_____
19   REASON_more accurately reflects what was said____
20   PAGE__112___ LINE__4__ CHANGE__"they" should be
21   "I"_____
22   REASON__more accurately reflects what was said_____
23   [signature] mP                          May 11, 2022_____
24   WITNESS                                 Date
25
                                                      Page 230
```

```
 1   CASE: B.P.J. vs. WEST VIRGINIA STATE BOARD OF EDUCATION
 2   WITNESS: CHAD T. CARLSON, M.D.,  (#JOB NO 5122881)
 3                  E R R A T A  S H E E T
 4   PAGE_149____ LINE_11__ CHANGE_"There's" should be
 5   "Those"_____ _____
 6   REASON_more accurately reflects what was said_____
 7   PAGE__202___ LINE__21___ CHANGE_replace (technical
 8   difficulty) with "individual"_____
 9   REASON_filling in testimony missed because of technical
10   difficulty_____
11   PAGE__18___ LINE_5___ CHANGE_I was also retained by the
12   State of Arkansas, but I have not performed any work for
13   that engagement because the law has not been challenged
14   REASON__remembered additional
15   engagemenet_____ PAGE_____ LINE_____
16   CHANGE_____
17
18
19   _____
20   REASON_____
21   PAGE_____ LINE_____ CHANGE_____
22   _____
23   REASON_____
24   [signature]                            May 11, 2022___
25   WITNESS                                Date
```

Page 230