# EXHIBIT R

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/326555901

# Reaction Times of Preschool Children on the Ruler Drop Test: A Cross-Sectional Study With Reference Values

Article *in* Perceptual and Motor Skills · July 2018

DOI: 10.1177/0031512518789563

CITATIONS
3

READS
2,917

4 authors, including:

Pedro Ángel Latorre Román
Universidad de Jaén
267 PUBLICATIONS   2,320 CITATIONS
SEE PROFILE

Felipe García Pinillos
University of Granada
181 PUBLICATIONS   1,793 CITATIONS
SEE PROFILE

Jesús Salas Sánchez
Universidad Internacional de La Rioja
39 PUBLICATIONS   152 CITATIONS
SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Ergolab View project

Sport technology & Training: Reliability and validity of new wearables View project

All content following this page was uploaded by Felipe Garcia Pinillos on 09 August 2018.

The user has requested enhancement of the downloaded file.

Article

# Reaction Times of Preschool Children on the Ruler Drop Test: A Cross-Sectional Study With Reference Values

Perceptual and Motor Skills
0(0) 1–13
© The Author(s) 2018
Reprints and permissions:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/0031512518789563
journals.sagepub.com/home/pms

$SAGE

Pedro Ángel Latorre-Roman[1],
Alejandro Robles-Fuentes[1],
Felipe García-Pinillos[2], and
Jesús Salas-Sánchez[3]

## Abstract

Reaction time (RT) tasks assess several brain functions, and a slow RT can be due to various brain diseases, disorders, and acquired conditions. This study examined age and gender differences in RTs of Spanish preschool children on the ruler drop test (RDT) and presents norm-referenced results. Participants were 3,741 children (1,845 girls and 1,896 boys; mean [M] age = 55.93, standard deviation [SD] = 11.14 months; M body mass index = 15.94, $SD = 1.91\,kg/m^2$), selected from 51 schools in southern Spain. We measured RT with the RDT, and we collected both right- and left-hand data. We expressed normative mean RDT values of both hands according to gender and age in percentiles. Based on mean RDT scores, girls exhibited a poorer performance than boys aged 4 years ($p = .032$, Cohen's $d = -0.122$) and 5 years ($p = .001$, Cohen's $d = -0.194$). For the whole group, RDT performance was faster with increased age, from the age of five years.

## Keywords

early childhood, fitness, health, reaction time

[1]Department of Didactics of Corporal Expression, University of Jaén, Spain
[2]Department of Physical Education, Sport and Recreation, Universidad de La Fontera, Temuco, Chile
[3]Universidad Autónoma de Chile, Chile

**Corresponding Author:**
Jesús Salas-Sánchez, Universidad Autónoma de Chile, Providencia, Chile.
Email: jesussalas644@gmail.com

### Introduction

The preschool age is characterized by significant changes in the acquisition of fundamental motor skills and nervous system maturation (Tanaka, Hikihara, Ohkawara, & Tanaka, 2012). The development of motor competence during infancy and childhood is influenced by the individual child's growth and morphological, physiological, and neuromuscular characteristics (Venetsanou & Kambas, 2009). The mastery of fundamental motor skills contributes to children's physical, cognitive, and social development and is essential for an active lifestyle (Lubans, Morgan, Cliff, Barnett, & Okely, 2010). Reaction time (RT), the speed of movement, and agility are some components of motor skills related to fitness (Moradi & Esmaeilzadeh, 2015). RT is the measure of time taken to respond, from the onset of a "Go" signal until a response is made.

Motor-cognitive response time is expressed as RT, which represents both the speed of information processing and the motor response of coordinated peripheral movements (Mishra, Dasgupta, Mohan, Aranha, & Samuel, 2018). RT can be assessed in young children to evaluate developmental changes and individual differences in sustained attention and organization of behavior (Weissberg, Ruff, & Lawson, 1990). Moreover, RT tasks assess several brain functions, such as different attentional processes (Stuss et al., 2005), interhemispheric transfer, age-related changes in cognition (Anstey et al., 2007), cognitive flexibility (Hillman et al., 2014), and motor and cognitive processing speed (Aranha, Moitra, et al., 2017). Simple RT measures correlate significantly with the measures of general intelligence (*g* factor) and are considered elementary measures of cognition (Woodley, Te Nijenhuis, & Murphy, 2014).

A slow RT can result from various brain diseases, disorders and acquired conditions that affect white matter conduction, gray matter neurotransmission, and efficiency of cognitive neural networks (Klotz, Johnson, Wu, Isaacs, & Gilbert, 2012). Therefore, RT deficits have been well demonstrated in children with attention deficit hyperactivity disorder (ADHD; Sjöwall, Roth, Lindqvist, & Thorell, 2013), developmental coordination disorder (DCD; Gama, Ferracioli, Hiraga, & Pellegrini, 2016; Johnston, Burns, Brauer, & Richardson, 2002), dyslexia (Kaltner & Jansen, 2014), and autism spectrum disorder (ASD; Herrero & Crocetta, 2015). Poor RT has also been associated with childhood obesity and high body mass index (BMI) values (Gentier et al., 2013; Skurvydas et al., 2009). Conversely, a high level of moderate and vigorous physical activity has been associated with improved RT performance in children (Syväoja, Tammelin, Ahonen, Kankaanpää, & Kantomaa, 2014).

There are only a limited number of studies that have correlated physical and motor fitness with growth and maturity (Malina & Katzmarzyk, 2006), particularly on RT in preschool children, as most studies of RT have been conducted in children over six years of age (Aranha, Saxena, et al., 2017; Madsen et al., 2011; Manna, Pan, & Chowdhury, 2014; Tamnes, Fjell,

Westlye, Ostby, & Walhovd, 2012). Moreover, there is limited information about the reliability and validity of fitness and motor tests in preschool children (Ortega et al., 2015), though reliable measures of fitness and motor tests are necessary in order to investigate the relationship between physical fitness and health in this population (Latorre Román et al., 2015; Ortega et al., 2015).

RT is typically assessed using computerized neuropsychological testing software (Baisch, Cai, Li, & Pinheiro, 2017; Moradi & Esmaeilzadeh, 2017). However, high cost and requirements for professional management in estimating RT make this method inapplicable in a school setting. A simple, less expensive measure of RT that can be used to replace the computer assessment is the traditional ruler drop test (RDT) and, although the RDT measures RT plus movement time, it continues to be an acceptable means of measuring simple RT (Del Rossi, Malaguti, & Del Rossi, 2014). The RDT has acceptable reliability and criterion validity (Aranha, Sharma, Joshi, & Samuel, 2015; Eckner, Whitacre, Kirsch, & Richardson, 2009), and RDT reliability in preschool children has previously been reported. In prior analyses of reliability using test–retest, descriptive results (i.e., mean [M] and ± standard deviation [SD]) for pretest and retest were $38.43 \pm 7.86$ and $37.56 \pm 9.75$ cm ($p = .264$), respectively (Latorre Román et al., 2015). Moreover, prior researchers found an intraclass correlation coefficient (ICC) equal to 0.744 (95% confidence interval [0.836, 0.602]), the Bland–Altman graphic showed limits of agreement (2 *SD*) of 13.8 and −13.6 cm, and the mean of the differences was equal to $0.10 \pm 6.87$ cm (Latorre Román et al., 2015). In addition, the RDT has also been used in previous studies among school-aged children (Aranha, Saxena, et al., 2017; Fong, Ng, & Chung, 2013; Manna et al., 2014). In this regard, a previous study showed no significant differences between boys and girls in RDT for age groups 6-12 years; in addition, the RDT performance increased with age, and a significant change occurred between six and eight years of age (Aranha, Saxena, et al., 2017).

Despite being a significant indicator of function, behavior, and performance, RT has been infrequently employed in school settings to identify children with slowed motor cognitive processing. We assert that an early identification of delayed RT would help teachers and parents address children's functional deficits and quality of life (Aranha, Saxena, et al., 2017). Yet, to the best of our knowledge, there is no information available about reference values of RDT in preschool children. This study hypothesized no significant gender differences in RDT, but we expected variables, such as age and BMI, to influence a participant's RDT performance, with improved RDT performance with increasing age and worsening of RDT performance with increased BMI. Therefore, the main purpose of this study was to examine age and gender differences in RDT and determine and present reference RDT values for Spanish preschool children.

## Method

### Participants

A total of 3,741 children participated in this study (1,845 girls and 1,896 boys; M age = 55.93, $SD = 11.14$ months; M BMI = 15.94, $SD = 1.91 \text{ kg/m}^2$); they were selected from 51 schools in southern Spain. This was a convenience sample selected from a large geographic area (both urban and rural) of Andalusia (Spain). Inclusion criteria were schooling in early childhood and being free from physical or intellectual disabilities. Parents of all child participants voluntarily signed an informed consent form prior to their child's participation in this study. The study was completed in accordance with the norms of the Declaration of Helsinki (2013 version) and was approved by the ethics committee of the University of Jaén (Spain).

*Instrumentation.* Body height (in cm) was measured with a stadiometer (Seca 222, Hamburg, Germany) and body mass (in kg) with a weighing scale (Seca 899, Hamburg, Germany). BMI was calculated by dividing body mass (kg) by height$^2$ (m). Waist circumference (WC) was established using a Seca Ergonomic Circumference Measuring Tape SE201 (Seca, Germany). To measure the RT, we used the RDT, which aims to measure the RT and eye-hand coordination. We used a 50- to 60-cm-long ruler and repeated the RDT three times with each hand, determining the average score of each hand for subsequent statistical analysis. The RT conversion is performed using the formula for a body in free fall under the influence of gravity ($d = ½ \, gt^2$). The test score was the distance reached, with a lower distance indicating better performance. Regarding time conversion, the test score was the running time, with a longer time corresponding to a poorer performance.

*Procedure.* We used the following standardized testing procedure for RDT: The child was invited to sit on a chair with their hand kept in the mid-prone position, elbow flexed to 90°, and forearm supported on a table, with the open hand at the edge of the surface. The ruler was suspended vertically by the examiner, such that the 0-cm mark on the ruler coincided with the borders of the fingers (Figure 1). The ruler was then dropped between two fingers without prior intimation, and the subjects were asked to grasp it as quickly as possible. The order of testing of each hand was randomized. The research team conducted a demonstration. The children also performed some familiarization trials for the RDT. The children were encouraged to reach the best score possible. A week later, 84 children (included in the previous data collection) performed the same test (retest).

*Data analysis.* Data were analyzed using SPSS, v.19.0 for Windows (SPSS Inc., Chicago, IL) and the R statistical program (R Development Core Team, 2016)



**Figure 1.** Ruler drop test.

with the Generalized Additive Model for Location, Scale and Shape (GAMLSS) package (Rigby & Stasinopoulos, 2006). The statistical significance level was set at $p < .05$. Descriptive data were reported as Ms and SDs. Tests of normal distribution and homogeneity (Kolmogorov–Smirnov and Levene's tests) were conducted on all data before analysis. Differences between gender and age groups were analyzed using analysis of variance adjusted by the Bonferroni test. The magnitudes of the differences between values were also interpreted using Cohen's $d$ effect size (Cohen, 1988). Effect sizes are reported as: trivial (<0.2), small (0.2–0.49), medium (0.5–0.79), and large (≥0.8) (Cohen, 1988). Pearson's correlation analysis was performed between the RDT and the anthropometric variables, adjusting for age and gender. A reliability pretest–posttest analysis was performed using intraclass correlation coefficients (ICCs). According to the classifications proposed by Shrout and Fleiss (1979), a very good correlation is represented by ICC > 90; a good correlation lies between $0.71 < ICC < 0.90$, a moderate ICC between $0.51 < ICC < 0.70$, and a poor ICC between $0.31 < ICC < 0.50$. The percentile curves were calculated as a function of age stratified by gender, using the mbda, mu, sigma, power exponential (LMSP) method, assuming a Box–Cox power exponential distribution, a generalized model of the lambda, mu, sigma (LMS) method. This approach has been implemented in the GAMLSS package in R software (Stasinopoulos & Rigby, 2007).

## Results

Table 1 shows these participants' anthropometric characteristics and RDT performances, subgrouped by gender. Boys presented a higher mean BMI than girls, and girls exhibited significantly poorer RT scores in the RDT than did boys when comparing the mean score of both hands and the individual scores of each hand (right and left). Table 2 shows the mean RT performance by both age-group and gender. Girls displayed a significantly poorer performance from the age of 4 years ($p = .032$) to 5 years ($p = .001$) than did same aged boys. In relation to age, for the whole group, the RT performance increased with increasing age from 5 years. Pearson's correlation analysis indicated a weak negative correlation between the RT and age ($r = -.052$, $p = .002$), height ($r = -.111$, $p < .001$), and weight ($r = -.100$, $p < .001$). The 0.4th, 2nd, 10th,

**Table 1.** Anthropometric Characteristics and RDT Performance According to Sex.

|  | All ($n = 3,741$) Mean (SD) | Boys ($n = 1,896$) Mean (SD) | Girls ($n = 1,845$) Mean (SD) | $p$ | Cohen's $d$ |
|---|---|---|---|---|---|
| Age (years) | 55.93 (11.14) | 55.71 (11.11) | 56.16 (11.16) | .211 | −0.041 |
| Body mass (kg) | 19.39 (4.27) | 19.63 (4.37) | 19.14 (4.16) | <.001 | 0.114 |
| Body height (cm) | 109.18 (8.35) | 109.48 (8.41) | 108.87 (8.29) | .023 | 0.073 |
| Body mass index (kg/m$^2$) | 15.94 (1.91) | 16.03 (1.93) | 15.85 (1.89) | .003 | 0.099 |
| WC (cm) | 56.72 (7.90) | 56.86 (7.68) | 56.57 (8.11) | .243 | 0.037 |
| RDT right hand (cm) | 33.27 (11.89) | 32.56 (11.77) | 33.99 (11.97) | <.001 | −0.083 |
| RDT left hand (cm) | 31.95 (11.19) | 31.43 (11.01) | 32.49 (11.36) | .004 | −0.012 |
| RDT average (cm) | 32.43 (10.56) | 31.86 (10.40) | 33.02 (10.70) | .001 | −0.053 |

*Note.* SD = standard deviation; WC = waist circumference; RDT = ruler drop test.

**Table 2.** RDT Average by Age Groups and Sex.

| Age (years) | All | | Boys | | Girls | | $p$ | Cohen's $d$ |
|---|---|---|---|---|---|---|---|---|
| | $n$ | Mean (SD) | $n$ | Mean (SD) | $n$ | Mean (SD) | | |
| 3 | 931 | 32.56 (11.56)$_a$ | 483 | 32.43 (11.08)$_a$ | 448 | 32.70 (11.26)$_a$ | .697 | −0.024 |
| 4 | 1,175 | 33.30 (10.81)$_a$ | 604 | 32.66 (10.53)$_a$ | 571 | 33.98 (11.07)$_a$ | .032 | −0.122 |
| 5 | 1,302 | 32.25 (10.07)$_a$ | 659 | 31.29 (9.86)$_{a,b}$ | 643 | 33.24 (10.19)$_a$ | .001 | −0.194 |
| 6 | 329 | 29.73 (9.35)$_b$ | 148 | 29.26 (9.47)$_b$ | 181 | 30.12 (9.26)$_b$ | .461 | −0.092 |
| $p$ (intra group) | | <.001 | | <.001 | | <.001 | | |

*Note.* Values with different subscript letters indicate significant differences ($p < .05$) in post hoc analysis Bonferroni. The data are displayed in cm. SD = standard deviation; RDT = ruler drop test.

25th, 50th, 75th, 90th, 98th, and 99.6th percentile curves were computed for RDT, averaging the results of both hands, according to gender and age (Table 3, Figures 2 and 3).

## Discussion

This study hypothesized no significant gender differences in RDT, but we expected variables, such as age and BMI, to influence a participant's RDT performance such that RDT performance would improve with increasing age and BMI. However, our results unexpectedly revealed that RDT performance differed between 4- and 5-year-old boys and girls, with girls exhibiting a poorer performance than boys. There were no significant gender differences between the genders for 3-year-olds. Few studies have focused on preschool children over this age range. Nonetheless, a previous study showed that males had a significantly faster mean RT than females across the life span (Dykiert, Der, Starr, & Deary, 2012). Surnina and Levedeva (2001) found that even in preschool children, gender dimorphism manifested itself in the reaction rate, with quick reactions occurring more often in boys than girls. Conversely,

**Table 3.** Percentiles Values of RDT Average in Boys and Girls.

| Age (months) | Percentile | 0.4 | 2 | 10 | 25 | 50 | 75 | 90 | 98 | 99.6 |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Boys | 7.59 | 11.02 | 16.61 | 22.39 | 30.67 | 39.34 | 45.91 | 52.80 | 57.41 |
|  | Girls | 8.17 | 11.56 | 17.05 | 22.51 | 30.04 | 38.41 | 45.76 | 54.81 | 61.66 |
| 42 | Boys | 9.59 | 12.86 | 18.24 | 23.82 | 31.89 | 40.68 | 47.75 | 55.64 | 61.17 |
|  | Girls | 8.71 | 12.53 | 18.54 | 24.34 | 32.12 | 40.62 | 48.09 | 57.30 | 64.29 |
| 48 | Boys | 8.49 | 12.47 | 18.60 | 24.44 | 32.25 | 40.45 | 47.20 | 55.00 | 60.62 |
|  | Girls | 8.94 | 13.06 | 19.39 | 25.32 | 33.03 | 41.34 | 48.64 | 57.69 | 64.57 |
| 54 | Boys | 8.06 | 12.63 | 19.31 | 25.21 | 32.47 | 40.06 | 46.79 | 55.20 | 61.65 |
|  | Girls | 9.09 | 13.50 | 20.10 | 26.10 | 33.68 | 41.73 | 48.82 | 57.65 | 64.39 |
| 60 | Boys | 9.60 | 13.73 | 19.86 | 25.25 | 31.80 | 38.91 | 45.77 | 55.12 | 62.82 |
|  | Girls | 9.11 | 13.75 | 20.51 | 26.46 | 33.79 | 41.46 | 48.26 | 56.75 | 63.26 |
| 66 | Boys | 11.29 | 14.47 | 19.42 | 24.11 | 30.31 | 37.36 | 44.17 | 53.45 | 61.15 |
|  | Girls | 8.86 | 13.60 | 20.31 | 26.04 | 32.91 | 40.02 | 46.34 | 54.28 | 60.40 |
| 72 | Boys | 10.51 | 13.44 | 18.07 | 22.63 | 28.92 | 35.89 | 42.01 | 49.51 | 55.20 |
|  | Girls | 8.36 | 13.03 | 19.47 | 24.82 | 31.05 | 37.42 | 43.12 | 50.34 | 55.91 |
| 78 | Boys | 7.95 | 11.15 | 16.07 | 20.86 | 27.38 | 34.06 | 39.19 | 44.70 | 48.45 |
|  | Girls | 7.55 | 11.95 | 17.84 | 22.60 | 28.00 | 33.46 | 38.38 | 44.65 | 49.52 |

*Note.* The data are displayed in cm. RDT = ruler drop test.



**Figure 2.** Percentile curves for RDT (cm) for boys.

Aranha, Saxena, et al (2017) found no significant gender differences in RDT in children aged 6-12 years, which can be explained by the fact that, in this study, there were no significant differences in BMI between genders.

Regarding age, the RT values decreased with increasing age, beginning only from five years of age. Our findings add to past research, showing that at age 5-6 years, RT decreased (Surnina & Lebedeva, 2001). Likewise, Bucsuházy and Semela (2017) noted significant differences between children 3-5 and 6-7 years old. In addition, Aranha, Saxena, et al., 2017 found that RDT values were similar in children 6-8 and 10-12 years old, while significant differences emerged from 8-10 years old. Therefore, these systems mature in childhood and, consequently, a shorter and less variable RT is part of typical development (Klotz et al., 2012). Consistent with Kiselev (2015), we assume that the age-related differences in processing speed can be understood in relation to the heterochronicity of child brain development and the specific mechanisms related to brain maturation.

In contrast, the influences of anthropometric characteristics, such as body mass, body height, BMI, and WC, on the RT in preschool children are less well understood. Several studies demonstrated that obesity and being overweight reduced RT performance (Gentier et al., 2013; Skurvydas



**Figure 3.** Percentile curves for RDT (cm) for girls.

et al., 2009). This study suggests that RDT in healthy preschool children aged 3-6 years are correlated with parameters of physical growth, such as body mass and body height, although Pearson's values were very low. Similar results were reported by Aranha, Saxena, et al. (2017) who found moderate correlations between RDT and body height ($r = -.33$) and body mass ($r = -.28$) in school children. Moreover, in this study, no correlations between BMI, WC, and RDT were noted, concurring with recent studies that investigated the relationship between RT and weight status in children (Aranha, Saxena, et al., 2017; Esmaeilzadeh, 2014; Moradi & Esmaeilzadeh, 2017). Finally, this study provides age- and gender-adjusted reference values for RDT, in Spanish preschool children.

The main limitation of this study was its cross-sectional design. Following children over time in longitudinal research would provide further needed data regarding time-related developmental changes as affected by other variables in individual children. However, a strength of this study was the large population sample we gathered. Of course, this study might also have been improved by the collection of additional relevant data that might affect RT development and manifestation in preschool children.

# Conclusion

This study revealed unexpected gender differences (with boys superior at ages 4–5 years) and expected age differences in RT performance, and we provide reference values for the RDT that now allow future individual child comparisons on this simple RT task. Advantages of the RDT include that it requires no training and has a relatively short duration and that instrument requirements are simple and accessible (Aranha, Saxena, et al., 2017). The RDT may now be more frequently used for monitoring RT development in preschoolers, with percentile values of this study providing reference values for teachers and coaches working with children aged 3-6 years.

## Acknowledgments

The authors gratefully thank all the schools of Andalusia who have collaborated in this study.

## Declaration of Conflicting Interests

The author(s) declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The author(s) received no financial support for the research, authorship, and/or publication of this article.

## Human Subjects Approval Statement

The study was completed in accordance with the norms of the Declaration of Helsinki (2013 version) and was approved by the Ethics Committee of the University of Jaén (Spain).

## References

Anstey, K. J., Mack, H. A., Christensen, H., Li, S. C., Reglade-Meslin, C., Maller, J., . . . Sachdev, P. (2007). Corpus callosum size, reaction time speed and variability in mild cognitive disorders and in a normative sample. *Neuropsychologia*, *45*(8), 1911–1920. doi:10.1016/j.neuropsychologia.2006.11.020

Aranha, V. P., Moitra, M., Saxena, S., Narkeesh, K., Arumugam, N., & Samuel, A. (2017). Motor cognitive processing speed estimation among the primary schoolchildren by deriving prediction formula: A cross-sectional study. *Journal of Neurosciences in Rural Practice*, *8*(1), 79–83.

Aranha, V. P., Saxena, S., Moitra, M., Narkeesh, K., Arumugam, N., & Samuel, A. J. (2017). Reaction time norms as measured by ruler drop method in school-going South Asian children: A cross-sectional study. *HOMO-Journal of Comparative Human Biology*, *68*(1), 63–68. doi:10.1016/j.jchb.2016.12.001

Aranha, V. P., Sharma, K., Joshi, R., & Samuel, A. J. (2015). Catch the moving ruler and estimate reaction time in children. *Indian Journal of Medical & Health Sciences*, *2*(1), 23–26. doi:10.21088/ijmhs.2347.9981.2115.4

Baisch, B., Cai, S., Li, Z., & Pinheiro, V. (2017). Reaction time of children with and without autistic spectrum disorders. *Open Journal of Medical Psychology*, 6, 166–178. doi:10.4236/ojmp.2017.62014

Bucsuházy, K., & Semela, M. (2017). Case study: Reaction time of children according to age. *Procedia Engineering*, 187, 408–413.

Cohen, J. (1988). Statistical power analysis for the behavioral sciences. *Statistical Power Analysis for the Behavioral Sciences*. doi:10.1234/12345678

Del Rossi, G., Malaguti, A., & Del Rossi, S. (2014). Practice effects associated with repeated assessment of a clinical test of reaction time. *Journal of Athletic Training*, 49(3), 356–359. doi:10.4085/1062-6059-49.2.04

Dykiert, D., Der, G., Starr, J. M., & Deary, I. J. (2012). Sex differences in reaction time mean and intraindividual variability across the life span. *Developmental Psychology*, 48(5), 1262–1276. doi:10.1037/a0027550

Eckner, J. T., Whitacre, R. D., Kirsch, N. L., & Richardson, J. K. (2009). Evaluating a clinical measure of reaction time: An observational study. *Perceptual and Motor Skills*, 108, 717–720. doi:10.2466/PMS.108.3.717-720

Esmaeilzadeh, S. (2014). Reaction time: Does it relate to weight status in children? *HOMO-Journal of Comparative Human Biology*, 65(2), 171–178. doi:10.1016/j.jchb.2013.09.007

Fong, S. S. M., Ng, S. S. M., & Chung, L. M. Y. (2013). Health through martial arts training: Physical fitness and reaction time in adolescent Taekwondo practitioners. *Health*, 5(6), 1–5. doi:10.4236/health.2013.56A3001

Gama, D. T., Ferracioli, M. D. C., Hiraga, C. Y., & Pellegrini, A. M. (2016). Value of pre-cue information for motor tasks performed by children with developmental coordination disorder (DCD). *Motriz: Revista de Educacao Fisica*, 22(3), 138–143. doi:10.1590/S1980-6574201600030004

Gentier, I., Augustijn, M., Deforche, B., Tanghe, A., De Bourdeaudhuij, I., Lenoir, M., & D'Hondt, E. (2013). A comparative study of performance in simple and choice reaction time tasks between obese and healthy-weight children. *Research in Developmental Disabilities*, 34(9), 2635–2641. doi:10.1016/j.ridd.2013.04.016

Herrero, D., & Crocetta, T. B. (2015). Total reaction time performance of individuals with autism after a virtual reality task. *International Journal of Neurorehabilitation*, 2(5). doi:10.4172/2376-0281.1000189

Hillman, C. H., Pontifex, M. B., Castelli, D. M., Khan, N. A., Raine, L. B., Scudder, M. R.,...Kamijo, K. (2014). Effects of the FITKids randomized controlled trial on executive control and brain function. *Pediatrics*, 134(4), e1063–e1071. doi:10.1542/peds.2013-3219

Johnston, L. M., Burns, Y. R., Brauer, S. G., & Richardson, C. A. (2002). Differences in postural control and movement performance during goal directed reaching in children with developmental coordination disorder. *Human Movement Science*, 21(5–6), 583–601. doi:10.1016/S0167-9457(02)00153-7

Kaltner, S., & Jansen, P. (2014). Mental rotation and motor performance in children with developmental dyslexia. *Research in Developmental Disabilities*, 35(3), 741–754. doi:10.1016/j.ridd.2013.10.003

Kiselev, S. (2015). Age-related differences in processing speed in preschool children. *The Open Behavioral Science Journal*, 9(1), 23–31.

Klotz, J. M., Johnson, M. D., Wu, S. W., Isaacs, K. M., & Gilbert, D. L. (2012). Relationship between reaction time variability and motor skill development in ADHD. *Child Neuropsychology*, 18(6), 576–585. doi:10.1080/09297049.2011.625356

Latorre Román, P. Á., López, D. M., Sánchez, M. F., Sánchez, J. S., Coronas, F. M., & García-Pinillos, F. (2015). Test-retest reliability of a field-based physical fitness assessment for children aged 3-6 years. *Nutricion Hospitalaria*, 32(4), 1683–1688. doi:10.3305/nh.2015.32.4.9486

Lubans, D. R., Morgan, P. J., Cliff, D. P., Barnett, L. M., & Okely, A. D. (2010). Fundamental movement skills in children and adolescents: Review of associated health benefits. *Sports Medicine (Auckland, N.Z.)*, 40(12), 1019–35. doi:10.2165/11536850-000000000-00000

Madsen, K. S., Baaré, W. F. C., Skimminge, A., Vestergaard, M., Siebner, H. R., & Jernigan, T. L. (2011). Brain microstructural correlates of visuospatial choice reaction time in children. *NeuroImage*, 58(4), 1090–1100. doi:10.1016/j.neuroimage.2011.07.032

Malina, R. M., & Katzmarzyk, P. T. (2006). Physical activity and fitness in an international growth standard for preadolescent and adolescent children. *Food and Nutrition Bulletin*, 27(4 Suppl): S295–S313.

Manna, I., Pan, S. R., & Chowdhury, M. (2014). Anthropometric, physical, cardiorespiratory fitness and lipids and lipoproteins profile of young Indian children of 10-16 years age group. *American Journal of Sports Science and Medicine*, 2(4), 154–160. doi:10.12691/ajssm-2-4-7

Mishra, R., Dasgupta, A., Mohan, V., Aranha, V. P., & Samuel, A. J. (2018). Increasing cardiopulmonary aerobic activity improves motor cognitive response time: An inference from preliminary one-group pretest-posttest quasi-experimental study. *Indian Heart Journal*, 70(1), 128–129. doi:10.1016/J.IHJ.2017.11.010

Moradi, A., & Esmaeilzadeh, S. (2015). Association between reaction time, speed and agility in schoolboys. *Sport Sciences for Health*, 11(3), 251–256. doi:10.1007/s11332-015-0230-4

Moradi, A., & Esmaeilzadeh, S. (2017). Simple reaction time and obesity in children: Whether there is a relationship? *Environmental Health and Preventive Medicine*, 22(1), 2. doi:10.1186/s12199-017-0612-0

Ortega, F. B., Cadenas-Sánchez, C., Sánchez-Delgado, G., Mora-González, J., Martínez-Téllez, B., Artero, E. G., ... Ruiz, J. R. (2015). Systematic review and proposal of a field-based physical fitness-test battery in preschool children: The PREFIT battery. *Sports Medicine*, 45(4), 533–555.

R Development Core Team. (2016). *R: A language and environment for statistical computing*. Vienna, Austria: R Foundation for Statistical Computing. doi:10.1038/sj.hdy.6800737

Rigby, R. A., & Stasinopoulos, D. M. (2006). Using the Box-Cox t distribution in GAMLSS to model skewness and kurtosis. *Statistical Modelling*, 6(3), 209–229. doi:10.1191/1471082X06st122oa

Shrout, P. E., & Fleiss, J. L. (1979). Intraclass correlations: Uses in assessing rater reliability. *Psychological Bulletin*, 86(2), 420–428. doi:10.1037/0033-2909.86.2.420

Sjöwall, D., Roth, L., Lindqvist, S., & Thorell, L. B. (2013). Multiple deficits in ADHD: Executive dysfunction, delay aversion, reaction time variability, and emotional deficits. *Journal of Child Psychology and Psychiatry and Allied Disciplines*, 54(6), 619–627. doi:10.1111/jcpp.12006

Skurvydas, A., Gutnik, B., Zuoza, A. K., Nash, D., Zuoziene, I. J., & Mickeviciene, D. (2009). Relationship between simple reaction time and body mass index. *HOMO-Journal of Comparative Human Biology*, 60(1), 77–85. doi:10.1016/j.jchb.2008.06.006

Stasinopoulos, D. M., & Rigby, R. A. (2007). Generalized additive models for location scale and shape (GAMLSS) in R. *Journal of Statistical Software*, *23*(7), 1–46.

Stuss, D. T., Alexander, M. P., Shallice, T., Picton, T. W., Binns, M. A., Macdonald, R., . . . Katz, D. I. (2005). Multiple frontal systems controlling response speed. *Neuropsychologia*, *43*(3), 396–417. doi:10.1016/j.neuropsychologia.2004.06.010

Surnina, O. E., & Lebedeva, E. V. (2001). Sex- and age-related differences in the time of reaction to moving object in children and adults. *Human Physiology*, *27*(4), 436–440. doi:10.1023/A:1010958602326

Syväoja, H. J., Tammelin, T. H., Ahonen, T., Kankaanpää, A., & Kantomaa, M. T. (2014). The associations of objectively measured physical activity and sedentary time with cognitive functions in school-aged children. *PLoS One*, *9*(7), e103559. doi:10.1371/journal.pone.0103559

Tamnes, C. K., Fjell, A. M., Westlye, L. T., Ostby, Y., & Walhovd, K. B. (2012). Becoming consistent: Developmental reductions in intraindividual variability in reaction time are related to white matter integrity. *Journal of Neuroscience*, *32*(3), 972–982. doi:10.1523/JNEUROSCI.4779-11.2012

Tanaka, C., Hikihara, Y., Ohkawara, K., & Tanaka, S. (2012). Locomotive and non-locomotive activity as determined by triaxial accelerometry and physical fitness in Japanese preschool children. *Pediatric Exercise Science*, *24*, 420–434.

Thomas, J., Silverman, S., & Nelson, J. (2015). *Research methods in physical activity, 7E*. Champaign, IL: Human Kinetics.

Venetsanou, F., & Kambas, A. (2009). Environmental factors affecting preschoolers' motor development. *Early Childhood Education Journal*, *37*(4), 319–327. doi:10.1007/s10643-009-0350-z

Weissberg, R., Ruff, H. A., & Lawson, K. R. (1990). The usefulness of reaction time tasks in studying attention and organization of behavior in young children. *Journal of Developmental and Behavioral Pediatrics: JDBP*, *11*(2), 59–64. doi:10.1097/00004703-199004000-00004

Woodley, M. A., Te Nijenhuis, J., & Murphy, R. (2014). Were the Victorians cleverer than us? The decline in general intelligence estimated from a meta-analysis of the slowing of simple reaction time. *Intelligence*, *41*(6), 843–850. doi:10.1016/j.intell.2013.04.006.

## Author Biographies

**Pedro Ángel Latorre-Roman** is a professor in the Department of Didactics of Corporal Expression, University of Jaén, Spain.

**Alejandro Robles-Fuentes** is a professor and director of municipal sports schools in Santiago de la Espada, Jaén, Spain.

**Felipe García-Pinillos** is a professor in the Department of Physical Education, Sport and Recreation, Universidad de La Fontera, Temuco, Chile.

**Jesús Salas-Sánchez** is a professor and an associate researcher in Universidad Autó noma de Chile.

View publication stats