IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>     *Plaintiff*,<br><br>  v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>     *Defendants*,<br><br>  and<br><br>LAINEY ARMISTEAD,<br><br>     *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO PLACE DOCUMENTS UNDER SEAL**

  The Parties, through counsel, filed a Joint Motion to Place Documents Under Seal in the above-captioned matter to protect sensitive personal identifying information. After considering the moving papers, the Court concludes that the Parties have shown good cause and GRANTS the Parties' motion. Accordingly, it is ORDERED that the following documents be placed under seal:

- Dkt. No. 280-8
- Dkt. No. 285-9
- Dkt. No. 286-1
- Dkt. No. 289-20.

ORDERED: _____, 2022
/s/ _____
United States District Judge