IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.                                 CIVIL ACTION NO.   2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

**ORDER**

Pending before the court is the parties Joint Motion to Place Documents Under Seal. [ECF No. 377]. For good cause shown, the motion is **GRANTED.** The court directs the clerk to place the following documents **UNDER SEAL:**

- ECF No. 280-8
- ECF No. 285-9
- ECF No. 286-1
- ECF No. 289-20

The parties are **ORDERED** to file redacted copies of those documents in accordance with Local Rule 49.1.1(a).

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    June 7, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE