IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**B.P.J., by her next friend and mother,**
**HEATHER JACKSON,**

    Plaintiff,

v.                                            Civil Action No. 2:21-cv-00316
                                              Honorable Joseph R. Goodwin, Judge

**WEST VIRGINIA STATE BOARD OF EDUCATION,**
**HARRISON COUNTY BOARD OF EDUCATION,**
**WEST VIRGINIA SECONDARY SCHOOL**
**ACTIVITIES COMMISION, W. CLAYTON BURCH**
**in his official capacity as State Superintendent, and**
**DORA STUTLER in her official capacity as**
**Harrison County Superintendent,**
    Defendants,

And

**LAINEY ARMISTEAD,**
    Defendant-Intervenor.

**WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION'S**
**MOTION IN LIMINE TO EXCLUDE REGIONAL PRINCIPALS' MEETING**
**POWERPOINT AND RECORDED PRESENTATION**

    Now comes West Virginia Secondary School Activities Commission (WVSSAC), by counsel, Roberta F. Green, Kimberly M. Bandy, Shannon M. Rogers and Shuman McCuskey Slicer PLLC, and moves the Court, *in limine*, for an Order to exclude the video presentation and accompanying PowerPoint produced by WVSSAC. Based on Federal Rule of Evidence 401, 402, 403, 801, and 802, WVSSAC moves this Court for entry of an Order, excluding the PowerPoint and the accompanying video presentation produced in discovery as neither is relevant to the issues being tried in this case, indeed, neither has been substantively discovered in this case, such that

any use of them at trial would be speculative, and the resulting prejudice from their admission would outweigh any probative value they may have.

Wherefore, for all of the reasons set forth here and in the Memorandum in Support, WVSSAC requests an order *in limine* precluding use of the PowerPoint and recorded presentation at the trial herein.

                                      **WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION,**
                                      **By Counsel.**

**/S/ Roberta F. Green**
Roberta F. Green, Esquire (WVSB #6598)
Kimberly M. Bandy (WVSB #10081)
Shannon M. Rogers (WVSB # 13920)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street East, Suite 200 (25301
Charleston, WV 25339
(304) 345-1400
(304) 343-1826 FAX
rgreen@shumanlaw.com
kbandy@shumanlaw.com
srogers@shumanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**B.P.J., by her next friend and mother,**
**HEATHER JACKSON,**
    Plaintiff,

v.                                           **Civil Action No. 2:21-cv-00316**
                                                  **Honorable Joseph R. Goodwin, Judge**

**WEST VIRGINIA STATE BOARD OF EDUCATION,**
**HARRISON COUNTY BOARD OF EDUCATION,**
**WEST VIRGINIA SECONDARY SCHOOL**
**ACTIVITIES COMMISION, W. CLAYTON BURCH**
**in his official capacity as State Superintendent, and**
**DORA STUTLER in her official capacity as**
**Harrison County Superintendent,**
    Defendants,

And

**LAINEY ARMISTEAD,**
    Defendant-Intervenor.

## CERTIFICATE OF SERVICE

      I hereby certify that I, Roberta F. Green, have this day, the 22nd day of June, 2022, served a true and exact copy of the foregoing **"West Virginia Secondary School Activities Commission's Motion in Limine to Exclude Regional Principals' Meeting PowerPoint And Recorded Presentation"** with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Loree Beth Stark | Kathleen R. Hartnett |
| Nicholas Ward | Julie Veroff |
| ACLU of WV FOUNDATION | COOLEY LLP |
| 1614 Kanawha Boulevard, East | 101 California St. – 5th Floor |
| Charleston, WV  25311 | San Francisco, CA 94111-5800 |
| lstark@acluwv.org | khartnett@cooley.com |
| nward@acluwv.org | jveroff@cooley.com |

Katelyn Kang
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
kkang@cooley.com

Andrew Barr
COOLEY LLP
1144 15th St., Suite 2300
Denver, CO  80202-5686
abarr@cooley.com

Joshua Block
Chase Strangio
ACLU FOUNDATION
125 Broad Street
New York, NY  10004
jblock@aclu.org

Sruti Swaminathan
LAMBDA LEGAL
120 Wall St., 19th Floor
New York, NY 10005
sswaminathan@lambdalegal.org

Kelly C. Morgan
Michael W. Taylor
Kristen Vickers Hammond
BAILEY & WYANT, PLLC
500 Virginia St., East, Suite 600
Charleston, WV  25301
kmorgan@baileywyant.com
mtaylor@baileywyant.com
khammond@baileywyant.com

Douglas P. Buffington, II
Curtis R.A. Capehart
Jessica A. Lee
State Capitol Complex
Building 1, Room E-26
Charleston, WV  25305-0220
Curtis.R.A.Capehart@wvago.gov

Elizabeth Reinhardt
COOLEY LLP
500 Boylston St., 14th Floor
Boston, MA  02116-3736
ereinhardt@cooley.com

Avatara Smith-Carrington
LAMBDA LEGAL
3500 Oak Lawn Ave., Suite 500
Dallas, TX 75219
asmithcarrington@lambdalegal.org

Carl Charles
LAMBDA LEGAL
1 West Court Square, Suite 105
Decatur, GA  30030
ccharles@lambdalegal.org

Susan Llewellyn Deniker
Jeffrey M. Cropp
STEPTOE and JOHNSON, LLC
400 White Oaks Boulevard
Bridgeport, WV  26330
susan.deniker@steptoe-johnson.com
jeffrey.cropp@steptoe-johnson.com

Tara Borelli
LAMBDA LEGAL
1 West Court Square, Suite 105
Decatur, GA  30030
tborelli@lambdalegal.org

David C. Tryon
West Virginia Atty. General's Office
1900 Kanawha Blvd., E.
Bldg. 1, Rm 26E
Charleston, WV  25305
David.C.Tryon@wvago.gov

| | |
|---|---|
| Taylor Brown<br>American Civil Liberties Union<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>tbrown@aclu.org | Brandon S. Steele<br>Joshua D. Brown<br>Law Offices of Brandon S. Steele<br>3049 Robert C. Byrd Drive, Ste 100<br>Beckley, WV  25801<br>bsteelelawoffice@gmail.com<br>joshua_brown05@hotmail.com |
| Jonathan Scruggs<br>Roger Greenwood Brooks<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>jscruggs@adflegal.org<br>rbrooks@adflegal.org | Christiana Holcomb<br>Rachel Csutoros<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>cholcomb@adflegal.org<br>rcsutoros@adflegal.org |
| Timothy D. Ducar<br>Law Offices of Timothy D. Ducar, PLC<br>7430 E. Butherus Drive, Suite E<br>Scottsdale, AZ  85260<br>tducar@azlawyers.com | Meredith Taylor Brown<br>American Civil Liberties Union<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>tbrown@aclu.org |
| Anthony E. Nortz<br>Kesner & Kesner<br>112 Capitol Street<br>Charleston, WV  25301<br>anortz@kesnerlaw.com | Michael W. Taylor<br>BAILEY & WYANT PLLC<br>500 Virginia St., E. – Suite 600<br>Charleston, WV 25301<br>mtaylor@baileywyant.com |
| Aria S. Vaughan<br>U.S. Department of Justice<br>Civil Rights Division<br>Educational Opportunities Section<br>950 Pennsylvania Ave., NW<br>4CON, 10th Floor<br>Washington, DC 20530<br>aria.vaughan@usdoj.gov | Fred B. Westfall, Jr.<br>Jennifer M. Mankins<br>United States Attorney's Office<br>300 Virginia Street, East – Rm. 400<br>Charleston, WV 25301<br>fred.westfall@usdoj.gov<br>jennifer.mankins@usdoj.gov |

**/S/ Roberta F. Green**
Roberta F. Green, Esquire (WVSB #6598)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street E., Suite 200 (25301)
Charleston, West Virginia
 (304) 345-1400; FAX: (304) 343-1826
*Counsel for Defendant WVSSAC*
rgreen@shumanlaw.com