IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother,
HEATHER JACKSON,
    Plaintiff,

v.                          Civil Action No. 2:21-cv-00316
                            Honorable Joseph R. Goodwin, Judge

WEST VIRGINIA STATE BOARD OF EDUCATION,
HARRISON COUNTY BOARD OF EDUCATION,
WEST VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISION, W. CLAYTON BURCH
in his official capacity as State Superintendent, and
DORA STUTLER in her official capacity as
Harrison County Superintendent,
    Defendants,

And

LAINEY ARMISTEAD,
    Defendant-Intervenor.

**WVSSAC'S MOTION IN LIMINE TO PRECLUDE USE
OF HARRISON COUNTY'S 30(B) TESTIMONY OUTSIDE SCOPE**

Now comes West Virginia Secondary School Activities Commission (WVSSAC), by counsel, Roberta F. Green, Kimberly M. Bandy, Shannon M. Rogers and Shuman McCuskey Slicer PLLC, and, pursuant to Federal Rules of Evidence 105, 401-03, and Federal Rules of Civil Procedure Rule 30(b), moves the Court for an order in *limine* to preclude use of Superintendent Dora Stutler's testimony beyond the scope of her designation when and to the extent that said testimony addresses WVSSAC on the basis that the testimony beyond the areas of designation is speculative, not binding on WVSSAC and presents unnecessary complications, imprecisions, waste. Therefore, for these reasons and those set out further in the Memorandum In Support, WVSSAC moves the Court for an order in *limine,* precluding or limiting use of Superintendent

Stutler's testimony regarding WVSSAC, its rules, regulations and internal processes, beyond the areas of her designation.

**WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION,**
**By Counsel.**

***/S/ Roberta F. Green***
Roberta F. Green, Esquire (WVSB #6598)
Kimberly M. Bandy (WVSB #10081)
Shannon M. Rogers (WVSB # 13920)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street East, Suite 200 (25301
Charleston, WV 25339
(304) 345-1400
(304) 343-1826 FAX
rgreen@shumanlaw.com
kbandy@shumanlaw.com
srogers@shumanlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**B.P.J., by her next friend and mother,**
**HEATHER JACKSON,**
    **Plaintiff,**

v.                                   **Civil Action No. 2:21-cv-00316**
                                           **Honorable Joseph R. Goodwin, Judge**

**WEST VIRGINIA STATE BOARD OF EDUCATION,**
**HARRISON COUNTY BOARD OF EDUCATION,**
**WEST VIRGINIA SECONDARY SCHOOL**
**ACTIVITIES COMMISION, W. CLAYTON BURCH**
**in his official capacity as State Superintendent, and**
**DORA STUTLER in her official capacity as**
**Harrison County Superintendent,**
    **Defendants,**

And

**LAINEY ARMISTEAD,**
    **Defendant-Intervenor.**

## CERTIFICATE OF SERVICE

    I hereby certify that I, Roberta F. Green, have this day, the 22nd day of June, 2022, served a true and exact copy of the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Loree Beth Stark | Kathleen R. Hartnett |
| Nicholas Ward | Julie Veroff |
| ACLU of WV FOUNDATION | COOLEY LLP |
| 1614 Kanawha Boulevard, East | 101 California St. – 5th Floor |
| Charleston, WV 25311 | San Francisco, CA 94111-5800 |
| lstark@acluwv.org | khartnett@cooley.com |
| nward@acluwv.org | jveroff@cooley.com |

| | |
|---|---|
| Katelyn Kang<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>kkang@cooley.com | Elizabeth Reinhardt<br>COOLEY LLP<br>500 Boylston St., 14th Floor<br>Boston, MA 02116-3736<br>ereinhardt@cooley.com |
| Andrew Barr<br>COOLEY LLP<br>1144 15th St., Suite 2300<br>Denver, CO 80202-5686<br>abarr@cooley.com | Avatara Smith-Carrington<br>LAMBDA LEGAL<br>3500 Oak Lawn Ave., Suite 500<br>Dallas, TX 75219<br>asmithcarrington@lambdalegal.org |
| Joshua Block<br>Chase Strangio<br>ACLU FOUNDATION<br>125 Broad Street<br>New York, NY 10004<br>jblock@aclu.org | Carl Charles<br>LAMBDA LEGAL<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>ccharles@lambdalegal.org |
| Sruti Swaminathan<br>LAMBDA LEGAL<br>120 Wall St., 19th Floor<br>New York, NY 10005<br>sswaminathan@lambdalegal.org | Susan Llewellyn Deniker<br>Jeffrey M. Cropp<br>STEPTOE and JOHNSON, LLC<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>susan.deniker@steptoe-johnson.com<br>jeffrey.cropp@steptoe-johnson.com |
| Kelly C. Morgan<br>Michael W. Taylor<br>Kristen Vickers Hammond<br>BAILEY & WYANT, PLLC<br>500 Virginia St., East, Suite 600<br>Charleston, WV 25301<br>kmorgan@baileywyant.com<br>mtaylor@baileywyant.com<br>khammond@baileywyant.com | Tara Borelli<br>LAMBDA LEGAL<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>tborelli@lambdalegal.org |
| Douglas P. Buffington, II<br>Curtis R.A. Capehart<br>Jessica A. Lee<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305-0220<br>Curtis.R.A.Capehart@wvago.gov | David C. Tryon<br>West Virginia Atty. General's Office<br>1900 Kanawha Blvd., E.<br>Bldg. 1, Rm 26E<br>Charleston, WV 25305<br>David.C.Tryon@wvago.gov |

Taylor Brown  
American Civil Liberties Union  
125 Broad St., 18th Floor  
New York, NY 10004  
tbrown@aclu.org  

Jonathan Scruggs  
Roger Greenwood Brooks  
Alliance Defending Freedom  
15100 N. 90th Street  
Scottsdale, AZ 85260  
jscruggs@adflegal.org  
rbrooks@adflegal.org  

Timothy D. Ducar  
Law Offices of Timothy D. Ducar, PLC  
7430 E. Butherus Drive, Suite E  
Scottsdale, AZ 85260  
tducar@azlawyers.com  

Anthony E. Nortz  
Kesner & Kesner  
112 Capitol Street  
Charleston, WV 25301  
anortz@kesnerlaw.com  

Aria S. Vaughan  
U.S. Department of Justice  
Civil Rights Division  
Educational Opportunities Section  
950 Pennsylvania Ave., NW  
4CON, 10th Floor  
Washington, DC 20530  
aria.vaughan@usdoj.gov  

Brandon S. Steele  
Joshua D. Brown  
Law Offices of Brandon S. Steele  
3049 Robert C. Byrd Drive, Ste 100  
Beckley, WV 25801  
bsteelelawoffice@gmail.com  
joshua_brown05@hotmail.com  

Christiana Holcomb  
Rachel Csutoros  
Alliance Defending Freedom  
440 First Street NW, Suite 600  
Washington, DC 20001  
cholcomb@adflegal.org  
rcsutoros@adflegal.org  

Meredith Taylor Brown  
American Civil Liberties Union  
125 Broad Street, 18th Floor  
New York, NY 10004  
tbrown@aclu.org  

Michael W. Taylor  
BAILEY & WYANT PLLC  
500 Virginia St., E. – Suite 600  
Charleston, WV 25301  
mtaylor@baileywyant.com  

Fred B. Westfall, Jr.  
Jennifer M. Mankins  
United States Attorney's Office  
300 Virginia Street, East – Rm. 400  
Charleston, WV 25301  
fred.westfall@usdoj.gov  
jennifer.mankins@usdoj.gov

*/S/ Roberta F. Green*
Roberta F. Green, Esquire (WVSB #6598)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street E., Suite 200 (25301)
Charleston, West Virginia
 (304) 345-1400; FAX: (304) 343-1826
*Counsel for Defendant WVSSAC*
rgreen@shumanlaw.com