IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother,
HEATHER JACKSON,
    Plaintiff,

v.                                          Civil Action No. 2:21-cv-00316
                                            Honorable Joseph R. Goodwin, Judge

WEST VIRGINIA STATE BOARD OF EDUCATION,
HARRISON COUNTY BOARD OF EDUCATION,
WEST VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISION, W. CLAYTON BURCH
in his official capacity as State Superintendent, and
DORA STUTLER in her official capacity as
Harrison County Superintendent,
    Defendants,

And

LAINEY ARMISTEAD,
    Defendant-Intervenor.

MEMORANDUM IN SUPPORT OF
WVSSAC'S MOTION IN LIMINE TO PRECLUDE USE
OF HARRISON COUNTY'S 30(B) TESTIMONY OUTSIDE SCOPE

    Now comes West Virginia Secondary School Activities Commission (WVSSAC), by counsel, Roberta F. Green, Kimberly M. Bandy, Shannon M. Rogers and Shuman McCuskey Slicer PLLC, and, pursuant to Federal Rules of Evidence 105, 401-03, and Federal Rules of Civil Procedure Rule 30(b), moves the Court for an order in *limine* to preclude use of Superintendent Dora Stutler's testimony beyond the scope of her designation when and to the extent that said testimony addresses WVSSAC. Superintendent Stutler was deposed as the 30(b)(6) witness representing the Harrison County Board of Education on a portion of the topics identified by Plaintiff.[1] However, in the course of the deposition, several topics designated for a different 30(b)

---

[1] *See, e.g.,* ECF No. 184. *See also* ECF No. 289-17.

witness were addressed to Superintendent Stutler over the objections of counsel.[2] Thereafter, Superintendent Stutler testified not only to WVSSAC operations incorrectly,[3] but also testified to them in a manner that was later contradicted by the County's 30(b) witness designated to address the issue.[4] Superintendent Stutler also was invited to speculate as to WVSSAC operations under HB 3293,[5] which, by order of this Court has not gone into effect at this time (such that any procedures for any individual or entity have yet to be determined).[6] The inconsistencies and complications with Superintendent Stutler's testimony were noted and somewhat clarified at that time:

> 21 Q Hello, Superintendent Stutler. This is
> 22 Roberta Green with WVSSAC –
> \* \* \*
> 2 Q -- and I'm here on behalf of WVSSAC, and I
> 3 recollect that you had testified to some issues
> 4 relative to their eligibility rules, their processes
> 5 and any processes they have in place relative to 04:58:15
> 6 3293.
> 7 Do you recollect that testimony?
> 8 A Yes.
> 9 Q And as you sit here, do you actually defer to
> 10 WVSSAC as probably more informed and knowledgeable 04:58:31
> 11 as to their processes?
> 12 A Repeat that question.
> 13 Q Would you defer to WVSSAC as being more
> 14 knowledgeable about WVSSAC policies --
> 15 MS. REINHARDT: Objection. 04:58:48

---

[2] ECF No. 289-17 at 80-81:
>   19 MS. DENIKER: Well, I object to that because
>   20 I believe that topic 8 is in the context of House 03:06:06
>   21 Bill 3293. You're asking general questions with
>   22 regard to the relationship between Harrison County
>   23 Board of Education and the WVSSAC, which I believe
>   24 are within the scope of topic 10. I -- I understand
>   25 topic 8 to be in the context solely of House Bill 03:06:23
>   Page 81
>   1 3293.

[3] ECF No. 289-17 at 143 (testifying to an 'automatic pull' from WVEIS).
[4] ECF No. 289-17 at 214.
[5] ECF No. 289-17 at 82-83;
[6] ECF No. 67.

>16 MS. DENIKER: Objection to the form.
>17 BY MS. GREEN:
>18 Q -- than you would be?
>19 A Yes.
>        *    *    *
>5 BY MS. GREEN: 04:59:38
>6 Q All right. Well, you know, would you
>7 defer -- Superintendent, would you defer to WVSSAC
>8 as being potentially more knowledgeable about their
>9 rules, how their rules work and --
>10 MS. REINHARDT: Same objection. 04:59:48
>11 BY MS. GREEN:
>12 Q -- the preparations are pursuant to 3293, if
>13 any?
>14 MS. REINHARDT: Same objection.
>15 MS. DENIKER: Objection to the form. 05:00:00
>16 THE WITNESS: If you're saying they're more
>17 knowledgeable, yes.[7]

Whereas a 30(b) witness must be prepared to testify to what is reasonably known by a corporate or other entity,[8] the parties effected by topics and testimony beyond the designee's reasonable ken should not be held to that testimony.[9] Whereas WVSSAC could undertake the same questioning at trial, inviting the witness to defer to WVSSAC yet again, the less confusing approach and that most likely to avoid waste of the Court's and advisory jury's time would be to limit the 30(b) witness's testimony as indicated at the deposition and above.

Therefore, for these reasons, WVSSAC requests an order in *limine,* whereby the Harrison County Board of Education would defer to WVSSAC to testify to its rules, regulations and internal processes generally and as relates to HB 3293.

---

[7] ECF No. 289-17 at 151-52.
[8] *Zeng v. Elec. Data Sys. Corp.,* 2007 U.S. Dis. Lexis *13.
[9] Fed. R. Evid. 105.


**WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION,**
**By Counsel.**

**/S/ Roberta F. Green**
Roberta F. Green (WVSB #6598)
Kimberly M. Bandy (WVSB #10081)
Shannon M. Rogers (WVSB # 13920)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street East, Suite 200 (25301
Charleston, WV 25339
(304) 345-1400
(304) 343-1826 FAX
rgreen@shumanlaw.com
kbandy@shumanlaw.com
srogers@shumanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**B.P.J., by her next friend and mother,**
**HEATHER JACKSON,**
    **Plaintiff,**

v.                                                                          Civil Action No. 2:21-cv-00316
                                                                       Honorable Joseph R. Goodwin, Judge

**WEST VIRGINIA STATE BOARD OF EDUCATION,**
**HARRISON COUNTY BOARD OF EDUCATION,**
**WEST VIRGINIA SECONDARY SCHOOL**
**ACTIVITIES COMMISION, W. CLAYTON BURCH**
**in his official capacity as State Superintendent, and**
**DORA STUTLER in her official capacity as**
Harrison County Superintendent,
    **Defendants,**

And

**LAINEY ARMISTEAD,**
    **Defendant-Intervenor.**

## CERTIFICATE OF SERVICE

      I hereby certify that I, Roberta F. Green, have this day, the 22nd day of June, 2022, served a true and exact copy of the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Loree Beth Stark | Kathleen R. Hartnett |
| Nicholas Ward | Julie Veroff |
| ACLU of WV FOUNDATION | COOLEY LLP |
| 1614 Kanawha Boulevard, East | 101 California St. – 5th Floor |
| Charleston, WV 25311 | San Francisco, CA 94111-5800 |
| lstark@acluwv.org | khartnett@cooley.com |
| nward@acluwv.org | jveroff@cooley.com |

| | |
|---|---|
| Katelyn Kang<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>kkang@cooley.com | Elizabeth Reinhardt<br>COOLEY LLP<br>500 Boylston St., 14th Floor<br>Boston, MA 02116-3736<br>ereinhardt@cooley.com |
| Andrew Barr<br>COOLEY LLP<br>1144 15th St., Suite 2300<br>Denver, CO 80202-5686<br>abarr@cooley.com | Avatara Smith-Carrington<br>LAMBDA LEGAL<br>3500 Oak Lawn Ave., Suite 500<br>Dallas, TX 75219<br>asmithcarrington@lambdalegal.org |
| Joshua Block<br>Chase Strangio<br>ACLU FOUNDATION<br>125 Broad Street<br>New York, NY 10004<br>jblock@aclu.org | Carl Charles<br>LAMBDA LEGAL<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>ccharles@lambdalegal.org |
| Sruti Swaminathan<br>LAMBDA LEGAL<br>120 Wall St., 19th Floor<br>New York, NY 10005<br>sswaminathan@lambdalegal.org | Susan Llewellyn Deniker<br>Jeffrey M. Cropp<br>STEPTOE and JOHNSON, LLC<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>susan.deniker@steptoe-johnson.com<br>jeffrey.cropp@steptoe-johnson.com |
| Kelly C. Morgan<br>Michael W. Taylor<br>Kristen Vickers Hammond<br>BAILEY & WYANT, PLLC<br>500 Virginia St., East, Suite 600<br>Charleston, WV 25301<br>kmorgan@baileywyant.com<br>mtaylor@baileywyant.com<br>khammond@baileywyant.com | Tara Borelli<br>LAMBDA LEGAL<br>1 West Court Square, Suite 105<br>Decatur, GA 30030<br>tborelli@lambdalegal.org |
| Douglas P. Buffington, II<br>Curtis R.A. Capehart<br>Jessica A. Lee<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305-0220<br>Curtis.R.A.Capehart@wvago.gov | David C. Tryon<br>West Virginia Atty. General's Office<br>1900 Kanawha Blvd., E.<br>Bldg. 1, Rm 26E<br>Charleston, WV 25305<br>David.C.Tryon@wvago.gov |

| | |
|---|---|
| Taylor Brown<br>American Civil Liberties Union<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>tbrown@aclu.org | Brandon S. Steele<br>Joshua D. Brown<br>Law Offices of Brandon S. Steele<br>3049 Robert C. Byrd Drive, Ste 100<br>Beckley, WV  25801<br>bsteelelawoffice@gmail.com<br>joshua_brown05@hotmail.com |
| Jonathan Scruggs<br>Roger Greenwood Brooks<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>jscruggs@adflegal.org<br>rbrooks@adflegal.org | Christiana Holcomb<br>Rachel Csutoros<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>cholcomb@adflegal.org<br>rcsutoros@adflegal.org |
| Timothy D. Ducar<br>Law Offices of Timothy D. Ducar, PLC<br>7430 E. Butherus Drive, Suite E<br>Scottsdale, AZ  85260<br>tducar@azlawyers.com | Meredith Taylor Brown<br>American Civil Liberties Union<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>tbrown@aclu.org |
| Anthony E. Nortz<br>Kesner & Kesner<br>112 Capitol Street<br>Charleston, WV  25301<br>anortz@kesnerlaw.com | Michael W. Taylor<br>BAILEY & WYANT PLLC<br>500 Virginia St., E. – Suite 600<br>Charleston, WV 25301<br>mtaylor@baileywyant.com |
| Aria S. Vaughan<br>U.S. Department of Justice<br>Civil Rights Division<br>Educational Opportunities Section<br>950 Pennsylvania Ave., NW<br>4CON, 10th Floor<br>Washington, DC 20530<br>aria.vaughan@usdoj.gov | Fred B. Westfall, Jr.<br>Jennifer M. Mankins<br>United States Attorney's Office<br>300 Virginia Street, East – Rm. 400<br>Charleston, WV 25301<br>fred.westfall@usdoj.gov<br>jennifer.mankins@usdoj.gov |

8

                                           **/S/ Roberta F. Green**
Roberta F. Green, Esquire (WVSB #6598)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street E., Suite 200 (25301)
Charleston, West Virginia
 (304) 345-1400; FAX: (304) 343-1826
*Counsel for Defendant WVSSAC*
rgreen@shumanlaw.com