

To: **Stephen Baldwin**

Wed, Mar 24, 5:39 PM

Could you talk to our caucus about the transgender student athlete Bill? Our concern is that legislature shouldn't get involved. We should leave it to you.

It's five days. So unless they pass a Bill in last five days, they will be able to override.

Thanks

Tue, Mar 30, 7:22 AM

I have my board of control today

WVSSAC000001



To: Stephen Baldwin

> I have my board of control today.
> I have a few slots open to call or "zoom" into your caucus or I can be there tomorrow.
> Today
> Probably 9:00-930
> 12-1
> After 4

> Sorry I forget the biggest day here
> We vote on all new

WVSSAC000002



To: Stephen Baldwin

Ok, I understand. 12-1 is probably the time we are meeting anyway. Could you join us for 10 minutes or so via phone? Or if you prefer in person tomorrow is fine too. This isn't up for a vote yet.

Tomorrow is better in person

Ok let's plan on it. Thx.

WVSSAC000003



WVSSAC000004



WVSSAC000005



To: Stephen Baldwin

Ok

Thu, Apr 8, 12:50 PM

Are you listening to senate debate of trans Bill?

No
I'm out town.

Ok thx. Rucker is on floor saying y'all don't have a trans policy. She dismisses what you have as an internal document of the board.

That may be the case
It has not gone through



WVSSAC000006



To: Stephen Baldwin

> That may be the case
> It has not gone through our formal rules process

Ok thx

Mon, Aug 23, 2:32 PM

Afternoon bernie! Do y'all keep records of all-state student athletes? A constituent who ran track in the late 70s is trying to track down her records. Thx.

> We do not unless it was a state record.
> What is her name, year and events if you know.

WVSSAC000007