



Thanks

You're welcome

Thu, Apr 8, 12:52 PM

Hi Bernie. Can I get a copy of the SSAC's policy about transgender participation in sports?

I'll try
I'm out of town
Meeting with our builder, our house burned down in Jan

I'm so sorry to hear that

Check your email

I did.  Thank you



WVSSAC000370