



Bernie Dolan <bernie.dolan@wvssac.org

**Fwd: Policies Regarding Transgender Athletes**

WVSSAC Office <wvssac@wvssac.org>  Mon, Jul 27, 2020 at 11:33 AM
To: Bernie Dolan <bernie.dolan@wvssac.org>

---------- Forwarded message ---------
From: **Aubrey Greathouse** <greathousea@healthworksrf.com>
Date: Fri, Jul 24, 2020 at 11:15 AM
Subject: Policies Regarding Transgender Athletes
To: wvssac@wvssac.org <wvssac@wvssac.org>

To whom it may concern:
I am the Athletic Trainer at a West Virginia high school. I am seeking any written policies or procedures regarding transgender athletes and sports participation at the high school level. I have done some research on my own, but have been unable to find any documentation. According to www.transathlete.com/k-12<http://www.transathlete.com/k-12> , there is no WVSSAC policy on this matter. Is this still current information? Is there anyone specific that I may reach out to with questions and concerns?

Thank you for your time.

Aubrey Greathouse, LAT, ATC

Athletic Trainer
East Fairmont High School
HealthWorks Rehab and Fitness
(304)771-5510
greathousea@healthworksrf.com
This electronic message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient of this e-mail, you are not authorized to read, print, retain, copy or disseminate this message in whole or in part (including any attached files, if applicable). If you have received this email message in error, please notify the sender immediately by return e-mail and delete all copies of this message, including any attachments, from your system without reading the content.

WVSSAC000225