

 Gmail

Bernie Dolan <bernie.dolan@wvssac.org>

**Track Data**
messages

runwv@runwv.com <runwv@runwv.com>
To: bernie.dolan@wvssac.org

Mon, Mar 8, 2021 at 1:38 P

Mr. Dolan,

You had contacted me a couple (maybe a few) weeks ago regarding data in relationship to a bill that might be proposed by a legislator. At the time, my data was in limbo, sitting on a crashed hard drive. Our IT guy at work was finally able to find the time to check it out, and he was able to retrieve my files.

If you still have need of something in relation to this, let me know, and I'll do my best to help you out.

Josh Weekley
RunWV.com

---

Bernie Dolan <bernie.dolan@wvssac.org>
To: runwv@runwv.com

Mon, Mar 8, 2021 at 3:27 P

Josh,

We were looking at girl's times in some events compared to boys. A transgender issue.

Bernie

[Quoted text hidden]

--
Bernie Dolan
Executive Director
WVSSAC
2875 Staunton Turnpike
Parkersburg, WV 26104
304-485-5494

---

runwv@runwv.com <runwv@runwv.com>
To: Bernie Dolan <bernie.dolan@wvssac.org>

Mon, Mar 8, 2021 at 9:41 P

WVSSAC000226

Josh Weekley

RunWV.com

[Quoted text hidden]

WVSSAC000227