

**From:** Melissa White
**Sent:** 3/11/2021 10:00:56 AM
**To:** Bernie Dolan
**Subject:** RE: Transgender participation in secondary schools bill

Thank you!

**From:** Bernie Dolan <bdolan@k12.wv.us>
**Sent:** Thursday, March 11, 2021 10:00 AM
**To:** Melissa White <Melissa.White@wvhouse.gov>
**Subject:** Re: Transgender participation in secondary schools bill

I'm in a meeting this morning.
I'll reply this afternoon.

Bernie

Sent from my iPhone

> On Mar 11, 2021, at 9:53 AM, Melissa White <Melissa.White@wvhouse.gov> wrote:
>
> [EXTERNAL SENDER]: Do not click links, open attachments or reply to this email unless you recognize the sender and know the content is safe.
>
> Bernie,
>
> Attached is a draft of an originating bill regarding transgender participation in sports. I kept it short. There are obviously certain things that would need to be handled in a rule, unless you have language that you would like to see in the bill. Please let me know your thoughts and if there are any unintended consequences. The Chairman does not want to keep girls from participating in boys sports when there are not girls teams.
>
> Thanks,
> Melissa
>
> Melissa J. White
> Chief Counsel
> Committee on Education
> West Virginia House of Delegates
> Room 432M
> 1900 Kanawha Boulevard, East
> Charleston, WV  25305
>
> <Transgender orginating bill.docx>

BPJ_01425