Gmail                                                                                             Bernie Dolan <bernie.dolan@wvssac.org>

## Media question on transgender bill in the WV Legislature
messages

Raby, John <jraby@ap.org>                                                                                      Wed, Mar 24, 2021 at 1:34 PM
To: "bernie.dolan@wvssac.org" <bernie.dolan@wvssac.org>

Hi Bernie,

This is John Raby with The Associated Press. I hope you're doing well.



EXHIBIT J

I'm writing a story on the transgender athlete bill (HB3293) now moving through the West Virginia Legislature.

I would like to know:

_Are there any transgender athletes currently competing in high school sports in West Virginia?

_Do you know whether any transgender athletes have competed in high school sports in previous years?

_What does the WVSSAC think of the bill?

Thank you!

Sincerely,

John Raby

The Associated Press

Charleston

304-550-6800

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

WVSSAC000276

Wed, Mar 24, 2021 at 1:57 PI

Bernie Dolan <bernie.dolan@wvssac.org>
To: "Raby, John" <jraby@ap.org>

John,

1. We are unaware if there are any Transgender students participating in our activities. Our school indicate the gender on the eligibility list. We do not have access to the school records.
2. I am unaware of any trandgender athletes participating. If it was a girl to a boy, it may have gone under the radar.
3. The WVSSAC has supported Title IX for the last 50 years. This has increased the quantity and quality of opportunities for girls in our schools. Title IX has non discrimination language that we support.

Bernie
[Quoted text hidden]

--
Bernie Dolan
Executive Director
WVSSAC
2875 Staunton Turnpike
Parkersburg, WV 26104
304-485-5494

Wed, Mar 24, 2021 at 2:12 PI

Raby, John <jraby@ap.org>
To: Bernie Dolan <bernie.dolan@wvssac.org>

Thank you, sir.

From: Bernie Dolan <bernie.dolan@wvssac.org>
Sent: Wednesday, March 24, 2021 1:57 PM
To: Raby, John <jraby@ap.org>
Subject: Re: Media question on transgender bill in the WV Legislature

[EXTERNAL]

[Quoted text hidden]
[Quoted text hidden]