

**From:** Bernie Dolan <bernie.dolan@wvssac.org>
**Sent:** 4/8/2021 12:56:11 PM
**To:** Melissa White
**Subject:** Fwd: Transgender Policy

This is a board policy but doesn't appear anywhere in our rules.
It has not been tried in court

Sent from my iPhone

Begin forwarded message:

> **From:** Stephen Baldwin <Stephen.Baldwin@wvsenate.gov>
> **Date:** March 31, 2021 at 3:02:01 PM EDT
> **To:** Bernie Dolan <bernie.dolan@wvssac.org>
> **Subject: Re: Transgender Policy**
>
> Thx again sir
>
> Get Outlook for iOS
>
> **From:** Bernie Dolan <bernie.dolan@wvssac.org>
> **Sent:** Wednesday, March 31, 2021 1:47:12 PM
> **To:** Stephen Baldwin <Stephen.Baldwin@wvsenate.gov>
> **Subject:** Fwd: Transgender Policy
>
> Stephen,
>
> I am in Wheeling tomorrow.  I have attached our Board of Director's policy.
> It has not been challenged by a parent or in court.
>
> Bernie
>
> --
> Bernie Dolan
> Executive Director
> WVSSAC
> 2875 Staunton Turnpike
> Parkersburg, WV 26104
> 304-485-5494