Gmail

Bernie Dolan <bernie.dolan@wvssac.org>

## Gazette-Mail reporter seeks transgender policy

messages

---

Ryan Quinn <ryan.quinn@hdmediallc.com>  Thu, Apr 8, 2021 at 3:08 PM
To: "bernie.dolan@wvssac.org" <bernie.dolan@wvssac.org>, "wvssac@wvssac.org" <wvssac@wvssac.org>

Good afternoon. Could you please email me the SSAC transgender policy (or policies if there are multiple) today and explain to me how I should view it -- as an "internal policy" that really has no effect, as a recommendation but not an actual rule, as an actual rule, etc.?

I'm confused on how to view it because senators debated on the floor today about whether it's merely some internal policy that doesn't actually have effect or something. You can reach me on the cell below.

Thank you,

Ryan Quinn
Education reporter
Charleston Gazette-Mail
o: 304-348-1254
c: 843-729-4990
If you don't reach me immediately on the office line, just call the cell.
facebook.com/ryanedwinquinn
Twitter: @RyanEQuinn
You can also email ryan.quinn@protonmail.com

**EXHIBIT L**

---

Ryan Quinn <ryan.quinn@hdmediallc.com>  Fri, Apr 9, 2021 at 1:12 PM
To: "bernie.dolan@wvssac.org" <bernie.dolan@wvssac.org>, "wvssac@wvssac.org" <wvssac@wvssac.org>

Could you please provide this information today?

Ryan Quinn
Education reporter
Charleston Gazette-Mail
o: 304-348-1254
c: 843-729-4990
If you don't reach me immediately on the office line, just call the cell.
facebook.com/ryanedwinquinn
Twitter: @RyanEQuinn
You can also email ryan.quinn@protonmail.com

**Sent:** Thursday, April 8, 2021 3:08 PM
**To:** bernie.dolan@wvssac.org <bernie.dolan@wvssac.org>; wvssac@wvssac.org <wvssac@wvssac.org>
**Subject:** Gazette-Mail reporter seeks transgender policy

Good afternoon. Could you please email me the SSAC transgender policy (or policies if there are multiple) today and explain to me how I should view it -- as an "internal policy" that really has no effect, as a recommendation but not an actual rule, as an actual rule, etc.?

I'm confused on how to view it because senators debated on the floor today about whether it's merely some internal policy that doesn't actually have effect or something. You can reach me on the cell below.

Thank you,

Ryan Quinn
Education reporter
Charleston Gazette-Mail
o: 304-348-1254
c: 843-729-4990
If you don't reach me immediately on the office line, just call the cell.
facebook.com/ryanedwinquinn
Twitter: @RyanEQuinn
You can also email ryan.quinn@protonmail.com

WVSSAC000279