Bernie Dolan <bernie.dolan@wvssac.org>

## ederal lawsuit on new transgender athletes law
messages

**rad McElhinny** <Brad.McElhinny@wvradio.com>  Wed, May 26, 2021 at 3:54 P
o: Bernie Dolan <bernie.dolan@wvssac.org>

Hi Bernie,



Just checking in to see if the SSAC has any comment about this federal lawsuit challenging the new transgender athletes law.

See You in Court: ACLU-WV Joins Suit Challenging Trans Student Athlete Ban | ACLU West Virginia (acluwv.org)

---

**ernie Dolan** <bernie.dolan@wvssac.org>  Wed, May 26, 2021 at 4:01 P
o: Brad McElhinny <Brad.McElhinny@wvradio.com>

Not at this time.
I can only see it from my phone.

I'd better wait

Bernie

Sent from my iPhone

> On May 26, 2021, at 3:54 PM, Brad McElhinny <Brad.McElhinny@wvradio.com> wrote:
>
> [Quoted text hidden]

---

**rad McElhinny** <Brad.McElhinny@wvradio.com>  Wed, May 26, 2021 at 4:02 P
o: Bernie Dolan <bernie.dolan@wvssac.org>

Makes sense.

WVSSAC000280

Brad

[Quoted text hidden]

WVSSAC000281