IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B. P. J., by her next friend and mother,
HEATHER JACKSON,

    Plaintiff,

v.

WEST VIRGINIA STATE BOARD OF
EDUCATION, HARRISON COUNTY
BOARD OF EDUCATION, WEST
VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISSION,
W. CLAYTON BURCH, in his official
Capacity as State Superintendent, DORA
STUTLER, in her official capacity as
Harrison County Superintendent, and
THE STATE OF WEST VIRGINIA,

    Defendants.

and LAINEY ARMISTEAD,

    Intervenor Defendant.

CIVIL ACTION NO. 2:21-cv-00316
Judge Joseph R. Goodwin

**DEFENDANT STATE OF WEST VIRGINIA AND DEFENDANT-INTERVENOR
LAINEY ARMISTEAD'S MOTION IN LIMINE TO BAR PLAINTIFF'S CLAIMS TO
UNDISPUTED FACTS (FED. R. EVID. 105 AND 403)**

    Defendant, State of West Virginia and Defendant-Intervenor Lainey Armistead, pursuant to Rules 105 and 403 of the Federal Rules of Evidence, move for an order *in limine* to restrict Plaintiff, B.P.J.'s, usage of stipulations, interrogatory answers, or admissions to only between the parties specified in such stipulations, admissions or answers in any assertion at trial, opening statement, or otherwise. Further, the State of West Virginia and Ms. Armistead move for an order

1

*in limine* to bar Plaintiff from referring to any facts as "undisputed" unless all parties have so agreed.

Based upon Plaintiff's Statement of Undisputed Material Facts ("Plaintiff's SUF," ECF No. 290), the State of West Virginia and Ms. Armistead expect Plaintiff to improperly use stipulations between the Plaintiff and one or more other parties and/or responses to discovery requests from one party, as evidence as against all parties. This would violate Fed. R. Evid. 105.

The State of West Virginia and Ms. Armistead also expect Plaintiff to refer to facts from Plaintiff's SUF as "undisputed" when they are, in reality, disputed. This is prejudicial in violation of Fed. R. Evid. 403.

Therefore, the State of West Virginia and Ms. Armistead respectfully request that their Motion *in Limine* be granted.

Respectfully submitted,

PATRICK MORRISEY
  *West Virginia Attorney General*

/s/ *Curtis R. A. Capehart*
Douglas P. Buffington II (WV Bar # 8157)
  *Chief Deputy Attorney General*
Curtis R.A. Capehart (WV Bar # 9876)
  *Deputy Attorney General*
David C. Tryon (WV Bar #14145)
  *Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
1900 Kanawha Blvd. E, Building 1, Room E-26
Charleston, WV 25305-0220
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
Email: Curtis.R.A.Capehart@wvago.gov

*Counsel for Defendant, STATE OF WEST VIRGINIA*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**B. P. J., by her next friend and mother,
HEATHER JACKSON,**

    **Plaintiff,**

v.

**WEST VIRGINIA STATE BOARD OF
EDUCATION, HARRISON COUNTY
BOARD OF EDUCATION, WEST
VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISSION,
W. CLAYTON BURCH, in his official
Capacity as State Superintendent, DORA
STUTLER, in her official capacity as
Harrison County Superintendent, and
THE STATE OF WEST VIRGINIA,**

    **Defendants.**

**and LAINEY ARMISTEAD,**

    **Intervenor Defendant.**

    **CIVIL ACTION NO. 2:21-cv-00316**
    **Judge Joseph R. Goodwin**

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 22nd day of June 2022, I electronically filed the foregoing Motion with the Clerk of Court and all parties using the CM/ECF System.

                                        */s/ Curtis R. A. Capehart*
                                        Curtis R. A. Capehart