**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

B. P. J., et al.,

                           Plaintiffs,

v.                                                      CIVIL ACTION NO.   2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

                           Defendants.

**AMENDED SCHEDULING ORDER**

Pursuant to Rule 16(b) and Local Rule of Civil Procedure 16.1(e), it is **ORDERED** that

this case shall proceed as follows:

| | |
|---|---|
| Pretrial conference. | **1/9/2023   10:00 AM** |
| Proposed jury instructions filed. | 1/24/2023 |
| Final settlement conference. | **1/30/2023   9:00 AM** |
| Trial | **1/31/2023   8:30 AM** |

At both the pretrial and final settlement conferences, lead trial counsel shall appear fully

prepared to discuss all aspects of the case.   Individuals with full authority to settle the case for

each party shall be present in person or immediately available by telephone.

Regarding the proposed charge to the jury, counsel shall submit numbered instructions in

charge form on substantive theories of recovery or defense, on damages and on evidentiary matters

peculiar to the case, and special interrogatories, if any be appropriate to the case, along with a

proposed verdict form.

Should lead trial counsel fail to appear at any pre-trial conference or otherwise fail to meet

and confer in good faith with opposing counsel as required herein, or should a party or his authorized representative fail to appear or be available at any conference or otherwise fail to meet and confer in good faith as required herein, appropriate sanctions may be imposed, including, but not limited to, sanctions by way of imposition of attorney fees against the attorney and/or his client pursuant to Rule 16(f).

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:   June 27, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE