# Exhibit A



# REGIONAL PRINCIPALS' MEETING

2021-2022

WVSSAC000287

# Our Staff

- Bernie Dolan, Executive Director
- Greg Reed, Assistant Executive Director
- Wayne Ryan, Assistant Executive Director
- Cindy Daniel, Assistant Executive Director
- Heather Enoch, Communications Coordinator

- Alice Goodwin, Secretary
- Katelyn Enoch, Secretary
- Stephani Cox, Secretary
- Laura Wallace, Bookkeeper



WVSSAC000288

# BERNIE DOLAN
# WVSSAC EXECUTIVE DIRECTOR





# OUR VALUES

- Respect
- Integrity
- Loyalty
- Selfless Service
- Duty
- Honor
- Personal Courage

WVSSAC000291



# WV NATIONAL GUARD

- Up to 100% PAID college tuition
- Montgomery GI Bill pays up to $558 per month
- $60,000 student loan repayment program
- Affordable health, dental, life insurance
- Job and skill training
- Drill check

WVSSAC000292



# WVSSAC Board of Directors

- Greg Moore, President
  Principal, South Harrison High School
- Mike Kelley, Vice President
  Principal, Herbert Hoover High School
- Lee Loy, Member
  Principal, Valley PreK-8
- David Cottrell, Member
  Principal, Clay Battelle High School
- Jimmy Frashier, Member
  Principal, Ripley High School
- Steve Campbell, Member
  WVADA
- Dr. Eddie Campbell, Member
  WVASA
- Jim Crawford, Member
  WVSBA
- Dr. James Wilson, Member
  WV State Board of Education
- Bob Dunlevy, Member
  WV State Superintendent Designee

WVSSAC000293

# COVID 19 Update

- Fall sports and band will begin with no modifications
- Schedules will not be altered, including post season
- Forfeit vs no contest
- Student athletes who have been vaccinated will NOT have to quarantine if exposed to someone with COVID 19
- Student athletes are encouraged to be vaccinated!

- *Subject to change should we receive new directives from state officials. *

WVSSAC000294

# Rules & Regulations Handbook

New Rule Adoptions
Effective 9/2021

# New  Rules & Regulations

- Practice Days Prior to Scrimmage – 7 to 5
- Practice Days Prior to First Contest – 14 to 12
- Football Progressions – Wayne will address
- Middle School Swim Season – Winter or Spring, 12 Weeks Max
- Middle School Volleyball Play Dates – 16 to 18
- Participation for Home School Students – see next slide
- Residence Transfer for Home School Students – see next slide
- AED and Training Requirement – Cindy will address

WVSSAC000296

# Home School Eligibility



- Home School Students May Participate in Extracurricular Activities in their attendance area provided that the student:
  - Is enrolled in at least one virtual class each semester
  - Has been homeschooled for a minimum of one year prior to enrolling
  - Maintains satisfactory academic progress ( a stanine or 4 or higher on a national normed assessment)
  - Maintains a "C" average
  - Meets all other eligibility requirements
  - Residence transfer rules apply to homeschool students   OR

  - Is enrolled in the equivalent of four or more virtual classes or combination of virtual/in person and meets other eligibility requirements

WVSSAC000297

# School Reimbursement



WVSSAC000298

## Emergency Action Plans and Concussion Reporting (Senate Bill 605)

- Requires an Emergency Action Plan (EAP) to be completed and submitted online to the WVSSAC annually for each sport **before the first day of practice**

- Requires reporting of all athletes suffering or being suspected of suffering a concussion. **Report must be submitted within 7 days.**

- Adds licensed physical therapists (with proper training) to list of approved health care providers in the evaluation of concussions.

- Requires WVSSAC to discipline schools that do not complete/submit the Emergency Action Plans (fines up to $250 per sport)

WVSSAC000299

# REQUIRED – Emergency Action Plan

- ALL schools must complete an Emergency Action Plan annually BEFORE THE FIRST DAY OF PRACTICE. Please work with your athletic director and school administrators to make sure it is completed.
- Fines up to $250 if not completed by first day of practice.
- **EAP is required by law to be posted.**

## Emergency Action Plan Worksheet – Student Response Team

Coach/Advisor Name: Activity: Level:

### 1 911 TEAM

**CALL 911**

CALL 911. Explain emergency. Provide location.

| | PRACTICE | EVENTS |
|---|---|---|
| Closest Phone | | |
| EMS Access Point | | |
| Street Intersection | | |
| Student 1 | | |
| Student 2 | | |

MEET AMBULANCE at EMS Access Point. Take to victim.

| | Practice | Events |
|---|---|---|
| Entry Door/Gate | | |
| Student 1 | | |
| Student 2 | | |

CALL CONTACTS. Provide location and victim's name.

| | NAME | CELL |
|---|---|---|
| Athletic Trainer | | |
| Athletic AD | | |
| Student 1 | | |
| Student 2 | | |

### 2 CPR/AED TEAM

**START CPR**

1. Position person on back
2. Put one hand on top of the other on middle of person's chest. Keeping arms straight, push hard and fast, 100 presses/minutes. Let chest completely recoil after each compression.
3. Take turns with other responders as needed

| | | |
|---|---|---|
| Coach | | |
| Student 1 | | |
| Student 2 | | |
| Student 3 | | |

WHEN AED ARRIVES, TURN IT ON AND FOLLOW VOICE PROMPTS

1. Remove clothing from chest.
2. Attach electrode pads as directed by voice prompts.
3. Stand clear while AED analyzes heart rhythm.
4. Keep area clear if AED advises a shock.
5. Follow device prompts for further action.
6. After EMS takes over, give AED to Athletic Administrator for data download.

### 3 AED TEAM

**GET THE AED**

| | PRACTICE | EVENTS |
|---|---|---|
| Closest AED | | |
| Student 1 | | |
| Student 2 | | |

GET THE ATHLETIC TRAINER

| | | |
|---|---|---|
| Typical Location | | |
| Student 1 | | |
| Student 2 | | |

CALL 911 for all medical emergencies. If unresp[onsive] and not breathing normally, begin CPR and ge[t] AED.

### 4 HEAT STROKE TEAM

| | PRACTICE | EVENTS |
|---|---|---|
| Tub Location | | |
| Water Source Location | | |
| Ice Source Location | | |
| Ice Towel Location | | |
| Student 1 | | |
| Student 2 | | |

PREPARE TUB DAILY

| | PRACTICE | EVENTS |
|---|---|---|
| Student 1 | | |
| Student 2 | | |

1. Remove equipment/excess clothing. Move to shade.
2. Immerse athlete into cold ice water tub, stir water. *If [...] cold shower or rotating cold, wet towels over the entire [...]
3. Monitor vital signs.
4. Cool First, Transport Second.
5. Cool until rectal temperature reaches 102 F if ATC or M[...] available.
6. If no medical staff, cool until EMS arrives.

WVSSAC000300

# International vs Foreign Exchange Students

- Difference in International and Foreign Exchange
- J1 vs F1 Visas



WVSSAC000301



WVSSAC000302





# DIGITAL TICKETING

An easy way for fans to buy & share tickets. No hardware or hassle at your gate.



- Our goal is to move toward 100% digital ticketing

WVSSAC006304



WVSSAC000305



# Other Important Information



- Catastrophic Insurance – Member schools are covered as long as eligibility and sanctioning forms are completed and correct

- Ejection Appeals – form online

- NFHS Awards – Spirit of Sport, Heart of the Arts – will send info

- Administrator Workshop – September 16, 2021 – 9:00 am – great workshop for administrators responsible for athletics

WVSSAC000307

# Interscholastic and Coaches' Packets

- PLEASE make sure that your coaches read the Interscholastic, Coaches' Packet, and Sports Medicine Packet before they begin their seasons!

- Important information is contained in these documents

- Reading the information can alleviate many problems!



WVSSAC000308

WVSSAC ADMINISTRATIVE STAFF

# WAYNE RYAN, CAA
# ASSISTANT EXECUTIVE DIRECTOR

# Physical Exams

➢ No participation without completed/signed form.
   Student (1), Parent (2), and the physician

➢ Must be dated/signed on or after May 1, 2021



**WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION**
2875 Staunton Turnpike - Parkersburg, WV 26104                    May 2020
**ATHLETIC PARTICIPATION/PARENTAL CONSENT/PHYSICIAN'S CERTIFICATE FORM**
(Form required each school year on or after May 1*.  File in School Administration Office)
**ATHLETIC PARTICIPATION / PARENTAL CONSENT**
**PART I**

Name _____   School Year:_____  Grade Entering:_____
Home Address:_____   Home Address of Parents: _____
City: _____   City: _____
Phone: _____ Date of Birth: _____  Place of Birth: _____

Last semester I attended _____(High School) or (Middle School).  We have read the condensed eligibility rules of the WVSSAC athletics.  If accepted as a team member, we agree to make every effort to keep up school work and abide by the rules and regulations of the school authorities and the WVSSAC.

**INDIVIDUAL ELIGIBILITY RULES**
Attention Athlete!  To be eligible to represent your school in any interscholastic contest, you ...
_____ must be a regular bona fide student in good standing of the school.  (See exception under Rule 127-2-3)
_____ must qualify under the Residence and Transfer Rule (127-2-7)
_____ must have earned at least 2 units of credit the previous semester.  Summer School may be included. (127-2-6)
_____ must have attained an overall "C" (2.00) average the previous semester.  Summer School may be included. (127-2-6)
_____ must not have reached your 19th (MS), 19th (HS) birthday before August 1 of the current school year. (127-2-4)
_____ must be residing with parent(s) as specified by Rule 127-2-7 and 8.
_____ unless parents have made a bona fide change of residence during school term.
_____ unless an AFS or other Foreign-Exchange student (one year of eligibility only).
_____ unless the residence requirement was met by the 365 calendar days attendance prior to participation.
If living with legal guardian/custodian, may not participate at the varsity level. (127-2-8)
_____ must be an amateur as defined by Rule 127-2-11.
_____ must have submitted to your principal before becoming a member of any school athletic team Participation/Parent Consent/Physician Form, completely filled in and properly signed, attesting that you have been examined and found to be physically fit for athletic competition and that your parents consent to your participation. (127-3-3)
_____ must not have transferred from one school to another for athletic purposes. (127-2-7)
_____ must not have received, in recognition of your ability as a HS or MS athlete, any award not presented or approved by your school or the WVSSAC. (127-3-5)
_____ must not, while a member of a school team in any sport, become a member of any other organized team or as an individual participant in an unsanctioned meet or tournament in the same sport during the school sport season (See exception 127-2-10).
_____ must follow All Star Participation Rule.  (127-3-4)
_____ must not have been enrolled in more than (8) semesters in grades 9 to 12.  Must not have participated in more than three (3) seasons while in grades 6-7-8. (Rule 127-2-5).

Eligibility to participate in interscholastic athletics is a privilege you earn by meeting not only the above listed minimum standards but also all other standards set by your school and the WVSSAC.  If you have any questions regarding your eligibility or are in doubt about the effect any activity or action might have on your eligibility, check with your principal or athletic director.  They are aware of the interpretation and intent of each rule.  Meeting the intent and spirit of WVSSAC standards will prevent athlete, teams, and schools from being penalized.

**PART II – PARENTAL CONSENT**

In accordance with the rules of the WVSSAC, I give my consent and approval to the participation of the student named above for the sport NOT MARKED OUT BELOW:
BASEBALL          CROSS             GOLF              SWIMMING          VOLLEYBALL
BASKETBALL        COUNTRY           SOCCER            TENNIS            WRESTLING
CHEERLEADING      FOOTBALL          SOFTBALL          TRACK

**MEDICAL DISQUALIFICATION OF THE STUDENT-ATHLETE / WITHHOLDING A STUDENT-ATHLETE FROM ACTIVITY**
The member school's team physician has the final responsibility to determine when a student-athlete is removed or withheld from participation due to an injury, an illness or pregnancy.  In addition, clearance for that individual to return to activity is solely the responsibility of the member school's team physician or that physician's designated representative.

I understand that participation may include, when necessary, early dismissal from classes and travel to participate in interscholastic athletic contests.  I will not hold the school authorities or West Virginia Secondary School Activities Commission responsible in case of accident or injury as a result of this participation.  I also understand that participation in any of those sports listed above may cause permanent disability or death.  Please check appropriate space:  He/She has student accident insurance available through the school (  ); has football insurance coverage available through the school (  ); is insured to our satisfaction (  ).

I also give my consent and approval for the above named student to receive a physical examination, as required in Part IV, Physician's Certificate, of this form, by an approved health care provider as recommended by the named student's school administration.

I consent to WVSSAC's use of the herein named student's name, likeness, and athletically related information in reports of Inter-School Practices or Scrimmages and Contests, promotional literature of the Association, and other materials and releases related to interscholastic athletics.

**I have read/reviewed the concussion and Sudden Cardiac Arrest information as available through the school and at WVSSAC.org.  (Click Sports Medicine)**

Date: _____ Student Signature_____ Parent Signature_____

WVSSAC000311

**PART III – STUDENT'S MEDICAL HISTORY**
(To be completed by parent or guardian prior to examination)

May 2020

Name _____ Birthdate _____/_____/_____ Grade _____ Age _____

Has the student ever had:

| | | |
|---|---|---|
| Yes No | 1. | Chronic or recurrent illness? (Diabetes, Asthma, Seizures, etc..) |
| Yes No | 2. | Any hospitalizations? |
| Yes No | 3. | Any surgery (except tonsils)? |
| Yes No | 4. | Any injuries that prohibited your participation in sports? |
| Yes No | 5. | Dizziness or frequent headaches? |
| Yes No | 6. | Knee, ankle or neck injuries? |
| Yes No | 7. | Broken bone or dislocation? |
| Yes No | 8. | Heat exhaustion/sun stroke? |
| Yes No | 9. | Fainting or passing out? |
| Yes No | 10. | Have any allergies? |
| Yes No | 11. | Concussion?  If Yes_____ |

| | | |
|---|---|---|
| Yes No | 12. | Have any problems with heart/blood pressure? |
| Yes No | 13. | Has anyone in your family ever fainted during exercise? |
| Yes No | 14. | Take any medicine? List |
| Yes No | 15. | Wear glasses ____, contact lenses____, dental appliances___? |
| Yes No | 16. | Have any organs missing (eye, kidney, testicle, etc.)? |
| Yes No | 17. | Has it been longer than 10 years since your last tetanus shot? |
| Yes No | 18. | Have you ever been told not to participate in any sport? |
| Yes No | 19. | Do you know of any reason this student should not participate in sports? |
| Yes No | 20. | Have a sudden death history in your family? |
| Yes No | 21. | Have a family history of heart attack before age 50? |
| Yes No | 22. | Develop coughing, wheezing, or unusual shortness of breath when you exercise? |
| Yes No | 23. | (Females Only) Do you have any problems with your menstrual periods. |

PLEASE EXPLAIN ANY "YES" ANSWERS OR ANY OTHER ADDITIONAL CONCERNS.

I also give my consent for the physician in attendance and the appropriate medical staff to give treatment at any athletic event for any injury.

SIGNATURE OF PARENT OR GUARDIAN _____ DATE _____/_____/_____

**PART IV – VITAL SIGNS**

Height _____ Weight _____ Pulse _____ Blood Pressure _____

Visual acuity: Uncorrected _____/_____; Corrected _____/_____; Pupils equal diameter: Y  N

**PART V – SCREENING PHYSICAL EXAM**
This exam is not meant to replace a full physical examination done by your private physician.

| Mouth: | | | Respiratory: | | | Abdomen: | | |
|---|---|---|---|---|---|---|---|---|
| Appliances | Y | N | Symmetrical breath sounds | Y | N | Masses | Y | N |
| Missing/loose teeth | Y | N | Wheezes | Y | N | Organomegaly | Y | N |
| Caries needing treatment | Y | N | Cardiovascular: | | | Genitourinary (males only): | | |
| Enlarged lymph nodes | Y | N | Murmur | Y | N | Inguinal hernia | Y | N |
| Skin – infectious lesions | Y | N | Irregularities | Y | N | Bilaterally descended testicles | Y | N |
| Peripheral pulses equal | Y | N | Murmur with Valsalva | Y | N | | | |

Any "YES" under Cardiovascular requires a referral to family doctor or other appropriate healthcare provider.

Musculoskeletal: (note any abnormalities)

| Neck: | Y | N | Elbow: | Y | N | Knee/Hip: | Y | N | Hamstrings: | Y | N |
|---|---|---|---|---|---|---|---|---|---|---|
| Shoulder: | Y | N | Wrist: | Y | N | Ankle: | Y | N | Scoliosis: | Y | N |

RECOMMENDATIONS BASED ON ABOVE EVALUATION:

After my evaluation, I give my:

_____ Full Approval;

_____ Full approval; but needs further evaluation by Family Dentist _____; Eye Doctor _____; Family Physician _____; Other _____;

_____ Limited approval with the following restrictions: _____

_____ Denial of approval for the following reasons: _____

_____    _____/_____/_____

MD/DO/DC/Advanced Registered Nurse Practitioner/Physicians Assistant          Date

WVSSAC000312



# HEADS×UP
## CONCUSSION IN HIGH SCHOOL SPORTS

A FACT SHEET FOR **PARENTS**

## What is a concussion?

A concussion is a type of traumatic brain injury. Concussions are caused by a bump or blow to the head. Even a "ding," "getting your bell rung," or what seems to be a mild bump or blow to the head can be serious.

You can't see a concussion. Signs and symptoms of concussion can show up right after the injury or may not appear or be noticed until days or weeks after the injury. If your child reports any symptoms of concussion, or if you notice the symptoms yourself, seek medical attention right away.

## What are the signs and symptoms of a concussion?

If your child has experienced a bump or blow to the head during a game or practice, look for any of the following signs of a concussion:

| SYMPTOMS REPORTED BY ATHLETE | SIGNS OBSERVED BY PARENTS/GUARDIANS |
| --- | --- |
| • Headache or "pressure" in head | • Appears dazed or stunned |
| • Nausea or vomiting | • Is confused about assignment or position |
| • Balance problems or dizziness | • Forgets an instruction |
| • Double or blurry vision | • Is unsure of game, score, or opponent |
| • Sensitivity to light | • Moves clumsily |
| • Sensitivity to noise | • Answers questions slowly |
| • Feeling sluggish, hazy, foggy, or groggy | • Loses consciousness (even briefly) |
| • Concentration or memory problems | • Shows mood, behavior, or personality changes |
| • Confusion | |
| • Just "not feeling right" or "feeling down" | |

## How can you help your child prevent a concussion or other serious brain injury?

• Ensure that they follow their coach's rules for safety and the rules of the sport.
• Encourage them to practice good sportsmanship at all times.
• Make sure they wear the right protective equipment for their activity. Protective equipment should fit properly and be well maintained.
• Wearing a helmet is a must to reduce the risk of a serious brain injury or skull fracture.
   – However, helmets are not designed to prevent concussions. There is no "concussion-proof" helmet. So, even with a helmet, it is important for kids and teens to avoid hits to the head.

## What should you do if you think your child has a concussion?

**SEEK MEDICAL ATTENTION RIGHT AWAY.** A health care professional will be able to decide how serious the concussion is and when it is safe for your child to return to regular activities, including sports.

**KEEP YOUR CHILD OUT OF PLAY.** Concussions take time to heal. Don't let your child return to play the day of the injury and until a health care professional says it's OK. Children who return to play too soon—while the brain is still healing—risk a greater chance of having a repeat concussion. Repeat or later concussions can be very serious. They can cause permanent brain damage, affecting your child for a lifetime.

**TELL YOUR CHILD'S COACH ABOUT ANY PREVIOUS CONCUSSION.** Coaches should know if your child had a previous concussion. Your child's coach may not know about a concussion your child received in another sport or activity unless you tell the coach.

> **If you think your teen has a concussion:**
> Don't assess it yourself. Take him/her out of play. Seek the advice of a health care professional.

**It's better to miss one game than the whole season.**
For more information, visit www.cdc.gov/Concussion.

 CDC

April 2013

WVSSAC0090313

 

# WVSSAC
## SUDDEN CARDIAC ARREST AWARENESS

**What is Sudden Cardiac Arrest?**
- Occurs suddenly and often without warning.
- An electrical malfunction (short-circuit) causes the bottom chambers of the heart (ventricles) to beat dangerously fast (ventricular tachycardia or fibrillation) and disrupts the pumping ability of the heart.
- The heart cannot pump blood to the brain, lungs and other organs of the body.
- The person loses consciousness (passes out) and has no pulse.
- Death occurs within minutes if not treated immediately.

**What are the symptoms/warning signs of Sudden Cardiac Arrest?**
- SCA should be suspected in any athlete who has collapsed and is unresponsive
- Fainting, a seizure, or convulsions during physical activity
- Dizziness or lightheadedness during physical activity
- Unusual fatigue/weakness
- Chest pain
- Shortness of breath
- Nausea/vomiting
- Palpitations (heart is beating unusually fast or skipping beats)
- Family history of sudden cardiac arrest at age <50

**ANY of these symptoms/warning signs may necessitate further evaluation from your physician before returning to practice or a game.**

**What causes Sudden Cardiac Arrest?**
- Conditions present at birth (inherited and non-inherited heart abnormalities)
- A blow to the chest (Commotio Cordis)
- An infection/inflammation of the heart, usually caused by a virus. (Myocarditis)
- Recreational/Performance-Enhancing drug use.
- Other cardiac & medical conditions / Unknown causes. (Obesity/idiopathic)

**What are ways to screen for Sudden Cardiac Arrest?**
- The American Heart Association recommends a pre-participation history and physical which is mandatory annually in West Virginia.
- Always answer the heart history questions on the student Health History section of the WVSSAC Physical Form completely and honestly.
- Additional screening may be necessary at the recommendation of a physician.

**What is the treatment for Sudden Cardiac Arrest?**
- Act immediately; time is critical to increase survival rate
- Activate emergency action plan
- Call 911
- Begin CPR
- Use Automated External Defibrillator (AED)

**Where can one find additional information?**
- Contact your primary health care provider
- American Heart Association (www.heart.org)

WVSSAC000314

# DON'T LET AN INJURY LEAD TO AN OPIOID ADDICTION

**2 MILLION ATHLETES ARE EXPECTED TO SUFFER A SPORTS INJURY THIS YEAR**

**MANY OF THESE ATHLETES WILL BE PRESCRIBED OPIOID PAINKILLERS**

**75% OF HIGH SCHOOL HEROIN USERS STARTED WITH PRESCRIPTION OPIOIDS**

## HIGH SCHOOL ATHLETES ARE AT RISK OF BECOMING ADDICTED TO PRESCRIPTION DRUGS

- 28.4% used medical opioids at least once over a three year period.

- 11% of high school athletes have used an opioid medication for nonmedical reasons.

- Nearly 25% of students who chronically use prescription opioids also use heroin.

## WHAT ARE OPIOIDS?

Opioids are a powerful and addictive type of prescription painkiller that have similar chemical properties and addiction risks as heroin. While opioids may provide temporary relief, they do nothing to address the underlying injury and can have serious side effects.

**These drugs may lead to: dependence, tolerance, accidental overdose, coma and death.**

The most common prescribed opioid painkillers in West Virginia are:

- Oxycodone (OxyContin)

- Hydrocodone (Lortab and Vicodin)

## HOW TO PROTECT YOUR CHILD

- Talk to your healthcare provider about alternative pain management treatment options (see below).

  First-time prescription opioid users have a 64% higher risk of early death than patients who use alternative pain medication.

- If your child is prescribed an opioid painkiller, talk about the dangers of misusing medication, including overuse and medication sharing.

- Monitor your child's intake of prescription medication to ensure he/she is following dosage instructions.

- Safely dispose of any unused medication through a prescription drug drop box or a DEA Take-Back program.

### NON-NARCOTIC PAIN MANAGEMENT ALTERNATIVES

Physical Therapy
Chiropractic
Massage Therapy
Acupuncture
Over-the-Counter Medication

  

WV/SSAC/XXXX



## FOOTBALL PRACTICE GUIDELINES

1. Check coaches packet
2. Contact definitions – Follow Progressions
3. No consecutive two-a-day practices.
4. Practice session (physical activity) 3 hour limit.
   (on field practice, weight room, conditioning)
5. Live Action Contact/maximum 30 minutes a
   day – 90 minutes a week.

WVSSAC000316

# New Rule – Football Progressions

- Days 1-2  Helmets Only, No Contact



- Days 3-4  Helmets and Shoulder Pads, Soft Equipment Contact Only

- Day 5        Full Pads, Soft Equipment Contact Only



- Day 6        Full Pads, Full Contact

WVSSAC000317

# ATHLETIC TRAINER
## Do Not Practice Without a Trainer Present

- **Professional Service Certificate**
  - Certified Athletic Trainer
- **Athletic Trainer Certificate**
  - WVDE approved
  - LAT, ATC
- **Limited Football Trainer Authorization**
  - WVDE approved
  - May include the following:
    - Nurse, EMT
    - Physical Therapist, Etc.






**Senate Bill 60**
Still allows for
Limited Football Trainer
Authorization from WVDE

WVSSAC000318

# Required
# Reports / Information

- **Failure to submit required information by deadline**
  - **Posting of football scores - $50.00 fine per week**
    - **BY NOON ON MONDAY FOLLOWING GAME DATE**

# HERPES REPORTING FORM
## Fillable form:   Go to Forms on the WVSSAC Website



WVSSAC000320

## WVSSAC Herpes Reporting Form

One or more members of the _____ Middle/High School wrestling team has been diagnosed with herpes simplex. Date of diagnosis. _____

**Please Note:**
1. List all the teams that you have competed against within the 8 days prior to diagnosis.
2. You must provide verification that you have notified all schools your athletes have had contact with during this time period.
3. This form must be on file in the WVSSAC office within 2 working days of the diagnosis.

Questions, please contact the WVSSAC office (304) 485-5494.

| Date | School | Tournament | Date of Communication | Date of Verification | Select form of Verification | Name of Contact |
|------|--------|------------|----------------------|---------------------|----------------------------|-----------------|
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |
| | | | | | ☐ Email ☐ Telephone | |

Principal Signature _____

WVSSAC 000321



# GOLF CLINIC



## High School Administrators

**Please make sure your golf coach receives the email containing the links to the 2021 Golf Clinic emailed to all principals and athletic directors**

**The golf coach needs to respond by email to Wayne.Ryan@wvssac.org verifying that they viewed the clinic with their golf Team.**
**Verification is due August 20, 2021**

WVSSAC000322

# W V S S A C
## S a n c t i o n i n g

### INTRASTATE (in WV)

➢ Any event where awards are given
  -- Be sure to define/describe all awards
➢ Any event with **more than four schools.**
➢ Rule allows awards with a value up to $100.00.

### INTERSTATE

➢ Any event where awards are given
➢ Any event with **four or more schools** from bordering states.
➢ Any event involving schools **from three or more State Associations.**
➢ **NFHS Sanctioning online**
➢ Any travel of more than 600 miles round trip that involves missing any class time must be approved by the County Board of Education and the WVSSAC.

WVSSAC000323

# WVSSAC
## APPLICATION TO STATE ASSOCIATION FOR SANCTION OF INTERSTATE ATHLETIC EVENT
### (Suggested for use when NFHS sanction is NOT required)

**SECTION 1 (To be completed by host school)**   Application Date: **2019-12-03**

- Sport   **Girls Basketball**   ☐ Girls   ☐ Boys   Date of Event   **2019-12-13**   Time of Event **7:30**
- Grades   6 ☐   7 ☐   8 ☐   9 ☒   10 ☒   11 ☒   12 ☒   Site of Event   **Summers County High School**
- Sponsored By   **SUMMERS COUNTY HIGH SCHOOL**

  Member high school/other sponsoring organization          Street          City          State          Zip
- Name of Event (if applicable)   **Rogers Oil Classic**
- Schools invited from the following states:   **WV**

- Number of participating schools   **Four**          (List all schools/addresses on reverse)
- Entry Fee   ☐ Yes   Amount   **$**   ☒ No   • Admission Fee Charged   ☒ Yes   ☐ No   Amount   **$ $5.00**
- Host School or Organization:

          State association approved school or other sponsor          City          State   Zip
- Name of Manager/Title   **Chad Meador - Coach**          Phone:   **304-890-3861**          Email:   **Chad.E.Meador@wv.gov**

Description of Awards and Other Compensations and Maximum Retail Value (ribbons/trophies/t-shirts/practice uniform/waiver of entry fee/travel expenses, etc.) to:

| Individual Student Athlete Participants: | Teams: | Coach: |
|---|---|---|
| 8 All-Tournament  1 MVP | First, Second, Third, Fourth Place | |

Execution constitutes an agreement by the principal to assume oversight responsibility for the event.

Executed by:   **Kelly Dickens, AD**          Phone:   **Daniel Hultgins**          Email:   **304-455-6040**

          Principal of host school  Signature/Print Name

**After completing Section 1, send form to state association of host/sponsor member school identified.**

**SECTION 2          ACTION BY STATE ASSOCIATION OF HOST SCHOOL**

School Membership   ☒ State Association Member School   ☐ School Approved by State Association   ☐ Non-Member School

Action   ☒ Sanction Event   ☐ Do Not Sanction Event   ☐ No Jurisdiction

If "No Jurisdiction," explain why:

Limitations/Other Comments:

Signature of State Executive:   **Wayne Ryan, Asst. Executive Director**          Date **Dec 3, 2019**   State   **WV**

**If event sanctioned, send copies to each state association named in application.  If application if not sanctioned, return to applicant.**

**SECTION 3          ACTION BY STATE ASSOCIATION OF INVITED SCHOOL**

School Membership   ☐ State Association Member School   ☐ School Approved by State Association   ☐ Non-Member School

(If more than one school invited, please indicate member status of each school next to the listing on the reverse)

Action:   ☐ Sanction Event   ☐ Do Not Sanction Event   ☐ No Jurisdiction

If "No Jurisdiction," explain why

Limitations/Other Comments

Signature of State Executive:          Date          State

WVSSAC000324

**PLEASE LIST ALL INVITED SCHOOLS, INCLUDING ADDRESSES, CONTACT PERSONS AND TELEPHONE NUMBERS:**

Note:  If school is not a full member of its NFHS member association, please indicate accordingly.

(Attach additional sheets if necessary)

| NAME OF SCHOOL/ADDRESS | CONTACT PERSON | TELEPHONE NUMBER |
|---|---|---|
| Mountain View<br>620 School Street<br>Union, WV 24983 | Sarah Martin | 304 661 4572 |
| Peterstown Middle School<br>56 College Drive<br>Peterstown, WV 24963 | Chris Booth | 304 646 1083 |
| Western Greenbrier Middle School<br>315 Timberwolf Dr.<br>Crawley, WV 24931 | Joey Fitzwater | 304 667 2887 |
| Summers Middle School<br>400 Temple Street<br>Hinton, WV  25951 | Susie Hudson | 304 466 6030 |

Officials for the competition are assigned from an agency that regularly assigns high school officials:
☐ Yes      ☒ No

The officials are registered to officiate high school events:
☒ Yes      ☐ No

IN ALL INTERSTATE CONTESTS, each participating school shall follow the contest rules of the state association of which it is a member or rules which have been approved by that state association for interstate competition.  The rules referred to are contest rules only and not rules applying to age, number of semesters of attendance, residency or academic accomplishments.  No school may violate its own state association rules.

Any approval or sanction granted to the applicant does not constitute a representation by either the NFHS or any named state association that it has investigated the accuracy of the information provided by the applicant, or that the NFHS or any named state association will oversee the organization, performance or financial integrity of the event.

Any approval or sanction granted to the applicant may not be used in the marketing or promotion of the event without prior written approval of the NFHS and/or any named state association, as the case may be.

Page 4

WVSSAC000325

# Sanction Forms

## Two ways to submit Sanction Forms

### Electronically

Website

Admin Login

Forms Management under WVSSAC Forms

New Forms

Sanction Form

Complete and Submit

### Paper Form

Website

Forms

Print WVSSAC Sanction Form

Complete, Fax or mail

WVSSAC000326

# WVSSAC ADMINISTRATIVE STAFF

## Cindy Daniel, Ed.D., Assistant Executive Director



WVSSAC000329



# Sports Medicine Packet



- **Now separate from each specific sport packet**
- Link is on each sport specific page as well as the Sports Medicine tab
- Required reading for all coaches

WVSSAC000337



# Concussion Reporting Form

- Fillable Online Form – 2 Parts
- Must submit Part I within 7 days of incident
- Part I – Initial incident report
- Part II – Documentation of completion of protocol progressions
- Located under Forms as well as Sports Medicine tabs on website

WVSSAC000332

# CONCUSSION RTP PROTOCOL

**RTP shall be delayed until the athlete is asymptomatic and has undergone a progression of tests to determine if they are able to RTP. Each step/test in the progression takes 24 hours and no more than one progression per day may be completed.**

*If any symptoms occur during the progression, the athlete should rest for 24 hours before attempting the same progression again.*

- No activity with complete physical and cognitive rest.
- Light aerobic exercise (less than 70% of maximum heart rate).
- Sport specific exercise (drills specific to the athlete's sport).
- Non-contact training drills (more intense sport drills with no contact from other players).
- Full contact practice (following medical clearance).
- Return to play (normal game play).



WVSSAC000233



## Approved Health Care Providers Who Can Evaluate and Release to RTP

- Medical Doctor (MD)
- Doctor of Osteopathy (DO)
- Doctor of Chiropractic (DC)
- Advanced Registered Nurse Practitioner (ARNP)
- Physician Assistant (PA-C)
- Licensed/Registered Certified Athletic Trainer (ATC/R, LAT, ATC)
- Licensed Physical Therapist

WVSSAC000334

# REQUIRED ONLINE COURSES



- Concussion In Sports (annually)
- Sudden Cardiac Arrest (annually)
- Heat Illness Prevention (one time for new coaches)
- All courses are free and can be accessed on the WVSSAC homepage (www.wvssac.org)

WVSSAC000335

# AED Requirement

- Legislation requires that an AED be available at ALL practices and contest
- Coaches must be trained in AED/CPR



WVSSAC000336

## Senate Bill 640 – Sudden Cardiac Arrest Prevention Act (WVDE Guidance)

- Requires schools to hold an informational meeting at the start of the year for parents and students to provide information on the warning signs of sudden cardiac arrest for children.

- Requires all coaches to complete the online sudden cardiac arrest course annually.

- Information can be given by downloading the physical exam form.




WVSSAC000338

# AED Sale

- AEDs for $925 through CPR Institute of Indiana
- Order form was sent to all principals and athletic directors
- Approximately 450 AEDs added to schools over last three years
- Contact Cindy if interested in purchasing



WVSSAC000139

# Medical Time Out

- Short, pre-game meeting so that everyone knows what emergency personnel, supplies, and equipment are on site and available in case of an emergency.

- Athletic trainer responsible for the meeting. If no athletic trainer is present, head coach of home school is responsible.

- Refer to Sports Medicine Packet for more information.



WVSSAC000340

# Coming Next Year

- New Heat Illness Policy/Index

- Passed by SMAC Committee and BOD

- Will require schools to purchase a WGBT



WVSSAC000341







# TITLE IX – "3 – PRONG TEST"

- Equal opportunities for both males and females school must show:
- % of male & female athletes are about the same as the % of male and female students enrolled at the school
- History and a continuing practice of expanding athletic opportunities for female students, since they usually have been the ones given fewer opportunities to play
- The school is fully meeting female athletes' interests and abilities

WVSSAC000344

# TITLE IX – 50 Year Anniversary



- — **Equal quality and quantity of equipment and supplies**
- — **Fairness in scheduling games and practices**
- — **Equal financial support for travel and expenses**
- — **Fairness in assigning and paying quality coaches; and**
- — **Equal facilities (locker rooms, fields, and arenas, for example)**
- — **Before 1972 – fewer than 300,000 high school female athletes.  Now over 3.4 million**

# Transgender

- Current law being challenged in court.

- WVSSAC's current position is that gender is identified in WVEIS for athletic participation purposes.



WVSSAC000346

# And Last But Not Least…Cheer Update

- Beginning with 2021-22 school year, mats are required for all cheer practices and competitions for stunting and tumbling

- A full floor consists of 9 strips of 6'x42' carpeted foam mats



WVSSAC000347

# WVSSAC ADMINISTRATIVE STAFF

## GREG REED
## ASSISTANT EXECUTIVE DIRECTOR



Posting of basketball scores - $50.00 fine
(Deadline – Monday by noon)



WVSSAC000348



# Required Reports/Information

- ELIGIBILITY CERTIFICATES
  - Due before the 1st contest
  - $25.00 fine
  - Forfeiture of contest

WVSSAC000350

# Residence Transfer Rule

- Number one rule that is questioned/challenged
- Athletic directors and administrators need to read the rule carefully
- If questions, contact our office before enrolling students
- Divorce or separation









# WVSSAC Website

ADMIN LOGIN

WVSSAC COACHES FORMS OFFICIALS SPORTS SCHOOL RESOURSES ROSTERS/SCHEDULES MEDIA OPEN DATES CLINICS

Current News & Information:

**MAKE-UP RULES CLINICS AT THE WVSSAC OFFICE WILL BE HELD AS SCHEDULED ON MONDAY, FEBRUARY 15, 2016**

- Softball – 5:00 pm
- Track – 6:00 pm
- Baseball – 7:00 pm

**SCHOLARSHIP WINNERS**

**2014-2015 Participation Report**

**Football Ratings**

## PROCEDURE FOR OBTAINING ANSWERS TO ELIGIBILITY QUESTIONS

The WVSSAC office and staff members do not respond to e-mail messages. To avoid any misunderstanding, confusion or delay, all questions regarding the eligibility of a student/athlete by their parent/s or coach should be directed through the Athletic Director or Principal. The Athletic Director should then gather all information necessary and call or write the WVSSAC. By following this path of

EXECUTIVE DIRECTOR NEWSLETTER

TWITTER FACEBOOK

Tweets by @wvssac

WVSSAC @wvssac

Football, Volleyball, Soccer,Cheer & Athletic Trainers rules clinics tonight at Huntington HS - 6:00pm

WVSSAC Retweeted

NFHS



Admin Login

WVSSAC000353

# Username and Password




WVSSAC000354





**School**

| West Virginia Secondary School Activities Commission |
|---|
| 2875 Staunton Turnpike : Parkersburg, WV 26104-7219 : PH (304)485-5494 FAX (304)428-5431 |

School Management Page

Submit Eligibility Form
Submit Rosters
Rosters on File
Submit Schedules
Schedules on File
Eligibility Certificates on File
Quick Post Scores
Submit Band Participation
Display Participation Report
WVSSAC Forms Management
School Personnel Directory
Officials List
School Email Contact List
Coach's Game Reports
C & I Verification System
Submit Coach's Evaluation of Officials
Edit School Information and Password
Questions? Email Support!
Submit Action Plans

July 23, 2018

WVSSAC000355

**WEBSITE UPDATE**

- Edit School Information
- Coaches Evaluations – Online
- Submit Rosters
- Submit Schedules
- **Correct Email Addresses!!**
- Eligibility
- Submit Scores

WVSSAC000356





# COACHES` EDUCATION PROGRAM

14 ½ hour course
Online registration

WVSSAC000358

# WHO CAN COACH IN WV?

- Individuals holding a valid WV teaching certificate

- Individual who completes 14 ½ hour course and receives letter of authorization from State Department of  Education is eligible



# WHAT IS REQUIRED TO COACH?

Must have high school diploma or GED

Background and fingerprint

Form 39 with State Department of Education (must be done every year)

Non paid assistants must be certified

WVSSAC90/080



LEGAL DUTIES OF A COACH

- Properly plan the activity
- Provide proper instruction
- Warn of inherent risks
- Provide a safe physical environment
- Provide adequate and proper equipment
- Match athletes appropriately
- Evaluate athletes for injury or incapacity
- Supervise activity closely
- Provide appropriate emergency assistance
- Protect against physical and psychological harm from others

WVSSAC000361



WVSSAC003362

# WVSSAC

Corporate Sponsors














WVSSAC060303

