IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

**JOINT MOTION FOR EXTENSION OF FILING DEADLINE**

Plaintiff, Defendants, and Defendant-Intervenor, by counsel, now come and jointly move that the Court issue an order extending the deadline for filing replies to Motions in Limine. The parties state the following:

(1) Motions in limine were filed on June 22, 2022, as required by the Scheduling Order [ECF 93].

(2) Responses to those motions in limine were filed on June 29, 2022, also as required by the Scheduling Order [ECF 93].

(3) As the Scheduling Order did not set a deadline for replies, the parties understand the present deadline for filing replies to be Wednesday, July 6, 2022.

(4)     In light of the rescheduling of trial in this matter, it would be reasonable to allow a brief extension of the deadline for filing replies.

(5)     The parties have conferred and agree that a brief extension of the reply deadline to Monday, July 11, 2022, would be in the best interests of all parties in completing the briefing on motions in limine

(6)     This 3-business day extension would not disturb any other pending deadlines in light of the aforementioned rescheduling of the trial date to January 2023.

For these reasons, the parties request that the Court grant this Motion.

Dated: July 1, 2022

Joshua Block*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org

Avatara Smith-Carrington*
LAMBDA LEGAL
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Phone: (214) 219-8585
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
158 West Ponce De Leon Ave., Ste. 105
Decatur, GA 30030
Phone: (404) 897-1880

ccharles@lambdalegal.org
tborelli@lambdalegal.org

Sruti Swaminathan*
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Respectfully Submitted,
/s/ Andrew Barr

Loree Stark (Bar No. 12936)
Nick Ward (Bar No. 13703)
AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
lstark@acluwv.org
nward@acluwv.ord

Kathleen Hartnett*
Julie Veroff*
Zoë Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com
jveroff@cooley.com
zhelstrom@cooley.com

Katelyn Kang*
Valeria Pelet del Toro*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com
vpeletdeltoro@cooley.com

Elizabeth Reinhardt*

2

<div style="display: flex;">

Andrew Barr*  
COOLEY LLP  
1144 15th St. Suite 2300  
Denver, CO 80202-5686  
Phone: (720) 566-4000  
abarr@cooley.com  

COOLEY LLP  
500 Boylston Street, 14th Floor  
Boston, MA 02116-3736  
Phone: (617) 937-2305  
ereinhardt@cooley.com  

*Visiting Attorneys*

*Attorneys for Plaintiff*

</div>

| | |
|---|---|
| Dated: July 1, 2022 | Respectfully Submitted, |

                                                       PATRICK MORRISEY
                                                       *West Virginia Attorney General*

                                                       */s/ Curtis R. A. Capehart*
                                                       Douglas P. Buffington II (WV Bar # 8157)
                                                       *Chief Deputy Attorney General*
                                                       Curtis R.A. Capehart (WV Bar # 9876)
                                                       *Deputy Attorney General*
                                                       David C. Tryon (WV Bar #14145)
                                                       *Deputy Solicitor General*
                                                       Office Of The West Virginia Attorney General
                                                       State Capitol Complex
                                                       1900 Kanawha Blvd. E, Building 1, Room E26
                                                       Charleston, WV 25305-0220
                                                       Telephone: (304) 558-2021
                                                       Facsimile: (304) 558-0140
                                                       Email: Curtis.R.A.Capehart@wvago.gov

                                                       *Counsel for Defendant, State of West Virginia*

| | |
|---|---|
| Dated:  July 1, 2022 | Respectfully submitted, |

                                                        WEST VIRGINIA SECONDARY SCHOOL
                                                       ACTIVITIES COMMISSION,
                                                       By Counsel,

                                                       *s/ Roberta F. Green*
                                                       Roberta F. Green (WVSB #6598)
                                                       Kimberly M. Bandy (WVSB #10081)
                                                       Shannon M. Rogers (WVSB # 13920)
                                                       SHUMAN MCCUSKEY SLICER PLLC
                                                       Post Office Box 3953 (25339)
                                                       1411 Virginia Street East, Suite 200 (25301)
                                                       Charleston, WV 25339
                                                       (304) 345-1400
                                                       (304) 343-1826 FAX
                                                       *Counsel for Defendant, WVSSAC*

Dated: July 1, 2022                                              Respectfully submitted,

WEST VIRGINIA STATE BOARD OF EDUCATION and W. CLAYTON BURCH
By Counsel,

*s/ Kelly C. Morgan*
Kelly C. Morgan (WV Bar #9519)
Kristen V. Hammond (WV Bar #9727)
Michael W. Taylor (WV Bar #11715)
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, WV 25337-3710
Telephone: 304.345.4222
Facsimile: 304.343.3133
kmorgan@baileywyant.com
khammond@baileywyant.com
mtaylor@baileywyant.com

*Counsel for Defendant, WVBOE*

Dated: July 1, 2022                                              Respectfully submitted,

HARRISON COUNTY BOARD OF EDUCATION AND DORA STUTLER
By Counsel,

*s/ Susan L. Deniker*
Susan L. Deniker (WV Bar #7992)
Jeffrey M. Cropp
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-450
Telephone: 304.933-8000
susan.deniker@steptoe-johnson.com

*Counsel for Defendant, HCBOE*

| | |
|---|---|
| Dated: July 1, 2022 | Respectfully Submitted,<br>/s/ Brandon S. Steele |
| Tyson C. Langhofer, VA Bar No. 95204*<br>Rachel A. Csutoros, MA Bar No. 706225*<br>Alliance Defending Freedom<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>(571) 707-2119<br>(571) 707-4790 Fax<br>tlanghofer@adflegal.org<br>rcsutoros@adflegal.org | Brandon Steele, WV Bar No. 12423<br>Joshua D. Brown, WV Bar No. 12652<br>The Law Offices of Brandon S. Steele<br>3049 Robert C. Byrd Drive, Suite 100<br>Beckley, WV 25801<br>(304) 253-1230<br>(304) 255-1520 Fax<br>bsteelelawoffice@gmail.com<br>joshua_brown05@hotmail.com |
| Travis C. Barham, GA Bar No. 753251*<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Road NE, Ste D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>(770) 339-0774 Fax<br>tbarham@adflegal.org | Jonathan Scruggs, AZ Bar No. 030505*<br>Roger G. Brooks, NC Bar No. 16317*<br>Henry W. Frampton, IV, SC Bar No. 75314*<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@adflegal.org<br>rbrooks@adflegal.org<br>hframpton@adflegal.org |
| Timothy D. Ducar, AZ Bar No. 015307*<br>Law Offices of Timothy D. Ducar, PLC<br>7430 E. Butherus Drive, Suite E<br>Scottsdale, AZ 85260<br>(480) 502-2119<br>(480) 452-0900 Fax<br>tducar@azlawyers.com | Christiana Holcomb, DC Bar No. 176922*<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>(202) 347-3622 Fax<br>cholcomb@adflegal.org |
| | *Visiting Attorneys*<br>*Attorneys for Defendant-Intervenor* |
| | DATE: July 1, 2022 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON, <br><br> *Plaintiff*, <br><br> v. <br><br> WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA, <br><br> *Defendants*, <br><br> and <br><br> LAINEY ARMISTEAD, <br><br> *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316 <br><br> Hon. Joseph R. Goodwin |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st Day of July, 2022, I electronically filed the foregoing with the Clerk of Court and all parties using the CM/ECF System.

*/s/ Curtis R. A. Capehart*

Curtis R. A. Capehart

7