IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.            CIVIL ACTION NO.  2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

**ORDER**

Pending before the court is the parties' joint motion to extend the deadline to file replies to Motions in Limine. [ECF No. 450]. The parties ask that the deadline be extended to Monday, July 11, 2022. The Parties' motion is **GRANTED.** Replies to Motions in Limine are due on **Monday July 11, 2022**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     July 5, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE