# EXHIBIT A

```
 1            IN THE UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                  CHARLESTON DIVISION
    _____
 4  B.P.J. by her next friend and)
 5  mother, HEATHER JACKSON,      )
 6            Plaintiff,          )
       vs.                       ) Case No.
 7  WEST VIRGINIA STATE BOARD OF ) 2:21-cv-00316
 8  EDUCATION, HARRISON COUNTY    )
    BOARD OF EDUCATION, WEST      )
 9  VIRGINIA SECONDARY SCHOOL     )
10  ACTIVITIES COMMISSION, W.     )
    CLAYTON BURCH in his official)
11  capacity as State            )
12  Superintendent, DORA STUTLER,)
    in her official capacity as  )
13  Harrison County              )
14  Superintendent, and THE STATE)
15  OF WEST VIRGINIA,            )
16            Defendants.         )
            And                 )
17  LAINEY ARMISTEAD,            )
18        Defendant-Intervenor.)
    _____)
19           REMOTE VIDEOTAPED DEPOSITION OF
20                   DORA STUTLER
                        AND
21                   DAVE MAZZA
               Tuesday, March 8, 2022
22                   Volume I
    Reported by:
23  ALEXIS KAGAY, CSR No. 13795
24  Job No. 5079542
25  PAGES 1 - 240
```

Page 1

```
 1    had someone that presented to my board, but he did

 2    all the legislative updates, like we would with any

 3    legislative session, to inform my board.

 4           (Exhibit 25 was marked for identification

 5           by the court reporter and is attached hereto.)   02:01:04

 6    BY MS. REINHARDT:

 7       Q   Understood.  If you could go into the "Marked

 8    Exhibits" folder, I'm going to introduce a document

 9    that's been marked as Exhibit 25.

10           Please let me know when you have that up.       02:01:18

11       A   I see that.

12       Q   And for now, we're just going to be looking

13    at that first page.

14           Have you seen this e-mail before?

15       A   I had not seen that e-mail until counsel       02:01:58

16    shared that.

17       Q   What is WVASA?

18       A   That is the West Virginia association of

19    superintendents.

20       Q   And are you a member of that Listserv?         02:02:12

21       A   I am.

22       Q   Thank you.  Now, if you wouldn't mind, I

23    would also like to ask you who Sarah Starkey is.

24       A   She's our county Title IX investigator.

25       Q   And who is Kenneth Winkie?                     02:02:36
```

Page 63

```
 1        A   No.

 2            MS. DENIKER:  Objection.

 3            THE WITNESS:  No.

 4     BY MS. REINHARDT:

 5        Q   Have you -- have you, Superintendent Stutler,    03:22:38

 6     interacted with any of B.P.J.'s family members?

 7        A   I have not.

 8        Q   When was the county board informed that

 9     B.P.J. is a girl who is transgender?

10            MR. TRYON:  Objection.                           03:22:58

11            David Tryon.

12            THE WITNESS:  Our county board gets

13     involved -- or my Title IX investigator gets

14     involved when a school reaches out to her to provide

15     assistance for a gender support plan.                  03:23:12

16     BY MS. REINHARDT:

17        Q   Great.  And I'll have some questions about

18     the gender support plan in a moment.

19            I'm wondering, was the county board informed

20     that B.P.J. is a girl who is transgender only at the   03:23:24

21     time of the gender support plan?

22            MR. TRYON:  Objection.

23            THE WITNESS:  I am unaware of any time prior

24     to that.

25     ///
```

Page 93

```
1    BY MS. REINHARDT:

2        Q    Thank you.  Was Norwood Elementary School

3    informed that B.P.J. is a girl?

4            MS. DENIKER:  Objection to the form.

5            MR. TRYON:  Objection.                    03:23:52

6            THE WITNESS:  Speaking with Tarra Shields,

7    the administrator of Norwood Elementary, she was

8    informed by her mother prior to going into her

9    fourth-grade year.

10   BY MS. REINHARDT:                                 03:24:13

11       Q    Was anyone else informed that B.P.J. is a

12   girl, at Norwood Elementary School?

13           MR. TRYON:  Objection.

14           THE WITNESS:  I believe when the mother

15   reached out to the administrator, that is what set  03:24:25

16   in motion the gender support plan, and that's when

17   our Title IX director was brought into the process.

18   BY MS. REINHARDT:

19       Q    Are you familiar with the counselors at

20   Norwood Elementary School during B.P.J.'s time there  03:24:44

21   as a student?

22       A    Yes.  Amber Davis.

23       Q    Do you know who James Thorton is?

24       A    No.  There was a previous counselor there,

25   Josh Thorton.                                      03:25:07
```

Page 94

```
1        Q    And on the first page, do you see where it

2   says "Today's Date"?

3        A    Yes.

4        Q    And it says "8-23-19"; is that correct.

5        A    Yes.                                    03:49:06

6        Q    Do you know what the purpose of the gender

7   support plan is?

8        A    Yes.  It's the -- to bring everybody together

9   that's working with the -- the student and come up

10  with a plan.                                      03:49:21

11       Q    Has the gender support plan ever been

12  requested other than for B.P.J.?

13       A    Yes.

14       Q    When was it requested?

15            MS. DENIKER:  Objection to the form.    03:49:38

16            THE WITNESS:  I could not give you specifics

17  on that.  I know it has been requested throughout

18  Harrison County.

19  BY MS. REINHARDT:

20       Q    Who created this document?              03:49:48

21       A    This document was initially created with

22  support from Dr. Cris Mayo at WVU and with our

23  Title IX investigator.  She was kind of given the

24  role to develop a plan.  And we have an adolescent

25  coordinator that works for seven counties that had  03:50:15
```

Page 111

```
 1    been involved in some of this.
 2         But it was with -- with Dr. Cris Mayo and my
 3    Title IX director and just -- information, and they
 4    put this together.
 5      Q    Do you recall when that was?                    03:50:33
 6         And I apologize if you said it and I did not
 7    hear you.
 8      A    I'm trying to think of the year.  '18 -- I'm
 9    trying to think of the year.  It would have been --
10    we had -- we had an issue a -- a few years ago, and   03:50:55
11    it generated this -- a need for it.  As we
12    discovered, we had a need for this.  So that's where
13    it came from.
14         I'm thinking 2018, the prior year.  Might
15    have been '19.                                         03:51:13
16      Q    And when you say there was a need for this,
17    can you -- can you explain what you mean by there
18    was a need for this?
19         MS. DENIKER:  I'm going to object to the
20    form.  I'm also going to object to any discussion     03:51:27
21    that is student-specific so we can avoid any HIPAA
22    issues.
23         THE WITNESS:  Well, we have -- when our
24    administrators reach out and ask questions and we
25    had more students requesting to be called by other    03:51:46
```

Page 112

```
1     we use, and -- and they're kept in the school file.
2          You have to understand that the kids that are
3     interacting -- or the people and -- and faculty that
4     are interacting with those children at the school
5     are the frontline people that need to know and -- so     03:53:30
6     it's kept there so the school has access to it and
7     input into it.  They know the people involved.
8     Q    Does sex change in WVEIS as a result of the
9     gender support plan?
10    A    No.                                                 03:53:55
11    Q    I want to look at this first page where it
12    says "Meeting Participants."
13         Who is Sarah -- oh, I apologize, you've
14    already explained.
15         Sarah Starkey is the Title IX director; is         03:54:09
16    that correct?
17    A    Yes, she is.
18    Q    And why was she in attendance?
19    A    When we began doing the gender support plans,
20    we put that under her purview, in her department.        03:54:24
21    So she is the one that's been with this from the
22    ground up.  She's a great support for our -- our
23    administrators and our families.  She also is a
24    social worker.  She has an excellent background, a
25    Title IX investigator.  She's the right person to be     03:54:40
```

Page 114

```
 1    involved in this.

 2         Q    Does she attend all gender support plan

 3    meetings?

 4         A    She is invited to all of them, and she tries

 5    to.  But we're a large county.  Sometimes she is        03:54:53

 6    not.

 7         Q    And again, I apologize if you've already

 8    said, but who is Tarra Shields?

 9         A    Tarra Shields is the principal at

10    Norwood Elementary.                                     03:55:08

11         Q    And who is Jasmine Lowther?

12         A    Jasmine Lowther is the fourth-grade teacher

13    at Norwood Elementary.

14         Q    And why was she at the gender support plan

15    meeting?                                                03:55:24

16         A    Jasmine Lowther was the fourth-grade teacher.

17    This would have been done in August when school was

18    starting, and B███ would have been going into the

19    fourth grade.  So that would have been her classroom

20    teacher.                                                03:55:36

21         Q    And, finally, why was Nurse Tina at the

22    gender support plan meeting?

23         A    When we do a comprehensive plan at the

24    school, we generally bring in any health support

25    people.  They're just usually part of the school       03:55:54
```

Page 115