USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

B.P.J., et al.

V.

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

CIVIL ACTION NUMBER 2:21-cv-00316

---

Johannes Widmalm-Delphonse / Alliance Defending Freedom         96040

*Name of Visiting Attorney and firm name*                       *Bar ID number*

Lainey Armistead

*Name of party represented*

Virginia State Bar, 1111 E. Main Street, Suite 700, Richmond, VA 23219-0026
Minnesota State Bar, 180 East 5th Street, Suite 950, St. Paul, MN 55101
Illinois State Bar, 625 South College Street, Springfield, IL 62704

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

44180 Riverside Parkway
Lansdowne, VA 20176

*Visiting Attorney's office address*

571-707-4667                571-707-4656              jwidmalmdelphonse@adflegal.org

*Visiting Attorney's office telephone number*   *Office fax number*   *Email address*

Joshua Brown
Law Offices of Brandon S. Steele                     WV  12652

*Name of Sponsoring Attorney and firm name*                  *WV Bar ID number*

3049 Robert C. Byrd Drive, Suite 100
Beckley, WV 25801

*Sponsoring Attorney's office address*

304-253-1230                304-255-1520              joshua_brown05@hotmail.com

*Sponsoring Attorney's office telephone number*   *Office fax number*   *Email address*

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_6-27-22_
Date

_[signature]_
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_June 27, 2022_
Date

_[signature]_
Signature of Sponsoring Attorney

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**