IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>    *Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>    *Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin<br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

    Pursuant to Local Rule of Civil Procedure 83.4(a), kindly withdraw my appearance as counsel for the State of West Virginia ("WV"). My last day with the Office of the West Virginia Attorney General is July 22, 2022 and I will no longer be able to provide representation to WV in connection with this matter.

    Accordingly, Defendant, WV respectfully requests that:

    (a)    David C. Tryon's representation of WV in this matter be deemed withdrawn and terminated;

(b)     The Clerk remove David C. Tryon from the active CM/ECF service list in this matter; and,

(c)     Douglas P. Buffington II and Curtis R. A. Capehart shall remain as counsel of record for the State of West Virginia.

Respectfully submitted,

PATRICK MORRISEY
  *West Virginia Attorney General*

/s/ *David C. Tryon*
Douglas P. Buffington II (WV Bar # 8157)
  *Chief Deputy Attorney General*
Curtis R.A. Capehart (WV Bar # 9876)
  *Deputy Attorney General*
David C. Tryon (WV Bar #14145)
  *Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
1900 Kanawha Blvd. E, Building 1, Room E-26
Charleston, WV 25305-0220
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
Email:  David.C.Tryon@wvago.gov

*Counsel for Defendant, STATE OF WEST VIRGINIA*

DATE: July 22, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B. P. J., by her next friend and mother, HEATHER JACKSON,

    *Plaintiff,*

v.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH, in his official Capacity as State Superintendent, DORA STUTLER, in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,

    *Defendants*.

and LAINEY ARMISTEAD,

    *Intervenor Defendant*.

CIVIL ACTION NO. 2:21-cv-00316

Judge Joseph R. Goodwin

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 22st day of July, 2022, I electronically filed the foregoing with the Clerk of Court and all parties using the CM/ECF System.

                                          */s/ David C. Tryon*
                                          David C. Tryon