IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother,
HEATHER JACKSON,
    Plaintiff,

v.                                                  Civil Action No. 2:21-cv-00316
                                                       Honorable Joseph R. Goodwin, Judge

WEST VIRGINIA STATE BOARD OF EDUCATION,
HARRISON COUNTY BOARD OF EDUCATION,
WEST VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISION, W. CLAYTON BURCH
in his official capacity as State Superintendent, and
DORA STUTLER in her official capacity as
Harrison County Superintendent,
    Defendants,

And

LAINEY ARMISTEAD,
    Defendant-Intervenor.

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF WVSSAC's PENDING MOTIONS

Now comes West Virginia Secondary School Activities Commission (WVSSAC), by counsel, Roberta F. Green, Kimberly M. Bandy, Shannon M. Rogers and Shuman McCuskey Slicer PLLC, and notifies the Court of supplemental authority[1] that came before the Court in another context and in the form of an admission by the Plaintiff, as follows.

As part of pretrial motions, Plaintiff, State and Intervenor have briefed issues relative to WVSSAC's 30(b) testimony.[2] As part of that process, Plaintiff wrote that **"Mr. Dolan is not a legislator and did not have any input on whether or if H.B. 3293 was enacted."**[3]

---

[1] *Cordish Cos. v. Affiliated FM Ins., Co.*, 573 F. Supp.3d 977, 988 (D. Md.2021).
[2] ECF No. 276-1 at 120-21; ECF No. 287 at 4-5; ECF No. 288 at 5.
[3] ECF No. 470 at 2 (emphasis added).

1

Plaintiff's admission constitutes supplemental authority in support of WVSSAC's dispositive motion in that Plaintiff has produced no evidence that WVSSAC will have a role in implementing H.B. 3293 and now has admitted against interest that **"Mr. Dolan is not a legislator and did not have any input on whether or if H.B. 3293 was enacted."**[4] Plaintiff's admission constitutes supplemental authority in support of WVSSAC's motions in *limine*, in particular, relative to the State Board's Green Book (Exhibit H to the Blatt Deposition)[5] and relative to Plaintiff's proposed use of Mr. Dolan's emails and texts relative to HB 3293,[6] including those with Senator Baldwin and/or Melissa White.[7]

WVSSAC has filed a motion for leave and a proposed surreply. In the interim, however, with Plaintiff's admission that further distances Mr. Dolan from the legislative process and with Plaintiff's failure to discover more of the background, meaning and/or intent of any of these communications, WVSSAC renews its motions[8] pending before the Court at this time.

WVSSAC seeks the relief this Court deems just.

---

[4] ECF No. 470 at 2 (emphasis added).
[5] ECF No. 390; ECF No 391 at 4.
[6] ECF No. 392.
[7] ECF No. 437 at 6.  See also *Dobbs v. Jackson*, 597 U.S. ___, [28] (2022), stating that "[t]his Court has long disfavored arguments based on alleged legislative motives.  See, e.g., Erie v. Pap's A. M., 529 U. S. 277, 292 (2000) (plurality opinion); Turner Broadcasting System, Inc. v. FCC, 512 U. S. 622, 652 (1994); United States v. O'Brien, 391 U. S. 367, 383 (1968); Arizona v. California, 283 U. S. 423, 455 (1931) (collecting cases). The Court has recognized that inquiries into legislative motives "are a hazardous matter." O'Brien, 391 U. S., at 383."
[8] *See, e.g.,* ECF Nos. 276 (335), 289 (439), 290 (439), 392 (456).

                                                **WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION,**
                                                **By Counsel.**

***/S/ Roberta F. Green***
Roberta F. Green (WVSB #6598)
Kimberly M. Bandy (WVSB #10081)
Shannon M. Rogers (WVSB # 13920)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street East, Suite 200 (25301
Charleston, WV 25339
(304) 345-1400
(304) 343-1826 FAX
rgreen@shumanlaw.com
kbandy@shumanlaw.com
srogers@shumanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J., by her next friend and mother,
HEATHER JACKSON,
    Plaintiff,

v.                                                  Civil Action No. 2:21-cv-00316
                                                    Honorable Joseph R. Goodwin, Judge

WEST VIRGINIA STATE BOARD OF EDUCATION,
HARRISON COUNTY BOARD OF EDUCATION,
WEST VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISION, W. CLAYTON BURCH
in his official capacity as State Superintendent, and
DORA STUTLER in her official capacity as
Harrison County Superintendent,
    Defendants,

And

LAINEY ARMISTEAD,
    Defendant-Intervenor.

## CERTIFICATE OF SERVICE

       I hereby certify that I, Roberta F. Green, have this, the 19th day of September, 2022, served a true and exact copy of the foregoing **"Notice of Supplemental Authority in Support of WVSSAC's Pending Motions"** with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Loree Beth Stark | Kathleen R. Hartnett |
| Nicholas Ward | Julie Veroff |
| ACLU of WV FOUNDATION | COOLEY LLP |
| 1614 Kanawha Boulevard, East | 101 California St. – 5th Floor |
| Charleston, WV  25311 | San Francisco, CA 94111-5800 |
| lstark@acluwv.org | khartnett@cooley.com |
| nward@acluwv.org | jveroff@cooley.com |

1

Katelyn Kang
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
kkang@cooley.com

Andrew Barr
COOLEY LLP
1144 15th St., Suite 2300
Denver, CO 80202-5686
abarr@cooley.com

Joshua Block
Chase Strangio
ACLU FOUNDATION
125 Broad Street
New York, NY 10004
jblock@aclu.org

Sruti Swaminathan
LAMBDA LEGAL
120 Wall St., 19th Floor
New York, NY 10005
sswaminathan@lambdalegal.org

Kelly C. Morgan
Michael W. Taylor
Kristen Vickers Hammond
BAILEY & WYANT, PLLC
500 Virginia St., East, Suite 600
Charleston, WV 25301
kmorgan@baileywyant.com
mtaylor@baileywyant.com
khammond@baileywyant.com

Douglas P. Buffington, II
Curtis R.A. Capehart
Jessica A. Lee
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220
Curtis.R.A.Capehart@wvago.gov

Elizabeth Reinhardt
COOLEY LLP
500 Boylston St., 14th Floor
Boston, MA 02116-3736
ereinhardt@cooley.com

Avatara Smith-Carrington
LAMBDA LEGAL
3500 Oak Lawn Ave., Suite 500
Dallas, TX 75219
asmithcarrington@lambdalegal.org

Carl Charles
LAMBDA LEGAL
1 West Court Square, Suite 105
Decatur, GA 30030
ccharles@lambdalegal.org

Susan Llewellyn Deniker
Jeffrey M. Cropp
STEPTOE and JOHNSON, LLC
400 White Oaks Boulevard
Bridgeport, WV 26330
susan.deniker@steptoe-johnson.com
jeffrey.cropp@steptoe-johnson.com

Tara Borelli
LAMBDA LEGAL
1 West Court Square, Suite 105
Decatur, GA 30030
tborelli@lambdalegal.org

3

| | |
|---|---|
| Taylor Brown<br>American Civil Liberties Union<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>tbrown@aclu.org | Brandon S. Steele<br>Joshua D. Brown<br>Law Offices of Brandon S. Steele<br>3049 Robert C. Byrd Drive, Ste 100<br>Beckley, WV  25801<br>bsteelelawoffice@gmail.com<br>joshua_brown05@hotmail.com |
| Jonathan Scruggs<br>Roger Greenwood Brooks<br>Henry W. Frampton, IV<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>jscruggs@adflegal.org<br>rbrooks@adflegal.org<br>hframpton@adflegal.org | Christiana Kiefer<br>Rachel Csutoros<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>ckiefer@adflegal.org<br>rcsutoros@adflegal.org |
| Timothy D. Ducar<br>Law Offices of Timothy D. Ducar, PLC<br>7430 E. Butherus Drive, Suite E<br>Scottsdale, AZ  85260<br>tducar@azlawyers.com | Meredith Taylor Brown<br>American Civil Liberties Union<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>tbrown@aclu.org |
| Aria S. Vaughan<br>U.S. Department of Justice<br>Civil Rights Division<br>Educational Opportunities Section<br>950 Pennsylvania Ave., NW<br>4CON, 10th Floor<br>Washington, DC 20530<br>aria.vaughan@usdoj.gov | Fred B. Westfall, Jr.<br>Jennifer M. Mankins<br>United States Attorney's Office<br>300 Virginia Street, East – Rm. 400<br>Charleston, WV 25301<br>fred.westfall@usdoj.gov<br>jennifer.mankins@usdoj.gov |

/S/ Roberta F. Green
Roberta F. Green, Esquire (WVSB #6598)
SHUMAN MCCUSKEY SLICER PLLC
Post Office Box 3953 (25339)
1411 Virginia Street E., Suite 200 (25301)
Charleston, West Virginia
 (304) 345-1400; FAX: (304) 343-1826
*Counsel for Defendant WVSSAC*
rgreen@shumanlaw.com