IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br><br>*Defendants* | Civil Action No. 2:21-cv-316<br><br>Hon. Joseph R. Goodwin, District Judge |

**NOTICE OF SUBSTITUTION OF SPONSORING ATTORNEY**

I, Nicholas Ward, hereby provide this Notice Substitution of Sponsoring Attorney/Local Counsel in the above-captioned matter. Pursuant to this notice, undersigned counsel will replace current sponsoring attorney Loree Stark, who will subsequently file in this case a notice of withdrawal pursuant to Local Rule 83.4(a), as the sponsoring attorney for Visiting Attorney Tara Borelli in this matter.

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

/s/ Nicholas Ward
West Virginia Bar No. 13703
AMERICAN CIVIL LIBERTIES UNION
OF WEST VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (304) 282-6806
nward@acluwv.org

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON<br><br>*Plaintiff*,<br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOLACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as state superintendent, and DORA STUTLER in her official capacity as Harrison County Superintendent,<br><br>*Defendants* | Civil Action No. 2:21-cv-316<br><br>Hon. Joseph R. Goodwin, District Judge |

## CERTIFICATE OF SERVICE

I, Nicholas Ward, do hereby certify that on Wednesday, the 19th day of October, 2022, I electronically filed a true and exact copy of the Certificate of Service for ***Notice of Substitution of Sponsoring Attorney*** with the Clerk of Court and all parties using the CM/ECF System.

                                            */s/ Nicholas Ward*
                                            West Virginia Bar No. 13703