```
 1           IN THE UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                   CHARLESTON DIVISION
 4
 5     _____
                                      )
 6     B.P.J. by her next friend and  )
       mother, HEATHER JACKSON,       )
 7                                    )
                 Plaintiff,           )
 8                                    )  No. 2:21-cv-00316
           vs.                        )
 9                                    )
       WEST VIRGINIA STATE BOARD OF   )
10     EDUCATION, HARRISON COUNTY     )
       BOARD OF EDUCATION, WEST       )
11     VIRGINIA SECONDARY SCHOOL      )
       ACTIVITIES COMMISSION, W.      )
12     CLAYTON BURCH in his official  )
       capacity as State              )
13     Superintendent, DORA STUTLER,  )
       in her official capacity as    )
14     Harrison County                )
       Superintendent, and THE STATE  )
15     OF WEST VIRGINIA,              )
                                      )
16               Defendants.          )
                                      )
17     LAINEY ARMISTEAD,              )
                                      )
18                                    )
       Defendant-Intervenor.          )
19     _____
20
                  REMOTE VIDEOTAPED DEPOSITION OF
21                 CHAD T. CARLSON, M.D., FACSM
                      Monday, March 28, 2022
22                          Volume I
23     Reported by:
       ALEXIS KAGAY
24     CSR No. 13795
       Job No. 5122881
25     PAGES 1 - 227
```

Page 1

| | | |
|---|---|---|
| 1 | imparted risk on an athletic field. | |
| 2 | Q   And there's no peer-reviewed study looking at | |
| 3 | prepubertal kids and their -- boys and their | |
| 4 | imparted risk on an athletic field, is there? | |
| 5 | A   That's why I was retained. | 11:50:18 |
| 6 | Q   Okay.  And there's no peer-reviewed study | |
| 7 | looking at transgender women and their risk to other | |
| 8 | women from participating in an athletic field; | |
| 9 | right? | |
| 10 |　　　　MR. FRAMPTON:  Object to the form. | 11:50:30 |
| 11 | 　　　　Go ahead. | |
| 12 | 　　　　THE WITNESS:  There are multiple studies that | |
| 13 | show retention of significant differences in the | |
| 14 | types of things that would lead to disparities in | |
| 15 | strength, power, speed, etcetera, all of which can | 11:50:47 |
| 16 | contribute to heightened injury risk, which was the | |
| 17 | underpinning of World Rugby's finding. | |
| 18 | BY MR. BLOCK: | |
| 19 | Q   Right.  But -- | |
| 20 | 　　　　MR. BLOCK:  Can you read back my question, | 11:50:58 |
| 21 | Court Reporter. | |
| 22 | 　　　　(Record read.) | |
| 23 | 　　　　MR. FRAMPTON:  Same objection. | |
| 24 | 　　　　MR. TRYON:  Objection; form. | |
| 25 | 　　　　THE WITNESS:  To my knowledge, there has been | 11:51:21 |

```
 1    no peer-reviewed study looking at the injury risk
 2    that exists to cisgender women when transgender
 3    women cross over and play.  That issue is, to my
 4    knowledge, not often tracked.
 5    BY MR. BLOCK:                                            11:51:45
 6       Q   Can we look at page 2 of your report.
 7       A   Which report are you talking about?
 8       Q   Your -- your February report.
 9           MR. FRAMPTON:  I'm sorry, Josh, what -- what
10    page did you tell him to go to?                          11:52:05
11           MR. BLOCK:  Page 2.  Exhibit --
12           MR. TRYON:  Which exhibit is this, please?
13           MR. BLOCK:  80.  Exhibit 80.
14           THE WITNESS:  Okay.
15    BY MR. BLOCK:                                            11:52:26
16       Q   If you look at the -- the final sentence, at
17    the bottom, that begins with "As a medical doctor."
18       A   Okay.
19       Q   It says (as read):
20           "As a medical doctor who has spent               11:52:32
21           my career in sports medicine, it is
22           my opinion that World Rugby's
23           assessment of the evidence is
24           scientifically sound, and that
25           injury modeling meaningfully                     11:52:41
```

Page 125

```
 1     put on those bones?
 2        A    There is an association there.
 3        Q    It's just an association?
 4        A    They play against each other.  Large muscle
 5     mass creates greater bone mineralization too, just      12:43:05
 6     from the tug of the muscles on bones.  So there's an
 7     association, yes.
 8        Q    Let's go to page?  Page 1 of your report.
 9        A    Which report are we talking about?
10        Q    Your -- your February report.                   12:43:34
11        A    Okay.
12        Q    The final sentence of this first paragraph,
13     you say (as read):
14             "And in fact, biologically male
15             transgender athletes have competed              12:43:53
16             in a wide range of high school,
17             collegiate, and professional girls'
18             or women's sports, including, at
19             least, basketball, soccer,
20             volleyball, softball, lacrosse, and             12:44:01
21             even women's tackle football."
22             Correct?
23        A    That's what that says.
24        Q    Okay.  Are you aware of any injuries
25     resulting from their participation in those sports?    12:44:11
```

Page 154

```
 1        A    I'm not -- I'm not --
 2             MR. BLOCK:  I think Mr. Carlson froze.
 3             THE VIDEOGRAPHER:  Yeah, just -- we should
 4     pause a sec.
 5             (Technical issues.)                           12:44:32
 6             THE WITNESS:  Because it's not adequately --
 7             Sorry, I don't know if it's when I go to look
 8     at the document or what, but -- can you see me now?
 9     BY MR. BLOCK:
10        Q    You'll have to answer that again.             12:44:39
11             So are you aware of any injuries that have
12     resulted from the participation of those transgender
13     athletes?
14        A    This issue is inadequately tracked, so no,
15     I'm not aware.                                        12:44:57
16        Q    Okay.
17        A    Well, actually, that's not true.
18             Rephrase your question.  I want to make sure
19     I'm understanding it.
20        Q    You wrote that (as read):                     12:45:08
21             "In fact, biologically male
22             transgender athletes have competed
23             in a wide range of high school,
24             collegiate, and professional girls'
25             or women's sports, including, at              12:45:15
```

Page 155

```
 1               least, basketball, soccer,
 2               volleyball, softball, lacrosse, and
 3               even women's tackle football."
 4          And my question is, are you aware of any
 5   injuries that resulted from the participation of      12:45:25
 6   transgender girls and women in those sports?
 7      A   And so my answer would be that's not
 8   adequately tracked, and so no, I'm not familiar.
 9      Q   Are you aware of any evidence that the
10   participation of transgender women in these events    12:45:40
11   actually has increased the frequency and severity of
12   injury suffered by such gender female athletes?
13      A   You're speaking to those sports listed?
14      Q   Yes.
15      A   Again, it's inadequately tracked, so I'm not   12:46:01
16   familiar.
17      Q   And let's go to paragraph 47 of that
18   document, the same document.  Page 27, paragraph 47.
19      A   Page 27, you said?
20      Q   Yeah.  In paragraph 47, at the bottom.         12:46:29
21      A   Okay.
22      Q   It says (as read):
23               "In 2014, a male mixed-martial art
24               fighter identifying as female and
25               fighting under the name Fallon Fox        12:46:40
```

Page 156