IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## JOINT MOTION FOR STATUS CONFERENCE

In light of the motions that are pending before the Court, the upcoming trial scheduled to begin on January 31, 2023, and other deadlines set forth in the governing scheduling order[1], Plaintiff, Defendants, and Defendant-Intervenor (collectively, the "Parties"), by counsel, respectfully request that the Court schedule a status conference in this matter. The Parties seek to ensure that the Parties are judicious with their resources as it relates to trial preparation.

---

[1] December 19, 2022 is the deadline for the integrated pretrial order. (Dkt. No. 448.)

1

Dated: November 22, 2022

Joshua Block*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org

Avatara Smith-Carrington*
LAMBDA LEGAL
1776 K Street, N.W., 8th Fl.
Washington, DC 20006-2304
Phone: (202) 804-6245
asmithcarrington@lambdalegal.org

Carl Charles*
Tara Borelli*
LAMBDA LEGAL
158 West Ponce De Leon Ave., Ste. 105
Decatur, GA 30030
Phone: (404) 897-1880
ccharles@lambdalegal.org
tborelli@lambdalegal.org

Sruti Swaminathan*
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Andrew Barr*
COOLEY LLP
1144 15th St. Suite 2300
Denver, CO 80202-5686
Phone: (720) 566-4000
abarr@cooley.com

Respectfully Submitted,
/s/ Nick Ward

Nick Ward (Bar No. 13703)
AMERICAN CIVIL LIBERTIES UNION OF WEST
VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
nward@acluwv.org

Kathleen Hartnett*
Julie Veroff*
Zoë Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com
jveroff@cooley.com
zhelstrom@cooley.com

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
kkang@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2305
ereinhardt@cooley.com

*Visiting Attorneys

Attorneys for Plaintiff

Agreed to by counsel:

/s/ Roberta F. Green (per consent)
Roberta F. Green
Shuman McCuskey & Slicer PLLC
P.O. Box 3953
Charleston, WV 25339-3953
rgreen@shumanlaw.com

*Counsel for Defendant,*
*West Virginia Secondary School Activities Commission*

/s/ Christiana Kiefer (per consent)
Christiana Kiefer*
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
ckiefer@adflegal.org

*Counsel for Defendant-Intervenor,*
*Lainey Armistead*

/s/ Curtis R. A. Capehart (per consent)
Curtis R. A. Capehart
State Capitol Complex Building 1
Room E-26
Charleston, WV 25305-0220
Curtis.R.A.Capehart@wvago.gov

*Counsel for Defendant, the State of West Virginia*

/s/ Susan L. Deniker (per consent)
Susan L. Deniker
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
susan.deniker@steptoe-johnson.com

*Counsel for Defendants,*
*Harrison County Board of Education and Dora Stutler*

/s/ Kelly C. Morgan (per consent)
Kelly C. Morgan
Bailey & Wyant, PLLC
500 Virginia Street East, Suite 600
P.O. Box 3710

Charleston, WV 25337-3710
kmorgan@baileywyant.com

*Counsel for Defendants,*
*West Virginia State Board of Education and W. Clayton Burch*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| B.P.J. by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,<br><br>*Defendants*,<br><br>and<br><br>LAINEY ARMISTEAD,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:21-cv-00316<br><br>Hon. Joseph R. Goodwin |

## CERTIFICATE OF SERVICE

I, Nick Ward, do hereby certify that on this 22nd day of November, 2022, I electronically filed a true and exact copy of the ***Joint Motion for Status Conference*** with the Clerk of Court and all parties using the CM/ECF System.

/s/ Nick Ward
Nick Ward
West Virginia Bar No. 13703

5