IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

            Plaintiffs,

v.                                  CIVIL ACTION NO.   2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

            Defendants.

**ORDER**

Pending before the court is the joint motion requesting continuance of trial date and associated pretrial dates [ECF No. 510].   For good cause shown, the joint motion is **GRANTED**. It is further **ORDERED** that all dates established in the Second Amended Scheduling Order [ECF No. 448] are **SUSPENDED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   December 15, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE