IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.                         CIVIL ACTION NO. 2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

## JUDGMENT ORDER

The court **ORDERS** that judgment be entered in accordance with accompanying Memorandum Opinion and Order, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

          ENTER:     January 5, 2023

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE