# EXHIBIT A

1/19/23, 10:31 AM Connect-Bridgeport Middle School Invitational - Womens Middle School Discus Results - Track & Field Meet

Case 2:21-cv-00316 Document 515-3 Filed 01/20/23 Page 2 of 18 PageID #: 29993



Team Results Management

# Connect-Bridgeport Middle School Invitational  MS

**OFFICIAL**   Mar 25, 2022   Bridgeport HS

Show More Details...

## Womens Middle School Discus

### Finals - 1kg

| | | | | | |
|---|---|---|---|---|---|
| 1. | 7 | Mattie Brown | 66-08 | PR | Ritchie County |
| 2. | 7 | Reese Lambert | 65-07 | | Taylor County |
| 3. | 7 | Chloe Bramos | 64-09 | PR | Ritchie County |
| 4. | 6 | Morgan Morris | 64-01 | PR | Ritchie County |
| 5. | - | Isabella McCullough | 58-11 | | Bridgeport |
| 6. | 8 | Courtney Knight | 58-08.50 | PR | South Harrison |
| 7. | 8 | Kailee Haymond | 58-04.50 | PR | East Fairmont |
| 8. | 7 | Jadyn Pifer | 56-09.50 | | South Preston |
| 9. | 7 | Lillian Boyles | 56-02 | | Tucker Valley |
| 10. | 7 | Kennedy Marsh | 53-01.50 | | Bridgeport |
| 11. | 6 | Katie Samples | 52-07 | | Buckhannon-Upshur |
| 12. | 8 | Karley Knotts | 52-00 | | Tucker Valley |
| 13. | 7 | Mercy Frase | 51-06.50 | | South Harrison |
| 14. | 8 | Hannah Kirk | 48-09.50 | | Tyler Consolidated |
| 15. | 8 | Quinn McGervey | 47-02.50 | PR | West Fairmont |
| 16. | 8 | Markiah Guthrie | 46-09.50 | SR | Taylor County |
| 17. | 8 | Demi Billotti | 45-11 | | South (Morgantown) |
| 18. | 8 | Eliana Winfrey | 45-07 | PR | Tyler Consolidated |
| 19. | 7 | Olivia Markley | 43-09.50 | PR | East Fairmont |
| 20. | 7 | Nellann Pase | 42-06 | | South Preston |
| 21. | 8 | Alexa Riffle | 42-02.50 | | Washington Irving |
| 22. | 8 | Brookelyn Martin | 41-03.50 | | Washington Irving |
| 23. | 8 | Kate Gaines | 40-05.50 | | Westwood |
| 24. | 7 | Layla Frazer | 39-04 | PR | West Fairmont |
| 25. | - | Adaleia Wolfe | 39-01.50 | | Bridgeport |
| 26. | 8 | Tacy Pollock | 37-09.50 | | Buckhannon-Upshur |
| 27. | - | London Davis | 36-08 | | Bridgeport |
| 28. | 8 | Ryder Thompson | 33-08 | | Tucker Valley |
| 29. | 6 | Becky Pepper-Jackson | 31-11.50 | | Bridgeport |
| -- | 6 | Halo Redman | ND | | Westwood |
| -- | 7 | Madison Richeson | ND | | Tyler Consolidated |
| -- | 8 | Madison Alt | ND | | Keyser |
| -- | 7 | Kaitlyn Gill | ND | | Westwood |

2023 RunnerSpace.com
2023 Athletic.net - All rights reserved



1/19/23, 10:30 AM  Connect-Bridgeport Middle School Invitational - Womens Middle School Shot Put Results - Track & Field Meet

Case 2:21-cv-00316 Document 515-3 Filed 01/20/23 Page 3 of 18 PageID #: 29994



Team Results Management

# Connect-Bridgeport Middle School Invitational  MS

**OFFICIAL**   Mar 25, 2022   Bridgeport HS

Show More Details...

## Womens Middle School Shot Put

### Finals - 6lb

| # | Gr | Name | Mark | | Team |
|---|---|---|---|---|---|
| 1. | 7 | Mattie Brown | 28-08.00 | PR | Ritchie County |
| 2. | 8 | Kyra Nolan | 27-11.50 | | Tyler Consolidated |
| 3. | 7 | Gabby Conrad | 27-02.50 | | Robert L. Bland |
| 4. | 7 | Kennedy Marsh | 26-08.50 | | Bridgeport |
| 5. | - | Isabella McCullough | 25-08.00 | | Bridgeport |
| 6. | 6 | Morgan Morris | 25-07.50 | PR | Ritchie County |
| 7. | 7 | Kasey Rogers | 25-05.50 | | East Fairmont |
| 8. | 7 | Reese Lambert | 25-00.50 | | Taylor County |
| 8. | 8 | Courtney Knight | 25-00.50 | | South Harrison |
| 10. | 8 | Hannah Amsler | 24-08.50 | | South (Morgantown) |
| 11. | 7 | Emma Casto | 24-07.50 | | East Fairmont |
| 12. | 7 | Lillian Boyles | 24-06.00 | PR | Tucker Valley |
| 12. | 7 | Emily Smith | 24-06.00 | | Tygarts Valley |
| 14. | 8 | Madilynn Kyle | 23-10.50 | | West Fairmont |
| 15. | 8 | Eliana Winfrey | 23-08.50 | | Tyler Consolidated |
| 16. | 8 | Ada Workman | 23-00.50 | PR | South Harrison |
| 17. | 8 | MaKenzie Bryant | 22-08.00 | PR | Washington Irving |
| 18. | 8 | Eliana Price | 22-07.00 | | West Fairmont |
| 19. | 8 | Karley Knotts | 22-06.50 | | Tucker Valley |
| 20. | 7 | Nellann Pase | 22-02.50 | | South Preston |
| 21. | 8 | Alyssa Swecker | 22-00.50 | | Tygarts Valley |
| 22. | 8 | Maddy Haddix | 21-11.00 | PR | Taylor County |
| 23. | 6 | Katie Samples | 21-09.50 | | Buckhannon-Upshur |
| 24. | 7 | Chloe Bramos | 21-03.50 | PR | Ritchie County |
| 25. | 8 | Demi Billotti | 20-11.00 | | South (Morgantown) |
| 26. | 8 | Madison Sypolt | 20-10.00 | | East Preston |
| 27. | - | Adaleia Wolfe | 20-09.00 | PR | Bridgeport |
| 28. | 8 | Tacy Pollock | 20-04.50 | | Buckhannon-Upshur |
| 29. | 7 | Ryleigh Freshour | 20-03.00 | | South (Morgantown) |
| 30. | 8 | Alexa Riffle | 20-01.00 | | Washington Irving |
| 31. | 8 | Zola Bailey | 19-03.50 | | West Fairmont |
| 32. | 6 | Halee Rowe | 19-01.00 | PR | South Harrison |
| 33. | - | London Davis | 18-11.50 | | Bridgeport |
| 34. | 8 | Kate Gaines | 18-10.50 | | Westwood |
| 35. | 7 | Lilly Anger | 18-09.00 | | Elkins |
| 36. | 6 | Becky Pepper-Jackson | 18-06.50 | | Bridgeport |
| 37. | 7 | Breonna Plumley | 18-05.00 | PR | Elkins |
| 38. | 6 | Isabella Bowers | 18-02.00 | | Buckhannon-Upshur |
| 39. | 8 | Madison Alt | 17-05.50 | | Keyser |
| 40. | 6 | Madalyn Snyder | 16-03.50 | PR | East Fairmont |
| 41. | 7 | Emma Russell | 15-10.00 | | Westwood |
| 42. | 6 | Chloe Lee | 13-04.00 | | Westwood |
| 43. | 6 | Daelyn Leach | 12-10.00 | PR | Tygarts Valley |
| 43. | 7 | Sophia Ratnaker | 12-10.00 | | Elkins |
| 45. | 8 | Ryder Thompson | 12-03.50 | | Tucker Valley |

2023 RunnerSpace.com
2023 Athletic.net – All rights reserved

```
Licensed to Doddridge County Middle School
                                  HY-TEK's Meet Manager 4/23/2022 10:06 PM
                     Ritchie Middle  Pizza Box Invitational - 4/23/2022
                                  Chuck Schofield Memorial
                                          Results

Girls 100 Meter Dash
==========================================================================
    Name                    Year School                  Finals  H# Points
==========================================================================
Finals
  1 Lipscomb, Jaycee          08 Doddridge                13.60   5   10
  2 Courtney, Savannah           Bms Red                  13.80   5    8
  3 Angiulli, Julia            7 Mountaineer(H)           13.84   5    6
  4 Ashcraft, Eryn             7 Mountaineer(H)           13.85   4    4
  5 Lathon, Brea               8 Mountaineer(H)           13.86   4    2
  6 Stitt, Kadessa               Mini Titans              14.15   5    1
  7 Sass, Liza                 6 Wash. Irving             14.32   5
  8 Riley, Emery                 Lincoln                  14.47   5
  9 Harnett, Madison           8 Wash. Irving             14.52   5
 10 Kniceley-See, Emma           Bms Red                  14.70   4
 11 Sharpe, Emma               7 South Harrison           14.87   1
 12 McKinney, Jalin              Bms Red                  15.04   4
 13 Poyser, JaeCea               Pcms                     15.04   3
 14 Winfrey, Eliana              Tyler                    15.14   4
 15 Rodeheaver, Audrey           Lincoln                  15.19   3
 16 Gilfillan, Lana              Pcms                     15.32   3
 17 Lewis, Kami                8 Wash. Irving             15.38   4
 18 Blackhurst, Jayla            TCMS                     15.44   3
 19 McGuffey, Rielee             TCMS                     15.58   3
 20 Misel, Maura                 Wildcats                 15.67   1
 21 Ratliff, Brooklyn            Mini Titans              15.85   2
 22 Clemm, Liya                  TCMS                     15.90   3
 23 Householder, Katie           PCMS                     15.94   3
 24 Kirk, Hannah                 Tyler                    16.19   2
 25 Gerlach, Sidni               Pcms                     16.64   4
 26 Hagedorn, Nylah           06 Doddridge                17.50   2
 27 Bishop, Sienna               Ritchie                  18.15   1
 28 Workman, Ada               8 South Harrison           18.22   1
 29 Richeson, Madison            Tyler                    18.51   1
 30 Krolick, Taylor              Ritchie                  18.58   2
 31 Cayton, Cynthia            6 South Harrison           18.69   1
 32 Nelson, Emma                 PCMS                     18.79   2
 33 Kumpyte, Elze                Mini Titans              19.81   2
 34 Hardman, Katelyn             Ritchie                  21.72   1

Girls 200 Meter Dash
==========================================================================
    Name                    Year School                  Finals  H# Points
==========================================================================
  1 Lipscomb, Jaycee          08 Doddridge                28.42   5   10
  2 Angiulli, Julia            7 Mountaineer(H)           29.04   5    8
  3 Stitt, Kadessa               Mini Titans              29.27   5    6
  4 Ashcraft, Eryn             7 Mountaineer(H)           29.38   5    4
  5 Perine, Eliza                Bms Red                  29.50   5    2
  6 Trent, Payton             08 Doddridge                29.63   5    1
  7 Burdette, Destiny            Lincoln                  30.55   4
  8 Harnett, Madison           8 Wash. Irving             30.96   3
  9 McCall, Ellie                Bms Red                  31.37   4
 10 Riley, Addison               Lincoln                  31.80   4
 11 Sass, Liza                 6 Wash. Irving             32.28   4
 12 Runner, Alizae               TCMS                     32.52   3
 13 Fiber, Andi                  Tyler                    33.31   3
 14 Linville, Bentli             Ritchie                  33.36   4
```

```
 15 Nolan, Kyra                         Tyler              33.45    4
 16 Freeman, Payge                      Lincoln            33.92    4
 17 Misel, Maura                        Wildcats           33.94    1
 18 Parsons, Autumn                     Ritchie            34.00    3
 19 Hess, Hope               8 Mountaineer(H)              34.19    3
 20 Cecil, Autumn                       Pcms               34.97    2
 21 Davis, Brooklyn                     Pcms               35.18    3
 22 Clutter, Alyssa          7 South Harrison              35.32    2
 23 Radabaugh, Irelyn        6 South Harrison              35.70    1
 24 Kimball, Olivia                     Pcms               35.75    3
 25 Guthrie, Markiah                    TCMS               36.78    1
 26 Bailey, Hailey                      TCMS               36.99    2
 27 Erlandson, Madelyn                  Wildcats           37.06    1
 28 Smith, Kendall                      Ritchie            37.38    2
 29 Fincham, Maddie          7 South Harrison              38.23    2
 30 Yeager, Addison                     Nms Girls          38.39    1
 31 Baker, Braylin                      Nms Girls          40.28    1
 32 Nelson, Emma                        PCMS               41.25    2
 33 Kumpyte, Elze                       Mini Titans        42.78    1

Girls 400 Meter Dash
================================================================================
    Name                     Year School                   Finals  H# Points
================================================================================
  1 Trent, Payton            08 Doddridge                 1:03.83   5  10
  2 Lathon, Brea              8 Mountaineer(H)            1:06.60   5   8
  3 Day, Maria                  Bms Red                   1:08.36   5   6
  4 Angelos, Calli              Wildcats                  1:09.46   1   4
  5 Bennett, Avry               Pcms                      1:09.95   5   2
  6 Fiber, Andi                 Tyler                     1:10.50   5   1
  7 Wilson, Allie               Bms Red                   1:10.68   5
  8 Kniceley-See, Emma          Bms Red                   1:11.70   4
  9 Householder, Katie          PCMS                      1:12.05   4
 10 Snyder, Bella            06 Doddridge                 1:13.26   4
 11 Smith, Callie               Ritchie                   1:13.37   4
 12 Sturgeon, Reagan            Pcms                      1:14.78   3
 13 Duncan, Jadyn               PCMS                      1:14.86   4
 14 Cartwright, Natalee         TCMS                      1:14.96   4
 15 Williams, Bentlee           Ritchie                   1:16.15   4
 16 Weaver, Bailey              TCMS                      1:16.96   2
 17 Perkins, Amber              Wildcats                  1:18.52   2
 18 Weekley, Taya               Tyler                     1:19.24   3
 19 Erlandson, Madelyn          Wildcats                  1:19.43   1
 20 Clutter, Alyssa          7 South Harrison             1:20.45   5
 21 Brown, Lauren            7 South Harrison             1:20.95   3
 22 Pumphrey, Kyley          7 Mountaineer(H)             1:21.42   2
 23 Long, Jazzmyne              Lincoln                   1:21.80   2
 24 Bailey, Hailey              TCMS                      1:22.03   2
 25 Gentilozzi, Estelle      7 Wash. Irving               1:23.72   1
 26 Counts, Lilliana            Lincoln                   1:23.93   2
 27 Van Pelt, Payton            Lincoln                   1:24.51   3
 28 Doak, Olivia                Ritchie                   1:24.60   3
 29 Cain, Rayonna            7 Mountaineer(H)             1:24.93   3
 30 Frase, Mercy             7 South Harrison             1:25.24   3
 31 Catena, Justyna          6 Wash. Irving               1:27.75   1
 32 Zorick, Leah             6 Wash. Irving               1:53.96   2

Girls 800 Meter Run
===========================================================================
    Name                     Year School                   Finals  Points
===========================================================================
  1 Bennett, Anna               Pcms                      2:40.18  10
  2 Angelos, Calli              Wildcats                  2:46.46   8
  3 Sias, Marley             07 Doddridge                 2:50.24   6
  4 Lathon, Brea              8 Mountaineer(H)            2:54.30   4
```

```
  5 Henderson, Haydn            Bms Red              2:55.22    2
  6 Austin, Sophia              TCMS                 2:56.67    1
  7 Cartwright, Natalee         TCMS                 2:57.13
  8 Key, Kaitlyn              8 Mountaineer(H)       2:58.96
  9 Williams, Bentlee           Ritchie              3:01.18
 10 Duncan, Jadyn               PCMS                 3:01.23
 11 White, McKenzie             Lincoln              3:02.44
 12 Glass, Abigail              Lincoln              3:02.65
 13 Moore, Adreona            7 Wash. Irving         3:05.46
 14 Stewart, Madison            Bms Red              3:06.41
 15 Haught, Lily                Tyler                3:10.44
 16 Fetty, Mya                  Tyler                3:15.74
 17 Weaver, Bailey              TCMS                 3:18.96
 18 Brown, Lauren             7 South Harrison       3:19.70
 19 Tomes, Payton               Bms Red              3:20.31
 20 Davis, Lariah             6 South Harrison       3:22.02
 21 Moore, Charlotte            Nms Girls            3:25.22
 22 Balcerek, Sydney            Nms Girls            3:26.27
 23 Landis, Lindy               Tyler                3:32.83
 24 Jeffers, Makinsey           Pcms                 3:37.05
 25 Gooden, Kiersten            Lincoln              3:37.70
 26 Krolick, Taylor             Ritchie              3:51.70
 27 Handley, Elliot             Wildcats             3:53.51

Girls 1600 Meter Run
========================================================================
    Name                     Year School               Finals   Points
========================================================================
  1 Bennett, Anna               Pcms                 5:41.91   10
  2 Glass, Abigail              Lincoln              6:21.00    8
  3 Martin, MaKenna             Tyler                6:24.48    6
  4 Cochran, Raley              Lincoln              6:27.75    4
  5 Key, Kaitlyn              8 Mountaineer(H)       6:28.33    2
  6 Austin, Sophia              TCMS                 6:34.57    1
  7 Williams, Bentlee           Ritchie              6:40.36
  8 Henderson, Haydn            Bms Red              6:44.29
  9 Moore, Adreona            7 Wash. Irving         6:52.51
 10 Duncan, Jadyn               PCMS                 6:53.51
 11 Stewart, Madison            Bms Red              6:58.03
 12 Shuman, Annika            8 Mountaineer(H)       7:03.74
 13 Perkins, Amber              Wildcats             7:07.80
 14 Bartlett, Payton            Ritchie              7:08.56
 15 Cartwright, Natalee         TCMS                 7:11.20
 16 Balcerek, Sydney            Nms Girls            7:17.09
 17 Jeffers, Makinsey           Pcms                 8:02.78
 18 Handley, Elliot             Wildcats             8:38.83
 19 Catena, Justyna           6 Wash. Irving         8:44.48
 20 Conley, Elizabeth         8 Wash. Irving        10:28.45

Girls 3200 Meter Run
========================================================================
    Name                     Year School               Finals   Points
========================================================================
  1 Key, Kaitlyn              8 Mountaineer(H)      13:39.82   10
  2 Whitlock, Mariah            Pcms                13:45.65    8
  3 Sias, Marley             07 Doddridge           13:52.38    6
  4 Austin, Sophia              TCMS                14:01.91    4
  5 Burd, Savana                Pcms                14:02.60    2
  6 Shuman, Annika            8 Mountaineer(H)      14:13.47    1
  7 Cochran, Raley              Lincoln             14:19.67
  8 Ahmed, Emma                 Bms Red             15:34.28
  9 Bartlett, Payton            Ritchie             15:34.36
 10 Guthrie, Katrina            Lincoln             15:49.02
 11 Mace, Annelise              Bms Red             16:59.99
 12 Janssen, Payton             Bms Red             18:01.02
```

```
Girls 100 Meter Hurdles
================================================================================
    Name                          Year School                Finals  H# Points
================================================================================
  1 Hoard, Airiana                     Mini Titans            18.15   5  10
  2 Parrish, Kahlen                    Mini Titans            18.76   5   8
  3 Adams, Kimberly                 08 Doddridge              18.88   5   6
  4 Vandergrift, Carly                 TCMS                   19.04   5   4
  5 Dillaman, Lily                     Tyler                  19.56   4   2
  6 White, Alivia                      Lincoln                19.62   4   1
  7 Blosser, Addison                   Tyler                  19.65   5
  8 Haddix, Maddy                      TCMS                   19.68   4
  9 McGill, Ava                        Lincoln                20.24   3
 10 Heintzman, Ralynn                  Tyler                  20.43   5
 11 Beaver, Emma                    08 Doddridge              20.52   5
 12 Small, Kamryn                      Bms Red                20.69   3
 13 Hollar, Emily                    6 Mountaineer(H)         20.98   3
 14 Singer, Kalie                   08 Doddridge              21.09   4
 15 Bell, Olivia                       Bms Red                21.44   4
 16 Christian, Audrina               6 South Harrison         21.45   3
 17 Caplan, Lyhla                      Bms Red                21.50   4
 18 Purnell, Hayley                  8 Wash. Irving           21.88   2
 19 Crabtree, Kara                   7 Mountaineer(H)         22.14   3
 20 Pumphrey, Kyley                  7 Mountaineer(H)         22.17   3
 21 Lynch, Maddie                      TCMS                   22.45   4
 22 Huffman, Andrea                    Ritchie                22.84   3
 23 Radabaugh, Irelyn                6 South Harrison         23.68   2
 24 Freed, Colleen                     Ritchie                24.22   1
 25 Brackman, Emily                  7 Wash. Irving           24.39   2
 26 Freeman, Izabella                  Lincoln                24.93   2
 27 Rowe, Halee                      6 South Harrison         25.90   2
 28 Hatcher, Lily                      PCMS                   26.19   1
 29 Davis, Lexie                     8 Wash. Irving           26.35   1

Girls 200 Meter Hurdles
================================================================================
    Name                          Year School                Finals  H# Points
================================================================================
  1 Hoard, Airiana                     Mini Titans            31.62   4  10
  2 Adams, Kimberly                 08 Doddridge              33.28   4   8
  3 Lattea, Carley                     Bms Red                33.33   4   6
  4 Burdette, Destiny                  Lincoln                34.81   3   4
  5 Sharpe, Emma                     7 South Harrison         34.95   4   2
  6 Kelley, Lyla                       Bms Red                35.16   4   1
  7 Haddix, Maddy                      TCMS                   36.22   3
  8 Vandergrift, Carly                 TCMS                   36.53   4
  9 Beaver, Emma                    08 Doddridge              37.08   4
 10 Hess, Hope                       8 Mountaineer(H)         37.26   3
 11 Hardy, Isabella                    Bms Red                37.48   3
 12 Sturgeon, Reagan                   Pcms                   37.97   2
 13 Hollar, Emily                    6 Mountaineer(H)         38.01   3
 14 Carroll, Katelyn                   Ritchie                38.23   3
 15 Donaldson, Taylor                  Tyler                  38.37   3
 16 Cecil, Autumn                      Pcms                   39.57   2
 17 Rhodes, Faith                      Ritchie                39.80   2
 18 Householder, Katie                 PCMS                   41.47   2
 19 Brackman, Emily                  7 Wash. Irving           43.29   1
 20 Cottrill, Brooklynn              7 Mountaineer(H)         44.83   1
 21 Hatcher, Lily                      PCMS                   47.10   1
 22 Freeman, Izabella                  Lincoln                47.15   2
 23 Hayes, Skylar                      Lincoln                47.47   2
 -- Underwood, Kasey                07 Doddridge                 DQ   2

Girls 4x100 Meter Relay
```

```
=============================================================================
    School                                           Finals  H# Points
=============================================================================
  1 Doddridge County Middle School  'A'               54.91   2   10
     1) Lipscomb, Jaycee 08            2) Adams, Kimberly 08
     3) Trent, Payton 08               4) Rymer, Hannah 07
  2 Bridgeport Middle School Red  'A'                 55.37   2    8
     1) Day, Maria                     2) Perine, Eliza
     3) Courtney, Savannah             4) McCall, Ellie
  3 Washington Irving Middle  'A'                     58.87   2    6
     1) Lewis, Kami 8                  2) Sass, Liza 6
     3) Purnell, Hayley 8              4) Harnett, Madison 8
  4 Tyler Consolidated MS  'A'                        59.23   2    4
     1) Dillaman, Lily                 2) Winfrey, Eliana
     3) Blosser, Addison               4) Martin, MaKenna
  5 Lincoln Middle School  'A'                      1:00.27   2    2
     1) Riley, Emery                   2) Rodeheaver, Audrey
     3) Riley, Addison                 4) White, Alivia
  6 Taylor County Middle School  'A'                1:01.84   2    1
     1) Runner, Alizae                 2) Clemm, Liya
     3) McGuffey, Rielee               4) Blackhurst, Jayla
  7 New Martinsville School Girls  'A'              1:02.01   2
     1) Hartline, Leah                 2) Barcus, Halle
     3) Moore, Charlotte               4) Campbell, Bindy
  8 Ritchie County Middle School  'A'               1:05.05   1
     1) Smith, Callie                  2) Bennett, Katelyn
     3) Freed, Colleen                 4) Linville, Bentli
  9 Pleasants County Middle School  'A'             1:05.26   1
     1) Gerlach, Sidni                 2) Gilfillan, Lana
     3) Renner, Rylee                  4) Poyser, JaeCea
 10 South Harrison Middle School  'A'               1:06.91   1
     1) Fincham, Maddie 7              2) Scheuvront, Crystal 7
     3) Rowe, Halee 6                  4) Workman, Ada 8
 11 Gilmer County Mini Titans  'A'                  1:07.07   1
     1) Woodford, Bristol              2) Kumpyte, Elze
     3) Woodford, Reese                4) Ward, Mackenzie
 12 Mountaineer Middle Harrison  'A'                1:11.46   1
     1) Mcelwee, Tabitha 6             2) Wolford, Shylynn 7
     3) Leon, Taylor 8                 4) Scardina, Alexis 7

Girls 4x200 Meter Relay
=============================================================================
    School                                           Finals  H# Points
=============================================================================
  1 Bridgeport Middle School Red  'A'               1:57.84   2   10
     1) Perine, Eliza                  2) Courtney, Savannah
     3) Day, Maria                     4) McCall, Ellie
  2 Lincoln Middle School  'A'                      2:03.37   2    8
     1) Riley, Emery                   2) Riley, Addison
     3) Burdette, Destiny              4) White, McKenzie
  3 Doddridge County Middle School  'A'             2:05.46   2    6
     1) Snyder, Bella 06               2) Mclane, Paytin 06
     3) Wiseman, Rachel 07             4) Rymer, Hannah 07
  4 Gilmer County Mini Titans  'A'                  2:10.43   1    4
     1) Woodford, Bristol              2) Ratliff, Brooklyn
     3) Woodford, Reese                4) Parrish, Kahlen
  5 Tyler Consolidated MS  'A'                      2:11.00   2    2
     1) Nolan, Kyra                    2) Weekley, Taya
     3) Donaldson, Taylor              4) Winfrey, Eliana
  6 New Martinsville School Girls  'A'              2:11.92   2    1
     1) Hartline, Leah                 2) Barcus, Halle
     3) Moore, Charlotte               4) Campbell, Bindy
  7 Taylor County Middle School  'A'                2:12.94   1
     1) Runner, Alizae                 2) Clemm, Liya
     3) Lynch, Maddie                  4) Blackhurst, Jayla
```

```
  8 Ritchie County Middle School  'A'                    2:14.12    2
     1) Smith, Callie                  2) Freed, Colleen
     3) Bennett, Katelyn               4) Carroll, Katelyn
  9 Washington Irving Middle  'A'                        2:15.48    1
     1) Gentilozzi, Estelle 7          2) Martin, Brookelyn 8
     3) Jordan, Kalei 8                4) Henley, Makila 6
 10 Pleasants County Middle School  'A'                  2:19.11    2
     1) Kimball, Olivia                2) Davis, Brooklyn
     3) Renner, Rylee                  4) Allen, Bella
 11 South Harrison Middle School  'A'                    2:24.79    1
     1) Christian, Audrina 6           2) Davis, Lariah 6
     3) Fincham, Maddie 7              4) Scheuvront, Crystal 7
 12 Mountaineer Middle Harrison  'A'                     2:26.35    1
     1) Mcelwee, Tabitha 6             2) Scardina, Alexis 7
     3) Crabtree, Kara 7               4) Leon, Taylor 8

Girls 4x400 Meter Relay
================================================================================
    School                                           Finals  H# Points
================================================================================
  1 Bridgeport Middle School Red  'A'                    5:10.68    2  10
     1) Small, Kamryn                  2) Ahmed, Emma
     3) Kniceley-See, Emma             4) Wilson, Allie
  2 Doddridge County Middle School  'A'                  5:14.32    2   8
     1) Underwood, Jeonah 08           2) Snyder, Bella 06
     3) Mclane, Paytin 06              4) Wiseman, Rachel 07
  3 Lincoln Middle School  'A'                           5:24.56    2   6
     1) Milnes, Gabrielle              2) McGill, Ava
     3) Yoho, Miley                    4) Long, Zoey
  4 Pleasants County Middle School  'A'                  5:31.21    2   4
     1) Bennett, Avry                  2) Gerlach, Sidni
     3) Davis, Brooklyn                4) Renner, Rylee
  5 Gilmer County Mini Titans  'A'                       5:37.30    2   2
     1) Woodford, Bristol              2) Ratliff, Brooklyn
     3) Woodford, Reese                4) Ward, Mackenzie
  6 South Harrison Middle School  'A'                    5:45.97    1   1
     1) Brown, Lauren 7                2) Clutter, Alyssa 7
     3) Davis, Lariah 6                4) Scheuvront, Crystal 7
  7 New Martinsville School Girls  'A'                   5:48.85    2
     1) Hartline, Leah                 2) Barcus, Halle
     3) Balcerek, Sydney               4) Campbell, Bindy
  8 Ritchie County Middle School  'A'                    6:05.89    1
     1) Bennett, Katelyn               2) Metheney, Jennalee
     3) McDonald, Sophie               4) Smith, Kendall
  9 Mountaineer Middle Harrison  'A'                     6:20.49    2
     1) Cottrill, Brooklynn 7          2) Cain, Rayonna 7
     3) Mutschelknaus, Scarlett 7      4) Scardina, Alexis 7

Girls 4x800 Meter Relay
================================================================================
    School                                           Finals  Points
================================================================================
  1 Pleasants County Middle School  'A'                 11:22.84   10
     1) Bennett, Anna                  2) Burd, Savana
     3) Whitlock, Mariah               4) Bennett, Avry
  2 Bridgeport Middle School Red  'A'                   12:04.10    8
     1) Stewart, Madison               2) Lattea, Carley
     3) Henderson, Haydn               4) Tomes, Payton
  3 Doddridge County Middle School  'A'                 12:18.69    6
     1) Singer, Kalie 08               2) Underwood, Kasey 07
     3) Underwood, Jeonah 08           4) Sias, Marley 07
  4 Lincoln Middle School  'A'                          12:40.82    4
     1) Guthrie, Katrina               2) Cochran, Raley
     3) Willey, Jenna                  4) Glass, Abigail
  5 Tyler Consolidated MS  'A'                          13:08.22    2
```

1/19/23, 4:57 PM
Case 2:21-cv-00316   Document 515-3   Filed 01/20/23   Page 11 of 18 PageID #: 30002
runwv.com/TF22/middle/ritchieg0423.htm

```
     1) Haught, Lily                 2) Fetty, Mya
     3) Landis, Lindy                4) Fiber, Andi
  6 Ritchie County Middle School  'A'                    14:20.65    1
     1) Bartlett, Payton             2) Bishop, Sienna
     3) McDonald, Sophie             4) Parsons, Autumn
  7 Mountaineer Middle Harrison  'A'                     14:41.88
     1) Leon, Taylor 8               2) Cain, Rayonna 7
     3) Mutschelknaus, Scarlett 7    4) Posey, Maggie 7
  8 Washington Irving Middle  'A'                        15:50.80
     1) Moore, Adreona 7             2) Conley, Elizabeth 8
     3) Catena, Justyna 6            4) Zorick, Leah 6

Girls 4x100 Meter Shuttle Hurdle
================================================================================
    School                                              Finals  H# Points
================================================================================
  1 Taylor County Middle School  'A'                     46.12   3  10
     1) Vandergrift, Carly           2) McGuffey, Rielee
     3) Lynch, Maddie                4) Haddix, Maddy
  2 Doddridge County Middle School  'A'                  46.13   3   8
     1) Singer, Kalie 08             2) Cheeseman, Aleigh 07
     3) Beaver, Emma 08              4) Rymer, Hannah 07
  3 Gilmer County Mini Titans  'A'                       46.63   3   6
     1) Parrish, Kahlen              2) Ward, Mackenzie
     3) Stitt, Kadessa               4) Hoard, Airiana
  4 Tyler Consolidated MS  'A'                           46.97   2   4
     1) Blosser, Addison             2) Donaldson, Taylor
     3) Heintzman, Ralynn            4) Dillaman, Lily
  5 Bridgeport Middle School Red  'A'                    47.80   2   2
     1) Edgell, Scarlett             2) Hardy, Isabella
     3) Linville, Graylee            4) Lattea, Carley
  6 Lincoln Middle School  'A'                           49.13   1   1
     1) McGill, Ava                  2) White, Alivia
     3) Templeton, Olivia            4) Rodeheaver, Audrey
  7 Mountaineer Middle Harrison  'A'                     49.82   2
     1) Crabtree, Kara 7             2) Hess, Hope 8
     3) Hollar, Emily 6              4) Pumphrey, Kyley 7
  8 Washington Irving Middle  'A'                        51.20   1
     1) Purnell, Hayley 8            2) Brackman, Emily 7
     3) Gentilozzi, Estelle 7        4) Jordan, Kalei 8
  9 Ritchie County Middle School  'A'                    51.80   1
     1) Carroll, Katelyn             2) Huffman, Andrea
     3) Rhodes, Faith                4) Linville, Bentli

Girls High Jump
================================================================================
    Name                    Year School                 Finals  Points
================================================================================
  1 Adams, Kimberly           08 Doddridge              4-08.00   10
  2 Lattea, Carley               Bms Red                4-08.00    8
  3 Stitt, Kadessa               Mini Titans            4-08.00    6
  4 Angiulli, Julia            7 Mountaineer(H)         4-06.00    4
  5 Hartline, Leah               Nms Girls              4-06.00    2
  6 Wilson, Allie                Bms Red                4-04.00    1
  7 Dillaman, Lily               Tyler                  4-04.00
  8 Parsons, Autumn              Ritchie                4-04.00
  9 Rodeheaver, Audrey           Lincoln                4-02.00
  9 Milnes, Gabrielle            Lincoln                4-02.00
 11 Lathon, Brea               8 Mountaineer(H)         4-02.00
 12 Lynch, Maddie                TCMS                   4-00.00
 12 White, McKenzie              Lincoln                4-00.00
 12 Heintzman, Ralynn            Tyler                  4-00.00
 15 Allen, Bella                 Pcms                   4-00.00
 16 Wood, Jacie                  Bms Red                4-00.00
 16 Rowe, Halee                6 South Harrison         4-00.00
```

```
 16 Cheeseman, Aleigh       07 Doddridge              4-00.00
 -- Landis, Lindy              Tyler                     NH
 -- Doak, Olivia               Ritchie                   NH
 -- Christian, Audrina        6 South Harrison           NH
 -- Gentilozzi, Estelle       7 Wash. Irving             NH
 -- Ward, Mackenzie             Mini Titans              NH
 -- Barcus, Halle               Nms Girls                NH

Girls Pole Vault
==========================================================================
    Name                    Year School                 Finals  Points
==========================================================================
  1 Lipscomb, Jaycee        08 Doddridge              7-00.00   10
  2 Sass, Liza               6 Wash. Irving           6-06.00    8
  3 Cheeseman, Aleigh       07 Doddridge              6-06.00    6
  4 Beaver, Emma            08 Doddridge              6-00.00    4
  5 Williams, Bentlee          Ritchie                5-06.00    2
 -- Brackman, Emily          7 Wash. Irving                NH

Girls Long Jump
==========================================================================
    Name                    Year School                 Finals  Points
==========================================================================
  1 Hoard, Airiana             Mini Titans            16-05.75  10
  2 Campbell, Bindy            Nms Girls              15-00.75   8
  3 Trent, Payton           08 Doddridge              14-08.00   6
  4 Day, Maria                 Bms Red                14-07.00   4
  5 Ashcraft, Eryn           7 Mountaineer(H)         14-04.75   2
  6 Angiulli, Julia          7 Mountaineer(H)         14-03.25   1
  7 Blosser, Addison           Tyler                  14-03.25
  8 Edgell, Scarlett           Bms Red                14-00.00
  9 Parrish, Kahlen            Mini Titans            13-05.00
 10 McGuffey, Rielee           TCMS                   13-04.00
 11 Sharpe, Emma             7 South Harrison         13-04.00
 12 Martin, MaKenna            Tyler                  13-00.75
 13 Riley, Emery               Lincoln                12-11.75
 14 Smith, Callie              Ritchie                12-06.50
 15 McCall, Ellie              Bms Red                12-06.25
 16 Weaver, Bailey             TCMS                   12-05.25
 17 Burdette, Destiny          Lincoln                12-04.25
 18 Linville, Bentli           Ritchie                11-11.00
 19 Clemm, Liya                TCMS                   11-02.50
 20 Jordan, Kalei            8 Wash. Irving           11-02.25
 21 White, Alivia              Lincoln                10-09.75
 22 Davis, Lexie             8 Wash. Irving            9-06.75
 23 Parsons, Autumn            Ritchie                 9-01.00

Girls Shot Put
==========================================================================
    Name                    Year School                 Finals  Points
==========================================================================
  1 Johnston, Savannah      07 Doddridge              34-05.50  10
  2 Gauldin, Phoenix           Lincoln                32-03.50   8
  3 Burnside, Brooke        08 Doddridge              32-00.50   6
  4 Rymer, Hannah           07 Doddridge              31-00.00   4
  5 Nolan, Kyra                Tyler                  30-02.50   2
  6 Stewert, Sabena            Wildcats               29-08.50   1
  7 Brown, Mattie              Ritchie                29-04.00
  8 McCullough, Isabella       Bms Red                27-09.00
  9 Morris, Morgan             Ritchie                27-04.50
 10 Marsh, Kennedy             Bms Red                27-00.50
 11 Winfrey, Eliana            Tyler                  26-09.00
 12 Huffman, Paige             Mini Titans            23-09.50
 13 Workman, Ada             8 South Harrison         23-06.00
 14 Guthrie, Markiah           TCMS                   23-03.00
```

1/19/23, 4:57 PM
Case 2:21-cv-00316   Document 515-3   Filed 01/20/23   Page 13 of 18 PageID #: 30004
runwv.com/TF22/middle/ritchieg0423.htm

```
  15 Baker, Braylin               Nms Girls            22-11.00
  15 Martin, Brookelyn          8 Wash. Irving         22-11.00
  17 Poyser, JaeCea               Pcms                 22-09.00
  18 Davis, London                Bms Red              22-04.50
  19 Wolford, Shylynn           7 Mountaineer(H)       22-02.00
  20 Riffle, Alexa              8 Wash. Irving         21-10.00
  21 Roy, Aubrey                  TCMS                 21-03.50
  22 Freeman, Darby               Lincoln              21-03.00
  23 McPherson, Chelsea         7 Mountaineer(H)       20-06.50
  24 Yeager, Addison              Nms Girls            20-04.50
  25 Rupert, Riley                Pcms                 20-04.00
  26 Hartline, Jana               Nms Girls            20-01.00
  27 Posey, Maggie              7 Mountaineer(H)       19-04.50
  28 Bunner, Hope                 Pcms                 17-01.00
  29 Owens, Abi                   Lincoln              16-11.50
  30 Peters, Ashley               Mini Titans          14-05.00
  -- Haddix, Maddy                TCMS                 FOUL

Girls Discus Throw
========================================================================
    Name                       Year School             Finals  Points
========================================================================
   1 Burnside, Brooke            08 Doddridge           88-00    10
   2 Underwood, Jeonah           08 Doddridge           86-10     8
   3 Gauldin, Phoenix               Lincoln             79-11     6
   4 Stewert, Sabena                Wildcats            71-02     4
   5 Morris, Morgan                 Ritchie             67-08     2
   6 Dodrill, Aaliyah               Lincoln             63-00     1
   7 Johnston, Savannah          07 Doddridge           62-08
   8 Frase, Mercy                 7 South Harrison      61-00
   9 McCullough, Isabella           Bms Red             60-06
  10 Wolford, Shylynn             7 Mountaineer(H)      53-08
  11 Marsh, Kennedy                 Bms Red             52-11
  12 Huffman, Paige                 Mini Titans         50-06
  13 Baker, Braylin                 Nms Girls           50-05
  14 McPherson, Chelsea           7 Mountaineer(H)      42-01
  15 Pepper-Jackson, Becky          Bms Red             41-08
  16 Rupert, Riley                  Pcms                41-03
  17 Greynolds, Emma                Lincoln             41-02
  18 Guthrie, Markiah               TCMS                40-11
  19 Wood, Aubrey                   Mountaineer(H)      40-10
  20 Tennant, Abbigail              Nms Girls           39-11
  21 Peters, Ashley                 Mini Titans         37-03
  22 Tharp, Billie                  Nms Girls           36-11
  23 Roy, Aubrey                    TCMS                35-11
  24 Holmes, Olivia                 Pcms                35-09
  25 Mayle, Adalyn                  Pcms                32-00
  -- Hatcher, Lily                  PCMS                FOUL
  -- Riffle, Alexa               8 Wash. Irving         FOUL
  -- Kirk, Hannah                   Tyler               FOUL
  -- Richeson, Madison              Tyler               FOUL
  -- Martin, Brookelyn           8 Wash. Irving         FOUL
  -- Brown, Mattie                  Ritchie             FOUL

                    Women - Team Rankings - 18 Events Scored
=================================================================================
    1) Doddridge County Middle Sc 169    2) Bridgeport Middle School    76
    3) Gilmer County Mini Titans   63    4) Mountaineer Middle Harris   56
    5) Lincoln Middle School       53    6) Pleasants County Middle S   46
    7) Tyler Consolidated MS       23    8) Taylor County Middle Scho   21
    9) Wood County Christian Scho  17   10) Washington Irving Middle    14
   11) New Martinsville School Gi  11   12) Ritchie County Middle Sch    5
   13) South Harrison Middle Scho   3

                     Men - Team Rankings - 18 Events Scored
```

```
================================================================================
    1) Doddridge County Middle Sc 116        2) Mountaineer Middle Harris 100.50
    3) Ritchie County Middle Scho  76        4) Bridgeport Middle School    64.50
    5) Taylor County Middle Schoo  64        6) Lincoln Middle School       49
    7) South Harrison Middle Scho  30        8) Tyler Consolidated MS       24
    9) Washington Irving Middle    11       10) New Martinsville School G   10
   11) Wood County Christian Scho   9       12) Pleasants County Middle S    3
```

                                                                                   Team Results Management

# Harry Green Middle School Invitational  MS
**OFFICIAL**   May 14, 2022   Bridgeport HS

Show More Details...

## Womens Middle School Discus

### Finals - 1kg

| | | | | | |
|---|---|---|---|---|---|
| 1. | 8 | Brooke Burnside | 98-04 PR | | Doddridge County |
| 2. | 8 | Jeonah Underwood | 84-09 PR | | Doddridge County |
| 3. | - | Cassandra Weikle | 83-02 PR | | Point Pleasant |
| 4. | 8 | Grace Yeager | 82-01 PR | | Winfield |
| 5. | 8 | Phoenix Gauldin | 76-10 | | Lincoln |
| 6. | 6 | Aliyah Bonnell | 74-08 PR | | Doddridge County |
| 7. | 7 | Jenna Geter | 74-02 PR | | Hurricane |
| 8. | 7 | Rylee Gurnee | 73-05 PR | | Winfield |
| 9. | 7 | Mila Herscher | 73-04 PR | | Winfield |
| 10. | - | Shelby Plants | 73-01 | | Point Pleasant |
| 11. | 7 | Reese Lambert | 72-01 PR | | Taylor County |
| 12. | 6 | Kaylee Robinson | 70-11 | | Charles Town |
| 13. | - | Isabella McCullough | 68-01 PR | | Bridgeport |
| 14. | - | Vivian Hoang | 67-09 PR | | Hurricane |
| 15. | 8 | Trinity Perkins | 67-01 PR | | Eastern Greenbrier |
| 16. | 7 | Raqi Thomas | 66-02 PR | | Suncrest |
| 17. | 7 | LaKrista Buckingham | 64-04 | | West Preston |
| 18. | 6 | Katie Samples | 62-03 PR | | Buckhannon-Upshur |
| 19. | 7 | Hydee Wykle | 61-05 | | Eastern Greenbrier |
| 20. | 7 | Piper Baldwin | 59-07 PR | | Eastern Greenbrier |
| 21. | 8 | Aaliyah Dodrill | 58-11 | | Lincoln |
| 22. | 8 | Hannah Kirk | 58-05 PR | | Tyler Consolidated |
| 23. | 7 | Shylynn Wolford | 57-09 | | Mountaineer (Clarksburg) |
| 24. | 7 | Marlee Graciano | 57-00 PR | | Central Preston |
| 25. | 8 | Lyanla Lawrence | 56-05 PR | | Charles Town |
| 26. | 8 | Demi Billotti | 56-02 | | South (Morgantown) |
| 27. | 8 | Courtney Knight | 55-08 | | South Harrison |
| 28. | 6 | Gianna Petruzzello | 54-06 PR | | Wildwood |
| 29. | 8 | Samantha Zizzi | 52-09 | | South (Morgantown) |
| 30. | 6 | Brynlie Austin | 52-07 | | Shepherdstown |
| 31. | 7 | Gabby Conrad | 51-10 PR | | Robert L. Bland |
| 32. | 7 | Aylin Godfrey | 50-06 | | Shepherdstown |
| 33. | 8 | Alexa Riffle | 50-03 | | Washington Irving |
| 34. | 8 | Jocelyn Nolan | 50-01 | | St. Francis Central Catholic |
| 35. | 6 | Becky Pepper-Jackson | 49-07 PR | | Bridgeport |
| 36. | 7 | Kayla DuVal | 47-05 | | Wildwood |
| 37. | 7 | Maggie Posey | 46-02 | | Mountaineer (Clarksburg) |
| 38. | 7 | Lorelei Namsupak | 46-00 | | Suncrest |
| 39. | 7 | Chelsea Mchperson | 45-07 | | Mountaineer (Clarksburg) |
| 40. | 7 | Jeimy Elizondo-Zavala | 45-04 | | Wildwood |
| 41. | - | Payge Freeman | 43-11 | | Lincoln |
| 42. | 7 | Christine Larsen | 39-01 | | Charles Town |
| 43. | 8 | Mckenna Tighe | 37-11 | | Mountaineer (Morgantown) |
| 44. | 7 | Baylee Yost | 37-09 | | Suncrest |
| 45. | 8 | Olivia Riley | 37-04 | | South (Morgantown) |
| 46. | - | Adaleia Wolfe | 37-01 | | Bridgeport |
| 47. | - | London Davis | 36-11 PR | | Bridgeport |
| 48. | 6 | Madison Yoakum | 36-00 PR | | Tygarts Valley |
| 49. | 8 | Tacy Pollock | 35-08 | | Buckhannon-Upshur |
| 50. | 7 | Aubrey Roy | 35-00 | | Taylor County |
| 51. | 6 | Daelyn Leach | 33-07 PR | | Tygarts Valley |
| 52. | 8 | Madeline Martin | 33-01 PR | | Mountaineer (Morgantown) |
| 53. | 8 | Paige Hetrick | 31-01 | | Mountaineer (Morgantown) |
| | 7 | Summer Keener | DNS | | West Preston |
| | 8 | Markiah Guthrie | FOUL | | Taylor County |
| | 8 | Madison Sypolt | DNS | | East Preston |
| | 8 | Karsyn Lewis | DNS | | Point Pleasant |
| | 8 | Madison Alt | DNS | | Keyser |

2023 RunnerSpace.com
2023 Athletic.net - All rights reserved

 

Team Results Management

# Harry Green Middle School Invitational  MS

**OFFICIAL**  May 14, 2022  Bridgeport HS

Show More Details...

## Womens Middle School Shot Put

### Finals - 6lb

| # | Gr | Name | Mark | | Team |
|---|---|---|---|---|---|
| 1. | 7 | Jenna Geter | 37-08.00 | PR | Hurricane |
| 2. | 8 | Phoenix Gauldin | 34-04.00 | PR | Lincoln |
| 3. | 7 | Savannah Johnston | 33-11.00 | PR | Doddridge County |
| 4. | 8 | Brooke Burnside | 33-06.50 | PR | Doddridge County |
| 5. | 7 | Gabby Conrad | 32-08.50 | PR | Robert L. Bland |
| 6. | 7 | Hannah Rymer | 32-05.50 | PR | Doddridge County |
| 7. | - | Shelby Plants | 32-03.00 | PR | Point Pleasant |
| 8. | 7 | Raqi Thomas | 31-05.00 | SR | Suncrest |
| 9. | 8 | Grace Yeager | 30-05.00 | PR | Winfield |
| 10. | 8 | Hannah Amsler | 30-02.00 | PR | South (Morgantown) |
| 11. | - | Cassandra Weikle | 30-00.50 | PR | Point Pleasant |
| 12. | 6 | Kaylee Robinson | 29-09.00 | PR | Charles Town |
| 13. | 8 | Jocelyn Nolan | 29-06.00 | PR | St. Francis Central Catholic |
| 14. | 8 | Kyra Nolan | 29-01.50 | PR | Tyler Consolidated |
| 15. | 8 | Eliana Winfrey | 28-11.00 | PR | Tyler Consolidated |
| 16. | 8 | Aubrey Skidmore | 27-04.00 | | South (Morgantown) |
| 17. | 7 | Emily Smith | 27-03.00 | PR | Tygarts Valley |
| 18. | 8 | Sarah Diaz | 27-02.00 | | Wildwood |
| 19. | - | Isabella McCullough | 27-00.00 | | Bridgeport |
| 19. | 8 | Alyssa Swecker | 27-00.00 | PR | Tygarts Valley |
| 21. | 7 | Reese Lambert | 26-10.50 | | Taylor County |
| 22. | 7 | Rylee Gurnee | 26-09.00 | PR | Winfield |
| 23. | 8 | Grace Wolfe | 26-06.00 | PR | Mountaineer (Morgantown) |
| 24. | 8 | Lyanla Lawrence | 25-05.50 | | Charles Town |
| 25. | 8 | Dulce Guzman | 25-02.50 | PR | Mountaineer (Morgantown) |
| 26. | 8 | Courtney Knight | 25-00.50 | | South Harrison |
| 26. | - | Brooke Kelley | 25-00.50 | PR | Hurricane |
| 28. | 6 | Reagan Watkins | 24-08.00 | PR | South (Morgantown) |
| 29. | 8 | Markiah Guthrie | 24-01.00 | PR | Taylor County |
| 30. | - | Vivian Hoang | 23-09.00 | PR | Hurricane |
| 31. | 8 | Harper Powell | 23-08.50 | | Wildwood |
| 32. | 6 | Isabella Bowers | 23-06.00 | PR | Buckhannon-Upshur |
| 33. | 8 | Alexa Riffle | 23-05.00 | | Washington Irving |
| 34. | 7 | Shylynn Wolford | 23-00.50 | | Mountaineer (Clarksburg) |
| 35. | 8 | Ada Workman | 22-10.50 | | South Harrison |
| 36. | - | London Davis | 22-07.50 | PR | Bridgeport |
| 37. | 6 | Katie Samples | 22-06.50 | | Buckhannon-Upshur |
| 38. | 7 | Hydee Wykle | 22-06.00 | PR | Eastern Greenbrier |
| 39. | 7 | Aylin Godfrey | 22-05.50 | | Shepherdstown |
| 40. | 7 | Marlee Graciano | 22-01.50 | | Central Preston |
| 41. | 8 | Hannah Kirk | 22-00.00 | PR | Tyler Consolidated |
| 42. | 7 | Piper Baldwin | 21-10.00 | PR | Eastern Greenbrier |
| 43. | 7 | Abby Decker | 21-06.50 | | Eastern Greenbrier |
| 44. | 7 | LaKrista Buckingham | 21-06.00 | | West Preston |
| 45. | 8 | Brigid Wilson | 20-11.50 | SR | Suncrest |
| 46. | 7 | Lilly Anger | 20-09.00 | PR | Elkins |
| 47. | 8 | Tacy Pollock | 20-08.50 | | Buckhannon-Upshur |
| 48. | 7 | Chelsea Mchperson | 20-06.50 | | Mountaineer (Clarksburg) |
| 49. | 8 | Mackenzie Willard | 20-05.50 | PR | Winfield |
| 50. | 6 | Abi Owens | 20-04.50 | PR | Lincoln |
| 51. | 7 | Lorelei Namsupak | 20-02.50 | | Suncrest |
| 52. | 8 | Paige Hetrick | 19-11.00 | | Mountaineer (Morgantown) |
| 53. | - | Adaleia Wolfe | 19-08.00 | | Bridgeport |
| 54. | 7 | Kayla DuVal | 19-05.00 | | Wildwood |
| 55. | 7 | Maggie Posey | 19-02.00 | | Mountaineer (Clarksburg) |
| 56. | - | Darby Freeman | 18-11.00 | | Lincoln |
| 57. | 6 | Becky Pepper-Jackson | 18-10.00 | PR | Bridgeport |
| 58. | 6 | Brynlie Austin | 18-08.00 | | Shepherdstown |
| 59. | 7 | Aubrey Roy | 18-00.50 | | Taylor County |
| 60. | 7 | Sophia Ratnaker | 16-09.50 | PR | Elkins |
| 61. | 7 | Emma Kinder | 15-01.00 | | Charles Town |
| | 7 | Breonna Plumley | DNS | | Elkins |
| | 8 | Karsyn Lewis | DNS | | Point Pleasant |
| | 7 | Summer Keener | DNS | | West Preston |
| | 8 | Madison Alt | DNS | | Keyser |
| | 8 | Madison Sypolt | DNS | | East Preston |

2023 RunnerSpace.com
2023 Athletic.net - All rights reserved

