# EXHIBIT B

```
                        2022 Charles Pointe Invitational
           Bridgeport Recreation Complex - Bridgeport, WV     August 27, 2022
                       Results by The TSR Timing Group - TSRTiming.com
                        All Results posted at TriStateRacer.com

                             Weather: 73' and Foggy

                        ***** MIDDLE SCHOOL GIRLS RESULTS *****

Place TmPl No.   Name                  Gr School                             Time    Pace
===== ==== ==== ================== == ================================== ======= =====
    1      8783 Julia Angiulli       8 Mountaineer MS (Harrison)          12:42.7  6:50
    2    1 8673 Emily Cottrill       6 Doddridge County Middle            13:08.5  7:03
    3    2 8710 Annabelle Skidmore   7 East Fairmont Middle               13:24.3  7:12
    4    3 8707 Jenna Conaway        6 East Fairmont Middle               13:56.4  7:29
    5    4 8711 Lily Stuck           6 East Fairmont Middle               14:11.9  7:37
    6    5 8866 Addison Sole         7 Taylor County Middle               14:12.2  7:38
    7      8882 Liza Saas            7 Washington-Irving Middle           14:15.9  7:40
    8    6 8452 Haydn Henderson      7 Bridgeport Middle                  14:22.7  7:43
    9    7 8678 Marley Sias          8 Doddridge County Middle            14:29.4  7:47
   10      8501 Kylie Cline          8 Covenant Christian School          14:35.1  7:50
   11    8 8712 Anna Wycoff          7 East Fairmont Middle               14:39.1  7:52
   12    9 8708 Linsey Kramer        8 East Fairmont Middle               14:51.3  7:59
   13      8784 Cadence Blake        7 Mountaineer MS (Harrison)          14:59.5  8:03
   14   10 8675 Paytin McLane        7 Doddridge County Middle            15:12.2  8:10
   15   11 8679 Kasey Underwood      8 Doddridge County Middle            15:14.9  8:11
   16   12 8706 Ryleigh Bills        8 East Fairmont Middle               15:32.9  8:21
   17      8881 Adreona Moore        8 Washington-Irving Middle           16:07.9  8:40
   18   13 8494 Sophia Sandone       7 Clay-Battelle Middle               16:18.9  8:46
   19   14 8413 Emma Ahmed           7 Bridgeport Middle                  16:33.6  8:53
   20   15 8868 Peyton Stevens       8 Taylor County Middle               16:43.1  8:59
   21   16 8490 Ali Hellyer          8 Clay-Battelle Middle               16:45.4  9:00
   22   17 8453 Annelise Mace        8 Bridgeport Middle                  16:45.7  9:00
   23   18 8459 Brooklyn Richmond    6 Bridgeport Middle                  16:47.9  9:01
   24   19 8861 Ainsley Alexander    7 Taylor County Middle               16:51.5  9:03
   25   20 8460 Ava Sweeney          6 Bridgeport Middle                  16:54.0  9:04
   26      8502 Hailey Paugh         6 Covenant Christian School          16:55.0  9:05
   27   21 8454 Jordyn McIntyre      8 Bridgeport Middle                  16:59.9  9:08
   28   22 8489 Breanna Debolt       8 Clay-Battelle Middle               17:01.9  9:09
   29      8786 Rayonna Cain         8 Mountaineer MS (Harrison)          17:24.2  9:21
   30      8844 Kendra Thompson      8 Robert L Bland Middle              17:49.3  9:34
   31      8500 Lexis Buck           6 Covenant Christian School          17:49.3  9:34
   32      8842 Ciara Burrows        8 Robert L Bland Middle              18:01.7  9:41
   33   23 8496 Emily Spears         7 Clay-Battelle Middle               18:08.8  9:45
   34   24 8491 Mia Hellyer          6 Clay-Battelle Middle               18:09.3  9:45
   35      8785 Isabella Cain        6 Mountaineer MS (Harrison)          18:13.9  9:47
   36   25 8458 Skyla Reider         6 Bridgeport Middle                  18:20.6  9:51
   37      8880 Justyna Catena       7 Washington-Irving Middle           18:21.6  9:51
   38      8461 Chloe Witt           6 Bridgeport Middle                  18:27.1  9:54
   39   26 8674 Hayden Heaster       6 Doddridge County Middle            18:35.0  9:59
   40   27 8862 Addie Annon          6 Taylor County Middle               18:40.5 10:02
   41   28 8680 Amelia Weekley       6 Doddridge County Middle            18:55.0 10:09
   42      8843 Hannah Grubb         8 Robert L Bland Middle              19:37.3 10:32
   43   29 8677 Emerson Sias         6 Doddridge County Middle            20:02.8 10:46
   44   30 8863 Lydia Conrad         6 Taylor County Middle               20:07.3 10:48
   45   31 8493 Aliana Riley         8 Clay-Battelle Middle               20:48.5 11:10
   46   32 8867 Suri Stemple         7 Taylor County Middle               21:05.4 11:19
   47   33 8864 Jordan Cox           7 Taylor County Middle               21:08.8 11:21
   48      8815 Lillie Nardella      7 Notre Dame Middle School           21:09.3 11:21
   49      8865 Arabella Jones       7 Taylor County Middle               21:12.3 11:23
   50      8814 Claire McElwayne     8 Notre Dame Middle School           21:30.2 11:33
   51   34 8709 Olivia Markley       8 East Fairmont Middle               22:58.7 12:20
   52   35 8492 Taylor Michael       8 Clay-Battelle Middle               23:15.3 12:29
```

```
    53      8455 Colleen Metheny     6 Bridgeport Middle              24:05.9 12:56
    54      8457 Becky Pepper-Jacks  7 Bridgeport Middle              24:37.5 13:13
    55      8456 Caitlin Murray      8 Bridgeport Middle              25:12.1 13:32

           *********** MIDDLE SCHOOL GIRLS TEAM RESULTS **********

    1.     26 East Fairmont Middle       (  14:14   1:11:06    1:27)
  =====================================
     1      2 Annabelle Skidmore                            7   13:25
     2      3 Jenna Conaway                                 6   13:57
     3      4 Lily Stuck                                    6   14:12
     4      8 Anna Wycoff                                   7   14:40
     5      9 Linsey Kramer                                 8   14:52
     6   ( 12) Ryleigh Bills                                8   15:33
     7   ( 34) Olivia Markley                               8   22:59

    2.     55 Doddridge County Middle    (  15:21   1:16:42    5:26)
  =====================================
     1      1 Emily Cottrill                                6   13:09
     2      7 Marley Sias                                   8   14:30
     3     10 Paytin McLane                                 7   15:13
     4     11 Kasey Underwood                               8   15:15
     5     26 Hayden Heaster                                6   18:35
     6   ( 28) Amelia Weekley                               6   18:55
     7   ( 29) Emerson Sias                                 6   20:03

    3.     75 Bridgeport Middle          (  16:17   1:21:25    2:31)
  =====================================
     1      6 Haydn Henderson                               7   14:23
     2     14 Emma Ahmed                                    7   16:34
     3     17 Annelise Mace                                 8   16:46
     4     18 Brooklyn Richmond                             6   16:48
     5     20 Ava Sweeney                                   6   16:54
     6   ( 21) Jordyn McIntyre                              8   17:00
     7   ( 25) Skyla Reider                                 6   18:21

    4.     96 Taylor County Middle       (  17:20   1:26:38    5:55)
  =====================================
     1      5 Addison Sole                                  7   14:13
     2     15 Peyton Stevens                                8   16:44
     3     19 Ainsley Alexander                             7   16:52
     4     27 Addie Annon                                   6   18:41
     5     30 Lydia Conrad                                  6   20:08
     6   ( 32) Suri Stemple                                 7   21:06
     7   ( 33) Jordan Cox                                   7   21:09

    5.     98 Clay-Battelle Middle       (  17:18   1:26:26    1:51)
  =====================================
     1     13 Sophia Sandone                                7   16:19
     2     16 Ali Hellyer                                   8   16:46
     3     22 Breanna Debolt                                8   17:02
     4     23 Emily Spears                                  7   18:09
     5     24 Mia Hellyer                                   6   18:10
     6   ( 31) Aliana Riley                                 8   20:49
     7   ( 35) Taylor Michael                               8   23:16

Incomplete Teams:

Mountaineer MS (Harrison)
        Julia Angiulli  8, Cadence Blake  7, Rayonna Cain  8, Isabella Cain  6

Washington-Irving Middle
        Liza Saas  7, Adreona Moore  8, Justyna Catena  7

Covenant Christian School
```

```
         Kylie Cline   8, Hailey Paugh   6, Lexis Buck   6

 Robert L Bland Middle
         Kendra Thompson   8, Ciara Burrows   8, Hannah Grubb   8

 Notre Dame Middle School
         Lillie Nardella   7, Claire McElwayne   8
```

# Mountain Hollar Middle School Invitational - JV Girls

| Place | Team | Score |
|---|---|---|
| 1 | Suncrest | 20 |
| 2 | South (Morgantown) | 55 |
| 3 | St. Francis Central Catholic | 82 |
| 4 | West Fairmont | 82 |
|  | East Fairmont | INC |
|  | Southern | INC |
|  | Mountaineer (Morgantown) | INC |
|  | Mountaineer (Clarksburg) | INC |
|  | Moundsville | INC |
|  | Aurora | INC |
|  | Frankfort | INC |
|  | Covenant Christian | INC |
|  | Clay Battelle | INC |
|  | Central Preston | INC |
|  | Cameron | INC |
|  | Bruceton | INC |
|  | Bridgeport | INC |
|  | Westwood | INC |

| O/A Rank | Score Rank | Bib# | Name | Grade | Rank on Team | Team | Team Score | Time |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 215 | Solenne Anderson | 7 | 1 | South (Morgantown) | 1 | 14:56.7 |
| 2 | 2 | 307 | Anna Houde | 7 | 1 | Suncrest | 2 | 15:10.2 |
| 3 | 3 | 261 | JJ Monroy | 7 | 2 | Suncrest | 5 | 15:37.4 |
| 4 | 4 | 265 | Emma Zhou | 7 | 3 | Suncrest | 9 | 15:40.3 |
| 5 | 5 | 256 | Olivia Lupo | 8 | 4 | Suncrest | 14 | 16:27.9 |
| 6 | 6 | 260 | A. Monroe | 8 | 5 | Suncrest | 20 | 16:44.9 |
| 7 | 7 | 217 | Bella Cost | 6 | 2 | South (Morgantown) | 8 | 17:08.2 |
| 8 | 8 | 251 | Gloria Hu | 6 | 6 | Suncrest | - | 17:09.8 |
| 9 | 9 | 242 | Queenie Chen | 7 | 7 | Suncrest | - | 18:06.7 |
| 10 | - | 255 | Emily Liu | 7 | 8 | Suncrest | - | 18:18.1 |
| 11 | - | 245 | Dana Ghattas | 7 | 9 | Suncrest | - | 18:21.1 |
| 12 | - | 259 | morgan McGough | 6 | 10 | Suncrest | - | 18:37.4 |
| 13 | - | 258 | Madison McGough | 7 | 11 | Suncrest | - | 18:37.7 |
| 14 | - | 210 | Bianca Monseau | 6 | 1 | Mountaineer (Morgantown) | INC | 18:45.8 |
| 15 | - | 248 | Emily Gu | 6 | 12 | Suncrest | - | 18:46.4 |
| 16 | - | 253 | Alanah Jones | 6 | 13 | Suncrest | - | 18:52.7 |
| 17 | 10 | 233 | Sophie Dunn | 6 | 1 | St. Francis Central Catholic | 10 | 18:54.7 |
| 18 | 11 | 303 | Ayla Lilly | 8 | 1 | West Fairmont | 11 | 19:02.6 |
| 19 | - | 257 | Grayson Martucci | 8 | 14 | Suncrest | - | 19:04.9 |
| 20 | - | 252 | Adalynn Jones | 6 | 15 | Suncrest | - | 19:35.2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21 | - | 207 | **Addisyn Lemasters** | 7 | 2 | Mountaineer (Morgantown) | INC | 19:37.9 |
| 22 | - | 208 | **Rylee Lemley** | 7 | 3 | Mountaineer (Morgantown) | INC | 20:08.2 |
| 23 | - | 244 | **Elizabeth Esposito** | 8 | 16 | Suncrest | - | 20:25.3 |
| 24 | 12 | 225 | **Reese Park** | 6 | 3 | South (Morgantown) | 20 | 20:33.7 |
| 25 | - | 249 | **Hallie Hall** | 6 | 17 | Suncrest | - | 20:44.7 |
| 26 | - | 262 | **Destiny Shi** | 6 | 18 | Suncrest | - | 20:47.6 |
| 27 | - | 250 | **Lyla Haney** | 6 | 19 | Suncrest | - | 20:47.9 |
| 28 | 13 | 272 | **Lilia Norman** | 6 | 2 | West Fairmont | 24 | 20:55.4 |
| 29 | 14 | 237 | **Olivia Schaefer** | 6 | 2 | St. Francis Central Catholic | 24 | 21:16.4 |
| 30 | 15 | 238 | **Ana Tolia** | 6 | 3 | St. Francis Central Catholic | 39 | 21:29.7 |
| 31 | - | 206 | **Madeline Brandmeir** | 6 | 4 | Mountaineer (Morgantown) | INC | 21:31.7 |
| 32 | - | 263 | **Sophia Tiar** | 8 | 20 | Suncrest | - | 21:36.2 |
| 33 | - | 254 | **Lili Kieffer** | 6 | 21 | Suncrest | - | 21:44.4 |
| 34 | 16 | 230 | **Elizabeth White** | 7 | 4 | South (Morgantown) | 36 | 21:49.5 |
| 35 | 17 | 270 | **Kaelin Hamilton** | 8 | 3 | West Fairmont | 41 | 21:58.1 |
| 36 | 18 | 271 | **Anna Jones** | 6 | 4 | West Fairmont | 59 | 22:02.5 |
| 37 | 19 | 228 | **Hannah Sions** | 7 | 5 | **South (Morgantown)** | 55 | 22:32.9 |
| 38 | - | 205 | **Chloe Witt** | 6 | 1 | Bridgeport | INC | 22:39.8 |
| 39 | 20 | 229 | **Alexis Thomas** | 8 | 6 | South (Morgantown) | - | 22:45.7 |
| 40 | 21 | 234 | **Alden Owen** | 7 | 4 | St. Francis Central Catholic | 60 | 23:19.8 |
| 41 | 22 | 236 | **Eiley Lavara Quinn** | 8 | 5 | **St. Francis Central Catholic** | 82 | 23:46.4 |
| 42 | 23 | 268 | **Halle Cercone** | 8 | 5 | **West Fairmont** | 82 | 23:46.5 |
| 43 | - | 204 | **Becky Pepper-Jackson** | 7 | 2 | Bridgeport | INC | 24:19.4 |
| 44 | - | 202 | **Colleen Metheny** | 6 | 3 | Bridgeport | INC | 24:29.6 |
| 45 | - | 241 | **Allison Carr** | 6 | 22 | Suncrest | - | 25:03.1 |
| 46 | - | 264 | **Baylee Yost** | 8 | 23 | Suncrest | - | 25:12.8 |
| 47 | - | 239 | **Jenna Alsop** | 6 | 24 | Suncrest | - | 25:25.8 |
| 48 | - | 301 | **Emma Sollars** | 6 | 1 | Clay Battelle | INC | 25:58.1 |
| 49 | - | 302 | **Taylor Michael** | 8 | 2 | Clay Battelle | INC | 26:03.1 |
| 50 | - | 247 | **Olivia Griffin** | 6 | 25 | Suncrest | - | 26:05.2 |
| 51 | - | 203 | **Caitlin Murray** | 8 | 4 | Bridgeport | INC | 26:08.3 |
| 52 | - | 243 | **Brooke Corley** | 6 | 26 | Suncrest | - | 26:11.1 |
| 53 | 24 | 232 | **Elizaveta Abbitt** | 8 | 6 | St. Francis Central Catholic | - | 26:19.4 |

```
 Doddridge County Middle School                              HY-TEK's Meet Manager
                    Taylor County Middle School Invitational
                                   Grafton HS
                              Last Completed Event


 Event 3  Girls 3k Run CC
 ========================================================================
     Name                      Year School                  Finals  Points
 ========================================================================
   1 Jamie Gilcrest              8 Suncrest Jr High        14:24.00    1
   2 Tessa Abildso               7 South Middle            14:47.00    2
   3 Reese Park                  6 South Middle            15:29.00    3
   4 Caraline Eberhart           6 South Middle            15:42.00    4
   5 Harlyn Nelson               8 Suncrest Jr High        15:55.00    5
   6 Ariana Howell               7 South Middle            15:58.00    6
   7 Vienna Lisle                  Mountaineer Morg        16:17.00
   8 Ava Monroe                  8 Suncrest Jr High        16:26.00    7
   9 Tori Hovatter               6 Trinity Chri            16:31.00
  10 Olivia Lupo                 8 Suncrest Jr High        16:49.00    8
  11 Kalea Anderson              7 Suncrest Jr High        17:04.00    9
  12 Olivia Kiser                8 South Middle            17:08.00   10
  13 Elaina Beard                7 South Middle            17:18.00   11
  14 Alanah Jones                6 Suncrest Jr High        17:24.00   12
  15 Emily Woods                 7 West Virgini            17:25.00
  16 Adalynn Jones               6 Suncrest Jr High        18:43.00   13
  17 Grayson Martucci            8 Suncrest Jr High        18:52.00
  18 Anna Jones                  6 West Fairmon            19:02.00
  19 Anna Houde                  7 Suncrest Jr High        19:31.00
  20 Addisyn Lemasters             Mountaineer Morg        19:36.00
  21 Kaelin Hamilton             8 West Fairmon            19:40.00
  22 Lyla Haley                  6 Suncrest Jr High        20:00.00
  23 Destiny Shi                 6 Suncrest Jr High        20:02.00
  24 Lily Keiffer                6 Suncrest Jr High        20:15.00
  25 Hannah Sions                7 South Middle            20:25.00   14
  26 Elizabeth Esposito          8 Suncrest Jr High        20:42.00
  27 Hallie Hall                 6 Suncrest Jr High        20:52.00
  28 Noelle Cain                 6 West Virgini            21:06.00
  29 Faith Perry                 8 Trinity Chri            21:21.00
  30 Sophia Grose                8 Trinity Chri            21:38.00
  31 Ava Abel                    8 West Fairmon            21:57.00
  32 McKenna Sexton              7 West Fairmon            22:00.00
  33 Sydney Harris               8 Trinity Chri            22:31.00
  34 Elizabeth White             7 South Middle            22:37.00
  35 Claire Jones                7 South Middle            22:37.01
  36 Alexis Thomas               8 South Middle            23:54.00
  37 Allison Carr                6 Suncrest Jr High        24:05.00
  38 Becky Pepper-Jackson        7 Bridgeport Middle       24:09.00
  39 Isabella Edmunds            7 West Preston            24:09.01
  40 Baylee Yost                 8 Suncrest Jr High        24:25.00
  41 Riley Lemley                  Mountaineer Morg        24:32.00
  42 Caitlin Murray              8 Bridgeport Middle       24:50.00
  43 Jenna Alsop                 6 Suncrest Jr High        24:56.00
  44 Olivia Griffin              6 Suncrest Jr High        24:57.00
  45 Donna Cavendar              7 West Preston            25:12.00
  46 Anna Eagle                  7 West Preston            25:51.00


                                  Team Scores
 =================================================================================
 Rank Team                       Total    1    2    3    4    5   *6   *7   *8   *9
 =================================================================================
    1 South Middle                  25    2    3    4    6   10   11   14
       Total Time:  1:19:04.00
          Average:    15:48.80
    2 Suncrest Jr High              30    1    5    7    8    9   12   13
```

```
     Total Time:  1:20:38.00
        Average:    16:07.60
```

```
                      2022 Elkins Middle School Invitational
                            At Davis and Elkins | 9/17/22
                  Results Provided by The Appalachian Timing Group - APTiming.com
                     Weather:      72 Degrees and Partly Cloudy - Wind Calm

                    =======  Middle School GIRLS Overall Results ======

Place TmPl Name                     Gr School                          S Time     Pace
===== ==== ==================== == ============================== = ======= =====
    1    1 Leyland Phillips         6 South Middle                    F 14:31.5  7:16
    2    2 Julia Biola              8 Elkins Middle                   F 14:37.1  7:19
    3    3 Megyn Amsler             8 South Middle                    F 14:54.4  7:28
    4    4 Ava Barrick              8 Keyser Middle                   F 15:03.3  7:32
    5    5 Ella Egidi               8 West Fairmont Middle School     F 15:04.5  7:33
    6    6 Ryleigh Freshour         8 South Middle                    F 15:05.2  7:33
    7    7 Ainsley Friend           8 Keyser Middle                   F 15:17.9  7:39
    8    8 Zoey Workman             8 South Middle                    F 15:18.6  7:40
    9    9 Josalyn Ammons           8 South Middle                    F 15:19.2  7:40
   10   10 Solenne Anderson         7 South Middle                    F 15:28.8  7:45
   11   11 Brenna Lupton            8 West Fairmont Middle School     F 15:31.8  7:46
   12   12 Emilia Tenney            8 Elkins Middle                   F 15:34.8  7:48
   13      Taylor Kitzmiller-Bos    7 Southern Garrett Middle School  F 15:37.1  7:49
   14   13 Tessa Abildso            7 South Middle                    F 15:37.7  7:49
   15   14 Lyla Garcia              7 West Fairmont Middle School     F 15:51.7  7:56
   16      Kynlee Nary              7 Elkview Middle                  F 15:53.3  7:57
   17   15 Haydn Henderson          7 Bridgeport Middle               F 16:02.3  8:02
   18      Liza Saas                7 Washington-Irving Middle        F 16:28.6  8:15
   19   16 Evelyn Cole              7 Keyser Middle                   F 16:34.0  8:17
   20   17 Lilian Burda             7 Elkins Middle                   F 16:38.4  8:20
   21      Kylie Cline              8 Covenant Christian School       F 16:41.0  8:21
   22   18 Brooklyn Richmond        6 Bridgeport Middle               F 16:42.8  8:22
   23   19 Zoey Borgman             7 Central Preston Middle School   F 16:45.0  8:23
   24   20 Neva Pritts              7 Keyser Middle                   F 16:49.7  8:25
   25      Bella Cost               6 South Middle                    F 16:58.6  8:30
   26   21 Hayleigh Haggerty        8 Keyser Middle                   F 16:59.5  8:30
   27   22 Molly McFadden           6 Elkins Middle                   F 16:59.9  8:30
   28   23 Emma Ahmed               7 Bridgeport Middle               F 17:00.0  8:30
   29      Rae Smith-Pritt          6 Southern Garrett Middle School  F 17:07.4  8:34
   30   24 Avery Moore              8 West Fairmont Middle School     F 17:14.8  8:38
   31      Ayla McCasi              8 South Middle                    F 17:28.7  8:45
   32   25 Delaney Seese            7 Central Preston Middle School   F 17:28.8  8:45
   33      Caraline Eberhart        6 South Middle                    F 17:29.6  8:45
   34   26 Dakota Wolpert           6 Belington Middle                F 17:31.4  8:46
   35   27 Lilian Anger             8 Elkins Middle                   F 17:50.7  8:56
   36   28 Marissa Brenwalt         7 Elkins Middle                   F 17:52.4  8:57
   37   29 Sienna Zuchelli          6 West Fairmont Middle School     F 17:52.8  8:57
   38   30 Olivia Deweese           8 Elkins Middle                   F 17:53.1  8:57
   39   31 Kari Baker               7 Belington Middle                F 17:56.0  8:58
   40      Molly Quint              8 Elkins Middle                   F 18:05.6  9:03
   41      Ariella Brown            6 Elkins Middle                   F 18:11.0  9:06
   42   32 Caylie Cox               8 Belington Middle                F 18:22.7  9:12
   43   33 Jordyn McIntyre          8 Bridgeport Middle               F 18:27.4  9:14
   44   34 Alexis Buffey            7 West Fairmont Middle School     F 18:29.7  9:15
   45   35 Annelise Mace            8 Bridgeport Middle               F 18:34.3  9:18
   46      Ariana Howell            7 South Middle                    F 18:47.3  9:24
   47   36 Chloe Witt               6 Bridgeport Middle               F 19:02.0  9:31
   48      Elaina Beard             7 South Middle                    F 19:03.6  9:32
   49      Elizabeth White          7 South Middle                    F 19:38.0  9:49
   50      Sophia Hornick           8 Elkins Middle                   F 19:38.6  9:50
   51   37 Ayla Lilly               8 West Fairmont Middle School     F 19:44.7  9:53
   52      Hailey Paugh             6 Covenant Christian School       F 19:51.6  9:56
   53      Zoey Fout                6 West Fairmont Middle School     F 19:56.5  9:59
   54   38 Sydney Wade              6 Central Preston Middle School   F 20:09.7 10:05
```

1/11/23, 4:30 PM
RunWV.com, West Virginia's source for High School Track and Cross Country Information
Case 2:21-cv-00316 Document 515-4 Filed 01/29/23 Page 10 of 14 PageID #: 30619

```
 55   39 Marlee Graciano          8 Central Preston Middle School F 20:20.7 10:11
 56      Carla Deberry            7 Southern Garrett Middle School F 20:25.4 10:13
 57   40 Rebekah Yates            7 Central Preston Middle School F 20:34.3 10:18
 58      Lexis Buck               6 Covenant Christian School     F 20:45.1 10:23
 59      Kaelin Hamilton          8 West Fairmont Middle School   F 20:58.2 10:30
 60   41 Ava Sweeney              6 Bridgeport Middle             F 21:07.4 10:34
 61      Olivia Gray              7 Kasson Middle                 F 21:12.9 10:37
 62      Leia Pundsack            8 South Middle                  F 21:26.0 10:43
 63      Skyla Reider             6 Bridgeport Middle             F 21:39.2 10:50
 64      Mylee Poling             7 Kasson Middle                 F 22:01.3 11:01
 65      Zoey Frey                8 Kasson Middle                 F 22:02.5 11:02
 66      Reese Park               6 South Middle                  F 22:08.6 11:05
 67      Anna Jones               6 West Fairmont Middle School   F 22:21.9 11:11
 68      Callie Bittinger         7 Southern Garrett Middle School F 22:23.3 11:12
 69      McKenna Sexton           7 West Fairmont Middle School   F 22:38.4 11:20
 70      Hannah Sions             7 South Middle                  F 22:40.5 11:21
 71      Claire Jones             7 South Middle                  F 22:43.0 11:22
 72      Lilia Newman             7 West Fairmont Middle School   F 22:49.1 11:25
 73      Colleen Metheny          6 Bridgeport Middle             F 23:06.4 11:34
 74      Alexis Thomas            8 South Middle                  F 23:49.0 11:55
 75   42 Rachel Wilson            6 Belington Middle              F 24:03.9 12:02
 76   43 Olivia Watson            6 Belington Middle              F 24:16.9 12:09
 77      Halle Cercone            8 West Fairmont Middle School   F 25:14.5 12:38
 78      Becky Pepper-Jackson     7 Bridgeport Middle             F 27:39.7 13:50
 79      Caitlin Murray           8 Bridgeport Middle             F 29:10.9 14:36
 80      Aaliyah Shreeves         6 Covenant Christian School     F 29:32.7 14:47

                    *********** TEAM SCORE **********

  1.    27  South Middle                   (15:01.8   75:08.9 0:47.7)
 ============================================
  1      1  Leyland Phillips             6 14:31.5
  2      3  Megyn Amsler                 8 14:54.4
  3      6  Ryleigh Freshour             8 15:05.2
  4      8  Zoey Workman                 8 15:18.6
  5      9  Josalyn Ammons               8 15:19.2
  6   ( 10) Solenne Anderson             7 15:28.8
  7   ( 13) Tessa Abildso                7 15:37.7

  2.    68  Keyser Middle                  (16:08.9   80:44.4 1:56.2)
 ============================================
  1      4  Ava Barrick                  8 15:03.3
  2      7  Ainsley Friend               8 15:17.9
  3     16  Evelyn Cole                  7 16:34.0
  4     20  Neva Pritts                  7 16:49.7
  5     21  Hayleigh Haggerty            8 16:59.5

  3.    80  Elkins Middle                  (16:20.2   81:40.9 3:13.6)
 ============================================
  1      2  Julia Biola                  8 14:37.1
  2     12  Emilia Tenney                8 15:34.8
  3     17  Lilian Burda                 7 16:38.4
  4     22  Molly McFadden               6 16:59.9
  5     27  Lilian Anger                 8 17:50.7
  6   ( 28) Marissa Brenwalt             7 17:52.4
  7   ( 30) Olivia DeWeese               8 17:53.1

  4.    83  West Fairmont Middle School    (16:19.2   81:35.6 2:48.3)
 ============================================
  1      5  Ella Egidi                   8 15:04.5
  2     11  Brenna Lupton                8 15:31.8
  3     14  Lyla Garcia                  7 15:51.7
  4     24  Avery Moore                  8 17:14.8
  5     29  Sienna Zuchelli              6 17:52.8
  6   ( 34) Alexis Buffey                7 18:29.7
```

```
  7   ( 37) Ayla Lilly                    8 19:44.7


  5.   124  Bridgeport Middle             (17:21.4  86:46.8 2:32.0)
============================================
  1     15  Haydn Henderson               7 16:02.3
  2     18  Brooklyn Richmond             6 16:42.8
  3     23  Emma Ahmed                    7 17:00.0
  4     33  Jordyn McIntyre               8 18:27.4
  5     35  Annelise Mace                 8 18:34.3
  6   ( 36) Chloe Witt                    6 19:02.0
  7   ( 41) Ava Sweeney                   6 21:07.4


  6.   161  Central Preston Middle School (19:03.7  95:18.5 3:49.3)
============================================
  1     19  Zoey Borgman                  7 16:45.0
  2     25  Delaney Seese                 7 17:28.8
  3     38  Sydney Wade                   6 20:09.7
  4     39  Marlee Graciano               8 20:20.7
  5     40  Rebekah Yates                 7 20:34.3


  7.   174  Belington Middle              (20:26.2  102:10.9 6:45.5)
============================================
  1     26  DAKOTA WOLPERT                6 17:31.4
  2     31  KARI BAKER                    7 17:56.0
  3     32  Caylie Cox                    8 18:22.7
  4     42  RACHEL WILSON                 6 24:03.9
  5     43  OLIVIA WATSON                 6 24:16.9

Incomplete Teams:

Southern Garrett Middle School
        Taylor Kitzmiller-Bosley  7, Rae Smith-Pritt  6, Carla DeBerry  7, Callie Bittinger  7

Elkview Middle
        Kynlee Nary  7

Washington-Irving Middle
        Liza Saas  7

Covenant Christian School
        Kylie Cline  8, Hailey Paugh  6, Lexis Buck  6, Aaliyah Shreeves  6

Kasson Middle
        Olivia Gray  7, Mylee Poling  7, Zoey Frey  8
```

1/11/23, 4:24 PM                    RunWV.com, West Virginia's source for High School Track and Cross Country Information.

Case 2:21-cv-00316   Document 515-4   Filed 01/29/23   Page 12 of 14 PageID #: 30021

```
                      2022 Mid-Mountain 10 Conference Middle School Championships
                                    At Davis and Elkins | 10/13/22
                       Results Provided by The Appalachian Timing Group - APTiming.com

                             =======  Middle School GIRLS Overall Results ======

Place TmPl Name                     Gr School                           S Time     Pace
===== ==== ==================== == =============================== = ======= =====
    1    1 Julia Angiulli          8 Mountaineer Middle              F 14:21.3  7:11
    2    2 Jenna Conaway           6 East Fairmont Middle            F 14:32.1  7:17
    3    3 Haydn Henderson         7 Bridgeport Middle               F 15:05.0  7:33
    4    4 Julia Biola             8 Elkins Middle                   F 15:14.6  7:38
    5    5 Addison Sole            7 Taylor County Middle            F 15:15.1  7:38
    6    6 Annabelle Skidmore      7 East Fairmont Middle            F 15:15.5  7:38
    7      Raley Cochran           7 Lincoln Middle                  F 15:15.9  7:38
    8    7 Madison Knabenshue      7 Buckhannon Middle               F 15:17.0  7:39
    9    8 Lily Stuck              6 East Fairmont Middle            F 15:43.3  7:52
   10      Liza Saas               7 Washington Irving Middle        F 15:45.4  7:53
   11    9 Lena Rose Walker        7 Buckhannon Middle               F 15:48.1  7:55
   12   10 Molly McFadden          6 Elkins Middle                   F 15:57.0  7:59
   13   11 Emma Ahmed              7 Bridgeport Middle               F 16:04.4  8:03
   14   12 Angelina Winters        8 Buckhannon Middle               F 16:04.9  8:03
   15   13 Emilia Tenney           8 Elkins Middle                   F 16:12.9  8:07
   16   14 Anna Wycoff             7 East Fairmont Middle            F 16:22.3  8:12
   17   15 Chloe Lewis             7 Buckhannon Middle               F 16:29.1  8:15
   18   16 Anya Morehead           8 Buckhannon Middle               F 16:29.8  8:15
   19   17 Cadence Blake           7 Mountaineer Middle              F 16:35.8  8:18
   20   18 Brooklyn Richmond       6 Bridgeport Middle               F 16:35.9  8:18
   21   19 Linsey Kramer           8 East Fairmont Middle            F 16:47.2  8:24
   22   20 Lilian Burda            7 Elkins Middle                   F 16:54.1  8:28
   23   21 Ryleigh Bills           8 East Fairmont Middle            F 17:00.9  8:31
   24   22 Isabella Bowers         7 Buckhannon Middle               F 17:23.8  8:42
   25      Katrina Guthrie         7 Lincoln Middle                  F 17:27.2  8:44
   26   23 Lily Anger              8 Elkins Middle                   F 17:29.9  8:45
   27      Adreona Moore           8 Washington Irving Middle        F 17:30.3  8:46
   28   24 Ainsley Alexander       7 Taylor County Middle            F 17:32.8  8:47
   29      Kendra Thompson         8 Robert L Bland Middle           F 17:34.8  8:48
   30   25 Nicole Blandino         8 Buckhannon Middle               F 17:49.1  8:55
   31   26 Annelise Mace           8 Bridgeport Middle               F 17:55.3  8:58
   32   27 Marissa Brenwalt        7 Elkins Middle                   F 17:55.9  8:58
   33   28 Shayla Wotring          7 East Fairmont Middle            F 17:56.9  8:59
   34   29 Jordyn McIntyre         8 Bridgeport Middle               F 17:57.7  8:59
   35   30 Molly Quint             8 Elkins Middle                   F 18:03.8  9:02
   36   31 Peyton Stevens          8 Taylor County Middle            F 18:07.1  9:04
   37      Olivia Deweese          8 Elkins Middle                   F 18:14.0  9:07
   38      Haleigh Skidmore        6 Buckhannon Middle               F 18:36.9  9:19
   39      Alaina Tenney           7 Buckhannon Middle               F 18:48.5  9:25
   40   32 Chloe Witt              6 Bridgeport Middle               F 18:59.1  9:30
   41      Kelcie Criss            6 East Fairmont Middle            F 18:59.5  9:30
   42   33 Ava Sweeney             6 Bridgeport Middle               F 19:18.7  9:40
   43      Sophia Hornick          8 Elkins Middle                   F 19:39.9  9:50
   44   34 Brooklynn Cottrill      8 Mountaineer Middle              F 19:42.0  9:51
   45      Macy Collett            6 Buckhannon Middle               F 19:43.5  9:52
   46   35 Rayonna Cain            8 Mountaineer Middle              F 19:47.7  9:54
   47      Emma Collett            7 Buckhannon Middle               F 19:59.7 10:00
   48   36 Suri Stemple            7 Taylor County Middle            F 19:59.7 10:00
   49   37 Addie Annon             6 Taylor County Middle            F 20:02.1 10:02
   50      Kaitlin Davis           7 Buckhannon Middle               F 20:03.0 10:02
   51   38 Isabella Cain           6 Mountaineer Middle              F 20:07.2 10:04
   52   39 Lydia Conrad            6 Taylor County Middle            F 20:13.1 10:07
   53      Sophia Fox              8 Buckhannon Middle               F 20:22.9 10:12
   54      Alexis Carr             7 Buckhannon Middle               F 20:28.1 10:15
   55      Skyla Reider            6 Bridgeport Middle               F 21:08.7 10:35
```

```
56        Jaden Messenger         6 Buckhannon Middle          F 21:25.6 10:43
57        Elinor Nuttall          6 Buckhannon Middle          F 21:27.3 10:44
58        Kinsley Ripley          6 Buckhannon Middle          F 21:46.9 10:54
59        Lillie Nardella         7 Notre Dame Middle          F 23:27.1 11:44
60        Annaleigh Pierce        7 Lincoln Middle             F 23:31.0 11:46
61        Colleen Metheny         6 Bridgeport Middle          F 24:33.2 12:17
62        Mara Beth Hines         7 Buckhannon Middle          F 24:36.9 12:19
63        Caitlin Murray          8 Bridgeport Middle          F 24:56.7 12:29
64        Becky Pepper-Jackson    7 Bridgeport Middle          F 25:02.9 12:32
65        Maria Roselius          8 Lincoln Middle             F 25:44.8 12:53

                    *********** TEAM SCORE **********

   1.    49  East Fairmont Middle         (15:44.1   78:40.4  2:15.1)
 ============================================
   1     2  Jenna Conaway               6 14:32.1
   2     6  Annabelle Skidmore          7 15:15.5
   3     8  Lily Stuck                  6 15:43.3
   4    14  Anna Wycoff                 7 16:22.3
   5    19  Linsey Kramer               8 16:47.2
   6  ( 21) Ryleigh Bills               8 17:00.9
   7  ( 28) Shayla Wotring              7 17:56.9

   2.    59  Buckhannon Middle            (16:01.8   80:08.9  1:12.8)
 ============================================
   1     7  Madison Knabenshue          7 15:17.0
   2     9  Lena Rose Walker            7 15:48.1
   3    12  Angelina Winters            8 16:04.9
   4    15  Chloe Lewis                 7 16:29.1
   5    16  Anya Morehead               8 16:29.8
   6  ( 22) Isabella Bowers             7 17:23.8
   7  ( 25) Nicole Blandino             8 17:49.1

   3.    70  Elkins Middle                (16:21.7   81:48.5  2:15.3)
 ============================================
   1     4  JULIA BIOLA                 8 15:14.6
   2    10  MOLLY MCFADDEN              6 15:57.0
   3    13  EMILIA TENNEY               8 16:12.9
   4    20  LILIAN BURDA                7 16:54.1
   5    23  LILY ANGER                  8 17:29.9
   6  ( 27) MARISSA BRENWALT            7 17:55.9
   7  ( 30) MOLLY QUINT                 8 18:03.8

   4.    87  Bridgeport Middle            (16:43.7   83:38.3  2:52.7)
 ============================================
   1     3  Haydn Henderson             7 15:05.0
   2    11  Emma Ahmed                  7 16:04.4
   3    18  Brooklyn Richmond           6 16:35.9
   4    26  Annelise Mace               8 17:55.3
   5    29  Jordyn McIntyre             8 17:57.7
   6  ( 32) Chloe Witt                  6 18:59.1
   7  ( 33) Ava Sweeney                 6 19:18.7

   5.   125  Mountaineer Middle           (18:06.8   90:34.0  5:45.9)
 ============================================
   1     1  Julia Angiulli              8 14:21.3
   2    17  Cadence Blake               7 16:35.8
   3    34  Brooklynn Cottrill          8 19:42.0
   4    35  Rayonna Cain                8 19:47.7
   5    38  Isabella Cain               6 20:07.2

   6.   133  Taylor County Middle         (18:11.4   90:56.8  4:47.0)
 ============================================
   1     5  Addison Sole                7 15:15.1
   2    24  Ainsley Alexander           7 17:32.8
```

```
3      31  Peyton Stevens              8 18:07.1
4      36  Suri Stemple                7 19:59.7
5      37  Addie Annon                 6 20:02.1
6    ( 39) Lydia Conrad                6 20:13.1


Incomplete Teams:

Lincoln Middle
        Raley Cochran   7, Katrina Guthrie   7, Annaleigh Pierce   7, Maria Roselius   8

Washington Irving Middle
        Liza Saas   7, Adreona Moore   8

Robert L Bland Middle
        KENDRA THOMPSON   8

Notre Dame Middle
        Lillie Nardella   7
```