IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**B.P.J., by her next friend and mother, HEATHER JACKSON,**

  Plaintiffs,

v.

**WEST VIRGINIA STATE BOARD OF EDUCATION; HARRISON COUNTY BOARD OF EDUCATION; WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION; W. CLAYTON BURCH, in his official capacity as State Superintendent; and DORA STUTLER, in her official capacity as Harrison County Superintendent,**

  Defendants

and

**LAINEY ARMISTEAD,**

  Defendant-Intervenor.

                                      Civil Action No. 2:21-cv-00316
                                      Honorable Joseph R. Goodwin

### NOTICE OF WITHDRAWAL OF COUNSEL

      Please take notice that Michael W. Taylor is leaving the firm of Bailey & Wyant, PLLC on May 19, 2023 and hereby withdraws as counsel on behalf of the West Virginia State Board of Education and Superintendent W. Clayton Burch. Kelly C. Morgan, Kristen V. Hammond and Bailey & Wyant, PLLC will remain as counsel of record for the West Virginia State Board of Education and Superintendent W. Clayton Burch.

1

                                            **Respectfully Submitted,**

                                            **DEFNDANTS WEST VIRGINIA**
                                            **STATE BOARD OF EDUCATION**
                                            **and W. CLAYTON BURCH**

                                            **By Counsel,**

 <u>/s/ Michael W. Taylor</u>
**Michael W. Taylor (WV Bar #11715)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
mtaylor@baileywyant.com


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**B.P.J., by her next friend and mother, HEATHER JACKSON,**

   Plaintiff,

v.

**WEST VIRGINIA STATE BOARD OF EDUCATION; HARRISON COUNTY BOARD OF EDUCATION; WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION; W. CLAYTON BURCH, in his official capacity as State Superintendent; and DORA STUTLER, in her official capacity as Harrison County Superintendent,**

   Defendants,

and

**LAINEY ARMISTEAD,**

   Defendant-Intervenor.

Civil Action No. 2:21-cv-00316
Honorable Joseph R. Goodwin

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was served upon all parties of record through the Court's Electronic Case Filing (ECF) system on this day, May 11, 2023.

      /s/ Michael W. Taylor
      **Michael W. Taylor (WV Bar #11715)**
      **BAILEY & WYANT, PLLC**
      **500 Virginia Street, East, Suite 600**
      Post Office Box 3710
      Charleston, West Virginia  25337-3710
      T: 304.345.4222

**F: 304.343.3133**
mtaylor@baileywyant.com