IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

B.P.J. by her next friend and mother, HEATHER JACKSON,

    *Plaintiff,*

v.

WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION, WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION, W. CLAYTON BURCH in his official capacity as State Superintendent, DORA STUTLER in her official capacity as Harrison County Superintendent, and THE STATE OF WEST VIRGINIA,

    *Defendants,*

and

LAINEY ARMISTEAD,

    *Defendant-Intervenor.*

Civil Action No. 2:21-cv-00316

Hon. Joseph R. Goodwin

## ORDER

Upon consideration of Plaintiffs' motion to withdraw Carl S. Charles as counsel, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Dated: Aug 31, 2023

Honorable Joseph R. Goodwin
U.S. District Court Judge