# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

B. P. J., by her next friend and mother,
HEATHER JACKSON,

    Plaintiff,

v.

WEST VIRGINIA STATE BOARD OF
EDUCATION, HARRISON COUNTY
BOARD OF EDUCATION, WEST VIRGINIA
SECONDARY SCHOOL ACTIVITIES
COMMISSION, W. CLAYTON BURCH, in
his official Capacity as State Superintendent,
DORA STUTLER, in her official capacity as
Harrison County Superintendent, and THE
STATE OF WEST VIRGINIA,

    Defendants.

and LAINEY ARMISTEAD,

    Intervenor Defendant.

CIVIL ACTION NO. 2:21-cv-00316
Judge Joseph R. Goodwin

## DEFENDANTS' MOTION TO STAY PROCEEDINGS
## PENDING RESOLUTION OF PETITION FOR WRIT OF CERTIORARI

    Defendants, State of West Virginia; Lainey Armistead; West Virginia Board of Education; Michele Blatt, in her capacity as State Superintendent of Schools; Harrison County Board of Education; Dora Stutler, in her official capacity as Harrison County Superintendent of Schools; and the West Virginia Secondary Schools Activities Commission, move for a stay of proceedings in this case pending resolution by the United States Supreme Court of a petition for a writ of certiorari that will be filed regarding this case. Counsel for the State of West Virginia has informed Plaintiff's counsel that a petition for writ will be filed with the United States Supreme Court, and

1

Plaintiff's counsel has advised that B.P.J. does not oppose the motion, but does not adopt all of the statements and arguments made by Defendants in the motion or the accompanying memorandum of law.

For the reasons set forth in the memorandum of law filed contemporaneously herewith, Defendants respectfully request that the Court stay any further proceedings in the District Court pending resolution of the petition for writ of certiorari by the United States Supreme Court.

Respectfully submitted,

*/s/ Jonathan A. Scruggs (by permission)*
Jonathan A. Scruggs *
Henry W. Frampton, IV *
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@ADFlegal.org
rbrooks@ADFlegal.org

Rachel Rouleau *
Alliance Defending Freedom
44180 Riverside Pkwy.
Lansdowne, VA 20176
(571) 707-4655
rrouleau@ADFlegal.org

Brandon S. Steele (WV Bar # 12423)
The Law Offices of Brandon S. Steele
Suite 100
3049 Robert C. Byrd Drive
Beckley, WV 25801
(304) 253-1230
bsteelelawoffice@gmail.com

*Counsel for Intervenor,*
*Lainey Armistead*

PATRICK MORRISEY
   *Attorney General*

*/s/ Curtis R. A. Capehart*
Douglas P. Buffington, II (WV Bar # 8157)
   *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
   *Deputy Attorney General*
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
doug.p.buffington@wvago.gov
curtis.r.a.capehart@wvago.gov
*Counsel for Defendant, State of*
*West Virginia*

*/s/ Kelly C. Morgan (by permission)*
Kelly C. Morgan (WV Bar # 9519)
Kristen V. Hammond (WV Bar # 9727)
Bailey & Wyant, PLLC
500 Virginia St. E., Suite 600
Charleston, WV 25301
(303) 345-4222
kmorgan@baileywyant.com

| | |
|---|---|
| * practicing under supervision of West Virginia attorneys | mtaylor@baileywyant.com<br>khammond@baileywyant.com<br><br>*Counsel for Defendants, West Virginia State Board of Education and Michele Blatt, current State Superintendent (successor to original named defendant W. Clayton Burch)* |
| */s/ Roberta F. Green (by permission)*<br>Roberta F. Green (WV Bar # 6598)<br>Kimberly M. Bandy (WV Bar # 10081)<br>Shuman McCuskey Slicer<br>1411 Virginia St. E., Suite 200<br>Charleston, WV 25301<br>(304) 345-1400<br>rgreen@shumanlaw.com<br>kbandy@shumanlaw.com<br><br>*Counsel for Defendant, West Virginia Secondary School Activities Commission* | */s/ Susan L. Deniker (by permission)*<br>Susan L. Deniker (WV Bar # 7992)<br>Jeffrey M. Cropp (WV Bar # 8030)<br>Steptoe & Johnson PLLC<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330-4500<br>(304) 933-8154<br>susan.deniker@steptoe-johnson.com<br><br>*Counsel for Defendants, Harrison County Board of Education and Dora Stutler* |

3