## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

#### CHARLESTON DIVISION

B. P. J., et al.,

          Plaintiffs,

v.                                                    CIVIL ACTION NO.   2:21-cv-00316

WEST VIRGINIA STATE BOARD OF EDUCATION, et al.,

          Defendants.

#### ORDER

Pending before the court is defendants Harrison County Board of Education and Dora Stutler's Expedited Motion for Clarification, [ECF No. 554].

On May 21, 2024, movants and other defendants asked that this matter to be stayed pending resolution by the Supreme Court of the United States. [ECF No. 543]. On June 7, 2024, I granted that motion and ordered the matter stayed. This matter remains stayed. The Defendant's Expedited Motion for Clarification is **DENIED**.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:   February 28, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE